UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

CIVIL ACTION NO. 4:23-CV-00114-RH-MAF

JANE DOE, individually and on behalf
of her minor daughter, SUSAN DOE, et al.,

       Plaintiffs,

v.

JOSEPH A. LADAPO, *in his official capacity*
*as Florida's Surgeon General*
*of the Florida Department of Health*, et al.,

       Defendants.

_____/

**PLAINTIFFS' NOTICE OF FILING SUMMONSES**

Plaintiffs, Jane Doe, individually and on behalf of her minor daughter, Susan Doe, Brenda Boe, individually and on behalf of her minor son Bennett Boe, Carla Coe, individually and on behalf of her minor daughter Christina Coe, and Fiona Foe, individually and on behalf of her minor daughter Freya Foe by and through their undersigned counsel, hereby give Notice of Filing the attached Summonses for service on Defendants Joseph A. Ladapo, Scot Ackerman, Nicholas W. Romanello, Wael Barsoum, Matthew R. Benson, Gregory Coffman, Amy Derick, David Diamond, Patrick Hunter, Luz Marina Pages, Eleonor Pimentel, Hector Vila, Michael Wasylik, Zachariah P. Zachariah, Maria Garcia, Nicole Justice, Florida Board of Osteopathic Medicine; Watson Ducatel, Tiffany Sizemore Di Pietro, Gregory Williams, Monica M. Mortensen, Valerie Jackson, Chris Creegan and William D. Kirsh.

Dated: March 24, 2023                                   Respectfully submitted,

| | |
|---|---|
| By: /s/ Lawrence Silverman<br>**Lawrence Silverman**<br>lawrence.silverman@sidley.com<br>Florida Bar No. 7160<br>**Stephanie Peral**<br>stephanie.peral@sidley.com<br>Florida Bar No. 119324<br>*Admission to the Northern District of Florida pending<br>SIDLEY AUSTIN<br>1001 Brickell Bay Drive<br>Suite 900<br>Miami FL, 33131<br>+1 (305) 391-5228<br><br>**Sara Mandelbaum***<br>smandelbaum@sidley.com<br>787 7th Ave<br>New York, NY 10019<br>+1 (212) 839-6051<br><br>**SOUTHERN LEGAL COUNSEL**<br><br>**Simone Chriss**<br>Florida Bar No. 124062<br>**Chelsea Dunn**<br>Florida Bar No. 1013541<br>1229 NW 12th Avenue<br>Gainesville, FL 32601<br>(352) 271-8890<br>Simone.Chriss@southernlegal.org<br>Chelsea.Dunn@southernlegal.org<br><br>**HUMAN RIGHTS CAMPAIGN FOUNDATION**<br><br>**Ami Patel*** | **NATIONAL CENTER FOR LESBIAN RIGHTS**<br><br>**Christopher F. Stoll** (CA Bar No. 179046)<br>**Kelly Jo Popkin** (NY Bar No. 5698220)*<br>870 Market Street, Suite 370<br>San Francisco, CA 94102<br>Tel. 415-365-1320<br>cstoll@nclrights.org<br>kpopkin@nclrights.org<br><br>**GLBTQ LEGAL ADVOCATES & DEFENDERS**<br><br>**Jennifer Levi***<br>**Chris Erchull***<br>18 Tremont, Suite 950<br>Boston, MA 02108<br>(617) 426-1350<br>jlevi@glad.org<br>cerchull@glad.org<br><br>* Application for admission pro hac vice forthcoming<br><br>*Counsel for Plaintiffs* |

2

| | |
|---|---|
| **Jason Starr***<br>1640 Rhode Island Avenue NW<br>Washington, D.C. 20036<br>Telephone: (202) 993-4180<br>Facsimile: (202) 628-0517<br>Ami.Patel@hrc.org<br>Jason.Starr@hrc.org | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 24th day of March, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, causing a copy of the foregoing document to be served on all counsel of record via Notice of Electronic Filing.

                                                */s/ Lawrence Silverman*
                                                 Lawrence Silverman