UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

CIVIL ACTION NO. 4:23-Cv-00114-RH-MAF

JANE DOE, individually and on behalf
of her minor daughter, SUSAN DOE, et al.,

Plaintiffs,

v.

JOSEPH A. LADAPO, *in his official capacity
as Florida's Surgeon General
of the Florida Department of Health*, et al.,

Defendants.
_____/

**PLAINTIFFS' NOTICE OF SIMILAR CASE**

Pursuant to N.D. Fla. Local R. 5.6, Plaintiffs hereby give notice that this case involves issues of fact or law in common with issues in two other cases pending in this District: *Claire, et al., v. Fla. Dep't of Mgmt. Serv., et al.*, Case No. 4:20-cv-00020-MW-CAS (N.D. Fla. 2020); and *Dekker, et al., v. Weida, et al.,* Case No. 4:22-cv-00325-RH-MAF (N.D. Fla. 2022).

Dated: March 24, 2023

Respectfully submitted,

By: /s/ Lawrence Silverman
**Lawrence Silverman**
lawrence.silverman@sidley.com
Florida Bar No. 7160
**Stephanie Peral**
stephanie.peral@sidley.com
Florida Bar No. 119324
*Admission to the Northern District of Florida pending
**SIDLEY AUSTIN LLP**
1001 Brickell Bay Drive
Suite 900
Miami FL, 33131
+1 (305) 391-5228

**Sara Mandelbaum***
smandelbaum@sidley.com
New York Bar No. 2178846
**SIDLEY AUSTIN LLP**
787 7th Ave
New York, NY 10019
+1 (212) 839-6051

**SOUTHERN LEGAL COUNSEL**

By: /s/ Simone Chriss
**Simone Chriss**
Florida Bar No. 124062
**Chelsea Dunn**
Florida Bar No. 1013541
1229 NW 12th Avenue
Gainesville, FL 32601
(352) 271-8890
Simone.Chriss@southernlegal.org
Chelsea.Dunn@southernlegal.org

**HUMAN RIGHTS CAMPAIGN FOUNDATION**

By: /s/ Jason Starr
**Ami Patel*** (CA No. 325647)

**NATIONAL CENTER FOR LESBIAN RIGHTS**

By: /s/ Christopher F. Stoll
**Christopher F. Stoll**
(CA Bar No. 179046)
**Kelly Jo Popkin**
(NY Bar No. 5698220)*
National Center for Lesbian Rights
870 Market Street, Suite 370
San Francisco, CA 94102
Tel. 415-365-1320
cstoll@nclrights.org
kpopkin@nclrights.org

**GLBTQ LEGAL ADVOCATES & DEFENDERS**

By: /s/ Jennifer Levi
**Jennifer Levi***
**Chris Erchull***
18 Tremont, Suite 950
Boston, MA 02108
(617) 426-1350
jlevi@glad.org
cerchull@glad.org
* Application for admission pro hac vice forthcoming

*Counsel for Plaintiffs*

2

**Jason Starr*** (NY No. 5005194)
Human Rights Campaign Foundation
1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 993-4180
Facsimile: (202) 628-0517
Ami.Patel@hrc.org
Jason.Starr@hrc.org

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on March 24, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

                                                */s/ Lawrence Silverman*
                                                Lawrence Silverman