# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF FLORIDA
## Tallahassee Division

| | |
|---|---|
| JANE DOE, individually and on behalf of her minor daughter, SUSAN DOE; BRENDA BOE, individually and on behalf of her minor son BENNETT BOE; CARLA COE, individually and on behalf of her minor daughter CHRISTINA COE; and FIONA FOE, individually and on behalf of her minor daughter FREYA FOE, | Civil No. 4:23-cv-00114 |
| Plaintiffs, | |
| v. | |
| JOSEPH A. LADA PO, *in his official capacity as Florida's Surgeon General of the Florida Department of Health*; SCOT ACKERMAN, NICHOLAS W. ROMANELLO, WAEL BARSOUM, MATTHEW R. BENSON, GREGORY COFFMAN, AMY DERICK, DAVID DIAMOND, PATRICK HUNTER, LUZ MARINA PAGES, ELEONOR PIMENTEL, HECTOR VILA, MICHAEL WASYLIK, ZACHARIAH P. ZACHARIAH, MARIA GARCIA, NICOLE JUSTICE, *in their official capacities as members of the Florida Board of Medicine*; FLORIDA BOARD OF OSTEOPATHIC MEDICINE; WATSON DUCATEL, TIFFANY | |

SIZEMORE DI PIETRO, GREGORY
WILLIAMS, MONICA M.
MORTENSEN, VALERIE
JACKSON, CHRIS CREEGAN,
WILLIAM D. KIRSH, *in their
official capacities as members of the
Florida Board of Osteopathic
Medicine*,

           Defendants.

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1(C) of the Northern District of Florida, undersigned counsel Chris Erchull, licensed member of the bar of the Commonwealth of Massachusetts, respectfully asks the Court for leave to appear *pro hac vice* in this matter on behalf of Plaintiffs, accompanied by counsel of record Lawrence Silverman, who is a member of the bar of the Northern District of Florida. Chris Erchull has undertaken the representation of Plaintiffs in this matter as co- counsel.

1.    Lawrence Silverman, Esquire, of the law firm of Sidley Austin LLP located at 1001 Brickell Bay Drive, Suite 900, Miami, FL 331311, 305-391-5100, is a member in good standing of The Florida Bar and the United States District Court for the Northern District of Florida and is authorized to file through the Court's electronic filing system. Mr. Silverman consents to

2

be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.

2. Chris Erchull is a licensed member in good standing of the bar of Commonwealth of Massachusetts as well as the United States District Court for the District of Massachusetts. Chris Erchull is an attorney at GLBTQ Legal Advocates & Defenders in Boston, Massachusetts. Attached hereto as <u>Exhibit A</u> is a true and correct copy of a Certificate of Good Standing duly executed by the Clerk of the Supreme Judicial Court of Massachusetts.

3. Chris Erchull is familiar with, has reviewed, and will be governed by, the Local Rules of the United States District Court for the Northern District of Florida. They have completed the Attorney Admission Tutorial for the Northern District of Florida. Their confirmation number is: FLND1680099056312.

4. Chris Erchull has reviewed the Attorney Admission Memo and the CM/ECF Attorney User's Guide.

5. Chris Erchull completed the Attorney Admission Tutorial and has an active, upgraded PACER account. They request authorization to receive electronic notices of filing. Their email address is cerchull@glad.org.

6. Chris Erchull is paying the required $208.00 *pro hac vice* admission fee for this matter at the time of filing the present motion.

For the foregoing reasons, undersigned counsel Lawrence Silverman, Esq., respectfully requests that this Court permit them appear *pro hac vice* on behalf of Plaintiffs in this matter.

## CERTIFICATION OF WORD LIMIT

Pursuant to Local Rule 7.1(F), undersigned counsel certifies that this motion contains 430 words, exclusive of the case style, signature block, this certification, and the certificate of service.

Respectfully submitted this 31st of March, 2023.

/s/   Chris Erchull                              /s/  Lawrence Silverman

Chris Erchull                                        Accompanied by:
GLBTQ Legal Advocates &                Lawrence Silverman
    Defenders                                        SIDLEY AUSTIN LLP
cerchull@glad.org                              lawrence.silverman@sidley.com
Massachusetts Bar No. 69055        Florida Bar No. 7160
18 Tremont Street, Suite 950          1001 Brickell Bay Drive, Suite 900
Boston, MA 02108                            Miami, FL 33131
(617) 426-11350                                 (305) 391-5228

4

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certified the foregoing Motion for Leave to Appear *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on March 31, 2023 and served electronically to all counsel of record.

/s/   Chris Erchull
Chris Erchull

# **EXHIBIT A**

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **December 30, 2014**, said Court being the highest Court of Record in said Commonwealth:

## Christopher Erchull

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-seventh** day of **March** in the year of our Lord **two thousand and twenty-three.**



MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for the County of Suffolk.