# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF FLORIDA
### Tallahassee Division

JANE DOE, individually and on behalf of her minor daughter, SUSAN DOE;
BRENDA BOE, individually and on behalf of her minor son BENNETT BOE; CARLA COE, individually and on behalf of her minor daughter CHRISTINA COE; and FIONA FOE, individually and on behalf of her minor daughter FREYA FOE,

    Plaintiffs,

v.

JOSEPH A. LADAPO, *in his official capacity as Florida's Surgeon General of the Florida Department of Health*; SCOT ACKERMAN, NICHOLAS W. ROMANELLO, WAEL BARSOUM, MATTHEW R. BENSON, GREGORY COFFMAN, AMY DERICK, DAVID DIAMOND, PATRICK HUNTER, LUZ MARINA PAGES, ELEONOR PIMENTEL, HECTOR VILA, MICHAEL WASYLIK, ZACHARIAH P. ZACHARIAH, MARIA GARCIA, NICOLE JUSTICE, *in their official capacities as members of the Florida Board of Medicine*; FLORIDA BOARD OF OSTEOPATHIC MEDICINE; WATSON DUCATEL, TIFFANY

Civil No. 4:23-cv-00114

SIZEMORE DI PIETRO, GREGORY
WILLIAMS, MONICA M.
MORTENSEN, VALERIE
JACKSON, CHRIS CREEGAN,
WILLIAM D. KIRSH, *in their
official capacities as members of the
Florida Board of Osteopathic
Medicine*,

    Defendants.

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

  Pursuant to Local Rule 11.1(C) of the Northern District of Florida, undersigned counsel Jennifer Levi, licensed member of the bar of the Commonwealth of Massachusetts, respectfully asks the Court for leave to appear *pro hac vice* in this matter on behalf of Plaintiffs, accompanied by counsel of record Lawrence Silverman, who is a member of the bar of the Northern District of Florida. Jennifer Levi has undertaken the representation of Plaintiffs in this matter as co- counsel.

  1. Lawrence Silverman, Esquire, of the law firm of Sidley Austin LLP located at 1001 Brickell Bay Drive, Suite 900, Miami, FL 331311, 305-391-5100, is a member in good standing of The Florida Bar and the United States District Court for the Northern District of Florida and is authorized to file through the Court's electronic filing system. Mr. Silverman consents to

be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.

2. Jennifer Levi is a licensed member in good standing of the bar of Commonwealth of Massachusetts as well as the United States District Court for the District of Massachusetts. Jennifer Levi is an attorney at GLBTQ Legal Advocates & Defenders in Boston, Massachusetts. Attached hereto as Exhibit A is a true and correct copy of a Certificate of Good Standing duly executed by the Clerk of the Supreme Judicial Court of Massachusetts.

3. Jennifer Levi is familiar with, has reviewed, and will be governed by, the Local Rules of the United States District Court for the Northern District of Florida. They have completed the Attorney Admission Tutorial for the Northern District of Florida. Their confirmation number is: FLND168010786831.

4. Jennifer Levi has reviewed the Attorney Admission Memo and the CM/ECF Attorney User's Guide.

5. Jennifer Levi completed the Attorney Admission Tutorial and has an active, upgraded PACER account. They request authorization to receive electronic notices of filing. Their email address is jlevi@glad.org.

6. Jennifer Levi is paying the required $208.00 *pro hac vice* admission fee for this matter at the time of filing the present motion.

For the foregoing reasons, undersigned counsel Lawrence Silverman, Esq., respectfully requests that this Court permit them appear *pro hac vice* on behalf of Plaintiffs in this matter.

## CERTIFICATION OF WORD LIMIT

Pursuant to Local Rule 7.1(F), undersigned counsel certifies that this motion contains 430 words, exclusive of the case style, signature block, this certification, and the certificate of service.

Respectfully submitted this 31st of March, 2023.

/s/   Jennifer Levi                                   /s/  Lawrence Silverman

Jennifer Levi                                              Accompanied by:
GLBTQ Legal Advocates &                     Lawrence Silverman
   Defenders                                              SIDLEY AUSTIN LLP
jlevi@glad.org                                            lawrence.silverman@sidley.com
Massachusetts Bar No. 562298         Florida Bar No. 7160
18 Tremont Street, Suite 950            1001 Brickell Bay Drive, Suite 900
Boston, MA 02108                            Miami, FL 33131
(617) 426-11350                                  (305) 391-5228

4

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certified the foregoing Motion for Leave to Appear *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on March 31, 2023 and served electronically to all counsel of record.

/s/ Jennifer Levi
Jennifer Levi

# **EXHIBIT A**

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **January 15, 1993**,

said Court being the highest Court of Record in said Commonwealth:

## Jennifer Levi

being found duly qualified in that behalf, and having taken and subscribed

the oaths required by law, was admitted to practice as an Attorney, and, by virtue

thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing

according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the

seal of said Court, this **twenty-seventh** day of **March**

in the year of our Lord **two thousand and twenty-three.**



MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for the County of Suffolk.