## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF FLORIDA
## Tallahassee Division

## CIVIL ACTION NO. 4:23-Cv-00114-RH-MAF

JANE DOE, individually and on behalf
of her minor daughter, SUSAN DOE, et al.,

                    Plaintiffs,

                         v.

JOSEPH A. LADAPO, *in his official capacity as
Florida's Surgeon General
of the Florida Department of Health, et al.,*

                    Defendants.

_____/


## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1(C) of the Northern District of Florida, undersigned counsel, Ami Rakesh Patel, licensed member of the bar of the California, respectfully asks the Court for leave to appear *pro hac vice* in this matter on behalf of Plaintiffs, accompanied by counsel of record, Lawrence Silverman, who is a member of the bar of the Northern District of Florida. Ami Rakesh Patel has undertaken the representation of Plaintiffs in this matter as co- counsel.

1.     Lawrence Silverman, Esquire, of the law firm of Sidley Austin LLP located at 1001 Brickell Bay Drive, Suite 900, Miami, FL 331311, 305-391-5100, is a member in good standing of The Florida Bar and the United States District Court for the Northern District of Florida and is authorized to file through the Court's electronic filing system. Mr. Silverman consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.

2.     Ami Rakesh Patel is a licensed member in good standing of the bar of the State of California as well as the United States District Court for the Northern District of California. Ami Rakesh Patel is an attorney at the Human Rights Campaign Foundation in Washington, District of Columbia. Attached hereto as Exhibit A is a true and correct copy of a Certificate of Good Standing duly executed by the Clerk of the Northern District of California.

3.     Ami Rakesh Patel is familiar with, has reviewed, and will be governed by, the Local Rules of the United States District Court for the Northern District of Florida. She has completed the Attorney Admission

Tutorial for the Northern District of Florida. Her confirmation number is: FLND1680125816315.

4.     Ami Rakesh Patel has reviewed the Attorney Admission Memo and the CM/ECF Attorney User's Guide.

5.     Ami Rakesh Patel completed the Attorney Admission Tutorial and has an active, upgraded PACER account. She requests authorization to receive electronic notices of filing. Her email address is ami.patel@hrc.org.

6.     Ami Rakesh Patel is paying the required $208.00 *pro hac vice* admission fee for this matter at the time of filing the present motion.

For the foregoing reasons, undersigned counsel, Lawrence Silverman, respectfully requests that this Court permit Ami Rakesh Patel to appear *pro hac vice* on behalf of Plaintiffs in this matter.

## CERTIFICATION OF WORD LIMIT

Pursuant to Local Rule 7.1(F), undersigned counsel certifies that this motion contains 441 words, exclusive of the case style, signature block, certificate of service, and this certification.

Respectfully submitted this 5th day of April, 2023.

_____/s/ Ami Rakesh Patel_____

HUMAN RIGHTS CAMPAIGN FOUNDATION
ami.patel@hrc.org

California Bar No. 325647
1640 Rhode Island Ave NW
Washington, D.C. 20036
(202) 993-4180


_____/s/ Lawrence Silverman_____

Accompanied by: Lawrence Silverman
SIDLEY AUSTIN LLP
lawrence.silverman@sidley.com
Florida Bar No. 7160
1001 Brickell Bay Drive, Suite 900
Miami, FL 33131
(305) 391-5228

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certified the foregoing Motion for Leave to Appear *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on April 5, 2023 and served electronically to all counsel of record.

_____/s/ Ami Rakesh Patel_____

**<u>EXHIBIT A</u>**

# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Ami Rakesh Patel

### Bar Number 325647

was duly admitted to practice in this Court on July 13, 2022, and
is in good standing as a member of the bar of this Court.



Signed on March 24, 2023 by

*Mark B. Busby*

Mark B. Busby, Clerk of Court