**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JANE DOE, individually and
on behalf of her minor daughter,
SUSAN DOE, BRENDA BOE,
individually and on behalf of
her minor son BENNETT BOE;
CARLA COE, individually and on
behalf of her minor daughter
CHRISTINA COE; and FIONA FOE,
individually and on behalf of her
minor daughter FREYA FOE,**

     **Plaintiffs,**

**vs.**                                                         **Case No. 4:23cv114-RH-MAF**

**DR. JOSEPH A. LADAPO, in his
official capacity as Florida's
Surgeon General of the Florida
Department of Health, et al.,**

     **Defendants.**

_____/

**<u>O R D E R</u>**

A motion for leave to appear pro hac vice as co-counsel for Plaintiffs

has been filed by attorney Chris Erchull.  ECF No. 8.  The motion

demonstrates that counsel is a member in good standing of the Bar of the

Commonwealth of Massachusetts York where he resides and regularly

practices law.  *Id.*  It appears that counsel has completed this Court's local

rules tutorial, *id. at 4*, and the docket confirms that the $208 pro hac vice

admission fee has been paid.  The motion is in compliance with N.D. Fla.

Loc. R. 11.1(C) and is **GRANTED**.

Accordingly, it is **ORDERED** that the motion for leave to appear pro

hac vice, ECF No. 8, is **GRANTED**.

**DONE AND ORDERED** on April 4, 2023.


**S/   Martin A. Fitzpatrick**
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**