## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF FLORIDA
### Tallahassee Division

### CIVIL ACTION NO. 4:23-Cv-00114-RH-MAF

JANE DOE, individually and on behalf
of her minor daughter, SUSAN DOE, et al.,

                         Plaintiffs,

                    v.

JOSEPH A. LADAPO, *in his official capacity
as Florida's Surgeon General of the Florida
Department of Health, et al.,*

                         Defendants.

_____/


### <u>MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*</u>

Pursuant to Local Rule 11.1(C) of the Northern District of Florida, undersigned counsel, Sara L. Mandelbaum, licensed member of the bar of the State of New York, respectfully asks the Court for leave to appear *pro hac vice* in this matter on behalf of Plaintiffs, accompanied by counsel of record, Lawrence Silverman, who is a member of the bar of the Northern District of Florida. Sara Mandelbaum has undertaken the representation of Plaintiffs in this matter as co-counsel.

1.     Lawrence Silverman, Esquire, of the law firm of Sidley Austin LLP located at 1001 Brickell Bay Drive, Suite 900, Miami, FL 331311, 305-391-5100, is a member in good standing of The Florida Bar and the United States District Court for the Northern District of Florida and is authorized to file through the Court's electronic filing system. Mr. Silverman consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.

2.     Sara Mandelbaum is a licensed member in good standing of the bar of the State of New York as well as the United States District Court for the Southern District of New York.  Sara Mandelbaum is an attorney at Sidley Austin LLP in New York, New York. Attached hereto as Exhibit A is a true and correct copy of a Certificate of Good Standing duly executed by the Clerk of the Appellate Division of the Third Judicial Department of the State of New York.

3.     Sara Mandelbaum is familiar with, has reviewed, and will be governed by, the Local Rules of the United States District Court for the

Northern District of Florida. She has completed the Attorney Admission Tutorial for the Northern District of Florida. Her confirmation number is: FLND1680460365329.

4.    Sara Mandelbaum has reviewed the Attorney Admission Memo and the CM/ECF Attorney User's Guide.

5.    Sara Mandelbaum completed the Attorney Admission Tutorial and has an active, upgraded PACER account. She requests authorization to receive electronic notices of filing. Her email address is smandelbaum@sidley.com.

6.    Sara Mandelbaum is paying the required $208.00 *pro hac vice* admission fee for this matter at the time of filing the present motion.

For the foregoing reasons, undersigned counsel, Lawrence Silverman, respectfully requests that this Court permit Sara Mandelbaum to appear *pro hac vice* on behalf of Plaintiffs in this matter.

### CERTIFICATION OF WORD LIMIT

Pursuant to Local Rule 7.1(F), undersigned counsel certifies that this motion contains 447 words, exclusive of the case style, signature block, certificate of service, and this certification.

Respectfully submitted this 5th day of April, 2023.

/s/ Sara L. Mandelbaum

Sara L. Mandelbaum
smandelbaum@sidley.com
New York Bar No: 2178846
SIDLEY AUSTIN LLP
787 7th Avenue
New York, New York 10019
(212) 839-6051

/s/ Lawrence Silverman

Accompanied by: Lawrence Silverman
SIDLEY AUSTIN LLP
lawrence.silverman@sidley.com
Florida Bar No. 7160
1001 Brickell Bay Drive, Suite 900
Miami, FL 33131
(305) 391-5228

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, certified the foregoing Motion for Leave to Appear *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on April 5, 2023 and served electronically to all counsel of record.

/s/ Sara L. Mandelbaum
Sara L. Mandelbaum

# **EXHIBIT A**



*Appellate Division of the Supreme Court*
*of the State of New York*
*Third Judicial Department*

———————

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Sara Louise Mandelbaum

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **March 29, 1988**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on March 30, 2023.

*Clerk of the Court*

CertID-00111872