# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

## CIVIL ACTION NO. 4:23-Cv-00114-RH-MAF

JANE DOE, individually and on behalf
of her minor daughter, SUSAN DOE, et al.,

    Plaintiffs,

    v.

JOSEPH A. LADAPO, *in his official capacity as*
*Florida's Surgeon General*
*of the Florida Department of Health, et al.,*

    Defendants.

_____/

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1(C) of the Northern District of Florida, undersigned counsel, Jason Starr, licensed member of the bar of the State of New York respectfully asks the Court for leave to appear *pro hac vice* in this matter on behalf of Plaintiffs, accompanied by counsel of record, Lawrence Silverman, who is a member of the bar of the Northern District of Florida. Jason Starr has undertaken the representation of Plaintiffs in this matter as co- counsel.

1.       Lawrence Silverman, Esquire, of the law firm of Sidley Austin LLP located at 1001 Brickell Bay Drive, Suite 900, Miami, FL 331311, 305-391-5100, is a member in good standing of The Florida Bar and the United States District Court for the Northern District of Florida and is authorized to file through the Court's electronic filing system. Mr. Silverman consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.

2.       Jason Starr is a licensed member in good standing of the bar of the State of New York as well as the United States District Court for the Eastern District of New York. Jason is an attorney at Human Rights Campaign Foundation in Washington, DC. Attached hereto as <u>Exhibit A</u> is a true and correct copy of a Certificate of Good Standing duly executed by the Clerk of the United States District Court for the Eastern District of New York.

3.       Jason is familiar with, has reviewed, and will be governed by, the Local Rules of the United States District Court for the Northern District of

Florida. He has completed the Attorney Admission Tutorial for the Northern District of Florida. His confirmation number is: FLND1680112357314.

4. Jason has reviewed the Attorney Admission Memo and the CM/ECF Attorney User's Guide.

5. Jason completed the Attorney Admission Tutorial and has an active, upgraded PACER account. He requests authorization to receive electronic notices of filing. His email address is jason.starr@hrc.org.

6. Jason is paying the required $208.00 *pro hac vice* admission fee for this matter at the time of filing the present motion.

For the foregoing reasons, undersigned counsel, Lawrence Silverman, respectfully requests that this Court permit Jason Starr to appear *pro hac vice* on behalf of Plaintiffs in this matter.

### CERTIFICATION OF WORD LIMIT

Pursuant to Local Rule 7.1(F), undersigned counsel certifies that this motion contains 430 words, exclusive of the case style, signature block, certificate of service, and this certification.

Respectfully submitted this 5th day of April, 2023.

_____/s/ *Jason Starr*_____

Jason Starr (NY# 500194)
Human Rights Campaign Foundation

1640 Rhode Island Avenue NW
Washington, D.C. 20036
Telephone: (202) 993-4180
Facsimile: (202) 628-0517

_____/s/ Lawrence Silverman_____

Accompanied by: Lawrence Silverman
SIDLEY AUSTIN LLP
lawrence.silverman@sidley.com
Florida Bar No. 7160
1001 Brickell Bay Drive, Suite 900
Miami, FL 33131
(305) 391-5228

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certified the foregoing Motion for Leave to Appear *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on April 6, 2023 and served electronically to all counsel of record.

_____/s/ Jason Starr_____

# **EXHIBIT A**

**EXHIBIT A**