# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JANE DOE, individually and on behalf of her minor daughter, SUSAN DOE, BRENDA BOE, individually and on behalf of her minor son BENNETT BOE; CARLA COE, individually and on behalf of her minor daughter CHRISTINA COE; and FIONA FOE, individually and on behalf of her minor daughter FREYA FOE,**

    Plaintiffs,

vs.                            Case No. 4:23cv114-RH-MAF

**DR. JOSEPH A. LADAPO, in his official capacity as Florida's Surgeon General of the Florida Department of Health, et al.,**

    Defendants.

_____/

## O R D E R

A motion for leave to appear pro hac vice as co-counsel for Plaintiffs has been filed by attorney Sara L. Mandelbaum. ECF No. 13. The motion demonstrates that counsel is a member in good standing of the Bar of the State of New York where she resides and regularly practices law. *Id.* It

appears that counsel has completed this Court's local rules tutorial, *id. at 4*, and the docket confirms that the $208 pro hac vice admission fee has been paid. The motion is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

Accordingly, it is **ORDERED** that the motion for leave to appear pro hac vice, ECF No. 13, is **GRANTED**.

**DONE AND ORDERED** on April 7, 2023.

S/ Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE**