# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JANE DOE, individually and
on behalf of her minor daughter,
SUSAN DOE, BRENDA BOE,
individually and on behalf of
her minor son BENNETT BOE;
CARLA COE, individually and on
behalf of her minor daughter
CHRISTINA COE; and FIONA FOE,
individually and on behalf of her
minor daughter FREYA FOE,

    Plaintiffs,

vs.                            Case No. 4:23cv114-RH-MAF

DR. JOSEPH A. LADAPO, in his
official capacity as Florida's
Surgeon General of the Florida
Department of Health, et al.,

    Defendants.

_____/

## O R D E R

A motion for leave to appear pro hac vice as co-counsel for Plaintiffs has been filed by attorney Kelly Jo Popkin, ECF No. 16, followed by an amended motion for leave to appear pro hac vice, ECF No. 17. The motions demonstrate that counsel is a member in good standing of the Bar

of the State of New York where she resides and regularly practices law. *Id.* It appears that counsel has completed this Court's local rules tutorial, and the docket confirms that the $208 pro hac vice admission fee has been paid. Because the amended motion is in compliance with N.D. Fla. Loc. R. 11.1(C), it is **GRANTED**.

Accordingly, it is

**ORDERED:**

1. The amended motion for leave to appear pro hac vice, ECF No. 17, is **GRANTED**.

2. The first motion for leave to appear pro hac vice, ECF No. 16, is **DENIED as moot**.

**DONE AND ORDERED** on April 7, 2023.

S/  Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**