# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

JANE DOE, individually and on behalf of her minor daughter, SUSAN DOE, BRENDA BOE, individually and on behalf of her minor son BENNETT BOE; CARLA COE, individually and on behalf of her minor daughter CHRISTINA COE; and FIONA FOE, individually and on behalf of her minor daughter FREYA FOE,

    Plaintiffs,

vs.        Case No. 4:23cv114-RH-MAF

DR. JOSEPH A. LADAPO, in his official capacity as Florida's Surgeon General of the Florida Department of Health, et al.,

    Defendants.

_____/

## O R D E R

A motion for leave to appear pro hac vice as co-counsel for Plaintiffs has been filed by attorney Jason Starr. ECF No. 18. The motion demonstrates that counsel is a member in good standing of the Bar of the State of New York where he regularly practices law. *Id.* It appears that

counsel does not reside in Florida, has completed this Court's local rules tutorial, and the docket confirms that the $208 pro hac vice admission fee has been paid. The motion is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

Accordingly, it is **ORDERED** that the motion for leave to appear pro hac vice, ECF No. 18, is **GRANTED**.

**DONE AND ORDERED** on April 7, 2023.

S/   Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 4:23cv114-RH-MAF