IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

JANE DOE, individually and on behalf
of her minor daughter, SUSAN DOE,
et al.,

Civil No. 4:23-cv-00114-RH-MAF

Plaintiffs,

v.

JOSEPH A. LADAPO, *in his official capacity*
*as Florida's Surgeon General*
*of the Florida Department of Health*,
et al.,

Defendants.

_____/

## EXPERT DECLARATION OF DR. BRITTANY BRUGGEMAN, M.D.

I, Brittany Bruggeman, M.D., hereby declare as follows.

1.      I have been retained by counsel for Plaintiffs as an expert in connection

with the above-captioned litigation.

2.      I have actual knowledge of the matters stated herein. If called to testify

in this matter, I would testify truthfully and based on my expert opinion.

## I.   INTRODUCTION

### A.   *Background and Qualifications*

3.     I am a licensed physician in Florida and am Double Board Certified by the American Board of Pediatrics in Pediatric Endocrinology and Pediatrics.

4.     I am a pediatric endocrinologist at the University of Florida in Gainesville, Florida, and an Assistant Professor at the University of Florida College of Medicine in the Department of Pediatric Endocrinology. I am speaking on behalf of myself as a subject matter expert and not as a representative of the University.

5.     I graduated with a Bachelor's of Science degree in Interdisciplinary Studies, Basic Biology and Medicine, from the University of Florida. I received my medical degree from the University of Florida College of Medicine, graduating with Honors in Research.

6.     I completed my Residency in Pediatrics and a Fellowship in Endocrinology at the UF Health Shands Children's Hospital.

7.     I trained under Dr. Michael Haller, M.D., Professor and Chief of Pediatric Endocrinology at UF, Dr. Janet Silverstein, M.D., founder of the UF Health Youth Gender Program, and Dr. Kristin Dayton, M.D., Director of the UF Health Youth Gender Program. Drs. Haller and Silverstein have each trained hundreds of medical providers, participated in the development of national and international

guidelines, treated thousands of children, held numerous NIH grants and published more than 200 and 140 peer reviewed papers respectively.

8.      As a pediatric endocrinologist working in the UF Health Youth Gender Program, I have extensive experience providing treatment for gender dysphoria to transgender minors through a multidisciplinary care model. The Youth Gender Program uses evidence-based standards and practices and has provided social, medical, and mental health support for transgender and gender diverse patients across the state of Florida since 2016.

9.      During my time at UF, I received numerous scholarly awards. Most recently, I received the 2022 UF College of Medicine Exemplary Teacher Award that recognizes the top 10% of College of Medicine faculty, and the 2020 Douglas J. Barrett, MD Academic Fellowship Award that recognizes pediatric clinicians or researchers for displaying the highest qualities in research, teaching and patient care. Other awards include the Audrey Lincourt Schiebler Award for Excellence in Child Advocacy (2018), Pediatric Clerkship Excellence in Medical Student Education (2018-19), the Inaugural McJunkin Family Type 1 Diabetes Fellow (2018-19), induction into the Gold Humanism Honor Society (2015), Association of Pathology Chairs Award, UF College of Medicine (2013), Distinguished Service Award, UF College of Medicine (2013), and International Medical Outreach Service Award (2013).

10.     I have been a member of the American Academy of Pediatrics (AAP) since 2011, a Diplomat and Fellow of the AAP since 2018, I am a member of the AAP Section on Endocrinology and I served as the AAP's Executive Coordinator of Resident Initiatives for the Section on Pediatric Trainees and the AAP Section on Endocrinology Executive Board fellow representative; I am also a member of the Florida Chapter of the AAP; I have been a Diplomat with the American Board of Pediatric Endocrinology since 2021 and a member of the Pediatric Endocrine Society since 2018; I am a member of the American Diabetes Association, the Florida Medical Association, the Alachua County Medical Society, and  Type 1 Diabetes TrialNet, an international network of endocrinologists at the forefront of Type 1 diabetes research.

11.     I have served as a Pediatric Attending Physician with the Equal Access Clinic of the UF College of Medicine, a free healthcare clinic, and I have served as both a Camp Physician and volunteer at the Florida Diabetes Camp since 2012.

12.     In 2018 as a pediatric endocrinology fellow I began working with transgender children, adolescents and young adults through a multidisciplinary youth gender program. I have provided care for approximately two-hundred transgender young people for gender dysphoria. The best current estimate of the number of transgender patients the multidisciplinary clinic itself has cared for is approximately five-hundred patients. The number of adolescent patients who have

been prescribed hormone blocking medications and/or hormone therapy represent only a portion of all young people who are seen by the clinical team. Therapeutic decisions are individualized- some adolescents are seen in clinic and never receive these treatments, and others are not ready for, or are not candidates for, these medications.

13.     Multidisciplinary youth gender clinics provide social, medical and mental health support to gender-diverse youth and young adults and their families. We educate our patients and their families about gender identity development and gender nonconformity, and help empower our patients and families to make informed decisions with accurate information. Teams of professionals include pediatric endocrinologists, psychologists, psychiatrists, pediatricians, social workers, medical-legal partners, and patient care advocates. The care provided is consistent with the World Professional Association for Transgender Health (WPATH) Standards of Care and focuses on the biological, psychological, as well as social (biopsychosocial) components of transgender health. Services provided include consultation, psychotherapy, and assessment of medical indication for hormone blocking medications and/or hormone therapy. In addition to providing expert care, one goal is to provide a safe environment where patients and their families can receive social and emotional supports.

14.     In my practice, I strive to provide the highest quality, evidence-based, individualized and compassionate care for my patients and their families. Ultimately, I strive to empower each patient to achieve their optimal physical, mental, emotional and social health, and want each person to feel that they are accepted and valued for who they are.

15.     The information provided regarding my professional background, experiences, publications, and presentations is detailed in my curriculum vitae, a true and correct copy of the most up-to-date version of which is attached as **Exhibit A.**

### B.      *Bases For Opinions*

16.     In preparing this report, I have relied upon my training and clinical experience, as set out in my curriculum vitae, and on the materials listed therein. I have also reviewed the materials listed in the attached bibliography, Exhibit B. The sources cited therein are authoritative, scientific peer-reviewed publications. These are the same types of materials that experts in my field of study regularly rely upon when formulating opinions on the subject. I reserve the right to revise and supplement the opinions expressed in this report or the bases for them if any new information becomes available in the future, including as a result of new scientific research or publications or in response to statements and issues that may arise in my area of expertise.

17.     In addition, I have reviewed the rules promulgated by the Florida Board of Medicine, Rule 64B8-9.019, *Standards of Practice for the Treatment of Gender Dysphoria in Minors*, Fla. Admin. Code (effective March 16, 2023), and the Florida Board of Osteopathic Medicine, Rule 64B15-14.014, *Standards of Practice for the Treatment of Gender Dysphoria in Minors*, Fla. Admin. Code (effective March 28, 2023), which restrict the ability of Florida physicians from providing treatments for gender dysphoria to minors.

### C.    *Prior Testimony*

18.     I have not testified as an expert at trial or by deposition in the past four years.

### D.    *Compensation*

19.      I am being compensated for my work on this matter at an hourly rate of $350.00 for preparation of declarations and expert reports, and deposition and trial testimony. My compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony I may provide.

## II.    STANDARDS OF CARE FOR TREATING GENDER DYSPHORIA ARE WELL-ESTABLISHED

20.     According to the 2022 *Diagnostic and Statistical Manual of Mental Disorders*, *Fifth Edition (DSM-V)*, *Text Revision,* gender dysphoria is a diagnosis defined as an individual having clinically significant psychological distress or impairment in social, occupational or other important areas of functioning that

results from a marked incongruence between their sex assigned at birth and the person's gender identity (the gender with which the individual identifies). Gender dysphoria may manifest in childhood, at the onset of puberty, or in adulthood, and when left untreated it can result in adverse mental health outcomes such as severe anxiety, depression, suicidal ideation and self-harm.

21.     I stay updated on the latest medical science and treatment protocols for the treatment of gender dysphoria in adolescents and young adults to ensure that I am providing the highest quality evidence-based care for my patient population. The available treatments for gender dysphoria are well established in the medical profession and the potential benefits of treatments are well-documented in the literature.

22.     Comprehensive standards of care and clinical practice guidelines directing this treatment have been developed by the World Professional Association for Transgender Health (WPATH)[1] and by the Endocrine Society.[2] These guidelines

---

[1] WPATH was founded in 1979 and aims to promote evidence-based care, education, research, public policy, and respect in transgender health. Internationally accepted Standards of Care (SOC) for health professionals are updated and revised as new scientific information becomes available. SOC8 was informed by a systematic review of the evidence and assessment of benefits and harms of alternative care options. Coleman E, Radix AE, Bouman WP, et al. Standards of Care for the Health of Transgender and Gender Diverse People, Version 8. *Int J Transgend Health*. 2022 Sep 6;23(Suppl 1):S1-S259.

[2] Specifically, an Endocrine Society-appointed task force whose Clinical Practice Guidelines were published in The Journal of Clinical Endocrinology & Metabolism in 2017. Hembree WC, Cohen-Kettenis PT, Gooren L, et al.  Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline. *J Clin Endocrinol Metab*. 2017 Nov 1;102(11): 3869–3903.

have been adopted into practice by the profession as a standard of care. These standards of care are based on decades of scientific and medical research representing the best evidence-based practice information available for treating this condition. The treatment of gender dysphoria with transition-related care is recognized by nearly every major medical professional association, including the American Medical Association, American Academy of Pediatrics, Society for Adolescent Health and Medicine, American Psychiatric Association, and the American Academy of Family Physicians, among others.

23.     The current version of the WPATH Standards of Care for the Health of Transgender and Gender Diverse People, Version 8 (SOC-8), was released in September 2022. The prior SOC, Version 7, had been in place for more than a decade. Standards of care for treating gender dysphoria differ for prepubertal children (minors who have not started puberty), adolescents, and adults.

