# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JANE DOE, individually and on behalf of her minor daughter, SUSAN DOE, et al.,

    Plaintiffs,

v.

JOSEPH A. LADAPO, in his official capacity as Florida's Surgeon General of the Florida Department of Health, et al.,

    Defendants.

Case No. 4:23-cv-114-RH-MAF

## NOTICE OF APPEARANCE FOR ATTORNEY NOAH S. GOLDBERG

PLEASE TAKE NOTICE that Noah S. Goldberg, with the law firm of Covington & Burling LLP, hereby enters his appearance as counsel in the above-styled case on behalf of *amici curiae*: the American Academy of Pediatrics, the Academic Pediatric Association, the American Academy of Child & Adolescent Psychiatry, the American Academy of Family Physicians, the American Academy of Nursing, the American Association of Physicians for Human Rights, Inc. d/b/a GLMA: Health Professionals Advancing LGBTQ Equality, the American College of Obstetricians and Gynecologists, the American College of Osteopathic Pediatricians, the American College of Physicians, the American Medical Association, the

1

American Pediatric Society, the Association of American Medical Colleges, Association of Medical School Pediatric Department Chairs, Inc., the Endocrine Society, the Florida Chapter of the American Academy of Pediatrics, the National Association of Pediatric Nurse Practitioners, the Pediatric Endocrine Society, the Societies for Pediatric Urology, the Society for Adolescent Health and Medicine, the Society for Pediatric Research, the Society of Pediatric Nurses, and the World Professional Association for Transgender Health (collectively, "*Amici Curiae*").

Dated: April 24, 2023

Respectfully submitted,

*/s/ Noah S. Goldberg*

Noah S. Goldberg
Florida Bar No. 1008316
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St., N.W.
Washington, D.C. 20001
Phone: (202) 662-6000
Fax: (202) 778-5179
ngoldberg@cov.com

*Counsel for Amici Curiae*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2023, this notice was filed through the Court's CM/ECF system, which will serve all counsel of record via transmission of a notice of electronic filing generated by CM/ECF.

/s/ *Noah S. Goldberg*
Noah S. Goldberg
