IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JANE DOE et al.,

      Plaintiffs,

v.                                      CASE NO. 4:23cv114-RH-MAF

JOSEPH A. LADAPO et al.,

      Defendants.

_____/

## ORDER SETTING A SCHEDULING CONFERENCE

Some of the plaintiffs have moved for a preliminary injunction. To promote the orderly and prompt resolution of the motion, this order sets a scheduling conference. The parties should be prepared to address the scheduling impact, if any, of the pending appeal to the Eleventh Circuit in *Eknes-Tucker v. Governor of the State of Alabama*, No. 22-11707. The oral argument occurred in November 2022, and the appeal is under submission. The plaintiffs also should be prepared to indicate whether they have given formal or informal notice of this action to the United States.

      IT IS ORDERED:

1. By separate notice, the clerk must set a scheduling conference by telephone for May 1, 2023, at 1:00 p.m. Only matters of timing and procedure, not matters of substance, will be addressed at the conference.

2. The plaintiffs' attorneys must attempt to learn the identity of the attorneys for all defendants as soon as possible. The plaintiffs' attorneys must provide to the defendants' attorneys, immediately upon learning their identity—or, for those whose identities are already known, immediately upon receipt of this order— copies of:

- the first amended complaint,
- the motion for a preliminary injunction and supporting papers,
- this order, and
- the clerk's notice of hearing.

Copies must be provided by the most expeditious feasible method and, if different, by the most reliable method. The plaintiffs must serve copies of the papers listed above on any defendant by 2:00 p.m. on April 28, 2023, in the manner provided by law for service of process, if by that time the plaintiffs' attorneys have not learned the identity of that defendant's attorneys.

3. The attorneys for all parties must confer prior to the scheduling conference in a good faith effort to reach agreement on the scheduling of a hearing on the motion for a preliminary injunction and on other procedural and substantive

issues relating to the motion, including the need for live testimony and the admissibility of declarations.

4. The attorneys for all parties may confer regarding the date of the scheduling conference. It will be moved to another date available on the court's calendar if all parties agree. The courtroom deputy clerk must cooperate with the parties on the availability of other dates.

SO ORDERED on April 25, 2023.

s/Robert L. Hinkle<br>
United States District Judge