**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

| | |
|---|---|
| JANE DOE, individually and on behalf of her minor daughter, SUSAN DOE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH A. LADAPO, in his official capacity as Florida's Surgeon General of the Florida Department of Health, et al., <br><br> Defendants. | Case No. 4:23-cv-114-RH-MAF |

**MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

Pursuant to Local Rule 11.1(C), William R. Isasi, with the law firm of Covington & Burling LLP, hereby makes application to this Court for admission *pro hac vice* in the above-styled case on behalf of *amici curiae*: the American Academy of Pediatrics, the Academic Pediatric Association, the American Academy of Child & Adolescent Psychiatry, the American Academy of Family Physicians, the American Academy of Nursing, the American Association of Physicians for Human Rights, Inc. d/b/a GLMA: Health Professionals Advancing LGBTQ+ Equality, the American College of Obstetricians and Gynecologists, the American College of Osteopathic Pediatricians, the American College of Physicians, the American

1

Medical Association, the American Pediatric Society, the Association of American Medical Colleges, Association of Medical School Pediatric Department Chairs, Inc., the Endocrine Society, the Florida Chapter of the American Academy of Pediatrics, the National Association of Pediatric Nurse Practitioners, the Pediatric Endocrine Society, the Societies for Pediatric Urology, the Society for Adolescent Health and Medicine, the Society for Pediatric Research, the Society of Pediatric Nurses, and the World Professional Association for Transgender Health (collectively, "*Amici Curiae*"), and states the following:

1. William R. Isasi is an active member in good standing of the bar of the District of Columbia, a member of the bar of the State of New York, and a member of the bar of the following federal courts: the U.S. District Court for the Eastern District of Arkansas, the U.S. Court of International Trade, the U.S. Court of Appeals for the Federal Circuit, and the U.S. Supreme Court. (*See* Certificate of Good Standing for the D.C. Bar attached hereto as Exhibit A).

2. Mr. Isasi does not maintain a regular practice of law in the State of Florida.

3. Mr. Isasi has completed the Local Rules Tutorial, received his confirmation number FLND16633579546777, is familiar with the Local Rules of the Northern District of Florida, and shall comply with them.

4. Mr. Isasi reviewed the online CM/ECF Attorney User's Guide, and maintains an upgraded PACER account.

5. Mr. Isasi is paying the required $208.00 *pro hac vice* fee for this case at the time of filing.

6. Mr. Isasi represents that, to his knowledge, there are no disciplinary or suspension proceedings pending against him in any court of the United States, or of any State, Territory, or Possession of the United States.

WHEREFORE, attorney William R. Isasi moves this Court to enter an Order allowing him to appear before this Court on behalf of *Amici Curiae* for all purposes relating to the proceedings in the above captioned matter.

Dated: April 25, 2023

Respectfully submitted,

*/s/ William R. Isasi*

William R. Isasi (D.C. Bar No. 470878)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St., N.W.
Washington, D.C. 20001
Phone: (202) 662-5102
Fax: (202) 778-5102
wisasi@cov.com

*Counsel for Amici Curiae*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2023, this notice was filed through the Court's CM/ECF system, which will serve all counsel of record via transmission of a notice of electronic filing generated by CM/ECF.

/s/ *William R. Isasi*
William R. Isasi