IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JANE DOE, individually and on behalf of her minor daughter, et al.,

    Plaintiffs,

v.

JOSEPH A. LADAPO, in his official capacity as Florida's Surgeon General of the Florida Department of Health, et al.,

    Defendants.

Case No. 4:23-cv-114-RH-MAF

**MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

Pursuant to Local Rule 11.1(C), Cortlin H. Lannin, with the law firm of Covington & Burling LLP, hereby makes application to this Court for admission *pro hac vice* in the above-styled case on behalf of *amici curiae*: the American Academy of Pediatrics, the Academic Pediatric Association, the American Academy of Child & Adolescent Psychiatry, the American Academy of Family Physicians, the American Academy of Nursing, the American Association of Physicians for Human Rights, Inc. d/b/a GLMA: Health Professionals Advancing LGBTQ+ Equality, the American College of Obstetricians and Gynecologists, the American College of Osteopathic Pediatricians, the American College of Physicians, the American Medical Association, the American Pediatric Society, the Association of American

1

Medical Colleges, Association of Medical School Pediatric Department Chairs, Inc., the Endocrine Society, the Florida Chapter of the American Academy of Pediatrics, the National Association of Pediatric Nurse Practitioners, the Pediatric Endocrine Society, the Societies for Pediatric Urology, the Society for Adolescent Health and Medicine, the Society for Pediatric Research, the Society of Pediatric Nurses, and the World Professional Association for Transgender Health (collectively, "*Amici Curiae*"), and states the following:

1. Cortlin H. Lannin is an active member in good standing of the bar of the State of California and a member of the bar of the following federal courts: the U.S. District Court for the Northern District of California, the U.S. District Court for the Central District of California, the U.S. District Court for the Southern District of California, the U.S. Court of Appeals for the Eighth Circuit, the U.S. Court of Appeals for the Ninth Circuit, and the U.S. Court of Appeals for the Eleventh Circuit. (*See* Certificate of Good Standing for the California Bar attached hereto as Exhibit A).

2. Mr. Lannin does not maintain a regular practice of law in the State of Florida.

3. Mr. Lannin has completed the Local Rules Tutorial, received his confirmation number FLND16637755596791, is familiar with the Local Rules of the Northern District of Florida, and shall comply with them.

4. Mr. Lannin reviewed the online CM/ECF Attorney User's Guide, and maintains an upgraded PACER account.

5. Mr. Lannin is paying the required $208.00 *pro hac vice* fee for this case at the time of filing.

6. Mr. Lannin represents that, to his knowledge, there are no disciplinary or suspension proceedings pending against him in any court of the United States, or of any State, Territory, or Possession of the United States.

WHEREFORE, attorney Cortlin H. Lannin moves this Court to enter an Order allowing him to appear before this Court on behalf of *Amici Curiae* for all purposes relating to the proceedings in the above captioned matter.

Dated: April 25, 2023

Respectfully submitted,

*/s/ Cortlin H. Lannin*

Cortlin H. Lannin
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Phone: (415) 591-7078
clannin@cov.com

*Counsel for Amici Curiae*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2023, this notice was filed through the Court's CM/ECF system, which will serve all counsel of record via transmission of a notice of electronic filing generated by CM/ECF.

/s/ *Cortlin H. Lannin*
Cortlin H. Lannin