# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| JANE DOE, individually and on behalf of her minor daughter, SUSAN DOE, et al., <br><br>     Plaintiffs, <br><br> v. <br><br> JOSEPH A. LADAPO, in his official capacity as Florida's Surgeon General of the Florida Department of Health, et al., <br><br>     Defendants. | Case No. 4:23-cv-114-RH-MAF |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1(C), Emily M. Mondry, with the law firm of Covington & Burling LLP, hereby makes application to this Court for admission *pro hac vice* in the above-styled case on behalf of *amici curiae*: the American Academy of Pediatrics, the Academic Pediatric Association, the American Academy of Child & Adolescent Psychiatry, the American Academy of Family Physicians, the American Academy of Nursing, the American Association of Physicians for Human Rights, Inc. d/b/a GLMA: Health Professionals Advancing LGBTQ+ Equality, the American College of Obstetricians and Gynecologists, the American College of Osteopathic Pediatricians, the American College of Physicians, the American

1

Medical Association, the American Pediatric Society, the Association of American Medical Colleges, Association of Medical School Pediatric Department Chairs, Inc., the Endocrine Society, the Florida Chapter of the American Academy of Pediatrics, the National Association of Pediatric Nurse Practitioners, the Pediatric Endocrine Society, the Societies for Pediatric Urology, the Society for Adolescent Health and Medicine, the Society for Pediatric Research, the Society of Pediatric Nurses, and the World Professional Association for Transgender Health (collectively, "*Amici Curiae*"), and states the following:

1. Emily M. Mondry is an active member in good standing of the bar of the District of Columbia. (*See* Certificate of Good Standing for the D.C. Bar attached hereto as Exhibit A).

2. Ms. Mondry does not maintain a regular practice of law in the State of Florida.

3. Ms. Mondry has completed the Local Rules Tutorial, received her confirmation number FLND1681235897359, is familiar with the Local Rules of the Northern District of Florida, and shall comply with them.

4. Ms. Mondry reviewed the online CM/ECF Attorney User's Guide, and maintains an upgraded PACER account.

5. Ms. Mondry is paying the required $208.00 *pro hac vice* fee for this case at the time of filing.

6. Ms. Mondry represents that, to her knowledge, there are no disciplinary or suspension proceedings pending against her in any court of the United States, or of any State, Territory, or Possession of the United States.

WHEREFORE, attorney Emily M. Mondry moves this Court to enter an Order allowing her to appear before this Court on behalf of *Amici Curiae* for all purposes relating to the proceedings in the above captioned matter.

Dated: April 25, 2023

Respectfully submitted,

/s/ *Emily M. Mondry*

Emily M. Mondry (D.C. Bar No. 1618368)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St., N.W.
Washington, D.C. 20001
Phone: (202) 662-5075
Fax: (202) 778-5075
emondry@cov.com

*Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2023, this notice was filed through the Court's CM/ECF system, which will serve all counsel of record via transmission of a notice of electronic filing generated by CM/ECF.

/s/ *Emily M. Mondry*
Emily M. Mondry