# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
### Tallahassee Division

| | |
|---|---|
| JANE DOE, individually and on behalf of her minor daughter, SUSAN DOE; BRENDA BOE, individually and on behalf of her minor son BENNETT BOE; CARLA COE, individually and on behalf of her minor daughter CHRISTINA COE; FIONA FOE, individually and on behalf of her minor daughter FREYA FOE; GLORIA GOE, individually and on behalf of her minor son GAVIN GOE; and LINDA LOE, individually and on behalf of her minor daughter LISA LOE; PATRICIA POE, individually and on behalf of her minor son PAUL POE, | Civil No. 4:23-cv-00114-RH-MAF |
| Plaintiffs, | |
| v. | |
| JOSEPH A. LADAPO, *in his official capacity as Florida's Surgeon General of the Florida Department of Health*; FLORIDA BOARD OF MEDICINE; SCOT ACKERMAN, NICHOLAS W. ROMANELLO, WAEL BARSOUM, MATTHEW R. BENSON, GREGORY COFFMAN, AMY DERICK, DAVID DIAMOND, PATRICK HUNTER, LUZ MARINA PAGES, ELEONOR PIMENTEL, HECTOR VILA, MICHAEL WASYLIK, ZACHARIAH P. ZACHARIAH, MARIA GARCIA, NICOLE JUSTICE, *in their official capacities as members of the Florida Board of Medicine*; FLORIDA BOARD | |

OF OSTEOPATHIC MEDICINE;
WATSON DUCATEL, TIFFANY
SIZEMORE DI PIETRO, GREGORY
WILLIAMS, MONICA M.
MORTENSEN, VALERIE JACKSON,
CHRIS CREEGAN, WILLIAM D.
KIRSH, *in their official capacities as
members of the Florida Board of
Osteopathic Medicine*,

       Defendants.

_____/

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1(C) of the Northern District of Florida, undersigned counsel, Cynthia Cheng-Wun Weaver, licensed member of the bar of the State of New York, respectfully asks the Court for leave to appear *pro hac vice* in this matter on behalf of Plaintiffs, accompanied by counsel of record, Simone Chriss, who is a member of the bar of the Northern District of Florida. Cynthia Cheng-Wun Weaver has undertaken the representation of Plaintiffs in this matter as co-counsel.

1. Simone Chriss, Esquire, of the Southern Legal Counsel located at 1229 NW 12th Ave, Gainesville, FL 32601-4113, 352-271-8890, is a member in good standing of The Florida Bar and the United States District Court for the Northern District of Florida and is authorized to file through the Court's electronic filing system. Ms. Chriss consents to be designated as a member of the Bar of this Court

2

with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.

2. Cynthia Cheng-Wun Weaver is a licensed member in good standing of the bar of the State of New York as well as the United States District Court for the Southern District of New York. Cynthia Cheng-Wun Weaver is an attorney at the Human Rights Campaign Foundation in Washington, District of Columbia. Attached hereto as <u>Exhibit A</u> is a true and correct copy of a Certificate of Good Standing duly executed by the Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department.

3. Cynthia Cheng-Wun Weaver is familiar with, has reviewed, and will be governed by, the Local Rules of the United States District Court for the Northern District of Florida. She has completed the Attorney Admission Tutorial for the Northern District of Florida. Her confirmation number is: FLND1682434690433.

4. Cynthia Cheng-Wun Weaver has reviewed the Attorney Admission Memo and the CM/ECF Attorney User's Guide.

5. Cynthia Cheng-Wun Weaver completed the Attorney Admission Tutorial and has an active, upgraded PACER account. She requests authorization to receive electronic notices of filing. Her email address is Cynthia.Weaver@hrc.org.

6. Cynthia Cheng-Wun Weaver is paying the required $208.00 *pro hac vice* admission fee for this matter at the time of filing the present motion.

For the foregoing reasons, undersigned counsel, Simone Chriss, respectfully requests that this Court permit Cynthia Cheng-Wun Weaver to appear *pro hac vice* on behalf of Plaintiffs in this matter.

### CERTIFICATION OF WORD LIMIT

Pursuant to Local Rule 7.1(F), undersigned counsel certifies that this motion contains 452 words, exclusive of the case style, signature block, certificate of service, and this certification.

Respectfully submitted this 25th day of April, 2023.

*/s/ Cynthia Cheng-Wun Weaver*   */s/ Simone Chriss*

Cynthia Cheng-Wun Weaver
New York Bar No. 5091848
Human Rights Campaign Foundation
1640 Rhode Island Avenue NW
Washington, D.C. 20036
(202) 527-3669
Cynthia.Weaver@hrc.org

Simone Chriss
Florida Bar No. 124062
Southern Legal Counsel
1229 NW 12th Avenue
Gainesville, FL 32601
(352) 271-8890
Simone.Chriss@southernlegal.org

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certified the foregoing Motion for Leave to Appear *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on April 25, 2023 and served electronically to all counsel of record.

/s/ *Cynthia Cheng-Wun Weaver*
Cynthia Cheng-Wun Weaver

# **EXHIBIT A**



## Appellate Division of the Supreme Court of the State of New York
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

### Cynthia Cheng-Wun Weaver

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **March 29, 2013**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



*In Witness Whereof, I have hereunto set my hand in the City of Albany on April 25, 2023.*

Robert D. Mayberger

Clerk of the Court

CertID-00116166