IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JANE DOE, individually and
on behalf of her minor daughter,
SUSAN DOE, BRENDA BOE,
individually and on behalf of
her minor son BENNETT BOE;
CARLA COE, individually and on
behalf of her minor daughter
CHRISTINA COE; and FIONA FOE,
individually and on behalf of her
minor daughter FREYA FOE,

    Plaintiffs,

vs.                                                    Case No. 4:23cv114-RH-MAF

DR. JOSEPH A. LADAPO, in his
official capacity as Florida's
Surgeon General of the Florida
Department of Health, et al.,

    Defendants.
_____/

## O R D E R

Several motions for leave to appear *pro hac vice* have been filed in this case. The first motion, filed by attorney William R. Isasi, seeks permission to appear *pro hac vice* as co-counsel on behalf of *amici curiae*. ECF No. 39. The motion demonstrates that counsel is a member in good

standing of the Bar of the District of Columbia where he regularly practices law. *Id.* It appears that counsel does not reside in Florida, has completed this Court's local rules tutorial, and the docket confirms that the $208 pro hac vice admission fee has been paid. The motion, ECF No. 39, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

The second motion was filed by attorney Cortlin H. Lannin and seeks permission to appear *pro hac vice* as co-counsel on behalf of *amici curiae.* ECF No. 40. The motion demonstrates that counsel is a member in good standing of the State Bar of California where he regularly practices law. *Id.* It appears that Mr. Lannin does not reside in Florida, has completed this Court's local rules tutorial, and the docket confirms that the $208 pro hac vice admission fee has been paid. The motion, ECF No. 40, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

The third motion was filed by attorney Emily M. Mondry who also seeks permission to appear *pro hac vice* as co-counsel on behalf of *amici curiae.* ECF No. 41. The motion demonstrates that counsel is a member in good standing of the Bar of the District of Columbia where she regularly practices law. *Id.* It appears that Ms. Mondry does not reside in Florida, has completed this Court's local rules tutorial, and the docket confirms that

the $208 pro hac vice admission fee has been paid. The motion, ECF No. 41, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

A fourth motion was filed by attorney D. Jean Veta, seeking leave to appear *pro hac vice* as co-counsel on behalf of *amici curiae.* ECF No. 42. The motion demonstrates that counsel is a member in good standing of the Bar of the District of Columbia where she regularly practices law. *Id.* It appears that Ms. Veta does not reside in Florida, has completed this Court's local rules tutorial, and the docket confirms that the $208 pro hac vice admission fee has been paid. The motion, ECF No. 42, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

The fifth and final motion was filed by attorney Cynthia Cheng-Wun Weaver, ECF No. 43, seeking permission to appear *pro hac vice* as co-counsel on behalf of the Plaintiffs. ECF No. 43. The motion demonstrates that counsel is a member in good standing of the Bar of the State of New York and works with the Human Rights Campaign Foundation from Washington, D.C. *Id.* It appears that Ms. Weaver does not reside in Florida, has completed this Court's local rules tutorial, and the docket confirms that the $208 pro hac vice admission fee has been paid. The

motion, ECF No. 43, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

Accordingly, it is

**ORDERED:**

1. The motion for leave to appear *pro hac vice*, ECF No. 39, is **GRANTED**.

2. The motion for leave to appear *pro hac vice*, ECF No. 40, is **GRANTED**.

3. The motion for leave to appear *pro hac vice*, ECF No. 41, is **GRANTED**.

4. The motion for leave to appear *pro hac vice*, ECF No. 42, is **GRANTED**.

5. The motion for leave to appear *pro hac vice*, ECF No. 43, is **GRANTED**.

**DONE AND ORDERED** on April 27, 2023.

S/   Martin A. Fitzpatrick  
**MARTIN A. FITZPATRICK**  
**UNITED STATES MAGISTRATE JUDGE**

Case No. 4:23cv114-RH-MAF