UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JANE DOE, et al.,

   *Plaintiffs*,

v.                                              Case No. 4:23-cv-114-RH-MAF

JOSEPH A. LADAPO, et al.,

   *Defendants*.

_____/

**NOTICE OF APPEARANCE ON
BEHALF OF DEFENDANTS**

The undersigned gives notice of his appearance as counsel for Joseph A. Ladapo, in his official capacity as Florida's Surgeon General of the Florida Department of Health; the Florida Board of Medicine; Scot Ackerman, Nicholas W. Romanello, Wael Barsoum, Matthew R. Benson, Gregory Coffman, Amy Derick, David Diamond, Patrick Hunter, Luz Marina Pages, Eleonor Pimentel, Hector Vila, Michael Wasylik, Zachariah P. Zachariah, Maria Garcia, in their official capacities as members of the Florida Board of Medicine; Watson Ducatel, Tiffany Sizemore Di Pietro, Gregory Williams, Monica M. Mortensen, Valerie Jackson, Chris Creegan, and William D. Kirsh, in their official capacities as members of the Florida Board of Osteopathic Medicine.

1

/s/ Michael Beato
Michael Beato (FBN 1017715)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK
119 S. Monroe St. Suite 500
Tallahassee, FL 32301
(850) 270-5938
mbeato@holtzmanvogel.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I certify that, on May 1, 2023, this notice was filed through the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Michael Beato
Michael Beato (FBN 1017715)