# United States District Court
## CIVIL MINUTES - GENERAL

Date: <u>May 1, 2023</u>          Case No.: <u>4:23cv114-RH</u>
Time: <u>1:01 – 1:31 p.m.</u>

### JANE DOE et al. v. JOSEPH A. LADAPO et al.

DOCKET ENTRY: Telephonic Scheduling Conference held on Motion for Preliminary Injunction. Ruling by Court: The motions to proceed under pseudonyms are granted. Defendants' response to motion for preliminary injunction is due by May 15. An order will follow.

PRESENT: **ROBERT L. HINKLE, U. S. DISTRICT JUDGE**

<u>Cindy Markley</u>          <u>Megan Hague</u>
Deputy Clerk          Official Court Reporter

ATTORNEYS APPEARING FOR PLAINTIFFS:
Simone Chriss
Jennifer Levi
Chelsea Dunn
Kelly Popkin

ATTORNEYS APPEARING FOR DEFENDANTS:
Mohammad Jazil
Gary Perko
Michael Beato