IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JANE DOE et al.,

    Plaintiffs,

v.                                  CASE NO. 4:23cv114-RH-MAF

JOSEPH A. LADAPO et al.,

    Defendants.

_____/

**ORDER SETTING PRELIMINARY-INJUNCTION PROCEDURES**

    This order confirms and adds to the preliminary-injunction schedule announced on the record of the hearing on May 1, 2023. Oral argument has not yet been scheduled but will occur, if possible, while the attorneys are in the city for the trial of *Dekker v. Weida*, No. 4:22cv325.

    IT IS ORDERED:

    1. The deadline for the defendants to respond to the preliminary-injunction motion is extended to May 15, 2023.

    2. The evidence for purposes of the preliminary-injunction motion will consist of (a) the evidence submitted by the plaintiffs with the motion, (b) the evidence submitted by the defendants with their response, and (c) the evidence

filed as of May 1, 2023 in *Dekker v. Weida*, No. 4:22cv325. But no ruling has been made on any objection that could be asserted if the evidence was offered in person at an evidentiary hearing.

3. The plaintiffs may file a reply memorandum in support of the motion by the later of (a) May 17, 2023 or (b) 24 hours before the oral argument.

SO ORDERED on May 3, 2023.

s/Robert L. Hinkle<br>United States District Judge