IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JANE DOE et al.,

      Plaintiffs,

v.                                          CASE NO. 4:23cv114-RH-MAF

JOSEPH A. LADAPO et al.,

      Defendants.

_____/

## ORDER ALLOWING USE OF PSEUDONYMS

The unopposed motions for leave to use pseudonyms, ECF Nos. 19, 20, 21, 22, 31, 32, 33, and 34, are granted. The plaintiffs may use pseudonyms as requested in the motions.

SO ORDERED on May 2, 2023.

                                      s/Robert L. Hinkle
                                      United States District Judge