IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JANE DOE et al.,

    Plaintiffs,

v.                                        CASE NO. 4:23cv114-RH-MAF

JOSEPH A. LADAPO et al.,

    Defendants.

_____/

## ORDER ALLOWING AMICUS BRIEF

The motion of American Academy of Pediatrics et al., ECF No. 36, for leave to file an amicus brief in support of plaintiffs' motion for a preliminary injunction is granted. The amicus brief, ECF No. 36-1, is deemed properly filed.

SO ORDERED on May 2, 2023.

                                        s/Robert L. Hinkle
                                        United States District Judge