# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
## Tallahassee Division

JANE DOE, individually and on behalf of her minor daughter, SUSAN DOE; BRENDA BOE, individually and on behalf of her minor son BENNETT BOE; CARLA COE, individually and on behalf of her minor daughter CHRISTINA COE; FIONA FOE, individually and on behalf of her minor daughter FREYA FOE; GLORIA GOE, individually and on behalf of her minor son GAVIN GOE; and LINDA LOE, individually and on behalf of her minor daughter LISA LOE; PATRICIA POE, individually and on behalf of her minor son PAUL POE,

Civil No. 4:23-cv-00114-RH-MAF

    Plaintiffs,

v.

JOSEPH A. LADAPO, *in his official capacity as Florida's Surgeon General of the Florida Department of Health*; FLORIDA BOARD OF MEDICINE; SCOT ACKERMAN, NICHOLAS W. ROMANELLO, WAEL BARSOUM, MATTHEW R. BENSON, GREGORY COFFMAN, AMY DERICK, DAVID DIAMOND, PATRICK HUNTER, LUZ MARINA PAGES, ELEONOR PIMENTEL, HECTOR VILA, MICHAEL WASYLIK, ZACHARIAH P. ZACHARIAH, MARIA GARCIA, NICOLE JUSTICE, *in their official capacities as members of the Florida*

1

*Board of Medicine*; FLORIDA BOARD OF OSTEOPATHIC MEDICINE; WATSON DUCATEL, TIFFANY SIZEMORE DI PIETRO, GREGORY WILLIAMS, MONICA M. MORTENSEN, VALERIE JACKSON, CHRIS CREEGAN, WILLIAM D. KIRSH, *in their official capacities as members of the Florida Board of Osteopathic Medicine*; ASHLEY MOODY, *in her official capacity as Attorney General for the State of Florida*; GINGER BOWEN MADDEN, *in her official capacity as State Attorney for the First Judicial Circuit of Florida*; JACK CAMPBELL, *in his official capacity as State Attorney for the Second Judicial Circuit of Florida*; JOHN DURRETT, *in his official capacity as State Attorney for the Third Judicial Circuit of Florida*; MELISSA NELSON, *in her official capacity as State Attorney for the Fourth Judicial Circuit of Florida*; WILLIAM GLADSON*, in his official capacity as State Attorney for the Fifth Judicial Circuit of Florida*; BRUCE BARTLETT, *in his official capacity as State Attorney for the Sixth Judicial Circuit of Florida*; R.J. LARIZZA, *in his official capacity as State Attorney for the Seventh Judicial Circuit of Florida*; BRIAN S. KRAMER*, in his official capacity as State Attorney for the Eighth Judicial

*Circuit of Florida*; MONIQUE H. WORRELL, *in her official capacity as State Attorney for the Ninth Judicial Circuit of Florida*; BRIAN HAAS, *in his official capacity as State Attorney for the Tenth Judicial Circuit of Florida*; KATHERINE FERNANDEZ RUNDLE, *in her official capacity as State Attorney for the Eleventh Judicial Circuit of Florida*; ED BRODSKY, *in his official capacity as State Attorney for the Twelfth Judicial Circuit of Florida;* SUSAN S. LOPEZ, *in her official capacity as State Attorney for the Thirteenth Judicial Circuit of Florida;* LARRY BASFORD, *in his official capacity as State Attorney for the Fourteenth Judicial Circuit of Florida;* DAVE ARONBERG, *in his official capacity as State Attorney for the Fifteenth Judicial Circuit of Florida*; DENNIS WARD, *in his official capacity as State Attorney for the Sixteenth Judicial Circuit of Florida*; HAROLD F. PRYOR, *in his official capacity as State Attorney for the Seventeenth Judicial Circuit of Florida*; PHIL ARCHER*, in his official capacity as State Attorney for the Eighteenth Judicial Circuit of Florida*; THOMAS BAKKEDAHL, *in his official capacity as State Attorney for the Nineteenth Judicial Circuit of Florida*; and AMIRA D. FOX, *in her official capacity as State*

*Attorney for the Twentieth Judicial*
*Circuit of Florida*,

    Defendants.
_____/

## PLAINTIFFS' NOTICE OF FILING SUMMONSES

 Plaintiffs, Jane Doe, individually and on behalf of her minor daughter, Susan Doe, Brenda Boe, individually and on behalf of her minor son Bennett Boe, Carla Coe, individually and behalf of her minor daughter Christina Coe, Fiona Foe, individually and on behalf of her minor daughter, Freya Foe, Gloria Goe, individually and on behalf of her minor son Gavin Goe, Linda Loe, individually and on behalf of her minor daughter Lisa Loe, and Patricia Poe, individually and on behalf of her minor son Paul Poe, hereby give Notice of Filing the attached Summonses for service on Defendants Ashley Moody, Ginger Bowen Madden, Jack Campbell, John Durrett, Melissa Nelson, William Gladson, Bruce Bartlett, R.J. Larizza, Brian S. Kramer, Monique H. Worrell, Brian Haas, Katherine Fernandez Rundle, Ed Brodsky, Susan S Lopez, Larry Basford, Dave Aronberg, Dennis Ward, Harold F. Pryor, Phil Archer, Thomas Bakkedahl, and Amira Fox.

 Respectfully submitted this 19th day of May, 2023.

*/s/ Simone Chriss*
Counsel for Plaintiffs

4

**SOUTHERN LEGAL COUNSEL**

*By: /s/ Simone Chriss*
**Simone Chriss**
Florida Bar No. 124062
**Chelsea Dunn**
Florida Bar No. 1013541
1229 NW 12th Avenue
Gainesville, FL 32601
(352) 271-8890
Simone.Chriss@southernlegal.org
Chelsea.Dunn@southernlegal.org

**HUMAN RIGHTS CAMPAIGN FOUNDATION**

**Cynthia Cheng-Wun Weaver***
NY No. 5091848
**Jason Starr***
NY No. 5005194
**Ami Patel***
CA No. 325647
1640 Rhode Island Avenue NW
Washington, D.C. 20036
(202) 993-4180
Cynthia.Weaver@hrc.org
Jason.Starr@hrc.org
 Ami.Patel@hrc.org

**NATIONAL CENTER FOR LESBIAN RIGHTS**

**Christopher F. Stoll***
CA Bar No. 179046
**Kelly Jo Popkin***
NY Bar No. 5698220
National Center for Lesbian Rights
870 Market Street, Suite 370
San Francisco, CA 94102
Tel. 415-365-1320
cstoll@nclrights.org
kpopkin@nclrights.org

**GLBTQ LEGAL ADVOCATES & DEFENDERS**

**Jennifer Levi***
**Chris Erchull***
18 Tremont, Suite 950
Boston, MA 02108
(617) 426-1350
jlevi@glad.org
cerchull@glad.org

* Admitted by *pro hac vice*

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 19, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

>  */s/ Simone Chriss*
>  **Simone Chriss**