# United States District Court
## CIVIL MINUTES - GENERAL

Case No.: <u>4:23cv114-RH-MAF</u>  Date: <u>May 19, 2023</u>

JANE DOE et al. v. JOSEPH A. LADAPO et al.

DOCKET ENTRY: Preliminary Injunction/TRO Hearing Held  8:31 – 10:06 a.m.

Court hears argument of counsel on plaintiffs' motions for preliminary injunction and temporary restraining order. Ruling by Court: The motions are taken under advisement. An order will follow.

PRESENT: **ROBERT L. HINKLE, U.S. DISTRICT JUDGE**

<u>Cindy Markley</u>  <u>Judy Gagnon</u>
Deputy Clerk  Contract Court Reporter

Attorneys for Plaintiffs:  Attorneys for Defendants:
Jennifer Levi  Mohammad Jazil
Cynthia Weaver  Michael Beato
Simone Chriss
Chelsea Dunn

PROCEEDINGS: Preliminary Injunction and Temporary Restraining Order Hearing Held

8:31  Court in session
8:32  Argument by Plaintiffs (Levi)
8:56  Response by Defendants (Jazil)
9:43  Rebuttal by Plaintiffs (Levi)
10:02  Ruling by Court: The motions are taken under advisement. An order will follow.
10:06  Court in recess