IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JANE DOE et al.,

    Plaintiffs,

v.                                      CASE NO. 4:23cv114-RH-MAF

JOSEPH A. LADAPO et al.,

    Defendants.

_____/

## ORDER GRANTING LEAVE TO FILE
## THE SECOND AMENDED COMPLAINT

As set out on the record of the hearing on May 19, 2023, the plaintiffs' consented motion, ECF No. 56, for leave to file the second amended complaint is granted. The second amended complaint, ECF No. 56-1, is deemed filed as of May 19, 2023.

SO ORDERED on May 20, 2023, nunc pro tunc May 18, 2023.

                                          s/Robert L. Hinkle
                                          United States District Judge