# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
NORTHERN District of Florida

Case Number: 4:23-CV-00114-RH-MAF

Plaintiff:
**JANE DOE, INDIVIDUALLY AND ON BEHALF OF HE RMINOR DAUGHTER, SUSAN DOE, ET AL**

vs.

Defendant:
**JOSEPH A. LADAPO, IN HIS OFFICIAL CAPACITY AS FLORIDA'S SURGEON GENERAL OF THE FLORIDA DEPARTMENT OF HEALTH, ET AL**

For:
SIMONE CHRISS
SOUTHERN LEGAL COUNSEL
1229 NW 12TH AVENUE
GAINESVILLE, FL 32601

Received by CAPLAN AND CAPLAN PROCESS SERVICE on the 19th day of May, 2023 at 2:14 pm to be served on **ASHLEY MOODY ATTORNEY GENERAL FOR THE STATE OF FLORIDA OFFICE OF THE ATTORNEY GENERAL, PL-01,, THE CAPITOL, TALLAHASSEE, FL 32399**.

I, ERIC L. LARSON, do hereby affirm that on the **22nd day of May, 2023** at **11:55 am, I:**

served a **PUBLIC AGENCY** by serving a true copy of the **SUMMONS, SECOND AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION, AND INCORPORATED MEMORANDUM OF LAW, AND [PROPOSED] TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION** with the date and hour of service endorsed thereon by me, to: **CHRYSTAL HARWOOD** as **ADMINISTRTATIVE ASSISTANT** for **ASHLEY MOODY ATTORNEY GENERAL FOR THE STATE OF FLORIDA OFFICE OF THE ATTORNEY GENERAL** at the address of: **107 W GAINES ST, COLLINS BLDG, Tallahassee, FL 32399** and informing said person of the contents therein.

**Additional Information pertaining to this Service:**
CHRYSTAL HARWOOD, AGENCY CLERK, WF 40 YRS 5'2 120 LBS BROWN HAIR NO GLASSES

Under penalty of perjury, I declare that I have read the forgoing Verified return of Service and the facts stated in it are true, that I that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I also certify that the above stated facts are correct to the best of my knowledge.. Pursuant to F.S. 92.525(2), Notary not required.

_____
**ERIC L. LARSON**
CPS #063, 2ND JUDICIAL CIRCUIT

**CAPLAN AND CAPLAN PROCESS SERVICE**
14160 Palmetto Frontage Road
Ste 105
Miami LAKES, FL 33161
(305) 374-3426

Our Job Serial Number: CPN-2023018814
Ref: 18814

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8 2r

AO 440 (Rev. 06/12) Summons in a Civil Action

```
DELIVERED  5/22/2023 11:55 AM
SERVER     ELL
LICENSE    CPS #063, 2ND JUDICIAL
           CIRCUIT
```

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| JANE DOE, individually and on behalf of her minor daughter, SUSAN DOE, et al., <br><br> *Plaintiff(s)* <br> v. <br> JOSEPH A. LADAPO, in his official capacity as Florida's Surgeon General of the Florida Department of Health, et al., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 4:23-cv-00114-RH-MAF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ASHLEY MOODY
Attorney General for the State of Florida
Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  SIMONE CHRISS
CHELSEA DUNN
Southern Legal Counsel
1229 NW 12th Avenue
Gainesville, FL 32601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 5/19/2023



s/Ronnie Barker, Deputy Clerk

*Signature of Clerk or Deputy Clerk*