# **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
NORTHERN District of Florida

Case Number: 4:23-CV-00114-RH-MAF

Plaintiff: **JANE DOE, INDIVIDUALLY AND ON BEHALF OF HE RMINOR DAUGHTER, SUSAN DOE, ET AL**

vs.

Defendant: **JOSEPH A. LADAPO, IN HIS OFFICIAL CAPACITY AS FLORIDA'S SURGEON GENERAL OF THE FLORIDA DEPARTMENT OF HEALTH, ET AL**

For:
SIMONE CHRISS
SOUTHERN LEGAL COUNSEL
1229 NW 12TH AVENUE
GAINESVILLE, FL 32601

Received by Caplan, Caplan & Caplan Process Servers on the 19th day of May, 2023 at 1:17 pm to be served on **DAVID A. ARONBERG STATE ATTORNEY FOR THE FIFTEENTH JUDICIAL CIRCUIT OF FLORIDA, 401 NORTH DIXIE HIGHWAY, WEST PALM BEACH, FL 33401**

I, Erick Maillard, do hereby affirm that on the **22nd day of May, 2023** at **3:30 pm, I:**

Government Service---served a **GOVERNMENT AGENCY** by delivering a true copy of the **SUMMONS, SECOND AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION, AND INCORPORATED MEMORANDUM OF LAW, AND [PROPOSED] TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION** with the date and hour of service endorsed thereon by me, to: **LEIGH MILLER** as **ASSISTANT STATE ATTORNEY** for **DAVID A. ARONBERG STATE ATTORNEY FOR THE FIFTEENTH JUDICIAL CIRCUIT OF FLORIDA**, at **401 NORTH DIXIE HIGHWAY, WEST PALM BEACH, FL 33401** and informed said person of the contents therein, in compliance with State Statutes 48.111 Service on public agencies and officers.-

(1) Process against any municipal corporation, agency, board, or commission, department, or subdivision of the state or any county which has a governing board, council, or commission or which is a body corporate shall be served:

(a) On the president, mayor, chair, or other head thereof; and in his or her absence;

(b) in his or her absence, on the vice president, vice mayor, or vice chairman

(c) in the absence of all of the above, on any member of the governing board, council, or commission.

 I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing Return of Service and that the facts stated in it are true and correct. No notary is required pursuant FS 92.525(2) and 28 USC Section 1746.

_____
**Erick Maillard**
907

**Caplan, Caplan & Caplan Process Servers**
**12505 Orange Drive**
**Suite 907**
**Davie, FL 33330**
**(305) 374-3426**

Our Job Serial Number: CPN-2023018772
Service Fee: _____

