## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
NORTHERN District of Florida

Case Number: 4:23-CV-00114-RH-MAF

Plaintiff:
JANE DOE, INDIVIDUALLY AND ON BEHALF OF HE RMINOR DAUGHTER, SUSAN DOE, ET AL

vs.

Defendant:
JOSEPH A. LADAPO, IN HIS OFFICIAL CAPACITY AS FLORIDA'S SURGEON GENERAL OF THE FLORIDA DEPARTMENT OF HEALTH, ET AL


CPN2023018790

For:
SIMONE CHRISS
SOUTHERN LEGAL COUNSEL
1229 NW 12TH AVENUE
GAINESVILLE, FL 32601

Received by RANDALL BADGER on the 19th day of May, 2023 at 3:33 pm to be served on **THOMAS BAKKEDAHL STATE ATTORNEY FOR THE NINETEENTH JUDICIAL CIRCUIT OF FLORIDA, 411 S. 2ND STREET, FORT PIERCE, FL 34950.**

I, RANDALL BADGER, being duly sworn, depose and say that on the **22nd day of May, 2023 at 12:25 pm**, I:

served a **GOVERNMENT AGENCY** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, SECOND AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION, AND INCORPORATED MEMORANDUM OF LAW, AND [PROPOSED] TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION** with the date and hour of service endorsed thereon by me, to: JENNIFER CABRERA as Executive Assistant/Designee for THOMAS BAKKEDAHL STATE ATTORNEY FOR THE NINETEENTH JUDICIAL CIRCUIT OF FLORIDA at 411 S. 2ND STREET, FORT PIERCE, FL 34950 and informed said person of the contents therein, in compliance with State Statutes.

**Description** of Person Served: Age: 37, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 100, Hair: Brown, Glasses: Y

"Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true," F.S. 95.525

STATE OF FLORIDA
COUNTY OF ST. LUCIE
Sworn to and subscribed before me by the means of physical presence notarization, this the 22nd day of May, 2023 by the affiant who is personally known to me.

NOTARY PUBLIC

JUSTIN PETRAE
Commission # GG 924359
Expires October 21, 2023
Bonded Thru Budget Notary Services

RANDALL BADGER
07-26

Caplan & Caplan **
14160 Palmetto Frontage Road
SUITE 105
MIAMI LAKES, FL 33016
(305) 374-3426

Our Job Serial Number: CPN-2023018790