## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
NORTHERN District of Florida

Case Number: 4:23-CV-00114-RH-MAF

Plaintiff:
JANE DOE, INDIVIDUALLY AND ON BEHALF OF HE RMINOR DAUGHTER, SUSAN DOE, ET AL

vs.

Defendant:
JOSEPH A. LADAPO, IN HIS OFFICIAL CAPACITY AS FLORIDA'S SURGEON GENERAL OF THE FLORIDA DEPARTMENT OF HEALTH, ET AL

CPN2023018811

For:
SIMONE CHRISS
SOUTHERN LEGAL COUNSEL
1229 NW 12TH AVENUE
GAINESVILLE, FL 32601

Received by CAPLAN, CAPLAN & CAPLAN on the 19th day of May, 2023 at 2:12 pm to be served on **BRUCE BARTLETT STATE ATTORNEY FOR THE SIXTH JUDICIAL CIRCUIT OF FLORIDA, 14250 49TH ST N, RM 1000, CLEARWATER, FL 33762**.

I, Ana Castillo, do hereby affirm that on the **22nd day of May, 2023** at **10:45 am**, I:

**GOVERNMENT AGENCY:** served by delivering a true copy of the **SUMMONS, SECOND AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION, AND INCORPORATED MEMORANDUM OF LAW, AND [PROPOSED] TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION** with the date and hour of service endorsed thereon by me, to: **ROBIN ENFINGER** as **LIAISON**, at the address of: **14250 49TH ST N, RM 1000, CLEARWATER, FL 33762**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 60, Sex: F, Race/Skin Color: WHITE, Height: 5'5, Weight: 145, Hair: LIGHT BROWN, Glasses: Y

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Sheriff Appointed Process Server in the county in which this defendant/witness was served and have no interest in the above action. Pursuant to FS 92.525(2), no notary is required.

Ana Castillo
APS 59561

CAPLAN, CAPLAN & CAPLAN
14160 PALMETTO FRONTAGE RD
SUITE 105
MIAMI LAKES, FL 33161
(954) 462-1800

Our Job Serial Number: CPN-2023018811

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

JANE DOE, individually and on behalf of her minor daughter, SUSAN DOE, et al., )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 4:23-cv-00114-RH-MAF
JOSEPH A. LADAPO, in his official capacity as Florida's Surgeon General of the Florida Department of Health, et al., )
)
)
*Defendant(s)* )

5/22/23
10:45AM
AC
SQ S6l

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BRUCE BARTLETT
State Attorney for the Sixth Judicial Circuit of Florida
14250 49th St. N.
Clearwater, FL 33762

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: SIMONE CHRISS
CHELSEA DUNN
Southern Legal Counsel
1229 NW 12th Avenue
Gainesville, FL 32601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/19/2023

s/Ronnie Barker, Deputy Clerk

*Signature of Clerk or Deputy Clerk*