# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## NORTHERN District of Florida

Case Number: 4:23-CV-00114-RH-MAF

Plaintiff:
JANE DOE, INDIVIDUALLY AND ON BEHALF OF HER MINOR DAUGHTER, SUSAN DOE, ET AL

vs.

Defendant:
JOSEPH A. LADAPO, IN HIS OFFICIAL CAPACITY AS FLORIDA'S SURGEON GENERAL OF THE FLORIDA DEPARTMENT OF HEALTH, ET AL

For:
SIMONE CHRISS
SOUTHERN LEGAL COUNSEL
1229 NW 12TH AVENUE
GAINESVILLE, FL 32601

Received by CAPLAN, CAPLAN AND CAPLAN on the 19th day of May, 2023 at 2:00 pm to be served on **AMIRA D. FOX, STATE ATTORNEY FOR THE TWENTIETH JUDICIAL CIRCUIT OF FLORIDA, 2000 MAIN STREET, 6TH FLOOR, FORT MYERS, FL 33901**.

I, JENNIFER WAHL, do hereby affirm that on the **22nd day of May, 2023** at **9:30 am**, I:

served an **AUTHORIZED** person by delivering a true copy of the **SUMMONS, SECOND AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION, AND INCORPORATED MEMORANDUM OF LAW, AND [PROPOSED] TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION** with the date and hour of service endorsed thereon by me, to: **KELLY JOHNSON** as **OPERATOR** at the address of: **2000 MAIN STREET, 6TH FLOOR, FORT MYERS, FL 33901**, who stated they are authorized to accept service for **AMIRA D. FOX, STATE ATTORNEY FOR THE TWENTIETH JUDICIAL CIRCUIT OF FLORIDA** and informed said person of the contents therein.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: Caucasian, Height: 5'7", Weight: 185, Hair: Dark Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served/attempted. Under penalty of perjury, I declare I have read the foregoing document and the facts stated in it are true.

JENNIFER WAHL
CPS#157446

CAPLAN, CAPLAN AND CAPLAN
14160 PALMETTO FRONTAGE RD
SUITE 105
MIAMI LAKES, FL 33016
(305) 374-3426

Our Job Serial Number: CPN-2023018794

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| JANE DOE, individually and on behalf of her minor daughter, SUSAN DOE, et al.,<br><br>*Plaintiff(s)*<br>v.<br>JOSEPH A. LADAPO, in his official capacity as Florida's Surgeon General of the Florida Department of Health, et al.,<br><br>*Defendant(s)* | DATE SERVED: 5/22<br>TIME: 9:30am<br>INITIALS: AW<br>CPS#: 0157446<br><br>Civil Action No. 4:23-cv-00114-RH-MAF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* AMIRA D. FOX
State Attorney for the Twentieth Judicial Circuit of Florida
Lee County Justice Complex Center
2000 Main Street, 6th Floor
Fort Myers, Florida 33901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
SIMONE CHRISS
CHELSEA DUNN
Southern Legal Counsel
1229 NW 12th Avenue
Gainesville, FL 32601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 5/19/2023



s/Ronnie Barker, Deputy Clerk

*Signature of Clerk or Deputy Clerk*