# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
NORTHERN District of Florida

Case Number: 4:23-CV-00114-RH-MAF

Plaintiff:
**JANE DOE, INDIVIDUALLY AND ON BEHALF OF HE RMINOR DAUGHTER, SUSAN DOE, ET AL**

vs.

Defendant:
**JOSEPH A. LADAPO, IN HIS OFFICIAL CAPACITY AS FLORIDA'S SURGEON GENERAL OF THE FLORIDA DEPARTMENT OF HEALTH, ET AL**


CPN2023018784

For:
SIMONE CHRISS
SOUTHERN LEGAL COUNSEL
1229 NW 12TH AVENUE
GAINESVILLE, FL 32601

Received by CAPLAN, CAPLAN AND CAPLAN PROCESS SERVERS on the 19th day of May, 2023 at 1:48 pm to be served on **BRIAN S. KRAMER STATE ATTORNEY FOR THE EIGHTH JUDICIAL DISTRICT OF FLORIDA, 120 WEST UNIVERSITY AVENUE, GAINESVILLE, FL 32601**.

I, Zayne Walter, do hereby affirm that on the **22nd day of May, 2023** at **1:35 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS, SECOND AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION, AND INCORPORATED MEMORANDUM OF LAW, AND [PROPOSED] TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION** with the date and hour of service endorsed thereon by me, to: **Amy Christmas** as **Executive Assistant**, a person employed therein and authorized to accept service for **BRIAN S. KRAMER** at the address of: **120 WEST UNIVERSITY AVENUE, GAINESVILLE, FL 32601**, the within named person's usual place of **Work**, in compliance with State Statutes.

**Description** of Person Served: Age: 53, Sex: F, Race/Skin Color: White, Height: 5'7", Weight: 190, Hair: Light Brown, Glasses: N

I certify that I am over the age of 18 years old, I am not a party to this action, and I have no interest in the above action . Under penalties of Perjury, I declare that I have read the foregoing document and that the facts stated herein are true and correct .

**Zayne Walter**
Process Server

**CAPLAN, CAPLAN AND CAPLAN PROCESS SERVERS
14160 Palmetto Frontage Road
Suite 105
Miami Lakes, FL 33016**

Our Job Serial Number: CPN-2023018784

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r

AO 440 (Rev. 06/12) Summons in a Civil Action

| DELIVERED | 5/22/2023 1:35 PM |
| SERVER | ZW |
| LICENSE | Process Server |

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

JANE DOE, individually and on behalf of her minor daughter, SUSAN DOE, et al.,

*Plaintiff(s)*

v.   Civil Action No. 4:23-cv-00114-RH-MAF

JOSEPH A. LADAPO, in his official capacity as Florida's Surgeon General of the Florida Department of Health, et al.,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   BRIAN S. KRAMER
State Attorney for the Eighth Judicial District of Florida
120 West University Avenue
Gainesville, Florida 32601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   SIMONE CHRISS
CHELSEA DUNN
Southern Legal Counsel
1229 NW 12th Avenue
Gainesville, FL 32601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  5/19/2023

s/Ronnie Barker, Deputy Clerk

*Signature of Clerk or Deputy Clerk*