# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
NORTHERN District of Florida

Case Number: 4:23-CV-00114-RH-MAF

Plaintiff: **JANE DOE, INDIVIDUALLY AND ON BEHALF OF HE RMINOR DAUGHTER, SUSAN DOE, ET AL**

CPN2023018801

vs.

Defendant: **JOSEPH A. LADAPO, IN HIS OFFICIAL CAPACITY AS FLORIDA'S SURGEON GENERAL OF THE FLORIDA DEPARTMENT OF HEALTH, ET AL**

For:
SIMONE CHRISS
SOUTHERN LEGAL COUNSEL
1229 NW 12TH AVENUE
GAINESVILLE, FL 32601

Received by Jeff Veri on the 19th day of May, 2023 at 3:09 pm to be served on **R.J. LARIZZA STATE ATTORNEY FOR THE SEVENTH JUDICIAL DISTRICT OF FLORIDA, 251 N RIDGEWOOD AVENUE, DAYTONA BEACH, FL 32114**.

I, Jeff Veri, do hereby affirm that on the **22nd day of May, 2023** at **3:35 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS, SECOND AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION, AND INCORPORATED MEMORANDUM OF LAW, AND [PROPOSED] TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION** with the date and hour of service endorsed thereon by me, to: **ANITA JONES** as **SECRETARY**, a person employed therein and authorized to accept service for **R.J. LARIZZA** at the address of: **251 N RIDGEWOOD AVENUE, DAYTONA BEACH, FL 32114**, the within named person's usual place of **Work**, in compliance with State Statutes.

**Description** of Person Served: Age: 49, Sex: F, Race/Skin Color: WHITE, Height: 5'5", Weight: 160, Hair: BLONDE, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing return of service and that the facts in it are true. Notary not required pursuant to F.S. 92.525(2)

**Jeff Veri**
Process Server

**Caplan & Caplan Process Servers**
**14160 Palmetto Frontage Road**
**SUITE 105**
**Miami Lakes, FL 33161**
**(305) 374-3426**

Our Job Serial Number: CPN-2023018801

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Florida

JANE DOE, individually and on behalf of her minor daughter, SUSAN DOE, et al.,

*Plaintiff(s)*

v.

JOSEPH A. LADAPO, in his official capacity as Florida's Surgeon General of the Florida Department of Health, et al.,

*Defendant(s)*

Civil Action No. 4:23-cv-00114-RH-MAF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* R.J. LARIZZA
State Attorney for the Seventh Judicial District of Florida
251 N Ridgewood Avenue
Daytona Beach, FL 32114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SIMONE CHRISS
CHELSEA DUNN
Southern Legal Counsel
1229 NW 12th Avenue
Gainesville, FL 32601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

5/22/23
3:35pm

Date: 5/19/2023



s/Ronnie Barker, Deputy Clerk

*Signature of Clerk or Deputy Clerk*