## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
NORTHERN District of Florida

Case Number: 4:23-CV-00114-RH-MAF

Plaintiff:
JANE DOE, INDIVIDUALLY AND ON BEHALF OF HE RMINOR DAUGHTER, SUSAN DOE, ET AL

vs.

Defendant:
JOSEPH A. LADAPO, IN HIS OFFICIAL CAPACITY AS FLORIDA'S SURGEON GENERAL OF THE FLORIDA DEPARTMENT OF HEALTH, ET AL

For:
SIMONE CHRISS
SOUTHERN LEGAL COUNSEL
1229 NW 12TH AVENUE
GAINESVILLE, FL 32601

Received by CAPLAN & CAPLAN on the 19th day of May, 2023 at 2:01 pm to be served on **MELISSA NELSON STATE ATTORNEY FOR THE FORTH JUDICIAL CIRCUIT OF FLORIDA, 311 WEST MONROE STREET, JACKSONVILLE, FL 32202**.

I, Richard Peterson, do hereby affirm that on the **22nd day of May, 2023** at **9:06 am, I:**

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Sheriff Appointed Process Server in the county in which this defendant/witness was served and have no interest in the above action. Pursuant to FS 92.525(2), no notary is required.

Richard Peterson
#1074

**CAPLAN & CAPLAN**
**12505 Orange Drive**
**Suite 907**
**Davie, FL 33330**
**(800) 368-7762**

Our Job Serial Number: CPN-2023018798

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.2e