# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
## NORTHERN District of Florida

Case Number: 4:23-CV-00114-RH-MAF

Plaintiff: **JANE DOE, INDIVIDUALLY AND ON BEHALF OF HE RMINOR DAUGHTER, SUSAN DOE, ET AL**

vs.

Defendant: **JOSEPH A. LADAPO, IN HIS OFFICIAL CAPACITY AS FLORIDA'S SURGEON GENERAL OF THE FLORIDA DEPARTMENT OF HEALTH, ET AL**

For:
SIMONE CHRISS
SOUTHERN LEGAL COUNSEL
1229 NW 12TH AVENUE
GAINESVILLE, FL 32601

Received by Caplan, Caplan & Caplan Process Servers on the 19th day of May, 2023 at 1:17 pm to be served on **HAROLD F. PRYOR STATE ATTORNEY OF THE SEVENTEETH JUDICIAL CIRCUIT OF FLORIDA, 201 SOUTHEAST 6TH STREET, SUITE 07150, FORT LAUDERDALE, FL 33301**

I, Luzeneida Gonzalez, do hereby affirm that on the **22nd day of May, 2023** at **11:40 am, I:**

Government Service---served a **GOVERNMENT AGENCY** by delivering a true copy of the **SUMMONS, SECOND AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION, AND INCORPORATED MEMORANDUM OF LAW, AND [PROPOSED] TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION** with the date and hour of service endorsed thereon by me, to: **KIM FONTANA** as **LEGAL ASSISTANT** for **HAROLD F. PRYOR STATE ATTORNEY OF THE SEVENTEETH JUDICIAL CIRCUIT OF FLORIDA**, at **201 SOUTHEAST 6TH STREET, SUITE 07150, FORT LAUDERDALE, FL 33301** and informed said person of the contents therein, in compliance with State Statutes 48.111 Service on public agencies and officers.-

(1) Process against any municipal corporation, agency, board, or commission, department, or subdivision of the state or any county which has a governing board, council, or commission or which is a body corporate shall be served:

(a) On the president, mayor, chair, or other head thereof; and in his or her absence;

(b) in his or her absence, on the vice president, vice mayor, or vice chairman

(c) in the absence of all of the above, on any member of the governing board, council, or commission.

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Sheriff Appointed Process Server in the county in which this defendant/Witness was served and have no interest in the above action. Pursuant to FS 92.525(2) and 28 USC Section 1746, no notary is required.

_____
**Luzeneida Gonzalez**
1089

**Caplan, Caplan & Caplan Process Servers
12505 Orange Drive
Suite 907
Davie, FL 33330
(305) 374-3426**

Our Job Serial Number: CPN-2023018769
Service Fee: _____



AO 440 (Rev. 06/12)  Summons in a Civil Action

|  |  |
|---|---|
| DELIVERED | 5/22/2023 11:40 AM |
| SERVER | LG |
| LICENSE | 1089 |

# UNITED STATES DISTRICT COURT
for the
### Northern District of Florida

| | |
|---|---|
| JANE DOE, individually and on behalf of her minor daughter, SUSAN DOE, et al., <br><br> *Plaintiff(s)* <br> v. <br> JOSEPH A. LADAPO, in his official capacity as Florida's Surgeon General of the Florida Department of Health, et al., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 4:23-cv-00114-RH-MAF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  HAROLD F. PRYOR
State Attorney for the Seventeenth Judicial Circuit of Florida
Broward County Judicial Complex
201 Southeast 6th Street, Suite 07150
Fort Lauderdale, Florida 33301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
SIMONE CHRISS
CHELSEA DUNN
Southern Legal Counsel
1229 NW 12th Avenue
Gainesville, FL 32601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 5/19/2023

s/Ronnie Barker, Deputy Clerk

*Signature of Clerk or Deputy Clerk*