# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
## NORTHERN District of Florida

Case Number: 4:23-CV-00114-RH-MAF

Plaintiff: **JANE DOE, INDIVIDUALLY AND ON BEHALF OF HE RMINOR DAUGHTER, SUSAN DOE, ET AL**

vs.

Defendant: **JOSEPH A. LADAPO, IN HIS OFFICIAL CAPACITY AS FLORIDA'S SURGEON GENERAL OF THE FLORIDA DEPARTMENT OF HEALTH, ET AL**

CPN2023018778

For:
SIMONE CHRISS
SOUTHERN LEGAL COUNSEL
1229 NW 12TH AVENUE
GAINESVILLE, FL 32601

Received by Caplan Caplan & Caplan on the 19th day of May, 2023 at 1:40 pm to be served on **DENNIS W. WARD STATE ATTORNEY FOR THE SIXTEENTH JUDICIAL CIRCUIT OF FLORIDA, 503 WHITEHEAD STREET, SUITE 301, KEY WEST, FL 33040**.

I, Miranda Rios, do hereby affirm that on the **22nd day of May, 2023** at **1:37 pm, I:**

served a **GOVERNMENT AGENCY** by delivering a true copy of the **SUMMONS, SECOND AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION, AND INCORPORATED MEMORANDUM OF LAW, AND [PROPOSED] TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION** with the date and hour of service endorsed thereon by me, to: **Frank Zimora** as **State Attorney's Office Investigator** for **DENNIS W. WARD STATE ATTORNEY FOR THE SIXTEENTH JUDICIAL CIRCUIT OF FLORIDA**, at the address of **503 WHITEHEAD STREET, SUITE 301, KEY WEST, FL 33040** and informed said person of the contents therein, in compliance with State Statutes.

I certify that I am over the age of 18 & have no interest in the above action, am a Special Process Server, in good standing, in the 16th Judicial Circuit in and for Monroe County; that service was made in accordance with Florida Statutes 48.031. Under penalty of perjury, I declare that I have read the foregoing & that the facts stated in it are true.  Notary not required pursuant to F.S.92.525(2).

**Miranda Rios**
MCSO Appt. #174

**Caplan Caplan & Caplan**
**12505 Orange Drive**
**Davie, FL 33330**
**(305) 374-3426**

Our Job Serial Number: CPN-2023018778



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-cv-00114-RH-MAF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* May 19th, 2023.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Frank Zimora , who is
designated by law to accept service of process on behalf of *(name of organization)* The State Attorney's office
on *(date)* May 22nd, 2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 85 for travel and $ 0 for services, for a total of $ 85.00 .

I declare under penalty of perjury that this information is true.

Date: 5/22/2023

_____
Server's signature

Miranda Rios Process Server
Printed name and title

1218 Duval Street, Unit D, Key West, FL 33040
Server's address

Additional information regarding attempted service, etc: