# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## NORTHERN District of Florida

Case Number: 4:23-CV-00114-RH-MAF

Plaintiff: **JANE DOE, INDIVIDUALLY AND ON BEHALF OF HE RMINOR DAUGHTER, SUSAN DOE, ET AL**

vs.

Defendant: **JOSEPH A. LADAPO, IN HIS OFFICIAL CAPACITY AS FLORIDA'S SURGEON GENERAL OF THE FLORIDA DEPARTMENT OF HEALTH, ET AL**

For:
SIMONE CHRISS
SOUTHERN LEGAL COUNSEL
1229 NW 12TH AVENUE
GAINESVILLE, FL 32601

Received by Caplan, Caplan & Caplan Process Servers on the 19th day of May, 2023 at 2:08 pm to be served on **JOHN DURRETT STATE ATTORNEY FOR THE THIRD JUDICIAL CIRCUIT OF FLORIDA, 301 PINE AVE, SW, LIVE OAK, FL 32064**.

I, Bo Daniels, do hereby affirm that on the **23rd day of May, 2023** at **2:50 pm, I:**

served a **GOVERNMENT AGENCY** by delivering a true copy of the **SUMMONS, SECOND AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION, AND INCORPORATED MEMORANDUM OF LAW, AND [PROPOSED] TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION** with the date and hour of service endorsed thereon by me, to: **Marcie Kemp** as **Executive Legal Secretary** for **JOHN DURRETT STATE ATTORNEY FOR THE THIRD JUDICIAL CIRCUIT OF FLORIDA**, and informed said person of the contents therein, in compliance with State Statutes.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 160, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served and no notary is required under F.S. 92.525 (2).

**Bo Daniels**
2023-002

**Caplan, Caplan & Caplan Process Servers**
12555 Orange Drive
Suite 106
Davie, FL 33330
(305) 374-3426

Our Job Serial Number: CPN-2023018806



```
DELIVERED  05/23/2023 02:50 PM
SERVER     BD
LICENSE    2023-002
```

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

JANE DOE, individually and on behalf of her minor daughter, SUSAN DOE, et al.,

*Plaintiff(s)*

v.

JOSEPH A. LADAPO, in his official capacity as Florida's Surgeon General of the Florida Department of Health, et al.,

*Defendant(s)*

Civil Action No. 4:23-cv-00114-RH-MAF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JOHN DURRETT
State Attorney for the Third Judicial Circuit of Florida
301 Pine Ave. SW
Live Oak, FL 32064

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
SIMONE CHRISS
CHELSEA DUNN
Southern Legal Counsel
1229 NW 12th Avenue
Gainesville, FL 32601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/19/2023

s/Ronnie Barker, Deputy Clerk

*Signature of Clerk or Deputy Clerk*