## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### NORTHERN District of Florida

Case Number: 4:23-CV-00114-RH-MAF

Plaintiff:
JANE DOE, INDIVIDUALLY AND ON BEHALF OF HE RMINOR DAUGHTER, SUSAN DOE, ET AL

vs.

Defendant:
JOSEPH A. LADAPO, IN HIS OFFICIAL CAPACITY AS FLORIDA'S SURGEON GENERAL OF THE FLORIDA DEPARTMENT OF HEALTH, ET AL

For:
SIMONE CHRISS
SOUTHERN LEGAL COUNSEL
1229 NW 12TH AVENUE
GAINESVILLE, FL 32601

Received by CAPLAN & CAPLAN on the 22nd day of May, 2023 at 6:43 am to be served on **WILLIAM GLADSON STATE ATTORNEY FOR THE FIFTH JUDICIAL CIRCUIT OF FLORIDA, 110 NW 1 AVENUE, SUITE 5000, OCALA, FL 34475**.

I, CAROL VERI, do hereby affirm that on the **23rd day of May, 2023** at **11:40 am, I:**

served a **GOVERNMENT AGENCY** by delivering a true copy of the **SUMMONS, SECOND AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION, AND INCORPORATED MEMORANDUM OF LAW, AND [PROPOSED] TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION** with the date and hour of service endorsed thereon by me, to: **SALENA MCLYNN** as SECRETARY for **WILLIAM GLADSON STATE ATTORNEY FOR THE FIFTH JUDICIAL CIRCUIT OF FLORIDA**, and informed said person of the contents therein, in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.
Pursuant to FS 92.525 (2) no notary is required
UNDER PENALTY OF PERJURY I DECLARE THAT I HAVE READ THE FOREGOING RETURN OF SERVICE AND THAT THE FACTS STATED IN IT ARE TRUE AND CORRECT.

*Carol Veri 5-25-Y*

CAROL VERI
Process Server

CAPLAN & CAPLAN
12505 Orange Drive
Suite 907
Davie, FL 33330
(954) 462-1800

Our Job Serial Number: CPN-2023018802

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.1x

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

JANE DOE, individually and on behalf of her minor daughter, SUSAN DOE, et al.,

*Plaintiff(s)*

v.

JOSEPH A. LADAPO, in his official capacity as Florida's Surgeon General of the Florida Department of Health, et al.,

*Defendant(s)*

Civil Action No. 4:23-cv-00114-RH-MAF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
WILLIAM GLADSON
State Attorney for the Fifth Judicial Circuit of Florida
Office of the State Attorney
Marion County Judicial Center
110 NW 1 Ave, Suite 5000
Ocala, FL 34475

REC'D ON: 5-22-23
SERVED: Salena McLynn /secy
DATE: 5-23-23 TIME: 11:40am
SERVED BY: Carol Veas
CERTIFIED IN THE CIRCUIT COURT
OF THE 5th
JUDICIAL COURT ID # 5-25-H

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
SIMONE CHRISS
CHELSEA DUNN
Southern Legal Counsel
1229 NW 12th Avenue
Gainesville, FL 32601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/19/2023

s/Ronnie Barker, Deputy Clerk

*Signature of Clerk or Deputy Clerk*