AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-cv-00114-RH-MAF

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Larry Basford, State Attorney for the Fourteenth Judicial Circuit of Florida

was received by me on *(date)* 05/24/2023 , *(time)* 10:43 (am)/pm

☐ I personally served the summons on the individual at *(place)* 421 Magnolia Avenue Panama City, Florida 32401 on *(date)* 05/24/2023 ; or *(time)* 2:27 am/(pm)

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or *(time)* _____ am/pm

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 05/24/2023
Time: 2:27 p.m.

*Server's signature* #47

Andrew James / Sergeant
*Printed name and title*

3421 N. Highway 77 Panama City, FL 32405
*Server's address*

Additional information regarding attempted service, etc: