# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JANE DOE et al.,

    Plaintiffs,

v.                                      CASE NO. 4:23cv114-RH-MAF

JOSEPH A. LADAPO et al.,

    Defendants.

_____/

## ORDER CORRECTING DATE OF
## THE ADDITIONAL HEARING

The order posted earlier today had a scrivener's error. It announced a hearing for June 1, 2023, but the year was listed as 2009. The hearing will occur on June 1, 2023.

SO ORDERED on May 30, 2023.

                                              s/Robert L. Hinkle
                                              United States District Judge