## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

JANE DOE, individually and on behalf of her minor daughter, SUSAN DOE, et al.,

    *Plaintiffs*,

v.

JOSEPH A. LADAPO, *in his official capacity as Florida's Surgeon General of the Florida Department of Health*, et al.,

    *Defendants*.

Case No. 4:23-cv-00114-RH-MAF

## **MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

Pursuant to Local Rule 11.1(C) of the Northern District of Florida, undersigned counsel, Shannon Minter, licensed member of the bar of the State of California, respectfully asks the Court for leave to appear *pro hac vice* in this matter on behalf of Plaintiffs, accompanied by counsel of record, Simone Chriss, who is a member of the bar of the Northern District of Florida. Shannon Minter has undertaken the representation of Plaintiffs in this matter as co-counsel.

1.  Simone Chriss, Esquire, of the Southern Legal Counsel located at 1229 NW 12th Ave, Gainesville, FL 32601-4113, 352-271-8890, is a member in good standing of The Florida Bar and the United States District Court for the Northern District of Florida and is authorized to file through the Court's electronic filing system. Ms. Chriss consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.

2.  Shannon Minter is a licensed member in good standing of the bar of the State of California as well as the Supreme Court of the United States, the Supreme Court of the State of California, District Courts for the Northern and Central Districts of California, and the District of D.C., and the Courts of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, and Eleventh Circuits. Shannon Minter is an attorney at the National Center for Lesbian Rights, headquartered in San Francisco, CA. Attached hereto as <u>Exhibit A</u> is a true and correct copy of a Certificate of Standing duly executed by the Custodian of Records of the State Bar of California.

3.  Shannon Minter is familiar with, has reviewed, and will be governed by, the Local Rules of the United States District Court for the

Northern District of Florida. Shannon Minter has completed the Attorney Admission Tutorial for the Northern District of Florida, having received the following confirmation number: FLND1685480179597.

4. Shannon Minter has reviewed the Attorney Admission Memo and the CM/ECF Attorney User's Guide.

5. Shannon Minter completed the Attorney Admission Tutorial and has an active, upgraded PACER account. Shannon Minter requests authorization to receive electronic notices of filing at the following email address: sminter@nclrights.org.

6. Shannon Minter is paying the required $208.00 *pro hac vice* admission fee for this matter at the time of filing the present motion.

For the foregoing reasons, undersigned counsel, Simone Chriss, respectfully requests that this Court permit Shannon Minter to appear *pro hac vice* on behalf of Plaintiffs in this matter.

## CERTIFICATION OF WORD LIMIT

Pursuant to Local Rule 7.1(F), undersigned counsel certifies that this motion contains 466 words, exclusive of the case style, signature block, certificate of service, and this certification.

Respectfully submitted this 30th day of May, 2023.

/s/ *Shannon Minter*

Shannon Minter
sminter@nclrights.org
California Bar No: 168907
NATIONAL CENTER FOR
LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, CA 94102
(415)392-6257


/s/ *Simone Chriss*

Accompanied by: Simone Chriss
Simone.Chriss@southernlegal.org
Florida Bar No: 124062
SOUTHERN LEGAL COUNSEL
1229 NW 12th Avenue
Gainesville, FL 32601
(352)271-8890

## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 30, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I served by email the foregoing on the following non-CM/ECF participant.

Ashley Moody
citizenservices@myfloridalegal.com
Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050

/s/ *Shannon Minter*
Shannon Minter

# **EXHIBIT A**

**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

## CERTIFICATE OF STANDING

April 4, 2023

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, SHANNON MINTER, #168907 was admitted to the practice of law in this state by the Supreme Court of California on December 21, 1993 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records