# RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### NORTHERN District of Florida

Case Number: 4:23-CV-00114-RH-MAF

Plaintiff:
**JANE DOE, INDIVIDUALLY AND ON BEHALF OF HE RMINOR DAUGHTER, SUSAN DOE, ET AL**

vs.

Defendant:
**JOSEPH A. LADAPO, IN HIS OFFICIAL CAPACITY AS FLORIDA'S SURGEON GENERAL OF THE FLORIDA DEPARTMENT OF HEALTH, ET AL**

For:
SIMONE CHRISS
SOUTHERN LEGAL COUNSEL
1229 NW 12TH AVENUE
GAINESVILLE, FL 32601

Received by Caplan, Caplan and Caplan on the 19th day of May, 2023 at 2:06 pm to be served on **MONIQUE H. WORRELL STATE ATTORNEY FOR THE NINTH JUDICIAL DISTRICT OF FLORIDA, 415 NORTH ORANGE AVENUE, ORLANDO, FL 32801**.

I, Amy Brown, do hereby affirm that on the **22nd day of May, 2023** at **12:30 pm, I:**

**SERVED** this **SUMMONS, SECOND AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION, AND INCORPORATED MEMORANDUM OF LAW, AND [PROPOSED] TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION** at the address of **415 NORTH ORANGE AVENUE, ORLANDO, FL 32801** to **AVERY FOX, RECEPTIONIST FOR STATE ATTORNEY'S OFFICE.**

**Additional Information pertaining to this Service:**
5/22/2023  12:34 pm  Avery fox front desk who stated authorized to accept on behalf of

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: White, Height: 5'9", Weight: 180, Hair: Blonde, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

*Amy Brown* (signature)

**Amy Brown**
CPS#0028 CPS#374

**Caplan, Caplan and Caplan**
**12555 Orange Drive**
**Suite #106**
**Davie, FL 33330**
**(954) 462-1800**

Our Job Serial Number: CPN-2023018803

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8 2r

DELIVERED 05/22/2023 12:30 PM
SERVER
LICENSE CPS#0028 CPS#374

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

JANE DOE, individually and on behalf of her minor daughter, SUSAN DOE, et al.,

*Plaintiff(s)*

v.

JOSEPH A. LADAPO, in his official capacity as Florida's Surgeon General of the Florida Department of Health, et al.,

*Defendant(s)*

Civil Action No. 4:23-cv-00114-RH-MAF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MONIQUE H. WORRELL
State Attorney for the Ninth Judicial District of Florida
415 North Orange Avenue
Orlando, FL 32801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: SIMONE CHRISS
CHELSEA DUNN
Southern Legal Counsel
1229 NW 12th Avenue
Gainesville, FL 32601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 5/19/2023

s/Ronnie Barker, Deputy Clerk

*Signature of Clerk or Deputy Clerk*