# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
NORTHERN District of Florida

Case Number: 4:23-CV-00114-RH-MAF

Plaintiff:
**JANE DOE, INDIVIDUALLY AND ON BEHALF OF HE RMINOR DAUGHTER, SUSAN DOE, ET AL**

vs.

Defendant:
**JOSEPH A. LADAPO, IN HIS OFFICIAL CAPACITY AS FLORIDA'S SURGEON GENERAL OF THE FLORIDA DEPARTMENT OF HEALTH, ET AL**

For:
SIMONE CHRISS
SOUTHERN LEGAL COUNSEL
1229 NW 12TH AVENUE
GAINESVILLE, FL 32601

Received by CAPLAN, CAPLAN AND CAPLAN on the 19th day of May, 2023 at 1:56 pm to be served on **BRIAN HAAS STATE ATTORNEY FOR THE TENTH JUDICIAL DISTRICT OF FLORIDA, 930 E PARKER STREET, LAKELAND, FL 33801**.

I, Susan Upthegrove, do hereby affirm that on the **24th day of May, 2023** at **12:15 pm, I:**

**Service on Attorney** by delivering a true copy of the **SUMMONS, SECOND AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION, AND INCORPORATED MEMORANDUM OF LAW, AND [PROPOSED] TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION** with the date and hour of service endorsed thereon by me, to: **VICTORIA AVALON** as **GENERAL COUNSEL ATTORNEY** at the address of: **255 N BROADWAY AVE, BARTOW, FL**, who represented their self as the person authorized to accept service on behalf of the defendant, for **BRIAN HAAS**, and informed said person of the contents therein, in compliance with state statutes. Who represented their self as the person authorized to accept service on behalf of the defendant.

**Additional Information pertaining to this Service:**
5/22/2023  12:23 pm  Attempted service at 930 E PARKER STREET, LAKELAND, FL 33801 PER CLERK AT GIVEN ADDRESS MUST BE SERVED AT THE MAIN COURT HOUSE  255 NORTH BROADWAY AVENUE BARTOW FL
5/24/2023  12:15 pm  Attempted service at 255 N BROADWAY AVE, BARTOW, FL  VICTORIA AVALON GENERAL COUNSEL ATTORNEY

## RETURN OF SERVICE For 4:23-CV-00114-RH-MAF

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalties of perjury. I declare that I have read the foregoing Verified Return of Service and that the facts state are true F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO F.S. 92.525

_____
**Susan Upthegrove**
Process Server # CA-489

**CAPLAN, CAPLAN AND CAPLAN**
**14160 Palmetto Frontage Road**
**Suite 105**
**Miami Lakes, FL 33016**
**(305) 374-3426**

Our Job Serial Number: CPN-2023018793

```
DELIVERED  5/24/2023 12:15 PM
SERVER     SU
LICENSE    Process Server # CA-489
```

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

JANE DOE, individually and on behalf of her minor daughter, SUSAN DOE, et al.,

*Plaintiff(s)*

v.

JOSEPH A. LADAPO, in his official capacity as Florida's Surgeon General of the Florida Department of Health, et al.,

*Defendant(s)*

Civil Action No. 4:23-cv-00114-RH-MAF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BRIAN HAAS
State Attorney for the Tenth Judicial District of Florida
930 E Parker St.
Lakeland, FL, 33801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  SIMONE CHRISS
CHELSEA DUNN
Southern Legal Counsel
1229 NW 12th Avenue
Gainesville, FL 32601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 5/19/2023

s/Ronnie Barker

*Signature of Clerk or Deputy Clerk*