# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
## NORTHERN District of Florida

Case Number: 4:23-CV-00114-RH-MAF

Plaintiff: **JANE DOE, INDIVIDUALLY AND ON BEHALF OF HE RMINOR DAUGHTER, SUSAN DOE, ET AL**

vs.

Defendant: **JOSEPH A. LADAPO, IN HIS OFFICIAL CAPACITY AS FLORIDA'S SURGEON GENERAL OF THE FLORIDA DEPARTMENT OF HEALTH, ET AL**

For:
SIMONE CHRISS
SOUTHERN LEGAL COUNSEL
1229 NW 12TH AVENUE
GAINESVILLE, FL 32601

Received by Caplan and Caplan on the 19th day of May, 2023 at 2:11 pm to be served on **GINGER BOWEN MADDEN STATE ATTORNEY FOR THE FIRST JUDICIAL CIRCUIT OF FLORIDA, 190 WEST GOVERNMENT STREET, PENSACOLA, FL 32501**.

I, Joe G. Hurley CPS #506, do hereby affirm that on the **25th day of May, 2023** at **2:19 pm, I:**

served a **GOVERNMENT AGENCY** by delivering a true copy of the **SUMMONS, SECOND AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION, AND INCORPORATED MEMORANDUM OF LAW, AND [PROPOSED] TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION** with the date and hour of service endorsed thereon by me, to: **Chandelle Kennebeck** as **Front Desk Staff** for **GINGER BOWEN MADDEN STATE ATTORNEY FOR THE FIRST JUDICIAL CIRCUIT OF FLORIDA**, and informed said person of the contents therein, in compliance with State Statutes.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: Black, Height: 5'6", Weight: 160, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Pursuant to FS 92.525 (2), no notary is required

Joe G. Hurley CPS #506
Certified Process Server

Caplan and Caplan
12555 Orange Drive
Davie, FL 33330-4304
(954) 462-1800

Our Job Serial Number: CPN-2023018808

