UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JANE DOE, et al.,

   *Plaintiffs*,

v.                                                   Case No. 4:23cv114-RH/MAF

JOSEPH A. LADAPO, et al.,

   *Defendants*.
_____/

## NOTICE OF APPEARANCE AS COUNSEL
## FOR ATTORNEY GENERAL MOODY

William H. Stafford III hereby gives notice of his appearance as counsel for Defendant ASHLEY MOODY, in her official capacity as Attorney General of Florida.

                                            Respectfully submitted,

                                            ASHLEY MOODY
                                            Attorney General

                                            /s/ *William H. Stafford III*
                                            WILLIAM H. STAFFORD III
                                            Special Counsel
                                            Florida Bar Number 70394
                                            Office of the Attorney General
                                            General Civil Litigation Division
                                            State Programs Bureau
                                            PL – 01 The Capitol
                                            Tallahassee, Florida 32399-1050
                                            (850) 414-3785
                                            william.stafford@myfloridalegal.com