# United States District Court
## CIVIL MINUTES - GENERAL

Date: June 1, 2023                                                          Case No.: 4:23cv114-RH
Time: 2:21 – 2:37 p.m.

### JANE DOE, et al. v. JOSEPH A. LADAPO, et al.

DOCKET ENTRY: Telephonic Motion Hearing held. Court hears argument re: Plaintiffs' [57] Motion for Temporary Restraining Order and [30] Motion for Preliminary Injunction. Ruling by Court: An order is forthcoming.

PRESENT: **ROBERT L. HINKLE, U. S. DISTRICT JUDGE**

| Sherrye Stephens/Victoria Milton McGee | Megan Hague |
|---|---|
| Deputy Clerk | Official Court Reporter |

ATTORNEY APPEARING FOR PLAINTIFF(S):
Chelsea Dunn, Christopher Stoll, Simone Chriss, Amy Patel, Christopher Erchull, Cynthia Weaver and Shannon Minter

ATTORNEYS APPEARING FOR DEFENDANT(S):
Gary Perko, Michael Beato, Mohammad Jazil and William Stafford