# RETURN OF SERVICE

**State of Florida**  **County of NORTHERN**  **District Court**

Case Number: 4:23-CV-00114-RH-MAF

Plaintiff: JANE DOE, INDIVIDUALLY AND ON BEHALF OF HE RMINOR DAUGHTER, SUSAN DOE, ET AL

vs.

Defendant: JOSEPH A. LADAPO, IN HIS OFFICIAL CAPACITY AS FLORIDA'S SURGEON GENERAL OF THE FLORIDA DEPARTMENT OF HEALTH, ET AL

CPN2023019922

For:
SIMONE CHRISS
SOUTHERN LEGAL COUNSEL
1229 NW 12TH AVENUE
GAINESVILLE, FL 32601

Received by Caplan, Caplan & Caplan Process Servers on the 26th day of May, 2023 at 1:08 pm to be served on **ED BRODSKY, STATE ATTORNEY FOR THE TWELFTH JUDICIAL DISTRICT OF FLORIDA, 2071 RINGLING BLVD., SUITE 400, SARASOTA, FL 34237**.

I, Steven T. Zawacki, do hereby affirm that on the **30th day of May, 2023** at **3:15 pm, I**:

served a **GOVERNMENT AGENCY** by delivering a true copy of the **SUMMONS, SECOND AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION, AND INCORPORATED MEMORANDUM OF LAW, AND [PROPOSED] TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION** with the date and hour of service endorsed thereon by me, to: **LESLIE PARCELS** as **EXECUTIVE ASSISTANT** for **ED BRODSKY, STATE ATTORNEY FOR THE TWELFTH JUDICIAL DISTRICT OF FLORIDA**, and informed said person of the contents therein, in compliance with State Statutes.

**Description** of Person Served: Age: 44, Sex: f, Race/Skin Color: white, Height: 5'3", Weight: 120, Hair: brown, Glasses: n

I am over the age of 18 and have no interest in the above action. I am certified in good standing in the judicial circuit in which the process was served. No notary required pursuant to FS92.525.2 and under penalty of perjury, I declare that the facts set forth are true and correct.

Steven T. Zawacki
#283

Caplan, Caplan & Caplan Process Servers
14160 Palmetto Frontage Rd
Suite 105
Miami Lakes, FL 33016
(305) 374-3426

Our Job Serial Number: CPN-2023019922

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2m

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Florida

| | |
|---|---|
| JANE DOE, individually and on behalf of her minor daughter, SUSAN DOE, et al., <br><br> Plaintiff(s) <br> v. <br> JOSEPH A. LADAPO, in his official capacity as Florida's Surgeon General of the Florida Department of Health, et al., <br><br> Defendant(s) | Civil Action No. 4:23-cv-00114-RH-MAF <br><br> Served Date 5-30-23 <br> Served Time 3:15 <br> Server [signature] |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ED BRODSKY
State Attorney for the Twelfth Judicial District of Florida
Criminal Justice Building
2071 Ringling Blvd.
Suite 400
Sarasota, FL 34237

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   SIMONE CHRISS
CHELSEA DUNN
Southern Legal Counsel
1229 NW 12th Avenue
Gainesville, FL 32601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/19/2023

s/Ronnie Barker, Deputy Clerk
*Signature of Clerk or Deputy Clerk*