# RETURN OF SERVICE

| State of Florida | County of NORTHERN | District Court |

Case Number: 4:23-CV-00114-RH-MAF

Plaintiff: **JANE DOE, INDIVIDUALLY AND ON BEHALF OF HE RMINOR DAUGHTER, SUSAN DOE, ET AL**
vs.
Defendant: **JOSEPH A. LADAPO, IN HIS OFFICIAL CAPACITY AS FLORIDA'S SURGEON GENERAL OF THE FLORIDA DEPARTMENT OF HEALTH, ET AL**

For:
SIMONE CHRISS
SOUTHERN LEGAL COUNSEL
1229 NW 12TH AVENUE
GAINESVILLE, FL 32601

Received by William LaDrew on the 26th day of May, 2023 at 4:14 pm to be served on **PHILIP G. ARCHER STATE ATTORNEY FOR THE EIGHTEENTH JUDICIAL DISTRICT OF FLORIDA, 2725 JUDGE FRAN JAMIESON WAY, BUILDING D, VIERA, FL 32940**.

I, William LaDrew, do hereby affirm that on the **31st day of May, 2023** at **3:34 pm, I:**

**GOVERNMENT/PUBLIC AGENCY:** served by delivering a true copy of the **SUMMONS, SECOND AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION, AND INCORPORATED MEMORANDUM OF LAW, AND [PROPOSED] TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION** to: **Linda Edmiston** as **THE AUTHORIZED AGENT** for **PHILIP G. ARCHER STATE ATTORNEY FOR THE EIGHTEENTH JUDICIAL DISTRICT OF FLORIDA** in th absence of the President, Mayor, Chair, Vice President, Vice Mayor, Vice Chair, or any other member of the governining board, council, or commission as defnied by F.S. 48.111 at 2725 JUDGE FRAN JAMIESON WAY, BUILDING D, VIERA, FL 32940 .

**Description** of Person Served: Age: 55, Sex: F, Race/Skin Color: Caucasian, Height: 5'5", Weight: 160, Hair: Grey, Glasses: Y

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified Process Server in the circuit in which service was effected in accordance with Florida Statutes and I have no interest in the above action.

**William LaDrew**
CPS #670

**Caplan, Caplan & Caplan**
**12505 Orange Drive #907**
**Davie, FL 33330**
**(954) 462-1800**

Our Job Serial Number: CPN-2023019928



```
DELIVERED   05/31/2023  03:34 PM
SERVER      WLD
LICENSE     CPS #670
```

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| JANE DOE, individually and on behalf of her minor daughter, SUSAN DOE, et al.,<br><br>*Plaintiff(s)*<br>v.<br>JOSEPH A. LADAPO, in his official capacity as Florida's Surgeon General of the Florida Department of Health, et al.,<br><br>*Defendant(s)* | Civil Action No. 4:23-cv-00114-RH-MAF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PHILIP G. ARCHER
State Attorney for the Eighteenth Judicial Circuit of Florida
2725 Judge Fran Jamieson Way
Building D
Viera, Florida 32940-6605

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  SIMONE CHRISS
CHELSEA DUNN
Southern Legal Counsel
1229 NW 12th Avenue
Gainesville, FL 32601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 5/19/2023

s/Ronnie Barker, Deputy Clerk

*Signature of Clerk or Deputy Clerk*