UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JANE DOE, et al.,

    *Plaintiffs*,

v.                                                   Case No. 4:23cv114-RH/MAF

JOSEPH A. LADAPO, et al.,

    *Defendants*.

_____/

## NOTICE OF NON-OBJECTION

As requested by the Court during the hearing conducted June 1, 2023, Defendant Ashley Moody, joined by Defendant State Attorneys[1] hereby provide notice that they have no objection to the submission in this case of the evidence filed in *Dekker v. Weida,* No. 4:22cv325-RH/MAF. *See* DE 50, 71.

---

[1] Ginger Bowen Madden (1st Cir.), Jack Campbell (2nd Cir.), John Durrett (3rd Cir.), Melissa Nelson (4th Cir.),William Gladson (5th Cir.), Bruce Bartlett (6th Cir.), R.J. Larizza (7th Cir.), Brian S. Kramer (8th Cir.), Monique H. Worrell (9th Cir.), Brian Haas (10th Cir.), Katherine Fernandez Rundle (11th Cir.), Ed Brodsky (12th Cir.), Susan S. Lopez (13th Cir.), Larry Basford (14th Cir.), Dave Aronberg (15th Cir.), Dennis Ward (16th Cir.), Harold F. Pryor (17th Cir.), Phil Archer (18th Cir.), Thomas Bakkedahl (19th Cir.), Amira D. Fox (20th Cir.).

Respectfully submitted,

/s/ *William H. Stafford III*
WILLIAM H. STAFFORD III
Special Counsel
Florida Bar Number 70394
Office of the Attorney General
General Civil Litigation Division
State Programs Bureau
PL – 01 The Capitol
Tallahassee, Florida 32399-1050
(850) 414-3785
william.stafford@myfloridalegal.com
*Counsel for Attorney General Moody*

/s/ *Arthur I. Jacobs*
ARTHUR I. JACOBS
Fla. Bar No.: 108249
Jacobs Scholz & Wyler, LLC
961687 Gateway Blvd., Suite 201-I
Fernandina Beach, Florida 32034
(904) 261-3693
*Counsel for Defendant State Attorneys*