UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JANE DOE et al.,

        Plaintiffs,

        v.                                Case No. 4:23-cv-00114-RH-MAF

JOSEPH A. LADAPO et al.,

        Defendants.

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1(C) of the Northern District of Florida, undersigned counsel, Thomas E. Redburn, Jr., licensed member of the bar of the States of New York and New Jersey, respectfully asks the Court for leave to appear *pro hac vice* in this matter on behalf of Plaintiffs, accompanied by counsel of record, Simone Chriss, who is a member of the bar of the Northern District of Florida. Thomas E. Redburn, Jr. has undertaken the representation of Plaintiffs in this matter as co-counsel.

    1.    Simone Chriss, Esquire, of the Southern Legal Counsel located at 1229 NW 12th Avenue, Gainesville, Florida 32601-4113, 352-271-8890, is a member in good standing of The Florida Bar and the United States District Court for the Northern District of Florida and is authorized to file through the Court's electronic

filing system. Ms. Chriss consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.

2. Thomas E. Redburn, Jr. is a licensed member in good standing of the bars of the State of New York, the United States District Court for the Eastern District of New York, the Second Circuit Court of Appeals, the State of New Jersey, and the United States District Court for the District of New Jersey. Thomas E. Redburn, Jr. is an attorney at Lowenstein Sandler LLP in New York City, New York. Attached hereto as <u>Exhibit A</u> is a true and correct copy of a Certificate of Good Standing duly executed by the Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department.

3. Thomas E. Redburn, Jr. is familiar with, has reviewed, and will be governed by, the Local Rules of the United States District Court for the Northern District of Florida. He has completed the Attorney Admission Tutorial for the Northern District of Florida. His confirmation number is: FLND1686169821633.

4. Thomas E. Redburn, Jr. has reviewed the Attorney Admission Memo and the CM/ECF Attorney User's Guide.

5.      Thomas E. Redburn, Jr. completed the Attorney Admission Tutorial and has an active, upgraded PACER account. He requests authorization to receive electronic notices of filings. His email address is tredburn@lowenstein.com.

6.      Thomas E. Redburn, Jr. is paying the required $208.00 *pro hac vice* admission fee for this matter at the time of filing the present motion.

For the foregoing reasons, undersigned counsel, Simone Chriss, respectfully requests that this Court permit Thomas E. Redburn, Jr. to appear *pro hac vice* on behalf of Plaintiffs in this matter.

## CERTIFICATION OF WORD LIMIT

Pursuant to Local Rule 7.1(F), undersigned counsel certifies that this motion contains 482 words, exclusive of the case style, signature block, certificate of service, and this certification.

Respectfully submitted this 8th day of June, 2023.

| | |
|---|---|
| */s/ Thomas E. Redburn, Jr.* | */s/ Simone Chriss* |
| Thomas E. Redburn, Jr.<br>New York Bar No. 5822036<br>Lowenstein Sandler LLP<br>1251 Avenue of the Americas<br>New York, NY 10020<br>(212) 262-6700<br>TRedburn@lowenstein.com | Simone Chriss<br>Florida Bar No. 124062<br>Southern Legal Counsel<br>1229 NW 12th Avenue<br>Gainesville, FL 32601<br>(352) 271-8890<br>Simone.Chriss@southernlegal.org |

- 4 -

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing Motion for Leave to Appear *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on June 8, 2023 and served electronically to all counsel of record.

*/s/ Thomas E. Redburn, Jr.*
Thomas E. Redburn, Jr.
