# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JANE DOE, individually and on behalf of her minor daughter, SUSAN DOE, BRENDA BOE, individually and on behalf of her minor son BENNETT BOE; CARLA COE, individually and on behalf of her minor daughter CHRISTINA COE; and FIONA FOE, individually and on behalf of her minor daughter FREYA FOE,

    Plaintiffs,

vs.                                                      Case No. 4:23cv114-RH-MAF

DR. JOSEPH A. LADAPO, in his official capacity as Florida's Surgeon General of the Florida Department of Health, et al.,

    Defendants.

_____/

# O R D E R

Two motions for leave to appear *pro hac vice* as co-counsel for Plaintiffs have been filed. ECF Nos. 93-94. The first motion was filed by attorney Thomas E. Redburn, Jr., stating that he is a member in good standing of the Bars of the States of New York and New Jersey. ECF No.

93. The motion demonstrates that counsel regularly practices law with the firm Lowenstein Sandler LLP in New York City, N.Y., he has completed this Court's local rules tutorial, and the docket confirms that the $208 *pro hac vice* admission fee has been paid. Notably, the motion is supported by an exhibit showing that Thomas Edward Redburn was admitted to practice law in the State of New York in November 2020. With the assumption that Thomas Redburn is the same person as Thomas E. Redburn, Jr., the motion is deemed to be in substantial compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

The second motion was filed by attorney Maya Ginsburg, also a member in good standing of the Bars of the States of New York and New Jersey. ECF No. 94. The motion demonstrates that counsel regularly practices law with the firm Lowenstein Sandler LLP in New York City, N.Y., and has completed this Court's local rules tutorial, and the docket confirms that the $208 *pro hac vice* admission fee has been paid. That motion, ECF No. 94, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

Accordingly, it is

**ORDERED:**

1. The motion for leave to appear *pro hac vice*, ECF No. 93, is **GRANTED**.

2. The motion for leave to appear *pro hac vice*, ECF No. 94, is **GRANTED**.

**DONE AND ORDERED** on June 13, 2023.

S/   Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE**