UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JANE DOE, et al.,

    *Plaintiffs*,

v.                                                  Case No. 4:23cv114-RH/MAF

JOSEPH A. LADAPO, et al.,

    *Defendants*.

_____/

## NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL FOR DEFENDANTS

William H. Stafford III hereby gives notice of his appearance as additional counsel for Defendants Joseph A. Ladapo, in his official capacity as Florida's Surgeon General of the Florida Department of Health; the Florida Board of Medicine; Scot Ackerman, Nicholas W. Romanello, Wael Barsoum, Matthew R. Benson, Gregory Coffman, Amy Derick, David Diamond, Patrick Hunter, Luz Marina Pages, Eleonor Pimentel, Hector Vila, Michael Wasylik, Zachariah P. Zachariah, Maria Garcia, and Nichole Justice, in their official capacities as members of the Florida Board of Medicine; the Florida Board of Osteopathic Medicine; Watson Ducatel, Tiffany Sizemore Di Pietro, Gregory Williams, Monica M. Mortensen, Valerie Jackson, Chris Creegan, and William D. Kirsh, in their official capacities as members of the Florida Board of Osteopathic Medicine.

Dated: June 14, 2023

                                                Respectfully submitted,

                                                ASHLEY MOODY
                                                Attorney General

                                                <u>/s/ *William H. Stafford III*</u>
                                                WILLIAM H. STAFFORD III
                                                Special Counsel
                                                Florida Bar Number 70394
                                                Office of the Attorney General
                                                General Civil Litigation Division
                                                State Programs Bureau
                                                PL – 01 The Capitol
                                                Tallahassee, Florida 32399-1050
                                                (850) 414-3785
                                                william.stafford@myfloridalegal.com