UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JANE DOE, et al.,

    *Plaintiffs*,

v.                                            Case No. 4:23cv114-RH/MAF

JOSEPH A. LADAPO, et al.,

    *Defendants*.

_____/

## NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL FOR DEFENDANT GLADSON

    William H. Stafford III hereby gives notice of his appearance as additional counsel for Defendant William Gladson, in his official capacity as State Attorney for the Fifth Judicial Circuit of Florida.

Dated: June 15, 2023.

                                              Respectfully submitted,

                                              ASHLEY MOODY
                                              Attorney General

                                              /s/ *William H. Stafford III*
                                              WILLIAM H. STAFFORD III
                                              Special Counsel
                                              Florida Bar Number 70394
                                              Office of the Attorney General
                                              PL – 01 The Capitol
                                              Tallahassee, Florida 32399-1050
                                              (850) 414-3785
                                              william.stafford@myfloridalegal.com