# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

JANE DOE et al.,

      Plaintiffs,

v.                                                            CASE NO. 4:23cv114-RH-MAF

JOSEPH A. LADAPO et al.,

      Defendants.

_____/


## ORDER DISMISSING THE CLAIMS
## AGAINST THE ATTORNEY GENERAL


      The plaintiffs have filed a notice of voluntary dismissal without prejudice of their claims against the defendant Ashley Moody in her official capacity as Attorney General of Florida. This order construes the notice as a motion to amend the second amended complaint to delete the claims against the Attorney General. *See, e.g.*, *Rosell v. VMSB, LLC*, 67 F.4th 1141, 1143–44 (11th Cir. 2023); *In re Estreva*, 60 F.4th 664, 677–78 (11th Cir. 2023). This order assumes the Attorney General does not oppose this, but if she does, she may promptly move to reconsider this order.

      IT IS ORDERED:

Case 4:23-cv-00114-RH-MAF   Document 99   Filed 06/15/23   Page 2 of 2

Page 2 of 2

1. The notice of voluntary dismissal, ECF No. 97, is deemed a motion to amend the second amended complaint to delete the claims against the Attorney General. The motion is granted. All claims against the Attorney General are dismissed without prejudice.

2. The Attorney General's motion to dismiss, ECF No. 80, is denied as moot.

3. I do not direct the entry of judgment under Federal Rule of Civil Procedure 54(b).

4. The claims against other defendants remain pending.

SO ORDERED on June 15, 2023.

s/Robert L. Hinkle
United States District Judge