# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JANE DOE, et al.,

*Plaintiffs*,

v.  Case No. 4:23-cv-00114-RH-MAF

JOSEPH LADAPO, et al.,

*Defendants*.

_____/

## NOTICE OF APPEARANCE OF COUNSEL

**PLEASE TAKE NOTICE** of the appearance of James H. Percival, Henry C. Whitaker, and Joseph E. Hart as counsel for Defendants State Attorney William Gladson, Florida Surgeon General Joseph Ladapo, and the Florida Department of Health.

Respectfully submitted.

**Ashley Moody**
ATTORNEY GENERAL


*/s/ James H. Percival*
**James H. Percival** (FBN 1016188)
CHIEF OF STAFF

*/s/ Henry C. Whitaker*
**Henry C. Whitaker** (FBN 1031175)
SOLICITOR GENERAL

*/s/ Joseph E. Hart*
**Joseph E. Hart** (0124720)
COUNSELOR TO THE ATTORNEY GENERAL

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
Joseph.Hart@myfloridalegal.com

*Counsel for the State of Florida*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2023, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provided service to all parties who have registered with CM/ECF and filed an appearance in this action.

*/s/ Joseph E. Hart*
Joseph E. Hart
