UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JANE DOE et al.,

    Plaintiffs,

    v.                                  Case No. 4:23-cv-00114-RH-MAF

JOSEPH A. LADAPO et al.,

    Defendants.

## NOTICE OF APPEARANCE AS CO-COUNSEL FOR PLAINTIFFS

PLEASE TAKE NOTICE that Maya Ginsburg, with the law firm of Lowenstein Sandler LLP, hereby enters her appearance as co-counsel in the above-styled case on behalf of Plaintiffs.

Dated: June 22, 2023                    Respectfully submitted,

                                                */s/ Maya Ginsburg*
                                                Maya Ginsburg
                                                New York Bar No. 5128152
                                                Lowenstein Sandler LLP
                                                1251 Avenue of the Americas
                                                New York, NY 10020
                                                (212) 262-6700
                                                MGinsburg@lowenstein.com

## CERTIFICATE OF SERVICE

I hereby certify that this notice was filed electronically with the Clerk of the Court using the CM/ECF system on June 22, 2023 and served electronically to all counsel of record.

*/s/ Maya Ginsburg*
Maya Ginsburg