UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JANE DOE et al.,

      Plaintiffs,

      v.                                  Case No. 4:23-cv-00114-RH-MAF

JOSEPH A. LADAPO et al.,

      Defendants.

_____

### NOTICE OF APPEARANCE AS CO-COUNSEL FOR PLAINTIFFS

PLEASE TAKE NOTICE that Thomas E. Redburn, Jr., with the law firm of Lowenstein Sandler LLP, hereby enters his appearance as co-counsel in the above-styled case on behalf of Plaintiffs.

Dated: June 22, 2023                            Respectfully submitted,

                                                            */s/ Thomas E. Redburn, Jr.*
                                                             Thomas E. Redburn, Jr.
                                                             New York Bar No. 5822036
                                                             Lowenstein Sandler LLP
                                                             1251 Avenue of the Americas
                                                             New York, NY 10020
                                                             (212) 262-6700
                                                             TRedburn@lowenstein.com

## CERTIFICATE OF SERVICE

I hereby certify that this notice was filed electronically with the Clerk of the Court using the CM/ECF system on June 22, 2023 and served electronically to all counsel of record.

*/s/ Thomas E. Redburn, Jr.*
Thomas E. Redburn, Jr.
