IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JANE DOE, individually and on
behalf of her minor daughter,
SUSAN DOE, et al.,

       Plaintiffs,

v.                                  Case No. 4:23-cv-00114-RH-MAF

JOSEPH A. LADAPO, in his
official capacity as Florida's
Surgeon General of the Florida
Department of Health, et al.,

       Defendants.

_____/

## <u>NOTICE OF APPEAL</u>

Defendants Surgeon General Ladapo, the Florida Board of Medicine, the Florida Board of Osteopathic Medicine, the individual Board Members, and State Attorney Gladson, appeal the order for preliminary injunction, Doc. 90, which was entered on June 6, 2023, to the U.S. Court of Appeals for the Eleventh Circuit.

Dated: June 26, 2023               Respectfully submitted by:

/s/ James H. Percival            /s/ Mohammad O. Jazil
James H. Percival (FBN 1016188)    Mohammad O. Jazil (FBN 72556)
OFFICE OF THE ATTORNEY GENERAL    Gary V. Perko (FBN 855898)
The Capitol, Pl-01               Michael Beato (FBN 1017715)
Tallahassee, Florida 32399-1050     Holtzman Vogel Baran
(850) 414-3300                 Torchinsky & Josefiak PLLC
(850) 410-2672 (fax)            119 S. Monroe St., Suite 500
James.Percival@myfloridalegal.com   Tallahassee, FL 32301
                                    (850) 270-5938

*Counsel for the Surgeon General, the Department of Health, and State Attorney Gladson*

mjazil@holtzmanvogel.com
gperko@holtzmanvogel.com
mbeato@holtzmanvogel.com

*Counsel for the Surgeon General, the Department of Health, the Boards of Medicine, and the individual Board Members*

## **CERTIFICATE OF SERVICE**

I certify that, on June 26, 2023, this answer was filed through the Court's

CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Mohammad O. Jazil
Mohammad O. Jazil