## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### Tallahassee Division

JANE DOE et al.,

          Plaintiffs,

    v.

JOSEPH A. LADAPO et al.,

          Defendants.

Civil No. 4:23-cv-00114-RH-MAF

**EXPERT DECLARATION OF DR. LOREN SCHECHTER**

I, Loren Schechter, hereby declare and state as follows:

1.    I have been retained by counsel for the Plaintiffs as an expert in connection with the above-captioned litigation.

2.    I have actual knowledge of matters stated in this declaration and if called to testify in this matter, I would testify truthfully based upon my expert opinion.

### I.    BACKGROUND AND QUALIFICATIONS

3.    I am a board-certified plastic surgeon.  I specialize in gender confirming surgeries, including chest reconstruction, genital reconstruction,

and other procedures to feminize or masculinize the face and body, and I am a recognized expert in this field.

4.      I received my medical degree from the University of Chicago, Pritzker School of Medicine. I completed my residency and chief residency in plastic and reconstructive surgery and a fellowship in reconstructive microsurgery at the University of Chicago Hospitals.

5.      I previously served as a Clinical Professor of Surgery at the University of Illinois at Chicago. I resigned that position to become the Director of Gender Affirmation Surgery at Rush University Medical Center in April 2022. I am also a Professor of Surgery and Urology at Rush University Medical Center. In addition, I maintain a clinical practice in plastic surgery in Illinois where I treat patients from around the country, as well as from around the world.

6.      I have been performing gender confirming surgeries for over 28 years.  For at least the past five years, I have been performing at least 150 gender confirming surgeries each year, and I have performed over 1,500 of these surgeries during my medical career.  Currently, approximately 90 percent of patients in my clinical practice are transgender people seeking gender confirming surgery.

2

7.      I was a contributing author to the World Professional Association for Transgender Health's ("WPATH") Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People, Version Seven, which were published in 2012. In particular, I wrote the section focused on the relationship of the surgeon with the treating mental health professional and the physician prescribing hormone therapy. In September 2022, WPATH published the Standards of Care for the Health of Transgender and Gender Diverse People, Version Eight ("Standards of Care") in the International Journal of Transgender Health. I was the co-lead author of the surgical and postoperative care chapter of Version Eight.

8.      In addition, I have written a number of peer-reviewed journal articles and chapters in professional textbooks about gender confirming surgeries. In 2016, I published Surgical Management of the Transgender Patient, the first surgical atlas (a reference guide for surgeons on how to perform surgical procedures using safe, well-established techniques) dedicated to gender confirming surgeries. In 2020, I published a guide for surgeons entitled Gender Confirmation Surgery: Principles and Techniques for an Emerging Field.  I am also a co-investigator on a study regarding uterine transplantation for transgender women.

9.     I am a guest reviewer for several peer-reviewed medical journals, including the Journal of Plastic and Reconstructive Surgery, the Journal of Reconstructive Microsurgery, the Journal of the American College of Plastic Surgeons, the Journal of Plastic and Aesthetic Research, and the Journal of Sexual Medicine. I also serve on the editorial board of both Transgender Health and the International Journal of Transgender Health. Each of these publications is a peer-reviewed medical journal.

10.     I have given dozens of public addresses, seminars, and lectures on gender confirming surgery, including many through the American Society of Plastic Surgeons. I have also taught a number of courses through WPATH's Gender Education Institute, which provides training courses toward a member certification program in transgender health for practitioners around the world. In addition, in 2018, I co-directed the first live surgery course in gender confirming procedures at Mount Sinai Hospital in New York City, and I am the Director for this upcoming live surgery course in 2023. In 2019, I directed the inaugural Gender Affirming Breast, Chest, and Body Master Class for the American Society of Plastic Surgeons.

11.     I am also a founding member and president of the Society for Gender Surgeons; a current member of the Executive Committee of the Board

of Directors of WPATH, where I serve as treasurer; and a former member of the Board of Governors of the American College of Surgeons. I am a guest examiner for the American Board of Plastic Surgery, which involves administering the plastic surgery oral board exam to surgeons who have completed their plastic surgery training and seek board certification.

12.    I am the former Chair of the Patient Safety Committee for the American Society of Plastic Surgeons, and current Patient Safety Officer for the Division of Plastic Surgery at Rush University Medical Center. In 2017, I was an invited discussant at the Pentagon regarding transgender service members. I recently delivered the Bevan 2023 Lecture at the Chicago Surgical Society, which is a lecture that began in 1928 and was established by Arthur Bevan, a former President of the American Medical Association and Founder of the American Board of Surgery.

13.    I serve on the Committee on Sex and Gender Identification and Implications for Disability Evaluation recently convened by the National Academies for Science, Engineering, and Medicine.

14.    The information provided regarding my professional background, experiences, publications, and presentations is detailed in my

curriculum vitae, a true and correct copy of the most up-to-date version of which is attached as **Exhibit A**.

15.     In preparing this declaration, I have reviewed the text of documents adopted by the Florida Boards of Medicine and Osteopathic Medicine titled "Surgical Treatments for Adults with Gender Dysphoria (DH5084-MQA (Rev. 06/23)). The opinions contained in this report are based on all of the following: (1) my clinical experience of over 28 years of caring for transgender patients, including my experience teaching other surgeons and medical students to care for this population; (2) my review and familiarity with relevant peer- reviewed literature, including my own, regarding gender confirming surgeries, which reflects the clinical advancements in these procedures and the corresponding growth in research related to the safety and effectiveness of these procedures in treating gender dysphoria; and (3) discussions with colleagues and other experts in the field, including attendance and participation in various educational conferences both nationally and internationally.

## II.    DISCUSSION

16.     In my expert opinion, the forms are riddled with misstatements and written in a way that will cause more confusion than clarity in a patient

preparing to undergo a surgical procedure to treat gender dysphoria. This is true for a number of reasons.

17.    Page 1 ("What are the types of surgery to treat gender dysphoria?"). As an initial matter, the forms address a wide range of surgeries, many, and likely most, of which will be wholly inapplicable to an individual patient. As just one example, the form includes descriptions for both a vaginoplasty and a phalloplasty. Setting aside the inaccuracies in each description, which I detail below, no patient will undergo both a phalloplasty and a vaginoplasty. A phalloplasty is a surgical procedure performed on transgender men. A vaginoplasty is a surgical procedure performed on transgender women. There is no purpose for describing a vaginoplasty in an informed consent form to be reviewed and signed by a transgender man. The inclusion of a description of a surgical procedure a patient is not and would never undergo is confusing, disrupts the patient-surgeon relationship, and undermines informed consent.

18.    Page 1, Paragraph 3 ("Medical treatment of people with gender dysphoria…"). The form also begins with a misstatement of the evidence that supports the efficacy of surgeries for gender dysphoria. It is incorrect to state that the "practice is purely speculative." It is also wrong to say that the

7

"treatment of people with gender dysphoria is based on very limited, poor-quality research with only subtle improvements seen in some patient's psychological functioning in some, but not all, research studies." There are decades of research demonstrating the efficacy of gender confirming surgeries to treat patients with gender dysphoria, and there have been many studies that show very positive results in ameliorating the effects of gender dysphoria. While the quality of the evidence for much of the research is characterized as "low" because of the hierarchy of evaluation of study designs, the language in the forms is inaccurate and conveys misinformation to a patient.

19.    Page 1, Paragraph 3 (" . . . in many cases, the need for lifelong medical treatments."). It is also misleading to say that surgeries will result in the need for lifelong treatment. As an initial matter, all patients—transgender or not—have a need for lifelong treatment. That is, generally speaking, healthy medical practice. But there is no correlation between gender confirming surgeries and an increased need for lifelong treatment. In fact, some procedures reduce the need for certain follow-up care. For example, a transgender man who gets male chest reconstruction along with breast removal will have lowered his risk of breast cancer and, therefore, minimized a need for regular mammograms. A transgender woman who receives a vaginoplasty will require

8

annual speculum exams, but the same patient would still have required an annual prostate exam, notwithstanding the vaginoplasty. The statement about a need for life-long treatment is a distortion because, gender confirming surgery may impact the *type* of routine medical care required, it does not create a need for routine medical care.  This distortion undermines rather than enhances informed consent. While it is true that the WPATH Standards of Care recommend annual visits for follow-up, that is not the same as stating that gender confirming surgical procedures create the need for life-long treatment.

20.    In addition, there are misstatements about many of the surgical procedures themselves.  These include the following:

21.    Page 1, Orchiectomy:  An orchiectomy is not only performed by a urologist. Plastic surgeons, general surgeons, and gynecologists specializing in gender confirming care also routinely perform this surgical procedure. Further, the description of orchiectomy includes only one surgical approach (scrotal incision), but there are other effective surgical approaches for this procedure, including an inguinal approach.

22.    Page 2, Vaginoplasty:  The description of vaginoplasty states that "[f]or those patients treated with puberty blockers as a minor, such treatment may lead to insufficient penile tissue that could necessitate the use [of] other

tissues, such as the colon, to create a vagina." This statement is relevant to the informed consent discussion when *initiating* blockers, but not when a provider is seeking informed consent for a vaginoplasty. Further, a patient may have insufficient penile *and* scrotal tissue for a number of reasons other than the use of puberty blockers, including, but not limited to, congenital factors, normal anatomic variation, obesity, and previous circumcision. Additionally, tissue, other than that from the colon, may be used to line the vagina, including, but not limited to, skin, small intestine, peritoneum, and tissue substitutes (i.e. allograft, xenograft).

23.    Page 2, Phalloplasty:  The description of phalloplasty excludes the full range of surgical options for the procedure which may be performed in a number of ways and stages depending on the patient's clinical needs and desired outcomes.  For example, a patient can have a shaft only phalloplasty without the construction of a urethral channel. The procedure may also be performed in a manner that maintains the vaginal canal and uterus. The description purports to comprehensively describe the procedure but describes just one method of surgical procedure while disregarding other routine methods.  The techniques used in staging these procedures also vary.  For example, we currently perform hysterectomy and vaginectomy at the first stage

10

of a phalloplasty which may also include lengthening of the perineal urethra. The second stage is then construction of the shaft, typically with either forearm, thigh, abdomen, groin, or back tissue. The description of prosthetics is limited and underinclusive. There are both malleable and inflatable penile prosthesis, each with its own advantages and disadvantages.

24.   Page 2, Metoidioplasty:   The description of metoidioplasty indicates that "[a] urethra is also reconstructed using either local skin tissue or a graft from the mouth . . . ." However, this procedure may also be performed without urethral reconstruction. Also, typically, testicular prostheses are not placed at the same time that urethral reconstruction is performed. Prostheses are typically placed at a later date.

25.   Page 2, Hysterectomy:  The description of hysterectomy is also underinclusive in that it excludes other surgical approaches, notably the option of robotic or traditional 'open' techniques.

26.   Page 3 ("What happens after surgery to treat gender dysphoria?"). This section underestimates the length of swelling for most procedures. Part of providing informed consent in a shared decision-making process, is discussing, understanding, and 'managing' expectations. It is not reasonable to assume that swelling will last for only two to four weeks following cheek

11

and nose surgery.  The return to activity following 'bottom surgery,' a non-specific term for a range of surgical procedures which may include transfeminine and/or transmasculine procedures, likely underestimates the period of recovery, especially following phalloplasty.

27.    Page 3 ("When should I see my surgeon?").  This section omits important risks involved in any surgical procedure performed under general anesthesia such as difficulty breathing, chest pain, shortness of breath (i.e., warning signs of Deep Vein Thrombosis/Venous Thromboembolism/Pulmonary embolus).

28.    Page 3 ("What are some potential complications of surgery to treat gender dysphoria?").  The list of surgical risks is confusing because it lists surgical risks that many patients will not face because of the nature of their surgery. For example, a patient undergoing facial feminizing surgery does not have a risk of problems with urination or diminishment of bladder function.

## III.    CONCLUSION

29.    The informed consent form required by the State Boards of Medicine and Osteopathic Medicine include factual inaccuracies about the nature and risks of surgical procedures performed to treat gender dysphoria.

These misstatements will result in patient confusion and serve to subvert, rather than strengthen, the informed consent process.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of July 2023.

Respectfully submitted,

Loren Schechter, M.D.

13

# Exhibit A
## *Curriculum Vitae*

# Curriculum Vitae

**NAME:**            **LOREN SLONE SCHECHTER, MD, FACS**

**OFFICE:**          Rush University Medical Center
1725 W. Harrison St
Suite 758
Chicago, Il 60712
312.942.3640

**E-MAIL:**          loren_schechter@rush.edu
lorenschechter1@gmail.com

**MARITAL STATUS:**     Married (Rebecca Brown Schechter, MD)

**CERTIFICATION:**      The American Board of Plastic Surgery 2001
Certificate Number 6271
Date Issued:  September 2001
Maintenance of Certification:          2011
Maintenance of Certification:          2021

**EDUCATION:**
| | | |
|---|---|---|
| 1986-1990 | The University of Michigan | BS, 1990 |
| 1990-1994 | The University of Chicago Pritzker School of Medicine | MD, 1994 |

**POSTGRADUATE TRAINING:**
| | | |
|---|---|---|
| Residency: | The University of Chicago Hospitals Coordinated Training Program in Plastic and Reconstructive Surgery | 1994-1999 |
| Chief Resident: | The University of Chicago Hospitals Section of Plastic and Reconstructive Surgery | 1998-1999 |
| Fellowship: | Reconstructive Microsurgery The University of Chicago Hospitals Section of Plastic and Reconstructive Surgery | 1999-2000 |

**TEACHING APPOINTMENT and CURRENT PRACTICE LOCATION:**
Professor of Surgery (Department of Surgery, Division of Plastic Surgery with joint appointment in the Department of Urology), Chief Section of Gender-Affirmation Surgery, Rush University Medical Center Director, Gender Affirmation Surgery-Rush University Medical Center

**LICENSURE:**         Illinois
Illinois Controlled Substance
DEA
Georgia

**STAFF APPOINTMENTS:**

Rush University Medical Center
Advocate Lutheran General Hospital
Louis A. Weiss Memorial Hospital

**HONORS AND AWARDS:**

| | |
|---|---|
| 2022 | WPATH award for Courage and Bravery |
| 2022 | Chicago Magazine Top Doctor |
| 2021 | Chicago Magazine Top Doctor-Surgery |
| 2020 | The University of Minnesota Program in Human Sexuality, recipient of 50 Distinguished Sexual and Gender Health Revolutionaries |
| 2017-2020 | Castle Connolly Top Doctor (Chicago) |
| 2017 | Chicago Consumer Checkbook Top Doctor |
| 2015 | University of Minnesota Program in Human Sexuality Leadership Council |
| 2014-2015 | Rosalind Franklin University of Medicine and Science Chicago Medical School Honors and recognizes for dedication and commitment to teaching |
| 2014 | National Center for Lesbian Rights honored guest |
| 2013 | Illinois State Bar Association Award for Community Leadership |
| 2010 | Advocate Lutheran General 2009 Physicians Philanthropy Leadership Committee-Outstanding Leadership |
| 2009 | Advocate Lutheran General Hospital Value Leader (received for compassion) |
| 1994 | Doctor of Medicine with Honors |
| 1994 | University of Chicago Department of Surgery Award for Outstanding Performance in the Field of Surgery |
| 1994 | Catherine Dobson Prize for the Best Oral Presentation Given at the 48th Annual Senior Scientific Session in The Area of Clinical Investigation |
| 1993 | Alpha Omega Alpha |
| 1991 | University of Chicago National Institutes Of Health Summer Research Award |
| 1990 | Bachelor of Science with High Distinction And Honors in Economics |
| 1990 | James B. Angell Award for Academic Distinction |
| 1989 | Omicron Delta Epsilon-National Economic Honor Society |
| 1988 | College Honors Program Sophomore Honors Award For Academic Distinction |
| 1988 | Class Honors (Dean's List) |

**MEMBERSHIPS:**

| | |
|---|---|
| 2023- | Society of Gender Surgeons |
| 2018- | The American Association of Plastic Surgeons |
| 2016- | The American Society for Gender Surgeons (founding member and president-elect) |
| 2010- | World Society for Reconstructive Microsurgery |

| | |
|---|---|
| 2005- | The University of Chicago Plastic Surgery Alumni Association |
| 2005- | The Chicago Surgical Society |
| 2004- | The American Society for Reconstructive Microsurgery |
| 2003- | The American College of Surgeons |
| 2002- | The American Society of Plastic Surgeons |
| 2001- | Illinois Society of Plastic Surgeons (formerly Chicago Society of Plastic Surgeons) |
| 2001- | The American Society of Maxillofacial Surgeons |
| 2001- | American Burn Association |
| 2001- | Midwest Association of Plastic Surgeons |
| 2001- | WPATH |
| 1994- | The University of Chicago Surgical Society |
| 1994- | The University of Chicago Alumni Association |
| 1992- | American Medical Association |
| 1992- | Illinois State Medical Society |
| 1992- | Chicago Medical Society |
| 1990- | The University of Michigan Alumni Association |

**CURRENT HOSPITAL COMMITTEES:**

Patient Safety and Quality Officer, Division of Plastic Surgery, Rush University Medical Center

**PROFESSIONAL SOCIETY COMMITTEES:**

Committee on Sex and Gender Identification and Implications for Disability Evaluation, The National Academies for Science, Engineering, and Medicine

WPATH Executive Committee

Treasurer, The World Professional Association for Transgender Health

Chair, Finance and Investment Committee, The American Society of Plastic Surgeons

WPATH 2020 Biennial Meeting Steering Committee

American Society of Breast Surgeons Research Committee, ASPS representative

American Board of Plastic Surgery, Guest Oral Board Examiner

WPATH Ethics Committee

American College of Radiology Committee on Appropriateness Criteria Transgender Breast Imaging Topic, Expert Panel on Breast Imaging: Transgender Breast Cancer Screening Expert Panel on Breast Imaging

American Society of Plastic Surgeons, Finance and Investment Committee

Board of Directors, at-large, The World Professional Association for Transgender Health

PlastyPac, Board of Governors

Contractor Advisory Committee, National Government Services Inc

**OTHER:**

American Board of Plastic Surgery-Oral Board Guest Examiner (2020, 2021)

Guest Reviewer, Pain Management

Guest Reviewer, Plastic and Aesthetic Research

Guest Reviewer, European Medical Journal

Guest Reviewer, Open Forum Infectious Diseases

Guest Reviewer, The Journal of The American College of Surgeons

Guest Book Reviewer, Plastic and Reconstructive Surgery

Editorial Board, Transgender Health

Editorial Board (Associate Editor), International Journal of Transgenderism

Fellow of the Maliniac Circle

Guest Reviewer, Journal of Reconstructive Microsurgery

Guest Reviewer, Journal of Plastic and Reconstructive Surgery

Guest Reviewer, Journal of Sexual Medicine

Guest Editor, Clinics in Plastic Surgery, Transgender Surgery (Elsevier Publishing)

Guest Reviewer, The Journal of Plastic and Reconstructive Surgery

**PREVIOUS EDITORIAL ROLE:**

Guest Reviewer, EPlasty, online Journal

Module Editor for Patient Safety, Plastic Surgery Hyperguide

Editorial Advisory Board, Plastic Surgery Practice

Guest       Reviewer,       International       Journal       of
Transgenderism

Guest Reviewer, Pediatrics

**PREVIOUS ACADEMIC APPOINTMENT:**

Clinical Professor of Surgery, The University of
Illinois at Chicago

Visiting Clinical Professor in Surgery, The University
of Illinois at Chicago

Chief, Division of Plastic and Reconstructive Surgery,
Chicago Medical School, Rosalind Franklin University
of Medicine and Science

Associate Professor, Physician Assistant Program,
College of Health Professionals, Rosalind Franklin
University

Associate Professor of Surgery, The College of Health
Professionals, Rosalind Franklin University

Clinical   Associate   in   Surgery,   The   University   of
Chicago

**PREVIOUS HOSPITAL COMMITTEES:**

Director, Center for Gender Confirmation Surgery,
Louis A. Weiss Memorial Hospital

Division Director, Plastic Surgery, Lutheran General
Hospital

Division Director, Plastic Surgery, St. Francis
Hospital

Medical Staff Executive Committee, Secretary,
Advocate Lutheran General Hospital

Credentials Committee, Lutheran General Hospital

Pharmacy and Therapeutics Committee Lutheran General
Hospital

Operating Room Committee, St. Francis Hospital

Cancer Committee, Lutheran General Hospital
                          -Director of Quality Control

