IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JANE DOE et al.,

    Plaintiffs,

v.                                               CASE NO. 4:23cv114-RH-MAF

JOSEPH A. LADAPO et al.,

    Defendants.

_____/

## SCHEDULING ORDER

This order is entered upon consideration of the parties' Federal Rule of Civil Procedure 26(f) report.

IT IS ORDERED:

1. The clerk must set a scheduling conference by telephone for the first available date. This order will control unless modified at the scheduling conference.

2. The plaintiff's motion, ECF No. 114, for leave to file the third amended complaint is granted. The third amended complaint, ECF No. 114-1, is deemed filed as of July 27, 2023.

3. The bench trial is set for Monday, November 13, 2023. A party with a conflict must file a notice by August 10, 2023.

4. The fact-discovery deadline is August 9, 2023.

5. The expert-discovery deadline is September 18, 2023.

6. The 26(f) report, ECF No. 113, will control the matters it addresses, except when it conflicts with this order. On matters not addressed in this order or the 26(f) report, the Initial Scheduling Order remains in effect.

7. The defendants may depose adult plaintiffs but not minor plaintiffs absent a separate, individualized showing of good cause. The time limit for the defendants' examination is three hours for any single deposition and 15 hours for all depositions of plaintiffs combined. The limit applies to defense questions and answers to the questions, including normal delays between questions and answers, but not including time spent on objections.

8. Rule 26 disclosures must be supplemented within a reasonable time after learning information calling for supplementation and in time to ensure the opposing party is not prejudiced by any failure to supplement immediately after the information was discovered.

9.  Deadlines will be determined based on this order (including the 26(f) report to the extent made applicable by this order), other applicable orders, and the

governing rules. Docket entries made by the clerk of the court are for the clerk's internal use and are not controlling.

10. Federal Rule of Civil Procedure 26(a)(3) disclosures are due as provided in the 26(f) report and must include (a) the required disclosures related to depositions that will be introduced at trial and (b) separate disclosures of witnesses and exhibits the party expects to present or may present if the need arises.

11. By October 23, 2023, all exhibits a party expects to present must be pre-filed on the CM/ECF docket. Joint exhibits, plaintiff's exhibits, and defendant's exhibits may be attached to a single notice of filing or to separate notices of filing. Each exhibit must be a separate attachment to a notice of filing. The docket entry for the attachment must identify the exhibit by number and should also include a description of the exhibit.

12. Any motion for which a specific deadline has not been set must be served sufficiently in advance of the pretrial conference to allow consideration of the motion at or prior to the pretrial conference.

13. A party may move to require mediation on some or all issues, but unless such a motion is granted, the parties are not required to mediate.

SO ORDERED on July 27, 2023.

s/Robert L. Hinkle<br>United States District Judge