# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| JANE DOE et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH A. LADAPO et al., <br><br> Defendants. | Civil No. 4:23-cv-00114-RH-MAF |

## DECLARATION OF THOMAS E. REDBURN, JR. IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL

I, Thomas E. Redburn, Jr., under penalty of perjury under the laws of the United States, affirm and state as follows:

1. I am a partner at the law firm of Lowenstein Sandler LLP, co-counsel for Plaintiffs.

2. I submit this declaration in support of the Motion filed by Plaintiffs for: (1) class certification; and (2) appointment of Lowenstein Sandler LLP ("Lowenstein Sandler"), Southern Legal Counsel, Inc. ("SLC"), National Center for Lesbian Rights ("NCLR"), Human Rights Campaign Foundation ("HRC"), and GLBTQ Legal Advocates & Defenders ("GLAD") to serve as Class Counsel (the "Motion").

3. Attached as Exhibits A through E are true and correct copies of the following documents:

Exhibit A: Lowenstein Sandler's Resume

Exhibit B: the Resume of counsel for SLC

Exhibit C: the Resume of counsel for GLAD

Exhibit D: HRC's Resume

Exhibit E: How Many Adults and Youth Identify as Transgender in the United States? The Williams Institute, UCLA School of Law (June 2022).

4. Lowenstein Sandler has previously served as lead counsel or co-lead counsel in notable large complex class action lawsuits and achieved exceptional results. Lowenstein Sandler's class action experience includes the following matters:

- In *Special Situations Fund III, L.P. et al. v. Quovadx, Inc. et al.*, Civil Action No. 04-1006 (D. Colo.) (Matsch, J.), Lowenstein Sandler served as lead counsel, representing an investment fund in an action filed in the District of Colorado. In May 2007, the case settled for $7.8 million.

- In *Special Situations Fund III QP, L.P. v. Marrone Bio Innovations, Inc.*, Case No. 14-cv-2571 (E.D. Cal.) (England, C.J.), Lowenstein Sandler served as lead counsel, representing an investment fund in an action filed in the Eastern District of California. In July 2019, the case settled for $12 million.

- In *In re Nortel Networks Corp. Securities. Litig.*, Civil Action No. 05-MD-1659 (S.D.N.Y.) (Preska, J.), Lowenstein Sandler served as co-lead counsel, representing New Jersey and another co-lead plaintiff in an action filed in the Southern District of New York. In December 2006, the case was settled for $1.3 billion.

- In *In re Electronic Data Systems Corp. Securities Litigation*, Civil Action No. 6:03-MD-1512 (E.D. Tex.) (Davis, J.), Lowenstein Sandler served as co-lead counsel, representing the State of New Jersey in an action filed in the Eastern District of Texas. In 2006, the case was settled for $137.5 million.

- In *In re SFBC Int'l, Inc., Securities & Derivative Litigation*, Civil Action No. 2:06-165 (D.N.J.) (Chesler, J.), Lowenstein Sandler served as co-lead counsel, representing an Arkansas public pension fund in an action filed in the District of New Jersey. The matter resulted in a multi-million dollar settlement for the class.

- In *The Department of the Treasury of the State of New Jersey and Its Division of Investment v. Cliffs Natural Resources*, Case No. 14-cv-1031-DAP (N.D. Ohio) (Polster, J.), Lowenstein Sandler served as co-lead counsel, representing the State of New Jersey in an action filed in

the Northern District of Ohio. The matter resulted in an $84 million settlement for the class.

- In *Roofer's Pension Fund v. Papa et al.*, Case No. 16-cv-02805 (D.N.J.), Lowenstein Sandler was appointed as liaison counsel, representing a foreign insurance company and pension fund in an action filed in the District of New Jersey.

- In *Doe et al., v. Trump et al.*, Case No. 17-cv-01597 (D.D.C.) Lowenstein Sandler served as co-counsel, representing a group of plaintiffs in a constitutional challenge to President Trump's ban on transgender persons serving in the military.

5.   SLC, a statewide public interest law firm, has decades of class action experience across the State of Florida. SLC's class action experience includes the following matters:

- *Moreland, et al. v. Palmer*, Case No. 4:12-cv-00585-MW-CAS (N.D. Fla.), an action filed in the Northern District of Florida alleging denial of due process in reduction of benefits to Medicaid beneficiaries.

- *Long, et al. v. Benson, et al.*, Case No. 4:08-cv-26-RH-WCS (N.D. Fla.), an action filed in the Northern District of Florida alleging unnecessary institutionalization of individuals with disabilities in nursing facilities.

- *Washington, et al. v. DeBeaugrine, et al.*, Case No. 4:09-cv-189-RH-WCS (N.D. Fla. 2009), an action filed in the Northern District of Florida alleging denial of due process to Medicaid beneficiaries.

- *Dubois v. Calamas & Francois*, Case No. 4:03-cv-107-SPM (N.D. Fla. 2006), an action filed in the Northern District of Florida alleging violations of the ADA of Medicaid Waiver program for people with spinal injuries.

- *Bobby M. v. Martinez*, Case No. TCA 83-7003 (N.D. Fla.) (J. Paul), an action filed in the Northern District of Florida alleging unconstitutionality of juvenile justice facilities.

6. SLC is also counsel in two complex litigation matters, *Claire v. DMS*, Case No. 4:20-cv-00020 (N.D. Fla. 2020), an action challenging the blanket exclusion for gender-affirming care contained in all health insurance plans offered to State of Florida employees and *Dekker v. Weida*, Case No. 4:22-cv-00325-RH-MAF (N.D. Fla. 2023), an action involving an Equal Protection challenge to Florida Medicaid's exclusion of coverage for gender-affirming care.

7. GLAD utilizes strategic litigation, public policy advocacy, and education, throughout New England and nationally to create a just society free of discrimination based on gender identity and expression, HIV status, and sexual orientation. GLAD is committed to fulfilling this mission with urgency and

perseverance. GLAD served as co-counsel in the action *Doe et al. v. Trump et al.*, Case No. 17-cv-01597 (D.D.C.).

8.  NCLR is a national legal organization committed to advancing the civil and human rights of lesbian, gay, bisexual, and transgender people and their families through litigation, legislation, policy, and public education. NCLR represented the plaintiff class in *Strawser v. Strange*, 307 F.R.D. 604 (S.D. Ala. 2015), a successful constitutional challenge to Alabama's prohibition of marriage for same-sex couples. In that case, the district court certified both a plaintiff class comprising all same-sex couples wishing to marry in Alabama and a defendant class comprising all county probate judges, the state officials responsible for issuing marriage licenses. NCLR has served as counsel in many other complex cases affecting the rights of transgender persons, including serving as co-counsel in *Doe et al. v. Trump et al.*, Case No. 17-cv-01597 (D.D.C.).

9.  HRC utilizes public education, research, and policy and practice change, to impact communities nationwide. It touches LGBTQ+ lives from childhood through end-of-life, people of all races, ethnicities, sexual orientations, gender identities, abilities and religious beliefs, in big cities and small towns, in the United States and across the globe.

-7-

10. I am unaware of any conflicts of interest between the Plaintiffs, myself, my firm, or the other attorneys seeking appointment as class counsel, and the classes we seek to represent.

11. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  July 31, 2023

*/s/ Thomas E. Redburn, Jr.*
Thomas E. Redburn, Jr.