# EXHIBIT A

# LOWENSTEIN SANDLER FIRM RESUME





## TABLE OF CONTENTS

Lowenstein Sandler Overview ................................................................................................. 3

Lowenstein Sandler Honors & Awards ..................................................................................... 4

Litigation Department Overview .............................................................................................. 6

Securities Litigation .................................................................................................................. 8

Attorney Biography: Thomas E. Redburn, Jr. ......................................................................... 12

Attorney Biography: Maya Ginsburg ..................................................................................... 13

**LOWENSTEIN SANDLER OVERVIEW**

Lowenstein Sandler LLP is a national law firm with over 350 lawyers working from five offices in New York, Palo Alto, New Jersey, Utah, and Washington, D.C. We represent clients in virtually every sector of the global economy, with particular strength in the areas of technology, life sciences, and investment funds.

We have built a reputation for pursuing every matter with creativity and passion. Our industry knowledge, entrepreneurial drive, and proven commitment to our communities deliver a different and better law firm experience to our clients. We focus on building long-standing relationships and anticipating our clients' needs, rather than responding to them. Working side-by-side with our clients, we serve not only as lawyers, but as trusted advisors.

We approach each case, each client, and each other with integrity and respect, and our award winning pro-bono work enables us to connect individuals and communities with unimaginable success.

We see our colleagues as family and commit to the personal development, support, and mentorship of all those under our roof. We work tirelessly to create a fully inclusive environment in which differing views and perspectives are welcomed and honored.



**LOWENSTEIN SANDLER HONORS & AWARDS**

### CHAMBERS USA: AMERICA'S LEADING LAWYERS FOR BUSINESS (2016-2023)
- 2023 rankings include 33 lawyers across 14 practice areas; firm's Hedge Funds practice and five lawyers also ranked in Chambers Global. Lowenstein's rankings are accessible at this link.

### CHAMBERS HIGH NET WORTH GUIDE (2016-2022)
- #1 ranking for Trusts & Estates practice: Private Wealth Law

### SERAMOUNT: BEST LAW FIRMS FOR WOMEN & DIVERSITY (2023)
- An annual list which recognizes firms that utilize best practices in recruiting, retaining, promoting, and developing women lawyers

### HUMAN RIGHTS CAMPAIGN FOUNDATION: A BEST PLACE TO WORK FOR LGBTQ EQUALITY (2017-2022)
- Perfect (100 percent) score on the Human Rights Campaign Foundation's (HRC) Corporate Equality Index (CEI)

### UTAH CENTER FOR LEGAL INCLUSION (UCLI) CERTIFICATION (2022)
- Certified to provide the firm with training and the necessary tools to address existing and future hiring and retention; and advancement and inclusion challenges for women and other diverse attorneys and professionals.

### THE BEST LAWYERS IN AMERICA (2008-2021)
- 2021 rankings recognize 49 Lowenstein lawyers

### CRAIN'S BEST PLACES TO WORK IN NEW YORK CITY (2018-2021)
- Recognizing employers with a demonstrated commitment to creating a supportive, collegial, and empowering workplace

### NJBIZ (2008, 2010, 2012-2021)
- Named one of NJBIZ's Best Places to Work in New Jersey in the large-company category. This is the tenth consecutive year Lowenstein has made the list.

### VAULT (2021-2022)
- Named a Best Law Firm to Work For (Technology & Innovation, Pro Bono, Satisfaction, Transparency, Integration of Laterals & Clerks), a Best Law Firm For Diversity (Diversity for Women, Racial & Ethnic Diversity, Diversity for Individuals with Disabilities), a Best Law Firm by Region (Mid-Atlantic), and a Best Summer Associate Program (2022)
- Named a Best Law Firm to Work For (Business Outlook, Firm Culture, Satisfaction, Informal Training, Mentoring & Sponsorship, Quality of Work, Hours, Associate/Partner Relations, Overall Summer Associate Program, Technology & Innovation, Transparency, Compensation, and Diversity for Women) and a Best Law Firm by Region (Mid-Atlantic) (2021)



### MANSFIELD RULE 4.0 CERTIFICATION (2021)
- Recognizing Lowenstein's commitment to increasing the representation of historically underrepresented lawyers among law firm leadership

### LEADERSHIP COUNCIL ON LEGAL DIVERSITY (LCLD): COMPASS AWARD (2020-2021)
- Recognizing law firms and corporations showing a strong commitment to building more diverse organizations and a more inclusive legal profession

### BLOOMBERG LAW DIVERSITY, EQUITY & INCLUSION (DEI) FRAMEWORK (2021)
- Recognizing law firms that meet or exceed an established threshold of diversity, equity, and inclusion

### THE DEAL'S POWER RANKINGS LEAGUE TABLE (2019-2021)
- Ranked among the Top Private Equity Law Firms
- Ranked among the Top M&A Law Firms

