# EXHIBIT B

**Simone Chriss, Esq.**
*Director of the Transgender Rights Initiative*
*Southern Legal Counsel*

Simone Chriss is a civil rights attorney, and the Director of the Transgender Rights Initiative, at the non-profit public interest organization Southern Legal Counsel (SLC). Chriss graduated from the University of Florida Levin College of Law, where she received her J.D. with honors. Chriss developed the organizations' Transgender Rights Initiative in 2016 to fill a gap in access to justice for the transgender community in Florida by systemically providing assistance in areas such as access to legal name and gender marker changes, obtaining accurate IDs, protection from discriminatory laws and policies, representation in accessing a safe and affirming school and work environment, and more.

Chriss utilizes federal impact litigation to challenge discriminatory laws and policies that infringe upon the rights of LGBTQ+ individuals, and is currently lead counsel for SLC on four federal lawsuits against the state of Florida, including *Dekker v. Weida,* Case No. 4:22-cv-00325 (N.D. Fla. 2022), challenging the Florida Agency for Healthcare Administration's (AHCA) discriminatory ban prohibiting Florida's Medicaid program from covering treatments for gender dysphoria; *Jane Doe v. Surgeon General Ladapo,* Case No. 4:23-cv-00114 (N.D. Fla. 2023), challenging SB 254 and the Florida Boards of Medicine rules banning doctors from prescribing medically necessary gender-affirming care to minors; *Cousins v. Grady,* Case No. 6:22-cv-1312 (M.D. Fla. 2022), challenging the Florida law known as "Don't Say Gay;" and *Claire v. Florida Department of Management Services,* 4:20-cv- 00020 (N.D. Fla. 2020), challenging the state of Florida's blanket exclusion of gender- affirming care in all health insurance plans offered to state employees.

Chriss was selected by the National LGBTQ+ Bar as one of the "40 Best LGBTQ+ Lawyers Under 40" for 2022, and received the "Voice for Equality" award in 2021 from Equality Florida.

Chriss conducts LGBTQ+ cultural competency trainings and transgender rights trainings statewide and nationally, and presents legal name and gender marker change workshops throughout Florida to assist transgender folks with accessing legal authenticity. Further, she works statewide to ensure all LGBTQ+ students in Florida have access to a safe and affirming learning environment. This work has resulted in tremendous success for students across the state in obtaining access to bathrooms aligned with their gender identity, consistent use of affirmed name and pronouns, and much more. Chriss also works with the UF Health Youth Gender Program through a Medical Legal Partnership ("MLP") to screen transgender youth and families for social determinants of health and provides free legal assistance to address health-harming legal needs.

Chriss is a member of The Florida Bar, and the bars of the U.S. Northern, Middle, and Southern District Courts of Florida. Chriss is a member of the Executive Council of the Public Interest Law Section of the Florida Bar, as well as the Section's Children's Rights Committee and Advocacy Committee, and she was appointed to the Florida Bar's Standing Committee on Diversity and Inclusion. Chriss also serves as an Attorney ad Litem for the Eighth Judicial Circuit's registry for dependent children with special needs.

# SIMONE CHRISS

1229 NW. 12TH AVE. | Gainesville, FL 32601
(352) 271-8890 | simone.chriss@southernlegal.org

---

**PROFESSIONAL EXPERIENCE**

**Southern Legal Counsel, Inc.,** Gainesville, Fl.
*Attorney, Director of Transgender Rights Initiative* (August 2016–present)
Civil rights attorney at a Florida statewide not-for-profit public interest law firm dedicated to the ideal of equal justice for all and the attainment of basic human and civil rights. Director of statewide Transgender Rights Initiative, developed to bridge the gap in access to justice by systemically providing assistance to the transgender community in areas such as access to name and gender marker changes, representation in educational proceedings, protection from discriminatory policies, and more. Utilize a broad range of strategies to bring about systemic reform, including litigation, policy advocacy, and training and technical assistance to lawyers, lay persons and organizations. Lead federal impact litigation against the state of Florida challenging discriminatory laws and policies, including *Dekker v. Weida*, Case No. 4:22-cv-00325 (N.D. Fla. 2022), challenging the Florida Agency for Healthcare Administration's (AHCA) discriminatory ban prohibiting Florida's Medicaid program from covering treatments for gender dysphoria; *Jane Doe v. Surgeon General Ladapo*, Case No. 4:23-cv-00114 (N.D. Fla. 2023), challenging SB 254 and the Florida Boards of Medicine rules banning doctors from prescribing medically necessary gender-affirming care to minors; *Cousins v. Grady*, Case No. 6:22-cv-1312 (M.D. Fla. 2022), challenging the Florida law known as "Don't Say Gay;" and *Claire v. Florida Department of Management Services*, 4:20-cv- 00020 (N.D. Fla. 2020), challenging the state of Florida's blanket exclusion of gender-affirming care in all health insurance plans offered to state employees.

