## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### Tallahassee Division

| | |
|---|---|
| JANE DOE, individually and on behalf of her minor daughter, SUSAN DOE, et al., | |
| *Plaintiffs*, | Case No. 4:23-cv-00114-RH-MAF |
| v. | |
| JOSEPH A. LADAPO, M.D., *in his official capacity as Florida's Surgeon General of the Florida Department of Health,* et al., | |
| *Defendants*. | |

## JOINT MOTION FOR ENTRY OF (1) PROTECTIVE ORDER AND (2) HIPAA QUALIFIED PROTECTIVE ORDER AND ORDER TO DISCLOSE PROTECTED HEALTH INFORMATION

Pursuant to Fed. R. Civ. P. 26(c) and other applicable law, the parties to this action jointly move for entry of two orders to facilitate discovery and to govern the use of confidential information and documents. The first is a general protective order and the second is a HIPAA qualified protective order. The parties have discussed

these issues and agreed to the language on the proposed orders attached hereto as Exhibits 1 and 2.[1]

By agreeing to the language of the proposed orders, the parties do not waive any objection they may have to requests for documents or information that would be covered by the proposed orders.

WHEREFORE, the parties jointly request that the Court enter the attached proposed orders.

Respectfully submitted, August 3, 2023.


By: /s/ Thomas E. Redburn, Jr.                    /s/ Michael Beato
**Thomas E. Redburn, Jr.**                         **Michael Beato**
Counsel for Plaintiffs                              Counsel for Medical Defendants

---

[1] This Motion shall apply to Defendants the Boards of Medicine and individual Board Members who are represented by the law firm Holtzman Vogel Baran Torchinsky & Josefiak PLLC only. All other Defendants are not signatories to this Order and thus are not included in any reference to "party," "parties," or "Defendants."

FOR THE PLAINTIFFS:

**LOWENSTEIN SANDLER LLP**
**Thomas E. Redburn, Jr.***
NY Bar No. 5822036
**Maya Ginsburg***
NY Bar No. 5128152
1251 Avenue of the Americas
New York, NY 10020
(212) 262-6700
tredburn@lowenstein.com
mginsburg@lowenstein.com

**SOUTHERN LEGAL COUNSEL**
**Simone Chriss**
Florida Bar No. 124062
**Chelsea Dunn**
Florida Bar No. 1013541
1229 NW 12th Avenue
Gainesville, FL 32601
(352) 271-8890
Simone.Chriss@southernlegal.org
Chelsea.Dunn@southernlegal.org

**HUMAN RIGHTS CAMPAIGN**
**FOUNDATION**
**Cynthia Cheng-Wun Weaver***
NY No. 5091848
**Jason Starr***
NY No. 5005194
**Ami Patel***
CA No. 325647
1640 Rhode Island Avenue NW
Washington, D.C. 20036
(202) 993-4180
Cynthia.Weaver@hrc.org
Jason.Starr@hrc.org
Ami.Patel@hrc.org

**NATIONAL CENTER FOR**
**LESBIAN RIGHTS**
**Christopher F. Stoll***
CA Bar No. 179046
**Kelly Jo Popkin***
NY Bar No. 5698220
National Center for Lesbian
Rights
870 Market Street, Suite 370
San Francisco, CA 94102
Tel. 415-365-1320
cstoll@nclrights.org
kpopkin@nclrights.org

**GLBTQ LEGAL ADVOCATES**
**& DEFENDERS**
**Jennifer Levi***
**Chris Erchull***
18 Tremont, Suite 950
Boston, MA 02108
(617) 426-1350
jlevi@glad.org
cerchull@glad.org

* Admitted by *pro hac vice*

***Counsel for Plaintiffs***

FOR THE MEDICAL DEFENDANTS:

Mohammad O. Jazil (FBN 72556)
Gary V. Perko (FBN 855898)
Michael Beato (FBN 1017715)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St., Suite 500
Tallahassee, FL 32301
(850) 270-5938
mjazil@holtzmanvogel.com
gperko@holtzmanvogel.com
mbeato@holtzmanvogel.com

***Counsel for Medical Defendants***