**Feminizing Medications for Patients with Gender Dysphoria**

**Patient Information and Informed Consent**

Before starting or continuing treatment with hormones or hormone antagonists, you need to be aware of the effects and possible risks associated with use of these medications.

Your prescribing physician will make a medical decision in consultation with you about the medications that are best for you, keeping in mind your overall health during the treatment process. Your prescribing physician will discuss with you all of the available information relating to hormone therapy. You are asked to read and understand the following information and to discuss any questions you have with your prescribing physician.

After your questions or concerns are addressed and you have decided to start or continue treatment with hormones or hormone antagonists, you must initial the statements below and sign this form in person with your prescribing physician.

Medical treatment of people with gender dysphoria is based on very limited, poor-quality research with only subtle improvements seen in some patient's psychological functioning in some, but not all, research studies. This practice is purely speculative, and the possible psychological benefits may not outweigh the substantial risks of medical treatments and, in many cases, the need for lifelong medical treatments.

**What are the different medications that can feminize one's appearance?**

Treatment with hormones is called hormone replacement therapy or HRT. HRT will require taking estrogen, as well as medicines to block the body from producing or utilizing testosterone. Use of these medications, even when the criteria listed below are followed, does not have U.S. Food and Drug Administration (FDA) approval and its use to treat gender dysphoria is considered "off label" because they are not being used for their intended purpose

Different forms of estrogen are used to feminize a person's appearance. Estrogen can be given as an injection either weekly or every other week, as a pill that is taken daily or twice a day, or as a patch that is changed weekly or every three or four days.

---

**Please initial below to acknowledge your understanding of the information on this page.**

| Patient |
|---|
|  |

Medications that block the production or effects of testosterone are called androgen blockers. Spironolactone is the androgen blocker that is most commonly used in the United States. In some cases, Bicalutamide, an antiandrogen, is used to block the effects of testosterone, though it will not reduce testosterone levels. Bicalutamide (brand name Casodex) is a cancer drug approved for the treatment of prostate cancer. Fulminant hepatotoxicity, a severe liver injury often resulting in death, has been noted with bicalutamide use.

Cyproterone acetate, a synthetic progestogen with strong antiandrogen activity, is commonly used in many countries. When paired with estrogen, cyproterone acetate is associated with elevated prolactin, decreased HDL cholesterol, and rare meningiomas (tumors). Cyproterone acetate has also been associated with uncommon episodes of fulminant hepatitis.

The administration of finasteride blocks the conversion of testosterone to the more potent androgen dihydrotestosterone. The FDA approved uses of finasteride include the treatment benign prostatic hypertrophy and androgenic alopecia. Finasteride is not recommended for routine use in treating populations with gender dysphoria.

Various forms of progestins may also be used. This class includes micronized bioidentical progesterone (Prometrium) as well as oral medroxyprogesterone acetate (Provera). Although there are anecdotal reports of progesterone use for breast development and mood management, there is currently insufficient evidence that the potential benefits of progesterone administration outweigh the potential risks. There is also a theoretical risk of breast cancer associated with long-term exogenous progesterone.

Every medication has risks, benefits, and side effects that are important to understand before taking. The effects and side effects of medicines used to treat gender dysphoria must be monitored with laboratory studies and regular visits to your prescribing physician to make sure that there are no negative medical or mental health effects.

HRT, the use of androgen blockers and antiandrogens, and the treatment process can affect your mood. Therefore, you must be under the care of a licensed mental health care professional while undergoing treatment.

---

**Please initial below to acknowledge your understanding of the information on this page.**

| **Patient** |
|---|
|  |

**What are my other options if I do not wish to start or continue treatment with hormones, hormone antagonists, or antiandrogens?**

One option available is psychological therapy with a mental health provider. This is recommended regardless of whether or not the person undergoes treatment with hormones, hormone antagonists, or antiandrogens due to the high risk of anxiety, depression, self-harm, and suicide. Other options may be discussed with your prescribing physician.

**What are the requirements to receive hormone replacement therapy (HRT)?**

To receive HRT, there are specific requirements that need to be met before and during treatment. These requirements will allow the prescribing physician to monitor your medical and mental health status during treatment. If these requirements are not met, HRT may be discontinued by the prescribing physician.

Before beginning HRT and every two years thereafter, you must undergo a thorough psychological and social evaluation performed by a Florida licensed board-certified psychiatrist or a Florida licensed psychologist. The psychiatrist or psychologist must submit a letter to the prescribing physician confirming this.

