IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

JANE DOE, individually and on behalf
of her minor daughter, SUSAN DOE,
et al.,

                                                                   Civil No. 4:23-cv-00114-RH-MAF

      Plaintiffs,

          v.

JOSEPH A. LADAPO, *in his official capacity*
 *as Florida's Surgeon General*
*of the Florida Department of Health*,
et al.,

      Defendants.
_____/

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY
TO DEFENDANTS' RESPONSE TO PLAINTIFFS' SECOND
MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 27(a)(4) and Local Rule 7.1(I), Plaintiffs Lucien Hamel, Olivia Noel, Kai Pope, and Rebecca Cruz Evia hereby move for leave to file a short Reply, in conformity to Local Rule 7.1, to Defendants' Opposition to Plaintiffs' Second Motion for Preliminary Injunction (ECF 127). Plaintiffs are prepared to file their reply as early as end of the day on August 9 or upon grant of this motion. Plaintiffs believe the Court will be benefited by a Reply particularly given that Defendants' Opposition is the first filing in which Defendants have stated justifications for the restrictions on medical care for transgender adults.

For example, Defendants raise for the first time justifications related to the

1

"physical presence requirement" (ECF 127, at 16-18), the "information in the informed-consent forms" (ECF 127, at 18-24), the "recurring mental-health evaluation" (ECF 127, at 26-27), and the "physician-as-prescriber requirement" (ECF 127, at 27-28). Further, Defendants' Response relies heavily on *L.W. v. Skrmetti*, 73 F. 4th 408 (6th Cir. 2023), citing to the case no less than a dozen times. Plaintiffs seek to address the newly raised justifications and to distinguish the out of circuit case in their Reply.

Plaintiffs conferred with counsel for Defendants regarding their position on this matter on August 9, 2023. Defendants do not oppose the filing of the Reply.

Wherefore, Plaintiffs respectfully request that the Court grant their motion for leave to file a Reply memorandum to Defendants' Response in Opposition to Plaintiffs' Second Motion for Preliminary Injunction.

Respectfully submitted this 9th day of August, 2023.

>*/s/ Simone Chriss*
>**Counsel for Plaintiffs**

**SOUTHERN LEGAL COUNSEL**

<u>By: /s/ Simone Chriss</u>
**Simone Chriss**
Florida Bar No. 124062
**Chelsea Dunn**
Florida Bar No. 1013541
1229 NW 12th Avenue
Gainesville, FL 32601
(352) 271-8890
Simone.Chriss@southernlegal.org
Chelsea.Dunn@southernlegal.org

**LOWENSTEIN SANDLER LLP**

**Thomas E. Redburn, Jr.***
NY Bar No. 5822036
**Maya Ginsburg***
NY Bar No. 5128152
1251 Avenue of the Americas
New York, NY 10020
(212) 262-6700
tredburn@lowenstein.com
mginsburg@lowenstein.com

**NATIONAL CENTER FOR LESBIAN RIGHTS**

**Christopher F. Stoll ***
CA Bar No. 179046
**Kelly Jo Popkin***
NY Bar No. 5698220
National Center for Lesbian Rights
870 Market Street,
Suite 370 San Francisco,
CA 94102 Tel. 415-365-1320
cstoll@nclrights.org
kpopkin@nclrights.org

**GLBTQ LEGAL ADVOCATES & DEFENDERS**

**Jennifer Levi***
**Chris Erchull***
18 Tremont, Suite 950
Boston, MA 02108
(617) 426-1350
jlevi@glad.org
cerchull@glad.org

* Admitted by *pro hac vice*

*Counsel for Plaintiffs*

## CERTIFICATE OF WORD COUNT

Pursuant to Local Rule 7.1(F), the undersigned counsel certifies that, according to Microsoft Word, the word-processing system used to prepare this Motion, there are 283 total words contained within the Motion.

*/s/ Simone Chriss*

## CERTIFICATE OF SATISFATION OF ATTORNEY CONFERENCE REQUIREMENT

Pursuant to Local Rule 7.1(B), counsel for the Plaintiffs conferred with counsel for the Defendants on August 9, 2023. Counsel for Defendants indicated that Defendants do not oppose the relief sought.

## CERTIFICATE OF SERVICE

I hereby certify that, on August 9, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

*/s/ Simone Chriss*
**Simone Chriss**