IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JANE DOE et al.,

    Plaintiffs,

v.                                         CASE NO. 4:23cv114-RH-MAF

JOSEPH A. LADAPO et al.,

    Defendants.

_____/

### ORDER ALLOWING A REPLY MEMORANDUM
### ON THE PRELIMINARY-INJUNCTION MOTION

    The plaintiffs' motion, ECF No. 128, for leave to file a reply memorandum in support of the preliminary-injunction motion is granted. The plaintiffs may file a reply memorandum by August 14, 2023.

    SO ORDERED on August 10, 2023.

                                                  s/Robert L. Hinkle
                                                  United States District Judge