# United States District Court
## CIVIL MINUTES - GENERAL

Date: <u>August 10, 2023</u>   Case No.: <u>4:23cv114-RH</u>
Time: <u>1:00 – 1:26 p.m.</u>

JANE DOE et al. v. JOSEPH A. LADAPO et al.

DOCKET ENTRY: Telephonic Scheduling Conference held. Court recaps current schedule and hears from counsel regarding discovery issues. Ruling by Court: Defense to provide written reports by August 24 and transcripts by September 10. Courtroom deputy will coordinate with counsel a date for oral argument on the motion for class certification.

PRESENT:   **ROBERT L. HINKLE, U. S. DISTRICT JUDGE**

<u>Cindy Markley</u>                     <u>Megan Hague</u>
Deputy Clerk                     Official Court Reporter

ATTORNEYS APPEARING FOR PLAINTIFFS:
Thomas Redburn
Simone Chriss
Chelsea Dunn
Jennifer Levi


ATTORNEYS APPEARING FOR DEFENDANTS:
Mohammad Jazil
Michael Beato
Joseph Hart
Joshua Pratt
William Stafford