**EXHIBIT A**



# Florida Breast and Cervical Cancer Early Detection Program
## Annual Applicant Agreement

The Annual Applicant Agreement (AAA) is used to obtain authorization and information from eligible women enrolled in the Florida Breast and Cervical Cancer Early Detection Program (FBCCEDP). The FBCCEDP will collect participant Protected Health Information (PHI) and Personally Identifiable Information (PII) that is required to provide patient services.

**Please read each statement below and agree by signing at the bottom of the document.**

As an FBCCEDP applicant, I declare that:

1. I am a Florida resident and I want to become a client of the FBCCEDP, and I may withdraw at any time.
2. My net family annual income is at or below 200% of the Federal Poverty Level (FPL) and I have no health insurance that pays for breast and cervical cancer screening exams.
3. I will no longer be eligible for FBCCEDP if my income changes to above 200% of the FPL.
4. I will call FBCCEDP Once I obtain health insurance and give them the name of the health insurance company, policy number and effective date. If my health insurance covers breast and cervical cancer screenings my screenings will no longer be paid for by FBCCEDP.
5. I will disclose any breast or cervical screening services that may impact my eligibility of enrollment in FBCCEDP.
6. I may have a share of cost for some services.
7. I will use an authorized provider for my breast and/or cervical screening examinations (breast exam, mammogram, and/or Pap test).
8. **I agree to complete any follow-up tests within 60 days. If I fail to meet these guidelines, I may be responsible for partial or full cost of all services.**
9. I will allow an exchange and release of my medical information between my health care providers, the FBCCEDP, the Florida Department of Health's Cancer Data Registry, the Centers for Disease Control and Prevention, and others related to my health care. This information could include medical history, examination and procedure results, even if they were not paid by FBCCEDP.
10. I agree to receive home phone, cellphone, email or postal mail contact from FBCCEDP and the Department of Children and Families (DCF) Medicaid Program about my health care.
11. I understand that the FBCCEDP is a breast and cervical cancer **screening** program, not a cancer treatment program.
12. If I am diagnosed with breast or cervical cancer as a result of FBCCEDP screening, I will be referred to DCF Medicaid Program which will determine if I am eligible for Medicaid benefits to cover treatment cost. I can reapply to FBCCEDP for screenings once treatment is completed.
13. This agreement is for **one** year unless my program eligibility changes. If my eligibility status changes <u>or</u> this agreement expires, I may be responsible for services provided during my FBCCEDP ineligible period.
14. **As authorized by federal law, Title 5 U.S. Code section 552a, collection of social security numbers by the Florida Department of Health for the FBCCEDP may be necessary in order to apply for and receive Medicaid benefits.**

**If you have any questions, contact your Regional Coordinator at the local Regional FBCCEDP office:**

Local Regional FBCCEDP: __PASCO__   Phone #: _(727) 619-0369_

_____   _____
Client Signature                                               Date

_____   _____
Printed Name                                                  Date of Birth

Client Email Address: _____



# INITIATION OF SERVICES

**PART I    CLIENT-PROVIDER RELATIONSHIP CONSENT**

Client Name: _____
Name of Agency:  FL. Dept. of Health-FL. Breast & Cervical Cancer Early Detection Program/WISEWOMAN & Premier
Agency Address:  11611 Denton Avenue  Hudson, FL   34667-5420

I consent to entering into a client-provider relationship. I authorize Department of Health staff and their representatives to render routine health care. I understand routine health care is confidential and voluntary and may involve medical visits including obtaining medical history, assessment, examination, administration of medication, laboratory tests and/or minor procedures. I may discontinue this relationship at any time.

**PART II    DISCLOSURE OF INFORMATION CONSENT** (treatment, payment or healthcare operations purposes only)

I consent to the use and disclosure of my health information; including medical, dental, HIV/AIDS, STD, TB, substance abuse prevention, psychiatric/psychological, and case management; for treatment, payment and health care operations.

