## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

JANE DOE et al.,

      Plaintiffs,

v.                           CASE NO. 4:23cv114-RH-MAF

JOSEPH A. LADAPO et al.,

      Defendants.

_____ /


## ORDER SETTING DEADLINES FOR PRODUCING
## <u>RECORDS OF STATE PROCEEDINGS</u>


At the status conference on August 10, 2023, the parties announced that the defendants have agreed to produce to the plaintiffs transcripts of legislative and administrative materials related to adoption of the challenged statutes and rules. Deadlines for the production were set without objection.

IT IS ORDERED:

1. By August 11, 2023, the defendants must produce links to all the legislative and administrative proceedings.

2. By August 24, 2023, the defendants must produce the legislative and administrative materials other than transcripts of proceedings.

3. By September 10, 2023, the defendants must produce transcripts of the

legislative and administrative proceedings.

SO ORDERED on August 11, 2023.

s/Robert L. Hinkle
United States District Judge