IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JANE DOE et al.,

    Plaintiffs,

v.                                       CASE NO. 4:23cv114-RH-MAF

JOSEPH A. LADAPO et al.,

    Defendants.

_____/

### ORDER ALLOWING A REPLY MEMORANDUM
### IN SUPPORT OF CLASS CERTIFICATION

The plaintiffs' unopposed motion, ECF No. 137, for leave to file a reply memorandum in support of class certification is granted. The plaintiffs may file a reply memorandum by August 24, 2023.

SO ORDERED on August 21, 2023.

                                            s/Robert L. Hinkle
                                            United States District Judge