IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JANE DOE, et al.,

    Plaintiffs,

v.                                                 Case No. 4:23-cv-00114-RH-MAF

JOSEPH A. LAPADO, et al.,

    Defendants.
_____/

## NOTICE OF SUPPLEMENTAL AUTHORITY

The Surgeon General, the Board of Medicine, the Board of Osteopathic Medicine, and State Attorney Gladson notify this Court that the Eleventh Circuit recently decided *Eknes-Tucker v. Governor of the State of Alabama*, 22-11707. That case, like this case, involves Equal Protection Clause and Substantive Due Process challenges to state regulations of gender dysphoria. The case is attached to this notice for this Court's consideration. N.D. Fla. L. R. 7.1(J).

1

| | |
|---|---|
| Dated: August 22, 2023 | Respectfully submitted by: |
| **Ashley Moody** <br> ATTORNEY GENERAL | /s/ Michael Beato <br> Mohammad O. Jazil (FBN 72556) <br> Gary V. Perko (FBN 855898) |
| /s/ Joseph E. Hart <br> **Joseph E. Hart** (FBN 0124720) <br> COUNSELOR TO THE ATTORNEY GENERAL <br> Office of the Attorney General <br> The Capitol, Pl-01 <br> Tallahassee, Florida 32399-1050 <br> (850) 414-3300 <br> (850) 410-2672 (fax) <br> Joseph.Hart@myfloridalegal.com | Michael Beato (FBN 1017715) <br> HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC <br> 119 S. Monroe St., Suite 500 <br> Tallahassee, FL 32301 <br> (850) 270-5938 <br> mjazil@holtzmanvogel.com <br> gperko@holtzmanvogel.com <br> mbeato@holtzmanvogel.com |
| *Counsel for the Surgeon General, the Department of Health, and State Attorney Gladson* | *Counsel for the Surgeon General, the Department of Health, the Boards of Medicine, and the individual Board Members* |

## LOCAL RULES CERTIFICATIONS

As required by Local Rule 5.1 and 7.1(J), I certify that this notice contains 74 words and complies with this Court's word count, spacing, and formatting requirements.

/s/ Michael Beato
Michael Beato

## CERTIFICATE OF SERVICE

I certify that, on August 22, 2023, this notice was filed through the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Michael Beato
Michael Beato