UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JANE DOE, et al.,

    Plaintiffs,

vs.                                    Case No. 4:23-cv-00114-RH-MAF

JOSEPH A. LADAPO, et al.,

    Defendants.
_____/

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs, pursuant to N.D. Fla. Local R 7.1(J), file this Notice of Supplemental Authority.

This case is currently under consideration on Plaintiffs' Motion for Preliminary Injunction (ECF 115). During the Scheduling Conference that took place on August 10, 2023, the Court raised a question regarding potential amendment of the Emergency Rules and Informed Consent Forms promulgated by the Medical Defendants in this case, and asked that the parties notify the Court of any such changes.

Pursuant to the Court's request, Plaintiffs file this Notice to inform the Court that Medical Defendants have published revised Emergency Rules and Revised Informed Consent forms for HRT treatment for adult patients with gender

1

dysphoria. (Notice of Emergency Rule No. 64B8ER23-11 and No. 64B15ER23-12, attached hereto as **Exhibits A and B;** and Forms DH5083-MQA (Rev. 08/23) and DH5082-MQA (Rev. 08/23), attached hereto as **Exhibits C and D**).

Dated: August 23, 2023              Respectfully submitted,

                                    */s/ Simone Chriss*
                                    **Counsel for Plaintiffs**

**SOUTHERN LEGAL COUNSEL**

<u>By: /s/ Simone Chriss</u>
**Simone Chriss**
Florida Bar No. 124062
**Chelsea Dunn**
Florida Bar No. 1013541
1229 NW 12th Avenue
Gainesville, FL 32601
(352) 271-8890
Simone.Chriss@southernlegal.org
Chelsea.Dunn@southernlegal.org

**LOWENSTEIN SANDLER LLP**

**Thomas E. Redburn, Jr.***
NY Bar No. 5822036
**Maya Ginsburg***
NY Bar No. 5128152
1251 Avenue of the Americas
New York, NY 10020
(212) 262-6700
tredburn@lowenstein.com

mginsburg@lowenstein.com

**NATIONAL CENTER FOR LESBIAN RIGHTS**

**Christopher F. Stoll ***
CA Bar No. 179046
**Kelly Jo Popkin***
NY Bar No. 5698220
National Center for Lesbian Rights
870 Market Street,
Suite 370 San Francisco,
CA 94102 Tel. 415-365-1320
cstoll@nclrights.org kpopkin@nclrights.org

**GLBTQ LEGAL ADVOCATES**

**& DEFENDERS**

**Jennifer Levi***
**Chris Erchull***
18 Tremont, Suite 950
Boston, MA 02108
(617) 426-1350
jlevi@glad.org cerchull@glad.org

**HUMAN RIGHTS CAMPAIGN FOUNDATION**
**Cynthia Cheng-Wun Weaver***
NY No. 5091848
**Jason Starr*** NY No. 5005194
**Ami Patel*** CA No. 325647
1640 Rhode Island Avenue NW
Washington, D.C. 20036
(202) 993-4180
Cynthia.Weaver@hrc.org
Jason.Starr@hrc.org
Ami.Patel@hrc.org

* Admitted by *pro hac vice*

*Counsel for Plaintiffs*

## CERTIFICATE OF WORD COUNT

Pursuant to Local Rule 7.1(F) and 7.1(J), the undersigned counsel certifies that, according to Microsoft Word, the word-processing system used to prepare this Notice, there are 147 total words contained within the Notice.

*/s/ Simone Chriss*
**Simone Chriss**

## CERTIFICATE OF SERVICE

I hereby certify that, on August 23, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

*/s/ Simone Chriss*
**Simone Chriss**
