# United States District Court
## CIVIL MINUTES - GENERAL

Date: <u>September 1, 2023</u>  Case No.: <u>4:23cv114-RH</u>
Time: <u>3:00 – 4:51 p.m.</u>

JANE DOE et al. v. JOSEPH A. LADAPO et al.

DOCKET ENTRY:  Motions Hearing Held (by video)

Court hears argument of counsel on plaintiffs' motions for preliminary injunction and to certify class. Ruling by Court: Plaintiffs will file medical information for specific plaintiffs for whom injunction is sought. Defense will have an opportunity to respond. An order will follow.

PRESENT: **ROBERT L. HINKLE, U.S. DISTRICT JUDGE**

<u>Cindy Markley</u>  <u>Donna Boland</u>
Deputy Clerk  Official Court Reporter

Attorneys for Plaintiffs:  Attorneys for Defendants:
Thomas Redburn  Mohammad Jazil
Jennifer Levi  William Stafford
Simone Chriss
Chelsea Dunn

PROCEEDINGS:

| Time | Event |
|---|---|
| 3:00 | Court in session |
| 3:02 | Plaintiff argues motion for preliminary injunction (Levi) |
| 3:23 | Plaintiff argues motion for class certification (Redburn) |
| 3:35 | Response by defense (Jazil) |
| 4:09 | Rebuttal by plaintiffs (Levi) |
| 4:10 | Rebuttal by plaintiffs (Redburn) |
| 4:13 | Rebuttal by plaintiffs (Levi) |
| 4:22 | Court addresses the parties and hears from parties regarding proceeding with trial |
| 4:39 | Ruling by Court: Plaintiffs will file medical information for specific plaintiffs for whom injunction is sought. Defense will have an opportunity to respond. |
| 4:51 | Court adjourned |