## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### Tallahassee Division

JANE DOE, individually and on behalf
of her minor daughter, SUSAN DOE,
et al.,

        *Plaintiffs*,

    v.

JOSEPH A. LADAPO, M.D., *in his
official capacity as Florida's Surgeon
General of the Florida Department of
Health,* et al.,

        *Defendants*.

Case No. 4:23-cv-00114-RH-MAF

## JOINT MOTION FOR ENTRY OF (1) PROTECTIVE ORDER AND (2) HIPAA QUALIFIED PROTECTIVE ORDER AND ORDER TO DISCLOSE PROTECTED HEALTH INFORMATION

Pursuant to Fed. R. Civ. P. 26(c) and other applicable law, the parties to this action jointly move for entry of two orders to facilitate discovery and to govern the use of confidential information and documents. The first is a general protective order and the second is a HIPAA qualified protective order. The parties have discussed these issues and agreed to the language on the proposed orders attached hereto as Exhibits 1 and 2.

By agreeing to the language of the proposed orders, the parties do not waive any objection they may have to requests for documents or information that would be covered by the proposed orders.

WHEREFORE, the parties jointly request that the Court enter the attached proposed orders.

Respectfully submitted, September 5, 2023.


By: /s/ Thomas E. Redburn, Jr.
**Thomas E. Redburn, Jr.**
Counsel for Plaintiffs

/s/ Joseph E. Hart
**Joseph E. Hart**
Counsel for Defendants William Gladson, Florida Surgeon General, and Florida Department of Health

FOR THE PLAINTIFFS:

**LOWENSTEIN SANDLER LLP**
**Thomas E. Redburn, Jr.***
NY Bar No. 5822036
**Maya Ginsburg***
NY Bar No. 5128152
1251 Avenue of the Americas
New York, NY 10020
(212) 262-6700
tredburn@lowenstein.com
mginsburg@lowenstein.com

**SOUTHERN LEGAL COUNSEL**
**Simone Chriss**
Florida Bar No. 124062
**Chelsea Dunn**
Florida Bar No. 1013541
1229 NW 12th Avenue
Gainesville, FL 32601
(352) 271-8890
Simone.Chriss@southernlegal.org
Chelsea.Dunn@southernlegal.org

**HUMAN RIGHTS CAMPAIGN**
**FOUNDATION**
**Cynthia Cheng-Wun Weaver***
NY No. 5091848
**Jason Starr***
NY No. 5005194
**Ami Patel***
CA No. 325647
1640 Rhode Island Avenue NW
Washington, D.C. 20036
(202) 993-4180
Cynthia.Weaver@hrc.org
Jason.Starr@hrc.org
Ami.Patel@hrc.org

**NATIONAL CENTER FOR**
**LESBIAN RIGHTS**
**Christopher F. Stoll***
CA Bar No. 179046
**Kelly Jo Popkin***
NY Bar No. 5698220
National Center for Lesbian
Rights
870 Market Street, Suite 370
San Francisco, CA 94102
Tel. 415-365-1320
cstoll@nclrights.org
kpopkin@nclrights.org

**GLBTQ LEGAL ADVOCATES**
**& DEFENDERS**
**Jennifer Levi***
**Chris Erchull***
18 Tremont, Suite 950
Boston, MA 02108
(617) 426-1350
jlevi@glad.org
cerchull@glad.org

* Admitted by *pro hac vice*

***Counsel for Plaintiffs***

FOR THE DEFENDANTS:

**Ashley Moody**
ATTORNEY GENERAL

*/s/ Joseph E. Hart*
**Joseph E. Hart** (FBN 0124720)
COUNSELOR TO THE ATTORNEY GENERAL

PL-01 the Capitol
Tallahassee, FL 32399
Phone: (850) 414-3300
Fax: (850) 410-2672
joseph.hart@myfloridalegal.com

***Counsel for Defendants William Gladson, Florida Surgeon General, and Florida Department of Health***