



## SOUTHERN LEGAL COUNSEL
BALANCING THE SCALES SINCE 1977

1229 N.W. 12th Avenue ◆ Gainesville, Florida 32601-4113 ◆ PHONE (352) 271-8890
FAX (352) 271-8347 ◆ slc@southernlegal.org ◆ www.southernlegal.org

**BOARD OF DIRECTORS**
Seth R. Nelson, Chair
Brianna Chesteen
Dr. Karina Descartin
Marta M. Estevez
William S. Graessle
E. Andrus Healy
Berta E. Hernández-Truyol
Clifford C. Higby
Dr. Harry Krop
Aeriel V. Lane
Marni Lennon
Barbara Bolton Litten
Keith Maynard
Gabriela M. Ruiz
Steven J. Sherman
Ken Thomas
Dr. Jethro Toomer
Barbara J. Walker
Nina Zollo

**ATTORNEYS**
Jodi Siegel, Executive Director
Simone Chriss
Chelsea Dunn
Daniel Marshall

September 5, 2023

Clerk of Court
United States District Court
Northern District of Florida
111 North Adams Street
Tallahassee, Florida 32301
(850) 521-3501

      **RE: *Jane Doe, et al., v. Joseph A. Ladapo, et al.*, Case No. 4:23-cv-000114-RAH-MAF (N.D. Fla. 2023)**

Dear Madam or Sir:

      Pursuant to the direction provided by Judge Hinkle during the Oral Argument Hearing held by Video on September 1, 2023 (ECF 145), Plaintiffs provide the enclosed medical records of the Adult Plaintiffs, on whose behalf the Motion for Preliminary Injunction (ECF 115) was filed, to the Court to be filed under seal. Plaintiffs will be filing a Motion to Seal with this Court imminently.

      Sincerely,

      /s/ Simone Chriss