## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

JANE DOE et al.,

    Plaintiffs,

    v.

JOSEPH A. LADAPO et al.,

    Defendants.

Civil No. 4:23-cv-00114-RH-MAF

## AGREED MOTION AND PROPOSED ORDER FOR LEAVE TO AMEND CASE SCHEDULE

Pursuant to Fed. R. Civ. P. 16(b)(4), Local Civil Rule 6.1 and other applicable law, Plaintiffs hereby move, after consultation and with the consent of the Defendants, for entry of the Proposed Order, attached hereto as Exhibit A, amending the schedule set forth in the parties' Rule 26(f) report (ECF No. 113), the Scheduling Order (ECF No. 117) and the Order for Pretrial Conference (ECF No. 150).

This Motion requests a modification of the schedule due to the recent Eleventh Circuit decision in *Eknes-Tucker v. Governor of the State of Alabama*, No. 22-11707, dated August 21, 2023, as counsel required time to assess the implications of this decision and the extent to which it impacts the present action. In addition, the extension accommodates additional time for the completion of expert depositions

given constraints beyond the parties' control on the availability of some experts for deposition.

The parties have discussed and agreed to the following amendments to the case schedule, which shifts each of the deadlines by approximately two weeks and the trial date by one week:

| Deadline or Event | Current Schedule | Proposed Amended Schedule |
|---|---|---|
| Deadline for completing expert discovery. | September 18, 2023 | October 2, 2023 |
| Deadline for pretrial disclosures (including exhibit and witness lists). | September 22, 2023 | October 12, 2023 |
| Deadline for filing *Daubert* motions for any new (non-*Dekker*) experts. | September 25, 2023 | October 16, 2023 |
| Attorney conference to address pretrial matters | October 2, 2023 | October 16, 2023 |
| Deadline for responses to dispositive or *Daubert* motions. | October 10, 2023 | October 30, 2023 |
| Deadline for motions *in limine* regarding any new (non-*Dekker*) evidence. | October 10, 2023 | October 26, 2023 |
| Deadline for responses to motions *in limine*. | October 16, 2023 | November 2, 2023 |
| Deadline for filing the joint final pretrial statement/order. | October 23, 2023 | November 6, 2023 |

| Deadline for trial briefs. | October 23, 2023 | November 6, 2023 |
|---|---|---|
| Date of final pretrial conference. | First available date on or after October 25, 2023 | First available date on or after November 6, 2023 |
| Trial term begins | November 13, 2023 | November 20, 2023 |
| Estimated length of trial | 2 days | 2 days |
| Jury/Non-Jury | Non-Jury | Non-Jury |
| Mediation | None proposed | None proposed |
| Consent to proceed before a magistrate judge | No | No |

The parties have also agreed to take the deposition of one of Defendants' experts, Dr. Sven Roman, on October 9, 2023 by Zoom. Dr. Roman lives in Europe and has limited availability prior to that date.

Plaintiffs respectfully submit there is good cause for the limited extension of the pretrial schedule set forth herein. Defendants do not oppose the relief sought herein. The parties can also make themselves available for a conference with the Court to discuss scheduling at the Court's convenience.

For the foregoing reasons, the Motion should be granted.

Respectfully submitted this 21st day of September, 2023.

*For Plaintiffs:*

**LOWENSTEIN SANDLER LLP**

*By: /s/ Thomas E. Redburn, Jr.*
**Thomas E. Redburn, Jr.***
New York Bar No. 5822036
**Maya Ginsburg***
New York Bar No. 5128152
1251 Avenue of the Americas
New York, NY 10020
(212) 262-6700
tredburn@lowenstein.com
mginsburg@lowenstein.com

**SOUTHERN LEGAL COUNSEL**
**Simone Chriss**
Florida Bar No. 124062
**Chelsea Dunn**
Florida Bar No. 1013541
1229 NW 12th Avenue
Gainesville, FL 32601
(352) 271-8890
Simone.Chriss@southernlegal.org
Chelsea.Dunn@southernlegal.org

**HUMAN RIGHTS CAMPAIGN FOUNDATION**
**Cynthia Cheng-Wun Weaver***
NY No. 5091848
**Jason Starr*** NY No. 5005194
**Ami Patel*** CA No. 325647
1640 Rhode Island Avenue NW
Washington, D.C. 20036
(202) 993-4180
Cynthia.Weaver@hrc.org
Jason.Starr@hrc.org
Ami.Patel@hrc.org

**NATIONAL CENTER FOR LESBIAN RIGHTS**
**Christopher F. Stoll***
CA Bar No. 179046
**Kelly Jo Popkin***
NY Bar No. 5698220
National Center for Lesbian Rights
870 Market Street, Suite 370
San Francisco, CA 94102
Tel. 415-365-1320
cstoll@nclrights.org
kpopkin@nclrights.org

**GLBTQ LEGAL ADVOCATES & DEFENDERS**
**Jennifer Levi***
MA Bar No. 562298
**Chris Erchull***
MA Bar No. 690555
18 Tremont, Suite 950
Boston, MA 02108
(617) 426-1350
jlevi@glad.org
cerchull@glad.org

* Admitted by *pro hac vice*

*Counsel for Plaintiffs*

*For Defendants:*

**Ashley Moody**
ATTORNEY GENERAL

*/s/ Joseph E. Hart*
**Joseph E. Hart** (FBN 0124720)
COUNSELOR   TO   THE
ATTORNEY GENERAL

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)

Joseph.Hart@myfloridalegal.com

*Counsel for the Surgeon General, the Department of Health, and State Attorney Gladson*

*/s/ Mohammad O. Jazil*
Mohammad O. Jazil (FBN 72556)
Gary V. Perko (FBN 855898)
Michael Beato (FBN 1017715)
Holtzman Vogel Baran
Torchinsky & Josefiak PLLC
119 S. Monroe St., Suite 500
Tallahassee, FL 32301
(850) 270-5938
mjazil@holtzmanvogel.com
gperko@holtzmanvogel.com
mbeato@holtzmanvogel.com

*Counsel for the Surgeon General, the Department of Health, the Boards of Medicine, and the individual Board Members*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on September 21, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

*/s/ Thomas E. Redburn, Jr.*
**Thomas E. Redburn, Jr.**
**Counsel for Plaintiffs**
