# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| JANE DOE et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH A. LADAPO et al., <br><br> Defendants. | Civil No. 4:23-cv-00114-RH-MAF |

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO AMEND CASE SCHEDULE

**THIS MATTER** comes before the Court by the Motion for Leave to Amend Case Schedule.

**IT IS** on this _____ day of _____, 2023,

**ORDERED** that:

The Motion for Leave to Amend Case Schedule is **GRANTED**.

**SO ORDERED**.

_____