IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JANE DOE, et al.,

    Plaintiffs,

v.                                         Case No. 4:23-cv-114-RH-MAF

JOSEPH A. LADAPO, et al.,

    Defendants.
_____/

## THE STATE'S RULE 26(a)(3) DISCLOSURES

Under Federal Rule of Civil Procedure 26(a)(3) and the Court's scheduling order, Doc.150, Surgeon General Ladapo, the Florida Board of Medicine, the Florida Board of Osteopathic Medicine, and State Attorney Gladson (collectively, "the State") provide their Rule 26(a)(3) disclosures.

1. **Witness List**

The State expects to call, or may call, the following witnesses:

| Witness | Will Call | May Call | Deposition |
|---|---|---|---|
| Dr. Dan Karasic | X | | |
| Dr. Stephen Levine | X | | |
| Dr. Sven Roman | X | | |
| Dr. Monica Mortensen | X | | |
| Dr. Jonathan Clemens | X | | |

1

The State reserves the right to call witnesses included on Plaintiffs' witness list. And the State reserves the right to supplement this list, should the district court grant the motion to amend the case schedule. Doc.155.

## 2. Exhibit List

The State submits the following exhibit list. The designation of an exhibit as "may use" does not necessarily mean that the State concedes that the exhibit is admissible if offered by Plaintiffs. The State may use such exhibits for impeachment only or offer them into evidence as appropriate. The State reserves the right to use additional documents for impeachment. The State reserves the right to offer any exhibit identified by Plaintiffs. And the State reserves the right to supplement this list, should the district court grant the motion to amend the case schedule. Doc.155.

| Trial Exhibit Number | Exhibit Description | Will Use | May Use | Stipulated/Plaintiffs' Objections |
|---|---|---|---|---|
| *Dekker* | Any exhibit that was entered into evidence in the *Dekker* trial | | X | |
| DX1 | *Reconsidering Informed Consent for Trans-Identified Children, Adolescents, and Young Adults* | | X | |
| DX2 | Masculinizing Medications for Patients with Gender Dysphoria, Patient Information and Informed Consent | | X | |

2

| | | | | |
|---|---|---|---|---|
| DX3 | Masculinizing Medications for Patients with Gender Dysphoria, Patient Information and Informed Parental Consent and Assent for Minors | | X | |
| DX4 | Puberty Suppression Treatment for Patients with Gender Dysphoria, Patient Information and Informed Parental Consent and Assent for Minors | | X | |
| DX5 | Surgical Treatment for Adults with Gender Dysphoria, Patient Information and Informed Consent | | X | |
| DX6 | Feminizing Medications for Patients with Gender Dysphoria, Patient Information and Informed Consent | | X | |
| DX7 | Feminizing Medications for Patients with Gender Dysphoria, Patient Information and Informed Parental Consent and Assent for Minors | | X | |
| DX8 | Medical Marijuana Consent Form | | X | |
| DX9 | Dr. Roman's CV | X | | |
| DX10 | Dr. Mortensen's CV | X | | |
| DX11 | Dr. Clemens's CV | X | | |

3

| | | | | |
|---|---|---|---|---|
| DX12 | Dr. Levine's CV | X | | |

Dated: September 22, 2023

**Ashley Moody**
ATTORNEY GENERAL

**Joseph E. Hart** (FBN 0124720)
COUNSELOR TO THE ATTORNEY GENERAL
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
Joseph.Hart@myfloridalegal.com

*Counsel for the Surgeon General, the Department of Health, and State Attorney Gladson*

Respectfully submitted by:

/s/ Mohammad O. Jazil
Mohammad O. Jazil (FBN 72556)
Gary V. Perko (FBN 855898)
Michael Beato (FBN 1017715)
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St., Suite 500
Tallahassee, FL 32301
(850) 270-5938
mjazil@holtzmanvogel.com
gperko@holtzmanvogel.com
mbeato@holtzmanvogel.com

*Counsel for the Surgeon General, the Department of Health, the Boards of Medicine, and the individual Board Members*

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2023, the foregoing was filed using the Court's CM/ECF, which will serve a copy to all counsel of record.

/s/ Mohammad O. Jazil
Mohammad O. Jazil