## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

JANE DOE, *et al.,*

    *Plaintiffs*,

    v.                   Case No. 4:23-cv-00114-RH-MAF

JOSEPH A. LADAPO, *et al.*,

    *Defendants.*

_____/

## MOTION TO WITHDRAW AS COUNSEL

JOSEPH E. HART moves to withdraw as counsel of record for the Surgeon General, the Department of Health, and State Attorney Gladson. JAMES H. PERCIVAL will continue to serve as counsel for the Surgeon General, the Department of Health, and State Attorney Gladson. All clients consent to this withdrawal.

**ASHLEY MOODY**
ATTORNEY GENERAL

*/s/ Joseph Hart*
Joseph Hart (FBN 0124720)
COUNSELOR TO THE ATTORNEY GENERAL
Office of the Attorney General

The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
Joseph.hart@myfloridalegal.com

## **LOCAL RULE 7.1(B) CERTIFICATION**

I certify that I have conferred with opposing counsel regarding this motion, and no party objects to this motion.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which provides notice to all parties, on this 29th day of September 2023.

<u>/s/ *Joseph E. Hart*</u>
Joseph E. Hart