# United States District Court
## CIVIL MINUTES - GENERAL

Date: <u>October 4, 2023</u>                                                                 Case No.: <u>4:23cv114-RH</u>
Time: <u>9:59 – 10:12 a.m.</u>

JANE DOE et al. v. JOSEPH A. LADAPO et al.

DOCKET ENTRY: Telephonic Motion Hearing held. Parties discuss schedule. Plaintiffs request additional time to confer with counsel regarding trial dates. Ruling by Court: Parties can coordinate with the courtroom deputy regarding trial date (November 28 or sometime in December) and trial will be set, or an additional telephone conference can be set if necessary. An order will be entered adopting the proposed schedule with the exception of the trial date.

PRESENT:    **ROBERT L. HINKLE, U. S. DISTRICT JUDGE**

<u>Cindy Markley</u>                                               <u>Megan Strawn</u>
Deputy Clerk                                               Official Court Reporter
                                                           District of Wyoming

ATTORNEYS APPEARING FOR PLAINTIFFS:
Simone Chriss
Jennifer Levi
Shannon Minter

ATTORNEYS APPEARING FOR DEFENDANTS:
Gary Perko
Mohammad Jazil
William Stafford