# United States District Court
## CIVIL MINUTES - GENERAL

Date: <u>October 16, 2023</u>  Case No.: <u>4:23cv114-RH</u>
Time: <u>2:59 – 3:31 p.m.</u>

JANE DOE et al. v. JOSEPH A. LADAPO et al.

DOCKET ENTRY: Telephonic Scheduling Conference held. Court addresses status of claims against State Attorney for the 4th Judicial Circuit. Plaintiff advises court that case is only going forward against State Attorney for the 5th Judicial Circuit. Parties discuss trial schedule. Ruling by Court: An order will be entered dismissing the claims against the 4th Judicial Circuit. Trial will take place December 13, 14, 21, 22. The parties will also check availability for December 15 and 20. An order will follow regarding class certification.

PRESENT:   **ROBERT L. HINKLE, U. S. DISTRICT JUDGE**

| <u>Cindy Markley</u> | <u>Megan Hague</u> |
|---|---|
| Deputy Clerk | Official Court Reporter |

ATTORNEYS APPEARING FOR PLAINTIFFS:
Thomas Redburn
Simone Chriss
Chelsea Dunn

ATTORNEYS APPEARING FOR DEFENDANTS:
Mohammad Jazil
Gary Perko