IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JANE DOE et al.,

      Plaintiffs,

v.                                          CASE NO. 4:23cv114-RH-MAF

JOSEPH A. LADAPO et al.,

      Defendants.

_____/

### ORDER GRANTING LEAVE TO WITHDRAW—HART

Attorney Joseph E. Hart's unopposed motion for leave to withdraw, ECF No. 159, is granted, effective immediately.

SO ORDERED on October 20, 2023.

                                      s/Robert L. Hinkle
                                      United States District Judge