IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


JANE DOE et al.,

      Plaintiffs,

v.                                CASE NO. 4:23cv114-RH-MAF

JOSEPH A. LADAPO et al.,

      Defendants.

_____/


**ORDER DENYING THE MOTION TO
EXCLUDE GOODMAN TESTIMONY**


      The defendants have moved to exclude parts of the testimony of the plaintiffs' expert Dr. Kenneth Goodman. The defendants put it this way: "Dr. Goodman is a bioethicist; not a physician or scientist. He does not consult with gender dysphoric patients. He does not rely on clinical guidelines. Yet Dr. Goodman proposes to give an expert opinion about the GAPMS report's evaluation of the evidence supporting treatments for gender dysphoria." ECF No. 158 at 3.

      The reference is to the GAPMS report compiled by a person who is not a physician or scientist, does not consult with gender dysphoric patients, does not rely on clinical guidelines, and does not have anything approaching Dr. Goodman's medical or bioethicist credentials.

At least as framed to date, the defendants' objections go to the weight, not the admissibility, of Dr. Goodman's testimony. And this will be a bench trial. The defendants may renew their objections at trial before or after Dr. Goodman testifies or as part of their closing argument.

IT IS ORDERED:

The motion to exclude parts of Dr. Goodman's testimony, ECF No. 158, is denied without prejudice.

SO ORDERED on October 20, 2023.

> s/Robert L. Hinkle
> United States District Judge