IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JANE DOE et al.,

    Plaintiffs,

v.                                                CASE NO. 4:23cv114-RH-MAF

JOSEPH A. LADAPO et al.,

    Defendants.

_____/

## ORDER CONFIRMING THE AMENDED SCHEDULE AND REQUIRING NOTICE OF ADDITIONAL AVAILABILITY

For the reasons set out on the record of the hearings on October 4 and 16, 2023,

IT IS ORDERED:

1. The agreed motion to revise the schedule, ECF No. 155, is granted, except as to scheduling of the trial.

2. The trial is rescheduled to begin on December 13, 2023, at 9:00 a.m. and will continue as needed on December 14, 21, and 22, unless the schedule is modified under paragraph 3 below.

3. The parties must confer on their availability for trial on December 12, 15, and 20. The trial will be conducted as necessary on those days, or parts of those days, in addition to December 13, 14, 21, and 22, if both sides are available.

4. By November 3, 2023, the parties must notify the clerk of court of their availability for trial on December 12, 15, or 20. Notice may be given in a filing or orally to the courtroom deputy clerk.

5. The plaintiffs' oral motion to bifurcate the trial, as presented at the hearing on October 16, 2023, is denied.

SO ORDERED on October 20, 2023.

s/Robert L. Hinkle
United States District Judge