IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JANE DOE et al.,

      Plaintiffs,

v.                                                       CASE NO. 4:23cv114-RH-MAF

JOSEPH A. LADAPO et al.,

      Defendants.

_____/

## ORDER CONFIRMING THE DISMISSAL OF THE CLAIMS AGAINST THE STATE ATTORNEY FOR THE FOURTH JUDICIAL CIRCUIT

      The parties stipulated to dismissal without prejudice of the claims against 19 of Florida's 20 state attorneys—all but the State Attorney for the Fifth Judicial Circuit. *See* ECF No. 103. Later, though, the plaintiffs filed a third amended complaint naming the state attorneys not only for the Fifth but also for the Fourth Judicial Circuit. ECF No. 118. At the hearing on October 16, 2023, the parties confirmed their understanding that the claims against the State Attorney for the Fourth Judicial Circuit have been dismissed. She is no longer a party to this action.

      SO ORDERED on October 23, 2023.

                                                                  s/Robert L. Hinkle
                                                                  United States District Judge