UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JANE DOE, et al.,

    Plaintiffs,

vs.                                    Case No. 4:23-cv-00114-RH-MAF

JOSEPH A. LADAPO, et al.,

    Defendants.
_____/

**PLAINTIFFS' AMENDED RULE 26(a)(3) PRETRIAL DISCLOSURES**

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and this Court's Order Confirming the Amended Schedule dated October 23, 2023 (ECF 169), Plaintiffs hereby make their Rule 26(a)(3) disclosures. The following amended disclosures are based on a trial on the claims of all Plaintiffs.[1]

---

[1] Plaintiffs filed their Rule 26(a)(3) Disclosures on October 12, 2023 (ECF 164), pursuant to the Agreed Motion for Leave to Amend the Case Schedule (ECF 155), and as granted by this Court during a telephonic motion hearing on October 4, 2023 (ECF 161), and by Order (ECF 169). Plaintiffs' Rule 26(a)(3) Disclosures were based upon an anticipated stipulation between the parties to proceed to trial on the claims of Class 1 Plaintiffs only. (ECF 164, at p. 1). Accordingly, Plaintiffs submit the following Amended Rule 26(a)(3) Disclosures.

1

**1. Witness List.**

| Witness | Will Call | May Call | Deposition |
|---|---|---|---|
| Jane Doe | X | | |
| Brenda Boe | | X | |
| Carla Coe | | X | |
| Fiona Foe | | X | |
| Gloria Goe | X | | |
| Lisa Loe | | X | |
| Patricia Poe | | X | |
| Lucien Hamel | | X | |
| Olivia Noel | | X | |
| Kai Pope | | X | |
| Rebecca Cruz-Evia | | X | |
| Dr. Brittany Bruggeman | X | | |
| Dr. Vernon Langford | | X | |
| Dr. Kenneth Goodman | | X | |
| Dr. Aron Janssen | | X | |
| Dr. Dan H. Karasic | | X | |
| Dr. Loren Schecter | | X | |

| | | X | |
|---|---|---|---|
| Dr. Daniel Shumer | | X | |
| Danielle Terrell, Executive Director of the Florida Board of Osteopathic Medicine | | X | |
| Paul Vazquez, Executive Director of the Florida Board of Medicine | | X | |
| Florida Representative Randy Fine | | X | |
| Dr. Patrick Hunter, Board of Medicine | | X | |
| Records Custodian | | X | |
| Dr. Monica Mortensen | | | X[2] |
| Dr. Sven Roman | | | X[3] |

**2.   Designation of Deposition Testimony.**

**A.   Deposition Designations of Dr. Monica Mortsensen taken September 28, 2023**

Page:Line

102:10-104:18

108:5-110:14

116:3-21

120:7-123:23

127:2-16

---

[2] Plaintiffs will enter the designated portions of Dr. Mortensen's deposition transcript dated September 28, 2023 if Defendants do not call her to testify.

[3] Plaintiffs will enter the designated portions of Dr. Roman's deposition transcript dated October 9, 2023 if Defendants do not call him to testify.

128:8-133:14

141:13 – 149:19

152:3-154:10

155:4-11

165:7-17

174:22 – 175:13

176:20-178:9

186:20-187:21

190:9 – 193:1

196:10-198:17

206:12-207:21

209:20- 211:1

220:6-221:7

226:15-22

234:13-239:11

250:15-22

257:16-22

**B. Deposition Designations of Dr. Sven Roman taken October 9, 2023**

Page:Line

18:7-23:11

61:3-24

63:19-65:13

66:4-72:25

222:11-224:6

3. **Exhibit List.**

Plaintiffs reserve the right to use additional documents for purposes of impeachment. Plaintiffs also reserve the right to offer any exhibit identified by Defendants. The designation of an exhibit as "may use" does not necessarily mean that Plaintiffs concede that the exhibit is admissible if offered by Defendants.

