IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JANE DOE et al.,

    Plaintiffs,

v.                                          CASE NO. 4:23cv114-RH-MAF

JOSEPH A. LADAPO et al.,

    Defendants.

_____/

## ORDER CONFIRMING THE DEADLINE TO FILE EXHIBITS AND THE PRETRIAL STIPULATION

    The parties' motion to amend the schedule asked for a deadline of November 6, 2023 for the "joint final pretrial statement/order." ECF No. 155 at 2. The motion was granted in relevant respects. *See* ECF No. 169. This makes November 6 the deadline for the pretrial stipulation, *see* ECF No. 150 ¶ 5, and to prefile exhibits. *See id.* ¶ 8; ECF No. 117 ¶ 11.

    SO ORDERED on October 30, 2023.

                                              s/Robert L. Hinkle
                                              United States District Judge