IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JANE DOE, et al.,

    Plaintiffs,

v.                                             Case No. 4:23-cv-114-RH-MAF

JOSEPH A. LADAPO, et al.,

    Defendants.

_____/

## THE STATE'S NOTICE OF FILING TRIAL EXHIBITS

Surgeon General Ladapo, The Florida Board of Medicine, The Florida Board of Osteopathic Medicine, and State Attorney Gladson (collectively, "the State") hereby submit this Notice of Filing Trial Exhibits, with copies of the State's exhibits included as individual attachments to this notice.

The designation of an exhibit as "may use" does not necessarily mean that the State concedes that the exhibit is admissible if offered by Plaintiffs. The State may use such exhibits for impeachment only or offer them into evidence as appropriate. The State reserves the right to use additional documents for impeachment. The State reserves the right to offer any exhibit identified by Plaintiffs.

1

| | |
|---|---|
| Dated: November 6, 2023 | Respectfully submitted by: |
| **Ashley Moody** | /s/ Mohammad O. Jazil |
| ATTORNEY GENERAL | Mohammad O. Jazil (FBN 72556) |
| | Gary V. Perko (FBN 855898) |
| **Joseph E. Hart** (FBN 0124720) | Michael Beato (FBN 1017715) |
| COUNSELOR TO THE ATTORNEY GENERAL | HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC |
| Office of the Attorney General | 119 S. Monroe St., Suite 500 |
| The Capitol, Pl-01 | Tallahassee, FL 32301 |
| Tallahassee, Florida 32399-1050 | (850) 270-5938 |
| (850) 414-3300 | mjazil@holtzmanvogel.com |
| (850) 410-2672 (fax) | gperko@holtzmanvogel.com |
| Joseph.Hart@myfloridalegal.com | mbeato@holtzmanvogel.com |
| *Counsel for the Surgeon General, the Department of Health, and State Attorney Gladson* | *Counsel for the Surgeon General, the Department of Health, the Boards of Medicine, and the individual Board Members* |

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2023, the foregoing was filed using the Court's CM/ECF, which will serve a copy to all counsel of record.

/s/ Mohammad O. Jazil
Mohammad O. Jazil

**The State's Exhibit List**

| Trial Exhibit Number | Exhibit Description | Will Use | May Use | Stipulated/Plaintiffs' Objections |
|---|---|---|---|---|
| *Dekker* | Any exhibit that was entered into evidence in the *Dekker* trial | | X | No Objections |
| DX1 | *Reconsidering Informed Consent for Trans-Identified Children, Adolescents, and Young Adults* | | X | Objection: Hearsay; Relevance |
| DX2 | Masculinizing Medications for Patients with Gender Dysphoria, Patient Information and Informed Consent | | X | No Objections |
| DX3 | Masculinizing Medications for Patients with Gender Dysphoria, Patient Information and Informed Parental Consent and Assent for Minors | | X | No Objections |
| DX4 | Puberty Suppression Treatment for Patients with Gender Dysphoria, Patient Information and Informed Parental Consent and Assent for Minors | | X | No Objections |
| DX5 | Surgical Treatment for Adults with Gender Dysphoria, Patient Information and Informed Consent | | X | No Objections |

| | | | | |
|---|---|---|---|---|
| DX6 | Feminizing Medications for Patients with Gender Dysphoria, Patient Information and Informed Consent | | X | No Objections |
| DX7 | Feminizing Medications for Patients with Gender Dysphoria, Patient Information and Informed Parental Consent and Assent for Minors | | X | No Objections |
| DX8 | Medical Marijuana Consent Form | | X | No Objections |
| DX9 | Dr. Roman's CV | X | | No Objections |
| DX10 | Dr. Mortensen's CV | X | | No Objections |
| DX11 | Dr. Clemens's CV | X | | No Objections |
| DX12 | Dr. Levine's CV | X | | No Objections |

4