## Puberty Suppression Treatment for Patients with Gender Dysphoria

### Patient Information and Informed Parental Consent and Assent for Minors

Before a minor continues treatment to suppress puberty with puberty blockers, you and the minor need to be aware of the effects and possible risks associated with the use of these medications. After your questions or concerns are addressed and you have decided to have the minor continue treatment with puberty blockers, a parent/legal guardian and the minor must initial the statements below and sign this form. Both the parent/legal guardian and the minor must sign in person.

Medical treatment of people with gender dysphoria is based on very limited, poor-quality research with only subtle improvements seen in some patient's psychological functioning in some, but not all, research studies. This practice is purely speculative, and the possible psychological benefits may not outweigh the substantial risks of medical treatments and, in many cases, the need for lifelong medical treatments.

**What are other options if I do not wish to have the minor continue treatment with puberty blockers?**

One option available is psychological therapy with a mental health provider. This is recommended regardless of whether the minor undergoes suppression of puberty or not, due to the high risk of anxiety, depression, self-harm, and suicide. Other options may be discussed with your prescribing physician.

**What are different medications that are used to suppress puberty?**

The main mechanism by which physical changes of puberty can be put on hold is by using medication to block the signal from the brain to the organs that make hormones. These hormones are estrogen and testosterone. Estrogen is made by the ovaries. Testosterone is made by the testicles.

---

**Please initial below to acknowledge your understanding of the information on this page.**

| Parent/legal guardian (required) | Parent/legal guardian (optional) | Minor (required) |
|---|---|---|
|  |  |  |

DH5079-MQA (Rev. 06/23)
Rules 64B8ER23-7 and 64B15ER23-9



JANE DOE, ET AL. V JOSEPH LADAPO, ET AL.
STATE'S EXHIBIT
DX 4
4:23-CV-114-RH-MAF

Pediatric endocrinologists (children's doctors who specialize in hormones and puberty) use these medications frequently to suppress puberty in children with precocious (early) puberty, which is the U.S. Food and Drug Administration (FDA) approved use. None of the medications have been approved by the FDA to be used in minors with gender dysphoria. In other words, using these medications for gender dysphoria is considered "off label" use because they are not being used for their intended purpose.

Lupron and Histrelin are called GnRH analogs and are the most effective forms of treatment for puberty suppression. When used for precocious puberty, Lupron is given as a monthly or every 3-month intramuscular injection. When used for precocious puberty, Histrelin (brand name Supprelin) is an implant that is surgically placed under the skin and needs to be replaced every 1 to 2 years.

Provera is a pill that needs to be taken twice a day and is approved to be used in female adolescents with abnormal uterine bleeding. Provera is less effective than Lupron and Histrelin. Depo-Provera injections are approved for the use in females with abnormal bleeding and as birth control.

**Please initial below to acknowledge your understanding of the information on this page.**

| Parent/legal guardian (required) | Parent/legal guardian (optional) | Minor (required) |
|---|---|---|
|  |  |  |

**What are the requirements to receive puberty suppression for gender dysphoria?**

To receive treatment with puberty blockers, there are specific requirements that must be met before and during treatment. These requirements will allow the prescribing physician to monitor the minor's medical and mental health status during treatment. If these requirements are not met, treatment with puberty blockers may be discontinued by the prescribing physician.

The specific requirements for a minor to receive and continue treatment include the following:

1. Has met the criteria for gender dysphoria in the current Diagnostic and Statistical Manual of Mental Disorders or International Classification of Diseases;
2. Has pubertal changes resulting in an increase in gender dysphoria;
3. Does not suffer from psychiatric comorbidity that interferes with the diagnostic work-up or treatment;
4. Has psychological and social support during treatment;
5. Has experienced puberty to at least Tanner Stage 2 (this is the first stage of puberty and refers to breast or testicle growth), which must be confirmed by a physician;
6. Demonstrates knowledge and understanding of the risks, benefits, and expected outcomes of puberty suppression, future cross-sex hormone treatment, as well as the medical and social risks and benefits of sex reassignment surgery.
7. Undergoes an in-person evaluation by the prescribing physician or their designated covering physician at least every 6 months;
8. Undergoes a suicide risk assessment by a licensed mental health care professional at least every 3 months;
9. Undergoes relevant laboratory testing at least every 4 months;
10. X-ray of the hand (bone age) no less than once a year;
11. Annual bone density scan (DEXA) which will allow monitoring of the minor's bone density (bone strength) during treatment, as puberty blockers may decrease bone density if given for long periods of time;
12. Annual mental health assessment by a Board-certified Florida-licensed psychiatrist or psychologist; and
13. Continued counseling with a licensed mental health care professional during the treatment period, with the frequency recommended by the licensed mental health care professional.

