# Feminizing Medications for Patients with Gender Dysphoria

## Patient Information and Informed Parental Consent and Assent for Minors

Before a minor starts or continues treatment with hormones or hormone antagonists, you and the minor need to be aware of the effects and possible risks associated with use of these medications.

After your questions or concerns are addressed and you have decided to have the minor start or continue treatment with hormones or hormone antagonists, a parent/legal guardian and the minor must initial the statements below and sign this form. Both the parent/legal guardian and the minor must sign in person.

Medical treatment of people with gender dysphoria is based on very limited, poor-quality research with only subtle improvements seen in some patient's psychological functioning in some, but not all, research studies. This practice is purely speculative, and the possible psychological benefits may not outweigh the substantial risks of medical treatments and, in many cases, the need for lifelong medical treatments.

**What are the medications that can feminize one's appearance?**

Treatment with hormones is called hormone replacement therapy or HRT. HRT will require taking estrogen, as well as medicines to block the body from producing or utilizing testosterone. Use of these medications by minors even when the criteria listed below are followed, does not have U.S. Food and Drug Administration (FDA) approval to be used by minors and its use in this population is considered "off label" because they are not being used for their intended purpose.

Different forms of estrogen are used to feminize one's appearance. Estrogen can be given as an injection either weekly or every other week, as a pill that is taken daily or twice a day, or as a patch that is changed weekly or every three or four days.

---

**Please initial below to acknowledge your understanding of the information on this page.**

| Parent/legal guardian (required) | Parent/legal guardian (optional) | Minor (required) |
|---|---|---|
|  |  |  |

DH5080-MQA (Rev. 06/23)
Rules 64B8ER23-7 and 64B15ER23-9



Medications that block the production or effects of testosterone are called androgen blockers. Spironolactone is the androgen blocker that is most commonly used in the United States. In some cases, Bicalutamide, an antiandrogen, is used to block the effects of testosterone, though it will not reduce testosterone levels. Bicalutamide (brand name Casodex) is a cancer drug approved for the treatment of prostate cancer. Fulminant hepatotoxicity, a severe liver injury often resulting in death, has been noted with bicalutamide use.

Every medication has risks, benefits, and side effects that are important to understand before taking. The effects and side effects of medicines used to treat gender dysphoria must be monitored with laboratory studies and regular visits to the minor's prescribing physician to make sure that there are no negative medical or mental health effects.

HRT, the use of androgen blockers and antiandrogens, and the treatment process can affect a minor's mood. Therefore, minors must be under the care of a licensed mental health care professional while undergoing treatment. This professional can work with the minor, your family and friends, and your school staff.

**What are my other options if I do not wish to start or continue my minor's treatment with hormones, hormone antagonists, or antiandrogens?**

One option available is psychological therapy with a mental health. This is recommended regardless of whether or not the minor undergoes treatment with hormones, hormone antagonists, or antiandrogens due to the high risk of anxiety, depression, self-harm, and suicide. Other options may be discussed with your prescribing physician.

**What are the requirements to receive hormone replacement therapy (HRT)?**

To receive HRT, there are specific requirements that need to be met before and during treatment. These requirements will allow the prescribing physician to monitor the minor's medical and mental health status during treatment. If these requirements are not met, HRT may be discontinued by the prescribing physician.

---

**Please initial below to acknowledge your understanding of the information on this page.**

| Parent/legal guardian (required) | Parent/legal guardian (optional) | Minor (required) |
|---|---|---|
|  |  |  |

DH5080-MQA (Rev. 06/23)
Rules 64B8ER23-7 and 64B15ER23-9

Before beginning or continuing HRT, a minor must undergo a thorough psychological and social evaluation performed by a Florida licensed board-certified psychiatrist or a Florida licensed psychologist. The psychiatrist or psychologist must submit a letter to the prescribing physician confirming this.

The specific requirements for a minor to receive and continue HRT treatment include the following:

1. Has met the criteria for gender dysphoria in the current Diagnostic and Statistical Manual of Mental Disorders or International Classification of Diseases;
2. Has pubertal changes resulting in an increase in gender dysphoria;
3. Does not suffer from psychiatric comorbidity that interferes with the diagnostic work-up or treatment;
4. Has psychological and social support during treatment;
5. Has experienced puberty to at least Tanner Stage 2 (first stage of puberty), which must be confirmed by a physician;
6. Demonstrates knowledge and understanding of the risks, benefits, and expected outcomes of HRT as well as the medical and social risks and benefits of sex reassignment surgery;
7. Undergoes an in-person evaluation by the prescribing physician or their designated covering physician at least every 6 months;
8. Undergoes a suicide risk assessment by a licensed mental health care professional at least every 3 months;
9. Undergoes relevant laboratory testing at least every 4 months;
10. X-ray of the hand (bone age) at least once a year if the minor is still growing;
11. Annual bone density scan (DEXA) which will allow monitoring of the minor's bone density (bone strength) during treatment, which can be altered by HRT;
12. Annual mental health assessments by a Board-certified Florida licensed psychiatrist or psychologist; and
13. Continued counseling with a licensed mental health care professional during the treatment period, with the frequency recommended by the licensed mental health care professional.

