# Sven Román Curriculum Vitae

## Work experience

2015 03 -
Specialist doctor, sometimes also senior doctor.
Work as a senior physician and psychiatrist consultant at BUP's outpatient care via a staffing agency:
March 2015 - June 2018, BUP Mora
August 2018 - June 2019, BUP Västervik
July - September 2019, BUP Skövde
Nov - Dec 2019, BUP Östersund
Nov - Dec 2018 and May - June 2019, PR Vård, paediatric clinic in Stockholm. Feb - June 2020, BUP Örebro
June - Dec 2020, BUP Umeå
Jan 2021, BUP Avesta
Feb - June 2021, BUP Falun
Aug - Oct 2021, BUP Motala
Nov - Dec 2021, BUP Mora
Jan 2022, BUP Avesta
Feb - Sep 2022, BUP Mjölby (of which a few weeks Motala)
Oct - Dec 2022, BUP Umeå
Jan - Feb 2023 BUP Malmö, Psykiatripartners
April - June 2023, BUP Umeå
August - December 2023, BUP Halden (Norway)


2012 12 - 2015 02
Senior physician
BUP clinic in Stockholm County Council, Unit for young people with psychosis/bipolar disorder.
Consultations based on referrals from primarily outpatient care (carried out more than 100 complete assessments) and usual outpatient work with patients enrolled in a county-wide specialized clinic.

2010 09 - 2012 10
Senior physician
BUP clinic in Stockholm County Council, Unit North
Usual duties as senior physician in BUP's inpatient care.

1



2010 05 - 2010 08
Acting chief physician
BUP clinic in Stockholm County Council, Unit for young people with psychosis/bipolar disorder and consultant psychiatrist Lövsta school home (locked institutional accommodation for children based on a decision by social services) och Högantorps skolhem
Usual duties as chief physician at the BUP clinic and consultant psychiatrist at two SiS institutions.

2006 11 - 2012 11
Trade union representative
BUP in Stockholm County
Trade union representative in SLSO's ( Stockholm County Healthcare Services)doctors' association Nov 2006 - autumn 2012
SACO (the Swedish Confederation of Professional Associations representative in Samverkan at the BUP division during the same period and at the BUP clinic from Aug 2010 - autumn 2012.

2004 03 - 2010 09
Resident doctor in child and adolescent psychiatry
Usual duties as a resident doctor in the above-mentioned speciality.

2002 09 - 2004 03
Internship doctor
S:t Görans Hospital, Stockholm
Normal duties as an intern physician.

2002 01 - 2002 08
Junior doctor with medical degree but without internship service Children's Hospital, Huddinge Hospital
Normal junior doctor duties at a paediatric clinic.

2000 06 - 2001 07
Junior doctor at the end of his/her medical training, without a medical degree Dalens Hospital, Stockholm
Ordinary junior doctors work in a geriatric ward during the summers of 2000 and 2001.

1997 06 - 1999 07
Assistant nurse
Danderyd Hospital
Ordinary assistant nurse work during summers and weekends 1997 - 1999

1984 06 - 1985 01
Health care assistant
Huddinge hospital and Danderyd hospital
Ordinary work as a health care assistant in the dialysis department and internal medicine department

**Education and training**

2010 -
Specialist training: participation in BUP congresses, pharmacological training, international congresses (e.g. I was at AACAP, the world congress of the American Association of Child Psychiatrists, in San Diego in October 2014), etc. Every year I participate in several congresses and "training courses", trying to have at least 10 such days/year.

2006 01 - 2008 09
Basic training in psychotherapy
BUP, Region Stockholm

2004 03 - 2010 09
Specialist degree, child and adolescent psychiatry
BUP, Region Stockholm

2002 09 - 2004 04
Medical licence
Internship, S:t Göran's Hospital, Stockholm

2002 09 - 2002 09
Supervisor for leadership training
Karolinska Institutet, Solna

1996 09 - 2002 01
Medical degree
Karolinska Institutet, Solna

1989 01 - 1990 06
Music programme, folk high school (classical singing)
S:t Sigfrid, Växjö

