# Curriculum Vitae and Bibliography
# Monica Mortensen, DO

## . PERSONAL INFORMATION

**Place of Birth** – Chicago, IL

**Citizenship:** - United States

## 2. PRESENT ACADEMIC RANK AND POSITION

| | |
|---|---|
| University of Florida Jacksonville<br>Clinical Assistant Professor, Department of Pediatrics | 2018 - Present |
| Nemours Children's Clinic<br>807 Children's Way<br>Jacksonville, FL 32207<br>Associate Director of Clinical Service for Endocrinology, Jacksonville Pediatric Endocrinology | 2015 - Present |

## 3. EDUCATION

| | |
|---|---|
| Loyola University- Chicago, IL B.S. in Biological Science | 1989 - 1994 |
| Midwestern University/Chicago College of Osteopathic Medicine<br>Downers Grove, IL Doctor of Osteopathic Medicine | 1996 - 2001 |
| Bi-County/Henry Ford Hospital- Detroit, MI<br>Pediatric Internship | 2001 - 2002 |
| Lutheran General Children's Hospital- Park Ridge, IL<br>Pediatric Residency | 2002 - 2004 |
| University of Chicago Children's Hospital- Chicago, IL<br>Pediatric Endocrinology Fellow<br>Chief Pediatric Endocrinology Fellow | 2004 - 2007<br>2005 - 2007 |
| Nemours Children's Clinic- Jacksonville, FL<br>Advanced Pediatric Endocrinology Fellow | 2014 - 2015 |

A-1


JANE DOE, ET AL. V JOSEPH LADAPO, ET AL.
STATE'S EXHIBIT
DX 10
4:23-CV-114-RH-MAF

A-2

**4. BOARD CERTIFICATION(S)**

    **American Board of Pediatrics**

    General Pediatrics                                                                     2009-Present

    **American Board of Pediatrics**

    Pediatric Endocrinology                                                              2015-Present

**5. LICENSURE**

| | | |
|---|---|---|
| Illinois | Lic# 036111969 | 1997-2020 |
| Florida | Lic# OS10132 | 2007-Present |

## 6. HONORS/AWARDS

| | |
|---|---|
| LWPES Travel Grant | 2005 |
| LWPES Travel Grant | 2007 |
| Nordotropin Grant for Fellow Symposium in Sweden | 2007 |

## 7. PREVIOUS PROFESSIONAL POSITIONS AND MAJOR APPOINTMENTS

Project Health, Inc, Thomas Langley Medical Center Sumterville, FL
| | |
|---|---|
| Pediatrics and Pediatric Endocrinology | 2008 – 2012 |
| Director of Pediatrics | 2008 – 2012 |
| Lab Director | 2010 – 2012 |
| Chief Medical Officer | 2011 – 2012 |

| | |
|---|---|
| Central Florida Family Health Centers Sanford, FL<br>Pediatrics and Pediatric Endocrinology | 2013 – 2014 |

| | |
|---|---|
| Nova Southeastern University College of Osteopathic Medicine<br>Clinical Assistant Professor, Department of Pediatrics | 2012 – 2014 |

## 8. PROFESSIONAL & COMMUNITY MEMBERSHIPS, SOCIETIES AND SERVICES

| | |
|---|---|
| American Academy of Pediatrics | 2001 – Present |
| American Academy of Osteopathic Pediatricians | 2001 – Present |
| Florida Osteopathic Medical Association | 2001 – Present |
| The Endocrine Society | 2004 – Present |
| Pediatric Endocrine Society | 2004 – Present |
| Florida Pediatric Medical Association | 2008 – Present |
| International Society for Clinical Densitometry (ISCD) | 2019 - Present |

## 9. EDUCATIONAL ACTIVITIES

### A. Curriculum/Course Development

| | |
|---|---|
| Member of curriculum committee for Pediatric Endocrinology Fellowship; In process of enhancing and teaching pediatric endocrinology across the three years of fellowship for the University of Florida College of Medicine   Pediatric Endocrine Fellows. | 2015 - Present |

A-3

| | |
|---|---|
| Member of curriculum committee for Pediatric Endocrinology Rotation for Pediatric residents; In process of enhancing and teaching pediatric endocrinology for the mandatory and elective rotations in endocrine for the University of Florida College of Medicine Pediatric Residents | 2015 - Present |

