# Jonathan P. Clemens, DMSc, PA-C

PO Box 5430, Lacey, WA 98509-5430 | (253) 219 – 4181 | jclemens@jclemens.org

## Education

Liberty University, Lynchburg VA
*Doctor of Philosophy in Health Sciences, Trauma Informed Care*    *6/2026*
A.T. Still University, Arizona School of Health Sciences, Mesa AZ
Doctor of Medical Science, Clinical Leadership    6/2023
Western Seminary, Portland OR
Master of Theology, high honors    8/2021
Pierce College, Puyallup WA
Undergraduate coursework (20 quarter hours), Fire Command Administration    2017—19
Pacific University, Forest Grove OR
Master of Science, Physician Assistant Studies    8/2012
South Puget Sound Community College, Olympia WA
Associate of General Studies, highest honors (pre-PA leveling)    12/2009
Santa Fe Institute, Santa Fe NM
Complex Systems Summer School    7/2004
Pepperdine University, Malibu CA
Master of Divinity    9/1996
Master of Science, Ministry    12/1994
Excelsior College (then USNY Regents' College), Albany NY
Bachelor of Science, Computer Information Systems    1/1992
Associate of Science, Computer Software    9/1991
University of Alaska Southeast, Juneau AK
Associate of Arts (completed prior to high school graduation)    5/1989

## Employment History

**Principal/Physician Assistant**, ErgoCare Clinic PLLC, Olympia WA    9/2021—
    Leading a PA-owned small-scale occupational and family medicine clinic.
**Teaching Assistant,** Western Seminary, Portland OR    1/2021—
    Facilitation and instructional support for online seminary courses.  Part time.
**Physician Assistant,** The Emily Program, Lacey WA    6/2019—
    Medical clearance and monitoring for eating disorders clinic. Part time/contract.
**Adjunct Clinical Instructor**, Pacific University School of Physician Assistant Studies    1/2016—
    Precept PA students in clinical rotations, guest lecture. Part time/intermittent.
**EMS Instructor/Evaluator**, Thurston County Medic One, Olympia WA    12/2007—
    Provide initial and ongoing training for EMTs. Standardized patient 2007—2009.
    Instructor 2010—present. Evaluator 2014—present.   Part time/intermittent.
**Chaplain/Chief EMS Officer**, South Bay Fire Department, Olympia WA    8/2006—
    Volunteer/stipend positions. Primary Fire/BLS response for outlying area.  Captain
    2013—2018. Assistant Medical Services Officer 2015—2017. Acting Battalion Chief
    2016—2018. Chief Emergency Medical Services Officer 2018—present.
**Physician Assistant,** Atlas Sleep Center, Olympia WA    9/2019—9/21
    Sleep Medicine PA. Grew practice from single day clinic in sublet office space to    1/2017—11/18
    AASM accredited 2 bed sleep center, without onsite physician. Part time.
**Physician Assistant,** Anesis Spine and Pain, Lacey WA    10/2020—8/21
    Medical assessment, Opioid management, interventional pain procedures, including
    joint injections under ultrasound guidance. Part time.

