

Jane Doe

*vs.*

Joseph Ladapo

Taped Transcription

Tab 26 and 39

LEXITAS

Med Def_001485

Doe Pls' Trial Ex.

23

1

2  JANE DOE,

3       Plaintiff,

4  vs.

5  JOSEPH LADAPO,

6       Defendant.

7  _____

8

9

10

11

12            TRANSCRIPTION OF AUDIO RECORDING

13               FLORIDA BOARD OF MEDICINE

14                  TAB 26 AND 39

15            GENDER DYSPHORIA DISCUSSION AND

16            PETITION TO INITIATE RULEMAKING

17

18

19

20

21

22            TRANSCRIBED AUDIO RECORDING BY:

23                 Julie Thompson, CET

24

25  Job No.: 322529

Med Def_001486

Page 2

1   Thereupon,

2   The following proceeding was transcribed from an

3   audio recording:

4                              ****

5           CHAIRMAN DIAMOND:  All right.  At this

6   point I'd like to go to tab number 26 and tab number

7   39.  We'll be handling both of these together.  Tab

8   number 26 is entitled Discussion on Letter from

9   Dr. Joseph Ladapo, MD, PhD, State Surgeon General,

10  dated June 2, 2000 -- I'm sorry -- 2022, Related to

11  Gender Dysphoria in Children and Adolescents.

12          And tab 39 is Petition to Initiate

13  Rulemaking Setting, the Standard of Care for

14  Treatment of Gender Dysphoria.

15          To begin with, I'm going to turn this over

16  to Mr. Vasquez for some statements.

17          EXECUTIVE DIRECTOR VASQUEZ:  Thank you.

18  Good afternoon.

19          Again, my name is Paul Vasquez.  I'm the

20  executive director of the Florida Board of Medicine,

21  and this is a duly noticed meeting of the Board.

22  It's a public meeting, and it's being recorded.

23  There's a court reporter in the meeting, so

24  understand that if you speak to the Board, it's

25  important that you speak in a way that's clear

Page 3

1    enough for the court reporter to take it down and

2    capture all the information for the record.

3              The Chair will ask for public comment at

4    the appropriate time, so please refrain from

5    speaking out during the meeting until that appointed

6    time.  Remember, it is a public meeting that's being

7    recorded, and side conversations may become part of

8    the record.

9              And at this time we ask, again, that you

10    please silence all electronic devices.

11              In terms of how the meeting will be

12    organized, the Florida Board of Medicine invites and

13    encourages all interested parties to provide

14    comments on matters before the Board.  The following

15    guidelines will apply to public comments.

16              Interested parties will be given an

17    opportunity to provide comment on matters before the

18    Board after an agenda item is introduced.

19              Interested parties may provide comments on

20    the record during the meeting, or they can waive

21    speaking and indicate their position on the issue,

22    which will also become part of the record.

23              Appearance forms are being provided to

24    facilitate that process.  If you have interest in

25    making desires known on the record or speaking at

Med Def_001488

Page 4

1  the meeting, you need to make sure you fill out a

2  speaker's card and that we've received it.

3            Interested parties will be limited to three

4  minutes to provide comment, which may only be

5  extended by the Chair if time permits, based on the

6  number of proposed speakers.

7            If an interested party is part of a larger

8  group of persons, we do request that you identify an

9  individual to speak on behalf of the group, if

10 possible.

11           Interested parties may use pseudonyms if

12 they do not wish to identify themselves on the

13 record.

14           Our expectation is that we'll have a civil

15 discourse.  And in that regard, we ask that you

16 refrain from profane language and understand that we

17 are going to be controlling the audience to the

18 extent that we want to have a highly calm and --

19 meeting with high decorum.  So just understand that

20 we are going to be monitoring the progress of the

21 meeting, and please conduct yourselves accordingly.

22           CHAIRMAN DIAMOND:  Thank you, Mr. Vasquez.

23 So I thought I'd give a little bit of an over line

24 how we thought we would address these issues.

25           First, I want to welcome all of our guests

Med Def_001489

Page 5

1  here today, and I'd like to just provide a little

2  bit of background.

3          The Board of Medicine is vociferously

4  apolitical.  We are here to protect the people of

5  the State of Florida.  I've asked all the members of

6  the Board to put their personal feelings aside and

7  approach these contentious issues openly, focusing

8  on the science and the standard of care.

9          I'm going to start by just asking a very

10 simple question of each member of the Board.  Has

11 any member of this board been improperly contacted

12 by a member of the State, and in any way pressured

13 on how this meeting ought to be conducted or how

14 that person ought to respond?

15          Dr. Carnes (phonetic)?

16          DR. CARNES:  No.

17          CHAIRMAN DIAMOND:  Dr. Ackerman?

18          CHAIRMAN ACKERMAN:  No.

19          CHAIRMAN DIAMOND:  Ms. Justice?

20          MS. JUSTICE:  No.

21          CHAIRMAN DIAMOND:  Dr. Wasylik?

22          DR. WASYLIK:  No.

23          CHAIRMAN DIAMOND:  Dr. Vila?

24          DR. VILA:  No.

25          CHAIRMAN DIAMOND:  Dr. Chandra?

Med Def_001490

Page 6

```
 1              DR. CHANDRA:  No.

 2              CHAIRMAN DIAMOND:  Dr. Pimentel.

 3              DR. PIMENTEL:  No.

 4              CHAIRMAN DIAMOND:  Dr. Pages?

 5              DR. PAGES:  No.

 6              CHAIRMAN DIAMOND:  Dr. Derick?

 7              DR. DERICK:  No.

 8              CHAIRMAN DIAMOND:  Dr. Hunter?

 9              DR. HUNTER:  No.

10              CHAIRMAN DIAMOND:  Thank you.  What we're

11  going to do is we're very pleased that our State

12  Surgeon General, Dr. Ladapo has decided to speak

13  with us today.  We're going to first listen to

14  Dr. Ladapo's remarks.  I believe then the State is

15  going to present the petition.

16              At that point, I've invited Dr. Michael

17  Haller, who's the chief of UF Pediatric

18  Endocrinology, to say a few words.  I'm going to ask

19  some questions using my prerogative of both parties.

20  Then I'm going to open it up to the Board of

21  Medicine to ask some questions.

22              After that time, we're going to open it up

23  to the floor for public discussion.  And what we've

24  done is we've invited the members of the public to

25  fill out speaker statements, and we've segregated
```

Med Def_001491

1   them into essentially opposition and support of the

2   petition.  And what will happen is that names or

3   speaker cards will be selected at random and handed

4   to me AB order so that we can do this as fairly, as

5   impartially as possible.

6           It is essential that the people of the

7   state of Florida recognize we are approaching this

8   in a methodical, appropriate way.  There is no way

9   that everyone is going to be able to speak today.

10  We've got in probably 150 speaker requests, so

11  that's not going to happen.  Probably we'll end

12  speaker comments at 4:45 p.m.

13          The basic question for us today is whether

14  or not to accept a petition for rulemaking.  Now,

15  this board is statutorily authorized to address

16  these issues.  And if we're asked to accept this

17  petition, it's really incumbent upon us to do this.

18  It's not an issue or where you can just shirk our

19  responsibilities and say, no, thank you.

20          But I want to be very, very clear that if

21  this board decides to accept the petition for

22  rulemaking, nothing is going to happen today.  This

23  will begin a series of publicly-noticed workshops,

24  where we can go and invite the public, where we can

25  invite experts to discuss these matters in an

1  appropriate way.  And of course, these will all be

2  publicly-noticed and done with a focus on science.

3          As Mr. Vasquez says, we're going to limit

4  the public comments to three minutes each.  There is

5  going to be no outbursts.  There is going to be no

6  inappropriate behavior.  If you do that, you'll be

7  escorted out of the building.

8          At this point, I think we should commence.

9          And, Dr. Ladapo, I'd like to turn it over

10  to you for your comments, and thank you for being

11  here, sir.

12          SURGEON GENERAL LADAPO:  Thank you.  I'm

13  going to see if I can stand up.  Sometimes being

14  tall can be a disadvantage in terms of distance.

15  But can you hear me?

16          CHAIRMAN DIAMOND:  Do you want to use the

17  -- do you want to take the mic off the stand?

18          SURGEON GENERAL LADAPO:   Oh, great.  Thank

19  you.  Thank you all for all of your work in the past

20  few days.

21          UNIDENTIFIED FEMALE:  We can't hear.

22          UNIDENTIFIED FEMALE:  We can't hear you.

23          CHAIRMAN DIAMOND:  Is the mic on, sir?

24          SURGEON GENERAL LADAPO:  Okay.  All right.

25  Okay.

Med Def_001493

Page 9

```
 1                    So first I want to thank you, members of

 2   the Board for all of your work over the past two

 3   days.  I know that you guys have been busy and

 4   working hard and taking on a number of issues.  And

 5   I know that that's pretty routine that the -- that

 6   your roles here on the Board require, you know, a

 7   lot of energy, not to mention travel and a lot of

 8   time.

 9                    Today, you're taking on something

10   additional.  And I want to acknowledge that context,

11   because it's an important context, and it's

12   important to acknowledge it.  And that context is

13   around us.  It's behind us.  It's the strong

14   feelings about the issue that you guys are taking on

15   today.

16                    So with that in mind, I think it's

17   important, especially during these situations where

18   there just is a lot of outside external pressure and

19   influence, to remember what you all know, which is

20   what our duty is as clinicians and as members of a

21   society that set standards of care and evaluates

22   standards of care.  And ultimately, that's what is

23   important in terms of your roles as members of the

24   Board of Medicine, as you know, and all of our roles

25   as clinicians.
```

Med Def_001494

1                    And in terms of standard of care, the

2    reason that the Department of Health, our Governor,

3    DeSantis, and the Agency for Healthcare

4    Administration have been focused on this issue is

5    because there is a substantial departure.  And I say

6    this from a very -- from an objective perspective,

7    not from a perspective that is influenced by, you

8    know, any favoritism for or against any particular

9    outcome, but rather an objective perspective about

10   the level of evidence and the data surrounding this

11   particular issue.

12                   And I've spent a lot of time -- I've

13   actually evolved in my perspective on this

14   particular issue, so the comments I'm making today,

15   if you had spoken with me six months ago, I could

16   not have made them.  The comments I'm making today

17   are based on my review of the evidence and my

18   discussion and evaluation of data presented by

19   individuals of all different perspectives on this

20   particular issue.

21                   And when you go through that process, and

22   if you can go through that process with an unbiased

23   eye, it is very clear that in terms of the

24   effectiveness of what we're discussing today, the

25   petition that Mr. Wilson will present, the

Med Def_001495

1  effectiveness is completely uncertain.  I mean,
2  maybe it is effective, but the scientific studies
3  that have shown -- been published to date do not
4  support that.  They're just -- you know, they happen
5  to be entirely observational studies.  There are
6  issues with confounding.  It is impossible to
7  conclude that there is a benefit from the scientific
8  studies that have been published.
9            This is not to take away from any
10  particular individual's experience, you know, having
11  gone through or not gone through some of the
12  therapies that we'll be discussing today, but it
13  does have to do with what exists currently in the
14  scientific literature.
15            You look beyond the effectiveness and you
16  look at the safety.  On the safety, again, it is
17  incontrovertible.  There clearly is a level of risk
18  with these procedures, both the hormone therapies
19  and the hormone blockers for individual who are in
20  puberty and for the surgical interventions that are
21  obvious.
22            With the hormonal therapies -- puberty is
23  such an elaborate and confusing time.  I mean, from
24  a scientific perspective, we don't understand all
25  the changes that happen in individuals.  We do know

Med Def_001496

 1  that hormones that are active and changing during

 2  puberty affect brain development and other parts of

 3  the human body, physiology.  The effects of that in

 4  terms of these therapies is completely unknown.  It

 5  is a huge question mark.

 6          On the surgery side, we don't know the

 7  effects in terms of sterility, fertility in the

 8  future, in addition to the usual risk of surgery

 9  that we're familiar with, such as infection, you

10  know, bleeding, and potentially death.

11          So when you combine those two and, you

12  know, you look at standards of care, these

13  procedures clearly fall into an area that is outside

14  what we generally conduct and consider part of the

15  standard of care for medical and surgical therapies.

16  There is no question about that based on the

17  available data.  Could that change in the future?

18  It's possible.  I think it is very unlikely

19  considering what I've reviewed, but it's possible.

20  But based on what we know today, it clearly falls

21  outside of the standard of care.

22          On top of that, one has to consider the

23  ability of a minor to provide consent for something

24  that is beyond the complexity of most adults to even

25  competently provide consent.  And this just adds an

Med Def_001497

Page 13

1  enormous ethical issue that, again, as clinicians,

2  we have training that tells us how to navigate

3  issues where we don't feel that we can be confident

4  that the patient in front of us is actually

5  providing informed consent for the therapy that he

6  or she is about to undergo.

7          So I want to -- I just wanted to share that

8  with you because that's been the conclusion of the

9  data that I've reviewed.  Again, I want to

10  acknowledge the context that you all are working

11  men, and I want to thank you for your service here

12  on the Board of Medicine.  And I have full

13  confidence that you all will provide, as Dr. Diamond

14  has shared, just a scientific and unbiased

15  assessment of this issue.

16          Okay.  Thank you.

17          CHAIRMAN DIAMOND:  Thank you so much,

18  Dr. Ladapo.

19          At this point I'd like to recognize

20  Mr. John Wilson, general counsel of the Florida

21  Department of Health.  We'd like you to go ahead and

22  present the petition please.

23          ATTORNEY WILSON:  Thank you, Mr. Chair.

24  Good afternoon, Board members.  And thank you,

25  Dr. Ladapo, for that introduction.

Med Def_001498

Page 14

1              My name is John Wilson.  I'm the general
2  counsel for the Florida Department of Health, and
3  I'm here to present the Department's Petition to
4  initiate rulemaking, setting the standard of care
5  for gender dysphoria in Florida.
6              In April of this year, the Department
7  issued a recommendation and guidance recommending
8  against the use of puberty blockers, hormone
9  therapies, and sexual reassignment surgery in
10  children for the treatment of gender dysphoria.
11  After the release of that report, our sister agency,
12  the Agency for Healthcare Administration, began a
13  study to determine whether such treatments are
14  consistent with generally accepted medical
15  standards.
16              AHCA has concluded their report, and they
17  have determined that these treatments do not conform
18  with generally accepted medical standards.  That
19  report is attached to the motion and is part of your
20  materials.
21              I will let the keen clinical minds of both
22  the Board and your public commenters reach into the
23  research and explain that to you, but the
24  Department's position at the end of the day is that
25  there simply is not evidence that these experimental

Med Def_001499

Page 15

1  and irreversible treatments are effective for the

2  treatment of gender dysphoria.

3         Because of this, the Department recommends

4  that the Board adopt a standard of care by rule that

5  prohibits puberty blockers, hormone therapies, and

6  sexual reassignment surgeries for the treatment of

7  gender dysphoria in children that requires a robust

8  informed consent process for any of those therapies

9  in adults and provides guidance to physicians that

10 may find themselves caring for a patient that is

11 currently undergoing hormone therapy at the time of

12 the adoption of this rule or the patient's entry

13 into the state.

14        Now, before I turn over the floor, I'd like

15 to mirror some of the comments and expand on them of

16 Chair Diamond.

17        What we are asking you to do today is not

18 adopt a rule.  It is to initiate the rulemaking

19 process.  If granted, the Board would simply kick

20 off the normal process that is part of the

21 Administrative Procedures Act.  This would give

22 plenty of time, as you stated, for public comment,

23 investigation, and research.

24        The Department has made a recommendation

25 today, and that is for two reasons.  One, we do

Med Def_001500

Page 16

1  believe that this is the only rational

2  recommendation, considering all of the available

3  evidence going towards the use of these procedures

4  to treat gender dysphoria.  And number two, because

5  the Florida statutes require that a petitioner

6  asking the Board to initiate rulemaking provide

7  their proposed resolution for the rulemaking

8  process.  Our request today, as you highlighted, is

9  simply to begin this process.  By doing that, the

10  Board will not have legally bound itself to any

11  particular outcome.

12          I'd also like to answer a couple questions

13  that I believe might be in the forefront of Board

14  members' minds when discussing this petition.  And

15  the first one is, why now?  I have served before the

16  Board for the last several years in various

17  capacities, and I know your usual rulemaking process

18  is responsive.  It's responsive to a set of

19  disciplinary cases, an ongoing dialogue with a trade

20  association or professional association, or after

21  the Legislature's mandated you to engage in

22  rulemaking.  And I understand this is different, and

23  the Department has brought this petition directly to

24  you.  And the answer to that question, why now, is

25  that the Department of Health believes that the

Med Def_001501

Page 17

1   Board and Florida should be ahead of this issue and

2   not behind it.

3          I expect that there will be a great deal of

4   disagreement about where the public and potentially

5   even Board members believe this discussion should

6   end.  But I also expect that there will be a great

7   deal of agreement that this is an important issue

8   for Florida healthcare, for our citizens, and our

9   citizen's children, and it is worthy of your

10  attention, time, and resolution.

11          The Department at this point is not willing

12  to wait for others to lead, and it is not willing to

13  wait for a neatly tied controversy to naturally come

14  before you and force this issue.  That is why the

15  Department has brought you this petition today.

16          We respectfully request that you join the

17  Department in this urgency because I'm sure you all

18  understand that there is someone out there right now

19  that tomorrow is too late, and it is time for the

20  Board to take up this issue.

21          The second question I want to touch on, why

22  you?  Why the Board of Medicine?"  And I thank you,

23  Chair Diamond, for your comments.  The Legislature

24  has delegated this duty to you, not to the

25  Department, not necessarily reserved it for itself.

Med Def_001502

Page 18

1   The Legislature created the Board for this exact

2   type of purpose, to gather some of the brightest

3   medical minds in our state, get them together so

4   when such a controversy presents itself, it can be

5   decided by physicians, not politicians, not

6   bureaucrats at the agency, but a group of keenly

7   minded physicians that can exercise due diligence in

8   the research that goes into such an important

9   decision.

10          The Department and the Board share a common

11  goal, obviously, of safeguarding the health and

12  welfare of our Florida citizens.  We are always

13  partners in this.  But at the end of the day, the

14  Board and the Department of Health are legally

15  distinct agencies, and the authority to set a

16  standard of care, the Legislature has unequivocally

17  delegated that to this body.  And the Department has

18  absolute full faith in this Board's ability to deal

19  with the issue we have brought it today.

20          And with those questions answered, I again

21  respectfully request that the Board grant the

22  Department's petition and initiate the rulemaking

23  process to set a standard of care for the treatment

24  of gender dysphoria in Florida.  Thank you.

25          CHAIRMAN DIAMOND:  Thank you, Mr. Wilson.

Med Def_001503

Page 19

```
 1              And just to elaborate a little bit, I want
 2   to be very, very clear.  If this board elects to
 3   enter the rulemaking process, it does not behoove us
 4   to promulgate a rule.  There is a possibility that
 5   we may not be able to come to agreement.
 6              Further, if we do promulgate a rule, we do
 7   not have to, in any way, necessarily mirror the
 8   recommendations that have been presented.  We have
 9   latitude and leeway.  Our job is to approach this in
10   a open mind, and we are going to accept the task
11   presented to us as faithfully as we can.
12              At this time, is Dr. Haller with us right
13   now?  Thank you.
14              So what I'm going to do is I've invited
15   Dr. Mike Haller, chief of Pediatric Endocrinology,
16   University of Florida, to say a few words.  And the
17   reason I'm doing this is that it is essential, as I
18   said before, that we are making it clear that we are
19   giving full voice to some different opinions.
20              So, Dr. Haller, I'd like to invite you to
21   say a few words.  Go Gators.
22              DR. HALLER:  Thank you for the opportunity
23   to speak today.  Esteemed members of the Board of
24   Medicine, my name is Dr. Michael Haller.  I am a
25   graduate of the University of Florida College of
```

Med Def_001504

1  Medicine, the University of Florida Pediatric

2  Residency, and the University of Florida Pediatric

3  Endocrinology Fellowship.  I hold a master's degree

4  in clinical investigation, and I currently serve as

5  the professor and chief of pediatric endocrinology

6  at the university.  I've trained thousands of

7  medical providers, participated in the development

8  of national, international guidelines, and have

9  treated tens of thousands of children.  I hold

10  numerous NIH grants and have published more than 200

11  peer-reviewed papers.

12           I provide this background with full

13  humility but also to establish myself as an expert,

14  both in pediatric endocrinology and in the review

15  and analysis of the scientific literature.

16           Respectfully, the Department of Health's

17  petition for rulemaking and the proposed prohibition

18  of pubertal blockers, hormone therapy, and surgery

19  for gender dysphoric patients under 18 is in direct

20  conflict with guidelines from the American Academy

21  of Pediatrics, the Endocrine Society, the American

22  Psychological Association, and the World

23  Professional Association for Transgender Health.

24           The association's guidelines have

25  established gender-affirming care as the standard of

Med Def_001505

Page 21

1  care.  Importantly, the quality of evidence used to

2  establish standards for other less politicized

3  diagnoses is far weaker than the data supporting

4  gender-affirming care.  As such, the assertion that

5  gender-affirming care is not adequately data-driven

6  is at best a double standard, and at worst

7  discriminatory political theater.

8          Sadly, less than 20 -- excuse me, less than

9  48 hours ago, the governor gave public comments in

10  which he called for doctors who provide gender-

11  affirming care to be sued and criminally prosecuted.

12          Similarly, his press secretary, Ms. Pushaw,

13  and the general surgeon's press Secretary,

14  Mr. Redfern, regularly promote falsehoods about

15  gender-affirming care and willfully encourage

16  personal attacks on physicians and patients who

17  provide and receive gender-affirming care.  While

18  you as the Board are, thankfully, apolitical, each

19  of you are appointed by and serve at the pleasure of

20  the governor.

21          As such, in order to have meaningful

22  conversations regarding gender care in Florida, we

23  must acknowledge the highly unusual political nature

24  of the State's petition.  We must admit that the

25  State's recent actions to remove Medicaid coverage

Med Def_001506

Page 22

1  for both adolescents and adults with gender

2  dysphoria are indeed politically motivated.  We must

3  recognize that the state-supported AHCA report on

4  gender medicine makes numerous false claims, uses a

5  highly biased review of the literature, and relies

6  on discredited pseudo experts.

7         While there are numerous flaws with the

8  AHCA or GAPMS' report and the State's proposed rule,

9  the following issues deserve some specific

10 commentary.

11         First, the State's primary assertion that

12 gender-affirming therapy has not demonstrated

13 efficacy and safety is patently false.  Nearly every

14 major medical organization that provides care for

15 children is supportive of gender-affirming care, and

16 the State is either unaware of or willfully chooses

17 to ignore the totality of the evidence in support of

18 gender-affirming care.

19         Second, the State's use of anti-trans

20 pseudo experts as external advisors, seeking to

21 discredit the standard of care is frankly absurd.

22 At least one of the State's so-called experts has

23 been disqualified from testing and testifying in

24 cases regarding gender-affirming care by Texas

25 judges.  Several others have never provided gender-

Med Def_001507

Page 23

1    related care to any child or adult.

2              Third, the State's ongoing implication that

3    the overwhelming majority of children resolve their

4    gender dysphoria is a gross misrepresentation of the

5    data.  While a majority of pre-pubertal children who

6    express transgender identities do return to their

7    original gender assignment, more than 90 percent of

8    those with a transgender identity following puberty

9    persist with that trans identity indefinitely.

10             With all that as background, I'd like to

11   remind the Board what the established standard of

12   care actually recommends.

