Jane Doe

*vs.*

Joseph Ladapo

Taped Transcription

October 28, 2022



Med Def_001058

Doe Pls' Trial Ex. 24

1

2   JANE DOE,

3        Plaintiff,

4   vs.

5   JOSEPH LADAPO,

6        Defendant.

7   _____

8   CASE NO. 423CV114RHMAF

9

10

11

12            TRANSCRIPTION OF AUDIO RECORDING

13   FLORIDA BOARDS OF MEDICINE AND OSTEOPATHIC MEDICINE

14     JOINT RULES/LEGISLATIVE COMMITTEE RULE WORKSHOP

15                  OCTOBER 28, 2022

16

17

18

19

20

21

22            TRANSCRIBED AUDIO RECORDING BY:

23                 Julie Thompson, CET

24

25   Job No.: 322529

Med Def_001059

October 28, 2022

Page 2

1   Thereupon,

2   The following proceeding was transcribed from an

3   audio recording:

4                          ****

5             CHAIRMAN ZACHARIAH:  The Board of Medicine

6   and -- let's call the meeting to order.  The Florida

7   Board of Medicine and Osteopathic Medicine Joint

8   Rules and Legislative Committee Rule Workshop.  Let

9   the record reflect that the time now is 8:09.  At

10  this time, let's have the roll call.

11            MS. STRICKLAND:  Thank you.  Dr. Zachariah

12  is present.

13            CHAIRMAN ZACHARIAH:  Yes.

14            MS. STRICKLAND:  Ms. Garcia has been

15  excused.

16            Dr. Diamond.

17            DR. DIAMOND:  Present.

18            MS. STRICKAND:  Dr. Ackerman.

19            DR. ACKERMAN:  Present.

20            MS. STRICKLAND:  Dr. Barsoum and Dr. Cairns

21  have been excused.

22            Dr. Derick.

23            DR. DERICK:  Present.

24            MS. STRICKLAND:  Dr. Di Pietro.

25            DR. DI PIETRO:  Present.

Med Def_001060

October 28, 2022

 1               MS. STRICKLAND:  Dr. Gadea has been

 2  excused.

 3               Dr. Hunter.

 4               DR. HUNTER:  Present.

 5               MS. STRICKLAND:  Ms. Justice has not

 6  arrived yet.

 7               Dr. Pages.

 8               MS. STRICKLAND:  Mr. Romanello.

 9               MR. ROMANELLO:  Here.

10               MS. STRICKLAND:  Dr. Schwemmer.

11               DR. SCHWIMMER:  Present.

12               MS. STRICKLAND:  Okay.  Also present are

13  staff, Janet Hartman, bureau chief; John Wilson,

14  general counsel; Paul Vazquez, Executive Director

15  Board of Medicine; Danielle Tarrell, Executive

16  Director Board of Osteopathic Medicine; Ed

17  Tellechea, board counsel, Donna McNulty, board

18  counsel; myself, Cherise Strickland, program

19  operations administrator; Carol Taylor, program

20  operations administrator; Ms. Shaila Washington,

21  regulatory supervisor; Cyra Williams, regulatory

22  specialist III; and Mr. Derek Nieves, regulatory

23  specialist III.

24               Chair, you have a quorum.

25               CHAIRMAN ZACHARIAH:  Well, thank you so

Med Def_001061

October 28, 2022

1   much.  Before we start, I want to thank -- it's an

2   honor to work with Dr. Sandra Schwemmer, who I've

3   worked with many, many, many moons ago on the Board

4   of Osteopathic Medicine.  I'm honored that you're

5   here.

6            Now, let's have Mr. Paul Vazquez give the

7   opening advice.  Paul.

8            EXECUTIVE DIRECTOR VAZQUEZ:  Thank you,

9   Dr. Zachariah.

10           Good morning.  It's Friday, October 28,

11  2022, at 8:11 a.m.  My name is Paul Vazquez; I'm the

12  executive director of the Florida Board of Medicine.

13  This is a duly noticed meeting of the boards.  This

14  is a public meeting and it's being recorded.  The

15  audio will be available on the boards' websites next

16  week.

17           I'll now go over some instructions, so this

18  meeting will be successful, and the board members

19  will be able to take care of the matters that are

20  before them today.  There is a court reporter in the

21  meeting.  If you speak to the committee, it's

22  important that you state your name for the record.

23  When appropriate, the chair will ask for public

24  comments.  Therefore, please refrain from speaking

25  during the meeting until the appointed time.

Med Def_001062

October 28, 2022

1               Please remember this is a public meeting

2    and is being recorded.  Any side conversations may

3    be recorded and become part of the public record.

4    At this time, please silence all electronic devices.

5               The Board of Medicine invites and

6    encourages all interested parties to provide comment

7    on matters before the board.  The following

8    guidelines will apply to public comments: interested

9    parties will be given an opportunity to provide

10   comment on matters before the board after an agenda

11   item is introduced.  Interested parties may provide

12   comments on the record during the meeting, or they

13   can waive speaking and indicate their position on

14   the issue, which will also become part of the

15   record.  Appearance forms have been provided to

16   facilitate this process.

17              Interested parties will be limited to three

18   minutes to provide comment which may only be

19   extended by the chair if time permits based on the

20   number of proposed speakers.  If an interested party

21   is part of a larger group of persons, you're

22   requested to identify one individual who will speak

23   on behalf of the group if possible.  Interested

24   parties may use pseudonyms if they do not wish to

25   identify themselves on the record.

Med Def_001063

October 28, 2022

1                    The Boards of Medicine and Osteopathic

2   Medicine are apolitical bodies that have the primary

3   mission of protecting the people of the state of

4   Florida.  As with any issue before the boards, this

5   committee intends to look at the available science

6   and appropriate standard of care while putting aside

7   any personal feelings on the issues before it today.

8                    In terms of how the meeting will be

9   conducted, the committee's expectation is that we

10  will have a civil discourse while discussing the

11  issues on today's agenda.  We require that everyone

12  refrain from making any disruptive comments or

13  taking any disruptive actions during the duration of

14  the meeting.  The committee reserves the right to

15  remove any individual who chooses to disrupt the

16  progress of the meeting.  Please conduct yourselves

17  accordingly.

18                    This meeting will end no later than 1:00

19  p.m.  Public comment will last no longer than two

20  hours in total, and may last significantly less than

21  that depending on the progress of the meeting.  The

22  public comment process will be as equitable as

23  possible.  However, it is evident that not everyone

24  who wishes to speak will be able to speak given the

25  time constraints of the meeting.

Med Def_001064

October 28, 2022

```
 1              As stated in the public notice of this
 2  meeting, there is an email address set up to receive
 3  written statements from the public.  That email
 4  address is BOMpubliccomment@FLhealth.gov.  The email
 5  address will be active for 24 hours following the
 6  end of this meeting.  All comments received are
 7  public comments and will become part of the
 8  rulemaking record.
 9              The agenda for the meeting has been
10  published.  We will begin with a discussion with
11  subject matter experts who will make presentations,
12  and then there will be a period of time for
13  questions and answers and discussion with the
14  committee.  That will be followed by discussion and
15  development of rule language.  A public comment
16  section will follow, and closing remarks and
17  administrative matters will follow the public
18  comment portion of the meeting and followed by
19  adjournment.  Just so everyone is aware, there will
20  be administrative matters that will have to happen
21  after public comments, before the 1 o'clock
22  deadline.
23              Subject matter experts present today are
24  Michael Biggs -- Dr. Michael Biggs, Dr. Kristin
25  Dayton, Dr. Aron Janssen, Dr. Riittakertu,
```

Med Def_001065

October 28, 2022

Page 8

1  Dr. Michael Laidlaw, and Dr. Meredith McNamara.  And

2  we thank them for being willing to participate in

3  this important endeavor of the boards.

4          Dr. Zachariah.

5          CHAIRMAN ZACHARIAH:  Well, thank you so

6  much.  At this time, can we ask Dr. Michael Biggs to

7  come forward and make his presentation.  Dr. Biggs.

8          DR. BIGGS:  Thank you.  So I'm a

9  sociologist at the University of Oxford where the

10  students urged me to educate myself on transgender

11  children.  I read the literature on gender medicine.

12  I was surprised by the poor quality of published

13  research and very disturbed by the absence of

14  literature.  There are huge gaps in that literature.

15          One example, the world's largest pediatric

16  gender clinic in London started research on puberty

17  blockers in 2010.  I discovered in 2018 that the

18  results had been suppressed and I did a campaign to

19  force the clinic to publish those results.  I've now

20  published my original research in journals like

21  Archives of Sexual Behavior, Journal of Sex and

22  Marital Therapy, and the Journal of Pediatric

23  Endocrinology and Metabolism.

24          As time is limited, I'm going to focus on

25  one intervention, the children experiencing gender

Med Def_001066

October 28, 2022

1   dysphoria, and that is puberty suppression.  Full

2   documentation is available in my written

3   documentation -- written submission to the board.

4           So puberty blockers are a class of drugs

5   (indiscernible), such as Lupron.  These GnRHa drugs

6   stop the production of sex hormones.  For males,

7   these drugs achieve chemical castration.  The drugs

8   are licensed for a few medical conditions, such as

9   prostate cancer in men, and precocious puberty in

10  children.  They have never been licensed to treat

11  gender dysphoria, not in the United States, not in

12  the United Kingdom, nor any other country in the

13  world.

14          Puberty suppression is intended for

15  juvenile transsexuals, and that is the phrase that

16  is in the title of the article that was first

17  published advocating their use published in 1996.

18  So keep that phrase in mind, juvenile transsexuals.

19          GnRHa drugs can be administered from Tanner

20  Stage 2, which is the beginning of puberty.  So in

21  Britian, the youngest child to have been given this

22  intervention was nine years old.

23          Advocates for puberty blockers claim that

24  this is analogous to treating precocious puberty.

25  For example, when a girl of five starts developing

Med Def_001067

October 28, 2022

1  breasts.  But that treatment for precocious puberty

2  involves delaying a puberty that arrives abnormally

3  early, so the child can undergo puberty at the

4  normal age.  By contrast, puberty suppression for

5  gender dysphoria is now stopping normal puberty in

6  order to prepare the child to take cross-sex

7  hormones for the rest of their life.

8           About 96 percent to 98 percent of children

9  who start on puberty blockers continue to cross-sex

10 hormones.  Usually around the age of 16, or the ages

11 going down 15 and 14 more recently.

12          The only plausible scientific evidence

13 favoring this intervention comes from a longitudinal

14 study of an early cohort of 70 teenagers.  De Vries

15 et al., in 2014 published outcomes shortly after

16 surgery when the patients were in their early 20s.

17 Several psychological measures showed improvement,

18 but these measures were taken for only a small

19 subset of the patients as there was 32 individuals.

20          Gender dysphoria also appeared to decline,

21 but the latter finding on gender dysphoria was

22 likely an artifact of the measures of gender

23 dysphoria being switched halfway through the

24 research study.  De Vries et al., acknowledged that

25 one patient was killed by necrotizing fasciitis

Med Def_001068

October 28, 2022

1   during vaginoplasty.  Out of 70 patients, that's a

2   death rate exceeding 1 percent.  Remarkably high for

3   a group of teenagers.  De Vries et al. didn't

4   mention that the death was actually a consequence of

5   puberty suppression, as I'll explain in a moment.

6            The Dutch researchers have recently

7   followed up this patient cohort of 70 people, but

8   they have not published the result, so the long

9   outcomes are still unknown.

10           The only attempt to replicate the Dutch

11   study came from the gender clinic in London, which

12   you might know as the Tavistock.  They administer

13   GnRHa drugs to 44 teenagers.  Because the results of

14   puberty suppression were not positive, the

15   researchers decided not to publish them.  I led a

16   campaign to force them to publish, which took a

17   couple of years and a high court decision in the

18   (indiscernible) Bell case.  Eventually, the clinic

19   admitted that puberty suppression did not improve

20   the psychological function of teenagers and did not

21   reduce their gender dysphoria.

22           There is now a handful of American

23   longitudinal studies more recent which are much

24   worse in quality.  Instead of replicating the

25   methods pioneered by the Dutch and repeated by the

Med Def_001069

October 28, 2022

1  British, each research team used a different set of

2  psychological measures, they have tiny samples, they

3  have high rates or attrition which is never

4  explained, and they use dubious statistical methods.

5           So what then do we know about puberty

6  blockers?  Well, it's certainly true that early

7  puberty suppression produces a closer resemblance to

8  the opposite sex.  Patients are more likely to pass

9  superficially.  However, this benefit must be

10 weighed against several serious costs.

11          There are some known costs.  So for males,

12 early puberty suppression makes subsequent genital

13 surgery more risky and less satisfactory.  The penis

14 is so undeveloped that a normal vaginoplasty is

15 usually impossible, and then so instead a portion of

16 the patient's intestine has to be used.  Leakage

17 from the intestines after surgery is what killed the

18 early Dutch patient at the age of 18.  So that

19 patient died as an indirect consequence of puberty

20 suppression.

21          Second, puberty suppression hinders the

22 normal accumulation of bone mass.  Up to one-third

23 of teenagers who take GnRHa for two years end up

24 with abnormally low bone density which puts them at

25 risk of osteoporosis in later life.  Frieden

Med Def_001070

October 28, 2022

1  (phonetic) drastically could tell the use of puberty

2  suppression because one of their patients developed

3  severe osteoporosis at the age of 15 years old.

4           More serious are the costs that are

5  unknown.  So we have fragmentary evidence, but all

6  the evidence points that in fact early puberty

7  suppression followed by cross-sex hormones prevents

8  the development of normal sexual functioning.  There

9  will be no libido and no capacity to orgasm.  What's

10 astonishing is that clinicians who prescribe puberty

11 blockers haven't bothered to study their effect on

12 sexuality.  So the lead Dutch researcher, de Vries,

13 recently said that orgasm was an interesting but not

14 so far studied question, and that's after her clinic

15 had been using this intervention for 25 years.

16          Finally, the most serious unknown

17 consequence is their affect on emotional and

18 cognitive development, which is particularly

19 important given of course we're concerned about the

20 capacity to consent to further interventions.

21          So a recent randomized control trial on

22 mice showed the GnRHa drugs cause males to manifest

23 high levels of stress, females to display increased

24 anxiety and despair like behavior.  Again, it's

25 remarkable that researchers have never studied the

Med Def_001071

October 28, 2022

1  effect of puberty suppression on measures like, for

2  example, acute.

3              Given the accumulating negative evidence

4  and the continuing failure of clinicians to collect

5  pertinent data, the English National Health Service

6  just last week released a draft specification for

7  gender services.  In a complete reversal of existing

8  policy, "it will only commission GnRHa in the

9  context of a formal research protocol."

10              I recommend that the Florida Board of

11  Medicine should adopt the same policy.  Puberty

12  suppression should be offered only in a proper

13  randomized controlled trial.  Obviously, it can't be

14  blind.  And most randomized control trials aren't

15  blind.  But with a treatment -- so with a treatment

16  group and a control group.  Any trial must ensure

17  that follow up continues into adulthood and must

18  guarantee to publish all clinical data.  Thank you.

19              CHAIRMAN ZACHARIAH:  Does the board members

20  have any questions for the doctor?

21              Go ahead, Dave.

22              DR. DIAMOND:  Dr. Biggs, thank you so much

23  for being with us this morning.  I have a question

24  for you --

25              DR. BIGGS:  I'm finding it very difficult

Med Def_001072

October 28, 2022

1  to hear your one --

2          DR. DIAMOND:  Can you hear me now?  Is that

3  better?  Is that better, Dr. Biggs?  Can you hear

4  me?

5          DR. BIGGS:  Sort of.  Yeah.  Go ahead.

6          DR. DIAMOND:  Okay.  Could you please

7  elaborate a little bit more on the last item that

8  you mentioned, that last week the National Health

9  Service issued a directive regarding a formal

10  research protocol for the use of GHRH agonist, and

11  could you tell us a little bit more about what that

12  protocol involves?

13          DR. BIGGS:  I'm afraid I can't because

14  that's still under -- there's no further details

15  that's been released by the NHS.

16          DR. DIAMOND:  Okay.  Because I was not

17  aware of that; so this is breaking news.  I would be

18  very curious to know what the details of that

19  protocol might be.

20          DR. BIGGS:  Yes.  I can send you the link.

21  That wasn't in my documentation -- in my submission

22  because it came so recently.  I'll send you the link

23  right away.  But essentially, what they are -- this

24  draft specification -- I should emphasize it's only

25  a draft so far, but it just says that the emphasis

Med Def_001073

October 28, 2022

1  has got to be on psychological care, helping

2  children to reconcile with their own body and their

3  own social circumstances, and that GnRHa will only

4  be offered in the case of a clinical trial.  So

5  that's as much as we know.

6            DR. DIAMOND:  Thank you.

7            CHAIRMAN ZACHARIAH:  Any other board

8  members?

9            Yes, Dr. Hunter.

10            DR. HUNTER:  I can clarify what the NHS

11  guidance is because I have it with me.  This is

12  quoting from them.  "Because of the uncertainties

13  surrounding the use of hormone treatments, NHS

14  England is in the process of forming proposals for

15  prospectively enrolling children and young people

16  into formal research program with adequate follow up

17  into adulthood.  NHS England will only commission

18  GNRH analogs in the context of a formal research

19  protocol.  This research protocol" --

20            Dr. Diamond, and this addresses your

21  questions.

22            -- "this research protocol will set out

23  eligibility criteria for participation."  They're

24  still creating their criteria in their research.

25            DR. DIAMOND:  Thank you, Dr. Hunter.

Med Def_001074

October 28, 2022

 1                    CHAIRMAN ZACHARIAH:  Any other board

 2   members?

 3                    If not, Dr. Biggs, thank you so much for

 4   addressing -- taking time off from your busy

 5   schedule and talking to us.  I really appreciate

 6   that.

 7                    Next is Dr. Kristin Dayton.

 8                    DR. DAYTON:  Yes.  Good morning, Board of

 9   Medicine and Board of Osteopathic Medicine members.

10   Thank you for inviting me to be a part of this

11   discussion on the development of practice standards

12   for the treatment of gender dysphoria in Florida.

13   Please note that my --

14                    CHAIRMAN ZACHARIAH:  Dr. Dayton, hold on

15   one second.

16                    UNIDENTIFIED SPEAKER:  Mr. Chair, can we

17   ask staff to maybe tweak the volume, so that we can

18   better hear?

19                    DR. DAYTON:  Do you need me to speak more

20   loudly?

21                    CHAIRMAN ZACHARIAH:  Let's ask our

22   audio/visual people if there's something they can do

23   to make the sound system better.

24                    DR. DAYTON:  I'm sorry, I'm having a very

25   difficult time understanding you.  I can try and

Med Def_001075

October 28, 2022

1  speak more loudly if that would help.

2              UNIDENTIFIED SPEAKER:  Yes, that would

3  help.  Speak louder.

4              DR. DAYTON:  Yes, absolutely.  Good

5  morning, Board of Medicine and Board of Osteopathic

6  Medicine members.  Thank you for inviting me to be a

7  part of the discussion on the development of

8  practice standards for the treatment of gender

9  dysphoria in Florida.  Please note my testimony

10  reflects my own personal judgment and is not the

11  official position of my employer.

12             My name is Dr. Kristin Dayton, and I am a

13  board-certified pediatrician, a board-certified

14  pediatric endocrinologist, and a member of the

15  Florida chapter of the American Academy of

16  Pediatrics, which represents more than 2600

17  pediatricians across our state.

18             I received my medical degree from Wake

19  Forest University and completed pediatric residency

20  and a pediatric endocrinology fellowship at the

21  University of Florida Shands Children's Hospital.  I

22  am the medical director of the University of

23  Florida's Shands Children's Hospital Youth

24  Transgender Program.  I am an assistant professor

25  for the Division of Endocrinology Department of

October 28, 2022

1  Pediatrics at (indiscernible).

2          Today, as the practice standards for

3  gender-affirming care are considered, I will speak

4  about my expertise and knowledge on the standards of

5  care for the use of pubertal suppression and

6  (indiscernible) therapy.

7          UFC's gender program launched in 2016 and I

8  have been involved as a clinician in that program

9  since its inception.  Our program serves transgender

10  and gender diverse children and adolescents from

11  throughout Florida and provides education to youth

12  and their families about gender identity

13  development, gender nonconformity, psychosocial

14  support, and (indiscernible) medical affirmation.

15          The program's multidisciplinary team, which

16  includes two board certified pediatric

17  endocrinologists, one board certified pediatrician,

18  a psychologist, a psychiatrist, two patient

19  advocates, and a medical-legal partnership, provides

20  developmentally appropriate, evidence-based gender-

21  affirming care to children, adolescents, and young

22  adults diagnosed with gender dysphoria and their

23  families in a safe, inclusive environment.

24          Gender-affirming care interventions fall

25  along a continuum and the risks and benefits of

Med Def_001077

October 28, 2022

1   potential interventions are discussed in an open,

2   respectful manner with each patient and family with

3   no end goal in mind other than providing the best

4   care for each individual patient.  The program

5   utilizes national and internationally recognized

6   standards of care developed by the World

7   Professional Association for Transgender Health, and

8   the Endocrine Society.

9            I have years of clinical experience in this

10  area and have cared for over 300 patients during

11  this time.  And my recommendations are based on

12  evidence-based standards combined with practices

13  gleaned from my experience in this area.  My primary

14  goal as a physician is to provide clinical care, and

15  I have the most clinical experience of anyone in

16  this room in providing evidence-based hormonal care

17  for youth and young adults with gender dysphoria.

18           I was initially drawn to working at this

19  clinic after experiencing the joy it brought to

20  people's lives to be affirmed and respected for who

21  they are.  Throughout my time with this clinic, I

22  have seen the struggles that our patients face but I

23  also have witnessed them (indiscernible) when they

24  are able to be affirmed.

25           I always think of one of our patients who

Med Def_001078

October 28, 2022

1   would hide their face every day in online classes

2   during the COVID pandemic, since he did not feel

3   that how he looked on the outside matched how he

4   felt on the inside.  Fast forward two years later

5   with the addition of testosterone therapy, as well

6   as affirming mental health support, he is happily

7   back to in person school and is considered the class

8   clown.

9              Our patients report reduced suicidal

10  ideation and improved satisfaction with their life

11  after being able to access gender-affirming hormone

12  therapy.  Parents talk about how their children

13  interact more at home and are finally more

14  themselves after years of being closed off to the

15  world.

16             Children and adolescents with gender

17  dysphoria experience challenges such as bullying,

18  discrimination, harassment, and a lack of social

19  acceptance that increase their risk for experiencing

20  depression, anxiety, and other mental health

21  conditions.  The high rates of discrimination

22  experienced by transgender youth lead to a greater

23  risk for suicidal ideation and attempts compared to

24  their cis gender peers.  A large-scale study of

25  suicidality in adolescents found that up to 51

Med Def_001079

October 28, 2022

Page 22

1   percent of transgender adolescents reported

2   experiencing suicidal behavior, compared to just 10

3   to 18 precent of their cis gender peers.

4            In providing medical care for children and

5   adolescents diagnosed with gender dysphoria, a

6   specialized approach is recommended.  Gender-

7   affirming care is a model that includes assessments

8   and customized care practices to meet the specific

9   needs of each child or young adult experiencing

10  gender dysphoria.  There is no one size fits all

11  model of care, nor are the (indiscernible) every

12  child experiences gender dysphoria the same.

13           The guidelines and standards for gender-

14  affirming care are set based on scientific data and

15  evidence and are medical treatments necessary to

16  treat the conditions of gender dysphoria.  Gender-

17  affirming care standards are endorsed and

18  recommended by the American Academy of Pediatrics,

19  the Florida chapter of the American Academy of

20  Pediatrics, the American Medical Association, the

21  American College of Obstetricians and Gynecologists,

22  the American College of Physicians, the American

23  Psychiatric Association, the America Psychological

24  Association, the American Academy of Family

25  Physicians, the American Academy of Child and

Med Def_001080

October 28, 2022

1  Adolescent Psychiatry, the Endocrine Society, the

2  Society for Adolescent Health and Medicine, the

3  Pediatric Endocrine Society, the World Professional

4  for Transgender Health or WPATH, and many more

5  organizations committed to providing the best,

6  evidence-based care.

7        As stated previously, evidence-based

8  standards of gender-affirming care recommend that

9  each child and adolescent diagnosed with gender

10 dysphoria is provided an individualized treatment

11 plan that incorporates medical, mental health, and

12 social services to provide care and support to the

13 child or adolescent and their families.

14       In some cases, pubertal suppression and

15 gender-affirming hormonal therapy are indicated

16 treatments.  Adolescents may be prescribed pubertal

17 suppression or other hormone therapy to alleviate

18 the stress that may occur with the development of

19 secondary sex characteristics.

20       The decision to initiate puberty

21 suppression is not automatic nor is it applied to

22 every patient.  Puberty suppression treatment occurs

23 after the child experiences a prolonged and

24 persistent gender dysphoria, and the decision to

25 initiate treatment is made in concert with the

Med Def_001081

October 28, 2022

1   adolescent, their family, and the medical and mental

2   health (indiscernible), after a careful discussion

3   of risks, benefits, and alternatives to treatment.

4            Strong evidence support pubertal

5   suppression for gender dysphoric adolescents.  A

6   study in the well-respected peer reviewed Journal of

7   Adolescent Health examined adolescents who were

8   referred to a gender clinic but had not yet begun

9   undergoing gender-affirming medical care, including

10   pubertal suppression, and adolescents who had

11   already begun receiving gender-affirming care using

12   pubertal suppression with cis gender adolescents.

13            The researchers found that adolescents with

14   gender dysphoria had worse psychological health

15   compared with their cis gender adolescent peers, and

16   that after receiving pubertal suppression as part of

17   gender-affirming care, the adolescents with gender

18   dysphoria had similar or better psychological health

19   when compared to their cis gender peers.

20            A study in the high impact Journal of

21   Pediatrics found that transgender adults who wanted

22   and were able to access pubertal suppression as

23   adolescents were less likely to have lifetime

24   suicidal ideation when compared to transgender

25   adults who were not able to access pubertal

Med Def_001082

October 28, 2022

1  suppression as adolescents.

2          Overall, the studies that have examined the

3  use of pubertal suppression as a component of

4  gender-affirming care demonstrate that the use of

5  these medications is evidence-based.  Following the

6  delay of puberty, adolescents may benefit from

7  initiating gender-affirming hormonal therapy.  This

8  decision to treat is made with their parents or

9  caregivers and is never made in isolation but is

10  again made in the best interest of the patient at

11  heart and in a team-based approach.

12          Just like the decision to initiate puberty

13  suppression, the decision to initiate gender-

14  affirming hormone therapy is highly individualized.

15  Gender-affirming hormone therapy clearly lowers the

16  chance that adolescents diagnosed with gender

17  dysphoria will experience depression or suicidality.

18  I'm happy to provide these references, as well.

19          In summary, children and adolescents

20  diagnosed with gender dysphoria deserve the best

21  evidence-based medical and mental healthcare

22  available.  The medical community has endorsed

23  gender-affirming care as an evidence-based treatment

24  for gender dysphoria.  By proposing to develop an

25  alternate standard of care for the treatment of

Med Def_001083

October 28, 2022

Page 26

1  gender dysphoria Florida would ignore the broad

2  consensus from the medical community and the weight

3  of peer reviewed literature.

4          The role of the Board of Medicine is to

5  ensure that every physician practicing in the state

6  meets requirements for safe practice.  To our

7  knowledge, no other (indiscernible) has prohibited

8  their fellow physicians from following evidence-

9  based national and international guidelines.

10          The Florida Board of Medicine should reject

11  the call for the development of new standards of

12  care for the treatment of gender dysphoria and allow

13  pediatricians, child and adolescent psychiatrists,

14  psychologists, and other physicians and mental

15  health providers to continue to provide gender-

16  affirming care under the existing standards.

17          I'm happy to take any questions the board

18  may have about the Youth Gender Program, the current

19  standards of care for gender-affirming care, or the

20  evidence supporting gender-affirming care.

21  Additionally, my colleague, Dr. Brittany Bruggeman,

22  who also provides care in our clinic, is present

23  with me today and would be happy to answer any

24  questions the board may have regarding our

25  expertise.  Thank you.

Med Def_001084

October 28, 2022

 1            CHAIRMAN ZACHARIAH:  Okay.  Thank you,

 2  Dr. Dayton.

 3            Any board members?

 4            Okay.  Go ahead, Dr. Hunter.

 5            DR. HUNTER:  Dr. Dayton, can you hear me?

 6            DR. DAYTON:  Yes, thank you.

 7            DR. HUNTER:  Do you all keep data on the

 8  patients in your clinic?

 9            DR. DAYTON:  The question was do we keep

10  data on the patients in our clinic?

11            DR. HUNTER:  Correct.

12            DR. DAYTON:  We don't have an active

13  registry of our patients currently.

14            DR. HUNTER:  Okay.  You had mentioned that

15  one size does not fit all, correct?

16            DR. DAYTON:  Absolutely.

17            DR. HUNTER:  Okay.  Can you just, off the

18  top of your head, what percentage of kids who

19  present to your clinic are placed on puberty

20  blockers?

21            DR. DAYTON:  I would say like probably 30

22  percent.

23            DR. BRUGGEMAN:  Yeah.  I would have said 20

24  to 30.

25            DR. HUNTER:  And what percent --

Med Def_001085

October 28, 2022

```
 1                DR. DAYTON:  And there are ways to pull
 2   this data, so even though I'm not actively
 3   collecting data, we do have some -- you know, we use
 4   electronic medical records, and we have some ways
 5   that we could pull some more specific answers to
 6   your questions, so I'm happy to do so.
 7                DR. HUNTER:  And of those, what percent
 8   would you guess go on to cross-sex hormones?
 9   Dr. Biggs had mentioned, and I think most of the
10   literature shows 96 to 98 percent of kids placed on
11   puberty blockers go on to cross-sex hormones.  So do
12   you have a feel, since you don't keep data, what
13   your --
14                DR. DAYTON:  I would agree that the vast
15   majority that start puberty blocking do progress to
16   wanting to receive gender-affirming hormonal care,
17   which would be a testosterone Estradiol, typically.
18                DR. HUNTER:  And then could you just talk
19   about the difference between suicidality and
20   completed suicide?
21                DR. DAYTON:  I think that that would
22   probably be a better question for our mental health
23   experts.  But my general impression is that
24   suicidality is a thought and feeling that someone
25   has, and a suicide completion is clearly when
```

Med Def_001086

October 28, 2022

 1  someone has died from suicide.

 2           DR. HUNTER:  And do we have data on those

 3  regarding children and youth with transgender

 4  identification?

 5           DR. DAYTON:  I'm sorry, I couldn't

 6  understand that.

 7           DR. HUNTER:  Do we have any data regarding

 8  the true suicidality risk and completed suicide

 9  risk?

10           DR. DAYTON:  From our clinic?

11           DR. HUNTER: From the world, from anywhere.

12           DR. DAYTON:  I think that there have been

13  many studies looking at suicidality on a national

14  and international scale in this population.

15  Typically, these are population-based studies and

16  survey-based studies.  So as much as we can trust

17  those types of studies, we do have data on that.

18           Chairman, I was wondering if we could bring

19  Dr. Biggs back on because I think he has done

20  research on the difference between suicidality and

21  completed suicide.

22           CHAIRMAN ZACHARIAH:  You know, let's finish

23  our presentation and then we can bring him later,

24  because otherwise we'll be out of order too many

25  times.

Med Def_001087

October 28, 2022

```
 1            DR. HUNTER:  Okay.
 2            CHAIRMAN ZACHARIAH:  I think that --
 3            Dr. Di Pietro.
 4            DR. DI PIETRO:  Thank you.
 5            Dr. Dayton, can you hear me?
 6            DR. DAYTON:  Yes, I can.
 7            DR. DI PIETRO:  So I want to clarify one
 8  thing because I think one thing that you said is
 9  extraordinarily important and what I really want to
10  get my point made today on this.  Is from your
11  perspective the current guidelines, research, the
12  current perspectives we should all be taking on this
13  is that it's a multidisciplinary team approach.
14  Therefore, the pediatrician, the pediatric
15  endocrinologist, psychiatry, and psychology should
16  all be involved in a team approach when discussing
17  hormone and gender therapy, correct?
18            DR. DAYTON:  I would say this, in specific
19  from the data that I've seen and from the guidelines
20  we have it is in relation to youth that I would make
21  that recommendation.  But yes, for transgender youth
22  it is recommended to use that sort of a team-based
23  approach.
24            DR. DI PIETRO:  Yeah.  And I think
25  personally, and in looking at most things in
```

Med Def_001088

October 28, 2022

1  medicine where you're -- and I'll use something as

2  simple as bariatric surgery as an example.  Even

3  bariatric surgery transplant recipients all must

4  have a team-based, multidisciplinary approach,

5  because these are very big and important things that

6  we are doing.

7          And so just as a reference, a patient

8  cannot even get a transplant unless they have been

9  deemed that they have a support system at home, that

10 they're able to follow up on their care.  And I

11 think that this is very important, and I think when

12 we're discussing this today, we need to keep in mind

13 that this is really no different.  This should be

14 very much a multidisciplinary approach.  Thank you.

15          DR. DAYTON:  I would agree, and I would

16 just also want to say that I don't know that those

17 sort of procedures and surgeries have special rules

18 from their boards, from their -- sorry, from like

19 the Board of Medicine.  And I think in the same way

20 if we are to trust our doctors in our state, we are

21 following those guidelines in that same way.

22          CHAIRMAN ZACHARIAH:  Yeah, Dr. Hunter.

23          DR. HUNTER:  Dr. Dayton, one more question.

24 You mentioned quite a few studies.  I was wondering,

25 you're familiar with the systematic reviews out of

Med Def_001089

October 28, 2022

1   Sweden and out of England, and NICE reviews on

2   puberty blockers, cross-sex hormones, and out of

3   Sweden the SBU evidence review team there.  And that

4   they found all of these studies to be of low quality

5   -- very low quality, low certainty of the evidence.

6   I was wondering if you could comment on those

7   reviews from those countries?

8           DR. DAYTON:  Yeah.  Thank you.  I have

9   familiarized myself with those reviews and I've

10  looked through the base evidence that they are

11  reviewing, and I think that there are also very good

12  studies and there are also reviews saying that there

13  is evidence to do this care.  So I actually welcome

14  you guys to listen a little bit more in

15  Dr. McNamara's piece about the types of evidence and

16  reviews and how we can interpret those.

17          CHAIRMAN ZACHARIAH:  Thank you.

18          Are there any board members, any questions?

19          If not, Dr. Dayton, thank you so much for

20  taking time away from your work and addressing this

21  group on a very, very important matter.  Thank you

22  so much.

23          Next is Dr. Aron Janssen.  Dr. Janssen.

24          UNIDENTIFIED SPEAKER:  Oh, excuse me.  I

25  wonder if you could close the microphone in the hall

Med Def_001090

October 28, 2022

1  because that would help hearing the speakers when

2  they speak.  It's really difficult to hear because

3  there's a lot of noise from the hall.

4            CHAIRMAN ZACHARIAH:  I don't understand

5  what they said.

6            UNIDENTIFIED SPEAKER:  Can you mute the

7  microphone in the actual room when the speakers are

8  speaking because we're getting a lot of echo and can

9  hear ourselves speaking across the room.

10            UNIDENTIFIED SPEAKER:  I think they're

11  asking all of our microphones to be off.

12            DR. JANSSEN:  If not, no worries.  I will

13  plough through.  All right.  Thank you for allowing

14  me to address the Joint Board of Medicine and

15  Osteopathic Medicine.  My name is Aron Janssen, and

16  I am a board-certified child, adolescent, and adult

17  psychiatrist.  I'm an expert in the field of mental

18  health and transgender youth.

19            I received my medical degree from the

20  University of Colorado's School of Medicine, and I

21  completed my residency in psychiatry and fellowship

22  in child and adolescent psychiatry at New York

23  University Langone Medical Center.  In 2011 I

24  founded the Gender and Sexuality Service at New York

25  University, a clinical service (indiscernible).  My

Med Def_001091

October 28, 2022

1  last (indiscernible) at NYU.  That clinic served

2  over 200 families with multiple referrals each week.

3              I'm currently the vice chair of the Bridge

4  Care Department of Psychiatry and Behavioral Health

5  and chief psychiatrist of the Gender Development

6  Program at Ann and Robert H. Lurie Children's

7  Hospital of Chicago.  I am also an associate

8  professor of child adolescent psychiatry at

9  Northwestern University Feinberg School of Medicine.

10  And I maintain a clinical practice in Illinois where

11  I treat patients from Illinois and surrounding

12  states.

13             I have treated children and adolescents

14  with gender dysphoria for over 10 years.  I have

15  treated over 500 children and adolescents with

16  gender dysphoria during my medical career, and

17  approximately 90 percent of the patients in my

18  clinical practice are transgender children and

19  adolescents.

20             I am the chair of the American Academy of

21  Children and Adolescent Psychiatry Sexual

22  Orientation and Gender Identity Committee and have

23  served on the Transgender Health Committee of the

24  American Psychiatric Association.  I'm also a

25  contributing author to the child chapter and adult

Med Def_001092

1  mental health chapter of the Eighth Version of the

2  World Professional of Association for Transgender

3  Health Standards of Care, which I'll refer to as the

4  WPATH SOC for the health of trans youth and gender

5  diverse people.

6           The WPATH SOC first published in 1979

7  provides clinical guidelines for health

8  professionals based upon the best available science

9  and expert professional consensus after careful and

10  robust discussion, review, and comment that took

11  many years.  The WPATH SOC has been recognized and

12  adopted as the prevailing standard of care by the

13  major professional associations of medical and

14  mental health providers in the United States.

15           In addition, I've read numerous peer

16  reviewed journal articles and chapters in

17  professional textbooks about the treatment of gender

18  dysphoria in children and adolescents.  In 2018, I

19  co-edited Affirmative Mental Healthcare for

20  Transgender and Gender Diverse Youth.  A clinical

21  casebook which is the first clinical casebook on

22  mental health treatment for children and adolescents

23  with gender dysphoria.

24           I'm an associate veteran for the Journal of

25  Transgender Health, and an ad hoc reviewer for

Med Def_001093

October 28, 2022

1  Journal of LGBT Health, and for the Journal of the

2  American Academy of Children and Adolescent

3  Psychiatry.  Each of these is a peer reviewed

4  medical journal.

5           I'm actively involved in training other

6  medical and mental health professionals in treating

7  children and adolescents with gender dysphoria.

8  I've conducted trainings for over a thousand medical

9  and mental health providers and have given dozens of

10  public addresses, seminars, and lectures on the

11  treatment of gender dysphoria in children and

12  adolescents.

13          The widely accepted view of the

14  professional medical community is that gender-

15  affirming care is the appropriate treatment for

16  gender dysphoria, and that, for some adolescents,

17  gender-affirming medical interventions are

18  necessary.

19          Gender dysphoria is a serious medical

20  condition in which the patient experiences

21  significant distress that can lead to impairment in

22  peer and family relationships, school performance,

23  or other aspects of life.  Gender dysphoria is a

24  formal diagnosis under the American Psychiatric

25  Association's Diagnostic and Statistical Manual.

October 28, 2022

1          Treatments for gender dysphoria have the

2   same or similar level of evidentiary support as many

3   other well-established treatment protocols in

4   psychiatry, and likely in every discipline of

5   medicine.  Treatments is individualized based upon

6   the needs of the child and the family, and other

7   psychosocial considerations, and is decided upon

8   only after discussing possible benefits and risks of

9   both the intervention as well as the possible

10  benefits and risks to not proceed with the

11  intervention.

12          Appropriate medical care, including mental

13  health services, hormone therapy, and surgical

14  treatment can help alleviate gender dysphoria.  Like

15  non-transgender people, transgender people do not

16  have a choice in their gender identity.  Every

17  person has a gender identity which is not a personal

18  decision or preference.  A transgender boy cannot

19  simply turn off his gender identity like a switch

20  any more than a non-transgender boy or anyone else

21  could.

22          Increasing research, including perspective

23  cohort studies have pointed to the enduring and

24  innate nature of one's gender identity.  Living

25  consistently with one's gender identity is critical

Med Def_001095

October 28, 2022

1  to the health and well-being of any person including

2  transgender people.  And efforts to alter one's

3  gender identity to match gender assigned at birth

4  has been proven ineffective and psychologically

5  harmful.  There is a reason every major mainstream

6  medical or association in the United States has

7  spoken against conversion efforts, including the

8  American Medical Association, American Psychiatric

9  Association, and others, calling such efforts

10  unhelpful, unethical, and harmful.

11             The steps that make up a transgender's

12  person transition into better alignment with their

13  gender identity will depend upon that individual's

14  medical and mental health needs.  There's no

15  specific step or series of steps a transgender

16  person must undertake to complete their transition.

17             Typically, transgender people start their

18  transition with a series of steps commonly referred

19  to as a social transition.  These steps include

20  changing their name, using different pronouns,

21  wearing clothing, adopting grooming habits typically

22  associated with their gender identity, and using the

23  corresponding sex specific facilities.  Making these

24  changes enable transgender folks to being living

25  their lives consistent with their gender identity

Med Def_001096

October 28, 2022

1   and helps ensure that they are treated as such by

2   family, peers, and others in the community.

3            At the onset of puberty, some transgender

4   young people also start taking puberty delaying

5   medication, known as puberty blockers, to prevent

6   their bodies from developing unwanted and

7   psychologically distressing secondary sex

8   characteristics that conflict with their gender

9   identity.

10           Delaying any of these treatments when they

11  are indicated will not only exacerbate a young

12  transgender person's gender dysphoria but could also

13  lead to the development or worsening of other

14  co-occurring mental health conditions, including

15  depression, anxiety, and disordered eating.  And

16  importantly, in longitudinal research studies,

17  accessing these treatments when appropriate improves

18  gender dysphoria, improves (indiscernible), improves

19  quality of life and reduces depression and anxiety.

20           Research and clinical experience repeatedly

21  affirm that transition significantly improves the

22  mental and physical health of transgender young

23  people.  This is true of each stage of a young

24  person's transition and transition can and often

25  does alleviate co-occurring mental health issues

Med Def_001097

October 28, 2022

1   that transgender young person experience prior to

2   transition.  Following transition, transgender young

3   people are often able to see significant

4   improvements in functioning and quality of life.

5           Mental health professionals use

6   well-established, measurable, and objective criteria

7   to diagnose and treat gender dysphoria.  These

8   criteria have been incorporated into the DSM-5

9   diagnostic criteria and are further honed by the

10  ever-growing body of research.

11          The standard of care for mental health

12  treatment of gender dysphoria also commonly referred

13  to as the gender-affirming model of treatment, or

14  gender-affirming treatment, requires a careful and

15  thorough assessment of a patient's mental health

16  including co-occurring conditions, history of

17  trauma, substance use, among many other factors.

18          Therapists practicing consistently within

19  the standard of care will create a space where the

20  patient can explore their gender identity knowing

21  that being transgender and not being transgender are

22  both equally acceptable outcomes.

23          It is imperative that all individuals,

24  including those with gender dysphoria, receive the

25  optimal medical and mental healthcare they need and

Med Def_001098

October 28, 2022

1  deserve.  Denying the provision of such care for

2  Florida residents who meet the requisite medical

3  criteria puts them at risk for significant harm.

4  Further, mischaracterizing the professionally

5  accepted medical guidelines for treating gender

6  dysphoria and the guidelines supporting evidence

7  leads to confusion and a possible delay in needed

8  care.

9         If not treated or treated improperly,

10 gender dysphoria can result in debilitating anxiety,

11 depression, and self-harm.  Further, eliminating

12 access to evidence-based mental healthcare will make

13 it even more difficult to retain and recruit child

14 and adolescent psychiatrists who provide highly

15 specialized medical care to Florida youth, including

16 vulnerable infants, children, adolescents, and

17 transitional aged youth across the state with a

18 variety of symptoms and diagnoses.

19         Abandoning evidence-based mental healthcare

20 is an overstep into the physician-patient

21 relationship by interfering with the personal

22 medical decisions and individualized treatment plans

23 best left developed between the treating physicians,

24 patients, and families.  Again, thank you for the

25 opportunity to address you today and I look forward

Med Def_001099

October 28, 2022

Page 42

1   to answering any questions you may have.

2           CHAIRMAN ZACHARIAH:  Well, Dr. Janssen,

3   thank you so much.

4           Board members, any questions?

5           DR. JANSSEN:  The meeting is still muted,

6   so I don't know if you're speaking now.

7           CHAIRMAN ZACHARIAH:  Yes.  So Dr. David.

8           DR. DIAMOND:  Dr. Janssen, thank you so

9   much for being with us this morning.  Can you hear

10  me?

11          DR. JANSSEN:  It's quiet.  So maybe if

12  somebody is in front of the mic can repeat the

13  question, so I can --

14          DR. DIAMOND:  Let's try again.  There we

15  go.  Dr. Janssen, good morning.  Can you hear me,

16  sir?

17          DR. JANSSEN:  I can hear you.  Yes.

18          DR. DIAMOND:  Very good.  Thank you so much

19  for being with us today.  We appreciate it very

20  much.  I have a couple questions for you, so that I

21  can better understand your position, and it does not

22  necessarily belie my own.  My chief question to you

23  is this.  As you well know, our colleagues in Europe

24  were really the leaders in interventions in the

25  treatment of minors with gender dysphoria decades

Med Def_001100

October 28, 2022

1  ago.  And as you may know, our colleagues in Europe
2  now have seemed to take a change whereby in England,
3  and Sweden, and Finland, they are now taking a more
4  -- I'm not sure what the correct term is -- a more
5  cautious or conservative approach.
6          And I'm curious as to what this appears to
7  me to be a paradox whilst our colleagues in Europe
8  are now becoming perhaps more conservative, here in
9  the United States we're taking a different approach.
10  I'm curious to your thoughts on that, sir.
11          DR. JANSSEN:  It's a great question, and
12  you know, I can't speak to what the environment and
13  the entirety of Europe is.  But the part that I
14  would emphasize is that the best data that we have,
15  and the best longitudinal data that we have on
16  transgender youth comes primarily out of the Dutch
17  clinic.  Dr. Biggs even referred to a lot of the
18  Dutch studies and the Dutch model of care, and
19  that's the prevailing model that most of the
20  American clinics have based their care upon.
21          There's no effort in the Netherlands to
22  reduce access to care.  And similarly, in the adult
23  world, Belgium is really the place where there's the
24  most longitudinal care and the most longitudinal
25  studies around transgender health and transgender

Med Def_001101

October 28, 2022

 1  mental health.  And similarly, in Belgium, there's

 2  been no effort to divert or discern a different

 3  standard of care than the one that was put forth by

 4  both the Endocrine Society and the World

 5  Professional Association for Transgender Health.

 6            DR. DIAMOND:  Over the last couple nights,

 7  Dr. Janssen, I was reading Dr. Hilary --

 8            DR. JANSSEN:  It's muted again.

 9            DR. DIAMOND:  Let's try again.  Over the

10  last several nights, I had the opportunity to review

11  the interim findings from Dr. Hilary Cass, and I'm

12  sure you know Dr. Cass is a world-recognized

13  authority on this subject and she has been appointed

14  as the chair of the Independent Review of Gender

15  Identity Services for Children and Young People for

16  England's National Health Service.  And it's

17  actually very interesting when I read the reports,

18  they're actually very beautifully written.  The

19  language is beautiful in terms of the subtly and the

20  nuances of the language.

21            And in the interim reports of the different

22  items that we're discussing today, really the area

23  that her team has focused on as the most problematic

24  is that of pubertal blockers.  And it's remarkable

25  how humble they are in their admission of how little

Med Def_001102

October 28, 2022

1  we know.  In other words, Doctor, many folks tell us

2  how confident they are of their opinions but there's

3  concern after concern mentioned.

4           So for example, in the most recent letter

5  dated July 19, 2022, to Dr. Stewart, the National

6  Director of NHS England, she mentioned how most of

7  the data with the use of GHRH agonist in children

8  were really focused on biologic males who had

9  dysphoria, but she pointed out that this data does

10  not necessarily reflect what we are seeing primarily

11  today which is the later presenting young people,

12  particular biologic females.  So I'm just impressed

13  how much more nuanced or perhaps how much more

14  cautious they may be and I'm curious as to your

15  opinion on that.

16           DR. JANSSEN:  Sure.  I think it's important

17  to know that there are a lot of ongoing research

18  studies in today's context in the United States.

19  There's an NIH study that's been perspective for the

20  last two years, including four different sites, that

21  includes the proportion of assigned females at birth

22  and assigned males at birth that you are referring

23  to.  And there has been data released from those

24  studies that has clearly implicated the value of

25  puberty blockers.

Med Def_001103

October 28, 2022

```
 1              As an example, in one of the cohorts, the
 2   kids who had access to puberty blockers and were
 3   able to access them appropriately after an
 4   evaluation and assessment with that individualized
 5   treatment plan in place had diminished depression,
 6   anxiety, compared to their transgender peers when
 7   accessing gender-affirming hormones.  They had a
 8   higher quality of life and significant improvements
 9   in functioning and body congruence.
10              So we have this data in the U.S. in the
11   context, in the past decade, in the past several
12   years that we've been following.  So I think that
13   that data is there.  And I think it's important to
14   know that the folks who are participating in this
15   call today, that it's easy for us to talk about the
16   studies, it's easy for us to talk about the
17   policies, but it's also important just to recognize
18   that the clinical work is very valuable.  And the
19   data that we have from our families and our patients
20   who are telling us what is helping, what is working,
21   how this has impacted our lives is also really
22   important to recognize.
23              DR. DIAMOND:  Thank you.
24              CHAIRMAN ZACHARIAH:  Well, thank you,
25   Dr. Janssen.
```

Med Def_001104

October 28, 2022

 1              Next, we have Dr. Kaltiala.  I hope I am

 2  pronouncing properly.  Probably I'm not.  Is

 3  Dr. Kaltiala here?  Hey, Doctor.  Thank you so much

 4  for coming and we appreciate your time talking to us

 5  about this very, very important topic.  Thank you.

 6  Now you may proceed.

 7              DR. KALTIALA:  Good afternoon from my point

 8  of view.  Good morning to you, dear audience.  And I

 9  thank you for the opportunity to participate in this

10  important discussion.  And I feel a little bit

11  underhand because I seem to be the only one here who

12  is not native English speaker but hopefully, I'll

13  manage.

14              I'm Ritta Kaltiala.  I work in town for a

15  university in Finland in Northern Europe as a

16  professor of adolescent psychiatry and I'm also the

17  chief psychiatrist in Tampere University Hospital

18  Department of Adolescent Psychiatry, where we have

19  one of the two nationally centralized gender

20  identity teams for minors.

21              They have been seeing gender identity

22  patients since 2011 and I have been participating in

23  the clinical work meeting practically all

24  adolescents who have in Finland ever proceeded to

25  hormonal interventions with gender identity

Med Def_001105

October 28, 2022

1   indication.  Because I'm not only seeing all the

2   patients in our unit, but I also see all those

3   patients who have been referred to hormonal

4   treatments in the so-called second opinion visits

5   they need to make to our unit.  My research work

6   also nowadays primarily centers around gender

7   identity.  I have published extensively since we

8   started to do the gender identity assessment with

9   minors.

10          In Finland -- and I also have to notice --

11  observe here that my opinion about the quality of

12  evidence and as well the best interest of minors in

13  this issue is rather different than some of the

14  other opinions we have already heard today.

15          So in Finland, the regulation is as

16  follows: diagnostic assessment that may result in

17  medical gender reassignment is in Finland

18  centralized by a code of law two of the five

19  university hospitals in the country, and they are

20  considered third level services.  The whole

21  population is, by the way, only 5.3 million, so you

22  may wonder why so small numbers, but we are not such

23  a huge nation.

24          Both of these centers have a unit for

25  adults and another unit for minors.  And in these

Med Def_001106

October 28, 2022

1  gender identity teams, mental health teams perform

2  the diagnostic assessment and behavior.

3  Endocrinology team, or hormone (indiscernible)

4  clinic based on the gynecology as appropriate, bear

5  the responsibility for initiating and balancing

6  hormonal interventions.  When hormonal interventions

7  have been balanced, this mainly concerns those

8  patients who are cross-sex hormones, the hormonal

9  long-term care, hormonal care is transferred to

10  local services.

11            Surgeries with gender dysphoria indication

12  are available only for legal adults.  This is from

13  age 18 and by referral from the adolescent

14  assessment teams.  Genital surgery is centralized to

15  one center in the country.

16            Legislation level can never give actual

17  practical clinical guidelines, and so national

18  guidelines for treatment were issued 2020 by the

19  COHERE of Finland.  It is body under Ministry of

20  Health and Welfare that has the responsibility of

21  outlining what kind of services are available in

22  publicly funded services or reimbursed by national

23  health insurance in Finland.

24            We also have another system of service

25  guidelines which is by the Scientific Society

Med Def_001107

October 28, 2022

1  (indiscernible), and they give guidelines inline,

2  for example, (indiscernible) parameters.  But here

3  we have a bit more official level given guidelines

4  by COHERE of Finland.

5            And the national guidelines for the

6  treatment of gender dysphoria in children and

7  adolescents define that with children, they only

8  provide possible interventions to associate with

9  difficulties.  So it is well known that 80 percent,

10  even up to 85 percent of children who experience

11  gender dysphoria and cross-sex identification feel

12  differently when they reach puberty, after the

13  various phases of puberty.  And therefore, any

14  medical interventions are not recommended to

15  prepubertal children.

16            Also, you cannot make the identity and

17  assessment and kind of prepare for possible medical

18  interventions before the puberty has started because

19  the onset of puberty is such an important phase in

20  the gender identity experience and in consolidation

21  of the gender identity for those who have gender

22  identity issues from childhood.

23            With adolescents, the first line of

24  treatment of gender dysphoria is exploratory

25  psychotherapy with intervention in local services,

Med Def_001108

October 28, 2022

Page 51

1   and this has to be provided in the level of care

2   that is otherwise appropriate given that

3   adolescent's possible associated difficulties.  If

4   the adolescent is thriving and doing well and does

5   not have any psychiatric treatment needs, then it

6   has to be the primary care level services, such as

7   student health who provides the exploratory

8   intervention.  And if the adolescent is experience

9   psychiatric symptoms or mental disorders, then this

10  intervention can be intertwined with the appropriate

11  psychiatric treatment according to their needs.

12             Appropriate treatment of possible

13  psychiatric comorbidities and management of

14  associated needs, such as for example,

15  (indiscernible) needs or child welfare needs have to

16  be before considering actual gender identity

17  assessment is also included in the guidelines.

18             If considering medical gender reassignment

19  after the first line interventions appear

20  appropriate and timely, the referral to the

21  nationally centralized gender identity services can

22  be issued.  Then the actual gender identity

23  assessment and diagnostics that may result in

24  medical gender reassignment interventions is taking

25  place in the nationally centralized services.

Med Def_001109

October 28, 2022

```
 1                 These assessments take place in a
 2  multidisciplinary assessment with the young person
 3  and their guardians.  The professionals who
 4  participate this multidisciplinary assessment
 5  include children and adolescent psychiatrist,
 6  psychologists, social worker, and a psychiatric
 7  nurse.  And these assessments comprise multiple
 8  meetings over a period of 6 to 12 months in practice
 9  (indiscernible) and very rarely they can do it in 6
10  months.  And they cover the next -- the following
11  phases, excluding contraindication such as, for
12  example, they nevertheless find that there are
13  (indiscernible) psychiatric comorbidities that
14  warrant treatment more urgently, then the adolescent
15  is first referred to appropriate psychiatric
16  treatments.
17                 The next step is the assessment of gender
18  identity in the context of identity development at
19  large and evaluation of how well the developmental
20  tasks of adolescents are progressing.
21                 And next there will be the assessment of
22  readiness, so they explore the expectations and --
23  what the expectations of the young person and the
24  family and how realistically they see the possible
25  interventions and outcome of the interventions.  And
```

Med Def_001110

October 28, 2022

1  whether they have the appropriate resources and

2  psychological strength for the possible medical

3  interventions that are not an easy step for an

4  adolescent.  And also require appropriate level of

5  mental support and psychological resilience.

6          And then based on all those previous steps,

7  then follow appropriate (indiscernible) and follow

8  up of the young person.  If the young people proceed

9  to hormonal interventions, they remain in our follow

10 up until they have completed the treatments they

11 currently desire.

12         We first prepare to follow up then until

13 the end of all treatment, but it has turned out that

14 this impractical because many adolescents after

15 initiating hormonal treatments, they do not proceed

16 to surgical interventions, particularly not to

17 genital surgery so quickly that it would be

18 appropriate to keep the follow up in the adolescent

19 mental health team.  Therefore, they nowadays

20 discharge the young people from our follow up

21 individually in a (indiscernible) phase of the

22 course of the treatment, and absolutely before it's

23 (indiscernible) and they are transferred to adult

24 services if they further continue going further in

25 treatment.

Med Def_001111

October 28, 2022

 1              During the assessment period, a transfer to

 2  more appropriate or more timely interventions can

 3  take place at any stage of the assessment if they

 4  appear -- those needs appear.  If medical

 5  interventions are initiated based on gender identity

 6  indication, then assessed further.

 7              For childhood onset of gender dysphoria

 8  that intensifies in puberty, if there are no severe

 9  psychiatric comorbidities and there is appropriate

10  development of (indiscernible).  And this would be

11  the patient group originally described as the model

12  patients for the support (indiscernible) model of

13  care.

14              CHAIRMAN ZACHARIAH:  Doctor, we are passed

15  the 10-minute mark, so I really appreciate it if you

16  can wrap it up quickly.  You have already spent 10

17  minutes, so I appreciate if you can wrap it up

18  quickly.

19              DR. KALTIALA:  Sorry, I really don't hear

20  but you ask me to be quicker.

21              CHAIRMAN ZACHARIAH:  Yeah.

22              DR. KALTIALA:  So for this, we can offer

23  our analogs to help pubertal development from early

24  stages of puberty and cross-sex hormones from about

25  16 --

Med Def_001112

October 28, 2022

1            CHAIRMAN ZACHARIAH:  Okay.  Doctor, you

2   know, thank you so much.  Let me have the board

3   members ask any questions of the good doctor.

4            Yeah, Dr. Hunter?

5            DR. HUNTER:  Dr. Kaltiala, can you hear me?

6            DR. KALTIALA:  Very poorly.  I hope that a

7   discussion could be --

8            DR. HUNTER:  Right when you were finishing,

9   you were mentioning that children or youth could not

10  have -- I think, if I understood you correctly,

11  could not have mental health issues at the time of

12  transition.  Then we're hearing from Dr. Janssen

13  that transition helps with mental health issues,

14  comorbid mental health issues.  Could you clarify

15  what you understand there about the comorbid mental

16  health issues and if transition helps or does not?

17           DR. KALTIALA:  Yes.  Mental health

18  comorbidities are often discussed in the light that

19  they would be secondary to gender dysphoria, but

20  actually, they have observed, and I have also

21  published this finding, that many of the adolescents

22  who are referred to our service suffer from

23  long-term mental health issue which are similarly

24  impairing their adolescent development and

25  functional capacities and that have had the onset

Med Def_001113

October 28, 2022

 1   well before the onset of gender dysphoria.  So that

 2   the gender dysphoria has first emerged in the

 3   context of severe and functionally impairing mental

 4   health problems.

 5            In this case, I think it is not possible to

 6   conclude a persistent identity because so severe

 7   mental disorders impair the identity development and

 8   there are great risks in concluding that gender

 9   identity would be so fundamental and stabilized that

10   it would be safe to proceed to hormonal

11   interventions, not to mention surgical interventions

12   based on gender identity.  So I consider it of

13   utmost importance and severe psychiatric disorders

14   first be treated into remission.

15            Very seldom we see patients where you could

16   think that the mental health comorbidities would

17   only be secondary and mild.  It is often stated in

18   the literature.  There is no basis for such

19   statements.  I have also myself reviewed the

20   literature and the evidence for -- because it is

21   often stated that the gender reassignment will also

22   help in the mental health difficulties and the

23   functional impairments.  This is not the case.

24   There is no evidence base for such claims.

25            Literature and the research on the impact

October 28, 2022

 1  of gender reassignment of mental health is lousy at

 2  best and I cannot conclude based on my own reviews

 3  and the reviews by COHERE Finland, and also the Cass

 4  review and some other experts, that there is

 5  evidence to say that mental health difficulties,

 6  psychiatric disorders (indiscernible) if an

 7  adolescent experiencing gender dysphoria is given

 8  gender reassignment, for instance.  These are

 9  separate problems and if the psychiatric problems

10  seem to be more fundamental, they have to be treated

11  first.

12            DR. HUNTER:  Speaking to what you said at

13  the beginning about you had some other opinions

14  about the evidence in general, could you share about

15  that?  Not just the mental health but the overall

16  evidence in general.

17            DR. KALTIALA:  (Indiscernible), you may be

18  wondering why I seem to have a different evidence

19  from the American speakers.  Yes, this is an

20  interesting question, but I have myself reviewed the

21  evidence for the impact of medical gender

22  reassignment on the mental health in children and

23  adolescents for a webinar of WPATH and Society of

24  Sexual Medicine.  And also, this was presented in

25  the Congress of European Professional Association

Med Def_001115

October 28, 2022

1  for Transgender Health, and also invited to be

2  repeated in the European Society of Pediatric

3  Endocrinology.  And this is really my sincere

4  understanding that the evidence is lousy.

5           Research on the impact of child and

6  adolescent gender reassignment -- medical

7  reassignment in children and adolescents is mainly

8  comprising the one Dutch study which can be

9  criticized because they didn't have a comparable

10 comparison group and it only included some 70

11 patients and we are now treating tens of thousands

12 of patients all around the world.  So 70 patients as

13 the model for treatment for tens of thousands of

14 patients, I find it really lousy.  And it is not in

15 the same level as is usually expected for

16 evidence-based medicine in any field of medicine

17 nowadays.

18          And the other treatment studies after the

19 Dutch study have been even worse.  They only have a

20 handful of patients; the follow up times is up to

21 one or two years only; they have been using a

22 variety of instruments; and they mainly have not

23 been able to demonstrate any improvement of mental

24 health or functional capacity -- functional

25 abilities; and they have also not reported who were

Med Def_001116

October 28, 2022

1   the patients who were not included in the study.  So
2   there is no basis for critical (indiscernible) what
3   kind of group is the treatment group representative
4   of.
5             So evidence is lousy in general regarding
6   mental health and adolescent progress and adolescent
7   development in particular.  I am convinced in the
8   light of current evidence that there is evidence
9   that modifies secondary sex characteristics, clearly
10  modified secondary sex characteristic.  There as
11  almost all of the other claims of their
12  effectiveness is questionable, based on questionable
13  quality studies.
14            DR. HUNTER:  One last question.  I
15  understand there's been significant changes in the
16  way Finland does things, Sweden, and the NHS in that
17  -- this is a difficult maybe but why are they making
18  those changes?  What's driving that?
19            DR. KALTIALA:  Why?
20            DR. HUNTER:  Why are these changes
21  happening in Europe?  That may be too big of a
22  question.
23            DR. KALTIALA:  Oh, why have in Europe going
24  to go more conservative?  Because of the
25  observations that the treatment -- the impact of

Med Def_001117

October 28, 2022

1   treatment on the adolescents' mental health

2   functioning and thriving in every way in the society

3   are not that great.  So they have been increasing

4   concerns about the assessment -- quality of the

5   assessments and also the impact of the treatments

6   and the miserable results on mental health and

7   functioning.

8            And therefore -- and also, it's the matter

9   of that the patient mix has changed totally.  And

10   the literature based -- also, the Dutch literature

11   was based mainly on patient groups where they had

12   childhood onset gender dysphoria cases in children

13   with male sex.  Now we are seeing increasing numbers

14   of adolescent onset cases in young people with

15   female sex.  And about this condition, the natural

16   course of this condition and the optimal treatments

17   for these conditions, we know nothing about.  There

18   is no literature about what is the natural cause of

19   adolescent onset gender dysphoria.

20            And therefore, even the literature in favor

21   of the Dutch model of care was modest at its best

22   when we consider optimal patients for the Dutch

23   model of care which I defined earlier.  But now we

24   are treating totally different patient mix and there

25   is no evidence what should be the treatment options

Med Def_001118

October 28, 2022

1  for this patient group.  Therefore, I personally

2  think that actually hormonal treatments on gender

3  dysphoria indication for children and adolescents

4  should preferably be limited into the context of

5  formal research studies at the moment.

6          CHAIRMAN ZACHARIAH:  Well, thank you

7  Dr. Kaltiala.  Let's move on to our next expert.

8  Again, thank you so much, Doctor, for coming all the

9  way from Finland.  We really appreciate it.

10          Now let's have Dr. Michael Laidlaw.  Thank

11  you.

12          DR. LAIDLAW:  Can you hear me now?

13          UNIDENTIFIED SPEAKER:  A little bit better.

14          DR. LAIDLAW:  Okay.  Thank you,

15  Dr. Zachariah.  Thank you, Board, for having me.  I

16  have slides.

17          DR. ACKERMAN:  Can you just make him a

18  little bit louder?

19          DR. LAIDLAW:  Is that better?

20          DR. ACKERMAN:  Oh, much.  Yeah.

21          DR. LAIDLAW:  Okay.  Sorry about that.

22          Okay.  Thank you for having me.  I'm

23  Dr. Michael Laidlaw; I'm a board-certified

24  endocrinologist practicing in private practice for

25  the last 16 years in Rockland, California.  Trained

Med Def_001119

October 28, 2022

 1  at University of Southern California primarily.  Did

 2  internal medicine residency and a fellowship at that

 3  location.  I've been studying and publishing in this

 4  area for the last five years, including a peer

 5  reviewed journal such as Journal of Clinical

 6  Endocrinology and Metabolism, and others.  I also

 7  serve as an expert witness on subject matter in this

 8  area on a number of cases.  I also have a patient

 9  who is a de-transitioner.

10          So start with some definitions.  Some of

11  this has been gone over but the gender identity is

12  an internal feeling of being a boy, or a girl, or

13  some variation.  Gender dysphoria is a distress that

14  arises from an incongruence between that identity

15  and the physical body, leading to impairment.  I

16  think it's important to note that desistance, or

17  growing out of this condition of children by

18  adulthood is very high, some 50 to 98 percent.  And

19  these are studies done primarily on 12 years old and

20  younger.

21          Now, as an endocrinologist, I treat, for

22  example, diabetes.  I want to be sure before I give

23  someone a very powerful hormone like insulin that

24  they in fact have diabetes.  I want to test to show

25  that the glucose levels are high, or I could

Med Def_001120

October 28, 2022

1  possibly injure or even kill the person.  What about

2  cancer?  Before we give any powerful agent such as

3  chemotherapeutics or surgeries, we certainly want to

4  have physical evidence of this problem, such as

5  biopsies or imaging.

6           Now, the gender affirmative therapy

7  treatment proposed by WPATH and in place with WPATH

8  gives very powerful hormones and surgeries on what

9  basis?  Where can we find the gender identity to be

10 certain that these children will not desist by

11 adulthood?  Can we use imaging of the brain, or

12 blood tests, genetic testing?  Are there other

13 biomarkers to ensure that we are correct?  There is

14 no such thing.

15          Starting with basic -- just go back a bit

16 to basic biology.  There are two human sexes, male

17 and female.  Males produce sperm, females produce

18 eggs.  An embryo is conceived in such a process.

19 When we move on to sexual development and

20 differentiation of the embryo, there are two

21 pathways based on two ductal systems, the wolffian

22 ducts become male associated organs, such a

23 epididymis, seminal vesicles.  The malarian ducts

24 develop into fallopian tubes, uterus portion of the

25 vagina.

Med Def_001121

October 28, 2022

1           It's important to note that this

2   bifurcation or splitting down pathways occurs and

3   one cannot switch from one pathway to the other.  In

4   other words, the actual ductal systems that produce

5   these are destroyed in the process.  And so this

6   process is complete by around 12 weeks of

7   embryologic development.

8           Moving on to puberty, the next development

9   in sexual maturity occurs during this time.  The

10  purpose of puberty is to achieve full adult sexual

11  function and reproductive capacity.  It's not

12  optional.  One cannot switch from one pathway to

13  another.  A testicle cannot be induced to produce

14  eggs and ovaries cannot be induced to produce sperm.

15          I think it's important to note that around

16  what you see there, Tanner Stage 4 or 3, is when

17  fertility is established.  And so blocking puberty

18  at Tanner Stage 2, which is what's advised by

19  Endocrine Society WPATH, will necessarily lead to

20  infertility.  Cross-sex hormones given over a

21  prolonged period of time may lead to sterility.  And

22  certainly surgeries to remove sex organs will ensure

23  sterility.

24          The basic problem with this treatment as I

25  see it is what happens when you force a square peg

Med Def_001122

October 28, 2022

Page 65

1   into a round hole?  You end up injuring or

2   destroying the peg in the process.

3           So what is gender affirmative therapy?

4   There's really four stages.  Social transition,

5   puberty blockers, cross-sex hormones, and then

6   surgical modifications.

7           What do we know about this?  The biggest

8   study showing data over 30 years and looking at the

9   entire medical databases of the entire population of

10  Sweden found 324 individuals who had such hormones

11  and surgeries and tracked them out.  Here you can

12  see at around -- this is showing survival, and at

13  around 10 years, the bottom two dotted lines show a

14  rapid increase in mortality starting around year 10.

15  And you can see by the end the survival rate is much

16  lower.  They also found increased risks of all

17  causes of mortality of three times and in patient

18  psychiatric care.  And there was 19 times completed

19  suicide rate compared to the general population.

20          Dr. Biggs covered puberty blockers very

21  well and I just want to add a couple of things.

22  Here is showing normal pituitary function where you

23  have signals sent out by the pituitary.  In this

24  case to tell the testicles to make testosterone, or

25  in the case of females, the ovaries to make

Med Def_001123

October 28, 2022

1  estrogen.  What happens when you give puberty

2  blockers?  You actually cause a medical condition

3  that endocrinologists would try to treat.  It's

4  called hypogonadotropic hypogonadism.  This is an

5  iatrogenic injury from this type of treatment.  And

6  to emphasize the idea from the guidelines is to stop

7  at Tanner Stage 2 there will be no further pubertal

8  development even when giving cross-sex or opposite

9  sex hormones.

10         Just quickly, here's a look at bone

11  density, the male and female over time.  You can see

12  where there's a rapid increase.  Should be a rapid

13  increase in bone density somewhere in the teen

14  years.  You can see the red and blue lines rising

15  very quickly, an increase in bone density.  Then you

16  can see the flatlining that I've shown which occurs

17  with puberty blockers, which will lead to adulthood

18  lower bone density potential for osteoporosis and

19  fractures.

20         Moving onto cross-sex hormones or opposite

21  sex hormones.  I want to give you an idea of what

22  sort of doses we're talking about.  Now, I have here

23  in blue is a normal adult female testosterone range

24  is somewhere from 10 to 50.  Conditions that we

25  treat which are called hyperandrogenism, or high

Med Def_001124

October 28, 2022

1  testosterone conditions such as PCOS may have levels

2  from 50 to 150.  With endocrine tumors, such as with

3  adrenal carcinoma, for example, you might have much

4  higher, 150 to 1000, which is the red box you see

5  there.  And what are they advising in their

6  guidelines for females for transition?  Somewhere

7  from 300 to 1000, which is exceedingly high.  If you

8  calculate, it's about 6 to 100 times higher than

9  androgynous female testosterone levels.

10            What are the sorts of problems when giving

11  high dose hormones to males or females?  Well, in

12  both you have an increased risk of myocardial

13  fraction and death due to cardiovascular disease.

14  You also have sexual dysfunction and infertility.

15            Sticking with a female born person who is

16  taking high doses of testosterone, erythrocytosis,

17  or high red blood cell counts.  Severe liver

18  disfunction is a possibility.  Hypertension.

19  Increased risks of breast/ovarian cancer.  Hirsutism

20  or permanent hair growth of the face, chest,

21  abdomen.  Permanent deepening of the voice.

22            How about male bodied persons taking

23  estrogen?  There's a five times increased risk of

24  thromboembolism, or deadly blood clots.  Gallstones,

25  high triglycerides.  Breast cancer risk has been

Med Def_001125

October 28, 2022

1  shown to be increased 46 times above normal.

2  Gynecomastia or abnormal breast tissue growth, which

3  if the person desists is a big problem as far as

4  removal.

5          I'd like to move on to surgeries.  This is

6  a person born as a female who identifies as a trans

7  male.  You can see here evidence of the

8  hyperandrogen state with hair growth on abdomen and

9  face.  Now, the types of problems you can have with

10  this surgery are significant scarring, 7 to 10

11  inches.  Problems with normal nipple sensation.  I

12  think I read a study where one nipple fell off, it

13  did not adhere afterwards.  Difficulties with wound

14  healing.

15          What sort of ages are we talking about here

16  in the United States?  You may hear that, well,

17  surgeries aren't done on kids.  But here's a study

18  published 2018, JAMA Pediatrics, I believe.  You can

19  see age groups.  There is a couple of 13-year-olds

20  who had mastectomy.  What five 14-year-olds,

21  15-year-olds, 16-year-olds.  Very young ages.  It's

22  important to --

23          CHAIRMAN ZACHARIAH:  Dr. Laidlaw, you have

24  already surpassed your 10 minutes.

25          DR. LAIDLAW:  Darn, okay.

Med Def_001126

October 28, 2022

```
 1              CHAIRMAN ZACHARIAH:  I appreciate your
 2  presence, so if you can wrap it in the next 30
 3  seconds, or 40, I really appreciate it.
 4              DR. LAIDLAW:  Sure.  Let me just jump to --
 5  I want to emphasize the Endocrine Society guidelines
 6  are written in 2017.  9 out of the 10 of these folks
 7  were all part of WPATH.  WPATH is an activist
 8  advocacy organization.  In the disclaimer it says
 9  very clearly, page 3895 that "They do not establish
10  a standard of care."  This is not standard of care.
11  There's already a community standard of care.  All
12  of the evidence is of low or very low quality or
13  absent evidence.  It's right there in their
14  document.
15              The WPATH has actually created standards of
16  care eight and has removed all of the age minimums
17  they had.  They had 15-year-old for mastectomy,
18  hysterectomy, orchiectomy, 17 years old.  They've
19  removed all these ages restrictions against the
20  advice of their own experts.  They've also done a
21  very poor job with grading the evidence.  They've
22  invalidated it.  They have a chapter on how to make
23  men into Unix.
24              This is an extreme document and presents a
25  grave danger to minors.  I would advise
```

Med Def_001127

October 28, 2022

1    investigating children with autism, depression,

2    anxiety.  Help them with their psychological

3    comorbidities, psychotherapy, cognitive behavioral

4    therapy, individual counseling, and family support.

5    Thank you.

6              CHAIRMAN ZACHARIAH:  Thank you,

7    Dr. Laidlaw.

8              Board members have any questions?

9              You know, I have one question, Doctor.  Not

10   a question, a comment.

11             DR. LAIDLAW:  Yes.

12             CHAIRMAN ZACHARIAH:  You made a very good

13   presentation.  From what I understand, the

14   complications, the short-term, the long-term

15   complications I believe are irreversible and

16   significant.  Is that what your message was?

17             DR. LAIDLAW:  Yes.  I'm making the case

18   that they are -- well, certainly surgery is

19   irreversible.  Removing testicles and ovaries is

20   permanent sterilization.  Some of these other

21   problems will be permanent.  Like being on puberty

22   blockers for a couple of years will cause permanent

23   loss of bone density.  There's brain development

24   which occurs under the influence of sex hormones

25   which will be altered permanently.  And other such

Med Def_001128

October 28, 2022

1  effects, like I said, hirsutism, changes in voice

2  will be permanent.  Yeah.  And fertility and such.

3  Sexual dysfunction, also.

4           CHAIRMAN ZACHARIAH:  Thank you.

5           Board members?

6           DR. HUNTER:  I hear from you that there's a

7  50 to 90 percent natural desistance rate, and I've

8  seen that in the literature, but then we hear from

9  Dr. Janssen that this identity cannot change.

10 There's a clear conflict there.  What are we to

11 believe?

12          DR. LAIDLAW:  Well, you can believe the

13 studies.  It's there in black and white.  I have it

14 -- I have references to look at.  I mean, the reason

15 why they're saying it's a permanent identity is

16 because they're -- a lot of the studies doing now,

17 they kids have already socially transitioned,

18 they're on puberty blockers, which you've heard

19 there's very high rates of kids continuing on to

20 cross-sex hormones.  So they're doing the

21 interventions and then they're saying, "Look, they

22 don't desist."  But they've already undergone the

23 treatments, so it's not a fair comparison in anyway.

24          DR. HUNTER:  And then we hear that the --

25 you're saying that the evidence is low quality,

Med Def_001129

October 28, 2022

1   Endocrine Society and their guidelines, say that

2   it's low quality.  But then we're hearing that the

3   quality is -- the evidence quality is there.  Again,

4   we're hearing conflicting -- what are we to believe?

5            DR. LAIDLAW:  Well, if you look at quality

6   of evidence, we're talking about are there any

7   randomized controlled studies that look at -- let's

8   take a group -- two groups of kids with gender

9   dysphoria.  One we give psychological support, the

10   other we give hormones and other therapies, and

11   compare those.  Those studies don't exist.  Those

12   would be called high quality studies.  They don't

13   exist.  Even the NIH study that he referenced

14   doesn't do such a thing.  So we don't have high

15   quality evidence based on that.

16            CHAIRMAN ZACHARIAH:  Any other board

17   members?

18            DR. DERICK:  I have a question.

19            CHAIRMAN ZACHARIAH:  Dr. Amy.

20            DR. DERICK:  Your slide number 10 on the

21   long-term mortality with using cross-sex hormones,

22   what is the age of the transition of the

23   participants that are being studied?  Is it people

24   who have been transitioned as youth or at all times?

25            DR. LAIDLAW:  These -- yeah, here is it.

Med Def_001130

October 28, 2022

Page 73

1    These are, to my knowledge, all -- well, they're

2    adults, for the most part.  Yeah.  There is no such

3    long-term study for children.  But one would

4    predict, based on what's happening to adults, it

5    would be similar for children or worse.

6              CHAIRMAN ZACHARIAH:  Hearing no other

7    questions from the board, Dr. Laidlaw, thank you so

8    much for coming from California and spending the

9    time with us on such a very important matter.

10             DR. LAIDLAW:  Appreciate it.  Thank you.

11             CHAIRMAN ZACHARIAH:  I really appreciate

12   it.

13             Next is Dr. McNamara.

14             DR. MCNAMARA:  Mr. Chairman and members of

15   the Florida Boards of Medicine and Osteopathic

16   Medicine, thank you all for your invitation to

17   testify today.  My testimony addresses the board's

18   proposal to develop draft rule language related to

19   practice standards for the treatment of gender

20   dysphoria.  I appreciate the opportunity to furnish

21   the public record with a truthful account of the

22   evidence regarding gender-affirming care.  And I'm

23   honored to testify alongside Doctors Dayton and

24   Janssen whose expertise in gender-affirming care,

25   gender dysphoria, and gender expansive identity I

Med Def_001131

October 28, 2022

1  hold in high regard.

2           Please note that my testimony just reflects

3  my professional judgement.  It is not the official

4  position of my employer which is Yale University.

5           A bit about my qualifications.  I'm a

6  board-certified adolescent medicine physician and

7  pediatrician with an MD and a master of science in

8  clinical research from Emory University, and I am an

9  assistant professor at the Yale School of Medicine.

10  I provide clinical care for youth aged 12 to 25,

11  which includes transgender and gender expansive

12  youth.

13          I join you from Connecticut to address

14  health policy matters in Florida because

15  misinformation about gender-affirming care poses a

16  threat to the wellbeing of youth everywhere, and the

17  use of misinformation to set legal standards will

18  degrade medical authority.

19          On June 2, 2022, the Florida Agency for

20  Healthcare Administration, the AHCA, issued a

21  purported scientific report, which I'll refer to as

22  the June 2nd report, concluding that standard

23  medical care for gender dysphoria does not meet

24  generally accepted medical standards and is

25  experimental.  I'm concerned that the board may rely

Med Def_001132

October 28, 2022

1  on this flawed report in crafting its own standard

2  of care for gender dysphoria.

3          I'm part of an interdisciplinary cohort of

4  subject matter experts who have performed the most

5  in-depth analysis of Florida's AHCA report to my

6  knowledge.  My testimony today summarizes portions

7  of our analysis, but I urge the board to read our

8  report in its entirety and reject the conclusions

9  that the June 2nd report reaches.

10         To state the matter firmly and positively,

11 standard medical care for gender dysphoria does meet

12 generally accepted medical standards.  It is not

13 experimental or investigational.  Gender-affirming

14 care for youth is supported by every relevant major

15 medical organization, and this consensus is based on

16 a solid body of evidence with more than 16 studies

17 confirming that standard medical treatments for

18 gender dysphoria are safe and effective.

19         The deeply flawed June 2nd report was

20 commissioned by the state of Florida to provide

21 cover for the deprivation of healthcare of 9000

22 transgender Floridians who are insured by Medicaid.

23 The misinformation and flawed methodologies of this

24 report are grave.  The report reaches an incorrect

25 conclusion based on the misuse of the scientific

Med Def_001133

October 28, 2022

 1  method and poor insight into the nuances of clinical

 2  research.  Its veneer hides the flawed analysis that

 3  ignores the truth and relies instead on

 4  pseudoscience particularly purported expert reports

 5  that are biased, actually inexpert, and filled with

 6  errors.

 7            After a line-by-line examination of the

 8  June 2nd report, including all 142 pages of its

 9  contents and appendices, I testify today that its

10  conclusions are incorrect and scientifically

11  unfounded.

12            The lynchpin of the report is a so-called

13  systematic review that is deeply flawed and violates

14  basic standards of research integrity.  Its design

15  and execution raise several red flags for bias.

16  Neither of the authors of the state's review was a

17  subject matter expert.  One individual is a dentist,

18  the other is a post-doctoral fellow in

19  biostatistics.  At a bare minimum, a systematic

20  review should be conducted by those who are

21  qualified to critically assess the literature.  I

22  would trust a dermatologist's review of the

23  literature on a neurosurgical procedure, for

24  instance.

25            The authors also make no effort to engage

Med Def_001134

October 28, 2022

1  with peers or subject matter experts, which violates

2  foundational aspects of the scientific method and

3  standards established by the National Academy of

4  Medicine for Systematic Reviews.  And also, finally,

5  the authors uncritically assign equal weight to peer

6  reviewed studies and gray literature.  I personally

7  vetted the gray literature sources included and

8  found them to be politically biased and from an

9  anti-transgender website.

10         Also, the state only examines an

11  arbitrarily truncated sample of the literature on

12  gender-affirming care sourcing only from 2020 to

13  early 2022.  The authors don't justify this.  This

14  also spans the worse public health emergency in a

15  century which likely stalled the production and

16  publication of non-COVID research.

17         Moving on, the state claims that the

18  absence of randomized control trials negates all

19  evidence for the benefits of gender-affirming care.

20  First, an RCT, or randomized control trial for

21  gender-affirming care would never pass an

22  institutional review board's safety or ethical

23  standards.

24         Second, if the board feels strongly that

25  RCTs offer the only acceptable evidence and that

Med Def_001135

October 28, 2022

1  medical care not backed by RCTs should be

2  restricted, the board would have to consider banning

3  statins, mammography, insulin for diabetes,

4  penicillin, and some minimally invasive surgeries,

5  just to name a few.  All of these types of medical

6  care derive their evidence base from robust

7  observational studies, not RCTs, and yet, there are

8  no calls to limit this care.  This raises concerns

9  about the exceptionalist standards that gender-

10 affirming care are being held to.

11              The June 2nd report repeatedly and

12 erroneously dismisses solid studies and clinical

13 practice guidelines as "low quality."  We've just

14 heard this.  The misuse of technical language is

15 confusing to nonexperts.  Low quality evidence is a

16 technical designation rather than terminology that

17 should be viewed in lay terms.  Low quality evidence

18 does indeed inform strong recommendations for

19 clinical practice.

20              For instance, the Endocrine Society's

21 guidelines in obesity recommend that children

22 consume fruits and vegetables rather than sweetened

23 beverages such as juice.  This is based on "low

24 quality evidence," but it's been adopted widely in

25 the counseling and treatment of pediatric obesity.

Med Def_001136

October 28, 2022

1            Reye's Syndrome is a mysterious

2    neurodegenerative disorder that may be associated

3    with Aspirin in febrile children.  Evidence strongly

4    recommends against Aspirin for the treatment of

5    pediatric fever, but this is low quality and yet,

6    resoundingly supported by the medical community.  An

7    RCT in this case would be absolutely inappropriate.

8            The technical rating system that identifies

9    studies as high or low quality specifically states

10   that low quality studies can and do provide a sound

11   basis for clinical recommendations.

12           The June 2nd report also reiterates that

13   puberty blockers are used off-label for the

14   treatment of dysphoria -- or gender dysphoria, and

15   falsely supposes that this should prompt safety

16   concerns and tight regulation.  Actually, off-label

17   use is so common in pediatrics that off-label drugs

18   are prescribed in 30 percent of patient visits.  In

19   palliative care, neonatology, addition medicine,

20   psychiatry, gynecology, and general pediatrics,

21   off-label medication use is the cornerstone of

22   essential treatments.

23           In our report we review key examples

24   spanning from the use of steroids for croup,

25   ondansetron for nausea, vomiting, dehydration; birth

Med Def_001137

October 28, 2022

1   control pills for heavy menstrual bleeding; and

2   sertraline for depression.  The key message here is

3   that off-label does not equal off evidence.  Again,

4   the exceptionally high burden of proof that gender-

5   affirming care faces is unfair in the context of

6   other accepted treatments that do not face such

7   scrutiny.  Off-label use does not denote

8   experimental treatment but use of that term by the

9   state risks stoking public fear.

10          Throughout the June 2nd report, individual

11   studies are misused, misquoted, and distorted, and

12   the entire body of research that establishes the

13   benefits of gender-affirming care is seriously

14   mishandled.  Leading researchers have come forward

15   to describe how the state of Florida

16   mischaracterized their work.  They were not

17   contacted to verify that the state was correctly

18   summarizing the results of their research.

19          One study on the impact of gender-affirming

20   care is criticized because it did not have a control

21   group of youth without gender dysphoria.  This is

22   ignorant to the norms of clinical research.  Control

23   groups are not necessary to study the effect of an

24   intervention.  Thousands of published studies have

25   advanced medical care with observational research

Med Def_001138

October 28, 2022

1  protocols.  I myself have performed statistical

2  analysis on and reviewed several observational

3  studies where the independent effect of an

4  intervention on an outcome was detected with a

5  single cohort of participants.  Either the June 2nd

6  report's authors are not qualified to conduct such

7  an influential literature review, or their baseless

8  claims are purposeful.

9           Perhaps the most glaring, and repeated, and

10  troubling error in this report is the singling out

11  and thoughtless dissection of single studies rather

12  than engaging with the entire body of evidence.  As

13  I said, at least 16 studies show that puberty

14  blockers and hormones benefit patients with gender

15  dysphoria, but none appear in the June 2nd report

16  and are treated fairly.  This is likely an effective

17  way to dismiss consensus and throw fog up around the

18  issues at hand, but it should not and cannot guide

19  healthcare.

20           Before legal interference a year ago, the

21  United States was not out of step with practice in

22  other countries.  No other country in the world has

23  prohibited the provision of gender-affirming care

24  for youth.  Despite the picture painted by some, in

25  Sweden, Finland, the United Kingdom, Canada, and

Med Def_001139

October 28, 2022

1   others, gender-affirming healthcare is available to

2   any adolescent whose clinician recommends it as long

3   as the required consents are obtained.  I submit to

4   the board an amicus free from Stonewall U.K. et al.,

5   which details an accurate account of gender-

6   affirming care in other countries from those who

7   provide it.

8           In conclusion, I emphasize that standard

9   medical care for gender dysphoria does need

10  generally accepted medical standards and it is not

11  experimental or investigational.  Nothing in the

12  state of Florida's June 2nd report calls into

13  question the solid medical evidence that underlies

14  consensus recommendations of WPATH, the Endocrine

15  Society, the AAP, and many others.

16          I urge the board to read out report, not

17  rely on the June 2nd, which is full of

18  misinformation and errors.  And as physicians and

19  scientists, the members of the board can give the

20  June 2nd report the critical scrutiny it deserves

21  and make the right decision for Floridians.  Thank

22  you so much for your time.

23          CHAIRMAN ZACHARIAH:  Well, Dr. McNamara,

24  thank you for the very eloquent presentation.

25          Now, the board members, any question for

Med Def_001140

October 28, 2022

1 Dr. McNamara?

2            I think Dr. Derick first and then

3 Dr. Hunter.

4            DR. DERICK:  Certainly a percentage of

5 non-gender conforming children with gender dysphoria

6 will not have persistence and will be post pubertal

7 homosexuals.  What is the way that these children

8 are identified in clinic in your clinical

9 experience?

10            DR. MCNAMARA:  I heard you here and there,

11 in and out, so I'm going to repeat your question and

12 you'll tell me if I have it right.  You're asking

13 about younger children who present with gender

14 dysphoria and you're asking about their chances of

15 persistence into their adolescent years?

16            DR. DERICK:  What I'm asking is, there are

17 a certain percentage, which is debatable, of kids

18 who have nongender conforming behavior and have

19 gender dysphoria that does not persist.

20            DR. MCNAMARA:  Yeah.

21            DR. DERICK:  And so my question is what are

22 the discussions and what are the mechanisms to

23 determine these children?  Because those children

24 might have a different course of action than

25 children who will ultimately have persistent gender

Med Def_001141

October 28, 2022

1  dysphoria.

2          DR. MCNAMARA:  Yeah.  I mean, I think one

3  of the prevailing themes of all of our testimony

4  today is that it's highly individualized.  These

5  children and their families meet with therapists,

6  with experts on gender dysphoria, a range of options

7  to help this child live authentically and

8  comfortably are offered.  For prepubertal children

9  though this does not include medications of any

10 kind, and I really want to state that clearly.  That

11 is stated emphatically in clinical practice

12 guidelines from WPATH and the Endocrine Society.

13          CHAIRMAN ZACHARIAH:  I think Dr. Hunter, I

14 think you were next.

15          DR. HUNTER:  This is going to be more of a

16 statement but then I would like Dr. McNamara to

17 comment.  The concern seems to be with the June 2nd

18 report, and I just wanted to clarify that this -- my

19 reading of the June 2nd report, my understanding of

20 the June 2nd report, this is not a Florida report,

21 this is a report from McMaster University in Ottawa,

22 Canada, okay.

23          And I agree those people who wrote the

24 report are not physicians, they are not involved in

25 gender medicine, but they are experts in evidence

Med Def_001142

October 28, 2022

1  reviewed.  McMaster University being the home of the

2  term "evidence-based medicine."  Gordan Guiette

3  coined that term, and these are all trainees of

4  Dr. Guiette.  And I think there was some concern in

5  the literature that if evidence is not reviewed in a

6  systematic fashion and it is reviewed by people

7  heavily involved in the field that the conclusions

8  may in fact be biased.

9            So I don't think there's a bigger name in

10 evidence-based medicine than McMaster University and

11 the experts who reviewed the literature in this

12 area.  I just wanted that clear and for the record,

13 and if Dr. McNamara would like to comment on that.

14            DR. MCNAMARA:  I'm not sure if you'd like

15 me to comment but I really couldn't hear much of

16 what you said.  I apologize if I've missed --

17            DR. HUNTER:  Should I try to say it again?

18            DR. ACKERMAN:  Yeah.  Speak louder.

19            DR. HUNTER:  I think to describe the

20 evidence reviewers as inexpert and not qualified

21 when it's coming from McMaster University where the

22 term evidence-based medicine and they have an entire

23 program in reviewing the quality of evidence, I

24 think that's --

25            DR. MCNAMARA:  I see.  Yeah, I actually can

Med Def_001143

October 28, 2022

 1  respond to that if you would like, quickly.  The

 2  National Academy of Medicine stipulates that

 3  systematic reviews must be conducted by people who

 4  have specific clinical and research expertise in the

 5  area at hand.  The National Academy of Medicine,

 6  about 10 to 15 years ago, I believe developed

 7  standards (indiscernible), and those are viable by a

 8  system used from outside of the United States in

 9  this report.

10          CHAIRMAN ZACHARIAH:  Next, Dr. Pages, and

11  Dr. David.

12          DR. PAGES:  Can you hear me?  So the first

13  gender clinic was established in 2007 in this

14  country, and now we see there are over, I believe

15  around 50 gender clinics.  So my question to

16  Dr. McNamara, as an adolescent medicine expert, why

17  in your opinion are we seeing this significant

18  increase in gender dysphoria in children, especially

19  in the adolescent population?

20          DR. MCNAMARA:  I have so much to say about

21  that and I really value this question.  First of

22  all, we're not seeing much larger numbers.  I think

23  that that has been blown out of proportion and

24  discourse, but if you look at the absolute numbers,

25  it's not exponential by any means.  The fact of the

Med Def_001144

October 28, 2022

1   matter is that we live in a more forgiving and

2   nurturing environment than we did 20 years ago for

3   gender expansive identities.  I believe that there

4   are -- there are trans and nonbinary role models.

5   There are people that are trailblazing and showing

6   young people that it's safe to be who they are.

7   That's my simplest answer.

8           The data do not back up the social

9   contagion claim at all.  If social contagion was

10  indeed driving these "spread" of gender dysphoria --

11  I really dislike even saying that -- the numbers of

12  young people identifying as trans or gender

13  expansive would be much higher.  Another way to

14  think about it is this is a predominantly,

15  overwhelmingly cis gender society and young people

16  are far more exposed to cis gender social norms,

17  social contagion would work in the reverse if that

18  were the case.

19          So I appreciate this question, I appreciate

20  the opportunity to speak to it.  I want to just

21  pushback substantively that we're seeing much larger

22  numbers and that represents a change.  I think

23  merely young people feel safe to be who they are.

24          CHAIRMAN ZACHARIAH:  Well, thank you.

25  Dr. Pages, one of the reports that I read said that

October 28, 2022

1   in 2007 there was 1 and now in 2020 there's over 300

2   in the United States.  That's what I read.

3            Dr. David.

4            DR. DIAMOND:  Dr. McNamara, good morning.

5   Thank you for joining us from scenic New Haven,

6   Connecticut.  I'd like to ask you the same question

7   as I asked Dr. Janssen, which is that our colleagues

8   in Europe, who I'm sure you would agree are of

9   goodwill, are trying to do the best for their

10  patients, clearly are not bigots.  How do you

11  explain this obvious paradox that these individuals

12  who had been the leaders in a more permissive

13  approach to the treatment of minors with gender

14  dysphoria, how do you explain the paradox of their

15  institutions taking a more conservative approach

16  whilst we in the United States have moved to a more

17  permissive approach?  How do you address that,

18  ma'am?

19           DR. MCNAMARA:  I suppose that I disagree

20  with the assessment that international guidelines

21  are more conservative.  In my experience, in my

22  professional collaborations across the country, I

23  have observed gender-affirming care being practiced

24  according to clinical practice guidelines.  I don't

25  really see any substantive differences in other

Med Def_001146

October 28, 2022

Page 89

 1  countries.  And I do believe --

 2           DR. DIAMOND:  But Dr. McNamara, I must

 3  interrupt you.

 4           DR. MCNAMARA:  -- put a thorough primer on

 5  some of these issues.

 6           DR. DIAMOND:  Doctor, I must interrupt you

 7  though.  You just mentioned that you don't see any

 8  substantive difference.  However, we just heard

 9  experts telling us that for example in NHS, going

10  forward, the use of some of the medical

11  interventions will be on a clinical trial, so I'm

12  not sure why you say there's no substantive

13  difference.

14           DR. MCNAMARA:  That's a wonderful question.

15  Thank you for highlighting that.  The word trial

16  does not appear at all in that document.  They're

17  not proposing clinical trials, they're simply

18  proposing to gather data.  So I think the

19  distinction between a trial and an observational

20  study is really important.  There will be no

21  randomization to different types of treatment.  And

22  also, those are bulleted guidelines.  There's really

23  nothing specific in there yet.  What they want to do

24  is gather evidence moving forward, just roll out

25  more perspective studies.

Med Def_001147

October 28, 2022

    1              DR. DIAMOND:  Understood.  And just as an

    2    aside, in our August meeting, the one item that I

    3    think everyone agreed upon is that there is a

    4    pressing need for better data, so I could concur on

    5    that.  I would also like to ask you --

    6              DR. MCNAMARA:  Yeah.  There's always a need

    7    for better data.  Sorry, I didn't mean to interrupt.

    8              DR. DIAMOND:  I'd also like to ask you at

    9    Yale New Haven what are your policies of treatment

   10    with respect to age cutoffs for referrals of

   11    individuals for so-called bottom surgery and

   12    so-called top surgery?  Do you have any hard and

   13    fast age cutoffs or is it an individualized

   14    assessment?

   15              DR. MCNAMARA:  Individualized based on

   16    pubertal stage which follows the WPATH and Endocrine

   17    Society guidelines.

   18              DR. DIAMOND:  So for example, are patients

   19    being referred at Yale New Haven at age 17 or 16 for

   20    bottom surgery?  I'm just curious.

   21              DR. MCNAMARA:  No.

   22              DR. DIAMOND:  What age would that be?

   23              DR. MCNAMARA:  I -- what do I think of

   24    what?

   25              DR. DIAMOND:  What age would it be that --

Med Def_001148

October 28, 2022

Page 91

1  you seem to have a cutoff that you just put

2  discrimination for referrals, and I'm asking for

3  bottom surgery is it age 18?  Is it age 17?

4          DR. MCNAMARA:  So to be honest, it's so

5  rare.  I've never referred a patient for bottom

6  surgery.  I don't know of a recent case in which

7  it's been done here.  I think what we're dealing

8  with is extremely rare cases in which that's done.

9  And to my knowledge, it has not been done under the

10  age of legal majority in my institution.

11          DR. DIAMOND:  And I believe that's the

12  policy at University of Florida and other

13  institutions here in the state.  What about for

14  so-called top surgery or mastectomy?

15          DR. MCNAMARA:  The exact same thing.  To be

16  honest, I've never referred a patient for a surgery.

17  I've never had a patient express that they desire

18  top surgery.  And I've never had to explore that

19  because, again, it's quite rare.

20          DR. DIAMOND:  I'm a little surprised

21  because --

22          DR. MCNAMARA:  I think they're

23  (indiscernible) cases in the past year that have

24  been reported.

25          DR. DIAMOND:  I'm a little surprised

Med Def_001149

October 28, 2022

1  because I believe at some of our institutions, we

2  are seeing biologic females being referred at age 16

3  for a mastectomy.  But that's not your experience,

4  ma'am; is that correct?

5          DR. MCNAMARA:  No.  It's not my experience.

6          DR. DIAMOND:  Thank you.

7          DR. ACKERMAN:  I have a question.  Zach,

8  over here to your left.

9          CHAIRMAN ZACHARIAH:  Yeah.  Go ahead,

10  please.

11          DR. ACKERMAN:  So I'm confused,

12  Dr. McNamara.  You really are an advocate for

13  gender-affirming care and what I'm hearing from you

14  and other speakers is this is healthy for people,

15  it's healthy for mental health, it's healthy for

16  them in general.  So why would you not refer a minor

17  for surgical sex affirming surgery?

18          DR. MCNAMARA:  You know, I -- I also

19  appreciate this question because it lends insight

20  into the shared decision-making process.  I've never

21  referred a patient for surgery because a patient has

22  never desired surgery who I've cared for.  It's all

23  about what the patients want, how that fits into the

24  informed consent model, and how that is -- and how

25  that goes along with clinical practice guidelines.

Med Def_001150

October 28, 2022

1               DR. ACKERMAN:  I'm sorry, so what age group

2   are you seeing?  I think up to 25 or something?

3               DR. MCNAMARA:  10 to 25.

4               DR. ACKERMAN:  Yeah.  So at no age has any

5   of your patients desired to have surgery for their

6   mastectomy, a phalloplasty, a phallectomy, none of

7   that?

8               DR. MCNAMARA:  Right.  None of my patients

9   have desired that surgery at that moment in time.

10  We discuss openly --

11              DR. ACKERMAN:  So again, if gender-

12  affirming care is what's proper, why have you not

13  recommended that surgery?

14              DR. MCNAMARA:  I don't -- I think what --

15  what I'm trying to say is that I haven't recommended

16  that surgery, I haven't helped facilitate it because

17  none of my patients have expressed a desire for it.

18  That's my --

19              DR. ACKERMAN:  Right.  So I'm an

20  oncologist.  Patients don't come to me requesting

21  desire for chemotherapy, but I recommend

22  chemotherapy because that's what's best for them.

23  So as a physician, if you think that gender-

24  affirming care is best for your patients why have

25  you not recommended surgery on any of your patients?

Med Def_001151

October 28, 2022

    1            DR. MCNAMARA:  Gender-affirming care does

    2   not equal surgery.

    3            DR. ACKERMAN:  I understand.  There's a

    4   continuum --

    5            DR. MCNAMARA:  You know, I think they're a

    6   little bit different.

    7            UNIDENTIFIED SPEAKER:  That behavior is

    8   inappropriate, please.

    9            CHAIRMAN ZACHARIAH:  We need to have some

   10   quorum here, so we would appreciate it if you do not

   11   do those actions at this point in time.  Let's have

   12   an intelligent and cohesive conversation, please.

   13            DR. ACKERMAN:  Dr. McNamara, I understand

   14   there's a continuum of puberty blockers, sex

   15   hormones to change the sex, and surgery.  And what

   16   we've heard from all the other experts is that

   17   there's this whole continuum is part of gender-

   18   affirming healthcare.  So do you think that the

   19   surgery is part of gender-affirming healthcare or

   20   not?

   21            DR. MCNAMARA:  I do think it's part of

   22   gender-affirming healthcare for some individuals.

   23            DR. ACKERMAN:  Okay.  So but you don't

   24   recommend it to anybody is what you just said?

   25            DR. MCNAMARA:  That is not an appropriate

Med Def_001152

October 28, 2022

1  characterization of what I said.  I have not had a

2  patient who has expressed a desire for it in my

3  experience.

4            DR. ACKERMAN:  Again, they may not express

5  the desire but you as a physician make

6  recommendations to patients based on what you think

7  is best for their overall care.  So you have never

8  made the recommendation?  Just want to get that on

9  the record.  Did you hear me?

10            DR. MCNAMARA:  Yeah, I have.  I can hear

11  you.

12            DR. ACKERMAN:  So are you going to answer

13  my question or just not?

14            DR. MCNAMARA:  Oh, I'm sorry.  Did you ask

15  another question?  I promise I can only hear about

16  50 percent of what you're saying.

17            DR. ACKERMAN:  So my question was, have you

18  ever -- you know, as a physician, we recommend

19  treatment to patients based on our judgement of

20  what's best for their care.  And so in the continuum

21  of gender-affirming healthcare, surgery is part of

22  that.

23            DR. MCNAMARA:  Yeah.

24            DR. ACKERMAN:  And so I'm asking you have

25  you ever recommended surgery to your patients?

Med Def_001153

October 28, 2022

 1              DR. MCNAMARA:  I don't tell anybody, "You

 2   need surgery.  You should get surgery."  That's not

 3   how gender-affirming care works.  Physicians don't

 4   tell patients what they should do with their bodies

 5   or their gender expression.

 6              DR. ACKERMAN:  I understand.  Again, as an

 7   oncologist, I give my recommendation as to what they

 8   need.  So again, just answer the question yes or no.

 9   Have you ever recommended surgery for your patients?

10              DR. MCNAMARA:  I have -- I wonder if maybe

11   we're disagreeing on the definition of

12   recommendation.

13              DR. ACKERMAN:  Okay.  I'm done.  Thank you.

14              DR. MCNAMARA:  Is there a --

15              CHAIRMAN ZACHARIAH:  Dr. McNamara, I have

16   one question.  Just one question that as a board

17   member.  My only question is that if tomorrow a

18   patient comes to your office and that person says he

19   or she believes that they need a top or bottom

20   surgery, would you recommend the surgery?  The

21   patient really wants the surgery done.  He or she

22   believes that they must have the surgery done.

23   Would you recommend the surgery, yes or no?

24              DR. MCNAMARA:  At what stage of the

25   patient's care are we in?

Med Def_001154

October 28, 2022

```
 1              CHAIRMAN ZACHARIAH:  What's that?
 2              DR. MCNAMARA:  At what stage are we at in
 3  this patient's care?
 4              CHAIRMAN ZACHARIAH:  No.  The patients that
 5  you see for gender dysphoria.  If the patient comes
 6  to you and the patient believes that he or she needs
 7  the surgery, would you recommend surgery?  Please
 8  answer yes or no.
 9              DR. MCNAMARA:  I can't do that.  How old is
10  this patient?
11              CHAIRMAN ZACHARIAH:  Let's say 17.
12              DR. MCNAMARA:  17, okay.  And how long has
13  this patient been in my care for?
14              CHAIRMAN ZACHARIAH:  Well, I didn't talk to
15  the patient.  Let's assume the patient had it for
16  several years and now the patient believes that he
17  or she must have the surgery.
18              DR. MCNAMARA:  Must have the surgery.
19              CHAIRMAN ZACHARIAH:  Yes.
20              DR. MCNAMARA:  And what kind of surgery are
21  we talking about specifically?
22              CHAIRMAN ZACHARIAH:  Either the top or the
23  bottom surgery.
24              DR. MCNAMARA:  Either surgery, okay.  So if
25  a patient came to me after they had been in my care
```

Med Def_001155

October 28, 2022

1  for several years and they expressed a strong desire

2  for a gender-affirming surgery and they were 17, the

3  WPATH guidelines state that this patient should be

4  referred for an informed consent discussion with a

5  qualified surgeon who can discuss the risks and the

6  benefits of that surgery with them.  I would

7  facilitate that referral and refer that person to an

8  expert in the surgery that they desire.

9          CHAIRMAN ZACHARIAH:  You would recommend

10  the surgery?

11          DR. MCNAMARA:  I would allow the surgeon to

12  discuss the options, the risks, and the benefits,

13  because that is not my specific area of expertise as

14  somebody who does not practice any surgery.

15          CHAIRMAN ZACHARIAH:  Thank you,

16  Dr. McNamara.  Next is Dr. Pages and Dr. David.

17          DR. PAGES:  I have another question for

18  you, Dr. McNamara.  Can you please walk us through

19  the assessment that gets done in your clinic when a

20  patient presents with issues on possible gender

21  dysphoria before they get referred to an

22  endocrinologist for further treatment?

23          DR. MCNAMARA:  I'm actually wondering if I

24  could refer that question to Dr. Dayton who is an

25  endocrinologist who practices in your state?  I feel

Med Def_001156

October 28, 2022

Page 99

 1  like she would be the more appropriate person to

 2  answer.

 3             DR. PAGES:  No, but I'm sorry.  I want your

 4  opinion as an adolescent medicine expert, because

 5  when they get to the endocrinologist they are

 6  already affirmed.  Am I correct?

 7             DR. MCNAMARA:  Say that again.

 8             DR. PAGES:  I want your opinion as an

 9  adolescent medicine expert because they go to see

10  you or a psychologist before.  Once they get to the

11  endocrinologist, they usually go there for

12  treatment, so they're pretty much affirmed when they

13  get there.

14             DR. MCNAMARA:  I don't think that that's

15  true.  I apologize this is so hard, I can hear about

16  50 percent of what you're saying again and very

17  limited.  It's not quite a yes or no because --

18             DR. PAGES:  I'm sorry?

19             DR. MCNAMARA:  -- we all follow the same

20  guidelines.

21             DR. PAGES:  I was just curious about what's

22  the assessment done in your clinic before they get

23  referred to an endocrinologist?  You as an

24  adolescent medicine patient.  You see a teenage girl

25  that is going through issues with sexual identity,

Med Def_001157

October 28, 2022

Page 100

1   gender dysphoria.  How do you approach these

2   patients?  Who do you send them to when you come to

3   see you, referred by their pediatrician?

4           DR. MCNAMARA:  I believe what you're asking

5   is how do we approach these patients in their

6   adolescent years.  We approach them initially with

7   an interdisciplinary team.  So for all intents and

8   purposes, in the provision of gender-affirming care,

9   Dr. Dayton, for instance, and I, practice the exact

10  same type of clinical care.  She is an

11  endocrinologist, I am an adolescent medicine

12  specialist.  We're both physicians.  We're both

13  totally capable of providing this care in the same

14  way.  And Dr. Dayton is able to provide youth

15  friendly, developmentally appropriate care for

16  adolescents.  The initial approach is just with a

17  team of supportive clinicians.  They work with

18  psychiatry, psychology, social work, and others as

19  we've discussed.

20          DR. PAGES:  So how long does a patient get

21  seen by a psychologist, psychiatrist before they

22  move forward is my question?  How in depth is this

23  evaluation of an adolescent?  Especially females,

24  we're seeing more in the female population that are

25  having this issue before they move to

Med Def_001158

October 28, 2022

1  endocrinologist.  Because a lot of the times they go

2  to the endocrinologist and these kids are already

3  affirmed by somebody.  So who is doing the

4  affirmation of these children is my question?

5           DR. MCNAMARA:  It's all individualized.  It

6  truly depends on the individual.  It does take quite

7  some time for people to move from the initial

8  assessment, the first visit, to any sort of

9  medication, things along those lines.  But people

10  are ready for different things at different stages

11  in their life and their journey.  It's a really

12  tough question to answer with an absolute.  It's

13  impossible, actually.

14           CHAIRMAN ZACHARIAH:  And Dr. David, you

15  will ask the last question because we've been going

16  on for 40 minutes.

17           DR. DIAMOND:  Thanks.  Dr. McNamara, we are

18  regulators.  That's why we're trying to ask some of

19  these questions.  Cases come in front of us.  We see

20  terrible things happening every day.  So when we're

21  asking some of these questions it's because this is

22  what's going to come in front of us.  I think what

23  Dr. Ackerman was trying to get a sense of was how do

24  we respond when we see cases of 14- or 15-year-old

25  biologic females having mastectomies?  Is that in

Med Def_001159

October 28, 2022

1   the public interest of the great state of Florida,

2   or is it not?  That's what we're really trying to

3   get at.  We're asking for your help.

4            So for example, as a -- I'm asking your

5   personal opinion now.  At age, let's say 15, is it

6   an appropriate consideration in your professional

7   experience that mastectomy be a consideration for an

8   individual whom, in your opinion, has gone through

9   all of the requisite antecedent steps?

10           DR. MCNAMARA:  I'm wondering if I could

11   give this question to Dr. Janssen, one of our

12   additional experts who is really, truly an expert on

13   that process?

14           CHAIRMAN ZACHARIAH:  David, if she cannot

15   answer the question, I need to stop the meeting and

16   take a 10-minute adjournment.

17           DR. DIAMOND:  Yes, sir.

18           CHAIRMAN ZACHARIAH:  Let the meeting

19   adjourn for the next 10 minutes.  Thank you so much,

20   Doctor.

21           (Recess taken)

22           CHAIRMAN ZACHARIAH:  Can we get started?

23   Okay.  Let's get started.  At this time we will have

24   some discussion about what will happen to the rule

25   language.  Can we all have some attention?  Can you

Med Def_001160

October 28, 2022

1  please stop talking in the back if you don't mind.

2  Hello?  Okay.  Let's start the discussion about the

3  rules, board members.

4           Dr. Diamond, do you want to start?  Just

5  kidding.

6           DR. DIAMOND:  I believe Romanello had some

7  comments.

8           MR. ROMANELLO:  So Mr. Chair, let me start

9  the discussion on the development of a potential

10 rule.

11          Am I on?

12          Mr. Chair, let me start the discussion with

13 the development of a potential rule by reminding the

14 board that we historically have prescribed and

15 regulated standards of care.  In fact, one of the

16 rules in the Florida Administrative Code that this

17 board submits rules to is chapter 64B8-9, which is

18 entitled, "The Standards of Practice of Medicine."

19 And in that chapter, this board -- and there's a

20 parallel rule for our osteopathic physicians.

21          That rule historically has created

22 registries and standards for such practice areas as

23 prescription drugs to treat obesity, office surgery

24 standards, opioid dispensing and prescription,

25 electrolysis, use of laser and light-based devices,

October 28, 2022

 1   medical marijuana, including a consent form.  And by

 2   extension, this board regulates the standard of care

 3   of a physician when they are supervising a PA or an

 4   anesthesia assistant.  And most recently, we took up

 5   the issue of the Brazilian butt lifts.  So we have a

 6   -- and Mr. Tellechea, who has been board counsel for

 7   a long time, could probably think of other areas

 8   where the board has weighed in on standard of care

 9   issues.

10           So this morning, it was certainly helpful

11   to hear from the subject matter experts, as well as

12   to review the materials in the portal that we were

13   provided, and to hear the questions of my much more

14   learned colleagues.

15           Mr. Chair, I believe that based upon the

16   testimony that we heard this morning and the

17   materials in the portal that the risks of puberty

18   suppressing therapies, cross hormonal therapy, and

19   surgery, those risks outweigh the possible benefits

20   and that there is a lack of consistent, reliable,

21   scientific peer-reviewed evidence concerning the

22   efficacy and safety of such treatment.

23           And with that in mind, for discussion

24   purposes, I would propose a rule that would prohibit

25   such therapies.  And again, I'm talking about

Med Def_001162

October 28, 2022

 1  puberty blocking therapies, such as GRH, and I'll

 2  look to my colleagues to better define what that

 3  looks like, as well as kind of cross hormonal

 4  therapies and surgery to treat gender-affirming care

 5  or gender dysphoria for patients under the

 6  chronological age of 18.

 7           CHAIRMAN ZACHARIAH:  Do you make this in

 8  the form of a motion?

 9           MR. ROMANELLO:  I do.

10           CHAIRMAN ZACHARIAH:  Well, we have a motion

11  on the floor.  Do I hear a second?

12           DR. ACKERMAN:  I'll second that.

13           CHAIRMAN ZACHARIAH:  There is a motion and

14  a second.  Is there any further discussion regarding

15  that?

16           DR. ACKERMAN:  Yes.  I think we --

17           CHAIRMAN ZACHARIAH:  Yeah, go ahead.

18           DR. ACKERMAN:  I think we should have some

19  further discussion regarding that.  I think there's

20  more to it.  It was a simple motion.  I assume

21  Mr. Romanello put that motion in a fairly simple way

22  right now, so we can discuss this, but I think that

23  there's more to it than that that we need to get

24  through and regarding young Floridians that are

25  already in the process, regarding children that

Med Def_001163

October 28, 2022

Page 106

1  might have other disorders in where those

2  medications would be appropriate in children that

3  have genetic chromosomal aberrations that need to be

4  addressed.

5          So I just want to -- I don't know how to --

6  I don't want to necessarily incorporate that into

7  the motion but I'm just putting that out there as a

8  point of information and I'm looking for some

9  guidance of how we encompass that in there, as well.

10          DR. DIAMOND:  Dr. Ackerman, I think what

11  you're saying is that this is specifically limited

12  to individuals with gender dysphoria.  It has no

13  application to individuals with disorders of sexual

14  development.  Is that correct?

15          DR. ACKERMAN:  That's part of, Dr. Diamond.

16  I think there's some other medical disorders where

17  these children would benefit from some of these

18  drugs.  I just would want to make sure that we flush

19  through that and make those drugs still available

20  for the --

21          DR. DIAMOND:  Precocious puberty, for

22  example.

23          DR. ACKERMAN:  Exactly.  Exactly.

24          MR. ROMANELLO:  So to that point,

25  Dr. Ackerman and Dr. Diamond, right, the motion I

Med Def_001164

October 28, 2022

1  had talked specifically about the treatment of

2  gender affirmation care or gender dysphoria.

3  Certainly open to expanding that or contracting it

4  and creating -- you know, and I would look to add.

5  I mean, if it's pretty --

6          DR. ACKERMAN:  I guess my input is just I

7  want to make it clear that that's what it's for and

8  that these drugs remain available for those that

9  need it that have other disorders.  And just saying

10  that in there as part of the motion is a healthy

11  thing to do.

12          MR. ROMANELLO:  Yeah.

13          CHAIRMAN ZACHARIAH:  See, we have a motion

14  on the floor but we're not going to vote on it until

15  we have full discussion by the board --

16          DR. ACKERMAN:  By the board or by the

17  committee?

18          CHAIRMAN ZACHARIAH:  By this committee --

19  with this committee.  And we can have some public

20  hearing before we actually vote on the issue.  But

21  right now, I just wanted to make sure we had a

22  motion, and we can hear from the rest of the board

23  members.  Then I will have to allow the public to

24  speak on either side of the issue and then we can

25  vote on the issue.

Med Def_001165

October 28, 2022

Page 108

```
 1            Other board members?

 2            Dr. Hunter.

 3            DR. HUNTER:  I think we should -- and I'm

 4  not sure how this would be done but to include that

 5  the standard of care would involve availability of

 6  psychotherapy to address the gender dysphoria,

 7  distress associated with gender dysphoria, and as

 8  we've learned, any other comorbid mental health

 9  issues, anxiety, depression.

10            Also, there's -- that I don't believe was

11  brought up, the concern about the high rate of

12  children with neurodevelopmental disorders, such as

13  autism, and ADHD, and others, that are involved in

14  this, that those also have to be addressed.  That

15  this isn't just a moratorium but that this is -- the

16  standard involves psychotherapy.

17            DR. DERICK:  I'll --

18            CHAIRMAN ZACHARIAH:  Yeah, please.

19            MS. JUSTICE:  I'll try to say I have some

20  hesitation.  I just -- I haven't heard enough about,

21  from my perspective, perhaps the unintended

22  consequences of pulling the guidance around this

23  treatment out from the medical community and into

24  this realm.  Not to say that we are not part of that

25  community, right.  But I just want to make sure that
```

October 28, 2022

1   we're thinking about potential unintended

2   consequences for the population that would be served

3   by this treatment.  In particular, mental health as

4   we've heard from many of the experts today.

5            I recognize from the work that I do that

6   that is a service that is in dire shortage.  And so

7   I do think we have an obligation to consider

8   potentially the unintended consequences of any work

9   that we might do here, and consider buffers for

10   that, however that might go.  I don't know.

11            UNIDENTIFIED SPEAKER:  You folks are the

12   physicians.  I think that's something that you're

13   going to have to consider and address through your

14   motions.

15            CHAIRMAN ZACHARIAH:  Dr. Diamond.

16            DR. DIAMOND:  So Mr. Romanello, to help

17   develop this it's your intent that this motion is

18   limited to individuals with gender dysphoria, and

19   specifically excludes individuals with disorders of

20   sexual development and other types of medical issues

21   as Dr. Ackerman referenced.

22            The second point would be, with your

23   motion, is your intent that once this rule may be in

24   effect, would it take -- would it have jurisdiction

25   over all persons?  Would it have jurisdiction only

Med Def_001167

October 28, 2022

1  over those individuals who have not yet begun

2  treatment?  Obviously, if a person is currently

3  under hormonal therapy, that is an important item to

4  consider.

5          MR. ROMANELLO:  A potential unintended

6  consequence that Ms. Justice had raised and aware

7  of.  Yes.  So, you know, the answer to your first

8  question is yes.  It would exclude, my proposal or

9  my thoughts would be to exclude those conditions

10  that Dr. Ackerman had first spoke about.  And

11  certainly welcome the remainder of the board to add

12  other conditions that would be excluded from the

13  rule.

14          The second point, Dr. Diamond, is, you

15  know, my rule would be a prospective rule to take

16  effect, and I would look to board counsel to help on

17  a prospective start date.  And then recognize,

18  though, that a potential consequence of a

19  prospective rule would be that it would have an

20  impact on minors who are currently somewhere in the

21  continuum of care that we talked about earlier

22  today.

23          And so for those patients I would propose

24  that we continue that care but that we -- to ensure

25  kind of the safety and ensure an educated and

October 28, 2022

1  well-informed patient that we enhance the consent

2  process for those sorts of therapies.  Very similar

3  to the way that this board in the past has created

4  specific consent forms for the use of and dispensary

5  of medical marijuana.  And so with respect to a

6  potential consent, I would, again, for the board's

7  consideration -- three, I think significant portions

8  of the consent.  Again, very similar to what we did

9  with marijuana.

10            So the first, I think is that we need to

11  create some sort of a multispecialty type of

12  consent.  We heard the witnesses today, specifically

13  Doctors Dayton and McNamara, agree to a

14  multidisciplinary approach when treating patients

15  seeking gender-affirming or dysphoria type of

16  treatment.  So a multidisciplinary consent to

17  include, you know, concurrence from pediatrics,

18  endocrinology, psychiatry.  And even I heard, you

19  know, about social workers, licensed clinical social

20  workers, for the importance of ensuring that

21  patients who go through this treatment to have

22  adequate support during the treatment and following

23  the treatment.  So I think that's the first thing

24  that I would propose that we consider in creating a

25  consent.

Med Def_001169

October 28, 2022

1              The second, similar to marijuana, would be

2  highlighting and specifically documenting the

3  patient's or the family's attempt with alternative

4  treatments for gender dysphoria, or gender

5  affirmation.  You know, counseling -- and again, I

6  don't know what's at the very beginning of the

7  continuum, but before we get to puberty blockers and

8  such, were there other alternative treatment options

9  considered?

10             And then finally, a section where we would

11  specifically require the identification of risks

12  associated with such treatment.  You know, the

13  irreversibility or the permanency of, you know,

14  surgery, the effects of puberty blockers.  And

15  again, I would look to my colleagues to weigh in on

16  what the appropriate list of risks are.  But it

17  would seem that for the protection of patients, and

18  for patients, minor patients and their parents or

19  guardians to be fully and knowingly informed, that

20  they would have that list of risks presented to them

21  at the time of treatment.

22             CHAIRMAN ZACHARIAH:  Other board members?

23             DR. SCHWEMMER:  Dr. Zachariah?

24             CHAIRMAN ZACHARIAH:  Go ahead, Sandra.

25             DR. SCHWEMMER:  Mr. Romanello, you talk

Med Def_001170

October 28, 2022

1  about a consent but yet, we're talking -- who would

2  be signing this consent?

3         MR. ROMANELLO:  Yeah.  So the parents or

4  guardian of the minor patient.

5         CHAIRMAN ZACHARIAH:  Any other comments

6  from the board?

7         DR. DIAMOND:  So again, Mr. Romanello, if I

8  understand you correctly you are proposing a

9  prospective rule and as an interim measure, are you

10  stating that individuals currently receiving this

11  therapy should receive this enhanced education and

12  asked to go through an enhanced consent process?  Am

13  I understanding that correctly?

14         MR. ROMANELLO:  Yes.

15         DR. DIAMOND:  So if I understand correctly,

16  if this rule were promulgated, there would be some

17  time window that individuals who are currently

18  receiving care would be asked and required to go

19  through this enhanced consent process in order to be

20  able to continue on this treatment; is that correct?

21         MR. ROMANELLO:  Yes.

22         DR. DIAMOND:  Thank you.

23         DR. ACKERMAN:  So this is the end of

24  October.  If we put this rule forth at this

25  committee, it then goes to the Board of Medicine and

Med Def_001171

October 28, 2022

1  the Board of Osteopathic Medicine for their next

2  meetings, which is not next week's meeting -- is it

3  next week's meeting that we're talking about?  The

4  joint meeting.  So it would go to that meeting next

5  week and then that joint committee can then decide

6  when it would go into effect.  Whether it would go

7  in effect immediately, or 1st of the year, or 1st of

8  December, or what.  We would discuss that I guess

9  next week.

10              MR. ROMANELLO:  So can I just -- so

11  Mr. Tellechea, if there's a rule that's acted upon

12  today, procedurally, it would go to the Joint

13  Committee next week and then to each respective

14  board at their next regular meeting?  Or does it

15  just stop at the joint meeting?

16              EXECUTIVE DIRECTOR TELLECHEA:  Well, is it

17  going to be the full board that's going to be

18  meeting jointly?

19              UNIDENTIFIED SPEAKER:  Yes, Ed.

20              DR. ACKERMAN:  Yes.  Next Friday.

21              EXECUTIVE DIRECTOR TELLECHEA:  Then if it's

22  the full board that are meeting jointly, both of the

23  full boards, then that could be the final stop if

24  necessary.

25              CHAIRMAN ZACHARIAH:  Does any of the other

Med Def_001172

October 28, 2022

1  board members want to make any comments before I

2  allow the public hearing?

3            DR. DI PIETRO:  So just to touch on what I

4  mentioned earlier, I'm in full support of a

5  multidisciplinary team.  I think that's of the

6  utmost importance in this to have a mental health

7  counselor, a board-certified pediatric

8  endocrinologist, a board-certified pediatrician --

9  not a nurse practitioner -- a board-certified

10 physician, and part of a multidisciplinary team to

11 ensure that we're doing this correctly.

12           Because it's very easy a lot of times, and

13 I'll use an emotional support animal as a perfect

14 example, to get a letter from someone stating that

15 you need something.  And I think the -- for the

16 safety and welfare of these children who very well

17 might need this, it is extremely important to have

18 that multidisciplinary team to make sure that the

19 pediatric endocrinologist is the one who is

20 assisting with hormones, and that the social worker

21 or the psychologist is making sure that there's a

22 support system in place for these children.

23           But I do have a question.  So if we're

24 talking about this and the informed consent, sorry,

25 this is for over the age of 18?

Med Def_001173

October 28, 2022

```
 1                    MR. ROMANELLO:  No.  Under the age of 18.
 2                    DR. DI PIETRO:  Okay.  That's where I was a
 3   little confused.  So we're talking this informed
 4   consent process with this multidisciplinary team
 5   approach for under the age of 18, correct?
 6                    MR. ROMANELLO:  Yes.
 7                    DR. DI PIETRO:  Okay.
 8                    CHAIRMAN ZACHARIAH:  Dr. Hunter.
 9                    DR. HUNTER:  If this -- where this
10   discussion is going, and I'm hearing what
11   Ms. Justice had to say about there is not -- there's
12   a concern about access to mental healthcare and I
13   think mental healthcare should be part of the
14   standard of care.  I'm not sure what the role the
15   board has in this area, but we've heard that the
16   research is very conflicted in this area, very low
17   quality.  Would a board rule need to include the
18   option of research in this area where these could be
19   used in IRB protocols, IRB approved protocols,
20   research protocols, what England, and Finland, and
21   Sweden have in plan with the appropriate safety and
22   ethical oversight?
23                    DR. DIAMOND:  Dr. Hunter, are you referring
24   to psychologic care, or are you talking about
25   hormonal care?  Please be more specific.
```

Med Def_001174

October 28, 2022

1              DR. HUNTER:  I would be talking about all

2   of that.  Yes.

3              DR. DIAMOND: So if I understand you

4   correctly, you would prefer to have a rule in place

5   that outside of participation in a clinical study,

6   these actions that Mr. Romanello enunciated would be

7   prohibited, but you would be willing to entertain

8   them on a clinical study that meets certain

9   specifications?  Ala, the National Health Service

10  approach?

11             DR. HUNTER:  Yes.  Yes.  With certainty of

12  safety and ethical oversight.

13             CHAIRMAN ZACHARIAH:  Dr. Amy.

14             DR. DERICK:  Yeah.  I feel I would be

15  supportive of that, too, in order to continue

16  investigating the science.

17             DR. DIAMOND:  Dr. Hunter, could you give us

18  a little bit more of your sense as to the mechanics

19  of these studies?  Would this have to be an IRB

20  approved study?  Would it be limited to a university

21  setting?  Could it be in the office setting?  What

22  is your -- do you have any sense on this?

23             DR. HUNTER:  No doubt it would have to be

24  IRB approved, no doubt.  And that hopefully would

25  provide the safety and ethical oversight.  I think

Med Def_001175

October 28, 2022

1  I'd prefer it being a center, like a university, a

2  Florida based medical school.  I would be even more

3  grateful if it involved international experts,

4  Dr. Cass and the NHS, and Dr. Kaltiala in Finland.

5  And the partner in a way like that, so we do get

6  good quality data, so we know what's the best thing

7  for these kids.

8         DR. DIAMOND:  And so Dr. Hunter, again, I'm

9  trying to understand, you're proposing that there

10  would be an allowance that minors who have given

11  appropriate -- whose parents have given appropriate

12  consent, and the child of course given assent, that

13  there would be a mechanism for clinical trials to be

14  conducted, ideally in the university setting, both

15  with GRH agonist and with cross-sex hormones?

16         DR. HUNTER:  No.

17         DR. DIAMOND:  So please revise.

18         DR. HUNTER:  That I think is to be

19  determined, and I think that's what the NHS guidance

20  is saying, that they are writing those now.  So to

21  be -- I think we cannot be that specific at this

22  point.

23         DR. DIAMOND:  So therefore, you would be

24  supportive of a rule but include in that rule an

25  exception that there could be a carve out for

Med Def_001176

October 28, 2022

 1    appropriate research studies and not be more

 2    specific than that.  Is that correct?

 3              DR. HUNTER:  Correct.

 4              UNIDENTIFIED SPEAKER:  So IRB approved --

 5              EXECUTIVE DIRECTOR TELLECHEA:  So this is

 6    something that's going -- this is a whole new area

 7    that you folks are entering into within the context

 8    of a standard of care rule, and it's going to have

 9    to be specific.  You cannot be -- just provide these

10    generalized terms for an IRB approved study in a

11    university setting.

12              DR. DIAMOND:  I agree with that.  Because,

13    Dr. Hunter, I understand what your intent is is to

14    have flexibility to help further scientific research

15    but it's going to make Ed's job impossible.  It

16    won't be -- there's going to be no way to enforce

17    these provisions and it will lead to a lot of

18    confusion.

19              EXECUTIVE DIRECTOR TELLECHEA:  Yeah.  I

20    mean, it's something that's going to have to be

21    clear, understandable, defendable, and it has to be

22    written by next Friday.

23              ATTORNEY MCNULTY:  Can I interject?  Just

24    one other option that I was thinking of as you were

25    making this presentation and listening to this

Med Def_001177

October 28, 2022

Page 120

1  discussion is the opportunity for maybe a registry,

2  a Florida registry, which the state has done in

3  other situations.  And it would allow then for, you

4  know, the families to optionally enter into a

5  registry.  You know, that could be a potential.  But

6  then the information about that individual and the

7  therapies could be captured.  And it could be -- you

8  know, you could start a registry that could monitor

9  and give data back to the boards to be able to have

10  our specific Florida data to be able to review.

11          EXECUTIVE DIRECTOR TELLECHEA:  I think the

12  problem with that, that that goes beyond the

13  standard of care rule.

14          ATTORNEY MCNULTY:  Okay.

15          EXECUTIVE DIRECTOR TELLECHEA:  So I don't

16  really think you would have the authority to create

17  that registry and to be able to enforce it and all

18  that through the standard of care practice.  I think

19  that would be something that you would need to go to

20  the legislature and ask the legislature to create.

21          ATTORNEY MCNULTY:  Yeah.  My thoughts

22  around that were that, you know, certainly as we've

23  heard with, you know, the testimonies this morning,

24  the patient specific therapies would -- you know, it

25  gives more of a general umbrella, I suppose, to

Med Def_001178

October 28, 2022

1  reporting on those case specific treatments, so --

2  and variation of age.  You know, I still think that

3  registries are very helpful.  You know, so are -- of

4  course, so are the studies, but when you have small

5  participation in those studies.  We know we're going

6  to have a small participation in the registries, and

7  so, you know, the conclusions may not be as direct

8  in a registry as one would conclude in a study with

9  an IRB, but I still think it opens an opportunity to

10 be able to monitor this ongoing situation,

11 therapies.  Anyway --

12          CHAIRMAN ZACHARIAH:  Any other comments

13 from the board?

14          DR. ACKERMAN:  I just want to make sure

15 we're all on the same page here, or I understand

16 what we're talking about here.  Mr. Romanello

17 proposed a rule which was seconded by me.  Now I'm

18 hearing discussion about a registry and is this

19 registry a loophole to avoid the rule, or is this

20 registry for those individuals that are already in

21 care?

22          ATTORNEY MCNULTY:  Collecting data.

23          DR. ACKERMAN:  Collecting data on who?  I

24 mean --

25          ATTORNEY MCNULTY:  Those individuals who

Med Def_001179

October 28, 2022

Page 122

1  are already in care.

2           DR. ACKERMAN:  I'm sorry, if we're having a

3  rule, the rule is the rule, and you can't go around

4  the rule by having a registry.

5           ATTORNEY MCNULTY:  And Dr. Ackerman, my

6  comments were only within the discussion of what we

7  were talking about with IRB.  My thoughts were about

8  a registry, but I agree.

9           CHAIRMAN ZACHARIAH:  See my concern with a

10  registry is you can form all the registries you

11  want, nobody is going to enroll.  Why would you do

12  it?  What is in it for you?  So you can get your

13  records public.  Nobody is going to register in the

14  registry, it's not going to happen.

15           DR. ACKERMAN:  Well, they're anatomized.

16           CHAIRMAN ZACHARIAH:  Yeah.

17           DR. ACKERMAN:  No, you would.  A lot of my

18  patients are in registry trials.  It's all

19  anatomized.  They don't -- the records aren't

20  public.

21           CHAIRMAN ZACHARIAH:  I agree but, you know,

22  treatment for a cancer, treatment for a heart

23  disease is slightly different than what we're

24  dealing with.

25           MR. ROMANELLO:  So, Mr. Tellechea, so we

Med Def_001180

October 28, 2022

1    can make your job a little harder, right.  So I

2    think what you're hearing from the board though is

3    kind of a coalescing around the idea of excluding

4    from the rule clinical trials.  Like IRB approved,

5    academically sponsored.  I don't know, I would look

6    to Doctors Diamond, and Hunter, and Ackerman, and

7    others to weigh in on how to define that.  But we

8    certainly don't want to impair progress.  We want to

9    promote the continued research in this area for the

10   betterment of all patients.  So how could be

11   accomplish that?  I mean, I wouldn't want a rule

12   then to inhibit or chill clinical research.

13           EXECUTIVE DIRECTOR TELLECHEA:  Well, you

14   would write it in such a way that, as you stated

15   earlier from the outset is that the current

16   procedures are prohibited unless it is done under a

17   -- you know, these particular circumstances.  And

18   I'm going to need from you, you know, clinical

19   trials, you know, what type of language you would

20   put in there to make it clear that these are the

21   type of clinical -- that under these circumstances,

22   that it would be approved.  So it's a prohibition

23   except for under these circumstances, and then you

24   would have to outline what the particular

25   circumstances are, in a clear, you know, enforceable

Med Def_001181

October 28, 2022

Page 124

1   manner.

2           DR. ACKERMAN:  And I think it's difficult

3   to craft the language to allow for clinical trials,

4   and I think it could easily be gamed.

5           DR. DIAMOND:  Dr. Hunter, how would you

6   respond to Dr. Ackerman's comment on that?

7           DR. HUNTER:  I probably would agree with

8   that but I -- we need to learn more in this area.

9   We need to learn more.

10          DR. DIAMOND:  So I think where we stand

11  right now is there's a sense that if promulgate a

12  rule, it should be a prospective rule.  Number two,

13  that those individuals who are currently receiving

14  therapy, that those individuals be required to go

15  through a process of more robust consent as was

16  discussed.  And then number three, that the rule, if

17  we were to go and set a chronologic age of 18 for

18  these different points of bifurcation, GHRH agonist,

19  cross sex hormones, and surgical procedures, that

20  there be an opportunity for exceptions to be made in

21  the limited context of robust clinical studies

22  conducted at the appropriate centers.  Those are the

23  different elements I'm trying to help synthesize

24  here.  Is that the sense of where we stand right

25  now?

Med Def_001182

October 28, 2022

```
 1                DR. ACKERMAN:  I think it is but the last
 2  thing you said is the difficult thing to define what
 3  a robust clinical study is and define what those
 4  appropriate centers are.  That's my reservation
 5  about that.  And there's -- not to --
 6                ATTORNEY MCNULTY:  Where are they normally
 7  done?
 8                DR. ACKERMAN:  Well, I guess other rules
 9  that we have, we keep -- those rules are for
10  Florida, and people may do things contrary to those
11  rules in other states.
12                EXECUTIVE DIRECTOR TELLECHEA:  Well, you
13  only have jurisdiction in Florida, okay, so --
14                DR. ACKERMAN:  I understand.  I know but my
15  point -- that's what I'm saying.  We have
16  jurisdiction in Florida but if we have a rule here
17  and people do research in another state, similar to
18  the fat transplant to the butt, if they do some
19  research in the state that shows that our rule is
20  not appropriate, then we change our rule.  And so
21  people can do research, just not in Florida.
22                ATTORNEY MCNULTY:  So we would want them
23  done in university centers?
24                DR. ACKERMAN:  No.  I don't think we need
25  to make any comment about research.  Just leave it
```

Med Def_001183

October 28, 2022

1  at that.  I think it's too -- I think it's difficult

2  for us to craft appropriate language for that.  And

3  so I think if there's a rule, there's a rule.  And

4  if there's research done, the research can be done

5  in Yale.

6              UNIDENTIFIED SPEAKER:  Right.

7              CHAIRMAN ZACHARIAH:  Any other discussion?

8              DR. DERICK:  Can someone re-read for me

9  because -- can someone re-read the motion that's

10  currently on, that's seconded?

11              DR. DIAMOND:  I think where we are, we're

12  trying to develop a sense of different elements --

13              DR. DERICK:  I know.  I'm still a little --

14  because whenever the motion was initially given,

15  there was a specific age given, and so that's what

16  I'm trying to clarify.  So after the age of 18, the

17  consent process we're speaking of is no longer

18  applicable, correct?

19              DR. DIAMOND:  Correct.  So --

20              DR. DERICK:  That's what I needed

21  clarification on.

22              DR. DIAMOND:  So for example, my sense

23  would be that once we moved past this, I was also

24  going to make a motion that for individuals who have

25  passed the age of majority that there should be no

Med Def_001184

October 28, 2022

1  restrictions on hormonal therapy or restrictions

2  regarding surgery.  I think a person, for example,

3  who is 25 years old, who is mentally competent, to

4  go and tell that person no, I think that is

5  inappropriate.  I would like to see this limited

6  just to minors.  I think that the state perhaps

7  overreached a little bit on its initial petition

8  when it spoke to individuals who had passed the age

9  of majority.

10          DR. DERICK:  I agree with that.

11          DR. DI PIETRO:  Will we have opportunity to

12  discuss again after public comment?

13          CHAIRMAN ZACHARIAH:  Yeah, sure.

14          DR. DIAMOND:  Yes.  Perhaps we have some

15  comment now.

16          CHAIRMAN ZACHARIAH:  Okay.  So let's get

17  the public comments.  The comments are for a

18  timeframe of three minutes.  And again, if someone

19  who came before you, if they have already stated

20  their case, there's no reason to repeat it, for the

21  interest of time.

22          The first speaker is Zoe Hawes -- am I

23  saying it right?  H-a-w-e-s.  Zoe Hawes.  Yeah.

24  Please come forward.

25          ZOE HAWES:  My name is Zoe Hawes.  I'm a

Med Def_001185

October 28, 2022

1  23-year-old wife and expectant mother, who at the

2  age of 16 believed I was a boy and that

3  transitioning would bring me peace.  Growing up, I

4  experienced a lot of trauma.  I was molested when I

5  was 6.  My parents divorced when I was 8.  My mom

6  attempted suicide when I was 13.  I was diagnosed

7  with depression and anxiety in middle school, and I

8  couldn't accept my body and puberty.  I just wanted

9  to escape.

10        By the age of 16, I was very unstable and

11  suicidal.  I came to believe I was male in a female

12  body after reading a memoir about someone who had

13  transitioned.  I came out to my mom who was scared I

14  was going to kill myself if she didn't affirm me.  I

15  was immediately taken to a gender therapist who

16  diagnosed me with gender dysphoria and wrote a

17  letter recommending I start testosterone after only

18  three months of therapy.

19        I started T 7 months after coming out at

20  the age of 16, and I really thought transitioning

21  was going to fix everything.  My period stopped,

22  facial hair grew.  Pretty soon, I was passing as

23  male.  At first, I was elated, but my mental health

24  did not improve.  I became more suicidal, more

25  unstable, and the anxiety became debilitated.  The

Med Def_001186

October 28, 2022

1  testosterone was never questioned as a contributing

2  factor to my increasing instability.  I was in and

3  out of mental hospitals six times while being

4  affirmed as a male and supported in my decision to

5  transition by my doctor, psychiatrist, immediate

6  family, and even church.  I was also diagnosed with

7  complex PTSD and OCD during this time.

8          I desperately wanted top surgery and a

9  hysterectomy but couldn't afford them.  After a

10  serious suicide attempt in February of 2018, I

11  realized that just changing my appearance was not

12  going to take away the pain, so I started working

13  really hard in therapy, but I still believed I was a

14  male.

15          A year later, in 2019, I had a life

16  changing encounter with Jesus and begin to find deep

17  heeling and peace within myself.  After nearly four

18  years of being on testosterone, I decided to

19  detransition and accept my womanhood.  My mental

20  health improved exponentially.  I'm no longer in

21  therapy, nor even on mental health medication.  I

22  have not been suicidal or hospitalized since

23  stopping testosterone.

24          Three years later, my menstrual cycle has

25  still been irregular, I still have to shave my face

Med Def_001187

October 28, 2022

1  daily, and I struggle with hormonal acne.  I'm truly

2  grateful I never got surgery because now I'm happily

3  married and 28 weeks pregnant.  But if I had gotten

4  the surgeries that I so desperately wanted as a

5  teenager, that would have stolen this future from

6  me.  So I'm asking the board to create a rule that

7  makes it unethical for doctors to prescribe these

8  hormone treatments for people under the age of 18

9  and surgeries under the age of 21.  Thank you.

10           CHAIRMAN ZACHARIAH:  Thank you, Zoe, for

11  the courage, and appreciate you coming before the

12  board.

13           Next is Rachael Foster (phonetic).

14           RACHAEL FOSTER:  Hello, my name is Rachael

15  Foster, and I am a 32-year-old de-transitioned

16  woman.  At 21, I was diagnosed with gender identity

17  disorder, as it was at the time, and spent the next

18  five and a half years taking synthetic testosterone.

19  I was told by my psychologist and by my general

20  practitioner she referred me to that if I did not

21  take this drug, I would kill myself.

22           Within a few weeks, I went from talking

23  with my psychologist to being prescribed synthetic

24  testosterones.  I was discouraged from seeing an

25  endocrinologist and was told all effects except hair

Med Def_001188

October 28, 2022

1    growth and hair loss were reversible.  This was a

2    lie.  My provider failed to assess risks based on my

3    medical history or in fact critically analyze

4    whether I was fit to consent, or if there were more

5    psychological reasons for my distress around my sex.

6              In addition, my therapist lied on

7    documentation to say I had been her patient for far

8    longer than I had been and that I had no preexisting

9    conditions that might affect my gender identity

10   disorder diagnosis.

11             There are many compounding factors for why

12   I felt wrong in my body.  At 17, I was diagnosed

13   with schizophrenia with major depression, now

14   diagnosed with schizoaffective disorder.  I also

15   have a history of sexual abuse and trauma.  I

16   disclosed these things to my psychologist and

17   prescribing physician but was still told that I need

18   to transition.

19             At the age of 26, I began to experience

20   renal failure.  I was jaundiced, vomiting, and

21   urinating blood.  The only drug I was on at this

22   time was synthetic testosterone.  I saw a new

23   practitioner who suggested I stop the injectable

24   synthetic testosterone in exchange for a topical

25   version at a much lower dose.  My symptoms improved.

Med Def_001189

October 28, 2022

1   At 27, I stopped all together.

2          Shortly after, I experienced the first of

3   three transsystemic attacks, also called

4   ministrokes.  Then at 28, I was diagnosed with

5   endometriosis and adenomyosis.  At 29, I lost my

6   uterus and my cervix to the disease and had a

7   hysterectomy.  After the operation I discovered that

8   my vaginal tissue was excessively thinned and

9   weekend by testosterone use.  I had multiple tears

10  which lead to infections.  I also learned that my

11  ovaries no longer function, and I am on supplemental

12  estrogen.

13         Today, I implore you to consider the risks

14  these medical experiments have and stop this method

15  of treatment.  We cannot consent to treatment as

16  experimental as this.  No one, child or adult,

17  should have to go through the constant health

18  battles I've been through.  Instead of my mental

19  health being taken care of, I was sold a medication

20  that has left me with physical pain, emotional

21  trauma, and the same mental illness I had before.

22  Medical intervention should not be taken to effect

23  emotional distress over one's body.  Thank you.

24         CHAIRMAN ZACHARIAH:  Thank you, Ms. Foster.

25         Next is Chloe Cole (phonetic).

Med Def_001190

October 28, 2022

1            CHLOE COLE:  My name is Chloe Cole, and I

2   am an 18-year-old de-transitioned female from the

3   Central Valley of California.  I was what some may

4   refer to as a trans kid as I transitioned between

5   the ages of 12 to 16.  I began my social transition

6   by cutting my hair, wearing boys' clothes, and

7   asking my family and friends to refer to me using a

8   new name.

9            At 13, I started taking puberty blockers

10  and testosterone.  And at 15, I underwent a double

11  mastectomy in which my breasts were removed, and my

12  nipples were grafted.  And yet, at 16, after years

13  of medically transitioning, I came to realize that I

14  severely regretted my transition.  It has been over

15  a year since my last testosterone injection.

16            During my diagnosis for dysphoria and the

17  consultations for my treatments, the overall picture

18  of my life just went completely unaddressed.  From a

19  young age, I was actually quite a very feminine

20  girl, although I did somewhat model myself after my

21  older brothers.  Up until my transition I had

22  relatively normal levels of teen distress, but my

23  early exposure to social media and the internet led

24  to my body image worsening.  I was introduced to

25  inappropriate content and an echo chamber of

Med Def_001191

October 28, 2022

1  far-left ideology, such as that sex and gender are

2  separate, women are inherently victims, men are

3  inherently superius in every way, and that dysphoric

4  children need hormones and surgeries in order to

5  live.  These reductive ideologies have crept their

6  way into science, and by extension, medicine.

7           I knowingly gave my mind and eventually my

8  body to an anti-science movement that reduces

9  womanhood to long hair, Barbie dolls, dresses, and

10  false self-perception.  I actually developed more

11  psychiatric issues the further I went into

12  transition.  I was on the verge of suicide for

13  nearly all of high school.  Some things went

14  undiagnosed for years until after I stopped

15  transitioning, like autism and body dysmorphia.

16           All that talk about mental health, self-

17  perception, pronouns, and ideology leads me to the

18  question why is the mental health epidemic not being

19  addressed with mental health treatment to get at the

20  root causes for why female adolescents like me want

21  to reject their bodies?  I was not suicidal before

22  going on hormones, and yet, doctors asked my parents

23  the question, "Would you rather have a dead daughter

24  or a living son?"  This is not how medical

25  professionals are supposed to talk.  This is how

Med Def_001192

October 28, 2022

1  activists talk.

2            What was the cost of treating mental health

3  with barbaric surgeries?  I have bandages on my

4  chest today, over two years post op, because my

5  nipples leak fluid and they stain my clothes.  I

6  have no breasts.  I want to be a mother someday, and

7  yet, I can never naturally feed my children, my

8  future children.  My breasts were beautiful and now

9  they have been incinerated for nothing.  Thank you,

10  modern medicine.

11            CHAIRMAN ZACHARIAH:  Well, thank you so

12  much, Chloe, for coming here today.

13            Next is Camille Keifel (phonetic).

14            CAMILLE KEIFEL:  My name is Camielle

15  Keifel.  I stand here before you today, Florida

16  Board of Medicine, in hopes that you'll make the

17  right decision regarding transitioning children and

18  take greater consideration for adults.

19            Prior to my transition, I had spent 20

20  years of mental health therapy with conventional

21  modalities.  I didn't respond well to medication,

22  saw a gender therapist, and had two rounds of

23  transcranial magnetic stimulation therapy.  I was

24  diligent and wanting to heal, but nothing my doctors

25  offered had healed me because they always saw my

Med Def_001193

October 28, 2022

Page 136

1   issue strictly as a mental one.

2              I was 30 and at the end of my rope when I

3   transitioned.  At the time, I believed I was

4   nonbinary.  I struggled with severe mental illness

5   and suicidal ideation.  I had a trauma history.

6   When I was in sixth grade, my best friend had been

7   raped by her brother.  Being a girl meant I was

8   vulnerable.  I started to present more masculine.

9   This should have been a red flag, yet, within months

10  of requesting top surgery, it was performed on me.

11             I developed complications after my surgery.

12  There were many times I didn't know if I would make

13  it through the night.  If I made this mistake as an

14  adult, a young girl could too.  Not only did my

15  surgery exacerbate my mental health issues, I now

16  struggle with physical complications as well.

17  Presenting and taking on another gender was a way

18  for me to escape womanhood.  Escape is not a valid

19  way of dealing with trauma.  You will have to deal

20  with it eventually.

21             I was able to work through these difficult

22  emotions and improve my mental health through a

23  holistic approach.  I had physical health issues

24  that had been previously overlooked.  Had that been

25  managed, I would have never gotten the surgery.  The

Med Def_001194

October 28, 2022

1  surgery was an abhorrent misdiagnosis.  The goal of

2  healthcare should always be to get to the root cause

3  of the problem.  Today I am more grounded than I

4  have been in my entire life, but I am mutilated.

5  Between my carved-up body and the physical

6  complications, I often question if there's anything

7  on the other side.  Where my breasts were are

8  hollow, I can never get them back.  I can never fit

9  a dress the same way again.  I can never breastfeed.

10  Who will love me?  You know what keeps me going?

11  Stopping this from happening to someone else.  Thank

12  you for your time.  You will have a lot to consider,

13  and I know you will make the right decision.

14          CHAIRMAN ZACHARIAH:  Thank you, Ms. Keifel,

15  for coming.  I appreciate you spending time with us.

16          Next is Shay Scheffler (phonetic).

17          SHAY SCHEFFLER:  Hi.  My name is Shay.  I

18  started identifying as transgender at 22 while still

19  in college.  Before that, I was just a feminine gay

20  man.  Being asked about my pronouns led me to

21  research transgender ideology, and pretty quickly I

22  got convinced that I was transgender woman.  I was

23  able to get hormones really easy through Fenway

24  Health (phonetic) and was only on them for a year

25  before receiving facial feminization and breast

Med Def_001195

October 28, 2022

1  augmentation surgeries at 23.

2           Taking hormones actually worsened my mental

3  health but therapists thought it was because I was

4  stuck in the wrong body.  They're clearing me for

5  sex reassignment surgery by diagnosing me with

6  gender identity disorder.  Immediately after SRS I

7  was super excited to start a new life.  I was happy

8  for a few months while recovering.

9           However, soon I realized that my new part

10 wasn't what doctors promised me.  My new vagina

11 started constricting, despite reverse dilation which

12 resulted in me developing vaginal stenosis.  This

13 left me unable to have penetrative sex, which

14 adversely impacted my mental health.  I also lost my

15 sex drive, my motivation to achieve anything, and

16 became brain fogged and lethargic.  I had multiple

17 unsuccessful revisions attempting to get a few

18 inches of new vaginal tunnel.  I even had colon

19 vaginoplasty.  The last revision was at the

20 University of Miami by Dr. Christopher Salgado in

21 2018 and has left me with a colorectal fistula.

22 I've been all over the country trying to seek help,

23 but I have received none.

24           Earlier this year after hitting rock bottom

25 with my depression, I reached out to a new

Med Def_001196

October 28, 2022

1 therapist.  This therapist helped me realize that I

2 have complex PTSD from a traumatic childhood and

3 also pointed out that I have body dysmorphia, OCD,

4 borderline personality, and bipolar disorders.  I

5 also realized I had internalized homophobia.  I

6 realize now that medical transition was sold to me

7 as a hardware fix for software issues.

8            A few months ago, I started

9 de-transitioning by taking testosterone.  However,

10 it is traumatic to be on testosterone without having

11 functional genitals.  Moreover, my back hurts every

12 day due to a psoriasis and scoliosis that I

13 developed post SRS.  I'm now dependent on synthetic

14 hormones for life.

15            I traded my perfectly healthy genitals for

16 an artificial one-inch tunnel that is sexually

17 nonfunctional.  I realize that I'm never getting

18 back a functional penis and full detransition is not

19 really possible in my case.  I feel stuck in

20 surgically created body.  I believe nobody under 18

21 should be allowed to medically transition.  Sex

22 reassignment surgery should only be allowed in very

23 rare cases after full psych evaluations.  Patients

24 should be made aware that what they're really

25 getting is a cosmetic surgery and it's a genital

Med Def_001197

October 28, 2022

1   approximation surgery that does not change

2   biological sex.  Thank you.

3               CHAIRMAN ZACHARIAH:  Well, thank you so

4   much.

5               Next is Billy Burley (phonetic).

6               BILLY BURLEY:  Good morning, members of the

7   board of medicine.  My name is Billy Burley and I

8   used to be transgender.  When I was about five years

9   old, I started having the reoccurring thought that

10  God made a mistake, I'm a girl.  I prayed before

11  going to bed and always asked, "God, please make me

12  a girl before I wake."  If I could have, I would

13  have chosen any path that would have transformed me

14  into a girl.

15              In my early 20s, I sought help for the

16  disconnect between my mind telling me I was a woman

17  and my body telling me I was a man.  In seeking help

18  and doing my own research, the message I received

19  was that I had to change my body to match my mind.

20  I decided to follow the therapists' and medical

21  researchers' encouragement to change my body.  I

22  started on testosterone blocker and estrogen.  My

23  emotions were up and down, and my body was changing,

24  but I was supposedly on this new road to happiness,

25  which made me happy.

Med Def_001198

October 28, 2022

Page 141

1          In my first surgery, I had a penile
2   inversion, an Adam's apple shave, and a brown shave.
3   After the surgery, the doctors and nurses had
4   difficulty stopping the bleeding from my new vagina.
5   My artificial vagina was packed with gauze and a
6   sandbag was placed on my lower abdomen, but the
7   bleeding did not stop.  I received a blood
8   transfusion and plasma and eventually, the bleeding
9   did stop.  My two-week stay in the hospital turned
10  into a three-week stay.  But changing my penis to an
11  artificial vagina required two surgeries, so about
12  four months later, I was back for part two,
13  labiaplasty.

14          I was desperate for the happiness I believe
15  was ensured me.  After this, I had additional
16  feminization surgeries but no matter how many I had,
17  every time I looked in the mirror, I saw a man
18  looking back at me.  I tried hard to resolve the
19  conflict between my mind and my body but after seven
20  years of trying, I had more problems at that point
21  than when I started on the road of transition.

22          The bottom line is that the therapists and
23  medical researchers were wrong.  I have fully
24  transitioned back to male.  I am happily married.  I
25  have two beautiful stepdaughters.  And I have peace

Med Def_001199

October 28, 2022

1  of mind and body.  I was an adult when I made the

2  horrible decision to transition.  The therapists and

3  doctors failed to help with my underlying problems.

4  They identified me as transgender, and they were

5  wrong.  How often are they wrong?  I urge you to

6  create a rule that makes it unethical for doctors to

7  prescribe gender converting treatments or puberty

8  blockers for people under the age of 18.  Thank you

9  for hearing my testimony.

10         CHAIRMAN ZACHARIAH:  Thank you, Mr. Burley,

11  for coming and talking to us.

12         Next is Cat Cadison (phonetic).

13         CAT CADISON:  I'm Cat, a de-transitioned

14  woman, singer, and molecular biologist.  As a child,

15  I was artistic, nerdy, and socially awkward

16  struggling to find my place in the world.  I was

17  subjected to both abuse and bullying beginning in

18  toddlerhood.  As a result, I felt alien in my body

19  very early on.  If I was a body, I thought I could

20  protect myself.

21         At 5, I asked my mother if it was possible

22  to change genders and she said no.  For the next

23  eight years, I disliked my sex but believed I was

24  resigned to my fate until age 13 when I came across

25  an online forum for transgender people.  That day I

Med Def_001200

October 28, 2022

Page 143

1   began believing that the reason I suffered from

2   anxiety, depression, and anorexia nervosa was

3   because I should have been born male.  I read that

4   if one had gender dysphoria it meant she was trans

5   and that she was extremely likely to take her own

6   life if she didn't transition.  But back then in the

7   mid-2000s, gender-affirming culture did not yet

8   exist.  My parents, peers, and pediatrician did not

9   affirm me, for which I am now grateful.

10          My cross-sex identification persisted until

11   age 17 when my parents took me to a gender

12   therapist.  They hoped he would take a holistic

13   approach considering my many comorbid mental health

14   issues, but he affirmed as a boy immediately.  The

15   therapist began using he/him pronouns for me, and my

16   appointment three, he suggested I started

17   testosterone.  My parents were astounded and did not

18   comply with his recommendations.

19          I was unable to pass as male without any

20   medical interventions, and I temporarily desisted.

21   But my unhealthy beliefs about gender such as you

22   cannot be happy unless you transition, continued to

23   fester in my mind.  After years of rumination, this

24   culminated in me deciding to medically transition.

25   I obtained testosterone by calling Planned

Med Def_001201

October 28, 2022

Page 144

1   Parenthood and was prescribed after just a 30-minute

2   phone conversation.

3           Within months of starting testosterone, I

4   experienced side effects such as liver and gall

5   bladder damage, heart palpitations, and the

6   permanent loss of my natural singing voice.  This

7   was what ultimately influenced me to detransition as

8   I realized appearing as a man was not worth

9   sacrificing my music.  But if this hadn't been my

10  tipping point, I might have pursued surgery and come

11  to regret it as countless others have.

12          If I had been prescribed puberty blockers

13  at age 13, I'd likely be suffering from infertility,

14  osteoporosis, and/or stunted brain development.  All

15  gender-affirming care is experimental, lacking

16  controlled studies, and sufficient data on its

17  long-term outcomes, so I caution against treating

18  patients of any age in this manner.  However,

19  patients younger than 25 when the brain is fully

20  developed are particularly vulnerable.

21          Because puberty blockers stunt brain and

22  bone maturation leading to lifelong disabilities, I

23  advocate for the complete cessation of prescribing

24  them to gender dysphoric youth and for no other

25  medical interventions to occur prior to age 25.

Med Def_001202

October 28, 2022

Page 145

1  Thank you.

2           CHAIRMAN ZACHARIAH:  Well, thank you so

3  much, Ms. Cadison.

4           Next Helena Kershner (phonetic).

5           HELANA KERSHNER:  Hello, my name is Helena

6  Kershner and I'm 24 years old.  I'm here today as a

7  de-transitioner with grave concerns about the

8  so-called gender-affirming model of responding to

9  minors and young adults who believe they are

10  transgender.

11           As a young girl, I had no discomfort with

12  being female.  What I did have was a history of

13  family issues, difficulty fitting in with other

14  girls, eating disorders, self-harm, and depression.

15  When I was 14, I began spending a lot of time online

16  in communities where countless other troubled

17  adolescent girls were encouraging each other to

18  interpret social, emotional, and body image

19  difficulties as signs of gender dysphoria with the

20  belief that body modification would be a

21  transformative solution.

22           When I took steps in the direction of being

23  trans, I received more positivity and encouragement

24  than I had ever experienced.  By age 17, I

25  identified as a trans boy and was fully convinced

Med Def_001203

October 28, 2022

1  that my only chance at living a happy life would be

2  to take hormones and undergo surgeries to change my

3  body.

4          My school counselors and school therapist

5  both affirmed my beliefs, and the psychologist even

6  told my mother that she was risking my suicide if

7  she would not agree to testosterone treatments.  But

8  thankfully, she was not intimidated.

9          I went to a Planned Parenthood a few weeks

10  after my 18th birthday.  None of the clinicians were

11  interested in what was behind my desperation to

12  change my body.  They told me that because I seemed

13  so sure they would prescribe the hormones that day,

14  forgoing blood tests.  I told the clinicians that I

15  wanted a high dose, so I would see more changes in

16  my body.  They agreed and prescribed me 100

17  milligrams of testosterone per week.

18          The mental health effects of testosterone

19  were profound.  I began experiencing uncontrollable

20  episodes of rage and paranoia where I was a danger

21  to myself and others.  I also became more suicidal

22  and self-harming.  Due to this, I was hospitalized

23  twice.  None of the clinicians in the hospital or

24  outpatient center ever mentioned testosterone as a

25  possible source for my mysterious new symptoms.

Med Def_001204

October 28, 2022

1   Instead, I was prescribed a litany of psychiatric

2   drugs.

3            This time was so dark that it caused me to

4   question the original promises of a joyful trans

5   life, and after five years of identifying as trans

6   gender, I stopped taking testosterone and began the

7   journey of de-transitioning.  My mysterious new

8   mental illness went away soon after and has never

9   returned.

10            I am forever grateful that clinicians were

11   not able to affirm me any further.  I am very

12   fortunate to not have experienced any obvious

13   physical detriments, but the negative impact of the

14   so-called gender affirmative care on my life cannot

15   be understated.  Not only was I in serious danger

16   under the influence of testosterone, but the mental

17   process of returning to reality, accepting my body,

18   coping with everything that happened, and facing the

19   mental health issues that were compounded by these

20   experiences has been very difficult.

21            I ask the board to see these dangers of

22   gender affirmation and create a rule prioritizing

23   exploratory psychotherapy and long-term health over

24   dangerous cosmetic interventions for these

25   vulnerable young people.  Thank you.

Med Def_001205

October 28, 2022

Page 148

1              Thank you, Ms. Helena.

2              Next is Ted Haley (phonetic).  Yeah, please

3  proceed.

4              TED HALEY:  Yeah.  I've got 31 minutes.  I

5  could do it but you all might not want to listen, I

6  don't know.  I want to be fair to everybody.

7              Okay.  First of all, it is an honor and a

8  privilege, and I am humbled to be here to testify to

9  the Medical Board of Florida.  I also want to say to

10  all my trans friends, been there, done that, got the

11  badge.  Not many people are going to say this but

12  being transgender is not easy.  It takes a lot of

13  courage, you have to be brave and determined.  So no

14  matter what you say, being transgender is difficult.

15              Well, with that, I want to say thank you to

16  Dr. Laidlaw, I can confirm that what he says

17  personally is true.  All the things that he laid

18  out, I got the badges.  What makes me qualified?

19  Well, at age eight, I too had gender dysphoria.  But

20  I was an old school because back then you couldn't

21  do anything.  So I had to wait until I was 50.  But

22  in that time, I had to wait until then, I had five

23  adopted children and I was, you know, divorced and I

24  had free range because my kids were adults,

25  basically.  But what did I do?  I did it all.

Med Def_001206

October 28, 2022

1  Everything you could do.  Two facial feminization

2  surgeries, trach shave, in and out bottom surgery,

3  hundreds of hours of electrolysis.  If you've ever

4  done that, it is painful.

5          So why am I telling you all this?  I'm

6  telling you because yeah, I was happy for a few

7  years.  It's kind of like buying a car, you know, an

8  expensive one with the real expensive payments.

9  Then a few months later, you get buyer's remorse.

10  Well, that was me.  I was very happy for about 8 to

11  10 years, then I started experiencing waves of

12  depression so severe that, yes, I might not be here

13  today had it been for my faith in God and the fact

14  that I'm raising my granddaughter.

15          This is a serious issue.  We don't take it

16  lightly.  I don't take it lightly.  I have two

17  friends that have died in these procedures, medical

18  procedures.  They're dangerous.  This is something

19  very, very serious.  I have two trans friends that

20  committed suicide.  Yes, I know what it's about.

21          So what am I asking?  Is that the medical

22  board seriously consider delaying this until the age

23  of consent.  I was 50 years old when I transitioned,

24  and it took me to 62 to figure it out.  So if me at

25  62 can't figure out, how in God's green Earth is a

Med Def_001207

October 28, 2022

1   minor going to?  They want to be a fireman one day,

2   a policeman, a boy, or girl, whatever.  But I know

3   you all will make the right decision.  They you for

4   the privilege to being here and thank you trans

5   friends for being here too.

6            CHAIRMAN ZACHARIAH:  Thank you, Mr. Haley.

7            Next is Yako Shenfield (phonetic).

8            YAKO SHENFIELD:  Ladies and gentlemen, good

9   afternoon.  What you're about to hear is tragic.  My

10  name is Yako Shenfield and last year on August 22nd,

11  I buried my beloved daughter because of what gender

12  transition treatment did to her.  My daughter had

13  been in counseling for depression since the age of

14  15 but had never said anything about gender

15  dysphoria to her counselor.

16            At age 17, her mother told me that she was

17  transgender.  She did suffer from rejection in

18  school and was seeking affirmation.  Five of her

19  friends announced they were transgender.  When she

20  said that she was trans, she finally had her peers'

21  acceptance, so she thought.  And she had not

22  previously experienced in high school, I mean the

23  acceptance.

24            When my daughter went to college, she began

25  taking testosterone.  When I saw her at the college,

Med Def_001208

October 28, 2022

1  she was very depressed.  Actually, she was almost

2  rejected for non-performance of her academic

3  studies.  A social worker presented a meeting with

4  my daughter.  Her name is Shannon Sonnet, MSW

5  (phonetic).  She told me that my daughter was going

6  to get a double mastectomy.  When I objected to her

7  taking such a drastic step at such a young age at

8  that point, 19 or 18 and a half, the social worker

9  told me I was a typical chauvinist male.  I am a

10  typical chauvinist male who doesn't love his child

11  enough.  She said, "This is what we are going to do,

12  and you need to just get on board."  The social

13  worker assured me that everything would be fine if I

14  just loved my daughter.

15          My daughter had a double mastectomy at age

16  19.  Exactly when, I don't know, because she didn't

17  speak to me for about two years.  It wasn't my

18  decision, it was her decision.  At some point,

19  finally, it was very painful to me that separation

20  from my child.  Things were amended.  I accepted her

21  and to the best that I could because inside, I was

22  in such dichotomy of feelings because I rejected

23  this whole journey.  I think it's against God.  It's

24  against biology as we heard from Dr. Laidlaw.

25          UNIDENTIFIED SPEAKER:  Time.

Med Def_001209

October 28, 2022

Page 152

 1              I'm talking, okay.

 2              UNIDENTIFIED SPEAKER:  Time.

 3              UNIDENTIFIED SPEAKER:  These people also

 4  cheated.  I was the second person here that handed

 5  in my speaker card and none of these people --

 6              CHAIRMAN ZACHARIAH:  Excuse me.  You've got

 7  to stay quiet.

 8              You know, Mr. Shenfield, thank you so much.

 9  Your three minutes has expired.  I really appreciate

10  you coming.

11              Now let's go on to -- you're next.

12              UNIDENTIFIED SPEAKER:  Okay.  I'd like to

13  called --

14              CHAIRMAN ZACHARIAH:  No, no.  You had three

15  minutes and that's it.

16              UNIDENTIFIED SPEAKER:  Next, please, Bob

17  Flynn (phonetic).  Bob Flynn if you're here, we're

18  calling you.

19              CHAIRMAN ZACHARIAH:  Sir, we are not going

20  to allow it.  You have to sit down.  You have to do

21  an orderly manner and you're going to run this

22  meeting.  You sit down.  I am just telling you, you

23  sit down, or somebody will sit you down.

24              UNIDENTIFIED SPEAKER:  We're calling Bob

25  Flynn at this time.

Med Def_001210

October 28, 2022

1          Mr. Bob Flynn, please.

2          MARY FLYNN:  Mary Flynn.  We both have

3   cards.  Would you prefer just Bob and then I go

4   later, or --

5          UNIDENTIFIED SPEAKER:  No.  I'm okay with

6   both of you, please.

7          MARY FLYNN:  Okay.  I'll start in the

8   essence of time.  So my name is Dr. Mary Flynn; I'm

9   a consulting psychologist and a proud mother of a

10  transgender child who is now 12 years old.  It's a

11  joy to raise this beautiful child and everything

12  we've heard before is nothing that I've ever heard

13  before in any support group, by any physician, by

14  anything.

15          So to be clear, our child at age 4 was --

16  came out as transgender.  She told us who she is.

17  We worked with a panel of experts, just to your

18  point.  We have a full team of people.  She meets

19  with a psychologist every single week.  She's met

20  with three over the years.

21          For the past 8 years, we've been on this

22  beautiful journey helping our child who had suicidal

23  ideation at age 5 and now is a healthy, happy 12-

24  year-old thriving in Florida.  But we are scared

25  we're going to have to move because she has started

Med Def_001211

October 28, 2022

1  gender-affirming care at age 12.  She has a puberty

2  blocker.  And you all have the power to save her

3  life and all of the lives of these people that need

4  this medicine.  You actually have the power here.

5           If we did not have this medicine, she would

6  not be alive.  We are so proud of her, and we are so

7  proud to be in Florida where they have allowed her

8  to get her care.  What you're talking about is

9  waiting until age 18.  Well, they won't be here.

10  This group commits suicide.  They will not be here.

11  So we need the medication, please.

12           BOB FLYNN:  We want to put the hands -- we

13  want to put the control in the hands of the parents,

14  right.  We want to be able to make these decisions

15  for our kids.  One lady said, "Wait until they're

16  25."  We all have the ability to be able to make

17  these decisions as adults.  For every study, there

18  is always a counter study, right.  We've heard that

19  today through in and throughout.

20           And I feel that, you know, we can answer

21  these questions and we should let these children

22  proceed and put the capability in the hands of the

23  parents, so that the kids can do their thing, okay.

24  When you take that medication away, we can't do that

25  decision.  And now the burden is on our daughter.

Med Def_001212

October 28, 2022

1  We'll probably have to move, and that is even deeper

2  despair for her.

3           And what happens in the Netherlands is the

4  same thing that happening here.  It's all political.

5  100 and 30 something bills have already been

6  positioned, and that, as a result, against

7  transgender care.  And that to me is just atrocious.

8  We're here to support our kid.  I need you to help

9  us support our kid.  At least keep us to have the

10  tools to support our kid.

11           UNIDENTIFIED SPEAKER:  Thank you very much.

12           CHAIRMAN ZACHARIAH:  Thank you.  Next is

13  Blaze Treatis (phonetic).

14           BLAZE TREATIS:  Good morning.  I'd like to

15  thank State Surgeon General Joseph Ladapo for

16  seeking Florida medical guidelines which prohibit

17  medical doctors from prescribing puberty blockers

18  and cross-sex hormones for children, and from

19  performing sex change surgeries on children.

20  Dr. Ladapo correctly asserts that puberty blocker

21  drugs and cross sex hormones cause irreversible

22  lifelong injury to children such as loss of bone

23  mass, blood clots, and lifelong sterility.

24           Until the Florida legislature criminalizes

25  medical doctors performing genital mutilation

Med Def_001213

October 28, 2022

1  surgery on children, the Board of Medicine and Board

2  of Osteopathic Medicine should adopt the

3  recommendations of State Surgeon General Ladapo.  It

4  is an oxymoron to call sex change surgery for

5  children "gender-affirming care."  As there is no

6  care being provided but instead only child abuse

7  which has been outlawed and criminalized in some

8  states in America.

9        What is happening is that social media,

10  such as TikTok, promotes gender dysphoria which

11  leads to peer pressure among teenagers and preteens

12  to succumb to the pressure to believe that they

13  should try to become the opposite sex.  In the

14  extremely rare cases of gender dysphoria, the child

15  invariably is experiencing depression will pass with

16  time and perhaps, treatment.  The solution to the

17  temporary depression in children is not irreversible

18  side effects of puberty blocking drugs and cross-sex

19  hormones and life altering, irreversible sex change

20  surgery.

21        It is way past time for women and feminists

22  to reject men's false assertion that men can become

23  women by putting on a dress and makeup and take some

24  hormones.  When feminist succumb to the false

25  demands of these transgender men who claim now to be

Med Def_001214

October 28, 2022

1 women, the feminist are victims of what they say

2 they are fighting against, which is patriarchal men

3 dominating and controlling them, women.  Transgender

4 men dominating girls and women in high school

5 sports, in college sports, public discourse, public

6 policy, and every other aspect of society.  Women

7 should stand up against this attempt by transgender

8 men to dominate women.

9         University of Kentucky swimming champion

10 Riley Gaines has been outspoken on television

11 arguing against transgender men such as Leah Thomas

12 being allowed to dominate women swimmers in the

13 college swimming championships.  Ms. Gaines spoke

14 the truth when she said that "Womanhood is not a

15 mental disorder suffered by men."  That concludes my

16 remarks.

17         I would just like to say that I agree with

18 the board member in the front who says to leave the

19 clinical studies out of this proposed rule.  It

20 seems to be complicating it greatly.  And as the

21 gentleman said, there's 49 other states where these

22 studies can be done, and I think it would be better

23 to leave that out.  I appreciate you.  It looks like

24 you're going in the right direction.  Please

25 continue.  Thank you.

Med Def_001215

October 28, 2022

1          ATTORNEY MCNULTY:  Thank you.  Calling Hope
2   McClay, please.
3          HOPE MCLAY:  Hi, I'm Hope McClay.  This is
4   my mother.  I am not a medical professional.  I am
5   not a scientist.  I am just here as a mother.  In
6   2023, I was a mother to three little boys.  Today, I
7   am the mother of two little boys and one beautiful
8   little girl.
9          Our journey started since my daughter could
10  walk or talk.  Ever since she could walk or talk,
11  she presented as female.  I thought I had a very
12  creative little boy, possibly would grow up to be
13  gay and never leave his mother.  She would wear
14  dresses, fashion long hair out of t-shirts.
15          And it wasn't until -- and we allowed this
16  to continue inside the home, but outside the home,
17  we forced her to conform and to be a boy.  We
18  physically, at times, had to force her to put her
19  boy clothes on.  We physically had to force her to
20  cut her hair and keep a short haircut.  And these
21  escalated to such an extent that it was becoming
22  distressing, really for all of us, to physically
23  force a child.
24          My daughter is a very determined person.
25  She's always known who she is.  At one point, she

Med Def_001216

October 28, 2022

1  came up to me at about three and a half years old

2  and begged me, crying, and said, "Please, don't make

3  me be this way anymore.  This is not who I am.  I

4  want to die."  And while I know it sounds profound

5  that a three-and-a-half-year-old would be able to

6  say these words, we still did not support her.  What

7  we did was we educated ourselves and we went to

8  professionals.

9          We went to some of the best professionals

10  in the state of Florida who helped us understand

11  what transgender is.  I didn't really know what that

12  was.  And so we supported her social transition and

13  her journey.  Today she is almost 10 years old.  She

14  is a competitive synchronized swimmer.  And no, she

15  does not dominate the sport.  She just had her level

16  one test and failed magnificently, but she loves the

17  sport.

18          She -- we're not looking to have surgery,

19  we're not looking to do anything harmful to our

20  daughter other than support her mental health.  It

21  would be psychologically damaging if she had to go

22  through puberty as a male.  It would be

23  psychologically damaging for her siblings, for our

24  family.

25          All we're asking is that the medical

Med Def_001217

October 28, 2022

1   professionals treat each patient individually.  Our

2   doctor is here in this room.  We have sought out

3   psychiatry, psychological, medical, pediatric,

4   endocrinologist's help.  So we do not make these

5   decisions lightly, but these are the decisions that

6   should be made by the families not by the state and

7   not by a board.  Thank you.

8           ATTORNEY MCNULTY:  Thank you.

9           CHAIRMAN ZACHARIAH:  Okay.  Next is

10  Dr. Edward Drass.

11          EDWARD DRASS:  Good morning, Board.  I'm

12  Dr. Edward Drass.  I practiced here in Florida for

13  the last 40 years.  I've done general internal

14  medicine and family practice.  I also chaired our

15  hospital ethics committee for 12 years.  Today I

16  loudly speak out against all forms of chemical and

17  surgical cross-sex therapy.

18          I've seen the full range of mental illness

19  in children, adolescents, and young adults.  We all

20  agree mental illness is destructive for the

21  individual, the family, and for society.  Many of

22  the individuals that I've seen that are LGBTQ or

23  transgender have significant levels of mental

24  illness, and often, this mental illness has not been

25  satisfactorily addressed by counseling or

Med Def_001218

October 28, 2022

1  psychotherapy.  Is it not the best practice to

2  address psychopathology with approved psychotherapy

3  before instituting lifechanging, unhealthy

4  transition treatments?

5           Gender identity disorder only came to my

6  attention five or six years ago, but it's now

7  diagnosed in the code book for mental illness, the

8  DSM-5 as Gender Dysphoria.  It appears that we're

9  dealing with an unprecedented epidemic of mental

10  illness in adolescent females.  This demographic

11  comprises the bulk of the 4400 percent rise in new

12  cases of gender dysphoria seen in the past few

13  years.

14           So I ask you physicians, for what other

15  disease do we allow an adolescent patient to make

16  his own diagnosis and then demand a preferred

17  treatment?  As the Board of Medicine, what ethical

18  standards must be met when providing sex

19  reassignment?  What standards of care have been

20  established for this treatment?  Does the board

21  supervise quality control and satisfactory outcomes

22  for doctors and clinics offering these services?

23  What is a satisfactory outcome?  These are all

24  questions that need to be asked when you decide the

25  rules for transgender treatment.

Med Def_001219

October 28, 2022

1          I think other countries and judicial

2   systems are well ahead of the United States in

3   making this determination.  In the wake of the Bell

4   versus Tavistock verdict, as you heard from

5   Dr. Biggs, the NHS has reversed course in its

6   transition treatment advice.  Florida should take

7   the lead from this decision.

8          A summary review of transgender medical

9   research concludes there's no support for medical

10  intervention for gender confused minors.  Medical

11  transition procedures do not reduce youth suicide.

12  Childhood gender dysphoria usually dissipates by

13  adulthood.  And the dramatic increase in gender

14  dysphoria in the recent past is likely driven by

15  social factors.

16          My recommendation to the rules committee is

17  that cross-sex medical and surgical treatment should

18  not be supported by organized medicine, the Board of

19  Medicine, the legislature, or insurance companies.

20  Thank you for what you're doing.

21          CHAIRMAN ZACHARIAH:  Dr. Drass, thank you

22  so much.

23          ATTORNEY MCNULTY:  I'm going to ask the

24  crowd to please be controlled.  What we're trying to

25  do is to allow everybody to make comments, so please

Med Def_001220

October 28, 2022

1  contain your -- we've got to control this, so that

2  we can allow everybody to have their time.  So I'm

3  going to call Jude Spiegel (phonetic), and again, if

4  the crowd starts disrupting the speaker, you're

5  going to be asked to leave.

6             Jude Spiegel.

7             UNIDENTIFIED SPEAKER:  They went to the

8  restroom real quick.  Can we come back to them?

9             ATTORNEY MCNULTY:  Okay.  Then we'll call

10 the next, Ada Lopez (phonetic).  And a reminder,

11 Ada, you have only three minutes.

12            ADA LOPEZ:  Hello, my name is Ada Lopez and

13 I thank the board for giving me a chance to speak.

14 I'm a proud mom of a transgender son.  Our child

15 attended Catholic school from pre-K through eight.

16 He was in the Girl Scouts, sang in the choir, was an

17 alter server.  He used his recess time to raise

18 money for Operation Smiles.  Those were the things

19 he was involved in at that time.  He insisted on

20 being the first one to arrive at school every day.

21 He worked as a safety patrol.  He used to volunteer

22 to stay after to help the teachers clean their

23 rooms.  He was passionate about books, astronomy.

24            All of that started to change at the age of

25 13.  He became reclusive, did not want to leave his

Med Def_001221

October 28, 2022

1  room.  He did not want to go to school.  He lost

2  interest in all the things that he loved.  We didn't

3  know what to do.  He wanted to die.  We took him to

4  therapists, doctors.  I signed him up for teen club.

5  Even a youth group called Girl Talk.  I gave him a

6  kitten.  Nothing worked.

7          Finally, he came out to us at the age of 14

8  as a transgender boy.  This was something new for

9  us.  As a registered nurse, I knew how to look for

10 established national guidelines, recommendations.  I

11 learned about WPATH and I took him, at that time, to

12 medical experts right here in Florida, starting with

13 his pediatrician who had known him since birth.  We

14 saw endocrinologists, psychiatrists, psychologists,

15 social workers.  I was presented with options and

16 made difficult decisions.

17          Today, my son has a new name that matches

18 his gender.  He is a very happy 21-year-old college

19 student currently majoring in physics and astronomy.

20 Gender-affirming care made all the difference for

21 him.  I am so grateful every day to have him.  Next

22 month we're going camping.  Now he spends his free

23 time going to the rock-climbing gym with his

24 friends.

25          I ask the board to keep all these

Med Def_001222

October 28, 2022

Page 165

1  lifesaving WPATH options open for all Floridians.  I

2  can't even think of the harm that would have come to

3  him if we hadn't been able to access these

4  treatments.  And when it's time to make difficult

5  decisions for parents, other people's opinions don't

6  matter.  People want to have access to all the

7  options that can save their child's life.

8           ATTORNEY MCNULTY:  Thank you.

9           CHAIRMAN ZACHARIAH:  Thank you.  Next is

10  Robert Roper (phonetic).

11           ATTORNEY MCNULTY:  No, next.

12           CHAIRMAN ZACHARIAH:  Next is Robert Roper.

13           JUDE SPEIGEL:  You said my name when I was

14  in the bathroom.

15           CHAIRMAN ZACHARIAH:  I understand that.

16  You're going to wait.

17           Robert Roper.

18           ROBERT ROPER:  My name is Robert Roper.

19  I've been authorized to tell a story of a patient

20  named CG -- that's a pseudonym -- who has been

21  irreversibly harmed by medical transition as a

22  minor.  Says this, "Had a rule placing restrictions

23  on gender transition treatments been in place in my

24  street, then I would not have been placed on the

25  fast-track to medical and surgical interventions and

Med Def_001223

October 28, 2022

Page 166

1  I would not at age 21 be facing a lifetime of

2  sterility and a mutilated body.

3         Like many de-transitioning young people, I

4  was a gender nonconforming child who was on the

5  autism spectrum and suffered from depression and

6  anxiety.  At age eight, I did not like stereotypical

7  boy stuff.  Instead, I liked girl stuff and the ways

8  girls behaved.  Transgender websites told me I was a

9  girl if I like girl things.  I began talking with

10  trans identifying people through phone apps.

11         At age 14, I told my parents that I was

12  trans and believed that I was a girl trapped in a

13  boy's body.  My parents celebrated my trans identity

14  and took me to see gender-affirming therapists.  The

15  therapist immediately affirmed my trans identity

16  without any psychological testing or exploring why I

17  believed I was trans.  I then saw an endocrinologist

18  and a gender clinic at Providence Hospital.  The

19  endocrinologist prescribed Estradiol and

20  spironolactone.

21         At age 15, I began the hormone regiment.  I

22  experienced significant psychological complications

23  from the treatments.  I became depressed to the

24  point that I was not getting out of bed.  I became

25  too anxious to go anywhere or talk to people and

Med Def_001224

October 28, 2022

1  ended up dropping out of school.  I also developed

2  an eating disorder and an addiction to the internet.

3  I was not functioning healthfully, but my parents

4  continued to move me along the gender-affirming

5  path, scheduling surgery at age 17.

6            Soon after turning 18, I was flown to

7  Washington, D.C. where my testicles and penis were

8  removed.  I was given a vaginoplasty to create an

9  artificial vagina and receive plastic surgery on my

10  face.  At no point was I offered any alternatives to

11  medication and surgery.  No one attempted to explore

12  my underlying reasons for my depression and

13  discomfort with my sex.

14            I soon realized that treatments had not

15  improved my life and I discontinued them at age 18.

16  Now at 21, I have a body that is completely ruined.

17  I have worried that my body is now going to be a

18  freak no matter what I do.  Even with parental

19  consent, these treatments are putting kids on a path

20  of harm.  I was not able to grow up in a healthy way

21  as a result of having been scared by these

22  treatments.  I do not want to see other young people

23  harmed in this way.  I believe these treatments

24  should be disallowed or seriously restricted for

25  children and young people like myself."  Thank you.

Med Def_001225

October 28, 2022

```
 1              ATTORNEY MCNULTY:  Jude Spiegel.

 2              JUDE SPIEGEL:  Hi, I'm Judge Spiegel.  I'm

 3   a transgender parent of two children and I've known

 4   I was transgender since I was very young.  I

 5   suffered from suicidal ideation from the age of 10

 6   to 26 and attempted suicide many times thinking it

 7   was wrong to be who I was.  I wanted changes I

 8   didn't think I could ever have.  I didn't feel safe

 9   opening up about who I was until later in life.  But

10   this isn't about me.

11              Let these decisions remain between parents,

12   children, and their doctors.  If rules must be

13   adopted, then please adopt the World Professional

14   Association for Transgender Health Standards of

15   Care.  I'm going to read the names of 17 transgender

16   teens I researched who chose suicide over living in

17   a world that refused to acknowledge or accept them.

18   Andrew Elijah Martinez (phonetic), Ash Hafner

19   (phonetic), Avril (phonetic), Blake Brockington

20   (phonetic), Charles Knolls (phonetic), Daniel France

21   (phonetic), Amelia Worth (phonetic), Emmot Castle

22   (phonetic), Fluod (phonetic), Haley Gabrielle

23   Feldman (phonetic), Jordan Howell (phonetic), Kyler

24   Prescott (phonetic), Leila Alcorn (phonetic), Leo

25   Etherington (phonetic), Melanie Rose (phonetic),
```

Med Def_001226

October 28, 2022

Page 169

 1   Taylor Alesena (phonetic), and Zander Nicholas

 2   MaHafeey (phonetic).  Thank you.

 3              ATTORNEY MCNULTY:  Thank you.

 4              CHAIRMAN ZACHARIAH:  Next is Amie Aderberry

 5   (phonetic).  Is Amy Aderberry here?

 6              Next is January Littlejohn (phonetic).

 7              JANUARY LITTLEJOHN:  My name is January

 8   Littlejohn.  I am a Florida mother of three children

 9   and a licensed mental health professional.  I am

10   here to offer my personal experience, not as a

11   counselor, but as a mom.  In the spring of 2020, our

12   13-year-old daughter told us she was experiencing

13   distress over her sex, and she didn't feel like a

14   girl.  She had expressed no previous signs of gender

15   confusion and her announcement came shortly after

16   three of her friends at school also claimed

17   transgender identities.

18              Soon afterwards, her mental health

19   spiraled.  We worked with a licensed mental health

20   professional to help our daughter explore and

21   resolve co-occurring issues including low

22   self-esteem and anxiety.  We also gave her more one

23   on one time, in person activities away from trans

24   influencers, limited her internet use, and declined

25   to affirm her newly chosen name and pronouns.  We

Med Def_001227

October 28, 2022

1  set appropriate boundaries and allowed her to choose

2  her hair and clothing but denied harmful requests

3  such as breast binders, puberty blockers, cross-sex

4  hormones, and surgeries.

5          It was clear from conversations that our

6  daughter was uncomfortable with her developing body

7  and had an intense fear of being sexualized.  She

8  was filled with deep self-loathing and was in true

9  emotional pain but had been encouraged by peers and

10  influencers to believe that gender identity was the

11  source of that pain.  What she really needed was for

12  us to help her make sense of her confusion and

13  remind her that hormones and surgeries could never,

14  ever change her sex or resolve her underlying mental

15  health issues.

16          I shudder to think what could have happened

17  if we had affirmed her false identity and consented

18  to medical treatments as opposed to what we did

19  through watchful waiting which was to lovingly

20  affirm her as she is, beautifully unique, and

21  irreplaceable, and undeniably female.

22          After several years, our daughter has

23  desisted and is on a path to self-love.  I have

24  spoken to many parents in Florida, and they are not

25  being informed of all treatment options when they

Med Def_001228

October 28, 2022

1  seek help for their child.  Many times they are

2  being convinced by medical professionals that

3  affirmation and medicalization is their only option

4  to avoid the impending suicide of their child.

5  Suicide is told to these parents as if it is a

6  guaranteed outcome versus a risk factor for these

7  kids.

8           Unfortunately, gender dysphoric children

9  are being encouraged through activism and peer

10 pressure to disassociate from their bodies and to

11 believe their body parts can simply be removed,

12 modified, or replaced.  The irreversible

13 consequences of medical transitioning including loss

14 of sexual and reproductive function cannot be fully

15 understood by children or teens who lack the

16 necessary cognitive maturity or experience.

17          These children deserve ethical, evidence-

18 based treatment that helps them explore and resolve

19 the true source of their distress.  Please stop

20 enabling doctors to chemically castrate and cut off

21 the health organs of children and teens.  Thank you.

22          ATTORNEY MCNULTY:  Next, George Lopez.

23 George Lopez (phonetic).

24          Cory Hill (phonetic).

25          Okay.  I have a card.  Mr. Lopez, would you

Med Def_001229

October 28, 2022

1   like to address the boards?

2             Okay.  Cory Hill.

3             Jennifer Engles (phonetic).

4             JENNIFER ENGLES:  I'm a licensed mental

5   health counselor in the state of Florida.  I speak

6   for myself and my own experiences and education.  I

7   have been counseling transgender youth since 2013,

8   and transgender people aged 13 and older, generally

9   make up between 60 to 80 percent of my active client

10  caseload at any time in my practice.  I would not be

11  encompassing the full scope of my career if I did

12  not come here today to advocate for my clients'

13  mental health and wellbeing.

14            Some of the ethics of my profession,

15  according to the American Counseling Association's

16  code of ethics, are to do no harm, to work for the

17  good of the individual, and to respect the rights of

18  one to control their own life.  The American Medical

19  Association's code of ethics echoes these themes.  I

20  have both of these here.  Please allow those of us

21  who specialize in working with certain issues to

22  continue to do so unimpeded.  Most professionals who

23  work with the transgender community in any capacity

24  have been trained in gender-affirming care per the

25  WPATH standards of care, which I have here, version

Med Def_001230

October 28, 2022

1   eight.  It is for you if you would like this copy.

2            So we do this because it is a worldwide

3   standards of care that is best practice that has

4   been used for 43 years and through 8 editions.  So

5   they do continue to evolve.  This is not a static

6   document from 43 years ago.  The research is

7   unbiased, apolitical, and well documented to be in

8   the best interest of the client or patient.  What is

9   different about Florida's transgender citizens that

10  our Department of Health feels the need to determine

11  standards of care that are different from the entire

12  rest of the world?

13            Please do not make your decision for

14  political reasons.  My clients, even the young ones,

15  are well aware that they are being used as political

16  pawns, and they are already being harmed by

17  discussions like the one we are having today.  Today

18  the Department of Health and Board of Medicine are

19  not upholding the ethic of do no harm.  They hear

20  you.  They hear us.  They are hurt.

21            Per WPATH, "Therapists and medical

22  providers are already discussing potential risks and

23  benefits of hormone therapy in order to write

24  referral letters."  We do this.  I have a form that

25  I fill out that I go through, check boxes of what I

Med Def_001231

October 28, 2022

1   discuss.  How many transgender people have you had

2   in depth conversations with regarding their lived

3   experiences?  If you had the insight I have gained

4   from getting to know hundreds of transgender people

5   as a therapist, friend, advocate to the community,

6   and could understand how amazing transgender people

7   are and how much they truly contribute to all facets

8   of society, you would want to do everything you

9   could to help them thrive.

10          What if transgender people are just real

11  and just exist in greater numbers currently because

12  they have more reason for hope for a fulfilling and

13  authentically lived future?  I want to be clear, I

14  do not tell my clients what choices to make about

15  their lives.  I help them and their families to make

16  their own decisions.

17          CHAIRMAN ZACHARIAH:  Well, thank you so

18  much.  Next is Bob Framingham (phonetic).

19          BOB FRAMINGHAM:  Members of the board, my

20  name is Bob Framingham and I have been personally

21  impacted by the harms of gender-affirming care

22  through watching my son transition.  My son was

23  educated in Christian private schools from

24  kindergarten to grade eight, was an average,

25  well-behaved student.  He played baseball little

Med Def_001232

October 28, 2022

1  league, was pretty good.  He expressed no confusion

2  over sex during childhood or adolescents.  However,

3  he was socially awkward and did have mental health

4  issues.

5          Grades 9 through 12 he attended SAIL public

6  school in Tallahassee.  SAIL is a very progressive

7  art school, and this is where he was exposed to the

8  false idea that he could have been born into the

9  wrong body.  He earned a brown belt in Taekwondo and

10 is an Eagle Scout.  At age 18, he could do 20 pull-

11 ups with one hand.  Now he can't lift 40 pounds

12 because of his therapy in order to help him grow

13 breasts.

14          He was diagnosed with borderline

15 personality and severe depression in 2023.  His

16 mental health issues began around age 14 shortly

17 after he started at school.  It was clear that he

18 suffered from low esteem and self-hate.  Tyler

19 announced that he was transgender at age 22 and

20 began transitioning for 6 years.  This has not

21 improved his quality of life or resolved his mental

22 health issues.  He dropped out of college, has no

23 meaningful romantic relationships, and he's not

24 anorexic.  Clearly, there's a disconnect between

25 Tyler's brain and his body.

Med Def_001233

October 28, 2022

Page 176

1            He intends to alter his body, but I really
2    think he needs to alter his mind.  I am deeply
3    concerned that his mental health will further
4    deteriorate once he comes to the realization that
5    making irreversible changes to his body will not fix
6    his pain.
7            So I would urge you to create a rule that
8    will protect children from making irreversible life-
9    changing decisions when their brains are not fully
10   developed.  I would encourage you to put safeguards
11   in place even for adults seeking transition, like
12   counseling to address other mental issues that may
13   be the root cause of the confusion prior to any
14   surgery or hormonal intervention.
15           And I would suggest that having a true
16   informed consent where patients are fully informed
17   of the consequences of taking hormones, including
18   the rate of regret and the high risk of suicide 7 or
19   10 years after transition.  Thank you very much.
20           ATTORNEY MCNULTY:  Next, I have George
21   Lopez, Cory Hill, and Lindsay who would be next in
22   line, but they've chosen not to speak.  But they are
23   opposed to the rule.
24           Next, I'll call Cassie.
25           Gus.

Med Def_001234

October 28, 2022

1          Kevin Astle.

2          KEVIN ASTLE:  Good afternoon.  My name is

3    Dr. Kevin Astle.  I'm an assistant professor with

4    the University of South Florida Taneja College of

5    Pharmacy.  My statements today do not represent the

6    views of my employer.  I hold several credentials

7    and board certifications including board certified

8    pharmacotherapy specialist.  So in this role, I'm a

9    medication expert and I have the expertise to be

10   able to determine when medications are appropriate

11   and to evaluate the literature that's available for

12   medications.

13          I could preach to you about the

14   recommendations and rules that you are setting forth

15   today and how they contradict the recommendations of

16   all the major medical associations in the United

17   States, but you all are already aware of that.  One

18   of the points discussed today is the informed

19   consent process and how for the children that you

20   want to continue on therapy that have already

21   engaged in gender-affirming care need this enhanced

22   informed consent process.  That is already

23   occurring.  That, along with the recommendations

24   made today, are evident that the guidelines have not

25   been reviewed.  That the board here does not know

Med Def_001235

October 28, 2022

1   what is actually being practiced in medical care

2   today and that these standards being proposed by the

3   board are outside of the standard practice in the

4   world.

5            Another point brought up today was for

6   research.  You know, there's 49 states in the

7   country, let's let them do the research.  What does

8   that say to our institutions here in the state of

9   Florida?  That we're second class to the rest of the

10  United States?  That the University of Florida, a

11  top five public institution where I'm a proud alumni

12  of, does not deserve to engage in research?  Or

13  myself at  the University of South Florida we cannot

14  engage in research for this topic just because we

15  live in the state of Florida?  That will make us

16  second class to the rest of the United States and

17  that is not what we want to do.

18           And then finally on that, you talk about

19  not wanting to impair progress.  This discussion

20  today, the fact that we're having this is impairing

21  progress, so that is all that's being done.  This

22  country was founded on the principle of individual

23  rights and freedoms.  Today you're making actions to

24  violate those freedoms for Floridians.  You have the

25  right to choose whether or not you want to provide

Med Def_001236

October 28, 2022

1  gender-affirming care in your practice.  You have

2  that choice and that decision.  You have the choice

3  and decision whether you should pursue gender-

4  affirming care yourself or for your children.  Your

5  actions today are going to take that right away for

6  Floridians all across the state.  And is that your

7  decision to make?

8              As a Board of Medicine, you're here to

9  guide medical practice.  You're not here to

10 determine what is medical practice and what is not.

11 Your actions today would be in violation of your

12 role.  You know, you're here to allow for safe

13 practice, not to dictate what is medical care and

14 what is not.  When you graduated from medical

15 school, you took an oath to do no harm.  These

16 decisions today will completely violate that oath,

17 and I think upon that your medical license should be

18 reviewed and should be considered to be revoked if

19 you pass this legislation.  Thank you.

20              CHAIRMAN ZACHARIAH:  Next is Patty Sullivan

21 (phonetic).  Before -- you can come to the podium.

22 You will be the last speaker for the day.  Let me

23 finish.  Don't shout, you're not going to win.  What

24 we're going to do, we'll give you an email for the

25 state of Florida.  You send your information and

Med Def_001237

October 28, 2022

1  whatever information you send will be a part of the

2  record.

3          UNIDENTIFIED SPEAKER:  (Indiscernible) out

4  of the 100 or 1000 of people that are sitting in

5  here that vote.

6          CHAIRMAN ZACHARIAH:  You know what -- okay.

7  Okay.  Okay, that's fine.

8          Okay.  Ms. Patty Sullivan, you may proceed.

9          UNIDENTIFIED SPEAKER:  Their blood is on

10 your hands.  Their blood is on your hands.

11         CHAIRMAN ZACHARIAH:  That's okay.  Let's

12 have some decency and quorum here.

13         Patty Sullivan, you may proceed.

14         PATTY SULLIVAN:  Hi.  My name is Patty

15 Sullivan and I'm with Parental Rights Florida.  And

16 just a quick caveat since it was brought up, the

17 American School Counselors Association, the American

18 Medical Association, the American Pediatrics

19 Association, this is why this board is needed to

20 bring clear evidence-based rules and guidelines and

21 standards.  The past president of the American

22 School Counselors Association in August in 2022 at a

23 national conference basically said, "Here in Florida

24 we have these laws made, and you need to learn the

25 rules, so that you can break the rules."  So this is

Med Def_001238

October 28, 2022

1  why you all are needed, and your expertise is needed

2  to bring these clear evidence-based standards.

3          I spent thousands of hours researching to

4  understand why specific Florida based and nationally

5  advocacy groups consistently opposed commonsense

6  family friendly legislation in Florida.  I am a

7  Florida citizen.  I'm a Florida mom.  The research

8  that I did, hours and hours, confirmed these non-

9  medical organizations push gender-affirming medical

10  interventions even though real research shows the

11  majority of these children will resolve distress

12  after puberty.

13          UNIDENTIFIED SPEAKER:  Bullshit.

14          PATTY SULLIVAN:  Many of these parents with

15  gender dysphoric children are not being presented

16  with this critical information, nor are they being

17  given all the treatment options available to them to

18  treat their child's gender dysphoria such as

19  watchful waiting and counseling.  If what is being

20  forced on these children and these families is so

21  valiant, why are these groups, why were they hiding,

22  and lying, and deceiving, and putting these support

23  guides behind the scenes and keeping parents out of

24  the loop.  I have a school psychologist on video

25  telling administrators how not to tell the parents,

Med Def_001239

October 28, 2022

Page 182

1   through my research.

2             Why are these groups still pushing

3   irreversible medical transition procedures on

4   children when they know that the research shows that

5   the rate of completed suicide increases to 19 times

6   that of the normal population post transition?

7   Children with gender dysphoric issues deal with

8   profound and complex emotional issues.  I had issues

9   that resolved from a childhood, and I'm married 34

10  years.

11            The consequences to a child making

12  permanent life altering decisions, taking drugs that

13  alter their moods and bodies, and then having their

14  genitals and breasts mutilated is beyond

15  comprehension.

16            The Florida Medical Board can put clear,

17  evidence-based rules, guidelines, and standards in

18  place and bring clear consequences for those who

19  would flagrantly break these rules and laws.  And

20  the time for courage is now.  I commend you and I

21  support you.  Please do this and bring pause.  Thank

22  you.

23            ATTORNEY MCNULTY:  Thank you.

24            CHAIRMAN ZACHARIAH:  Well, thank you so

25  much.  The timing for the public comments have

Med Def_001240

October 28, 2022

Page 183

1  ended.

2          UNIDENTIFIED SPEAKER:  Excuse me, Board of

3  Medicine, if --

4          CHAIRMAN ZACHARIAH:  We'll take a

5  five-minute recess.

6          UNIDENTIFIED SPEAKER:  I'm a State House

7  Representative here in Orlando.  These are my

8  constituents, they deserve to speak.

9          CHAIRMAN ZACHARIAH:  I understand that.  I

10 understand that.  You should know better.  You are a

11 Representative.  You know how this -- you represent

12 the House once in the state of Florida, so you

13 should obey the same rules.  And the meeting is

14 adjourned for the next five minutes.

15         UNIDENTIFIED SPEAKER:  You cut public

16 comment by one hour in Fort Lauderdale and you're

17 doing this shit again.  We see you.  We see everyone

18 of you and as long as you continue --

19         UNIDENTIFIED SPEAKER:  We respectfully ask

20 for more time.

21         (Recess taken)

22         CHAIRMAN ZACHARIAH:  Okay.  Do you have a

23 quorum now?  Yeah.  We have a quorum.  Let's talk

24 about the closing and the administrative matters.

25 Let's start with drafting the rule.

Med Def_001241

October 28, 2022

Page 184

1               Ed, do you want to start?

2               EXECUTIVE DIRECTOR TELLECHEA:  We still

3    need some guidance on this issue regarding the

4    enhanced consent process.  What do you want to see

5    in the consent?

6               MR. ROMANELLO:  So do you think, Ed, that

7    you have enough specificity for the rule unrelated

8    to the consent form?

9               EXECUTIVE DIRECTOR TELLECHEA:  You are

10   talking about the prohibition on the procedures for

11   people under 18?

12              MR. ROMANELLO:  Yes.

13              EXECUTIVE DIRECTOR TELLECHEA:  And making

14   it prospective?

15              MR. ROMANELLO:  Yes.

16              EXECUTIVE DIRECTOR TELLECHEA:  I have

17   enough on that.

18              MR. ROMANELLO:  Okay.

19              EXECUTIVE DIRECTOR TELLECHEA:  The enhanced

20   consent process though is what we're going to need

21   some more specifics on.  What specifically you want

22   to see in that enhanced consent process.

23              MR. ROMANELLO:  Got it.  So I would

24   propose, as Doctors Biggs and Kaltiala -- I'm sorry,

25   as Doctors Dayton, Janssen, and McNamara propose,

Med Def_001242

October 28, 2022

1  that any consent be predicated on a multi-

2  practitioner basis.  Right.  They all proposed a

3  multidisciplinary approach.

4          DR. ACKERMAN:  Multidisciplinary panel.  We

5  usually refer to it as a multidisciplinary panel.

6          MR. ROMANELLO:  There you go.

7          DR. ACKERMAN:  And we can say specifically

8  who should be on that panel.

9          MR. ROMANELLO:  Right.  So consisting of

10  pediatrics, psychiatry, endocrinology.  And they

11  both spoke -- or all three of them spoke about

12  support systems and kind of mental health

13  counseling.  And I think it was Dr. McNamara who

14  suggested a licensed clinical social worker when

15  Dr. Diamond was asking if you recommend those

16  surgical procedures to their patients and they said,

17  "Well, it would depend upon what the social worker"

18  -- you know, in part.  So if we're going to have a

19  multidisciplinary panel, then I would suggest it's

20  pediatrics, psychiatry, endocrinology --

21          DR. DIAMOND:  Pediatric endocrinology.

22          MR. ROMANELLO:  Pediatric endocrinology and

23  a licensed clinical social worker.

24          DR. ACKERMAN:  So can I just make a small

25  just recommendation?  I don't think you need a

Med Def_001243

October 28, 2022

1  psychiatrist but having a psychologist or licensed

2  clinical social worker, I think that's what I'm

3  hearing from them that would fill that niche.

4          ATTORNEY MCNULTY:  So I'm a little unclear

5  about the role of a social worker.

6          DR. ACKERMAN:  Well, a social worker is a

7  counselor like a --

8          ATTORNEY MCNULTY:  No, I know what they do.

9  Just how that individual would integrate into this

10  multispecialty team and at what phase?

11          DR. ACKERMAN:  Well, I think we heard from

12  them all that there was a psychological component to

13  this, and so the multidisciplinary panel, having a

14  psychological component to that.  Because you have

15  the medical component with the pediatrician, the

16  endocrinologist component with the pediatric

17  endocrinologist, and the psychological component

18  with either a clinical psychologist or LCSW.

19          ATTORNEY MCNULTY:  So where does the social

20  worker --

21          DR. ACKERMAN:  That's the LCSW.

22          ATTORNEY MCNULTY:  Yeah.  But again, the

23  role of the social worker in that process.

24          DR. DERICK:  To maybe evaluate the support

25  network for the individual.

Med Def_001244

October 28, 2022

1                ATTORNEY MCNULTY:  Okay.

2                DR. ACKERMAN:  To assess, and to give

3    counseling, and to share with the panel that the

4    patient has been properly assessed.

5                ATTORNEY MCNULTY:  Or, you know,

6    Dr. Derick, I think you answered my question.  To

7    make sure that the individual has the appropriate

8    family support.  Because some of these children, you

9    know, may not be in a two-parent family, you know,

10   they may be wards, have guardians.  So the social

11   situation of the child I think answers my question.

12               CHAIRMAN ZACHARIAH:  I have a question for

13   Dr. Hunter.  Dr. Hunter, you deal with these things.

14   Do you think they should have a psychiatric

15   evaluation, or some psychiatrist involved in this

16   decision making?

17               DR. HUNTER:  The level of mental

18   healthcare, whether it's psychology, psychiatry, I

19   think that's up for debate.  One thing that I think

20   any consent needs to recognize and needs to share

21   with the patient and the family is the level of

22   evidence and what the systematic reviews have shown.

23   The NICE reviews out of England on puberty blockers

24   and cross-sex hormones are the best English language

25   reviews.  The Swedish reviews are only summarized in

Med Def_001245

October 28, 2022

1   English.  They have not been translated from the

2   Swedish language to the English language with full

3   reviews.  But any informed consent needs to disclose

4   the degree of evidence or lack thereof, whether who

5   that's coming from.

6                I agree it needs to be a multidisciplinary

7   process.  That's what the Dutch said they would do.

8   And that needs to be -- the informed consent is not

9   a simple process in this setting.  It has to include

10  surgery.  I think it needs to include surgery

11  because once you're on the path of social

12  transition, there is good evidence that social

13  transition maintains that identity and changes the

14  desistence rates.

15               Once that's started, then you're on puberty

16  blockers.  We've heard that puberty blockers lead 98

17  percent chance, 95 percent chance of cross sex

18  hormones.  Now we're in the irreversible territory.

19  What percentage of those kids go on to surgery?  So

20  for a 12, 13, 14-year-old to understand that, they

21  would then need to understand the surgical risks

22  because they're starting on a pathway that may not

23  go back, that may be irreversible.

24               So the consent process would have to

25  involve a surgeon, I believe, too, for the family to

Med Def_001246

October 28, 2022

1  understand.  The 12-year-old, 13, 14 year old might

2  not understand that but the parents, I think, are

3  due that knowledge of what the evidence review show

4  and the full gamut of what may proceed over the next

5  4, 5, 6 years.

6          DR. DIAMOND:  Mr. Chair?

7          CHAIRMAN ZACHARIAH:  Yes.

8          DR. DIAMOND:  So again, going through these

9  different components, prospective rule I think is

10  clear.  Enhanced consent, pediatrician, pediatric

11  endocrinologist, and I would say either a

12  psychologist or a licensed clinical social worker.

13  With respect to the point that Dr. Hunter is making,

14  I don't think I would be in concurrence that a

15  surgeon needs to be involved.  I think that would be

16  very, very difficult, you know, just logistically.

17          I can understand that, and I appreciate

18  exactly where he's coming from but the logistics of

19  that may be difficult, so I would eliminate that

20  from the enhanced consent.

21          The third thing we were discussing is

22  whether or not to proceed with a research exemption.

23  And as know, Mr. Romanello made a motion, and it was

24  seconded.  Dr. Hunter essentially made an amendment,

25  and I am supportive of that amendment.  And in terms

Med Def_001247

October 28, 2022

1  of language to help you, I would be of the opinion

2  that there's an exception that minors can be treated

3  with GHRH agonist or cross-sex hormones but only

4  under the auspices of a university sponsored/IRB

5  approved longitudinal trial in which the parents

6  give consent, the child gives assent, and there's a

7  continuing condition of receiving that intervention

8  that the child continue on that trial.  And further,

9  that that proposed study must be presented to the

10  rules of the legislative committee for its approval

11  as a first step.  Is that enough specifics for you?

12           EXECUTIVE DIRECTOR TELLECHEA:  Yes.  I

13  don't think you have the authority for that under a

14  standard of care rule.

15           DR. DIAMOND:  So how would we go and try

16  and craft an exemption if that is the --

17           EXECUTIVE DIRECTOR TELLECHEA:  I think you

18  need to remove the approval by the board.

19           DR. DIAMOND:  Remove the approval of --

20           EXECUTIVE DIRECTOR TELLECHEA:  Having the -

21  - coming before the board to have that type of

22  process approved.

23           DR. DIAMOND:  So your contention would be

24  that my language would be sufficient except for that

25  it requires approval by the Rules and Legislative

Med Def_001248

October 28, 2022

Page 191

 1  Committee; is that correct?

 2          EXECUTIVE DIRECTOR TELLECHEA:  I think that

 3  would be -- yeah.

 4          DR. DIAMOND:  Okay.  I'll stand with that.

 5          UNIDENTIFIED SPEAKER:  I would.

 6          DR. HUNTER:  I would just add that that

 7  research is required to follow everyone well into

 8  adulthood.  That's the NHS language.

 9          ATTORNEY MCNULTY:  Is there an age?

10          DR. HUNTER:  They just say -- the NHS

11  language -- they're still crafting their research,

12  but they do specifically say --

13          DR. DIAMOND:  So Dr. Hunter, the issue that

14  we may have, while the child is receiving such

15  intervention, that's easy.  But how do you go when

16  the person has now exceeded the age of majority and

17  is no longer perhaps receiving hormonal therapy, how

18  can it be required or mandated that the

19  participation continue?

20          DR. HUNTER:  Well, you said no longer

21  receiving hormonal therapy.  These transgender

22  patients need hormonal therapy for the rest of their

23  lives, so --

24          DR. DIAMOND:  But also, we're not

25  regulating the care of individuals once they have

Med Def_001249

October 28, 2022

Page 192

1  reached majority.

2          DR. HUNTER:  Correct.  But this is where I

3  need clarification.  This board is here for all

4  citizens of Florida, correct?

5          DR. DIAMOND:  Of course.

6          DR. HUNTER:  Not just those under the age

7  of 18.

8          DR. DIAMOND:  But the motion on the table

9  is treatment of minors with gender dysphoria.  My

10  particular position is that for persons that have

11  reached the age of maturity, that no intervention is

12  necessary.

13          DR. HUNTER:  If we were going to give an

14  exception to research, I think we would want

15  research that is going to be valid and reveal data

16  that's legitimate and that would require long term,

17  longitudinal follow up.

18          DR. DIAMOND:  I'm 100 percent with you.

19  How would we do that?  How could we -- how could we

20  -- how could you affect that?

21          DR. HUNTER:  That's going to be how well

22  the research is written.  And that's beyond the

23  authority of this board.

24          DR. DIAMOND:  I guess what you'd have to do

25  is maybe like any other study, if you sign up, we

October 28, 2022

Page 193

1  are asking in good faith that you agree to

2  participate in X period of time.  But you know what,

3  if you drop off, it's a free country, we can't do

4  anything about that.  I mean, perhaps that's the

5  best way to approach it.  There's no way to mandate

6  that, of course.

7          DR. HUNTER:  No.

8          CHAIRMAN ZACHARIAH:  You know, Dr. Diamond,

9  I just want clarification.  You said they either get

10  a psychologist on the case or a social worker.  Is

11  that true?  Because --

12          DR. DIAMOND:  Well, I think that was what

13  -- I think that was what Dr. Hunter was saying is

14  that would meet his requirements.

15          Is that sufficient for you, Dr. Hunter?  A

16  psychologist or a LCSW?  Or was that not your

17  intent?

18          DR. HUNTER:  Well, a related but separate

19  question.  What does the current rule say just about

20  informed consent in general?

21          DR. DIAMOND:  I don't think it specified.

22          EXECUTIVE DIRECTOR TELLECHEA:  We don't

23  have rule that says -- about informed consent in

24  general.  With the exception of for medical

25  marijuana and I think for --

Med Def_001251

October 28, 2022

Page 194

 1                ATTORNEY MCNULTY:  And cataract.

 2  Cataracts.

 3                EXECUTIVE DIRECTOR TELLECHEA:  -- and for

 4  cataract surgery.  That's it.

 5                DR. HUNTER:  Okay.

 6                EXECUTIVE DIRECTOR TELLECHEA:  See that's

 7  what I'm trying to get to.  You know, when we did

 8  those informed consent forms, we sat there, and we

 9  drafted these forms in multiple meetings and we're

10  not getting that right now.  We're getting the broad

11  outlines as what you want to see as part of your --

12  you know, the people, the entities that are going to

13  participate in the informed consent.

14                But if you all want or are expecting an

15  actual informed consent document to be used, you

16  know, or you're expecting an informed consent

17  procedure to be used, I'm going to need to know what

18  all those elements of that informed consent, what

19  those expectations are, so that they can be put in

20  the rule, so that the people that you are

21  regulating, the physicians who are involved in this

22  will know what those expectations are.

23                UNIDENTIFIED SPEAKER:  Mr. Tellechea, we

24  don't have elements of the medical marijuana consent

25  in the rule, we just publish the standard form to

Med Def_001252

October 28, 2022

 1  use, right?  I mean, the rule -- you don't go back

 2  into the rule, there's not elements in the rule.

 3  It's just here's the approved form.

 4          ATTORNEY MCNULTY:  But the rule adopted and

 5  incorporated by reference the form, but that's part

 6  of the rule.

 7          UNIDENTIFIED SPEAKER:  Why wouldn't we do

 8  the same thing here?  Why would we try to now draft

 9  a form by committee?  We've given -- I think we've

10  given the broad brushstrokes.  Can you come back

11  with a proposed form that we can discuss?  You've

12  heard about pediatric endocrinology, licensed

13  clinical social worker --

14          EXECUTIVE DIRECTOR TELLECHEA:  We can work

15  and try to bring something back.

16          ATTORNEY MCNULTY:  But what we wouldn't

17  have is the standards that you want, like all the

18  studies, the this, that, and the other, the

19  different prongs of it.  For those other forms,

20  there were many meetings and people would work on

21  specific language that is inside the form.  But for

22  example, you indicated you wanted to have the

23  certain risks associated with certain treatments.

24          MR. ROMANELLO:  Yes.

25          ATTORNEY MCNULTY:  But we don't know what

Med Def_001253

October 28, 2022

 1  those are.  We don't know, the lawyers don't know

 2  what those are.

 3          MR. ROMANELLO:  Yep.  Agreed.  I think that

 4  Dr. Hunter had started to expand upon what some of

 5  the risks associated with the therapies are, and I

 6  would defer to my other physician colleagues to

 7  modify or add to that list.

 8          CHAIRMAN ZACHARIAH:  Yeah, go ahead.

 9          UNIDENTIFIED SPEAKER:  I don't mean to

10  divert from this discussion but, you know, one thing

11  I heard was consistently from the experts the issue

12  of behavioral health and psychiatric diagnoses.  And

13  I'm wondering if it would behoove us to have at

14  least two psychological evaluations.

15          I agree with the multidisciplinary team,

16  but hearing the testimony today, the fact that the

17  behavioral health conditions are so prevalent, would

18  it be appropriate to actually have the concurrence

19  include two behavioral health evaluations, clinical

20  psychologist, psychiatrist?

21          DR. PAGE:  I agree with your statement.  I

22  would support that.

23          CHAIRMAN ZACHARIAH:  Go ahead.  Go ahead.

24          DR. PAGE:  No.  I would support what you're

25  saying, like we have to make sure -- you know,

Med Def_001254

October 28, 2022

1  address the underlying mental health issue that

2  could have triggered this gender dysphoria.

3          CHAIRMAN ZACHARIAH:  Yeah.  See but one of

4  the reasons I ask the question, if you listen to the

5  testimony of the experts and from the public,

6  psychiatric issues was a major role in that.  It

7  really was, in almost all of them.  And I strongly

8  -- one thing I strongly believe is that these minors

9  should have a psychiatrist or a psychology

10  evaluation.  Not to be all -- what does a social

11  worker know about psychological issues?  They're not

12  trained in that.  No, they're trained in, you know,

13  homes and other issues.

14          EXECUTIVE DIRECTOR TELLECHEA:  They're

15  talking about licensed clinical social workers.

16          DR. ACKERMAN:  Yeah.  They're trained in

17  psychological issues.

18          CHAIRMAN ZACHARIAH:  Well, so far, their

19  psychological training, I have no problem.  But my

20  concern is majority of them have significant

21  psychological issues and they must get some kind of

22  psychologic evaluation to make sure that that can be

23  resolved in some other fashion.

24          DR. ACKERMAN:  And LCSWs do that.  Not just

25  psychologists, LCSWs.  They don't just arrange for

Med Def_001255

October 28, 2022

1  homecare, they also do counseling and evaluations.

2            CHAIRMAN ZACHARIAH:  Okay.  If they're

3  trained to do so, I have no problem with that.

4            DR. DERICK:  So if I'm understanding this

5  correctly, if a parent and a child desire to undergo

6  transitioning in the current proposed rule, they

7  would be able to do so but only at an institution as

8  part of a clinical trial with an IRB approval.  And

9  that if you are someone who is currently undergoing

10 therapy, then this is where this informed consent

11 comes in in a minor.

12            DR. DIAMOND:  That's correct.

13            DR. DERICK:  Where there would be -- not a

14 cessation of treatment, but during the continuation

15 of treatment that they would be then reinformed with

16 consent with this multidisciplinary team that's

17 chosen by the -- somebody, I don't know who that

18 would be.  The person who was currently providing

19 care to them.  And then the studies would be

20 presented to those people for consideration and then

21 they would be allowed to continue their therapy if

22 they chose to do so.  Is that correct?

23            ATTORNEY MCNULTY:  So what I'm hearing is

24 it's almost like we've got a staged evaluation.

25 Should we look at consent at each phase of the

Med Def_001256

October 28, 2022

Page 199

 1  evaluation and therapy?

 2          DR. DIAMOND:  Well, I'm not sure I'm

 3  understanding correctly.  My understanding is, is

 4  that the motion as intended was that as of a certain

 5  date, these interventions are prohibited unless it's

 6  under the strict auspices of a clinical trial,

 7  analogous to what our colleagues in the United

 8  Kingdom are doing.

 9          Having said that, for individuals who are

10  currently receiving intervention, we recognize that

11  there may be actually some harm to stop, and

12  therefore, we are going to say there is an

13  opportunity to continue, but as a condition to

14  continue, there must be a documentation of this more

15  enhanced consent that occurs within a certain period

16  of time.  That was my understanding of how

17  Mr. Romanello was trying to phrase it.

18          Nick, did I get that right?

19          MR. ROMANELLO:  Yes.

20          ATTORNEY MCNULTY:  And might as well, I

21  guess what I didn't clarify is as each of these

22  therapies evolve in advance, would an additional

23  consent, or at least requirement that the risks

24  associated with those therapies be -- you know, be

25  given, understood, and consented to?  So as the

Med Def_001257

October 28, 2022

1   individual progress, as the child progresses through

2   each phase of the therapy, the consent is already

3   there but do we want to add the additional consent

4   for the risk of the medication --

5            DR. DIAMOND:  I want to understand.  So

6   you're referencing a -- for example, a 12-year-old

7   who may be currently on GHRH agonist therapy, and

8   that the parent and the child express a wish to

9   continue.  They've gone through and done the enhance

10  consent process.  And then are you saying that it is

11  your intent that if that child were to then, and the

12  parents were then to have an interest in going on to

13  cross sex hormones that there would be s second

14  component of enhanced consent?  Is that what you're

15  saying?

16           ATTORNEY MCNULTY:  Yeah.  At least a

17  comprehensive explanation of the consequences of

18  those drugs.  Now, whether it's has part of the

19  first consent --

20           DR. DIAMOND:  I don't know if that's going

21  to add anything further to what we're doing.

22           ATTORNEY MCNULTY:  Okay.

23           MS. JUSTICE:  Do we need to address that in

24  this rule?  I mean, that has to occur already anyway

25  because --

Med Def_001258

October 28, 2022

 1                    UNIDENTIFIED SPEAKER: It should.

 2                    MS. JUSTICE:  Right.  I mean, you're giving

 3   a new treatment and arguably, that patient is not in

 4   the same stage or condition that they were when they

 5   initiated the prior treatment.  So informed consent

 6   is -- we don't need to address that in this rule, I

 7   don't think.  I don't mean informed consent period,

 8   I mean at each phase.

 9                    ATTORNEY MCNULTY:  Hearing the testimonies

10   from some of these individuals was pretty compelling

11   to the consequences --

12                    MS. JUSTICE:  I agree.

13                    ATTORNEY MCNULTY:  -- and you know, just

14   trying to make sure that we capture --

15                    MR. ROMANELLO:  But what I think

16   Ms. Justice is alluding to is if you're on puberty

17   blockers today and a year from now you're

18   recommended to start initiating cross sexual

19   hormones, that would require a separate consent form

20   because that's a new modality of treatment.  And

21   then if you go three years down the line and you're

22   recommending surgical intervention, that would

23   require yet another -- so you're always going to

24   have those ongoing consent requirements, separate

25   and apart from --

Med Def_001259

October 28, 2022

1              ATTORNEY MCNULTY:  Maybe the simpler time,

2  or at least to try to get around this is just list

3  what that consent, or at least the consent that's

4  provided, what that has to contain.  Right.  Which

5  you've done.  Instead of actually drafting the form.

6              DR. HUNTER:  I think one of the problems

7  with the -- and I think everybody has a problem

8  worldwide in this consent area is there is so much

9  that is unknown.  So to give a valid informed

10  consent requires the patient's understanding and

11  their capacity.  Okay.  It's -- we all question, as

12  a profession, the capacity of somebody under the age

13  of 18 to consent, let alone you mix in mental health

14  issues.  So that's an issue.  But the understanding

15  is the hard part because there is so much unknown

16  about this therapy.

17              So to provide an -- that's what makes it,

18  in my opinion, experimental, because there is so

19  much that is unknown and that's why it's moving back

20  into the experimental realm in Sweden, Finland,

21  England, as we've heard.  So the ability to give

22  informed consent is nearly impossible.

23              DR. DIAMOND:  Mr. Chair, if there's no

24  further discussion, perhaps we could call the

25  question?

Med Def_001260

October 28, 2022

     1              CHAIRMAN ZACHARIAH:  Yeah.  Because we only

     2   have 10 more minutes.  So what -- we can call the

     3   question but what I really would suggest that let's

     4   ask Mr. Tellechea what else does he need to do his

     5   job?

     6              DR. DIAMOND:  Today.

     7              EXECUTIVE DIRECTOR TELLECHEA:  Well, I'm

     8   going to need someone to sit down with me and

     9   explain what you want to put in the informed

    10   consent, because you're not giving me enough at this

    11   point in time.

    12              I mean, Donna?  I mean --

    13              ATTORNEY MCNULTY:  I mean, I agree.  Unless

    14   you -- I mean, I agree overall with Ed.  The other

    15   option, which I think Dr. Schwemmer raised, was

    16   instead of having like this detailed board form for

    17   the informed consent, do you just want the elements

    18   in your rule?

    19              DR. DIAMOND:  Elements, elements.

    20              EXECUTIVE DIRECTOR TELLECHEA:  Right.  But

    21   you need to tell me what the elements are.

    22              ATTORNEY MCNULTY:  But they need to be very

    23   specific for everything.

    24              MR. ROMANELLO:  So the first element is

    25   that it is a multidisciplinary panel that you are

Med Def_001261

October 28, 2022

1  going to get the consent from, and that

2  multidisciplinary panel will include pediatric

3  endocrinology, pediatrician --

4           DR. ACKERMAN:  And either a clinical

5  psychologist or licensed clinical social worker.

6           MR. ROMANELLO:  -- and either a clinical

7  psychologist or a licensed clinical social worker.

8           ATTORNEY MCNULTY:  Behavioral health, two

9  psych opinions?

10           MR. ROMANELLO:  Yes.  So --

11           ATTORNEY MCNULTY:  Wait, wait.  This is the

12  informed consent we're talking about?

13           MR. ROMANELLO:  Yes.

14           ATTORNEY MCNULTY:  So you want two of them

15  on there?

16           MR. ROMANELLO:  Yes.

17           CHAIRMAN ZACHARIAH:  Did he say two

18  separate people?

19           ATTORNEY MCNULTY:  Two psychological

20  evaluations.

21           EXECUTIVE DIRECTOR TELLECHEA:  Is this

22  going to be a consent form that the patient and the

23  family is going to read and sign off on?

24           DR. DERICK:  I think the intention is that

25  certain types of physicians would be involved in

October 28, 2022

1  provided the information that would be consented

2  upon.  I just think it does seem kind of complicated

3  for people already undergoing therapy who have

4  already consented to this treatment then be

5  reconsented with a very specific group of people.

6            DR. DIAMOND:  I agree with Dr. Derick.

7  These folks are undergoing treatment.  The intent, I

8  believe, from Dr. Hunter and Mr. Romanello is to

9  simply say, "Hey, the rule allows you to continue

10  but please understand that you need to be aware of

11  these complexities."  And there needs to be sign off

12  with the parent, the patient, of course, and I would

13  say a pediatrician, endocrinologist, and either a

14  psychologist or a LCSW and stop there.  I wouldn't

15  go beyond that.  I mean, I just wouldn't.

16            DR. DERICK:  So you're saying you wouldn't

17  dictate what those people would be consenting about

18  but that they would just need to be consented with

19  those specialists.

20            DR. DIAMOND:  They need to go and verify

21  that to the best of their professional abilities,

22  that the patient and the family are aware of the

23  risks, benefits, and alternatives of treatment as we

24  do whether it be cancer treatment or anything else.

25            DR. DERICK:  For the record, I'm not aware

Med Def_001263

October 28, 2022

Page 206

1   of how that's different from what's currently

2   happening.  Because these are the specialists who

3   are treating this patient population and they're

4   consenting the patients.

5            DR. HUNTER:  I think the trouble we're

6   having is what the Dutch described in their studies

7   and in their papers is that informed consent in this

8   area is not a form, it's a long process.  And they

9   talked about it being at least six months.  I think

10  some of the reference is longer than that.  It's a

11  process where they meet with all these people, and

12  they understand.

13           MS. JUSTICE:  That's right.

14           DR. HUNTER:  Understand the limitations.

15  Let me float this idea, because we're -- I see three

16  points that we're sort of coalescing around.  One,

17  that psychological care be the standard.  Number two

18  is that there be a moratorium on puberty blockers,

19  cross sex hormones, and surgery under 18.  And

20  three, that a clinical trial be the only way to go

21  forward under 18.

22           The problem we're having is the problem

23  that everybody else is having is the kids that are

24  already being transitioned.  And maybe we remain

25  silent on that expect to say when the clinical

Med Def_001264

October 28, 2022

```
 1  trials do exist, those kids need to be enrolled in

 2  those trials.  Because that's where an informed

 3  consent process that is IRB approved, they'll spend

 4  hours, and hours, and hours, and hours on that.

 5  Okay.  And maybe we remain silent on the kids

 6  already in this system, but when we rehash that

 7  issue at later meetings.

 8              MR. DIAMOND:  My bias would be to not do it

 9  that way.  These are people that have already

10  commenced under a certain understanding or set of

11  understandings.  And I think that to require them to

12  go and then participate in a clinical trial, I think

13  that may be a bit too much.  I fully get what you're

14  saying, it solves certain problems, but it may

15  create additional issues.

16              CHAIRMAN ZACHARIAH:  Dr. Di Pietro.

17              DR. DI PIETRO:  Trying to step back and

18  take a big picture view on this, I'm starting to

19  think about the problems that might happen.  And the

20  biggest problem I can see beyond a lot is who is

21  ultimately responsible for the patient's care in

22  this informed consent.  So is it the pediatrician?

23  Is it the pediatric endocrinologist?  Like who is

24  responsible for making sure that the boxes have been

25  checked?
```

Med Def_001265

October 28, 2022

1          DR. DIAMOND:  Well, typically it would be

2    the individual who is actually prescribing the

3    medication.

4          DR. DI PIETRO:  So it would -- okay.  So

5    that's -- you know --

6          MR. ROMANELLO:  So Mr. Chair, in the -- as

7    we're starting to get time compressed --

8          CHAIRMAN ZACHARIAH:  Yes.

9          MR. ROMANELLO:  -- can I suggest that we

10   consider the motions separate and apart from the

11   consent which we have not fully coalesced and come

12   to a consensus on?  But we did have a motion and a

13   second and Dr. Diamond offered an amendment which I

14   would gladly accept.

15         DR. DIAMOND:  Well, that was Dr. Hunter,

16   but I seconded it.

17         MR. ROMANELLO:  Okay.

18         DR. PAGE:  I have a question before you

19   move on.  So in your motion you're talking about

20   conducting clinical trials.  So do we need to

21   elaborate more on that?  Like which institutions are

22   going to be allowed to do clinical trials?  Can

23   anybody just do their own clinical trials in their

24   office or how do we go about that?

25         DR. DIAMOND:  Well, like I said, in my

Med Def_001266

October 28, 2022

Page 209

1  comment I thought it would need to be an IRB

2  approved clinical trial at a university affiliated

3  center.  Those are the two main components.

4            DR. ACKERMAN:  Approved by the rules

5  committee?

6            DR. DIAMOND:  No.  Mr. Tellechea said that

7  would be problematic and we dropped that.

8            EXECUTIVE DIRECTOR TELLECHEA:  You've got

9  to keep in mind, these are standard of practice

10 rules, all right.  We can't create research studies

11 through standard of practice rules.  We have to set

12 -- these are the regulations that the doctors who

13 are performing these procedures must adhere to.  So

14 going off and trying to approve studies and all that

15 that's going to go way beyond your rulemaking

16 authority in this particular area.

17            MR. ROMANELLO:  And what Doctors Hunter and

18 Diamond had come up with, an IRB approved study at

19 an academic institution without approval of laws and

20 rules I thought you said would have met --

21            EXECUTIVE DIRECTOR TELLECHEA:  Yeah.

22 That's fine.

23            MR. ROMANELLO:  That's what we're going

24 to --

25            EXECUTIVE DIRECTOR TELLECHEA:  I know.  But

Med Def_001267

October 28, 2022

1  Dr. Ackerman was coming back around to that issue,

2  and I was trying to --

3           DR. ACKERMAN:  Sorry, I was just trying to

4  clarify.

5           CHAIRMAN ZACHARIAH:  So is the board ready

6  to vote on this motion?

7           DR. DIAMOND:  Yes.

8           ATTORNEY MCNULTY:  We need to maybe read it

9  back.

10          EXECUTIVE DIRECTOR TELLECHEA:  Just to

11  clarify, we're not going to be dealing with informed

12  consent now.  That's somewhere down the line we'll

13  deal with that.

14          MR. ROMANELLO:  Yes.

15          EXECUTIVE DIRECTOR TELLECHEA:  Okay.  So my

16  understanding is that you're going to put the

17  prohibition on the puberty blockers, the

18  cross-hormone therapy, and the surgery under the age

19  of 18, for anyone under the age of 18, unless it's

20  being done within the auspices of the language that

21  you used, a university affiliated --

22          UNIDENTIFIED SPEAKER:  IRB approved --

23          DR. DIAMOND:  IRB approved.

24          EXECUTIVE DIRECTOR TELLECHEA:  -- IRB

25  approved --

Med Def_001268

October 28, 2022

1              DR. DIAMOND:  University affiliated

2     clinical trial.

3              EXECUTIVE DIRECTOR TELLECHEA:  Which you're

4     going to give me that specific language later on.

5     That's what I'm hearing at this point in time.

6              DR. DIAMOND:  And that the rule is a

7     prospective rule.

8              EXECUTIVE DIRECTOR TELLECHEA:  And it's

9     prospective.  Yes.

10             ATTORNEY MCNULTY:  Early, Dr. Diamond, I

11    think one board member mentioned that you also

12    wanted it in the rule that the drugs remain

13    available for treatment of other medical disorders

14    and that once the person reaches 18, no restrictions

15    on this.  Did you want that in the rule?

16             DR. DIAMOND:  Well, I think the easier way

17    to do is say that this rule applies exclusively to

18    minors with gender dysphoria.  Make it easy.  And I

19    think by doing that, there's no need to address

20    persons who reach the age of majority or other

21    medical conditions.

22             MR. ROMANELLO:  Right.

23             CHAIRMAN ZACHARIAH:  So we have a motion.

24    So restated the motion, seconded.  Any further

25    discussion?

Med Def_001269

October 28, 2022

1              DR. DI PIETRO:  Sorry, so I just need to

2  reclarify.  So we're off on informed consent and

3  we're back to IRB approved research for under 18?

4              MR. ROMANELLO:  Yes.

5              DR. DERICK:  I think there are three

6  elements.

7              DR. DI PIETRO:  Yeah.  Because for me,

8  they're not -- they're not separate issues because I

9  can't -- it would be very difficult for me to vote

10  on just that because the informed consent issue and

11  the absence of research is a whole different

12  element.  So I'm just trying to clarify because I

13  feel like they're two completely separate issues.

14              CHAIRMAN ZACHARIAH:  You know what, we have

15  a motion, the board second.  Somebody had to vote on

16  it because it's past 1 o'clock, the meeting has to

17  end.

18              MS. PAGE:  No.  But I'm sorry, before we

19  vote, I agree with her comment.  I think the

20  informed consent is very important.

21              EXECUTIVE DIRECTOR TELLECHEA:  Then vote

22  against it.  We need to vote now.  We have a hard

23  stop on this meeting.  It was noticed until 1

24  o'clock, so we have to --

25              CHAIRMAN ZACHARIAH: We have to stop the

Med Def_001270

October 28, 2022

 1   meeting at 1 o'clock.  So we have a motion,

 2   seconded.  All in favor, say aye.

 3            (Multiple ayes)

 4            Any opposed?

 5            (Multiple nays)

 6            MR. ACKERMAN:  They can't make motions.

 7            CHAIRMAN ZACHARIAH:  Let's see a motion in

 8   favor?

 9            (Multiple ayes)

10            Any opposed?

11            (Multiple nays)

12            So two opposed?

13            MR. ACKERMAN:  Three opposed.

14            CHAIRMAN ZACHARIAH:  Can we have the hands

15   up, the ones who opposed?

16            Okay.  All in favor?  Hold on, hold on.

17   Ma'am, would you please quiet.  I'm conducting the

18   meeting.  You are not conducting the meeting.

19            Okay.  All in favor of the motion, raise

20   your hand.  You don't have to hear it.

21            Okay.  All opposed?

22            Okay.  And the motion carries, thank you so

23   much and the meeting is adjourned.

24            (END OF AUDIO RECORDING)

25

Med Def_001271

October 28, 2022

1              CERTIFICATE OF TRANSCRIPTIONIST

2              I certify that the foregoing is a true and

3     accurate transcript of the digital recording

4     provided to me in this matter.

5              I do further certify that I am neither a

6     relative, nor employee, nor attorney of any of the

7     parties to this action, and that I am not

8     financially interested in the action.

9

10

11

12              *Julie Thompson*

13              Julie Thompson, CET-1036

14

15

16

17

18

19

20

21

22

23

24

25

Med Def_001272

## 1

**1**
7:21 11:2
88:1 212:16,
23

**10**
22:2 34:14
54:16 65:13,
14 66:24
68:10,24 69:6
72:20 86:6
93:3 102:19
149:11 159:13
168:5 176:19
203:2

**10-minute**
54:15 102:16

**100**
67:8 146:16
155:5 180:4
192:18

**1000**
67:4,7 180:4

**12**
52:8 62:19
64:6 74:10
133:5 153:10
154:1 160:15
175:5 188:20

**12-**
153:23

**12-year-old**
189:1 200:6

**13**
128:6 133:9
142:24 144:13
163:25 172:8
188:20 189:1

**13-year-old**
169:12

**13-year-olds**
68:19

**14**
10:11 145:15
164:7 166:11
175:16 189:1

**14-**
101:24

**14-year-old**
188:20

**14-year-olds**
68:20

**142**
76:8

**15**
10:11 13:3
86:6 102:5
133:10 150:14
166:21

**15-year-old**
69:17 101:24

**15-year-olds**
68:21

**150**
67:2,4

**16**
10:10 54:25
61:25 75:16
81:13 90:19
92:2 128:2,
10,20 133:5,
12

**16-year-olds**
68:21

**17**
69:18 90:19
91:3 97:11,12

98:2 131:12
143:11 145:24
150:16 167:5
168:15

**18**
12:18 22:3
49:13 91:3
105:6 115:25
116:1,5
124:17 126:16
130:8 139:20
142:8 151:8
154:9 167:6,
15 175:10
184:11 192:7
202:13
206:19,21
210:19 211:14
212:3

**18-year-old**
133:2

**18th**
146:10

**19**
45:5 65:18
151:8,16
182:5

**1979**
35:6

**1996**
9:17

**1:00**
6:18

**1st**
114:7

## 2

**2**
9:20 64:18

66:7 74:19

**20**
27:23 87:2
135:19 175:10

**200**
34:2

**2007**
86:13 88:1

**2010**
8:17

**2011**
33:23 47:22

**2013**
172:7

**2014**
10:15

**2016**
19:7

**2017**
69:6

**2018**
8:17 35:18
68:18 129:10
138:21

**2019**
129:15

**2020**
49:18 77:12
88:1 169:11

**2022**
4:11 45:5
74:19 77:13
180:22

**2023**
158:6 175:15

**20s**
10:16 140:15

Med Def_001273

**21**
  130:9,16
  166:1 167:16

**21-year-old**
  164:18

**22**
  137:18 175:19

**22nd**
  150:10

**23**
  138:1

**23-year-old**
  128:1

**24**
  7:5 145:6

**25**
  13:15 74:10
  93:2,3 127:3
  144:19,25
  154:16

**26**
  131:19 168:6

**2600**
  18:16

**27**
  132:1

**28**
  4:10 130:3
  132:4

**29**
  132:5

**2nd**
  74:22 75:9,19
  76:8 78:11
  79:12 80:10
  81:5,15
  82:12,17,20
  84:17,19,20

---
**3**
---

**3**
  64:16

**30**
  27:21,24 65:8
  69:2 79:18
  136:2 155:5

**30-minute**
  144:1

**300**
  20:10 67:7
  88:1

**31**
  148:4

**32**
  10:19

**32-year-old**
  130:15

**324**
  65:10

**34**
  182:9

**3895**
  69:9

---
**4**
---

**4**
  64:16 153:15
  189:5

**40**
  69:3 101:16
  160:13 175:11

**43**
  173:4,6

**44**
  11:13

**4400**
  161:11

**46**
  68:1

**49**
  157:21 178:6

---
**5**
---

**5**
  142:21 153:23
  189:5

**5.3**
  48:21

**50**
  62:18 66:24
  67:2 71:7
  86:15 95:16
  99:16 148:21
  149:23

**500**
  34:15

**51**
  21:25

---
**6**
---

**6**
  52:8,9 67:8
  128:5 175:20
  189:5

**60**
  172:9

**62**
  149:24,25

**64B8-9**
  103:17

---
**7**
---

**7**
  68:10 128:19
  176:18

**70**
  10:14 11:1,7
  58:10,12

---
**8**
---

**8**
  128:5 149:10
  153:21 173:4

**80**
  50:9 172:9

**85**
  50:10

**8:11**
  4:11

---
**9**
---

**9**
  69:6 175:5

**90**
  34:17 71:7

**9000**
  75:21

**95**
  188:17

**96**
  10:8 28:10

**98**
  10:8 28:10
  62:18 188:16

Med Def_001274

_____

**A**
_____

**a.m.**
   4:11

**AAP**
   82:15

**Abandoning**
   41:19

**abdomen**
   67:21 68:8
   141:6

**aberrations**
   106:3

**abhorrent**
   137:1

**abilities**
   58:25 205:21

**ability**
   154:16 202:21

**abnormal**
   68:2

**abnormally**
   10:2 12:24

**absence**
   8:13 77:18
   212:11

**absent**
   69:13

**absolute**
   86:24 101:12

**absolutely**
   18:4 27:16
   53:22 79:7

**abuse**
   131:15 142:17
   156:6

**academic**
   151:2 209:19

**academically**
   123:5

**Academy**
   18:15 22:18,
   19,24,25
   34:20 36:2
   77:3 86:2,5

**accept**
   128:8 129:19
   168:17 208:14

**acceptable**
   40:22 77:25

**acceptance**
   21:19 150:21,
   23

**accepted**
   36:13 41:5
   74:24 75:12
   80:6 82:10
   151:20

**accepting**
   147:17

**access**
   21:11 24:22,
   25 41:12
   43:22 46:2,3
   116:12 165:3,
   6

**accessing**
   39:17 46:7

**accomplish**
   123:11

**account**
   73:21 82:5

**accumulating**
   14:3

**accumulation**
   12:22

**accurate**
   82:5

**achieve**
   9:7 64:10
   138:15

**Ackerman**
   61:17,20
   85:18 92:7,11
   93:1,4,11,19
   94:3,13,23
   95:4,12,17,24
   96:6,13
   101:23
   105:12,16,18
   106:10,15,23,
   25 107:6,16
   109:21 110:10
   113:23 114:20
   121:14,23
   122:2,5,15,17
   123:6 124:2
   125:1,8,14,24
   185:4,7,24
   186:6,11,21
   187:2 197:16,
   24 204:4
   209:4 210:1,3

**Ackerman's**
   124:6

**acknowledge**
   168:17

**acknowledged**
   10:24

**acne**
   130:1

**acted**
   114:11

**action**
   83:24

**actions**
   6:13 94:11
   117:6 178:23
   179:5,11

**active**
   7:5 27:12
   172:9

**actively**
   28:2 36:5

**activism**
   171:9

**activist**
   69:7

**activists**
   135:1

**activities**
   169:23

**actual**
   33:7 49:16
   51:16,22 64:4
   194:15

**acute**
   14:2

**ad**
   35:25

**Ada**
   163:10,11,12

**Adam's**
   141:2

**add**
   65:21 107:4
   110:11 191:6
   196:7 200:3,
   21

**addiction**
   167:2

**addition**
   21:5 35:15

Med Def_001275

October 28, 2022                                                      4

79:19 131:6

**additional**
102:12 141:15
199:22 200:3
207:15

**Additionally**
26:21

**address**
7:2,4,5 33:14
41:25 74:13
88:17 108:6
109:13 161:2
172:1 176:12
197:1 200:23
201:6 211:19

**addressed**
106:4 108:14
134:19 160:25

**addresses**
16:20 36:10
73:17

**addressing**
17:4 32:20

**adenomyosis**
132:5

**adequate**
16:16 111:22

**Aderberry**
169:4,5

**ADHD**
108:13

**adhere**
68:13 209:13

**adjourn**
102:19

**adjourned**
183:14

**adjournment**

7:19 102:16

**administer**
11:12

**administered**
9:19

**Administration**
74:20

**administrative**
7:17,20
103:16 183:24

**administrator**
3:19,20

**administrators**
181:25

**admission**
44:25

**admitted**
11:19

**adolescent**
23:1,2,9,13
24:1,7,15
26:13 33:16,
22 34:8,21
36:2 41:14
47:16,18
49:13 51:4,8
52:5,14 53:4,
18 55:24 57:7
58:6 59:6
60:14,19 74:6
82:2 83:15
86:16,19
99:4,9,24
100:6,11,23
145:17
161:10,15

**adolescent's**
51:3

**adolescents**

19:10,21
21:16,25
22:1,5 23:16
24:5,7,10,12,
13,17,23
25:1,6,16,19
34:13,15,19
35:18,22
36:7,12,16
41:16 47:24
50:7,23 52:20
53:14 55:21
57:23 58:7
61:3 100:16
134:20 160:19
175:2

**adolescents'**
60:1

**adopt**
14:11 156:2
168:13

**adopted**
35:12 78:24
148:23 168:13
195:4

**adopting**
38:21

**adrenal**
67:3

**adult**
22:9 33:16
34:25 43:22
53:23 64:10
66:23 132:16
136:14 142:1

**adulthood**
14:17 16:17
62:18 63:11
66:17 162:13
191:8

**adults**
19:22 20:17
24:21,25
48:25 49:12
73:2,4 135:18
145:9 148:24
154:17 160:19
176:11

**advance**
199:22

**advanced**
80:25

**adversely**
138:14

**advice**
4:7 69:20
162:6

**advise**
69:25

**advised**
64:18

**advising**
67:5

**advocacy**
69:8 181:5

**advocate**
92:12 144:23
172:12 174:5

**advocates**
9:23 19:19

**advocating**
9:17

**affect**
13:17 131:9
192:20

**affiliated**
209:2 210:21
211:1

Med Def_001276

**affirm**
39:21 128:14
143:9 147:11
169:25 170:20

**affirmation**
19:14 101:4
107:2 112:5
147:22 150:18
171:3

**affirmative**
35:19 63:6
65:3 147:14

**affirmed**
20:20,24
99:6,12 101:3
129:4 143:14
146:5 166:15
170:17

**affirming**
19:21 21:6
22:7,14,17
25:14 26:16
36:15 78:10
80:5 82:6
92:17 93:12,
24 94:18
179:4

**afford**
129:9

**afraid**
15:13

**afternoon**
47:7 150:9
177:2

**age**
10:4,10 12:18
13:3 49:13
68:19 69:16
72:22 90:10,
13,19,22,25

91:3,10 92:2
93:1,4 102:5
105:6 115:25
116:1,5 121:2
124:17
126:15,16,25
127:8 128:2,
10,20 130:8,9
131:19 133:19
142:8,24
143:11
144:13,18,25
145:24 148:19
149:22
150:13,16
151:7,15
153:15,23
154:1,9
163:24 164:7
166:1,6,11,21
167:5,15
168:5 175:10,
16,19 191:9,
16 192:6,11
202:12
210:18,19
211:20

**aged**
41:17 74:10
172:8

**Agency**
74:19

**agenda**
5:10 6:11 7:9

**agent**
63:2

**ages**
10:10 68:15,
21 69:19
133:5

**agonist**
15:10 45:7
118:15 124:18
190:3 200:7

**agree**
28:14 31:15
84:23 88:8
111:13 119:12
122:8,21
124:7 127:10
146:7 157:17
160:20 188:6
193:1 196:15,
21 201:12
203:13,14
205:6 212:19

**agreed**
90:3 146:16
196:3

**AHCA**
74:20 75:5

**ahead**
14:21 15:5
27:4 92:9
105:17 112:24
162:2 196:8,
23

**Ala**
117:9

**Alcorn**
168:24

**Alesena**
169:1

**alien**
142:18

**alignment**
38:12

**alive**
154:6

**alleviate**
23:17 37:14
39:25

**allowance**
118:10

**allowed**
139:21,22
154:7 157:12
158:15 170:1
198:21 208:22

**allowing**
33:13

**alluding**
201:16

**alongside**
73:23

**alter**
38:2 163:17
176:1,2
182:13

**altered**
70:25

**altering**
156:19 182:12

**alternate**
25:25

**alternative**
112:3,8

**alternatives**
24:3 167:10
205:23

**alumni**
178:11

**amazing**
174:6

**Amelia**
168:21

**amended**

Med Def_001277

151:20

amendment
189:24,25
208:13

America
22:23 156:8

American
11:22 18:15
22:18,19,20,
21,22,24,25
34:20,24
36:2,24 38:8
43:20 57:19
172:15,18
180:17,18,21

amicus
82:4

Amie
169:4

Amy
72:19 117:13
169:5

analogous
9:24 199:7

analogs
16:18 54:23

analysis
75:5,7 76:2
81:2

analyze
131:3

anatomized
122:15,19

and/or
144:14

Andrew
168:18

androgynous

67:9

anesthesia
104:4

animal
115:13

Ann
34:6

announced
150:19 175:19

announcement
169:15

anorexia
143:2

anorexic
175:24

answering
42:1

answers
7:13 28:5
187:11

antecedent
102:9

anti-science
134:8

anti-
transgender
77:9

anxiety
13:24 21:20
39:15,19
41:10 46:6
70:2 108:9
128:7,25
143:2 166:6
169:22

anxious
166:25

anymore

159:3

apolitical
6:2 173:7

apologize
85:16 99:15

appearance
5:15 129:11

appeared
10:20

appearing
144:8

appears
43:6 161:8

appendices
76:9

apple
141:2

applicable
126:18

application
106:13

applied
23:21

applies
211:17

apply
5:8

appointed
4:25 44:13

appointment
143:16

approach
22:6 25:11
30:13,16,23
31:4,14 43:5,
9 88:13,15,17
100:1,5,6,16
111:14 116:5

117:10 136:23
143:13 185:3
193:5

appropriately
46:3

approval
190:10,18,19,
25 198:8
209:19

approve
209:14

approved
116:19
117:20,24
119:4,10
123:4,22
161:2 190:5,
22 195:3
207:3 209:2,
4,18 210:22,
23,25 212:3

approximately
34:17

approximation
140:1

apps
166:10

arbitrarily
77:11

Archives
8:21

area
20:10,13
44:22 62:4,8
85:12 86:5
98:13 116:15,
16,18 119:6
123:9 124:8
202:8 206:8

209:16

**areas**
103:22 104:7

**arguably**
201:3

**arguing**
157:11

**arises**
62:14

**Aron**
7:25 32:23
33:15

**arrange**
197:25

**arrive**
163:20

**arrived**
3:6

**arrives**
10:2

**art**
175:7

**article**
9:16

**articles**
35:16

**artifact**
10:22

**artificial**
139:16 141:5,
11 167:9

**artistic**
142:15

**Ash**
168:18

**aspect**
157:6

**aspects**
36:23 77:2

**Aspirin**
79:3,4

**assent**
118:12 190:6

**assertion**
156:22

**asserts**
155:20

**assess**
76:21 131:2
187:2

**assessed**
54:6 187:4

**assessment**
40:15 46:4
48:8,16 49:2,
14 50:17
51:17,23
52:2,4,17,21
54:1,3 60:4
88:20 90:14
98:19 99:22
101:8

**assessments**
22:7 52:1,7
60:5

**assign**
77:5

**assigned**
38:3 45:21,22

**assistant**
18:24 74:9
104:4 177:3

**assisting**
115:20

**associate**
34:7 35:24

50:8

**association**
20:7 22:20,
23,24 34:24
35:2 38:6,8,9
44:5 57:25
168:14
180:17,18,19,
22

**Association's**
36:25 172:15,
19

**associations**
35:13 177:16

**assume**
97:15 105:20

**assured**
151:13

**Astle**
177:1,2,3

**astonishing**
13:10

**astounded**
143:17

**astronomy**
163:23 164:19

**atrocious**
155:7

**attacks**
132:3

**attempt**
11:10 112:3
129:10 157:7

**attempted**
128:6 167:11
168:6

**attempting**
138:17

**attempts**
21:23

**attended**
163:15 175:5

**attention**
102:25 161:6

**ATTORNEY**
119:23
120:14,21
121:22,25
122:5 125:6,
22 158:1
160:8 162:23
163:9 165:8,
11 168:1
169:3 171:22
176:20 182:23
186:4,8,19,22
187:1,5 191:9
194:1 195:4,
16,25 198:23
199:20
200:16,22
201:9,13
202:1 203:13,
22 204:8,11,
14,19 210:8
211:10

**attrition**
12:3

**audience**
47:8

**audio**
4:15

**audio/visual**
17:22

**augmentation**
138:1

**August**
90:2 150:10

Med Def_001279

180:22

**auspices**
190:4 199:6
210:20

**authentically**
84:7 174:13

**author**
34:25

**authority**
44:13 74:18
120:16 190:13
192:23 209:16

**authorized**
165:19

**authors**
76:16,25
77:5,13 81:6

**autism**
70:1 108:13
134:15 166:5

**automatic**
23:21

**availability**
108:5

**average**
174:24

**avoid**
121:19 171:4

**Avril**
168:19

**aware**
7:19 15:17
110:6 139:24
173:15 177:17
205:10,22,25

**awkward**
142:15 175:3

---

**B**

**back**
21:7 29:19
63:15 87:8
103:1 120:9
137:8 139:11,
18 141:12,18,
24 143:6
148:20 163:8
188:23 195:1,
10,15 202:19
207:17 210:1,
9 212:3

**backed**
78:1

**badge**
148:11

**badges**
148:18

**balanced**
49:7

**balancing**
49:5

**bandages**
135:3

**banning**
78:2

**barbaric**
135:3

**Barbie**
134:9

**bare**
76:19

**bariatric**
31:2,3

**base**
32:10 56:24

78:6

**baseball**
174:25

**based**
5:19 20:11
22:14 26:9
35:8 37:5
43:20 49:4
53:6 54:5
56:12 57:2
59:12 60:10,
11 63:21
72:15 73:4
75:15,25
78:23 90:15
95:6,19
104:15 118:2
131:2 171:18
181:4

**baseless**
81:7

**basic**
63:15,16
64:24 76:14

**basically**
148:25 180:23

**basis**
56:18 59:2
63:9 79:11
185:2

**bathroom**
165:14

**battles**
132:18

**bear**
49:4

**beautiful**
44:19 135:8
141:25

153:11,22
158:7

**beautifully**
44:18 170:20

**bed**
140:11 166:24

**began**
131:19 133:5
143:1,15
145:15 146:19
147:6 150:24
166:9,21
175:16,20

**begged**
159:2

**begin**
7:10 129:16

**beginning**
9:20 57:13
112:6 142:17

**begun**
24:8,11 110:1

**behalf**
5:23

**behaved**
166:8

**behavior**
8:21 13:24
22:2 49:2
83:18 94:7

**behavioral**
34:4 70:3
196:12,17,19
204:8

**behoove**
196:13

**Belgium**
43:23 44:1

**belie**
  42:22

**belief**
  145:20

**beliefs**
  143:21 146:5

**believed**
  128:2 129:13
  136:3 142:23
  166:12,17

**believes**
  96:19,22
  97:6,16

**believing**
  143:1

**Bell**
  11:18 162:3

**beloved**
  150:11

**belt**
  175:9

**benefit**
  12:9 25:6
  81:14 106:17

**benefits**
  19:25 24:3
  37:8,10 77:19
  80:13 98:6,12
  104:19 173:23
  205:23

**betterment**
  123:10

**beverages**
  78:23

**bias**
  76:15 207:8

**biased**
  76:5 77:8

  85:8

**bifurcation**
  64:2 124:18

**big**
  31:5 59:21
  68:3 207:18

**bigger**
  85:9

**biggest**
  65:7 207:20

**Biggs**
  7:24 8:6,7,8
  14:22,25
  15:3,5,13,20
  17:3 28:9
  29:19 43:17
  65:20 162:5
  184:24

**bigots**
  88:10

**bills**
  155:5

**Billy**
  140:5,6,7

**binders**
  170:3

**biologic**
  45:8,12 92:2
  101:25

**biological**
  140:2

**biologist**
  142:14

**biology**
  63:16 151:24

**biomarkers**
  63:13

**biopsies**

  63:5

**biostatistics**
  76:19

**bipolar**
  139:4

**birth**
  38:3 45:21,22
  79:25 164:13

**birthday**
  146:10

**bit**
  15:7,11 32:14
  47:10 50:3
  61:13,18
  63:15 74:5
  94:6 117:18
  127:7 207:13

**black**
  71:13

**bladder**
  144:5

**Blake**
  168:19

**Blaze**
  155:13,14

**bleeding**
  80:1 141:4,7,
  8

**blind**
  14:14,15

**blocker**
  140:22 154:2
  155:20

**blockers**
  8:17 9:4,23
  10:9 12:6
  13:11 27:20
  28:11 32:2
  39:5 44:24

  45:25 46:2
  65:5,20 66:2,
  17 70:22
  71:18 79:13
  81:14 94:14
  112:7,14
  133:9 142:8
  144:12,21
  155:17 170:3
  187:23 188:16
  201:17 206:18
  210:17

**blocking**
  28:15 64:17
  105:1 156:18

**blood**
  63:12 67:17,
  24 131:21
  141:7 146:14
  155:23 180:9,
  10

**blown**
  86:23

**blue**
  66:14,23

**board**
  3:15,16,17
  4:3,12,18
  5:5,7,10 9:3
  14:10,19 16:7
  17:1,8,9 18:5
  19:16,17
  26:4,10,17,24
  27:3 31:19
  32:18 33:14
  42:4 55:2
  61:15 70:8
  71:5 72:16
  73:7 74:25
  75:7 77:24
  78:2 82:4,16,

Med Def_001281

19,25 96:16
103:3,14,17,
19 104:2,6,8
107:15,16,22
108:1 110:11,
16 111:3
112:22 113:6,
25 114:1,14,
17,22 115:1
116:15,17
121:13 123:2
130:6,12
135:16 140:7
147:21 148:9
149:22 151:12
156:1 157:18
160:7,11
161:17,20
162:18 163:13
164:25 173:18
174:19 177:7,
25 178:3
179:8 180:19
182:16 183:2
190:18,21
192:3,23
203:16 210:5
211:11 212:15

**board's**
73:17 77:22
111:6

**board-certified**
18:13 33:16
61:23 74:6
115:7,8,9

**boards**
4:13 6:1,4
8:3 31:18
73:15 114:23
120:9 172:1

**boards'**
4:15

**Bob**
152:16,17,24
153:1,3
154:12
174:18,19,20

**bodied**
67:22

**bodies**
6:2 39:6 96:4
134:21 171:10
182:13

**body**
16:2 40:10
46:9 49:19
62:15 75:16
80:12 81:12
128:8,12
131:12 132:23
133:24 134:8,
15 137:5
138:4 139:3,
20 140:17,19,
21,23 141:19
142:1,18,19
145:18,20
146:3,12,16
147:17 166:2,
13 167:16,17
170:6 171:11
175:9,25
176:1,5

**Bompubliccommen
t@flhealth.gov.**
7:4

**bone**
12:22,24
66:10,13,15,
18 70:23

144:22 155:22

**book**
161:7

**books**
163:23

**borderline**
139:4 175:14

**born**
67:15 68:6
143:3 175:8

**bothered**
13:11

**bottom**
65:13 90:11,
20 91:3,5
96:19 97:23
138:24 141:22
149:2

**boundaries**
170:1

**box**
67:4

**boxes**
173:25 207:24

**boy**
37:18,20
62:12 128:2
143:14 145:25
150:2 158:12,
17,19 164:8
166:7

**boy's**
166:13

**boys**
158:6,7

**boys'**
133:6

**brain**

63:11 70:23
138:16
144:14,19,21
175:25

**brains**
176:9

**brave**
148:13

**Brazilian**
104:5

**break**
180:25 182:19

**breaking**
15:17

**breast**
67:25 68:2
137:25 170:3

**breast/ovarian**
67:19

**breastfeed**
137:9

**breasts**
10:1 133:11
135:6,8 137:7
175:13 182:14

**Bridge**
34:3

**bring**
29:18,23
128:3 180:20
181:2 182:18,
21 195:15

**Britian**
9:21

**British**
12:1

**Brittany**
26:21

Med Def_001282

broad
  26:1 194:10
  195:10

Brockington
  168:19

brother
  136:7

brothers
  133:21

brought
  20:19 108:11
  178:5 180:16

brown
  141:2 175:9

Bruggeman
  26:21 27:23

brushstrokes
  195:10

buffers
  109:9

bulk
  161:11

bulleted
  89:22

Bullshit
  181:13

bullying
  21:17 142:17

burden
  80:4 154:25

bureau
  3:13

buried
  150:11

Burley
  140:5,6,7
  142:10

busy
  17:4

butt
  104:5 125:18

buyer's
  149:9

buying
  149:7

———————

C

Cadison
  142:12,13
  145:3

calculate
  67:8

California
  61:25 62:1
  73:8 133:3

call
  26:11 46:15
  156:4 163:3,9
  176:24 202:24
  203:2

called
  66:4,25 72:12
  132:3 152:13
  164:5

calling
  38:9 143:25
  152:18,24
  158:1

calls
  78:8 82:12

Camielle
  135:14

Camille
  135:13,14

campaign

  8:18 11:16

camping
  164:22

Canada
  81:25 84:22

cancer
  9:9 63:2
  67:19,25
  122:22 205:24

capability
  154:22

capable
  100:13

capacities
  55:25

capacity
  13:9,20 58:24
  64:11 172:23
  202:11,12

capture
  201:14

captured
  120:7

car
  149:7

carcinoma
  67:3

card
  152:5 171:25

cardiovascular
  67:13

cards
  153:3

care
  4:19 6:6 16:1
  19:3,5,21,24
  20:4,6,14,16
  22:4,7,8,11,

14,17 23:6,8,
12 24:9,11,17
25:4,23,25
26:12,16,19,
20,22 28:16
31:10 32:13
34:4 35:3,12
36:15 37:12
40:11,19
41:1,8,15
43:18,20,22,
24 44:3 49:9
51:1,6 54:13
60:21,23
65:18 69:10,
11,16 73:22,
24 74:10,15,
23 75:2,11,14
77:12,19,21
78:1,6,8,10
79:19 80:5,
13,20,25
81:23 82:6,9
88:23 92:13
93:12,24 94:1
95:7,20 96:3,
25 97:3,13,25
100:8,10,13,
15 103:15
104:2,8 105:4
107:2 108:5
110:21,24
113:18
116:14,24,25
119:8 120:13,
18 121:21
122:1 132:19
144:15 147:14
154:1,8 155:7
156:5,6
161:19 164:20
168:15

Med Def_001283

172:24,25
173:3,11
174:21 177:21
178:1 179:1,
4,13 190:14
191:25 198:19
206:17 207:21

**cared**
20:10 92:22

**career**
34:16 172:11

**careful**
24:2 35:9
40:14

**caregivers**
25:9

**Carol**
3:19

**carve**
118:25

**carved-up**
137:5

**case**
11:18 16:4
56:5,23
65:24,25
70:17 79:7
87:18 91:6
121:1 127:20
139:19 193:10

**casebook**
35:21

**caseload**
172:10

**cases**
23:14 60:12,
14 62:8 91:8,
23 101:19,24
139:23 156:14

161:12

**Cass**
44:11,12 57:3
118:4

**Cassie**
176:24

**Castle**
168:21

**castrate**
171:20

**castration**
9:7

**Cat**
142:12,13

**cataract**
194:1,4

**Cataracts**
194:2

**Catholic**
163:15

**caused**
147:3

**caution**
144:17

**cautious**
43:5 45:14

**caveat**
180:16

**celebrated**
166:13

**cell**
67:17

**center**
33:23 49:15
118:1 146:24
209:3

**centers**
48:6,24

124:22 125:4,
23

**Central**
133:3

**centralized**
47:19 48:18
49:14 51:21,
25

**century**
77:15

**certainty**
32:5 117:11

**certifications**
177:7

**certified**
19:16,17
177:7

**cervix**
132:6

**cessation**
144:23 198:14

**CG**
165:20

**chair**
3:24 4:23
5:19 17:16
34:3,20 44:14
103:8,12
104:15 189:6
202:23 208:6

**chaired**
160:14

**Chairman**
3:25 8:5
14:19 16:7
17:1,14,21
27:1 29:18,22
30:2 31:22
32:17 33:4

42:2,7 46:24
54:14,21 55:1
61:6 68:23
69:1 70:6,12
71:4 72:16,19
73:6,11,14
82:23 84:13
86:10 87:24
92:9 94:9
96:15 97:1,4,
11,14,19,22
98:9,15
101:14
102:14,18,22
105:7,10,13,
17 107:13,18
108:18 109:15
112:22,24
113:5 114:25
116:8 117:13
121:12 122:9,
16,21 126:7
127:13,16
130:10 132:24
135:11 137:14
140:3 142:10
145:2 150:6
152:6,14,19
155:12 160:9
162:21 165:9,
12,15 169:4
174:17 179:20
180:6,11
182:24 183:4,
9,22 187:12
189:7 193:8
196:8,23
197:3,18
198:2 203:1
204:17 207:16
208:8 210:5
211:23

Med Def_001284

212:14,25

**challenges**
21:17

**chamber**
133:25

**champion**
157:9

**championships**
157:13

**chance**
25:16 146:1
163:13 188:17

**chances**
83:14

**change**
43:2 71:9
87:22 94:15
125:20 140:1,
19,21 142:22
146:2,12
155:19 156:4,
19 163:24
170:14

**changed**
60:9

**changing**
38:20 129:11,
16 140:23
141:10 176:9

**chapter**
18:15 22:19
34:25 35:1
69:22 103:17,
19

**chapters**
35:16

**characteristic**
59:10

**characteristics**
23:19 39:8
59:9

**characterizatio
n**
95:1

**Charles**
168:20

**chauvinist**
151:9,10

**cheated**
152:4

**check**
173:25

**checked**
207:25

**chemical**
9:7 160:16

**chemically**
171:20

**chemotherapeuti
cs**
63:3

**chemotherapy**
93:21,22

**Cherise**
3:18

**chest**
67:20 135:4

**Chicago**
34:7

**chief**
3:13 34:5
42:22 47:17

**child**
9:21 10:3,6
22:9,12,25
23:9,13,23

26:13 33:16,
22 34:8,25
37:6 41:13
51:15 58:5
84:7 118:12
132:16 142:14
151:10,20
153:10,11,15,
22 156:6,14
158:23 163:14
166:4 171:1,4
182:11 187:11
190:6,8
191:14 198:5
200:1,8,11

**child's**
165:7 181:18

**childhood**
50:22 54:7
60:12 139:2
162:12 175:2
182:9

**children**
8:11,25 9:10
10:8 16:2,15
19:10,21
21:12,16 22:4
25:19 29:3
34:13,15,18,
21 35:18,22
36:2,7,11
41:16 44:15
45:7 50:6,7,
10,15 52:5
55:9 57:22
58:7 60:12
61:3 62:17
63:10 70:1
73:3,5 78:21
79:3 83:5,7,
13,23,25

84:5,8 86:18
101:4 105:25
106:2,17
108:12
115:16,22
134:4 135:7,
8,17 148:23
154:21
155:18,19,22
156:1,5,17
160:19 167:25
168:3,12
169:8 171:8,
15,17,21
176:8 177:19
179:4 181:11,
15,20 182:4,7
187:8

**Children's**
18:21,23 34:6

**chill**
123:12

**Chloe**
132:25 133:1
135:12

**choice**
37:16 179:2

**choices**
174:14

**choir**
163:16

**choose**
170:1 178:25

**chooses**
6:15

**chose**
168:16 198:22

**chosen**
140:13 169:25

Med Def_001285

176:22 198:17

**Christian**
174:23

**Christopher**
138:20

**chromosomal**
106:3

**chronologic**
124:17

**chronological**
105:6

**church**
129:6

**circumstances**
16:3 123:17,
21,23,25

**cis**
21:24 22:3
24:12,15,19
87:15,16

**citizen**
181:7

**citizens**
173:9 192:4

**civil**
6:10

**claim**
9:23 87:9
156:25

**claimed**
169:16

**claims**
56:24 59:11
77:17 81:8

**clarification**
126:21 192:3
193:9

**clarify**
16:10 30:7
55:14 84:18
126:16 199:21
210:4,11
212:12

**class**
9:4 21:7
178:9,16

**classes**
21:1

**clean**
163:22

**clear**
71:10 85:12
107:7 119:21
123:20,25
153:15 170:5
174:13 175:17
180:20 181:2
182:16,18
189:10

**clearing**
138:4

**client**
172:9 173:8

**clients**
173:14 174:14

**clients'**
172:12

**clinic**
8:16,19
11:11,18
13:14 20:19,
21 24:8 26:22
27:8,10,19
29:10 34:1
43:17 49:4
83:8 86:13
98:19 99:22

166:18

**clinical**
14:18 16:4
20:9,14,15
33:25 34:10,
18 35:7,20,21
39:20 46:18
47:23 49:17
62:5 74:8,10
76:1 78:12,19
79:11 80:22
83:8 84:11
86:4 88:24
89:11,17
92:25 100:10
111:19 117:5,
8 118:13
123:4,12,18,
21 124:3,21
125:3 157:19
185:14,23
186:2,18
189:12 195:13
196:19 197:15
198:8 199:6
204:4,5,6,7
206:20,25
207:12
208:20,22,23
209:2 211:2

**clinician**
19:8 82:2

**clinicians**
13:10 14:4
100:17
146:10,14,23
147:10

**clinics**
43:20 86:15
161:22

**close**
32:25

**closed**
21:14

**closer**
12:7

**closing**
7:16 183:24

**clothes**
133:6 135:5
158:19

**clothing**
38:21 170:2

**clots**
67:24 155:23

**clown**
21:8

**club**
164:4

**co-edited**
35:19

**co-occurring**
39:14,25
40:16 169:21

**coalesced**
208:11

**coalescing**
123:3 206:16

**code**
48:18 103:16
161:7 172:16,
19

**cognitive**
13:18 70:3
171:16

**COHERE**
49:19 50:4
57:3

Med Def_001286

cohesive
94:12

cohort
10:14 11:7
37:23 75:3
81:5

cohorts
46:1

coined
85:3

Cole
132:25 133:1

collaborations
88:22

colleague
26:21

colleagues
42:23 43:1,7
88:7 104:14
105:2 112:15
196:6 199:7

collect
14:4

collecting
28:3 121:22,
23

college
22:21,22
137:19
150:24,25
157:5,13
164:18 175:22
177:4

colon
138:18

Colorado's
33:20

colorectal
138:21

combined
20:12

comfortably
84:8

commenced
207:10

commend
182:20

comment
5:6,10,18
6:19,22 7:15,
18 32:6 35:10
70:10 84:17
85:13,15
124:6 125:25
127:12,15
183:16 209:1
212:19

comments
4:24 5:8,12
6:12 7:6,7,21
103:7 113:5
115:1 121:12
122:6 127:17
162:25 182:25

commission
14:8 16:17

commissioned
75:20

commits
154:10

committed
23:5 149:20

committee
4:21 6:5,14
7:14 34:22,23
107:17,18,19
113:25 114:5,
13 160:15

162:16 190:10
191:1 195:9
209:5

committee's
6:9

common
79:17

commonly
38:18 40:12

commonsense
181:5

communities
145:16

community
25:22 26:2
36:14 39:2
69:11 79:6
108:23,25
172:23 174:5

comorbid
55:14,15
108:8 143:13

comorbidities
51:13 52:13
54:9 55:18
56:16 70:3

companies
162:19

comparable
58:9

compare
72:11

compared
21:23 22:2
24:15,19,24
46:6 65:19

comparison
58:10 71:23

compelling
201:10

competent
127:3

competitive
159:14

complete
14:7 38:16
64:6 144:23

completed
18:19 28:20
29:8,21 33:21
53:10 65:18
182:5

completely
133:18 167:16
179:16 212:13

completion
28:25

complex
129:7 139:2
182:8

complexities
205:11

complicated
205:2

complicating
157:20

complications
70:14,15
136:11,16
137:6 166:22

comply
143:18

component
25:3 186:12,
14,15,16,17
200:14

Med Def_001287

components
189:9 209:3

compounded
147:19

compounding
131:11

comprehension
182:15

comprehensive
200:17

compressed
208:7

comprise
52:7

comprises
161:11

comprising
58:8

conceived
63:18

concern
45:3 84:17
85:4 108:11
116:12 122:9
197:20

concerned
13:19 74:25
176:3

concerns
49:7 60:4
78:8 79:16
145:7

concert
23:25

conclude
56:6 57:2
121:8

concludes

157:15 162:9

concluding
56:8 74:22

conclusion
75:25 82:8

conclusions
75:8 76:10
85:7 121:7

concur
90:4

concurrence
111:17 189:14
196:18

condition
36:20 60:15,
16 62:17 66:2
190:7 199:13
201:4

conditions
9:8 21:21
22:16 39:14
40:16 60:17
66:24 67:1
110:9,12
131:9 196:17
211:21

conduct
6:16 81:6

conducted
6:9 36:8
76:20 86:3
118:14 124:22

conducting
208:20

conference
180:23

confident
45:2

confirm
148:16

confirmed
181:8

confirming
75:17

conflict
39:8 71:10
141:19

conflicted
116:16

conflicting
72:4

conform
158:17

conforming
83:5,18

confused
92:11 116:3
162:10

confusing
78:15

confusion
41:7 119:18
169:15 170:12
175:1 176:13

Congress
57:25

congruence
46:9

Connecticut
74:13 88:6

consensus
26:2 35:9
75:15 81:17
82:14 208:12

consent
13:20 92:24

98:4 104:1
111:1,4,6,8,
12,16,25
113:1,2,12,19
115:24 116:4
118:12 124:15
126:17 131:4
132:15 149:23
167:19 176:16
177:19,22
184:4,5,8,20,
22 185:1
187:20 188:3,
8,24 189:10,
20 190:6
193:20,23
194:8,13,15,
16,18,24
198:10,16,25
199:15,23
200:2,3,10,
14,19 201:5,
7,19,24
202:3,8,10,
13,22 203:10,
17 204:1,12,
22 206:7
207:3,22
208:11 210:12
212:2,10,20

consented
170:17 199:25
205:1,4,18

consenting
205:17 206:4

consents
82:3

consequence
11:4 12:19
13:17 110:6,
18

Med Def_001288

consequences
108:22 109:2,
8 171:13
176:17
182:11,18
200:17 201:11

conservative
43:5,8 59:24
88:15,21

consideration
102:6,7 111:7
135:18 198:20

considerations
37:7

considered
19:3 21:7
48:20 112:9
179:18

consistent
38:25 104:20

consistently
37:25 40:18
181:5 196:11

consisting
185:9

consolidation
50:20

constant
132:17

constituents
183:8

constraints
6:25

constricting
138:11

consultations
133:17

consulting

153:9

consume
78:22

contacted
80:17

contagion
87:9,17

content
133:25

contention
190:23

contents
76:9

context
14:9 16:18
45:18 46:11
52:18 56:3
61:4 80:5
119:7 124:21

continuation
198:14

continue
10:9 26:15
53:24 110:24
113:20 117:15
157:25 158:16
172:22 173:5
177:20 183:18
190:8 191:19
198:21
199:13,14
200:9 205:9

continued
123:9 143:22
167:4

continues
14:17

continuing
14:4 71:19

190:7

continuum
19:25 94:4,
14,17 95:20
110:21 112:7

contracting
107:3

contradict
177:15

contraindicatio
n
52:11

contrary
125:10

contrast
10:4

contribute
174:7

contributing
34:25 129:1

control
13:21 14:14,
16 77:18,20
80:1,20,22
154:13 161:21
163:1 172:18

controlled
14:13 72:7
144:16 162:24

controlling
157:3

conventional
135:20

conversation
94:12 144:2

conversations
5:2 170:5
174:2

conversion
38:7

converting
142:7

convinced
59:7 137:22
145:25 171:2

coping
147:18

copy
173:1

cornerstone
79:21

correct
27:11,15
30:17 43:4
63:13 92:4
99:6 106:14
113:20 116:5
119:2,3
126:18,19
191:1 192:2,4
198:12,22

correctly
55:10 80:17
113:8,13,15
115:11 117:4
155:20 198:5
199:3

Cory
171:24 172:2
176:21

cosmetic
139:25 147:24

cost
135:2

costs
12:10,11 13:4

Med Def_001289

counsel
   3:14,17,18
   104:6 110:16

counseling
   70:4 78:25
   112:5 150:13
   160:25 172:7,
   15 176:12
   181:19 185:13
   187:3 198:1

counselor
   115:7 150:15
   169:11 172:5
   186:7

counselors
   146:4 180:17,
   22

counter
   154:18

countless
   144:11 145:16

countries
   32:7 81:22
   82:6 89:1
   162:1

country
   9:12 48:19
   49:15 81:22
   86:14 88:22
   138:22 178:7,
   22 193:3

counts
   67:17

couple
   11:17 42:20
   44:6 65:21
   68:19 70:22

courage
   130:11 148:13

182:20

court
   4:20 11:17

cover
   52:10 75:21

covered
   65:20

COVID
   21:2

craft
   124:3 126:2
   190:16

crafting
   75:1 191:11

create
   40:19 111:11
   120:16,20
   130:6 142:6
   147:22 167:8
   176:7 207:15
   209:10

created
   69:15 103:21
   111:3 139:20

creating
   16:24 107:4
   111:24

creative
   158:12

credentials
   177:6

crept
   134:5

criminalized
   156:7

criminalizes
   155:24

criteria

16:23,24
   40:6,8,9 41:3

critical
   37:25 59:2
   82:20 181:16

critically
   76:21 131:3

criticized
   58:9 80:20

cross
   104:18 105:3
   124:19 155:21
   188:17 200:13
   201:18 206:19

cross-hormone
   210:18

cross-sex
   10:6,9 13:7
   28:8,11 32:2
   49:8 50:11
   54:24 64:20
   65:5 66:8,20
   71:20 72:21
   118:15 143:10
   155:18 156:18
   160:17 162:17
   170:3 187:24
   190:3

croup
   79:24

crowd
   162:24 163:4

crying
   159:2

culminated
   143:24

culture
   143:7

curious
   15:18 43:6,10
   45:14 90:20
   99:21

current
   26:18 30:11,
   12 59:8
   123:15 193:19
   198:6

customized
   22:8

cut
   158:20 171:20
   183:15

cutoff
   91:1

cutoffs
   90:10,13

cutting
   133:6

cycle
   129:24

Cyra
   3:21

                    D

D.C.
   167:7

daily
   130:1

damage
   144:5

damaging
   159:21,23

danger
   69:25 146:20
   147:15

Med Def_001290

dangerous
  147:24 149:18
dangers
  147:21
Daniel
  168:20
Danielle
  3:15
dark
  147:3
Darn
  68:25
data
  14:5,18 22:14
  27:7,10 28:2,
  3,12 29:2,7,
  17 30:19
  43:14,15
  45:7,9,23
  46:10,13,19
  65:8 87:8
  89:18 90:4,7
  118:6 120:9,
  10 121:22,23
  144:16 192:15
databases
  65:9
date
  110:17 199:5
dated
  45:5
daughter
  134:23
  150:11,12,24
  151:4,5,14,15
  154:25 158:9,
  24 159:20
  169:12,20
  170:6,22

Dave
  14:21
David
  42:7 86:11
  88:3 98:16
  101:14 102:14
day
  21:1 101:20
  139:12 142:25
  146:13 150:1
  163:20 164:21
  179:22
Dayton
  7:25 17:7,8,
  14,19,24
  18:4,12 27:2,
  5,6,9,12,16,
  21 28:1,14,21
  29:5,10,12
  30:5,6,18
  31:15,23
  32:8,19 73:23
  98:24 100:9,
  14 111:13
  184:25
de
  10:14,24 11:3
  13:12
de-transitioned
  130:15 133:2
  142:13
de-transitioner
  62:9 145:7
de-
transitioning
  139:9 147:7
  166:3
dead
  134:23

deadline
  7:22
deadly
  67:24
deal
  136:19 182:7
  187:13 210:13
dealing
  91:7 122:24
  136:19 161:9
  210:11
dear
  47:8
death
  11:2,4 67:13
debatable
  83:17
debate
  187:19
debilitated
  128:25
debilitating
  41:10
decade
  46:11
decades
  42:25
deceiving
  181:22
December
  114:8
decency
  180:12
decide
  114:5 161:24
decided
  11:15 37:7
  129:18 140:20

deciding
  143:24
decision
  11:17 23:20,
  24 25:8,12,13
  37:18 82:21
  129:4 135:17
  137:13 142:2
  150:3 151:18
  154:25 162:7
  173:13 179:2,
  3,7 187:16
decision-making
  92:20
decisions
  41:22 154:14,
  17 160:5
  164:16 165:5
  168:11 174:16
  176:9 179:16
  182:12
decline
  10:20
declined
  169:24
deemed
  31:9
deep
  129:16 170:8
deepening
  67:21
deeper
  155:1
deeply
  75:19 76:13
  176:2
defendable
  119:21

Med Def_001291

October 28, 2022

20

defer
196:6

define
50:7 105:2
123:7 125:2,3

defined
60:23

definition
96:11

definitions
62:10

degrade
74:18

degree
18:18 33:19
188:4

dehydration
79:25

delay
25:6 41:7

delaying
10:2 39:4,10
149:22

demand
161:16

demands
156:25

demographic
161:10

demonstrate
25:4 58:23

denied
170:2

denote
80:7

density
12:24 66:11,
13,15,18

70:23

dentist
76:17

Denying
41:1

Department
18:25 34:4
47:18 173:10,
18

depend
38:13 185:17

dependent
139:13

depending
6:21

depends
101:6

depressed
151:1 166:23

depression
21:20 25:17
39:15,19
41:11 46:5
70:1 80:2
108:9 128:7
131:13 138:25
143:2 145:14
149:12 150:13
156:15,17
166:5 167:12
175:15

deprivation
75:21

depth
100:22 174:2

Derek
3:22

Derick
72:18,20

83:2,4,16,21
108:17 117:14
126:8,13,20
127:10 186:24
187:6 198:4,
13 204:24
205:6,16,25
212:5

derive
78:6

dermatologist's
76:22

describe
80:15 85:19

deserve
25:20 41:1
171:17 178:12
183:8

deserves
82:20

design
76:14

designation
78:16

desire
53:11 91:17
93:17,21
95:2,5 98:1,8
198:5

desired
92:22 93:5,9

desist
63:10 71:22

desistance
62:16 71:7

desisted
143:20 170:23

desistence
188:14

desists
68:3

despair
13:24 155:2

desperate
141:14

desperately
129:8 130:4

desperation
146:11

destroyed
64:5

destroying
65:2

destructive
160:20

detailed
203:16

details
15:14,18 82:5

detected
81:4

deteriorate
176:4

determination
162:3

determine
83:23 173:10
177:10 179:10

determined
118:19 148:13
158:24

detransition
129:19 139:18
144:7

detriments
147:13

Med Def_001292

**develop**
25:24 63:24
73:18 109:17
126:12

**developed**
13:2 20:6
41:23 86:6
134:10 136:11
139:13 144:20
167:1 176:10

**developing**
9:25 39:6
138:12 170:6

**development**
7:15 13:8,18
17:11 18:7
19:13 23:18
26:11 34:5
39:13 52:18
54:10,23
55:24 56:7
59:7 63:19
64:7,8 66:8
70:23 103:9,
13 106:14
109:20 144:14

**developmental**
52:19

**developmentally**
19:20 100:15

**devices**
5:4 103:25

**Di**
30:3,4,7,24
115:3 116:2,7
127:11
207:16,17
208:4 212:1,7

**diabetes**
62:22,24 78:3

**diagnose**
40:7

**diagnosed**
19:22 22:5
23:9 25:16,20
128:6,16
129:6 130:16
131:12,14
132:4 161:7
175:14

**diagnoses**
41:18 196:12

**diagnosing**
138:5

**diagnosis**
36:24 131:10
133:16 161:16

**diagnostic**
36:25 40:9
48:16 49:2

**diagnostics**
51:23

**Diamond**
14:22 15:2,6,
16 16:6,20,25
42:8,14,18
44:6,9 46:23
88:4 89:2,6
90:1,8,18,22,
25 91:11,20,
25 92:6
101:17 102:17
103:4,6
106:10,15,21,
25 109:15,16
110:14 113:7,
15,22 116:23
117:3,17
118:8,17,23
119:12 123:6

124:5,10
126:11,19,22
127:14
185:15,21
189:6,8
190:15,19,23
191:4,13,24
192:5,8,18,24
193:8,12,21
198:12 199:2
200:5,20
202:23 203:6,
19 205:6,20
207:8 208:1,
13,15,25
209:6,18
210:7,23
211:1,6,10,16

**dichotomy**
151:22

**dictate**
179:13 205:17

**die**
159:4 164:3

**died**
12:19 29:1
149:17

**difference**
28:19 29:20
89:8,13
164:20

**differences**
88:25

**differentiation**
63:20

**differently**
50:12

**difficult**
14:25 17:25
33:2 41:13

59:17 124:2
125:2 126:1
136:21 147:20
148:14 164:16
165:4 189:16,
19 212:9

**difficulties**
50:9 51:3
56:22 57:5
68:13 145:19

**difficulty**
141:4 145:13

**dilation**
138:11

**diligent**
135:24

**diminished**
46:5

**dire**
109:6

**direct**
121:7

**direction**
145:22 157:24

**directive**
15:9

**director**
3:14,16 4:8,
12 18:22 45:6
114:16,21
119:5,19
120:11,15
123:13 125:12
184:2,9,13,
16,19 190:12,
17,20 191:2
193:22 194:3,
6 195:14
197:14 203:7,

Med Def_001293

20 204:21
209:8,21,25
210:10,15,24
211:3,8
212:21

**disabilities**
144:22

**disagree**
88:19

**disagreeing**
96:11

**disallowed**
167:24

**disassociate**
171:10

**discern**
44:2

**discharge**
53:20

**discipline**
37:4

**disclaimer**
69:8

**disclose**
188:3

**disclosed**
131:16

**discomfort**
145:11 167:13

**disconnect**
140:16 175:24

**discontinued**
167:15

**discouraged**
130:24

**discourse**
6:10 86:24
157:5

**discovered**
8:17 132:7

**discrimination**
21:18,21 91:2

**discuss**
93:10 98:5,12
105:22 114:8
127:12 174:1
195:11

**discussed**
20:1 55:18
100:19 124:16
177:18

**discussing**
6:10 30:16
31:12 37:8
44:22 173:22
189:21

**discussion**
7:10,13,14
17:11 18:7
24:2 35:10
47:10 55:7
98:4 102:24
103:2,9,12
104:23
105:14,19
107:15 116:10
120:1 121:18
122:6 126:7
178:19 196:10
202:24 211:25

**discussions**
83:22 173:17

**disease**
67:13 122:23
132:6 161:15

**disfunction**
67:18

**dislike**
87:11

**disliked**
142:23

**dismiss**
81:17

**dismisses**
78:12

**disorder**
79:2 130:17
131:10,14
138:6 157:15
161:5 167:2

**disordered**
39:15

**disorders**
51:9 56:7,13
57:6 106:1,
13,16 107:9
108:12 109:19
139:4 145:14
211:13

**dispensary**
111:4

**dispensing**
103:24

**display**
13:23

**disrupt**
6:15

**disrupting**
163:4

**disruptive**
6:12,13

**dissection**
81:11

**dissipates**
162:12

**distinction**
89:19

**distorted**
80:11

**distress**
36:21 62:13
108:7 131:5
132:23 133:22
169:13 171:19
181:11

**distressing**
39:7 158:22

**disturbed**
8:13

**diverse**
19:10 35:5,20

**divert**
44:2 196:10

**Division**
18:25

**divorced**
128:5 148:23

**doctor**
14:20 45:1
47:3 54:14
55:1,3 61:8
70:9 89:6
102:20 129:5
160:2

**doctors**
31:20 73:23
111:13 123:6
130:7 134:22
135:24 138:10
141:3 142:3,6
155:17,25
161:22 164:4
168:12 171:20
184:24,25

Med Def_001294

209:12,17

**document**
69:14,24
89:16 173:6
194:15

**documentation**
9:2,3 15:21
131:7 199:14

**documented**
173:7

**documenting**
112:2

**dolls**
134:9

**dominate**
157:8,12
159:15

**dominating**
157:3,4

**Donna**
3:17 203:12

**dose**
67:11 131:25
146:15

**doses**
66:22 67:16

**dotted**
65:13

**double**
133:10 151:6,
15

**doubt**
117:23,24

**dozens**
36:9

**draft**
14:6 15:24,25
73:18 195:8

**drafted**
194:9

**drafting**
183:25 202:5

**dramatic**
162:13

**Drass**
160:10,11,12
162:21

**drastic**
151:7

**drastically**
13:1

**drawn**
20:18

**dress**
137:9 156:23

**dresses**
134:9 158:14

**drive**
138:15

**driven**
162:14

**driving**
59:18 87:10

**drop**
193:3

**dropped**
175:22 209:7

**dropping**
167:1

**drug**
130:21 131:21

**drugs**
9:4,5,7,19
11:13 13:22
79:17 103:23
106:18,19

107:8 147:2
155:21 156:18
182:12 200:18
211:12

**DSM-5**
40:8 161:8

**dubious**
12:4

**ductal**
63:21 64:4

**ducts**
63:22,23

**due**
67:13 139:12
146:22 189:3

**duly**
4:13

**duration**
6:13

**Dutch**
11:6,10,25
12:18 13:12
43:16,18
58:8,19
60:10,21,22
188:7 206:6

**dysfunction**
67:14 71:3

**dysmorphia**
134:15 139:3

**dysphoria**
9:1,11 10:5,
20,21,23
11:21 17:12
18:9 19:22
20:17 21:17
22:5,10,12,16
23:10,24
24:14,18

25:17,20,24
26:1,12
34:14,16
35:18,23
36:7,11,16,
19,23 37:1,14
39:12,18
40:7,12,24
41:6,10 42:25
45:9 49:11
50:6,11,24
54:7 55:19
56:1,2 57:7
60:12,19 61:3
62:13 72:9
73:20,25
74:23 75:2,
11,18 79:14
80:21 81:15
82:9 83:5,14,
19 84:1,6
86:18 87:10
88:14 97:5
98:21 100:1
105:5 106:12
107:2 108:6,7
109:18 111:15
112:4 128:16
133:16 143:4
145:19 148:19
150:15
156:10,14
161:8,12
162:12,14
181:18 192:9
197:2 211:18

**dysphoric**
24:5 134:3
144:24 171:8
181:15 182:7

Med Def_001295

October 28, 2022

24

---

**E**

**Eagle**
175:10

**earlier**
60:23 110:21
115:4 123:15
138:24

**early**
10:3,14,16
12:6,12,18
13:6 54:23
77:13 133:23
140:15 142:19
211:10

**earned**
175:9

**Earth**
149:25

**easier**
211:16

**easily**
124:4

**easy**
46:15,16 53:3
115:12 137:23
148:12 191:15
211:18

**eating**
39:15 145:14
167:2

**echo**
33:8 133:25

**echoes**
172:19

**Ed**
3:16 114:19
184:1,6
203:14

**Ed's**
119:15

**editions**
173:4

**educate**
8:10

**educated**
110:25 159:7
174:23

**education**
19:11 113:11
172:6

**Edward**
160:10,11,12

**effect**
13:11 14:1
80:23 81:3
109:24 110:16
114:6,7
132:22

**effective**
75:18 81:16

**effectiveness**
59:12

**effects**
71:1 112:14
130:25 144:4
146:18 156:18

**efficacy**
104:22

**effort**
43:21 44:2
76:25

**efforts**
38:2,7,9

**eggs**
63:18 64:14

**Eighth**

35:1

**elaborate**
15:7 208:21

**elated**
128:23

**electrolysis**
103:25 149:3

**electronic**
5:4 28:4

**element**
203:24 212:12

**elements**
124:23 126:12
194:18,24
195:2 203:17,
19,21 212:6

**eligibility**
16:23

**Elijah**
168:18

**eliminate**
189:19

**eliminating**
41:11

**eloquent**
82:24

**email**
7:2,3,4
179:24

**embryo**
63:18,20

**embryologic**
64:7

**emerged**
56:2

**emergency**
77:14

**Emmot**
168:21

**Emory**
74:8

**emotional**
13:17 115:13
132:20,23
145:18 170:9
182:8

**emotions**
136:22 140:23

**emphasis**
15:25

**emphasize**
15:24 43:14
66:6 69:5
82:8

**emphatically**
84:11

**employer**
18:11 74:4
177:6

**enable**
38:24

**enabling**
171:20

**encompass**
106:9

**encompassing**
172:11

**encounter**
129:16

**encourage**
176:10

**encouraged**
170:9 171:9

**encouragement**
140:21 145:23

Med Def_001296

encourages
  5:6

encouraging
  145:17

end
  6:18 7:6
  12:23 20:3
  53:13 65:1,15
  113:23 136:2
  212:17

endeavor
  8:3

ended
  167:1 183:1

endocrine
  20:8 23:1,3
  44:4 64:19
  67:2 69:5
  72:1 78:20
  82:14 84:12
  90:16

endocrinologist
  18:14 30:15
  61:24 62:21
  98:22,25
  99:5,11,23
  100:11 101:1,
  2 115:8,19
  130:25
  166:17,19
  186:16,17
  189:11 205:13
  207:23

endocrinologist
's
  160:4

endocrinologist
s
  19:17 66:3
  164:14

endocrinology
  8:23 18:20,25
  49:3 58:3
  62:6 111:18
  185:10,20,21,
  22 195:12
  204:3

endometriosis
  132:5

endorsed
  22:17 25:22

enduring
  37:23

enforce
  119:16 120:17

enforceable
  123:25

engage
  76:25 178:12,
  14

engaged
  177:21

engaging
  81:12

England
  16:14,17 32:1
  43:2 45:6
  116:20 187:23
  202:21

England's
  44:16

Engles
  172:3,4

English
  14:5 47:12
  187:24 188:1,
  2

enhance
  111:1 200:9

enhanced
  113:11,12,19
  177:21 184:4,
  19,22 189:10,
  20 199:15
  200:14

enroll
  122:11

enrolled
  207:1

enrolling
  16:15

ensure
  14:16 26:5
  39:1 63:13
  64:22 110:24,
  25 115:11

ensured
  141:15

ensuring
  111:20

enter
  120:4

entering
  119:7

entertain
  117:7

entire
  65:9 80:12
  81:12 85:22
  137:4 173:11

entirety
  43:13 75:8

entities
  194:12

entitled
  103:18

enunciated

117:6

environment
  19:23 43:12
  87:2

epidemic
  134:18 161:9

epididymis
  63:23

episodes
  146:20

equal
  77:5 80:3
  94:2

equally
  40:22

equitable
  6:22

erroneously
  78:12

error
  81:10

errors
  76:6 82:18

erythrocytosis
  67:16

escalated
  158:21

escape
  128:9 136:18

essence
  153:8

essential
  79:22

essentially
  15:23 189:24

establish
  69:9

Med Def_001297

established
  64:17 77:3
  86:13 161:20
  164:10

establishes
  80:12

esteem
  175:18

Estradiol
  28:17 166:19

estrogen
  66:1 67:23
  132:12 140:22

et al
  10:15,24 11:3
  82:4

Etherington
  168:25

ethic
  173:19

ethical
  77:22 116:22
  117:12,25
  161:17 171:17

ethics
  160:15
  172:14,16,19

Europe
  42:23 43:1,7,
  13 47:15
  59:21,23 88:8

European
  57:25 58:2

evaluate
  177:11 186:24

evaluation
  46:4 52:19
  100:23 187:15
  197:10,22

198:24 199:1

evaluations
  139:23
  196:14,19
  198:1 204:20

eventually
  11:18 134:7
  136:20 141:8

ever-growing
  40:10

evidence
  10:12 13:5,6
  14:3 22:15
  24:4 26:20
  32:3,5,10,13,
  15 41:6 48:12
  56:20,24
  57:5,14,16,
  18,21 58:4
  59:5,8 60:25
  63:4 68:7
  69:12,13,21
  71:25 72:3,6,
  15 73:22
  75:16 77:19,
  25 78:6,15,
  17,24 79:3
  80:3 81:12
  82:13 84:25
  85:5,20,23
  89:24 104:21
  187:22 188:4,
  12 189:3

evidence-
  26:8 171:17

evidence-based
  19:20 20:12,
  16 23:6,7
  25:5,21,23
  41:12,19

58:16 85:2,
  10,22 180:20
  181:2 182:17

evident
  6:23 177:24

evidentiary
  37:2

evolve
  173:5 199:22

exacerbate
  39:11 136:15

exact
  91:15 100:9

examination
  76:7

examined
  24:7 25:2

examines
  77:10

examples
  79:23

exceeded
  191:16

exceeding
  11:2

exceedingly
  67:7

exception
  118:25 190:2
  192:14 193:24

exceptionalist
  78:9

exceptionally
  80:4

exceptions
  124:20

excessively
  132:8

exchange
  131:24

excited
  138:7

exclude
  110:8,9

excluded
  110:12

excludes
  109:19

excluding
  52:11 123:3

exclusively
  211:17

excuse
  32:24 152:6
  183:2

excused
  3:2

execution
  76:15

executive
  3:14,15 4:8,
  12 114:16,21
  119:5,19
  120:11,15
  123:13 125:12
  184:2,9,13,
  16,19 190:12,
  17,20 191:2
  193:22 194:3,
  6 195:14
  197:14 203:7,
  20 204:21
  209:8,21,25
  210:10,15,24
  211:3,8
  212:21

exemption

Med Def_001298

189:22 190:16

**exist**
72:11,13
143:8 174:11
207:1

**existing**
14:7 26:16

**expand**
196:4

**expanding**
107:3

**expansive**
73:25 74:11
87:3,13

**expect**
206:25

**expectant**
128:1

**expectation**
6:9

**expectations**
52:22,23
194:19,22

**expected**
58:15

**expecting**
194:14,16

**expensive**
149:8

**experience**
20:9,13,15
21:17 25:17
39:20 40:1
50:10,20 51:8
83:9 88:21
92:3,5 95:3
102:7 131:19
169:10 171:16

**experienced**
21:22 128:4
132:2 144:4
145:24 147:12
150:22 166:22

**experiences**
22:12 23:23
36:20 147:20
172:6 174:3

**experiencing**
8:25 20:19
21:19 22:2,9
57:7 146:19
149:11 156:15
169:12

**experimental**
74:25 75:13
80:8 82:11
132:16 144:15
202:18,20

**experiments**
132:14

**expert**
33:17 35:9
61:7 62:7
76:4,17 86:16
98:8 99:4,9
102:12 177:9

**expertise**
19:4 26:25
73:24 86:4
98:13 177:9
181:1

**experts**
7:11,23 28:23
57:4 69:20
75:4 77:1
84:6,25 85:11
89:9 94:16
102:12 104:11

109:4 118:3
153:17 164:12
196:11 197:5

**expired**
152:9

**explain**
11:5 88:11,14
203:9

**explained**
12:4

**explanation**
200:17

**exploratory**
50:24 51:7
147:23

**explore**
40:20 52:22
91:18 167:11
169:20 171:18

**exploring**
166:16

**exponential**
86:25

**exponentially**
129:20

**exposed**
87:16 175:7

**exposure**
133:23

**express**
91:17 95:4
200:8

**expressed**
93:17 95:2
98:1 169:14
175:1

**expression**
96:5

**extended**
5:19

**extension**
104:2 134:6

**extensively**
48:7

**extent**
158:21

**extraordinarily**
30:9

**extreme**
69:24

**extremely**
91:8 115:17
143:5 156:14

---

**F**

---

**face**
20:22 21:1
67:20 68:9
80:6 129:25
167:10

**faces**
80:5

**facets**
174:7

**facial**
128:22 137:25
149:1

**facilitate**
5:16 93:16
98:7

**facilities**
38:23

**facing**
147:18 166:1

**fact**
13:6 62:24

Med Def_001299

85:8 86:25
103:15 131:3
149:13 178:20
196:16

**factor**
129:2 171:6

**factors**
40:17 131:11
162:15

**failed**
131:2 142:3
159:16

**failure**
14:4 131:20

**fair**
71:23 148:6

**fairly**
81:16 105:21

**faith**
149:13 193:1

**fall**
19:24

**fallopian**
63:24

**false**
134:10
156:22,24
170:17 175:8

**falsely**
79:15

**familiar**
31:25

**familiarized**
32:9

**families**
19:12,23
23:13 34:2
41:24 46:19

84:5 120:4
160:6 174:15
181:20

**family**
20:2 22:24
24:1 36:22
37:6 39:2
52:24 70:4
129:6 133:7
145:13 159:24
160:14,21
181:6 187:8,
9,21 188:25
204:23 205:22

**family's**
112:3

**far-left**
134:1

**fasciitis**
10:25

**fashion**
85:6 158:14
197:23

**fast**
21:4 90:13

**fast-track**
165:25

**fat**
125:18

**fate**
142:24

**favor**
60:20

**favoring**
10:13

**fear**
80:9 170:7

**febrile**
79:3

**February**
129:10

**feed**
135:7

**feel**
21:2 28:12
47:10 50:11
87:23 98:25
117:14 139:19
154:20 168:8
169:13 212:13

**feeling**
28:24 62:12

**feelings**
6:7 151:22

**feels**
77:24 173:10

**Feinberg**
34:9

**Feldman**
168:23

**fell**
68:12

**fellow**
26:8 76:18

**fellowship**
18:20 33:21
62:2

**felt**
21:4 131:12
142:18

**female**
60:15 63:17
66:11,23
67:9,15 68:6
100:24 128:11
133:2 134:20
145:12 158:11
170:21

**females**
13:23 45:12,
21 63:17
65:25 67:6,11
92:2 100:23
101:25 161:10

**feminine**
133:19 137:19

**feminist**
156:24 157:1

**feminists**
156:21

**feminization**
137:25 141:16
149:1

**Fenway**
137:23

**fertility**
64:17 71:2

**fester**
143:23

**fever**
79:5

**field**
33:17 58:16
85:7

**fighting**
157:2

**figure**
149:24,25

**fill**
173:25 186:3

**filled**
76:5 170:8

**final**
114:23

**finally**
13:16 21:13

Med Def_001300

77:4 112:10
150:20 151:19
164:7 178:18

**find**
52:12 58:14
63:9 129:16
142:16

**finding**
10:21 14:25
55:21

**findings**
44:11

**fine**
151:13 180:7
209:22

**finish**
29:22 179:23

**finishing**
55:8

**Finland**
43:3 47:15,24
48:10,15,17
49:19,23 50:4
57:3 59:16
61:9 81:25
116:20 118:4
202:20

**fireman**
150:1

**firmly**
75:10

**fistula**
138:21

**fit**
27:15 131:4
137:8

**fits**
22:10 92:23

**fitting**
145:13

**five-minute**
183:5

**fix**
128:21 139:7
176:5

**flag**
136:9

**flagrantly**
182:19

**flags**
76:15

**flatlining**
66:16

**flawed**
75:1,19,23
76:2,13

**flexibility**
119:14

**float**
206:15

**floor**
105:11 107:14

**Florida**
4:12 6:4
14:10 17:12
18:9,15,21
19:11 22:19
26:1,10 41:2,
15 73:15
74:14,19
75:20 80:15
84:20 91:12
102:1 103:16
118:2 120:2,
10 125:10,13,
16,21 135:15
148:9 153:24

154:7 155:16,
24 159:10
160:12 162:6
164:12 169:8
170:24 172:5
177:4 178:9,
10,13,15
179:25
180:15,23
181:4,6,7
182:16 183:12
192:4

**Florida's**
18:23 75:5
82:12 173:9

**Floridians**
75:22 82:21
105:24 165:1
178:24 179:6

**flown**
167:6

**fluid**
135:5

**Fluod**
168:22

**flush**
106:18

**Flynn**
152:17,25
153:1,2,7,8
154:12

**focus**
8:24

**focused**
44:23 45:8

**fog**
81:17

**fogged**
138:16

**folks**
38:24 45:1
46:14 69:6
109:11 119:7
205:7

**follow**
7:16,17 14:17
16:16 31:10
53:7,9,12,18,
20 58:20
99:19 140:20
191:7 192:17

**force**
8:19 11:16
64:25 158:18,
19,23

**forced**
158:17 181:20

**Forest**
18:19

**forever**
147:10

**forgiving**
87:1

**forgoing**
146:14

**form**
104:1 105:8
122:10 173:24
184:8 194:25
195:3,5,9,11,
21 201:19
202:5 203:16
204:22 206:8

**formal**
14:9 15:9
16:16,18
36:24 61:5

**forming**

Med Def_001301

16:14

**forms**
5:15 111:4
160:16 194:8,
9 195:19

**Fort**
183:16

**fortunate**
147:12

**forum**
142:25

**forward**
8:7 21:4
41:25 80:14
89:10,24
100:22 127:24
206:21

**Foster**
130:13,14,15
132:24

**found**
21:25 24:13,
21 32:4
65:10,16 77:8

**foundational**
77:2

**founded**
33:24 178:22

**fraction**
67:13

**fractures**
66:19

**fragmentary**
13:5

**Framingham**
174:18,19,20

**France**
168:20

**freak**
167:18

**free**
82:4 148:24
164:22 193:3

**freedoms**
178:23,24

**Friday**
4:10 114:20
119:22

**Frieden**
12:25

**friend**
136:6 174:5

**friendly**
100:15 181:6

**friends**
133:7 148:10
149:17,19
150:5,19
164:24 169:16

**front**
42:12 101:19,
22 157:18

**fruits**
78:22

**fulfilling**
174:12

**full**
9:1 64:10
82:17 107:15
114:17,22,23
115:4 139:18,
23 153:18
160:18 172:11
188:2 189:4

**fully**
112:19 141:23
144:19 145:25

171:14 176:9,
16 207:13
208:11

**function**
11:20 64:11
65:22 132:11
171:14

**functional**
55:25 56:23
58:24 139:11,
18

**functionally**
56:3

**functioning**
13:8 40:4
46:9 60:2,7
167:3

**fundamental**
56:9 57:10

**funded**
49:22

**furnish**
73:20

**future**
130:5 135:8
174:13

---

**G**

---

**Gabrielle**
168:22

**Gadea**
3:1

**gained**
174:3

**Gaines**
157:10,13

**gall**
144:4

**Gallstones**
67:24

**gamed**
124:4

**gamut**
189:4

**gaps**
8:14

**gather**
89:18,24

**gauze**
141:5

**gave**
134:7 164:5
169:22

**gay**
137:19 158:13

**gender**
8:11,16,25
9:11 10:5,20,
21,22 11:11,
21 14:7 17:12
18:8 19:7,10,
12,13,22
20:17 21:16,
24 22:3,5,10,
12,16 23:9,24
24:5,8,12,14,
15,17,19
25:16,20,24
26:1,12,18
30:17 33:24
34:5,14,16,22
35:4,17,20,23
36:7,11,16,
19,23 37:1,
14,16,17,19,
24,25 38:3,
13,22,25
39:8,12,18

Med Def_001302

40:7,12,20,24
41:5,10 42:25
44:14 47:19,
21,25 48:6,8,
17 49:1,11
50:6,11,20,
21,24 51:16,
18,21,22,24
52:17 54:5,7
55:19 56:1,2,
8,12,21 57:1,
7,8,21 58:6
60:12,19 61:2
62:11,13
63:6,9 65:3
72:8 73:19,25
74:11,23
75:2,11,18
79:14 80:21
81:14 82:9
83:5,13,19,25
84:6,25
86:13,15,18
87:3,10,12,
15,16 88:13
96:5 97:5
98:20 100:1
105:5 106:12
107:2 108:6,7
109:18 112:4
128:15,16
130:16 131:9
134:1 135:22
136:17 138:6
142:7 143:4,
11,21 144:24
145:19 147:6,
14,22 148:19
150:11,14
156:10,14
161:5,8,12
162:10,12,13

164:18 165:23
166:4,18
169:14 170:10
171:8 181:15,
18 182:7
192:9 197:2
211:18

**gender-**
19:20 22:6,
13,16 25:13
26:15 36:14
78:9 80:4
82:5 93:11,23
94:17 179:3

**gender-affirming**
19:3,24 21:11
23:8,15 24:9,
11,17 25:4,7,
15,23 26:19,
20 28:16
36:17 40:13,
14 46:7
73:22,24
74:15 75:13
77:12,19,21
80:13,19
81:23 82:1
88:23 92:13
94:1,19,22
95:21 96:3
98:2 100:8
105:4 111:15
143:7 144:15
145:8 154:1
156:5 164:20
166:14 167:4
172:24 174:21
177:21 179:1
181:9

**genders**

142:22

**general**
3:14 28:23
57:14,16 59:5
65:19 79:20
92:16 120:25
130:19 155:15
156:3 160:13
193:20,24

**generalized**
119:10

**generally**
74:24 75:12
82:10 172:8

**genetic**
63:12 106:3

**genital**
12:12 49:14
53:17 139:25
155:25

**genitals**
139:11,15
182:14

**gentleman**
157:21

**gentlemen**
150:8

**George**
171:22,23
176:20

**GHRH**
15:10 45:7
124:18 190:3
200:7

**girl**
9:25 62:12
99:24 133:20
136:7,14
140:10,12,14

145:11 150:2
158:8 163:16
164:5 166:7,
9,12 169:14

**girls**
145:14,17
157:4 166:8

**give**
4:6 49:16
50:1 62:22
63:2 66:1,21
72:9,10 82:19
96:7 102:11
117:17 120:9
179:24 187:2
190:6 192:13
202:9,21
211:4

**giving**
66:8 67:10
163:13 201:2
203:10

**gladly**
208:14

**glaring**
81:9

**gleaned**
20:13

**glucose**
62:25

**GNRH**
16:18

**Gnrha**
9:5,19 11:13
12:23 13:22
14:8 16:3

**goal**
20:3,14 137:1

**God**

Med Def_001303

140:10,11
149:13 151:23

**God's**
149:25

**good**
4:10 17:8
18:4 32:11
42:15,18
47:7,8 55:3
70:12 88:4
118:6 140:6
150:8 155:14
160:11 172:17
175:1 177:2
188:12 193:1

**goodwill**
88:9

**Gordan**
85:2

**grade**
136:6 174:24

**Grades**
175:5

**grading**
69:21

**graduated**
179:14

**grafted**
133:12

**granddaughter**
149:14

**grateful**
118:3 130:2
143:9 147:10
164:21

**grave**
69:25 75:24
145:7

**gray**
77:6,7

**great**
43:11 56:8
60:3 102:1

**greater**
21:22 135:18
174:11

**greatly**
157:20

**green**
149:25

**grew**
128:22

**GRH**
105:1 118:15

**grooming**
38:21

**grounded**
137:3

**group**
5:21,23 11:3
14:16 32:21
54:11 58:10
59:3 61:1
72:8 80:21
93:1 153:13
154:10 164:5
205:5

**groups**
60:11 68:19
72:8 80:23
181:5,21
182:2

**grow**
158:12 167:20
175:12

**growing**
62:17 128:3

**growth**
67:20 68:2,8
131:1

**guarantee**
14:18

**guaranteed**
171:6

**guardian**
113:4

**guardians**
52:3 112:19
187:10

**guess**
28:8 107:6
114:8 125:8
192:24 199:21

**guidance**
16:11 106:9
108:22 118:19
184:3

**guide**
81:18 179:9

**guidelines**
5:8 22:13
26:9 30:11,19
31:21 35:7
41:5,6 49:17,
18,25 50:1,3,
5 51:17 66:6
67:6 69:5
72:1 78:13,21
84:12 88:20,
24 89:22
90:17 92:25
98:3 99:20
155:16 164:10
177:24 180:20
182:17

**guides**
181:23

**Guiette**
85:2,4

**Gus**
176:25

**guys**
32:14

**gym**
164:23

**Gynecologists**
22:21

**gynecology**
49:4 79:20

**Gynecomastia**
68:2

---
**H**
---

**H-A-W-E-S**
127:23

**habits**
38:21

**Hafner**
168:18

**hair**
67:20 68:8
128:22 130:25
131:1 133:6
134:9 158:14,
20 170:2

**haircut**
158:20

**Haley**
148:2,4 150:6
168:22

**half**
130:18 151:8
159:1

**halfway**
10:23

Med Def_001304

hall
  32:25 33:3
hand
  81:18 86:5
  175:11
handed
  152:4
handful
  11:22 58:20
hands
  154:12,13,22
  180:10
happen
  7:20 102:24
  122:14 207:19
happened
  147:18 170:16
happening
  59:21 73:4
  101:20 137:11
  155:4 156:9
  206:2
happily
  21:6 130:2
  141:24
happiness
  140:24 141:14
happy
  25:18 26:17,
  23 28:6 138:7
  140:25 143:22
  146:1 149:6,
  10 153:23
  164:18
harassment
  21:18
hard
  90:12 99:15
  129:13 141:18

202:15 212:22
harder
  123:1
hardware
  139:7
harm
  41:3 165:2
  167:20 172:16
  173:19 179:15
  199:11
harmed
  165:21 167:23
  173:16
harmful
  38:5,10
  159:19 170:2
harms
  174:21
Hartman
  3:13
Haven
  88:5 90:9,19
Hawes
  127:22,23,25
he/him
  143:15
head
  27:18
heal
  135:24
healed
  135:25
healing
  68:14
health
  14:5 15:8
  20:7 21:6,20
  23:2,4,11

24:2,7,14,18
26:15 28:22
33:18 34:4,23
35:1,3,4,7,
14,22,25
36:1,6,9
37:13 38:1,14
39:14,22,25
40:5,11,15
43:25 44:1,5,
16 49:1,20,23
51:7 53:19
55:11,13,14,
16,17,23
56:4,16,22
57:1,5,15,22
58:1,24 59:6
60:1,6 74:14
77:14 92:15
108:8 109:3
115:6 117:9
128:23
129:20,21
132:17,19
134:16,18,19
135:2,20
136:15,22,23
137:24 138:3,
14 143:13
146:18
147:19,23
159:20 168:14
169:9,18,19
170:15 171:21
172:5,13
173:10,18
175:3,16,22
176:3 185:12
196:12,17,19
197:1 202:13
204:8

healthcare
  25:21 35:19
  40:25 41:12,
  19 74:20
  75:21 81:19
  82:1 94:18,
  19,22 95:21
  116:12,13
  137:2 187:18
healthfully
  167:3
healthy
  92:14,15
  107:10 139:15
  153:23 167:20
hear
  15:1,2,3
  17:18 27:5
  30:5 33:2,9
  42:9,15,17
  54:19 55:5
  61:12 68:16
  71:6,8,24
  85:15 86:12
  95:9,10,15
  99:15 104:11,
  13 105:11
  107:22 150:9
  173:19,20
heard
  48:14 71:18
  78:14 83:10
  89:8 94:16
  104:16 108:20
  109:4 111:12,
  18 116:15
  120:23 151:24
  153:12 154:18
  162:4 186:11
  188:16 195:12
  196:11 202:21

hearing
    33:1 55:12
    72:2,4 73:6
    92:13 107:20
    115:2 116:10
    121:18 123:2
    142:9 186:3
    196:16 198:23
    201:9 211:5

heart
    25:11 122:22
    144:5

heavily
    85:7

heavy
    80:1

heeling
    129:17

HELANA
    145:5

held
    78:10

Helena
    145:4,5 148:1

helped
    93:16 139:1
    159:10

helpful
    104:10 121:3

helping
    16:1 46:20
    153:22

helps
    39:1 55:13,16
    171:18

hesitation
    108:20

Hey
    47:3 205:9

hide
    21:1

hides
    76:2

hiding
    181:21

high
    11:2,17 12:3
    13:23 21:21
    24:20 62:18,
    25 66:25
    67:7,11,16,
    17,25 71:19
    72:12,14 74:1
    79:9 80:4
    108:11 134:13
    146:15 150:22
    157:4 176:18

higher
    46:8 67:4,8
    87:13

highlighting
    89:15 112:2

highly
    25:14 41:14
    84:4

Hilary
    44:7,11

Hill
    171:24 172:2
    176:21

hinders
    12:21

hirsutism
    67:19 71:1

historically
    103:14,21

history
    40:16 131:3,

15 136:5
    145:12

hitting
    138:24

hoc
    35:25

hold
    17:14 74:1
    177:6

hole
    65:1

holistic
    136:23 143:12

hollow
    137:8

home
    21:13 31:9
    85:1 158:16

homecare
    198:1

homes
    197:13

homophobia
    139:5

homosexuals
    83:7

honed
    40:9

honest
    91:4,16

honor
    4:2 148:7

honored
    4:4 73:23

hope
    47:1 55:6
    158:1,3
    174:12

hoped
    143:12

hopes
    135:16

hormonal
    20:16 23:15
    25:7 28:16
    47:25 48:3
    49:6,8,9
    53:9,15 56:10
    61:2 104:18
    105:3 110:3
    116:25 127:1
    130:1 176:14
    191:17,21,22

hormone
    16:13 21:11
    23:17 25:14,
    15 30:17
    37:13 49:3
    62:23 130:8
    166:21 173:23

hormones
    9:6 10:7,10
    13:7 28:8,11
    32:2 46:7
    49:8 54:24
    63:8 64:20
    65:5,10 66:9,
    20,21 67:11
    70:24 71:20
    72:10,21
    81:14 94:15
    115:20 118:15
    124:19 134:4,
    22 137:23
    138:2 139:14
    146:2,13
    155:18,21
    156:19,24
    170:4,13

Med Def_001306

176:17 187:24
188:18 190:3
200:13 201:19
206:19

**horrible**
142:2

**hospital**
18:21,23 34:7
47:17 141:9
146:23 160:15
166:18

**hospitalized**
129:22 146:22

**hospitals**
48:19 129:3

**hour**
183:16

**hours**
6:20 7:5
149:3 181:3,8
207:4

**House**
183:6,12

**Howell**
168:23

**huge**
8:14 48:23

**human**
63:16

**humble**
44:25

**humbled**
148:8

**hundreds**
149:3 174:4

**Hunter**
3:3,4 16:9,
10,25 27:4,5,

7,11,14,17,25
28:7,18 29:2,
7,11 30:1
31:22,23
55:4,5,8
57:12 59:14,
20 71:6,24
83:3 84:13,15
85:17,19
108:2,3
116:8,9,23
117:1,11,17,
23 118:8,16,
18 119:3,13
123:6 124:5,7
187:13,17
189:13,24
191:6,10,13,
20 192:2,6,
13,21 193:7,
13,15,18
194:5 196:4
202:6 205:8
206:5,14
208:15 209:17

**hurt**
173:20

**hurts**
139:11

**hyperandrogen**
68:8

**hyperandrogenis
m**
66:25

**Hypertension**
67:18

**hypogonadism**
66:4

**hypogonadotropi
c**

66:4

**hysterectomy**
69:18 129:9
132:7

---

**I**

**iatrogenic**
66:5

**idea**
66:6,21 123:3
175:8 206:15

**ideally**
118:14

**ideation**
21:10,23
24:24 136:5
153:23 168:5

**identification**
29:4 50:11
112:11 143:10

**identified**
83:8 142:4
145:25

**identifies**
68:6 79:8

**identify**
5:22,25

**identifying**
87:12 137:18
147:5 166:10

**identities**
87:3 169:17

**identity**
19:12 34:22
37:16,17,19,
24,25 38:3,
13,22,25 39:9
40:20 44:15

47:20,21,25
48:7,8 49:1
50:16,20,21,
22 51:16,21,
22 52:18 54:5
56:6,7,9,12
62:11,14 63:9
71:9,15 73:25
99:25 130:16
131:9 138:6
161:5 166:13,
15 170:10,17
188:13

**ideologies**
134:5

**ideology**
134:1,17
137:21

**ignorant**
80:22

**ignore**
26:1

**ignores**
76:3

**III**
3:22,23

**Illinois**
34:10,11

**illness**
132:21 136:4
147:8 160:18,
20,24 161:7,
10

**image**
133:24 145:18

**imaging**
63:5,11

**immediately**
114:7 128:15

Med Def_001307

138:6 143:14
166:15

**impact**
24:20 56:25
57:21 58:5
59:25 60:5
80:19 110:20
147:13

**impacted**
46:21 138:14
174:21

**impair**
56:7 123:8
178:19

**impairing**
55:24 56:3
178:20

**impairment**
36:21 62:15

**impairments**
56:23

**impending**
171:4

**imperative**
40:23

**implicated**
45:24

**implore**
132:13

**importance**
56:13 111:20
115:6

**important**
4:22 8:3
13:19 30:9
31:5,11 32:21
45:16 46:13,
17,22 47:5,10
50:19 62:16

64:1,15 68:22
73:9 89:20
110:3 115:17
212:20

**importantly**
39:16

**impossible**
12:15 101:13
119:15 202:22

**impractical**
53:14

**impressed**
45:12

**impression**
28:23

**improperly**
41:9

**improve**
11:19 128:24
136:22

**improved**
21:10 129:20
131:25 167:15
175:21

**improvement**
10:17 58:23

**improvements**
40:4 46:8

**improves**
39:17,18,21

**in-depth**
75:5

**inappropriate**
79:7 94:8
127:5 133:25

**inception**
19:9

**inches**

68:11 138:18

**incinerated**
135:9

**include**
38:19 52:5
84:9 108:4
111:17 116:17
118:24 188:9,
10 196:19
204:2

**included**
51:17 58:10
59:1 77:7

**includes**
19:16 22:7
45:21 74:11

**including**
24:9 37:12,22
38:1,7 39:14
40:16,24
41:15 45:20
62:4 76:8
104:1 169:21
171:13 176:17
177:7

**inclusive**
19:23

**incongruence**
62:14

**incorporate**
106:6

**incorporated**
40:8 195:5

**incorporates**
23:11

**incorrect**
75:24 76:10

**increase**
21:19 65:14

66:12,13,15
86:18 162:13

**increased**
13:23 65:16
67:12,19,23
68:1

**increases**
182:5

**increasing**
37:22 60:3,13
129:2

**independent**
44:14 81:3

**indication**
48:1 49:11
54:6 61:3

**indirect**
12:19

**indiscernible**
9:5 11:18
19:1,6,14
20:23 22:11
24:2 26:7
33:25 34:1
39:18 49:3
50:1,2 51:15
52:9,13 53:7,
21,23 54:10,
12 57:6,17
59:2 86:7
91:23 180:3

**individual**
5:22 6:15
20:4 70:4
76:17 80:10
101:6 102:8
120:6 160:21
172:17 178:22
186:9,25
187:7 200:1

Med Def_001308

208:2

**individual's**
38:13

**individualized**
23:10 25:14
37:5 41:22
46:4 84:4
90:13,15
101:5

**individually**
53:21 160:1

**individuals**
10:19 40:23
65:10 88:11
90:11 94:22
106:12,13
109:18,19
110:1 113:10,
17 121:20,25
124:13,14
126:24 127:8
160:22 191:25
199:9 201:10

**induced**
64:13,14

**ineffective**
38:4

**inexpert**
76:5 85:20

**infants**
41:16

**infections**
132:10

**infertility**
64:20 67:14
144:13

**influence**
70:24 147:16

**influenced**
144:7

**influencers**
169:24 170:10

**influential**
81:7

**inform**
78:18

**information**
106:8 120:6
179:25 180:1
181:16 205:1

**informed**
92:24 98:4
112:19 115:24
116:3 170:25
176:16
177:18,22
188:3,8
193:20,23
194:8,13,15,
16,18 198:10
201:5,7
202:9,22
203:9,17
204:12 206:7
207:2,22
210:11 212:2,
10,20

**inherently**
134:2,3

**inhibit**
123:12

**initial**
100:16 101:7
127:7

**initially**
20:18 100:6
126:14

**initiate**
23:20,25
25:12,13

**initiated**
54:5 201:5

**initiating**
25:7 49:5
53:15 201:18

**injectable**
131:23

**injection**
133:15

**injure**
63:1

**injuring**
65:1

**injury**
66:5 155:22

**inline**
50:1

**innate**
37:24

**input**
107:6

**inside**
21:4 151:21
158:16 195:21

**insight**
76:1 92:19
174:3

**insisted**
163:19

**instability**
129:2

**instance**
57:8 76:24
78:20 100:9

**instituting**
161:3

**institution**
91:10 178:11
198:7 209:19

**institutional**
77:22

**institutions**
88:15 91:13
92:1 178:8
208:21

**instructions**
4:17

**instruments**
58:22

**insulin**
62:23 78:3

**insurance**
49:23 162:19

**insured**
75:22

**integrate**
186:9

**integrity**
76:14

**intelligent**
94:12

**intended**
9:14 199:4

**intends**
6:5 176:1

**intense**
170:7

**intensifies**
54:8

**intent**
109:17,23
119:13 193:17

Med Def_001309

200:11 205:7

**intention**
204:24

**intents**
100:7

**interact**
21:13

**interdisciplina
ry**
75:3 100:7

**interest**
25:10 48:12
102:1 127:21
164:2 173:8
200:12

**interested**
5:6,8,11,17,
20,23 146:11

**interesting**
13:13 44:17
57:20

**interference**
81:20

**interfering**
41:21

**interim**
44:11,21
113:9

**interject**
119:23

**internal**
62:2,12
160:13

**internalized**
139:5

**international**
26:9 29:14
88:20 118:3

**internationally**
20:5

**internet**
133:23 167:2
169:24

**interpret**
32:16 145:18

**interrupt**
89:3,6 90:7

**intertwined**
51:10

**intervention**
8:25 9:22
10:13 13:15
37:9,11 50:25
51:8,10 80:24
81:4 132:22
162:10 176:14
190:7 191:15
192:11 199:10
201:22

**interventions**
13:20 19:24
20:1 36:17
42:24 47:25
49:6 50:8,14,
18 51:19,24
52:25 53:3,9,
16 54:2,5
56:11 71:21
89:11 143:20
144:25 147:24
165:25 181:10
199:5

**intestine**
12:16

**intestines**
12:17

**intimidated**
146:8

**introduced**
5:11 133:24

**invalidated**
69:22

**invariably**
156:15

**invasive**
78:4

**inversion**
141:2

**investigating**
70:1 117:16

**investigational**
75:13 82:11

**invitation**
73:16

**invited**
58:1

**invites**
5:5

**inviting**
17:10 18:6

**involve**
108:5 188:25

**involved**
19:8 30:16
36:5 84:24
85:7 108:13
118:3 163:19
187:15 189:15
194:21 204:25

**involves**
10:2 15:12
108:16

**IRB**
116:19
117:19,24
119:4,10

121:9 122:7
123:4 198:8
207:3 209:1,
18 210:22,23,
24 212:3

**irregular**
129:25

**irreplaceable**
170:21

**irreversibility**
112:13

**irreversible**
70:15,19
155:21
156:17,19
171:12 176:5,
8 182:3
188:18,23

**irreversibly**
165:21

**isolation**
25:9

**issue**
5:14 6:4
48:13 55:23
100:25 104:5
107:20,24,25
136:1 149:15
184:3 191:13
196:11 197:1
202:14 207:7
210:1 212:10

**issued**
15:9 49:18
51:22 74:20

**issues**
6:7,11 39:25
50:22 55:11,
13,14,16
81:18 89:5

Med Def_001310

98:20 99:25
104:9 108:9
109:20 134:11
136:15,23
139:7 143:14
145:13 147:19
169:21 170:15
172:21 175:4,
16,22 176:12
182:7,8
197:6,11,13,
17,21 202:14
207:15 212:8,
13

**item**
5:11 15:7
90:2 110:3

**items**
44:22

---

**J**

**JAMA**
68:18

**Janet**
3:13

**Janssen**
7:25 32:23
33:12,15
42:2,5,8,11,
15,17 43:11
44:7,8 45:16
46:25 55:12
71:9 73:24
88:7 102:11
184:25

**January**
169:6,7

**jaundiced**
131:20

**Jennifer**
172:3,4

**Jesus**
129:16

**job**
69:21 119:15
123:1 203:5

**John**
3:13

**join**
74:13

**joining**
88:5

**joint**
33:14 114:4,
5,12,15

**jointly**
114:18,22

**Jordan**
168:23

**Joseph**
155:15

**journal**
8:21,22 24:6,
20 35:16,24
36:1,4 62:5

**journals**
8:20

**journey**
101:11 147:7
151:23 153:22
158:9 159:13

**joy**
20:19 153:11

**joyful**
147:4

**Jude**
163:3,6

165:13 168:1,
2

**Judge**
168:2

**judgement**
74:3 95:19

**judgment**
18:10

**judicial**
162:1

**juice**
78:23

**July**
45:5

**jump**
69:4

**June**
74:19,22
75:9,19 76:8
78:11 79:12
80:10 81:5,15
82:12,17,20
84:17,19,20

**jurisdiction**
109:24,25
125:13,16

**Justice**
3:5 108:19
110:6 116:11
200:23 201:2,
12,16 206:13

**justify**
77:13

**juvenile**
9:15,18

---

**K**

**Kaltiala**

47:1,3,7,14
54:19,22
55:5,6,17
57:17 59:19,
23 61:7 118:4
184:24

**keeping**
181:23

**Keifel**
135:13,14,15
137:14

**Kentucky**
157:9

**Kershner**
145:4,5,6

**Kevin**
177:1,2,3

**key**
79:23 80:2

**kid**
133:4 155:8,
9,10

**kidding**
103:5

**kids**
27:18 28:10
46:2 68:17
71:17,19 72:8
83:17 101:2
118:7 148:24
154:15,23
167:19 171:7
188:19 206:23
207:1,5

**kill**
63:1 128:14
130:21

**killed**
10:25 12:17

kind
  49:21 50:17
  59:3 84:10
  97:20 105:3
  110:25 123:3
  149:7 185:12
  197:21 205:2

kindergarten
  174:24

Kingdom
  9:12 81:25
  199:8

kitten
  164:6

knew
  164:9

Knolls
  168:20

knowing
  40:20

knowingly
  112:19 134:7

knowledge
  19:4 26:7
  73:1 75:6
  91:9 189:3

Kristin
  7:24 17:7
  18:12

Kyler
  168:23

        L

labiaplasty
  141:13

lack
  21:18 104:20
  171:15 188:4

lacking
  144:15

Ladapo
  155:15,20
  156:3

Ladies
  150:8

lady
  154:15

laid
  148:17

Laidlaw
  8:1 61:10,12,
  14,19,21,23
  68:23,25 69:4
  70:7,11,17
  71:12 72:5,25
  73:7,10
  148:16 151:24

Langone
  33:23

language
  7:15 44:19,20
  73:18 78:14
  102:25 123:19
  124:3 126:2
  187:24 188:2
  190:1,24
  191:8,11
  195:21 210:20
  211:4

large
  52:19

large-scale
  21:24

larger
  5:21 86:22
  87:21

largest

8:15

laser
  103:25

Lauderdale
  183:16

launched
  19:7

law
  48:18

laws
  180:24 182:19
  209:19

lawyers
  196:1

lay
  78:17

LCSW
  186:18,21
  193:16 205:14

LCSWS
  197:24,25

lead
  13:12 21:22
  36:21 39:13
  64:19,21
  66:17 119:17
  132:10 162:7
  188:16

leaders
  42:24 88:12

leading
  62:15 80:14
  144:22

leads
  41:7 134:17
  156:11

league
  175:1

Leah
  157:11

leak
  135:5

Leakage
  12:16

learn
  124:8,9
  180:24

learned
  104:14 108:8
  132:10 164:11

leave
  125:25
  157:18,23
  158:13 163:5,
  25

lectures
  36:10

led
  11:15 133:23
  137:20

left
  41:23 92:8
  132:20
  138:13,21

legal
  49:12 74:17
  81:20 91:10

legislation
  49:16 179:19
  181:6

legislative
  190:10,25

legislature
  120:20 155:24
  162:19

legitimate
  192:16

Med Def_001312

Leila
  168:24
lends
  92:19
Leo
  168:24
let alone
  202:13
lethargic
  138:16
letter
  45:4 115:14
  128:17
letters
  173:24
level
  37:2 48:20
  49:16 50:3
  51:1,6 53:4
  58:15 159:15
  187:17,21
levels
  13:23 62:25
  67:1,9 133:22
  160:23
LGBT
  36:1
LGBTQ
  160:22
libido
  13:9
license
  179:17
licensed
  9:8,10 111:19
  169:9,19
  172:4 185:14,
  23 186:1
  189:12 195:12

197:15 204:5,
7
lie
  131:2
lied
  131:6
life
  10:7 12:25
  21:10 36:23
  39:19 40:4
  46:8 101:11
  129:15 133:18
  137:4 138:7
  139:14 143:6
  146:1 147:5,
  14 154:3
  156:19 165:7
  167:15 168:9
  172:18 175:21
  182:12
life-
  176:8
lifechanging
  161:3
lifelong
  144:22
  155:22,23
lifesaving
  165:1
lifetime
  24:23 166:1
lift
  175:11
lifts
  104:5
light
  55:18 59:8
light-based
  103:25

lightly
  149:16 160:5
limit
  78:8
limitations
  206:14
limited
  5:17 8:24
  61:4 99:17
  106:11 109:18
  117:20 124:21
  127:5 169:24
Lindsay
  176:21
line-by-line
  76:7
lines
  65:13 66:14
  101:9
link
  15:20,22
list
  112:16,20
  196:7 202:2
listen
  32:14 148:5
  197:4
listening
  119:25
litany
  147:1
literature
  8:11,14 26:3
  28:10 56:18,
  20,25 60:10,
  18,20 71:8
  76:21,23
  77:6,7,11
  81:7 85:5,11

177:11
Littlejohn
  169:6,7,8
live
  84:7 87:1
  134:5 178:15
lived
  174:2,13
liver
  67:17 144:4
lives
  20:20 38:25
  46:21 154:3
  174:15 191:23
living
  37:24 38:24
  134:24 146:1
  168:16
local
  49:10 50:25
location
  62:3
logistically
  189:16
logistics
  189:18
London
  8:16 11:11
long
  11:8 82:2
  97:12 100:20
  104:7 134:9
  158:14 183:18
  192:16 206:8
long-term
  49:9 55:23
  70:14 72:21
  73:3 144:17
  147:23

Med Def_001313

longer
6:19 126:17
129:20 131:8
132:11
191:17,20
206:10

longitudinal
10:13 11:23
39:16 43:15,
24 190:5
192:17

looked
21:3 32:10
141:17

loop
181:24

loophole
121:19

Lopez
163:10,12
171:22,23,25
176:21

loss
70:23 131:1
144:6 155:22
171:13

lost
132:5 138:14
164:1

lot
33:3,8 43:17
45:17 71:16
101:1 115:12
119:17 122:17
128:4 137:12
145:15 148:12
207:20

louder
18:3 61:18
85:18

loudly
17:20 18:1
160:16

lousy
57:1 58:4,14
59:5

love
137:10 151:10

loved
151:14 164:2

loves
159:16

lovingly
170:19

low
12:24 32:4,5
69:12 71:25
72:2 78:13,
15,17,23
79:5,9,10
116:16 169:21
175:18

lower
65:16 66:18
131:25 141:6

lowers
25:15

Lupron
9:5

Lurie
34:6

lying
181:22

lynchpin
76:12

---

**M**

made

23:25 25:8,9,
10 30:10
70:12 95:8
124:20 136:13
139:24
140:10,25
142:1 160:6
164:16,20
177:24 180:24
189:23,24

magnetic
135:23

magnificently
159:16

Mahafeey
169:2

main
209:3

mainstream
38:5

maintain
34:10

maintains
188:13

major
35:13 38:5
75:14 131:13
177:16 197:6

majoring
164:19

majority
28:15 91:10
126:25 127:9
181:11 191:16
192:1 197:20
211:20

make
7:11 8:7
17:23 30:20

38:11 41:12
48:5 50:16
61:17 65:24,
25 69:22
76:25 82:21
95:5 105:7
106:18,19
107:7,21
108:25 115:1,
18 119:15
121:14 123:1,
20 125:25
126:24 135:16
136:12 137:13
140:11 150:3
154:14,16
159:2 160:4
161:15 162:25
165:4 170:12
172:9 173:13
174:14,15
178:15 179:7
185:24 187:7
196:25 197:22
201:14 211:18

makes
12:12 130:7
142:6 148:18
202:17

makeup
156:23

making
6:12 38:23
59:17 70:17
115:21 119:25
162:3 176:5,8
178:23 182:11
184:13 187:16
189:13 207:24

malarian
63:23

Med Def_001314

male
60:13 63:16,
22 66:11
67:22 68:7
128:11,23
129:4,14
141:24 143:3,
19 151:9,10
159:22

males
9:6 12:11
13:22 45:8,22
63:17 67:11

mammography
78:3

man
137:20 140:17
141:17 144:8

manage
47:13

managed
136:25

management
51:13

mandate
193:5

mandated
191:18

manifest
13:22

manner
20:2 124:1
144:18 152:21

Manual
36:25

marijuana
104:1 111:5,9
112:1 193:25
194:24

Marital
8:22

mark
54:15

married
130:3 141:24
182:9

Martinez
168:18

Mary
153:2,7,8

masculine
136:8

mass
12:22 155:23

mastectomies
101:25

mastectomy
68:20 69:17
91:14 92:3
93:6 102:7
133:11 151:6,
15

master
74:7

match
38:3 140:19

matched
21:3

matches
164:17

materials
104:12,17

matter
7:11,23 32:21
60:8 62:7
73:9 75:4,10
76:17 77:1

87:1 104:11
141:16 148:14
165:6 167:18

matters
4:19 5:7,10
7:17,20 74:14
183:24

maturation
144:22

maturity
64:9 171:16
192:11

Mcclay
158:2,3

MCLAY
158:3

Mcmaster
84:21 85:1,
10,21

Mcnamara
8:1 73:13,14
82:23 83:1,
10,20 84:2,16
85:13,14,25
86:16,20
88:4,19 89:2,
4,14 90:6,15,
21,23 91:4,
15,22 92:5,
12,18 93:3,8,
14 94:1,5,13,
21,25 95:10,
14,23 96:1,
10,14,15,24
97:2,9,12,18,
20,24 98:11,
16,18,23
99:7,14,19
100:4 101:5,
17 102:10

111:13 184:25
185:13

Mcnamara's
32:15

Mcnulty
3:17 119:23
120:14,21
121:22,25
122:5 125:6,
22 158:1
160:8 162:23
163:9 165:8,
11 168:1
169:3 171:22
176:20 182:23
186:4,8,19,22
187:1,5 191:9
194:1 195:4,
16,25 198:23
199:20
200:16,22
201:9,13
202:1 203:13,
22 204:8,11,
14,19 210:8
211:10

MD
74:7

meaningful
175:23

means
86:25

meant
136:7 143:4

measurable
40:6

measure
113:9

measures
10:17,18,22

12:2 14:1
**mechanics**
117:18
**mechanism**
118:13
**mechanisms**
83:22
**media**
133:23 156:9
**Medicaid**
75:22
**medical**
9:8 18:18,22
19:14 22:4,
15,20 23:11
24:1,9 25:21,
22 26:2 28:4
33:19,23
34:16 35:13
36:4,6,8,14,
17,19 37:12
38:6,8,14
40:25 41:2,5,
15,22 48:17
50:14,17
51:18,24 53:2
54:4 57:21
58:6 65:9
66:2 74:18,
23,24 75:11,
12,15,17
78:1,5 79:6
80:25 82:9,
10,13 89:10
104:1 106:16
108:23 109:20
111:5 118:2
131:3 132:14,
22 134:24
139:6 140:20

141:23 143:20
144:25 148:9
149:17,21
155:16,17,25
158:4 159:25
160:3 162:8,
9,10,17
164:12
165:21,25
170:18 171:2,
13 172:18
173:21 177:16
178:1 179:9,
10,13,14,17
180:18 181:9
182:3,16
186:15 193:24
194:24
211:13,21
**medical-legal**
19:19
**medicalization**
171:3
**medically**
133:13 139:21
143:24
**medication**
39:5 79:21
101:9 129:21
132:19 135:21
154:11,24
167:11 177:9
200:4 208:3
**medications**
25:5 84:9
106:2 177:10,
12
**medicine**
3:15,16 4:4,
12 5:5 6:1,2

8:11 14:11
17:9 18:5,6
23:2 26:4,10
31:1,19
33:14,15,20
34:9 37:5
57:24 58:16
62:2 73:15,16
74:6,9 77:4
79:19 84:25
85:2,10,22
86:2,5,16
99:4,9,24
100:11 103:18
113:25 114:1
134:6 135:10,
16 140:7
154:4,5
156:1,2
160:14 161:17
162:18,19
173:18 179:8
183:3
**meet**
22:8 41:2
74:23 75:11
84:5 193:14
206:11
**meeting**
4:13,14,18,
21,25 5:1,12
6:8,14,16,18,
21,25 7:2,6,
9,18 42:5
47:23 90:2
102:15,18
114:2,3,4,14,
15,18,22
151:3 152:22
183:13
212:16,23

**meetings**
52:8 114:2
194:9 195:20
207:7
**meets**
26:6 117:8
153:18
**Melanie**
168:25
**member**
18:14 96:17
157:18 211:11
**members**
4:18 14:19
16:8 17:2,9
18:6 27:3
32:18 42:4
55:3 70:8
71:5 72:17
73:14 82:19,
25 103:3
107:23 108:1
112:22 115:1
140:6 174:19
**memoir**
128:12
**men**
9:9 69:23
134:2 156:22,
25 157:2,4,8,
11,15
**men's**
156:22
**menstrual**
80:1 129:24
**mental**
21:6,20 23:11
24:1 25:21
26:14 28:22
33:17 35:1,

Med Def_001316

14,19,22
36:6,9 37:12
38:14 39:14,
22,25 40:5,
11,15,25
41:12,19 44:1
49:1 51:9
53:5,19
55:11,13,14,
15,17,23
56:3,7,16,22
57:1,5,15,22
58:23 59:6
60:1,6 92:15
108:8 109:3
115:6 116:12,
13 128:23
129:3,19,21
132:18,21
134:16,18,19
135:2,20
136:1,4,15,22
138:2,14
143:13 146:18
147:8,16,19
157:15 159:20
160:18,20,23,
24 161:7,9
169:9,18,19
170:14 172:4,
13 175:3,16,
21 176:3,12
185:12 187:17
197:1 202:13

**mentally**
127:3

**mention**
11:4 56:11

**mentioned**
15:8 27:14
28:9 31:24

45:3,6 89:7
115:4 146:24
211:11

**mentioning**
55:9

**Meredith**
8:1

**message**
70:16 80:2
140:18

**met**
153:19 161:18
209:20

**Metabolism**
8:23 62:6

**method**
76:1 77:2
132:14

**methodologies**
75:23

**methods**
11:25 12:4

**Miami**
138:20

**mic**
42:12

**mice**
13:22

**Michael**
7:24 8:1,6
61:10,23

**microphone**
32:25 33:7

**microphones**
33:11

**mid-2000s**
143:7

**middle**
128:7

**mild**
56:17

**milligrams**
146:17

**million**
48:21

**mind**
9:18 20:3
31:12 103:1
104:23 134:7
140:16,19
141:19 142:1
143:23 176:2
209:9

**minimally**
78:4

**minimum**
76:19

**minimums**
69:16

**ministrokes**
132:4

**Ministry**
49:19

**minor**
92:16 112:18
113:4 150:1
165:22 198:11

**minors**
42:25 47:20
48:9,12,25
69:25 88:13
110:20 118:10
127:6 145:9
162:10 190:2
192:9 197:8
211:18

**minutes**
5:18 54:17
68:24 101:16
102:19 127:18
148:4 152:9,
15 163:11
183:14 203:2

**mirror**
141:17

**mischaracterize
d**
80:16

**mischaracterizi
ng**
41:4

**misdiagnosis**
137:1

**miserable**
60:6

**mishandled**
80:14

**misinformation**
74:15,17
75:23 82:18

**misquoted**
80:11

**missed**
85:16

**mission**
6:3

**mistake**
136:13 140:10

**misuse**
75:25 78:14

**misused**
80:11

**mix**
60:9,24

Med Def_001317

202:13

**modalities**
135:21

**modality**
201:20

**model**
22:7,11 40:13
43:18,19
54:11,12
58:13 60:21,
23 92:24
133:20 145:8

**models**
87:4

**modern**
135:10

**modest**
60:21

**modification**
145:20

**modifications**
65:6

**modified**
59:10 171:12

**modifies**
59:9

**modify**
196:7

**molecular**
142:14

**molested**
128:4

**mom**
128:5,13
163:14 169:11
181:7

**moment**
11:5 61:5

93:9

**money**
163:18

**monitor**
120:8 121:10

**month**
164:22

**months**
52:8,10
128:18,19
136:9 138:8
139:8 141:12
144:3 149:9
206:9

**moods**
182:13

**moons**
4:3

**moratorium**
108:15 206:18

**morning**
4:10 14:23
17:8 18:5
42:9,15 47:8
88:4 104:10,
16 120:23
140:6 155:14
160:11

**mortality**
65:14,17
72:21

**mother**
128:1 135:6
142:21 146:6
150:16 153:9
158:4,5,6,7,
13 169:8

**motion**
105:8,10,13,

20,21 106:7,
25 107:10,13,
22 109:17,23
126:9,14,24
189:23 192:8
199:4 208:12,
19 210:6
211:23,24
212:15

**motions**
109:14 208:10

**motivation**
138:15

**move**
61:7 63:19
68:5 100:22,
25 101:7
153:25 155:1
167:4 208:19

**moved**
88:16 126:23

**movement**
134:8

**moving**
64:8 66:20
77:17 89:24
202:19

**MSW**
151:4

**multi-**
185:1

**multidisciplina
ry**
19:15 30:13
31:4,14 52:2,
4 111:14,16
115:5,10,18
116:4 185:3,
4,5,19 186:13
188:6 196:15

198:16 203:25
204:2

**multiple**
34:2 52:7
132:9 138:16
194:9

**multispecialty**
111:11 186:10

**music**
144:9

**mute**
33:6

**muted**
42:5 44:8

**mutilated**
137:4 166:2
182:14

**mutilation**
155:25

**myocardial**
67:12

**mysterious**
79:1 146:25
147:7

---

**N**

---

**named**
165:20

**names**
168:15

**nation**
48:23

**national**
14:5 15:8
20:5 26:9
29:13 44:16
45:5 49:17,22
50:5 77:3

Med Def_001318

86:2,5 117:9
164:10 180:23

**nationally**
47:19 51:21,
25 181:4

**native**
47:12

**natural**
60:15,18 71:7
144:6

**naturally**
135:7

**nature**
37:24

**nausea**
79:25

**necessarily**
42:22 45:10
64:19 106:6

**necrotizing**
10:25

**needed**
41:7 126:20
170:11 180:19
181:1

**negates**
77:18

**negative**
14:3 147:13

**neonatology**
79:19

**nerdy**
142:15

**nervosa**
143:2

**Netherlands**
43:21 155:3

**network**
186:25

**neurodegenerative**
79:2

**neurodevelopmental**
108:12

**neurosurgical**
76:23

**newly**
169:25

**news**
15:17

**NHS**
15:15 16:10,
13,17 45:6
59:16 89:9
118:4,19
162:5 191:8,
10

**NICE**
32:1 187:23

**niche**
186:3

**Nicholas**
169:1

**Nick**
199:18

**Nieves**
3:22

**night**
136:13

**nights**
44:6,10

**NIH**
45:19 72:13

**nipple**

68:11,12

**nipples**
133:12 135:5

**noise**
33:3

**non-**
181:8

**non-covid**
77:16

**non-gender**
83:5

**non-performance**
151:2

**non-transgender**
37:15,20

**nonbinary**
87:4 136:4

**nonconforming**
166:4

**nonconformity**
19:13

**nonexperts**
78:15

**nonfunctional**
139:17

**nongender**
83:18

**normal**
10:4,5 12:14,
22 13:8 65:22
66:23 68:1,11
133:22 182:6

**norms**
80:22 87:16

**Northern**
47:15

**Northwestern**
34:9

**note**
17:13 18:9
62:16 64:1,15
74:2

**notice**
7:1 48:10

**noticed**
4:13 212:23

**nowadays**
48:6 53:19
58:17

**nuanced**
45:13

**nuances**
44:20 76:1

**number**
5:20 62:8
72:20 124:12,
16 206:17

**numbers**
48:22 60:13
86:22,24
87:11,22
174:11

**numerous**
35:15

**nurse**
52:7 115:9
164:9

**nurses**
141:3

**nurturing**
87:2

**NYU**
34:1

———————————

O

**oath**

Med Def_001319

179:15,16

**obesity**
78:21,25
103:23

**obey**
183:13

**objected**
151:6

**objective**
40:6

**obligation**
109:7

**observational**
78:7 80:25
81:2 89:19

**observations**
59:25

**observe**
48:11

**observed**
55:20 88:23

**Obstetricians**
22:21

**obtained**
82:3 143:25

**obvious**
88:11 147:12

**occur**
23:18 144:25
200:24

**occurring**
177:23

**occurs**
23:22 64:2,9
66:16 70:24
199:15

**OCD**
129:7 139:3

**October**
4:10 113:24

**off-label**
79:13,16,17,
21 80:3,7

**offer**
54:22 77:25
169:10

**offered**
14:12 16:4
84:8 135:25
167:10 208:13

**offering**
161:22

**office**
96:18 103:23
117:21 208:24

**official**
18:11 50:3
74:3

**older**
133:21 172:8

**oncologist**
93:20 96:7

**ondansetron**
79:25

**one's**
37:24,25 38:2
132:23

**one-inch**
139:16

**one-third**
12:22

**ongoing**
45:17 121:10
201:24

**online**
21:1 142:25

145:15

**onset**
39:3 50:19
54:7 55:25
56:1 60:12,
14,19

**op**
135:4

**open**
20:1 107:3
165:1

**opening**
4:7 168:9

**openly**
93:10

**opens**
121:9

**operation**
132:7 163:18

**operations**
3:19,20

**opinion**
45:15 48:4,11
86:17 99:4,8
102:5,8 190:1
202:18

**opinions**
45:2 48:14
57:13 165:5
204:9

**opioid**
103:24

**opportunity**
5:9 41:25
44:10 47:9
73:20 87:20
120:1 121:9
124:20 127:11
199:13

**opposed**
170:18 176:23
181:5

**opposite**
12:8 66:8,20
156:13

**optimal**
40:25 60:16,
22

**option**
116:18 119:24
171:3 203:15

**optional**
64:12

**optionally**
120:4

**options**
60:25 84:6
98:12 112:8
164:15 165:1,
7 170:25
181:17

**orchiectomy**
69:18

**order**
10:6 29:24
113:19 117:15
134:4 173:23
175:12

**orderly**
152:21

**organization**
69:8 75:15

**organizations**
23:5 181:9

**organized**
162:18

**organs**
63:22 64:22

Med Def_001320

171:21

**orgasm**
13:9,13

**Orientation**
34:22

**original**
8:20 147:4

**originally**
54:11

**Orlando**
183:7

**osteopathic**
3:16 4:4 6:1
17:9 18:5
33:15 73:15
103:20 114:1
156:2

**osteoporosis**
12:25 13:3
66:18 144:14

**Ottawa**
84:21

**outcome**
52:25 81:4
161:23 171:6

**outcomes**
10:15 11:9
40:22 144:17
161:21

**outlawed**
156:7

**outline**
123:24

**outlines**
194:11

**outlining**
49:21

**outpatient**

146:24

**outset**
123:15

**outspoken**
157:10

**outweigh**
104:19

**ovaries**
64:14 65:25
70:19 132:11

**overlooked**
136:24

**overreached**
127:7

**oversight**
116:22
117:12,25

**overstep**
41:20

**overwhelmingly**
87:15

**Oxford**
8:9

**oxymoron**
156:4

---

**P**

---

**p.m.**
6:19

**PA**
104:3

**packed**
141:5

**pages**
3:7 76:8
86:10,12
87:25 98:16,
17 99:3,8,18,

21 100:20

**pain**
129:12 132:20
170:9,11
176:6

**painful**
149:4 151:19

**painted**
81:24

**palliative**
79:19

**palpitations**
144:5

**pandemic**
21:2

**panel**
153:17 185:4,
5,8,19 186:13
187:3 203:25
204:2

**papers**
206:7

**paradox**
43:7 88:11,14

**parallel**
103:20

**parameters**
50:2

**paranoia**
146:20

**parent**
168:3 198:5
200:8 205:12

**parental**
167:18 180:15

**Parenthood**
144:1 146:9

**parents**
21:12 25:8
112:18 113:3
118:11 128:5
134:22 143:8,
11,17 154:13,
23 165:5
166:11,13
167:3 168:11
170:24 171:5
181:14,23,25
189:2 190:5
200:12

**part**
5:3,14,21 7:7
17:10 18:7
24:16 43:13
69:7 73:2
75:3 94:17,
19,21 95:21
106:15 107:10
108:24 115:10
116:13 138:9
141:12 180:1
185:18 194:11
195:5 198:8
200:18 202:15

**participants**
72:23 81:5

**participate**
8:2 47:9 52:4
193:2 194:13
207:12

**participating**
46:14 47:22

**participation**
16:23 117:5
121:5,6
191:19

**parties**

Med Def_001321

5:6,9,11,17,
24
**partner**
118:5
**partnership**
19:19
**parts**
171:11
**party**
5:20
**pass**
12:8 77:21
143:19 156:15
179:19
**passed**
54:14 126:25
127:8
**passing**
128:22
**passionate**
163:23
**past**
46:11 91:23
111:3 126:23
153:21 156:21
161:12 162:14
180:21 212:16
**path**
140:13 167:5,
19 170:23
188:11
**pathway**
64:3,12
188:22
**pathways**
63:21 64:2
**patient**
10:25 11:7
12:18,19

19:18 20:2,4
23:22 25:10
31:7 36:20
40:20 54:11
60:9,11,24
61:1 62:8
65:17 79:18
91:5,16,17
92:21 95:2
96:18,21
97:5,6,10,13,
15,16,25
98:3,20 99:24
100:20 111:1
113:4 120:24
131:7 160:1
161:15 165:19
173:8 187:4,
21 201:3
204:22
205:12,22
206:3
**patient's**
12:16 40:15
96:25 97:3
112:3 202:10
207:21
**patients**
10:16,19 11:1
12:8 13:2
20:10,22,25
21:9 27:8,10,
13 34:11,17
41:24 46:19
47:22 48:2,3
49:8 54:12
56:15 58:11,
12,14,20 59:1
60:22 81:14
88:10 90:18
92:23 93:5,8,

17,20,24,25
95:6,19,25
96:4,9 97:4
100:2,5 105:5
110:23
111:14,21
112:17,18
122:18 123:10
139:23
144:18,19
176:16 185:16
191:22 206:4
**patriarchal**
157:2
**patrol**
163:21
**Patty**
179:20 180:8,
13,14 181:14
**Paul**
3:14 4:6,7,11
**pause**
182:21
**pawns**
173:16
**payments**
149:8
**PCOS**
67:1
**peace**
128:3 129:17
141:25
**pediatric**
8:15,22
18:14,19,20
19:16 23:3
30:14 58:2
78:25 79:5
115:7,19

160:3 185:21,
22 186:16
189:10 195:12
204:2 207:23
**pediatrician**
18:13 19:17
30:14 74:7
100:3 115:8
143:8 164:13
186:15 189:10
204:3 205:13
207:22
**pediatricians**
18:17 26:13
**pediatrics**
18:16 19:1
22:18,20
24:21 68:18
79:17,20
111:17 180:18
185:10,20
**peer**
24:6 26:3
35:15 36:3,22
62:4 77:5
156:11 171:9
**peer-reviewed**
104:21
**peers**
21:24 22:3
24:15,19 39:2
46:6 77:1
143:8 170:9
**peers'**
150:20
**peg**
64:25 65:2
**penetrative**
138:13

Med Def_001322

penicillin
78:4

penile
141:1

penis
12:13 139:18
141:10 167:7

people
6:3 11:7
16:15 17:22
35:5 37:15
38:2,17 39:4,
23 40:3 44:15
45:11 53:8,20
60:14 72:23
84:23 85:6
86:3 87:5,6,
12,15,23
92:14 101:7,9
125:10,17,21
130:8 142:8,
25 147:25
148:11 152:3,
5 153:18
154:3 165:6
166:3,10,25
167:22,25
172:8 174:1,
4,6,10 180:4
184:11
194:12,20
195:20 198:20
204:18 205:3,
5,17 206:11
207:9

people's
20:20 165:5

percent
10:8 11:2
22:1 27:22,25
28:7,10 34:17

50:9,10 62:18
71:7 79:18
95:16 99:16
161:11 172:9
188:17 192:18

percentage
27:18 83:4,17
188:19

perception
134:17

perfect
115:13

perfectly
139:15

perform
49:1

performance
36:22

performed
75:4 81:1
136:10

performing
155:19,25
209:13

period
7:12 52:8
54:1 64:21
128:21 193:2
199:15 201:7

permanency
112:13

permanent
67:20,21
70:20,21,22
71:2,15 144:6
182:12

permanently
70:25

permissive
88:12,17

permits
5:19

persist
83:19

persisted
143:10

persistence
83:6,15

persistent
23:24 56:6
83:25

person
21:7 37:17
38:1,12,16
40:1 52:2,23
53:8 63:1
67:15 68:3,6
96:18 98:7
99:1 110:2
127:2,4 152:4
158:24 169:23
191:16 198:18
211:14

person's
39:12,24

personal
6:7 18:10
37:17 41:21
102:5 169:10

personality
139:4 175:15

personally
30:25 61:1
77:6 148:17
174:20

persons
5:21 67:22

109:25 192:10
211:20

perspective
30:11 37:22
45:19 89:25
108:21

perspectives
30:12

pertinent
14:5

petition
127:7

phallectomy
93:6

phalloplasty
93:6

pharmacotherapy
177:8

Pharmacy
177:5

phase
50:19 53:21
186:10 198:25
200:2 201:8

phases
50:13 52:11

phone
144:2 166:10

phonetic
13:1 130:13
132:25 135:13
137:16,24
140:5 142:12
145:4 148:2
150:7 151:5
152:17 155:13
163:3,10
165:10
168:18,19,20,

Med Def_001323

21,22,23,24,
25 169:1,2,5,
6 171:23,24
172:3 174:18
179:21

**phrase**
9:15,18
199:17

**physical**
39:22 62:15
63:4 132:20
136:16,23
137:5 147:13

**physically**
158:18,19,22

**physician**
20:14 26:5
74:6 93:23
95:5,18 104:3
115:10 131:17
153:13 196:6

**physician-
patient**
41:20

**physicians**
22:22,25
26:8,14 41:23
82:18 84:24
96:3 100:12
103:20 109:12
161:14 194:21
204:25

**physics**
164:19

**picture**
81:24 133:17
207:18

**piece**
32:15

**Pietro**
30:3,4,7,24
115:3 116:2,7
127:11
207:16,17
208:4 212:1,7

**pills**
80:1

**pioneered**
11:25

**pituitary**
65:22,23

**place**
43:23 46:5
51:25 52:1
54:3 63:7
115:22 117:4
142:16 165:23
176:11 182:18

**placing**
165:22

**plan**
23:11 46:5
116:21

**Planned**
143:25 146:9

**plans**
41:22

**plasma**
141:8

**plastic**
167:9

**plausible**
10:12

**played**
174:25

**plough**
33:13

**podium**
179:21

**point**
30:10 47:7
94:11 106:8,
24 109:22
110:14 118:22
125:15 141:20
144:10 151:8,
18 153:18
158:25 166:24
167:10 178:5
189:13 203:11
211:5

**pointed**
37:23 45:9
139:3

**points**
13:6 124:18
177:18 206:16

**policeman**
150:2

**policies**
46:17 90:9

**policy**
14:8,11 74:14
91:12 157:6

**political**
155:4 173:14,
15

**politically**
77:8

**poor**
8:12 69:21
76:1

**poorly**
55:6

**population**
29:14 48:21

**65:9,19 86:19
100:24 109:2
182:6 206:3**

**population-
based**
29:15

**portal**
104:12,17

**portion**
7:18 12:15
63:24

**portions**
75:6 111:7

**poses**
74:15

**position**
5:13 18:11
42:21 74:4
192:10

**positioned**
155:6

**positive**
11:14

**positively**
75:10

**positivity**
145:23

**possibility**
67:18

**possibly**
63:1 158:12

**post**
83:6 135:4
139:13 182:6

**post-doctoral**
76:18

**potential**
20:1 66:18

Med Def_001324

103:9,13
109:1 110:5,
18 111:6
120:5 173:22

**potentially**
109:8

**pounds**
175:11

**power**
154:2,4

**powerful**
62:23 63:2,8

**practical**
49:17

**practically**
47:23

**practice**
17:11 18:8
19:2 26:6
34:10,18 52:8
61:24 73:19
78:13,19
81:21 84:11
88:24 92:25
98:14 100:9
103:18,22
120:18 160:14
161:1 172:10
173:3 178:3
179:1,9,10,13
209:9,11

**practiced**
88:23 160:12
178:1

**practices**
20:12 22:8
98:25

**practicing**
26:5 40:18

61:24

**practitioner**
115:9 130:20
131:23 185:2

**prayed**
140:10

**pre-k**
163:15

**preach**
177:13

**precent**
22:3

**precocious**
9:9,24 10:1
106:21

**predicated**
185:1

**predict**
73:4

**predominantly**
87:14

**preexisting**
131:8

**prefer**
117:4 118:1
153:3

**preferably**
61:4

**preference**
37:18

**preferred**
161:16

**pregnant**
130:3

**prepare**
10:6 50:17
53:12

**prepubertal**
50:15 84:8

**Prescott**
168:24

**prescribe**
13:10 130:7
142:7 146:13

**prescribed**
23:16 79:18
103:14 130:23
144:1,12
146:16 147:1
166:19

**prescribing**
131:17 144:23
155:17 208:2

**prescription**
103:23,24

**presence**
69:2

**present**
3:4,11,12
7:23 26:22
27:19 83:13
136:8

**presentation**
8:7 29:23
70:13 82:24
119:25

**presentations**
7:11

**presented**
57:24 112:20
151:3 158:11
164:15 181:15
190:9 198:20

**presenting**
45:11 136:17

**presents**
69:24 98:20

**president**
180:21

**pressing**
90:4

**pressure**
156:11,12
171:10

**preteens**
156:11

**pretty**
99:12 107:5
128:22 137:21
175:1 201:10

**prevailing**
35:12 43:19
84:3

**prevalent**
196:17

**prevent**
39:5

**prevents**
13:7

**previous**
53:6 169:14

**previously**
23:7 136:24
150:22

**primarily**
43:16 45:10
48:6 62:1,19

**primary**
6:2 20:13
51:6

**primer**
89:4

**principle**

Med Def_001325

178:22

prior
40:1 135:19
144:25 176:13
201:5

prioritizing
147:22

private
61:24 174:23

privilege
148:8 150:4

problem
63:4 64:24
68:3 120:12
137:3 197:19
198:3 202:7
206:22 207:20

problematic
44:23 209:7

problems
56:4 57:9
67:10 68:9,11
70:21 141:20
142:3 202:6
207:14,19

procedurally
114:12

procedure
76:23 194:17

procedures
31:17 123:16
124:19
149:17,18
162:11 182:3
184:10 185:16
209:13

proceed
37:10 47:6
53:8,15 56:10

148:3 154:22
180:8,13
189:4,22

proceeded
47:24

process
5:16 6:22
16:14 63:18
64:5,6 65:2
92:20 102:13
105:25 111:2
113:12,19
116:4 124:15
126:17 147:17
177:19,22
184:4,20,22
186:23 188:7,
9,24 190:22
200:10 206:8,
11 207:3

produce
63:17 64:4,
13,14

produces
12:7

production
9:6 77:15

profession
172:14 202:12

professional
20:7 23:3
35:2,9,13,17
36:14 44:5
57:25 74:3
88:22 102:6
158:4 168:13
169:9,20
205:21

professionally
41:4

professionals
35:8 36:6
40:5 52:3
134:25 159:8,
9 160:1 171:2
172:22

professor
18:24 34:8
47:16 74:9
177:3

profound
146:19 159:4
182:8

program
3:18,19 16:16
18:24 19:7,8,
9 20:4 26:18
34:6 85:23

program's
19:15

progress
6:16,21 28:15
59:6 123:8
178:19,21
200:1

progresses
200:1

progressing
52:20

progressive
175:6

prohibit
104:24 155:16

prohibited
26:7 81:10
117:7 123:16
199:5

prohibition
123:22 184:10

210:17

prolonged
23:23 64:21

promise
95:15

promised
138:10

promises
147:4

promote
123:9

promotes
156:10

prompt
79:15

promulgate
124:11

promulgated
113:16

prongs
195:19

pronouncing
47:2

pronouns
38:20 134:17
137:20 143:15
169:25

proof
80:4

proper
14:12 93:12

properly
47:2 187:4

proportion
45:21 86:23

proposal
73:18 110:8

Med Def_001326

October 28, 2022                                                                55

proposals
  16:14
propose
  104:24 110:23
  111:24
  184:24,25
proposed
  5:20 63:7
  121:17 157:19
  178:2 185:2
  190:9 195:11
  198:6
proposing
  25:24 89:17,
  18 113:8
  118:9
prospective
  110:15,17,19
  113:9 124:12
  184:14 189:9
  211:7,9
prospectively
  16:15
prostate
  9:9
protect
  142:20 176:8
protecting
  6:3
protection
  112:17
protocol
  14:9 15:10,
  12,19 16:19,
  22
protocols
  37:3 81:1
  116:19,20

proud
  153:9 154:6,7
  163:14 178:11
proven
  38:4
provide
  5:6,9,11,18
  20:14 23:12
  25:18 26:15
  41:14 50:8
  74:10 75:20
  79:10 82:7
  100:14 117:25
  119:9 178:25
  202:17
provided
  5:15 23:10
  51:1 104:13
  156:6 202:4
  205:1
Providence
  166:18
provider
  131:2
providers
  26:15 35:14
  36:9 173:22
providing
  20:3,16 22:4
  23:5 100:13
  161:18 198:18
provision
  41:1 81:23
  100:8
provisions
  119:17
pseudonym
  165:20
pseudonyms

  5:24
pseudoscience
  76:4
psoriasis
  139:12
psych
  139:23 204:9
psychiatric
  22:23 34:24
  36:24 38:8
  51:5,9,11,13
  52:6,13,15
  54:9 56:13
  57:6,9 65:18
  134:11 147:1
  187:14 196:12
  197:6
psychiatrist
  19:18 33:17
  34:5 47:17
  52:5 100:21
  129:5 186:1
  187:15 196:20
  197:9
psychiatrists
  26:13 41:14
  164:14
psychiatry
  23:1 30:15
  33:21,22
  34:4,8,21
  36:3 37:4
  47:16,18
  79:20 100:18
  111:18 160:3
  185:10,20
  187:18
psychologic
  116:24 197:22

psychological
  10:17 11:20
  12:2 16:1
  22:23 24:14,
  18 53:2,5
  70:2 72:9
  131:5 160:3
  166:16,22
  186:12,14,17
  196:14
  197:11,17,19,
  21 204:19
  206:17
psychologically
  38:4 39:7
  159:21,23
psychologist
  19:18 99:10
  100:21 115:21
  130:19,23
  131:16 146:5
  153:9,19
  181:24 186:1,
  18 189:12
  193:10,16
  196:20 204:5,
  7 205:14
psychologists
  26:14 52:6
  164:14 197:25
psychology
  30:15 100:18
  187:18 197:9
psychopathology
  161:2
psychosocial
  19:13 37:7
psychotherapy
  50:25 70:3
  108:6,16

Med Def_001327

147:23 161:1,
2

**PTSD**
129:7 139:2

**pubertal**
19:5 23:14,16
24:4,10,12,
16,22,25 25:3
44:24 54:23
66:7 83:6
90:16

**puberty**
8:16 9:1,4,9,
14,20,23,24
10:1,2,3,4,5,
9 11:5,14,19
12:5,7,12,19,
21 13:1,6,10
14:1,11
23:20,22
25:6,12 27:19
28:11,15 32:2
39:3,4,5
45:25 46:2
50:12,13,18,
19 54:8,24
64:8,10,17
65:5,20 66:1,
17 70:21
71:18 79:13
81:13 94:14
104:17 105:1
106:21 112:7,
14 128:8
133:9 142:7
144:12,21
154:1 155:17,
20 156:18
159:22 170:3
181:12 187:23
188:15,16

201:16 206:18
210:17

**public**
4:14,23 5:1,
3,8 6:19,22
7:1,3,7,15,
17,21 36:10
73:21 77:14
80:9 102:1
107:19,23
115:2 122:13,
20 127:12,17
157:5 175:5
178:11 182:25
183:15 197:5

**publication**
77:16

**publicly**
49:22

**publish**
8:19 11:15,16
14:18 194:25

**published**
7:10 8:12,20
9:17 10:15
11:8 35:6
48:7 55:21
68:18 80:24

**publishing**
62:3

**pull**
28:1,5

**pull-**
175:10

**pulling**
108:22

**purported**
74:21 76:4

**purpose**

64:10

**purposeful**
81:8

**purposes**
100:8 104:24

**pursue**
179:3

**pursued**
144:10

**push**
181:9

**pushback**
87:21

**pushing**
182:2

**put**
44:3 89:4
91:1 105:21
113:24 123:20
154:12,13,22
158:18 176:10
182:16 194:19
203:9 210:16

**puts**
12:24 41:3

**putting**
6:6 106:7
156:23 167:19
181:22

---

**Q**

---

**qualifications**
74:5

**qualified**
76:21 81:6
85:20 98:5
148:18

**quality**

8:12 11:24
32:4,5 39:19
40:4 46:8
48:11 59:13
60:4 69:12
71:25 72:2,3,
5,12,15
78:13,15,17,
24 79:5,9,10
85:23 116:17
118:6 161:21
175:21

**question**
13:14 14:23
27:9 28:22
31:23 42:13,
22 43:11
57:20 59:14,
22 70:9,10
72:18 82:13,
25 83:11,21
86:15,21
87:19 88:6
89:14 92:7,19
95:13,15,17
96:8,16,17
98:17,24
100:22 101:4,
12,15 102:11,
15 110:8
115:23
134:18,23
137:6 147:4
187:6,11,12
193:19 197:4
202:11,25
203:3 208:18

**questionable**
59:12

**questioned**
129:1

Med Def_001328

**questions**
 7:13 14:20
 16:21 26:17,
 24 28:6 32:18
 42:1,4,20
 55:3 70:8
 73:7 101:19,
 21 104:13
 154:21 161:24

**quick**
 163:8 180:16

**quicker**
 54:20

**quickly**
 53:17 54:16,
 18 66:10,15
 86:1 137:21

**quiet**
 42:11 152:7

**quorum**
 3:24 94:10
 180:12 183:23

**quoting**
 16:12

―――――――――
        **R**
―――――――――

**Rachael**
 130:13,14

**rage**
 146:20

**raise**
 76:15 153:11
 163:17

**raised**
 110:6 203:15

**raises**
 78:8

**raising**

 149:14

**randomization**
 89:21

**randomized**
 13:21 14:13,
 14 72:7
 77:18,20

**range**
 66:23 84:6
 148:24 160:18

**raped**
 136:7

**rapid**
 65:14 66:12

**rare**
 91:5,8,19
 139:23 156:14

**rarely**
 52:9

**rate**
 11:2 65:15,19
 71:7 108:11
 176:18 182:5

**rates**
 12:3 21:21
 71:19 188:14

**rating**
 79:8

**RCT**
 77:20 79:7

**RCTS**
 77:25 78:1,7

**re-read**
 126:8,9

**reach**
 50:12 211:20

**reached**
 138:25 192:1,

 11

**reaches**
 75:9,24
 211:14

**read**
 8:11 35:15
 44:17 68:12
 75:7 82:16
 87:25 88:2
 143:3 168:15
 204:23 210:8

**readiness**
 52:22

**reading**
 44:7 84:19
 128:12

**ready**
 101:10 210:5

**real**
 149:8 163:8
 174:10 181:10

**realistically**
 52:24

**reality**
 147:17

**realization**
 176:4

**realize**
 133:13 139:1,
 6,17

**realized**
 129:11 138:9
 139:5 144:8
 167:14

**realm**
 108:24 202:20

**reason**
 38:5 71:14
 127:20 143:1

 174:12

**reasons**
 131:5 167:12
 173:14 197:4

**reassignment**
 48:17 51:18,
 24 56:21
 57:1,8,22
 58:6,7 138:5
 139:22 161:19

**receive**
 7:2 28:16
 40:24 113:11
 167:9

**received**
 7:6 18:18
 33:19 138:23
 140:18 141:7
 145:23

**receiving**
 24:11,16
 113:10,18
 124:13 137:25
 190:7 191:14,
 17,21 199:10

**recent**
 11:23 13:21
 45:4 91:6
 162:14

**recently**
 10:11 11:6
 13:13 15:22
 104:4

**recess**
 102:21 163:17
 183:5,21

**recipients**
 31:3

**reclarify**

Med Def_001329

October 28, 2022

58

212:2

**reclusive**
163:25

**recognize**
46:17,22
109:5 110:17
187:20 199:10

**recognized**
20:5 35:11

**recommend**
14:10 23:8
78:21 93:21
94:24 95:18
96:20,23 97:7
98:9 185:15

**recommendation**
30:21 95:8
96:7,12
162:16 185:25

**recommendations**
20:11 78:18
79:11 82:14
95:6 143:18
156:3 164:10
177:14,15,23

**recommended**
22:6,18 30:22
50:14 93:13,
15,25 95:25
96:9 201:18

**recommending**
128:17 201:22

**recommends**
79:4 82:2

**reconcile**
16:2

**reconsented**
205:5

**record**
4:22 5:3,12,
15,25 7:8
73:21 85:12
95:9 180:2
205:25

**recorded**
4:14 5:2,3

**records**
28:4 122:13,
19

**recovering**
138:8

**recruit**
41:13

**red**
66:14 67:4,17
76:15 136:9

**reduce**
11:21 43:22
162:11

**reduced**
21:9

**reduces**
39:19 134:8

**reductive**
134:5

**refer**
35:3 74:21
92:16 98:7,24
133:4,7 185:5

**reference**
31:7 195:5
206:10

**referenced**
72:13 109:21

**references**
25:18 71:14

**referencing**
200:6

**referral**
49:13 51:20
98:7 173:24

**referrals**
34:2 90:10
91:2

**referred**
24:8 38:18
40:12 43:17
48:3 52:15
55:22 90:19
91:5,16 92:2,
21 98:4,21
99:23 100:3
130:20

**referring**
45:22 116:23

**reflect**
45:10

**reflects**
18:10 74:2

**refrain**
4:24 6:12

**refused**
168:17

**regard**
74:1

**regiment**
166:21

**register**
122:13

**registered**
164:9

**registries**
103:22 121:3,
6 122:10

**registry**
27:13 120:1,
2,5,8,17
121:8,18,19,
20 122:4,8,
10,14,18

**regret**
144:11 176:18

**regretted**
133:14

**regular**
114:14

**regulated**
103:15

**regulates**
104:2

**regulating**
191:25 194:21

**regulation**
48:15 79:16

**regulations**
209:12

**regulators**
101:18

**regulatory**
3:21,22

**rehash**
207:6

**reimbursed**
49:22

**reinformed**
198:15

**reiterates**
79:12

**reject**
26:10 75:8
134:21 156:22

Med Def_001330

rejected
  151:2,22

rejection
  150:17

related
  73:18 193:18

relation
  30:20

relationship
  41:21

relationships
  36:22 175:23

released
  14:6 15:15
  45:23

relevant
  75:14

reliable
  104:20

relies
  76:3

rely
  74:25 82:17

remain
  53:9 107:8
  168:11 206:24
  207:5 211:12

remainder
  110:11

remarkable
  13:25 44:24

Remarkably
  11:2

remarks
  7:16 157:16

remember
  5:1

remind
  170:13

reminder
  163:10

reminding
  103:13

remission
  56:14

remorse
  149:9

removal
  68:4

remove
  6:15 64:22
  190:18,19

removed
  69:16,19
  133:11 167:8
  171:11

Removing
  70:19

renal
  131:20

reoccurring
  140:9

repeat
  42:12 83:11
  127:20

repeated
  11:25 58:2
  81:9

repeatedly
  39:20 78:11

replaced
  171:12

replicate
  11:10

replicating
  11:24

report
  21:9 74:21,22
  75:1,5,8,9,
  19,24 76:8,12
  78:11 79:12,
  23 80:10
  81:10,15
  82:12,16,20
  84:18,19,20,
  21,24 86:9

report's
  81:6

reported
  22:1 58:25
  91:24

reporter
  4:20

reporting
  121:1

reports
  44:17,21 76:4
  87:25

represent
  177:5 183:11

representative
  59:3 183:7,11

represents
  18:16 87:22

reproductive
  64:11 171:14

requested
  5:22

requesting
  93:20 136:10

requests
  170:2

require
  6:11 53:4
  112:11 192:16
  201:19,23
  207:11

required
  82:3 113:18
  124:14 141:11
  191:7,18

requirement
  199:23

requirements
  26:6 193:14
  201:24

requires
  40:14 190:25
  202:10

requisite
  41:2 102:9

research
  8:13,16,20
  10:24 12:1
  14:9 15:10
  16:16,18,19,
  22,24 29:20
  30:11 37:22
  39:16,20
  40:10 45:17
  48:5 56:25
  58:5 61:5
  74:8 76:2,14
  77:16 80:12,
  18,22,25 86:4
  116:16,18,20
  119:1,14
  123:9,12
  125:17,19,21,
  25 126:4
  137:21 140:18
  162:9 173:6

Med Def_001331

178:6,7,12,14
181:7,10
182:1,4
189:22 191:7,
11 192:14,15,
22 209:10
212:3,11

**researched**
168:16

**researcher**
13:12

**researchers**
11:6,15 13:25
24:13 80:14
141:23

**researchers'**
140:21

**researching**
181:3

**resemblance**
12:7

**reservation**
125:4

**reserves**
6:14

**residency**
18:19 33:21
62:2

**residents**
41:2

**resigned**
142:24

**resilience**
53:5

**resolve**
141:18 169:21
170:14 171:18
181:11

**resolved**
175:21 182:9
197:23

**resoundingly**
79:6

**resources**
53:1

**respect**
90:10 111:5
172:17 189:13

**respected**
20:20

**respectful**
20:2

**respectfully**
183:19

**respective**
114:13

**respond**
86:1 101:24
124:6 135:21

**responding**
145:8

**responsibility**
49:5,20

**responsible**
207:21,24

**rest**
10:7 107:22
173:12 178:9,
16 191:22

**restated**
211:24

**restricted**
78:2 167:24

**restrictions**
69:19 127:1
165:22 211:14

**restroom**
163:8

**result**
11:8 41:10
48:16 51:23
142:18 155:6
167:21

**resulted**
138:12

**results**
8:18,19 11:13
60:6 80:18

**retain**
41:13

**returned**
147:9

**returning**
147:17

**reveal**
192:15

**reversal**
14:7

**reverse**
87:17 138:11

**reversed**
162:5

**reversible**
131:1

**review**
32:3 35:10
44:10,14 57:4
76:13,16,20,
22 77:22
79:23 81:7
104:12 120:10
162:8 189:3

**reviewed**
24:6 26:3
35:16 36:3

56:19 57:20
62:5 77:6
81:2 85:1,5,
6,11 177:25
179:18

**reviewer**
35:25

**reviewers**
85:20

**reviewing**
32:11 85:23

**reviews**
31:25 32:1,7,
9,12,16 57:2,
3 77:4 86:3
187:22,23,25
188:3

**revise**
118:17

**revision**
138:19

**revisions**
138:17

**revoked**
179:18

**Reye's**
79:1

**rights**
172:17 178:23
180:15

**Riittakertu**
7:25

**Riley**
157:10

**rise**
161:11

**rising**
66:14

Med Def_001332

risk
  12:25 21:19,
  23 29:8,9
  41:3 67:12,
  23,25 171:6
  176:18 200:4

risking
  146:6

risks
  19:25 24:3
  37:8,10 56:8
  65:16 67:19
  80:9 98:5,12
  104:17,19
  112:11,16,20
  131:2 132:13
  173:22 188:21
  195:23 196:5
  199:23 205:23

risky
  12:13

Ritta
  47:14

road
  140:24 141:21

Robert
  34:6 165:10,
  12,17,18

robust
  35:10 78:6
  124:15,21
  125:3

rock
  138:24

rock-climbing
  164:23

Rockland
  61:25

role

26:4 87:4
116:14 177:8
179:12 186:5,
23 197:6

roll
  89:24

Romanello
  3:8,9 103:6,8
  105:9,21
  106:24 107:12
  109:16 110:5
  112:25 113:3,
  7,14,21
  114:10 116:1,
  6 117:6
  121:16 122:25
  184:6,12,15,
  18,23 185:6,
  9,22 189:23
  195:24 196:3
  199:17,19
  201:15 203:24
  204:6,10,13,
  16 205:8
  208:6,9,17
  209:17,23
  210:14 211:22
  212:4

romantic
  175:23

room
  20:16 33:7,9
  160:2 164:1

rooms
  163:23

root
  134:20 137:2
  176:13

rope
  136:2

Roper
  165:10,12,17,
  18

Rose
  168:25

round
  65:1

rounds
  135:22

ruined
  167:16

rule
  7:15 73:18
  102:24
  103:10,13,20,
  21 104:24
  109:23
  110:13,15,19
  113:9,16,24
  114:11 116:17
  117:4 118:24
  119:8 120:13
  121:17,19
  122:3,4
  123:4,11
  124:12,16
  125:16,19,20
  126:3 130:6
  142:6 147:22
  157:19 165:22
  176:7,23
  183:25 184:7
  189:9 190:14
  193:19,23
  194:20,25
  195:1,2,4,6
  198:6 200:24
  201:6 203:18
  205:9 211:6,
  7,12,15,17

rulemaking
  7:8 209:15

rules
  31:17 103:3,
  16,17 125:8,
  9,11 161:25
  162:16 168:12
  177:14
  180:20,25
  182:17,19
  183:13
  190:10,25
  209:4,10,11,
  20

rumination
  143:23

run
  152:21

―――――――
      S
―――――――

sacrificing
  144:9

safe
  19:23 26:6
  56:10 75:18
  87:6,23 168:8
  179:12

safeguards
  176:10

safety
  77:22 79:15
  104:22 110:25
  115:16 116:21
  117:12,25
  163:21

SAIL
  175:5,6

Salgado
  138:20

Med Def_001333

sample
 77:11

samples
 12:2

sandbag
 141:6

Sandra
 4:2 112:24

sang
 163:16

sat
 194:8

satisfaction
 21:10

satisfactorily
 160:25

satisfactory
 12:13 161:21,
 23

save
 154:2 165:7

SBU
 32:3

scale
 29:14

scared
 128:13 153:24
 167:21

scarring
 68:10

scenes
 181:23

scenic
 88:5

schedule
 17:5

scheduling
 167:5

Scheffler
 137:16,17

schizoaffective
 131:14

schizophrenia
 131:13

school
 21:7 33:20
 34:9 36:22
 74:9 118:2
 128:7 134:13
 146:4 148:20
 150:18,22
 157:4 163:15,
 20 164:1
 167:1 169:16
 175:6,7,17
 179:15
 180:17,22
 181:24

schools
 174:23

Schwemmer
 3:10 4:2
 112:23,25
 203:15

SCHWIMMER
 3:11

science
 6:5 35:8 74:7
 117:16 134:6

scientific
 10:12 22:14
 49:25 74:21
 75:25 77:2
 104:21 119:14

scientifically
 76:10

scientist

158:5

scientists
 82:19

scoliosis
 139:12

scope
 172:11

Scout
 175:10

Scouts
 163:16

scrutiny
 80:7 82:20

secondary
 23:19 39:7
 55:19 56:17
 59:9,10

seconded
 121:17 126:10
 189:24 208:16
 211:24

seconds
 69:3

section
 7:16 112:10

seek
 138:22 171:1

seeking
 111:15 140:17
 150:18 155:16
 176:11

seldom
 56:15

self-
 134:16

self-esteem
 169:22

self-harm
 41:11 145:14

self-harming
 146:22

self-hate
 175:18

self-loathing
 170:8

self-love
 170:23

self-perception
 134:10

seminal
 63:23

seminars
 36:10

send
 15:20,22
 100:2 179:25
 180:1

sensation
 68:11

sense
 101:23
 117:18,22
 124:11,24
 126:12,22
 170:12

separate
 57:9 134:2
 193:18
 201:19,24
 204:18 208:10
 212:8,13

separation
 151:19

series
 38:15,18

Med Def_001334

sertraline
  80:2

serve
  62:7

served
  34:1,23 109:2

server
  163:17

serves
  19:9

service
  14:5 15:9
  33:24,25
  44:16 49:24
  55:22 109:6
  117:9

services
  14:7 23:12
  37:13 44:15
  48:20 49:10,
  21,22 50:25
  51:6,21,25
  53:24 161:22

set
  7:2 12:1
  16:22 22:14
  74:17 124:17
  170:1 207:10
  209:11

setting
  117:21 118:14
  119:11 177:14
  188:9

severe
  13:3 54:8
  56:3,6,13
  67:17 136:4
  149:12 175:15

severely

133:14

sex
  8:21 9:6 12:8
  23:19 38:23
  39:7 59:9,10
  60:13,15
  64:22 66:9,21
  70:24 92:17
  94:14,15
  124:19 131:5
  134:1 138:5,
  13,15 139:21
  140:2 142:23
  155:19,21
  156:4,13,19
  161:18 167:13
  169:13 170:14
  175:2 188:17
  200:13 206:19

sexes
  63:16

sexual
  8:21 13:8
  34:21 57:24
  63:19 64:9,10
  67:14 71:3
  99:25 106:13
  109:20 131:15
  171:14 201:18

sexuality
  13:12 33:24

sexualized
  170:7

sexually
  139:16

Shaila
  3:20

Shands
  18:21,23

Shannon
  151:4

share
  57:14 187:3,
  20

shared
  92:20

shave
  129:25 141:2
  149:2

Shay
  137:16,17

Shenfield
  150:7,8,10
  152:8

shit
  183:17

short
  158:20

short-term
  70:14

shortage
  109:6

shortly
  10:15 132:2
  169:15 175:16

shout
  179:23

show
  62:24 65:13
  81:13 189:3

showed
  10:17 13:22

showing
  65:8,12,22
  87:5

shown
  66:16 68:1

187:22

shows
  28:10 125:19
  181:10 182:4

shudder
  170:16

siblings
  159:23

side
  5:2 107:24
  137:7 144:4
  156:18

sign
  192:25 204:23
  205:11

signals
  65:23

signed
  164:4

significant
  36:21 40:3
  41:3 46:8
  59:15 68:10
  70:16 86:17
  111:7 160:23
  166:22 197:20

significantly
  6:20 39:21

signing
  113:2

signs
  145:19 169:14

silence
  5:4

silent
  206:25 207:5

similar
  24:18 37:2

Med Def_001335

73:5 111:2,8
112:1 125:17

**similarly**
43:22 44:1
55:23

**simple**
31:2 105:20,
21 188:9

**simpler**
202:1

**simplest**
87:7

**simply**
37:19 89:17
171:11 205:9

**sincere**
58:3

**singer**
142:14

**singing**
144:6

**single**
81:5,11
153:19

**singling**
81:10

**sir**
42:16 43:10
102:17 152:19

**sit**
152:20,22,23
203:8

**sites**
45:20

**sitting**
180:4

**situation**
121:10 187:11

**situations**
120:3

**sixth**
136:6

**size**
22:10 27:15

**slide**
72:20

**slides**
61:16

**slightly**
122:23

**small**
10:18 48:22
121:4,6
185:24

**Smiles**
163:18

**so-called**
48:4 76:12
90:11,12
91:14 145:8
147:14

**SOC**
35:4,6,11

**social**
16:3 21:18
23:12 38:19
52:6 65:4
87:8,9,16,17
100:18 111:19
115:20 133:5,
23 145:18
151:3,8,12
156:9 159:12
162:15 164:15
185:14,17,23
186:2,5,6,19,
23 187:10

188:11,12
189:12 193:10
195:13
197:10,15
204:5,7

**socially**
71:17 142:15
175:3

**society**
20:8 23:1,2,3
44:4 49:25
57:23 58:2
60:2 64:19
69:5 72:1
82:15 84:12
87:15 90:17
157:6 160:21
174:8

**Society's**
78:20

**sociologist**
8:9

**software**
139:7

**sold**
132:19 139:6

**solid**
75:16 78:12
82:13

**solution**
145:21 156:16

**solves**
207:14

**someday**
135:6

**son**
134:24 163:14
164:17 174:22

**Sonnet**
151:4

**sort**
15:5 30:22
31:17 66:22
68:15 101:8
111:11 206:16

**sorts**
67:10 111:2

**sought**
140:15 160:2

**sound**
17:23 79:10

**sounds**
159:4

**source**
146:25 170:11
171:19

**sources**
77:7

**sourcing**
77:12

**South**
177:4 178:13

**Southern**
62:1

**space**
40:19

**spanning**
79:24

**spans**
77:14

**speak**
4:21 5:22
6:24 17:19
18:1,3 19:3
33:2 43:12
85:18 87:20

Med Def_001336

107:24 151:17
160:16 163:13
172:5 176:22
183:8

**speaker**
17:16 18:2
32:24 33:6,10
47:12 61:13
94:7 109:11
114:19 119:4
126:6 127:22
151:25 152:2,
3,5,12,16,24
153:5 155:11
163:4,7
179:22 180:3,
9 181:13
183:2,6,15,19
191:5 194:23
195:7 196:9
201:1 210:22

**speakers**
5:20 33:1,7
57:19 92:14

**speaking**
4:24 5:13
33:8,9 42:6
57:12 126:17

**special**
31:17

**specialist**
3:22,23
100:12 177:8

**specialists**
205:19 206:2

**specialize**
172:21

**specialized**
22:6 41:15

**specific**
22:8 28:5
30:18 38:15,
23 86:4 89:23
98:13 111:4
116:25 118:21
119:2,9
120:10,24
121:1 126:15
181:4 195:21
203:23 205:5
211:4

**specifically**
79:9 97:21
106:11 107:1
109:19 111:12
112:2,11
184:21 185:7
191:12

**specification**
14:6 15:24

**specifications**
117:9

**specificity**
184:7

**specifics**
184:21 190:11

**spectrum**
166:5

**SPEIGEL**
165:13

**spend**
207:3

**spending**
73:8 137:15
145:15

**spends**
164:22

**spent**

54:16 130:17
135:19 181:3

**sperm**
63:17 64:14

**Spiegel**
163:3,6
168:1,2

**spiraled**
169:19

**spironolactone**
166:20

**splitting**
64:2

**spoke**
110:10 127:8
157:13 185:11

**spoken**
38:7 170:24

**sponsored**
123:5

**sponsored/irb**
190:4

**sport**
159:15,17

**sports**
157:5

**spread**
87:10

**spring**
169:11

**square**
64:25

**SRS**
138:6 139:13

**stabilized**
56:9

**staff**
3:13 17:17

**stage**
9:20 39:23
54:3 64:16,18
66:7 90:16
96:24 97:2
201:4

**staged**
198:24

**stages**
54:24 65:4
101:10

**stain**
135:5

**stalled**
77:15

**stand**
124:10,24
135:15 157:7
191:4

**standard**
6:6 25:25
35:12 40:11,
19 44:3
69:10,11
74:22 75:1,
11,17 82:8
104:2,8
108:5,16
116:14 119:8
120:13,18
178:3 190:14
194:25 206:17
209:9,11

**standards**
17:11 18:8
19:2,4 20:6,
12 22:13,17
23:8 26:11,
16,19 35:3
69:15 73:19

74:17,24
75:12 76:14
77:3,23 78:9
82:10 86:7
103:15,18,22,
24 161:18,19
168:14 172:25
173:3,11
178:2 180:21
181:2 182:17
195:17

**start**
4:1 10:9
28:15 38:17
39:4 62:10
103:2,4,8,12
110:17 120:8
128:17 138:7
153:7 183:25
184:1 201:18

**started**
8:16 48:8
50:18 102:22,
23 128:19
129:12 133:9
136:8 137:18
138:11 139:8
140:9,22
141:21 143:16
149:11 153:25
158:9 163:24
175:17 188:15
196:4

**starting**
63:15 65:14
144:3 164:12
188:22 207:18
208:7

**starts**
9:25 163:4

**state**
4:22 6:3
18:17 26:5
31:20 41:17
68:8 75:10,20
77:10,17
80:9,15,17
82:12 84:10
91:13 98:3,25
102:1 120:2
125:17,19
127:6 155:15
156:3 159:10
160:6 172:5
178:8,15
179:6,25
183:6,12

**state's**
76:16

**stated**
7:1 23:7
56:17,21
84:11 123:14
127:19

**statement**
84:16 196:21

**statements**
7:3 56:19
177:5

**states**
9:11 34:12
35:14 38:6
43:9 45:18
68:16 79:9
81:21 86:8
88:2,16
125:11 156:8
157:21 162:2
177:17 178:6,
10,16

**static**
173:5

**stating**
113:10 115:14

**statins**
78:3

**statistical**
12:4 36:25
81:1

**stay**
141:9,10
152:7 163:22

**stenosis**
138:12

**step**
38:15 52:17
53:3 81:21
151:7 190:11
207:17

**stepdaughters**
141:25

**steps**
38:11,15,18,
19 53:6 102:9
145:22

**stereotypical**
166:6

**sterility**
64:21,23
155:23 166:2

**sterilization**
70:20

**steroids**
79:24

**Stewart**
45:5

**Sticking**
67:15

**stimulation**
135:23

**stipulates**
86:2

**stoking**
80:9

**stolen**
130:5

**Stonewall**
82:4

**stop**
9:6 66:6
102:15 103:1
114:15,23
131:23 132:14
141:7,9
171:19 199:11
205:14
212:23,25

**stopped**
128:21 132:1
134:14 147:6

**stopping**
10:5 129:23
137:11 141:4

**story**
165:19

**street**
165:24

**strength**
53:2

**stress**
13:23 23:18

**Strickland**
3:1,5,8,10,
12,18

**strict**
199:6

Med Def_001338

strictly
   136:1
strong
   24:4 78:18
   98:1
strongly
   77:24 79:3
   197:7,8
struggle
   130:1 136:16
struggled
   136:4
struggles
   20:22
struggling
   142:16
stuck
   138:4 139:19
student
   51:7 164:19
   174:25
students
   8:10
studied
   13:14,25
   72:23
studies
   11:23 25:2
   29:13,15,16,
   17 31:24
   32:4,12 37:23
   39:16 43:18,
   25 45:18,24
   46:16 58:18
   59:13 61:5
   62:19 71:13,
   16 72:7,11,12
   75:16 77:6
   78:7,12 79:9,

10 80:11,24
81:3,11,13
89:25 117:19
119:1 121:4,5
124:21 144:16
151:3 157:19,
22 195:18
198:19 206:6
209:10,14
study
   10:14,24
   11:11 13:11
   21:24 24:6,20
   45:19 58:8,19
   59:1 65:8
   68:12,17
   72:13 73:3
   80:19,23
   89:20 117:5,
   8,20 119:10
   121:8 125:3
   154:17,18
   190:9 192:25
   209:18
studying
   62:3
stuff
   166:7
stunt
   144:21
stunted
   144:14
subject
   7:11,23 44:13
   62:7 75:4
   76:17 77:1
   104:11
subjected
   142:17

submission
   9:3 15:21
submit
   82:3
submits
   103:17
subsequent
   12:12
subset
   10:19
substance
   40:17
substantive
   88:25 89:8,12
substantively
   87:21
subtly
   44:19
successful
   4:18
succumb
   156:12,24
suffer
   55:22 150:17
suffered
   143:1 157:15
   166:5 168:5
   175:18
suffering
   144:13
sufficient
   144:16 190:24
   193:15
suggest
   176:15 185:19
   203:3 208:9
suggested
   131:23 143:16

185:14
suicidal
   21:9,23 22:2
   24:24 128:11,
   24 129:22
   134:21 136:5
   146:21 153:22
   168:5
suicidality
   21:25 25:17
   28:19,24
   29:8,13,20
suicide
   28:20,25
   29:1,8,21
   65:19 128:6
   129:10 134:12
   146:6 149:20
   154:10 162:11
   168:6,16
   171:4,5
   176:18 182:5
Sullivan
   179:20 180:8,
   13,14,15
   181:14
summarized
   187:25
summarizes
   75:6
summarizing
   80:18
summary
   25:19 162:8
super
   138:7
superficially
   12:9
superius

Med Def_001339

October 28, 2022

68

134:3

**supervise**
161:21

**supervising**
104:3

**supervisor**
3:21

**supplemental**
132:11

**support**
19:14 21:6
23:12 24:4
31:9 37:2
53:5 54:12
70:4 72:9
111:22 115:4,
13,22 153:13
155:8,9,10
159:6,20
162:9 181:22
182:21 185:12
186:24 187:8
196:22,24

**supported**
75:14 79:6
129:4 159:12
162:18

**supporting**
26:20 41:6

**supportive**
100:17 117:15
118:24 189:25

**suppose**
88:19 120:25

**supposed**
134:25

**supposedly**
140:24

**supposes**
79:15

**suppressed**
8:18

**suppressing**
104:18

**suppression**
9:1,14 10:4
11:5,14,19
12:7,12,20,21
13:2,7 14:1,
12 19:5
23:14,17,21,
22 24:5,10,
12,16,22
25:1,3,13

**surgeon**
98:5,11
155:15 156:3
188:25 189:15

**surgeries**
31:17 49:11
63:3,8 64:22
65:11 68:5,17
78:4 130:4,9
134:4 135:3
138:1 141:11,
16 146:2
149:2 155:19
170:4,13

**surgery**
10:16 12:13,
17 31:2,3
49:14 53:17
68:10 70:18
90:11,12,20
91:3,6,14,16,
18 92:17,21,
22 93:5,9,13,
16,25 94:2,

15,19 95:21,
25 96:2,9,20,
21,22,23
97:7,17,18,
20,23,24
98:2,6,8,10,
14 103:23
104:19 105:4
112:14 127:2
129:8 130:2
136:10,11,15,
25 137:1
138:5 139:22,
25 140:1
141:1,3
144:10 149:2
156:1,4,20
159:18 167:5,
9,11 176:14
188:10,19
194:4 206:19
210:18

**surgical**
37:13 53:16
56:11 65:6
92:17 124:19
160:17 162:17
165:25 185:16
188:21 201:22

**surgically**
139:20

**surpassed**
68:24

**surprised**
8:12 91:20,25

**surrounding**
16:13 34:11

**survey-based**
29:16

**survival**

65:12,15

**Sweden**
32:1,3 43:3
59:16 65:10
81:25 116:21
202:20

**Swedish**
187:25 188:2

**sweetened**
78:22

**swimmer**
159:14

**swimmers**
157:12

**swimming**
157:9,13

**switch**
37:19 64:3,12

**switched**
10:23

**symptoms**
41:18 51:9
131:25 146:25

**synchronized**
159:14

**Syndrome**
79:1

**synthesize**
124:23

**synthetic**
130:18,23
131:22,24
139:13

**system**
17:23 31:9
49:24 79:8
86:8 115:22
207:6

Med Def_001340

**systematic**
31:25 76:13,
19 77:4 85:6
86:3 187:22

**systems**
63:21 64:4
162:2 185:12

---

**T**

---

**t-shirts**
158:14

**table**
192:8

**Taekwondo**
175:9

**takes**
148:12

**taking**
6:13 17:4
30:12 32:20
39:4 43:3,9
51:24 67:16,
22 88:15
130:18 133:9
136:17 138:2
139:9 147:6
150:25 151:7
176:17 182:12

**talk**
21:12 28:18
46:15,16
97:14 112:25
134:16,25
135:1 158:10
164:5 166:25
178:18 183:23

**talked**
107:1 110:21
206:9

**talking**
17:5 47:4
66:22 68:15
72:6 97:21
103:1 104:25
113:1 114:3
115:24 116:3,
24 117:1
121:16 122:7
130:22 142:11
152:1 154:8
166:9 184:10
197:15 204:12
208:19

**Tallahassee**
175:6

**Tampere**
47:17

**Taneja**
177:4

**Tanner**
9:19 64:16,18
66:7

**Tarrell**
3:15

**tasks**
52:20

**Tavistock**
11:12 162:4

**Taylor**
3:19 169:1

**teachers**
163:22

**team**
12:1 19:15
30:13,16 32:3
44:23 49:3
53:19 100:7,
17 115:5,10,

18 116:4
153:18 186:10
196:15 198:16

**team-based**
25:11 30:22
31:4

**teams**
47:20 49:1,14

**tears**
132:9

**technical**
78:14,16 79:8

**Ted**
148:2,4

**teen**
66:13 133:22
164:4

**teenage**
99:24

**teenager**
130:5

**teenagers**
10:14 11:3,
13,20 12:23
156:11

**teens**
168:16
171:15,21

**television**
157:10

**Tellechea**
3:17 104:6
114:11,16,21
119:5,19
120:11,15
122:25 123:13
125:12 184:2,
9,13,16,19
190:12,17,20

191:2 193:22
194:3,6,23
195:14 197:14
203:4,7,20
204:21 209:6,
8,21,25
210:10,15,24
211:3,8
212:21

**telling**
46:20 89:9
140:16,17
149:5,6
152:22 181:25

**temporarily**
143:20

**temporary**
156:17

**tens**
58:11,13

**term**
43:4 80:8
85:2,3,22
192:16

**terminology**
78:16

**terms**
6:8 44:19
78:17 119:10
189:25

**terrible**
101:20

**territory**
188:18

**test**
62:24 159:16

**testicle**
64:13

Med Def_001341

testicles
    65:24 70:19
    167:7

testify
    73:17,23 76:9
    148:8

testimonies
    120:23 201:9

testimony
    18:9 73:17
    74:2 75:6
    84:3 104:16
    142:9 196:16
    197:5

testing
    63:12 166:16

testosterone
    21:5 28:17
    65:24 66:23
    67:1,9,16
    128:17 129:1,
    18,23 130:18
    131:22,24
    132:9 133:10,
    15 139:9,10
    140:22
    143:17,25
    144:3 146:7,
    17,18,24
    147:6,16
    150:25

testosterones
    130:24

tests
    63:12 146:14

textbooks
    35:17

thankfully
    146:8

themes
    84:3 172:19

therapies
    72:10 104:18,
    25 105:1,4
    111:2 120:7,
    24 121:11
    196:5 199:22,
    24

therapist
    128:15 131:6
    135:22 139:1
    143:12,15
    146:4 166:15
    174:5

therapists
    40:18 84:5
    138:3 141:22
    142:2 164:4
    166:14 173:21

therapists'
    140:20

therapy
    8:22 19:6
    21:5,12
    23:15,17
    25:7,14,15
    30:17 37:13
    63:6 65:3
    70:4 104:18
    110:3 113:11
    124:14 127:1
    128:18
    129:13,21
    135:20,23
    160:17 173:23
    175:12 177:20
    191:17,21,22
    198:10,21
    199:1 200:2,7
    202:16 205:3

    210:18

thereof
    188:4

thing
    30:8 63:14
    72:14 91:15
    107:11 111:23
    118:6 125:2
    154:23 155:4
    187:19 189:21
    195:8 196:10
    197:8

things
    30:25 31:5
    59:16 65:21
    101:9,10,20
    125:10 131:16
    134:13 148:17
    151:20 163:18
    164:2 166:9
    187:13

thinking
    109:1 119:24
    168:6

thinned
    132:8

Thomas
    157:11

thought
    28:24 128:20
    138:3 140:9
    142:19 150:21
    158:11 209:1,
    20

thoughtless
    81:11

thoughts
    43:10 110:9
    120:21 122:7

thousand
    36:8

thousands
    58:11,13
    80:24 181:3

threat
    74:16

three-and-a-
half-year-old
    159:5

three-week
    141:10

thrive
    174:9

thriving
    51:4 60:2
    153:24

thromboembolism
    67:24

throw
    81:17

tight
    79:16

Tiktok
    156:10

time
    4:25 5:4,19
    6:25 7:12
    8:6,24 17:4,
    25 20:11,21
    32:20 47:4
    55:11 64:9,21
    66:11 73:9
    82:22 93:9
    94:11 101:7
    102:23 104:7
    112:21 113:17
    127:21 129:7
    130:17 131:22

Med Def_001342

136:3 137:12,
15 141:17
145:15 147:3
148:22 151:25
152:2,25
153:8 156:16,
21 163:2,17,
19 164:11,23
165:4 169:23
172:10 182:20
183:20 193:2
199:16 202:1
203:11 208:7
211:5

**timeframe**
127:18

**timely**
51:20 54:2

**times**
29:25 58:20
65:17,18
67:8,23 68:1
72:24 101:1
115:12 129:3
136:12 158:18
168:6 171:1
182:5

**timing**
182:25

**tiny**
12:2

**tipping**
144:10

**tissue**
68:2 132:8

**title**
9:16

**today**
4:20 6:7 7:23
19:2 26:23

30:10 31:12
41:25 42:19
44:22 45:11
46:15 48:14
73:17 75:6
76:9 84:4
109:4 110:22
111:12 114:12
132:13 135:4,
12,15 137:3
145:6 149:13
154:19 158:6
159:13 160:15
164:17 172:12
173:17 177:5,
15,18,24
178:2,5,20,23
179:5,11,16
196:16 201:17
203:6

**today's**
6:11 45:18

**toddlerhood**
142:18

**told**
130:19,25
131:17 146:6,
12,14 150:16
151:5,9
153:16 166:8,
11 169:12
171:5

**tomorrow**
96:17

**tools**
155:10

**top**
27:18 90:12
91:14,18
96:19 97:22

129:8 136:10
178:11

**topic**
47:5 178:14

**topical**
131:24

**total**
6:20

**totally**
60:9,24
100:13

**touch**
115:3

**tough**
101:12

**town**
47:14

**trach**
149:2

**tracked**
65:11

**traded**
139:15

**tragic**
150:9

**trailblazing**
87:5

**trained**
61:25 172:24
197:12,16
198:3

**trainees**
85:3

**training**
36:5 197:19

**trainings**
36:8

**trans**
35:4 68:6
87:4,12 133:4
143:4 145:23,
25 147:4,5
148:10 149:19
150:4,20
166:10,12,13,
15,17 169:23

**transcranial**
135:23

**transfer**
54:1

**transferred**
49:9 53:23

**transformative**
145:21

**transformed**
140:13

**transfusion**
141:8

**transgender**
8:10 18:24
19:9 20:7
21:22 22:1
23:4 24:21,24
29:3 30:21
33:18 34:18,
23 35:2,20,25
37:15,18
38:2,15,17,24
39:3,12,22
40:1,2,21
43:16,25 44:5
46:6 58:1
74:11 75:22
137:18,21,22
140:8 142:4,
25 145:10
148:12,14

Med Def_001343

150:17,19
153:10,16
155:7 156:25
157:3,7,11
159:11 160:23
161:25 162:8
163:14 164:8
166:8 168:3,
4,14,15
169:17 172:7,
8,23 173:9
174:1,4,6,10
175:19 191:21

**transgender's**
38:11

**transition**
38:12,16,18,
19 39:21,24
40:2 55:12,
13,16 65:4
67:6 72:22
129:5 131:18
133:5,14,21
134:12 135:19
139:6,21
141:21 142:2
143:6,22,24
150:12 159:12
161:4 162:6,
11 165:21,23
174:22
176:11,19
182:3,6
188:12,13

**transitional**
41:17

**transitioned**
71:17 72:24
128:13 133:4
136:3 141:24
149:23 206:24

**transitioning**
128:3,20
133:13 134:15
135:17 171:13
175:20 198:6

**translated**
188:1

**transplant**
31:3,8 125:18

**transsexuals**
9:15,18

**transsystemic**
132:3

**trapped**
166:12

**trauma**
40:17 128:4
131:15 132:21
136:5,19

**traumatic**
139:2,10

**treat**
9:10 22:16
25:8 34:11
40:7 62:21
66:3,25
103:23 105:4
160:1 181:18

**treated**
34:13,15 39:1
41:9 56:14
57:10 81:16
190:2

**treating**
9:24 36:6
41:5,23 58:11
60:24 111:14
135:2 144:17
206:3

**Treatis**
155:13,14

**treatment**
10:1 14:15
17:12 18:8
23:10,22,25
24:3 25:23,25
26:12 35:17,
22 36:11,15
37:3,14
40:12,13,14
41:22 42:25
46:5 49:18
50:6,24 51:5,
11,12 52:14
53:13,22,25
58:13,18
59:3,25 60:1,
25 63:7 64:24
66:5 73:19
78:25 79:4,14
80:8 88:13
89:21 90:9
95:19 98:22
99:12 104:22
107:1 108:23
109:3 110:2
111:16,21,22,
23 112:8,12,
21 113:20
122:22 132:15
134:19 150:12
156:16
161:17,20,25
162:6,17
170:25 171:18
181:17 192:9
198:14,15
201:3,5,20
205:4,7,23,24
211:13

**treatments**
16:13 22:15
23:16 37:1,5
39:10,17 48:4
52:16 53:10,
15 60:5,16
61:2 71:23
75:17 79:22
80:6 112:4
121:1 130:8
133:17 142:7
146:7 161:4
165:4,23
166:23
167:14,19,22,
23 170:18
195:23

**trial**
13:21 14:13,
16 16:4 77:20
89:11,15,19
190:5,8 198:8
199:6 206:20
207:12 209:2
211:2

**trials**
14:14 77:18
89:17 118:13
122:18 123:4,
19 124:3
207:1,2
208:20,22,23

**triggered**
197:2

**triglycerides**
67:25

**trouble**
206:5

**troubled**
145:16

Med Def_001344

October 28, 2022                                                                73

troubling
 81:10

true
 12:6 29:8
 39:23 99:15
 148:17 170:8
 171:19 176:15
 193:11

truncated
 77:11

trust
 29:16 31:20
 76:22

truth
 76:3 157:14

truthful
 73:21

tubes
 63:24

tumors
 67:2

tunnel
 138:18 139:16

turn
 37:19

turned
 53:13 141:9

turning
 167:6

tweak
 17:17

two-parent
 187:9

two-week
 141:9

Tyler
 175:18

Tyler's
 175:25

type
 66:5 100:10
 111:11,15
 123:19,21
 190:21

types
 29:17 32:15
 68:9 78:5
 89:21 109:20
 204:25

typical
 151:9,10

typically
 28:17 29:15
 38:17,21
 208:1

———————

         U

U.K.
 82:4

U.S.
 46:10

UFC's
 19:7

ultimately
 83:25 144:7
 207:21

umbrella
 120:25

unable
 138:13 143:19

unaddressed
 133:18

unbiased
 173:7

uncertainties

16:12

unclear
 186:4

uncomfortable
 170:6

uncontrollable
 146:19

uncritically
 77:5

undeniably
 170:21

undergo
 10:3 146:2
 198:5

undergoing
 24:9 198:9
 205:3,7

undergone
 71:22

underhand
 47:11

underlies
 82:13

underlying
 142:3 167:12
 170:14 197:1

understand
 29:6 33:4
 42:21 55:15
 59:15 70:13
 94:3,13 96:6
 113:8,15
 117:3 118:9
 119:13 121:15
 125:14 159:10
 165:15 174:6
 181:4 183:9,
 10 188:20,21
 189:1,2,17

200:5 205:10
 206:12,14

understandable
 119:21

understanding
 17:25 58:4
 84:19 113:13
 198:4 199:3,
 16 202:10,14
 207:10 210:16

understandings
 207:11

understated
 147:15

understood
 55:10 90:1
 171:15 199:25

undertake
 38:16

underwent
 133:10

undeveloped
 12:14

undiagnosed
 134:14

unethical
 38:10 130:7
 142:6

unfair
 80:5

unfounded
 76:11

unhealthy
 143:21 161:3

unhelpful
 38:10

UNIDENTIFIED
 17:16 18:2

Med Def_001345

32:24 33:6,10
61:13 94:7
109:11 114:19
119:4 126:6
151:25 152:2,
3,12,16,24
153:5 155:11
163:7 180:3,9
181:13 183:2,
6,15,19 191:5
194:23 195:7
196:9 201:1
210:22

**unimpeded**
172:22

**unintended**
108:21 109:1,
8 110:5

**unique**
170:20

**unit**
48:2,5,24,25

**United**
9:11,12 35:14
38:6 43:9
45:18 68:16
81:21,25 86:8
88:2,16 162:2
177:16
178:10,16
199:7

**university**
8:9 18:19,21,
22 33:20,23,
25 34:9
47:15,17
48:19 62:1
74:4,8 84:21
85:1,10,21
91:12 117:20

118:1,14
119:11 125:23
138:20 157:9
177:4 178:10,
13 190:4
209:2 210:21
211:1

**Unix**
69:23

**unknown**
11:9 13:5,16
202:9,15,19

**unprecedented**
161:9

**unrelated**
184:7

**unstable**
128:10,25

**unsuccessful**
138:17

**unwanted**
39:6

**upholding**
173:19

**ups**
175:11

**urge**
75:7 82:16
142:5 176:7

**urged**
8:10

**urgently**
52:14

**urinating**
131:21

**uterus**
63:24 132:6

**utilizes**

20:5

**utmost**
56:13 115:6

---

**V**

**vagina**
63:25 138:10
141:4,5,11
167:9

**vaginal**
132:8 138:12,
18

**vaginoplasty**
11:1 12:14
138:19 167:8

**valiant**
181:21

**valid**
136:18 192:15
202:9

**Valley**
133:3

**valuable**
46:18

**variation**
62:13 121:2

**variety**
41:18 58:22

**vast**
28:14

**Vazquez**
3:14 4:6,8,11

**vegetables**
78:22

**veneer**
76:2

**verdict**
162:4

**verge**
134:12

**verify**
80:17 205:20

**version**
35:1 131:25
172:25

**versus**
162:4 171:6

**vesicles**
63:23

**veteran**
35:24

**vetted**
77:7

**viable**
86:7

**vice**
34:3

**victims**
134:2 157:1

**video**
181:24

**view**
36:13 47:8
207:18

**viewed**
78:17

**views**
177:6

**violate**
178:24 179:16

**violates**
76:13 77:1

**violation**
179:11

**visit**
101:8

visits
48:4 79:18

voice
67:21 71:1
144:6

volume
17:17

volunteer
163:21

vomiting
79:25 131:20

vote
107:14,20,25
180:5 210:6
212:9,15,19,
21,22

Vries
10:14,24 11:3
13:12

vulnerable
41:16 136:8
144:20 147:25

————————

W

wait
148:21,22
154:15 165:16
204:11

waiting
154:9 170:19
181:19

waive
5:13

wake
18:18 140:12
162:3

walk
98:18 158:10

wanted
24:21 84:18
85:12 107:21
128:8 129:8
130:4 146:15
164:3 168:7
195:22 211:12

wanting
28:16 135:24
178:19

wards
187:10

warrant
52:14

Washington
3:20 167:7

watchful
170:19 181:19

watching
174:22

waves
149:11

ways
28:1,4 166:7

wear
158:13

wearing
38:21 133:6

webinar
57:23

website
77:9

websites
4:15 166:8

week
4:16 14:6
15:8 34:2
114:5,9,13

146:17 153:19

week's
114:2,3

weekend
132:9

weeks
64:6 130:3,22
146:9

weigh
112:15 123:7

weighed
12:10 104:8

weight
26:2 77:5

welfare
49:20 51:15
115:16

well-behaved
174:25

well-being
38:1

well-
established
37:3 40:6

well-informed
111:1

well-respected
24:6

wellbeing
74:16 172:13

whilst
43:7 88:16

white
71:13

widely
36:13 78:24

wife
128:1

Williams
3:21

Wilson
3:13

win
179:23

window
113:17

wishes
6:24

witnessed
20:23

witnesses
111:12

wolffian
63:21

woman
130:16 137:22
140:16 142:14

womanhood
129:19 134:9
136:18 157:14

women
134:2 156:21,
23 157:1,3,4,
6,8,12

wonderful
89:14

wondering
29:18 31:24
32:6 57:18
98:23 102:10
196:13

word
89:15

words
45:1 64:4
159:6

Med Def_001347

work
  4:2 32:20
  46:18 47:14,
  23 48:5 80:16
  87:17 100:17,
  18 109:5,8
  136:21
  172:16,23
  195:14,20
worked
  4:3 153:17
  163:21 164:6
  169:19
worker
  52:6 115:20
  151:3,8,13
  185:14,17,23
  186:2,5,6,20,
  23 189:12
  193:10 195:13
  197:11 204:5,
  7
workers
  111:19,20
  164:15 197:15
working
  20:18 46:20
  129:12 172:21
works
  96:3
world
  9:13 20:6
  21:15 23:3
  29:11 35:2
  43:23 44:4
  58:12 81:22
  142:16
  168:13,17
  173:12 178:4
world's

8:15
world-
recognized
  44:12
worldwide
  173:2 202:8
worried
  167:17
worries
  33:12
worse
  11:24 24:14
  58:19 73:5
  77:14
worsened
  138:2
worsening
  39:13 133:24
worth
  144:8 168:21
wound
  68:13
WPATH
  23:4 35:4,6,
  11 57:23 63:7
  64:19 69:7,15
  82:14 84:12
  90:16 98:3
  164:11 165:1
  172:25 173:21
wrap
  54:16,17 69:2
write
  123:14 173:23
writing
  118:20
written
  7:3 9:2,3

44:18 69:6
  119:22 192:22
wrong
  131:12 138:4
  141:23 142:5
  168:7 175:9
wrote
  84:23 128:16

——————————

**Y**

——————————

Yako
  150:7,8,10
Yale
  74:4,9 90:9,
  19 126:5
year
  65:14 81:20
  91:23 114:7
  129:15 133:15
  137:24 138:24
  150:10 189:1
  201:17
year-old
  153:24
years
  9:22 11:17
  12:23 13:3,15
  20:9 21:4,14
  34:14 35:11
  45:20 46:12
  58:21 61:25
  62:4,19 65:8,
  13 66:14
  69:18 70:22
  83:15 86:6
  87:2 97:16
  98:1 100:6
  127:3 129:18,
  24 130:18

133:12 134:14
  135:4,20
  140:8 141:20
  142:23 143:23
  145:6 147:5
  149:7,11,23
  151:17
  153:10,20,21
  159:1,13
  160:13,15
  161:6,13
  170:22 173:4,
  6 175:20
  176:19 182:10
  189:5 201:21
York
  33:22,24
young
  16:15 19:21
  20:17 22:9
  39:4,11,22,23
  40:1,2 44:15
  45:11 52:2,23
  53:8,20 60:14
  68:21 87:6,
  12,15,23
  105:24 133:19
  136:14 145:9,
  11 147:25
  151:7 160:19
  166:3 167:22,
  25 168:4
  173:14
younger
  62:20 83:13
  144:19
youngest
  9:21
youth
  18:23 19:11
  20:17 21:22

Med Def_001348

26:18 29:3
30:20,21
33:18 35:4,20
41:15,17
43:16 55:9
72:24 74:10,
12,16 75:14
80:21 81:24
100:14 144:24
162:11 164:5
172:7

---

**Z**

---

**Zach**
92:7

**Zachariah**
3:25 4:9 8:4,
5 14:19 16:7
17:1,14,21
27:1 29:22
30:2 31:22
32:17 33:4
42:2,7 46:24
54:14,21 55:1
61:6,15 68:23
69:1 70:6,12
71:4 72:16,19
73:6,11 82:23
84:13 86:10
87:24 92:9
94:9 96:15
97:1,4,11,14,
19,22 98:9,15
101:14
102:14,18,22
105:7,10,13,
17 107:13,18
108:18 109:15
112:22,23,24
113:5 114:25
116:8 117:13

121:12 122:9,
16,21 126:7
127:13,16
130:10 132:24
135:11 137:14
140:3 142:10
145:2 150:6
152:6,14,19
155:12 160:9
162:21 165:9,
12,15 169:4
174:17 179:20
180:6,11
182:24 183:4,
9,22 187:12
189:7 193:8
196:8,23
197:3,18
198:2 203:1
204:17 207:16
208:8 210:5
211:23
212:14,25

**Zander**
169:1

**Zoe**
127:22,23,25
130:10

Med Def_001349