24.     Treatment for gender dysphoria is aimed at eliminating the clinically significant distress that patients suffer by helping them explore, define, and express their gender identity openly and respectfully. This care model is referred to as "transition-related care," "gender transition," or "gender-affirming care."

25.     Medications for treating gender dysphoria are not recommended for or prescribed to prepubertal children. Instead, support for a prepubertal transgender child may include social transition, which means allowing a child to live and be

socially recognized in accordance with their gender identity rather than their sex assigned at birth. The social transition may include allowing the child to choose clothing, hairstyle, name, pronouns, and activities that correspond to that individual's gender identity.

26.     Many transgender minors experience exacerbation of gender dysphoria when puberty begins. The development of secondary sex characteristics – breast development, body fat redistribution, facial changes, and onset of menses for transgender boys; androgenized hair growth, voice deepening, facial changes, and increased musculature for transgender girls – has caused significantly heightened stress and anxiety in many of my transgender adolescent patients. In my experience treating transgender adolescents, without treatment for their gender dysphoria many patients can experience anxiety, interpersonal conflicts, depression, academic decline, social withdrawal, disordered eating patterns, and suicidal thoughts and attempts.

27.     Once a transgender adolescent begins puberty, medications can be prescribed to temporarily halt the physical changes of puberty, avoiding the exacerbation of gender dysphoria and mitigating harms that can accompany the development of secondary sex characteristics. Then, if later in adolescence the patient, family, and healthcare team decide that initiation of hormone therapy is in

the patient's best interest, they may be able to avoid physical changes inconsistent with their gender identity.

28.     Puberty is initiated by the pulsatile release of the hormone GnRH from the hypothalamus. GnRH then stimulates the pituitary gland to produce Follicle Stimulating Hormone (FSH) and Luteinizing Hormone (LH). These hormones, FSH and LH, then lead to the production of estrogen and testosterone in individuals with ovaries and testes, respectively. Pubertal suppression involves the administration of a medication that prevents the release of FSH and LH, thereby inhibiting the production of estrogen and testosterone. By inhibiting that production, the further development of secondary sex characteristics halts. This pause in puberty limits the further influence of a person's endogenous sex hormones on the body. Stopping the medication resumes the production of FSH and LH and allows puberty to resume with no residual effects on fertility or secondary sex characteristics.

29.     For some transgender adolescents, undergoing pubertal development consistent with their gender identity through hormone therapy may also be medically necessary and in their best interest. When prescribed hormone therapy—testosterone for transgender boys, and estrogen in combination with a testosterone-suppressing medication for transgender girls—adolescents experience physical changes consistent with their gender identity.

**A.     Mental     Health     Evaluations     are     Conducted     Prior
to Initiating Medical Treatment for Transgender Adolescents**

30.     WPATH SOC-8 recommends a multidisciplinary assessment that
involves several domains for the patient seeking treatment for gender dysphoria. A
licensed mental health professional with expertise in the treatment of transgender
and gender diverse adolescents assesses the patient's gender identity development,
social development, and the support structure for the patient, including an
investigation of the effects of gender minority stress, family dynamics and any other
aspect that might contribute to the individual's social development. Additionally,
co-occurring mental health and/or developmental concerns are addressed. The
mental health professional also assesses whether the minor has the emotional and
cognitive maturity to provide informed assent for any treatment. This process of
consent and assent involves an evaluation of the minor's and guardian's
understanding of the medical information and treatment, including the option to not
receive treatment, risks and reversible and irreversible effects of treatment, and
fertility options and considerations during an open discussion about the patient's
goals and expectations of treatment.

31.     The Endocrine Society Guideline specifies that mental health clinicians
who diagnose gender dysphoria should be trained "in child and adolescent
developmental psychology and psychopathology," competent in using the DSM

and/or ICD diagnostically, and able to understand the individual's mental health, social conditions and ability to consent. This process is highly individualized; a nuanced approach is indicated as each patient has unique medical needs.

### B. Extensive Requirements Must Be Met before Medical Interventions are Initiated for Transgender Adolescents

32.     Medications for the treatment of gender dysphoria are not appropriate for every patient. The WPATH SOC-8 advises that "it is important to establish the young person has experienced several years of persistent gender diversity/incongruence prior to initiating less reversible treatments such as gender-affirming hormones . . . ."[3] Similarly, the Endocrine Society Guideline provides that prior to the initiation of any medical intervention, "transgender individuals should be encouraged to experience living in the new gender role and assess whether this improves their quality of life."[4]

33.     Pursuant to the Endocrine Society Guideline, transgender adolescents with gender dysphoria may be eligible for pubertal blocking medication if a qualified mental health professional has confirmed that: (i) the adolescent has demonstrated a

---

[3] Coleman E, Radix AE, Bouman WP, et al. Standards of Care for the Health of Transgender and Gender Diverse People, Version 8. *Int J Transgend Health*. 2022 Sep 6;23(Suppl 1):S60.
[4] Hembree WC, Cohen-Kettenis PT, Gooren L, et al.  Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline. *J Clin Endocrinol Metab*. 2017 Nov 1;102(11): 3876.

long-lasting and intense pattern of gender nonconformity or gender dysphoria (whether suppressed or expressed); (ii) gender dysphoria worsened with the onset of puberty; (iii) any coexisting psychological, medical, or social problems that could interfere with treatment (e.g., that may compromise treatment adherence) have been addressed, such that the adolescent's situation and functioning are stable enough to start treatment; and (iv) the adolescent has sufficient mental capacity to give informed consent to this (reversible) treatment.

34.     Further, the adolescent must:  (i) have been informed of the effects and side effects of treatment (including potential impacts on fertility *if* the individual subsequently continues with life-long sex hormone treatment) and options to preserve fertility; and (ii) has given informed consent and the parents or other caretakers or guardians have consented to the treatment and are involved in supporting the adolescent throughout the treatment process.

35.     Lastly, a pediatric endocrinologist or other clinician experienced in pubertal assessment should: (i) agree with the indication for GnRH agonist treatment; (ii) confirm that puberty has started in the adolescent; and (iii) confirm that there are no medical contraindications to GnRH agonist treatment.[2]

36.     For transgender adolescents to be eligible for hormone therapy, the Endocrine Society Guideline directs that a qualified mental health professional confirms:  (i) the persistence of gender dysphoria; (ii) any coexisting psychological,

medical, or social problems that could interfere with treatment (*e.g.*, that may compromise treatment adherence) have been addressed, such that the adolescent's situation and functioning are stable enough to start hormone therapy; and (iii) the adolescent has sufficient mental capacity to estimate the consequences of this treatment, weigh the benefits and risks, and give informed consent to this treatment.[2]

37.     Further, the adolescent needs to have: (i) been informed of the effects and side effects of treatment (including options to preserve fertility); (ii) given informed consent and (particularly when the adolescent has not reached the age of legal medical consent, depending on applicable legislation) the parents or other caretakers or guardians have consented to the treatment and are involved in supporting the adolescent throughout the treatment process.

38.     And lastly, a pediatric endocrinologist or other clinician experienced in pubertal induction: (i) agrees with the indication for hormone therapy; and (ii) has confirmed that there are no medical contraindications to hormone therapy.[2]

## III.     THE MULTIDISCIPLINARY TREATMENT TEAM MODEL

39.     I treat transgender patients as part of a multidisciplinary treatment team, which includes psychologists, psychiatrists, pediatricians, pediatric endocrinologists, medical-legal partners, and patient care advocates, all of whom are experienced in providing care to transgender minor patients.

40.    We follow the process outlined in the WPATH SOC-8 and the Endocrine Society Guidelines.

41.    Keeping with the American Medical Association's Code of Medical Ethics, I follow a comprehensive informed consent process prior to initiating treatment.

42.    Some patients are referred to the clinic by a mental health provider with expertise in transgender health, while others are referred by their pediatrician or another provider. If the patient does not already have a mental health provider, I refer the patient to one to begin the mental health evaluation prior to providing any treatment. We then work together collaboratively to assess the patient in accordance with the WPATH standards and Endocrine Society guidelines.

43.    The mental health provider assesses the patient in the domains described in paragraph 33 and 36. I then review the mental health assessment and confirm that there is a diagnosis of gender incongruence and that it has been consistent, persistent and insistent, along with confirming other relevant criteria. For most of my patients, gender dysphoria has been present for years prior to their first visit with the youth gender clinic. I further assess the patient for any medical or psychosocial conditions that might affect treatment. My interview with the patient and parent or guardian includes a thorough discussion of the patient's individual

needs, goals, and their process of coming to understand and live in accordance with their gender identity.

44.     Once both a mental health professional and I have each confirmed the diagnosis of gender dysphoria, I meet with the patient and parent or guardian as many times as is necessary for them to fully understand the risks and benefits of treatment options in their individual circumstance and come to an informed decision. As part of my evaluation, I order bloodwork, and in some circumstances a DEXA scan or other necessary evaluation to assess the general health of the patient prior to initiating therapy. I also thoroughly discuss the potential impacts on fertility, fertility preservation options, and make appropriate referrals as necessary.

45.     As part of my informed consent process, I fully review a packet of information with the adolescent and guardian, which discusses in detail the risks, benefits, and reversible and long-term effects of the relevant medications (pubertal suppressants and/or hormone therapies), and alternatives to treatment. As part of this process, I ask detailed questions to the patient and guardian to ensure understanding of the range of potential treatment options and outcomes. Additional resources and a follow-up protocol are also items in the packet that are reviewed.

46.     The patient and guardian then take the informational packet home for self-study. I offer additional reading material when necessary. Once a full evaluation has been completed; the patient, family, and healthcare team are all in agreement

that a treatment is in the best interest of the patient; and risks and benefits are well understood, informed consent and assent are obtained and treatment can commence.