Risk and Safety Assessment Committee, Lutheran General
Hospital

Nominating Committee, Rush North Shore Medical Center

Surgical Advisory Committee, Rush North Shore Medical Center

Section Director, Plastic Surgery, Rush North Shore Medical Center

**PREVIOUS SOCIETY COMMITTEES:**

PlastyPac, Chair, Board of Governors

Chair of the Metro Chicago District #2 Committee on Applicants, American College of Surgeons

American Society of Plastic Surgery, Health Policy Committee

American Society of Plastic Surgery, Patient Safety Committee

American Society of Plastic Surgeons, Coding and Payment Policy Committee

American Society of Plastic Surgeons, Practice Management Education Committee

Board of Governors, Governor-at-large, The American College of Surgeons

American College of Surgeons, International Relations Committee

Chair, Government Affairs Committee, American Society of Plastic Surgeons

President, The Metropolitan Chicago Chapter of The American College of Surgeons

2012 Nominating Committee, American Society of Plastic Surgeons

Program Committee, The World Society for Reconstructive Microsurgery, 2013 Bi-Annual Meeting

President, Illinois Society of Plastic Surgeons

Vice-President, The Illinois Society of Plastic Surgeons (formerly the Chicago Society of Plastic Surgery)

Vice-President, The Metropolitan Chapter of the American College of Surgeons

American Society of Plastic Surgery, Chairman, Patient Safety Committee

2006-2007 Pathways to Leadership, The American Society of Plastic Surgery

2005 & 2006 President, The University of Chicago Plastic Surgery Alumni Association

2003 Leadership Tomorrow Program, The American Society of Plastic Surgery

Senior Residents Mentoring Program, The American Society of Plastic Surgery

American Society of Maxillofacial Surgery, Education Committee

Alternate Councilor, Chicago Medical Society

American Society of Aesthetic Plastic Surgery, Electronic Communications Committee

American Society of Aesthetic Plastic Surgery, Intranet Steering Committee

American Society of Aesthetic Plastic Surgery, International Committee

Membership Coordinator, The Chicago Society of Plastic Surgeons
The Illinois State Medical Society, Governmental Affairs Council

The Illinois State Medical Society, Council on Economics

Chicago Medical Society, Physician Review Committee
        -Subcomittee on Fee Mediation

Chairman, Chicago Medical Society, Healthcare Economics Committee

Secretary/Treasurer, The Metropolitan Chicago Chapter of the American College of Surgeons

Scientific Committee, 2007 XX Biennial Symposium WPATH

Local Organizing Committee 2007 WPATH

Secretary, The Chicago Society of Plastic Surgeons

Treasurer, The Chicago Society of Plastic Surgeons

Council Member, The Metropolitan Chicago Chapter of the American College of Surgeons

**INTERNATIONAL MEDICAL SERVICE:**

Northwest Medical Teams
Manos de Ayuda (Oaxaca, Mexico)

Hospital de Los Ninos (San Juan, Puerto Rico)

**COMMUNITY SERVICE:**

Alumni Council, The University of Chicago Medical and Biological Sciences Alumni Association

The University of Minnesota Presidents Club Chancellors Society

Board of Directors, Chicago Plastic Surgery Research Foundation

National Center for Gender Spectrum Health Advisory Council

**PREVIOUS COMMUNITY SERVICE:**

Board of Directors, Committee on Jewish Genetic Diseases, Jewish United Fund, Chicago, Illinois

Governing Council, Lutheran General Hospital, Park Ridge, Il

Lutheran General Hospital Development Council, Park Ridge, Il

Lutheran General Hospital Men's Association, Park Ridge, Il

Advisory Board, Committee on Jewish Genetic Diseases, Cancer Genetics Subcommittee, Jewish United Fund, Chicago, Illinois

Health Care Advisory Board, Congressman Mark Kirk, 10th Congressional District, Illinois

Major Gifts Committee, Saint Francis Hospital Development Council, Evanston, Il

**Visiting Professor:**
1. University of Utah, Division of Plastic Surgery, November 6-8, 2014.

2. Northwestern University, Division of Plastic Surgery, April 21-22, 2016.

3. The University of North Carolina, Division of Plastic Surgery, March 28-29, 2017

4. Georgetown University, Department of Plastic Surgery, May 17-18, 2017

5. The University of Basel, Basel, Switzerland, August 31-September 1, 2018

6. The Ochsner Health System, New Orleans, LA January 28-January 30, 2019

7. The University of Toronto, Toronto, Ontario, Canada, February 21-22, 2019

8. The University of Michigan, October3-4, 2019, Ann Arbor, MI

9. Georgetown University, Department of Plastic Surgery, July 21, 2022

10. Galillee Medical Center, Nahariya, Israel, Department of Obstetrics and Gynecology, July 1-11, 2023

**Invited Discussant:**
1. Department of Defense, Military service by people who are transgender, Invitation from Terry Adirim, M.D., M.P.H.Deputy Assistant Secretary of Defense for Health Services Policy & Oversight, The Pentagon, November 9, 2017

2. Aesthetic Surgery Journal, Invited Discussant May 7, 2019, Journal Club. "What is "Nonbinary" and What Do I need to Know?  A Primer for Surgeons Providing Chest Surgery for Transgender Patients."

**Honorary Lecture:**
1. 2023 Arthur D. Bevan Lectureship, The Chicago Surgical Society, February 2, 2023, Chicago, Il

**Research Interests:**

1. Role of Omental Stem Cells in Wound Healing (Grant:  Tawani Foundation)

2. Robotic-Assisted Bilateral Prophylatic Nipple Sparing Mastectomy with Immediate Tissue Expander/Implant Reconstruction (Pending submission to the FDA for Investigational Device Exemption in association with Intuitive Surgical)

3. Transgender Health and Medicine Research Conference, National Institutes of Health, Bethesda, MD May 7-8, 2015

4. Uterine Transplantation, Rush University Medical Center (IRB pending)

5. Gender Affirmation Surgery Prospective Surveys (Rush University-IRB approved)

6.   National Network for Gender Affirming Surgeries:  Canadian Institute of Health Research, Training Grant – LGBQT 2S Stigma Reduction & Life Course Mental Wellness (application in process)

**BIBLIOGRAPHY:**
**PEER REVIEWED ARTICLES:**

1.   E. Wall, D. A. Schoeller, **L. Schechter**, L.J. Gottlieb:  Measured Total Energy Requirements of Adult Patients with Burns.  *The Journal of Burn Care and Rehabilitation* 20:329, 1999.

2.   David C. Cronin, II, **Loren Schechter**, Somchi Limrichramren, Charles G. Winans, Robert Lohman, and J. Michael Millis, Advances in Pediatric Liver Transplantation:  Continuous Monitoring of Portal Venous and Hepatic Artery Flow with an Implantable Doppler Probe.  *Transplantation 74(6):887-889, 2002.*

3.   Robert F. Lohman, **Loren S. Schechter**, Lawrence S. Zachary, Solomon Aronson:  Evaluation of Changes in Skeletal Muscle Blood Flow in the Dog with Contrast Ultrasonography Revisited:  Has the Technique Been Useful, and Where are We Headed Now?  *The Journal of Plastic and Reconstructive Surgery* 111(4):1477-1480, 2003.

4.   Alvin B. Cohn, Eric Odessey, Francis Casper, **Loren S. Schechter:** Hereditary Gingival Fibromatosis:  Aggressive Two-Stage Surgical Resection in Lieu of Traditional Therapy, *The Annals of Plastic  Surgery Vol 57, Number 5, November 2006*.

5.   Eric Odessey, Al Cohn, Kenneth Beaman, and **Loren Schechter:** Mucormycosis of the Maxillary Sinus:  Extensive Destruction with an Indolent Presentation, *Surgical Infections*, Vol. 9, Number 1, 2008

6.   Iris A. Seitz, MD, David Tojo, MD, **Loren S. Schechter**, MD Anatomy of a Medication Error:  Inadvertent Intranasal Injection of Neosynephrine During Nasal Surgery – A Case Report and Review of The Literature Plast Reconstr Surg. 2010 Mar;125(3):113e-4e. doi: 10.1097/PRS.0b013e3181cb68f9

7.   Iris Seitz, MD Craig Williams, MD, Thomas Weidrich, MD, John Seiler, MD, Ginard Henry, MD, and **Loren S. Schechter, MD:**  Omental Free Tissue Transfer for Coverage of Complex Upper Extremity Defects:  The Forgotten Flap *(N Y). 2009 Dec;4(4):397-405. doi: 10.1007/s11552-009-9187-6. Epub 2009 Mar 25.*

8.   Michael Salvino and **Loren S. Schechter:**  Microvascular Reconstruction of Iatrogenic Femoral Artery Thrombus in an Infant:  A Case Report and Review of the Literature ePlasty Volume 9 ISSN:  19357-5719, E-location ID: e20

9.   Phillip C. Haeck, MD, Jennifer A. Swanson, BS, Med, Ronald E. Iverson, MD., **Loren S. Schechter, MD,** Robert Singer, MD, Bob Basu, MD, MPH, Lynn A. Damitz, MD, Scott Bradley Bradley Glasberg, MD, Lawrence S. Glasman, MD, Michael F. McGuire, MD, and the ASPS Patient Safety Committee:  Evidence-Based Patient Safety Advisory:  Patient Selection and Procedures in Ambulatory Surgery, Supplement to Plastic and Reconstructive Surgery, Volume 124, Number 4s, October Supplement 2009.

10.   Philip C. Haeck, MD, Jennifer A. Swanson, BS, Med, **Loren S. Schechter, MD**, Elizabeth J. Hall-Findlay, MD, Noel B. McDevitt, MD, Gary Smotrich, MD, Neal R. Reisman, MD, JD, Scot Bradley Glasberg, MD, and the ASPS Patient Safety Committee:  Evidence-Based Patient Safety Advisory:  Blood Dyscrasias, Patient Selection and Procedures in Ambulatory Surgery, Supplement to Plastic and Reconstructive Surgery, Volume 124, Number 4s, October Supplement 2009.

11.   **Loren S. Schechter, MD**, The Surgeon's Relationship with The Physician Prescribing Hormones and the Mental Health Professional:  Review for Version 7 of the World Professional Association of Transgender Health's Standards of Care *International Journal of Transgenderism* 11 (4), p.222-225 Oct-Dec 2009

12.   Iris A Seitz, MD, PhD, Craig Williams, MD, **Loren S. Schechter, MD**, Facilitating Harvest of the Serratus Fascial Flap With Ultrasonic Dissection, *Eplasty 2010  Feb 23;10:e18*

13.   Seitz, I, Friedewald SM, Rimler, J, **Schechter, LS**, Breast MRI helps define the blood supply to the nipple-areolar complex, Plastische Chirurgie, Supplement 1, 10. Jahrgang, September 2010, p. 75

14.   Iris A. Seitz, Sally Friedwald, MD; Jonathon Rimler, **Loren S. Schechter**, Breast MRI to Define The Blood Supply to The Nipple-Areolar Complex. *Plast Recon Surg  Suppl 126 (26) p. 27 Oct 2010*

15.   Kalliainen LK; ASPS Health Policy Committee Evidence-Based Clinical Practice Guidelines:  Reduction Mammaplasty, The American Society of Plastic Surgeons Plast Reconstr Surg. 2012 Oct;130(4):785-9 **Loren S. Schechter** (member and contributor, ASPS Health Policy Committee)

16.   Eli Coleman, Walter Bockting, Marsha Botzer, Peggy Cohen-Kettenis, Griet DeCuypere, Jamie Feldman, Lin Fraser, Jamison Green, Gail Knudson, Walter J. Meyer, Stan Monstrey, Richard K. Adler, George R. Brown, Aaron H. Devor, Randall Ehrbar, Randi Ettner, Evan Eyler, Rob Garofalo, Dan H. Karasic, Arlene Istar Lev, Gal Mayer, Heino Meyer-Bahlburg, Blaine Paxton Hall, Friedmann Pfäfflin, Katherine Rachlin, Bean Robinson, **Loren S. Schechter**, Vin Tangpricha, Mick van Trotsenburg, Anne Vitale, Sam Winter, Stephen Whittle, Kevan R. Wylie & Ken Zucker, Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People, Version 7, *International Journal of Transgenderism, 13 (4) p. 165-232, August 2012.*

17.   Jonathan Bank, M.D., Lucio A. Pavone, M.D., Iris A. Seitz, M.D., Ph.D., Michelle C. Roughton M.D., **Loren S. Schechter M.D.** Case Report and Review of the Literature - Deep Inferior Epigastric Perforator Flap for Breast Reconstruction after Abdominal Recontouring, eplasty Ref.: Ms. No. EPLASTY-D-12-00050R1

18.   Unusual Sequela from a Pencil Stab Wound Reveals a Retained Graphite Foreign Body, Seitz IA, Silva BA, **Schechter LS**, Pediatr Emerg Care 2014 Aug;30(8):568-70.PMID: 25098803 DOI: 10.1097/PEC.0000000000000192,

19.   Seitz IA, Siwinski P, Rioux-Forker D, Pavone L, **Schechter LS** Upper and Lower Limb Salvage with Omental Free Flaps:  A Long-Term Functional Outcome Analysis, Plast Reconst Surg. 2014; 134 (4 Suppl 1): 140. Doi:

10.1097/01.prs.0000455514.83516.31.  No abstract available.  PMID: 25254872 [PubMed - in process]

20.   Seitz IA, Friedewald S, **Schechter LS**, "NACsomes":  A Classification system of the blood sypply to the nipple areola complex (NAC) based on diagnostic breast MRI exams, accepted for publication, Plast Reconstr Aesthet Surg. 2015 Jun;68(6):792-9. doi: 10.1016/j.bjps.2015.02.027. Epub 2015 Feb 19.

21.   **Loren S. Schechter**, Gender Confirmation Surgery:  An Update for the Primary Care Provider, Transgender Health. Jan 2016, 1(1): 32-40.

22.   **Loren S. Schechter**, Mimis N. Cohn, Gender Confirmation Surgery:  A New Frontier in Plastic Surgery Education, Journal of Plastic and Reconstructive Surgery, October 2016, 138 (4):  784 e

23.   Berli JU, Knudson G, Fraser L, Tangpricha V, Ettner R, Ettner FM, Safer JD, Graham J, Monstrey S, **Schechter L**, Gender Confirmation Surgery: What Surgeons Need To Know When Providing Care For Transgender Individuals,JAMA Surg. 2017 Apr 1;152(4):394-400. doi: 10.1001/jamasurg.2016.5549

24.   Seitz, I.A., Lee, J.C., Sulo, S, Shah, V, Shah, M, Jimenez, M, **Schechter, L**, Common characteristics of functional and adverse outcomes in acute lower-extremity trauma reconstruction, The European Journal of Plastic Surgery, (2017) doi:10.1007/s00238-016-1268-5

25.   **Loren S. Schechter**, Salvatore D'Arpa, Mimis Cohen, Ervin Kocjancic, Karel Claes, Stan Monstrey, Gender Confirmation Surgery:  Guiding Principles J Sex Med. 2017 Jun;14(6):852-856. doi: 10.1016/j.jsxm.2017.04.001. Epub 2017 May 3

26.   Response to Letter to the Editor: "Gender Confirmation Surgery: Guiding Principles". **Schechter LS**. J Sex Med. 2017 Aug;14(8):1067. doi: 10.1016/j.jsxm.2017.06.002. PMID: 28760249

27.   Iris A. Seitz, **Loren S. Schechter**, "Successful Tongue Replantation Following Segmental Auto-Amputation Using Supermicrosurgical Technique," J Reconstr Microsurg Open 2017; 02(02): e132-e135 DOI: 10.1055/s-0037-1606584

28.   Berli JU, Knudson G, **Schechter L.** Gender Confirmation Surgery and Terminology in Transgender Health-Reply. JAMA Surg. 2017 Nov 1;152(11):1091. doi: 10.1001/jamasurg.2017.2347. PMID: 28724140

29.   Randi Ettner, Fred Ettner, Tanya Freise, **Loren Schechter**, Tonya White, "Tomboys Revisited: A retrospective comparison of childhood behavioral patterns in lesbian women and transmen" Journal of Child and Adolescent Psychiatry ISSN: 2643-6655 Volume No: 1 Issue No: 1

30.   Editor:  **Loren S. Schechter**, Bauback Safa, Gender Confirmation Surgery, Clinics in Plastic Surgery, Vol. 45 (3), July 2018

31.   **Loren S. Schechter**, Bauback Safa, Preface:  Gender Surgery:  A Truly Multidisciplinary Field, Gender Confirmation Surgery, Clinics in Plastic

Surgery, Vol. 45 (3), p. xiii July 2018 (editors Loren S. Schechter, Bauback Safa)

32.  Introduction to Phalloplasty. **Schechter LS**, Safa B.Clin Plast Surg. 2018 Jul;45(3):387-389. doi: 10.1016/j.cps.2018.03.014. Epub 2018 May 1. Review. PMID: 29908627

33  David Whitehead, **Loren S. Schechter**, Cheek Augmentation Techniques, Facial Plastic Surgery Clinics of North America 27 (2019) 199-206

34.  Mosser SW, **Schechter LS**, Facque AR, et. al, Nipple Areolar Complex Reconstruction in an Integral Part of Chest Reconstruction in the Treatment of Transgender and Gender Diverse People, The International Journal of Transgenderism, DOI: 10.11080/15532739.2019.1568343

35.  Kocjancic E, Jaunarena JH, **Schechter L**, Acar Ö. Inflatable penile prosthesis implantation after gender affirming phalloplasty with radial forearm free flap. Int J Impot Res. 2020 Jan;32(1):99-106. doi: 10.1038/s41443-019-0153-8. Epub 2019 Jun 6.

36.  **Loren S. Schechter**, Mimis N. Cohen, "Gender Confirmation Surgery: Moving Forward," The Journal of Craniofacial Surgery, Vol. 30, No. 5, July 2019, P. 1364

37.  **Loren S. Schechter**, Rebecca Schechter, "Training Surgeons in Gender Confirmation Surgery," The Journal of Craniofacial Surgery, Vol 30, No 5, July 2019, p. 1380

38.  Facque AR, Atencio D, **Schechter LS**. Anatomical Basis and Surgical Techniques Employed in Facial Feminization and Masculinization. J Craniofac Surg. 2019 Jul;30(5):1406-1408. doi: 10.1097/SCS.0000000000005535.PMID: 31299732

39.  Walter Pierre Bouman MD PhD, Jon Arcelus MD PhD, Griet De Cuypere MD PhD, M. Paz Galupo PhD, Baudewijntje P.C. Kreukels PhD, Scott Leibowitz MD, Damien W. Riggs PhD, **Loren S. Schechter MD FACS**, Guy T'Sjoen MD PhD, Jaimie Veale PhD, Transgender and gender diverse people's involvement in transgender health research, International Journal of Transgenderism, vol. 19, no. 4, 357-358.

40.  Bustos SS, Kapoor T, **Schechter LS**, Ciudad P, Forte AJ, Del Corral G, Manrique OJ."Impact of Social Media Presence on Online Reviews Among Plastic Surgeons Who Perform Gender Affirming Surgeries" J Plast Reconstr Aesthet Surg. 2020 Apr;73(4):783-808. doi: 10.1016/j.bjps.2019.11.031. Epub 2019 Nov 28.