### PIPE'S REPORT'S LEAGUE TABLES (2019-2021)

### WORLD TRADEMARK REVIEW (2012-2021)
- Listed among the preeminent trademark practices in World Trademark Review 1000 - The World's Leading Trademark Professionals

### JURISTAT (2016, 2019, 2021)
- Ranked #1 on the list of top patent firms for Technology Center 2400 (2016)
- Ranked among the top patent firms for Technology Center 2400 (2019, 2021)
- Ranked among the top patent firms for Technology Center 2100 (2016, 2019, 2021)

### PRO BONO PARTNERSHIP (2021)
- Recipient of the 2020 Pandemic Response Award (bestowed in 2021) for Lowenstein's initiative in developing a program to assist Pro Bono Partnership clients with the SBA Paycheck Protection Program

### NATIONAL LEGAL AID & DEFENDER ASSOCIATION (NLADA) (2014, 2020-2021)
- Recipient of the Beacon of Justice Award for the firm's pro bono efforts in addressing systemic racial disparities in 2020 (2021)
- Recipient of the Beacon of Justice Award for the firm's pro bono efforts in support of immigrants fighting unlawful deportation, family separations, and wrongful denial of Special Immigrant Juvenile Status (2020)
- Recipient of Beacon of Justice Award for innovation in pro bono service to America's most marginalized populations (2014)

### U.S. NEWS & WORLD REPORT: BEST LAWYERS (2016-2021)
- Best Law Firms

**LITIGATION DEPARTMENT OVERVIEW**

Success in litigation is about facts, strategy, and preparation. Our Litigation lawyers quickly zero in on critical issues to formulate the approach most likely to ensure a positive outcome. With our proven track record at trial and relentless commitment to exceeding expectations, we inspire confidence in our clients and pose a serious threat to adversaries.

As a Litigation law firm, our team has been consistently honored for excellence by *Chambers USA*. We are recognized for the successful representation of clients in matters ranging from business and securities litigation to white-collar defense. With strength across practice areas, our work and experience span the breadth of litigation matters our clients may face. For instance, institutional investors come to us when they are being pursued by regulators or when they or their portfolio companies have been damaged by others. Household names in the life sciences, financial services, technology, energy, and health care industries trust us with complex class actions, internal investigations, and multidistrict litigation, as well as their most sensitive employment, environmental, and insurance issues.

We have tried and arbitrated scores of cases throughout the United States and internationally, including high-stakes class actions, commercial and intellectual property disputes, and tort claims. Our team includes former federal prosecutors and a certified civil trial attorney who has first-chaired more than 100 jury trials to verdict.

We are a leading firm across disciplines and can turn to colleagues for immediate answers when nuances in legal matters arise. Clients benefit from our strength in transactional, regulatory, and other related practice areas across the firm. Through our public interest arm, the Lowenstein Center for Public Interest, we partner with client companies to match social needs with company strengths. This service allows us to expand our knowledge base and keep on top of company and industry matters, which benefits not only our community but our practice and our clients as well.

While our litigation lawyers have the skill and experience to try cases in any jurisdiction in the country, we understand that protecting our clients often requires avoiding the business interruption and unwanted public exposure caused by extensive litigation. The best measure of our success is the long-term relationships we have built with individuals and companies alike. Our clients return to us again and again when the stakes are highest, knowing that we will work tirelessly on their behalf to achieve favorable results in line with their business goals.

**Our litigation services include:**

- Alternative Dispute Resolution
- Antitrust/Competition
- Appellate
- Bankruptcy & Restructuring Litigation
- Business Litigation
- Class Action Litigation
- Corporate Investigations & Integrity
- Employment Counseling & Litigation
- Environmental Law & Litigation
- Insurance Recovery
- Intellectual Property Litigation
- Products Liability & Specialty Torts
- Securities Litigation
- White Collar Criminal Defense

**SECURITIES LITIGATION**

Lowenstein Sandler's Securities Litigation Group helps clients leverage litigation to advance or defend their investment strategies and strategic business objectives. We do so by providing top-tier counsel, focused chiefly on class action opt-outs and direct actions, shareholder activism and fiduciary duty matters, litigation arising from mergers and acquisitions, structured finance, and debtholder rights matters.

Well versed in the procedures and nuances of effective litigation and complex investment structures, we are exceptionally well positioned to maximize returns. Our industry-leading reputation is built on nearly two decades of strong partnerships with institutional and private investment funds representing our clients in high stakes litigation. We have developed and implemented high-yield, value-adding litigation strategies for hedge funds, venture funds, credit-focused funds, mutual funds, investment advisers, private investors, real estate firms, shareholder activists, debtholders, and government entities. Our team has also developed proprietary trading and legal-damages analytical tools that enable us to efficiently assess client opportunities and mitigate risk. By proactively identifying and seizing opportunities for litigation, our group has obtained numerous successful recoveries for our clients.