**Gator TeamChild Juvenile Law Clinic**, Gainesville, Fl.
*Certified Legal Intern; Advanced Certified Legal Intern*, (2015 – 2016)
Provided pro bono legal services to children in delinquency cases, dependency cases, and educational issues. As a full service law clinic, collaborated with social workers, mental health professionals, the Guardian ad Litem program, and school personnel to provide holistic representation.

**Research Assistant**, **University of Florida Levin College of Law**, Gainesville, Fl.
*R.A. to Director of Social Policy Division, Center for Governmental Responsibility* (Fall 2015)
Conducted legal research and analysis of effects on children of cumulative exposure to trauma for Law Review article analyzing intersection of trauma-informed and gender-specific educational programs.

**Southern Legal Counsel, Inc.,** Gainesville, Fl.
*Equal Justice Works Americorps JD Fellow*, (Summer 2015)
Conducted legal research and prepared memoranda on legal and factual investigation of homelessness issues and education law, including federal and state statutory analysis and in depth case analysis. Assisted in preparation of legal documents and pleadings, and drafted portions of a training manual for public defenders.

**Equality Florida**, Gainesville, Fl.
*Public Policy Summer Legal Extern for non-profit LGBT civil rights organization*, (Summer 2014)
Drafted and edited human rights ordinances to be introduced in various Florida counties, and conducted legal research and prepared memoranda on the litigation history resulting from employment, housing, and public accommodation discrimination laws in the United States.

**EDUCATION**

**University of Florida Levin College of Law**, Gainesville, Fl.
Juris Doctor, *cum laude* (May 2016)

**Book Awards:** Child, Parent, and State (Fall 2014); Juvenile Law Clinic (Spring 2015);

Trial Practice (Fall 2015); Social Justice Lawyering (Fall 2015)

**Honors:** Certificate in Family Law (Spring 2016)
Pro Bono Certificate of Outstanding Achievement (Spring 2016)
Community Service Certificate of Outstanding Achievement (Spring 2016)

**Involvement:** Pro Bono Student Advisory Board
Vice President, Outlaw, Student LGBT Organization
Executive Advisory Board, University of Florida American Constitution Society
Law and Justice Conference Volunteer; Youth Summit Volunteer
Student Recruitment Team, Diversity Outreach Coordinator
Gator Law Mentor Program

**University of Florida,** Gainesville, Fl.
Bachelor of Science in Family, Youth, and Community Sciences, *cum laude* (August 2012)

## BAR ADMISSIONS

The Florida Bar
U.S. District Court of Florida for the Northern District
U.S. District Court of Florida for the Middle District
U.S. District Court of Florida for the Southern District

## PUBLICATIONS

Co-Author, *The Imperative for LGBTQ+ Inclusive Medical Education*, The Society for General Internal Medicine, Medical Education: Part 1, Volume 45, Number 7 (July 2022).

Co-Author, *After Obergefell v. Hodges: The Continuing Battle Over Equal Rights for Sexual Minorities in the United States*, (December 1, 2015). GenIUS, December 2015, at 18; University of Florida Levin College of Law Research Paper No. 16-4. Available at SSRN: https://ssrn.com/abstract=2710969.

Co-Author, *The Case for Trauma-Informed, Gender-Specific Prevention & Early Intervention Programming in Reducing Female Juvenile Delinquency in Florida*, 12 Nw. J. L. & Soc. Pol'y. 1 (February, 2017). Available at: http://scholarlycommons.law.northwestern.edu/njlsp/vol12/iss2/1.

Contributor, *Jailbirds in the Sunshine State: Defending Crimes of Homelessness* (May 2016), Southern Legal Counsel

## AWARDS

Recipient of Equality Florida 2021 Voice for Equality Award (May 2021)

Recipient of National LGBTQ+ Bar Association's "40 Best LGBTQ+ Lawyers Under 40" (July 2022)

Recipient of Spektrum Health's "Advocate of the Year" award (June 2023)

**PROFESSIONAL SERVICE**

Attorney ad Litem for the Eighth Judicial Circuit's Registry for Dependent Children with Special Needs (2016-Present)

The Public Interest Section of The Florida Bar (2016 – Present)
    Member of the Executive Council
    Chair of Children's Rights Committee
    Member of the Advocacy Committee