---

**Please initial below to acknowledge your understanding of the information on this page.**

| Patient |
|---|
|  |

The specific requirements for you to receive and continue HRT treatment include the following:

1. Has met the criteria for gender dysphoria in the current Diagnostic and Statistical Manual of Mental Disorders or International Classification of Diseases;
2. Mental health and physical conditions that could negatively impact the outcome of treatment have been assessed, with risks and benefits discussed;
3. Demonstrates capacity to consent for the specific gender dysphoria hormone treatment;
4. Does not suffer from psychiatric comorbidity that interferes with the diagnostic work-up or treatment;
5. Has psychological and social support during treatment;
6. Demonstrates knowledge and understanding of the risks, benefits, and expected outcomes of HRT as well as the medical and social risks and benefits of sex reassignment surgery; and
7. Understands the effect of hormone treatment on reproduction and they have explored reproductive options;

The following may also be recommended by your prescribing physician:

1. Undergoes an in-person evaluation by the prescribing physician or their designated covering physician every 3 months for the initial year and at least annually thereafter;
2. Undergoes a suicide risk assessment by a licensed mental health care professional at least every 3 months for the initial year and at least annually thereafter;
3. Undergoes relevant laboratory testing at least every 6 months;
4. Annual bone density scan (DEXA) once a year for the first 5 years to allow monitoring of your bone density (bone strength) during treatment, which can be altered by HRT;
5. Annual mental health assessments by a board-certified Florida licensed psychiatrist or psychologist; and
6. Continued counseling with a licensed mental health care professional during the treatment period, with the frequency recommended by the licensed mental health care professional.

---

**Please initial below to acknowledge your understanding of the information on this page.**

| Patient |
|---|
|   |

**Please initial each statement on this form to show that you understand the benefits, risks, and changes associated with taking feminizing medications.**

**Effects of Feminizing Medications**

| Patient | Statement |
|---|---|
| | Feminizing medications, including estrogen, androgen blockers, or antiandrogens, given singularly or in combination, may be prescribed to make me appear less like a male and more like a female. |
| | It can take several months or longer for the effects of feminizing medications to become noticeable and no one can predict how fast or how much change will occur. |
| | This treatment will not change my biological sex or chromosomes. |
| | If I take estrogen, the following changes in my breasts will occur:<br>• Breasts will develop but will not reach their full size for several years<br>• Breasts will remain even if estrogen treatment is discontinued<br>• A milky discharge from the nipples may appear, which should be reported to my prescribing physician<br>• My risk of breast cancer may significantly increase |
| | If I take feminizing medications, my body will make less testosterone, which may affect my sex life in different ways, including:<br>• My testicles may shrink<br>• My penis may never fully develop, particularly if I previously took puberty blockers<br>• I will have fewer spontaneous erections<br>• My sperm may no longer mature causing infertility which may be permanent even if treatment is discontinued, the risk of which is increased if I took puberty blockers prior to starting feminizing medications<br>• Conversely, it is possible that my sperm could still mature while taking feminizing medications and I may cause someone to get pregnant |
| | The options for sperm banking have been explained. |
| | If I take feminizing medications, some parts of my body will not change much, including:<br>• If present, my facial hair may grow more slowly, but it will not go away completely even after taking feminizing medications for many years<br>• If present, my body hair may grow more slowly, but it will not go away completely even after taking feminizing medications for many years<br>• If I went through puberty and have a deep voice, the pitch of my voice will not rise and my speech patterns will not become more like a woman's<br>• If present, my Adam's apple will not shrink |

DH5082-MQA (Rev. 06/23)
Rules 64B8ER23-8 and 64B15ER23-10

| Patient | Statement |
|---|---|
| | Even if I stop taking feminizing medications, the following changes may occur:<br>• My body fat may be redistributed with less fat on the abdomen and more on the buttocks, hips, and thighs creating a more female shape<br>• I may have decreased muscle mass and strength in the upper body<br>• My skin may become softer |
| | Mood changes may be caused by these medicines, and I will continue therapy with a licensed mental health care professional during treatment. |
| | Using these medicines to feminize my body is an off-label use of the medications. This means these medications are not approved by the FDA for this purpose. I know that the medicine and dose that is recommended is based solely on the judgment and experience of my prescribing physician and there is no data in the medical literature or controlled research studies that support the timing, dosing, and type of administration of feminizing medications. |