**PART III    MEDICARE PATIENT CERTIFICATION, AUTHORIZATION TO RELEASE, AND PAYMENT REQUEST** (Only applies to Medicare Clients)

As Client/Representative signed below, I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize the above agency to release my health information to the Social Security Administration or its intermediaries/carriers for this or a related Medicare claim. I request that payment of authorized benefits be made on my behalf. I assign the benefits payable for physician's services to the above-named agency and authorize it to submit a claim to Medicare for payment.

**PART IV    ASSIGNMENT OF BENEFITS** (Only applies to Third Party Payers)

As Client /Representative signed below, I assign to the above-named agency all benefits provided under any health care plan or medical expense policy. The amount of such benefits shall not exceed the medical charges set forth by the approved fee schedule. All payments under this paragraph are to be made to above agency. I am personally responsible for charges not covered by this assignment.

**PART V    COLLECTION, USE OR RELEASE OF SOCIAL SECURITY NUMBER**
(This notice is provided pursuant to Section 119.071(5)(a), Florida Statutes.)

For health care programs, the Florida Department of Health may collect your social security number for identification and billing purposes, as authorized by subsections 119.071(5)(a)2.a. and 119.071(5)(a)6., Florida Statutes. By signing below, I consent to the collection, use or disclosure of my social security number for identification and billing purposes only. It will not be used for any other purpose. I understand that the collection of social security numbers by the Florida Department of Health is imperative for the performance of duties and responsibilities as prescribed by law.

**PART VI    MY SIGNATURE BELOW VERIFIES THE ABOVE INFORMATION AND RECEIPT OF THE NOTICE OF PRIVACY RIGHTS**

_____     _____     _____
Client/Representative Signature         Self or Representative's Relationship to Client         Date

_____     _____
Witness (optional)                     Date

**PART VII    WITHDRAWAL OF CONSENT**

I, _____ WITHDRAW THIS CONSENT, effective _____
        Client/Representative Signature                                                              Date

_____     _____
Witness (optional)                     Date

                                                                           Client Name: _____
                                                                           ID#: _____
Original to file; Copy to client                                           DOB: _____

DH 3204-SSG-09-2019



# Florida Breast and Cervical Cancer Early Detection Program (FBCCEDP)

## FINANCIAL ELIGIBILITY

**Client Name:** _____ **Date of Birth:** _____ **ID#** _____

1. Do you have <u>Medicaid</u>?  ☐ YES  ☐ NO   **OR** Do you have <u>Medicare</u>?  ☐ YES  ☐ NO

2. Do you have any form of <u>health insurance</u>?  ☐ YES  ☐ NO   Name of insurance _____

3. **Number of people in your Household.** _____ (include yourself, spouse or civil union partner, and dependent children)

4. **Net Household Income (After Taxes):** $ _____ Month  **OR**  $ _____ Year

| Family Size | 2023 DOH Scale Monthly Income | 2023 DOH Scale Yearly Income |
|---|---|---|
| 1 | $2,429.91 | $29,159.00 |
| 2 | $3,286.58 | $39,439.00 |
| 3 | $4,143.25 | $49,719.00 |
| 4 | $4,999.91 | $59,999.00 |
| 5 | $5,856.58 | $70,279.00 |
| 6 | $6,713.25 | $80,559.00 |
| 7 | $7,569.91 | $90,839.00 |
| 8 | $8,426.58 | $101,119.00 |
| 9 | $9,283.25 | $111,399.00 |
| 10 | $10,139.91 | $121,679.00 |

I certify that the above information is correct to the best of my knowledge and belief. I give my consent to the Department of Health to make inquiry and verify the information. I understand that I may be prosecuted under state law, if I have deliberately supplied the wrong information.

**NOTE:**

*If I obtain health insurance coverage, while under the FBCCEDP, it is my responsibility to notify the REGIONAL FBCCEDP office as soon as possible.*

**Signature** _____

**Date** _____

If you have any questions, please call the regional coordinator at _____ 727-619-0369 _____ between 8:00 a.m. and 5:00 p.m., Monday through Friday. We will make every effort to return your call in a timely manner.

I further understand that all my screening and diagnostic procedures must be completed within 60 days or payment for these services CANNOT be guaranteed.

DOH-FBCCEDP Revised February 21, 2023