| Trial Ex. No. | Bates No. | Exhibit Description | Will Use | May Use | Stipulated/ Defendants' Objections |
|---|---|---|---|---|---|
| *Dekker* Exhibits | | Any exhibit that was entered into evidence in the *Dekker* trial | | X | |
| Doe Pls' Trial Ex. 1 | PL000566 - 000579 | Defendants' Response to Pls' First Set of Interrogatories | | X | |
| Doe Pls' Trial Ex. 2 | PL000580 - 000625 | Expert Report of Dr. Aaron Janssen, M.D. (8.16.2023) | | X | |
| Doe Pls' Trial Ex. 3 | PL000626-000683 | Expert Report of Dr. Brittany Bruggeman, M.D. (8.16.2023) | | X | |
| Doe Pls' Trial Ex. 4 | PL000684-000735 | Expert Report of Dr. Dan H. Karasic, M.D. (8.16.2023) | | X | |

| | | | | | |
|---|---|---|---|---|---|
| Doe Pls' Trial Ex. 5 | PL000736 – 000816 | Expert Report of Dr. Daniel Shumer, M.D. (8.16.2023) | | X | |
| Doe Pls' Trial Ex. 6 | PL000817 – 000886 | Expert Report of Dr. Loren Schechter, M.D. (8.16.2023) | | X | |
| Doe Pls' Trial Ex. 7 | PL000887 - 000910 | Expert Report of Dr. Vernon Langford, DNP, APRN-CNP, FNP-C (8.16.2023) | | X | |
| Doe Pls' Trial Ex. 8 | PL000911 - 000929 | Expert Report of Dr. Kenneth W. Goodman, PhD, FACMI, FACE (8.16.2023) | | X | |
| Doe Pls' Trial Ex. 9 | PL000930 - 000938 | Expert Rebuttal Report of Dr. Aaron Janssen, M.D. (9.5.2023) | | X | |
| Doe Pls' Trial Ex. 10 | PL000939 - 000946 | Expert Rebuttal Report of Dr. Dan H. Karasic (9.5.2023) | | X | |
| Doe Pls' Trial Ex. 11 | PL000947 | Florida Admin. Code R. 64B8-9.019, *Standards of Practice for the Treatment of Gender Dysphoria in Minors* (effective 3.16.2023) | X | | |
| Doe Pls' Trial Ex. 12 | PL000948 | Florida Admin. Code R. 64B15-14.014, *Standards of Practice for the Treatment of Gender Dysphoria in Minors* (effective 3.28.2023) | X | | |
| Doe Pls' Trial Ex. 13 | PL000949 | Notice of Change, Fla Admin Code R. 64B15-14.014 (filed 2.10.2023) | | X | |
| Doe Pls' Trial Ex. 14 | PL000950 | Florida Department of Health Guidance, *Treatment of Gender Dysphoria for Children* | X | | |

| | | *and Adolescents* (4.20.22) | | | |
|---|---|---|---|---|---|
| Doe Pls' Trial Ex. 15 | PL000951 | Surgeon General Ladapo Letter to Florida Boards of Medicine (6.2.22) | X | | |
| Doe Pls' Trial Ex. 16 | PL000952 - 000959 | Florida Department of Health Petition to Initiate Rulemaking Setting the Standard of Care for the Treatment of Gender Dysphoria (7.28.22) | X | | |
| Doe Pls' Trial Ex. 17 | PL000960 – 000969 | Florida Senate Bill 254 (2023) | X | | |
| Doe Pls' Trial Ex. 18 | PL000970 - 000979 | Florida House Bill 1421 (2023) | X | | |
| Doe Pls' Trial Ex. 19 | PL000980 - 000981 | Section 456.001(1)(8) – (9), Florida Statutes (2023) | | X | |
| Doe Pls' Trial Ex. 20 | PL000982 - 000983 | Section 456.52, Florida Statutes (2023) | | X | |
| Doe Pls' Trial Ex. 21 | PL000984 - 001462 | Rulemaking Record (Produced by Defendants) | X | | |
| Doe Pls' Trial Ex. 22 | PL001463 - 008066 | Public Book for 02.10.2023 Joint Hearing (Produced by Defendants) | X | | |
| Doe Pls' Trial Ex. 23 | Med Def_001485- 001622 | Transcript of Florida Board of Medicine Meeting 08.05.2022 | X | | |
| Doe Pls' Trial Ex. 24 | Med Def_001058– 001349 | Transcript of Florida Boards' Joint Rule Workshop 10.28.2022 | X | | |
| Doe Pls' Trial Ex. 25 | Med Def_000876- 001016 | Transcript of Florida Boards' Joint Meeting 11.04.2022 | | X | |