**Please initial below to acknowledge your understanding of the information on this page.**

| Parent/legal guardian (required) | Parent/legal guardian (optional) | Minor (required) |
|---|---|---|
|  |  |  |

**Please initial each statement on this form to show that you understand the benefits, risks, and changes associated with providing puberty suppression treatment to the minor.**

**Effects of Treatment of Suppression of Puberty**

| Parent/legal guardian (required) | Parent/legal guardian (optional) | Minor (required) | Statement |
|---|---|---|---|
| | | | Puberty blockers are used to temporarily suspend or block the physical changes of puberty for minors |
| | | | If a minor stops treatment with puberty blockers, in a few months their body may restart the changes of puberty at the developmental stage they were before starting medication. However, the effects of these medications could be permanent. |
| | | | It can take several months for the medications to be effective. It cannot be predicted how quickly or slowly or even if a minor's body will respond to the medication. |
| | | | Taking these medications, will cause a minor's body to stop producing testosterone or estrogen. |
| | | | These medications will not change a minor's sex (chromosomes), and it will not change a minor's internal or external reproductive structures. |
| | | | Puberty blockers can interfere with fertility. |
| | | | Puberty blockers do not affect the minor's ability to contract a sexually transmitted infection. |
| | | | The use of puberty blockers in minors for the treatment of gender dysphoria is an off-label use. This means these medications are not approved by the FDA to treat this specific diagnosis. |

**Risks of Treatment of Suppression of Puberty**

| Parent/legal guardian (required) | Parent/legal guardian (optional) | Minor (required) | Statement |
|---|---|---|---|
| | | | The adverse effects and safety of puberty blockers used for the treatment of gender dysphoria in minors is not well known. |
| | | | Treatment with puberty blockers will not prevent serious psychiatric events such as a suicide. |
| | | | Treatment with puberty blockers may cause new or worsened psychiatric problems, including:<br>• Crying<br>• Irritability<br>• Restlessness (impatience) |

DH5079-MQA (Rev. 06/23)
Rules 64B8ER23-7 and 64B15ER23-9

|  |  |  |  |
|---|---|---|---|
|  |  |  | • Anger<br>• Acting aggressive |
|  |  |  | It is the responsibility of the parent/guardian to notify the prescribing physician if the minor has any new or worsening physical or psychiatric problems while taking this medication. |
|  |  |  | During the first 4 weeks of treatment, puberty blockers can cause an increase in some hormones. During this time, a minor may notice more signs of puberty, including vaginal bleeding. |
|  |  |  | Seizures are a risk associated with taking puberty blockers. The risk of seizures may be higher in people who:<br>• Have a history of seizures<br>• Have a history of epilepsy<br>• Have a history of brain or brain vessel (cerebrovascular) problems or tumors<br>• Are taking a medicine that has been connected to seizures, such as bupropion or selective serotonin reuptake inhibitors (SSRIs). |
|  |  |  | It is the responsibility of the parent/guardian to immediately notify the appropriate health care providers including the minor's prescribing physician if the minor has a seizure while taking puberty blockers. |
|  |  |  | Increased pressure in the fluid around the brain is a risk associated with taking puberty blockers. It is the responsibility of the parent/guardian to notify the minor's prescribing physician if the minor has any of the following symptoms while taking puberty blockers:<br>• Headache<br>• Eye problems including blurred vision, double vision, and decreased eyesight<br>• Eye pain<br>• Ringing in the ears<br>• Dizziness<br>• Nausea |
|  |  |  | Puberty blockers should not be used if a minor is:<br>• Allergic to GnRH, GnRH agonist medicines, or Progesterones.<br>• Pregnant or becomes pregnant because puberty blockers can cause birth defects or loss of the baby. It is the responsibility of the parent/guardian to notify the prescribing physician if a minor becomes pregnant while taking puberty blockers. |
|  |  |  | The most common side effects of puberty blockers include:<br>• Injection site reactions such as pain, swelling, and abscess which may result in surgery |