---

**Please initial below to acknowledge your understanding of the information on this page.**

| Parent/legal guardian (required) | Parent/legal guardian (optional) | Minor (required) |
|---|---|---|
|  |  |  |

**Please initial each statement on this form to show that you understand the benefits, risks, and changes associated with treating a minor with feminizing medications.**

**Effects of Feminizing Medications**

| Parent/legal guardian (required) | Parent/legal guardian (optional) | Minor (required) | Statement |
|---|---|---|---|
| | | | Feminizing medications, including estrogen, androgen blockers, or antiandrogens, given singularly or in combination, may be prescribed to make a minor appear less masculine and more feminine |
| | | | It can take several months or longer for the effects of feminizing medications to become noticeable and no one can predict how fast or how much change will occur. |
| | | | This treatment will not change the minor's biological sex or chromosomes. |
| | | | If a minor takes estrogen, the following changes in a minor's breasts will occur:<br>• Breasts will develop but will not reach their full size for several years<br>• Breasts will remain even if estrogen treatment is discontinued<br>• A milky discharge from the nipples may appear, which should be reported the minor's prescribing physician<br>• The minor's risk of breast cancer may significantly increase |
| | | | If a minor takes feminizing medications, the minor's body will make less testosterone, which may affect the minor's sex life in different ways, including:<br>• The minor's testicles may shrink<br>• The minor's penis may never fully develop, particularly if the minor has previously taken puberty blockers<br>• The minor will have fewer spontaneous erections<br>• The minor's sperm may no longer mature causing infertility which may be permanent |

| | | | |
|---|---|---|---|
| | | | even if treatment is discontinued, the risk of which is increased if the minor took puberty blockers prior to starting feminizing medications<br>• Conversely, it is possible that a minor's sperm could still mature while taking feminizing medications and the minor may cause someone to get pregnant |
| | | | To improve the possibility that the minor may have biological children in the future, the options for sperm banking by the minor have been explained. |
| | | | If a minor takes feminizing medications, some parts of the minor's body will not change much, including:<br>• If present, the minor's facial hair may grow more slowly, but it will not go away completely even after taking feminizing medications for many years<br>• If present, the minor's body hair may grow more slowly, but it will not go away completely even after taking feminizing medications for many years<br>• If the minor went through puberty and has a deep voice, the pitch of the minor's voice will not rise and the minor's speech patterns will not become more like a woman's<br>• If present, the minor's Adam's apple will not shrink |
| | | | Even if a minor stops taking feminizing medications, the following changes may occur:<br>• The minor's body fat may be redistributed with less fat on the abdomen and more on the buttocks, hips, and thighs creating a more female shape<br>• The minor may have decreased muscle mass and strength in the upper body<br>• The minor's skin may become softer |
| | | | Mood changes may be caused by these medicines, and the minor will continue therapy with a licensed mental health care professional during treatment. |
| | | | Using these medicines to feminize a minor is an off-label use of the medications. This means these medications are not approved by the FDA for this |

DH5080-MQA (Rev. 06/23)
Rules 64B8ER23-7 and 64B15ER23-9

| Parent/legal guardian (required) | Parent/legal guardian (optional) | Minor (required) | Statement |
|---|---|---|---|
| | | | purpose. I know that the medicine and dose that is recommended is based solely on the judgment and experience of the minor's prescribing physician and there is no data in the medical literature or controlled research studies that support the timing, dosing, and type of administration of feminizing medications for minors. |

**Risks of Feminizing Medications**

| Parent/legal guardian (required) | Parent/legal guardian (optional) | Minor (required) | Statement |
|---|---|---|---|
| | | | The medical effects and the safety of minors taking femininizing medications are not completely known and there may be unknown long-term risks. |
| | | | Taking feminizing medications causes changes that other people will notice. |
| | | | Treatment with femininizing medications will not prevent serious psychiatric events, including suicide. |
| | | | The minor must not take more feminizing medication than prescribed. Taking too much medication:<br>• Will increase health risks<br>• Will not make changes happen more quickly or more significantly |
| | | | Taking feminizing medication can damage the liver and possibly lead to liver disease. |