1987 09 - 1988 12
Music programme, folk high school (classical singing)
Kapellsberg Folk High School, Härnösand

1986 09 - 1987 06
Musicology
Stockholm university town

1981 08 - 1984 06
Natural science upper secondary school
Södra Latins gymnasium, Stockholm

**Articles**

1. G. Berglund, G., Sturm, H., Raita, J. & Román, S. (2009) Förslag om en kvalitetssäkrad BUP-vård (Proposal on quality assurance in child and adolescent psychiatry.) Läkartidningen, 2009-06-04. Title in English: https://lakartidningen.se/debatt-och-brev/2009/06/forslag-om-en-kvalitetssakrad-bup-vard/

2. Kritik mot barnpsykiatrin missar målet (Criticism of child psychiatry misses the mark.) Dagens Medicin. June 30, 2010. https://www.dagensmedicin.se/opinion/debatt/kritik-mot-barnpsykiatrin-missar-malet/

3. Román, S. Tvångsåtgärder vanligare hos flickor och unga kvinnor (Coercive measures more common in girls and young women.) (2016). Läkartidningen. 2016/113:DYUH.https://lakartidningen.se/opinion/debatt/2016/04/tvangsatgarder-vanligare

4. Dags att lägga ned de krisande landstingen? (Time to close down the struggling county councils?) Dagens Samhälle. Feb 22, 2017. https://www.dagenssamhalle.se/samhalle-och-valfard/sjukvard/dags-att-lagga-ned-de-krisande-landstingen/

5. One of two main authors of an article with a total of 19 signatures. Många med psykisk ohälsa får inte rätt behandling (Many people with mental

4

illness do not get the right treatment.) Svenska Dagbladet. June 21, 2017. https://www.svd.se/a/rqPgm/manga-med-

6. Undermåliga adhd-utredningar hos barn- och ungdomspsykiatrin (Substandard adhd investigations in child and adolescent psychiatry.) Dagens Samhälle. October 27, 2017. Link to the article: https://www.dagenssamhalle.se/samhalle-och-valfard/sjukvard/undermaliga-

7. One of 34 signatures. Nätläkare orsakar ohejdbar kostnadsökning (Online doctors cause unprecedented cost increases.) Svenska Dagbladet. Feb 21, 2018. https://www.svd.se/a/ngv7Gn/natlakare-orsakar-ohejdbar-kostnadsokning

8. One of 30 signatures. Risk att suicidala ges dödshjälp med ny modell (Suicidal people at risk of euthanasia under new model.) Svenska Dagbladet. Feb 22, 2018. https://www.svd.se/a/kaQ0Ev/risk-att-suicidala-ges-dodshjalp-med-ny-modell

9. Stora problem med dödshjälp – men de rapporteras inte (Major problems with euthanasia - but not reported.) Dagens Samhälle. Feb 21, 2018. https://www.dagenssamhalle.se/samhalle-och-

10. Exemplet Nederländerna visar att dödshjälp innebär att vi hamnar på ett sluttande plan (The example of the Netherlands shows that euthanasia is a slippery slope.) Dagens Nyheter. June 17, 2018. https://www.dn.se/asikt/exemplet-nederlanderna-visar-att-dodshjalp-innebar-att-vi-hamnar-pa-ett-sluttande-plan/

11. Införande av dödshjälp vore att gå i skandalläkaren Macchiarinis fotspår ( Introducing euthanasia would follow in the footsteps of scandalous doctor Macchiarini.) Dagens Nyheter. Aug 14, 2018. https://www.dn.se/asikt/inforande-av-dodshjalp-vore-att-ga-i-skandallakaren-macchiarinis-fotspar/

12. Skolan bär ett tungt ansvar för adhd-diagnoserna (Schools bear a heavy responsibility for ADHD diagnoses.) Dagens Samhälle. April 1, 2019. https://www.dagenssamhalle.se/opinion/debatt/skolan-bar-ett-tungt-ansvar-for-adhd-diagnoserna/

13. Aktiv dödshjälp kan aldrig bli säker (Active euthanasia can never be safe.) Dagens Nyheter. April 8, 2019. https://www.dn.se/asikt/aktiv-dodshjalp-kan-aldrig-bli-saker/