### B. Teaching

| | |
|---|---|
| Clinic Preceptor for Mayo Clinic Medical Student and Adult Endocrinology Fellows | 2014 - Present |
| Clinic Preceptor for University of Florida College of Medicine Pediatric Residents and Pediatric Endocrine Fellows. | 2014 - Present |
| Hospital Inpatient Education Wolfson's Children's Hospital | 2015 - Present |

### C. Mentorship

| Individual and Position | Timeframe & Description | Outcomes | Current Status |
|---|---|---|---|
| Delia Perez, MD (2nd, 3rd year Ped Endo fellow) | 7/2019-6/2020. QI project titled " Monitoring Vitamin D in the use of Zoledronic acid infusions"." This QI project aimed to improve the recognition and management of vitamin D deficiency in patients undergoing zoledronic acid infusion to prevent side effects. | Re-education of providers occurred during the study period, resulting significant improvement in assessment and treatment of vitamin D deficiency in this study population. | Pediatric endocrinologist in Pennsylvania |
| Dr. Leopold Maldonado, MD (3rd year Ped Endo fellow) | 1/2022-current. QI project titled " CGM in T2DM." This QI project aimed to improve the management of T2DM by prescribing and using a CGM in pts with T2DM | This QI project is ongoing. | Current 3rd year fellow |
| Dr. Kelly Hildebrandt (2nd year fellow) | 7/2019-current. QI project titled "Increased screening of Urine microalbumin pts with T1DM. The goal of this QI project is to improve screening, recognition and management of urine microalbuminuria in patients with T1DM. | This QI project is ongoing. | Current 2nd year fellow (2020-2021) |

| Fellows Mentored | Timeframe | Current Status |
|---|---|---|
| Reham Hasan, MD | 2014-2017 | Pediatric endocrinologist, Nemours Health System, Jacksonville, FL |

A-4

| Dania Al-Hamad, MD | 2015-2016 | Pediatric endocrinologist, University of Utah |
| --- | --- | --- |
| Hussein Elmufti, MD | 2016-2018 | Pediatric endocrinologist, Virginia |
| Delia Perez, MD | 2016-2019 | Pediatric endocrinologist, Pennsylvania |
| Ashish Malpani, MD | 2017-2020 | Pediatric endocrinologist, Dubai |
| Lurah Welch, MD | 2019-2022 | Pediatric endocrinologist, Texas |
| Leopoldo Maldonando, MD | 2020-2023 | Current 3rd year fellow |
| Kelly Hildebradt, MD | 2021-2024 | Current 2nd year fellow |

**D. Academic Career Development**

Quality Champions Program                                                                 05/2022
Quality and Safety and Education teams, Nemours Children Health
Jacksonville, Orlando, FL, and Delaware
Program to train associates and faculty on quality and safety principles
such as: quality improvement methodology, patient safety principles,
the triple aim for populations, patient and family centered care
concepts, teamwork, and leadership principles.

## 10. INSTITUTIONAL/DEPARTMENTAL ADMINISTRATIVE RESPONSIBILITIES, COMMITTEE MEMBERSHIPS AND OTHER ACTIVITIES

Osteopathic Board of Medicine                                                             2022-Present
   Board Member

Northeastern Florida Pediatric Diabetes Center                                  2022- Present
   Assistant Medical Director

Jacksonville Diabetes Camp                                                                2022- Present
   Member – Support Assessment, development,
   implementation and evaluation of education and safety
   of campers and medical staff

Nemours Quality and Patient Safety Committee                              2022 – Present
   Member- Development, implementation, and evaluation
   of QI/QA projects for Nemours Jacksonville, outpatient

Women at Work Committee                                                                2022 – Present
   Member-  resource and support group working women

Wellness Committee                                                                             2021 – Present
   Member- Promote physical and mental well being for staff

Associate Director of Clinical Service for Endocrinology, Jacksonville     2018 - Present