A-1


JANE DOE, ET AL. V JOSEPH LADAPO, ET AL.
STATE'S EXHIBIT
DX 11
4:23-CV-114-RH-MAF

**Employment History, Continued**

| | |
|---|---|
| **Physician Assistant**, Littlerock Family Medicine, Tumwater WA | 10/2018—10/20 |
|   Primary care, seeing family medicine (scheduled and walk-in/urgent care) | 3/2015—5/17 |
|   patients and occupational medicine cases. | |
| **Physician Assistant,** Cross Road Health Ministries, Glennallen AK | 1/2019—9/20 |
|   Provide family and emergency medical care in Glennallen, Delta Junction, and Tok, | |
|   Alaska for up to 2 weeks at a time. Full time/intermittent. | |
| **Physician Assistant,** KB Family Practice, Olympia WA | 4/2017—8/19 |
|   Family and occupational medicine, coverage for retiring solo physician. Part time. | |
| **Physician Assistant**, Group Health Physicians, Olympia WA | 9/2012—3/15 |
|   Family medicine with specialization in skin biopsies, diabetic foot care, nail surgery, | |
|   joint injections, and as EPIC electronic medical record "super user." | |
| **Volunteer Firefighter/EMT**, Washington County Fire District 2, North Plains OR | 9/2010—3/12 |
|   Respond to station to staff second unit or cover station for second 911 call. | |
| **Information Security Manager,** Intel Corporation, DuPont WA | 5/1997—6/10 |
|   Extensive career in IT security and risk management, including risk assessment, | |
|   policy development, penetration testing, investigations, incident response, mergers & | |
|   acquisitions, and project, program, and people management.  Collateral duties | |
|   included emergency response team command, Christian diversity group leadership. | |
| **Office Systems Analyst,** World Vision U.S., Federal Way WA | 7/1995—5/97 |
|   Team leader of 4 IT help desk analysts serving a large, multilingual nonprofit. | |
| **Ministry Intern**, Northwest Church of Christ, Shoreline WA | 8/1993—6/95 |
|   Emphasis in youth, preaching, chaplaincy, small group ministries. | |
| **Systems Analyst**, Unisys Government Systems, Inc., Juneau AK | 6/1990—4/93 |
|   Systems manager and user training specialist for U.S. Coast Guard. | |

| **Current Professional Certifications** | **First earned** |
|---|---|
| **Medical** | |
| Physician Assistant License, Alaska (inactive) | 11/2018 |
| Clinical Sleep Educator, Board of Registered Polysomnographic Technologists | 2/2017 |
| Fellow of the Academy of Wilderness Medicine, Wilderness Medical Society | 8/2016 |
| Registered Medical Examiner, U.S. DOT FMCSE (CDL exams) | 5/2015 |
| EMS Evaluator, Washington State | 6/2014 |
| Controlled Substances Registration Certificate, Schedules II-V, DEA (WA, Past: AK) | 8/2012 |
| Physician Assistant License, Washington State (WA Osteopathic PA 3/2017—4/2021) | 8/2012 |
| Physician Assistant, Certified (PA-C), NCCPA | 8/2012 |
| EMT Basic (National Registry, Washington. Past: Oregon, WMI Wilderness EMT) | 6/2006 |
| | |
| **Fire/Rescue** (prerequisite certificates omitted for brevity) | |
| Fire Instructor 2, International Fire Service Accreditation Congress (IFSAC) | 3/2019 |
| Fire Officer II, IFSAC | 12/2017 |
| Master Fire Chaplain, Federation of Fire Chaplains (FFC) | 10/2016 |
| Firefighter II, IFSAC | 5/2016 |
| | |
| **Information Risk and Security** | |
| Healthcare Information Security and Privacy Practitioner (HCISPP), ISC[2] | 12/2014 |
| Certified Information Systems Security Professional (CISSP), ISC[2] | 7/1999 |

A-2

## Selected Publications

Parsons, Marissa and Jonathan Clemens (in press), "Eating Disorders and Bariatric Surgery: The Chicken or the Egg?" *Journal of the American Academy of PAs*

Clemens, Jonathan, "Dear Christian Physicians", *CMDA Today*, 54:2, Summer 2023.

Kline, Kiki M., Elizabeth A. O'neill, Stephanie Behar, Virginia Ramseyer Winter, and Jonathan P. Clemens. "Weight Stigma: A Potential Barrier to Psychiatric/Mental Health Medication Care." *Social Work in Mental Health*, March 1, 2023, 1–18. doi:10.1080/15332985.2023.2184191.

Clemens, Jonathan, "Detransitioners in Your Church Doorway?" *Eikon*, 4:2, Fall 2022.

Clemens, Jonathan, "September 12, 2020," *Health Enhanced by Art,* A.T. Still University, 2022.

Clemens, Jonathan, "Meaningful Use," *Journal of the American Academy of PAs*, November, 2021. doi:10.1097/01.JAA.0000795044.84373.32.

Clemens, Jonathan, "Addressing Religious Objections to Vaccination," *Journal of the American Academy of PAs*, February, 2020. doi:10.1097/01.JAA.0000651744.92234.17.