13             First of all, evaluation by

14   multidisciplinary groups of providers with expertise

15   in psychology, pediatrics, and endocrinology is

16   recommended.

17             Secondly, adolescents who present to gender

18   care clinics must have co-morbid mental health

19   issues diagnosed and treated before confirming their

20   gender dysphoria or identity.

21             Third, when gender dysphoria persists and

22   when the patient starts puberty, endocrinologists

23   can then offer pubertal blockers.  This is never

24   done in pre-pubertal children.  In addition, the

25   overwhelming majority of side effects associated

Med Def_001508

Page 24

1   with the use of pubertal blockers are, in fact,

2   reversible.

3                   Fourth, only when gender identity continues

4   to be well-established are patients offered gender-

5   affirming hormones.

6                   Fifth, mastectomy is considered only after

7   the age of 16 in trans men and most often occurs

8   after age 18.

9                   And, sixth, genital surgeries are

10  considered only after age 18.  That is the standard

11  of care.

12                  Importantly, while the State would like to

13  have you think otherwise, surgeries in transgender

14  adolescents are appropriately uncommon.  When

15  considering the three largest youth gender clinics

16  in Florida, where more than a thousand children are

17  currently followed, less than 100 patients have been

18  referred for breast surgery in the last 5 years with

19  the majority of those being referred over 18, and

20  100 percent of those from our center being referred

21  after the age of 16 and with full parental consent.

22  Similarly, not a single patient followed by any of

23  our centers has been referred for genital surgery

24  before the age of 18.

25                  So while the State has used exceptional

Med Def_001509

Page 25

1   cases of poor care provided outside the State of

2   Florida to support their positions, I am not aware

3   of a single complaint made to this Board of Medicine

4   by a patient in Florida regarding their gender-

5   affirming care.

6           As all of you are practicing physicians

7   from different backgrounds, I'd like you to consider

8   the following analogy.

9           Dr. Diamond, how would you respond if the

10  State of Florida suggested a standard of care that

11  was in conflict with the recommendations of your

12  American Society for Radiation Oncology Society?

13          Doctors Barsoum and Wasylik, what would you

14  say if the State suggested that the standard of care

15  according to your American Academy of Orthopedic

16  Surgeons was unacceptable, and you could no longer

17  perform surgeries in line with your association's

18  recommendation?

19          Dr. Zachariah, would you support the State

20  if they refuse to let you practice according to the

21  standard of care as defined by the American College

22  of Cardiology?

23          I ask each of you to consider the same for

24  your specific practice of medicine.

25          In closing, I ask you to uphold the

Med Def_001510

Page 26

1  sanctity of the doctor-patient relationship.  I ask

2  each of you to vote against the State's petition and

3  to let doctors and patients continue to have the

4  freedom to access the care they need.  Thank you

5  very much.

6           CHAIRMAN DIAMOND:  Thank you so much.  I

7  understand -- no, no, no.

8           No, no, no.  Not again.  Not acceptable,

9  please.

10          I understand that Dr. Quentin Van Meter is

11 with us today as well.

12          Sir, if you could please come to the front.

13 Dr. Diamond.

14          UNIDENTIFIED MALE:  Dr. Diamond, do we need

15 to have a motion to accept the petition so we can

16 have discussion on this?

17          CHAIRMAN DIAMOND:  Mr. Tellechea says no.

18          UNIDENTIFIED MALE:  Okay.

19          ATTORNEY TELLECHEA:  Not yet.

20          CHAIRMAN DIAMOND:  Sir, could you please

21 introduce yourself?

22          DR. VAN METER:  Yes.  My name is Quentin

23 Van Meter.  I'm a board-certified pediatric

24 endocrinologist in private practice in Atlanta,

25 Georgia.  I have a 42 years' experience in dealing

Med Def_001511

Page 27

1   with what was originally called transsexual patients

2   and which currently are called transgender patients

3   in the vernacular.

4            My background comes from Johns Hopkins

5   Hospital where Dr. John Money was one of my faculty

6   professors, and he is the person who coined the term

7   gender identity as the concept of the internal sex

8   to self.  It was a social concept.

9            I would like to explain to the Board --

10  first of all, thank you for having me here.  I'm

11  very, very appreciative of the opportunity to speak.

12           There is no biologic basis for one's gender

13  identity.  It is a purely social construct.  There

14  have been studies that are limited, looking at MRI,

15  the best studies of the brain, looking at genetic

16  markers, but the quality of those studies in terms

17  of the numbers and the explanation of what their

18  findings are very limited and of no statistical

19  value.

20           So if a person is found -- remains are

21  found some 200 years after the -- they have passed

22  away and they're exhumed and examined, there is no

23  way that anyone has an opportunity or a way to say

24  what one's -- that body's gender identity was.  They

25  certainly can tell the biologic sex without any

Med Def_001512

Page 28

1  hesitation whatsoever.  So the basis of gender

2  identity is a social concept that has been developed

3  and was first coined by Dr. Money in the 1970s.

4          The problem with proceeding with procedures

5  to socially, medically, and surgically affirm

6  children in their incongruent gender is that there

7  is no long-term data outcome from the United States

8  or actually worldwide that proves its safety and

9  efficacy.

10          What has happened in the United States is

11  that before 2007, there was not a transgender clinic

12  in existence in this country, at least not

13  officially.  Between 2007 and the present time,

14  there have erupted 66 different university-based

15  transgender centers and then a host of additional

16  places where transgender identified individuals can

17  find medical treatment through Planned Parenthood

18  and through several online services, to get hormone

19  treatments and to have puberty blocked and then to

20  be referred to surgical procedures.

21          So in this past number of years, we have

22  seen a burgeoning of these clinics, and we have also

23  seen an incredible increase in the number of

24  patients presenting with transgender complaints or

25  morbidity.  The reason that we are told this has

Med Def_001513

Page 29

1  happened is because society is now more open and

2  accepting of these individuals, and that they have

3  always been there throughout history.

4           Well, I have been practicing pediatric

5  endocrinology and as a board-certified pediatric

6  endocrinologist from 1980 forward, and I found no

7  patients in practice, one patient -- except for one

8  patient that came to me in 1993.  It was a boy,

9  biologic boy who came to me for hormone therapy.

10          At that point in time, I was flabbergasted

11  as to what to do because there was no place to go,

12  no advice.  I canvassed all of my colleagues in

13  pediatric endocrinology from coast to coast, north

14  to south, and said, what would you recommend?

15  Nobody had an idea of what to do because there was

16  no standard of care established for this kind of

17  problem.

18          So what happens then between 2007 and the

19  present day is that the internet has allowed access

20  for these patients to learn about the concept of

21  gender identity and apply it to their own lives.

22  We've seen an absolutely incredible increase over

23  the past two years because of the restrictions of

24  not going to school with COVID and people being held

25  in their homes, that they lived an internet life.

Med Def_001514

 1          My most recent transgender patient, who

 2  actually came in to see me yesterday exactly, had

 3  had that problem where there was no concept of

 4  gender problems before until COVID hit.  The child

 5  was kept home for two years by their parents, and it

 6  was during those two years that this child assumed

 7  that there was a problem that would be answered by

 8  changing to a different -- the appearance of a

 9  different biologic sex than the actual biologic sex

10  of the patient.

11          So this is what we are dealing with.  We're

12  dealing with a monumental epidemic of increased

13  proportions.  And in Europe, who started these

14  treatments about 10 years before we did in the

15  United States, in Europe, they have come to the

16  conclusion, after looking at their 20 years of data,

17  that there is no way that it is safe or appropriate

18  to treat a minor child with any kind of hormonal

19  intervention or surgical intervention until the age

20  of consent.

21          Now, that is the European experience.  They

22  were pioneers in doing these kind of things 10 years

23  before we began in the United States.  They have a

24  smaller number of patients because, technically, in

25  the United States, we are supposed to have 120,000

Med Def_001515

Page 31

1  transgender children in the United States at this

2  very moment in time.  But in Europe, they saw this

3  same phenomenal increase, and they called to

4  question what was going on.  And they evaluated the

5  data, and they found that there was far more harm

6  than any benefit in allowing these children to

7  receive any kind of medical or surgical treatment.

8           And the government of Sweden, the

9  government of Finland, and most recently in the last

10 week, the UK, have closed down all such treatments

11 and banned them by government edict and said that

12 moving forward, the only way that those kinds of

13 treatments in minors can happen is under a carefully

14 scrutinized research protocol, which is governed by

15 an institutional review board, which looks at safety

16 and efficacy.

17          Now, I've done clinical research studies.

18 I'm not an academician at a university, but I have

19 been involved in clinical research my entire

20 professional private practice life.  And I have had

21 IRBs review the kinds of studies we're doing, and it

22 is very important for an independent board to look

23 at and to re-look at the consent form in particular

24 and look at the design of the studies and either let

25 that study go forward or not.  And if the study goes

Med Def_001516

Page 32

1   forward, there is an independent safety committee

2   that looks at any adverse event and looks at that as

3   a stopping criteria for that study no matter how

4   hopeful or beneficial the treatments have been to

5   some of the patients in that study.  We are missing

6   that.

7           This is a giant experiment on United States

8   children, 120,000 kids, supposedly in the position

9   of having an incongruent gender, and we are moving

10  forward with a treatment protocol that is not

11  transparent, that is not really a standard of care

12  in the sense that there has been a board of

13  individuals from one concept of treatment to the

14  other and everything in between who've come together

15  and has a consensus of what is a standard of care.

16  There are guidelines that have been promulgated.

17          It was mentioned that the American Academy

18  Pediatrics represents 67,000 pediatricians and is

19  fully behind affirmation, medical and surgical -- or

20  medical affirmation, in particular.  Well, the

21  problem with that is that those 67,000 members are

22  not satisfied with what has happened with the

23  leadership and the committee that wrote that

24  particular guideline; 80 percent of the

25  representatives of their leadership forum last year,

Med Def_001517

Page 33

1  and again this year, brought up a resolution that

2  said, please remove that statement.  Re-look at it.

3  Look at science, and come back with a statement that

4  reflects science and is appropriate and that

5  demonstrates that this is both safe and efficacious.

6              Both of the times where this resolution was

7  approved by the vast majority of attendees, which

8  would essentially reflect the vast majority of the

9  membership that sent them there, the leadership

10  buried that resolution request and ignored it

11  completely and utterly and pretended that it doesn't

12  exist.  So the facade of everybody in the

13  professional world sanctioning these things as the

14  standard of care is a mirage.  It is not actually

15  true.  And I'll stop there.

16              CHAIRMAN DIAMOND:  Thank you.  So if I may

17  try to succinctly as possible summarize these

18  positions.  We have the State that contends that the

19  standard of care as espoused by these professional

20  societies has serious flaws; that the number of

21  minors receiving these treatments is substantively

22  increasing; that they may be causing harm,

23  potentially even irreversible harm, and there are

24  issues related to the capacity they contend for

25  these young children to make these important

Med Def_001518

Page 34

1  decisions.  And for these reasons, we are being

2  asked, as the body charged with such

3  responsibilities, to enter rulemaking.

4          If I may try to concisely summarize the

5  opposition position.  The standard of care is

6  developed by the professional societies as a result

7  of vigorous scientific debate.  This is how science

8  works.  We yell and we argue in a respectful,

9  scientific way.  The numbers of individuals being

10  treated in the state is actually relatively small,

11  and it's not the purview of the State to get

12  involved in these actions.  I think that's the

13  bottom line.

14          So at this point, I'd like to ask a couple

15  questions, and these questions are designed to help

16  me understand the positions that both of you hold a

17  little bit better.  In no way do they belie my own

18  position.

19          So first thing first, Dr. Van Meter, I want

20  to be very, very clear that this petition does not

21  include individuals with disorders of sex

22  development, does not include congenital adrenal

23  hyperplasia, Leydig cell hypoplasia, Klinefelter,

24  Turner syndrome, Ovo testicular disorder.  Is that

25  correct?

Med Def_001519

Page 35

1              DR. VAN METER:  That's correct.

2              CHAIRMAN DIAMOND:  Just gender dysphoria,

3    correct?

4              DR. VAN METER:  That's correct.

5              CHAIRMAN DIAMOND:  And then I have a

6    question for Mr. Wilson.  You touched on it before.

7    This board has taken vigorous action in the past

8    with respect to the terrible opioid epidemic in the

9    state and with respect to serious issues such as the

10   large number of deaths that have occurred with the

11   gluteal fat transfers, the so-called Brazilian butt

12   lifts.  In both of these cases, we have had a very

13   large number of disciplinary cases brought before

14   us, and we've had deaths.

15             You point out that it is not a necessary

16   condition for those to have occurred to initiate

17   this, but I am just curious for the record: do you

18   have any sense of how many cases related to the

19   standard of care for individuals with sexual

20   dysphoria have been brought before this board?

21             DR. WILSON:  Thank you, Mr. Chair.  And we

22   could, of course, do a full research project and

23   bring you every shred of data in the possession of

24   the Department of Health on that, should we consider

25   enter rulemaking and workshopping.  But having

Med Def_001520

Page 36

1  served for the last several years as your chief

2  prosecutor, there have not been any recent public

3  cases that have made it to the Board on this issue

4  in recent history.

5           CHAIRMAN DIAMOND:  Thank you so much.

6           Dr. Haller, a couple of questions for you,

7  sir.  Obviously -- and firstly, thank you.  You've

8  been very kind to share information with the Board

9  publicly.  Obviously, you referenced standard of

10  care.  Standard of care obviously is a range.  The

11  way Dr. Ackerman may treat a person with

12  nasopharyngeal cancer may be a little different than

13  the way I do it.  He's probably wrong, of course,

14  but there's a range.

15           CHAIR ACKERMAN:  I resemble that.

16           CHAIRMAN DIAMOND:  Obviously, there is a

17  range in standard of care.  Standard of care changes

18  as medical science advances, and standard of care

19  may also be dependent on location.  The standard of

20  care here in the United States on this issue, I am

21  sure is not the same as it is in Mauritania, for

22  example.  Is that a fair statement, of course?

23           DR. HALLER:  Very much so.

24           CHAIRMAN DIAMOND:  Okay.  And again, I also

25  like to say, these questions I'm asking do not belie

Med Def_001521

Page 37

1    my personal opinions for me to understand you a

2    little bit better.

3              You were kind enough to share with us a

4    little bit of information about what you do at

5    University of Florida.  And at present, I believe

6    you have 50 children on pubertal blockers.  You have

7    75 individuals on estradiol or spironolactone.  You

8    have 250 individuals on testosterone.  And I think

9    the point of you saying that is that the numbers are

10   actually relatively smaller than some people would

11   lead to believe.  Is that the point of that?

12             DR. HALLER:  Yes.  That's a correct

13   statement.  I think the public has been led to

14   believe that there are more children than there are

15   receiving gender-affirming hormones or therapy in

16   general.

17             CHAIRMAN DIAMOND:  Okay.  And if I tally up

18   your program, the data you provided to me from All

19   Children's, Johns Hopkins, St. Petersburg, and

20   Nicholas here in Miami, the total of number of

21   children currently receiving pubertal blockers is

22   86.  The total number receiving spironolactone or

23   estradiol was 177, and the total number receiving

24   testosterone was 481.  So I think that would comport

25   with the comment you just made.  Is that right?

Med Def_001522

Page 38

```
 1            DR. HALLER:  Correct.

 2            CHAIRMAN DIAMOND:  All right.  Now, at

 3  University of Florida, your policy is that no

 4  individual under the age of 18 is permitted to

 5  undergo so-called bottom surgery.  So this is

 6  orchiectomy, penectomy, vaginectomy; is that

 7  correct?

 8            DR. HALLER:  That's correct.  We do not

 9  refer any children for those surgeries.

10            CHAIRMAN DIAMOND:  So just to help me

11  understand, if there were an institution here in

12  Florida that was recommending it for, let's say, 17

13  years old, 17-year-old individuals, would you state

14  that that is outside of the standard of care?

15            DR. HALLER:  Well, I think that would get

16  into your example of your approach versus

17  Dr. Ackerman's approach in a patient.  But for us --

18            CHAIRMAN DIAMOND:  He's wrong, of course.

19            DR. HALLER:  -- that would be outside of --

20  of course, he's accepting that he's wrong, and

21  you're right.  I think that's why there's the

22  practice of medicine.

23            CHAIRMAN DIAMOND:  No.  But I'm trying to

24  understand why did you pick 18 years old as opposed

25  to 17 or 16?  How did your institution come to
```

Page 39

1  establish that age cutoff?

2          DR. HALLER:  Yeah.  That's our

3  understanding of the guidelines as available now,

4  and we feel that that's the appropriate age cutoff,

5  the age of a full consent to be able to have a

6  surgery like that.

7          CHAIRMAN DIAMOND:  Okay.  And in terms of

8  so-called top surgery mastectomy, I understand that

9  you've had 50 referrals for that in the past three

10  years.  Three years; is that correct?

11          DR. HALLER:  That is correct.

12          CHAIRMAN DIAMOND:  Okay.  Ten of whom were

13  under the age of 16; is that correct?

14          DR. HALLER:  That's my understanding.

15          CHAIRMAN DIAMOND:  Okay.  Do you know --

16  and you wrote in this note to me, none under the age

17  of 14, so that would imply that there were some 14

18  and 15 year-olds having top surgery or mastectomy at

19  your institution; is that correct?

20          DR. HALLER:  Correct.

21          CHAIRMAN DIAMOND:  Can you give me any idea

22  what that number would be?  I would assume it's a

23  small number.

24          DR. HALLER:  I don't know the exact

25  numbers.  These were numbers that we pulled from our

Med Def_001524

Page 40

1  gestalt for what the numbers are.  We don't have a

2  formal registry --

3            CHAIRMAN DIAMOND:  Okay.

4            DR. HALLER:  -- that we're following as a

5  guide.

6            CHAIRMAN DIAMOND:  And so, again, I'd like

7  to ask the question --

8            DR. HALLER:  Yeah.  If I could, Dr. Dayton

9  is actually director of our clinic, and she could

10 probably provide a more accurate answer.

11            CHAIRMAN DIAMOND:  Dr. Dayton, please have

12 a seat.  So I'd like to ask the question then --

13            DR. DAYTON:  Can I -- is it okay if I just

14 -- I think that last question a little bit

15 misrepresented.  I would say we've referred zero

16 patients under 16 for mastectomy.  We have had

17 patients within our practice that have received it

18 outside of our university setting and not at our

19 recommendation or us writing letters or encouraging

20 that.

21            CHAIRMAN DIAMOND:  Understood.  So again,

22 help me understand, why do you set the age of 16?

23            DR. DAYTON:  Again, guideline based, based

24 on national, international guidelines.

25            CHAIRMAN DIAMOND:  So will you --

Med Def_001525

Page 41

1                    DR. DAYTON:  And it's a starting point,

2    right.  It's not that we're absolutely recommending

3    it at that age, but that's an age in which we may

4    consider it for certain select patients.

5                    CHAIRMAN DIAMOND:  But you would not, at

6    this time, recommend it for, let's say, 12 or 13

7    year olds.  Is that a fair statement?

8                    DR. DAYTON:  No, sir.

9                    CHAIRMAN DIAMOND:  And that's because of

10   the guidelines, correct?

11                   DR. DAYTON:  Yes.

12                   CHAIRMAN DIAMOND:  And what would be the

13   underlying reason within the guidelines for making

14   that recommendation for an age cutoff?

15                   DR. DAYTON:  My understanding would be this

16   is sort of just based on understanding of maturing

17   process within human individuals, you know, on the

18   level of physicians, mental health professionals,

19   and the level of understanding of the consequences

20   of their actions at those ages.

21                   CHAIRMAN DIAMOND:  Sure.  So if I

22   understand you correctly, the guidelines that you

23   reference, the reason that they have these age

24   cutoffs -- or age ranges would be a better

25   statement, I think.

Med Def_001526

Page 42

```
 1                DR. DAYTON:  Yeah.
 2                CHAIRMAN DIAMOND:  It's not predicated on
 3  physiology, it's -- anatomic physiology.  It's more
 4  predicated on capacity to make these decisions.  Is
 5  that a fair statement or am I off?
 6                DR. DAYTON:  I mean, you can probably tell
 7  based on my lack of too many wrinkles that I wasn't
 8  a part of those guideline-making procedures, but
 9  that would be my assessment.  Yeah.
10                CHAIRMAN DIAMOND:  So an ability to
11  understand the full -- and obviously, unemancipated
12  minors don't give consent.  They give assent.
13                DR. DAYTON:  Assent, yeah.
14                CHAIRMAN DIAMOND:  All right.  Have you had
15  circumstances where you've had children who espoused
16  a certain position, and perhaps there's one parent
17  that's in agreement and one that is in disagreement?
18                DR. DAYTON:  Yes.  That is common.
19                CHAIRMAN DIAMOND:  It is common?
20                DR. DAYTON:  Yeah.
21                CHAIRMAN DIAMOND:  And how do you try and
22  resolve that?  Obviously, you try and resolve it.
23  But what happens when there's not a resolution?
24  Does that child not proceed with the treatment --
25  with the care?
```

Med Def_001527

Page 43

```
 1                 DR. DAYTON:  I think it's really complex
 2  and hard to answer just in a broad way.  It is a
 3  ongoing discussion with their families trying to
 4  come to the best conclusion on the part of both
 5  parents as medical decision makers on what's best
 6  for that patient, really.  We as doctors can't do
 7  anything without parental consent, clearly.  So
 8  we're going to do it once we have consent from, you
 9  know, a parent that can make medical decisions for
10  that child.
11                 CHAIRMAN DIAMOND:  But as a general
12  statement for an unemancipated minor, if the child
13  says A and the parents say B and B, it's an absolute
14  no-go.  If the child says A, one parent says A, one
15  parent says B, you try and resolve it.  But if it's
16  not resolved, it's typically a no-go; is that
17  correct?
18                 DR. DAYTON:  I think it's an area -- when
19  parents disagree, there's not a clear legal reason
20  that -- it sort of depends.  Like, you know, is
21  there a divorce agreement?  What does it say in
22  that?
23                 I think there are times where parents
24  disagree, just to kind of really blanket answer your
25  question.  There are times where parents disagree
```

Med Def_001528

Page 44

1   where children are able to pursue treatment, but it

2   would be, you know, in the absence of one parent

3   actively presenting and disagreeing with the

4   treatment.  But again, this is on a case by case in

5   a very intricately managed process.

6              CHAIRMAN DIAMOND:  If you were to learn

7   that, for example, in the State of Florida, there

8   were, indeed, 13 year olds undergoing top surgery or

9   mastectomy, would you consider that in your

10  professional opinion to be outside the standard of

11  care at this time?

12             DR. DAYTON:  It is outside of what our

13  standards state explicitly.  Yeah.

14             CHAIRMAN DIAMOND:  Okay.  You may hear that

15  there's been changes in how this issue is being

16  approached, I think it was referenced already by

17  Dr. Van Meter, how, for example, in the National

18  Health Service in the United Kingdom, Finland and

19  Karolinska in Sweden are approaching these issues.

20  I'm sure we can get a lot more into that depth when

21  we do the workshops if we chose to proceed.

22             But purely from a scientific point of view,

23  do you have any sense why these entities -- do you

24  have any sense what the scientific underpinning may

25  be why they have modified their opinions?  Or is it

Med Def_001529

Page 45

1  your contention it was not a scientific decision,

2  but rather based upon other factors?

3            DR. HALLER:  I'll take that one.  I think

4  it's impossible to fully separate the political

5  decision making from the science in this particular

6  area.  Even our colleagues in Finland and Sweden

7  would acknowledge that.