47.     Once the patient begins their medical treatment as prescribed, I meet with the patient and family for follow up on a regular basis and their progress is monitored at regular intervals. I assess the patient's progress, presence of gender dysphoria, physical and mental health, efficacy of the treatment, satisfaction with the treatment, side effects, and hormone levels and laboratory screening for treatment side effects. At these follow-up appointments, we carefully reassess patient progress and make medication adjustments as appropriate. The patients are strongly encouraged to remain in therapy with a mental health provider throughout this process.

48.     Consistent with the established treatment guidelines described above, I consider prescribing puberty blocking treatment starting at pubertal Tanner Stages II–III. Please refer to paragraph 52 for a detailed discussion of pubertal timing and other uses of pubertal suppressive medications. Depending on the needs of the patient, the pubertal stage they are in, and any changes that may have already resulted from endogenous puberty, patients may first initiate puberty blocking medication, followed by hormone therapy *if and when* it is medically indicated and the patient and family desire this treatment; or they may initiate hormone therapy alone or in conjunction with androgen receptor antagonists or pubertal suppressants

at later stages of puberty. The goal of the treatment is to minimize the patient's gender dysphoria and to allow the patient to experience secondary sex characteristics consistent with their gender identity if medically indicated and agreed upon by the healthcare team, patient and family.

49.     In my clinical experience, I have witnessed first-hand the significant and substantial benefits that access to puberty blocking, hormone antagonist, and hormone therapies, when medically necessary for the individual, can have on an adolescents' overall health and well-being.

## III.   PUBERTY BLOCKING, HORMONE ANTAGONIST, AND HORMONE THERAPIES ARE SAFE AND EFFECTIVE TREATMENTS FOR TRANSGENDER YOUTH

50.     I have read the Florida Boards of Medicine and Osteopathic Medicine rules that bar doctors from prescribing puberty blocking, hormone antagonist, and hormone therapies for transgender youth. These bans stand in direct contrast to the authoritative standards of care for the treatment of gender dysphoria. Based on my expert opinion, unless enjoined these rules will continue to cause harm to my patients and countless other transgender adolescents in the state of Florida.

51.     The Endocrine Society's and WPATH's treatment protocols for prescribing puberty blocking medications and hormone therapies provide an evidence-based, safe and effective treatment approach for gender dysphoria. The American Academy of Pediatrics, which was founded in 1930 and represents more

than 67,000 pediatricians in this country, is one of many reputable medical associations in the United States which supports the use of puberty blocking medications and hormone therapy to treat gender dysphoria in adolescent patients when medically indicated.

52.     Puberty blocking treatment works by pausing endogenous puberty at whatever stage it is at when the treatment begins, limiting the further influence of endogenous hormones until the treatment is ended. Puberty blocking medications are not new for the treatment of gender dysphoria, as their use began in Amsterdam in 1998 and expanded to the United States in 2010. There is over 30 years' worth of data on the safety of puberty blockers regarding children who experience precocious puberty that can be applied to the transgender population. In appropriate candidates, the benefits of treating gender dysphoria with puberty blocking medication can greatly outweigh the small potential for short- or long-term side effects. Moreover, for youth with gender dysphoria, as compared to those treated for precocious puberty, the treatment is typically used for a much shorter period to pause development before either initiating puberty with hormone therapy or resuming endogenous puberty.

53.     Pubertal development has a wide variation among individuals. The onset of puberty in individuals whose sex assigned at birth is male begins, on average, at age 11-12 but can range from age 9 to 14. In those whose sex assigned

at birth is female, the onset of puberty typically begins at age 10-11, but can range from age 8 to 13. Once puberty begins, completion on average occurs 3.5–4 years later. Generally speaking, pubertal suppression occurs for up to 2-3 years. The use of puberty blockers in transgender males (whose sex assigned at birth is female) allows for decreased chest development, reducing the need for breast binding and potential surgical intervention in adulthood. The use of puberty blockers in transgender females (whose sex assigned at birth is male), limits facial and body hair growth, voice deepening, and testosterone-driven cartilage and bone structure changes, which greatly reduce distress both at the time of treatment and later in life reduce the need for future interventions such as voice therapy, hair removal, and facial feminization surgery.

54.     The use of puberty blocking medications are safe and effective, and the rare side effects are thoroughly discussed with the patient and their family prior to starting any treatment. To address the risk of lower bone mineral density that can be associated with prolonged use of puberty blockers, we conduct regular screening for vitamin D and calcium deficiency (and treat deficiencies when needed), advise regular weight-bearing exercise, conduct bone mineral density scans at regular intervals, and limit the number of years a patient is on puberty blocking medication. Decades of data on the use of puberty blockers as treatment for precocious puberty

has demonstrated that puberty blocking medication does not have long-term implications for fertility.[5,6]

55.      Puberty blocking medications may also be used by transgender females (whose sex assigned at birth is male) in conjunction with estrogen therapy to suppress that individual's endogenous production of testosterone. It is standard protocol to include a testosterone-suppressive agent when an individual begins estrogen. Hormone receptor antagonist therapies can also be used to suppress the endogenous action of testosterone. There are some instances where puberty-blocking medications are used in the latter stages of puberty to prevent unwanted secondary sex characteristics such as an adam's apple, increased facial hair, a lower voice or late-stage breast development, depending on the individualized needs and assessment of the patient.

56.      In a 2020 study published in the American Academy of Pediatrics' official journal *Pediatrics*, researchers queried a group of 20,619 transgender individuals and found a lower odds of lifetime suicidal ideation for those who received pubertal suppression when they were adolescents compared with a group

---

[5] Guaraldi F, Beccuti G, Gori D, Ghizzoni L. MANAGEMENT OF ENDOCRINE DISEASE: Long-term outcomes of the treatment of central precocious puberty. *Eur J Endocrinol.* 2016 Mar;174(3):R79-87.
[6] Martinerie L, de Mouzon J, Blumberg J, di Nicola L, Maisonobe P, Carel JC; PREFER study group. Fertility of Women Treated during Childhood with Triptorelin (Depot Formulation) for Central Precocious Puberty: The PREFER Study. *Horm Res Paediatr*. 2020;93(9-10):529-538.

that desired pubertal suppression but did not receive it.[7] Suicidality is of particular concern because the estimated lifetime prevalence of suicide attempts among the transgender population is as high as 40%.

57.    Under the Endocrine Society Guidelines and WPATH SOC-8, hormone therapy is appropriate for transgender adolescents with gender dysphoria when their experience of gender incongruence is marked and sustained over time, the adolescent demonstrates emotional and cognitive maturity required to provide informed consent/assent for treatment, other mental health concerns (if any) that may interfere with diagnostic clarity and capacity to consent have been addressed, and the adolescent has discussed reproductive options with their provider. For adolescents who meet these criteria, it may be in the patient's best interest to provide hormone therapy to initiate puberty consistent with the patient's gender identity. The parent or guardian is critical to the assessment and treatment process for minors and must provide informed consent for any individual under the age of majority.

58.    Hormone therapy is safe and has been used in non-transgender patients for reasons unrelated to the treatment of gender dysphoria. There are a variety of medical conditions in childhood and adulthood where estrogen or testosterone are prescribed, such as polycystic ovary syndrome, menorrhagia (heavy menstrual

---

[7] Turban JL, King D, Carswell JM, Keuroghlian AS. Pubertal Suppression for Transgender Youth and Risk of Suicidal Ideation. *Pediatrics.* 2020 Feb;145(2):e20191725.

bleeding), acne, contraception, menopause, post-chemotherapy, premature ovarian failure, pubertal delay, and testosterone deficiency. Patients with various intersex conditions, such as Turner Syndrome or Klinefelter Syndrome, also often receive hormone therapy. Those individuals with the conditions described often need hormone therapy for the duration of their entire lives.

59.     As with puberty blocking medications, I discuss the risks and benefits of hormone therapy at length with adolescent patients and their families prior to initiation of treatment. Potential impact on fertility is always discussed along with fertility preservation options. If desired after our discussion, patients are referred to a reproductive endocrinologist for further discussion of fertility preservation, a procedure that also may be recommended prior to certain chemotherapy regimens or due to ovarian or testicular insufficiency.

60.     Many transgender adults have been on hormone therapy for decades. No reputable medical organization or reliable study has concluded that the risk of any negative outcome would categorically outweigh the substantial benefit of treatment in appropriate candidates for therapy.

61.     The goal of hormone therapy is to lessen gender dysphoria, improve functioning and avoid unwanted secondary sex characteristics while developing characteristics that align with gender identity. Studies have showed improved psychological functioning, body image and mental health, and less gender

dysphoria, suicidality, depression and anxiety with treatment for gender dysphoria. Some of my patients who are receiving medical treatment for gender dysphoria experienced suicidal ideation and attempts prior to beginning treatment. I have witnessed patients transform from individuals with significant levels of psychological distress to functional, psychologically stable, thriving individuals. I fear that categorically denying puberty blockers, hormone antagonists, and hormones to transgender adolescents who meet criteria for care will lead to distress and psychological harm.

62.     After medications are initiated, the patient's functioning, psychosocial situation, physical changes, satisfaction with therapy, hormone levels, and treatment side effects are assessed frequently. Patient care is individualized and in consultation with their doctor, patients may decide to stop therapy, continue, or be evaluated for adjustment of their medication in response to medical need.

63.     In summary, the interventions described above are effective and safe, and access is essential for the wellbeing of those transgender adolescent patients for whom they are indicated. The treatments are provided only with assent from the patient and consent from the parent or guardian. My patients who receive medically necessary treatment for gender dysphoria often experience significant improvement in their mental health and quality of life. Medical treatment recommended for and provided to transgender adolescents with gender dysphoria can substantially reduce

lifelong gender dysphoria and can eliminate the potential need for later, more invasive treatments.  Access to medications to treat gender dysphoria is vital and can improve the short- and long-term health outcomes for transgender adolescents.