41.  Wiegmann AL, **Schechter LS**, Aesthetic Surgery Journal, Invited Commentary on:  "Gender Surgery Beyond Chest and Genitals:  Current Insurance Landscape" *Aesthetic Surgery Journal*,sjz318,https://doi.org/10.1093/asj/sjz318 Published:28 December 2019

42.  Rayisa Hontacharuk, Brandon Alba, **Loren Schechter**, International Journal of Impotence Research, Invited Commentary on:  "Suprapubic Pedicled Phalloplasty in Transgender Men:  A Multi-Centric Retrospective Cohort

Analysis" (accepted for publication, The International Journal of Impotence Research)

43.  "The Affordable Care Act and Its Impact on Plastic Surgery and Gender-Affirmation Surgery," The Journal of Plastic and Reconstructive Surgery, (accepted for publication)

44.  Ara A. Salibian, MD; **Loren S. Schechter, MD**, FACS; Wiliam M. Kuzon, MD; Mark-Bram Bouman, MD, PhD; Lee C. Zhao, MD; Rachel Bluebond-Langner, MD "Vaginal Canal Reconstruction in Penile Inversion Vaginoplasty with Flaps, Peritoneum or Skin Grafts: Where Is The Evidence," The Journal of Plastic and Reconstructive Surgery (submitted for publication)

45.  Devin Coon, MD MSE, Rachel Bluebond-Langner, MD, Pierre Brassard, MD, William Kuzon, MD, Stan Monstrey, MD, **Loren S. Schechter, MD**, "The State of the Art in Vaginoplasty: A Comparison of Algorithms, Surgical Techniques and Management Practices Across 17 High-Volume Centers in North America and Europe," Accepted PRS Global Open

46.  Rayisa Hontscharuk, Brandon Alba, Devin Coon, Elyse Pine, Caterine Manno, Madeline Deutsch, **Loren Schechter**, Perioperative Transgender Hormone Management: Avoiding VTE and other Complications, The Journal of Plastic and Reconstructive Surgery (accepted for publication, the Journal of Plastic and Reconstructive Surgery)

47.  **Loren S. Schechter** and Rayisa Hontscharuk, Invited Commentary, Phantom Penis: Extrapolating Neuroscience and Employing Imagination for Trans Male Embodiment, Studies in Gender and Sexuality (accepted for publication)

48. Omer Acar, Ervin Kocjancic, Susan Talamini, and **Loren Schechter'** Masculinizing Genital Gender Affirming Surgery: Metoidioplasty and Urethral Lengthening, Int J Impot Res. 2020 Mar 19. doi: 10.1038/s41443-020-0259-z. [Epub ahead of print] Review.PMID: 32203431

49.  Norah Oles, BS; Halley Darrach, BS; Wilmina Landford, MD; Matthew Garza; Claire Twose, MLIS; Phuong Tran, MS; Brandyn Lau, MPH; **Loren Schechter**, Devin Coon, MD, MSE Gender Affirming Surgery: A Comprehensive, Systematic Review of All Peer-Reviewed Literature and Methods of Assessing Patient-Centered Outcomes Part 1: Breast/Chest, Face, and Voice (Accepted for publication, Annals of Surgery)

50.  Siotos, Cheah, Damoulakis, Kelly, Siotou, **Schechter**, Shenaq, Derman and Dorafshar, Trends of Medicare Reimbursement Rates for Common Plastic Surgery Procedures (accepted for publication, Journal of Plastic and Reconstructive Surgery)

51.  **Loren S. Schechter**, Discussion: Quantifying the psychosocial benefits of masculinizing mastectomy in trans-male patients with patient reported outcomes: The UCSF Gender Quality of Life (QoL) survey, The Journal of Plastic and Reconstructive Surgery Plastic and Reconstructive Surgery May 2021; 147(5)

52.   Alireza Hamidian Jahromi, **Loren Schechter**, Commentary on: Telemedicine in Transgender Care: A Twenty First-Century Beckoning, Plastic and Reconstructive Surgery, May 1; 147 (5):  898e-899e.

53.   Jazayeri HE, Lopez J, Sluiter EC, O'Brien-Coon D, Bluebond-Langner R, Kuzon WM Jr, Berli JU, Monstrey SJ, Deschamps-Braly JC, Dorafshar AH, **Schechter LS**, Discussion:  Promoting Centers for Transgender Care, Journal of Oral and Maxillofacial Surgery. 2021 Jan;79(1):3-4.  Doi: 10.1016/j.joms.2020.09.027.  Epub 2020 Oct 19. PMID:  33091402

54.   Letter to the editor, Body mass index requirements for gender-affirming surgeries are not empirically based. *Transgender Health*.(submitted for publication)

55.   Strategies for innervation of the neophallus, Rayisa Hontscharuk, Charalampso Siotos, **Loren S. Schechter**, https://doi.org/10.20517/2347-9264.2020.124  The Journal of Plastic and Aesthetic Research

56.   Sasha Karan Narayan1, Rayisa Hontscharuk, Sara Danker, Jess Guerriero, Angela Carter, Gaines Blasdel, Rachel Bluebond-Langner, Randi Ettner, Asa Radix, Loren Schechter, Jens Urs Berli, Guiding the Conversation-Types of Regret after Gender-Affirming Surgery and Their Associated Etiologies, Annals of Translational Medicine, https://atm.amegroups.com/issue/view/1060

57  Alireza Hamidian, Louisa Boyd, Loren Schechter, An Updated Overview of Gender Dysphoria and Gender Affirmation Surgery: What Every Plastic Surgeon Should Know World J Surg 2021 Apr 1. doi: 10.1007/s00268-021-06084-6.

58.   Alireza Hamidian, Sydney Horen, Amir Dorafshar, Michelle Seu, Asa Radix, Erica Anderson, Jamison Green, Lin Fraser, Liza Johannesson, Giuliano Testa, and Loren S. Schechter, Uterine Transplant and Donation in Transgender Individuals:  Proof  of  Concept https://doi.org/10.1080/26895269.2021.1915635

59.   Rayisa Hontscharuk, Brandon Alba, Alireza Hamidian, Loren S. Schechter, Penile Inversion Vaginoplasty Outcomes:  Complications and Satisfaction, (accepted for publication, Andrology)

60.   "Plastic Surgeon Financial Compensation - Incentivization Models in Surgical Care Delivery: The Past, Present & Future" (accepted for publication, Journal of Plastic and Reconstructive Surgery)

61. Alireza Hamidian, Jenna Stoehr, Loren S. Schechter, "Telemedicine for Gender-Affirming Medical and Surgical Care: A Systematic Review and Call-to-Action" Transgender Health https://doi.org/10.1089/trgh.2020.0136

62. Alireza Hamidian, Sydney Horen, Loren Schechter, Amir Dorafshar, Laryngochondroplasty: A Systematic Review of Safety, Satisfaction, and Surgical Techniques (accepted for publication, The Journal of Plastic and Reconstructive Surgery)

63. Ann Brown, Ana P Lourenco, Bethany L Niell, Beth Cronin, Elizabeth H Dibble, Maggie L DiNome, Mita Sanghavi Goel, Juliana Hansen, Samantha L Heller, Maxine S Jochelson, Baer Karrington, Katherine A Klein, Tejas S Mehta, Mary S Newell, Loren Schechter, Ashley R Stuckey, Mary E Swain, Jennifer Tseng, Daymen S Tuscano, Linda Moy, ACR Appropriateness Criteria® Transgender Breast Cancer Screening, Journal of The American College of Radiology, 2021; 18:  S502-S518 https://doi.org/10.1016/j.jacr.2021.09.005

64. Amir Dorafshar, Alireza Hamidian, Sydney Horen, Loren Schecter, Liza Johannesson, Giuliano Testa, Martin Hertl, Summer Dewdney, Jeannie Aschkensasy, Mary Wood-Molo, Cynthia Brincat, Edward Cherullo, Jay M Behel, Charles Hebert, Robert Shulman, Shruti Bashi, Anna Alecci, and Badrinth Kontrey, Strategic Planning and Essential Steps for Establishing a Uterine Transplant and Rehabilitation Program: From Idea to Reality (Accepted for publication, Annals of Surgery)

65. Jazayeri, Hossein; Lopez, Joseph; Goldman, Edward; Shenaq, Deana; Schechter, Loren; Dorafshar, Amir; vercler, Christian, What is the Surgeon's Duty to Disclose COVID-19 Diagnosis?  (Accepted for publication to FACE: Journal of the American Society of Maxillofacial Surgeon)

66. Cole Roblee, Alireza Hamidian Jahromi, Brooke Ferragamo, Asa Radix, Griet De Cuypere, Jamison Green, Amir H. Dorafshar, Randi Ettner, Stan Monstrey, Loren Schechter, Gender Affirmative Surgery: A collaborative approach between the surgeon and mental health professional (accepted for publication, The Journal of Plastic and Reconstructive Surgery)

67. Elizabeth Khusid, BS, Morgan R. Sturgis, MD, Amir H. Dorafshar, MD, Loren S. Schechter, MD, Ephrem O. Olweny, MD, Edward E. Cherullo, MD, Adan Z. Becerra, PhD, The Association Between Mental Health Conditions and Postoperative Complications Following Gender-Affirming Surgery (Accepted for publication, JAMA Surgery)

68. Alireza Hamidian Jahromi; Sydney Horen; Kelly Ho; Elizabeth Tran; Andrew Roth; Loren Schechter  Pathologic Findings in Gender-Affirming Mastectomy: A Systematic Review and Meta-Analysis (accepted for publication Georgian Medical News)

69. E. Coleman, A. E. Radix, W. P. Bouman, G. R. Brown, A. L. C. de Vries, M. B. Deutsch, R. Ettner, L. Fraser, M. Goodman, J. Green, A. B. Hancock, T. W. Johnson, D. H. Karasic, G. A. Knudson, S. F. Leibowitz, H. F. L. Meyer-Bahlburg, S. J. Monstrey, J. Motmans, L. Nahata, T. O. Nieder, S. L. Reisner, C. Richards, L. S. Schechter, V. Tangpricha, A. C. Tishelman, M. A. A. Van Trotsenburg, S. Winter, K. Ducheny, N. J. Adams, T. M. Adrián, L. R. Allen, D. Azul, H. Bagga, K. Başar, D. S. Bathory, J. J. Belinky, D. R. Berg, J. U. Berli, R. O. Bluebond-Langner, M.-B. Bouman, M. L. Bowers, P. J. Brassard, J. Byrne, L. Capitán, C. J. Cargill, J. M. Carswell, S. C. Chang, G. Chelvakumar, T. Corneil, K. B. Dalke, G. De Cuypere, E. de Vries, M. Den Heijer, A. H. Devor, C. Dhejne, A. D'Marco, E. K. Edmiston, L. Edwards-Leeper, R. Ehrbar, D. Ehrensaft, J. Eisfeld, E. Elaut, L. Erickson-Schroth, J. L. Feldman, A. D. Fisher, M. M. Garcia, L. Gijs, S. E. Green, B. P. Hall, T. L. D. Hardy, M. S. Irwig, L. A. Jacobs, A. C. Janssen, K. Johnson, D. T. Klink, B. P. C. Kreukels, L. E. Kuper, E. J. Kvach, M. A. Malouf, R. Massey, T. Mazur, C. McLachlan, S. D. Morrison, S. W. Mosser, P. M. Neira, U.

Nygren, J. M. Oates, J. Obedin-Maliver, G. Pagkalos, J. Patton, N. Phanuphak, K. Rachlin, T. Reed, G. N. Rider, J. Ristori, S. Robbins-Cherry, S. A. Roberts, K. A. Rodriguez-Wallberg, S. M. Rosenthal, K. Sabir, J. D. Safer, A. I. Scheim, L. J. Seal, T. J. Sehoole, K. Spencer, C. St. Amand, T. D. Steensma, J. F. Strang, G. B. Taylor, K. Tilleman, G. G. T'Sjoen, L. N. Vala, N. M. Van Mello, J. F. Veale, J. A. Vencill, B. Vincent, L. M. Wesp, M. A. West & J. Arcelus (2022) Standards of Care for the Health of Transgender and Gender Diverse People, Version 8, International Journal of Transgender Health, 23:sup1, S1-S259, DOI: <u>10.1080/26895269.2022.2100644</u>

70.  Brielle Weinstein, MD and Loren S. Schechter, MD Wound Healing Complications in Gender Affirming Surgery (accepted for publication, Neurourology and Urodynamics online, November 2022)

71.  Esther Kim, Siyou Song, Keon Park, Nisha Parmeshwar, Daniel Dugi, Loren Schechter, Jens Berli, Developing Gender-Affirming Surgery Curricula for Plastic Surgery Residency and Fellowship via Delphi Consensus (accepted for publication, Journal of Plastic and Reconstructive Surgery, November, 2022)

72.  Brandon Alba, MD MPH; Ian T Nolan, MD; Brielle Weinstein, MD; Loren Schechter, MD Discussion: Complications Following Breast Augmentation in Transfeminine Individuals: A Systemic Review And Meta-Analysis, Journal of Plastic and Reconstructive Surgery (Submitted for publication)

73.  Brielle Weinstein, MD, Henry Govekar, MD, Edward Cherullo, MD, Kristin Jacobs, MD and Loren Schechter, Robotics in Gender-Affirming Feminizing and Masculinizing Surgery Female Genital Cosmetic Surgery and Gender Affirming Surgery (Submitted for publication, The Journal of Plastic and Aesthetic Research)

74.  Brielle Weinstein, Brandon Alba, Amir Dorafshar, Loren Schechter, Gender Facial Affirmation Surgery:  Cheek Augmentation, Facial Plastic Surgery Clinics of North America, available online May 19, 2023, <u>https://doi.org/10.1016/j.fsc.2023.04.002</u>

75.  Ian T. Nolan, Brielle Weinstein, Loren Schechter, Low Rates of Regret Following Gender Affirming Mastectomy Highlights a Double Standard, Commentary (Accepted for Publication JAMA Surgery)

**NON-PEER REVIEWED ARTICLES:**

1.  Printen KJ, Schechter HO, Veldenz HE, **Schechter LS,** Otto S, Jaley A, Otto W:  Undetected Transport Hypoxia in Major Surgical Procedures.  *The Quarterly Bulletin of St. Francis Hospital*, Spring, 1989

2.  **Schechter LS,** Memmel H, Layke J:  Breast Reconstruction:  The Plastic Surgeon as a Member of the Multi-Disciplinary Team.  *Chicago Medicine*, 106(15):  34-38, 2003

3.  **Schechter LS:**  Mission Accomplished:  Achieving a Successful Microsurgical Reconstruction of the Head and Neck.  *Plastic Surgery Products,* March 2004

4.  **Loren S. Schechter, MD:**  A Helping Hand.  *Plastic Surgery Products*, November 2005.

5.   **Loren S. Schechter, MD**:  On Guard for DVT.  *Plastic Surgery Products*, June 2007.

6.    **Loren S. Schechter, MD** and Iris Seitz, MD, PhD:  Mission:  Possible Achieving a Successful Microsurgical Reconstruction of the Head and Neck, *Plastic Surgery Practice,* May 2009.

7.  **Loren S. Schechter, MD** and Iris A. Seitz, MD, PhD:  Soft-tissue Reconstruction of Arms and Hands, *Plastic Surgery Practice*, February, 2010.

8.  Lucio A. Pavone, MD, Iris A. Seitz, MD, PhD, **Loren S. Schechter, MD**: Current Options in Autologous Breast Reconstruction, *Plastic Surgery Practice*, November, 2010.

9.  Lucio A. Pavone, MD, Iris A. Seitz, MD, Michelle C. Roughton, MD, Daniel Z. Liu, **Loren S. Schechter, MD**:  Options in Breast Reconstruction, *Chicago Medicine*, June 2013.

10. Brandon Alba, MD, Brielle Weinstein, MD, Charlampos Siotis, MD, and **Loren Schechter, MD**:  Consult Corner:  Gender Affirming Surgery, Plastic Surgery Resident, Issue 28, Fall 2022.

**Textbooks and Book Chapters:**

1.  **Loren S. Schechter**, Surgery for Gender Identity Disorder, *Plastic Surgery*, Third Edition, ed. Neligan, 2013, Elsevier, Vol. Four, Volume Editor:  David H. Song.

**2.**  **Loren S. Schechter**, Surgery for Gender Identity Disorder, *Plastic Surgery*, Fourth Edition, ed. Neligan, 2013, Elsevier, Vol. Four, Volume Editor (Submitted for publication):  David H. Song

3.  Nicholas Kim and **Loren S. Schechter**, Plastic Surgery Board Review: Pearls of Wisdom, 3rd Edition, Gender Confirmation Surgery McGraw Hill, 2016

4.  **Loren S. Schechter**, Surgical Management of the Transgender Patient (Elsevier, 2016)

5.  **Loren S. Schechter** and Rebecca B. Schechter, Pursuing Gender Transition Surgeries, *Adult Transgender Care  An Interdisciplinary Approach for Training Mental Health Professionals*, First Edition, published 2018, Taylor and Francis, edited by Michael Kauth and Jillian Shipherd

6.  **Loren S. Schechter**, Breast and Chest Surgery in Transgender Patients, Comprehensive Care of the Transgender Patient first edition, Elsevier, 2020

7.  **Loren S. Schechter** (editor), Gender Confirmation Surgery-Principles and Techniques for an Emerging Field, Springer-Verlag, 2020

8.  **Loren S. Schechter**, Bauback Safa, (editors), Gender Confirmation Surgery, Clinics in Plastic Surgery 45:3, Elsevier, July 2018

9.  **Loren S. Schechter** and Paul Weiss, Transgender Breast Surgery, Cosmetic Breast Surgery, edited by Sameer A. Patel and C.Bob Basu, Thieme, 2020

10. **Loren S. Schechter**, Rebecca B. Schechteer, Surgical Effects of GnRHa Treatment, Pubertal Suppression in Transgender Youth, Elsevier, 2019

11. **Loren S. Schechter**, Surgical Anatomy:  Phalloplasty, in Urological Care for the Transgender Patient:  A Comprehensive guide (in preparation, Springer Nature)

12. **Loren S. Schechter** and Alexander Facque, Transgender Surgery-Feminization and Masculinization, Tips and Tricks in Plastic Surgery, edited by Seth R. Thaller and Zubin Panthaki,(Springer Nature, Editors Seth R.Thaller and Zubin J. Panthaki https://doi.org/10.1007/978-3-030-78028-9

13. **Loren S. Schechter** and Alexander Facque, Aesthetic Breast Surgery in Transgender Patients:  Male to Female, Spear's Surgery of the Breast: Principles and Art, 4e by Allen Gabriel, Wolters Kluwer (in publication)

14. **Loren S. Schechter** and Alexander Facque, Navigating Problems with Transgender Top Surgery, Managing Common and Uncommon Complication of Aesthetic Breast Surgery, edited by Dr. John Y.S. Kim, Springer Nature

15. **Loren S. Schechter**, Gender Affirming Surgery:  Bottom Surgery, The Art of Aesthetic Surgery:  Principles and Techniques, edited by Drs. Foad Nahai, Jeffrey Kenkel, Grant Stevens, Farzad Nahai, John Hunter, and William P. Adams,(Thieme, In Publication)

16. **Loren S. Schechter**, Rayisa Hontscharuk, and Amir Dorafshar, ALT Free Flap with Its Sensory Nerve:  Versatility in its Utilization, Reconstructive Principles and Strategies with Neurotization:  Current and Future Developments in Nerve Repair, Reconstruction, and Flaps, edited by Risal Djohan, MD (Springer Nature, in preparation)

17. **Loren S. Schechter**, Recipient Vessels in Reconstructive Microsurgery,

18. Male Aesthetic Surgery-A Comprehensive Approach, Edited by Seth Thaller and Mimis Cohen, Brielle Weinstein, MD; Brandon Alba, MD, MPH; Elizabeth O'Neill, MD, MPH; Annie Fritsch, BS; **Loren Schechter, MD, FACS**

19. Male Aesthetic Surgery-A Comprehensive Approach, Edited by Seth Thaller and Mimis Cohen,Gender Reassignment Surgery:  Principles, Ethics, Concepts, and the need for a Multidisciplinary Approach, Brandon Alba, MD, MPH; Brielle Weinstein, MD; Elizabeth O'Neill, MD, MPH; Annie Fritsch, BS; **Loren Schechter, MD, FACS**

20. Rectosigmoid Vaginoplasty, *Atlas of Reconstructive Microsurgery,* co eds. Justin Sacks, MD, MBA, and Bernard Lee, MD, MBA, MPH; associate eds. David Mathes, MD, and Scott Hollenbeck, MD, (in preparation)

21. Penile Inversion Vaginoplasty (Sacks and Lee)

**<u>ABSTRACTS:</u>**

1.   **L.S. Schechter**, J.G. Lease, L.J. Gottlieb:  Routine HIV Testing in a Burn Center:  A Five Year Experience.  AAST 52nd Annual Meeting Program Manual, P. 122, 1992

2.   E. Wall, **L. Schechter**, L.J. Gottlieb, D. Schoeller:  Calculated Versus Measured Energy Requirements in Adult Burn Patients.  Proceedings of the ABA 26th Annual Meeting, p. 239, 1994

3.   **L. Schechter**, Robert Walton:  Plication of the Orbital Septum in Lower Eyelid Blepharoplasty.  New Frontiers in Aesthetic Surgery Annual Meeting Program Manual, p.90-91, 1999

4.   **Loren Schechter, M.D.,** K. Alizadeh, M.D., M. McKinnon, M.D., Craniofacial Osseo-Distraction:  A Bridge to Eucephaly, Abstracts of the 12th Congress of the International Confederation for Plastic, Reconstructive, and Aesthetic Surgery, p. 63, 1999.