We are aggressive, experienced, highly proficient, and willing to take any matter to trial when necessary to achieve our clients' strategic goals, while at the same time very skilled and successful at delivering outcomes that maximize value through negotiated resolutions. In addition to being highly effective litigators, we have deep familiarity with the workings of the financial industry, and we bring that familiarity to bear in all of our professional engagements.

Learn more about these core areas within the Securities Litigation Group:

- Class Action Opt-Out/Direct Actions
- Structured Finance Litigation
- Class Action
- Debtholder Litigation

**Representative Matters:**

**Class Action Opt-Out/Direct Actions**

- Representing multi-billion dollar hedge fund in a securities fraud litigation arising under the Securities Exchange Act of 1934 against Mohawk Industries, Inc.

- Representing multi-billion dollar institutional investor in a securities fraud litigation arising under the Securities Exchange Act of 1934 against The Boeing Company.

- Representing Shareholder Representative Services LLC and several shareholders in a securities fraud litigation arising under the Securities Exchange Act of 1934 involving use of inflated stock to acquire the shareholders' former company.



- Represented several investor groups in a lawsuit filed against VEREIT, Inc. (f/k/a American Realty Capital Properties, Inc.) and several of its former senior executives. The dispute stemmed from allegations of accounting fraud and settled favorably.

- Represented sophisticated institutional shareholder in a direct securities fraud action against Petrobras and others related to its alleged bid-rigging and kickback scheme. The matter was settled confidentially before trial.

- Represented several institutional investors in lawsuits against Barrick Gold Corporation related to fraud allegations involving its major South American mining project, Pascua Lama. After quashing the defendant's attempt to have the court dismiss our claims, the matter was settled confidentially.

- Represented fund entities in lawsuits against LendingClub Corporation related to alleged fraud committed by its former CEO and other executives. The matter was settled favorably.

- Represented the largest institutional equity investor in lawsuits alleging securities fraud against MF Global and former New Jersey Governor Jon Corzine.

- Represented Franklin Mutual Advisors in lawsuits alleging securities fraud against multiple companies, including Beazer Homes and AIG.

- Represented Appaloosa Management L.P., Franklin Mutual Advisors, and W.R. Huff Asset Management L.L.C., in lawsuits that arose out of the Adelphia securities scandal. The matter settled favorably.

- Represented Pennant Capital Management in a claim against Ocwen Financial regarding multiple alleged frauds perpetrated on investors. The matter settled favorably on the eve of trial.

**Structured Finance Litigation**

- Successfully won tens of millions of dollars on behalf of certificate holders of commercial mortgage backed securities trusts on appeal before the United States Court of Appeals for the Second Circuit.

- Counsel for a government entity in a $3 billion mortgage-backed securities matter involving fraud and misrepresentation.

- Secured summary judgment motion on behalf of senior certificate holder Appaloosa Management L.P. in a commercial mortgage-backed securities trust in a dispute over allocation of trust monies among certificate holders.

- Representing Appaloosa Management L.P. in claims arising out of commercial mortgage-backed securities that relate to a $5 billion sale of a prominent property in New York City.

- Represented sophisticated borrowers in negotiations and potential litigation against commercial mortgage-backed securities trusts.

- Representing numerous real estate investment firms in matters affecting commercial mortgage-backed securities arising from the COVID-19 pandemic.

- Representing residential mortgage servicer in consumer litigation involving servicing practices.

- Represented a European commercial bank as plaintiff and defendant in connection with multiple claims and lawsuits arising out of structured vehicles and the 2008 financial crisis.

- Represented a major insurance company in connection with fraud claims concerning mortgage-backed securities in New Jersey state court.

- Representing a multi-billion dollar hedge fund in litigation relating to claims arising out of commercial mortgage-backed securities trusts.

**Class Action Litigation**

- Represented an investment fund as lead plaintiff in *Special Situations Fund III, L.P. et al. v. Quovadx, Inc. et al.*, Civil Action No. 04-1006 (D. Colo.).

- Served as lead counsel in *Special Situations Fund III QP, L.P. v. Marrone Bio Innovations, Inc.*, Case No. 14-cv-2571 (E.D. Cal.).

- Served as co-lead counsel in *In re Nortel Networks Corp. Securities. Litigation.*, Civil Action No. 05-MD-1659 (S.D.N.Y.).

- Appointed as co-lead counsel in *In re Electronic Data Systems Corp. Securities Litigation*, Civil Action No. 6:03-MD-1512 (E.D. Tex.).

- Appointed as liaison counsel in *Roofer's Pension Fund v. Papa et al.*, Case No. 16-cv-02805 (D.N.J.).