Appointed to The Florida Bar's Standing Committee on Diversity and Inclusion (2018-2021)

Member of the National LGBTQ+ Bar Association (2020-present)

Member of the Florida LGBTQ+ Statewide Leaders Coalition (2020-present)

Eighth Judicial Circuit Bar Association Mentoring Program (2019-present)
    Mentor for EJCBA Mentoring Program
    Pro Bono Coordinator for EJCBA Mentoring Program

Alachua County System of Care member (2016 - present)

The Council of Parent Attorneys and Advocates (COPAA) (2017 – Present)

LGBTQ+ Child-Welfare Task Force member (2017 - present)


**SELECTED PRESENTATIONS / TRAININGS**

"Upending the Standard of Care for Trans Youth: Florida's Proposed Laws Criminalizing Gender-Affirming Care for Minors" (April, 2023)
American Constitution Society Panel Discussion (South Florida)

"The Criminalization of Gender-Affirming Healthcare" (April 2023)
American Federation of Teachers 2023 Lawyers' Conference (Washington, D.C.)

"Legal Rights of LGBTQ+ Youth and Parents in the Current Legal Landscape" (February 2023)
All Together Now Conference, Equality Florida (Orlando, Florida)

"Litigation Trends in the Criminalization of Gender-Affirming Healthcare" (December 2022)
Training for the Ohio Public Defenders, 2022 Training Summit

"Leveraging Legal Skills to Help LGBTQ+ Youth at the Local Level" (July 2022)
Lavender Law Conference, Los Angeles California

Eighth Judicial Circuit Bar Association, Diversity Roundtable, *"LGBTQ+ Inclusivity"* (April 2022)
Keynote Speaker for annual diversity roundtable for EJCBA.

"Barriers to Access to Justice for the LGBTQ+ Community in Florida" (March 2022)
Training for the Public Interest Law Section of the Florida Bar, Access to Justice Series

"The Dynamic and Complex Legal Landscape for LGBTQ+ Students Rights" (February 2022)
Speaker at the 2022 All Together Now Conference, attended Florida School District leadership

"LGBTQ Cultural Competency & Best Practices for Serving the Trans Community" (February 2022)
Training for National Council of Incarcerated & Formerly incarcerated Women and Girls

"Health Inequalities, Disparities, and the Legal Landscape for Transgender Rights" (November, 2021)
Panelist for University of Florida College of Pharmacy and College of Law Transgender Awareness Week panel

"Gender Advancement Project: 2021 Name and Gender Marker Change Clinic" (November, 2021)
Presented legal name and gender marker change clinic for organizations focused on supporting and uplifting transgender women of color, Divas in Dialogue & Unspoken Treasure Society.

"*Virgil D. Hawkins Civil Clinics Speaker Series:* The Rights of LGBTQ+ Clients" (October 2021)
Speaker for Virgil D. Hawkins Clinics at the University of Florida Levin College of Law

"The Legal Landscape for LGBTQ+ Students' Rights in the 11th Judicial Circuit" (October, 2021)
Guest Lecture for Flagler College, Fall 2021 Constitutional Law course

"The Wave of Anti-Transgender Legislation in 2021" (August 2021)
Presentation for the Gay and Lesbian Lawyers Association (GALLA) and the Miami-Dade Gay & Lesbian Chamber of Commerce

"LGBTQ+ Cultural Competency and Navigating the Legal Name Change Process" (June 2021 and October 2021 and July 2022)
Training for Akerman, LLP, JP Morgan Chase, and Leon Cosgrove pro bono attorneys

"Pride Month 2021: Best Practices for Representing LGBTQ Youth" (June 2021)
Statewide webinar for legal aid and pro bono attorneys throughout Florida.

"Best Practices for Police in Interacting with Transgender Individuals" (June 2021)
Training for Melbourne Police Department, in Melbourne, Florida.

"Directing a Transgender Rights Project & the Legal Landscape for Trans Rights" (May, 2021)
Guest Lecture for Bard College, NY: Course "Gay Rights, Human Rights"

"Pride Month 2020: Best Practices for Representing LGBTQ Clients" (June 2020)
Statewide webinar for legal aid and pro bono attorneys throughout Florida.

"Ethics for Special Education Attorneys" (March 2020)
Breakout session, Council for Parent and Attorney Advocates annual conference. Baltimore, MD.

"LGBTQ Inclusion in Education" (January 2020)
Statewide webinar for 600 educators, school district officials, principals, and social workers throughout Florida's public school system.