**Risks of Feminizing Medications**

| Patient | Statement |
|---|---|
| | The medical effects and the safety of taking femininizing medications are not completely known and there may be unknown long-term risks. |
| | Taking femininizing medications causes changes that other people will notice. |
| | Treatment with femininizing medications will not prevent serious psychiatric events, including suicide. |
| | I must not take more feminizing medication than prescribed. Taking too much medication:<br>• Will increase health risks<br>• Will not make changes happen more quickly or more significantly |
| | Taking feminizing medication can damage the liver and possibly lead to liver disease. |

**Risks of Estrogen**

| Patient | Statement |
|---|---|
| | Estrogen **SHOULD NOT** be used by anyone who has:<br>• Any estrogen-dependent cancer<br>• Any disorder that makes them more likely to get blood clots that could travel to the lungs unless they are also taking blood thinners and are being followed by a specialist |
| | Estrogen should be used **WITH CAUTION** and only after a full discussion of risks by anyone who:<br>• Has a family history of breast cancer or other cancers that grow more quickly when estrogens are present<br>• Has a family history of heart disease |

|  |  |
|---|---|
|  | <ul><li>Has diabetes</li><li>Has chronic hepatitis or other liver disease</li><li>Has high levels of cholesterol</li><li>Has migraines or seizures</li><li>Is obese</li><li>Smokes cigarettes or uses tobacco products</li></ul> |
|  | Taking estrogen increases the risk of blood clots and problems with blood vessels that can result in:<ul><li>Chronic problems with veins in the legs, which may require surgery</li><li>Heart attack which may cause permanent heart damage or death</li><li>Pulmonary embolism (blood clot in the lungs), which may cause permanent lung damage or death</li><li>Stroke, which may cause permanent brain damage or death</li></ul> |
|  | The risk of blood clots while take estrogen is much greater if you smoke cigarettes. The danger is so high that you should stop smoking completely while taking estrogen. |
|  | Taking estrogen can increase the deposits of fat around internal organs, which increases the risk for diabetes and heart disease, which in turn increases the risk of heart attack and stroke. |
|  | Taking estrogen can raise blood pressure, which increases the risk of heart attack and stroke. |
|  | Taking estrogen increases the risk of gallstones (stones in the gallbladder). Any long-term abdominal pain you experience while taking estrogen must be reported to your prescribing physician. |
|  | Taking estrogen increases the risk of elevated prolactin levels and prolactinomas, which are non-cancerous tumors of the pituitary gland. While not typically life threatening, prolactinomas can damage your vision and cause headaches if not treated properly. Any changes in your vision, the occurrence of headaches that are worse when waking up in the morning, or any milky discharge from the nipples must be reported to your prescribing physician. |
|  | Taking estrogen can cause nausea and vomiting. Any long-term nausea or vomiting must be reported to your prescribing physician. |
|  | Taking estrogen can cause migraines or can make them worse if you already have them. |
|  | Taking estrogen can cause hot flashes. |
|  | Taking estrogen can cause you to feel tired and have difficulty focusing. |

**Risks of Androgen Blockers and Antiandrogens (Spironolactone and Bicalutamide)**

| Patient | Statement |
|---|---|
| | Taking Spironolactone affects the balance of water and salt in the kidneys, which may:<br>• Increase the amount of urine produced by your kidneys, making it necessary to urinate more frequently<br>• Increase your thirst<br>• Increase your risk of dehydration, which can be evidenced by less frequent urination than usual, dark and strong-smelling urine, thirst, and light-headedness |
| | Taking Spironolactone affects the balance of potassium in the kidneys, which may result in you experiencing high potassium levels resulting in:<br>• Changes in heart rhythms that may be life threatening<br>• Low blood pressure, which can cause:<br>  o Fatigue<br>  o Lightheadedness<br>  o Tingling feelings<br>  o Muscle weakness<br>  o Shortness of breath<br>• Your need for regular blood tests to monitor risks while on the medication |
| | Taking Bicalutamide may cause numerous side effects which should be reported to your prescribing physician, including:<br>• Hot flashes or flushing<br>• Bone, back, or pelvic pain<br>• Muscle weakness<br>• Muscle or joint pain<br>• Headaches<br>• Shortness of breath<br>• Chest pain<br>• Elevated blood pressure<br>• Swelling of the hands, feet, ankles, or lower legs<br>• Cough<br>• Constipation<br>• Nausea<br>• Vomiting<br>• Abdominal pain<br>• Diarrhea<br>• Gas<br>• Changes in weight (loss or gain)<br>• Loss of appetite |