7

| | | | | | | |
|---|---|---|---|---|---|---|
| Doe Pls' Trial Ex. 26 | Med Def_001017–001043 | Transcript of Florida Boards' Joint Public Hearing 02.10.2023 (*Incomplete at present) | | X | | |
| Doe Pls' Trial Ex. 27 | Med Def_001350–001484 | Transcript of Florida House HHS Committee Meeting 02.21.2023 | X | | | |
| Doe Pls' Trial Ex. 28 | Med Def_002232 - 002234 | Excerpt from Speech of Governor Ron DeSantis – Joint Session 03.07.2023 | | X | | |
| Doe Pls' Trial Ex. 29 | Med Def_000087-000250 | Transcript of Florida Senate Health Policy Committee Meeting 03.13.2023 | | X | | |
| Doe Pls' Trial Ex. 30 | Med Def_002235 - 002335 | Transcript of Florida House Healthcare Regulation Subcommittee Meeting 03.22.2023 | | X | | |
| Doe Pls' Trial Ex. 31 | Med Def_001913-002001 | Transcript of Florida Senate Fiscal Policy Committee Meeting 03.23.2023 | | X | | |
| Doe Pls' Trial Ex. 32 | Med Def_002336 - 002461 | Transcript of Florida House HHS Committee Meeting 03.27.2023 | | X | | |
| Doe Pls' Trial Ex. 33 | Med Def_002462 - 002571 | Transcript of Florida Senate General Session 04.03.2023 | | X | | |
| Doe Pls' Trial Ex. 34 | Med Def_002002-002028 | Transcript of Florida Senate General Session 04.04.2023 | | X | | |
| Doe Pls' Trial Ex. 35 | Med Def_002029 – 002144 | Transcript of Florida House General Session 04.18.2023 | | X | | |
| Doe Pls' Trial Ex. 36 | Med Def_002145 | Transcript of Florida House General Session 04.19.2023 | | X | | |

| | | | | | |
|---|---|---|---|---|---|
| Doe Pls' Trial Ex. 37 | Med Def_002215 - 002231 | Transcript of Florida Senate General Session 05.04.2023 | | X | |
| Doe Pls' Trial Ex. 38 | Med Def_002193 - 002214 | Transcript of Florida House General Session 05.04.2023 | | X | |
| Doe Pls' Trial Ex. 39 | Med Def_001623 – 001912 | Transcript of Florida Boards' Joint Meeting 06.23.2023 | | X | |
| Doe Pls' Trial Ex. 40 | Med Def_000251 - 000454 | Transcript of Florida Boards' Joint Public Meeting 06.30.2023 | | X | |
| Doe Pls' Trial Ex. 41 | Med Def_000001-000086 | Transcript of Florida Boards' Joint Meeting 08.03.2023 | | X | |
| Doe Pls' Trial Ex. 42 | FDOH_000044095-000044100; 000044010–000044014; 000042401-000043407; 000044022-000044026; 000044081-000044086; 000042389-000042398. | Composite Exhibit - Emails between Board of Osteopathic Medicine Executive Director Danielle Terrell and Vernadette Broyles (Oct. 25-28, 2022) | X | | |
| Doe Pls' Trial Ex. 43 | FDOH_000065015-000065016 | Emails from Board of Osteopathic Medicine Executive Director Terrell (11.07.22) | | X | |