|  |  |  | <ul><li>Weight gain</li><li>Pain throughout body</li><li>Headache</li><li>Acne or red, itchy rash and white scales (seborrhea)</li><li>Serious skin rash (erythema multiforme)</li><li>Mood changes</li><li>Swelling of vagina (vaginitis), vaginal bleeding, and vaginal discharge</li><li>Upper stomach pain</li><li>Diarrhea</li><li>Bleeding</li><li>Nausea and vomiting</li><li>Fever</li><li>Itching</li><li>Pain in extremities</li><li>Rash</li><li>Back pain</li><li>Ligament sprain</li><li>Fracture</li><li>Breast tenderness</li><li>Difficulty sleeping</li><li>Chest pain</li><li>Excessive sweating</li></ul> |
|--|--|--|--|
|  |  |  | Puberty blockers may decrease bone density. |
|  |  |  | Minors may grow less than their peers while taking puberty blockers. |
|  |  |  | Puberty blockers may cause stalling of typical cognitive or brain development in minors. |

## Requirements of Treatment of Suppression of Puberty

**I understand the following:**

| Parent/legal guardian (required) | Parent/legal guardian (optional) | Minor (required) | Statement |
|--|--|--|--|
|  |  |  | Compliance with the requirements explained above is a prerequisite to receive treatment for puberty suppression. |
|  |  |  | The prescribing physician may stop prescribing puberty blockers if the prescribing physician or mental health care professionals providing treatment pursuant to this consent determine the benefit of treatment no longer outweighs the risks, there is insufficient social or psychological support, or the requirements in this consent are not met. |

| | | | The parent/guardian or the minor can change their mind and stop treatment at any time. |
|--|--|--|--|

**PARENTAL CONSENT:**

**The signature(s) below confirm(s) the following:**

1. The minor's prescribing physician has fully informed me about:
    a. the benefits and risks of treatment with puberty blockers;
    b. the possible or likely consequences of treatment with puberty blockers and puberty suppression; and
    c. potential alternative treatments.

2. The information provided to me in this form and by the prescribing physician includes the known effects and risks of treatment with puberty blockers. I know that there may be other unknown short-term and long-term effects or risks which may be irreversible.

3. I have had sufficient time and opportunity to discuss relevant treatment options with my minor's prescribing physician.

4. All my questions have been answered to my satisfaction by the minor's prescribing physician.

5. I know enough to give informed consent for my minor to take, refuse, or postpone using puberty blocking medications.

6. The Florida Board of Medicine or the Florida Board of Osteopathic Medicine requires that your prescribing physician provide this form in accordance with section 456.52, F.S. This form contains information required to be disclosed to you by Florida law and does not necessarily reflect the views or opinions of your physician.

7. My signature below attests to my consent for my minor to begin treatment for suppression of puberty.

_____
Parent/legal guardian's name (required)


_____                                  _____
Parent/legal guardian's signature (required)                                  Date

_____
Parent/legal guardian's name (optional)

_____   _____
Parent/legal guardian's signature (optional)     Date

**PRESCRIBING PHYSICIAN SIGNATURE:**

My signature below attests to my compliance with section 456.52, Florida Statutes.

_____
Prescribing physician's name (required)

_____   _____
Prescribing physician's signature (required)     Date

**ASSENT OF MINOR:**

I have discussed the benefits and risks of treatment to suppress puberty with my prescribing physician and my parent(s) or legal guardian(s), and I wish to receive it.

_____
Minor's name (required)

_____   _____
Minor's signature (required)     Date

Page **8** of **9**

DH5079-MQA (Rev. 06/23)
Rules 64B8ER23-7 and 64B15ER23-9

**WITNESS:**

_____
Witness printed name

_____    _____
Witness signature                                                                   Date

**FOR PATIENTS WHOSE PRIMARY LANGUAGE IS NOT ENGLISH:**

I certify that I am fluent in English and in the native language of the person indicating consent and/or assent on the above form. I certify that I have accurately and completely interpreted the contents of this form, and that the patient and/or adult(s) legally responsible for the minor child has indicated understanding of the contents of this form.

_____
Interpreter's printed name

_____    _____
Interpreter's signature                                                             Date