**Risks of Estrogen**

| Parent/legal guardian (required) | Parent/legal guardian (optional) | Minor (required) | Statement |
|---|---|---|---|
| | | | Estrogen **SHOULD NOT** be used by anyone who has a history of:<br>• Any estrogen-dependent cancer<br>• Any disorder that makes them more likely to get blood clots that could travel to the lungs unless they are also taking blood thinners and are being followed by a specialist |

|  |  |  | |
|--|--|--|--|
|  |  |  | Estrogen should be used **WITH CAUTION** and only after a full discussion of risks by anyone who:<br>• Has a family history of breast cancer or other cancers that grow more quickly when estrogens are present<br>• Has a family history of heart disease<br>• Has diabetes<br>• Has chronic hepatitis or other liver disease<br>• Has high levels of cholesterol<br>• Has migraines or seizures<br>• Is obese<br>• Smokes cigarettes or uses tobacco products |
|  |  |  | Taking estrogen increases the risk of blood clots and problems with blood vessels that can result in:<br>• Chronic problems with veins in the legs, which may require surgery<br>• Heart attack which may cause permanent heart damage or death<br>• Pulmonary embolism (blood clot in the lungs), which may cause permanent lung damage or death<br>• Stroke, which may cause permanent brain damage or death |
|  |  |  | The risk of blood clots while take estrogen is much greater if the minor smokes cigarettes. The danger is so high that the minor should stop smoking completely while taking estrogen. |
|  |  |  | Taking estrogen can increase the deposits of fat around internal organs, which increases the risk for diabetes and heart disease, which in turn increases the risk of heart attack and stroke. |
|  |  |  | Taking estrogen can raise blood pressure, which increases the risk of heart attack and stroke. |
|  |  |  | Taking estrogen increases the risk of gallstones (stones in the gallbladder). Any long-term abdominal pain experience by the minor while taking estrogen must be reported to the minor's prescribing physician. |
|  |  |  | Taking estrogen increases the risk of elevated prolactin levels and prolactinomas, which are non-cancerous tumors of the pituitary gland. While not typically life threatening, prolactinomas can damage the |

| Parent/legal guardian (required) | Parent/legal guardian (optional) | Minor (required) | Statement |
|---|---|---|---|
| | | | minor's vision and cause headaches if not treated properly. Any changes in the minor's vision, the occurrence of headaches that are worse when waking up in the morning, or any milky discharge from the nipples must be reported to the minor's prescribing physician. |
| | | | Taking estrogen can cause nausea and vomiting. Any long-term nausea or vomiting must be reported to the minor's prescribing physician. |
| | | | Taking estrogen can cause migraines or can make them worse if the minor already has them. |
| | | | Taking estrogen can cause hot flashes. |
| | | | Taking estrogen can cause the minor to feel tired and have difficulty focusing. |

**Risks of Androgen Blockers and Antiandrogens (Spironolactone and Bicalutamide)**

| Parent/legal guardian (required) | Parent/legal guardian (optional) | Minor (required) | Statement |
|---|---|---|---|
| | | | Taking Spironolactone affects the balance of water and salt in the kidneys, which may:<br>• Increase the amount of urine produced by the minor's kidneys, making it necessary to urinate more frequently<br>• Increase the minor's thirst<br>• Increase the minor's risk of dehydration, which can be evidenced by less frequent urination than usual, dark and strong-smelling urine, thirst, and light-headedness |
| | | | Taking Spironolactone affects the balance of potassium in the kidneys, which may result in the minor experience high potassium levels resulting in:<br>• Changes in heart rhythms that may be life threatening<br>• Low blood pressure, which can cause:<br>   ○ Fatigue<br>   ○ Lightheadedness<br>   ○ Tingling feelings<br>   ○ Muscle weakness<br>   ○ Shortness of breath |

|  |  |  |  |
|--|--|--|--|
|  |  |  | <ul><li>The minor's need for regular blood tests to monitor risks while on the medication</li></ul> |
|  |  |  | Taking Bicalutamide may cause numerous side effects which should be reported to the minor's prescribing physician, including:<ul><li>Hot flashes or flushing</li><li>Bone, back, or pelvic pain</li><li>Muscle weakness</li><li>Muscle or joint pain</li><li>Headaches</li><li>Shortness of breath</li><li>Chest pain</li><li>Elevated blood pressure</li><li>Swelling of the hands, feet, ankles, or lower legs</li><li>Cough</li><li>Constipation</li><li>Nausea</li><li>Vomiting</li><li>Abdominal pain</li><li>Diarrhea</li><li>Gas</li><li>Changes in weight (loss or gain)</li><li>Loss of appetite</li><li>Dizziness</li><li>Pain, burning, or tingling in the hands or feet</li><li>Difficulty sleeping</li><li>Feeling of uneasiness or dread</li><li>Rash</li><li>Sweating</li><li>Need to urinate frequently during the night</li><li>Bloody urine</li><li>Painful or difficult urination</li><li>Frequent and urgent need to urinate</li><li>Difficulty emptying bladder</li><li>Painful or swollen breasts</li><li>Yellowing of the skin or eyes</li><li>Pain in the upper right part of the abdomen</li><li>Extreme tiredness</li><li>Unusual bleeding or bruising</li><li>Lack of energy</li><li>Upset stomach</li></ul> |