14. Förbättrad vård viktigare än dödshjälp (Improved care more important than euthanasia.) Dagens Nyheter. April 9, 2019. https://www.dn.se/asikt/forbattrad-vard-viktigare-an-dodshjalp/

15. Together with a co-author. Rätten till sin död blir lätt en plikt att dö (The right to die easily becomes a duty to die.) Dagens Medicin. Juli 25, 2019. https://www.dagensmedicin.se/opinion/debatt/ratten-till-sin-dod-blir-latt-en-plikt-att-do/

16. Together with a co-author. Dödshjälp prioriteras framför andra alternativ (Euthanasia prioritized over other options.) Dagens Medicin. Aug 7, 2019. https://www.dagensmedicin.se/opinion/debatt/dodshjalp-prioriteras-framfor-andra-alternativ/

17. Together with a co-author. Dödshjälp har aldrig kunnat begränsas (Euthanasia has never been restricted.) Dagens Medicin. Aug 13, 2019. https://www.dagensmedicin.se/opinion/debatt/dodshjalp-har-aldrig-kunnat-begransas/

18. One of 8 signatures. Erfarenhet och forskning talar emot dödshjälp (Experience and research against euthanasia.) Dagens Medicin. Aug 14, 2019. https://www.dagensmedicin.se/opinion/debatt/erfarenhet-och-forskning-talar-emot-dodshjalp/

19. Könsdysfori sprids som en epidemi på nätet (Gender dysphoria spreads like an epidemic online.) Dagens Nyheter. Sep,13, 2019. https://www.dn.se/asikt/konsdysfori-sprids-som-en-epidemi-pa-natet/ Link to an English version of the article: https://www.ihmistenkirjo.net/blog/psychiatrist-gender-dysphoria-spreads-like-an-epidemic-online

20. Stoppa omedelbart all behandling av könsdysfori för barn och unga vuxna (Immediately stop all treatment of gender dysphoria for children and young adults.) Dagens Medicin. Oct 8, 2019. https://www.dagensmedicin.se/opinion/debatt/stoppa-omedelbart-all-behandling-av-konsdysfori-for-barn-och-unga-vuxna/

21. Svens, K. & Román, S. (2019). Off label-förskrivning av hormoner vid könsdysfori bör utredas (Off-label prescribing of hormones for gender dysphoria should be investigated.) Läkartidningen. 2019,116:FTYW. https://lakartidningen.se/opinion/debatt/2019/10/allvarliga-risker-med-langvarig-konskontrar-hormonbehandling/ Link to an English version of the article: https://www.ihmistenkirjo.net/blog/lkartidningen-off-label-prescribing-of-hormones-in-gender-dysphoria-should-be-investigated

22. One of 8 signatures. Utredare förvanskar om könsdysfori (Investigator misrepresents gender dysphoria.) Svenska Dagbladet. Oct 22, 2019. https://www.svd.se/a/K3kxR7/utredare-forvanskar-om-konsdysfori

23. One of 8 signatures. Allvarliga invändningar förblir obesvarade (Serious concerns remain unanswered.) Svenska Dagbladet. Oct 22, 2019. https://www.svd.se/a/3J7Wzv/allvarliga-invandningar-forblir-obesvarade

24. One of 19 signatures. Även vuxna har rätt till säker vård vid könsdysfori (Adults also have the right to safe treatment for gender dysphoria.) Svenska Dagbladet. Nov 12, 2019. Link to the article: https://www.svd.se/a/AdBM7x/aven-vuxna-har-ratt-till-saker-vard-vid-konsdysfori

25. One of two main authors of an article with a total of 16 signatures. Dödshjälp är det ultimata sättet att spara resurser (Euthanasia is the ultimate way to save resources.) Dagens Samhälle. Nov 27, 2019. https://www.dagenssamhalle.se/opinion/debatt/dodshjalp-ar-det-ultimata-sattet-att-spara-resurser/

26. Du vill kväsa debatten om antidepressiva (You want to stifle the debate on antidepressants.) Aftonbladet. Jan 29, 2020. https://www.aftonbladet.se/debatt/a/LAgB14/du-vill-kvasa-debatten-om-antidepressiva