A-5

| | |
|---|---|
| Pediatric Endocrinology | |
| Needs Assessment Committee<br>Member- Evaluation & Review of proposed clinical positions | 2018 – 2022 |
| Nemours Pediatric Endocrinology Curriculum Committee<br>Member- Development, implementation and evaluation of education<br>For Pediatric Endocrinology Fellows | 2015 - Present |
| Nemours Pediatric Endocrinology QI Committee<br>Member- Development, implementation and evaluation<br>of QI/QA projects for Pediatric Endocrinology Fellows | 2015 – Present |
| ADA- Camp JADA Camp Committee<br>Member – Support Assessment, development, implementation and<br>evaluation of education and safety of campers and medical staff | 2015 - 2021 |
| ADA- Triangle D Diabetes Camp Committee<br>Member – Support Assessment, development, implementation and<br>evaluation of education and safety of campers and medical staff | 2004 - 2019 |

## 11. PRESENTATIONS

**International/**

**LWPES/ESPR**   Lyon France: "Precocious Puberty in Turners Syndrome" Monica Mortensen, Donald Zimmerman, Elizabeth Baumann.  08/2005

**Endocrine Society**   Toronto Canada: "The Functional Significance of the Various Types of Ovarian Morphologies of Polycystic Ovary Syndrome" Monica Mortensen, David Ehrmann, Elizabeth Littlejohn, Robert L. Rosenfield. 06/2007

**National**
**OMED 23 Osteopathic Conference**
Pediatric Section
"Thyroid disorders in Children"
"Vit D and its Related disorders in Children"
10/2023

## 12. CLINICAL PRACTICE, INTERESTS, AND ACCOMPLISHMENTS

General Pediatric Endocrinology, PCOS and menstrual disorders, Precocious Puberty and Pubertal Disorders, Adrenal Disorders, Pediatric calcium and bone disorders, as well as T1DM & T2DM

Completed Quality Improvement Program through Nemours and IHI 2022. Currently involved as mentor to fellows QI projects, endocrine QI projects and a member of the Quality and Patient Safety Committee.

Certified Clinical Densitometrist 2022

## 13. RESEARCH INTERESTS

Use of technology to improve diabetes control, Precocious Puberty, PCOS, Metabolic Effects of Human Growth Hormone. Bone disorders in Pediatrics.

## 14. Educational Practice, Interests, and Accomplishments

| | |
|---|---|
| University of Florida College of Medicine Jacksonville, FL USA<br>Assistant Professor of Pediatrics | 2018 - Present |
| Nova Southeastern University College of Osteopathic Medicine<br>Clinical Assistant Professor, Department of Pediatrics | 2012 - 2014 |
| Preceptor of visiting medical students (pediatric clerkship):<br>University of Central Florida/ School of Medicine | 2013 - 2014 |
| Preceptor of visiting medical students (pediatric clerkship):<br>Nova Southeastern University College of Osteopathic Medicine | 2008 - 2014 |

## 15. BIBLIOGRAPHY

1. Robert L Rosenfield. K. Wroblewski, V. Padmanabhan, Elizabeth Littlejohn, Monia Mortensen, David Ehrmann. Antimüllerian hormone levels are independently related to ovarian hyperandrogenism and polycystic ovaries. Fertil Steril. 2012 Apr 26.

2. Robert L Rosenfield, Monica Mortensen, K. Wroblewski, Elizabeth Littlejohn, David Ehrmann. Determination of the source of androgen excess in functionally atypical polycystic ovary syndrome by a short dexamethasone androgen-suppression test and a low-dose ACTH test. Hum Reprod. 2011 Nov;26(11):3138-46.

3. Monica Mortensen, David Ehrmann, Elizabeth Littlejohn, Robert L. Rosenfield. Asymptomatic Volunteers with a Polycystic Ovary Are a Functionally Distinct but Heterogeneous Population. J Clin Endocrinol Metab 2009 May; 94 (5):1579-1586.

4. Jennifer Hirshfield-Cytron, Randall B. Barnes, David Ehrmann, Anthony Caruso, Monica Mortensen and Robert L. Rosenfield. Characterization of Functionally Typical and Atypical Types of Polycystic Ovary Syndrome. J Clin Endocrinol Metab 2009 May; 94 (5):1587-1594.

5. Monica Mortensen, Robert L Rosenfield, and Elizabeth Littlejohn. The Functional Significance of Polycystic-Size Ovaries (PSO) during Puberty. J Clin Endocrinol Metab 2006 Oct; 91 (10):3786-90.