Clemens, Jonathan, "Health Information Security for Wilderness Medical Providers: an Overview," *Wilderness Medicine Magazine*, 2016. http://wms.org/magazine/1180/Information-Security

Clemens, Jonathan P., "Hyponatremia in Elderly Patients Treated for Depression With Selective Serotonin Reuptake Inhibitors Versus Tricyclic Antidepressants" (2012). *School of Physician Assistant Studies.*

Fellman, Philip V., Jonathan P. Clemens, Roxana Wright, Jonathan Vos Post, and Matthew Dadmun, "Disrupting Terrorist Networks – A Dynamic Fitness Landscape Approach," in *Conflict and Complexity: Countering Terrorism, Insurgency, Ethnic and Regional Violence*, ed. Philip V. Fellman, Yaneer Bar-Yam, and Ali A. Minai. Cambridge, MA: Springer, 2015.

Clemens, Jonathan and Dennis Morgan, "Choosing the Right Client Model," *Premier IT Magazine*, Summer, 2007. Framingham, MA: CXO Media.

Clemens, Jonathan, and Lauren O'Neill, "Discovering an Optimum Covert Network";

Metcalf, Sara S., and Jonathan P. Clemens "Modeling Ourselves: Social Selection and Development in a Substantially Novel Network";

Schaeffer, Satu Elisa, Jonathan P. Clemens, and Patrick Hamilton, "Decision Making in a Distributed Sensor Network," all from *Student Papers, 2004 Santa Fe Institute Complex Systems Summer School,* Santa Fe, NM: Santa Fe Institute, 2004.

## Selected Public Presentations

| | |
|---|---|
| Chaplains Association for Public Safety of Thurston County | |
| "Chaplain Care and First Responder PTSD in Washington State" | 2023 |
| AAPA National Convention (Category 1 CME offered) | |
| "With Great Power Comes Great(er) Responsibility – Reaching Across the Power Differential" (With DEI Commission) | 2023 |
| "Challenges in Communicating Across Cultural Differences" (With DEI Commission) | 2022 |
| Conference on Medicine and Religion (Category 1 CME offered) | |
| "Eunuchs as Biblical Models of Hope for Detransitioners" | 2023 |
| Catholic Medical Association, annual educational conference (Category 1 CME offered) | |
| "Eating Disorders and Social Media: An Exquisitely Distorted Relationship" | 2022 |
| Presbyterian College, PA program virtual grand rounds | |
| "Eating disorders for Non-Specialists" | 2022 |
| "Sleep Medicine" | 2022 |
| CMDA Bioethics Perspectives 2021 (Category 1 CME offered) | |
| "Eating Disorders for Non-Specialists: Awareness and Ethical Considerations at the Intersection of Medical and Mental Healthcare" | 2021 |
| Pacific University, PA program lectures | |
| "Racial Disparities in Maternal Mortality" | 2021 |
| "Eating Disorders" | 2020 |
| "Sleep Medicine" | 2017, 19–22 |

**Selected Public Presentations, Continued**
Pacific University, PA program lectures, continued
    "Addressing Patient Religious Concerns in a Diverse Society"       2017
    "Occupational Medicine"       2017
LinuxWorld Expo
    "Enterprise Security"       2007
Intel Premier IT Partners,
    "Enterprise Security"       2005, 2007
    "Get Rich or Stay Thin"       2007
Information Systems Audit and Control Association (ISACA) – Mt. Rainier Chapter
    "Using the Incident Command System for Computer Incident Response"       2001

**Media appearances**
"Eating Disorder Diagnosis and Treatment"  *Doctor, Doctor* podcast, 3/31/2023
"Washington's Death with Dignity Act may get an update" Spokane Public Radio, 3/7/2023,
    https://www.spokanepublicradio.org/regional-news/2023-03-07/washingtons-death-with-dignity-act-
    may-get-an-update
"What You Need to Know About Eating Disorders" *Doctor, Doctor* podcast, 3/3/2023
"Improving Cross-Cultural Communication Skills With Patients" Medscape,
    https://www.medscape.com/viewarticle/974645, 5/26/2022.
"Franklin Graham: Americans should 'prayerfully' consider getting the COVID-19 vaccine," Washington
    Times, https://www.washingtontimes.com/news/2021/may/19/franklin-graham-americans-should-
    prayerfully-consi/, 5/19/2021.
"Addressing Religious Objections to Vaccination," *CMDA Matters* podcast, https://cmda.org/jonathan-
    clemens-pa-c-immunizations/, 8/19/2020.