8            They have very, very different healthcare

9  delivery systems there with a nationalized

10  healthcare where everybody has access.  Everybody

11  has access to mental healthcare.  Everybody has

12  access to gender care through specialized centers.

13            So even though they have a different

14  experience than ours, and they have a limited data

15  set as everybody does, because this is the cutting

16  edge of medicine, the data are the data.  And the

17  biology is not any different.  But it's

18  understandable why countries with different

19  healthcare systems could come to different

20  conclusions on what the standard of care should be

21  based on the way health is delivered.

22            CHAIRMAN DIAMOND:  Thank you.  And I have

23  one further question before I'll turn it over.  And

24  this is a little tangential.

25            You were kind enough to share with me a

Page 46

1   pre-print from one of your colleagues at University

2   of Miami from Dr. Alejandro Diaz who provided a

3   narrow review on transgender care in pediatrics.

4   And in this paper, the author referenced that those

5   licensees taking care of these individuals should

6   provide gender-neutral bathrooms, should provide

7   identification wrist bands that are gender neutral,

8   and should use preferred names and pronouns in the

9   care of these children.

10          And of course, in what we do here as a

11  Board, we look at the standard of care.  We look

12  also at practice issues, how physicians -- how

13  licensees conduct themselves in their practice.  And

14  I noticed that in this paper, he used the operative

15  word "should" not "must."  Should, not must.  Should

16  use preferred names and pronouns and identification

17  response, but not must.

18          I ask either of you, do you think that, for

19  example, if a Florida licensed physician is caring

20  for a transgender person who has a request to use,

21  for example, the pronoun Z or Zed, do you think that

22  if that licensee elects not to use that pronoun, in

23  your professional opinion, is that outside of

24  appropriate professional practice?

25          DR. HALLER:  I think that's cruel and

Page 47

1  heartless but probably not, frankly, illegal.  And

2  I'm not an attorney or know what that would say.

3  But it is not appropriately providing care to

4  patients who ask to be referred to by a name.  If I

5  ask you to call me Bob, I would think that you would

6  be kind enough to do me the favor of calling me Bob

7  similarly as I'll call you Dr. Diamond.

8           CHAIRMAN DIAMOND:  And, Doctor, I'd like

9  your answer on that as well.

10           DR. DAYTON:  I mean, I don't -- I

11  definitely don't see it as something that should

12  require someone's license to be under question or

13  anything like that.

14           CHAIRMAN DIAMOND:  Well, that's what I'm

15  getting at because --

16           DR. DAYTON:  Right.

17           CHAIRMAN DIAMOND:  -- when we look at

18  standard of care, we look at standard of practice.

19  You were here for several hours --

20           DR. DAYTON:  Yeah.

21           CHAIRMAN DIAMOND:  -- where, unfortunately,

22  people have done some very inappropriate things.

23  And I would like to know your opinion if a licensee,

24  for example, does not use this pronoun or does not

25  provide a general-neutral bathroom, should that

Med Def_001532

Page 48

1  person be disciplined; should that person lose their

2  license to practice medicine?

3              DR. DAYTON:  I wouldn't see that that would

4  be appropriate.  No.

5              DR. HALLER:  I agree.  I concur.

6              CHAIRMAN DIAMOND:  Okay.  That ends my

7  questions.  I thank all of you for your indulgences.

8  It helps me understand your positions better.

9              At this point, I'd like to turn it over for

10  my other board members to ask any questions for our

11  guests sitting up front.

12              Dr. Wasylik, please.

13              DR. WASYLIK:  Dr. Haller, you and your

14  associate talked about practice guidelines.  You

15  also talked about having very, very few patients to

16  treat.  So who developed those practice guidelines?

17              DR. HALLER:  Sure.  So the guidelines are

18  developed as they are for most associations.

19  They're developed by a team of experts who have the

20  most experience in caring for those patients and

21  folks who have expertise in reviewing the available

22  literature.  And they make the best call based on

23  the totality of the evidence and their experience.

24  It's not to say that standards of care and

25  guidelines won't change over time.

Med Def_001533

1              DR. WASYLIK:  Well, the question was did

2    you develop them or --

3              DR. HALLER:  No, sir.

4              DR. WASYLIK:  Okay.

5              DR. HALLER:  Not me personally.

6              DR. WASYLIK:  Because I have some

7    experience in developing guidelines on a national

8    level with AMA, and we basically would develop

9    guidelines based on multiple stakeholders coming and

10   giving us information.  And mostly, it was high-

11   level randomized controlled studies.  And I just

12   seem -- if you've got so few patients, I don't know

13   where the guidelines --

14             DR. HALLER:  Yeah, no.  I understand that

15   critique.  And it's fair one.  So --

16             DR. WASYLIK:  It's not a critique.  It was

17   a question.

18             DR. HALLER:  Yeah.  Well, a question.  This

19   is a diagnosis that's not as common as many other

20   medical diagnoses, so there are limited data.  And

21   it forces us to develop guidelines without often

22   having core randomized control trials like we'd all

23   like.

24             The challenge is once something is

25   established as a standard of care within the

Med Def_001534

Page 50

1   community, it's almost impossible to always suggest

2   that you're going to get RCTs.  So, yes.  Most of

3   the data is going to be observational or descriptive

4   in that nature.  But it's our duty to do the best we

5   can with the data available, to do the best for our

6   patients.  And so I think those guidelines have been

7   developed by people bringing as many experts as they

8   can into the room.

9           I would disagree with Dr. Van Meter that

10  the majority of voices don't agree with what the AAP

11  has suggested, and there is a small but vocal group

12  of folks who would criticize those guidelines.  But

13  the overwhelming majority of pediatricians do, in

14  fact, support the standards that we have now.

15          DR. WASYLIK:  I have one other question, if

16  I may.  Are you doing an investigator study since

17  you are probably having as many patients as anyone?

18  Is -- are your patients under -- yeah, go ahead.

19          DR. DAYTON:  We don't have ongoing trials

20  with our patients, but we are working, like, on

21  things like registries of our patients.  But no

22  specific, like, investigational trials.

23          DR. WASYLIK:  Thank you so much.

24          CHAIRMAN DIAMOND:  So may I interject?

25  That raises an interesting point.  Do you think

Med Def_001535

Page 51

1  doctors, that for individuals receiving this

2  treatment, that it would be prudent, if not very

3  helpful, that they be followed as part of a formal

4  longitudinal study so that these questions that are

5  being asked can be more accurately assessed?

6           DR. DAYTON:  Yeah.  I do think something

7  like a larger database throughout the country is not

8  only important to have, but actually is something

9  that our pediatric endocrine society has been

10  working toward doing with all the clinics in the

11  country.  So it's not yet fully operational, but it

12  is something that a lot of physicians are going to

13  do.

14           CHAIRMAN DIAMOND:  I would certainly

15  encourage that at a minimum.  You know, like I said,

16  I'm an oncologist and we are very, very --

17           DR. DAYTON:  You guys are the best.

18           CHAIRMAN DIAMOND:  We're very vigilant

19  about these things.  When we -- you know, when we do

20  these newer therapies, we really want to do them on

21  registries and series and follow them because the

22  bottom line is just because you think something

23  works does not mean it works.  And the example we

24  always use in oncology is back in the 1990s,

25  thousands and thousands of women with locally

Page 52

1   advanced breast cancer were undergoing bone marrow

2   transplant and a very, very toxic, very difficult

3   procedure.  And everyone thought it ought to work.

4   The data from South Africa purported that it did

5   work.  And guess what?  It didn't work.  And it was

6   a terrible experience.

7           And I think that the point is that all of

8   us in our daily lives, no matter what we do,

9   including science, you know, the unexamined life is

10  not a life worth living.  We must continuously

11  assess what we're doing and have the capacity to say

12  maybe what we're doing is wrong.  Maybe our beliefs

13  are wrong.  Maybe we can listen to the other person

14  or the other side or accept the newer data and

15  potentially make our position a little bit better, a

16  little more refined to better seek the truth.

17          Any other questions?

18          DR. CAIRNS:  I had a question, sir.  Yes,

19  Dr. Haller.  I had a question.  Your colleague from

20  Georgia mentioned that the increased incidents of

21  gender dysphoria is one of the contributing factors

22  or main factors was COVID that kids were staying at

23  home on the internet.  And it almost seemed like

24  he's insinuating that's like a social contagion.

25  And I just think back, you know, a lot of us sitting

Med Def_001537

Page 53

1  here at this table, we grew up at a time where

2  homosexuality was rarely talked about.

3          You know, when I was in high school, I

4  didn't know a single kid who was openly gay or

5  lesbian.  And certainly, we know those -- a lot of

6  my classmates were, but mainstream, you know,

7  American society had a stigma.  And my question for

8  you is: what would you attribute the increase in,

9  you know, gender dysphoria?  Do you think it's --

10  now that it's more openly talked about and accepted,

11  or is it more of a social pressure?

12          DR. HALLER:  Yeah.  Thank you for the

13  question, Dr. Cairns.  I think the analogy is a

14  couple hundred years ago, you didn't find left-

15  handed people.  Similarly, to your analogy, a couple

16  decades ago, nobody knew anybody else who was openly

17  homosexual.  Trans people have always existed.  They

18  will always exist.  Whether you choose to

19  acknowledge that or not doesn't change that.

20          So we're here to try and help those folks

21  get the care they need and deserve.  And I'm all for

22  making sure that we do it the best way we can and

23  for giving them the best possible outcomes, and that

24  does require study.  But to suggest that there are

25  more kids because of some social contagion is a

Med Def_001538

Page 54

1  pretty absurd suggestion.  And I think it's

2  important that we acknowledge that if we're going to

3  have a scientific discussion, that we keep it in

4  that realm.

5          CHAIRMAN DIAMOND:  Further discussions?

6          UNIDENTIFIED FEMALE:  I have a question to

7  follow up to that.  So what is your explanation of

8  the increase in the -- specifically in the

9  adolescent population versus children or adults?

10          DR. HALLER:  I think it's the same answer.

11  I think there have always been adolescents who had

12  gender identity issues, and they're now more

13  comfortable talking about it.  So they're able to

14  talk about it and seek care that didn't exist

15  before.

16          DR. CAIRNS:  Dr. Haller, you have

17  guidelines at the University of Florida, how you do

18  things, and I think you acknowledge that some other

19  people's guidelines might be a little bit different

20  than yours.  So would you support the concept of us

21  initiating guidelines to be promulgated for the

22  State?

23          DR. HALLER:  I don't.

24          DR. CAIRNS:  Why?

25          DR. HALLER:  Because I don't feel like this

Med Def_001539

Page 55

1  has been done in a way that's an ingenuous

2  conversation.  This has been pushed to you as the

3  Board as a political maneuver, and it's not a

4  necessary thing to do.  When you look at the

5  totality of other rules that this Board has made,

6  none of them are on the same order as this small

7  population.

8              DR. CAIRNS:  So regardless of how it got

9  here, moving forward, wouldn't it be appropriate for

10  us to put forth guidelines or rules?

11              DR. DAYTON:  Can I say something?  I would

12  just say I think that most of our centers are

13  already following the same, you know, national and

14  international guidelines that we are.  And to me, it

15  seems redundant to have the State adopt an

16  additional guideline that we're already following.

17              DR. HALLER:  So it's just the redundancy

18  that you have an issue with?

19              DR. DAYTON:  One of the issues.

20              DR. HALLER:  So I will go further.  No,

21  it's not just the redundancy.  If the redundancy was

22  such that it was in line with general practices and

23  data, then I think it would be adequate.  But it's

24  clear that that is not the intent of the State.

25  They have provided you with a recommendation for a

Med Def_001540

Page 56

1  rule that is contrary to what almost all reasonable

2  providers of gender-affirming care and gender care

3  in general would say is the standard of care.

4            So, you know, I find it odd that none of

5  the experts in the State of Florida were asked to be

6  involved in the GAPMS' document review.  None of us

7  were asked to come and present to the Board

8  previously.  And so it's hard to have these

9  conversations and assume or give the benefit of

10  doubt to those that are pushing these towards you,

11  that the end rule will actually be in the best

12  interests of our patients.  And so for those

13  reasons, I would strenuously object to the idea that

14  we need to further restrict access to care based on

15  a rule that might not actually reflect the benefits

16  and the necessary access to care that our patients

17  have.

18            CHAIRMAN DIAMOND:  Dr. Haller, just to be

19  specific, this is the first time this issue has been

20  brought in front of the Board.  So I just want to --

21            DR. HALLER:  Yeah --

22            CHAIRMAN DIAMOND:  -- just want to clarify

23  that.  And I hope that you appreciate how

24  assiduously we're trying to conduct this to provide

25  fair input.  And if the Board decides to enter

Med Def_001541

Page 57

1    rulemaking -- and again, it does not behoove us to

2    make a decision, but the Florida Legislature has

3    placed this burden on us.  And it's not one of these

4    things where you can just say, I decline.  I walk

5    away, necessarily.  That's one of the points of

6    discussion.

7                 I can assure you that if we enter the

8    rulemaking process, your team will be invited.  We

9    will be inviting the Endocrine Society.  We'll be

10   inviting WPATH.  We'll be inviting -- if there are

11   some others that you have, they will be invited.

12   And I would strongly encourage you to ask them to

13   attend, because, you know, half the game in life or

14   most of the game in life is showing up.  So I am

15   giving you my personal assurance that if we decide

16   to do this, that we're going to really try and do

17   this the right way, okay.

18                 Any other comments?  Dr. Vila?

19                 DR. VILA:  I guess I'd like to expand on

20   the dialogue about potentially doing a study.  I

21   know in my experience with the training programs,

22   almost all of the training programs, we always had

23   ongoing studies.  And so I'm curious, has there been

24   a study on transgender care at the University of

25   Florida in the last 20 years?

Med Def_001542

Page 58

1            DR. DAYTON:  Yes.

2            DR. HALLER:  Yes.

3            DR. VILA:  And how many patients were

4  enrolled in that study?

5            DR. DAYTON:  So I have a retrospective

6  study I'm doing right now on about 200 patients

7  within our clinic.  Nothing published yet, but we're

8  analyzing data right now.

9            DR. VILA:  So it's retrospective.

10           DR. DAYTON:  Yeah.

11           DR. VILA:  Are you looking at long-term

12  outcomes?

13           DR. DAYTON:  So that's kind of where we're

14  coming into -- you know, have not yet, but needing

15  to create a registry more formally to look at long-

16  term outcomes.  Because we can retrospectively look,

17  but we're not necessarily, you know, systematically

18  collecting like surveys from our patients and things

19  like that to do a more prospective.  But I do agree

20  that that would be a really great next step that we

21  need to pursue.

22           DR. VILA:  You know, you're a major

23  university.  You've got -- looked at your website.

24  You've got the big staff.  You've got a degree, a

25  master's degree in doing studies and constructing

Page 59

1    studies.  I mean, I think you're the place to do it.

2    I guess I'm just really kind of surprised that you

3    have all these patients.

4              DR. HALLER:  Sir, to do those studies

5    requires a commitment of resources to do them.

6              DR. VILA:  I know that.

7              DR. HALLER:  And I would think --

8              DR. DAYTON:  And I'm not a researcher.  I'm

9    a clinician.  So I agree it's important, but it's

10   not my primary assignment, in other words.  But one

11   of the reasons --

12             DR. VILA:  But there's no data.  I mean,

13   you're -- I mean, we're struggling for data, and

14   you've got enough resources to do a very nice

15   website.  This is the data, so I'm just going to

16   encourage you to consider that as somebody that

17   really wants the data -- I mean, I want to see the

18   long-term outcomes in children.

19             DR. DAYTON:  Yeah.

20             DR. VILA:  It's there.

21             DR. HALLER:  I agree.  Long-term registries

22   and --

23             DR. VILA:  You're the man, so to speak.

24   Okay.

25             DR. DAYTON:  Yeah.

Med Def_001544

Page 60

1                DR. HALLER:  No.  It is not me.  We are a

2   multi-specialty team, and we are on the cutting edge

3   of relatively new therapies.  And they do require

4   longitudinal studies to definitively prove that

5   there are long-term benefits.  The available data

6   today shows that there are more benefits than risks

7   in our healthcare delivery system.  And that is why

8   we are here to say that you should not be

9   establishing rules that would restrict that care.

10  That's a separate question from whether or not we

11  should do additional studies, an important one, but

12  a separate question.

13                CHAIRMAN DIAMOND:  Any other questions at

14  this time?

15                Thank you so much.

16                DR. HALLER:  Thank you.

17                CHAIRMAN DIAMOND:  We appreciate all of

18  your time.

19                Thank you so much, Dr. Ladapo.  We

20  appreciate you coming in.

21                So what we're going to do now is we're

22  going to transition over to the public comment

23  period.  And, Dr. Cairns, the vice chair, will be

24  shuffling up these speaker cards, and we've divided

25  them into A and B.  And once again, you're going to

Med Def_001545

Page 61

1  have a three-minute time limit.  We have timers

2  here.

3          If I ask you -- if you're going over your

4  -- the limit and I ask you to cease, please cease.

5  It's not that I'm being rude.  I'm trying to be fair

6  for everybody.

7          UNIDENTIFIED MALE:  We'd like to go.

8          UNIDENTIFIED MALE:  Here we go.

9          CHAIRMAN DIAMOND:  And I'm having trouble

10 reading this.  What does this say?  Do you see?

11         UNIDENTIFIED MALE:  (Indiscernible)

12         CHAIRMAN DIAMOND:  Ruth Velinaizo

13 (phonetic).  And I'm sorry.  It's hard to read your

14 writing.  Ruth Velinaizo from Coral Springs.

15         Good afternoon.

16         RUTH VELINAIZO:  I am support.  Thank you.

17         CHAIRMAN DIAMOND:  I believe this says

18 Nakora Katako, K-a-t-a-k-o from Davie, Florida.  And

19 I believe the affiliation was save.lgot.

20         NAKORA KATAKO:  I'm in opposition.

21         CHAIRMAN DIAMOND:  Would you like to make

22 any comment beyond that?

23         NAKORA KATAKO:  People have the right to

24 live as they do, and I believe that this -- that

25 passing this would openly inhibit people's right to

Med Def_001546

Page 62

1  do so and would see an increase in the decline in

2  mental health of young individuals.

3          CHAIRMAN DIAMOND:  Thank you.

4          Elaine Jones of Fort Lauderdale.  Elaine

5  Jones?  No.

6          William Bennett of Hollywood, Florida.

7  Affiliation is CTF and Wellness Connections.  I'm

8  sorry.

9          WILLIAM BENNETT:  Thank you.  Yes.  I've

10  been in education for years and working with young

11  people for 60 years, and I can find it very unusual

12  to hear that this is a social -- that you can't tell

13  a gender by virtue of the birth of the child rather

14  than by some social means.  That's kind of beyond my

15  understanding.  I think it's more mental, and the

16  problems that come up need to be dealt with from a

17  mental standpoint far more than from a physiological

18  standpoint.  I think the mental is the issue rather

19  than the physiological.  And I don't see how the two

20  connect without causing a problem.  So thank you.

21          CHAIRMAN DIAMOND:  Thank you.

22          I believe it says, Noah Maldonado.  Is

23  there a Noah Maldonado here?  I don't see Noah.

24          UNIDENTIFIED MALE:  Okay.

25          CHAIRMAN DIAMOND:  Tywin (phonetic) from

Med Def_001547

Page 63

1    Davie, Florida.  Affiliation is save LGBT, reflect

2    collective.

3                Good afternoon.

4                TYWIN:  Good afternoon.  I would like to

5    say that I oppose.  I genuinely think that

6    healthcare, in general, is between the physician,

7    the patient, the parent.  And it goes beyond someone

8    who does not understand what gender is.  Whether you

9    understand or do not understand or oppose or don't

10   oppose, that cannot -- should not intervene with

11   someone's healthcare.  Thank you.

12               CHAIRMAN DIAMOND:  Thank you.

13               I believe this is Sophia Galvin of Miami.

14   No affiliation.  Sophia Galvin?

15               Good afternoon.

16               SOPHIA GALVIN:  Good afternoon.  My name is

17   Sophia Galvin.  I'm 22 years old, born female,

18   detransitioning for two years and here independently

19   to speak about my experiences.

20               I was 17 when I began to experience gender

21   dysphoria.  At the time, I was a senior in high

22   school, president of the LGBT Club, and actively

23   supported gender-affirming treatment.  I began

24   abruptly to socially transition and was immediately

25   affirmed by my peers and school staff.  This was

Med Def_001548

Page 64

1  after a history of mental affliction due to wounds

2  in my heart, running as deep as an abyss.  I was

3  often suicidal with self-harm, and psychiatric drugs

4  and therapy were unable to help me.

5          Nobody around me called into question

6  whether the dysphoria I was feeling could possibly

7  be related to this.  Once I was affirmed, I was

8  trapped and was led to believe that each next step

9  of the process would somehow bring me the

10  fulfillment I was looking for.

11          However, after two years of hormone therapy

12  and a double mastectomy, I was left far worse than

13  before.  I lost my college scholarship, was

14  unemployed, raped multiple times, addicted to sex

15  and drugs, and unable to have a logical or coherent

16  thought.

17          So at 20 years old, I decided to stop

18  testosterone.  It was only then that I gained the

19  maturity to think logically about the possible

20  physical and psychological effects of these

21  treatments.

22          After deciding to detransition, I received

23  no support in this process, neither could I find any

24  substantial online resources.  I started

25  experiencing all sorts of medical issues that no

Med Def_001549

Page 65

1  doctor was able to explain.  If I was in torment

2  before, I was now in literal hell fire.  All I

3  wanted was to move on with my life, yet every time I

4  looked in the mirror or opened my mouth to speak, I

5  was reminded of the terrible mistakes I made, and no

6  amount of therapy was still able to do anything for

7  me.

8           Not knowing what else to do, I prayed and

9  asked God to help me.  I didn't know who God was,

10 but from a young age, I would pray, hoping he was up

11 there listening.  It was then that someone spoke to

12 me about having a personal relationship with Jesus

13 Christ, and I began understanding the abundant love

14 that Jesus had for me.  I then received his spirit

15 into my heart.  He was the only thing that could

16 fill that infinite abyss I mentioned earlier.

17           If I would have known then what I known

18 now, I never would have made the decision to

19 transition.  I believe that gender dysphoria can be

20 attributed to other root causes, notably childhood

21 sexual abuse, and mutilating our external being

22 cannot heal an inward problem.  I also believe

23 because of the statistically significant number of

24 detransitioners who find healing through Christ,

25 that Christ-based therapeutic resources should be

Med Def_001550

Page 66

1  included in research as we develop the best solution

2  to this growing epidemic.

3           I can tell you personally, I would not be

4  alive and breathing here today if it were not for

5  Jesus Christ nor would I have the strength and

6  boldness as the only detransitioner willing to

7  testify of my experiences in the State of Florida.

8  Also, I will soon be filing a formal complaint with

9  the Florida Board of Medicine about my experiences.

10 Thank you for your time.

11          CHAIRMAN DIAMOND:  Thank you.

12          No, no, no.  No, no, no.  I believe we have

13 a State Representative Anna Eskamani with us today.

14 I think I'm just outside your district, just

15 outside.

16          REPRESENTATIVE ESKAMANI:  Yes.  You are,

17 Dr. Diamond.

18          It's a humbling experience I get to be

19 before the Board of Medicine today.  My name is Anna

20 V. Eskamani.  I'm proud to serve District 47, the

21 State Legislature, which includes parts of Orlando,

22 Winter Park, Belle Island, Edgewood.  I was elected

23 in 2018.