## IV.    HARMS OF WITHHOLDING OR TERMINATING TREATMENT FOR TRANSGENDER ADOLESCENTS WITH GENDER DYSPHORIA

64.    I have reviewed the medical bans promulgated by the Florida Boards of Medicine and Osteopathic Medicine. Based on my review, I understand those rules to prohibit board-certified physicians like myself from following accepted standard of care in providing medical treatment for gender dysphoria for minors who had not received treatment prior to March 16, 2023 and March 28, 2023, respectively.

65.    Puberty blocking medications and hormone therapies have improved the physical and mental well-being of many of my patients. Withholding this well-established, necessary medical care from patients will worsen their mental health outcomes. Being denied the only medical therapies that can legitimately treat their gender dysphoria will render their conditions more recalcitrant. Refusing medical care in this way without a sound medical basis violates my professional and ethical obligations by forcing me to withhold necessary treatment from my patients.

66.    Since the Boards' rules have become effective, I have met with new patients who were candidates for puberty blocking medication or hormone therapy,

but physicians, including myself, are not permitted to prescribe them. The parents of these adolescents are angry and concerned for their children. They want to ensure their children get the medical care that they need to live happy, productive and healthy lives. There are several families who are taking active steps to move out of the state of Florida. It is devastating that these parents feel that they have no other option but to leave and find a safe place for their children, who will be denied critical medical treatment if they remain in Florida.

67.     In my clinical experience, I can attest that medications to treat gender dysphoria significantly improve the health and well-being of adolescents who are transgender, and for whom the care is medically indicated. I have witnessed the tremendous impacts of treatment on my transgender patients, including developing improved relationships with their family members and peers, improved academic performance and feelings of belonging at school, the ability to develop healthy romantic relationships with their partners, and feeling hopeful about their future and the opportunities life has to offer.

68.     Many of my transgender patients' anxiety, depression, and self-harming behaviors have improved following the initiation of treatment for gender dysphoria. I have witnessed myriad patients transform from being withdrawn, sullen, and unable to connect, to thriving socially, developing self-confidence, and developing close friendships. Not only have I seen this growth in my patients during

our clinical visits, but many of my patients' parents have expressed to me how their teenage child blossomed and came out of their shell after receiving treatment for gender dysphoria. Many of my patients' parents have also shared with me how crippling and painful it was as a parent to watch their child struggle without access to necessary medical care, and it haunts me to know that under the Boards' rules, so many more parents are going to have to watch their children suffer without access to effective treatment for their gender dysphoria.

69.     Transgender persons account for 0.6% of our population in the United States. This marginalized population has had the misfortune of having their medical care targeted and banned despite the existence of evidence-based medical standards that have been reviewed and adopted by major medical organizations and providers with extensive expertise in this field of medicine. As with any treatment for a minor, treatments for gender dysphoria rely on an open informed consent discussion between a qualified medical provider, their patient, and the patient's parent or guardian. There is no sound medical justification for prohibiting the medical treatment provided to this one particular population, and no basis upon which to deny parents the right to determine appropriate medical treatment for their child and to deny qualified medical providers the right to provide evidence-based treatment aligned with authoritative standards of care. The mental health disparities present in this population that are exacerbated by untreated gender dysphoria are significant

and well-documented. The Florida Boards of Medicine bans prohibit doctors from caring for their patients and abiding by the Hippocratic Oath.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th of April, 2023.

_____

BRITTANY BRUGGEMAN, M.D.

# Exhibit A

# Brittany S. Bruggeman

*Curriculum Vitae* Assistant Professor of Pediatric Endocrinology  *E-mail:* bruggemanbr@gmail.com
UF Health Shands Children's Hospital          *Phone:*  321-537-8832
University of Florida
Gainesville, FL 32608

---

| **Education** | **University of Florida**, Gainesville, FL | |
|---|---|---|
| | **B.S.**, Basic Biology and Medicine | 2008-2012 |
| | Minor, Music Performance | |
| | *Summa cum laude* | |
| | Thesis: "Development and Optimization of a Bioartificial Pancreas as a Therapy for Type 1 Diabetes." | |
| | **M.D.**, College of Medicine | 2011-2015 |
| | Medical Honors Program | |
| | *With Honors in Research* | |
| | **UF Health Shands Children's Hospital,** Gainesville, FL | |
| | **Pediatric Residency** | 2015-2018 |
| | *Research Track* | |
| | **Endocrinology Fellowship** | 2018-2021 |

---

## Qualifications & Licensure

| | |
|---|---|
| USMLE Step 1: 247 | 2013 |
| USMLE Step 2: 267 | 2014 |
| USMLE Step 3: 242 | 2015 |
| Diplomat, American Board of Pediatrics | 2018-present |
| Fellow, American Academy of Pediatrics | 2018-present |
| Florida Medical Licensure: ME 137728 | 2018-present |
| Diplomat, American Board of Pediatric Endocrinology | 2021-present |

---

## Current Appointments

| | |
|---|---|
| Assistant Professor of Pediatric Endocrinology, Tenure-eligible | |
| University of Florida | Gainesville, FL | July 2021-present |

---

## Honors and Awards

### *Internal*

| | |
|---|---|
| **UF College of Medicine Exemplary Teacher Award** | 2022 |
| Annual award that recognizes the top 10% of College of Medicine faculty in teaching excellence and mentorship. | |
| **2020 Douglas J. Barrett, MD Academic Fellowship Award** | 2020-2021 |

Awarded to one rising third or fourth year pediatric clinical or research fellow displaying the highest qualities of scholarly activity in research, teaching and patient care. Funds one year of fellowship training.

**Pediatric Clerkship Excellence in Medical Student Education**   x3, 2018-2019
Medical students recognize one resident or faculty who most positively impacted their education during their pediatric clerkship.

**Inaugural McJunkin Family Type 1 Diabetes Fellow**               2018-2019
Awarded to fellows committed to careers as clinician-scientists in type 1 diabetes. Funds one year of pediatric endocrinology fellowship.

**Audrey Lincourt Schiebler Award for Excellence in Child Advocacy**     2018
Awarded to one UF pediatric trainee for superior efforts in child advocacy.

**Best Resident/Fellow Poster, UF Pediatric Science Day**          May 2017
"Prevalence and Characterization of Retinopathy in Children with Type 1 Diabetes Using a Non-mydriatic Fundus Camera."

**Gold Humanism Honor Society, UF Chapter**               Jan. 2015- present
15% of the fourth-year medical school class selected for exemplary behavior that promotes humanism in medicine.

**Association of Pathology Chairs Award, UF College of Medicine**     May 2013

**Distinguished Service Award, UF College of Medicine (COM)**      May 2013

**International Medical Outreach Service Award, UF COM**         May 2013

*External*

**NIH NIDDK Travel Award**                                June 2022
One of six abstracts chosen for oral presentation at the "Integrated Physiology of the Exocrine and Endocrine Compartments in Pancreatic Diseases Workshop."

**CAPER 2022 PancreasFest Travel Grant**                   May 2022
Awarded to trainees and early career faculty dedicated to pancreatic research.

**Runner-Up, Best Case Presentation ISPAD Science School**       May 2021
Awarded to the top five case presentations at the ISPAD Science School for Physicians in May 2021. Winning presentations were developed into modules on the ISPAD e-learning platform.

**American Academy of Pediatrics (AAP) Top Ten Resolution**         2019
First-authored resolution, "Affordable Insulin Access for All Children with Diabetes" voted by AAP leadership to be a top 10 policy priority in 2019 out of 60+ accepted proposals.

**Endocrine Society Presidential Poster Competition Participant**     March 2019

First-authored top-scoring abstract for presentation at the Annual Meeting.

**Third Place Oral Presentation, FCAAP Pediatric Medical Student Research Forum** Aug. 2014
**"**Comparison of effectiveness of Glulisine, Lispro, and Aspart in decreasing post-prandial hyperglycemia in a real-world setting."

## Service and Leadership

### *Internal*

**Equal Access Clinic, UF College of Medicine**
Pediatric Attending Physician 2018-present
UF College of Medicine student-run free healthcare clinic

**Gainesville Healthy Smiles Day**
Founder and Organizer April 2016 & June 2017
Pediatric Residents trained in oral health exams and provided free basic dental care, education, and referrals in an underserved area of Gainesville.

**Global Health Outreach Medical Missions**
Trip Member, Nicaragua 2012, 2014, 2015
Trip Leader, Nicaragua 2013

**PACE Center for Girls**
UF College of Medicine Careers in Medicine Day July 2022

**UF College of Medicine**
LCME Accreditation Review Jan. 2023
Pediatric Residency Advocacy Rotation Co-Director July 2022-present
Research Accountability Team member December 2021-present
Collaborative Learning Group Leader July 2021-present
Team Lead, FL DOH CMS Endocrine Disease Mgmt. Contract 2020-2022
Pediatric Interest Group Treasurer 2012-2013

**UF College of Medicine White Coat Company**
Vocal coach and participant Aug. 2011-May 2013

### *External*

**Alachua County Medical Society**
Secretary/Treasurer May 2021-present
Trainee Advisory Board Member 2018-2021

**American Academy of Pediatrics**

Adopted first-authored resolution: "Equitable Parental Leave Recommendations
for Pediatric Trainees"                                                    Aug. 2021
Section on Endocrinology Executive Board Fellow Member          2019-2021
Executive Coordinator of Internal Process for the Section on Pediatric Trainees
(SOPT)                                                                       2018-2019
Executive Coordinator of Resident Initiatives, SOPT                 2017-2018
Resolutions Task Force, SOPT                                             2017-2018
District X Resident Representative, SOPT                               2016-2017
District X Assistant District Coordinator, SOPT                       2015-2016
Residency Program Delegate                                               2015-2018

**American Diabetes Association**
National Advocacy Committee Member                         Jan 2021-present
Early Career Advisory Group Member                        March 2021-present
Legislative and Regulatory Subcommittee Member                    2019-2020
Call to Congress Participant                                         April 2019