5.   McKay McKinnon, M.D., K. Alizadeh, M.D., **L. Schechter**, M.D., Ethnic Aesthetic Analysis and Surgery, Abstracts of the 12th Congress of the International Confederation for Plastic, Reconstructive, and Aesthetic Surgery, p. 89, 1999

6.   Mark A. Grevious, **Loren S. Schechter**, David H. Song, and Robert Lohman: Sural Neurocutaneous Flaps for Reconstruction of Leg Wounds The American Society of Plastic Surgery Senior Residents' Conference 2001

7.   **Loren S. Schechter**, Mark A. Grevious, David H. Song, Risal Djohan, and Robert F. Lohman:  Comparing Sural Neurocutaneous and Free Flaps for Reconstruction of Leg Wounds:  Indications and Outcomes, The World Society for Reconstructive Microsurgery p.29, 2001

8.   LC Wu, **LS Schechter**, and RF Lohman:  Negative Pressure Wound Therapy as a Bridge Between Debridement and Free Flap Reconstruction of Extremity Wounds, The World Society for Reconstructive Microsurgery p. 31, 2001

9.   Mark A. Grevious, **Loren S. Schechter**, Risal Djohan, David H. Song, and Robert Lohman:  Role of Free-Tissue Transfer and Sural Neurocutaneous Flaps for Reconstruction of Leg Wounds, The Journal of Reconstructive Microsurgery, 18(6):533, 2002.

10.   Lawrence J. Gottlieb, Alex Kaplan, Kirstin Stenson, **Loren Schechter**: The Thoracoacromial Trunk as a Recipient Vessels:  A Lifeboat in Head and Neck Reconstruction, The Journal of Reconstructive Microsurgery, 18(6):563, 2002.

11.   Liza C. Wu M.D., **Loren S. Schechter, M.D.,**Robert F.Lohman M.D., Robin Wall, P.A., Mieczyslawa Franczyk, P.T., Ph.D.: Defining the Role for Negative Pressure Therapy in the Treatment Algorithm of Extremity Wounds, Plastic Surgical Forum, Vol. XXV, p.245 2002.

12.   Liza C. Wu, **Loren S. Schechter**, Robert F. Lohman, Somchai Limsrichamren, Charles G. Winans, J. Michael Millis, and David C. Cronin: Implantable Doppler Probe for Continuous Monitoring of Hepatic Artery and

Portal Vein Blood Flow in Pediatric Liver Transplantation, The Journal of Reconstructive Microsurgery, 19(7):  517, 2003.

13.  **Loren S. Schechter, MD**, John C. Layke, MD, Wayne M. Goldstein, MD, Lawrence J. Gottlieb, MD:  The Gastrocnemius-Achilles Tendon Myocutaneous Flap (GAT Flap) for Single Stage Reconstruction of Combined Soft Tissue and Extensor Mechanism Defects of the Knee:  An 18 Year Experience, Plastic Surgery Forum, Vol. XXVII, P. 133.

14.  Joseph Talarico, MD, Wayne Lee, MD, **Loren Schechter, MD**:  When Component Separation Isn't Enough, American Hernia Society, Inc, Hernia Repair 2005, P. 194

15.  **Loren S. Schechter, MD, FACS**, James Boffa, MD, Randi Ettner, Ph.D., and Frederic Ettner, MD: Revision Vaginoplasty With Sigmoid Interposition: A Reliable Solution for a Difficult Problem, The World Professional Association for Transgender Health (WPATH) 2007 XX Biennial Symposium P. 31-32

16.  Jacob M.P. Bloom, MS, Alvin B. Cohn, MD, Benjamin Schlechter, MD, Nancy Davis, MA, **Loren S. Schechter, MD**, Abdominoplasty and Intra-Abdominal Surgery:  Safety First, Plastic Surgery Abstract Supplement vol. 120, no 4, p. 99

17.  I.A. Seitz, C.S. Williams, T.A. Wiedrich, **L.S. Schechter**, Omental Free Tissue Transfer for Coverage of Complex Upper Extremity and Hand Defects-The Forgotten Flap, Plastic Surgery At The Red Sea International Symposium Book Of Abstracts, March 24-28, 2009, p. 25

18.  Michael Salvino, MD and **Loren S. Schechter, MD**, Microvascular Reconstruction of Iatrogenic Femoral Artery Injury in a Neonate, The Midwestern Association of Plastic Surgeons Book of Abstracts, April 18-19, 2009, p.65

19.  Michelle Roughton, MD and **Loren Schechter, MD**, Two Birds, One Stone: Combining Abdominoplasty with Intra-Abdominal Procedures, The Midwestern Association of Plastic Surgeons Book of Abstracts, April 18-19, 2009, p.65

20.  Iris A. Seitz, MD, Phd, Sarah Friedewald, MD, Jonathon Rimler, BS, **Loren Schechter, MD, FACS**, Breast MRI Helps to Define the Blood Supply to the Nipple-Areolar Complex, Advocate Research Forum, Advocate Lutheran General Hospital, May 5, 2010,p.26

21.  Iris A. Seitz, MD, Phd, Craig Williams, MD, Daniel Resnick, MD, Manoj Shah, MD, **Loren Schechter, MD, FACS**, Achieving Soft Tissue Coverage of Complex Upper and Lower Extremity Defects with Omental Free Tissue Transfer, Advocate Research Forum, Advocate Lutheran General Hospital, May 5, 2010, p. 28

22.  Iris A. Seitz, MD, Phd, Craig Williams, MD, **Loren Schechter, MD, FACS**, Facilitating Harvest of the Serratus Fascial Flap with Ultrasonic Dissection, Advocate Research Forum, Advocate Lutheran General Hospital, May 5, 2010, p. 29

23.   Michelle Roughton, MD, **Loren Schechter, MD, FACS,** Patient Safety: Abdominoplasty and Intra-Abdominal Procedures, Advocate Research Forum, Research and Case Report Presentation Abstracts, Advocate Lutheran General Hospital, May 5, 2010, p. 20

24.   Iris A. Seitz, MD, PhD., Sarah M. Friedewald, MD, Jonathon Rimler, BS, **Loren S. Schechter, MD, FACS,** Breast MRI Helps Define the Blood Supply to the Nipple-Areolar Complex, Abstract, P. 44.

25.   Loren S. Schechter, MD, FACS, Gender Confirmation Surgery in the Male-to-Female Individual:  A Single Surgeon's Fourteen Year Experience, Annals of Plastic Surgery, Vol. 74, Suppl. 3, June 2015, p. s187.

26.   25th WPATH Symposium, Surgeons Only, November 1, 2018, Buenos Aires, Argentina, A Novel Approach for Neovagina Configuration During Vaginoplasty for Gender Confirmation Surgery

27.   25th WPATH Symposium, Surgeons Only, November 1, 2018, Buenos Aires, Argentina, IPP Implantation Post-Phalloplasty:  The Chicago Experience

28.   25th WPATH Symposium, November 2-6, 2018, Buenos Aires, Argentina, The Role of Pelvic Floor Physical Terhapy in Patients Undergoing Gender Confirming Vaginoplasty Procedures

29.   25th WPATH Symposium, November 2-6, 2018, Buenos Aires, Argentina, Establishing Guidelines for VTE Prophylaxis in Gender Confirmation Surgery

30.   25th WPATH Symposium, November 2-6, 2018, Buenos Aires, Argentina, Gender Surgeons Experience with Detransition and Regret

**PRESENTATIONS:**
1.   Student Summer Research Poster Forum-The University of Chicago, Jan. 21, 1992:  "A Comparison of Dynamic Energy Expenditure Versus Resting Energy Expenditure in Burn Patients Using The Doubly Labeled Water Method"

2.   American Association for the Surgery of Trauma, Sept. 17-19, 1992, Louisville, KY:  "Routine HIV Testing in A Burn Center:  A Five Year Experience"

3.   American Burn Association Poster Session, April 20-23, 1994, Orlando, Fl:  "Calculated Versus Measured Energy Requirements in Adult Burn Patients"

4.   48th Annual Senior Scientific Session:  The University of Chicago, May 19, 1994:  "Calculated Versus Measured Energy Requirements in Adult Burn Patients"

5.   Plastic Surgery Senior Residents Conference, April 20-25, 1999, Galveston, TX:  "Plication of the Orbital Septum in Lower Eyelid Blepharoplasty"

6.   The Chicago Society of Plastic Surgery, May 6, 1999, "Plication of the Orbital Septum in Lower Eyelid Blepharoplasty"

7.   The American Society for Aesthetic Plastic Surgery, May 14-19, 1999, Dallas, TX: "Plication of the Orbital Septum in Lower Eyelid Blepharoplasty"

8.   XIII Congress of the International Confederation for Plastic, Reconstructive, and Aesthetic Surgery, June 27-July 2, 1999, San Francisco, CA: "Craniofacial Osseo-Distraction:  A Bridge to Eucephaly"

9.   XIII Congress of the International Confederation for Plastic, Reconstructive, and Aesthetic Surgery, June 27-July 2, 1999 San Francisco, CA: "Ethnic Aesthetic Analysis and Surgery"

10.   Inaugural Congress of the World Society for Reconstructive Microsurgery, October 31-November 3, 2001, Taipei, Taiwan: "Comparing Sural Neurocutaneous and Free Flaps for Reconstruction of Leg Wounds:  Indications and Outcomes"

11.   American Society for Reconstructive Microsurgery, January 12-15, 2002, Cancun, Mexico:  "The Role to Free Tissue Transfer and Sural Neurocutaneous flaps for Reconstruction of Leg Wounds"

12.   American Society of Plastic Surgery, 71st Annual Scientific Meeting, November 2-6, 2002, San Antonio, Texas:  "Defining the Role for Negative Pressure Therapy in the Treatment Algorithm of Extremity Wounds"

13.   American Society of Reconstructive Microsurgery, Annual Scientific Meeting, January 11-15, 2003, Kauai, Hawaii:  "Advances in Pediatric Liver Transplantation:  Continuous Monitoring of Portal Venous and Hepatic Artery Flow With an Implantable Doppler Probe"

14.   The 5th Annual Chicago Trauma Symposium, August 8-10, 2003, Chicago, Illinois: "Soft Tissue Salvage:  Where Are We in 2003?"

15.   The Midwestern Association of Plastic Surgeons, 42nd Annual Meeting, Chicago, Il May 1-2, 2004:  "The Gastrocnemius-Achilles Tendon Myocutaneous Flap (GAT Flap) for Single Stage Reconstruction of Combined Soft Tissue and Extensor Mechanism Defects of the Knee:  An Eighteen Year Experience"

16.   The 6th Annual Chicago Trauma Sympsoium, August 12-15, 2004, Chicago, Il "Complex Wound Management"

17.   The American Society of Plastic Surgery, October 9-13, 2004, Philadelphia, Pennsylvania:  "The Gastrocnemius-Achilles Tendon Myocutaneous Flap (GAT Flap) for Single Stage Reconstruction of Combined Soft Tissue and Extensor Mechanism Defects of the Knee:  An Eighteen Year Experience"

18.   The American Society for Reconstructive Microsurgery, January 15-18, 2005, Fajardo, Puerto Rico:  "Surviving as a Plastic Surgeon"

19.   American Hernia Society, Poster Presentation, February 9-12, 2005, San Diego, California:  "When Component Separation Isn't Enough"

20.  The Midwestern Association of Plastic Surgeons, April 23-24, Chicago, Il: "Hereditary Gingival Fibromatosis in Monozygotic Twins:  First Reported Case"

21.  The Midwestern Association of Plastic Surgeons, April 23-24, Chicago, Il: "Modified Components Separation Technique for Two Massive Ventral Hernias"

22.  The Midwestern Association of Plastic Surgeons, April 23-24, Chicago, Il: "Mucormycosis of the Head and Neck:  A Fatal Disease?"

23.  The 7th Annual Chicago Trauma Symposium, August 11-14, 2005, Chicago, Il "Management of Complex Injuries"

24.  Current Concepts in Advanced Wound Healing:  *A Practical Overview*, Rush North Shore Medical Center, Skokie, Il September 18, 2005 "From Flaps to Grafts"

25.  Taizoon Baxamusa, M and Loren S.Schechter, MD, Abdominoplasty:  Use in Reconstruction of the Mangled Upper Extremity, The American Association For Hand Surgery Annual Scientific Meeting, January 11-14, 2006, Tucson, Arizona.

26.  The American Academy of Orthopedic Surgeons 2006 Annual Meeting, March 22-26, 2006, Chicago, Il "Methods of Patella-Femoral and Extensor Mechanism Reconstruction for Fracture and Disruption After Total Knee Arthroplasty"

27.  Midwestern Association of Plastic Surgeons 44th Annual Meeting, April 29-30, 2006, Oak Brook, Illinois "Elective Abdominal Plastic Surgery Procedures Combined with Concomitant Intra-abdominal Operations:  A Single Surgeon's Four Year Experience"

28.  Midwestern Association of Plastic Surgeons 44th Annual Meeting, April 29-30, 2006, Oak Brook, Illinois "Hereditary Gingival Fibromatosis: Aggressive Two-Stage Surgical Resection Versus Traditional Therapy"

29.  Midwestern Association of Plastic Surgeons 44th Annual Meeting, April 29-30, 2006, Oak Brook, Illinois "Abdominoplasty Graft & VAC Therapy:  Two Useful Adjuncts in Full-Thickness Grafting of the Mangled Upper Extremity"

30.  The American Association of Plastic Surgeons 85th Annual Meeting, May 6-9, 2006 Hilton Head, South Carolina "Excision of Giant Neurofibromas"

31.  The 8th Annual Chicago Trauma Symposium, July 27-30, 2006, Chicago, Il "Management of Complex Injuries"

32.  The American Society of Plastic Surgeons Annual Meeting, October 6-12, 2006, San Francisco, California "Excision of Giant Neurofibromas"

33.  The American College of Surgeons Poster Presentation, October, 2006, Chicago, Il "Abdominoplasty:  Use in Reconstruction of the Mangled Upper Extremity"

34. American Medical Association-RFS 3rd Annual Poster Symposium, November 10, Las Vegas, NV, 2006 "Abdominal Wall Reconstruction With Alloderm"

35. Advocate Injury Institute: "Trauma 2006: The Spectrum of Care), November 30-December 2, 2006, Lisle, Il, "Pit Bull Mauling: A Case Study"

36. The 9th Annual Chicago Trauma Symposium, August 10-12, 2007, Chicago, Il "Management of Complex Injuries"

37. The World Professional Association for Transgender Health (WPATH) 2007 XX Biennial Symposium, September 5-8. 2007, Chicago, Il Revision Vaginoplasty With Sigmoid Interposition: "A Reliable Solution for a Difficult Problem"

38. Metropolitan Chicago Chapter of the American College of Surgeons, 2008 Annual Meeting, March 15, 2008 "ER Call: Who's Job is it Anyway"

39. The 10th Annual Chicago Trauma Symposium, August 7-10, 2008, Chicago, Il "Management of Complex Injuries"

40. 23nd Annual Clinical Symposium on Advances in Skin & Wound Care: The Conference for Prevention and Healing October 26-30, 2008, Las Vegas, Nevada,poster presentation "Use of Dual Therapies Consisting of Negative Pressure Wound Therapy (NPWT) and Small Intestine Mucosa (SIS) on a Complex Degloving Injury With an Expose Achilles Tendon: A Case Report."

41. The American Society of Plastic Surgeons Annual Meeting, October 31-November 3, 2008, Chicago, Il "Panel: Fresh Faces, Real Cases"

42. The American Association for Hand Surgery Annual Meeting, January 7-13, 2009, Maui, Hawaii, poster session: "Omental Free Tissue Transfer for Coverage of Complex Upper Extremity and Hand Defects-The Forgotten Flap."

43. Plastic Surgery At The Red Sea Symposium, March 24-28, 2009 Eilat, Israel, "Omental Free Tissue Transfer for Coverage of Complex Upper Extremity and Hand Defects-The Forgotten Flap."

44. ASPS/IQUAM Transatlantic Innovations Meeting, April 4-7, 2009 Miason de la Chimie, Paris, France, "Advertising in Plastic Surgery?"

45. ASPS/IQUAM Transatlantic Innovations Meeting, April 4-7, 2009 Miason de la Chimie, Paris, France, "Cost-Effectiveness of Physician Extenders in Plastic Surgery"

46. Midwestern Association of Plastic Surgeons, 47th Annual Meeting, April 18-19, 2009, Chicago, Il, "Microvascular Reconstruction of Iatrogenic Femoral Artery Injury in a Neonate"

47. Midwestern Association of Plastic Surgeons, 47th Annual Meeting, April 18-19, 2009, Chicago, Il,"Two Birds, One Stone: Combining Abdominoplasty with Intra-Abdominal Procedures"

48. The 11th Annual Chicago Trauma Symposium, August 1, 2009, Chicago, Il "Management of Complex Injuries"

49.   Societa Italiana Di Microchirurgia, XXIII Congresso Nazionale della Societa Italiana di Microchirurgia, First Atlanto-Pacific Microsurgery Conference, Modena, Italy, October 1-3, 2009, "Omental Free Tissue Transfer for Coverage of Complex Extremity Defects:  The Forgotten Flap."

50.   Societa Italiana Di Microchirurgia, XXIII Congresso Nazionale della Societa Italiana di Microchirurgia, First Atlanto-Pacific Microsurgery Conference, Modena, Italy, October 1-3, 2009, "Challenging Cases."

51.   American Society of Plastic Surgeons Annual Meeting, October 23-27, 2009, Seattle, WA, "President's Panel:  The Future of the Solo Practice-Can We, Should We Survive?"

52. The 12th Annual Chicago Trauma Symposium, August 5-8, 2010, Chicago, Il "Management of Complex Injuries"

53.   Breast MRI to Define The Blood Supply to the Nipple-Areolar Complex. German Society of Plastic, Reconstructive and Aesthetic Surgery (DGPRAEC), Dresden, Germany, September 2010

54.   Roundtable Discussion:  Electronic Health Records-Implications for Plastic Surgeons, The American Society of Plastic Surgeons Annual Meeting, October 3, 2010, Toronto, CA

55.   Breast MRI Helps Define the Blood Supply to the Nipple-Areolar Complex, The American Society of Plastic Surgeons Annual Meeting, October 3, 2010, Toronto, CA.