- Served as co-lead counsel in *In re SFBC Int'l, Inc., Securities & Derivative Litigation*, Civil Action No. 2:06-165 (D.N.J.) .



**Debtholder Litigation**

- Represented a group of senior noteholders and secured $20 million in additional value from the restructuring of an international semiconductor company, Global A&T Electronics Ltd. (GATE).

- Represented sophisticated investment fund challenging nonconsensual third-party releases in bankruptcy plan on constitutional grounds. Litigated matter through appeal to the Court of Appeals for the Third Circuit.

- Represented group of institutions in litigation involving debt instruments issued by Freescale Semiconductor, Inc.

## ATTORNEY BIOGRAPHY



**Thomas E. Redburn, Jr.**
Partner & Chair, Securities Litigation

**E-mail:** tredburn@lowenstein.com
**T:** 973.597.2456
**F:** 973.597.2457

Tom is the Chair of the firm's Securities Litigation practice and has extensive experience representing clients in a wide range of commercial disputes involving securities and complex financial transactions. Tom's practice is focused on representing clients in litigation arising under the Securities Act of 1933 and the Securities Exchange Act of 1934, opt-out cases, fiduciary duty and derivative litigation, state blue sky litigation, shareholder activism, debtholders litigation, structured finance litigation with a focus on mortgage-backed securities, litigation arising from mergers and acquisitions, and other complex litigation.

He has obtained significant victories and recoveries, including representing institutional investors in federal securities law actions arising from disclosures at Marrone Bio Innovations Inc., American Realty Capital Properties Inc. (n/k/a VEREIT Inc.), Barrick Gold Corporation, and Ocwen Financial Corporation. Tom recently defeated a motion to dismiss in a multimillion-dollar securities fraud case and represented a high net worth financial institution in a shareholder derivative suit on behalf of shareholders of TerraForm Power Inc. He represents Appaloosa Investment Limited Partnership I in a highly contested CMBS matter and successfully argued before the Second Circuit an appeal relating to that matter. Tom applied his keen analytical skills to successfully argue in the First Department of New York's Appellate Division on behalf of holders of bonds issued by Global A&T Electronics (GATE), obtaining reinstatement of the bondholders' claims that the company breached its agreement with creditors.

Tom regularly litigates in federal and state courts in New York, New Jersey, Delaware, California, Florida, the District of Columbia, and other jurisdictions all over the United States. He has an active pro bono practice and sits on the board of North Star Academy.

**Education**
- Cornell University Law School (J.D. 1995), magna cum laude; Editor, *Cornell Law Review*
- The Johns Hopkins University (B.A. 1992), with University and Department honors

**Bar Admissions**
- New York
- New Jersey
- U.S. Supreme Court

## ATTORNEY BIOGRAPHY



**Maya Ginsburg**
Counsel, Securities Litigation

**E-mail:** mginsburg@lowenstein.com
**T:** 212.419.5873
**F:** 973.597.2400

Maya's practice focuses on a wide variety of securities litigation matters and complex commercial disputes. She represents both plaintiffs and defendants in cases arising under the Securities Act of 1933 and the Securities Exchange Act of 1934, opt-out cases, fiduciary duty and derivative litigation, state blue sky litigation, shareholder activism, debtholders litigation, structured finance litigation with a focus on mortgage-backed securities, litigation arising from mergers and acquisitions, and other complex litigation. She is an experienced senior litigator who applies her keen problem-solving abilities and acute attention to detail, as well as the insights into the inner workings of the federal courts gained from two clerkships in the Northern District of Illinois and District of Alaska, to high-stakes litigation in federal and state courts nationwide.

Maya successfully argued before the Eastern District of New York and obtained dismissal of a consumer fraud lawsuit brought against a residential mortgage servicer. She has also recently appeared and argued matters before federal and state courts in New York, Delaware, Florida and Minnesota. She currently represents a prominent hedge fund in a highly contested CMBS matter for which she was instrumental in prevailing on appeal in a related matter before the Second Circuit. She also successfully won an appeal in Colorado, which created new law pertaining to third-party witness testimony. Additionally, as counsel for a financial services institution Maya created new law in Delaware Chancery Court pertaining to key witness trial testimony.

Maya is fluent in Hebrew.

**Education**
- The Ohio State University Moritz College of Law (J.D., 2012) cum laude
- Dickinson College (B.A., 2009)

**Bar Admissions**
- New York
- New Jersey
- Ohio

**CORE VALUES**

**OUR CORE VALUES MAKE US DIFFERENT.**
**WHAT MAKES US DIFFERENT MAKES US SUCCESSFUL.**

We are committed deeply to **client service**.

We honor the **trust** others have placed in us.

We are **entrepreneurial**.

We **anticipate** rather than merely respond.

We are **passionate** about everything we do.

We encourage **creativity** to flourish.

We are **generous** with our time and our talent.

We work to **connect** clients and communities.