"The Legal Needs and Rights of Transgender Youth" (November 2019)
Presenter and Panelist for North Central Chapter Florida Psychological Association Conference

"Lessons from an Innovative Transgender Legal Services Delivery Model in Florida" (July 2019)
Presented on Pro-Track at the Mazonni Transgender Wellness Conference in Philadelphia, PA.

"Best Practices in Advocating for LGBTQ Youth in the Dependency System" (July 2019)
Presenter and panelist at the 2019 Encourage: LGBTQ Training for the Guardian ad Litem Program in Gainesville, FL.

"Representing Transgender Youth in the Dependency System" (May 2019)
Presenter at the 2019 Guardian ad Litem Specialized Advocacy Symposium in Orlando, FL.

"TRANSaction Educational Series: Name and Gender Marker Change Session" (March 2019)
Presenter for the final session in the Bliss Cares' TRANSaction program for transgender individuals transitioning in Central Florida.

"Representing Transgender Youth – Cultural Competency and Advocacy Tips" (March 2019)
Breakout session, Council for Parent and Attorney Advocates annual conference. New Orleans, LA.

"School Issues Faced by Transgender Youth" (January 2019)
Presented to The Florida Bar Education Law Committee at the 2019 Winter Florida Bar meeting. Orlando, FL.

"Know Your Rights – A Guide for TGNC Youth" (November 2018)
Presenter at the Orlando Youth Empowerment Summit (OYES). Orlando, FL.

"Transgender 'Know Your Rights' Townhall – Identification Documents Presentation and Discrimination Panel" (July 2018)
Key Note Speaker, Transgender Independence "Know Your Rights" Town Hall. Orlando, FL.

"Delivering Innovative and Inclusive Legal Services for Transgender Clients" (May 2018)
Breakout session, ABA/NLADA's Equal Justice Conference. San Diego, CA.

"Moving Towards Inclusivity" and "Trans 101: What Housing and Homeless Service Providers Need to Know" (April 2018)
Training for the Housing Services Network of Central Florida. Orlando, FL.

"Obtaining Trauma-Informed Educational Services under the IDEA and Section 504" (March 2018)
Breakout session, Council for Parent and Attorney Advocates annual conference. Monterey, CA.

"Florida Name Change: The Easy Way to Update Your Name and Gender Marker on your Identification Documents" (March 2018)
Official launch of online tool at TransCon 2018 at Barry University in Miami, FL.

"Delivering Innovative and Inclusive Legal Services for Transgender Clients" (December 2017)
Breakout session, National Legal Aid and Defenders Association Conference. *Safeguarding Justice for All*, Washington, D.C.

"Transgender Cultural Competency and Title IX Discrimination" (October 2017)
Guest Lecturer for Social Justice Lawyering, University of Florida Levin College of Law

"Sexual Minorities: The Movement for Equality and Liberation" (October 2017)
Guest Lecturer for Social Justice Lawyering, University of Florida Levin College of Law

"Inclusive Housing and Homeless Services for Transgender Individuals" (October 2017)
Presentation at the 2017 Supportive Housing Summit

"Using the IDEA and Section 504 to Advocate for Trauma-Informed Services" (September 2017)
Special Education Training for legal aid attorneys at Florida Rural Legal Services

"Juvenile Law Seminar – Conditions of Confinement: Issues Concerning Trauma, Youth Development & Legal Rights for Youth in Detention" (June 2017)
Continuing Legal Education presentation to Florida's Juvenile Public Defenders

"Obtaining Trauma-Informed Educational Services Under the IDEA and Section 504 of the Rehabilitation Act" (May 2017)
Presentation at the 2017 Guardian ad Litem Disabilities Conference

"Transgender Name Change and Identification Documents Workshop and Legal Clinic" (March 2017)
Organized and presented legal workshop and pro bono clinic at American Red Cross of Central Florida for the protection of transgender individuals

"Inclusive Legal Services for Transgender Clients" (March 2017)
Continuing Legal Education presentation to Florida's Legal Aid providers

"Transgender Name Change and Identification Documents Workshop and Legal Clinic" (January 2017)
Organized and presented legal workshop and pro bono clinic at Pride Community Center of North Central Florida for the protection of transgender individuals

"The Need for Trauma-Informed Services in Child-Centered Work" (September 2015)
Presentation to Gator Team Child Juvenile Law Clinic at University of Florida Levin College of Law

"Legal Issues Affecting the LGBT Community" (September 2015)
Presentation to PFLAG Gainesville, *Parents, Families, and Friends of Lesbians and Gays of Gainesville*

**LANGUAGES**

Sign Language (fluent); Spanish (basic).