|   |   |
|---|---|
|   | <ul><li>Dizziness</li><li>Pain, burning, or tingling in the hands or feet</li><li>Difficulty sleeping</li><li>Feeling of uneasiness or dread</li><li>Rash</li><li>Sweating</li><li>Need to urinate frequently during the night</li><li>Bloody urine</li><li>Painful or difficult urination</li><li>Frequent and urgent need to urinate</li><li>Difficulty emptying bladder</li><li>Painful or swollen breasts</li><li>Yellowing of the skin or eyes</li><li>Pain in the upper right part of the abdomen</li><li>Extreme tiredness</li><li>Unusual bleeding or bruising</li><li>Lack of energy</li><li>Upset stomach</li><li>Loss of appetite</li><li>Flu-like symptoms</li><li>Dull or sharp side pain</li></ul> |

**Requirements of Treatment with Feminizing Medications**

| Patient | Statement |
|---|---|
|   | Compliance with the requirements explained above is a prerequisite for you to receive treatment with feminizing medications. |
|   | The prescribing physician may stop prescribing feminizing medications if the prescribing physician or mental health care professionals providing treatment pursuant to this consent determine the benefit of treatment no longer outweighs the risks, there is insufficient social or psychological support, or the requirements in this consent are not met. |
|   | I can change my mind and stop treatment at any time. |

**Prevention of Complications while under Treatment with Feminizing Medications**

| Patient | Statement |
|---|---|
|   | I agree to notify the prescribing physician if I suffer from any side effects during treatment or are unhappy with the treatment in any way, particularly if I have any concerns about worsening signs of depression or anxiety or if I desire to harm myself or attempt suicide. |

|  | I acknowledge that taking feminizing medications is only a part of my overall health, and that a range of preventative health activities are necessary so that remain healthy. These include, but are not limited to:<br>• Monthly breast self-examination (report any new lumps to the prescribing physician)<br>• Regular age-appropriate breast mammograms<br>• Regular age-appropriate prostate examinations<br>• Appropriate immunizations<br>• Regular STI screening depending on my level of risk<br>• HIV prevention depending on my level of risk<br>• Regular physical activity, including resistance exercise for bone health<br>• Healthy eating<br>• Quitting smoking |
|---|---|
|  | The prescribing physician is required to monitor me for any side effects during treatment and may refer me to another physician or specialist for treatment. I agree to go to any physicians and specialists recommended by the prescribing physician. |

**CONSENT:**

**The signature below confirms the following:**

1. The prescribing physician has fully informed me about:
   a. the benefits and risks of taking feminizing medications;
   b. the possible or likely consequences of hormone therapy; and
   c. potential alternative treatments.

2. The information provided to me in this form and by the prescribing physician includes the known effects and risks of treatment with feminizing medications. I know that there may be other unknown short-term and long-term effects or risks which may be irreversible.

3. I have had sufficient time and opportunity to discuss relevant treatment options with the prescribing physician.

4. All my questions have been answered to my satisfaction by the prescribing physician.

5. I know enough to give informed consent for me to take, refuse, or postpone taking feminizing medications.

6. The Florida Board of Medicine or the Florida Board of Osteopathic Medicine requires that your prescribing physician provide this form in accordance with section 456.52, F.S. This form contains information required to be disclosed to you by Florida law and does not necessarily reflect the views or opinions of your physician.

7. My signature below attests to my consent to begin treatment with feminizing medications.

_____
Patient's printed name (required)


_____       _____
Patient's signature (required)                                                          Date

**PRESCRIBING PHYSICIAN SIGNATURE:**

My signature below attests to my compliance with section 456.52, Florida Statutes.

_____
Prescribing physician's printed name (required)

_____       _____
Prescribing physician's signature (required)            Date

**WITNESS:**

_____
Witness' printed name (required)

_____       _____
Witness' signature (required)                           Date

**FOR PATIENTS WHOSE PRIMARY LANGUAGE IS NOT ENGLISH:**

I certify that I am fluent in English and in the native language of the person indicating consent on the above form. I certify that I have accurately and completely interpreted the contents of this form, and that the patient has indicated understanding of the contents of this form.

_____
Interpreter's printed name

_____       _____
Interpreter's signature                                 Date