| | | | | | |
|---|---|---|---|---|---|
| Doe Pls' Trial Ex. 44 | FDOH_000058615-000058616 | Gender Dysphoria Roundtable (7.8.22) | X | | |
| Doe Pls' Trial Ex. 45 | FDOH_002874150-002874157 | Governor Talking Points | | X | |
| Doe Pls' Trial Ex. 46 | FDOH_000065735-000065778 | Request for Hearing to Board of Medicine | | X | |
| Doe Pls' Trial Ex. 47 | FDOH_000038015-000038019 | Open Letter to the Florida Board of Medicine (9.23.22) | X | | |
| Doe Pls' Trial Ex. 48 | EOG_005121- 005156 | FDOH Updates (4.8.22) | | X | |
| Doe Pls' Trial Ex. 49 | FDOH_000064667-000064671 | Emails between Board of Medicine Executive Director Paul Vazquez and Dr. Laidlaw (10.14.22-10.25.22) | | X | |
| Doe Pls' Trial Ex. 50 | EOG_000849-000864 | Governor Talking Points (5.13.22) | | X | |
| Doe Pls' Trial Ex. 51 | FDOH_000039058 | Emails between Board of Medicine Paul Vazquez and Dr. Patrick Hunter (10.16.22) | | X | |
| Doe Pls' Trial Ex. 52 | FDOH_0019000113 | Emails between Dr. Van Mol Dr. Patrick Hunter (9.14.22) | | X | |
| Doe Pls' Trial Ex. 53 | FDOH_000030412 | Email between Vazquez and Hunter (9.14.22) | | X | |
| Doe Pls' Trial Ex. 54 | FDOH_000030376-000030377 | Emails between Vazquez and Hunter (9.13.22) | | X | |

| | | | | | |
|---|---|---|---|---|---|
| Doe Pls' Trial Ex. 55 | FDOH_000030366-30369 | Email between Hunter and Vazquez (9.12.22) | | X | |
| Doe Pls' Trial Ex. 56 | EOG_000519-000520 | Gender Affirming Guidance Event | | X | |
| Doe Pls' Trial Ex. 57 | EOG_000667-000682 | Governor DeSantis Interview Transcript (4.28.22) | | X | |
| Doe Pls' Trial Ex. 58 | Def_000286709 | AHCA Invoice for Dr. Van Meter attendance at Board of Medicine Meeting (8.11.22) | X | | |
| Doe Pls' Trial Ex. 59 | EOG_008128-008235 | Memo on Gender Dysphoria Legislation | X | | |
| Doe Pls' Trial Ex. 60 | EOG_008125-008127 | Email from Maureen Furino with attachments (1.06.23) | | X | |
| Doe Pls' Trial Ex. 61 | EOG_005282- 005284 | Email from Savanah Kelly Jefferson with attachment (6.29.22) | | X | |
| Doe Pls' Trial Ex. 62 | EOG_005157 - 005250 | Alliance Defending Freedom Binder | | X | |
| Doe Pls' Trial Ex. 63 | EOG_ 004414, 004636-004640, 004487-004492 | Briefers – Safeguarding Kids from Gender Surgeries and Drugs | | X | |
| Doe Pls' Trial Ex. 64 | FDOH_000035598 | Email from Board of Osteopathic Medicine Executive Director Danielle Terrell to Bettye Strickland (10.19.22) | | X | |