DH5080-MQA (Rev. 06/23)
Rules 64B8ER23-7 and 64B15ER23-9

|  |  |  | • Loss of appetite<br>• Flu-like symptoms<br>• Dull or sharp side pain |

**Requirements of Treatment with Feminizing Medications**

| Parent/legal guardian (required) | Parent/legal guardian (optional) | Minor (required) | Statement |
|---|---|---|---|
|  |  |  | Compliance with the requirements explained above is a prerequisite for a minor to receive treatment with feminizing medications. |
|  |  |  | The prescribing physician may stop prescribing feminizing medications if the prescribing physician or mental health care professionals providing treatment pursuant to this consent determine the benefit of treatment no longer outweighs the risks, there is insufficient social or psychological support, or the requirements in this consent are not met. |
|  |  |  | The parent/guardian or the minor can change their mind and stop treatment at any time although some effects of HRT may be permanent. |

**Prevention of Complications while under Treatment with Feminizing Medications**

| Parent/legal guardian (required) | Parent/legal guardian (optional) | Minor (required) | Statement |
|---|---|---|---|
|  |  |  | The undersigned parent(s)/legal guardian(s) agree(s) to notify the minor's prescribing physician if the minor suffers from any side effects during treatment or is unhappy with the treatment in any way, particularly if the parent(s)/legal guardian(s) has/have any concerns that the minor has worsening signs of depression or anxiety or expresses a desire harm themselves or attempt suicide. |
|  |  |  | The prescribing physician is required to monitor the minor for any side effects during treatment and may refer the minor to another physician or specialist for treatment. The undersigned |

|  |  |  | parent(s)/legal guardian(s) agree(s) to take the minor to physicians and specialists as recommended by the prescribing physician. |

**PARENTAL CONSENT:**

**The signature(s) below confirm(s) the following:**

1. The minor's prescribing physician has fully informed me about:
    a. the benefits and risks of taking feminizing medications;
    b. the possible or likely consequences of hormone therapy; and
    c. potential alternative treatments.

2. The information provided to me in this form and by the prescribing physician includes the known effects and risks of treatment with feminizing medications. I know that there may be other unknown short-term and long-term effects or risks which may be irreversible.

3. I have had sufficient time and opportunity to discuss relevant treatment options with the minor's prescribing physician.

4. All my questions have been answered to my satisfaction by the minor's prescribing physician.

5. I know enough to give informed consent for the minor to take, refuse, or postpone taking feminizing medications.

6. The Florida Board of Medicine or the Florida Board of Osteopathic Medicine requires that your prescribing physician provide this form in accordance with section 456.52, F.S. This form contains information required to be disclosed to you by Florida law and does not necessarily reflect the views or opinions of your physician.

7. My signature below attests to my consent for the minor to begin treatment with feminizing medications.

_____
Parent/legal guardian's printed name (required)

_____           _____
Parent/legal guardian's signature (required)                               Date

DH5080-MQA (Rev. 06/23)
Rules 64B8ER23-7 and 64B15ER23-9

_____
Parent/legal guardian's printed name (optional)


_____            _____
Parent/legal guardian's signature (optional)         Date

**PRESCRIBING PHYSICIAN SIGNATURE:**

My signature below attests to my compliance with section 456.52, Florida Statutes.


_____
Prescribing physician's printed name (required)


_____            _____
Prescribing physician's signature (required)         Date

**ASSENT OF A MINOR:**

I have discussed the benefits and risks of treatment with feminizing medications with my prescribing physician, parent(s) or legal guardian(s), and I wish to receive them.


_____
Minor's printed name (required)


_____            _____
Minor's signature (required)                         Date

**WITNESS:**

_____
Witness' printed name (required)

_____   _____
Witness' signature (required)                                Date

**FOR PATIENTS WHOSE PRIMARY LANGUAGE IS NOT ENGLISH:**

I certify that I am fluent in English and in the native language of the person indicating consent and/or assent on the above form. I certify that I have accurately and completely interpreted the contents of this form, and that the patient and/or adult(s) legally responsible for the minor child has indicated understanding of the contents of this form.

_____
Interpreter's printed name

_____   _____
Interpreter's signature                                       Date