27. Staten måste utreda hur skandalen med de apatiska barnen kunde ske (State must investigate how the apathetic children scandal happened.) Götebrogs-Posten. Feb 13, 2020. Link to the article: https://www.gp.se/debatt/staten-m%C3%A5ste-utreda-hur-skandalen-med-de-apatiska-barnen-kunde-ske-1.23849279

28. One of 10 signatures. Forsvarlig behandlingstilbud til barn og unge med kjønnsdysfori? (Appropriate treatment for children and young people with gender dysphoria?) Dagens Medisin, Norway. Feb 19, 2020. https://www.dagensmedisin.no/debatt-og-kronikk/forsvarlig-behandlingstilbud-til-barn-og-unge-med-kjonnsdysfori/361774

29. Min slutsats om de apatiska barnen står på stadig grund (My conclusion on apathetic children is firmly grounded.) Göteborgs-Posten, Feb 28, 2020. https://www.gp.se/debatt/min-slutsats-om-de-apatiska-barnen-st%C3%A5r-p%C3%A5-stadig-grund-1.24657443

30. Malone, W & Román, S. (2020). Letters to the Editor. Calling Into Question Whether Gender-Affirming Surgery Relieves Psychological Distress. The American Journal of Psychiatry. 177(8), 766-767. https://ajp.psychiatryonline.org/doi/10.1176/appi.ajp.2020.19111149

31. One of 26 signatures. Avgörande kunskap saknas kring dödshjälp (Crucial knowledge missing on euthanasia.) Svenska Dagbladet. Oct 31, 2020. https://www.svd.se/a/6zzWk8/avgorande-kunskap-saknas-kring-dodshjalp

32. One of 19 signatures. Frågor om dödshjälp lämnas obesvarade (Questions on euthanasia left unanswered.) Svenska Dagbladet. Nov 9, 2020. https://www.svd.se/a/1BBlxq/fragor-om-dodshjalp-lamnas-obesvarade

33. The lead author of an article with ten co-authors, all doctors, three of whom are also professors: "Sänk inte åldersgräns för juridiskt könsbyte" ("Do not lower the age limit for legal gender reassignment"). Svenska Dagbladet, June 1, 2023: https://www.svd.se/a/zEXKG1/debattorer-sank-inte-aldersgransen-for-juridiskt-konsbyte

34. One of 21 doctors and scientists from 9 countries who signed an article in the Wall Street Journal: Youth Gender Transition Is Pushed Without Evidence. July 13, 2023: https://www.wsj.com/articles/trans-gender-affirming-care-transition-hormone-surgery-evidence-c1961e27 and https://archive.is/dG06b

**Lectures and hearings for Members of Parliament in the Parliament building**

1. Könsdysfori ur ett psykiatriskt och medicinskt perspektiv. Sveriges största medicinska skandal i modern tid? (Gender dysphoria from a psychiatric and medical perspective. Sweden's biggest medical scandal in modern times?) October 16, 2019.
2. Varför dödshjälp inte bör tillåtas (Why euthanasia should not be allowed.) November 28, 2019.
3. Presentation av Oregonmodellen och kapitlet "Psykiatri och dödshjälp" av Sven Román i den nordiska antologin "Dødshjelp i Norden? Etikk, klinikk och politikk" (Presentation of the Oregon Model and the chapter "Psychiatry and Euthanasia" authored by Sven Román from the Nordic anthology "Euthanasia in the Nordics? Ethical, clinical and political".) November 18, 2020.
4. Irreversibel skada eller evidensbaserad behandling (Irreversible damage or evidence-based treatment? On the treatment of gender dysphoria for children and young adults.) September 16, 2021.
5. Livshjälp (Life support (about euthanasia). December 7, 2022.
6. Hearing with MEPs on the treatment of children and young adults with gender dysphoria and in particular on the proposed law to change legal gender from the age of 16. March 7, 2023.
7. Another hearing with MEPs on the treatment of children and young adults with gender dysphoria, in particular on the proposed law on legal gender reassignment from the age of 16. May 23, 2023.