**Graduate Level Courses Facilitated as Teaching Assistant, Western Seminary**
BL 503 Interpreting Acts through Revelation       Spring 2021
BL 570 Psalms and Ecclesiastes: Ancient Models for Faithful Living       Fall 2022
BT 501 Hermeneutics       Fall 2021
BT 502 Understanding Biblical Theology       Spring 2023
BT 537 Priestly Messiah, Temple and Apocalyptic       Summer 2022
CS 501 Loving God and Others       Summer 2022
ML 506 Ministerial Ethics       Summer 2021, Spring 2022

| **Medical Coursework** | **Attended** |
| --- | --- |
| Practical Point of Care Ultrasound 3 day course, Practical POCUS | 8/2019 |
| IV Therapy endorsement for EMTs, Mason County Medic One | 11/2016 |
| Remote Medicine for Advanced Providers (RMAP), Remote Medical International | 9/2013 |
| Wilderness Upgrade for Medical Providers, NOLS/Ready SF | 4/2012 |
| The Difficult Airway Course: EMS | 9/2011 |

| **Expired Medical Certifications** | **First Earned** |
| --- | --- |
| Advanced Wilderness Life Support, Adventure Med/University of Utah | 6/2015 |
| Advanced Life Support in Obstetrics (ALSO), AAFP | 9/2014 |
| Fundamental Critical Care Support, SCCM | 6/2014 |
| Advanced Trauma Life Support (ATLS), American College of Surgeons | 1/2013 |
| Pre-Hospital Trauma Life Support (PHTLS), NAEMT | 12/2012 |
| Advanced Burn Life Support (ABLS), American Burn Association | 10/2011 |
| Pediatric Advanced Life Support (PALS), American Heart Association (AHA) | 5/2011 |
| Advanced Cardiac Life Support (ACLS), AHA | 10/2008 |

A-4

**Fire/Rescue Coursework**
Incident Command System core courses IS-100, -200, -300, -400, -700, -800, FEMA    2006—2015
Blue Card Incident Command Training, (Sim lab) Fire Command Seminars/Olympia Fire    10/2018
USFA Type 3 Incident Management Team Training, O-305    6/2018
IAFF Fire Ground Survival, Olympia Fire Department    5/2014
Blue Card Incident Command Training Program, (Online) Fire Command Seminars    9/2013
Incident Safety Officer, National Fire Academy (NFA)    2/2010
Strategies and Tactics for Initial Company Operations, NFA    1/2008
Police/Fire Chaplains' Training Academy, WA Criminal Justice Training Commission    10/2007
Volunteer Firefighter Academy, HAZMAT ops Thurston Fire/Rescue Training Consortium    12/2006

**Professional Recognition**                                                      **Awarded**
Fire Officer of the Year, South Bay Fire Department    2013, 2015
Division Recognition Award for outstanding achievement, Intel Corporation, 6 awards    2002—2008
Patent filings, Intel Corp. PRC patent 101490669, 2012. U.S. Patent 8471904, 2013.    2006—2008
Firefighter of the Year, South Bay Fire Department    2007
Honor Graduate, Thurston County Fire Rescue Training Consortium Academy 06-02    2006

**Community Service**                                                              **Active**
Fellowship of Christian PAs: Board member, President 2019—20, 2022—23    2017—
Diversity, Equity, and Inclusion commission member, AAPA    2020—23
PAs For Tomorrow, Board Member at Large    2021—23
American Red Cross: Health services volunteer, shelter support, Hurricane Florence    2018
Medical Reserve Corps Volunteer, Thurston County Health Department    2017—
Moderator/Administrator, The Physician Assistant Forum    2012—
Health Talents International: Medical mission team member    2008—
Cub Scouts/Boy Scouts of America: Registered adult leader    2005—2013
Computer Technology Investigators Northwest: Private sector board member-at-large    2000—2006

**Professional Memberships**
PAs For Tomorrow    2013—
Christian Medical and Dental Associations/Fellowship of Christian PAs (life member)    2012—
Wilderness Medical Society    2011—
American Academy of Physician Assistants    2010—2013, 2018—
Washington Academy of Physician Assistants    2010—
Federation of Fire Chaplains    2009—
Washington State Firefighters Association    2008—
International Association of Fire Chiefs    2018—2022
Society of Emergency Medicine Physician Assistants    2014—2021

**Personal Interests**
Games, including card, board, role-playing, and computer.  Martial arts. Complex systems studies.

Revision date: June 22, 2023.