24          And part of my responsibility is to do no

25 harm and to also accept no harm.  And so I come here

Med Def_001551

Page 67

1  today speaking in deep concern of this petition for

2  the health and wellbeing of my constituents and of

3  people in the great State of Florida.

4          This proposed rule is dangerous.  And I

5  appreciate the point made earlier how it should not

6  be contentious, but to be clear, it never should

7  even be a political issue.  And unfortunately, due

8  to actions by other elected officials who would get

9  in between patients and their doctors, we have to

10 come here today to protect this intimate and

11 personal experience for already marginalized people.

12          Now, I want to stress that there are,

13 unfortunately, many people in this room who support

14 this petition, who just don't think trans people are

15 real.  They do not -- they don't consider trans

16 people to exist.  And I don't know about you all,

17 but if we're talking about climate change, I want to

18 go to climate denials to make policy on climate.  So

19 it's very important that we do not allow those who

20 don't think trans people exist to be the decider on

21 policy that impacts trans lives.

22          I also want to stress that many people who

23 support this petition think that this is a phase or

24 a fad.  I want to be clear that identifying as trans

25 is not like bell bottom jeans.  It is someone's

Med Def_001552

1  identity, and it must be respected and acknowledged.

2  And these are folks who just want to be treated with

3  dignity and respect like anyone else.

4            And you talked about science earlier.  I

5  want to stress that the Department of Health is

6  consistently misusing and misinterpreting data for a

7  political agenda.  In fact, recently Vice News spoke

8  to 10 researchers who said that the Florida

9  Department of Health misstated their research.  In

10 fact, Vice News found that all 12 citations that

11 Florida presents against the use of gender-affirming

12 care has a clear anti-trans bias and is

13 misinterpreted from what the researcher's

14 conclusions were.

15           Florida's Health Department is reverse

16 engineering rationale for a policy completely

17 counter to research-based medical best practices.

18 But I will stress what information do we know is

19 true.  We know that there are some serious mental

20 health concerns for young people, but LGBTQ Plus

21 youth experience suicide ideation four times more

22 than their peers.  And without being accepted or

23 receiving care, those statistics can get even more

24 scary and dangerous.  Young people who need gender-

25 affirming care go through an informed consent

Med Def_001553

Page 69

1  process.

2          Before I ran for office, I worked at

3  Planned Parenthood in Southwest and Central Florida,

4  where we rolled out HRT services just for adults at

5  the time.  And it was made very clear that when

6  minors are accessing this type of services, they

7  must have an informed consent and the involvement

8  and the discussion between parents if there is a

9  disagreement of how to move forward.

10          I also want to be clear that what we know

11  to be true is that Florida has a history of anti-

12  LGBTQ Plus policies.  And so I understand the

13  objective nature of this Board, which we appreciate,

14  but the reality is that we're not here in a vacuum.

15  There's a national effort to brand people like me

16  who care about these issues as groomers, which is

17  offensive and incorrect, and now has become an LGBTQ

18  plus slur.

19          DOH and AHCA are no longer unbiased.  And

20  so to wrap up my remarks, I want to be clear that

21  this petition is designed to circumvent the Florida

22  Legislature.  We as lawmakers did not pass a bill

23  for you to do this.  This is coming from the

24  Governor, who is clearly politically motivated, and

25  we ask each -- for you to reject this petition.

Page 70

1  Thank you.

2           CHAIRMAN DIAMOND:  Excuse me, may I ask you

3  a question since you are a state representative?

4           REPRESENTATIVE ESKAMANI:  Absolutely.

5           CHAIRMAN DIAMOND:  We have been told by

6  Counsel that we are specifically charged with having

7  this responsibility.  Is it your contention that

8  that is incorrect?

9           REPRESENTATIVE ESKAMANI:  Dr. Diamond or

10  Chairman, I would say that statutorily you are

11  required to consider petitions from DOH.  My point

12  is that the Legislature should not pass a bill

13  specific to gender-affirming care, that this is an

14  effort coming from the Department that is

15  circumventing the Legislature.

16           CHAIRMAN DIAMOND:  No, no, no.  I

17  understand that.  But I'm saying -- I'm not an

18  attorney.  I'm being told that this body is charged

19  with this responsibility, and it's not a

20  responsibility that we can shirk.

21           So I'm a little unclear.  Are you saying

22  that the law -- that my understanding of the law is

23  -- not my understanding, what I'm being told is

24  incorrect?  Or is it correct?  Is it rather that

25  you'd like us to accept our responsibility and then

Med Def_001555

Page 71

1  do nothing with it?  Is that really what you're

2  getting at as opposed to saying we're going to walk

3  away from it?

4          REPRESENTATIVE ESKAMANI:  I'm asking you to

5  oppose the petition.  And my point is that there is

6  a statutory requirement that if DOH presents you

7  with the request, that you obviously must hear.

8  That's why we're all here today, and we accept that.

9  My point is that this is not a request via the

10  establishment of new policy from the Legislature.

11          As you know, when the Legislature passes

12  some sort of new scope of practice, for example,

13  oftentimes there's guidelines that come from the

14  Board of Medicine.  We did not pass a bill banning

15  or attempting to restrict gender-affirming care.

16  And so this is coming as a proposed rule from the

17  Department of Health, not something Legislature

18  asked you to do.  But it is your statutory

19  requirement that when the Department presents with

20  the request, that you must hear this and create

21  public hearing.

22          CHAIRMAN DIAMOND:  I'm with you 100 percent

23  on that.  But that's what we're doing today.

24          REPRESENTATIVE ESKAMANI:  Correct.

25          CHAIRMAN DIAMOND:  But again, my

Med Def_001556

Page 72

1  understanding -- and I'm asking you if my

2  understanding is incorrect -- is that we are the

3  body that is charged with this responsibility; and I

4  am being told that if we said, no, thank you, it

5  would be a abrogation of our responsibilities?

6            REPRESENTATIVE ESKAMANI:  I'm not

7  disagreeing with the fact that when you are

8  presented with this responsibility, that you must

9  pursue, make decision of yes or no.  And that's why

10 I'm requesting you that you do not accept this

11 petition.

12           CHAIRMAN DIAMOND:  All right.  Thank you so

13 much.

14           REPRESENTATIVE ESKAMANI:  Thank you.

15           CHAIRMAN DIAMOND:  Next.  Adeline

16 Alexander, esquire, please?  It may be Adeline or

17 Adeline Alexander.

18           Ernie Suave, S-a-u-v-e?

19           ERNIE SUAVE:  Good afternoon.  Good

20 afternoon, distinguished members of the Board and

21 public in general.  Thank you for this opportunity

22 to share.

23           I'd like to tell you that when I was 18

24 years old, I was an idiot.  And to honestly believe

25 that an 18-year-old can determine something as

Med Def_001557

1  important as a mutilation of his or her body is to

2  me beyond my capacity to understand.

3          But if you would please bear with me just

4  for a moment, for a silly rhetorical question, very

5  unscientific, and I like to ask you if I look

6  Hispanic.  Obviously, I do not look Hispanic.  My

7  accent right now determines that I am not Hispanic.

8  However, I've lived over 20 years in Latin America,

9  and I can convince people very easily that I am

10  Hispanic when I begin to speak Spanish.  As a matter

11  of fact, a very intelligent friend of mine told me

12  once, a Hispanic himself, that you, Ernie, are a

13  Hispanic trapped in an American body.

14          Why is that?  Well, I've lived so many

15  years outside.  I know culture.  I've lived in three

16  different countries.  I know culture, language,

17  idioms.  I've learned it.  But I went at an adult

18  age.  I learned, and I assimilated that culture way

19  beyond most Americans.  And I like to say that also

20  ancestry.com says that I am North European and

21  Eastern European.  I am not of Hispanic descent.

22  However, my Hispanic wife can tell you that I have a

23  heart that's Hispanic.

24          What I'd like to say this afternoon that I

25  can identify as a Hispanic, that does not make me as

Med Def_001558

Page 74

1  a Hispanic.  I can assimilate a culture and

2  circumstances, but mutilating my body will not

3  change my sex.

4            It does cause irreversible psychological

5  and physical damage.  It can cause depression,

6  illness.  It is not healthcare.  It's child abuse.

7  Back in my day, men were men, women were women, and

8  let children be children.  They are children.  And

9  if by the age 18, if things continue, they insist on

10  transitioning, let them do it.  We live in a free

11  country.

12            But let's get back to reason, to common

13  sense, and to truth.  And I implore you to think

14  logically with common sense on the issue.  Thank you

15  very much and God bless you.

16            CHAIRMAN DIAMOND:  Thank you.

17            And once again, guests, please, we don't

18  need any comments from the gallery.

19            Next is Gianna Cook from Palm Beach

20  Gardens.

21            GIANNA COOK:  Should I go up here or there?

22            CHAIRMAN DIAMOND:  That's fine back there.

23  Good afternoon.

24            GIANNA COOK:  Can you hear me?

25            CHAIRMAN DIAMOND:  Yes -- not really.

Med Def_001559

Page 75

1           GIANNA COOK:  Maybe up there.  Yes.

2           CHAIRMAN DIAMOND:  Good afternoon.

3           GIANNA COOK:  Hello.

4           CHAIRMAN DIAMOND:  Yes.

5           GIANNA COOK:  There we go.  I'm happy to be

6    here today.  I would just love to affirm the people

7    who are saying to not agree or to not take part in

8    the petition, to oppose the petition.  I think an

9    interesting thing you mentioned earlier, a quote,

10   you know, the unexamined life, I think another

11   philosophy thing that we can pick up on, because I

12   am a philosophy major, is existentialism in like

13   making meaning.  I think it's really important to

14   let people decide who they are and to help them with

15   that.  By the same token, if somebody tells you who

16   they are, you kind of have to -- you accept that,

17   right.

18           Like, if I said -- if you started saying,

19   her name's not Gianna.  It's like a completely

20   different name, and she doesn't use -- like, she's

21   not a she.  She's like a completely different

22   person.  That wouldn't be like respectful.  That

23   wouldn't be regular.  And me saying, hi, my name is

24   Gianna, I, you, she, her, you saying, no, she

25   doesn't do that, that's completely wrong.  The

Page 76

1  persistence in that is highly illogical.

2          And I would just like to say that -- I

3  mean, vote no honestly.  I oppose it.  Like don't

4  make these rules based on political decisions.  It

5  is not within Floridians best interest for you to

6  get to decide this.  It is between the doctor and

7  the patient.  Thank you for letting me speak.

8          CHAIRMAN DIAMOND:  Thank you.

9          Solen Spu or Spur (phonetic)?  I'm sorry.

10  The penmanship is no good.

11          Cruzita Kenotis (phonetic)  Cruzita

12  Kenotis, please.

13          DR. ACKERMAN:  Mr. Chair, I wonder if you

14  can call even the second name so this next person

15  can be getting ready.  You know, so you call

16  somebody, so maybe you could have somebody on deck.

17          CHAIRMAN DIAMOND:  Sure.

18          DR. ACKERMAN:  Good idea.  Just to move

19  things along.

20          CHAIRMAN DIAMOND:  Next up is Mary Greg,

21  and following Mary Greg would be Kirk Hopson Garcia.

22          Hello.

23          MARY GREG:  Hello.  I would just like to

24  repeat what I've read, because I agree with it.  The

25  alarmingly high suicide rate among post-operative

Med Def_001561

Page 77

1  transgenders demonstrates the deep regret that many

2  feel after irreversible mutilating their bodies with

3  these barbaric procedures.

4           It takes years and years to think through a

5  broken heart, to think through loneliness and why

6  did you get that way, and to think through why did I

7  have my body go through this.  So there's a lot to

8  reconcile with as time goes on.

9           I would like to say that transgender

10  surgeries are barbaric and cruel form of genital

11  mutilation, designed to cosmetically mimic the

12  opposite sex.  Patients are rarely made aware of the

13  many risk and complications associated with these

14  radical surgeries, which include bleeding,

15  infections, recurring rashes, blood clots in the

16  veins, painful urination, frequent urinary tract

17  infections.

18           The FDA recently warned that puberty

19  blockers may also cause brain swelling and permanent

20  vision loss.  Is it worth it to gamble that maybe

21  someday you might be blind as a result?  It's

22  against nature and the pattern of -- the natural

23  pattern of life, the way our bodies are made.

24           Transgender surgeries also lead to a

25  lifetime of medical dependence, hormonal support,

Med Def_001562

1  and often repeated surgeries to deal with urinary

2  complications resulting from transgender surgery.

3          Today's decisions -- may I turn around and

4  talk to the people?

5          CHAIRMAN DIAMOND:  No, talk to me.

6          MARY GREG:  Today's decisions carry

7  consequences that may be with you longer than you

8  would like to expect.

9          CHAIRMAN DIAMOND:  Thank you.

10          Kirk Hobson Garcia is next, and that will

11  be followed by Dennis S. Conklin of Plantation,

12  please.

13          Good afternoon.

14          KIRK HOBSON:  Hi, afternoon.  My name is

15  Kirk Hobson Garcia, and I am the proud parent of a

16  transgender male.  I like to start with a quote

17  before I ease into my own words on the topic.

18  "Include everyone, no matter their gender, sexual

19  orientation, race, or religion.  We are all human

20  beings.  We are part of the society."

21          What is gender dysphoria?  I have a

22  stutter, so please forgive me.  It is a feeling of

23  discomfort or distress that occur in people whose

24  gender identity differ from their sexual assignment.

25  My son experienced this psychological distress and

Med Def_001563

Page 79

1    its deep pain and struggle.

2              I know about distress and struggle.  I

3    experienced deep hurt about my stutter, about my

4    acne during my childhood, my adolescent, my

5    adulthood, and being a foreigner in the United

6    States.  Yes.  I certainly went home and shed tears

7    on more than one occasion, but also gave power to my

8    inner voice, which compelled me to fight back.  With

9    careful soul searching and education today, I'm a

10   successful engineer with a beautiful wife.

11             Little did I know those struggles were

12   nothing compared to what came my way in 2013 when my

13   son informed me that he was born a girl; he needed

14   to live as a boy.  That was nine years ago before

15   being transgender was accepted, openly discussed.

16             Like any parent, I was shocked.  I thought

17   it must be a phase.  I questioned what my wife and I

18   had done wrong, and I wondered what was wrong with

19   my child.  I wondered how I could take -- how I

20   could talk him out of this.

21             Thankfully, true once again, one, two punch

22   of careful soul searching and education, I came to

23   realize that my son was no more deserving of my

24   faults to judgment and taken down by other gender

25   identity that I was -- that I was all those years

Med Def_001564

Page 80

1    ago for my stutter and me taking work from a US

2    person.

3            Like me, I came to realize my son was

4    indeed very brave to dig deep at his young age of 11

5    and somehow, come to realize that significant

6    depression had grabbed hold of him, robbed him of

7    his grades, his friendship, his purpose of life, his

8    will to live, because he told us the -- that he

9    wanted to commit suicide.

10            CHAIRMAN DIAMOND:  Please round it up, sir.

11    It's three minutes.

12            KIRK HOBSON:  Yes.  Was part of the game

13    Yeah.  All right.  His greatest fear was not

14    realized that he was not thrown out of his house,

15    because we loved him too much.  We wanted to support

16    him.  We wanted to give him every chance that he

17    needed to become the person he was meant to be.

18            CHAIRMAN DIAMOND:  Thank you very much.

19            KIRK HOBSON:  Please do not make this

20    happen.  Please do the right thing.

21            CHAIRMAN DIAMOND:  Next is Dennis Conklin

22    from Plantation, Florida.  Affiliation is Let Kids

23    Be Kids, and that will then be followed by Alan

24    Barsky (phonetic).

25            DENNIS CONKLIN:  Thank you.  Dennis

Med Def_001565

Page 81

1  Conklin, 4581 Northwest Sixth Court Plantation.

2          CHAIRMAN DIAMOND:  You don't need to tell

3  us your address.

4          DENNIS CONKLIN:  That's all right.  That's

5  fine.  It's a public access, right.

6          I want to thank you for holding the Florida

7  Board of Medicine board meeting here today for the

8  opportunity to see what most Americans never get to

9  see, and that's medical oversight by actual medical

10  people.

11          I'm in support of this.  I happen to have

12  read the letter.  It's available.  It's online.  I

13  recommend it to everybody.  It's dealing with

14  children.  Basically, informed consent is the way I

15  look at it, Nuremberg Code.  And I don't believe

16  that a child can give informed consent.  And it was

17  mentioned they give assent, if I got that correctly.

18          Because I was here from the beginning, tab

19  number five, around 9:31 this morning, we had a

20  grievance because a doctor was doing a left knee,

21  and somehow or other, a right knee part got involved

22  with it, and somebody brought a grievance.

23          And I kind of look at this, particularly

24  when we're talking about children only: what if

25  something is performed on the right knee and it was

Med Def_001566

Page 82

1  a left knee?

2           So it gets into what a person with no

3  letters at the end of his name knows about the

4  Hippocratic Oath.  First, do no harm.  So it -- as

5  this letter and as the request for -- or the

6  petition deals with the youth, I believe it should

7  be first, do no harm.

8           And when I was looking up the term

9  dysphoria, because I heard the "phoria," and I think

10  of euphoria.  And son of a gun, it is the opposite.

11  And that's kind of basically what I was looking at.

12           I want to just reiterate that I believe

13  that the petition should go forward because of the

14  fact that we're dealing just with the children, not

15  as the person becomes an adult.  And that may be

16  exactly what is fitting for them.  Thank you.

17           CHAIRMAN DIAMOND:  Thank you very much.

18           DENNIS CONKLIN:  I'll yield back my time.

19           CHAIRMAN DIAMOND:  Thank you very much.

20           Next is Alan Barsky, and that will then be

21  followed by Scott Powell.  Scott Powell is

22  affiliated with the Discovery Institute.  So go

23  ahead.

24           ALAN BARSKY:  Good afternoon.  Thank you

25  for hearing us today.  My name is Alan Barsky.  I am

Med Def_001567

Page 83

1  a former chair of the National Ethics Committee of

2  the National Association of Social Workers.  I'm

3  speaking on my own behalf though today.  But I do

4  want to talk in reference to professional ethics.

5              When we talk about gender-affirming care,

6  we're not just talking about care provided by

7  physicians.  I realize that's your primary

8  responsibility.  But also, you know, we're talking

9  about interprofessional care.  I think some of the

10  examples that people have given today make us think

11  as if, you know, someone can walk into an office, a

12  child, perhaps child with parents, and have a

13  discussion, and the physician is going to decide

14  with them then and there that they're going to get

15  gender-affirming surgery.

16              You know, surgery is not the first step and

17  may not be any step in gender-affirming care.  You

18  know, if we just take the word "gender-affirming"

19  and you look at, you know, what would be the

20  opposite?  If you oppose gender-affirming care,

21  you're gender rejecting.  You're rejecting who the

22  person is.

23              We want to have, I think, a system where

24  healthcare providers, including physicians and

25  mental health professionals, are supportive of, you

Med Def_001568

Page 84

1   know, the people that they are serving and have

2   opportunities to do full, you know, examinations,

3   assessments, diagnostics.  And not make decisions

4   about surgery right away, but to help the family,

5   help the child make decisions in a strategic manner.

6   You know, there's a lot of, you know, testing out

7   about the person's gender and how they want to

8   present themself, their social transition before any

9   type of intervention like medication or surgery is

10  even considered.

11            I know that one of the previous speakers up

12  here said, you know, I'm an idiot or was an idiot,

13  you know.  Don't trust me to make decisions with

14  doctors.  Well, lots of us are idiots, and lots of

15  us talk to doctors about very serious things.  I

16  could have cancer.  I could have a brain tumor.  And

17  we expect doctors to deal with all people with

18  respect and to help people at whatever intellectual

19  capacity that they are at.  And if they need the

20  help or legally required to have the help of consent

21  of an adult or a guardian, then so be it.  And we

22  can trust our doctors to be able to serve patients

23  of all backgrounds, including cisgender and

24  transgender people.

25            And we know that if we provide people with

Med Def_001569

Page 85

1  gender-affirming care, they're more likely to have

2  productive, happy lives.  They're less likely to

3  have suicidal ideation, suicide attempts, or suicide

4  completions.  And they are more likely to be able to

5  live healthy, which is the primary purpose for, you

6  know, healthcare.

7           Thank you very much, and if anybody has any

8  questions, I'd certainly be willing to answer.

9           CHAIRMAN DIAMOND:  Thank you very much.

10          Next is Scott Powell.  Following Scott

11 Powell will be Nathan Broomer (phonetic).  Nathan

12 Broomer is the LGBTQ consumer advocate for the

13 Office of the Commissioner of the Florida Department

14 of Agriculture.

15          So, Scott Powell, you are next.

16          Okay.  Then we'll go on to Nathan Broomer.

17 And then following Nathan Broomer will be Osa

18 Figueroa -- Figueris (phonetic) from the Christian

19 Family Coalition Florida Bar Association.

20          Go ahead, sir.

21          NATHAN BROOMER:  Good afternoon.  The

22 Florida Department of Agriculture and Consumer

23 Services' mission is to safeguard the public and

24 support Florida's agriculture economy.  A chief

25 function in safeguarding Florida is to serve as the

Med Def_001570

Page 86

 1    State's consumer protection agency.  We educate.  We

 2    advocate, and we protect consumers against fraud and

 3    discrimination.

 4              As someone born and raised here in Florida,

 5    I'm honored to serve our state as the Florida's

 6    LGBTQ consumer advocate.  And on behalf of our

 7    healthcare consumer population, not just LGBTQ

 8    Floridians, but all healthcare consumers, I'm giving

 9    you these comments in opposition to the Department

10    of Health's petition, to this body to consider any

11    rulemaking to change the existing standard of care

12    related to medically necessary gender-affirming

13    medical care for adolescents or adults.

14              I appreciate the State's role in

15    healthcare.  It's important, and it's necessary --

16    licensure, regulation of health insurance, cost

17    control, quality improvement, and improving access.

18    But our state agencies, all must serve and advocate

19    for Floridians, and all Floridians have a right to

20    non-discriminatory healthcare.

21              When a medical care treatment plan or a

22    specific course of treatment is provided to some but

23    denied to others merely because of who they are,

24    that is discriminatory.

25              If we look at the petition details, we

Med Def_001571

Page 87

1   focus on a lot of high-level details, but there are

2   some additional requests before this Board,

3   including looking at those who have already started

4   treatments, who are adults, and anyone who even

5   enters the State of Florida.  That is a dangerous

6   question before the Board that has not been

7   addressed yet.  And I must highlight that.

8           The bottom line is this: the attacks on the

9   transgender community, on our families, on our

10  children are capricious and politically motivated.

11  Hatred and bigotry should never motivate nor

12  determine medical care decisions, and denying those

13  best practice medical care and support can be life

14  threatening.  Our transgender children, like any

15  child, has the best chance to thrive when they're

16  supported and they get the healthcare they need.

17          I want to also share a personal note as

18  someone who grew up in Tampa with a mom who was a

19  physician, one of the first female physicians in our

20  state, as someone born and raised here, went to

21  school here, and went to USF, went to Stetson for

22  law school, who sits here as a successful thriving

23  Floridian.  I'm also getting old.  And I listen to

24  the question about data, and as someone who is

25  nearly 50 and who is a very out and proud

Page 88

1  transgender man, I assure you, we have a lot of data

2  that we would be happy to share with you.

3          But in my role as a consumer advocate, one

4  of the most important things we have to do in

5  educating and doing outreach is have trust with the

6  communities we serve.  And if I remember all the

7  stories, if my mother were here to still tell them,

8  in her practice in the '50s and '60s and '70s and

9  '80s and '90s in this state, that relationship with

10  the patient and that trust is always at the heart of

11  the stories she used to tell me.  And I also know

12  she would tell you she always had two sons.