**Florida Chapter of the American Academy of Pediatrics**
Early Career Committee Member                                        2019-2021
Legislative Committee Co-Chair                              Nov. 2022-present

**Florida Diabetes Camp**
Volunteer                                           July 2012, 2014, 2016 & 2017
Camp Physician                                               July 2018, 2022

**The Environmental Determinants of Diabetes in the Young Study**
Diet Committee                                                      2022-present

**Type 1 Diabetes TrialNet**
Microbiome Working Group                                          2021-present
Populations Working Group                                            2019-2022
Psychosocial Committee                                             2023-present

## Professional Affiliations

American Academy of Pediatrics (AAP), Member               2011-present
Alachua County Medical Society, Member                        2017-present
AAP Section on Endocrinology, Member                          2018-present
American Diabetes Association, Member                          2018-present
Florida Medical Association, Member                            2018-present
Network for Pancreatic Organ Donors with Diabetes, Investigator   2018-present
Pediatric Endocrine Society, Member                            2018-present

## Professional Development

**American Academy of Pediatrics (AAP)**

| | |
|---|---|
| Washington, DC Legislative Office Internship | April 2018 |
| Annual Legislative Conference | 2017, 2018 |
| Section on Pediatric Trainees Planning Meeting | 2016, 2018, 2019 |
| District IX/X Annual Meeting | 2016, 2017 |
| National Conference and Exhibition | Annually 2012-2020 |

**Florida Chapter of the AAP**

| | |
|---|---|
| Annual Meeting Residency Brain Bowl Participant | 2016 & 2017 |
| Annual Conference | 2014, 2016-2018, 2020-2022 |

**American Diabetes Association**

| | |
|---|---|
| Focus on Fellows Annual Meeting | Annually 2018-2021 |
| Scientific Sessions | Annually 2018-2022 |

**American Pediatric Society/Society for Pediatric Research**

| | |
|---|---|
| APS SPR Journeys & Frontiers in Pediatric Research Program | 2021-2022 |

**Association for Clinical and Translational Science**

| | |
|---|---|
| Annual Meeting | 2022 |
| Mock NIH K Study Section | 2022 |

**Children with Diabetes Friends for Life**

| | |
|---|---|
| Fellows Program | 2018 |
| Annual Meeting | 2018 |

**Collaborative Alliance for Pancreatic Education and Research**

| | |
|---|---|
| CAPER PancreasFest Annual Meeting | 2022 |

**The Endocrine Society**

| | |
|---|---|
| Fellows Series: Type 1 Diabetes Care and Management Conference | 2019 |
| Annual Meeting | 2019 |

**Florida Medical Association**

| | |
|---|---|
| Legislative Visitation Program | April 2019 |
| Annual Conference Delegate | 2017, 2022 |

**International Society for Pediatric and Adolescent Diabetes**

| | |
|---|---|
| Science School for Physicians | May 2021 |

**Network for Pancreatic Organ Donors with Diabetes (nPOD)**

| | |
|---|---|
| Annual Meeting | 2020, 2022, 2023 |

**NIH NIDDK**

| | |
|---|---|
| Integrated Physiology of the Exocrine and Endocrine Compartments in Pancreatic Diseases Workshop | 2022 |

**Pediatric Academic Societies**

| | |
|---|---|
| Annual Conference | 2013 |

**Pediatric Endocrine Society**

| | |
|---|---|
| Annual Meeting | 2019, 2021, 2022 |

**Southern Pediatric Endocrine Society**

| | |
|---|---|
| Annual Meeting | 2019 |

**The Environmental Determinants of Diabetes in the Young (TEDDY)**

| | |
|---|---|
| Steering Committee Meeting | 2022 |

**Type 1 Diabetes TrialNet**

| | |
|---|---|
| Steering Committee Meeting | 2019, 2020, 2022 |

**UF Graduate-Level Research Courses Completed**

| | |
|---|---|
| GMS6945 Team Science | Fall 2021 |
| PHC6052 Introduction to Biostatistical Methods | Fall 2021 |
| GMS6875 Ethical/Policy Issues in Clinical Research | Spring 2022 |
| GMS6885 Translational Health Research Design | Fall 2022 |

## Reviewer

**Alachua County Medical Society**

| | |
|---|---|
| ACMS Poster Symposium Judge | 2021, 2022 |

**American Academy of Pediatrics**

| | |
|---|---|
| Legislative Conference Scholarships, Section on Pediatric Trainees (SOPT) | 2017, 2018 |
| Anne E. Dyson Child Advocacy Award, SOPT | 2017, 2018 |
| National Conference Resident Clinical Case Presentations | 2016- 2018 |

**Pediatric Endocrine Society**

| | |
|---|---|
| 2023 Annual Meeting Abstracts | 2023 |

**Ad hoc reviewer for:**

| | |
|---|---|
| *Case Reports in Endocrinology* | 2020-present |
| *Diabetes Care* | 2018-present |
| *Diabetes Technology and Therapeutics* | 2019-present |
| *Diabetes Therapy* | 2019-present |
| *Diabetes UK* | 2022-present |
| *Diabetologia* | 2019-present |
| *JMIR Diabetes* | 2021-present |
| *Pediatric Diabetes* | 2018-present |
| *Pediatrics* | 2020-present |

| | |
|---|---|
| *Pediatrics in Review* | 2021-present |

## Mentorship

### University of Florida Undergraduate Research Assistants

| | |
|---|---|
| Logan Brunson | Oct. 2018-May 2020 |
| McKayla Massey | Oct. 2018-May 2020 |
| Daniel Rodriguez | Oct. 2018-May 2020 |
| Michael Guyot | June 2022-present |
| Christopher Georgas | Nov. 2022-present |
| Danielle Elliott | Nov. 2022-present |

### UF COM Medical Student Research Assistants

| | |
|---|---|
| Savanna Gornisiewicz | June 2022-present |
| Ryan Grabau | June 2022-present |
| Camila Sarcone | June 2022-present |
| Rebecca Oyetoro | June 2020-March 2021 |
| Amanda LaPorte | June 2015-Dec. 2018 |

### UF Pediatric Residency Intern Mentorship Program

| | |
|---|---|
| Iriyise Oloruntoba-Oju | July 2021-present |

### UF Pediatric Endocrinology Fellow Scholarship Oversight Committee

| | |
|---|---|
| Israa Ismail | October 2021-present |

### Mentee Awards

Savanna Gornisiewicz, *2022 Alachua County Medical Society Poster Symposium finalist,* "Serum Exocrine Enzymes as Biomarkers of Response to Immunotherapy in Type 1 Diabetes." Received $500 scholarship.

Camila Sarcone*, 2022 Medical Student Research Program Symposium semi-finalist*, "Chronic pancreatitis and acinar atrophy by histopathology characterize young nPOD donors with reduced pancreas organ weight and may precede this finding in the progression to type 1 diabetes." Received $100 prize.

Michael Guyot, *2023-2024 University of Florida AI Scholars Program*, "The development of a MACSima imaging cyclic staining (MICS) panel to evaluate exocrine pancreatic pathology in type 1 diabetes (T1D)." Received $1750 scholarship.

## Invited Panels

### *Internal*

**UF College of Medicine**
BMS 6091: Health Outcomes and Policy 1, Expert Panel Consult  Jan. 2020, 2021
Intern 101 Pediatric Pathway: LGBTQ Panel                                May 2022

*External*

**American Academy of Pediatrics**
National Conference and Exhibition Residency Admissions Panel      Nov. 2018

**Network for Pancreatic Organ Donors with Diabetes (nPOD)**
15ᵗʰ Annual Scientific Meeting "WIELD panel: What Brings You Joy? How to
Choose a Career Path in T1D Women in Diabetes Research"            March 2023

**WGCU Public Media**
"Blood Sugar Rising" Panel Discussion                                    Nov. 2020

---

## Invited Lectures

*Internal*

**Medi-Gators Virtual Shadowing Program**
"A Day in the Life of a Pediatric Endocrinologist."                  October 2021

**UF Child & Adolescent Psychiatry Fellowship Program**
"Hormonal Treatment for Gender Dysphoria."                           March 2022

**UF College of Medicine**
BMS 6632: "Intro to Diabetes: Types, Stigma, & Complications."       2022, 2023
BMS 6632: "DKA & HHS: Case-based Learning."                          2022, 2023
Intern 101 Pediatric Pathway: "Diabetes in Children."                 May 2022

**UF Neonatal Grand Rounds**
"Sexual Differentiation and Related Disorders."          Nov. 2021, March 2023

**UF OB/GYN Grand Rounds**
"OB/GYN care of transgender and gender-diverse patients."             Nov. 2021

**UF OB/GYN Clerkship**
Case-based conference: "Amenorrhea and delayed puberty."             March 2023

**UF Pediatric Grand Rounds**
"Hot Topics- 3 Minute Talks. Natural History and Mechanisms of Exocrine
Dysfunction in Pre-Type 1 Diabetes."                                  May 2021
"Pediatric Obesity: Avoiding the Pitfalls of Stigma, Bias, and Inertia in Patient
Care."                                                               October 2021

**UF Pediatric Endocrinology Core Lectures**

| | |
|---|---|
| "Placental Passage of Hormones" | February 2022 |
| "Sexual Differentiation and Related Disorders." | March 2023 |

**UF Pediatric Residency Program**

| | |
|---|---|
| "Diabetes Logistics" | July 2019 |
| "Precocious Puberty" | July 2019, Aug 2022 |

**UF Pensacola Pediatric Residency Program**

| | |
|---|---|
| "Cushing Syndrome" | March 2021 |

*External*

**American Academy of Pediatrics**

Section on Oral Health Webinar "Adding Oral Health to Your Advocacy Agenda." Feb. 2018

National Conference and Exhibition Section on Pediatric Trainees Resident Breakout, "SOPT Delegate 101." Nov. 2018

**American Diabetes Association**

| | |
|---|---|
| ADA Focus on Fellows, "Patient Advocacy." | June 2021 |
| ADA Focus on Fellows, "Identifying Funding." | June 2021 |