56.   ASPS/ASPSN Joint Patient Safety Panel:  Patient Selection and Managing Patient Expectations, The American Society of Plastic Surgeons Annual Meeting, October 4, 2010, Toronto, CA

57.   Lunch and Learn:   Prevention of VTE in Plastic Surgery Patients, The American Society of Plastic Surgeons Annual Meeting, October 5, 2010, Toronto, CA

58.   Breast MRI Helps Define the Blood Supply to the Nipple-Areolar Complex, 16th Congress of The International Confederation for Plastic Reconstructive and Aesthetic Surgery, May 22-27, 2011, Vancouver, Canada

59.   Breast MRI Helps Define the Blood Supply to the Nipple-Areolar Complex, The 6th Congress of The World Society for Reconstructive Microsurgery, WSRM 2011, 29 June-2 July, 2011, Helsinki, Finland

60.   Applications of the Omentum for Limb Salvage:  The Largest Reported Series, The 6th Congress of The World Society for Reconstructive Microsurgery, WSRM 2011, 29 June-2 July, 2011, Helsinki, Finland

61.   Successful Tongue Replantation Following Auto-Amputation Using Supermicrosurgical Technique, Poster Session, The 6th Congress of The World Society for Reconstructive Microsurgery, WSRM 2011, 29 June-2 July, 2011, Helsinki, Finland

62.  The 13th Annual Chicago Trauma Symposium, August 25-28, 2011, Chicago, Il  "Soft Tissue Defects-Getting Coverage"

63.  WPATH:  Pre-conference Symposium, September 24, 2011, Atlanta, GA "Surgical Options and Decision-Making"

64.  American Society of Plastic Surgeons Annual Meeting, September 27, 2011, Denver, CO Closing Session Lunch and Learn:  Pathways to Prevention-Avoiding Adverse Events, Part I:  Patient Selection and Preventing Adverse Events in the Ambulatory Surgical Setting

65.  American Society of Plastic Surgeons Annual Meeting, September 27, 2011, Denver, CO Closing Session Lunch and Learn:  Pathways to Prevention-Avoiding Adverse Events, Part III:  Preventing VTE

66.  XXIV Congresso Nazionale della Societa Italiana di Microchirugia congiunto con la American Society for Reconstructive Microsurgery, October 20-22, 2011, Palermo, Sicily: 3 Step Approach to Lower Extremity Trauma

67.  XXIV Congresso Nazionale della Societa Italiana Microchirugia congiunto con la American Society for Reconstructive Microsurgery, October 20-22, 2011, Palermo, Sicily:  Applications of the Omentum for Limb Salvage:  The Largest Reported Series

68.  American Society for Reconstructive Microsurgery, Poster Presentation, January 14-17, 2012, Las Vegas, NV: Neonatal Limb Salvage:  When Conservative Management is Surgical Intervention

69.  The 14th Annual Chicago Trauma Symposium, August 2-5, 2012, Chicago, Il "Soft Tissue Defects-Getting Coverage"

70.  The Annual Meeting of The American Society of Plastic Surgeons, October 25th-30, 2012, New Orleans, LA "Reimbursement in Breast Reconstruction"

71.  The Annual Meeting of The American Society of Plastic Surgeons, October 25th-30, 2012, New Orleans, LA "Thriving in a New Economic Reality:  Business Relationships and Integration in the Marketplace"

72.  The 15th Annual Chicago Trauma Symposium, August 2-5, 2013, Chicago, Il "Soft Tissue Defects-Getting Coverage"

73. 2014 WPATH Symposium, Tansgender Health from Global Perspectives, February 14-18, 2014, "Short Scar Chest Surgery."

74.  2014 WPATH Symposium, Transgender Health from Global Perspectives, February 14-18, 2014, "Intestinal Vaginoplasty with Right and Left Colon."

75.  24th Annual Southern Comfort Conference, September 3-7, 2014, Atlanta, Georgia, "Gender Confirmation Surgery:  State of the Art."

76.  The 15th Annual Chicago Trauma Symposium, September 4-7, 2014, Chicago, Il  "Soft Tissue Defects-Getting Coverage"

77.  The Midwest Association of Plastic Surgeons, May 30, 2015, Chicago, Il "Gender Confirmation Surgery:  A Single-Surgeon's Experience"

78. The Midwest Association of Plastic Surgeons, May 30, 2015, Chicago, Il, Moderator, Gender Reassignment.

79.  the American Society of Plastic Surgeons 2015 Professional Liability Insurance and Patient Safety Committee Meeting, July 17, 2015, "Gender Confirmation Surgery."

80.  The American Society of Plastic Surgeons, October 16-20, 2015, Boston, MA.  From Fee-for-Service to Bundled Payments

81.  The American Society of Plastic Surgeons, October 16-20, 2015, Boston, MA. Moderator, Transgender Surgery

82.  The American Society of Plastic Surgeons, October 16-20, 2015, Boston, MA. Efficient Use of Physician Assistants in Plastic Surgery.

83.  The American Society of Plastic Surgeons, October 16-20, 2015, Boston, MA. Patient Safety:  Prevention of VTE

84.  The World Professional Association for Transgender Health, Objective Quality Parameters for Gender Confirmation Surgery, June 18-22, 2016, Amsterdam, Netherlands

85.  The World Professional Association for Transgender Health, Resident Education Curriculum for Gender Confirmation Surgery, June 18-22, 2016, Amsterdam, Netherlands

86.  The World Professional Association for Transgender Health, Urologic Management of a Reconstructed Urethra(Poster session #195), June 18-22, 2016, Amsterdam, Netherlands

87.  The World Professional Association for Transgender Health, Construction of a neovagina for male-to-female gender reassignment surgery using a modified intestinal vaginoplasty technique, poster session (Poster session #198), June 18-22, 2016, Amsterdam, Netherlands

88.  Aesthetica Super Symposium, The American Society of Plastic Surgeons, Genital Aesthetics:  What are we trying to achieve?, Washington, DC June 23-25, 2016

89.  Aesthetica Super Symposium, The American Society of Plastic Surgeons, Female to Male Gender Reassignment, Washington, DC June 23-25, 2016

90.  Aesthetica Super Symposium, The American Society of Plastic Surgeons, The journal of retractions, what I no longer do, Washington, DC June 23-25, 2016

91.  Aesthetica Super Symposium, The American Society of Plastic Surgeons, The three minute drill, tips and tricks, Washington, DC June 23-25, 2016

92.  Aesthetica Super Symposium, The American Society of Plastic Surgeons, Moderator, Mini master class:  Male genital plastic surgery, Washington, DC June 23-25, 2016

93.  The 16th Annual Chicago Trauma Symposium, August 18-21, 2016, Chicago, Il  "Soft Tissue Defects-Getting Coverage"

94.  USPATH Poster Session, Feb 2-5, 2017, Los Angeles, CA, Partial Flap Failure Five Weeks Following Radial Forearm Phalloplasty:  Case Report and Review of the Literature

95.  USPATH Poster Session, Feb 2-5, 2017, Los Angeles, CA, Urethroplasty for Stricture after Phalloplasty in Transmen Surgery for Urethral Stricture Disease after Radial Forearm Flap Phalloplasty-Management Options in Gender Confirmation Surgery

96.  USPATH, Feb 2-5, 2017, Los Angeles, CA,  Patient Evaluation and Chest Surgery in Transmen: A Pre-operative Classification

97.  USPATH, Feb 2-5, 2017, Los Angeles, CA Single Stage Urethral Reconstruction in Flap Phalloplasty: Modification of Technique for Construction of Proximal Urethra

98.  USPATH, Feb 2-5, 2017, Los Angeles, CA, Use of Bilayer Wound Matrix on Forearm Donor Site Following Phalloplasty

99.  USPATH, Feb 2-5, 2017, Los Angeles, CA, Vaginoplasty: Surgical Techniques

100.  USPATH, Feb 2-5, 2017, Los Angeles, CA, Positioning of a Penile Prosthesis with an Acellular Dermal Matrix Wrap following Radial Forearm Phalloplasty

101.  USPATH, Feb 2-5, 2017, Los Angeles, CA,  Principles for a Gender Surgery Program

102.  USPATH, Feb 2-5, 2017, Los Angeles, CA, Construction of a Neovagina Using a Modified Intestinal Vaginoplasty Technique

103. The 18th Annual Chicago Orthopedic Symposium, July 6-9, 2017, Chicago, Il  "Soft Tissue Defects-Getting Coverage"

104.  The American Society of Plastic Surgeons Annual meeting, October 6-10, 2017, Orlando, FL, Moderator:  Genital Surgery Trends for Women

105.  The American Society of Plastic Surgeons Annual meeting, October 6-10, 2017, Orlando, FL, Adding Transgender Surgery to Your Practice, Moderator and Speaker

106.  The American Society of Plastic Surgeons Annual meeting, October 6-10, 2017, Orlando, FL, Transbottom Surgery

107. 14th Congress of The European Federation of Societies for Microsurgery, Belgrade, May 5-8, 2018 A Novel Approach to IPP Implantation Post Phalloplasty:  The Chicago Experience

108. 14th Congress of The European Federation of Societies for Microsurgery, Belgrade, May 5-8, 2018, A Novel Approach for Neovagina Configuration During Vaginoplasty for Gender Confirmation Surgery

109. 14th Congress of The European Federation of Societies for Microsurgery, Belgrade, May 5-8, 2018 Developlment of a Pelvic Floor Physical Therapy Protocol for Patients Undergoing Vaginoplasty for Gender Confirmation

110. 14th Congress of The European Federation of Societies for Microsurgery, Belgrade, May 5-8, 2018  Establishing Guidelines for Gender Confirmation Surgery:  The Perioperative Risk of Asymptomatic Deep Venous Thrombosis for Vaginoplasty

111. The 19th Annual Chicago Trauma Symposium, August 16-19, 2018, Chicago, Il  "Soft Tissue Defects-Getting Coverage"

112. Midwest LGBTQ Health Symposium, September 14-15, 2018, Chicago, Il "Quality Parameters in Gender Confirmation Surgery"

113. 25th WPATH Symposium, November 2-6, 2018, Buenos Aires, Argentina, Poster Session, Proposed Guidelines for Medical Tattoo Following Phalloplasty; An Interdisciplinary Approach

114. 25th WPATH Symposium, November 2-6, 2018, Buenos Aires, Argentina, Establishment of the First Gender Confirmation Surgery Fellowship

115. 25th WPATH Symposium, November 2-6, 2018, Buenos Aires, Argentina, ISSM Lecture, The Importance of Surgical Training

116. 25th WPATH Symposium, November 2-6, 2018, Buenos Aires, Argentina, Tracking Patient-Reported Outcomes in Gender Confirmation Surgery

117. "Theorizing the Phantom Penis," The Psychotherapy Center for Gender and Sexuality's 6th Biannual Conference, Transformations, March 29-March 30, 2019, NY, NY

118. "Uterine Transplantation and Donation in Transgender Individuals; Proof of Concept," World Professional Association for Transgender Health 27th Scientific Symposium, September 16-20, 2022, Montreal, Canada

119. Differences and Similarities of Vaginoplasty Techniques Throughout the World:  Is There a Consensus?, World Professional Association for Transgender Health 27th Scientific Symposium, September 16-20, 2022, Montreal, Canada

120. Sigmoid Vaginoplasty for Primary Gender Affirming Vaginoplasty, Brielle Weinstein, Brendan O'Donnell, Henry Govekar, Loren Schechter, Chicago Surgical Society Colorectal Symposium Poster Session, March 18, 2023, Chicago, Il

**INSTRUCTIONAL COURSES:**

1.   Emory University and WPATH:  Contemporary Management of Transgender Patients: Surgical Options and Decision-Making, September 5, 2007 Chicago, Il

2.   Craniomaxillofacial Trauma Surgery:  An Interdisciplinary Approach, February 16-17, 2008, Burr Ridge, Il

3.   Societa Italiana Di Microchirurgia, XXIII Congresso Nazionale della Societa Italiana di Microchirurgia, First Atlanto-Pacific Microsurgery Conference, Modena, Italy, October 1-3, 2009, Moderator:  Free Papers, Lower Extremity

4.   American Society of Plastic Surgeons Annual Meeting, October 23-27, 2009, Seattle, WA, Moderator:  ASPS/ASPSN Patient Panel:  Effective Communication-A Key to Patient Safety and Prevention of Malpractice Claims

5.   American Society of Plastic Surgeons Annual Meeting, October 23-27, 2009, Seattle, WA, Instructional Course:  Strategies to Identify and Prevent Errors and Near Misses in Your Practice

6.   American Society of Plastic Surgeons Annual Meeting, October 23-27, 2009, Seattle, WA, Roundtable Discussion:  Electronic Health Records-Implications for Plastic Surgeons

7.   10th Congress of The European Federation of Societies for Microsurgery, May 2—22, 2010, Genoa, Italy, "The Mangled Lower Extremities:  An Algorithm for Soft Tissue Reconstruction."

8.   Mulitspecialty Course for Operating Room Personnel-Craniomaxillofacial, Orthopaedics, and Spine, A Team Approach, AO North American, June 26-27, 2010, The Westin Lombard Yorktown Center.

9.   Management of Emergency Cases in the Operating Room, The American Society of Plastic Surgeons Annual Meeting, October 4, 2010, Toronto, CA.

10.   Surgical Approaches and Techniques in Craniomaxillofacial Trauma, November 6, 2010, Burr Ridge, Il.

11.   The Business of Reconstructive Microsurgery:  Maximizing Economic value (Chair)The American Society for Reconstructive Microsurgery, January 14-17, 2012, Las Vegas, Nevada.

12.   Strategies to Identify and Prevent Errors and Near Misses in Your Practice, The Annual Meeting of The American Society of Plastic Surgeons, October 25th-30th, 2012, New Orleans, LA

13.   Strategies to Identify and Prevent Errors and Near Misses in Your Practice, The Annual Meeting of The American Society of Plastic Surgeons, October 11th-15th, 2013, San Diego, CA

14.   Mythbusters: Microsurgical Breast Reconstruction in Private Practice, The Annual Meeting of The American Society of Plastic Surgeons, October 11th-15th, 2013, San Diego, CA

15.  Minimizing Complications in Perioperative Care, The American Society for Reconstructive Microsurgery, January 11-14, 2014, Kauai, Hawaii

16.  Genitourinary and Perineal Reconstruction, The American Society for Reconstructive Microsurgery, January 11-14, 2014, Kauai, Hawaii

17.  Transgender Breast Surgery, The American Society of Plastic Surgeons, October 16-20, 2015, Boston, MA

18.  Gender Confirmation Surgery, The School of the Art Institute (recipient of American College Health Fund's Gallagher Koster Innovative Practices in College Health Award), October 27, 2015, Chicago, Il

19.  Transgender Health:  Best Practices in Medical and Mental Health Care. A WPATH Certified Training Course, November 5-7, 2015, Chicago, Il Overview of Surgical Treatment Options

20.  Transgender Health:  Best Practices in Medical and Mental Health Care. A WPATH Certified Training Course, November 5-7, 2015 Chicago, Il Surgical Procedures

21.  Transgender Health:  Best Practices in Medical and Mental Health Care. A WPATH Certified Training Course, November 5-7, 2015, Chicago, Il Surgical Complications

22.  Transgender Health:  Best Practices in Medical and Mental Health Care. A WPATH Certified Training Course, November 5-7, 2015, Chicago, Il Post-operative Care

23.  Transgender Health:  Best Practices in Medical and Mental Health Care. A WPATH Certified Training Course, November 5-7, 2015, Chicago, Il Case Discussions:  The Multidisciplinary Team

24.  Transgender Health:  Best Practices in Medical and Mental Health Care. A WPATH Certified Training Course, January 20-23,2016, Atlanta, GA Overview of Surgical Treatment Options

25.  Transgender Health:  Best Practices in Medical and Mental Health Care. A WPATH Certified Training Course, January 20-23, 2016, Atlanta, GA Surgical Treatment Options

26.  Transgender Health:  Best Practices in Medical and Mental Health Care. A WPATH Certified Training Course, March 30-April 1, 2016, Springfield, MO, Surgical Treatment Options.

27.  Transgender Health:  Best Practices in Medical and Mental Health Care. A WPATH Certified Training Course, March 30-April 1, 2016, Springfield, MO, Multi-disciplinary Case Discussion.

28.  Introduction to Transgender Surgery, ASPS Breast Surgery and Body Contouring Symposium, Santa Fe, NM, August 25-27, 2016

29.  Transgender Health:  Best Practices in Medical and Mental Health Care.
A WPATH Global Education Initiative Advanced Training Course, September 28,
2016, Ft. Lauderdale, FL.

30.  Cirugias de Confirmacion de Sexo Paso a Paso, XXXV Congreso
Confederacion Americana de Urologia (CAU), Panama City, Panama, October 4-8,
2016.

31.  Transgender Health:  Best Practices in Medical and Mental Health Care.
A WPATH Global Education Initiative Advanced Training Course, December 3,
2016, Arlington, VA.

32.  PSEN (sponsored by ASPS and endorsed by WPATH), Transgender 101 for
Surgeons, January 2017-March 2017

33.  Surgical Anatomy and Surgical Approaches to M-to-F Genital Gender
Affirming Surgery and the Management of the Patient Before, During and After
Surgery:  A Human Cadaver Based Course, Orange County, CA, Feb. 1, 2017

34.  Gender Confirmation Surgery, ALAPP, 2 Congreso Internacional de la
Asociacion Latinoamericana de Piso Pelvico, Sao Paulo, Brasil, 9-11 de marzo
de 2017

35.  Transgender Health:  Best Practices in Medical and Mental Health Care.
A WPATH Global Education Initiative Foundations Training Course, Overview of
Surgical Treatment, March 31-April 2, 2017, Minneapolois Minnesota.

36.  Transgender Health:  Best Practices in Medical and Mental Health Care.
A WPATH Global Education Initiative Foundations Training Course, The Multi-
Disciplinary Team Case Discussions, March 31-April 2, 2017, Minneapolois
Minnesota.

37.  Transfeminine Cadaver Course, WPATH, May 19-20, 2017, Chicago, Il

38.  Transgender/Penile Reconstruction-Penile Reconstruction:  Radial
Forearm Flap Vs. Anterolateral Thigh Flap, Moderator and Presenter, The
World Society for Reconstructive Microsurgery, June 14-17, 2017, Seoul,
Korea

39.  Primer of Transgender Breast Surgery, ASPS Breast Surgery and Body
Contouring Symposium, San Diego, CA, August 10-12, 2017

40.  Confirmation Surgery in Gender Dysphoria: current state and future
developments, International Continence Society, Florence, Italy, September
12-15, 2017

41.  The American Society of Plastic Surgeons Annual meeting, October 6-10,
2017, Orlando, FL, ASPS/WPATH Joint Session, Session Planner and Moderator

42.Transgender Health:  Best Practices in Medical and Mental Health Care.  A
WPATH Global Education Initiative Foundations Training Course:  Overview of
Surgical Treatment, Columbus, OH, October 20-21, 2017

43. Transgender Health:  Best Practices in Medical and Mental Health Care. A WPATH Global Education Initiative Advanced Training Course:  Medical Care in the Perioperative Period, Aftercare:  Identifying Potential Complications, Columbus, OH, October 20-21, 2017

44. Webinar:  Gender Affirming Surgeries 101:  Explore The Latest Topics in Gender Affirmation Surgery, PSEN, April 18, 2018

45. Course Director:  MT. Sinai/WPATH Live Surgery Training Course for Gender Affirmation Procedures, April 26-28, 2018, New York, NY

46. Philadelphia Trans Wellness Conference, Perioperative Care of the Transgender Woman Undergoing Vaginoplasty (Workshop), Philadelphia, PA, August 3, 2018

47. Philadelphia Trans Wellness Conference, Gender Confirmation Surgery (Workshop), Philadelphia, PA, August 3, 2018

48. Gender Confirmation Surgery, 2018 Oral and Written Board Preparation Course, The American Society of Plastic Surgeons, August 16-18, 2018, Rosemont, Il

49. Confirmation Surgery in Gender Dysphoria:  Current State and Future Developments, The International Continence Society, Philadelphia, PA August 28, 2018

50. WPATH Global Education Initiative, Foundations Training Course, "Overview of Surgical Treatment," Cincinnati, OH, September 14-15, 2018

51. WPATH Global Education Initiative, Foundations Training Course, "The Multi-Disciplinary Team:  Case Discussions," Cincinnati, OH, September 14-15, 2018

52. WPATH Global Education Initiative, Advanced Training Course, "Medical Care in the Perioperative Period After Care:  Identifying Potential Complications," Cincinnati, OH, September 14-15, 2018

53. 25th WPATH Symposium, Surgeons Conference, November 1, 2018, Buenos Aires, Argentina, Moderator

54. 25th WPATH Symposium, November 2-6, 2018, Buenos Aires, Argentina, Global Education Initiative (GEI):  Surgery and Ethics

55. WPATH GEI:  Best Practices in Medical and Mental Health Care, Foundations in Surgery, New Orleans, March 22, 2019

56. WPATH GEI:  Best Practices in Medical and Mental Health Care, Advanced Surgery, New Orleans, March 22, 2019

57. Program Chair:  ASPS/WPATH GEI Inaugural Gender-Affirming Breast, Chest, and Body Master Class, Miami, Fl, July 20, 2019

58.  Overview of Surgical Management and The Standards of Care (WPATH, v. 7)
ASPS/WPATH GEI Inaugural Gender-Affirming Breast, Chest, and Body Master
Class, Miami, Fl, July 20, 2019

59.  Program Director, Gender Affirming Breast,Chest, and Body Master Class,
The American Society of Plastic Surgeons, Miami, Fl, July 20, 2019

60.  Gender Confirmation Surgery, The American Society of Plastic Surgeons
Oral and Written Board Preparation Course, August 15, 2019, Rosemont, Il

61. Upper Surgeries (chest surgery & breast augmentation), WPATH, Global
Education Initiative, September 4-5, 2019, Washington, DC

62. Preparing for Upper Surgeries-Case Based (chest surgery & breast
augmentation), WPATH, Global Education Initiative, September 4-5, 2019,
Washington, DC

63. Preparing for Feminizing Lower Surgeries-Case Based (vaginoplasty),
WPATH, Global Education Initiative, September 4-5, 2019, Washington, DC

64. Lower Surgeries-Masculinizing (phalloplasty & metoidioplasty), WPATH,
Global Education Initiative, September 4-5, 2019, Washington, DC

65. Preparing for Masculinizing Lower Surgeries-Case Based (phalloplasty &
metoidioplasty), WPATH, Global Education Initiative, September 4-5, 2019,
Washington, DC

66. Panel Discussion about Ethics in Surgery and Interdisciplinary Care,
WPATH, Global Education Initiative, September 4-5, 2019, Washington, DC

67. Discussion about Ethics and Tensions in Child and Adolescent Care,
WPATH, Global Education Initiative, September 4-5, 2019, Washington, DC

68.  Transgender Health:  Best Practices in Medical and Mental Health Care
Foundation Training Courses, Hanoi, Viet Nam, Jan 14-17, 2020 (Foundations
in Surgery, Advanced Medical-surgery and complicated case studies), Planning
& Documentation (upper surgeries-chest surgery and breast augmentation,
preparing for upper surgeries-case based (chest surgery and breast
augmentation), lower surgeries (feminizing-vaginoplasty), preparing for
feminizing lower surgeries-case based, lower surgeries-masculinizing
(phalloplasty and metoidioplasty), preparing for masculinizing lower
surgeries-case-based (phalloplasty and metoidioplasty), Ethics-panel
discussion about ethics in surgery and interdisciplinary care)

69.  WPATH GEI Panel Cases Discussion, via Webinar, May 29, 30, 31, 2020

70.  WPATH GEI:  Illinois Dept. of Corrections, Foundations in Surgery,
November 20, 2020

71.  WPATH GEI:  Illinois Dept. of Corrections, Ethical Considerations in
Transgender Healthcare, November 20, 2020

72. WPATH GEI:  Illinois Dept. of Corrections, Foundations in Surgery,
February 26, 2021

73. WPATH GEI:  Illinois Dept. of Corrections, Ethical Considerations in Transgender Healthcare, February 26, 2021.

74.  Current Concepts in Gender Affirming Surgery for Women in Transition, March 11-12, 2021 (online event), Moderator, Transgender Health.