11

| | | | | | |
|---|---|---|---|---|---|
| Doe Pls' Trial Ex. 65 | FDOH_000040582 – 000040599 | Email from Patrick Hunter to Paul Vazquez (10.23.22) | | X | |
| Doe Pls' Trial Ex. 66 | FDOH_000045008 - 000045010 | Appearance Request Form (11.02.22) | | X | |
| Doe Pls' Trial Ex. 67 | FDOH_000034212 – 000034214, Att. FDOH_000034022 - 000034111 | Email from Vazquez to Strickland (9.27.22) | | X | |
| Doe Pls' Trial Ex. 68 | FDOH_000069398 – 000061417 | Phillip Penna comment (9.19.22) | | X | |
| Doe Pls' Trial Ex. 69 | FDOH_000017897- 000017908 | Email from Jeremy Redford (7.10.22) | | X | |
| Doe Pls' Trial Ex. 70 | PL008067 - 010525 | Public Book for 8.3.23 Joint Meeting (Produced by Defendants) | X | | |
| Doe Pls' Trial Ex. 71 | FDOH_000040530 - 000040542 | Email from Hunter to Vazquez (10.22.22) | | X | |
| Doe Pls' Trial Ex. 72 | FDOH_000039931 – 000039932 | Email from Vazquez to Strickland (10.18.22) | | X | |
| Doe Pls' Trial Ex. 73 | FDOH_000037928 | September 30, 2022 Rule Workshop Agenda (9.30.22) | | X | |
| Doe Pls' Trial Ex. 74 | FDOH_000040020 | Original October 28, 2022 Workshop Agenda (10.28.22) | | X | |

12

| | | | | | |
|---|---|---|---|---|---|
| Doe Pls' Trial Ex. 75 | FDOH_000035446 – 000035448 | Email from Vazquez to Diamond (10.14.22) | | X | |
| Doe Pls' Trial Ex. 76 | FDOH_000028162 – 000028163; FDOH_000064956; and FDOH_000065030 | Emails from Senate Committee on Health Policy (Composite) | | X | |
| Doe Pls' Trial Ex. 77 | FDOH_000039513 - 000039516 | Emails between Dr. Dayton and Paul Vazquez (10.18.22) | | X | |
| Doe Pls' Trial Ex. 78 | FDOH_000035604-000035604 | Email from Board of Osteopathic Medicine Danielle Terrell (10.19.22) | | X | |
| Doe Pls' Trial Ex. 79 | FDOH_000039521 - 000039522 | Email from Paul Vazquez to Danielle Terrell (10.18.22) | | X | |
| Doe Pls' Trial Ex. 80 | PL000022-000048 | Plaintiff Susan Doe Medical Records (SEALED) | X | | |
| Doe Pls' Trial Ex. 81 | PL000001 - 000015 | Plaintiff Gavin Goe Medical Records (SEALED) | X | | |
| Doe Pls' Trial Ex. 82 | PL000366-408; 000509-565 | Plaintiff Lucien Hamel Medical Records (SEALED) | | X | |
| Doe Pls' Trial Ex. 83 | PL000418 - 000483 | Plaintiff Olivia Noel Medical Records (SEALED) | | X | |
| Doe Pls' Trial Ex. 84 | PL000016 - 000021 | Plaintiff Lisa Loe Medical Records (SEALED) | | X | |

13

| | | | | | |
|---|---|---|---|---|---|
| Doe Pls' Trial Ex. 85 | PL000409-417; 000484-508 | Plaintiff Kai Pope Medical Records (SEALED) | | X | |
| Doe Pls' Trial Ex. 86 | PL000049 - 000365 | Plaintiff Rebeca Cruz Evia Medical Records (SEALED) | | X | |
| Doe Pls' Trial Ex. 87 | FDOH_000035423 - 000035428 | Emails between Hunter, Diamond, and Vazquez (10.04.22) | | X | |
| Doe Pls' Trial Ex. 88 | FDOH_000062034 - 000062035 | Emails between Hunter and Vazquez (9.23.22) | | X | |
| Doe Pls' Trial Ex. 89 | FDOH_000061277 - 000061279 | Emails between Hunter, Vazquez and Biggs (9.19.22) | | X | |
| Doe Pls' Trial Ex. 90 | FDOH_000030412 | Email from Hunter to Vazquez (9.14.22) | | X | |
| Doe Pls' Trial Ex. 91 | PL010526 – 010528 | Governor Ron DeSantis Appoints Four to the Board of Medicine (6.17.22) | | X | |
| Doe Pls' Trial Ex. 92 | PL010529-010530 | Dr. Hunter article "Political Issues Surrounding Gender-Affirming Care for Transgender Youth" (JAMA Pediatr., December 20, 2021, doi:10.1001/jamapediatrics.2021.5348) | | X | |
| Doe Pls' Trial Ex. 93 | PL010531-011801 | *Eknes-Tucker v. Ivey,* 2:22-cv-00184, ECF 69-6 (5.02.22) | | X | |
| Doe Pls' Trial Ex. 94 | PL011802-011804 | Catholic Medical Association Resolutions 8-7 through 8-14 | | X | |