**Other media appearances**

1. Swedish public television, local news for Stockholm: 50 läkare saknas inom barnpsykiatrin (50 doctors are missing in child psychiatry). April 2, 2008.
2. Swedish public television, the documentary program Dokument Inifrån (Documents from Within): Vem kan hjälpa mitt barn? (Who can help my child?) November 12, 2015.

8

3. Special Nest online magazine: Överläkare fördjupar kritik mot BUP:s metoder (Consultant psychiatrist deepens criticism of child and adolescent psychiatry methods). December 14, 2015. https://www.specialnest.se/landsting/overlakare-fordjupar-kritik-mot-bups-metoder

4. Swedish public service radio, Kropp & själ (Body & Soul): Hur mår psykiatrin? (How is psychiatry doing.) Nov 1, 2016. https://sverigesradio.se/avsnitt/800449

5. Evening newspaper Aftonbladet: Hemliga läkare fick 13 miljoner av läkemedelsindustrin (Secret doctors received 13 million from the pharmaceutical industry). March 22, 2017. https://www.aftonbladet.se/nyheter/a/vJn5m/hemliga-lakare-fick-13miljoner-av-lakemedelsindustrin

6. Daily newspaper Dagens Nyheter: Psykiater larmar om felaktiga diagnoser på barn (Psychiatrist raises alarm over misdiagnosis of children). Oct 21, 2017. https://www.dn.se/nyheter/sverige/psykiater-larmar-om-felaktiga-diagnoser-pa-barn/

7. Focus magazine: Få tillförlitliga studier som visar på effekten av medicinerna (Few reliable studies on the effectiveness of drugs (on ADHD drugs)). Oct 30, 2017. https://www.fokus.se/inrikes/fa-tillforlitliga-studier-som-visar-pa-effekten-av-medicinerna/

8. Swedish public service radio: Barnpsykiater: För många får diagnoser (Child psychiatrist: Too many people get diagnosed). June 7, 2018. https://sverigesradio.se/artikel/6967615

9. The daily Newspaper Sydsvenskan and Norra Skåne: Ledare: Vem bestämmer över din död? (Editorial: Who decides on your death?). April 10, 2019. https://www.nsk.se/ledare/vem-bestammer-over-din-dod/

10. The medical trade union magazine Sjukhusläkaren (The hospital doctor): Dödshjälp: Den känsliga frågan (Euthanasia: The sensitive issue). June 3, 2019. https://www.sjukhuslakaren.se/dodshjalp-den-kansliga-fragan/

11. Ledare: Farligt rättighetstänkande bakom tonåringars "könskorrigeringar" (Editorial: Dangerous rights-based thinking behind teenagers' 'gender reassignment'). Aug 27, 2019. https://www.dn.se/ledare/hanne-kjoller-farligt-rattighetstankande-bakom-tonaringars-konskorrigeringar/

12. Filter magazine: Ohörda rop (Unheard cries, on so-called apathetic children seeking asylum). Sep 23, 2019. https://magasinetfilter.se/granskning/apatiska-barn-ohorda-rop/

13. Swedish public service radio, Studio Ett (Studio One): "Jag var så himla rädd" ("I was so scared"). Sep 25, 2019. https://sverigesradio.se/artikel/7306372

14. TV channel TV4, Malou efter tio (Malor after ten): Vi i vården har bidragit till grav barnmisshandel i 15 års tid (We in healthcare have contributed to

serious child abuse for 15 years). Oct 1, 2019. https://www.tv4.se/klipp/va/12502429/vi-i-varden-har-bidragit-till-grav-barnmisshandel-under-15-ars-tid

15. News in TT that all media forwarded, including Läkartidningen(Medical Journal): Läkare vill att råd om apatiska barn ses över (Doctors want advice on apathetic children to be reviewed). Oct 7, 2019. https://lakartidningen.se/aktuellt/nyheter/2019/10/lakare-vill-att-rad-om-apatiska-barn-ses-over/