13          Please make the prudent decision for

14  transgender Floridians based on well-documented,

15  scientifically-based medical best practices.  Leave

16  medical decisions to patients, their families, and

17  their healthcare providers based on the standards of

18  care you've heard described here today.  Thank you.

19          CHAIRMAN DIAMOND:  And if you have data

20  that you'd like to share with us, we would love to

21  see it.

22          NATHAN BROOMER:  I can certainly provide

23  quite a bit.  Yes.

24          CHAIRMAN DIAMOND:  Next is going to be Osa

25  Figueris from represent -- or affiliated with the

Med Def_001573

Page 89

1  Christian Family Coalition Florida Bar Association.

2  That will then be followed by Jo Staziaki

3  (phonetic).

4            OSA FIGUERIS:  Good afternoon.

5            CHAIRMAN DIAMOND:  Good afternoon.

6            OSA FIGUERIS:  I want to clarify that I am

7  a member of the Florida Bar Association, but I am

8  not here on behalf of the Florida Bar Association.

9  I want to be clear on that.

10           I have been practicing as an attorney for

11  about 25 years, and a portion of the years that I

12  practiced, I did medical malpractice defense work.

13  And frankly, if I had a client come to me with an

14  issue or a complaint was brought in this area, I

15  would be concerned right now, because at the

16  beginning of the statements that you all made, you

17  said that you were vociferously apolitical.  And I

18  know that your oath says, as opposed to mine, it

19  says, "Do no harm."  And doctor --

20           CHAIRMAN DIAMOND:  We're vociferously

21  apolitical as a board.  We each have our own

22  (indiscernible), of course.

23           OSA FIGUERIS: Understood.  Understood.  And

24  then in listening to Dr. Haller, he himself

25  admitted, during one of the statements that he made,

Med Def_001574

Page 90

1  that -- he said, a majority of some of these

2  children return to their gender assignment.  I went

3  and I did a little research today, and I came across

4  the name Ken Zucker.

5            Ken Zucker is a -- I guess a psychiatrist

6  who chaired the DSM-5 workbook and help define

7  gender dysphoria.  He actually recommends, to this

8  day, an approach of a wait and see treatment with

9  respect to children.  And the reason he wants folks

10  to take -- other doctors to take a wait and see

11  attitude is that most children with gender dysphoria

12  who display a desire to transform their body, they

13  should be encouraged to wait, because in his

14  experience in all his years -- and, again, Chair of

15  the DSM-5 workbook on this issue -- 70 to 80 percent

16  of the children that manifest these concerns

17  resolve.

18            So because the oath is do no harm, I would

19  -- and based on what our Surgeon General is saying,

20  I would recommend that you really take a deep, long,

21  hard look.  It seems that he has given it great

22  thoughtful detail.  And that great thought -- great

23  detail of thought, and that you really dig in.  And

24  if there is any uncertainty as to whether there

25  could be adverse consequences here, that you would

Med Def_001575

1  err on the side of not doing this.  And what is the

2  harm in waiting until the age of 18?  We can't drink

3  until we're 21.  Set a standard that prohibits this

4  with respect to children.  Thank you.

5          CHAIRMAN DIAMOND:  Next is Jo Staziaki.

6  And this will be followed by Carla Spalding.

7          JO STAZIAKI:  Can you hear me?  Okay.

8          CHAIRMAN DIAMOND:  Go ahead, please.

9          JO STAZIAKI:  I apologize.  By the way, I

10 have social anxiety.  This is really difficult for

11 me.

12          CHAIRMAN DIAMOND:  And I'm sorry, what's --

13 I probably butchered your name.  It was difficult

14 for me to read it.  I'm sorry.

15          JO STAZIAKI:  It's Portuguese.  I'm from

16 Brazil.  It's (Indiscernible).

17          CHAIRMAN DIAMOND:  (Indiscernible)

18          JO STAZIAKI:  Thank you.  So I also

19 apologize because I'm not like super informed in the

20 subject.  I'm pursuing a degree in science, but it

21 is not like any kind of like health-based science.

22          But as far as I'm aware, like science in

23 general has been able to establish a correlation

24 between the happiness of a patient and the rate of

25 suicide going down with gender-affirming care.  We

Med Def_001576

Page 92

1 are able to establish a correlation pretty, pretty

2 strongly.

3          And there have been like other studies

4 looking at the results of these various studies,

5 looking together, attempting to establish a

6 causation.  And there are some trends showing that

7 -- that the gender-affirming care at the earliest

8 stages is the best course of action for like saving

9 the lives of people who are most at risk.

10          It seems to me that a lot of this issue is

11 just politicized.  It has really nothing to do with

12 the science, because it seems to me that the science

13 is erring on the fact that we should continue what

14 we're doing.  We should continue affirming the care

15 of young people and withholding, like, surgeries

16 until they're able to consent.

17          My siblings, just for like a routine

18 medical practice, they were given growth hormones.

19 They were not at all like transgender or anything,

20 but they were given some of the same medication that

21 does the same thing and withhold puberty but purely

22 for a regular medical reason.  And parents were able

23 to consent to that.  Kids were able to -- using the

24 parent's consent and the doctor's consent, they were

25 able to go through with that.

Med Def_001577

Page 93

1               And it seems to me that this issue here is
2  only political.  It has absolutely nothing to do
3  with the science.  We should continue doing what
4  we're doing, and we should attempt to get even more
5  data than we can.  And using that, we can come to a
6  conclusion that is based on science, not politics.
7  Thank you.
8               CHAIRMAN DIAMOND:  Thank you.
9               Carla Spalding is next, and that'll be
10 followed by Bethel Spargo, MD, from Fort Lauderdale.
11              CARLA SPALDING:  Good afternoon, Chairman,
12 Board.  I'm Carla Spalding, and I'm here today as a
13 mother, a grandmother, and also as a registered
14 nurse of 20 years working for -- as a psychiatric
15 nurse for children, 6 years old to 18, and also
16 veterans at the VA hospital.
17              I can tell you statistic has shown,
18 depending on what you look at, anywhere from 80 to
19 82 percent of transgender either believe -- of
20 consumed suicidal thoughts, or sometimes wish they
21 were not alive, which is a little bit different,
22 they explain to me.  Then the other 40 percent have
23 committed suicide.
24              So I'm not saying that transgender do not
25 have the right to proper healthcare.  What I'm

Med Def_001578

Page 94

1  saying, however, is children should be children.

2  And I'm saying this because as a single parent, my

3  son growing up, he used to see me in my heels and

4  getting dressed.  He used to wear my shoes and put

5  on all those.  Now, he's a macho man as much as

6  could be.

7            So you have to let them grow and make that

8  decision for themselves.  And if we start

9  intervening as early as one of the young person

10  said, 14 years old, you tell them 14, the next time

11  you talk to them, they'll tell you 13.  And they

12  keep going down.  So I think we should just let the

13  children be children, and let them enjoy the lives

14  that we did as kids and stop pushing things on these

15  children.

16            And that would be my recommendation is that

17  we allow the children to be children.  Do not

18  interfere until after that.  I think it's a very

19  detrimental thing to really do those surgeries and

20  very damaging.  And thank you.

21            CHAIRMAN DIAMOND:  Thank you.  Next is

22  Bethels Fargo, MD.

23            BETHEL FARGO:  Hi.  I come here today in

24  sort of a unique position.  I am a pediatric

25  endocrinologist.  So I treat patients, children,

Med Def_001579

Page 95

1  teens who are transgender, who have gender

2  dysphoria, and I am also, or was also the stepmother

3  to a patient who was transgender.  I say "was"

4  because she's not with us anymore.

5        My stepdaughter, Danielle, was born Daniel,

6  perfectly healthy baby boy.  And at about the time

7  she hit puberty in middle school, she developed

8  gender dysphoria, anxiety, depression.  She had

9  multiple suicide attempts, self-mutilation.  And

10  this was back prior about -- probably about 20 years

11  ago.  So in all of that time -- I was at that time,

12  was not involved in her life.

13        But in any event, she was seen by multiple

14  psychiatrists, psychologists.  She had multiple

15  psychiatric hospitalizations and carried multiple

16  diagnosed -- psychiatric diagnoses.  Never once was

17  it thought of to ask about her gender identity.

18        Now, that was back 20 years ago, and I get

19  it.  We didn't do that.  As a pediatric

20  endocrinologist 20 years ago, if a patient came to

21  me but with gender identity issues, I might not have

22  known what to do.

23        That said, as she -- once she got into high

24  school, and she self-medicated herself.  Despite the

25  fact that she was being followed by multiple

Med Def_001580

Page 96

1  psychiatrists, she developed multiple drug

2  addiction, alcohol addiction.  She began getting

3  spironolactone through the -- from Australia through

4  the internet and went on to continue to suffer each

5  and every day of her life.

6           About 10 years ago is when I first met

7  Danny, after her father and I met each other.  And

8  Danny was a beautiful, wonderful young woman who

9  honestly passed really well.  If you didn't know

10  that she was transgender, you wouldn't think she

11  was.

12           That said, she ultimately -- my husband

13  bleeded his savings, sent her to Thailand to get

14  gender-affirming care and gender-affirming surgery,

15  because it was impossible to find here at the time.

16  And she came back, again, still the beautiful young

17  girl that she was.

18           That said, about two years ago, she shot

19  herself in the head.  I'm going to wrap it up, but I

20  need to finish this.  So about --

21           CHAIRMAN DIAMOND:  No.  You'll stop when I

22  tell you to stop.

23           BETHEL FARGO:  Could I please finish --

24           CHAIRMAN DIAMOND:  I'm being very polite.

25  Don't tell me you'll stop when you stop, okay.

Med Def_001581

Page 97

1  Thank you.

2            BETHEL FARGO:  And two years ago, she shot

3  herself in the head.  And in her suicide letter, she

4  expressed that despite the fact that she had been --

5  had her surgery and everything else, that she still

6  felt like she was a fraud.

7            And my point is this: is that she didn't

8  have access to thoughtful medical care, and quite

9  frankly, not even thoughtful psychiatric care.  She

10  had been told that she was -- she had anxiety

11  because she was raped in a former life by a

12  psychiatrist.

13            So the bottom line is, is that we as

14  pediatric endocrinologist, we as pediatricians need

15  to affirm the identity of our patients.  We need to

16  help them.  We need to care for them in a thoughtful

17  way and to not allow them to have pubertal

18  suppression, to take away the dysphoria that they're

19  -- that the hormone that they're producing is

20  causing them and letting them --

21            CHAIRMAN DIAMOND:  Thank you very much.

22            Okay.  At this time, we're going to take a

23  break.

24            It's now 2:47.  We're going to break until

25  just after -- let's resume at 3 o'clock.  We're

Med Def_001582

Page 98

1   going to take some more public comments.

2            I'd like to thank everyone, how nicely this

3   has been conducted.  I've learned a lot, and I

4   appreciate that.

5            (END OF AUDIO RECORDING)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Med Def_001583

Page 99

1            CERTIFICATE OF TRANSCRIPTIONIST

2            I certify that the foregoing is a true and

3    accurate transcript of the digital recording

4    provided to me in this matter.

5            I do further certify that I am neither a

6    relative, nor employee, nor attorney of any of the

7    parties to this action, and that I am not

8    financially interested in the action.

9

10

11

12            *Julie Thompson*

13            _____

14            Julie Thompson, CET-1036

15

16

17

18

19

20

21

22

23

24

25

Med Def_001584

**1**

**10**
30:14,22 68:8

**100**
24:17,20
71:22

**11**
80:4

**12**
41:6 68:10

**120,000**
30:25 32:8

**13**
41:6 44:8

**14**
39:17

**15**
39:18

**150**
7:10

**16**
24:7,21 38:25
39:13 40:16,
22

**17**
38:12,25
63:20

**17-year-old**
38:13

**177**
37:23

**18**
20:19 24:8,
10,19,24
38:4,24 72:23
74:9 91:2
93:15

**18-year-old**
72:25

**1970s**
28:3

**1980**
29:6

**1990s**
51:24

**1993**
29:8

**2**

**2**
2:10

**20**
21:8 30:16
57:25 64:17
73:8 93:14

**200**
20:10 27:21
58:6

**2000**
2:10

**2007**
28:11,13
29:18

**2013**
79:12

**2018**
66:23

**2022**
2:10

**21**
91:3

**22**
63:17

**25**
89:11

**250**
37:8

**26**
2:6,8

**3**

**39**
2:7,12

**4**

**40**
93:22

**42**
26:25

**4581**
81:1

**47**
66:20

**48**
21:9

**481**
37:24

**4:45**
7:12

**5**

**5**
24:18

**50**
37:6 39:9
87:25

**50s**
88:8

**6**

**6**

**93:15**

**60**
62:11

**60s**
88:8

**66**
28:14

**67,000**
32:18,21

**7**

**70**
90:15

**70s**
88:8

**75**
37:7

**8**

**80**
32:24 90:15
93:18

**80s**
88:9

**82**
93:19

**86**
37:22

**9**

**90**
23:7

**90s**
88:9

**9:31**
81:19

Med Def_001585

**A**

AAP
  50:10
AB
  7:4
ability
  12:23 18:18
  42:10
abrogation
  72:5
abruptly
  63:24
absence
  44:2
absolute
  18:18 43:13
absolutely
  29:22 41:2
  70:4 93:2
absurd
  22:21 54:1
abundant
  65:13
abuse
  65:21 74:6
abyss
  64:2 65:16
academician
  31:18
Academy
  20:20 25:15
  32:17
accent
  73:7
accept
  7:14,16,21
  19:10 26:15

52:14 66:25
70:25 71:8
72:10 75:16
acceptable
  26:8
accepted
  14:14,18
  53:10 68:22
  79:15
accepting
  29:2 38:20
access
  26:4 29:19
  45:10,11,12
  56:14,16 81:5
  86:17
accessing
  69:6
accurate
  40:10
accurately
  51:5
Ackerman
  5:17,18
  36:11,15
  76:13,18
Ackerman's
  38:17
acknowledge
  9:10,12 13:10
  21:23 45:7
  53:19 54:2,18
acknowledged
  68:1
acne
  79:4
Act
  15:21

action
  35:7 92:8
actions
  21:25 34:12
  41:20 67:8
active
  12:1
actively
  44:3 63:22
actual
  30:9 81:9
addicted
  64:14
addition
  12:8 23:24
additional
  9:10 28:15
  55:16 60:11
  87:2
address
  4:24 7:15
  81:3
addressed
  87:7
adds
  12:25
Adeline
  72:15,16,17
adequate
  55:23
adequately
  21:5
Administration
  10:4 14:12
Administrative
  15:21
admit
  21:24

admitted
  89:25
adolescent
  54:9 79:4
adolescents
  2:11 22:1
  23:17 24:14
  54:11 86:13
adopt
  15:4,18 55:15
adoption
  15:12
adrenal
  34:22
adult
  23:1 73:17
  82:15 84:21
adulthood
  79:5
adults
  12:24 15:9
  22:1 54:9
  69:4 86:13
  87:4
advanced
  52:1
advances
  36:18
adverse
  32:2 90:25
advice
  29:12
advisors
  22:20
advocate
  85:12 86:2,6,
  18 88:3
affect

Med Def_001586

12:2

**affiliated**
82:22 88:25

**affiliation**
61:19 62:7
63:1,14 80:22

**affirm**
28:5 75:6

**affirmation**
32:19,20

**affirmed**
63:25 64:7

**affirming**
21:11 24:5
25:5 68:25
92:14

**affliction**
64:1

**Africa**
52:4

**afternoon**
2:18 13:24
61:15 63:3,4,
15,16 72:19,
20 73:24
74:23 75:2
78:13,14
82:24 85:21
89:4,5 93:11

**age**
24:7,8,10,21,
24 30:19 38:4
39:1,4,5,13,
16 40:22
41:3,14,23,24
65:10 73:18
74:9 80:4
91:2

**agencies**

18:15 86:18

**agency**
10:3 14:11,12
18:6 86:1

**agenda**
3:18 68:7

**ages**
41:20

**agree**
48:5 50:10
58:19 59:9,21
75:7 76:24

**agreement**
17:7 19:5
42:17 43:21

**agriculture**
85:14,22,24

**AHCA**
14:16 22:3,8
69:19

**ahead**
13:21 17:1
50:18 82:23
85:20 91:8

**Alan**
80:23 82:20,
24,25

**alarmingly**
76:25

**Alejandro**
46:2

**Alexander**
72:16,17

**alive**
66:4 93:21

**allowed**
29:19

**allowing**

31:6

**AMA**
49:8

**America**
73:8

**American**
20:20,21
25:12,15,21
32:17 53:7
73:13

**Americans**
73:19 81:8

**amount**
65:6

**analogy**
25:8 53:13,15

**analysis**
20:15

**analyzing**
58:8

**anatomic**
42:3

**ancestry.com**
73:20

**Anna**
66:13,19

**anti-**
69:11

**anti-trans**
22:19 68:12

**anxiety**
91:10

**apolitical**
5:4 21:18
89:17,21

**apologize**
91:9,19

**appearance**
3:23 30:8

**apply**
3:15 29:21

**appointed**
3:5 21:19

**appreciative**
27:11

**approach**
5:7 19:9
38:16,17 90:8

**approached**
44:16

**approaching**
7:7 44:19

**appropriately**
24:14 47:3

**approved**
33:7

**April**
14:6

**area**
12:13 43:18
45:6 89:14

**argue**
34:8

**assent**
42:12,13
81:17

**assertion**
21:4 22:11

**assess**
52:11

**assessed**
51:5

**assessment**
13:15 42:9

Med Def_001587

assessments
84:3

assiduously
56:24

assignment
23:7 59:10
78:24 90:2

assimilate
74:1

assimilated
73:18

associate
48:14

association
16:20 20:22,
23 83:2 85:19
89:1,7,8

association's
20:24 25:17

associations
48:18

assume
39:22 56:9

assumed
30:6

assurance
57:15

assure
57:7 88:1

Atlanta
26:24

attached
14:19

attacks
21:16 87:8

attempt
93:4

attempting
71:15 92:5

attempts
85:3

attend
57:13

attendees
33:7

attention
17:10

attitude
90:11

attorney
13:23 26:19
47:2 70:18
89:10

attribute
53:8

attributed
65:20

audience
4:17

audio
2:3

author
46:4

authority
18:15

authorized
7:15

aware
25:2 77:12
91:22

---

**B**

---

back
33:3 51:24
52:25 74:7,

12,22 79:8
82:18

background
5:2 20:12
23:10 27:4

backgrounds
25:7 84:23

bands
46:7

banned
31:11

banning
71:14

Bar
85:19 89:1,7,
8

barbaric
77:3,10

Barsky
80:24 82:20,
24,25

Barsoum
25:13

based
4:5 10:17
12:16,20
40:23 41:16
42:7 45:2,21
48:22 49:9
56:14 76:4
88:14,17
90:19 93:6

basic
7:13

basically
49:8 81:14
82:11

basis
27:12 28:1

bathroom
47:25

bathrooms
46:6

Beach
74:19

bear
73:3

beautiful
79:10

began
14:12 30:23
63:20,23
65:13

begin
2:15 7:23
16:9 73:10

beginning
81:18 89:16

behalf
4:9 83:3 86:6
89:8

behavior
8:6

behoove
19:3 57:1

beings
78:20

belie
34:17 36:25

beliefs
52:12

believes
16:25

bell
67:25

Belle
66:22

Med Def_001588

beneficial
  32:4
benefit
  11:7 31:6
  56:9
benefits
  56:15 60:5,6
Bennett
  62:6,9
Bethel
  93:10
bias
  68:12
biased
  22:5
big
  58:24
bigotry
  87:11
bill
  69:22 70:12
  71:14
biologic
  27:12,25 29:9
  30:9
biology
  45:17
birth
  62:13
bit
  4:23 5:2 19:1
  34:17 37:2,4
  40:14 52:15
  54:19 88:23
  93:21
blanket
  43:24
bleeding

12:10 77:14
bless
  74:15
blind
  77:21
blocked
  28:19
blockers
  11:19 14:8
  15:5 20:18
  23:23 24:1
  37:6,21 77:19
blood
  77:15
board
  2:20,21,24
  3:12,14,18
  5:3,6,10,11
  6:20 7:15,21
  9:2,6,24
  13:12,24
  14:22 15:4,19
  16:6,10,13,16
  17:1,5,20,22
  18:1,10,14,21
  19:2,23 21:18
  23:11 25:3
  27:9 31:15,22
  32:12 35:7,20
  36:3,8 46:11
  48:10 55:3,5
  56:7,20,25
  66:9,19 69:13
  71:14 72:20
  81:7 87:2,6
  89:21 93:12
Board's
  18:18
board-certified
  26:23 29:5

Bob
  47:5,6
bodies
  77:2,23
body
  12:3 18:17
  34:2 70:18
  72:3 73:1,13
  74:2 77:7
  86:10 90:12
body's
  27:24
boldness
  66:6
bone
  52:1
born
  63:17 79:13
  86:4 87:20
bottom
  34:13 38:5
  51:22 67:25
  87:8
bound
  16:10
boy
  29:8,9 79:14
brain
  12:2 27:15
  77:19 84:16
brand
  69:15
brave
  80:4
Brazil
  91:16
Brazilian
  35:11

breast
  24:18 52:1
breathing
  66:4
brightest
  18:2
bring
  35:23 64:9
bringing
  50:7
broad
  43:2
broken
  77:5
Broomer
  85:11,12,16,
  17,21 88:22
brought
  16:23 17:15
  18:19 33:1
  35:13,20
  56:20 81:22
  89:14
building
  8:7
burden
  57:3
bureaucrats
  18:6
burgeoning
  28:22
buried
  33:10
busy
  9:3
butchered
  91:13

Med Def_001589

butt
  35:11

_____

C

Cairns
  52:18 53:13
  54:16,24 55:8
  60:23
call
  47:5,7 48:22
  76:14,15
called
  21:10 27:1,2
  31:3 64:5
calling
  47:6
calm
  4:18
cancer
  36:12 52:1
  84:16
canvassed
  29:12
capacities
  16:17
capacity
  33:24 42:4
  52:11 73:2
  84:19
capricious
  87:10
capture
  3:2
card
  4:2
Cardiology
  25:22

cards
  7:3 60:24
care
  2:13 5:8
  9:21,22 10:1
  12:12,15,21
  14:4 15:4
  18:16,23
  20:25 21:1,4,
  5,11,15,17,22
  22:14,15,18,
  21,24 23:1,
  12,18 24:11
  25:1,5,10,14,
  21 26:4 29:16
  32:11,15
  33:14,19 34:5
  35:19 36:10,
  17,18,20
  38:14 42:25
  44:11 45:12,
  20 46:3,5,9,
  11 47:3,18
  48:24 49:25
  53:21 54:14
  56:2,3,14,16
  57:24 60:9
  68:12,23,25
  69:16 70:13
  71:15 83:5,6,
  9,17,20 85:1
  86:11,13,21
  87:12,13
  88:18 91:25
  92:7,14
careful
  79:9,22
carefully
  31:13
caring
  15:10 46:19

48:20
Carla
  91:6 93:9,11,
  12
Carnes
  5:15,16
carry
  78:6
case
  44:4
cases
  16:19 22:24
  25:1 35:12,
  13,18 36:3
causation
  92:6
causing
  33:22 62:20
cease
  61:4
cell
  34:23
center
  24:20
centers
  24:23 28:15
  45:12 55:12
Central
  69:3
chair
  3:3 4:5 13:23
  15:16 17:23
  35:21 36:15
  60:23 76:13
  83:1 90:14
chaired
  90:6
Chairman