Webinar, "Standards of Care in Diabetes 2023 Update for Early Career Professionals." Jan. 2023

**Lohman Family Diabetes & Wellness Conference**

"Advancements & Opportunities in the Care of Children with Diabetes" Nov 2021

**Right Care Alliance**

| | |
|---|---|
| UF Town Hall, "Insulin Access and Affordability." | July 2018 |
| UF Diabetes Awareness Fair, "Insulin Access and Affordability." | Nov. 2018 |

**Southern Pediatric Endocrine Society**

Annual Meeting, "Insulin Affordability for Pediatric Diabetes Patients." Feb. 2019

**Rotary Club of Marco Island**

| | |
|---|---|
| "The COVID-19 Pandemic and Diabetes Care" | Jan. 2021 |

## Bibliography

### *Peer-Reviewed Manuscripts*

1. **Bruggeman BS**, Walker AF, Peters AL, D'Avolio LW, Haller MJ. "Blue Circle Health: A novel patient-centered model of health care delivery for low-income patients with type 1 diabetes." *J Diabetes Sci Technol*. 2023;0(0). https://doi.org/10.1177/19322968221149008

2.  So M, O'Rourke C, Ylescupidez A, Bahnson HT, Steck AK, Wentworth JM, **Bruggeman BS**, Lord S, Greenbaum CJ, Speake C. "Characterizing the Age-dependent Effects of Risk Factors on Type 1 Diabetes Progression." *Diabetologia* 2022 Apr;65(4):684-694. https://doi.org/10.1007/s00125-021-05647-5

3.  Crossen SS, **Bruggeman BS**, Haller MJ, Raymond JK. "Challenges and Opportunities in Utilizing Telehealth for Diabetes Care." *Diabetes Spectr.* 2022 Feb 15;35(1):33-42. https://doi.org/10.2337/dsi21-0018

4.  Zimmerman C, Ilstad-Minnihan A, **Bruggeman B**, Bruggeman B, Dayton K, Joseph N, Moas D, Rohrs H. "Thyroid Storm Caused by Hyperemesis Gravidarum." *AACE Clin. Case Rep.* 2022 Jan 3;8(3):124-127. https://doi.org/10.1016/j.aace.2021.12.005

5.  **Bruggeman BS**, Campbell-Thompson M, Filipp SL, Gurka MJ, Atkinson MA, Schatz DA, Jacobsen LM. "Substance use affects type 1 diabetes pancreas pathology: implications for future studies." *Front Endocrinol*. 2021 Nov;12:1553. https://doi.org/10.3389/fendo.2021.778912

6.  **Bruggeman BS**, Bernier A. "Hirsutism and Menstrual Irregularity in a 16-year-old Girl." *Pediatr Rev*. 2021 Aug;42(8):449-452. https://doi.org/10.1542/pir.2020-002089

7.  Lin AS, Mack JA, **Bruggeman B,** Jacobsen LM, Posgai AL, Wasserfall CH, Brusko TM, Atkinson MA, Gitelman SE, Gottlieb PA, Gurka MJ, Mathews CE, Schatz DA, Haller MJ. "Low-dose ATG/GCSF in Established Type 1 Diabetes: A Five-Year Follow-up Report." *Diabetes*. 2021 May;70(5):1123-1129. https://doi.org/10.2337/db20-1103

8.  **Bruggeman B**,* Zimmerman C,* LaPorte A, Stalvey M, Filipp SL, Gurka MJ, Silverstein JH, Jacobsen LJ. "Barriers to Retinopathy Screening in Youth and Young Adults with Type 1 Diabetes." *Pediatr Diabetes*. 2021 May;22(3):469-473. https://doi.org/10.1111/pedi.13171 *Equal first authorship

9.  Foster TP, **Bruggeman B**, Guedes B, Dayton K. "Seizure Activity in a 3-year-old Girl." *Pediatr Rev*. 2021 Jan;42(S1):S85-S88. https://doi.org/10.1542/pir.2019-0252

10. Foster TP, **Bruggeman B**, Campbell-Thompson M, Atkinson MA, Haller MJ, Schatz DA. "Exocrine Pancreas Dysfunction in Type 1 Diabetes." *Endocr Pract.* 2020 Dec;26(12):1505-1513. https://doi.org/10.4158/EP-2020-0295

11. **Bruggeman BS,** Vincent HK, Chi X, Filipp SL, Mercado R, Modave F, Guo Y, Gurka MJ, Bernier A. "Simple tests of cardiorespiratory fitness in a

pediatric population." *PLOS ONE*. 2020 Sep;15(9):e0238863. https://doi.org/10.1371/journal.pone.0238863

12. Zimmerman C,* **Bruggeman B,*** LaPorte A, Kaushal S, Stalvey M, Beauchamp G, Dayton K, Hiers P, Filipp SL, Gurka MJ, Silverstein JH, Jacobsen LJ. "Real-world Screening for Retinopathy in Youth with Type 1 Diabetes Using a Non-mydriatic Fundus Camera." *Diabetes Spectr*. 2020 Sep; ds200017. https://doi.org/10.2337/ds20-0017 ***Equal first authorship**

13. Morris HL, Donahoo WT, **Bruggeman B**, Zimmerman C, Hiers P, Zhong VW, Schatz D. "An Iterative Process for Identifying Pediatric Patients with Type 1 Diabetes: Retrospective Observational Study." *JMIR Med Inform*. 2020 Sep;8(9):e18874. https://doi.org/10.2196/18874

14. Walker AF, Haller MJ, Gurka MJ, **Bruggeman B**, Miller K, Foster N, Anez Zabala C, Schatz DA. "Addressing Health Disparities in Type 1 Diabetes through Peer Mentorship." *Pediatr Diabetes*. 2020 Feb;21(1):120-127. https://doi.org/10.1111/pedi.12935

15. **Bruggeman BS**, Albanese-O'Neill, A. "From Pediatric to Adult Diabetes Care: Strategies for Success." *Practical Diabetology*. 2019 Aug. Retrieved from: https://www.diabetesselfmanagement.com/practical-diabetology/news-tools/pediatric-adult-diabetes-care-strategies-success/

16. **Bruggeman BS**, Schatz DA. "Enhanced Understanding of the Natural History of Pre-Type 1 Diabetes: Fundamental to Prevention." *Pediatr Endocrinol Rev*. 2019 Mar;16(3):359-368. https://doi.org/10.17458/per.vol16.2019.bs.pretype1diabetes

## Expert Commentary

1. **Bruggeman BS**, Schatz DA. "The ISPAD Clinical Practice Consensus Guidelines 2022: how far we have come and the distance still to go." *Lancet Diabetes Endocrinol*. 2023 Mar 24;S2213-8587(23)00083-9. https://doi.org/10.1016/S2213-8587(23)00083-9

2. **Bruggeman BS**, Campbell-Thompson MC. Expert Commentary, "2-Year Remission of Type 2 Diabetes and Pancreas Morphology." *Practice Update* October 2020. https://www.practiceupdate.com/content/2-year-remission-of-type-2-diabetes-and-pancreas-morphology/107876

3. **Bruggeman BS**. "Fertile, fat, and forty." *The Yale Journal for Humanities in Medicine*. 11 May 2014. http://yjhm.yale.edu/essays/bbruggeman20140511.htm

## Peer-Reviewed Conference Proceedings and Abstracts

**International/National Presentations**

1. Guyot M, Williams M, Bumgarner BM, Brusko M, Campbell-Thompson M, Wasserfall C, **Bruggeman B**. "The development of a MACSima imaging cyclic staining (MICS) panel to evaluate exocrine pancreatic pathology in type 1 diabetes (T1D)." Poster at *Network for Pancreatic Organ Donors with Diabetes 15th Annual Meeting*, February 2023.

2. Sarcone C, Turk L, Jacobsen L, Campbell-Thompson M, **Bruggeman B**. "Chronic Pancreatitis and Acinar Atrophy by Histopathology Characterize Young nPOD Donors with Reduced Pancreas Organ Weight and May Precede this Finding in the Progression to Type 1 Diabetes." Poster at *Network for Pancreatic Organ Donors with Diabetes 15th Annual Meeting*, February 2023.

3. **Bruggeman BS**, Gornisiewicz S, McGrail K, Gonzalez N, Wasserfall C, Campbell-Thompson M, Atkinson M, Haller M, Schatz D. "Serum Exocrine Enzymes as Biomarkers of Response to Immunotherapy in Type 1 Diabetes." Oral presentation at *NIH NIDDK Integrated Physiology of the Exocrine and Endocrine Compartments in Pancreatic Diseases Workshop,* June 2022.

4. **Bruggeman BS**, McGrail K, Gonzalez N, Wasserfall C, Campbell-Thompson M, Atkinson M, Haller M, Schatz D. "A Serum Exocrine Enzyme as a Biomarker of Response to Immunotherapy in Type 1 Diabetes." Poster at *CAPER PancreasFest,* July 2022.

5. **Bruggeman BS**, Gornisiewicz S, McGrail K, Gonzalez N, Wasserfall C, Campbell-Thompson M, Atkinson M, Haller M, Schatz D. "Serum Exocrine Enzymes as Biomarkers of Response to Immunotherapy in Type 1 Diabetes." Oral presentation at *NIH NIDDK Integrated Physiology of the Exocrine and Endocrine Compartments in Pancreatic Diseases Workshop,* June 2022.

6. Gornisiewicz S, McGrail K, Gonzalez N, Wasserfall C, Campbell-Thompson M, Atkinson M, Haller M, Schatz D, **Bruggeman BS**. "Serum Exocrine Enzymes as Biomarkers of Response to Immunotherapy in Type 1 Diabetes." Poster at *NIH NIDDK Integrated Physiology of the Exocrine and Endocrine Compartments in Pancreatic Diseases Workshop,* June 2022.