75.  GEI Foundations Course, Live Q&A, March 21, 2021

76.  GEI Foundations Course, Live Case Panel Discussion, March 23, 2021

77.  GEI Advanced Ethics Workshop; Surgical and Interdisciplinary care ethics panel, May 1, 2021 (virtual)

78.  Wpath GEI Foundations course for the Illinois Dept of Corrections, Foundations in Surgery, May 21, 2021

79.  Wpath GEI, Foundations course for the Illinois Dept of Corrections, Ethical considerations in Transgender Healthcare, May 21, 2021

80.  WPATH GEI, Online GEI Foundations Course, Moderator, August 31, 2021.

81.  WPATH Health Plan Provider (HPP) Training, Q&A Panel, September 13, 14, 21 2021, via Zoom

82.  WPATH, GEI Advanced Medical Course, Upper and Lower Surgery (via zoom), December 9, 2021

83.  I want to be a gender surgeon:  where do I even start, American Society for Reconstructive Microsurgery, Annual Meeting, January 17, 2022, Carlsbad, CA

84.  Faculty Instructor, Upper Extremity Flaps and Lower Extremity Trauma, 1st Annual Rush University – University of Chicago Cadaver Lab, June 11, 2022

85.  WPATH Health Plan Provider (HPP) Training, Q&A Panel, July 12, 2022, via Zoom

86.  Nonbinary Workshop, WPATH GEI, July 23, 2022, via Zoom

87.  WPATH GEI Advanced Ethics workshop (2022-2023), September 17-18, 2022, Montreal, Canada

88.  Course Director:  3rd Live Surgery Conference for Gender Affirmation Procedures presented by MT. Sinai and WPATH May 11-13, 2023, New York, New York


**SYMPOSIA:**

1.  Program Director, 2011 Chicago Breast Symposium, October 15, 2011, The Chicago Plastic Surgery Research Foundation and The Chicago Medical School at Rosalind Franklin University, North Chicago, IL,

2.  Fundamentals of Evidence-Based Medicine & How to Incorporate it Into Your Practice, Challenging Complications in Plastic Surgery:  Successful Management Strategies, The American Society of Plastic Surgeons, July 13-14, 2012 Washington, DC

3.  Understanding Outcome Measures in Breast & Body Contouring Surgery, Challenging Complications in Plastic Surgery:  Successful Management Strategies, The American Society of Plastic Surgeons, July 13-14, 2012 Washington, DC

4.  Benchmarking Complications:  What We Know About Body Contouring Complication Rates from Established Databases, Challenging Complications in Plastic Surgery:  Successful Management Strategies, The American Society of Plastic Surgeons, July 13-14, 2012 Washington, DC

5.  Special Lecture:  VTE Prophylaxis for Plastic Surgery in 2011, Challenging Complications in Plastic Surgery:  Successful Management Strategies, The American Society of Plastic Surgeons, July 13-14, 2012 Washington, DC

6. Nipple Sparing Mastectomy:  Unexpected Outcomes, Challenging Complications in Plastic Surgery:  Successful Management Strategies, The American Society of Plastic Surgeons, July 13-14, 2012 Washington, DC

7.  Program Director, 2011 Chicago Breast Symposium, October 13-14, 2012, The Chicago Plastic Surgery Research Foundation and The Chicago Medical School at Rosalind Franklin University, North Chicago, Il

8.  Practice Strategies in a Changing Healthcare Environment, Moderator, Midwestern Association of Plastic Surgeons, April 27-28, 2013, Chicago, Il

9.  Moderator:  Breast Scientific Paper Session, The Annual Meeting of The American Society of Plastic Surgery, October 12, 2014, Chicago, Il.

10. Moderator:  The World Professional Association for Transgender Health, Tuesday, June 21, Surgical Session (0945-1045), June 18-22, 2016, Amsterdam, Netherlands

11.  Course Director:  Transmale Genital Surgery:  WPATH Gender Education Initiative, October 21-22, 2016 Chicago, Il

12.  Co-Chair and Moderator: Surgeon's Only Session, USPATH, Los Angeles, CA, Feb. 2, 2017

13.  Vascular Anastomosis:  Options for Lengthening Vascular Pedicle, Surgeon's Only Session, USPATH, Los Angeles, CA, Feb. 2, 2017

14.  Transgender Healthcare Mini-Symposium, Chicago Medical School of Rosalind Franklin University, North Chicago, Il March 10, 2017.

15.  Moderator:  Penile Transplant:  Genito-urinary trauma/penile cancer, The European Association of Urologists, Meeting of the EAU Section of

Genito-Urinary Reconstructive Surgeons (ESGURS), London, United Kingdom, March 23-26, 2017

16: 25th WPATH Symposium, November 2-6, 2018, Buenos Aires, Argentina, Mini-Symposium:  A Comprehensive Approach to Gender Confirming Surgery

17.  Program Director, 2nd Annual Live Surgery Conference for Gender Affirmation Procedures, Ichan School of Medicine at Mt. Sinai, NY, NY February 28, 2019-March 2, 2019.

18.  Moderator, "Genital Reassignment for Adolescents:  Considerations and Conundrums," Discussions on gender affirmation:  surgery and beyond, Dignity Health Saint Francis Memorial Hospital and WPATH GEI, San Francisco, CA, May 30-June 1, 2019

19.  Moderator, "Reconstructive Urology and Genitourinary Options in Gender Affirming Surgery," Discussions on gender affirmation:  surgery and beyond, Dignity Health Saint Francis Memorial Hospital and WPATH GEI, San Francisco, CA, May 30-June 1, 2019

20.  Moderator, "Complications in Masculinizing Genital Reconstruction Surgery," Dignity Health Saint Francis Memorial Hospital and WPATH GEI, San Francisco, CA, May 30-June 1, 2019

21.  Moderator, "Preparing for Surgery and Recovery," Dignity Health Saint Francis Memorial Hospital and WPATH GEI, San Francisco, CA, May 30-June 1, 2019

22.  Discussant, "WPATH Standards of Care Version 8 Preview," Dignity Health Saint Francis Memorial Hospital and WPATH GEI, San Francisco, CA, May 30-June 1, 2019

23.  Program Coordinator, Surgeon's Only Course, USPATH, September 5, 2019, Washington, DC

24.  Master Series in Transgender Surgery 2020: Vaginoplasty and Top Surgery, course co-director, Mayo Clinic, Rochester, MN, August 7-8, 2020

25.  WPATH 2020 Surgeons' Program, Co-Chair, November 6-7, 2020, Virtual Symposium (due to covid-19 cancellation of Hong Kong meeting)

26.  WPATH Journal Club #3, Uterine Transplantation and Donation in Transgender Individuals; Proof of Concept, December 13, 2021 (Zoom)

27.  Program Coordinator and Moderator, Surgeon's Only Course, WPATH 27th Scientific Symposium, September 16-17, 2022, Montreal, Canada


**FACULTY SPONSORED RESEARCH:**
1.  Societa Italiana Di Microchirurgia, XXIII Congresso Nazionale della Societa Italiana di Microchirurgia, First Atlanto-Pacific Microsurgery Conference, Modena, Italy, October 1-3, 2009, "Free Tissue Transfer in the Treatment of Zygomycosis." Presented by Michelle Roughton, MD

2.  Hines/North Chicago VA Research Day, Edward Hines, Jr., VA Hospital, Maywood, Il, April 29, 2010, "Breast MRI Helps to Define the Blood Supply to the Nipple-Areolar Complex."  Presented by Iris A. Seitz, MD, PhD.

3.  Advocate Research Forum, Advocate Lutheran General Hospital, May 5, 2010, "Breast MRI Helps to Define the Blood Supply to the Nipple-Areolar Complex." Presented by Iris A. Seitz, MD, PhD.

4.  Advocate Research Forum, Advocate Lutheran General Hospital, May 5, 2010, "Achieving Soft Tissue Coverage of Complex Upper and Lower Extremity Defects with Omental Free Tissue Transfer." Presented by Iris A. Seitz, MD, PhD.

5.  Advocate Research Forum, Advocate Lutheran General Hospital, May 5, 2010, "Facilitating Harvest of the Serratus Fascial Flap with Ultrasonic Dissection."  Presented by Iris A. Seitz, MD, PhD.

6.  Advocate Research Forum, Advocate Lutheran General Hospital, May 5, 2010,"Patient Safety:  Abdominoplasty and Intra-Abdominal Procedures." Presented by Michelle Roughton, MD

7.  The Midwestern Association of Plastic Surgeons, 49th Annual Scientific Meeting, May 15th, 2010, "Breast MRI Helps Define The Blood Supply to the Nipple-Areolar Complex."  Presented by Iris A. Seitz, MD, PhD.

8.  Jonathan M. Hagedorn, BA, **Loren S. Schechter**, MD, FACS, Dr. Manoj R. Shah, MD, FACS, Matthew L. Jimenez, MD, Justine Lee, MD, PhD, Varun Shah. Re-examining the Indications for Limb Salvage, 2011 All School Research Consortium at Rosalind Franklin University.  Chicago Medical School of Rosalind Franklin University, 3/16/11.

9.  Jonathan Bank, MD, Lucio A. Pavone, MD, Iris A. Seitz, Michelle C. Roughton, MD, Loren S. Schechter, MD Deep Inferior Epigastric Perforator Flap for Breast Reconstruction after Abdominoplasty The Midwestern Association of Plastic Surgeons, 51st Annual Educational Meeting, April 21-22, 2012, Northwestern Memorial Hospital, Chicago, Illinois

10.  Samuel Lake, Iris A. Seitz, MD, Phd, Loren S. Schechter, MD, Daniel Peterson, Phd Omentum and Subcutaneous Fat Derived Cell Populations Contain hMSCs Comparable to Bone Marrow-Derived hMSCsFirst Place, Rosalind Franklin University Summer Research Poster Session

11.  J. Siwinski, MS II, Iris A. Seitz, MD PhD, Dana Rioux Forker, MD, Lucio A. Pavone, MD, Loren S Schechter, MD FACS. Upper and Lower Limb Salvage With Omental Free Flaps: A Long-Term Functional Outcome Analysis. Annual Dr. Kenneth A. Suarez Research Day, Midwestern University, Downers Grove, IL, May 2014

12.  Whitehead DM, Kocjancic E, Iacovelli V, Morgantini LA, **Schechter LS**. A Case Report: Penile Prosthesis With an Alloderm Wrap Positioned After Radial Forearm Phalloplasty. Poster session presented at: American Society for Reconstructive Microsurgery Annual Meeting, 2018 Jan 13-16; Phoenix, AZ.

13.   Whitehead DM, Kocjancic E, Iacovelli V, Morgantini LA, **Schechter LS.** An Innovative Technique: Single Stage Urethral Reconstruction in Female-to-Male Patients. Poster session presented at: American Society for Reconstructive Microsurgery Annual Meeting, 2018 Jan 13-16; Phoenix, AZ.

14.   Whitehead, DM Inflatable Penile Prosthesis Implantation Post Phalloplasty:  Surgical Technique, Challenges, and Outcomes, MAPS 2018 Annual Scientific Meeting, April 14, 2018, Chicago, Il

15.   Whitehead, DM, Inverted Penile Skin With Scrotal Graft And Omission of Sacrospinal Fixation: Our Novel Vaginoplasty Technique  MAPS 2018 Annual Scientific Meeting, April 14, 2018, Chicago, Il

16. S. Marecik, J. Singh. **L. Schechter**, M. Abdulhai, K. Kochar, J. Park, Robotic Repair of a Recto-Neovaginal Fistula in a Transgender Patient Utilizing Intestinal Vaginoplasty, The American College of Surgeons Clinical Congress 2020, October 7, 2020

17.   Natalia Whitney, Randi Ettner, **Loren Schechter,** Sexual Function Expectations, Outcomes, and Discussions for Patients Undergoing Gender-Affirming Surgery, 2022 Trainee Research Day, Rush University Medical Center, The Irwin Press Patient Experience Research Poster Award

18.   Natalia Whitney, Randi Ettner, **Loren Schechter**, Sexual Function Expectations, Outcomes, and Discussions for Patients Undergoing Gender-Affirming Surgery, 2022 Trainee Research Day, Rush University Medical Center, Peoples Choice-Third Place Poster Presentation

19.   Adam Steur, Christy Ciesla, Clarion Mendes, Loren Schechter, The Need for a Comprehensive Interprofessional Postsurgical Rehabilitation Pathway: Initial Recommendations and Future Visions, The World Professional Association for Transgender Health, 27th Scientific Symposium, Surgeon's Only Program September 16-17, 2022, Montreal, Canada

20.   Brielle Weinstein, MD, Kristin Jacobs, MD, Edward Cherullo, MD and Loren Schechter, MD, Illinois Surgical Society, Interesting Case Competition: Revision Vaginoplasty, April 22, 2023, Chicago, Il

**<u>Keynote Address:</u>**

1.   University of Utah, Gender Confirmation Surgery, Transgender Provider Summit, November 8, 2014

**<u>INVITED LECTURES:</u>**
1.   Management of Soft Tissue Injuries of the Face, Grand Rounds, Emergency Medicine, The University of Chicago, August, 1999

2.   Case Report:  Excision of a Giant Neurofibroma, Operating Room Staff Lecture Series, Continuing Education Series, St. Francis Hospital, Evanston, Il March 2000

3.   Wounds, Lincolnwood Family Practice, Lincolnwood, Il April 2000

4.  The Junior Attending, Grand Rounds, Plastic and Reconstructive Surgery, The University of Chicago, June 2000

5.  Case Report:  Excision of a Giant Neurofibroma, Department of Medicine Grand Rounds, St. Francis Hospital, Evanston, Il June 2000

6. Facial Trauma, Resurrection Medical Center Emergency Medicine Residency, September 2000

7.  Plastic Surgery of the Breast and Abdomen, Grand Rounds, Dept. of Obstetrics and Gynecology, Evanston Hospital, September, 2000

8.  Change of Face; Is Cosmetic Surgery for You?, Adult Education Series, Rush North Shore Medical Center, October, 2000

9.  Reconstructive Surgery of the Breast, Professional Lecture Series on Breast Cancer, St. Francis Hospital, October, 2000

10.  Plastic Surgery of the Breast and Abdomen, Grand Rounds, Dept. of Obstetrics and Gynecology, Lutheran General Hospital, December, 2000

11.  Change of Face; Is Cosmetic Surgery for You?, Adult Education Series, Lutheran General Hospital and The Arlington Heights Public Library, December, 2000

12.  Updates in Breast Reconstruction, The Breast Center, Lutheran General Hospital, January 2001

13.  Abdominal Wall Reconstruction, Trauma Conference, Lutheran General Hospital, February 2001

14.  Wound Care, Rush North Shore Medical Center, March 2001

15.  Breast Reconstruction, Diagnosis and Treatment Updates on Breast Cancer, Lutheran General Hospital, April 2001

16.  Wound Care and V.A.C. Therapy, Double Tree Hotel, Skokie, Il October 2001

17.  The Role of the V.A.C. in  Reconstructive Surgery, LaCrosse, WI November 2001

18.  Dressing for Success:  The Role of the V.A.C. in Reconstructive Surgery, Grand Rounds, The University of Minnesota Section of Plastic and Reconstructive, Minneapolis, MN January, 2002

19.  The Vacuum Assisted Closure Device in the Management of Complex Soft Tissue Defects, Eau Claire, WI February, 2002

20.  The Vacuum Assisted Closure Device in Acute & Traumatic Soft Tissue Injuries, Orland Park, Il March, 2002

21.  Body Contouring After Weight Loss, The Gurnee Weight Loss Support Group, Gurnee, Il April, 2002

22.  An Algorithm to Complex Soft Tissue Reconstruction With Negative Pressure Therapy, Owensboro Mercy Medical Center, Owensboro, Ky, April, 2002

23.  Breast and Body Contouring, St. Francis Hospital Weight Loss Support Group, Evanston, Il April, 2002

24.  The Wound Closure Ladder vs. The Reconstructive Elevator, Surgical Grand Rounds, Lutheran General Hospital, Park Ridge, Il, May, 2002.

25.  An Algorithm for Complex Soft Tissue Reconstruction with the Vacuum Assisted Closure Device, The Field Museum, Chicago,Il, May, 2002

26.  The Role of Negative Pressure Wound Therapy in Reconstructive Surgery, Kinetic Concepts, Inc. San Antonio, Texas, July 31, 2002

27.  Management of Complex Soft Tissue Injuries of the Lower Extremity, Chicago Trauma Symposium, August 2-5, 2002, Chicago, Illinois:

28.  Wound Bed Preparation, Smith Nephew, Oak Brook, Il, August 6, 2002

29.  Getting Under Your Skin...Is Cosmetic Surgery for You?, Rush North Shore Adult Continuing Education Series, Skokie, Il August 28, 2002.