| | | | | | |
|---|---|---|---|---|---|
| Doe Pls' Trial Ex. 95 | PL011805 - 001806 | Catholic Medical Association 92nd Annual Education Conference (9.18.23) | | X | |
| Doe Pls' Trial Ex. 96 | EOG_008125 - 008127 | Email from Furino with texts attached (1.06.23) | | X | |
| Doe Pls' Trial Ex. 97 | PL011807 - 011811 | AAP Resolution # 27 | | X | |
| Doe Pls' Trial Ex. 98 | PL011812 - 011817 | WSJ article "Youth Gender Transition Is Pushed Without Evidence" by Hunter, Roman, Kaltiala, Malone, etc. (7.13.23) | | X | |
| Doe Pls' Trial Ex. 99 | PL011818 - 011819 | U.S. EO 12866 Meeting 0945-AA17 (4.25.22) | | X | |
| Doe Pls' Trial Ex. 100 | PL011820 – PL011825 | SEGM "About Us" Page | | X | |
| Doe Pls' Trial Ex. 101 | PL011826 - 011827 | "Challenges in Timing Puberty Suppression for Gender-Nonconforming Adolescents" (de Vries, 7.14.20) | | | |
| Doe Pls' Trial Ex. 102 | PL011828 - 011830 | Governor Ron DeSantis Appoints Three to the Board of Osteopathic Medicine (12.06.22) | | | |
| Doe Pls' Trial Ex. 103 | PL011831 - 011833 | Governor Ron DeSantis Appoints Two to the Board of Medicine (12.28.22) | | | |
| Doe Pls' Trial Ex. 104 | PL011834 - 011857 | NYT Article, Dr. Benson quoted (11.14.22) | | X | |

| | | | | | |
|---|---|---|---|---|---|
| Doe Pls' Trial Ex. 105 | PL011858 - 011866 | Smalley, et al., *Improving Global Access to Transgender Health Care*, Transgender Health, Vol. 7, No. 2 (2022) | | X | |
| Doe Pls' Trial Ex. 106 | PL011867 | Fla. Admin R. 64B8-30.008 | | X | |
| Doe Pls' Trial Ex. 107 | PL011868 | Fla. Admin. R. 64B8-30.012 | | X | |
| Doe Pls' Trial Ex. 108 | PL011869 - 011871 | Fla. Stat. 464.0123 | | X | |
| Doe Pls' Trial Ex. 109 | PL011872 - 011874 | Fla. Stat. 464.012 | | X | |
| Doe Pls' Trial Ex. 110 | PL011875 - 011880 | Fla. Stat. 458.347 | | X | |
| Doe Pls' Trial Ex. 111 | PL011881 | 20 CFR 10.310 | | X | |
| Doe Pls' Trial Ex. 112 | PL011882 - 011888 | A Letter to Christian Physicians_CMDA Today | | X | |
| Doe Pls' Trial Ex. 113 | PL011889 - 0011890 | Composite Exhibit (Jonathan Clemens Tweets) | | X | |
| Doe Pls' Trial Ex. 114 | PL011891 - 011938 | FSU Student Handbook 2022-2023 | | X | |
| Doe Pls' Trial Ex. 115 | PL011939 - 011948 | Detransitioners in Your Church Doorway | | X | |
| Doe Pls' Trial Ex. 116 | PL011949 - 011973 | Composite Exhibit – Tweets from Defendants and Lawmakers | | X | |