16. Daily newspaper Svenska Dagbladet editorial podcast: Könsdysfori och undflyende politiker (Gender dysphoria and elusive politicians?) Oct 9, 2019. https://www.svd.se/a/kJ1mkX/konsdysfori-och-undflyende-politiker

17. Article and feature in web TV for the Christian newspaper Dagen: Överläkare Sven Román: Behandlingar av könsdysfori är en epidemi (Consultant Sven Román: Treatment of gender dysphoria is an epidemic). Oct 18, 2019. https://www.dagen.se/nyheter/2019/10/18/overlakare-sven-roman-behandlingar-av-konsdysfori-ar-en-epidemi/

18. Political podcast God Ton (Good Tone): Överläkare Sven Román om könsdysfori och apatiska flyktingbarn (Consultant Sven Román on gender dysphoria and apathetic refugee children). Oct 25, 2019. https://poddtoppen.se/podcast/1372019059/god-ton/60-overlakare-sven-roman-om-konsbyten-och-apatiska-flyktingbarn

19. Swedish public service radio, educational radio, "Ministry of Education": Skolan och adhd-diagnoserna (Schools and ADHD diagnoses). Nov 8, 2019. https://urplay.se/program/212743-skolministeriet-skolan-och-adhd-diagnoserna

20. Danish public service TV DR1 on the so-called apathetic asylum-seeking children, the program "21 Sunday". Nov 24, 2019.

21. Finnish public service broadcaster YLE: Slaget efter tolv - dagens debatt: Unga med könsdysfori (The battle after twelve - today's debate: Young people with gender dysphoria). Dec 9, 2019. https://arenan.yle.fi/poddar/1-50351504

22. Daily newspaper Svenska Dagbladet editorial podcast: "Life Overtakes Me" – apatiska flyktingbarn på bio ("Life Overtakes Me" - apathetic refugee children at the cinema). Feb 6, 2020. https://www.svd.se/a/g7O5Jk/life-overtakes-me-apatiska-flyktingbarn-pa-bio

23. Swedish public service radio: Barnpsykiatriker: "De har utrett på löpande band" (Child psychiatrist: "They have been investigating on an assembly line"). Feb 19, 2020. https://sverigesradio.se/artikel/barnpsykiatriker-de-har-utrett-pa-lopande-band

10

24. Swedish public service radio, the investigative program Kaliber (Calibre): Barnen och diagnoserna (The children and the diagnoses). May 11, 2020. https://sverigesradio.se/avsnitt/1495660

25. Report in the French newspaper Le Figaro: Face à la vague des transgenres, la Suède commence à douter (Faced with the transgender wave, Sweden is beginning to have doubts). June 14, 2021. https://www.lefigaro.fr/international/face-a-la-vague-des-transgenres-la-suede-commence-a-douter-20210614

26. A documentary by the French TV channel M6 on children and young adults with gender dysphoria, including a clip from Sven Román's lecture at the Swedish Parliament on September 16, 2021. May 21, 2023.

27. One of the interviewees in the National Catholic Register article European Countries' Restrictions on Gender Treatment for Minors Contrast Sharply With US Push. July 20, 2023: https://www.ncregister.com/news/european-countries-restrictions-on-gender-treatment-for-minors-contrasts-sharply-with-us-push

28. News in TT forwarded by many media outlets: Miljonflöden från läkemedelsbolag till läkare (Million-dollar flows from pharmaceutical companies to doctors). August 4, 2023: https://www.svd.se/a/xgWQw8/miljonfloden-fran-lakemedelsbolag-till-lakare

**Medical involvement**

1. Since 2018 member of the Network against inappropriate governance of health care.
2. Since 2018 member of Nordic network against euthanasia.
3. Founded 2019 a Nordic network critical of the treatment of children and young adults with gender dysphoria.
4. Since 2019 member of a network that aims to help patients reduce or stop taking psychotropic drugs.
5. Since 2020, I belong to the Advisory Board of SEGM, Society for Evidence Based Gender Medicine.
6. Since 2020, I have been a board member of GENID, Gender Identity Challenge Sweden, a network of parents, relatives and healthcare professionals who work to ensure that the care of children and young people with gender dysphoria is based on openness, caution and science.