2:5 4:22
  5:17,18,19,
  21,23,25 6:2,
  4,6,8,10
  8:16,23 13:17
  18:25 26:6,
  17,20 33:16
  35:2,5 36:5,
  16,24 37:17
  38:2,10,18,23
  39:7,12,15,21
  40:3,6,11,21,
  25 41:5,9,12,
  21 42:2,10,
  14,19,21
  43:11 44:6,14
  45:22 47:8,
  14,17,21 48:6
  50:24 51:14,
  18 54:5
  56:18,22
  60:13,17
  61:9,12,17,21
  62:3,21,25
  63:12 66:11
  70:2,5,10,16
  71:22,25
  72:12,15
  74:16,22,25
  75:2,4 76:8,
  17,20 78:5,9
  80:10,18,21
  81:2 82:17,19
  85:9 88:19,24
  89:5,20 91:5,
  8,12,17 93:8,
  11
challenge
  49:24
chance
  80:16 87:15

Med Def_001590

Chandra
 5:25 6:1
change
 12:17 48:25
 53:19 67:17
 74:3 86:11
changing
 12:1 30:8
charged
 34:2 70:6,18
 72:3
chief
 6:17 19:15
 20:5 36:1
 85:24
child
 23:1 30:4,6,
 18 42:24
 43:10,12,14
 62:13 74:6
 79:19 81:16
 83:12 84:5
 87:15
childhood
 65:20 79:4
children
 2:11 14:10
 15:7 17:9
 20:9 22:15
 23:3,5,24
 24:16 28:6
 31:1,6 32:8
 33:25 37:6,
 14,21 38:9
 42:15 44:1
 46:9 54:9
 59:18 74:8
 81:14,24
 82:14 87:10,
 14 90:2,9,11,

 16 91:4 93:15
Children's
 37:19
choose
 53:18
chooses
 22:16
chose
 44:21
Christ
 65:13,24 66:5
Christ-based
 65:25
Christian
 85:18 89:1
circumstances
 42:15 74:2
circumvent
 69:21
circumventing
 70:15
cisgender
 84:23
citations
 68:10
citizen's
 17:9
citizens
 17:8 18:12
civil
 4:14
claims
 22:4
clarify
 56:22 89:6
classmates
 53:6

clear
 2:25 7:20
 10:23 19:2,18
 34:20 43:19
 55:24 67:6,24
 68:12 69:5,
 10,20 89:9
client
 89:13
climate
 67:17,18
clinic
 28:11 40:9
 58:7
clinical
 14:21 20:4
 31:17,19
clinician
 59:9
clinicians
 9:20,25 13:1
clinics
 23:18 24:15
 28:22 51:10
closed
 31:10
closing
 25:25
clots
 77:15
Club
 63:22
co-morbid
 23:18
Coalition
 85:19 89:1
coast
 29:13

Code
 81:15
coherent
 64:15
coined
 27:6 28:3
colleague
 52:19
colleagues
 29:12 45:6
 46:1
collecting
 58:18
collective
 63:2
college
 19:25 25:21
 64:13
combine
 12:11
comfortable
 54:13
commence
 8:8
comment
 3:3,17 4:4
 15:22 37:25
 60:22 61:22
commentary
 22:10
commenters
 14:22
comments
 3:14,15,19
 7:12 8:4,10
 10:14,16
 15:15 17:23
 21:9 57:18

Med Def_001591

74:18 86:9

**Commissioner**
85:13

**commit**
80:9

**commitment**
59:5

**committed**
93:23

**committee**
32:1,23 83:1

**common**
18:10 42:18,
19 49:19
74:12,14

**communities**
88:6

**community**
50:1 87:9

**compared**
79:12

**compelled**
79:8

**competently**
12:25

**complaint**
25:3 66:8
89:14

**complaints**
28:24

**completely**
11:1 12:4
33:11 68:16
75:19,21,25

**completions**
85:4

**complex**
43:1

**complexity**
12:24

**complications**
77:13 78:2

**comport**
37:24

**concept**
27:7,8 28:2
29:20 30:3
32:13 54:20

**concern**
67:1

**concerned**
89:15

**concerns**
68:20 90:16

**concisely**
34:4

**conclude**
11:7

**concluded**
14:16

**conclusion**
13:8 30:16
43:4 93:6

**conclusions**
45:20 68:14

**concur**
48:5

**condition**
35:16

**conduct**
4:21 12:14
46:13 56:24

**conducted**
5:13

**confidence**
13:13

**confident**
13:3

**confirming**
23:19

**conflict**
20:20 25:11

**conform**
14:17

**confounding**
11:6

**confusing**
11:23

**congenital**
34:22

**Conklin**
78:11 80:21,
25 81:1,4
82:18

**connect**
62:20

**Connections**
62:7

**consensus**
32:15

**consent**
12:23,25 13:5
15:8 24:21
30:20 31:23
39:5 42:12
43:7,8 68:25
69:7 81:14,16
84:20 92:16,
23,24

**consequences**
41:19 78:7
90:25

**considered**
24:6,10 84:10

**consistent**
14:14

**consistently**
68:6

**constituents**
67:2

**construct**
27:13

**constructing**
58:25

**consumed**
93:20

**consumer**
85:12,22
86:1,6,7 88:3

**consumers**
86:2,8

**contacted**
5:11

**contagion**
52:24 53:25

**contend**
33:24

**contends**
33:18

**contention**
45:1 70:7

**contentious**
5:7 67:6

**context**
9:10,11,12
13:10

**continue**
26:3 74:9
92:13,14 93:3

**continues**
24:3

Med Def_001592

continuously
  52:10
contrary
  56:1
contributing
  52:21
control
  49:22 86:17
controlled
  49:11
controlling
  4:17
controversy
  17:13 18:4
conversation
  55:2
conversations
  3:7 21:22
  56:9
convince
  73:9
Cook
  74:19,21,24
  75:1,3,5
Coral
  61:14
core
  49:22
correct
  34:25 35:1,3,
  4 37:12 38:1,
  7,8 39:10,11,
  13,19,20
  41:10 43:17
  70:24 71:24
correctly
  41:22 81:17
correlation

91:23 92:1
cosmetically
  77:11
cost
  86:16
counsel
  13:20 14:2
  70:6
counter
  68:17
countries
  45:18 73:16
country
  28:12 51:7,11
  74:11
couple
  16:12 34:14
  36:6 53:14,15
court
  2:23 3:1 81:1
coverage
  21:25
COVID
  29:24 30:4
  52:22
create
  58:15 71:20
created
  18:1
criminally
  21:11
criteria
  32:3
criticize
  50:12
critique
  49:15,16

cruel
  46:25 77:10
Cruzita
  76:11
CTF
  62:7
culture
  73:15,16,18
  74:1
curious
  35:17 57:23
cutoff
  39:1,4 41:14
cutoffs
  41:24
cutting
  45:15 60:2

_____

          D

daily
  52:8
damage
  74:5
dangerous
  67:4 68:24
  87:5
data
  10:10,18
  12:17 13:9
  21:3 23:5
  28:7 30:16
  31:5 35:23
  37:18 45:14,
  16 49:20
  50:3,5 52:4,
  14 55:23 58:8
  59:12,13,15,
  17 60:5 68:6
  87:24 88:1,19

93:5
data-driven
  21:5
database
  51:7
date
  11:3
dated
  2:10
Davie
  61:18 63:1
day
  14:24 18:13
  29:19 74:7
  90:8
days
  8:20 9:3
Dayton
  40:8,11,13,23
  41:1,8,11,15
  42:1,6,13,18,
  20 43:1,18
  44:12 47:10,
  16,20 48:3
  50:19 51:6,17
  55:11,19
  58:1,5,10,13
  59:8,19,25
deal
  17:3,7 18:18
  78:1 84:17
dealing
  26:25 30:11,
  12 81:13
  82:14
deals
  82:6
dealt
  62:16

Med Def_001593

Tab 26 and 39

death
  12:10
deaths
  35:10,14
debate
  34:7
decades
  53:16
decide
  57:15 75:14
  76:6 83:13
decided
  6:12 18:5
  64:17
decider
  67:20
decides
  7:21 56:25
deciding
  64:22
decision
  18:9 43:5
  45:1,5 57:2
  65:18 72:9
  88:13
decisions
  34:1 42:4
  43:9 76:4
  78:3,6 84:3,
  5,13 87:12
  88:16
deck
  76:16
decline
  57:4 62:1
decorum
  4:19
deep

64:2 67:1
77:1 79:1,3
80:4 90:20
defense
  89:12
define
  90:6
defined
  25:21
definitively
  60:4
degree
  20:3 58:24,25
  91:20
delegated
  17:24 18:17
delivered
  45:21
delivery
  45:9 60:7
demonstrated
  22:12
demonstrates
  33:5 77:1
denials
  67:18
denied
  86:23
Dennis
  78:11 80:21,
  25 81:4 82:18
denying
  87:12
Department
  10:2 13:21
  14:2,6 15:3,
  24 16:23,25
  17:11,15,17,

25 18:10,14,
17 20:16
35:24 68:5,9,
15 70:14
71:17,19
85:13,22 86:9
Department's
  14:3,24 18:22
departure
  10:5
dependence
  77:25
dependent
  36:19
depending
  93:18
depends
  43:20
depression
  74:5 80:6
depth
  44:20
Derick
  6:6,7
Desantis
  10:3
descent
  73:21
descriptive
  50:3
deserve
  22:9 53:21
deserving
  79:23
design
  31:24
designed
  34:15 69:21

77:11
desire
  90:12
desires
  3:25
detail
  90:22,23
details
  86:25 87:1
determine
  14:13 72:25
  87:12
determined
  14:17
determines
  73:7
detransition
  64:22
detransitioner
  66:6
detransitioners
  65:24
detransitioning
  63:18
develop
  49:2,8,21
  66:1
developed
  28:2 34:6
  48:16,18,19
  50:7
developing
  49:7
development
  12:2 20:7
  34:22
devices
  3:10

Med Def_001594

diagnosed
23:19

diagnoses
21:3 49:20

diagnosis
49:19

diagnostics
84:3

dialogue
16:19 57:20

Diamond
2:5 4:22
5:17,19,21,
23,25 6:2,4,
6,8,10 8:16,
23 13:13,17
15:16 17:23
18:25 25:9
26:6,13,14,
17,20 33:16
35:2,5 36:5,
16,24 37:17
38:2,10,18,23
39:7,12,15,21
40:3,6,11,21,
25 41:5,9,12,
21 42:2,10,
14,19,21
43:11 44:6,14
45:22 47:7,8,
14,17,21 48:6
50:24 51:14,
18 54:5
56:18,22
60:13,17
61:9,12,17,21
62:3,21,25
63:12 66:11,
17 70:2,5,9,
16 71:22,25
72:12,15

74:16,22,25
75:2,4 76:8,
17,20 78:5,9
80:10,18,21
81:2 82:17,19
85:9 88:19,24
89:5,20 91:5,
8,12,17 93:8

Diaz
46:2

differ
78:24

difficult
52:2 91:10,13

dig
80:4 90:23

dignity
68:3

diligence
18:7

direct
20:19

directly
16:23

director
2:17,20 40:9

disadvantage
8:14

disagree
43:19,24,25
50:9

disagreeing
44:3 72:7

disagreement
17:4 42:17
69:9

disciplinary
16:19 35:13

disciplined
48:1

discomfort
78:23

discourse
4:15

Discovery
82:22

discredit
22:21

discredited
22:6

discrimination
86:3

discriminatory
21:7 86:24

discuss
7:25

discussed
79:15

discussing
10:24 11:12
16:14

discussion
2:8 6:23
10:18 17:5
26:16 43:3
54:3 57:6
69:8 83:13

discussions
54:5

disorder
34:24

disorders
34:21

display
90:12

disqualified
22:23

distance
8:14

distinct
18:15

distinguished
72:20

distress
78:23,25 79:2

district
66:14,20

divided
60:24

divorce
43:21

doctor
47:8 65:1
76:6 81:20
89:19

doctor's
92:24

doctor-patient
26:1

doctors
21:10 25:13
26:3 43:6
51:1 67:9
84:14,15,17,
22 90:10

document
56:6

DOH
69:19 70:11
71:6

double
21:6 64:12

doubt

Med Def_001595

56:10

**drink**
91:2

**drugs**
64:3,15

**DSM-5**
90:6,15

**due**
18:7 64:1
67:7

**duly**
2:21

**duty**
9:20 17:24
50:4

**dysphoria**
2:11,14 14:5,
10 15:2,7
16:4 18:24
22:2 23:4,20,
21 35:2,20
52:21 53:9
63:21 64:6
65:19 78:21
82:9 90:7,11

**dysphoric**
20:19

_____
**E**
_____

**earlier**
65:16 67:5
68:4 75:9

**earliest**
92:7

**ease**
78:17

**easily**
73:9

**Eastern**
73:21

**economy**
85:24

**edge**
45:16 60:2

**Edgewood**
66:22

**edict**
31:11

**educate**
86:1

**educating**
88:5

**education**
62:10 79:9,22

**effective**
11:2 15:1

**effectiveness**
10:24 11:1,15

**effects**
12:3,7 23:25
64:20

**efficacious**
33:5

**efficacy**
22:13 28:9
31:16

**effort**
69:15 70:14

**elaborate**
11:23 19:1

**Elaine**
62:4

**elected**
66:22 67:8

**electronic**
3:10

**elects**
19:2 46:22

**encourage**
21:15 51:15
57:12 59:16

**encouraged**
90:13

**encourages**
3:13

**encouraging**
40:19

**end**
7:11 14:24
17:6 18:13
56:11 82:3

**endocrine**
20:21 51:9
57:9

**endocrinologist**
26:24 29:6

**endocrinologist
s**
23:22

**endocrinology**
6:18 19:15
20:3,5,14
23:15 29:5,13

**ends**
48:6

**energy**
9:7

**engage**
16:21

**engineer**
79:10

**engineering**
68:16

**enormous**

13:1

**enrolled**
58:4

**enter**
19:3 34:3
35:25 56:25
57:7

**enters**
87:5

**entire**
31:19

**entities**
44:23

**entitled**
2:8

**entry**
15:12

**epidemic**
30:12 35:8
66:2

**Ernie**
72:18,19
73:12

**err**
91:1

**erring**
92:13

**erupted**
28:14

**escorted**
8:7

**Eskamani**
66:13,16,20
70:4,9 71:4,
24 72:6,14

**espoused**
33:19 42:15

Med Def_001596

esquire
72:16

essential
7:6 19:17

essentially
7:1 33:8

establish
20:13 21:2
39:1 91:23
92:1,5

established
20:25 23:11
29:16 49:25

establishing
60:9

establishment
71:10

Esteemed
19:23

estradiol
37:7,23

ethical
13:1

ethics
83:1,4

euphoria
82:10

Europe
30:13,15 31:2

European
30:21 73:20,
21

evaluated
31:4

evaluates
9:21

evaluation
10:18 23:13

event
32:2

evidence
10:10,17
14:25 16:3
21:1 22:17
48:23

evolved
10:13

exact
18:1 39:24

examinations
84:2

examined
27:22

examples
83:10

exceptional
24:25

excuse
21:8 70:2

executive
2:17,20

exercise
18:7

exhumed
27:22

exist
33:12 53:18
54:14 67:16,
20

existed
53:17

existence
28:12

existentialism
75:12

existing
86:11

exists
11:13

expand
15:15 57:19

expect
17:3,6 78:8
84:17

expectation
4:14

experience
11:10 26:25
30:21 45:14
48:20,23 49:7
52:6 57:21
63:20 66:18
67:11 68:21
90:14

experienced
78:25 79:3

experiences
63:19 66:7,9

experiencing
64:25

experiment
32:7

experimental
14:25

expert
20:13

expertise
23:14 48:21

experts
7:25 22:6,20,
22 48:19 50:7
56:5

explain

14:23 27:9
65:1 93:22

explanation
27:17 54:7

explicitly
44:13

express
23:6

extended
4:5

extent
4:18

external
9:18 22:20
65:21

eye
10:23

———————

F

facade
33:12

facilitate
3:24

fact
24:1 50:14
68:7,10 72:7
73:11 82:14
92:13

factors
45:2 52:21,22

faculty
27:5

fad
67:24

fair
36:22 41:7
42:5 49:15
56:25 61:5

Med Def_001597

fairly
  7:4
faith
  18:18
faithfully
  19:11
fall
  12:13
falls
  12:20
false
  22:4,13
falsehoods
  21:14
familiar
  12:9
families
  43:3 87:9
  88:16
family
  84:4 85:19
  89:1
fat
  35:11
faults
  79:24
favor
  47:6
favoritism
  10:8
FDA
  77:18
fear
  80:13
feel
  13:3 39:4
  54:25 77:2

feeling
  64:6 78:22
feelings
  5:6 9:14
Fellowship
  20:3
female
  8:21,22 54:6
  63:17 87:19
fertility
  12:7
fight
  79:8
Figueris
  85:18 88:25
  89:4,6,23
Figueroa
  85:18
filing
  66:8
fill
  4:1 6:25
  65:16
find
  15:10 28:17
  53:14 56:4
  62:11 64:23
  65:24
findings
  27:18
fine
  74:22 81:5
Finland
  31:9 44:18
  45:6
fire
  65:2
firstly

36:7
fitting
  82:16
flabbergasted
  29:10
flaws
  22:7 33:20
floor
  6:23 15:14
Florida
  2:20 3:12 5:5
  7:7 13:20
  14:2,5 16:5
  17:1,8 18:12,
  24 19:16,25
  20:1,2 21:22
  24:16 25:2,4,
  10 37:5 38:3,
  12 44:7 46:19
  54:17 56:5
  57:2,25 61:18
  62:6 63:1
  66:7,9 67:3
  68:8,11 69:3,
  11,21 80:22
  81:6 85:13,
  19,22,25 86:4
  87:5 89:1,7,8
Florida's
  68:15 85:24
  86:5
Floridian
  87:23
Floridians
  76:5 86:8,19
  88:14
focus
  8:2 87:1
focused

10:4
focusing
  5:7
folks
  48:21 50:12
  53:20 68:2
  90:9
follow
  51:21 54:7
force
  17:14
forces
  49:21
forefront
  16:13
foreigner
  79:5
forgive
  78:22
form
  31:23 77:10
formal
  40:2 51:3
  66:8
formally
  58:15
forms
  3:23
Fort
  62:4 93:10
forum
  32:25
forward
  29:6 31:12,25
  32:1,10 55:9
  69:9 82:13
found
  27:20,21 29:6

31:5 68:10

**Fourth**
24:3

**frankly**
22:21 47:1
89:13

**fraud**
86:2

**free**
74:10

**freedom**
26:4

**frequent**
77:16

**friend**
73:11

**friendship**
80:7

**front**
13:4 26:12
48:11 56:20

**fulfillment**
64:10

**full**
13:12 18:18
19:19 20:12
24:21 35:22
39:5 42:11
84:2

**fully**
32:19 45:4
51:11

**function**
85:25

**future**
12:8,17

---

**G**

**gained**
64:18

**gallery**
74:18

**Galvin**
63:13,14,16,
17

**gamble**
77:20

**game**
57:13,14
80:12

**GAPMS'**
22:8 56:6

**Garcia**
76:21 78:10,
15

**Gardens**
74:20

**gather**
18:2

**Gators**
19:21

**gave**
21:9 79:7

**gay**
53:4

**gender**
2:11,14 14:5,
10 15:2,7
16:4 18:24
20:19 21:22
22:1,4 23:4,
7,17,20,21
24:3,15 27:7,
12,24 28:1,6

29:21 30:4
32:9 35:2
45:12 46:7
52:21 53:9
54:12 56:2
62:13 63:8,20
65:19 78:18,
21,24 79:24
83:21 84:7
90:2,7,11

**gender-**
21:10 22:25
24:4 25:4
68:24

**gender-
affirming**
20:25 21:4,5,
15,17 22:12,
15,18,24
37:15 56:2
63:23 68:11
70:13 71:15
83:5,15,17,
18,20 85:1
86:12 91:25
92:7

**gender-neutral**
46:6

**general**
2:9 6:12
8:12,18,24
13:20 14:1
21:13 37:16
43:11 55:22
56:3 63:6
72:21 90:19
91:23

**general-neutral**
47:25

**generally**

12:14 14:14,
18

**genetic**
27:15

**genital**
24:9,23 77:10

**genuinely**
63:5

**Georgia**
26:25 52:20

**gestalt**
40:1

**Gianna**
74:19,21,24
75:1,3,5,19,
24

**giant**
32:7

**girl**
79:13

**give**
4:23 15:21
39:21 42:12
56:9 80:16
81:16,17

**giving**
19:19 49:10
53:23 57:15
86:8

**gluteal**
35:11

**goal**
18:11

**God**
65:9 74:15

**good**
2:18 13:24
61:15 63:3,4,

Tab 26 and 39

15,16 72:19
74:23 75:2
76:10,18
78:13 82:24
85:21 89:4,5
93:11

**governed**
31:14

**government**
31:8,9,11

**governor**
10:2 21:9,20
69:24

**grabbed**
80:6

**grades**
80:7

**graduate**
19:25

**grandmother**
93:13

**grant**
18:21

**granted**
15:19

**grants**
20:10

**great**
8:18 17:3,6
58:20 67:3
90:21,22

**greatest**
80:13

**Greg**
76:20,21,23
78:6

**grew**
53:1 87:18

**grievance**
81:20,22

**groomers**
69:16

**gross**
23:4

**group**
4:8,9 18:6
50:11

**groups**
23:14

**growing**
66:2

**growth**
92:18

**guardian**
84:21

**guess**
52:5 57:19
59:2 90:5

**guests**
4:25 48:11
74:17

**guidance**
14:7 15:9

**guide**
40:5

**guideline**
32:24 40:23
55:16

**guideline-
making**
42:8

**guidelines**
3:15 20:8,20,
24 32:16 39:3
40:24 41:10,
13,22 48:14,

16,17,25
49:7,9,13,21
50:6,12
54:17,19,21
55:10,14
71:13

**gun**
82:10

**guys**
9:3,14 51:17

—————————————

**H**

**half**
57:13

**Haller**
6:17 19:12,
15,20,22,24
36:6,23 37:12
38:1,8,15,19
39:2,11,14,
20,24 40:4,8
45:3 46:25
48:5,13,17
49:3,5,14,18
52:19 53:12
54:10,16,23,
25 55:17,20
56:18,21 58:2
59:4,7,21
60:1,16 89:24

**handed**
7:3 53:15

**handling**
2:7

**happen**
7:2,11,22
11:4,25 31:13
80:20 81:11

**happened**

28:10 29:1
32:22

**happiness**
91:24

**happy**
75:5 85:2
88:2

**hard**
9:4 43:2 56:8
61:13 90:21

**harm**
31:5 33:22,23
66:25 82:4,7
89:19 90:18
91:2

**Hatred**
87:11

**heal**
65:22

**healing**
65:24

**health**
10:2 13:21
14:2 16:25
18:11,14
20:23 23:18
35:24 41:18
44:18 45:21
62:2 67:2
68:5,9,15,20
71:17 83:25
86:16

**Health's**
20:16 86:10

**health-based**
91:21

**healthcare**
10:3 14:12
17:8 45:8,10,

Med Def_001600

11,19 60:7
63:6,11 74:6
83:24 85:6
86:7,8,15,20
87:16 88:17
93:25
**healthy**
85:5
**hear**
8:15,21,22
44:14 62:12
71:7,20 74:24
91:7
**heard**
82:9 88:18
**hearing**
71:21 82:25
**heart**
64:2 65:15
73:23 77:5
88:10
**heartless**
47:1
**held**
29:24
**hell**
65:2
**helpful**
51:3
**helps**
48:8
**hesitation**
28:1
**high**
4:19 53:3
63:21 76:25
**high-**
49:10