7. **Bruggeman BS**, McGrail K, Gonzalez N, Wasserfall C, Campbell-Thompson M, Atkinson M, Haller M, Schatz D. "A Serum Exocrine Enzyme as a Biomarker of Response to Immunotherapy in Type 1 Diabetes." Poster at *Association for Clinical and Translational Science Annual Meeting,* April 2022. https://doi.org/10.1017/cts.2022.192

8. **Bruggeman BS**, McGrail K, Gonzalez N, Wasserfall C, Campbell-Thompson M, Atkinson M, Haller M, Schatz D. "A Serum Exocrine Enzyme as a Biomarker of Response to Immunotherapy in Type 1 Diabetes." Poster at *Pediatric Endocrine Society Annual Meeting,* April 2022.

9. Zimmerman C, Ilstad-Minnihan A, **Bruggeman B**, Bruggeman B, Dayton K, Joseph N, Moas D, Rohrs H. "Thyroid Storm Caused by Hyperemesis Gravidarum." Poster at *American Association of Clinical Endocrinology Annual Meeting 2021: Envision*. Virtual. May-June 2021.

10. **Bruggeman B.** "Mechanisms of Exocrine Dysfunction in Type 1 Diabetes." Oral Presentation at *Seventh Annual Endocrine Fellows Foundation Diabetes, Obesity, and Metabolism Research Forum*. February 2021.

11. **Bruggeman BS**, Beachy D, Jacobsen LM, Nick HS, Atkinson MA, Schatz D, Wasserfall C. "Role of mTORC1 Regulation in the T1D Organ Donor Pancreas." Poster at *American Diabetes Association Annual Meeting*, June 2020. https://doi.org/10.2337/db20-1637-P

12. **Bruggeman BS**, Bernier A. "Ovarian Venous Sampling Supports the Diagnosis of a Rare Virilizing Tumor in a Pediatric Patient." Poster at *Pediatric Endocrine Society Annual Meeting*, April 2020 (meeting canceled).

13. **Bruggeman BS**, Campbell-Thompson MA, Posgai AL, Atkinson MA, Schatz D, Jacobsen LM. "Effect of Substance Use on Type 1 Diabetes Pancreas Histopathology." Poster at *American Diabetes Association Annual Meeting*, June 2019. https://doi.org/10.2337/db19-1366-P

14. **Bruggeman BS,** Vincent HK, Chi X, Filipp SL, Mercado R, Modave F, Guo Y, Gurka MJ, Bernier A. "Simple Tests of Cardiorespiratory Fitness in a Pediatric Population: A Feasibility Study." Poster at *Pediatric Academic Society Annual Meeting*, April 2019.

15. **Bruggeman B**, Dayton K. "An Unusual Presentation of Pseudohypoparathyroidism Type 1a Associated with a Novel GNAS Mutation and Vitamin D Deficiency." Guided Presidential Poster Session at *Endocrine Society Annual Meeting*, March 2019. https://doi.org/10.1210/js.2019-MON-252

16. Morris HL, Donahoo WT, **Bruggeman B**, Zimmerman C, Hiers P, Zhong VW, Schatz D. "Development of a Computable Phenotype for Youth with Type 1 Diabetes." Poster at *American Public Health Association Annual Meeting,* Nov. 2018.

17. Walker AF, Haller MJ, Gurka MJ, Morris HL, Anez-Zabala C, **Bruggeman BS**, Guiffre D, Rohrs H, Atkinson MA, Schatz D. "Promoting Health Equity in Type 1 Diabetes through Peer Mentorship- Findings from the All for ONE Randomized Controlled Trial." Moderated Poster Discussion at *American Diabetes Association Annual Meeting*, June 2018. https://doi.org/10.2337/db18-1371-P

18. Walker AF, Johnson C, Anez-Zabala C, Dorvil SR, Haller MJ, Gurka MJ, **Bruggeman BS**, Guiffre D, Atkinson MA, Schatz I, Schatz D. "A Content Analysis of Text Messages in a Type 1 Diabetes Peer Mentoring Program-The Importance of Shared Interests." Poster at *American Diabetes Association Annual Meeting*, June 2018. https://doi.org/10.2337/db18-844-P

19. Zimmerman C, **Bruggeman B,** LaPorte A, Kaushal S, Stalvey M, Beauchamp G, Dayton K, Hiers P, Filipp SL, Gurka MJ, Silverstein JH, Jacobsen LJ. "Prevalence and Characterization of Retinopathy in Children with Type 1 Diabetes Using a Non-mydriatic Fundus Camera." Poster at *American Diabetes Association Annual Meeting*, Aug. 2017.

20. **Sorensen B**, Silverstein J. "Comparison of effectiveness of Glulisine, Lispro, and Aspart in decreasing post-prandial hyperglycemia in a real-world setting." Poster at *Pediatric Academic Societies Annual Meeting*, May 2013.

**Regional Presentations**

1. Gornisiewicz S, McGrail K, Gonzalez N, Wasserfall C, Campbell-Thompson M, Atkinson M, Haller M, Schatz D, **Bruggeman BS**. "Serum Exocrine Enzymes as Biomarkers of Response to Immunotherapy in Type 1 Diabetes." Poster at *FCAAP 8th Annual Pediatric Research Forum for Medical Students,* September 2022.

2. **Bruggeman B,** Zimmerman C, LaPorte A, Kaushal S, Stalvey M, Beauchamp G, Dayton K, Hiers P, Filipp SL, Gurka MJ, Silverstein JH, Jacobsen LJ. "Prevalence and Characterization of Retinopathy in Children with Type 1 Diabetes Using a Non-mydriatic Fundus Camera." Poster at *Children with Diabetes Friends for Life Conference*, July 2018.

3. **Bruggeman B,** Zimmerman C, LaPorte A, Kaushal S, Stalvey M, Beauchamp G, Dayton K, Hiers P, Filipp SL, Gurka MJ, Silverstein JH, Jacobsen LJ. "Prevalence and Characterization of Retinopathy in Children with Type 1 Diabetes Using a Non-mydriatic Fundus Camera." Poster at *Florida Medical Association David A. Paulus, MD Poster Symposium*, Aug. 2017.

4. **Bruggeman B.** "Comparison of effectiveness of Glulisine, Lispro, and Aspart in decreasing post-prandial hyperglycemia in a real-world setting." Oral presentation at *FCAAP Pediatric Medical Student Research Forum*, Aug. 2014.

5. **Sorensen B**, Simpson N. "Developing methods to optimize efficacy of a bioartificial pancreas as a therapy for type 1 diabetes in a C3H/HeN mouse model." Poster at *Furman Engaged Research Symposium*, April 2011.

6. **Sorensen B**, Simpson N. "Developing methods to optimize efficacy of a bioartificial pancreas as a therapy for type 1 diabetes in a C3H/HeN mouse model." Poster at *Florida Statewide Student Research Symposium*, March 2011.

**Local Presentations**

1. Guyot M, Williams M, Bumgarner BM, Brusko M, Campbell-Thompson M, Wasserfall C, **Bruggeman B**. "The development of a MACSima imaging cyclic staining (MICS) panel to evaluate exocrine pancreatic pathology in type 1 diabetes (T1D)." Poster at *2023 Spring Undergraduate Research Symposium*, April 2023.

2. Guyot M, Williams M, Bumgarner BM, Brusko M, Campbell-Thompson M, Wasserfall C, **Bruggeman B**. "The development of a MACSima imaging cyclic staining (MICS) panel to evaluate exocrine pancreatic pathology in type 1 diabetes (T1D)." Poster at *STEM at UF Research Symposium*, March 2023.

3. Guyot M, Williams M, Bumgarner BM, Brusko M, Campbell-Thompson M, Wasserfall C, **Bruggeman B**. "The development of a MACSima imaging cyclic staining (MICS) panel to evaluate exocrine pancreatic pathology in type 1 diabetes (T1D)." Poster at *13th annual UF College of Medicine Celebration of Research*, February 2023.

4. Sarcone C, Turk L, Jacobsen L, Campbell-Thompson M, **Bruggeman B**. "Chronic Pancreatitis and Acinar Atrophy by Histopathology Characterize Young nPOD Donors with Reduced Pancreas Organ Weight and May Precede this Finding in the Progression to Type 1 Diabetes." Poster at *13th annual UF College of Medicine Celebration of Research*, February 2023.

5. Gornisiewicz S, McGrail K, Gonzalez N, Wasserfall C, Campbell-Thompson M, Atkinson M, Haller M, Schatz D, **Bruggeman BS**. "Serum Exocrine Enzymes as Biomarkers of Response to Immunotherapy in Type 1 Diabetes." Poster at *13th annual UF College of Medicine Celebration of Research*, February 2023.

6. **Bruggeman BS.** "Exocrine Pancreas Pathology in Type 1 Diabetes." Oral Presentation at *UF Pediatrics Fellows Research Conference*, January 2021.

7. **Bruggeman BS.** "Exocrine Pancreas Pathology in Type 1 Diabetes." Oral Presentation at *UF Pediatrics Fellows Research Conference*, May 2020.

8. **Bruggeman BS**, Campbell-Thompson MA, Posgai AL, Atkinson MA, Schatz D, Jacobsen LM. "Effect of Substance Use on Type 1 Diabetes Pancreas Histopathology." Poster at *UF Diabetes Institute World Diabetes Day Poster Session*, Nov. 2019.

9. **Bruggeman BS**. "Simple Tests of Cardiorespiratory Fitness in a Pediatric Population: A Feasibility Study." Oral Presentation at *UF Pediatric Science Day*, June 2019.

10. **Bruggeman BS**, Campbell-Thompson MA, Posgai AL, Atkinson MA, Schatz D, Jacobsen LM. "Effect of Substance Use on Type 1 Diabetes Pancreas Histopathology." Poster at *UF Pediatric Science Day*, June 2019.

11. Zimmerman C, Morris HL, Donahoo WT, **Bruggeman B**, Hiers P, Zhong VW, Schatz D. "Development of a Computable Phenotype for Youth with Type 1 Diabetes." Poster at *UF Pediatric Science Day,* June 2018.