30.  The Role of Negative Pressure Therapy in Complex Soft Tissue Wounds, Columbia/St. Mary's Wound, Ostomy, and Continence Nurse Program, Milwaukee, Wi, September 17, 2002

31.  A Systematic Approach to Functional Restoration, Grand Rounds, Dept. of Physical Therapy and Rehabilitation Medicine, Lutheran General Hospital, September 19, 2002

32.  The Role of Negative Pressure Wound Therapy in Reconstructive Surgery, Ann Arbor, Mi September 26, 2002

33.  Dressing for Success:  The Role of the Vaccuum Assisted Closure Device in Plastic Surgery, Indianopolis, In November 11, 2002

34.  The Wound Closure Ladder Versus the Reconstructive Elevator, Crystal Lake, Il November 21, 2002

35.  A Systematic Approach to Functional Restoration, Grand Rounds, Dept. of Physical Therapy, Evanston Northwestern Healthcare, Evanston, Il February 13, 2003

36.  Case Studies in Traumatic Wound Reconstruction, American Association of Critical Care Nurses, Northwest Chicago Area Chapter, Park Ridge, Il February 19, 2003

37.  Reconstruction of Complex Soft Tissue Injuries of the Lower Extremity, Podiatry Lecture Series, Rush North Shore Medical Center, Skokie, Il March 5, 2003

38.   The Use of Negative Pressure Wound Therapy in Reconstructive Surgery, Kalamazoo, Mi March 19, 2003

39.   Updates in Breast Reconstruction, The Midwest Clinical Conference, The Chicago Medical Society, Chicago, Il March 21, 2003

40.   Updates of Vacuum Assisted Closure, Grand Rounds, The Medical College of Wisconsin, Department of Plastic Surgery, Milwaukee, Wi March 26, 2003

41.   Breast Reconstruction, Surgical Grand Rounds, Lutheran General Hospital, Park Ridge, Il March 27, 2003

42.   Decision-Making in Breast Reconstruction:  Plastic Surgeons as Members of a Multi-Disciplinary Team, 1st Annual Advocate Lutheran General Hospital Breast Cancer Symposium, Rosemont, Il, April 11, 2003

43.   The Wound Closure Ladder Versus The Reconstructive Elevator, Duluth, Mn, April 24, 2003

44.   Dressing For Successs:  The Role of The Wound VAC in Reconstructive Surgery, Detroit, Mi, May 9, 2003

45.   Plastic Surgery Pearls, Grand Rounds Orthopedic Surgery Physician Assistants Lutheran General Hospital and Finch University of Health Sciences, Park Ridge, Il, June 5, 2003

46.   A Systematic Approach to Complex Reconstruction, 12th Annual Vendor Fair "Surgical Innovations," October 18, 2003, Lutheran General Hospital, Park Ridge, Il 2003

47.   Dressing For Success:  The Role of the Wound VAC in Reconstructive Surgery, American Society of Plastic Surgery, October 26, 2003, San Diego, CA

48.   Beautiful You:  From Botox to Weekend Surgeries, 21st Century Cosmetic Considerations, March 21, 2004 Hadassah Women's Health Symposium, Skokie, Il

49.   Updates in Breast Reconstruction, The 2nd Annual Breast Cancer Symposium, Advocate Lutheran General, Hyatt Rosemont, April 2, 2004

50.   Head and Neck Reconstruction, Grand Rounds, The University of Illinois Metropolitan Group Hospitals Residency in General Surgery, Advocate Lutheran General Hospital, May 6, 2004

51.   Abdominal Wall Reconstruction, Surgeons Forum, LifeCell Corporation, May 15, 2004, Chicago, Il

52.   4th Annual Chicagoland Day of Sharing for Breast Cancer Awareness, Saturday, October 2, 2004, Hoffman Estates, Il

53.   Abdominal Wall Reconstruction, University of Illinois Metropolitan Group Hospitals Residency in General Surgery, November 19, 2004, Skokie, Il

54. Advances in Wound Care, Wound and Skin Care Survival Skills, Advocate Good Samaritan Hospital, Tuesday, February 8, 2005, Downer's Grove, Il

55. Plastic Surgery: A Five Year Perspective in Practice, Grand Rounds, The University of Chicago, May 18, 2005, Chicago, Il

56. New Techniques in Breast Reconstruction, The Cancer Wellness Center, October 11, 2005 Northbrook, Il

57. Principles of Plastic Surgery; Soft Tissue Reconstruction of the Hand, Rehab Connections, Inc., Hand, Wrist, and Elbow Forum, October 28, 2005, Homer Glen, Il

58. Principles of Plastic Surgery, Lutheran General Hospital Quarterly Trauma Conference, November 9, 2005, Park Ridge, Il

59. Principles of Plastic Surgery, Continuing Medical Education, St. Francis Hospital, November 15, 2005, Evanston, Il

60. Dressing for Success: A Seven Year Experience with Negative Pressure Wound Therapy, Kinetic Concepts Inc, November 30, 2005, Glenview, Il.

61. Breast Reconstruction: The Next Generation, Breast Tumor Conference, Lutheran General Hospital, May 9, 2006.

62. Complex Wound Care: Skin Grafts, Flaps, and Reconstruction, The Elizabeth D. Wick Symposium on Wound Care, *Current Concepts in Advanced Healing: An Update*, Rush North Shore Medical Center, November 4, 2006.

63. An Approach to Maxillofacial Trauma: Grand Rounds, Lutheran General Hospital/Univ. of Illinois Metropolitan Group Hospital Residency in General Surgery, November 9, 2006.

64. "From Paris to Park Ridge", Northern Trust and Advocate Lutheran General Hospital, Northern Trust Bank, June 7, 2007.

65. "Private Practice Plastic Surgery: A Seven Year Perspective," Grand Rounds, The University of Chicago, Section of Plastic Surgery.

66. "Meet the Experts on Breast Cancer," 7th Annual Chicagoland Day of Sharing, Sunday, April 13th, 2008

67. Gender Confirmation Surgey: Surgical Options and Decision-Making, The University of Minnesota, Division of Human Sexuality, May 10, 2008, Minneapolis, Minnesota.

68. "Private Practice Plastic Surgery: A Seven Year Perspective," Grand Rounds, Loyola University, 2008 Section of Plastic Surgery.

69. "Management of Lower Extremity Trauma," Grand Rounds, The University of Chicago, Section of Plastic Surgery, October, 8, 2008.

70. "Concepts in Plastic Surgery: A Multi-Disciplinary Approach," Frontline Surgical Advancements, Lutheran General Hospital, November 1, 2008

71.   "Surgical Techniques-New Surgical Techniques/Plastic Surgery/Prosthetics," Caldwell Breast Center CME Series, Advocate Lutheran General Hospital, November 12, 2008

72.   "Genetics:  *A Family Affair*" Panel Discussion:  Predictive Genetic Testing, 23rd Annual Illinois Department of Public Health Conference, Oak Brook Hills Marriott Resort, Oak Brook, Il, March 18, 2009

73.   "Gender Confirmation Surgery" Minnesota TransHealth and Wellness Conference, May 15, 2009, Metropolitan State University, Saint Paul, MN.

74.   "The Role of Plastic Surgery in Wound Care, " Practical Wound Care  A Multidisciplinary Approach, Advocate Lutheran General Hospital, October 9-10, 2009, Park Ridge, Il.

75.   "In The Family," Panel, General Session III, 2009 Illinois Women's Health Conference, Illinois Dept. of Health, Office of Women's Health October 28-29, 2009, Oak Brook, Il.

76.   "Patient Safety in Plastic Surgery," The University of Chicago, Section of Plastic Surgery, Grand Rounds, November 18, 2009.

77.   "Compartment Syndrome," 6th Annual Advocate Injury Institute Symposium, Trauma 2009:  Yes We Can!, November 19-20, 2009.

78.   "Maxillofacial Trauma," 6th Annual Advocate Injury Institute Symposium, Trauma 2009: Yes We Can!, November 19-20, 2009.

79.   "Management of Complex Lower Extremity Injuries," Grand Rounds, The Section of Plastic Surgery, The University of Chicago, December 16, 2009, Chicago, Il.

80.   "Gender-Confirming MTF Surgery:  Indications and Techniques," Working Group on Gender, New York State Psychiatric Institute, March 12, 2010

81.   "Gender-Confirmation Surgery," Minnesota Trans Health and Wellness Conference, Metropolitan State University, St. Paul Campus, May 14th, 2010

82.   "Physical Injuries and Impairments," Heroes Welcome Home The Chicago Association of Realtors, Rosemont, Illinois, May 25th, 2010.

83.   "Genetics and Your Health," Hadassah Heals:  Healing Mind, Body, & Soul, Wellness Fair, 2010, August 29, 2010, Wilmette, Illinois.

84.   "GCS," Southern Comfort Conference 2010, September 6-11, 2010, Atlanta, GA.

85.   "Gender Confirming Surgery," The Center, The LGBT Community Center, October 22, 2010 New York, NY.

86.   "Gender Confirming Surgery," the Center, The LGBT Community Center, May 20, 2011, New York, NY.

87.  "Gender Confirming Surgery,"  Roosevelt-St. Lukes Hospital, May 20, 2011, New York, NY

88.  "Principles of Plastic Surgery," Learn about Ortho, Lutheran General Hospital, May 25, 2011, Park Ridge, Il.

89.  "Forging Multidisciplinary Relationships in Private Practice," Chicago Breast Reconstruction Symposium 2011, September 9, 2011, Chicago, Il

90.  "Gender Confirming Surgery,"  Minnesota TransHealth and Wellness Conference, Diverse Families:  Health Through Community, September 10, 2011, Minneapolis, Minnesota

91.  "Gender Confirming Surgery,"  University of Chicago, Pritzker School of Medicine, Anatomy Class, September 16, 2011, Chicago, Il

92.  "Facial Trauma," 8th Annual Advocate Injury Institute Symposium, Trauma 2011:  40 years in the Making, Wyndham Lisle-Chicago, November 9-10, 2011

93.  "Establishing a Community-Based Microsurgical Practice,"  QMP Reconstructive Symposium, November 18-20, 2011, Chicago, Il

94.  "Surgery for Gender Identity Disorder," Grand Rounds, Dept. of Obstetrics and Gynecology, Northshore University Health System, December 7, 2011

95.  "Managing Facial Fractures,"  Trauma Grand Rounds, Lutheran General Hospital, Park Ridge, Il July 17, 2012

96.  "Principles of Transgender Medicine," The University of Chicago Pritzker School of Medicine, Chicago, Il, September 7, 2012

97.  "State of the art breast reconstruction," Advocate Health Care, 11th Breast Imaging Symposium, January 26, 2013, Park Ridge, Il.

98.  "State of the art breast reconstruction,"  Grand Rounds, Dept. of Surgery, Mount Sinai Hospital, April 25, 2013, Chicago, Il.

99.  "Getting under your skin: is cosmetic surgery right for you?" Lutheran General Hospital community lecture series, May 7, 2013, Park Ridge, Il.

100.  "Gender Confirming Surgery,"  University of Chicago, Pritzker School of Medicine, Anatomy Class, September 27, 2013, Chicago, Il

101.  "State of the Art Breast Reconstruction," Edward Cancer Center, Edward Hospital, October 22, 2013, Naperville, Il

102.  "Transgender Medicine and Ministry," Pastoral Voice, Advocate Lutheran General Hospital, October 23, 2013, Park Ridge, Il

103.  "Principles of Transgender Medicine and Surgery," The University of Illinois at Chicago College of Medicine, January 28, 2014, Chicago, Il

104. "Principles of Transgender Medicine and Surgery," Latest Surgical Innovations and Considerations, 22nd Annual Educational Workshop, Advocate Lutheran General Hospital, March 1, 2014, Park Ridge, Il.

105. "Principles of Transgender Medicine:  Gender Confirming Surgery," Loyola University Medical Center, March 12, 2014.

106. "Principles of Plastic Surgery,"  Grand Rounds, Dept. of Obstetrics and Gynecology, Lutheran General Hospital, September 12, 2014.

107. "Gender Confirmation Surgery," The University of Chicago, Pritzker School of Medicine, October 3, 2014

108. "Private Practice:  Is There a Future?" The Annual Meeting of The American Society of Plastic Surgical Administrators/The American Society of Plastic Surgery Assistants, Chicago, Il, October 11, 2014.

109. "Private Practice:  Is There a Future?" The Annual Meeting of The American Society of Plastic Surgery Nurses, Chicago, Il, October 12, 2014.

110. "Gender Confirmation Surgery" Grand Rounds, The University of Minnesota, Dept. of Plastic Surgery, Minneapolis, MN, October 29, 2014.

111. "Body Contour After Massive Weight Loss," The Bariatric Support Group, Advocate Lutheran General Hospital, February 5, 2015, Lutheran General Hospital, Park Ridge, Il.

112. "Gender Confirmation Surgery," The School of the Art Institute of Chicago, February 1, 2015, Chicago, Il.

113. "Gender Confirmation Surgery," The Community Kinship Life/Bronx Lebanon Department of Family Medicine, Bronx, NY, March 6, 2015

114. "Gender Confirmation Surgery,"  Educational Inservice, Lutheran General Hospital, Park Ridge, Il, April 20, 2015

115. "Principles of Plastic Surgery, " Surgical Trends, Lutheran General Hospital, Park Ridge, Il, May 16, 2015

116. "Updates on Gender Confirmation Surgery, " Surgical Trends, Lutheran General Hospital, Park Ridge, Il, May 16, 2015

117. "Gender Confirmation Surgery," Lurie Childrens' Hospital, Chicago, Il, May 18, 2015,Chicago, Il 2015.

118. "Gender Confirmation Surgery," TransClinical Care and Management Track Philadelphia Trans-Health Conference, June 5, 2015, Philadelphia, Pa.

119. "Gender Confirmation Surgery:  A Fifteen Year Experience," Grand Rounds, The University of Minnesota, Plastic and Reconstructive Surgery and the Program in Human Sexuality, July 30, 2015, Minneapolis, Mn

120. "Gender Confirmation Surgery,"  Grand Rounds, Tel Aviv Medical Center, Tel Aviv, Israel, August 13, 2015

121. "Gender Confirmation Surgery," Grand Rounds, University of Illinois, Dept of Family Medicine, September 2, 2015

122. "Principles of Plastic Surgery," Grand Rounds, St. Francis Hospital, Evanston, Il September 18, 2015

123. "Gender Confirmation Surgery," Midwest LGBTQ Health Symposium, Chicago, Il, October 2, 2015

124. "Gender Confirmation Surgery," Southern Comfort Conference, Weston, Fl, October 3, 2015

125. "Surgical Transitions for Transgender Patients," Transgender Health Training Institute, Rush University Medical Center, Chicago,Il, October 8, 2015

126. "Gender Confirmation Surgery," The Transgender Health Education Peach State Conference, Atlanta, GA, October 30, 2015

127. "Gender Confirmation Surgery," Weiss Memorial Medical Center, November 4, 2015, Chicago, Il

128. "Gender Confirmation Surgery," University of Illinois at Chicago, Operating Room Staff Inservice, November 18, 2015, Chicago, Il

129. "Gender Confirmation Surgery," University of Illinois at Chicago, Plastic Surgery and Urology Inservice, November 18, 2015, Chicago, Il

130. "Gender Confirmation Surgery," Weiss Memorial Medical Center, November 19, 2015, Chicago, Il

131. "Gender Confirmation Surgery," Section of Plastic Surgery, The University of Illinois at Chicago, January 13, 2016, Chicago, Il

132. "Gender Confirmation Surgery," Dept. of Medicine, Louis A. Weiss Memorial Hospital, February 18, 2016, Chicago, Il

133. "Gender Confirmation Surgery," BCBSIL Managed Care Roundtable March 2, 2016 Chicago, Il

134. "Gender Confirmation Surgery-MtF," Keystone Conference, March 10, 2016, Harrisburg, PA

135. "Gender Confirmation Surgery-FtM," Keystone Conference, March 10, 2016, Harrisburg, PA

136. "Gender Confirmation Surgery," Grand Rounds, Dept. of Ob-Gyn, March 25, 2016, Lutheran General Hospital, Park Ridge, Il 60068

137. "Surgical Management of the Transgender Patient," Spring Meeting, The New York Regional Society of Plastic Surgeons, April 16, 2016, New York, NY

138.  "A Three Step Approach to Complex Lower Extremity Trauma," University of Illinois at Chicago, April 27, 2016, Chicago, Il.

139.  "Gender Confirmation Surgery," Howard Brown Health Center, July 12, 2016, Chicago, Il

140.  "Creating the Transgender Breast M-F; F-M", ASPS Breast surgery and Body Contouring Symposium, Santa Fe, NM, August 25-27, 2016

141.  "Overview of Transgender Breast Surgery," ASPS Breast surgery and Body Contouring Symposium, Santa Fe, NM, August 25-27, 2016

142.  "VTE Chemoprophylaxis in Cosmetic Breast and Body Surgery:  Science or Myth", ASPS Breast surgery and Body Contouring Symposium, Santa Fe, NM, August 25-27, 2016

143.  "Gender Confirmation Surgery," Gender Program, Lurie Childrens', Parent Group, September 20, 201, 467 W. Deming, Chicago, Il

144.  "Gender Confirmation Surgery," The American Society of Plastic Surgeons Expo, September 24, 2016, Los Angeles, CA

145.  Transgender Surgery, Management of the Transgender Patient, Female to Male Surgery, Overview and Phalloplasty, The American College of Surgeons, Clinical Congress 2016 October 16-20,2016 Washington, DC

146.  "Gender Confirmation Surgery," The Department of Anesthesia, The University of Illinois at Chicago, November 9, 2016

147.  "Gender Confirmation Surgery," The Division of Plastic Surgery, The University of Illinois at Chicago, December 14, 2016

148.  "Gender Confirmation Surgery,"  Nursing Education, The University of Illinois at Chicago, January 10, 2017

149.  "F2M-Radial Forearm Total Phalloplasty:  Plastic Surgeon's Point of View," The European Association of Urologists, Meeting of the EAU Section of Genito-Urinary Reconstructive Surgeons (ESGURS), London, United Kingdom, March 23-26, 2017

150.  "Gender Confirmation Surgery," Grand Rounds, The Department of Surgery, The University of North Carolina, March 29, 2017.

151.  "Transgender Facial Surgery," *The Aesthetic Meeting 2017 – 50 Years of Aesthetics* – in San Diego, California April 27– May 2, 2017.

152.  "Gender Confirmation Surgery:  A New Surgical Frontier," 15th Annual Morristown Surgical Symposium Gender and Surgery, Morristown, NJ, May 5, 2017.

153.  "Gender Confirmation Surgery:  A New Surgical Frontier," Dept. of Obstetrics and Gynecology, The Medical College of Wisconsin, May 24, 2017

154.  "Gender Confirmation Surgery:  A New Surgical Frontier," Dept. of Obstetrics and Gynecology, Howard Brown Health Center, August 8, 2017

155.  "Current State of the Art:  Gynecomastia," ASPS Breast Surgery and Body Contouring Symposium, San Diego, CA, August 10-12, 2017

156.  "Gender Confirmation Surgery-An Overview," ASPS Breast Surgery and Body Contouring Symposium, San Diego, CA, August 10-12, 2017

157.  "Gender Confirmation Surgery,"  Grand Rounds, Dept. of Obstetrics and Gynecology, The University of Chicago, August 25, 2017

158. "Gender Confirmation Surgery,"  Wake Forest School of Medicine, Transgender Health Conference, Winston-Salem, NC, September 28-29, 2017

159.  "Phalloplasty," Brazilian Professional Association for Transgender Health, Teatro Marcos Lindenberg, Universidade Federal de São Paulo (Unifesp), November 1-4, 2017

160.  "Gender Confirmation Surgery," Brazlian Professional Association for Transgender Health/WPATH Session, Teatro Marcos Lindenberg, Universidade Federal de São Paulo (Unifesp), November 1-4, 2017

161.  "Gender Confirmation Surgery," The Division of Plastic Surgery, The University of Illinois at Chicago, December 13, 2017, Chicago, Il

162.  "Gender Confirmation Surgery," Gender and Sex Development Program, Ann and Robert H. Lurie Children's Hospital of Chicago, December 18, 2017, Chicago, Il

163.  "Transgender Breast Augmentation," 34th Annual Atlanta Breast Surgery Symposium, January 19-21, 2018, Atlanta, GA

164.  "Top Surgery:  Transmasculine Chest Contouring," 34th Annual Atlanta Breast Surgery Symposium, January 19-21, 2018, Atlanta, GA

165.  "Gender Confirmation Surgery,"  The 17th International Congress of Plastic and Reconstructive Surgery in Shanghai, March 18-25, 2018, Shanghai, China

166.  "Gender Confirmation Surgery:  Facial Feminization and Metoidioplasty," 97th Meeting of the American Association of Plastic Surgeons, Reconstructive Symposium, April 7-10, 2018, Seattle, WA

167.  Moderator:  "Gender Confirmation Surgery:  Top Surgery", The Annual Meeting of The American Society of Aesthetic Plastic Surgery, April 26-May 1, 2018, New York, NY

168.  "Gender Confirmation Surgery," Econsult monthly meeting, Dept. of Veterans' Affairs, May 24, 2018

169.  "Gender Confirmation Surgery,"  Transgender Care Conference: Improving Care Across the Lifespan, Moses Cone Hospital, Greensboro, NC, June 8, 2018

170.   "WPATH State of the Art," 1st Swiss Consensus Meeting on the Standardization of Sex Reassignment Surgery, The University of Basel, August 31, 2018-September 1, 2018

171.   "Facial Feminiztion Surgery:  The New Frontier?" 1st Swiss Consensus Meeting on the Standardization of Sex Reassignment Surgery, The University of Basel, August 31, 2018-September 1, 2018

172.   "Current Techniques and Results in Mastectomies," 1st Swiss Consensus Meeting on the Standardization of Sex Reassignment Surgery, The University of Basel, August 31, 2018-September 1, 2018

173.   "Gender Confirmation Surgery," The University of Chicago, Pritzker School of Medicine, September 7, 2018, Chicago, Il.