16

| | | | | | |
|---|---|---|---|---|---|
| Doe Pls' Trial Ex. 117 | PL01974 - 011975 | SB 254 Amendment (350064 - Failed) | | X | |
| Doe Pls' Trial Ex. 118 | PL011976 – 011977 | SB 254 Amendment (299002 – Failed) | | X | |
| Doe Pls' Trial Ex. 119 | PL011978 - 011979 | SB 254 Amendment (212692 - Failed) | | X | |
| Doe Pls' Trial Ex. 120 | PL011980 - 011981 | SB 254 Amendment (374289 - Failed) | | X | |
| Doe Pls' Trial Ex. 121 | PL011982 - 011996 | SB 254 Amendment (256341) (and Failed Amndts to Amndt) | | X | |
| Doe Pls' Trial Ex. 122 | PL011997 | SB 254 Amendment (388571 - Failed) | | X | |
| Doe Pls' Trial Ex. 123 | PL011998 - 012000 | Dr. Hunter Letter to the Editor, JACCP, DOI: 10.1002/jac5.1691 (6.06.22) | | X | |
| Doe Pls' Trial Ex. 124 | Def_000177905 - 000177906 | Email from Jeremy Redfern re: Surgeon General Ladapo Meeting (7.10.22) | | X | |
| Doe Pls' Trial Ex. 125 | PL012001 - 012002 | ALEC Legislative Membership List | | X | |

Respectfully submitted, this 24th day of October, 2023.

*By: /s/ Simone Chriss*
Simone Chriss
Counsel for Plaintiffs

17

**SOUTHERN LEGAL COUNSEL**

<u>By: /s/ Simone Chriss</u>
**Simone Chriss**
Florida Bar No. 124062
**Chelsea Dunn**
Florida Bar No. 1013541
1229 NW 12th Avenue
Gainesville, FL 32601
(352) 271-8890
Simone.Chriss@southernlegal.org
Chelsea.Dunn@southernlegal.org

**LOWENSTEIN SANDLER LLP**

**Thomas E. Redburn, Jr.\***
NY Bar No. 5822036
**Maya Ginsburg\***
NY Bar No. 5128152
1251 Avenue of the Americas
New York, NY 10020
(212) 262-6700
tredburn@lowenstein.com

mginsburg@lowenstein.com

**NATIONAL CENTER FOR LESBIAN RIGHTS**

**Christopher F. Stoll \***
CA Bar No. 179046
**Kelly Jo Popkin\***
NY Bar No. 5698220
National Center for Lesbian Rights
870 Market Street,
Suite 370 San Francisco,
CA 94102 Tel. 415-365-1320
cstoll@nclrights.org kpopkin@nclrights.org

**GLBTQ LEGAL ADVOCATES & DEFENDERS**

**Jennifer Levi\***
**Chris Erchull\***
18 Tremont, Suite 950
Boston, MA 02108
(617) 426-1350
jlevi@glad.org cerchull@glad.org

**HUMAN RIGHTS CAMPAIGN FOUNDATION**
**Cynthia Cheng-Wun Weaver\***
NY No. 5091848
**Jason Starr\*** NY No. 5005194
**Ami Patel\*** CA No. 325647
1640 Rhode Island Avenue NW
Washington, D.C. 20036
(202) 993-4180
Cynthia.Weaver@hrc.org
Jason.Starr@hrc.org
Ami.Patel@hrc.org

*\* Admitted pro hac vice*

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that, on October 24, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

*/s/ Simone Chriss*
   **Simone Chriss**