**high-level**
87:1
**highlight**
87:7
**highlighted**
16:8
**highly**
4:18 21:23
22:5 76:1
**Hippocratic**
82:4
**Hispanic**
73:6,7,10,12,
13,21,22,23,
25 74:1
**history**
29:3 36:4
64:1 69:11
**hit**
30:4
**Hobson**
78:10,14,15
80:12,19
**hold**
20:3,9 34:16
80:6
**holding**
81:6
**Hollywood**
62:6
**home**
30:5 52:23
79:6
**homes**
29:25
**homosexual**
53:17
**homosexuality**

53:2
**honestly**
72:24 76:3
**honored**
86:5
**hope**
56:23
**hopeful**
32:4
**hoping**
65:10
**Hopkins**
27:4 37:19
**Hopson**
76:21
**hormonal**
11:22 30:18
77:25
**hormone**
11:18,19 14:8
15:5,11 20:18
28:18 29:9
64:11
**hormones**
12:1 24:5
37:15 92:18
**hospital**
27:5 93:16
**host**
28:15
**hours**
21:9 47:19
**house**
80:14
**HRT**
69:4
**huge**
12:5

**human**
12:3 41:17
78:19
**humbling**
66:18
**humility**
20:13
**hundred**
53:14
**Hunter**
6:8,9
**hurt**
79:3
**hyperplasia**
34:23
**hypoplasia**
34:23

---

**I**

**idea**
29:15 39:21
56:13 76:18
**ideation**
68:21 85:3
**identification**
46:7,16
**identified**
28:16
**identify**
4:8,12 73:25
**identifying**
67:24
**identities**
23:6
**identity**
23:8,9,20
24:3 27:7,13,
24 28:2 29:21

Med Def_001601

54:12 68:1
78:24 79:25

**idioms**
73:17

**idiot**
72:24 84:12

**idiots**
84:14

**ignore**
22:17

**illegal**
47:1

**illness**
74:6

**illogical**
76:1

**immediately**
63:24

**impacts**
67:21

**impartially**
7:5

**implication**
23:2

**implore**
74:13

**imply**
39:17

**important**
2:25 9:11,12,
17,23 17:7
18:8 31:22
33:25 51:8
54:2 59:9
60:11 67:19
73:1 75:13
86:15 88:4

**Importantly**

21:1 24:12

**impossible**
11:6 45:4
50:1

**improperly**
5:11

**improvement**
86:17

**improving**
86:17

**inappropriate**
8:6 47:22

**incidents**
52:20

**include**
34:21,22
77:14 78:18

**included**
66:1

**includes**
66:21

**including**
52:9 83:24
84:23 87:3

**incongruent**
28:6 32:9

**incontrovertible**
11:17

**incorrect**
69:17 70:8,24
72:2

**increase**
28:23 29:22
31:3 53:8
54:8 62:1

**increased**
30:12 52:20

**increasing**
33:22

**incredible**
28:23 29:22

**incumbent**
7:17

**indefinitely**
23:9

**independent**
31:22 32:1

**independently**
63:18

**indiscernible**
61:11 89:22
91:16,17

**individual**
4:9 11:19
38:4

**individual's**
11:10

**individuals**
10:19 11:25
28:16 29:2
32:13 34:9,21
35:19 37:7,8
38:13 41:17
46:5 51:1
62:2

**indulgences**
48:7

**infection**
12:9

**infections**
77:15,17

**infinite**
65:16

**influence**
9:19

**influenced**
10:7

**information**
3:2 36:8 37:4
49:10 68:18

**informed**
13:5 15:8
68:25 69:7
79:13 81:14,
16 91:19

**ingenuous**
55:1

**inhibit**
61:25

**initiate**
2:12 14:4
15:18 16:6
18:22 35:16

**initiating**
54:21

**input**
56:25

**insinuating**
52:24

**insist**
74:9

**Institute**
82:22

**institution**
38:11,25
39:19

**institutional**
31:15

**insurance**
86:16

**intellectual**
84:18

**intelligent**

Med Def_001602

73:11

**intent**
55:24

**interest**
3:24 76:5

**interested**
3:13,16,19
4:3,7,11

**interesting**
50:25 75:9

**interests**
56:12

**interject**
50:24

**internal**
27:7

**international**
20:8 40:24
55:14

**internet**
29:19,25
52:23

**interprofession
al**
83:9

**intervene**
63:10

**intervention**
30:19 84:9

**interventions**
11:20

**intimate**
67:10

**intricately**
44:5

**introduce**
26:21

**introduced**
3:18

**introduction**
13:25

**investigation**
15:23 20:4

**investigational**
50:22

**investigator**
50:16

**invite**
7:24,25 19:20

**invited**
6:16,24 19:14
57:8,11

**invites**
3:12

**inviting**
57:9,10

**involved**
31:19 34:12
56:6 81:21

**involvement**
69:7

**IRBS**
31:21

**irreversible**
15:1 33:23
74:4 77:2

**Island**
66:22

**issue**
3:21 7:18
9:14 10:4,11,
14,20 13:1,15
17:1,7,14,20
18:19 36:3,20
44:15 55:18

56:19 62:18
67:7 74:14
89:14 90:15
92:10 93:1

**issued**
14:7

**issues**
4:24 5:7 7:16
9:4 11:6 13:3
22:9 23:19
33:24 35:9
44:19 46:12
54:12 55:19
64:25 69:16

**item**
3:18

---

## J

**jeans**
67:25

**Jesus**
65:12,14 66:5

**Jo**
89:2 91:5,7,
9,15,18

**job**
19:9

**John**
13:20 14:1
27:5

**Johns**
27:4 37:19

**join**
17:16

**Jones**
62:4,5

**Joseph**
2:9

**judges**
22:25

**judgment**
79:24

**June**
2:10

**Justice**
5:19,20

---

## K

**K-A-T-A-K-O**
61:18

**Karolinska**
44:19

**Katako**
61:18,20,23

**keen**
14:21

**keenly**
18:6

**Ken**
90:4,5

**Kenotis**
76:11,12

**kick**
15:19

**kid**
53:4

**kids**
32:8 52:22
53:25 80:22,
23 92:23

**kind**
29:16 30:18,
22 31:7 36:8
37:3 43:24
45:25 47:6
58:13 59:2

Med Def_001603

62:14 75:16
81:23 82:11
91:21

**kinds**
31:12,21

**Kingdom**
44:18

**Kirk**
76:21 78:10,
14,15 80:12,
19

**Klinefelter**
34:23

**knee**
81:20,21,25
82:1

**knew**
53:16

**knowing**
65:8

—————

**L**

**lack**
42:7

**Ladapo**
2:9 6:12 8:9,
12,18,24
13:18,25
60:19

**Ladapo's**
6:14

**language**
4:16 73:16

**large**
35:10,13

**larger**
4:7 51:7

**largest**
24:15

**late**
17:19

**Latin**
73:8

**latitude**
19:9

**Lauderdale**
62:4 93:10

**law**
70:22 87:22

**lawmakers**
69:22

**lead**
17:12 37:11
77:24

**leadership**
32:23,25 33:9

**learn**
29:20 44:6

**learned**
73:17,18

**Leave**
88:15

**led**
37:13 64:8

**leeway**
19:9

**left**
64:12 81:20
82:1

**left-**
53:14

**legal**
43:19

**legally**
16:10 18:14

84:20

**Legislature**
17:23 18:1,16
57:2 66:21
69:22 70:12,
15 71:10,11,
17

**Legislature's**
16:21

**lesbian**
53:5

**letter**
2:8 81:12
82:5

**letters**
40:19 82:3

**letting**
76:7

**level**
10:10 11:17
41:18,19
49:8,11

**Leydig**
34:23

**LGBT**
63:1,22

**LGBTQ**
68:20 69:12,
17 85:12
86:6,7

**license**
47:12 48:2

**licensed**
46:19

**licensee**
46:22 47:23

**licensees**
46:5,13

**licensure**
86:16

**life**
29:25 31:20
52:9,10
57:13,14 65:3
75:10 77:23
80:7 87:13

**lifetime**
77:25

**lifts**
35:12

**limit**
8:3 61:1,4

**limited**
4:3 27:14,18
45:14 49:20

**listen**
6:13 52:13
87:23

**listening**
65:11 89:24

**literal**
65:2

**literature**
11:14 20:15
22:5 48:22

**live**
61:24 74:10
79:14 80:8
85:5

**lived**
29:25 73:8,
14,15

**lives**
29:21 52:8
67:21 85:2
92:9

Med Def_001604

living
52:10

locally
51:25

location
36:19

logical
64:15

logically
64:19 74:14

loneliness
77:5

long
90:20

long-
58:15

long-term
28:7 58:11
59:18,21 60:5

longer
25:16 69:19
78:7

longitudinal
51:4 60:4

looked
58:23 65:4

lose
48:1

loss
77:20

lost
64:13

lot
9:7,18 10:12
44:20 51:12
52:25 53:5
77:7 84:6
87:1 88:1

92:10

lots
84:14

love
65:13 75:6
88:20

loved
80:15

—————————
M

made
10:16 15:24
25:3 36:3
37:25 55:5
65:5,18 67:5
69:5 77:12,23
89:16,25

main
52:22

mainstream
53:6

major
22:14 58:22
75:12

majority
23:3,5,25
24:19 33:7,8
50:10,13 90:1

make
4:1 33:25
42:4 43:9
48:22 52:15
57:2 61:21
67:18 72:9
73:25 76:4
80:19 83:10
84:3,5,13
88:13

makers
43:5

makes
22:4

making
3:25 10:14,16
19:18 41:13
45:5 53:22
75:13

Maldonado
62:22,23

male
26:14,18
61:7,8,11
62:24 78:16

malpractice
89:12

man
59:23 88:1

managed
44:5

mandated
16:21

maneuver
55:3

manifest
90:16

manner
84:5

marginalized
67:11

mark
12:5

markers
27:16

marrow
52:1

Mary
76:20,21,23
78:6

mastectomy
24:6 39:8,18
40:16 44:9
64:12

master's
20:3 58:25

materials
14:20

matter
32:3 52:8
73:10 78:18

matters
3:14,17 7:25

maturing
41:16

maturity
64:19

Mauritania
36:21

MD
2:9 93:10

meaning
75:13

meaningful
21:21

means
62:14

meant
80:17

Medicaid
21:25

medical
12:15 14:14,
18 18:3 20:7
22:14 28:17

Med Def_001605

31:7 32:19,20
36:18 43:5,9
49:20 64:25
68:17 77:25
81:9 86:13,21
87:12,13
88:15,16
89:12 92:18,
22

**medically**
28:5 86:12

**medication**
84:9 92:20

**medicine**
2:20 3:12 5:3
6:21 9:24
13:12 17:22
19:24 20:1
22:4 25:3,24
38:22 45:16
48:2 66:9,19
71:14 81:7

**meeting**
2:21,22,23
3:5,6,11,20
4:1,19,21
5:13 81:7

**member**
5:10,11,12
89:7

**members**
5:5 6:24 9:1,
20,23 13:24
17:5 19:23
32:21 48:10
72:20

**members'**
16:14

**membership**
33:9

**men**
13:11 24:7
74:7

**mental**
23:18 41:18
45:11 62:2,
15,17,18 64:1
68:19 83:25

**mention**
9:7

**mentioned**
32:17 52:20
65:16 75:9
81:17

**Meter**
26:10,22,23
34:19 35:1,4
44:17 50:9

**methodical**
7:8

**Miami**
37:20 46:2
63:13

**mic**
8:17,23

**Michael**
6:16 19:24

**Mike**
19:15

**mimic**
77:11

**mind**
9:16 19:10

**minded**
18:7

**minds**
14:21 16:14
18:3

**mine**
73:11 89:18

**minimum**
51:15

**minor**
12:23 30:18
43:12

**minors**
31:13 33:21
42:12 69:6

**minutes**
4:4 8:4 80:11

**mirage**
33:14

**mirror**
15:15 19:7
65:4

**misinterpreted**
68:13

**misinterpreting**
68:6

**misrepresentati
on**
23:4

**misrepresented**
40:15

**missing**
32:5

**mission**
85:23

**misstated**
68:9

**mistakes**
65:5

**misusing**
68:6

**modified**
44:25

**mom**
87:18

**moment**
31:2 73:4

**Money**
27:5 28:3

**monitoring**
4:20

**months**
10:15

**monumental**
30:12

**morbidity**
28:25

**morning**
81:19

**mother**
88:7 93:13

**motion**
14:19 26:15

**motivate**
87:11

**motivated**
22:2 69:24
87:10

**mouth**
65:4

**move**
65:3 69:9
76:18

**moving**
31:12 32:9
55:9

**MRI**
27:14

**multi-specialty**
60:2

Med Def_001606

Tab 26 and 39

multidisciplinary
  23:14

multiple
  49:9 64:14

mutilating
  65:21 74:2
  77:2

mutilation
  73:1 77:11

--------

### N

Nakora
  61:18,20,23

name's
  75:19

names
  7:2 46:8,16

narrow
  46:3

nasopharyngeal
  36:12

Nathan
  85:11,16,17,
  21 88:22

national
  20:8 40:24
  44:17 49:7
  55:13 69:15
  83:1,2

nationalized
  45:9

natural
  77:22

naturally
  17:13

nature
  21:23 50:4

69:13 77:22

navigate
  13:2

neatly
  17:13

necessarily
  17:25 19:7
  57:5 58:17

needed
  79:13 80:17

needing
  58:14

neutral
  46:7

newer
  51:20 52:14

News
  68:7,10

nice
  59:14

Nicholas
  37:20

NIH
  20:10

no-go
  43:14,16

Noah
  62:22,23

non-
discriminatory
  86:20

normal
  15:20

north
  29:13 73:20

Northwest
  81:1

notably
  65:20

note
  39:16 87:17

noticed
  2:21 46:14

number
  2:6,8 4:6 9:4
  16:4 28:21,23
  30:24 33:20
  35:10,13
  37:20,22,23
  39:22,23
  65:23 81:19

numbers
  27:17 34:9
  37:9 39:25
  40:1

numerous
  20:10 22:4,7

Nuremberg
  81:15

nurse
  93:14,15

--------

### O

oath
  82:4 89:18
  90:18

object
  56:13

objective
  10:6,9 69:13

observational
  11:5 50:3

obvious
  11:21

occasion

79:7

occur
  78:23

occurred
  35:10,16

occurs
  24:7

odd
  56:4

offensive
  69:17

offer
  23:23

offered
  24:4

office
  69:2 83:11
  85:13

officially
  28:13

officials
  67:8

oftentimes
  71:13

olds
  41:7 44:8

oncologist
  51:16

oncology
  25:12 51:24

one's
  27:12,24

ongoing
  16:19 23:2
  43:3 50:19
  57:23

online
  28:18 64:24

Med Def_001607

81:12

**open**
6:20,22 19:10
29:1

**opened**
65:4

**openly**
5:7 53:4,10,
16 61:25
79:15

**operational**
51:11

**operative**
46:14

**opinion**
44:10 46:23
47:23

**opinions**
19:19 37:1
44:25

**opioid**
35:8

**opportunities**
84:2

**opportunity**
3:17 19:22
27:11,23
72:21 81:8

**oppose**
63:5,9,10
71:5 75:8
76:3 83:20

**opposed**
38:24 71:2
89:18

**opposite**
77:12 82:10
83:20

**opposition**
7:1 34:5
61:20 86:9

**orchiectomy**
38:6

**order**
7:4 21:21
55:6

**organization**
22:14

**organized**
3:12

**orientation**
78:19

**original**
23:7

**originally**
27:1

**Orlando**
66:21

**Orthopedic**
25:15

**Osa**
85:17 88:24
89:4,6,23

**outbursts**
8:5

**outcome**
10:9 16:11
28:7

**outcomes**
53:23 58:12,
16 59:18

**outreach**
88:5

**oversight**
81:9

**overwhelming**
23:3,25 50:13

**Ovo**
34:24

---

**P**

**p.m.**
7:12

**Pages**
6:4,5

**pain**
79:1

**painful**
77:16

**Palm**
74:19

**paper**
46:4,14

**papers**
20:11

**parent**
42:16 43:9,
14,15 44:2
63:7 78:15
79:16

**parent's**
92:24

**parental**
24:21 43:7

**Parenthood**
28:17 69:3

**parents**
30:5 43:5,13,
19,23,25 69:8
83:12 92:22

**Park**
66:22

**part**
3:7,22 4:7
12:14 14:19
15:20 42:8
43:4 51:3
66:24 75:7
78:20 80:12
81:21

**participated**
20:7

**parties**
3:13,16,19
4:3,11 6:19

**partners**
18:13

**parts**
12:2 66:21

**party**
4:7

**pass**
69:22 70:12
71:14

**passed**
27:21

**passes**
71:11

**passing**
61:25

**past**
8:19 9:2
28:21 29:23
35:7 39:9

**patently**
22:13

**patient**
13:4 15:10
23:22 24:22
25:4 29:7,8
30:1,10 38:17

Med Def_001608

43:6 63:7
76:7 88:10
91:24
**patient's**
15:12
**patients**
20:19 21:16
24:4,17 26:3
27:1,2 28:24
29:7,20 30:24
32:5 40:16,17
41:4 47:4
48:15,20
49:12 50:6,
17,18,20,21
56:12,16
58:3,6,18
59:3 67:9
77:12 84:22
88:16
**pattern**
77:22,23
**Paul**
2:19
**pediatric**
6:17 19:15
20:1,2,5,14
26:23 29:4,5,
13 51:9
**pediatricians**
32:18 50:13
**pediatrics**
20:21 23:15
32:18 46:3
**peer-reviewed**
20:11
**peers**
63:25 68:22
**penectomy**

38:6
**penmanship**
76:10
**people**
5:4 7:6 29:24
37:10 47:22
50:7 53:15,17
61:23 62:11
67:3,11,13,
14,16,20,22
68:20,24
69:15 73:9
75:6,14 78:4,
23 81:10
83:10 84:1,
17,18,24,25
92:9,15
**people's**
54:19 61:25
**percent**
23:7 24:20
32:24 71:22
90:15 93:19,
22
**perform**
25:17
**performed**
81:25
**period**
60:23
**permanent**
77:19
**permits**
4:5
**permitted**
38:4
**persist**
23:9

**persistence**
76:1
**persists**
23:21
**person**
5:14 27:6,20
36:11 46:20
48:1 52:13
75:22 76:14
80:2,17 82:2,
15 83:22
**person's**
84:7
**personal**
5:6 21:16
37:1 57:15
65:12 67:11
87:17
**personally**
49:5 66:3
**persons**
4:8
**perspective**
10:6,7,9,13
11:24
**perspectives**
10:19
**Petersburg**
37:19
**petition**
2:12 6:15
7:2,14,17,21
10:25 13:22
14:3 16:14,23
17:15 18:22
20:17 21:24
26:2,15 34:20
67:1,14,23
69:21,25 71:5

72:11 75:8
82:6,13
86:10,25
**petitioner**
16:5
**petitions**
70:11
**phase**
67:23 79:17
**Phd**
2:9
**phenomenal**
31:3
**philosophy**
75:11,12
**phonetic**
5:15 61:13
62:25 76:9,11
80:24 85:11,
18 89:3
**phoria**
82:9
**physical**
64:20 74:5
**physician**
46:19 63:6
83:13 87:19
**physicians**
15:9 18:5,7
21:16 25:6
41:18 46:12
51:12 83:7,24
87:19
**physiological**
62:17,19
**physiology**
12:3 42:3
**pick**

Med Def_001609

38:24 75:11

**Pimentel**
6:2,3

**pioneers**
30:22

**place**
29:11 59:1

**places**
28:16

**plan**
86:21

**Planned**
28:17 69:3

**Plantation**
78:11 80:22
81:1

**pleased**
6:11

**pleasure**
21:19

**plenty**
15:22

**point**
2:6 6:16 8:8
13:19 17:11
29:10 34:14
35:15 37:9,11
41:1 44:22
48:9 50:25
52:7 67:5
70:11 71:5,9

**points**
57:5

**policies**
69:12

**policy**
38:3 67:18,21
68:16 71:10

**political**
21:7,23 45:4
55:3 67:7
68:7 76:4
93:2

**politically**
22:2 69:24
87:10

**politicians**
18:5

**politicized**
21:2 92:11

**politics**
93:6

**poor**
25:1

**population**
54:9 55:7
86:7

**portion**
89:11

**Portuguese**
91:15

**position**
3:21 14:24
32:8 34:5,18
42:16 52:15

**positions**
25:2 33:18
34:16 48:8

**possession**
35:23

**possibility**
19:4

**possibly**
64:6

**post-operative**
76:25

**potentially**
12:10 17:4
33:23 52:15
57:20

**Powell**
82:21 85:10,
11,15

**power**
79:7

**practice**
25:20,24
26:24 29:7
31:20 38:22
40:17 46:12,
13,24 47:18
48:2,14,16
71:12 87:13
88:8 92:18

**practiced**
89:12

**practices**
55:22 68:17
88:15

**practicing**
25:6 29:4
89:10

**pray**
65:10

**prayed**
65:8

**pre-print**
46:1

**pre-pubertal**
23:5,24

**predicated**
42:2,4

**preferred**
46:8,16

**prerogative**
6:19

**present**
6:15 10:25
13:22 14:3
23:17 28:13
29:19 37:5
56:7 84:8

**presented**
10:18 19:8,11
72:8

**presenting**
28:24 44:3

**presents**
18:4 68:11
71:6,19

**president**
63:22

**press**
21:12,13

**pressure**
9:18 53:11

**pressured**
5:12

**pretended**
33:11

**pretty**
9:5 54:1 92:1

**previous**
84:11

**previously**
56:8

**primary**
22:11 59:10
83:7 85:5

**private**
26:24 31:20

**problem**

Med Def_001610

28:4 29:17
30:3,7 32:21
62:20 65:22

**problems**
30:4 62:16

**procedure**
52:3

**procedures**
11:18 12:13
15:21 16:3
28:4,20 42:8
77:3

**proceed**
42:24 44:21

**proceeding**
2:2 28:4

**process**
3:24 10:21,22
15:8,19,20
16:8,9,17
18:23 19:3
41:17 44:5
57:8 64:9,23
69:1

**productive**
85:2

**profane**
4:16

**professional**
16:20 20:23
31:20 33:13,
19 34:6 44:10
46:23,24 83:4

**professionals**
41:18 83:25

**professor**
20:5

**professors**
27:6

**program**
37:18

**programs**
57:21,22

**progress**
4:20

**prohibition**
20:17

**prohibits**
15:5 91:3

**project**
35:22

**promote**
21:14

**promulgate**
19:4,6

**promulgated**
32:16 54:21

**pronoun**
46:21,22
47:24

**pronouns**
46:8,16

**proper**
93:25

**proportions**
30:13

**proposed**
4:6 16:7
20:17 22:8
67:4 71:16

**prosecuted**
21:11

**prosecutor**
36:2

**prospective**
58:19

**protect**
5:4 67:10
86:2

**protection**
86:1

**protocol**
31:14 32:10

**proud**
66:20 78:15
87:25

**prove**
60:4

**proves**
28:8

**provide**
3:13,17,19
4:4 5:1
12:23,25
13:13 16:6
20:12 21:10,
17 40:10 46:6
47:25 56:24
84:25 88:22

**provided**
3:23 22:25
25:1 37:18
46:2 55:25
83:6 86:22

**providers**
20:7 23:14
56:2 83:24
88:17

**providing**
13:5 47:3

**prudent**
51:2 88:13

**pseudo**
22:6,20

**pseudonyms**
4:11

**psychiatric**
64:3 93:14

**psychiatrist**
90:5

**psychological**
20:22 64:20
74:4 78:25

**psychology**
23:15

**pubertal**
20:18 23:23
24:1 37:6,21

**puberty**
11:20,22 12:2
14:8 15:5
23:8,22 28:19
77:18 92:21

**public**
2:22 3:3,6,15
6:23,24 7:24
8:4 14:22
15:22 17:4
21:9 36:2
37:13 60:22
71:21 72:21
81:5 85:23

**publicly**
36:9

**publicly-
noticed**
7:23 8:2

**published**
11:3,8 20:10
58:7

**pulled**
39:25

punch
  79:21
purely
  27:13 44:22
  92:21
purported
  52:4
purpose
  18:2 80:7
  85:5
pursue
  44:1 58:21
  72:9
pursuing
  91:20
purview
  34:11
Pushaw
  21:12
pushed
  55:2
pushing
  56:10
put
  5:6 55:10