12. **Bruggeman B**, Guiffre D, Walker A. "Improving Type 1 Diabetes Compliance Using a Mentorship Program." Poster at *UF Health Pediatric Residency Quality Improvement Symposium*, Aug. 2017.

13. **Bruggeman B,** Zimmerman C, LaPorte A, Kaushal S, Stalvey M, Beauchamp G, Dayton K, Hiers P, Filipp SL, Gurka MJ, Silverstein JH, Jacobsen LJ. "Prevalence and Characterization of Retinopathy in Children with Type 1 Diabetes Using a Non-mydriatic Fundus Camera." Poster at *UF Pediatric Science Day*, May 2017.

14. **Bruggeman BS**, Zimmerman C. "Prevalence and Characterization of Retinopathy in Children with Type 1 Diabetes Using a Non-mydriatic Fundus Camera." Oral Presentation at *UF Pediatrics Fellows Research Conference*, Nov. 2016.

15. **Sorensen B**, Silverstein J. "Comparison of effectiveness of Glulisine, Lispro, and Aspart in decreasing post-prandial hyperglycemia in a real-world setting." Poster at *University of Florida Medical Student Research Day*, April 2013.

16. **Sorensen B**, Simpson N. "Developing methods to optimize efficacy of a bioartificial pancreas as a therapy for type 1 diabetes in a C3H/HeN mouse model." Poster at *Junior Honors Medical Program Research Symposium*, April 2011.

17. **Sorensen B**, Simpson N. "Developing methods to optimize efficacy of a bioartificial pancreas as a therapy for type 1 diabetes in a C3H/HeN mouse model." Poster at *HHMI Creativity in the Arts and Sciences Event*, Jan. 2011.

---

## Ongoing Research Support

### NIH NIDDK K23 Career Development Award
Role: Mentored PI                                        January 2023-November 2026
Title: "Natural History and Mechanisms of Exocrine Pancreatic Dysfunction in Pre-Type 1 Diabetes."

This project aims to investigate the natural history and role of exocrine loss in pre-T1D while cultivating the skills and experience necessary to establish an independent career as a physician scientist in T1D clinical and translational research.

### Georgia Center for Diabetes Translation Research 2022 Pilot and Feasibility Program Cycle

Role: PI                                    February 2023-January 2024
Title: "A Provider-Facing EHR-Based Dashboard to Improve Health Equity in Type 1 Diabetes."
This project aims to conceptualize and create capacity for a T1D Technology Health Equity Dashboard within the University of Florida and Emory University Health systems.

### NIH NIDDK Extramural Loan Repayment Program for Pediatric Research

Role: Mentored PI                                    July 2022-June 2024
Title: "Natural History and Mechanisms of Exocrine Pancreatic Dysfunction in Pre-Type 1 Diabetes."
This project aims to investigate the natural history of exocrine loss in T1D by measuring fecal elastase throughout the course of pre-T1D and to investigate exocrine autoimmunity as a potential mechanism for exocrine dysfunction in T1D while cultivating the skills and experience necessary to establish an independent career as a physician scientist in T1D clinical and translational research.

### NIH NIDDK R03: New Investigator Gateway Awards for Collaborative T1D Research

Role: PI                                    September 2021-August 2023
Title: "Natural History and Mechanisms of Exocrine Dysfunction in Pre-Type 1 Diabetes."
This project aims to investigate the natural history of exocrine loss in T1D by measuring fecal elastase throughout the course of pre-T1D within two different cohorts: The Environmental Determinants of Diabetes in the Young (TEDDY) study and a T1D TrialNet prospective ancillary study.

### Pediatric Endocrine Society Clinical Scholar Award

Role: Mentored PI                                    July 2021-June 2023
Title: "Natural History and Mechanisms of Exocrine Dysfunction in Pre-Type 1 Diabetes."
This project aims to investigate the natural history of exocrine loss in T1D by measuring fecal elastase throughout the course of pre-T1D and to investigate exocrine autoimmunity as a potential mechanism for exocrine dysfunction in T1D.

## Completed Grants

### University of Florida Clinical and Translational Research Institute KL2 Career Development Award

Role: Mentored PI                                    July 2021-June 2023

Title: "Natural History and Mechanisms of Exocrine Dysfunction in Pre-Type 1 Diabetes."

This project aims to investigate the natural history of exocrine loss in T1D by measuring fecal elastase throughout the course of pre-T1D and to investigate exocrine autoimmunity as a potential mechanism for exocrine dysfunction in T1D while cultivating the skills and experience necessary to establish an independent career as a physician scientist in T1D clinical and translational research.

### UF Medical Student Research Program Grant          June 2011-July 2011

Role: Mentored PI

Title: "Comparison of Effectiveness of Glulisine, Lispro, and Aspart in decreasing post-prandial hyperglycemia in a real-world setting."

This project was a randomized, open-label trial that aimed to compare the glycemic excursion following food intake and post-meal injection of Apidra, Humalog, and Novolog insulins in a diabetes camp for children.

### American Academy of Pediatrics Community Access to Child Health (CATCH) Resident Grant          June 2018-August 2019

Role: Mentored co-PI

Title: "Health Smiles Day Initiative."

This project trained pediatric residents in oral health exams and provide free basic dental care, education, and referrals in an underserved area of Gainesville on an annual to biannual basis.

### UF Children's Miracle Network Fellow Grant          June 2018-June 2019

Role: Mentored co-PI

Title: "Fundal Photography as a Screening Tool for Diabetic Retinopathy in Pediatric Type 2 Diabetes."

This project aimed to assess the feasibility of screening for retinopathy in the pediatric type 2 diabetes patient population using a non-mydriatic fundus camera.

### Inaugural McJunkin Family Type 1 Diabetes Fellow   July 2018-July 2019

Role: PI

Awarded to fellows committed to careers as clinician-scientists in type 1 diabetes. Funds one year of pediatric endocrinology fellowship.

### UF Children's Miracle Network Fellow Grant          June 2019-June 2020

Role: Mentored PI

Title: "Mechanisms of Exocrine Dysfunction in Type 1 Diabetes."
This project aims to elucidate the relationship between AUC C-peptide, markers of immune function, and serum markers of exocrine pancreatic function in subjects enrolled in the clinical trial: "Antithymocyte Globulin (ATG) and pegylated granulocyte colony stimulating factor (GCSF) in New Onset Type 1 Diabetes."

**Pediatric Endocrine Society Rising Star Award**     Jan. 2019-March 2021
Role: Mentored PI
Title: "Mechanisms of Exocrine Dysfunction in Type 1 Diabetes."
This project aims to elucidate the relationship between AUC C-peptide, markers of immune function, and serum markers of exocrine pancreatic function in subjects enrolled in the clinical trial: "Antithymocyte Globulin (ATG) and pegylated granulocyte colony stimulating factor (GCSF) in New Onset Type 1 Diabetes."

**University of Florida Clinical and Translational Research Institute Pilot Award**                July 2019-June 2021
Role: Mentored PI
Title: "Mechanisms of Exocrine Dysfunction in Type 1 Diabetes."
This project aims to elucidate the relationship between AUC C-peptide, markers of immune function, and serum markers of exocrine pancreatic function in subjects enrolled in the clinical trial: "Antithymocyte Globulin (ATG) and pegylated granulocyte colony stimulating factor (GCSF) in New Onset Type 1 Diabetes."

**Douglas J. Barrett, MD Academic Fellowship Award** June 2020-June 2021
Role: PI
Title: "Mechanisms of Exocrine Dysfunction in Type 1 Diabetes."
Awarded to one fellow per year for highest qualities of scholarly activity in research, teaching, and patient care. Funds one year of pediatric endocrinology fellowship.

**Endocrine Fellows Foundation Research Grant**     Jan. 2019-Dec. 2021
Role: Mentored PI
Title: "Mechanisms of Exocrine Dysfunction in Type 1 Diabetes."
This project aims to elucidate the relationship between AUC C-peptide, markers of immune function, and serum markers of exocrine pancreatic function in subjects enrolled in the clinical trial: "Antithymocyte Globulin (ATG) and pegylated granulocyte colony stimulating factor (GCSF) in New Onset Type 1 Diabetes."

# Exhibit B

# BIBLIOGRAPHY

Coleman, E., Radix, A. E., Bouman, W. P., Brown, G. R., de Vries, A. L. C., Deutsch, M. B., Ettner, R., Fraser, L., Goodman, M., Green, J., Hancock, A. B., Johnson, T. W., Karasic, D. H., Knudson, G. A., Leibowitz, S. F., Meyer-Bahlburg, H. F. L., Monstrey, S. J., Motmans, J., Nahata, L., Nieder, T. O., … Arcelus, J. (2022). Standards of Care for the Health of Transgender and Gender Diverse People, Version 8. *International journal of transgender health*, *23*(Suppl 1), S1–S259.

Guaraldi, F., Beccuti, G., Gori, D., & Ghizzoni, L. (2016). Management of Endocrine Disease: Long-term outcomes of the treatment of central precocious puberty. *European journal of endocrinology*, *174*(3), R79–R87.

Hembree WC, Cohen-Kettenis PT, Gooren L, et al. Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline. *Journal of Clinical Endocrinology and Metabolism.* 2017 Nov 1;102(11): 3869-3903.

Martinerie, L., de Mouzon, J., Blumberg, J., di Nicola, L., Maisonobe, P., Carel, J. C., & PREFER study group (2020). Fertility of Women Treated during Childhood with Triptorelin (Depot Formulation) for Central Precocious Puberty: The PREFER Study. *Hormone research in paediatrics*, *93*(9-10), 529–538.

Turban JL, King D, Carswell JM, Keuroghlian AS. Pubertal Suppression for Transgender Youth and Risk of Suicidal Ideation. *Pediatrics.* 2020 Feb;145(2):e20191725.