174.   The Business End:  Incorporating Gender Confirmation Surgery, Plastic Surgery The Meeting, Annual Meeting of The American Society of Plastic Surgeons, September 29, 2018, Chicago, Il

175.   Body Contouring in Men, Gynecomastia, Plastic Surgery The Meeting, Annual Meeting of The American Society of Plastic Surgeons, September 30, 2018, Chicago, Il

176.   Moderator:  Breast Augmentation and Chest Surgery in Gender Diverse Individuals, Plastic Surgery The Meeting, Annual Meeting of The American Society of Plastic Surgeons, October 1, 2018, Chicago, Il

177.   Moderator:  Aesthetic Surgery of The Male Genitalia, Plastic Surgery The Meeting, Annual Meeting of The American Society of Plastic Surgeons, October 1, 2018, Chicago, Il

178.   Moderator:  Gender Confirmation Surgeries:  The Standards of Care and Development of Gender Identity, Plastic Surgery The Meeting, Annual Meeting of The American Society of Plastic Surgeons, October 1, 2018, Chicago, Il

179.   The Center for Gender Confirmation Surgery Lecture Series, "Introduction to Gender Confirmation Surgery," Weiss Memorial Hospital, October 17, 2018, Chicago, Il

180.   Institute 3: Gender Dysphoria Across Development: Multidisciplinary Perspectives on the Evidence, Ethics, and Efficacy of Gender Transition, Gender Confirming Care in Adolescence:  Evidence, Timing, Options, and Outcomes,  The American Academy of Child and Adolescent Psychiatry, 65th Annual Meeting, October 22-27, 2018, Seattle, WA

181.   Gender Confirmation Surgery, Combined Endocrine Grand Rounds, The University of Illinois at Chicago, Rush University, Cook County Hospital, January 8, 2019

182.   Gender Confirmation Surgery:  An Update, Division of Plastic Surgery, The University of Illinois at Chicago, January 23, 2019

183.  Gender Confirmation Surgery from Top to Bottom:  A 20 Year Experience, Grand Rounds, The Department of Surgery, Ochsner Health System, January 30, 2019, New Orleans, LA

184.  Master Series of Microsurgery:  Battle of the Masters
One Reconstructive Problem – Two Masters with Two Different Approaches, Gender Affirmation, Male-to-Female Vaginoplasty:  Intestinal Vaginoplasty, The American Society for Reconstructive Microsurgery, Palm Desert, California, February 2, 2019

185.  Gender Confirmation Surgery:  From Top to Bottom, The University of Toronto, Toronto, Canada, February 21, 2019

186.  Gender Confirmation Surgery:  Where are We, The University of Toronto, Toronto, Canada, February 21, 2019

187.  Professors' Rounds:  Gender Confirmation Surgery:  A Twenty Year Experience, Princess Margaret Hospital, Toronto, Canada, February 22, 2019

188.  A 3 Step Approach to Lower Extremity Trauma, Plastic Surgery at The Red Sea, Eilat, Israel, March 6-9, 2019.

189.  Gender Surgery:  Where are We Now?, Plastic Surgery at The Red Sea, Eilat, Israel, March 6-9, 2019.

190.  Gender Confirmation Surgery, A Single Surgeon's 20 Year Experience, Plastic Surgery at The Red Sea, Eilat, Israel, March 6-9, 2019.

191.  Gender Confirmation Surgery:  Where We Have Been and Where We Are Going, Grand Rounds, The University of Chicago, Section of Plastic Surgery, March 13, 2019

192.  Gender Confirmation Surgery:  From Top To Bottom, Resident Core Curriculum Conference, The University of Chicago, Section of Plastic Surgery, March 13, 2019.

193.  "Gender Confirmation Surgery," WPATH/AMSA Medical School Trans Health Elective, Webinar, March 13, 2019

194.  Robotic Vaginoplasty:  An Alternative to Penile Inversion Vaginoplasty in Cases of Insufficient Skin, Vaginal Stenosis, and Rectovaginal Fistula. The European Professional Association for Transgender Health, April 9-13, Rome, Italy

195.  Current State of Gender-Affirming Surgery in the US and Beyond, Gender-affirming genital surgery presented by the American Urologic Association in collaboration with the Society for Genitourinary Reconstructive Surgeons (GURS), May 2, 2019, Chicago, Il

196.  Surgical Training-How Can I get it, The Aesthetic Meeting 2019, New Orleans, LA, May 20, 2019

197.  What is the Standard of Care in This New Frontier, The Aesthetic Meeting 2019, New Orleans, LA, May 20, 2019

198. The 20th Annual Chicago Orthopedic Symposium, August 15-18, 2019, Chicago, Il  "Soft Tissue Defects-Getting Coverage"

199. Gender Confirmation Sugery, The Potocsnak Family Division of Adolescent and Young Adult Medicine, Ann & Robert H. Lurie Children's Hospital of Chicago, August 19, 2019

200.  Anatomy, Embryology, and Surgery, The University of Chicago, First Year Medical Student Anatomy Lecture, September 9, 2019, The University of Chicago, Chicago, Il.

201.  Gender Confirmation Surgery, Howard Brown Health Center Gender Affirming Learning Series, September 13, 2019, Chicago, Il.

202.  Moderator, Patient Selection in Gender Affirming Survey Surgery, 88th Annual Meeting of The American Society of Plastic Surgeons, September 20-23, 2019, San Diego, CA

203.  Breast Augmentation in Transwomen: Optimizing Aesthetics and Avoiding Revisions, 88th Annual Meeting of The American Society of Plastic Surgeons, September 20-23, 2019, San Diego, CA

204.  Breast Reconstruction, State of the Art, NYU-Langone Health, NYU School of Medicine, Standards of Care and Insurance Coverage, Saturday, November 23, 2019, New York, NY.

205.  ASRM Masters Series in Microsurgery:  Think Big, Act Small:  The Building Blocks for Success, "Building a Microsurgery Private Practice from the Ground Up", 2020 ASRM Annual Meeting, Ft. Lauderdale, Florida, January 10-14, 2020

206.  ASPS/ASRM Combined Panel II:  Gender Affirmation Surgery: Reconstruction Challenges of Function and Sensation, 2020 ASRM Annual Meeting, Ft. Lauderdale, Florida, January 10-14, 2020

207.  Rush University Medical Center, Division of Urology, Grand Rounds, "Gender Confirmation Surgery:  A Single Surgeon's Experience," January 22, 2020

208.  Rush University Medical Center, Department of General Surgery, Grand Rounds, "Gender Confirmation Surgery:  A Single Surgeon's Experience," February 5, 2020.

209.  WPATH/AMSA (American Medical Association) Gender Scholar Course, Webinar, March 11, 2020

210.  Rush University Medical Center, Division of Plastic Surgery, Weekly Presentation, Gender Confirmation Surgery:  Can a Surgeon Provide Informed Consent?, April 29, 2020

211.  Legal Issues Faced by the Transgender Community, ISBA Standing Committee on Women and The Law and the ISBA Standing Committee on Sexual

Orientation and Gender Identity, Co-Sponsored by the National Association of Women Judges District 8, Live Webinar, May 28, 2020

212.  Principles of Transgender Surgery, National Association of Women's Judges, District 8, Webinar, June 4, 2020

213.  Gender-Affirming Surgery, National Association of Women's Judges, District 8, Webinar, July 8, 2020

214.  Gender-Affirming Surgery, The University of Chicago, Pritzker School of Medicine, 1st year Anatomy, September 15, 2020

215.  Gender-Affirming Surgery, Rush University Medical School, 2nd year Genitourinary Anatomy, September 16, 2020.

216.  Surgical Management of the Transgender Patient, Rosalind Franklin University, The Chicago Medical School, Plastic Surgery Interest Group, October 7, 2020

217.  Breast Augmentation in Transgender Individuals, The American Society of Plastic Surgeons Spring Meeting, March 20, 2021

218.  International Continence Society Institute of Physiotherapy Podcast 5-Pelvic Floor Most Common Disorders and Transgender Patients (recorded April 30, 2021)

219.  The American Association of Plastic Surgeons Annual Meeting, Reconstructive Symposium, Gender Affirmation Panel, Complications of GCS, Miami, FL, May 15, 2021 (presented virtually)

220.  Gender Confirmation Surgery, Grand Rounds, Rush University, Section of Urology, June 8, 2021.

221.  Genitourinary introduction lecture, M2, Rush University School of Medicine, September 2, 2021 (by Zoom)

222.  Demystifing Gender:  Fostering Gender Friendly Healthcare, Gender Affirmative Care in Adults, Querencia (lady hardinge medical college, WHO Collaborating Center for Adolescent Health, Dept of Paediatrics, JSCH & LHMC, New Delhi, WPATH September 5, 2021 (by zoom)

223.  Gender Confirmation Surgery, The University of Chicago Pritzker School of Medicine, MS-1, Anatomy lecture, September, 14, 2021, Chicago Il.

224.  Gender Confirmation Surgery, A Single Surgeon's 22 Year Experience: Where are We Now?, Research Seminar, Section of Endocrinology, The University of Chicago, Chicago, Il, October 4, 2021 (by Zoom)
225.  Chest Surgery, The Illinois Dept. of Corrections (by zoom), October 13, 2021.

226.  Vaginoplasty, The Illinois Dept. of Corrections (by zoom), October 15, 2021.

227.   International Continence Society, 20th Physioforum, Pelvic Floor Physical Therapy and Gender-Affirming Surgery, October 16, 2021, Melbourne, Australia (by Zoom)

228.   Rush University Division of Plastic Surgery, Gender Affirmation Surgery:  Where Are We Now?, educational conference, November 23, 2021, Chicago, Il

229.   51 Congreso Argentino de Cirugia Plastica, Microsurgery Symposium, SACPER-FILACP, 3 Step Approach to Lower Extremity Trauma, November 29, 2021, Mar del Plata, Argentina

230.   51 Congreso Argentino de Cirugia Plastica, Genital Aesthetics and Gender Confirmation Surgery I, "Gestión Quirúrgica de la Disforia de Género: Descripción general del manejo quirúrgico y los estándares de atención," December 1, 2021, Mar del Plata, Argentina

231.   51 Congreso Argentino de Cirugia Plastica, Genital Aesthetics and Gender Confirmation Surgery II, Cirugía Genital Masculinizante (Metoidioplastia y Faloplastia), December 2, 2021, Mar del Plata, Argentina

232.   51 Congreso Argentino de Cirugia Plastica, Genital Aesthetics and Gender Confirmation Surgery III, Faloplastia: optimización de resultados y reducción de complicaciones, December 2, 2021, Mar del Plata, Argentina

233.   Government of India, Ministry of Health and Welfare, National AIDS Control Organization, Meeting with AIIMS on Gender Affirmation Care (GAC) Clinic Pilot Intervention, December 21,2021, New Delhi (virtual)

234.   Affirming Care for Gender Diverse Patients, Rosalind Franklin University, January 5, 2022, North Chicago, Il (Virtual by Zoom)

235.   Sub-Unit Transplantation, Penile Transplant, WSRM/ASRT Mini-Symposium VCA Transplant, World Society for Reconstructive Microsurgery/American Society for Reconstructive Transplantation/American Society for Reconstructive Microsurgery Annual Meeting, January 14, 2022, Carlsbad, CA

236.   Strategies for Penile Transplantation, American Society for Reconstructive Microsurgery, Annual Meeting, January 16, 2022, Carlsbad, CA

237.   ASRM/WSRM/ASRT Battle of the Frontiers: To Transplant or Not? Conventional Reconstruction (Phalloplasty), American Society for Reconstructive Microsurgery, Annual Meeting, January 16, 2022, Carlsbad, CA

238.   Strategies for Penile Innervation, American Society for Gender Surgeons, Annual Meeting, January 18, 2022, Carlsbad, CA

239.   Pathway To Informed Consent:  Vaginoplasty, Illinois Dept. of Corrections (virtual), February 10, 2022

240.   Gender Confirmation Surgery From Top to Bottom:  A Single Surgeon's 22 Year Experience, Where are We Now, Grand Rounds (virtual), Department of Plastic Surgery, University of South Florida, February 14, 2022

241.  Vaginoplasty:  Dissection of the vaginal canal and selection of technique, International Confederation of Plastic Surgery Societies (ICOPLAST), First World Congress, Lima Peru May 19-21, 2022 (President of the session:  Genital/Transgender Session 1)

242. Phalloplasty:  Strategies to reduce complications and optimize outcomes, International Confederation of Plastic Surgery Societies (ICOPLAST), First World Congress, Lima Peru May 19-21, 2022

243.  Chest Surgery in Transgender Men, International Confederation of Plastic Surgery Societies (ICOPLAST), First World Congress, Lima Peru May 19-21, 2022

244. Gender-Affirming Surgery:  A 23 Year Experience Where are we now, 65th Annual Scientific Meeting, Southeastern Society of Plastic and Reconstructive Surgeons (Finding The Solutions Now and The Future), Orlando, Fl, June 11-15, 2022

245.  Top Tips for Safety:  The Culture of Safety, 65th Annual Scientific Meeting, Southeastern Society of Plastic and Reconstructive Surgeons (Finding The Solutions Now and The Future), Orlando, Fl, June 11-15, 2022

246.  Uterine Transplantation, GAPS (Ghent Academy of Plastic Surgery) 2022: Bridging the Gap Between Reconstructive and Aesthetic Surgery, June 17-18, 2022, Ghent, Belgium

247. In Honor of Professor Stan Monstrey, GAPS (Ghent Academy of Plastic Surgery) 2022:  Bridging the Gap Between Reconstructive and Aesthetic Surgery, June 17-18, 2022 Ghent, Belgium

248. "TRANS" Grand Rounds Panel Discussion (panel discussants:  Loren S. Schechter, MD, Michaela West, MD, PhD, Courtney Cripps, MD, Ervin Kocjancic, MD), University of Chicago, Department of Surgery, July 6, 2022, Chicago, Il

249.  Gender Affirming Surgery, Grand Rounds, July 12, 2022, Department of Urology, Rush University Medical Center, Chicago, Il

250.  Gender Affirming Surgery, Gender Affirmation Lecture Series, Rush University Medical Center, July 15, 2022, Chicago, Il

251.  Anatomy of A Lawsuit, Rush PRS Weekly Didactic Conference, Rush University Medical Center, Plastic and Reconstructive Surgery, July 20, 2022, Chicago, Il

252.  Gender Affirmation Surgery:  Where are We Now?  The University of Chicago, Section of Plastic Surgery, Grand Rounds, August 10, 2022, Chicago, Il

253.  Thriving in Sexual & Gender Diversity, The Transgender Patient, August 10, Virtual CME Event (broadcast from Dr. Shino Bay Aguilera's office in Miami, Fl)

254.  Gender Affirming Medical and Surgical Therapies, Illinois College of Emergency Physicians Webinar, August 17, 2022

255.  Gender Affirming Surgery Panel, Liebert Publishing, Webinar, August 26, 2022, Moderator:  Jeffrey Spiegel, MD

256.  Gender Confirmation Surgery, The University of Chicago Pritzker School of Medicine, MS-1, Anatomy lecture, September, 14, 2022, Chicago Il

257.  Gender Affirmation Surgery:  Where We Have Been and Where We are Going:  GURS-WPATH Invited Lecture, Society of Genitourinary Reconstructive Surgeons, Academic Congress, Montreal, Canada, September 15, 2022

258. Phalloplasty:  Optimizing Outcomes and Reducing Complications, North Carolina Society of Plastic Surgeons 2022 Annual Scientific Meeting, Pinehurst, North Carolina, October 7-9, 2022

259. Special Guest Lecture:  Gender Affirmation Surgery:  Where We've Been and Where We're Going, North Carolina Society of Plastic Surgeons 2022 Annual Scientific Meeting, Pinehurst, North Carolina, October 7-9, 2022

260. Diversity in Practice, North Carolina Society of Plastic Surgeons 2022 Annual Scientific Meeting, Pinehurst, North Carolina, October 7-9, 2022
261.  Gender Affirming Surgery, Fenway/HMS Advances in Transgender Care, October 15, 2022

262.  Genitourinary introduction lecture, M2, Rush University School of Medicine, October 26, 2022, Chicago, Il

263.  Optimizing Aesthetics and Sensation in Vaginoplasty and Phalloplasty, The American Society of Plastic Surgeons 91st Annual Meeting (PSTM), Boston, MA, October 30, 2022

264.  Gender-Affirming Surgery:  From Top to Bottom, The Rush University Medical Center Departments of Emergency Medicine and Internal Medicine for the Emergency Medicine Grand Rounds Lecture, Chicago, Il, November 16, 2022

265.  Dueling Perspectives in Transgender Surgery, New York Regional Society of Plastic Surgeons, New York, New York, November 19, 2022

266.  Gender-Affirming Surgery:  From Top to Bottom, Rush University Medical Center Department of Anesthesia Grand Rounds, November 30, 2022, Chicago, Il.

267.  Gender-Affirming Surgery:  Where We Have Been and Where We are Going, Mass General Brigham Center For Transgender Health, Grand Rounds, December 13, 2022 Boston, MA (lecture delivered virtually)

268.  An Intro to Providing Gender Affirming Care to Gender Diverse Patients, Rosalind Franklin University, Chicago Medical School, December 21, 2022, North Chicago, Il (virtual by Zoom)

269.  Surgical Techniques and Outcomes in Penile Reconstruction, WSRM/ ASRT Symposium on VCA in the Transgender Patient, Annual Meeting of The American Society for Reconstructive Microsurgery, January 20, 2023, Aventura, Fl

270.  Argument for Transgender Transplantation, WSRM/ ASRT Symposium on VCA in the Transgender Patient, Annual Meeting of The American Society for Reconstructive Microsurgery, January 20, 2023, Aventura, Fl

271.  Moderator:  Gender Surgery Symposium, Society of Gender Surgeons, January 24, 2023, Aventura, Fl

272.  Trans female top surgery, 38th Annual Atlanta Breast Surgery Symposium, January 27-29-2023, Atlanta, GA

273.  Trans male top surgery, 38th Annual Atlanta Breast Surgery Symposium, January 27-29-2023, Atlanta, GA

274.  Top Surgery for Transgender Women, What Implant I use and Why, American Society of Plastic Surgeons Spring Meeting, March 4, 2023 (virtual)

275.  Over The Top Surgery, The Aesthetic Meeting 2023, The American Society of Aesthetic Plastic Surgery, Miami Beach, Fl, April 22, 2023

276.  Panel:  Gender Affirming Surgery:  Beyond the Knife, The American Association of Plastic Surgeons 101st Annual Meeting, April 29-May 2, 2023, Chicago, Il

277.  SOC 8 Panel-What's New and How We Use It:  3rd Live Surgery Conference for Gender Affirmation Procedures presented by MT. Sinai and WPATH May 11-13, 2023, New York, New York

278.  Meet the Professor, Long Term Outcomes After Gender Affirming Surgeries, Endo 2023, The Annual Meeting of The Endocrine Society, June 15-18, 2023, Chicago, IL

279.  Gender-Affirming Surgery, Forensic Friday, Populations with Unique Needs, The Illinois Association of Forensic Nurses, June 16, 2023, Chicago, Il

280.  Gender Affirmation Surgery, Galilee Medical Center, Nahariya, Israel, July 5, 2023

281.  Gender Affirmation Surgery, Grand Rounds, Department of Obstetrics and Gynecology, Rabin Medical Center, Tel Aviv, Israel, July 6, 2023

282.  Gender Affirmation Surgery:  Where We've Been and Where We're Going, Midwestern Association of Plastic Surgeons (MAPS), Safety in Gender Affirmation Surgery Session, Grand Geneva Resort, Lake Geneva, Wisconsin, July 15, 2023