**Q**

quality
  21:1 27:16
  86:17
Quentin
  26:10,22
question
  5:10 7:13
  12:5,16 16:24
  17:21 31:4
  35:6 40:7,12,
  14 43:25

45:23 47:12
49:1,17,18
50:15 52:18,
19 53:7,13
54:6 60:10,12
64:5 70:3
73:4 87:6,24
questioned
  79:17
questions
  6:19,21 16:12
  18:20 34:15
  36:6,25 48:7,
  10 51:4 52:17
  60:13 85:8
quote
  75:9 78:16

**R**

race
  78:19
Radiation
  25:12
radical
  77:14
raised
  86:4 87:20
raises
  50:25
ran
  69:2
random
  7:3
randomized
  49:11,22
range
  36:10,14,17
ranges

41:24
raped
  64:14
rarely
  53:2 77:12
rashes
  77:15
rate
  76:25 91:24
rational
  16:1
rationale
  68:16
RCTS
  50:2
re-look
  31:23 33:2
reach
  14:22
read
  61:13 76:24
  81:12 91:14
reading
  61:10
ready
  76:15
real
  67:15
reality
  69:14
realize
  79:23 80:3,5
  83:7
realized
  80:14
realm
  54:4

reason
  10:2 19:17
  28:25 41:13,
  23 43:19
  74:12 90:9
  92:22
reasonable
  56:1
reasons
  15:25 34:1
  56:13 59:11
reassignment
  14:9 15:6
receive
  21:17 31:7
received
  4:2 40:17
  64:22 65:14
receiving
  33:21 37:15,
  21,22,23 51:1
  68:23
recent
  21:25 30:1
  36:2,4
recently
  31:9 68:7
  77:18
recognize
  7:7 13:19
  22:3
recommend
  29:14 41:6
  81:13 90:20
recommendation
  14:7 15:24
  16:2 25:18
  40:19 41:14
  55:25

Med Def_001612

recommendations
19:8 25:11

recommended
23:16

recommending
14:7 38:12
41:2

recommends
15:3 23:12
90:7

reconcile
77:8

record
3:2,8,20,22,
25 4:13 35:17

recorded
2:22 3:7

recording
2:3

recurring
77:15

Redfern
21:14

redundancy
55:17,21

redundant
55:15

refer
38:9

reference
41:23 83:4

referenced
36:9 44:16
46:4

referrals
39:9

referred
24:18,19,20,

23 28:20
40:15 47:4

refined
52:16

reflect
33:8 56:15
63:1

reflects
33:4

refrain
3:4 4:16

refuse
25:20

regard
4:15

registered
93:13

registries
50:21 51:21
59:21

registry
40:2 58:15

regret
77:1

regular
75:23 92:22

regularly
21:14

regulation
86:16

reiterate
82:12

reject
69:25

rejecting
83:21

related
2:10 23:1

33:24 35:18
64:7 86:12

relationship
26:1 65:12
88:9

release
14:11

relies
22:5

religion
78:19

remains
27:20

remarks
6:14 69:20

remember
3:6 9:19 88:6

remind
23:11

reminded
65:5

remove
21:25 33:2

repeat
76:24

repeated
78:1

report
14:11,16,19
22:3,8

reporter
2:23 3:1

represent
88:25

representative
66:13,16
70:3,4,9
71:4,24 72:6,

14

representatives
32:25

represents
32:18

request
4:8 16:8
17:16 18:21
33:10 46:20
71:7,9,20
82:5

requesting
72:10

requests
7:10 87:2

require
9:6 16:5
47:12 53:24
60:3

required
70:11 84:20

requirement
71:6,19

requires
15:7 59:5

research
14:23 15:23
18:8 31:14,
17,19 35:22
66:1 68:9
90:3

research-based
68:17

researcher
59:8

researcher's
68:13

researchers

Med Def_001613

68:8

**resemble**
36:15

**reserved**
17:25

**Residency**
20:2

**resolution**
16:7 17:10
33:1,6,10
42:23

**resolve**
23:3 42:22
43:15 90:17

**resolved**
43:16

**resources**
59:5,14 64:24
65:25

**respect**
35:8,9 68:3
84:18 90:9
91:4

**respected**
68:1

**respectful**
34:8 75:22

**respectfully**
17:16 18:21
20:16

**respond**
5:14 25:9

**response**
46:17

**responsibilities**
7:19 34:3
72:5

**responsibility**
66:24 70:7,
19,20,25
72:3,8 83:8

**responsive**
16:18

**restrict**
56:14 60:9
71:15

**restrictions**
29:23

**result**
34:6 77:21

**resulting**
78:2

**results**
92:4

**retrospective**
58:5,9

**retrospectively**
58:16

**return**
23:6 90:2

**reverse**
68:15

**reversible**
24:2

**review**
10:17 20:14
22:5 31:15,21
46:3 56:6

**reviewed**
12:19 13:9

**reviewing**
48:21

**rhetorical**
73:4

**risk**
11:17 12:8
77:13 92:9

**risks**
60:6

**robbed**
80:6

**robust**
15:7

**role**
86:14 88:3

**roles**
9:6,23,24

**rolled**
69:4

**room**
50:8 67:13

**root**
65:20

**round**
80:10

**routine**
9:5 92:17

**rude**
61:5

**rule**
15:4,12,18
19:4,6 22:8
56:1,11,15
67:4 71:16

**rulemaking**
2:13 7:14,22
14:4 15:18
16:6,7,17,22
18:22 19:3
20:17 34:3
35:25 57:1,8
86:11

**rules**
55:5,10 60:9
76:4

**running**
64:2

**Ruth**
61:12,14,16

---

S

**S-A-U-V-E**
72:18

**Sadly**
21:8

**safe**
30:17 33:5

**safeguard**
85:23

**safeguarding**
18:11 85:25

**safety**
11:16 22:13
28:8 31:15
32:1

**sanctioning**
33:13

**sanctity**
26:1

**satisfied**
32:22

**save**
63:1

**save.lgot.**
61:19

**saving**
92:8

**scary**
68:24

Med Def_001614

scholarship
    64:13
school
    29:24 53:3
    63:22,25
    87:21,22
science
    5:8 8:2 33:3,
    4 34:7 36:18
    45:5 52:9
    68:4 91:20,
    21,22 92:12
    93:3,6
scientific
    11:2,7,14,24
    13:14 20:15
    34:7,9 44:22,
    24 45:1 54:3
scientifically-
based
    88:15
scope
    71:12
Scott
    82:21 85:10,
    15
scrutinized
    31:14
searching
    79:9,22
seat
    40:12
secretary
    21:12,13
seek
    52:16 54:14
seeking
    22:20

segregated
    6:25
select
    41:4
selected
    7:3
self-harm
    64:3
senior
    63:21
sense
    32:12 35:18
    44:23,24
    74:13,14
separate
    45:4 60:10,12
series
    7:23 51:21
serve
    20:4 21:19
    66:20 84:22
    85:25 86:5,18
    88:6
served
    16:15 36:1
service
    13:11 44:18
services
    28:18 69:4,6
Services'
    85:23
serving
    84:1
set
    9:21 16:18
    18:15,23
    40:22 45:15
    91:3

setting
    2:13 14:4
    40:18
sex
    27:7,25 30:9
    34:21 64:14
    74:3 77:12
sexual
    14:9 15:6
    35:19 65:21
    78:18,24
share
    13:7 18:10
    36:8 37:3
    45:25 72:22
    87:17 88:2,20
shared
    13:14
shed
    79:6
shirk
    7:18 70:20
shocked
    79:16
showing
    57:14 92:6
shown
    11:3 93:17
shows
    60:6
shred
    35:23
shuffling
    60:24
siblings
    92:17
side
    3:7 12:6

23:25 52:14
    91:1
significant
    65:23 80:5
silence
    3:10
silly
    73:4
similarly
    21:12 24:22
    47:7 53:15
simple
    5:10
simply
    14:25 15:19
    16:9
single
    24:22 25:3
    53:4
sir
    8:11,23
    26:12,20 36:7
    41:8 49:3
    52:18 59:4
    80:10 85:20
sister
    14:11
sits
    87:22
sitting
    48:11 52:25
situations
    9:17
sixth
    24:9 81:1
slur
    69:18
small

34:10 39:23
50:11 55:6

**smaller**
30:24 37:10

**so-called**
22:22 35:11
38:5 39:8

**social**
27:8,13 28:2
52:24 53:11,
25 62:12,14
83:2 84:8
91:10

**socially**
28:5 63:24

**societies**
33:20 34:6

**society**
9:21 20:21
25:12 29:1
51:9 53:7
57:9 78:20

**Solen**
76:9

**solution**
66:1

**someday**
77:21

**someone's**
47:12 63:11
67:25

**son**
78:25 79:13,
23 80:3 82:10

**sons**
88:12

**Sophia**
63:13,14,16,
17

**sort**
41:16 43:20
71:12

**sorts**
64:25

**soul**
79:9,22

**south**
29:14 52:4

**Southwest**
69:3

**Spalding**
91:6 93:9,11,
12

**Spanish**
73:10

**Spargo**
93:10

**speak**
2:24,25 4:9
6:12 7:9
19:23 27:11
59:23 63:19
65:4 73:10
76:7

**speaker**
6:25 7:3,10,
12 60:24

**speaker's**
4:2

**speakers**
4:6 84:11

**speaking**
3:5,21,25
67:1 83:3

**specialized**
45:12

**specific**

22:9 25:24
50:22 56:19
70:13 86:22

**specifically**
54:8 70:6

**spent**
10:12

**spirit**
65:14

**spironolactone**
37:7,22

**spoke**
65:11 68:7

**spoken**
10:15

**Springs**
61:14

**Spu**
76:9

**Spur**
76:9

**St**
37:19

**staff**
58:24 63:25

**stages**
92:8

**stakeholders**
49:9

**stand**
8:13,17

**standard**
2:13 5:8 10:1
12:15,21 14:4
15:4 18:16,23
20:25 21:6
22:21 23:11
24:10 25:10,

14,21 29:16
32:11,15
33:14,19 34:5
35:19 36:9,
10,17,18,19
38:14 44:10
45:20 46:11
47:18 49:25
56:3 86:11
91:3

**standards**
9:21,22 12:12
14:15,18 21:2
44:13 48:24
50:14 88:17

**standpoint**
62:17,18

**start**
5:9 78:16

**started**
30:13 64:24
75:18 87:3

**starting**
41:1

**starts**
23:22

**state**
2:9 5:5,12
6:11,14 7:7
15:13 18:3
22:16 24:12,
25 25:1,10,
14,19 33:18
34:10,11 35:9
38:13 44:7,13
54:22 55:15,
24 56:5 66:7,
13,21 67:3
70:3 86:5,18
87:5,20 88:9

Med Def_001616

State's
  21:24,25
  22:8,11,19,22
  23:2 26:2
  86:1,14
state-supported
  22:3
stated
  15:22
statement
  33:2,3 36:22
  37:13 41:7,25
  42:5 43:12
statements
  2:16 6:25
  89:16,25
States
  28:7,10
  30:15,23,25
  31:1 32:7
  36:20 79:6
statistic
  93:17
statistical
  27:18
statistically
  65:23
statistics
  68:23
statutes
  16:5
statutorily
  7:15 70:10
statutory
  71:6,18
staying
  52:22
Staziaki

89:2 91:5,7,
  9,15,18
step
  58:20 64:8
  83:16,17
sterility
  12:7
Stetson
  87:21
stigma
  53:7
stop
  33:15 64:17
stopping
  32:3
stories
  88:7,11
strategic
  84:5
strength
  66:5
strenuously
  56:13
stress
  67:12,22
  68:5,18
strong
  9:13
strongly
  57:12 92:2
struggle
  79:1,2
struggles
  79:11
struggling
  59:13
studies
  11:2,5,8

27:14,15,16
  31:17,21,24
  49:11 57:23
  58:25 59:1,4
  60:4,11 92:3,
  4
study
  14:13 31:25
  32:3,5 50:16
  51:4 53:24
  57:20,24
  58:4,6
stutter
  78:22 79:3
  80:1
Suave
  72:18,19
subject
  91:20
substantial
  10:5 64:24
substantively
  33:21
successful
  79:10 87:22
succinctly
  33:17
sued
  21:11
suggest
  50:1 53:24
suggested
  25:10,14
  50:11
suggestion
  54:1
suicidal
  64:3 85:3
  93:20

suicide
  68:21 76:25
  80:9 85:3
  91:25 93:23
summarize
  33:17 34:4
super
  91:19
support
  7:1 11:4
  22:17 25:2,19
  50:14 54:20
  61:16 64:23
  67:13,23
  77:25 80:15
  81:11 85:24
  87:13
supported
  63:23 87:16
supporting
  21:3
supportive
  22:15 83:25
supposed
  30:25
supposedly
  32:8
Surgeon
  2:9 6:12
  8:12,18,24
  90:19
surgeon's
  21:13
Surgeons
  25:16
surgeries
  15:6 24:9,13
  25:17 38:9
  77:10,14,24

Med Def_001617

78:1 92:15

**surgery**
12:6,8 14:9
20:18 24:18,
23 38:5 39:6,
8,18 44:8
78:2 83:15,16
84:4,9

**surgical**
11:20 12:15
28:20 30:19
31:7 32:19

**surgically**
28:5

**surprised**
59:2

**surrounding**
10:10

**surveys**
58:18

**Sweden**
31:8 44:19
45:6

**swelling**
77:19

**syndrome**
34:24

**system**
60:7 83:23

**systematically**
58:17

**systems**
45:9,19

———————

**T**

———————

**tab**
2:6,7,12
81:18

**table**
53:1

**takes**
77:4

**taking**
9:4,9,14 46:5
80:1

**talk**
54:14 78:4,5
79:20 83:4,5
84:15

**talked**
48:14,15
53:2,10 68:4

**talking**
54:13 67:17
81:24 83:6,8

**tall**
8:14

**tally**
37:17

**Tampa**
87:18

**tangential**
45:24

**task**
19:10

**team**
48:19 57:8
60:2

**tears**
79:6

**technically**
30:24

**Tellechea**
26:17,19

**tells**
13:2 75:15

**Ten**
39:12

**tens**
20:9

**term**
27:6 58:16
82:8

**terms**
3:11 8:14
9:23 10:1,23
12:4,7 27:16
39:7

**terrible**
35:8 52:6
65:5

**testicular**
34:24

**testify**
66:7

**testifying**
22:23

**testing**
22:23 84:6

**testosterone**
37:8,24 64:18

**Texas**
22:24

**thankfully**
21:18 79:21

**that'll**
93:9

**theater**
21:7

**themself**
84:8

**therapeutic**
65:25

**therapies**
11:12,18,22
12:4,15 14:9
15:5,8 51:20
60:3

**therapy**
13:5 15:11
20:18 22:12
29:9 37:15
64:4,11 65:6

**thing**
34:19 55:4
65:15 75:9,11
80:20 92:21

**things**
30:22 33:13
47:22 50:21
51:19 54:18
57:4 58:18
74:9 76:19
84:15 88:4

**thought**
4:23,24 52:3
64:16 79:16
90:22,23

**thoughtful**
90:22

**thoughts**
93:20

**thousand**
24:16

**thousands**
20:6,9 51:25

**threatening**
87:14

**three-minute**
61:1

**thrive**
87:15

Med Def_001618

thriving
87:22

thrown
80:14

tied
17:13

time
3:4,6,9 4:5
6:22 9:8
10:12 11:23
15:11,22
17:10,19
19:12 28:13
29:10 31:2
41:6 44:11
48:25 53:1
56:19 60:14,
18 61:1 63:21
65:3 66:10
69:5 77:8
82:18

timers
61:1

times
33:6 43:23,25
64:14 68:21

today
5:1 6:13 7:9,
13,22 9:9,15
10:14,16,24
11:12 12:20
15:17,25 16:8
17:15 18:19
19:23 26:11
60:6 66:4,13,
19 67:1,10
71:8,23 75:6
79:9 81:7
82:25 83:3,10
88:18 90:3

93:12

Today's
78:3,6

token
75:15

told
28:25 70:5,
18,23 72:4
73:11 80:8

tomorrow
17:19

top
12:22 39:8,18
44:8

topic
78:17

torment
65:1

total
37:20,22,23

totality
22:17 48:23
55:5

touch
17:21

touched
35:6

toxic
52:2

tract
77:16

trade
16:19

trained
20:6

training
13:2 57:21,22

trans
23:9 24:7
53:17 67:14,
15,20,21,24

transcribed
2:2

transfers
35:11

transform
90:12

transgender
20:23 23:6,8
24:13 27:2
28:11,15,16,
24 30:1 31:1
46:3,20 57:24
77:9,24 78:2,
16 79:15
84:24 87:9,14
88:1,14 92:19
93:19,24

transgenders
77:1

transition
60:22 63:24
65:19 84:8

transitioning
74:10

transparent
32:11

transplant
52:2

transsexual
27:1

trapped
64:8 73:13

travel
9:7

treat
16:4 30:18
36:11 48:16

treated
20:9 23:19
34:10 68:2

treatment
2:14 14:10
15:2,6 18:23
28:17 31:7
32:10,13
42:24 44:1,4
51:2 63:23
86:21,22 90:8

treatments
14:13,17 15:1
28:19 30:14
31:10,13 32:4
33:21 64:21
87:4

trends
92:6

trials
49:22 50:19,
22

trouble
61:9

true
33:15 68:19
69:11 79:21

trust
84:13,22
88:5,10

truth
52:16 74:13

tumor
84:16

turn
2:15 8:9

Med Def_001619

15:14 45:23
48:9 78:3

**Turner**
34:24

**type**
18:2 69:6
84:9

**typically**
43:16

**Tywin**
62:25 63:4

—————
U
—————

**UF**
6:17

**UK**
31:10

**ultimately**
9:22

**unable**
64:4,15

**unacceptable**
25:16

**unaware**
22:16

**unbiased**
10:22 13:14
69:19

**uncertain**
11:1

**uncertainty**
90:24

**unclear**
70:21

**uncommon**
24:14

**undergo**

13:6 38:5

**undergoing**
15:11 44:8
52:1

**underlying**
41:13

**underpinning**
44:24

**understand**
2:24 4:16,19
11:24 16:22
17:18 26:7,10
34:16 37:1
38:11,24 39:8
40:22 41:22
42:11 48:8
49:14 63:8,9
69:12 70:17
73:2

**understandable**
45:18

**understanding**
39:3,14
41:15,16,19
62:15 65:13
70:22,23
72:1,2

**Understood**
40:21 89:23

**unemancipated**
42:11 43:12

**unemployed**
64:14

**unequivocally**
18:16

**unexamined**
52:9 75:10

**UNIDENTIFIED**
8:21,22

26:14,18 54:6
61:7,8,11
62:24

**United**
28:7,10
30:15,23,25
31:1 32:7
36:20 44:18
79:5

**university**
19:16,25
20:1,2,6
31:18 37:5
38:3 40:18
46:1 54:17
57:24 58:23

**university-
based**
28:14

**unknown**
12:4

**unscientific**
73:5

**unusual**
21:23 62:11

**uphold**
25:25

**urgency**
17:17

**urinary**
77:16 78:1

**urination**
77:16

**USF**
87:21

**usual**
12:8 16:17

**utterly**
33:11

—————
V
—————

**VA**
93:16

**vacuum**
69:14

**vaginectomy**
38:6

**Van**
26:10,22,23
34:19 35:1,4
44:17 50:9

**Vasquez**
2:16,17,19
4:22 8:3

**vast**
33:7,8

**veins**
77:16

**Velinaizo**
61:12,14,16

**vernacular**
27:3

**versus**
38:16 54:9

**veterans**
93:16

**vice**
60:23 68:7,10

**view**
44:22

**vigilant**
51:18

**vigorous**
34:7 35:7

**Vila**
5:23,24
57:18,19

58:3,9,11,22
59:6,12,20,23

**virtue**
62:13

**vision**
77:20

**vocal**
50:11

**vociferously**
5:3 89:17,20

**voice**
19:19 79:8

**voices**
50:10

**vote**
26:2 76:3

---

**W**

---

**wait**
17:12,13
90:8,10,13

**waiting**
91:2

**waive**
3:20

**walk**
57:4 71:2
83:11

**wanted**
13:7 65:3
80:9,15,16

**warned**
77:18

**Wasylik**
5:21,22 25:13
48:12,13
49:1,4,6,16
50:15,23

**weaker**
21:3

**website**
58:23 59:15

**week**
31:10

**welfare**
18:12

**well-documented**
88:14

**well-established**
24:4

**wellbeing**
67:2

**Wellness**
62:7

**whatsoever**
28:1

**who've**
32:14

**wife**
73:22 79:10,
17

**willfully**
21:15 22:16

**William**
62:6,9

**Wilson**
10:25 13:20,
23 14:1 18:25
35:6,21

**Winter**
66:22

**withhold**
92:21

**withholding**
92:15

**women**
51:25 74:7

**wondered**
79:18,19

**word**
46:15 83:18

**words**
6:18 19:16,21
59:10 78:17

**work**
8:19 9:2
52:3,5 80:1
89:12

**workbook**
90:6,15

**worked**
69:2

**Workers**
83:2

**working**
9:4 13:10
50:20 51:10
62:10 93:14

**works**
34:8 51:23

**workshopping**
35:25

**workshops**
7:23 44:21

**world**
20:22 33:13

**worldwide**
28:8

**worse**
64:12

**worst**
21:6

**worth**
52:10 77:20

**worthy**
17:9

**wounds**
64:1

**WPATH**
57:10

**wrap**
69:20

**wrinkles**
42:7

**wrist**
46:7

**writing**
40:19 61:14

**wrong**
36:13 38:18,
20 52:12,13
75:25 79:18

**wrote**
32:23 39:16

---

**Y**

---

**year**
14:6 32:25
33:1 41:7
44:8

**year-olds**
39:18

**years**
16:16 24:18
27:21 28:21
29:23 30:5,6,
14,16,22 36:1
38:13,24
39:10 53:14
57:25 62:10,

Med Def_001621

11 63:17,18
64:11,17
72:24 73:8,15
77:4 79:14,25
89:11 90:14
93:14,15

**years'**
26:25

**yell**
34:8

**yesterday**
30:2

**yield**
82:18

**young**
33:25 62:2,10
65:10 68:20,
24 80:4 92:15

**youth**
24:15 68:21
82:6

_____
**Z**

**Zachariah**
25:19

**Zed**
46:21

**Zucker**
90:4,5

**Med Def_001622**