

Jane Doe

*vs.*

Joseph Ladapo

Taped Transcription

November 04, 2022

LEXITAS

Med Def_000876

Doe Pls' Trial Ex.

25

1

2    JANE DOE,

3         Plaintiff,

4    vs.

5    JOSEPH LADAPO,

6         Defendant.

7    _____

8    CASE NO. 423CV114RHMAF

9

10

11

12              TRANSCRIPTION OF AUDIO RECORDING

13                      JOINT MEETING

14              FLORIDA BOARD OF MEDICINE

15        FLORIDA BOARD OF OSTEOPATHIC MEDICINE

16              NOVEMBER 4, 2022 / 2:02 P.M.

17

18

19              TRANSCRIBED AUDIO RECORDING BY:

20                  Julie Thompson, CET

21

22

23

24

25    Job No.: 322529

Med Def_000877

November 04, 2022

Page 2

1   Thereupon,

2   The following proceeding was transcribed from an

3   audio recording:

4                              ****

5          CHAIRMAN DIAMOND:  Good afternoon.  My name

6   is Dr. David Diamond.  I have the privilege of being

7   the Chair of the Florida Board of Medicine.  To my

8   right is  Dr. Sandra Schwemmer, the Chair of the

9   Florida Board of Osteopathic Medicine.

10          At this time it's 2 o'clock on November the

11   4th.  I'd like to call to order this meeting of the

12   Joint Boards of the Florida Board of Medicine and

13   the Board of Osteopathic Medicine.

14          Can we please take a roll call?

15          MS. STRICKLAND:  Dr. Diamond?

16          CHAIRMAN DIAMOND:  Present.

17          MS. STRICKLAND:  Dr. Ackerman?

18          CHAIRMAN ACKERMAN:  Present.

19          MS. STRICKLAND:  Dr. Barsoum has been

20   excused.

21          Dr. Chandra has been excused.

22          Dr. Derrick has been excused.

23          Dr. Hunter.

24          DR. HUNTER:  Present.

25          MS. STRICKLAND:  Dr. Pages.

Med Def_000878

November 04, 2022

Page 3

```
 1              DR. PAGES:  Present.
 2              MS. STRICKLAND:  Dr. Pimentel?
 3              DR. PIMENTEL:  Present.
 4              MS. STRICKLAND:  Dr. Vila?
 5              DR. VILA:  Present.
 6              MS. STRICKLAND:  Dr. Wasylik?
 7              DR. WASYLIK:  Present.
 8              MS. STRICKLAND:  Dr. Zachariah has been
 9    excused.
10              Ms. Garcia?
11              MS. GARCIA:  Present.
12              MS. STRICKLAND:  Ms. Justice?
13              MS. JUSTICE:  Present.
14              MS. STRICKLAND:  Mr. Romanello has been
15    excused.  Also present are Mr. Paul Vasquez,
16    Executive Director for Board of Medicine; Ed
17    Tellechea, board counsel; Donna McNulty, board
18    counsel; myself; Sherry Strickland, program
19    operations administrator; Surrey Williams,
20    Regulatory Specialist III; Brad Dalton, public
21    information officer.
22              Chair, you have a quorum.
23              CHAIRMAN DIAMOND:  Thank you so much.  At
24    this time, I'd like to ask Mr. Paul Vasquez, the
25    Executive -- oh, I'm sorry.  I beg your pardon.
```

Med Def_000879

November 04, 2022

Page 4

1          Go ahead.

2          CHAIRWOMAN SCHWEMMER:  Ms. Terrell, would

3  you take roll for the Board of Osteopathic Medicine?

4          EXECUTIVE DIRECTOR TERRELL:  Yes, ma'am.

5          Dr. Schwemmer?

6          CHAIRWOMAN SCHWEMMER:  Present.

7          EXECUTIVE DIRECTOR TERRELL:  Dr. Mendez?

8          DR. MENDEZ:  Present.

9          EXECUTIVE DIRECTOR TERRELL:  Dr. Gadia?

10          DR. GADIA:  Present.

11          EXECUTIVE DIRECTOR TERRELL:  Dr. Pietro?

12          DR. PIETRO:  Present.

13          EXECUTIVE DIRECTOR TERRELL:  Dr. Kirsh?

14          VICE-CHAIR KIRSH:  Present.

15          EXECUTIVE DIRECTOR TERRELL:  And Ms.

16  Jackson has been excused.  Also present, myself,

17  Executive Director of the Board of Osteopathic

18  Medicine, Danielle Terrell; Carol Taylor, program

19  operations -- program office administrator; and

20  Derick Nieves, a Regulatory Specialist III.

21          And, Chair, you do have a quorum for the

22  Board of Osteopathic Medicine.

23          CHAIRWOMAN SCHWEMMER:  Thank you.

24          CHAIRMAN DIAMOND:  Thank you very much.  At

25  this time, I'd like to ask Mr. Paul Vasquez, the

Med Def_000880

November 04, 2022

Page 5

1  Executive Director of the Florida Board of Medicine

2  to make some remarks.

3           EXECUTIVE DIRECTOR VASQUEZ:  Thank you,

4  Chair.  Good afternoon.  It's Friday, November 4,

5  2022, at 2:02 p.m.  My name is Paul Vasquez.  I'm

6  the Executive Director of the Florida Board of

7  Medicine.  This is a duly noticed meeting of the

8  Boards.  This is a public meeting and is being

9  recorded.  The audio will be available on the

10  Board's websites next week.

11           I'll now go over some instructions, so this

12  meeting will be successful, and the board members

13  will be able to take care of the matters that are

14  before them today.

15           There's a court reporter in the meeting.

16  If you speak to the boards, it's important that you

17  state your name for the record.  When appropriate,

18  the chair will ask for public comments.  Therefore,

19  please refrain from speaking during the meeting

20  until the appointed time.  Please remember, this is

21  a public meeting, and it's being recorded.  Any side

22  conversations and activities may be recorded and

23  become part of the public record.

24           At this time, please silence all electronic

25  devices, and one housekeeping issue for the Boards,

Med Def_000881

November 04, 2022

Page 6

1  just remember when you're speaking to have your

2  microphones on for the court reporter.

3          The Boards of Medicine and Osteopathic

4  Medicine are apolitical bodies that have the primary

5  mission of protecting the people of the state of

6  Florida.  As with any issue before them, the Boards

7  intend to look at the available science and

8  appropriate standard of care while putting aside any

9  personal feelings on the issues before them today.

10          In terms of how the meeting will be

11  conducted, the expectation is that we will have a

12  civil discourse while discussing the issues on

13  today's agenda.  We require that everyone refrain

14  from making any disruptive comments or taking any

15  disruptive actions during the duration of the

16  meeting.  The Boards reserve the right to remove any

17  individual who chooses to disrupt the progress of

18  the meeting.  Please conduct yourselves accordingly.

19          Public comment at this meeting will be

20  limited and will come at the end of the meeting.

21  The public comment process will be as equitable as

22  possible.  However, it is evident that not everyone

23  who wishes to speak will be able to speak at this

24  meeting.

25          The Florida Board of Medicine and Board of

Med Def_000882

November 04, 2022

1   Osteopathic Medicine invite and encourage interested
2   parties to provide comment on matters before the
3   Boards.
4           The following guidelines will apply to
5   public comments.  Interested parties will be given
6   an opportunity to provide comment on matters before
7   the Boards after an agenda item is introduced.
8   Interested parties may provide comments on the
9   record during the meeting, or they can waive
10  speaking and indicate their position on the issue,
11  which will also become part of the record.
12  Appearance forms have been provided to facilitate
13  this process.
14          In terms of how the appearance forms will
15  be handled.  They're being collected.  They're being
16  separated by position, and they're being randomized
17  and will be drawn randomly based on the positions.
18          Interested parties will be limited to three
19  minutes to provide comment, which may only be
20  extended by the Chair, if time permits, based on the
21  number of proposed speakers.  If an interested party
22  is part of a larger group of persons, you're
23  requested to identify one individual who will speak
24  on behalf of the group, if possible.  Interested
25  parties may use pseudonyms if they do not wish to

Med Def_000883

November 04, 2022

Page 8

1  identify themselves on the record.

2          The progress of the meeting will include a

3  discussion of draft rule language related to the

4  practice standards for the treatment of gender

5  dysphoria, discussion and vote by the Boards, and

6  public comment.

7          In terms of progress after this meeting, if

8  language is developed and proposed, it will be

9  published in the Florida Administrative Register,

10 which will include any instructions for further

11 activities related to rulemaking process pursuant to

12 Chapter 120.  Thank you, Chair.

13          CHAIRMAN DIAMOND:  Thank you very much.  At

14 this time, I'd like to ask Mr. Ed Tellechea, board

15 counsel, to make a few remarks to discuss the

16 process on how things proceed should a rule be

17 adopted.

18          ATTORNEY TELLECHEA:  Thank you -- excuse

19 me.  Thank you, Mr. Chair.  If there is -- today,

20 there will be language that will be -- that is being

21 presented to both of the Boards.  If the Boards at

22 any point in time decide to adopt -- approve this

23 language, we have a vote either approving the

24 language as is or amended.  We will -- then we will

25 take the language back, and we will publish it in

Med Def_000884

November 04, 2022

1  the Florida Administrative Register.

2           It will appear -- and then once it

3  publishes in the Florida Administrative Register,

4  and correct me if I'm wrong, Donna, I think you have

5  21 days -- excuse me -- you have 21 days in order to

6  request a rule hearing.  If somebody requests a rule

7  hearing, then the rulemaking process is put on hold

8  until the rule hearing takes place.

9           A rule hearing will be much like some of

10  the meetings that we've already had, where the

11  individuals who requested the rule hearing and

12  others who are present can make public comment

13  regarding the proposed rule language itself.

14           If the rule hearing occurs, the Board can

15  change the rule language based on the public

16  comments or they can go ahead and affirm the

17  existing rule language and move forward with the

18  rulemaking process.  And once the rule goes into

19  effect, of course, the rules can be challenged.

20           In total when you're looking at rulemaking,

21  realistically, based upon the time frames once rule

22  language is published, we're talking about anywhere

23  between 60 to 90 days before it becomes effective,

24  depending on the circumstances.

25           CHAIRMAN DIAMOND:  Thank you very much.

Med Def_000885

November 04, 2022

Page 10

 1              Ladies and gentlemen, as we commence
 2  today's meeting, I wish to use my position as Chair
 3  to make some remarks.
 4              In early June, we received notification
 5  that the State intended to present the medical
 6  Boards with a formal petition to initiate rulemaking
 7  on the subject of gender dysphoria, and that this
 8  petition would be presented during our August 5th
 9  board meeting in Tampa.
10              From the onset, I directed the Board staff
11  that, given the deep sensitivities and the
12  complexities of this issue, we approached this
13  matter in a manner that not only was fair but was
14  perceived as being fair.
15              As such, during that August 5th meeting, as
16  we hosted our Surgeon General and others
17  representing the position of the State, I insisted
18  that equal time and position be granted to experts
19  from the University of Florida, Dr. Holler, and Dr.
20  Dayton, who held an opposing position.  I asked, as
21  would Aristotle, that we approach this subject with
22  reason free of passion.  I believe that all members
23  present found the ensuing discussion productive with
24  three take-home messages.
25              First, from oral testimony, we learned that

Med Def_000886

November 04, 2022

 1  at the major centers in Florida, so-called bottom

 2  surgery is not offered for minors, and that so-

 3  called top surgery is infrequently offered to

 4  minors.  Although, there have been instances in

 5  Florida where females as young as 15 years old have

 6  undergone mastectomy.

 7            Second, from written testimony, we learned

 8  that there are substantive differences between the

 9  large medical societies and our European colleagues

10  in the treatment of minors with gender dysphoria.

11  To say that there is a singular unquestioned

12  standard of care is simply not accurate.

13            And lastly, the chief point of agreement

14  amongst all the experts, and I must emphasize this,

15  is that there is a pressing need for additional

16  high-quality clinical research.

17            Subsequently, we took public comment.  The

18  selection of comments was randomized in an

19  alternating yea, nay fashion, with the exception

20  that I use my discretion to ensure that State

21  Representative, Anna Eskamani, whom I knew stood in

22  opposition to the petition, had a chance to speak.

23  I did this out of respect for her office.  The vast

24  bulk of the meeting was dignified and productive,

25  and ultimately the Board voted to initiate

Med Def_000887

November 04, 2022

1   rulemaking.

2           The task then fell upon the Joint Rules and

3   Legislative Committee chaired by Dr. Zachariah to

4   consider and possibly develop rules language.  This

5   committee meeting was initially scheduled for

6   September 30th, but due to the hurricane, it was

7   rescheduled to October 28th.

8           In preparation for that meeting, I directed

9   the staff to invite subject matter experts with

10  differing viewpoints and representing essentially

11  three cohorts.  The first cohort being Florida-

12  licensed pediatricians or pediatric endocrinologists

13  who actively treat minors with gender dysphoria.

14          The second cohort being scientists, both

15  American and international, with expertise in the

16  extent clinical data.

17          And the third cohort being representatives

18  of the large American clinical societies.

19          Mr. Paul Vasquez, to my left, the Executive

20  Director of the Board, worked assiduously on this

21  directive.  We were pleased that ultimately

22  representatives from the University of Florida, the

23  University of Oxford, Yale University, University of

24  Turku in Finland, and the Children's Hospital in

25  Chicago, as well as a private practice

Med Def_000888

November 04, 2022

1  endocrinologist from California, joined us at that

2  committee meeting.

3          A formal invitation was also extended to a

4  large medical society known to be opposed to the

5  state's position, namely the Endocrine Society.

6  That society declined our invitation.  Formal

7  invitations were also sent but declined by

8  physicians actively practicing its transgender care

9  clinics at Nicklaus Children's Hospital, Miami, at

10 Johns Hopkins All Children's Hospital in St.

11 Petersburg, and at the Joe DiMaggio Children's

12 Hospital in Hollywood.

13         We also received contact from several

14 accomplished pediatric endocrinologists practicing

15 here in Florida, who stated their discomfort with

16 the guidelines espoused by the Endocrine Society,

17 WPATH and the American Academy of Pediatrics.  These

18 physicians, of course, were invited to speak on

19 October 28th, but each declined.  They cited a

20 concern that their positions in various medical

21 societies and indeed their actual employment would

22 be jeopardized should they speak.

23         I found this culture of intimidation, be it

24 real or perceived, to be antithetical to the spirit

25 of medicine and more poignantly, profoundly sad.

Med Def_000889

November 04, 2022

1          During the October 28th rules committee

2   meeting, Dr. Zachariah took additional public

3   comment.  Many of the comments representing both the

4   affirmative and negative positions were emotionally

5   powerful.  To all of those who came and expressed

6   their opinions with dignity and courage, we members

7   of the Board salute you.

8          Further to our subject matter experts who

9   cited data at adduced their sources, the Board also

10  extends our thanks.  This is how science should

11  work, vigorous free -- I'm sorry -- vigorous debate,

12  free of intimidation.

13          A motion by Mr. Romanello and then amended

14  by Dr. Hunter to include a research exemption was

15  ultimately passed.  Today, the task falls upon this

16  joint meeting of the Boards of Medicine and

17  Osteopathic Medicine to consider the rules committee

18  proposal.

19          The proposal has the following elements.

20  First, the rule is limited exclusively to the

21  treatment of minors with gender dysphoria.

22          Second, the rule is prospective.

23          Third, once the rule is effective, sex

24  reassignment surgery or any other procedure that

25  alters primary or secondary sexual characteristics

Med Def_000890

November 04, 2022

Page 15

1  for the treatment of gender dysphoria in minors

2  would be prohibited.

3           Fourth, once the rule is effective, those

4  minors who have already commenced puberty-blocking

5  hormone or hormone antagonist therapy for the

6  treatment of gender dysphoria may be continued on

7  hormonal therapy.

8           Fifth, once the rule is effective, puberty-

9  blocking hormone and hormone antagonist therapy for

10  the treatment of gender dysphoria in minors who have

11  not yet commenced such therapies would be

12  prohibited.

13           Sixth, and very importantly, the proposal

14  included an exception for clinical research.

15  Specifically, non-surgical treatment for the

16  treatment of gender dysphoria may be conducted under

17  the auspices of an institutional review board-

18  approved investigator-initiated clinical trial at a

19  Florida Medical School.  The clinical trial must

20  include provisions for long-term longitudinal

21  assessment of the patient's physiologic and

22  psychologic outcomes.

23           Today, I stand in support of the rules

24  committee resolution, as I feel that it is a

25  thoughtful navigation between Scylla and Charybdis,

Med Def_000891

November 04, 2022

1  as was faced by Odysseus.  First, the resolution is

2  limited only to minors.

3          As such, the Rules Committee recognizes

4  that our legal and medical tradition speaks to a

5  difference in the mental capacity between minors and

6  adults with respect to making medical decisions,

7  some of which in this context may produce

8  irreversible physiologic and psychologic changes.

9          Second, the Rules Committee recognizes that

10  surgery to alter one's sexual characteristics,

11  including mastectomies, penectomies, and neo

12  vaginectomies carries the highest risk of immediate

13  irreversible physiologic effects and ought to be

14  approached differently than drug intervention.

15          Third, the Rules Committee recognized that

16  the discontinuation of hormonal intervention for

17  patients who have already commenced such treatment

18  would pose important complexities and, therefore, is

19  not restricted.

20          So let me be clear.  Any person who opines

21  that this resolution, if passed in its current form,

22  would terminate ongoing care is incorrect.

23          Fourth, and perhaps most importantly, the

24  Rules Committee recognized -- and this was made

25  clear during testimony -- that the best treatment of

Med Def_000892

November 04, 2022

1  minors with gender dysphoria is not known.

2         The resolution represents an effort to

3  generally emulate what is being done by Britain's

4  National Health Service and by others elsewhere,

5  which is to make available non-surgical treatment,

6  but to do so solely under the auspices of high-

7  quality investigator-initiated clinical trials.

8         So again, let me be clear, any person who

9  opines that this resolution if passed in its current

10  form would ban access to care is incorrect.

11  Although, it may be the intent of the Boards to

12  ensure that dissemination of high-quality data on

13  the epidemiology and the outcomes of these

14  investigations, board counsel has indicated that is

15  not presently within our purview to mandate a data

16  reporting requirement.

17         Therefore, should the draft rule be

18  adopted, I then would propose a resolution to be

19  presented to the Speaker of the Florida House and

20  the President of the Florida Senate.  This

21  resolution would request that the legislature pass a

22  reporting mandate, whereby each clinical trial

23  principal investigator must transmit to the Boards

24  of Medicine and Osteopathic Medicine an anonymized

25  summary of the clinical data at six-month intervals.

Med Def_000893

November 04, 2022

1   Without a reporting requirement, investigators could

2   elect not to share published data, and this would,

3   of course, be contrary to our intent.

4               We understand that the legislature would in

5   no way be bound to act on such a resolution, but it

6   is my sense that a reporting requirement is

7   absolutely essential to a good faith research

8   exemption.

9               At this point, I'm going to open up the

10  discussion to members of the two Boards.  Once a

11  motion -- a call -- the question is called, we will

12  go and have a vote from the Board of Medicine

13  immediately followed by the Board of Osteopathic

14  Medicine, and then we will proceed with public

15  comment.

16              If there are any publicly elected officials

17  with us today, please make yourself known to me, as

18  I will extend the courtesy to ensure that you have

19  an opportunity to speak.  And as far as public

20  comment is concerned, it will be randomized, meaning

21  selected out of the hat, AB, AB, until the public

22  comment is completed.

23              At this point, I open the floor for

24  discussion.  Thank you very much.

25              DR. ACKERMAN:  Dr. Diamond.

Med Def_000894

November 04, 2022

 1                CHAIRMAN DIAMOND:  Please, you're recognize

 2  Mr. -- Dr. Ackerman.

 3                DR. ACKERMAN:  I want to thank you for your

 4  very thorough explanation of the -- of what's

 5  transpired over the past six months.  I think it was

 6  extremely accurate and I think you made it very

 7  clear as what the intent of Rules Making is and what

 8  the outcome of the rules are.  And I want to voice

 9  my support completely of the resolution put forth by

10  the Rules Making Committee.

11                CHAIRMAN DIAMOND:  Dr. Hunter, I believe

12  you had some comments.

13                DR. HUNTER:  I'm going to pass right now.

14                CHAIRMAN DIAMOND:  Dr. Vila, you're

15  recognized.

16                DR. VILA:  Thank you.  I want to echo those

17  comments.  I appreciate what the Board has gone

18  through hearing testimony -- extensive testimony,

19  and then all of the letters that have been submitted

20  that we've looked through.  I was not at the Rules

21  Committee meeting, but I watched the entire video of

22  it.  And that even further added to the body of

23  knowledge and discernment that I've gone through.

24                And after hearing extensive testimony from

25  physician experts on the irreversible harm due to

Med Def_000895

November 04, 2022

1  puberty blocker medications as well as the hormone

2  therapy, and after testimony that other countries

3  have restricted access to medications, after written

4  testimony from the author of a study that found a

5  significant percentage of patients who transition

6  later choose to detransition and, thus, have a

7  significant percentage that have suffered

8  irreversible harm.

9          Given the lack of testimony from expert

10  proponents of hormone therapy that there are

11  adequate selection criteria that have sufficient

12  specificity to avoid harm.  And after testimony from

13  expert proponents of these treatments that, in fact,

14  they are relatively rare in minors and in -- thus,

15  our rules would not substantially deviate from the

16  care that they are providing.

17          And finally, and most significantly, the

18  in-person testimony of multiple patients who were

19  irreversibly harmed by hormonal treatments.  In my

20  25 years of hearing testimony before this Board, I

21  don't think I've ever seen that many patients talk

22  about that much harm being done to them.

23          And so given these facts, I am not

24  supportive of this -- of item two in the proposed

25  rule that allows for these treatments to be

Med Def_000896

November 04, 2022

Page 21

1  administered under even IRB approved protocol.  I

2  don't think that they're safe, and that they cause

3  irreversible harm to a significant number of

4  patients.

5              Now, if you want to do any research, I

6  suggest that you move it to those minors that are

7  already undergoing treatment, if we want to ask the

8  legislature to provide the data.  But I want you to

9  know that I'm not supporting, and I would move to

10 strike item two in the resolution.

11             CHAIRMAN DIAMOND:  Thank you, Dr. Vila.

12             Anyone else like to speak, please?

13             DR. ACKERMAN:  Is that a motion that needs

14 a second?

15             CHAIRMAN DIAMOND:  Well, I think we're

16 going to go and continue --

17             DR. ACKERMAN:  Okay.  I just heard him say,

18 "I moved."

19             CHAIRMAN DIAMOND:  Would you like to

20 propose that as a formal motion, Dr. Vila?

21             DR. VILA:  Mr. Chair, it depends how you

22 want to conduct the meeting.  If you'd like to hear,

23 I will intend to make that motion.  If you'd like me

24 to make it now, I will.

25             CHAIRMAN DIAMOND:  Would anyone like to

Med Def_000897

November 04, 2022

1   make any comments before that motion is made?

2             Dr. Vila, please.

3             DR. VILA:  Okay.  I may -- I move to strike

4   item two in the proposed standard of practice for

5   the treatment of gender dysphoria in minors.

6             CHAIRMAN DIAMOND:  Do I hear a second on

7   the motion?

8             DR. HUNTER:  Seconded.

9             CHAIRMAN DIAMOND:  There's a second.  It's

10  now open to -- for discussion on that motion.

11            DR. HUNTER:  Dr. Diamond?

12            CHAIRMAN DIAMOND:  Yes, sir.

13            DR. HUNTER:  I want to read this into the

14  record.  Dutch researchers pioneered youth

15  transition for gender dysphoria.  They published

16  several papers culminating in a 2014 paper that

17  described the outcome for 55 youths they

18  transitioned.

19            The Dutch protocol is now what we call

20  affirmative care, puberty blockers, cross-sex

21  hormones, and breast and genital surgeries.  The

22  Dutch protocol was deemed a success because the

23  youth continued to function well after surgery.

24  This affirmative model of care has spread wildly in

25  the last eight years.

Med Def_000898

November 04, 2022

1            The Dutch protocol is the foundation youth

2    transition was built on.  It is flawed.  It is based

3    on weak evidence.  These are some of the problems

4    with the Dutch study.

5            Many concerns have been raised about its

6    methodology.  It was a case series, a small cohort

7    of 55 teenagers.  There was no control group.  The

8    follow-up period was only 18 months.  This short

9    period should be of concern, and most importantly,

10   there has been no long-term data reported on these

11   55.

12           The Dutch have been asked for their long-

13   term data.  In a June, New York Times article,

14   Dr. DeVries, the lead author, said the Dutch has

15   lost contact with 50 percent of their early cohort.

16   Dr. DeVries was interviewed on an American podcast

17   in January.  She made it clear that their patients'

18   lives are much more complicated than the original

19   studies outcomes suggests.

20           The Dutch, to their credit, were concerned

21   about false transitions.  Transitions that would

22   later be regretted.  False transitions would be the

23   worst possible outcome.  Today, we call that regret

24   and detransition.

25           The Dutch had inclusion and exclusion

Med Def_000899

November 04, 2022

1   criteria hoping to limit false transitions.  I want

2   to emphasize two of these criteria.

3            Early onset gender dysphoria was a

4   requirement for transition.  Early onset was

5   described by the Dutch in one paper as gender

6   dysphoria "from toddlerhood."  And there had to be

7   no active mental health issues.  Mental health

8   problems excluded a teenager from transition.

9            The very patients the Dutch excluded, late

10  onset, post pubertal, gender dysphoric youth with

11  comorbid mental health issues are now the majority

12  of youth being transitioned.  We are transitioning

13  the very population the Dutch excluded because they

14  feared harm.

15           Affirmative care with transition is now

16  touted as the cure for mental health problems. Just

17  eight years ago, mental health problems excluded

18  someone from transition.  Our profession has

19  abandoned the Dutch criteria, and these criteria

20  were never based on hard evidence, only good

21  intentions.

22           Now we have objective, unbiased, systematic

23  reviews, the most prominent being from Swedish and

24  British experts.  These systematic reviews tell us

25  the evidence for youth transition is poor quality

Med Def_000900

November 04, 2022

1   and with very low certainty for benefit.  However,

2   we are told that more and more evidence supports

3   hormonal and surgical transition.  The quality of

4   this research is extremely questionable.  I want to

5   cite one recent example.

6            In September, just two months ago, in JAMA

7   Pediatrics, there was a study reported from

8   Northwestern University in Chicago, 70 patients were

9   compared; 36 had a double mastectomy and 34 did not.

10  The patients ranged in age from 13 to 24 years.

11           The authors concluded that mastectomy was

12  beneficial and should not be delayed in youth.  What

13  led them to that conclusion?  The finding that three

14  months after surgery, a mere 90 days, the 36

15  patients as young as 13, 14, and 15 years were happy

16  with their flat chests.  And it was not just 36 that

17  had surgery; it was 42.  They lost 9 percent of

18  their surgical cases to follow-up, 9 percent in

19  three months.  It is absurd, meaningless, to draw

20  any conclusions after three months.

21           This paper is indicative of the quality of

22  research we have in this field, published in our

23  most prestigious journals.  We have a serious

24  problem.  The testimony last week from those who

25  have detransition is evidence of that.

Med Def_000901

November 04, 2022

1              Finland, Sweden, and England have changed

2   course.  They recognize harms are occurring; that

3   the evidence is poor; that the Dutch protocol should

4   not have been adopted and scaled to the extent that

5   it has.

6              At our last meeting, I suggested we carve

7   out an exception for research.  After much thought,

8   I can no longer support that idea.  I do not believe

9   the Board is authorized to regulate medical

10  research.  That authority lies with other federal

11  and state agencies.  The Board's duty is to regulate

12  the general practice of medicine.  And we can do

13  that; we should do that, and allow others to address

14  research in this field.  But I want to say something

15  about human medical research.

16             Ethical principles of human medical

17  research were first articulated in the Nuremberg

18  Code.  Then in the World Health Organization's

19  Declaration of Helsinki and further described in the

20  United States Belmont Report, which followed the

21  terrible revelations discovered with the Tuskegee

22  syphilis experiments.

23             For those that conduct future research in

24  this area of medicine, the following questions must

25  be answered.  Can minors consent to transition?  Can

Med Def_000902

November 04, 2022

1  minors with active mental health problems consent?

2           Can this research with hormones and surgery

3  be done safely and ethically when we know these

4  treatments have negative effects on normal

5  physiology, when these treatments probably have

6  negative effects on an adolescent's psychosocial

7  development and their neurodevelopment to include

8  their executive decision-making?

9           Can research with hormones and surgery be

10 done safely and ethically when we know these

11 treatments will be -- will lead to loss of sexual

12 function, when we know these treatments will lead to

13 infertility?  These ethical questions are very

14 important, but it's also critical that researchers

15 ask why so many young people are suffering from

16 gender dysphoria.  Depending on the survey, between

17 2 and 10 percent of youth now describe themselves as

18 gender diverse.  Many are suffering and need help.

19           Researchers need to ask why this is

20 happening.  Why has the incidence of gender

21 dysphoria skyrocketed?  We would ask this question

22 for any other condition.  These questions need to be

23 answered, not just by the medical profession, but by

24 society at large.

25           Children and youth with gender dysphoria

Med Def_000903

November 04, 2022

1  are suffering.  They need care, the best possible

2  care, excellent care.  We need to return to the

3  community standard of care for treating distress.

4  And that is psychotherapy.  Ethical, compassionate

5  psychotherapy that respects the child's experience.

6  Let me say that again.  Ethical, compassionate

7  psychotherapy that respects the child's experience.

8            This is what Europe is doing.  Our

9  colleagues in Great Britain, Sweden, Finland, and

10  elsewhere agree change is needed.  Less harm needs

11  to be done; safety and ethics need to prevail.  I'm

12  confident the Board of Medicine will do the right

13  thing.

14            CHAIRMAN DIAMOND:  Thank you very much.  So

15  we have a motion from my friend and colleague,

16  Dr. Vila striking paragraph two.  It was seconded by

17  my friend and colleague, Dr. Hunter.

18            I personally feel that a research exemption

19  is necessary and I share, Dr. Hunter, many of your

20  concerns.  And, Dr. Vila, I share many of your

21  concerns in good faith.

22            My perspective is this.  I'm an oncologist,

23  and every day we are presented with new

24  investigational medicines or other interventions.

25  And I as a clinical investigator must approach this

Med Def_000904

November 04, 2022

Page 29

1  in agnostic fashion.  I do not know if a new

2  medicine is equivalent to the standard, better or

3  worse.  To say that I know the truth is incorrect.

4           So, therefore, if we are in agreement that

5  there's substantive dispute, what is the best

6  treatment for minors with gender dysphoria?  I say,

7  let us study it.  Let us study it well.  Let us use

8  the advantages that we have of having distributed

9  high-quality medical schools throughout the state,

10  and let us be the light to the world to determine

11  what is the best care for these folks.  Otherwise,

12  we will never know.

13           So that is my general position, recognizing

14  that I share many of your concerns, Dr. Vila and

15  Dr. Hunter.  I open it for the additional

16  discussion.

17           Hearing none, would -- someone would like

18  to call the question to vote on Dr. Vila's motion?

19           DR. WASYLIK:  I'll call the question.  Mike

20  Wasylik.

21           CHAIRMAN DIAMOND:  Very good.  Do I have a

22  second on the motion?

23           Do I have a second on Dr. -- on --

24           ATTORNEY TELLECHEA:  You already had a

25  motion.  You had a second.  Please call the

Med Def_000905

November 04, 2022

Page 30

 1   question.

 2              CHAIRMAN DIAMOND:  Calling the question.

 3   All in favor of Dr. Vila's motion, please raise your

 4   hand.  And again, this is to vote -- I would be very

 5   clear.  This is -- the motion at hand is to strike a

 6   research exemption.  So if you're in favor of

 7   striking a research exemption, please raise your

 8   hand.

 9              All in -- all against the motion, raise

10   your hand.  Let's do a count.

11              ATTORNEY TELLECHEA:  No.  That's

12   (indiscernible).

13              CHAIRMAN DIAMOND:  Okay.  Everybody is

14   going to vote.

15              CHAIRWOMAN SCHWEMMER:  This -- with this is

16   just for the Board of Medicine voting.

17              CHAIRMAN DIAMOND:  Okay.  We're going to

18   start with the Board of Medicine, and then we'll do

19   Osteopathic Medicine.

20              So all the members of the Board of Medicine

21   who are in support of Dr. Vila's resolution to

22   strike the research exemption, please raise your

23   hand.  All those against the resolution on the Board

24   of Medicine, raise your hand.

25              Dr. Vila's motion carries.

Med Def_000906

November 04, 2022

```
 1              Dr. Schwemmer?
 2              CHAIRWOMAN SCHWEMMER:  Thank you,
 3   Dr. Diamond.  So we have the same motion before the
 4   Board of Osteopathic Medicine.  All in favor of
 5   removing item two from the rule, raise your hand,
 6   removing the research component of the rule.
 7              Opposed?
 8              Dr. Diamond, it appears --
 9              CHAIRMAN DIAMOND:  You have to vote also.
10              CHAIRWOMAN SCHWEMMER:  I'm voting, opposed.
11              CHAIRMAN DIAMOND:  Okay.  Mr. Tellechea,
12   how do we proceed?
13              ATTORNEY TELLECHEA:  Well, I really have
14   not encountered this situation before where you have
15   one board who's going to be having a rule that would
16   be inconsistent with the second board on such a
17   matter.
18              So your choices are you can move forward --
19   you can move forward with approving the rule
20   language as amended by the Board of Medicine, and
21   the Board of Osteopathic Medicine can move forward
22   with approving their rule language.  You will have
23   two inconsistent rules.  DOs will be regulated
24   differently than MDs on this matter, or you can go
25   back to the drawing board and see if you can reach a
```

Med Def_000907

November 04, 2022

Page 32

1  compromise that everybody would agree with.

2          CHAIRMAN DIAMOND:  So it seems to me that

3  perhaps we should go and bifurcate and do individual

4  votes on the amended motion for the Board of

5  Medicine and for the unamended motion for the Board

6  of Osteopathic Medicine.  And then we move forward,

7  and we will try and determine how to work through

8  this.

9          CHAIRWOMAN SCHWEMMER:  I agree.

10          ATTORNEY TELLECHEA:  Well, if you want to

11  go back to the drawing board and how to work -- and

12  work through this, you can either not approve either

13  one of the rule languages and go back and try to

14  work through it, or as you suggested, you can

15  approve both of them, you know, Board of Medicine as

16  amended, Board of Osteopathic Medicine as is, and

17  then somewhere down the line try to reach some

18  consistency.

19          DR. ACKERMAN:  I have a question for

20  Mr. Tellechea.  Are there other examples of

21  different rules from the two different boards?  You

22  said nothing of this magnitude, so give us some

23  examples of what sort of things.

24          ATTORNEY TELLECHEA:  No.  I don't know.

25  When it comes down to standard of care issues --

Med Def_000908

November 04, 2022

Page 33

1           DR. ACKERMAN:  Uh-huh (affirmative).

2           ATTORNEY TELLECHEA:  -- the Board of

3  Medicine and the Board of Osteopathic Medicine have

4  always been consistent with their rules.

5           CHAIRWOMAN SCHWEMMER:  So examples of that

6  would be your standard of care, like in your office

7  surgery rules.  You know, these physicians work side

8  by side often in different facilities.  So that's --

9  those are examples where they work side by side.

10  But that said, I mean, the Boards do not have to

11  have the same rule.

12           DR. ACKERMAN:  We do recognize that --

13           CHAIRWOMAN SCHWEMMER:  Normally you do when

14  it comes to standard of care.

15           DR. ACKERMAN:  We do recognize that

16  osteopathic physicians and allopathic physicians

17  approach some diseases a little bit differently.

18  And that's not necessarily that one is wrong and one

19  is right.  It's just different ways of approaching

20  something.

21           DR. VILA:  Yeah.  Mr. Chair --

22           CHAIRMAN DIAMOND:  Dr. Vila, you're

23  recognized.

24           DR. VILA:  -- I think the Board of Medicine

25  ought to vote to do what they think is right and

Med Def_000909

1  leave it to the Board of Osteopathic Medicine to

2  then consider that question before them, right.

3          So we vote, we put that question before

4  them, and they can go back and decide.  Or it may be

5  that in this situation it wouldn't be horrible to

6  have two different rules.  I mean, this is a very

7  kind of a narrow area, and they may be after some

8  more thought, we'll change; or maybe we will after

9  some more thought change.

10          CHAIRMAN DIAMOND:  So would you --

11  Ms. Garcia?

12          MS. GARCIA:  Yes.  Hi.  I think we need to

13  come to a compromise, something that we could all

14  agree on because it's going to cause chaos if we

15  have different rules.  I'm looking at it, obviously,

16  from a, you know, legal perspective and my

17  experience, but I think we need to come up with

18  something that works.

19          CHAIRMAN DIAMOND:  So in that spirit, I

20  would ask the following question: are there any

21  circumstances, Dr. Vila, that you could craft that

22  would allow some type of research exemption that

23  would make you feel more comfortable?

24          DR. VILA:  Why don't we consider it for

25  area three -- for item number three?  Why don't we

Med Def_000910

November 04, 2022

 1  recraft that, so that minors being treated with

 2  puberty -- currently being treated puberty blocking

 3  agents may continue so far -- and move that wording

 4  into item three?

 5            CHAIRMAN DIAMOND:  Dr. Schwemmer?

 6            CHAIRWOMAN SCHWEMMER:  If I could comment,

 7  I think our Board, you know, I don't think we looked

 8  at that.  There may be studies in the future.  I

 9  think the motion before the Board was to remove the

10  part two, the non-surgical.

11            CHAIRMAN DIAMOND:  Yes.  It is -- and I'm

12  asking Dr. Vila, does he -- can he go and craft any

13  ideas.

14            Again, what I would like to ask the members

15  of the Boards to consider: can we come up with any

16  additional language that may be able to thread this

17  needle, so that we can go and get some answers to

18  these pressing clinical questions.

19            Dr. Hunter, did you have a comment?

20            DR. HUNTER:  Would it -- is this too simple

21  of interpretation?  If there were two different

22  rules, would it just be that all research in Florida

23  would have to be done by DOs?

24            CHAIRMAN DIAMOND:  I don't think that's

25  workable.

Med Def_000911

November 04, 2022

```
 1              DR. HUNTER:  Well, that's what would be the
 2  effect of it.
 3              CHAIRWOMAN SCHWEMMER:  Right.
 4              CHAIRMAN DIAMOND:  That's not -- that's not
 5  workable.
 6              ATTORNEY TELLECHEA:  Yeah.
 7              CHAIRMAN DIAMOND:  Please.
 8              DR. VILA:  What's wrong with that?
 9              UNIDENTIFIED SPEAKER:  It's in rules.
10              CHAIRWOMAN SCHWEMMER:  Dr. --
11              CHAIRMAN DIAMOND:  Dr. Di Pietro?
12              DR. PIETRO:  To Dr. Vila's point, when he
13  was saying if we could basically make number two
14  fall under number three, I just don't think it's
15  going to enough time.  Whoever's currently
16  transitioning, that's not going to be enough time to
17  research those individuals.
18              Is that what you were talking Dr. Vila?
19              DR. VILA:  I'm sorry.  Yeah.  That's what I
20  would say.  And, you know, there can be a mechanism
21  where, you know, you transition them into -- to coin
22  a phrase.
23              DR. PIETRO:  That's it.
24              DR. VILA:  You transition them into
25  research protocols, and in those research protocols,
```

Med Def_000912

 1  they can continue to obtain the medications they

 2  were previously obtaining.  So anyone who's

 3  currently on a medication would continue to get it,

 4  and then over the course of six months would be

 5  enrolled into a research protocol.

 6            CHAIRWOMAN SCHWEMMER:  And the issue with

 7  the review studies, they may not be able -- they may

 8  not exist to allow those individuals.  If we put

 9  that section into three, they may not be able to

10  find those clinical studies to enroll in.

11            DR. PIETRO:  Right.

12            CHAIRWOMAN SCHWEMMER:  So that's the other

13  matter.

14            DR. PIETRO:  I mean, I appreciate trying to

15  make it work, but I just, you know, we all know how

16  long clinical research takes.  I mean, it takes

17  years.  I just -- I don't think that's -- it's a

18  viable option.

19            CHAIRWOMAN SCHWEMMER:  So --

20            CHAIRMAN DIAMOND:  Hold on.  All right.

21  I'm thinking this through a little bit.  I think

22  what we need to do is this.  We're not going to

23  resolve this now.  I would like to go and have each

24  of the Boards vote on the motions.

25            So in front of the Board of Medicine, we

Med Def_000913

November 04, 2022

Page 38

1    would be voting upon the motion as amended by

2    Dr. Vila, which means as written with paragraph two

3    struck.

4              And then we will ask our colleagues on the

5    Board of Osteopathic Medicine to vote on the

6    entirety of the rule as it currently stands.

7              DR. VILA:  Okay.  I move to call the vote

8    as amended.

9              CHAIRMAN DIAMOND:  Thank you.

10             DR. ACKERMAN:  I second that.

11             ATTORNEY TELLECHEA:  Okay.  There is no --

12   you need to make a motion.  If your intent is for

13   the motion to be approved, the proposed rule

14   language with number -- Subsection 2 stricken and

15   renumbered appropriately, that should be your

16   motion.  That --

17             DR. VILA:  Thank you.  Mr. Tellechea,

18   that's my motion.

19             CHAIRMAN DIAMOND:  I have a motion.  I have

20   a second.

21             All in favor from the Board of Medicine on

22   Dr. Vila's motion, please raise your hand.  All in

23   -- all against the motion?

24             The motion carries.

25             Dr. Schwemmer?

Med Def_000914

November 04, 2022

Page 39

 1                  CHAIRWOMAN SCHWEMMER:  Similarly, at this
 2  point we're voting on the rule as presented, 64B(8)
 3  --
 4                  ATTORNEY MCNULTY:  64B15-14.014.  Excuse
 5  me.  That's page 5 of your material.  And that
 6  includes the Subsection 2; is that correct?
 7                  CHAIRWOMAN SCHWEMMER:  That's correct.
 8                  ATTORNEY MCNULTY:  So is --
 9                  UNIDENTIFIED SPEAKER:  I'll second that.
10                  ATTORNEY MCNULTY:  Seconded.
11                  CHAIRWOMAN SCHWEMMER:  I need the motion
12  first.
13                  DR. PIETRO:  I'll make a motion, motion to
14  approve the proposed draft rule language 64B15-
15  14.014, which includes Subsection 2 in regards to
16  the non-surgical treatments for treatment of gender
17  dysphoria in minors may continue to be performed
18  under the auspices of an IRB approved investigator
19  initiated clinical trial conducted at any of the
20  Florida medical schools.
21                  CHAIRWOMAN SCHWEMMER:  Is there a second?
22                  UNIDENTIFIED SPEAKER:  Second.
23                  CHAIRWOMAN SCHWEMMER:  All in favor
24  signified by yea?
25                  MEMBERS:  Yea.

Med Def_000915

November 04, 2022

Page 40

 1                    CHAIRWOMAN SCHWEMMER:  Yea.  Anyone
 2  opposed?
 3                    No opposition heard.  The motion carries.
 4                    CHAIRMAN DIAMOND:  Okay.  So going forward,
 5  we're going to be revisiting this, of course, and
 6  ideally we'll be able to develop some resolution
 7  between these two competing rules.
 8                    ATTORNEY TELLECHEA:  Just to clarify
 9  instructions from --
10                    CHAIRMAN DIAMOND:  Please.
11                    ATTORNEY TELLECHEA:  -- from the Boards.
12  Do you want us to go ahead and publish the language
13  that just passed?
14                    CHAIRMAN DIAMOND: Well, I think it's
15  incumbent upon us to do that so that we can
16  disseminate this to the public and receive
17  appropriate comment.
18                    ATTORNEY TELLECHEA:  Okay.  I just clarify
19  because we're going to publish one version, and
20  Osteopathic Medicine is going to publish another
21  version.
22                    CHAIRMAN DIAMOND:  I don't think we have a
23  choice.  Donna?
24                    ATTORNEY MCNULTY:  And before you do that,
25  you need to ask the questions and the --

Med Def_000916

November 04, 2022

```
 1              CHAIRWOMAN SCHWEMMER:  Yes, sir?
 2              ATTORNEY MCNULTY:  -- the cert questions.
 3              CHAIRMAN DIAMOND:  Right.
 4              CHAIRWOMAN SCHWEMMER:  You want to go --
 5              ATTORNEY TELLECHEA:  We'll get there, but
 6    --
 7              ATTORNEY MCNULTY:  Well.
 8              ATTORNEY TELLECHEA:  -- we're moving
 9    forward with publishing the language?
10              CHAIRMAN DIAMOND:  Yes.
11              ATTORNEY TELLECHEA:  Okay.  All right.
12              UNIDENTIFIED SPEAKER:  Mr. Tellechea, my
13    question would be: in the environment in which we're
14    having a joint board meeting, so that the purpose to
15    discuss this as a house of medicine as opposed
16    strictly boards, why would it not be appropriate to
17    take the vote in block?  Why would it be not
18    appropriate for the votes to be together?
19              Is it because there would be two separate
20    rules regardless, right?  Because there's going to
21    be two separate chapters, two separate rules.
22              ATTORNEY TELLECHEA:  Two votes have to be
23    taken because you're two separate rules --
24              UNIDENTIFIED SPEAKER:  Two separate rules
25    and two separate boards.
```

Med Def_000917

November 04, 2022

 1                ATTORNEY TELLECHEA:  -- and two separate

 2  boards.

 3                UNIDENTIFIED SPEAKER:  Okay.

 4                ATTORNEY TELLECHEA:  Yes.

 5                UNIDENTIFIED SPEAKER:  Just clarifying

 6  that.

 7                CHAIRMAN DIAMOND:  Very good.  At this

 8  point --

 9                DR. HUNTER:  Dr. Diamond?

10                CHAIRMAN DIAMOND:  Dr. Hunter?

11                DR. HUNTER:  Is a question for

12  Mr. Tellechea.  Do the boards have the authority to

13  regulate research in the state of Florida?  And do

14  we have the authority to be certain that -- or take

15  action if it's deemed unsafe or it's --

16                ATTORNEY TELLECHEA:  No.  You have the

17  authority to regulate the physicians who are -- if

18  there are physicians, MDs or DIs that are performing

19  the research, you have the authority to regulate

20  them in their individual capacity as members of the

21  profession.

22                This rule doesn't do that.  It just says

23  that you cannot, you know, treat for gender

24  dysphoria unless it's under -- the physicians cannot

25  do that unless they are doing it under appropriate

Med Def_000918

November 04, 2022

Page 43

 1  research program.

 2            That's all it does.  Now, it doesn't tell

 3  you how to conduct a research program.  It's not

 4  telling University of Florida or University of Miami

 5  or Nova Southeastern how to do it, they're just tell

 6  -- they're just saying the doctors if you're going

 7  to do this type of procedure, if you're going to do

 8  -- if you're going to have this kind of practice,

 9  you have to do it under one of these types of

10  research programs.

11            CHAIRMAN DIAMOND:  Very good.

12            CHAIRWOMAN SCHWEMMER:  Okay.

13            CHAIRMAN DIAMOND:  At this point I'd like

14  to move it forward and go on to public comment.

15  We're going to begin --

16            ATTORNEY TELLECHEA:  Well, hold on.  Before

17  we go forward, we need to do the --

18            CHAIRMAN DIAMOND:  Oh, the --

19            ATTORNEY TELLECHEA:  Yeah.

20            CHAIRMAN DIAMOND:  We need to do the --

21  Thank you.

22            ATTORNEY TELLECHEA:  Okay.  So for the

23  board -- do we want to do Board of Medicine first?

24            CHAIRMAN DIAMOND:  Sure.

25            ATTORNEY TELLECHEA:  Okay.  Will the

Med Def_000919

November 04, 2022

Page 44

1  proposed rule amendment have an adverse impact on

2  small business, or will the proposed rule amendment

3  be likely to directly or indirectly increase

4  regulatory cost to any entity in excess of $200,000

5  in the state of Florida within one year after the

6  implementation of the rule?

7                DR. VILA:  Move no.

8                CHAIRMAN DIAMOND:  Do I have a second?

9                DR. ACKERMAN:  Second.

10               CHAIRMAN DIAMOND:  All in favor, please say

11  yea.

12               MEMBERS:  Yea.

13               CHAIRMAN DIAMOND:  Any opposed?

14               Carries.  Please continue.

15               ATTORNEY TELLECHEA:  Should any part of

16  this rule be designated as a minor violation?

17               DR. VILA:  Move no.

18               CHAIRMAN DIAMOND:  Do I have a second?

19               DR. ACKERMAN:  Second.

20               CHAIRMAN DIAMOND:  All in favor, please say

21  yea.

22               MEMBERS:  Yea.

23               CHAIRMAN DIAMOND:  Motion carries.  Next?

24               ATTORNEY TELLECHEA:  Does the board want to

25  add a sunset provision to this rule?

Med Def_000920

November 04, 2022

1              CHAIRMAN DIAMOND:  And your recommendation

2  is?

3              DR. VILA:  Move no.

4              ATTORNEY TELLECHEA:  The Board has --

5              CHAIRMAN DIAMOND:  Okay.

6              ATTORNEY TELLECHEA:  -- the governor's

7  office has requested that on rules that are not

8  mandatory, rules that are discretionary, that the

9  Board of Medicine provide a sunset provision to the

10  rule.  On those cases that are -- on those rules

11  that are mandated by statute, he -- his position was

12  not -- you do not require a sunset provision.  This

13  is a standard of care rule.  This is not mandated by

14  statute.

15              DR. VILA:  Understood.  But given the

16  predicate under which the rule is being passed and

17  that is that there's demonstrated substantial harm

18  being caused to minors, I don't see that a sunset

19  was appropriate on this rule.  And I move no.

20              DR. ACKERMAN:  I second that.

21              CHAIRMAN DIAMOND:  All in favor?

22              DR. ACKERMAN:  Yea.

23              DR. VILA:  Yea.

24              CHAIRMAN DIAMOND:  Any opposed to the

25  motion?  Motion carries.

Med Def_000921

November 04, 2022

Page 46

```
 1              ATTORNEY TELLECHEA:  Okay.
 2              CHAIRWOMAN SCHWEMMER:  My turn.
 3              CHAIRMAN DIAMOND:  Go ahead, Dr. Schwemmer.
 4              CHAIRWOMAN SCHWEMMER:  Thank you,
 5  Dr. Diamond.  So for members of the Board of
 6  Osteopathic Medicine, we'll read the statement of
 7  estimated regulatory costs.  I'll begin.  I move
 8  that the proposed rule will not have an adverse
 9  effect on small business and will not likely to
10  directly or indirectly increase regulatory cost to
11  any entity in excess of $200,000 in the aggregate in
12  Florida within one year after the implementation of
13  the rule.  Is there a second?
14              UNIDENTIFIED SPEAKER:  Second.
15              CHAIRWOMAN SCHWEMMER:  Any discussion?  All
16  in favor signified by yea?
17              MEMBERS:  Yea.
18              CHAIRWOMAN SCHWEMMER:  Opposed?
19              No opposition heard.  The motion carries.
20              And secondly, I move that a violation of
21  this rule or any part of this rule be considered a
22  minor violation.  No, will not.
23              Any discussion?
24              All in favor signify by yea?
25              MEMBERS:  Yea.
```

Med Def_000922

November 04, 2022

```
 1              CHAIRWOMAN SCHWEMMER:  Opposed?

 2              No opposition heard.  This motion carries

 3  unanimously.

 4              And finally, I move that a sunset provision

 5  is unnecessary for this rule because this rule is in

 6  the best interest of the health, safety, and welfare

 7  of the citizens of the state of Florida.

 8              UNIDENTIFIED SPEAKER:  I would like to

 9  second.

10              CHAIRWOMAN SCHWEMMER:  Second?

11              UNIDENTIFIED SPEAKER:  Second.

12              CHAIRWOMAN SCHWEMMER:  Any discussion?

13              UNIDENTIFIED SPEAKER:  I think that because

14  the rule is controversial, that it should be brought

15  up for reevaluation.

16              CHAIRWOMAN SCHWEMMER:  So --

17              UNIDENTIFIED SPEAKER:  Given a certain

18  amount of time --

19              CHAIRWOMAN SCHWEMMER:  You can vote no.

20              UNIDENTIFIED SPEAKER:  I do --

21              CHAIRWOMAN SCHWEMMER:  So all in favor of

22  no sunset signify by yea?  Yea.

23              ATTORNEY TELLECHEA:  So --

24              CHAIRWOMAN SCHWEMMER:  (Indiscernible)

25              DR. DUCATEL:  No.
```

Med Def_000923

November 04, 2022

Page 48

1          CHAIRWOMAN SCHWEMMER:  No.  No sunset.

2          ATTORNEY TELLECHEA:  Okay.  Clarify the

3  motion.

4          CHAIRMAN DIAMOND:  Clarify the motion.

5          ATTORNEY MCNULTY:  I'd like to clarify the

6  motion.  So the question is --

7          CHAIRWOMAN SCHWEMMER:  Okay.  Go ahead.

8          ATTORNEY MCNULTY:  I will make it's

9  simpler.  Do you want to have a sunset provision of

10  this rule?  Does somebody make any motion?

11          UNIDENTIFIED SPEAKER:  I believe that there

12  should be a sunset -- I make the motion that there

13  should be a sunset and given a 36-month period of

14  time for that to take place.

15          CHAIRWOMAN SCHWEMMER:  Is there a second?

16  The motion fails.

17          We'll try it again.  Donna?

18          ATTORNEY MCNULTY:  So for second time, do

19  you want to add a sunset provision to this rule?

20          UNIDENTIFIED SPEAKER:  Yes.  You're

21  following the question?

22          They just voted on that.

23          ATTORNEY MCNULTY:  They just voted, but now

24  we're doing it in reverse.

25          ATTORNEY TELLECHEA:  You did and it was the

Med Def_000924

November 04, 2022

Page 49

1   same motion.

2           UNIDENTIFIED SPEAKER:  Yeah, same motion.

3           CHAIRMAN DIAMOND:  You just asked people to

4   raise their hands.

5           ATTORNEY TELLECHEA:  You just asked the

6   same question.

7           CHAIRWOMAN SCHWEMMER:  So do we need

8   another vote?  I don't believe.

9           ATTORNEY TELLECHEA:  Yes.

10          CHAIRWOMAN SCHWEMMER:  Okay.

11          ATTORNEY MCNULTY:  Okay.

12          CHAIRWOMAN SCHWEMMER:  So let's --

13          ATTORNEY MCNULTY:  So the vote is, are you

14  adding a sunset -- I mean, do you move that there's

15  a sunset provision be added to this rule?

16          ATTORNEY TELLECHEA:  Just say, all those

17  who are opposed to a sunset provision, raise your

18  hand.

19          CHAIRMAN DIAMOND:  Motion carries.

20          ATTORNEY MCNULTY:  Motion carries.

21          And then the basis of that, Dr. Schwemmer,

22  you stated is based -- it's not based on -- it's

23  based on the health, safety, welfare of the citizens

24  of the state of Florida?

25          CHAIRWOMAN SCHWEMMER:  Yes.

November 04, 2022

1          ATTORNEY MCNULTY:  All right.

2          CHAIRMAN DIAMOND:  Very good.  At this

3  point we're going to transition to comment.  What

4  we're going to do is the following.  First, I

5  understand we have two representatives of the people

6  here.  Mr. Nathan Bruemmer, who is an assistant to

7  the Commissioner of Agriculture, Nikki Fried.  And

8  we're going to invite Mr. Bruemmer to speak for

9  three minutes.  And then I understand that we have

10  State Representative, Anna Eskamani and we're going

11  to invite her to speak for three minutes.

12          No, no, no, no.  And then what we're going

13  to do --

14          UNIDENTIFIED SPEAKER:  (Indiscernible)

15          CHAIRMAN DIAMOND:  What's she saying?

16          UNIDENTIFIED SPEAKER:  She's saying if

17  there's any other representative --

18          CHAIRMAN DIAMOND:  Are there any -- I'm

19  sorry -- are there any other representatives that I

20  should be aware of?

21          UNIDENTIFIED SPEAKER:  Yeah.

22          UNIDENTIFIED SPEAKER:  State Elect

23  Representative, Rita Harris, is also here.

24          CHAIRMAN DIAMOND:  Rita Harris?

25          UNIDENTIFIED SPEAKER:  No.  She's a

Med Def_000926

November 04, 2022

Page 51

1   candidate.

2           CHAIRMAN DIAMOND:  Are you a candidate or

3   have you been elected?

4           UNIDENTIFIED SPEAKER:  She won.

5           UNIDENTIFIED SPEAKER:  She won.

6           UNIDENTIFIED SPEAKER:  All right.  Okay.

7           UNIDENTIFIED SPEAKER:  All right.  You know

8   --

9           (Indiscernible)

10          CHAIRMAN DIAMOND:  Have you taken office

11  yet, ma'am?

12          RITA HARRIS:  No.

13          CHAIRMAN DIAMOND:  You have not taken

14  office yet.  Okay.  All right.

15          So, Mr. Bruemmer, we're going to call you

16  first.

17          And then, Representative Eskamani, we're

18  going to have you go second.

19          And then afterwards what we're going to do

20  is we will be taking a public comment, randomized,

21  pro and con the opposition, and that will be handed

22  to me by Dr. Schwemmer.  We'll do AB, AB, eight on

23  each side, and then the meeting will adjourn.

24          So, Mr. Bruemmer, you are called first.

25          DR. VILA:  Mr. Chair?

Med Def_000927

November 04, 2022

Page 52

```
 1              CHAIRWOMAN SCHWEMMER:  And just --

 2              DR. VILA:  Mr. Chair, before --

 3              CHAIRMAN DIAMOND:  Yes.

 4              DR. VILA:  -- you begin the testimony

 5  portion, do you have a plan for a certain amount of

 6  time or is this going to be -- is there going to be

 7  timed at all?

 8              CHAIRMAN DIAMOND:  Each person that's

 9  called will have three minutes.  We ask that you

10  respect your time, and we will be going AB, AB in

11  randomized fashion.

12              So Mr. Bruemmer, please come to the

13  microphone and you're recognized for three minutes.

14  Please go ahead, sir.

15              NATHAN BRUEMMER:  Chairs, members, my name

16  is Nathan Bruemmer.  I serve in Commissioner Nikki

17  Fried's administration as our state's only statewide

18  appointed LGBTQ official.  As an advocate for our

19  agency, a big part of what we do is inform and draw

20  folks in to engage within the dozens of divisions

21  and programs.

22              This position was put in place because of

23  an awareness of the unique needs in serving LGBTQ

24  Floridians.  And I'd like to draw both Boards back

25  to the role of government within what we legislate
```

Med Def_000928

November 04, 2022

Page 53

1  and what we do when we execute rules through that

2  power.  That there is procedure and process and a

3  necessity for transparency and trust in that

4  process.  That is our charge and our duty, whether

5  elected or appointed, paid or volunteer, those

6  purposes and goals must be honored.  And that will

7  affect service delivery when this process is done

8  and executed, whatever decision you make.

9          So how this process has progressed to date

10 and where it goes forward is something I want to

11 reflect back to you all as an agency that is here to

12 protect consumers as you are as well.

13          I also want to address this notion that

14 I've heard consistently through commentary about

15 protecting children.  I've heard protect children

16 and protect families, but really who has gotten on

17 the mic and been allowed to speak is really coming

18 in predominantly from one perspective.  Please allow

19 (indiscernible).  There are many Floridians and many

20 families who have felt silenced.  Please allow them

21 that opportunity.

22          And there's another rhetoric I've heard

23 about protecting ourselves from ourselves, in

24 essence limiting our liberties and our freedoms to

25 make our healthcare decisions with our experts, with

Med Def_000929

November 04, 2022

Page 54

 1  our medical providers, with our teams. And I'm very

 2  concerned by the decision today, the shift in course

 3  in this IRB research.  Those that proposed it did so

 4  because the arguments have been that we don't have

 5  enough research.

 6           This change in reasoning now says we do,

 7  it's definitive, and what I'm hearing is more

 8  exclusion, removal of healthcare without even an

 9  option to propose we encourage research.  That

10  silencing of the information to inform our medical

11  decisions is equally concerning.

12           And I'd also encourage you all in moving

13  forward if you choose to reflect on the IRB research

14  that you do so with a very proactive support of

15  mental healthcare services for our LGBT Floridians

16  because the outcome of this process will harm

17  Floridians.  Please put information and resources

18  back with the people.

19           CHAIRMAN DIAMOND:  Thank you so much.

20           NATHAN BRUEMMER:  Thank you very much.

21           CHAIRMAN DIAMOND:  Thank you very much,

22  Mr. Bruemmer.  We appreciate your public service.

23           Next, we have State Representative, Anna

24  Eskamani.  It's nice to see you again.

25           ANNA ESKAMANI:  Thank you.  Thank you

Med Def_000930

November 04, 2022

1   Chairs.

2           CHAIRMAN DIAMOND:  You have three minutes,

3   please proceed.

4           ANNA ESKAMANI:  Thank you so much.  I

5   appreciate the opportunity.

6           So first you said there wasn't enough

7   research and now you're saying you don't want to do

8   any research, which again, further demonstrates why

9   people are so mad in this space.  And it pains me to

10  say this, but this rule is not being drafted in the

11  best interest of trans people or the trans people's

12  lives in mind.  We have trans people in this room,

13  parents of trans kids in this room, and they will

14  not be erased.

15          And the fact that you can't even decide on

16  a sunset rule, once more demonstrates that you're

17  not be willing to look at the impact of such a rule

18  to potentially analyze its impact to say it is

19  causing harm.  That's what a sunset exists for.

20  This entire core process of even these meetings has

21  been based upon the unfortunate culture wars that

22  surrounds our society today, Twitter accounts and

23  bots.  And the evidence that Florida has assembled

24  in the experts on this through the past meetings

25  have been discredited biased compromised or have

Med Def_000931

November 04, 2022

Page 56

1   made questionable statements, and that's me being

2   nice about it.

3           If you're going to do this four days before

4   a major election, also be aware that the Republican

5   party, Florida, is spamming the entire state with

6   antiqueer mailers and advertising.  We're not

7   standing here today on the Friday before November

8   8th by chance.

9           This is 2022, not the 1970s.  I expect the

10  legislature to be a political being, not the Board

11  of Medicine.  It is our job collectively as public

12  servants to do no harm.  And that is why people are

13  here in opposition to your bill.  And we've -- rule

14  and we've been here in opposition for every meeting

15  since.  Providers already have standards in place.

16  So let me be clear.  If the -- if your goal is to

17  adopt rules that reflect the needs of those

18  impacted, then I would recommend the standards of

19  the World Professional Association of Transgender

20  Health, which have established standards of care,

21  which are based on the best available science and

22  expert professional consensus, not a bunch of online

23  trolls.

24          And finally, I just want to add that laws

25  that deny lifesaving healthcare to trans people are

Med Def_000932

November 04, 2022

Page 57

1  absolutely rooted in misinformation and contrary to

2  extra medical standards that guide gender

3  information.  You mentioned earlier that you want

4  people who experience gender dysphoria to have care.

5  This role does not do that.

6         So, please, join us in opposing this rule,

7  opposing the politicization of healthcare.  We

8  really, really don't need this right now.  Thank

9  you.

10         CHAIRMAN DIAMOND:  Thank you very much.

11  Does anyone -- very good.

12         Did anyone have any questions for our first

13  two speakers?

14         CHAIRWOMAN SCHWEMMER:  No.

15         CHAIRMAN DIAMOND:  Very good.  Next, I've

16  been handed two names, and we'll go AB, AB.  The

17  first name that was handed to me by Dr. Schwemmer is

18  Dr. Diane Gowski.  And that will be followed by Amy

19  -- is that a Rachel?

20         CHAIRWOMAN SCHWEMMER:  Rachel.

21         CHAIRMAN DIAMOND:  Amy Rachel.  So Diane

22  Gowski, we ask for you to come forward, speak for

23  three minutes.

24         And if Amy Rachel, you could be ready to

25  speak too, please.  Please go ahead.

Med Def_000933

November 04, 2022

Page 58

 1              CHAIRWOMAN SCHWEMMER:  If you start in

 2    queue, we'd like to be able to process as many -- we

 3    want to listen to everybody, so we're just trying to

 4    do this --

 5              CHAIRMAN DIAMOND:  We're not listening to

 6    everybody we're listening -- please go ahead.

 7              DR. GOWSKI:  Thank you very much.  All

 8    right.  Thank you very -- can you hear me?

 9              CHAIRMAN DIAMOND:  Go ahead.

10              DR. GOWSKI:  Not sure it's on.  Thank you

11    very much.  There are only two sexes - male and

12    female.  We can reason this -- there are reason,

13    medical fact, common sense, and biblical truth.

14              CHAIRMAN DIAMOND:  Listen -- excuse me.

15    We're going to toll your time.  Again, we're trying

16    to conduct this the best we can.  If you cannot

17    conduct yourself appropriately --

18              CHAIRWOMAN SCHWEMMER:  Yes.

19              CHAIRMAN DIAMOND:  -- you'll be requested

20    and required to leave.

21              Ma'am, it's your time.

22              DR. GOWSKI:  Thank you.

23              CHAIRMAN DIAMOND:  Please go ahead.

24              DR. GOWSKI:  You allow me to quote Genesis

25    Chapter 1.  "God created man in the image of

Med Def_000934

1   himself.  In the image of God, he created him, male

2   and female, he created them."  We are made by God.

3   He is our only creator.  Unfortunately, what

4   transgender ideology, in my opinion, has created is

5   a lie.

6            The truth is that no matter how much a

7   confused minor, a confused youth with gender

8   dysphoria identifies with the opposite sex, a person

9   cannot change into the opposite sex.  Illusions can

10  be -- sorry -- illusions can be crafted, appearances

11  can deceive, but Florida -- in Florida, doctors need

12  to practice reality-based medicine.  So called --

13           CHAIRMAN DIAMOND:  Hold on.  Excuse me.

14           Security, please escort that person out.

15           UNIDENTIFIED SPEAKER:  That brown

16  transgender woman.

17           CHAIRMAN DIAMOND:  This is not how we

18  conduct business in a civilized society.  Please go

19  ahead.

20           DR. GOWSKI:  So-called gender-affirming

21  care, social transitioning puberty blockers, cross-

22  sex hormones, and mutilating surgeries are not

23  authentic healthcare.  They cause harm, some of

24  which is irreversible to our minors and thus need to

25  be prohibited from the practice of medicine in

Med Def_000935

November 04, 2022

1  Florida.  Do no harm, our Hippocratic Oath, serves

2  us well as we continue to follow it.

3          The children of Florida need and deserve

4  your protection against all forms of child abuse,

5  including those under the guise of medical practice.

6  So-called gender-affirming care is medicalized child

7  abuse.  Whether it is intentional or unintentional,

8  whether it's realized or not.  So-called sex

9  reassigned, the surgeries are unjustifiable

10  unnecessary.  The natural course of gender

11  expression for 85 percent more of children will be

12  to align with their biological sex.  They need to go

13  through puberty, not have their puberty blocked.

14  They need to be able to develop normally.  So I

15  thank you for supporting this rule, for standing for

16  the truth and protecting the vulnerable children in

17  Florida.

18          CHAIRMAN DIAMOND:  Thank you very much.

19  Amy Rachel, you are next.  You have three minutes.

20          And before you continue, please have -- we

21  please ask Erin Brewer, you'll be next.

22          Go ahead.  You're recognized.

23          AMY RACHEL:  Thank you.  Good afternoon,

24  and thank you to the Board of Medicine for this

25  opportunity and for your time and attention.  My

Med Def_000936

November 04, 2022

1  name is Amy Rachel and my pronouns are she and her.

2  I was born and raised in the great state of Florida.

3  I'm a woman, a lifelong Christian, and I'm proud to

4  be transgender.

5           I'm speaking to ask you to abide the whole

6  WPATH standards of care.  I'm not creating a

7  separate set of standards just for the state of

8  Florida.  This is my third attempt to try to offer

9  my public comment in one of your meetings.  And I

10  was horrified at the meeting one week ago to witness

11  the skewed public comments where preference was

12  given to non-residents who had been flown in to

13  offer their stories of these transition and comment

14  was cut off shortly, thereafter, with hardly any

15  trans people or parents and trans youth given an

16  opportunity.

17           That said, I was struck by how many

18  speakers evoked do not harm as the previous speaker

19  had.  And I want to speak to that.  Harm is a

20  relative thing.  A bilateral mastectomy might be

21  harmful to a woman, but it might be beneficial to a

22  man with gynecomastia.

23           Similarly, testosterone-driven puberty

24  might be harmful for a cisgender girl while healthy

25  for a transgender boy.  You cannot apply a

Med Def_000937

November 04, 2022

 1  unilateral motion of harm to this kind of medicine.

 2            From one modern version of the Hippocratic

 3  Oath, I will apply for the benefit of the sick all

 4  measures that are required, avoiding those twin

 5  traps of overtreatment and therapeutic nihilism.

 6  Denying trans youth even the possibility of access

 7  to medical care is therapeutic nihilism.  There are

 8  already protections against overtreatment in the

 9  existing WPATH standards of care.  Are there risks

10  and bad outcomes?  Yeah, of course.

11            All medicine has risks.  Lack of medical

12  treatment also has risks.  The best numbers we have

13  estimate those that began medical transition, of

14  those that began medical transition between one and

15  three percent detransitioned.  The numbers also tell

16  us that the large majority of those who detransition

17  do so due to external factors, lack of money,

18  resources, and support, the pressures of social

19  stigma upon transgender people and the like.

20            The highest estimates of those who

21  detransition because they determined they were

22  mistaken, is about one-third of those who

23  detransition.  And here's the important part, which

24  often goes unsaid.

25            Most of those people did not express regret

Med Def_000938

Page 63

1  for their transition.  Despite what the testimony at

2  last week's rules committee led -- would lead one to

3  believe, regretful detransition is exceedingly rare.

4  Something most of the people in this audience last

5  week knew, which is why there was so much outrage at

6  the disproportionate time granted to those stories.

7            The reality is that the majority of -- the

8  vast majority of those who have access to medical

9  transition have good, short, medium, and long-term

10 outcomes.  But based on last week, you'd never know

11 that.  For the record, I share that outreach.

12           I was a trans adolescent, and I had no

13 information except that what I was feeling was wrong

14 or impossible.  So I felt isolated.  I felt

15 defective and broken.  This led me to develop

16 depression, anxiety, and PTSD.  I went through a

17 puberty counter to my gender, which has led to my

18 experiencing debilitating gender dysphoria.  The

19 testosterone my body produced led to a disconnect

20 with my body as the testosterone irreversibly shaped

21 my body in horrifying ways.  I was harmed by lack of

22 access to affirming medical care.

23           CHAIRMAN DIAMOND:  Thank you very much.  We

24 -- I let you go a little bit long.  Thank you so

25 much for coming.

Med Def_000939

November 04, 2022

Page 64

```
 1                   AMY RACHEL:  I'm available for questions if
 2   you have them.
 3                   CHAIRMAN DIAMOND:  Thank you so much.  Next
 4   is Erin Brewer.  You're recognized for three
 5   minutes.  Please go ahead.
 6                   ERIN BREWER:  Dear board members, thank you
 7   for your time.
 8                   CHAIRMAN DIAMOND:  Oh, excuse me.  Before
 9   you continue -- and that you'll be followed by --
10                   I can't read this.
11                   CHAIRWOMAN SCHWEMMER:  Cecil Stone.
12                   CHAIRMAN DIAMOND:  Cecil Stone, please come
13   up.  I'm sorry.  Go ahead, ma'am.
14                   ERIN BREWER:  My name is Erin Brewer.  I'm
15   a former trans kid.  As a child, I was insistent,
16   consistent, and persistent that I was a boy
17   following a sexual assault.  I'm not alone.  I've
18   talked to dozens of girls who like me, developed a
19   transgender identity in order to run away from the
20   difficult feelings they had after a sexual assault
21   or other trauma.
22                   I have no doubt if the option to take
23   puberty blockers and cross-sex hormones, I would
24   have done everything I could have to obtain them,
25   including threatening suicide.  It would have been
```

Med Def_000940

November 04, 2022

1  so much easier for me to kill myself as a girl and

2  become a boy rather than work through the underlying

3  issues that triggered my gender dysphoria.

4          In the short term, I likely would have felt

5  better.  Testosterone is a controlled substance and

6  almost anyone who takes it initially feels a sense

7  of euphoria.  It would have boosted my confidence

8  and increased my energy.  It would have allowed me

9  to completely disassociate for myself as a girl and

10  create a new persona who could pretend that the

11  horrible trauma that triggered my gender dysphoria

12  had happened to somebody else.

13          But in the long term, it would have

14  reinforced all the mistakes and beliefs that caused

15  me to develop gender dysphoria.  That being a girl

16  was bad; that it was my fault; that those men hurt

17  me; that my body was a mistake, or that it was too

18  dangerous to be a girl, or that I was inherently

19  flawed and the only way to survive was to become a

20  different person.  I never would have realized that

21  my transgender identity was a coping mechanism.

22          I am grateful to my school counselors and

23  therapists who helped me understand my transgender

24  identity was a result of the sexual assault.  Not

25  because I was born in the wrong body.  I shudder to

Med Def_000941

November 04, 2022

1  think of what my life would have been like if I had

2  been encouraged to medically transition.  Puberty

3  blockers would have retarded my growth and

4  development.  Cross-sex hormones would have caused

5  my healthy body to be dysfunctional.

6           The combination of both puberty blockers

7  and cross-sex hormones would have left me sterile.

8  In the short term, these interventions allow

9  children to avoid the difficulties they're facing.

10  Whether they are grappling with homophobia,

11  struggling with autism, or trying to recover from

12  significant trauma.

13           It is natural for children to try to do

14  what they can to shut down difficult feelings, which

15  is why it is our job to stop children from using

16  drugs and alcohol to numb their pain.  It is our job

17  as adults to give children the message that no

18  matter how intense their feelings are, they can work

19  through them without dissociating from their bodies

20  and becoming a different person.  Because of the

21  loving and caring, supportive therapists and

22  teachers, I got the care I desperately needed when I

23  was processing what happened to me.  They gave me

24  the gift of healing.

25           I'm so incredibly grateful.  All children

Med Def_000942

November 04, 2022

Page 67

1  with gender dysphoria who are struggling deserve the

2  same gift.  And I thank you so much for granting

3  that gift here today to the children of Florida.

4          CHAIRMAN DIAMOND:  Thank you very much.

5          Next we have Cecil Stone.  You're

6  recognized.  You have three minutes.  And following

7  Cecil Stone will be Becky Nutt.  You're recognized.

8          CECIL STONE:  Thank you, Chair.  Thank you

9  for the time.  I'm a male assigned at birth.  In

10  other words, I identify as cisgender.  I'm

11  heterosexual monogamous, white, and of the boomer

12  generation; aka I'm an old white guy.

13          I'm the leader of private club with 13,989

14  peer board physicians.  Our club has well over

15  17,000 members with membership in every state in the

16  union in several countries.  Because we run an

17  inclusive space, we have a very heavy percentage of

18  transgender and gender non-conforming folks.  And as

19  the leader of the club, I speak with almost every

20  human that walks in the place.  I say all of that to

21  say I have probably spoken to more gender non-

22  conforming folks than most of you all.

23          When someone realizes that their gender

24  assigned at birth does not align with their true

25  gender, it's not a relief.  It's normally very

Med Def_000943

November 04, 2022

1  shocking.  We need to support these people.  We need
2  to not make care more difficult to find or even
3  illegal for them to find.  As medical professionals,
4  you're required to do no harm.  We all know this.
5          Restricting care for trans people,
6  including kids, will assuredly increase the suicide
7  among this population.  As is widely reported in
8  every -- nearly every targeted population survey
9  that's ever been published.
10         Out of the thousands of transgender folks
11  and gender non-conforming folk that I've spoke with,
12  I've only had one person that even considered
13  detransitioning.  To give you a little bit more
14  knowledge, I literally travel the country talking
15  about alternative sexualities and alternative
16  lifestyles.  So I've spoke with a lot of people.
17         I noticed earlier that one of the speakers
18  only spoke about a very select subset of transgender
19  folk because you guys speak with the folk that come
20  see you.  You don't necessarily speak with the wide
21  cross-section.
22         I speak with a very broad section of
23  transgender and gender-conforming folk.  Therefore,
24  my experience is highly different than yours.  The
25  sample that shows up at political meetings,

Med Def_000944

November 04, 2022

Page 69

1  obviously, is a very narrow, small sample.

2            I strongly urge you to not add this new

3  language to your rules.  As I truthfully believe and

4  the data shows that this will increase child suicide

5  and will do much more harm to Floridians than you

6  can possibly imagine.  I strongly suggest that you

7  not only reject this rule, but that you add language

8  that will help people who have realized that they

9  are trans and also provide care for their parents to

10 learn how to support their child through transition.

11 Thank you very much for your time.

12            CHAIRMAN DIAMOND:  Thank you.

13            Next is Becky -- next is Becky Nutt,

14 please.  Next is Becky Nutt.  That'll be followed by

15 Megan Holleran.  And this represents our third pair

16 of speakers.  You're recognized.

17            BECKY NUTT:  Yes.  I'm Becky Nutt, and I am

18 a mother, a grandmother, a very concerned citizen.

19 And I just want to thank you for your work, your

20 courage because it takes a lot of courage now.

21            I'm very concerned for our children and

22 what they have to grow up in now.  And a child -- I

23 mean, a child has to be 18 years old to go out and

24 just -- and to vote.  But a child can make a

25 decision whether they need to be transformed to a

Med Def_000945

November 04, 2022

Page 70

1  male or a female?  I don't think so.

2           I watched my children grow up.  I know that

3  they would not have been mature enough to make a

4  decision like that at 18 or 16 or younger.  I want

5  to see our children be able to have the help they

6  need.  But I want it done with science and research,

7  wisdom and discernment.

8           They are not emotionally, spiritually, or

9  physically ready for decisions like that.  And I

10 think it takes a multitude of people to help them

11 through decisions like that.  And I encourage you to

12 continue coming -- going forward with this.  Thank

13 you.

14           CHAIRMAN DIAMOND:  Thank you.  Next is

15 Megan Holleran, and Megan Holleran will be followed

16 by Julie Framingham -- Julie Framingham.  So Julie

17 Framingham could be prepared to speak.  We'd

18 appreciate that.

19           Megan Holleran, you are recognized for

20 three minutes.

21           MEGAN HOLLERAN:  Hi, good afternoon.  My

22 name is Megan Holleran, and I'm a licensed mental

23 health counselor in Florida, in Vermont with a

24 decade of clinical experience working with teens.

25 And I've had the privilege of working with trans and

Med Def_000946

November 04, 2022

1   non-binary youth and their guardians.  My clinical

2   experience tells me that when a teen is affirmed in

3   their identity, they become happier.  Their

4   depression and anxiety caused by a life where

5   they're not seen as who they are and at many times

6   told they are sick, their suicidal ideation

7   diminishes and disappears and they begin to thrive.

8            I can also tell you from my personal

9   experience, I've witnessed people I love transition

10  in their teens, and they're happy now.  Where there

11  was once a suicidal isolated unresponsive teen after

12  validation and professional support blooms a teen

13  who is engaged, wants to live and participate in

14  life.  It is more than hope; it is actualization.

15           I guess I came here to say, I don't

16  understand.  Why wouldn't you adhere to U.S. and

17  international standards of care?  Why would you

18  focus on a small percentage of detransitioners or

19  professionals who do not have appropriate

20  credentials?  I think we're all begging you to do

21  the right thing.

22           Do no harm.  Let parents of trans kids have

23  the right to choose what is best for their child.

24  If you don't, some of these teens will kill

25  themselves.  Because they could not access the care

Med Def_000947

November 04, 2022

```
1   they need.  I don't want to be a therapist, a family

2   member, or frankly a human who's watching these

3   deaths that could have been prevented right here and

4   now.  Thank you.

5              CHAIRMAN DIAMOND:  Thank you very much.

6              Next, we have Julie Framingham.  That will

7   be followed by Sarah Parker, and this will be

8   representing our fourth pair of speakers.

9              JULIE FRAMINGHAM:  Good afternoon.  My name

10  is Julie Framingham, and I've been personally

11  impacted by the harms of gender transition

12  treatments through watching their effects on my son.

13             My 28-year-old son has been identifying as

14  transgender for the past 6 years.  He suffered from

15  depression as a kid and has been diagnosed with

16  borderline personality disorder.  He began taking

17  cross-sex hormones, and his mental health has only

18  worsened.  His depression and anxiety has grown to

19  the point that he dropped out of university, and he

20  is now anorexic and severely underweight.

21             He has refused to get therapy, even though

22  he acknowledges that therapy he received in the past

23  was helpful because he believes medical transition

24  is the only answer causing his mental illness to go

25  untreated and harm to his physical health.
```

Med Def_000948

November 04, 2022

Page 73

 1                 I have also been authorized to tell the

 2     story of a mother named Jackie Crowley, whose

 3     daughter has experienced irreversible bone density

 4     loss due to puberty blockers.  My husband and I were

 5     repeatedly told that the puberty blockers, our

 6     preteen daughter was clamoring for, where the answer

 7     for her anxiety and distress about her changing

 8     body.

 9                 Gender-affirming mental health and medical

10     professionals assured us that exceeding to our

11     daughter's demand for puberty blockers was necessary

12     for her mental health.  The issue of suicide was

13     raised several times in a coercive manner.  We were

14     repeatedly assured that the puberty blockers were

15     completely reversible.

16                 Based on these assurances, we consented to

17     our daughter receiving a puberty-blocking implant.

18     She had previously been diagnosed with depression,

19     autism spectrum disorder with sensory issues,

20     dyslexia, and dysgraphia.

21                 She also had experienced social trauma.

22     However, none of these issues was addressed by

23     healthcare professionals once they determined that

24     she had gender dysphoria, nor did they offer any

25     other treatment options.

Med Def_000949

November 04, 2022

1              I learned through my own research that

2  puberty blockers were shown to cause loss of bone

3  density and diminished cognitive development.  When

4  we raised the issue, the doctors responded that they

5  had been prescribing the blockers for many years to

6  treat precocious puberty, and the reported bone loss

7  was nothing to worry about.

8              I had a bone density scan done for my

9  daughter.  It revealed that she had an 11 percent

10  loss of bone density in (indiscernible), 14 percent

11  loss in the other, and a 7 percent loss in the

12  lumbar region.  She has developed osteopenia at a

13  time in her life when her bone density should be

14  increasing and her bodybuilding a reservoir, a

15  strong developing bones as an important protection

16  against osteoporosis and adulthood.

17             The physician, nevertheless, requested that

18  she continue on to cross-sex hormones.  That is

19  testosterone.  We were not informed this would

20  likely sterilize our child.  She continues to have

21  loss of bone density that will significantly affect

22  her physical and -- physical health and growth, and

23  have lasting effects possibly for the rest of her

24  life.  I urge the board to adopt a rule that will

25  protect young people like our daughter.

Med Def_000950

November 04, 2022

1          CHAIRMAN DIAMOND:  Thank you very much.

2  Next is Sarah Parker, and that will be followed by

3  Prisha Mosley.  So Sarah Parker, you are recognized,

4  and we would ask that Prisha Mosley be prepared to

5  speak.  Thank you.

6          SARAH PARKER:  Hi, my name is Sarah Parker.

7  Well, that's really loud.  My name is Sarah Parker,

8  and I'm the president of Women's Voices of Southwest

9  Florida.  I was the one that interrupted your

10  meeting.  I interrupted it because there were people

11  that we know.  Because I went on their Twitter.  I

12  went on their Facebook page that were flown out of

13  state -- flown into state.  They were on many tours.

14  They called themselves the Queen Grifter.  They were

15  flown out.  When I know that I and my friends and my

16  family and my people that I'm standing with drove

17  over three hours to be here.  I'm a voter.  I'm a

18  damn constituent, okay.

19          With that being said, you're not going to

20  listen to logic.  I'm not a doctor.  Like who am I,

21  right?  I'm just going -- I'm a student.  I'm

22  nothing.  I'm a mother though.  I'm a mother that

23  had a child that was in the NICU for 52 days, and I

24  sat with my child for every last one of those 52

25  days.  And, you know, when the doctors would come to

Med Def_000951

November 04, 2022

1  me, I would have several different doctors come to

2  me and tell me, "We need to do this.  We need to do

3  that."  I got to make that decision, wow, about my

4  own child, and I want my child to be able to do -- I

5  want to be able to do that with my child again if

6  they decided they are trans.

7           You guys are talking about children and all

8  that and you all know about the abortion ban.  So a

9  15-year-old can't decide that they want to be trans,

10  but they can be forced to have a child.  They're --

11  that responsible.  So, again, like I know you guys

12  aren't going to listen to anything opposite, which

13  is why we didn't email you.  We didn't waste our

14  time, but I do have 1 minute and 37 seconds to read

15  out all your contributions.

16           Diamond, the board chairperson and

17  radiation oncologist Winter Park, Florida,

18  contribute 2000 to DeSantis first campaign for

19  governor 2018.

20           Scot Ackerman, you wrote a check of 3000 to

21  DeSantis campaign 2018, roughly a year before you --

22  he appointed you to board.  It's kind of weird,

23  right?  He totally earned that.

24           Ravi Chandra, you are the biggest

25  (indiscernible).   I don't know which one you are,

Med Def_000952

November 04, 2022

Page 77

 1  but I wish I was.  That was $25,000 you gave to

 2  friends of Ron DeSantis.  Then you also gave another

 3  3000 to the Governor's reelection campaign.

 4  DeSantis appointed you to the Board last year,

 5  that's also adorable.

 6          Eleonor Pimentel -- sorry, again, if I mess

 7  up your name, you only donated 50 bucks, then you

 8  wrote another 100.  You might not be doing that good

 9  in your business.  I understand.

10          Medical practice on the Hector Vila, Jr.,

11  20,000, again, to run the same test and then

12  reappointed Vila to the board in 2019.

13          What you're telling me is, first of all, I

14  probably need to get into the civil law.  That's

15  what you're telling me first off.  Now I don't need

16  to go to family anymore.  What you're telling me is

17  that these seats are bought.  You guys are bought.

18  You were bought.  You sold out Florida.  You have

19  stepped on your Hippocratic Oath, and you know it.

20  We know it and that's fine.  Skeletor (phonetic),

21  you can keep smiling at me.  That's completely fine.

22          Everyone in this room, and I promise you,

23  your names, your emails, your phones, your emails,

24  your phones, everything will be published, and you

25  will not live the moment down.  Every person that

Med Def_000953

November 04, 2022

Page 78

1  kills themselves because of this that I know, I will

2  make sure their family contacts you.  The blood is

3  on your hands.

4          CHAIRMAN DIAMOND:  Next is Prisha Mosley.

5  This will be followed by Kimberly Park -- I'm sorry

6  -- Kimberly Cox.

7          Kimberly Cox, if you could be ready and

8  this will represent our fifth pair of speakers.

9  You're recognized.  Please go ahead.

10          PRISHA MOSLEY:  Hi, my name is Prisha

11  Mosley.  I was 15 years old when I learned what

12  trans was from other kids online.  I found this

13  community through the pro-anorexia community and was

14  quickly loved, bombed, and indoctrinated.  I had a

15  turbulent home life and no friends.  I was suffering

16  from anorexia and borderline personality disorder as

17  well as a recent rape.

18          I was also told -- I was told -- when I was

19  told that all of my problems, like my self-hatred

20  and suicide, the whole ideation were the result of

21  being in the wrong body, I wholeheartedly believed

22  it.  I was in treatment for my personality disorder

23  and eating disorder at this time, but my doctors did

24  not communicate.  I was in the hospital frequently

25  to get stitches due to cutting and hospitalized even

Med Def_000954

November 04, 2022

Page 79

1  longer for my inability to eat.

2          At first, I was affirmed by the fact that

3  testosterone was increasing my appetite.  I thought

4  I was recovering.  However, my suicidal thoughts and

5  behaviors persisted.  I dealt with severe anger

6  issues and increased pulsivity.  My voice became

7  changing within two months, and there were changes

8  to my genitals even sooner.

9          I began to lose my hair.  I now suffer from

10 being disproportionate and clumsy because T took

11 away my hips and gave me large shoulders.  My neck

12 and shoulders burn all of the time.  I can no longer

13 sing.  I lost my beautiful singing voice and the

14 ability to sing professionally and in the community.

15 I cannot even cry or raise my voice.  I was

16 silenced.

17          Also as a result of the testosterone, I had

18 a ovarian cyst for years, which caused pain and

19 irregular bleeding.  I have vaginal atrophy.  I do

20 not know if I can ever have kids.  What is worse is

21 I was put on these treatments when I myself was a

22 kid.  Eventually, my mental and emotional symptoms

23 worsened.  None of the medical treatments being

24 dangled in front of me were helping, and I began to

25 feel even more hopeless.

Med Def_000955

November 04, 2022

 1                 I made the decision to detransition at 22.

 2   I was not medically supported in my decision.   I

 3   quit testosterone cold turkey, which made me

 4   extremely sick.   I moved over a thousand miles away

 5   from everyone I know and love to do this by myself.

 6                 Now, I deal with constant pain and shame.

 7   I struggle to be social and have relationships.

 8   Dating is impossible, and my heart is broken.   I'm

 9   fighting for the life I could have had.   My

10   birthright was taken away from me.   I fully support

11   you creating a rule that prohibits doctors from

12   prescribing these treatments to young people under

13   18.

14                 CHAIRMAN DIAMOND:   Thank you.

15                 Next, we have Kimberly Cox.   And Kimberly

16   Cox, you'll be followed by Zoe Hawes.   So if Zoe

17   Hawes could be prepared.

18                 Kimberly Cox, you're recognized for three

19   minutes, please proceed.

20                 KIMBERLY COX:   My name is Kimberly, and I'm

21   with the Women's Voices of Southwest Florida.   I'm

22   gathering my strength to speak here today by looking

23   at a picture of my child because I'm the parent of a

24   non-binary teen.   The teen who has a family issue of

25   clinical depression.   But my child has a loving and

Med Def_000956

November 04, 2022

1  caring, accepting environment and to thrive in their

2  home.  But I know that it takes more than just

3  parents to give children the ability to fully

4  thrive.

5           I, like all other parents, have to take

6  certain things into consideration when choosing

7  schools and doctors and therapists for my children.

8  But I must ensure that my child has extra

9  precautions.  A safe doctor, a safe school, a safe

10  therapist.

11           And by "safe" I mean that their caregivers

12  are in support of evidence-based practices for the

13  non-binary and trans communities.  It's just

14  cisgender people get gender-affirming care all the

15  time, and no one bats an eyelash.

16           When I was 17, I wanted a boob job because

17  I haven't fully developed.  Everybody said, "Oh,

18  that's great."  That's good.  You should do that.

19  Do what you should do to make you feel more

20  confident in your body.  Nobody batted an eyelash

21  because I'm a cisgendered woman.

22           The care and the choices that this care

23  entails should be made between the parent -- the

24  patient and their families and their doctors.

25           UNIDENTIFIED SPEAKER:  Yes.

Med Def_000957

November 04, 2022

Page 82

1              KIMBERLY COX:  It is bias and bigotry that

2    prevents the trans community from getting the same

3    care and respect that their cis counterparts

4    receive.  Thanks to my -- the president of my

5    organization, Sarah, I now know that although my

6    child to me is priceless, you all can put a value on

7    their head.

8              More importantly to everybody out there,

9    that's watching and all of the people in this room,

10   if you're a teen or an individual who is thinking

11   about suicide because of this decision today, please

12   know from this mother, you are loved; you are

13   valued, and you are more than worthy.  And the men

14   and women that sit here and (indiscernible) like

15   Governor DeSantis and the Nazi regime that he has --

16             CHAIRMAN DIAMOND:  No.  She's gone.  Next?

17             No, you're excused.  Security?

18             KIMBERLY COX:  Call 988 and talk to

19   somebody.

20             CHAIRMAN DIAMOND:  You're done.

21             KIMBERLY COX:  If you --

22             CHAIRMAN DIAMOND:  We're not calling people

23   Nazis today.  We're not calling people Nazis.

24             UNIDENTIFIED SPEAKER:  Shame on all of you.

25             CHAIRMAN DIAMOND:  Next is Zoe Hawes.

Med Def_000958

November 04, 2022

1   We're not going to have people calling one another

2   Nazis in this room today.  Zoe Hawes is present.

3   And Zoe Hawes, you're going to be followed by

4   Kaitlynn -- can you read this?

5                CHAIRWOMAN SCHWEMMER:  Danehy-Samitz

6                CHAIRMAN DIAMOND:  Kaitlynn Danehy-Samitz.

7                Zoe Hawes, you're recognized.  Please

8   proceed.

9                ZOE HAWES:  My name is Zoe Hawes.  I'm a

10  28-year-old wife and expectant mother now, who at

11  the age of 16 truly believe that every fiber of my

12  being that I was a boy and that transitioning was

13  the solution.  Growing up, I experienced a lot of

14  trauma.  I was diagnosed with depression and anxiety

15  in middle school, and puberty was awful.  I could

16  not accept my body.  I wanted to escape.

17               By the age of 16, I was very unstable and

18  suicidal.  I ran away from my dad's side of the

19  family, who I knew would not accept me being trans,

20  and I came out to my mom.  She was scared I was

21  going to kill myself if she didn't affirm me,

22  because that is the narrative.

23               I was immediately taken to a gender

24  therapist, who within three months heard my story,

25  heard the trauma, and still diagnosed me with gender

Med Def_000959

November 04, 2022

1  dysphoria.  Still wrote that letter, recommending I

2  needed to start testosterone injections.  So only

3  seven months after coming out at the age of 16, I

4  started T.  I believed transitioning was going to

5  fix everything.

6           My period stopped.  Facial hair grew.

7  Pretty soon I was passing completely, and I was

8  truly euphoric at first.  But my mental health did

9  not improve.  I became more suicidal, more unstable,

10  and the anxiety became debilitating.  I could not

11  leave my house aside from going to the gas station

12  for months because I was so scared of passing.  What

13  if people thought I was a girl.

14           I was in and out of mental hospitals six

15  times while being affirmed as male by my immediate

16  family, while being encouraged in my decision to

17  transition by all of my doctors, multiple

18  psychiatrists.  I was later diagnosed with complex

19  PTSD related to not being accepted by my dad's side

20  of the family as a man.  I was also diagnosed with

21  OCD at the same time.

22           I desperately wanted surgery and a

23  hysterectomy.  That was the thing that was going to

24  fix everything.  The thing that would keep me alive,

25  is what I believed, but I could not afford them.

Med Def_000960

November 04, 2022

Page 85

1              After a suicide attempt in February of

2  2018, I came to realize that just changing my body

3  was not fixing anything.  I started working really

4  hard in psychotherapy, but it wasn't enough.  I

5  still believed I was male, and I started to get a

6  little better; and then it just wasn't enough.

7              A year later in 2019, Jesus came to me in

8  my bedroom, not in a church.  I began to find

9  healing.

10             CHAIRMAN DIAMOND:  Please finish your

11  thoughts.

12             ZOE HAWES:  I have not been suicidal since

13  stopping testosterone.

14             CHAIRMAN DIAMOND:  Thank you very much.

15             ZOE HAWES:  Thank you.

16             CHAIRMAN DIAMOND:  Next, we have Kaitlynn

17  Danehy-Samitz.  This will be followed by Helena

18  Kirschner.  If Helena Kirschner could be prepared to

19  speak.

20             Kaitlynn Danehy-Samitz, I apologize.  It's

21  hard for me to read your name.

22             KAITLYNN DANEHY-SAMITZ:  That's fine.

23             CHAIRMAN DIAMOND:  You're recognized.

24  Please go ahead.

25             KAITLYNN DANEHY-SAMITZ:  All right.  So my

Med Def_000961

November 04, 2022

Page 86

```
 1  name is Kaitlynn Danehy-Samitz, Katie or Kate to any
 2  of my friends.  I'm not a doctor.  I'm an activist,
 3  and I'm here today as the vice president and founder
 4  of Women's Voices of Southwest Florida.  As a proud
 5  queer woman and as an ally to my trans and non-
 6  binary siblings here in the state of Florida and
 7  across the country.
 8            This potential ruling is nothing more than
 9  a targeted attack on transgender and non-binary
10  youth.  This is the rape of doctor-patient
11  privilege.  It is dangerous, regressive,
12  purposefully hateful, and another strong step
13  towards fascism for the state of Florida.
14            Article 1, Section 23 of our Florida
15  Constitution clearly and simply states, so everybody
16  can understand it, that every natural person has the
17  right to be let alone and free from government
18  intrusion into their personal life.
19            So regardless of you all personal feelings
20  or the people who have flown from out of state to
21  read the same thing they read last week when they
22  took time away from actual Floridians fighting for
23  the rights of their friends, family, and selves, I
24  just feel like I need to remind you along with
25  everybody else, that you took a Hippocratic Oath,
```

Med Def_000962

November 04, 2022

1  not a hypocritical oath.

2         You say that your concern is the welfare of

3  children.  I heard a lot last week about genital

4  mutilation, and I'm really surprised that I'm here

5  speaking on gender-affirming care and having to

6  defend gender-affirming care, genital mutilation.

7         Why is circumcision never been brought up

8  into this?  I doubt any infant has ever said, "Hey,

9  take my foreskin.  I'm not going to want that

10  later."  Aside from that, I have a minute and a

11  half.  I have a great time.  Okay, cool.

12         Transgender and non-binary youth are two

13  and a half times more likely to attempt suicide over

14  other queer youth who themselves are four times more

15  likely when compared to their cisgender and

16  heterosexual counterparts.

17         You all need to realize and accept that if

18  you pass this rule, the death of those children will

19  be on your hands.  I'll say it again.  You all need

20  to realize that if you pass this rule, that death of

21  those children will be on your hands.

22         And to the trans and non-binary youth that

23  are watching here today, although Kimberly was cut

24  off, if you are having suicidal thoughts, you can

25  dial 988 and speak to somebody.  You are not alone.

Med Def_000963

November 04, 2022

Page 88

1    Okay.

2            And to the children that have been watching

3    and listening to their parents, come up here and

4    misgender them, shame.  And you are loved.  You are

5    seen.  You are respected.  We are not done.

6            We will continue to fight and to show up,

7    speak up, stand up for your right to be who you are

8    because, in the freest country in the world, that's

9    exactly what you should be able to do.  Keep your

10   laws, keep your God -- keep your God out of my

11   gender, out of my uterus, out of everything.  Your

12   God is not my God.

13           CHAIRMAN DIAMOND:  Thank you very much.

14   Next is Helena Kirschner.  Helena Kirschner will be

15   followed by Shannon -- what's it, Keever?

16           CHAIRWOMAN SCHWEMMER:  Keever.

17           CHAIRMAN DIAMOND:  Next will be followed by

18   Shannon Keever.  This represents our seventh pair of

19   speakers, and we'll be doing eight pairs today.

20   Helena Kirschner, you're recognized.  Please

21   proceed.

22           HELENA KIRSCHNER:  Thank you.  My name is

23   Helena Kirschner, and I'm 24 years old.  I'm here

24   today as a detransitioner with grave concerns about

25   the so-called gender-affirming model of responding

Med Def_000964

November 04, 2022

Page 89

1  to minors and young adults who believe they're

2  transgender.

3          As a young girl, I had no discomfort with

4  being female.  What I had was a history of family

5  issues, difficulties fitting in with other girls,

6  eating disorders, self-harm, and depression.  When I

7  was 14, I began spending a lot of time online and

8  communities where countless other troubled

9  adolescent girls were encouraging each other to

10  interpret their social, emotional, and body image

11  difficulties as signs of gender dysphoria with the

12  belief that body modification would be a

13  transformative solution.

14          When I took steps in the direction of being

15  trans, I received more positivity and encouragement

16  than I had ever experienced.  By age 17, I

17  identified as a trans boy and was fully convinced

18  that my only chance at a happy life would be to take

19  hormones and undergo surgeries to change my body.

20          My school counselor and school therapist,

21  both affirmed my beliefs, and the psychologist told

22  my mother that she was risking my suicide if she

23  would not agree to testosterone treatments.  But she

24  thankfully was not intimidated.  I went to a Planned

25  Parenthood a few weeks after my 18th birthday.  None

November 04, 2022

1  of the clinicians were interested in what was behind

2  my desperation to change my body.  They told me that

3  because I seemed so sure, they would prescribe the

4  hormones that day.

5           I told the clinicians that I wanted a high

6  dose so I would see more changes in my body.  They

7  agreed and prescribed me 100 milligrams of

8  testosterone per week.

9           The mental health effects of testosterone

10  were profound.  I began experiencing uncontrollable

11  episodes of rage and paranoia where I was a danger

12  to myself and others.  I also became much more

13  suicidal and self-harming.  Due to this, I was

14  hospitalized twice.

15           None of the clinicians in the hospital or

16  outpatient centers ever mentioned testosterone as a

17  possible source for my mysterious symptoms. Instead,

18  I was prescribed a litany of psychiatric drugs.

19  This time was so dark that it caused me to question

20  the original promises of a joyful trans life.  And

21  after five years of identifying as transgender, I

22  stopped taking testosterone and began the journey of

23  detransitioning.  My mysterious new mental illness

24  went away soon after and has never returned.  I'm

25  now forever grateful that clinicians were not able

Med Def_000966

November 04, 2022

1   to affirm me any further.

2             I'm very fortunate to have not experienced

3   any obvious physical detriments, but the negative

4   impact of so-called gender affirmative care on my

5   life cannot be understated.  Not only was I in

6   serious danger under the influence of testosterone,

7   but the mental process of returning to reality,

8   coping with everything that happened, and facing the

9   mental health issues that were compounded by these

10  experiences has been so difficult.  I ask the board

11  to see these dangers of so-called gender affirmation

12  and create a rule, prioritizing, exploring --

13  exploratory therapy, and long-term health over

14  dangerous treatments for these vulnerable young

15  people.

16             CHAIRMAN DIAMOND:  Thank you very much.

17  Next, we have Shannon Keever, and that will be

18  followed by Amy Atterberry.  So if Amy Atterberry

19  could be prepared to speak, we would appreciate it.

20  Thank you.

21             SHANNON KEEVER:  Good afternoon.  My name

22  is Shannon Keever, and I'm a registered nurse in

23  Florida; and I'm with Women's Voices of Southwest

24  Florida.  I'm in opposition to the rule.

25             Correct me if I'm wrong, but from my

Med Def_000967

1  understanding, there's not one trans person on the

2  Board casting a vote on the future of thousands of

3  trans youth in Florida.  I mean, I don't want to

4  assume, but from what I've read about you guys, I

5  haven't gleaned that.

6          However, many of you, as my dear friend

7  Sarah pointed out, have contributed to the political

8  campaigns of known trans antagonist Ron DeSantis.

9  It's hard not to draw some conclusions from that, I

10 think.

11         I'm here to speak up for the rights of the

12 trans community, to own their path, to heal the

13 crippling pain of gender dysmorphia.  I don't want

14 anyone to transition and regret it.  I think that

15 the -- listening to the stories of people who have

16 detransitioned only is evidence that we need to

17 further research, and we need to improve.  It's a

18 way to listen and then work toward improvement.

19 That's what we do in medicine, right?  Isn't that

20 what we do for our patients?  We improve care.  We

21 don't just take it away.  We don't revoke it.  But

22 to vote to detransition people who are already

23 receiving gender-affirming treatment is terrible.

24         We already know that it's not a secret.

25 The Trevor Project has shown us that people who

Med Def_000968

November 04, 2022

1  suffer from gender dysmorphia, if they are not in a

2  supportive environment, they're not in an affirming

3  environment, they are likely -- much more likely to

4  commit suicide than children who are.  So revoking

5  their care is criminal.  And you -- it's redundant.

6  You'll have blood on your hands, and I hope you care

7  about that.  Why did you get into medicine?

8          One thing -- one question I heard earlier

9  was: can minors with active mental health problems

10  consent to transition?  If you say no to that, when

11  we already know that gender dysmorphia in itself

12  because of their environment causes depression and

13  anxiety, you're going to shut out so many people,

14  almost everybody who has it.

15          I long for the day when we can live in a

16  world where societal hangups aren't merged with

17  personal medical decisions.  And since we're going

18  to quote the Bible, since that's apparently allowed

19  by a physician when a discussion about science,

20  let's talk about the Bible.  If a man is caught in

21  the act of raping a young woman who is not engaged,

22  he must pay 50 pieces of silver to her father.  Then

23  he must marry the young woman because he violated

24  her, and he will never be allowed to divorce her.

25          I think that shows that we really should be

Med Def_000969

November 04, 2022

Page 94

 1  making decisions based on science and evidence.  You

 2  need to listen to the trans people here who are

 3  telling you that this worked for them.  You do need

 4  to listen to the people who --

 5             CHAIRMAN DIAMOND:  Thank you very much.

 6             SHANNON KEEVER:  -- it didn't work for

 7  them.

 8             CHAIRMAN DIAMOND:  Thank you very much.

 9             SHANNON KEEVER:  Thank you.  Have a good

10  afternoon.

11             CHAIRMAN DIAMOND:  Next, we have Amy

12  Atterberry.  Amy Atterberry will be followed by

13  Seneca Bristol --

14             CHAIRWOMAN SCHWEMMER:  Dickieson

15  (phonetic).

16             CHAIRMAN DIAMOND:  -- Dickieson.  This will

17  represent our eighth and final pair of speakers.

18  You are recognized, Amy Atterberry for three

19  minutes.

20             AMY ATTERBERRY:  My name is Amy Atterberry.

21  I'm a mother and a resident of the state of Florida.

22  I feel like I have told my daughter's story a

23  thousand times, but I will tell her story again

24  today to help validate the need for compassionate

25  care for children who are confused about their

Med Def_000970

November 04, 2022

1    biological sex.  My daughter was 14 when she first

2    identified as being male.  This happened after she

3    was indoctrinated into gender identity at school

4    unbeknownst to me.

5              I later discovered that she was visiting

6    websites like YouTube and Tumblr, which only

7    furthered her false belief that she could transition

8    into a male.

9              At age 16, a pediatric endocrinologist

10   taught my daughter to inject herself with

11   testosterone without my consent.

12             At age 17, doctors performed a double

13   mastectomy and a radical hysterectomy on my daughter

14   without my consent.

15             She was able to change her name and gender

16   and court at age 17, even though she was not

17   emancipated.  Her mental health diagnoses were

18   documented in her medical records, yet doctors chose

19   to poison, sterilize, and mutilate my daughter

20   before she turned 18.  More surgeries followed and

21   more surgeries are planned.

22             My daughter was a happy, healthy child with

23   a seemingly bright future.  Her health and happiness

24   were stolen by medical and mental health

25   professionals who should have known better.  The

Med Def_000971

November 04, 2022

1  trajectory of her life has been permanently altered

2  and not for the better.  She is not happy.  She is

3  not well.  She is not thriving, and she is not

4  living her best life.

5         I think it is important not to place blame

6  on parents of transgender-identifying children

7  regardless of whether parents affirm their

8  children's transgender identity or fight against it.

9         To be clear, I did everything in my power

10 to stop doctors from harming my daughter.  However,

11 I understand why terrified parents may choose to

12 trust that affirmative care is the only viable

13 option when they're asked questions like: would you

14 rather have a dead daughter or a son or vice versa?

15        A more honest question would be this.

16 Would you like for us to provide compassionate care

17 for your child, or would you prefer that we poison,

18 sterilize, and mutilate your child?

19        Affirmative care is a very opposite of

20 compassionate care.  I would like to sincerely thank

21 the members of this Board for your compassion,

22 intelligence, wisdom, and most of all for your

23 courage in fighting for the health and safety of

24 children.

25        CHAIRMAN DIAMOND:  Thank you very much.

Med Def_000972

November 04, 2022

1           Seneca Bristol Dickieson, you're now

2    recognized, and you're going to be our last speaker

3    of the day.

4           SENECA BRISTOL DICKIESON:  Hello.  My name

5    is Seneca Bristol.  I'm the vice president of the

6    youth chapter for Women's Voices of Southwest

7    Florida.  I have friends who are transgender and

8    non-binary, and it kills me to see that the state

9    that we were born and raised in is taking their

10   rights away.

11          Congratulations.  Because of you, my fellow

12   Floridians and friends will be unable to get the

13   care they need to feel comfortable in their own

14   skin.  You have the power to protect them, not only

15   as a doctor, but as an adult, and you choose not to.

16          According to multiple studies, it has been

17   shown that teenage depression and suicide rates went

18   down after given access to gender-affirming care.

19   I'm cisgender, and I can see that the rate of

20   depression in teens will go up if you do this.  I

21   see the blood that will be spilled because of you.

22   I see the pain and fear people will be struck with.

23   I see --

24          I just don't get why you refuse to see it

25   too.  Maybe it's because you don't care, but we all

Med Def_000973

November 04, 2022

1  care.  And we won't stop until Floridians have the

2  right to be who they are.

3            And now I'm going to read something from my

4  friend, she -- that they wrote, who is non-binary.

5  "I know there is no way to convince the Board of my

6  side, what is going through my head right now.  My

7  experience as a transgender ally is invalid in your

8  eyes.  You don't know what it's like to be in fear

9  of coming out.  To see the death tolls rise and rise

10 for transgender youth, to see depression and anxiety

11 take over the minds of those not accepted by anyone

12 but their peers.  There is one thing I can be

13 certain of though, we will never be silenced.  The

14 only words that can conclude this with is the words

15 of Leia Alcorn (phonetic)."  I'm sorry if I'm

16 mispronouncing that.

17            "A 17-year-old transgender girl who

18 committed suicide in 2014.  The only way I will rest

19 in peace is if one day transgender people aren't

20 treated the way I was.  They are treated like humans

21 with valid feelings and human rights.  Gender needs

22 to be taught about in school, the earlier, the

23 better.  Sorry.  They are treated like humans with

24 valid feelings and human rights.  Gender needs to be

25 taught about in schools, the earlier the better.

Med Def_000974

November 04, 2022

 1              My death needs to mean something.  My death

 2  needs to be counted in the number of transgender

 3  people who commit suicide this year.  I want someone

 4  to look at the number and say that's effed up and

 5  fix it.  Fix society please."

 6              CHAIRMAN DIAMOND:  Thank you very much.

 7              This concludes our business at today's

 8  meeting.

 9              Do I have a motion to adjourn?

10              CHAIRWOMAN SCHWEMMER:  So moved.

11              CHAIRMAN DIAMOND:  Second?

12              UNIDENTIFIED MALE:  Second.

13              CHAIRMAN DIAMOND:  All in favor?

14              MEMBERS:  Yea.

15              CHAIRMAN DIAMOND:  Any opposed?

16              Motion carries.

17              Thank you very much for coming today.

18              (END OF AUDIO RECORDING)

19

20

21

22

23

24

25

Med Def_000975

November 04, 2022

Page 100

1          CERTIFICATE OF TRANSCRIPTIONIST

2               I certify that the foregoing is a true and

3      accurate transcript of the digital recording

4      provided to me in this matter.

5               I do further certify that I am neither a

6      relative, nor employee, nor attorney of any of the

7      parties to this action, and that I am not

8      financially interested in the action.

9

10

11

12                    *Julie Thompson*

13                    _____

14                    Julie Thompson, CET-1036

15

16

17

18

19

20

21

22

23

24

25

Med Def_000976

**$**

**$200,000**
   44:4 46:11
**$25,000**
   77:1

---

**1**

**1**
   58:25 76:14
   86:14
**10**
   27:17
**100**
   77:8 90:7
**11**
   74:9
**120**
   8:12
**13**
   25:10,15
**13,989**
   67:13
**14**
   25:15 74:10
   89:7 95:1
**14.014**
   39:15
**15**
   11:5 25:15
   78:11
**15-year-old**
   76:9
**16**
   70:4 83:11,17
   84:3 95:9
**17**

81:16 89:16
95:12,16
**17,000**
   67:15
**17-year-old**
   98:17
**18**
   23:8 69:23
   70:4 80:13
   95:20
**18th**
   89:25
**1970s**
   56:9

---

**2**

**2**
   2:10 27:17
   38:14 39:6,15
**20,000**
   77:11
**2000**
   76:18
**2014**
   22:16 98:18
**2018**
   76:19,21 85:2
**2019**
   77:12 85:7
**2022**
   5:5 56:9
**21**
   9:5
**22**
   80:1
**23**
   86:14

**24**
   25:10 88:23
**25**
   20:20
**28-year-old**
   72:13 83:10
**28th**
   12:7 13:19
   14:1
**2:02**
   5:5

---

**3**

**3000**
   76:20 77:3
**30th**
   12:6
**34**
   25:9
**36**
   25:9,14,16
**36-month**
   48:13
**37**
   76:14

---

**4**

**4**
   5:4
**42**
   25:17
**4th**
   2:11

---

**5**

**5**
   39:5

**50**
   23:15 77:7
   93:22
**52**
   75:23,24
**55**
   22:17 23:7,11
**5th**
   10:8,15

---

**6**

**6**
   72:14
**60**
   9:23
**64B(8)**
   39:2
**64B15-**
   39:14
**64B15-14.014**
   39:4

---

**7**

**7**
   74:11
**70**
   25:8

---

**8**

**85**
   60:11
**8th**
   56:8

---

**9**

**9**

Med Def_000977

25:17,18

**90**
9:23 25:14

**988**
82:18 87:25

---

**A**

---

**AB**
18:21 51:22
52:10 57:16

**abandoned**
24:19

**abide**
61:5

**ability**
79:14 81:3

**abortion**
76:8

**absolutely**
18:7 57:1

**absurd**
25:19

**abuse**
60:4,7

**Academy**
13:17

**accept**
83:16,19
87:17

**accepted**
84:19 98:11

**accepting**
81:1

**access**
17:10 20:3
62:6 63:8,22
71:25 97:18

**accomplished**
13:14

**accounts**
55:22

**accurate**
11:12 19:6

**Ackerman**
2:17,18 18:25
19:2,3 21:13,
17 32:19
33:1,12,15
38:10 44:9,19
45:20,22
76:20

**acknowledges**
72:22

**act**
18:5 93:21

**action**
42:15

**actions**
6:15

**active**
24:7 27:1
93:9

**actively**
12:13 13:8

**activist**
86:2

**activities**
5:22 8:11

**actual**
13:21 86:22

**actualization**
71:14

**add**
44:25 48:19
56:24 69:2,7

**added**
19:22 49:15

**adding**
49:14

**additional**
11:15 14:2
29:15 35:16

**address**
26:13 53:13

**addressed**
73:22

**adduced**
14:9

**adequate**
20:11

**adhere**
71:16

**adjourn**
51:23

**administered**
21:1

**administration**
52:17

**Administrative**
8:9 9:1,3

**administrator**
3:19 4:19

**adolescent**
63:12 89:9

**adolescent's**
27:6

**adopt**
8:22 56:17
74:24

**adopted**
8:17 17:18
26:4

**adorable**
77:5

**adult**
97:15

**adulthood**
74:16

**adults**
16:6 66:17
89:1

**advantages**
29:8

**adverse**
44:1 46:8

**advertising**
56:6

**advocate**
52:18

**affect**
53:7 74:21

**affirm**
9:16 83:21
91:1 96:7

**affirmation**
91:11

**affirmative**
14:4 22:20,24
24:15 33:1
91:4 96:12,19

**affirmed**
71:2 79:2
84:15 89:21

**affirming**
63:22 93:2

**afford**
84:25

**afternoon**
2:5 5:4 60:23
70:21 72:9

Med Def_000978

91:21 94:10

**age**
25:10 83:11,
17 84:3 89:16
95:9,12,16

**agencies**
26:11

**agency**
52:19 53:11

**agenda**
6:13 7:7

**agents**
35:3

**aggregate**
46:11

**agnostic**
29:1

**agree**
28:10 32:1,9
34:14 89:23

**agreed**
90:7

**agreement**
11:13 29:4

**Agriculture**
50:7

**ahead**
4:1 9:16
40:12 46:3
48:7 52:14
57:25 58:6,9,
23 59:19
60:22 64:5,13
78:9 85:24

**aka**
67:12

**alcohol**
66:16

**Alcorn**
98:15

**align**
60:12 67:24

**alive**
84:24

**allopathic**
33:16

**allowed**
53:17 65:8
93:18,24

**ally**
86:5 98:7

**alter**
16:10

**altered**
96:1

**alternating**
11:19

**alternative**
68:15

**alters**
14:25

**amended**
8:24 14:13
31:20 32:4,16
38:1,8

**amendment**
44:1,2

**American**
12:15,18
13:17 23:16

**amount**
47:18 52:5

**Amy**
57:18,21,24
60:19,23 61:1
64:1 91:18

94:11,12,18,
20

**analyze**
55:18

**anger**
79:5

**Anna**
11:21 50:10
54:23,25 55:4

**anonymized**
17:24

**anorexia**
78:16

**anorexic**
72:20

**answers**
35:17

**antagonist**
15:5,9 92:8

**antiqueer**
56:6

**antithetical**
13:24

**anxiety**
63:16 71:4
72:18 73:7
83:14 84:10
93:13 98:10

**anymore**
77:16

**apolitical**
6:4

**apologize**
85:20

**apparently**
93:18

**appearance**
7:12,14

**appearances**
59:10

**appears**
31:8

**appetite**
79:3

**apply**
7:4 61:25
62:3

**appointed**
5:20 52:18
53:5 76:22
77:4

**approach**
10:21 28:25
33:17

**approached**
10:12 16:14

**approaching**
33:19

**appropriately**
38:15 58:17

**approve**
8:22 32:12,15
39:14

**approved**
15:18 21:1
38:13 39:18

**approving**
8:23 31:19,22

**area**
26:24 34:7,25

**arguments**
54:4

**Aristotle**
10:21

**article**
23:13 86:14

Med Def_000979

articulated
26:17

assault
64:17,20
65:24

assembled
55:23

assessment
15:21

assiduously
12:20

assigned
67:9,24

assistant
50:6

Association
56:19

assume
92:4

assurances
73:16

assured
73:10,14

assuredly
68:6

atrophy
79:19

attack
86:9

attempt
61:8 85:1
87:13

attention
60:25

Atterberry
91:18 94:12,
18,20

ATTORNEY
8:18 29:24
30:11 31:13
32:10,24 33:2
36:6 38:11
39:4,8,10
40:8,11,18,24
41:2,5,7,8,
11,22 42:1,4,
16 43:16,19,
22,25 44:15,
24 45:4,6
46:1 47:23
48:2,5,8,18,
23,25 49:5,9,
11,13,16,20
50:1

audience
63:4

audio
2:3 5:9

August
10:8,15

auspices
15:17 17:6
39:18

authentic
59:23

author
20:4 23:14

authority
26:10 42:12,
14,17,19

authorized
26:9 73:1

authors
25:11

autism
66:11 73:19

avoid
20:12 66:9

avoiding
62:4

aware
50:20 56:4

awareness
52:23

awful
83:15

_____

**B**

_____

back
8:25 31:25
32:11,13 34:4
52:24 53:11
54:18

bad
62:10 65:16

ban
17:10 76:8

Barsoum
2:19

based
7:17,20 9:15,
21 23:2 24:20
49:22,23
55:21 56:21
63:10 73:16
94:1

basically
36:13

basis
49:21

bats
81:15

batted
81:20

beautiful
79:13

Becky
67:7 69:13,
14,17

bedroom
85:8

beg
3:25

began
62:13,14
72:16 79:9,24
85:8 89:7
90:10,22

begging
71:20

begin
43:15 46:7
52:4 71:7

behalf
7:24

behaviors
79:5

belief
89:12 95:7

beliefs
65:14 89:21

believed
78:21 84:4,25
85:5

believes
72:23

Belmont
26:20

beneficial
25:12 61:21

benefit
25:1 62:3

Med Def_000980

bias
  82:1
biased
  55:25
Bible
  93:18,20
biblical
  58:13
bifurcate
  32:3
big
  52:19
biggest
  76:24
bigotry
  82:1
bilateral
  61:20
bill
  56:13
binary
  86:6
biological
  60:12 95:1
birth
  67:9,24
birthday
  89:25
birthright
  80:10
bit
  33:17 37:21
  63:24 68:13
blame
  96:5
bleeding
  79:19

block
  41:17
blocked
  60:13
blocker
  20:1
blockers
  22:20 59:21
  64:23 66:3,6
  73:4,5,11,14
  74:2,5
blocking
  15:9 35:2
blood
  78:2 93:6
  97:21
blooms
  71:12
board
  2:7,9,12,13
  3:16,17 4:3,
  17,22 5:1,6,
  12 6:25 8:14
  9:14 10:9,10
  11:25 12:20
  14:7,9 17:14
  18:12,13
  19:17 20:20
  26:9 28:12
  30:16,18,20,
  23 31:4,15,
  16,20,21,25
  32:4,5,11,15,
  16 33:2,3,24
  34:1 35:7,9
  37:25 38:5,21
  41:14 43:23
  44:24 45:4,9
  46:5 56:10
  60:24 64:6

67:14 74:24
76:16,22
77:4,12 91:10
92:2 96:21
98:5
Board's
  5:10 26:11
board-
  15:17
boards
  2:12 5:8,16,
  25 6:3,6,16
  7:3,7 8:5,21
  10:6 14:16
  17:11,23
  18:10 32:21
  33:10 35:15
  37:24 40:11
  41:16,25
  42:2,12 52:24
bodies
  6:4 66:19
body
  19:22 63:19,
  20,21 65:17,
  25 66:5 73:8
  78:21 81:20
  83:16 85:2
  89:10,12,19
  90:2,6
bodybuilding
  74:14
bombed
  78:14
bone
  73:3 74:2,6,
  8,10,13,21
bones
  74:15

boob
  81:16
boomer
  67:11
boosted
  65:7
borderline
  72:16 78:16
born
  61:2 65:25
  97:9
bots
  55:23
bottom
  11:1
bought
  77:17,18
bound
  18:5
boy
  61:25 64:16
  65:2 83:12
  89:17
Brad
  3:20
breast
  22:21
Brewer
  60:21 64:4,6,
  14
bright
  95:23
Bristol
  94:13 97:1,4,
  5
Britain
  28:9

Med Def_000981

Britain's
17:3

British
24:24

broad
68:22

broken
63:15 80:8

brought
47:14 87:7

brown
59:15

Bruemmer
50:6,8 51:15,
24 52:12,15,
16 54:20,22

bucks
77:7

built
23:2

bulk
11:24

bunch
56:22

burn
79:12

business
44:2 46:9
59:18 77:9

---

C

California
13:1

call
2:11,14 18:11
22:19 23:23
29:18,19,25
38:7 51:15

82:18

called
11:3 18:11
51:24 52:9
59:12 75:14

calling
30:2 82:22,23
83:1

campaign
76:18,21 77:3

campaigns
92:8

candidate
51:1,2

capacity
16:5 42:20

care
5:13 6:8
11:12 13:8
16:22 17:10
20:16 22:20,
24 24:15
28:1,2,3
29:11 32:25
33:6,14 45:13
56:20 57:4
59:21 60:6
61:6 62:7,9
63:22 66:22
68:2,5 69:9
71:17,25
81:14,22 82:3
87:5,6 91:4
92:20 93:5,6
94:25 96:12,
16,19,20
97:13,18,25
98:1

caregivers
81:11

caring
66:21 81:1

Carol
4:18

carries
16:12 30:25
38:24 40:3
44:14,23
45:25 46:19
47:2 49:19,20

carve
26:6

case
23:6

cases
25:18 45:10

casting
92:2

caught
93:20

caused
45:18 65:14
66:4 71:4
79:18 90:19

causing
55:19 72:24

Cecil
64:11,12
67:5,7,8

centers
11:1 90:16

cert
41:2

certainty
25:1

chair
2:7,8 3:22
4:21 5:4,18

7:20 8:12,19
10:2 21:21
33:21 51:25
52:2 67:8

chaired
12:3

CHAIRMAN
2:5,16,18
3:23 4:24
8:13 9:25
19:1,11,14
21:11,15,19,
25 22:6,9,12
28:14 29:21
30:2,13,17
31:9,11 32:2
33:22 34:10,
19 35:5,11,24
36:4,7,11
37:20 38:9,19
40:4,10,14,22
41:3,10 42:7,
10 43:11,13,
18,20,24
44:8,10,13,
18,20,23
45:1,5,21,24
46:3 48:4
49:3,19 50:2,
15,18,24
51:2,10,13
52:3,8 54:19,
21 55:2
57:10,15,21
58:5,9,14,19,
23 59:13,17
60:18 63:23
64:3,8,12
67:4 69:12
70:14 72:5
75:1 78:4

80:14 82:16,
20,22,25 83:6
85:10,14,16,
23 88:13,17
91:16 94:5,8,
11,16 96:25

**chairperson**
76:16

**Chairs**
52:15 55:1

**CHAIRWOMAN**
4:2,6,23
30:15 31:2,10
32:9 33:5,13
35:6 36:3,10
37:6,12,19
39:1,7,11,21,
23 40:1 41:1,
4 43:12 46:2,
4,15,18 47:1,
10,12,16,19,
21,24 48:1,7,
15 49:7,10,
12,25 52:1
57:14,20
58:1,18 64:11
83:5 88:16
94:14

**challenged**
9:19

**chance**
11:22 56:8
89:18

**Chandra**
2:21 76:24

**change**
9:15 28:10
34:8,9 54:6
59:9 89:19
90:2 95:15

**changed**
26:1

**changing**
73:7 79:7
85:2

**chaos**
34:14

**chapter**
8:12 58:25
97:6

**chapters**
41:21

**characteristics**
14:25 16:10

**charge**
53:4

**Charybdis**
15:25

**check**
76:20

**chests**
25:16

**Chicago**
12:25 25:8

**chief**
11:13

**child**
60:4,6 64:15
69:4,10,22,
23,24 71:23
74:20 75:23,
24 76:4,5,10
80:23,25 81:8
82:6 95:22
96:17,18

**child's**
28:5,7

**children**

27:25 53:15
60:3,11,16
66:9,13,15,
17,25 67:3
69:21 70:2,5
76:7 81:3,7
87:3,18,21
88:2 93:4
94:25 96:6,24

**children's**
12:24 13:9,
10,11 96:8

**choice**
40:23

**choices**
31:18 81:22

**choose**
20:6 54:13
71:23 96:11
97:15

**chooses**
6:17

**choosing**
81:6

**chose**
95:18

**Christian**
61:3

**church**
85:8

**circumcision**
87:7

**circumstances**
9:24 34:21

**cis**
82:3

**cisgender**
61:24 67:10
81:14 87:15

97:19

**cisgendered**
81:21

**cite**
25:5

**cited**
13:19 14:9

**citizen**
69:18

**citizens**
47:7 49:23

**civil**
6:12 77:14

**civilized**
59:18

**clamoring**
73:6

**clarify**
40:8,18 48:2,
4,5

**clarifying**
42:5

**clear**
16:20,25 17:8
19:7 23:17
30:5 56:16
96:9

**clinical**
11:16 12:16,
18 15:14,18,
19 17:7,22,25
28:25 35:18
37:10,16
39:19 70:24
71:1 80:25

**clinicians**
90:1,5,15,25

**clinics**

Med Def_000983

13:9

**club**
67:13,14,19

**clumsy**
79:10

**Code**
26:18

**coercive**
73:13

**cognitive**
74:3

**cohort**
12:11,14,17
23:6,15

**cohorts**
12:11

**coin**
36:21

**cold**
80:3

**colleague**
28:15,17

**colleagues**
11:9 28:9
38:4

**collected**
7:15

**collectively**
56:11

**combination**
66:6

**comfortable**
34:23 97:13

**commence**
10:1

**commenced**
15:4,11 16:17

**comment**
6:19,21 7:2,
6,19 8:6 9:12
11:17 14:3
18:15,20,22
35:6,19 40:17
43:14 50:3
51:20 61:9,13

**commentary**
53:14

**comments**
5:18 6:14
7:5,8 9:16
11:18 14:3
19:12,17 22:1
61:11

**Commissioner**
50:7 52:16

**commit**
93:4

**committed**
98:18

**committee**
12:3,5 13:2
14:1,17 15:24
16:3,9,15,24
19:10,21 63:2

**common**
58:13

**communicate**
78:24

**communities**
81:13 89:8

**community**
28:3 78:13
79:14 82:2
92:12

**comorbid**
24:11

**compared**
25:9 87:15

**compassion**
96:21

**compassionate**
28:4,6 94:24
96:16,20

**competing**
40:7

**completed**
18:22

**completely**
19:9 65:9
73:15 77:21
84:7

**complex**
84:18

**complexities**
10:12 16:18

**complicated**
23:18

**component**
31:6

**compounded**
91:9

**compromise**
32:1 34:13

**compromised**
55:25

**con**
51:21

**concern**
13:20 23:9
87:2

**concerned**
18:20 23:20
54:2 69:18,21

**concerns**
23:5 28:20,21
29:14 88:24

**conclude**
98:14

**concluded**
25:11

**conclusion**
25:13

**conclusions**
25:20 92:9

**condition**
27:22

**conduct**
6:18 21:22
26:23 43:3
58:16,17
59:18

**conducted**
6:11 15:16
39:19

**confidence**
65:7

**confident**
28:12 81:20

**conforming**
67:22

**confused**
59:7 94:25

**Congratulations**
97:11

**consensus**
56:22

**consent**
26:25 27:1
93:10 95:11,
14

**consented**

Med Def_000984

73:16

**consideration**
81:6

**considered**
46:21 68:12

**consistency**
32:18

**consistent**
33:4 64:16

**consistently**
53:14

**constant**
80:6

**constituent**
75:18

**Constitution**
86:15

**consumers**
53:12

**contact**
13:13 23:15

**contacts**
78:2

**context**
16:7

**continue**
21:16 35:3
37:1,3 39:17
44:14 60:2,20
64:9 70:12
74:18 88:6

**continued**
15:6 22:23

**continues**
74:20

**contrary**
18:3 57:1

**contribute**
76:18

**contributed**
92:7

**contributions**
76:15

**control**
23:7

**controlled**
65:5

**controversial**
47:14

**conversations**
5:22

**convince**
98:5

**convinced**
89:17

**cool**
87:11

**coping**
65:21 91:8

**core**
55:20

**correct**
9:4 39:6,7
91:25

**cost**
44:4 46:10

**costs**
46:7

**counsel**
3:17,18 8:15
17:14

**counselor**
70:23 89:20

**counselors**
65:22

**count**
30:10

**counter**
63:17

**counterparts**
82:3 87:16

**countless**
89:8

**countries**
20:2 67:16

**country**
68:14 86:7
88:8

**courage**
14:6 69:20
96:23

**court**
5:15 6:2
95:16

**courtesy**
18:18

**Cox**
78:6,7 80:15,
16,18,20
82:1,18,21

**craft**
34:21 35:12

**crafted**
59:10

**create**
65:10 91:12

**created**
58:25 59:1,2,
4

**creating**
61:6 80:11

**creator**
59:3

**credentials**
71:20

**credit**
23:20

**criminal**
93:5

**crippling**
92:13

**criteria**
20:11 24:1,2,
19

**critical**
27:14

**cross-**
59:21

**cross-section**
68:21

**cross-sex**
22:20 64:23
66:4,7 72:17
74:18

**Crowley**
73:2

**cry**
79:15

**culminating**
22:16

**culture**
13:23 55:21

**cure**
24:16

**current**
16:21 17:9

**cut**
61:14 87:23

**cutting**
78:25

Med Def_000985

cyst
  79:18

_____

D

dad's
  83:18 84:19
Dalton
  3:20
damn
  75:18
Danehy-samitz
  83:5,6 85:17,
  20,22,25 86:1
danger
  90:11 91:6
dangerous
  65:18 86:11
  91:14
dangers
  91:11
dangled
  79:24
Danielle
  4:18
dark
  90:19
data
  12:16 14:9
  17:12,15,25
  18:2 21:8
  23:10,13 69:4
date
  53:9
Dating
  80:8
daughter
  73:3,6,17
  74:9,25 95:1,

10,13,19,22
96:10,14
daughter's
  73:11 94:22
David
  2:6
day
  28:23 90:4
  93:15 97:3
  98:19
days
  9:5,23 25:14
  56:3 75:23,25
Dayton
  10:20
dead
  96:14
deal
  80:6
dealt
  79:5
dear
  64:6 92:6
death
  87:18,20 98:9
deaths
  72:3
debate
  14:11
debilitating
  63:18 84:10
decade
  70:24
deceive
  59:11
decide
  8:22 34:4
  55:15 76:9

decided
  76:6
decision
  53:8 54:2
  69:25 70:4
  76:3 80:1,2
  82:11 84:16
decision-making
  27:8
decisions
  16:6 53:25
  54:11 70:9,11
  93:17 94:1
Declaration
  26:19
declined
  13:6,7,19
deemed
  22:22 42:15
deep
  10:11
defective
  63:15
defend
  87:6
definitive
  54:7
delayed
  25:12
delivery
  53:7
demand
  73:11
demonstrated
  45:17
demonstrates
  55:8,16

density
  73:3 74:3,8,
  10,13,21
deny
  56:25
Denying
  62:6
depending
  9:24 27:16
depends
  21:21
depression
  63:16 71:4
  72:15,18
  73:18 80:25
  83:14 89:6
  93:12 97:17,
  20 98:10
Derick
  4:20
Derrick
  2:22
Desantis
  76:18,21
  77:2,4 82:15
  92:8
describe
  27:17
deserve
  60:3 67:1
designated
  44:16
desperately
  66:22 84:22
desperation
  90:2
determine
  29:10 32:7

Med Def_000986

determined
   62:21 73:23
detransition
   20:6 23:24
   25:25 62:16,
   21,23 63:3
   80:1 92:22
detransitioned
   62:15 92:16
detransitioner
   88:24
detransitioners
   71:18
detransitioning
   68:13 90:23
detriments
   91:3
develop
   12:4 40:6
   60:14 63:15
   65:15
developed
   8:8 64:18
   74:12 81:17
developing
   74:15
development
   27:7 66:4
   74:3
deviate
   20:15
devices
   5:25
Devries
   23:14,16
Di
   36:11
diagnosed

72:15 73:18
83:14,25
84:18,20
diagnoses
   95:17
dial
   87:25
Diamond
   2:5,6,15,16
   3:23 4:24
   8:13 9:25
   18:25 19:1,
   11,14 21:11,
   15,19,25
   22:6,9,11,12
   28:14 29:21
   30:2,13,17
   31:3,8,9,11
   32:2 33:22
   34:10,19
   35:5,11,24
   36:4,7,11
   37:20 38:9,19
   40:4,10,14,22
   41:3,10 42:7,
   9,10 43:11,
   13,18,20,24
   44:8,10,13,
   18,20,23
   45:1,5,21,24
   46:3,5 48:4
   49:3,19 50:2,
   15,18,24
   51:2,10,13
   52:3,8 54:19,
   21 55:2
   57:10,15,21
   58:5,9,14,19,
   23 59:13,17
   60:18 63:23
   64:3,8,12

67:4 69:12
70:14 72:5
75:1 76:16
78:4 80:14
82:16,20,22,
25 83:6
85:10,14,16,
23 88:13,17
91:16 94:5,8,
11,16 96:25
Diane
   57:18,21
Dickieson
   94:14,16
   97:1,4
difference
   16:5
differences
   11:8
differently
   16:14 31:24
   33:17
differing
   12:10
difficult
   64:20 66:14
   68:2 91:10
difficulties
   66:9 89:5,11
dignified
   11:24
dignity
   14:6
Dimaggio
   13:11
diminished
   74:3
diminishes
   71:7

directed
   10:10 12:8
direction
   89:14
directive
   12:21
directly
   44:3 46:10
Director
   3:16 4:4,7,9,
   11,13,15,17
   5:1,3,6 12:20
DIS
   42:18
disappears
   71:7
disassociate
   65:9
discernment
   19:23 70:7
discomfort
   13:15 89:3
disconnect
   63:19
discontinuation
   16:16
discourse
   6:12
discovered
   26:21 95:5
discredited
   55:25
discretion
   11:20
discretionary
   45:8
discuss
   8:15 41:15

Med Def_000987

discussing
6:12

discussion
8:3,5 10:23
18:10,24
22:10 29:16
46:15,23
47:12 93:19

diseases
33:17

disorder
72:16 73:19
78:16,22,23

disorders
89:6

disproportionate
63:6 79:10

dispute
29:5

disrupt
6:17

disruptive
6:14,15

disseminate
40:16

dissemination
17:12

dissociating
66:19

distress
28:3 73:7

distributed
29:8

diverse
27:18

divisions
52:20

divorce
93:24

doctor
75:20 81:9
86:2 97:15

doctor-patient
86:10

doctors
43:6 59:11
74:4 75:25
76:1 78:23
80:11 81:7,24
84:17 95:12,
18 96:10

documented
95:18

donated
77:7

Donna
3:17 9:4
40:23 48:17

DOS
31:23 35:23

dose
90:6

double
25:9 95:12

doubt
64:22 87:8

dozens
52:20 64:18

draft
8:3 17:17
39:14

drafted
55:10

draw
25:19 52:19,

24 92:9

drawing
31:25 32:11

drawn
7:17

dropped
72:19

drove
75:16

drug
16:14

drugs
66:16 90:18

DUCATEL
47:25

due
12:6 19:25
62:17 73:4
78:25 90:13

duly
5:7

duration
6:15

Dutch
22:14,19,22
23:1,4,12,14,
20,25 24:5,9,
13,19 26:3

duty
26:11 53:4

dysfunctional
66:5

dysgraphia
73:20

dyslexia
73:20

dysmorphia
92:13 93:1,11

dysphoria
8:5 10:7
11:10 12:13
14:21 15:1,6,
10,16 17:1
22:5,15 24:3,
6 27:16,21,25
29:6 39:17
42:24 57:4
59:8 63:18
65:3,11,15
67:1 73:24
84:1 89:11

dysphoric
24:10

_____

E

earlier
57:3 68:17
93:8 98:22,25

early
10:4 23:15
24:3,4

earned
76:23

easier
65:1

eat
79:1

eating
78:23 89:6

echo
19:16

Ed
3:16 8:14

effect
9:19 36:2
46:9

Med Def_000988

effective
9:23 14:23
15:3,8

effects
16:13 27:4,6
72:12 74:23
90:9

effort
17:2

eighth
94:17

elect
18:2 50:22

elected
18:16 51:3
53:5

election
56:4

electronic
5:24

elements
14:19

Eleonor
77:6

email
76:13

emails
77:23

emancipated
95:17

emotional
79:22 89:10

emotionally
14:4 70:8

emphasize
11:14 24:2

employment
13:21

emulate
17:3

encountered
31:14

encourage
7:1 54:9,12
70:11

encouraged
66:2 84:16

encouragement
89:15

encouraging
89:9

end
6:20

Endocrine
13:5,16

endocrinologist
13:1 95:9

endocrinologist
s
12:12 13:14

energy
65:8

engage
52:20

engaged
71:13 93:21

England
26:1

enroll
37:10

enrolled
37:5

ensuing
10:23

ensure
11:20 17:12

18:18 81:8

entails
81:23

entire
19:21 55:20
56:5

entirety
38:6

entity
44:4 46:11

environment
41:13 81:1
93:2,3,12

epidemiology
17:13

episodes
90:11

equal
10:18

equally
54:11

equitable
6:21

equivalent
29:2

erased
55:14

Erin
60:21 64:4,6,
14

escape
83:16

escort
59:14

Eskamani
11:21 50:10
51:17 54:24,
25 55:4

espoused
13:16

essence
53:24

essential
18:7

essentially
12:10

established
56:20

estimate
62:13

estimated
46:7

estimates
62:20

ethical
26:16 27:13
28:4,6

ethically
27:3,10

ethics
28:11

euphoria
65:7

euphoric
84:8

Europe
28:8

European
11:9

Eventually
79:22

evidence
23:3 24:20,25
25:2,25 26:3
55:23 92:16
94:1

Med Def_000989

evidence-based
  81:12
evident
  6:22
evoked
  61:18
examples
  32:20,23
  33:5,9
exceeding
  73:10
exceedingly
  63:3
excellent
  28:2
exception
  11:19 15:14
  26:7
excess
  44:4 46:11
excluded
  24:8,9,13,17
exclusion
  23:25 54:8
exclusively
  14:20
excuse
  8:18 9:5 39:4
  58:14 59:13
  64:8
excused
  2:20,21,22
  3:9,15 4:16
  82:17
execute
  53:1
executed
  53:8

executive
  3:16,25 4:4,
  7,9,11,13,15,
  17 5:1,3,6
  12:19 27:8
exemption
  14:14 18:8
  28:18 30:6,7,
  22 34:22
exist
  37:8
existing
  9:17 62:9
exists
  55:19
expect
  56:9
expectant
  83:10
expectation
  6:11
experience
  28:5,7 34:17
  57:4 68:24
  70:24 71:2,9
  98:7
experienced
  73:3,21 83:13
  89:16 91:2
experiences
  91:10
experiencing
  63:18 90:10
experiments
  26:22
expert
  20:9,13 56:22
expertise

  12:15
experts
  10:18 11:14
  12:9 14:8
  19:25 24:24
  53:25 55:24
explanation
  19:4
exploratory
  91:13
exploring
  91:12
express
  62:25
expressed
  14:5
expression
  60:11
extend
  18:18
extended
  7:20 13:3
extends
  14:10
extensive
  19:18,24
extent
  12:16 26:4
external
  62:17
extra
  57:2 81:8
extremely
  19:6 25:4
  80:4
eyelash
  81:15,20

eyes
  98:8

_____

F

_____

Facebook
  75:12
faced
  16:1
Facial
  84:6
facilitate
  7:12
facilities
  33:8
facing
  66:9 91:8
fact
  20:13 55:15
  58:13 79:2
factors
  62:17
facts
  20:23
fails
  48:16
fair
  10:13,14
faith
  18:7 28:21
fall
  36:14
falls
  14:15
false
  23:21,22 24:1
  95:7
families

Med Def_000990

53:16,20
81:24

**family**
72:1 75:16
77:16 78:2
80:24 83:19
84:16,20
86:23 89:4

**fascism**
86:13

**fashion**
11:19 29:1
52:11

**father**
93:22

**fault**
65:16

**favor**
30:3,6 31:4
38:21 39:23
44:10,20
45:21 46:16,
24 47:21

**fear**
97:22 98:8

**feared**
24:14

**February**
85:1

**federal**
26:10

**feel**
15:24 28:18
34:23 79:25
81:19 86:24
94:22 97:13

**feeling**
63:13

**feelings**
6:9 64:20
66:14,18
86:19 98:21,
24

**feels**
65:6

**fell**
12:2

**fellow**
97:11

**felt**
53:20 63:14
65:4

**female**
58:12 59:2
70:1 89:4

**females**
11:5

**fiber**
83:11

**field**
25:22 26:14

**fight**
88:6 96:8

**fighting**
80:9 86:22
96:23

**final**
94:17

**finally**
20:17 47:4
56:24

**find**
37:10 68:2,3
85:8

**finding**
25:13

**fine**
77:20,21
85:22

**finish**
85:10

**Finland**
12:24 26:1
28:9

**fitting**
89:5

**fix**
84:5,24

**fixing**
85:3

**flat**
25:16

**flawed**
23:2 65:19

**floor**
18:23

**Florida**
2:7,9,12 5:1,
6 6:6,25 8:9
9:1,3 10:19
11:1,5 12:22
13:15 15:19
17:19,20
35:22 39:20
42:13 43:4
44:5 46:12
47:7 49:24
55:23 56:5
59:11 60:1,3,
17 61:2,8
67:3 70:23
75:9 76:17
77:18 80:21
86:4,6,13,14
91:23,24 92:3
94:21 97:7

**Florida-**
12:11

**Floridians**
52:24 53:19
54:15,17 69:5
86:22 97:12
98:1

**flown**
61:12 75:12,
13,15 86:20

**focus**
71:18

**folk**
68:11,19,23

**folks**
29:11 52:20
67:18,22
68:10

**follow**
60:2

**follow-up**
23:8 25:18

**forced**
76:10

**foreskin**
87:9

**forever**
90:25

**form**
16:21 17:10

**formal**
10:6 13:3,6
21:20

**forms**
7:12,14 60:4

**fortunate**
91:2

**forward**

Med Def_000991

9:17 31:18,
19,21 32:6
40:4 41:9
43:14,17
53:10 54:13
57:22 70:12

**found**
10:23 13:23
20:4 78:12

**foundation**
23:1

**founder**
86:3

**fourth**
15:3 16:23
72:8

**frames**
9:21

**Framingham**
70:16,17
72:6,9,10

**frankly**
72:2

**free**
10:22 14:11,
12 86:17

**freedoms**
53:24

**freest**
88:8

**frequently**
78:24

**Friday**
5:4 56:7

**Fried**
50:7

**Fried's**
52:17

**friend**
28:15,17 92:6
98:4

**friends**
75:15 77:2
78:15 86:2,23
97:7,12

**front**
37:25 79:24

**fully**
80:10 81:3,17
89:17

**function**
22:23 27:12

**furthered**
95:7

**future**
26:23 35:8
92:2 95:23

---

**G**

**Gadia**
4:9,10

**Garcia**
3:10,11
34:11,12

**gas**
84:11

**gathering**
80:22

**gave**
66:23 77:1,2
79:11

**gender**
8:4 10:7
11:10 12:13
14:21 15:1,6,
10,16 17:1

22:5,15 24:3,
5,10 27:16,
18,20,25 29:6
39:16 42:23
57:2,4 59:7
60:10 63:17,
18 65:3,11,15
67:1,18,21,
23,25 68:11
72:11 73:24
83:23,25
88:11 89:11
91:4,11 92:13
93:1,11 95:3,
15 98:21,24

**gender-
affirming**
59:20 60:6
73:9 81:14
87:5,6 88:25
92:23 97:18

**gender-
conforming**
68:23

**general**
10:16 26:12
29:13

**generally**
17:3

**generation**
67:12

**Genesis**
58:24

**genital**
22:21 87:3,6

**genitals**
79:8

**gentlemen**
10:1

**gift**
66:24 67:2,3

**girl**
61:24 65:1,9,
15,18 84:13
89:3 98:17

**girls**
64:18 89:5,9

**give**
32:22 66:17
68:13 81:3

**gleaned**
92:5

**goal**
56:16

**goals**
53:6

**God**
58:25 59:1,2
88:10,12

**good**
2:5 5:4 18:7
24:20 28:21
29:21 42:7
43:11 50:2
57:11,15
60:23 63:9
70:21 72:9
77:8 81:18
91:21 94:9

**government**
52:25 86:17

**governor**
76:19 82:15

**governor's**
45:6 77:3

**Gowski**
57:18,22
58:7,10,22,24

Med Def_000992

59:20

**grandmother**
69:18

**granted**
10:18 63:6

**granting**
67:2

**grappling**
66:10

**grateful**
65:22 66:25
90:25

**grave**
88:24

**great**
28:9 61:2
81:18 87:11

**grew**
84:6

**Grifter**
75:14

**group**
7:22,24 23:7

**grow**
69:22 70:2

**Growing**
83:13

**grown**
72:18

**growth**
66:3 74:22

**guardians**
71:1

**guess**
71:15

**guide**
57:2

**guidelines**
7:4 13:16

**guise**
60:5

**guy**
67:12

**guys**
68:19 76:7,11
77:17 92:4

**gynecomastia**
61:22

---

**H**

**hair**
79:9 84:6

**half**
87:11,13

**hand**
30:4,5,8,10,
23,24 31:5
38:22 49:18

**handed**
51:21 57:16,
17

**handled**
7:15

**hands**
49:4 78:3
87:19,21 93:6

**hangups**
93:16

**happened**
65:12 66:23
91:8 95:2

**happening**
27:20

**happier**
71:3

**happiness**
95:23

**happy**
25:15 71:10
89:18 95:22
96:2

**hard**
24:20 85:4,21
92:9

**harm**
19:25 20:8,
12,22 21:3
24:14 28:10
45:17 54:16
55:19 56:12
59:23 60:1
61:18,19 62:1
68:4 69:5
71:22 72:25

**harmed**
20:19 63:21

**harmful**
61:21,24

**harming**
96:10

**harms**
26:2 72:11

**Harris**
50:23,24
51:12

**hat**
18:21

**hateful**
86:12

**Hawes**
80:16,17
82:25 83:2,3,
7,9 85:12,15

**head**
82:7 98:6

**heal**
92:12

**healing**
66:24 85:9

**health**
17:4 24:7,11,
16,17 26:18
27:1 47:6
49:23 56:20
70:23 72:17,
25 73:9,12
74:22 84:8
90:9 91:9,13
93:9 95:17,
23,24 96:23

**healthcare**
53:25 54:8,15
56:25 57:7
59:23 73:23

**healthy**
61:24 66:5
95:22

**hear**
21:22 22:6
58:8

**heard**
21:17 40:3
46:19 47:2
53:14,15,22
83:24,25 87:3
93:8

**hearing**
9:6,7,8,9,11,
14 19:18,24
20:20 29:17
54:7

**heart**
80:8

heavy
67:17

Hector
77:10

held
10:20

Helena
85:17,18
88:14,20,22,
23

helped
65:23

helpful
72:23

helping
79:24

Helsinki
26:19

heterosexual
67:11 87:16

Hey
87:8

high
90:5

high-
17:6

high-quality
11:16 17:12
29:9

highest
16:12 62:20

highly
68:24

Hippocratic
60:1 62:2
77:19 86:25

hips
79:11

history
89:4

hold
9:7 37:20
43:16 59:13

Holler
10:19

Holleran
69:15 70:15,
19,21,22

Hollywood
13:12

home
78:15 81:2

homophobia
66:10

honest
96:15

honored
53:6

hope
71:14 93:6

hopeless
79:25

hoping
24:1

Hopkins
13:10

hormonal
15:7 16:16
20:19 25:3

hormone
15:5,9 20:1,
10

hormones
22:21 27:2,9
59:22 64:23
66:4,7 72:17

74:18 89:19
90:4

horrible
34:5 65:11

horrified
61:10

horrifying
63:21

hospital
12:24 13:9,
10,12 78:24
90:15

hospitalized
78:25 90:14

hospitals
84:14

hosted
10:16

hours
75:17

house
17:19 41:15
84:11

housekeeping
5:25

human
26:15,16
67:20 72:2
98:21,24

humans
98:20,23

Hunter
2:23,24 14:14
19:11,13
22:8,11,13
28:17,19
29:15 35:19,
20 36:1 42:9,
10,11

hurricane
12:6

hurt
65:16

husband
73:4

hypocritical
87:1

hysterectomy
84:23 95:13

---

I

idea
26:8

ideally
40:6

ideas
35:13

ideation
71:6 78:20

identified
89:17 95:2

identifies
59:8

identify
7:23 8:1
67:10

identifying
72:13 90:21

identity
64:19 65:21,
24 71:3 95:3
96:8

ideology
59:4

III
3:20 4:20

Med Def_000994

illegal
  68:3
illness
  72:24 90:23
illusions
  59:9,10
image
  58:25 59:1
  89:10
imagine
  69:6
immediately
  18:13 83:23
impact
  44:1 55:17,18
  91:4
impacted
  56:18 72:11
implant
  73:17
implementation
  44:6 46:12
important
  5:16 16:18
  27:14 62:23
  74:15 96:5
importantly
  15:13 16:23
  23:9 82:8
impossible
  63:14 80:8
improve
  84:9 92:17,20
improvement
  92:18
in-person
  20:18

inability
  79:1
incidence
  27:20
include
  8:2,10 14:14
  15:20 27:7
included
  15:14
includes
  39:6,15
including
  16:11 60:5
  64:25 68:6
inclusion
  23:25
inclusive
  67:17
inconsistent
  31:16,23
incorrect
  16:22 17:10
  29:3
increase
  44:3 46:10
  68:6 69:4
increased
  65:8 79:6
increasing
  74:14 79:3
incredibly
  66:25
incumbent
  40:15
indicative
  25:21
indirectly
  44:3 46:10

indiscernible
  30:12 47:24
  50:14 51:9
  53:19 74:10
  76:25 82:14
individual
  6:17 7:23
  32:3 42:20
  82:10
individuals
  9:11 36:17
  37:8
indoctrinated
  78:14 95:3
infant
  87:8
infertility
  27:13
influence
  91:6
inform
  52:19 54:10
information
  3:21 54:10,17
  57:3 63:13
informed
  74:19
infrequently
  11:3
inherently
  65:18
initially
  12:5 65:6
initiate
  10:6 11:25
initiated
  39:19
inject

95:10
injections
  84:2
insisted
  10:17
insistent
  64:15
instances
  11:4
institutional
  15:17
instructions
  5:11 8:10
  40:9
intelligence
  96:22
intend
  6:7 21:23
intended
  10:5
intense
  66:18
intent
  17:11 18:3
  19:7 38:12
intentional
  60:7
intentions
  24:21
interest
  47:6 55:11
interested
  7:1,5,8,18,
  21,24 90:1
international
  12:15 71:17
interpret
  89:10

Med Def_000095

interpretation
  35:21
interrupted
  75:9,10
intervals
  17:25
intervention
  16:14,16
interventions
  28:24 66:8
interviewed
  23:16
intimidated
  89:24
intimidation
  13:23 14:12
introduced
  7:7
intrusion
  86:18
invalid
  98:7
investigational
  28:24
investigations
  17:14
investigator
  17:23 28:25
  39:18
investigator-
initiated
  15:18 17:7
investigators
  18:1
invitation
  13:3,6
invitations
  13:7

invite
  7:1 12:9
  50:8,11
invited
  13:18
IRB
  21:1 39:18
  54:3,13
irregular
  79:19
irreversible
  16:8,13 19:25
  20:8 21:3
  59:24 73:3
irreversibly
  20:19 63:20
isolated
  63:14 71:11
issue
  5:25 6:6 7:10
  10:12 37:6
  73:12 74:4
  80:24
issues
  6:9,12 24:7,
  11 32:25 65:3
  73:19,22 79:6
  89:5 91:9
item
  7:7 20:24
  21:10 22:4
  31:5 34:25
  35:4

—————————
           J
—————————

Jackie
  73:2
Jackson
  4:16

JAMA
  25:6
January
  23:17
jeopardized
  13:22
Jesus
  85:7
job
  56:11 66:15,
  16 81:16
Joe
  13:11
Johns
  13:10
join
  57:6
joined
  13:1
joint
  2:12 12:2
  14:16 41:14
journals
  25:23
journey
  90:22
joyful
  90:20
Jr
  77:10
Julie
  70:16 72:6,9,
  10
June
  10:4 23:13
Justice
  3:12,13

—————————
           K
—————————

Kaitlynn
  83:4,6 85:16,
  20,22,25 86:1
Kate
  86:1
Katie
  86:1
Keever
  88:15,16,18
  91:17,21,22
  94:6,9
kid
  64:15 72:15
  79:22
kids
  55:13 68:6
  71:22 78:12
  79:20
kill
  65:1 71:24
  83:21
kills
  78:1 97:8
Kimberly
  78:5,6,7
  80:15,18,20
  82:1,18,21
  87:23
kind
  34:7 43:8
  62:1 76:22
Kirschner
  85:18 88:14,
  20,22,23
Kirsh
  4:13,14

Med Def_000996

knew
 11:21 63:5
 83:19

knowledge
 19:23 68:14

_____

L

lack
 20:9 62:11,17
 63:21

Ladies
 10:1

language
 8:3,8,20,23,
 24,25 9:13,
 15,17,22 12:4
 31:20,22
 35:16 38:14
 39:14 40:12
 41:9 69:3,7

languages
 32:13

large
 11:9 12:18
 13:4 27:24
 62:16 79:11

larger
 7:22

lasting
 74:23

lastly
 11:13

late
 24:9

law
 77:14

laws
 56:24 88:10

lead
 23:14 27:11,
 12 63:2

leader
 67:13,19

learn
 69:10

learned
 10:25 11:7
 74:1 78:11

leave
 34:1 58:20
 84:11

led
 25:13 63:2,
 15,17,19

left
 12:19 66:7

legal
 16:4 34:16

legislate
 52:25

Legislative
 12:3

legislature
 17:21 18:4
 21:8 56:10

Leia
 98:15

let alone
 86:17

letter
 84:1

letters
 19:19

LGBT
 54:15

LGBTQ
 52:18,23

liberties
 53:24

licensed
 12:12 70:22

lie
 59:5

lies
 26:10

life
 66:1 71:4,14
 74:13,24
 78:15 80:9
 86:18 89:18
 90:20 91:5
 96:1,4

lifelong
 61:3

lifesaving
 56:25

lifestyles
 68:16

light
 29:10

limit
 24:1

limited
 6:20 7:18
 14:20 16:2

limiting
 53:24

listen
 58:3,14 75:20
 76:12 92:18
 94:2,4

listening
 58:5,6 88:3

92:15

litany
 90:18

literally
 68:14

live
 71:13 77:25
 93:15

lives
 23:18 55:12

living
 96:4

logic
 75:20

long
 37:16 63:24
 65:13 93:15

long-
 23:12

long-term
 15:20 23:10
 63:9 91:13

longer
 26:8 79:1,12

longitudinal
 15:20

looked
 19:20 35:7

lose
 79:9

loss
 27:11 73:4
 74:2,6,10,11,
 21

lost
 23:15 25:17
 79:13

Med Def_000997

**lot**
68:16 69:20
83:13 87:3
89:7

**loud**
75:7

**love**
71:9 80:5

**loved**
78:14 82:12
88:4

**loving**
66:21 80:25

**low**
25:1

**lumbar**
74:12

---

**M**

**mad**
55:9

**made**
16:24 19:6
22:1 23:17
56:1 59:2
80:1,3 81:23

**magnitude**
32:22

**mailers**
56:6

**major**
11:1 56:4

**majority**
24:11 62:16
63:7,8

**make**
5:2 8:15 9:12
10:3 17:5

18:17 21:23,
24 22:1 34:23
36:13 37:15
38:12 39:13
48:8,10,12
53:8,25 68:2
69:24 70:3
76:3 78:2
81:19

**making**
6:14 16:6
19:7,10 94:1

**male**
58:11 59:1
67:9 70:1
84:15 85:5
95:2,8

**man**
58:25 61:22
84:20 93:20

**mandate**
17:15,22

**mandated**
45:11,13

**mandatory**
45:8

**manner**
10:13 73:13

**marry**
93:23

**mastectomies**
16:11

**mastectomy**
11:6 25:9,11
61:20 95:13

**material**
39:5

**matter**
10:13 12:9

14:8 31:17,24
37:13 59:6
66:18

**matters**
5:13 7:2,6

**mature**
70:3

**Mcnulty**
3:17 39:4,8,
10 40:24
41:2,7 48:5,
8,18,23
49:11,13,20
50:1

**MDS**
31:24 42:18

**meaning**
18:20

**meaningless**
25:19

**means**
38:2

**measures**
62:4

**mechanism**
36:20 65:21

**medical**
10:5 11:9
13:4,20 15:19
16:4,6 26:9,
15,16 27:23
29:9 39:20
54:1,10 57:2
58:13 60:5
62:7,11,13,14
63:8,22 68:3
72:23 73:9
77:10 79:23
93:17 95:18,

24

**medicalized**
60:6

**medically**
66:2 80:2

**medication**
37:3

**medications**
20:1,3 37:1

**medicine**
2:7,9,12,13
3:16 4:3,18,
22 5:1,7 6:3,
4,25 7:1
13:25 14:16,
17 17:24
18:12,14
26:12,24
28:12 29:2
30:16,18,19,
20,24 31:4,
20,21 32:5,6,
15,16 33:3,24
34:1 37:25
38:5,21 40:20
41:15 43:23
45:9 46:6
56:11 59:12,
25 60:24
62:1,11 92:19
93:7

**medicines**
28:24

**medium**
63:9

**meeting**
2:11 5:7,8,
12,15,19,21
6:10,16,18,
19,20,24 7:9

Med Def_000998

```
      8:2,7 10:2,9,        mentioned           minors              modification
      15 11:24               57:3 90:16          11:2,4,10           89:12
      12:5,8 13:2         mere                   12:13 14:21       mom
      14:2,16 19:21         25:14                15:1,4,10           83:20
      21:22 26:6         merged                  16:2,5 17:1       moment
      41:14 51:23           93:16                20:14 21:6          77:25
      56:14 61:10        mess                    22:5 26:25        money
      75:10                 77:6                  27:1 29:6           62:17
    meetings            message                  35:1 39:17       monogamous
      9:10 55:20,24        66:17                  45:18 59:24         67:11
      61:9 68:25        messages                  89:1 93:9       months
    Megan                 10:24               minute                19:5 23:8
      69:15 70:15,      methodology             76:14 87:10         25:6,14,19,20
      19,21,22            23:6                 minutes               37:4 79:7
    member             Miami                     7:19 50:9,11        83:24 84:3,12
      72:2                13:9 43:4              52:9,13 55:2      Mosley
    members            mic                       57:23 60:19         75:3,4 78:4,
      5:12 10:22          53:17                  64:5 67:6           10,11
      14:6 18:10       microphone               70:20 80:19      mother
      30:20 35:14         52:13                  94:19               69:18 73:2
      39:25 42:20      microphones            misgender              75:22 82:12
      44:12,22           6:2                     88:4                83:10 89:22
      46:5,17,25       middle                 misinformation         94:21
      52:15 64:6         83:15                   57:1             motion
      67:15 96:21      Mike                    mispronouncing        14:13 18:11
    membership           29:19                   98:16               21:13,20,23
      67:15            miles                   mission               22:1,7,10
    men                  80:4                    6:5                 28:15 29:18,
      65:16 82:13      milligrams             mistake                22,25 30:3,5,
    Mendez               90:7                    65:17               9,25 31:3
      4:7,8            mind                    mistaken              32:4,5 35:9
    mental               55:12                   62:22               38:1,12,13,
      16:5 24:7,11,    minds                   mistakes              16,18,19,22,
      16,17 27:1         98:11                   65:14               23,24 39:11,
      54:15 70:22      minor                   model                 13 40:3 44:23
      72:17,24           44:16 46:22            22:24 88:25          45:25 46:19
      73:9,12 79:22      59:7                  modern                47:2 48:3,4,
      84:8,14 90:9,                             62:2                 6,10,12,16
      23 91:7,9                                                      49:1,2,19,20
      93:9 95:17,24                                                 62:1
```

Med Def_000999

motions
  37:24
move
  9:17 21:6,9
  22:3 31:18,
  19,21 32:6
  35:3 38:7
  43:14 44:7,17
  45:3,19 46:7,
  20 47:4 49:14
moved
  21:18 80:4
moving
  41:8 54:12
multiple
  20:18 84:17
  97:16
multitude
  70:10
mutilate
  95:19 96:18
mutilating
  59:22
mutilation
  87:4,6
mysterious
  90:17,23

N

named
  73:2
names
  57:16 77:23
narrative
  83:22
narrow
  34:7 69:1

Nathan
  50:6 52:15,16
  54:20
National
  17:4
natural
  60:10 66:13
  86:16
navigation
  15:25
nay
  11:19
Nazi
  82:15
Nazis
  82:23 83:2
necessarily
  33:18 68:20
necessity
  53:3
neck
  79:11
needed
  28:10 66:22
  84:2
needle
  35:17
negative
  14:4 27:4,6
  91:3
neo
  16:11
neurodevelopment
  27:7
nice
  54:24 56:2

Nicklaus
  13:9
NICU
  75:23
Nieves
  4:20
nihilism
  62:5,7
Nikki
  50:7 52:16
non-
  67:21 86:5
non-binary
  71:1 80:24
  81:13 86:9
  87:12,22 97:8
  98:4
non-conforming
  67:18 68:11
non-residents
  61:12
non-surgical
  15:15 17:5
  35:10 39:16
normal
  27:4
Northwestern
  25:8
noticed
  5:7 68:17
notification
  10:4
notion
  53:13
Nova
  43:5
November
  2:10 5:4 56:7

numb
  66:16
number
  7:21 21:3
  34:25 36:13,
  14 38:14
numbers
  62:12,15
Nuremberg
  26:17
nurse
  91:22
Nutt
  67:7 69:13,
  14,17

O

oath
  60:1 62:3
  77:19 86:25
  87:1
objective
  24:22
obtain
  37:1 64:24
obtaining
  37:2
obvious
  91:3
occurring
  26:2
occurs
  9:14
OCD
  84:21
October
  12:7 13:19
  14:1

Med Def_001000

Odysseus
  16:1
offer
  61:8,13 73:24
offered
  11:2,3
office
  4:19 11:23
  33:6 45:7
  51:10,14
officer
  3:21
official
  52:18
officials
  18:16
oncologist
  28:22 76:17
one's
  16:10
one-third
  62:22
ongoing
  16:22
online
  56:22 78:12
  89:7
onset
  10:10 24:3,4,
  10
open
  18:9,23 22:10
  29:15
operations
  3:19 4:19
opines
  16:20 17:9

opinion
  59:4
opinions
  14:6
opportunity
  7:6 18:19
  53:21 55:5
  60:25 61:16
opposed
  13:4 31:7,10
  40:2 41:15
  44:13 45:24
  46:18 47:1
  49:17
opposing
  10:20 57:6,7
opposite
  59:8,9 76:12
  96:19
opposition
  11:22 40:3
  46:19 47:2
  51:21 56:13,
  14 91:24
option
  37:18 54:9
  64:22 96:13
options
  73:25
oral
  10:25
order
  2:11 9:5
  64:19
organization
  82:5
Organization's
  26:18

original
  23:18 90:20
osteopathic
  2:9,13 4:3,
  17,22 6:3 7:1
  14:17 17:24
  18:13 30:19
  31:4,21 32:6,
  16 33:3,16
  34:1 38:5
  40:20 46:6
osteopenia
  74:12
osteoporosis
  74:16
outcome
  19:8 22:17
  23:23 54:16
outcomes
  15:22 17:13
  23:19 62:10
  63:10
outpatient
  90:16
outrage
  63:5
outreach
  63:11
ovarian
  79:18
overtreatment
  62:5,8
Oxford
  12:23

_____

_____
            P
_____

p.m.
  5:5

Pages
  2:25 3:1
paid
  53:5
pain
  66:16 79:18
  80:6 92:13
  97:22
pains
  55:9
pair
  69:15 72:8
  78:8 88:18
  94:17
pairs
  88:19
paper
  22:16 24:5
  25:21
papers
  22:16
paragraph
  28:16 38:2
paranoia
  90:11
pardon
  3:25
parent
  80:23 81:23
Parenthood
  89:25
parents
  55:13 61:15
  69:9 71:22
  81:3,5 88:3
  96:6,7,11
Park
  76:17 78:5

Med Def_001001

Parker
72:7 75:2,3,
6,7

part
5:23 7:11,22
35:10 44:15
46:21 52:19
62:23

participate
71:13

parties
7:2,5,8,18,25

party
7:21 56:5

pass
17:21 19:13
87:18,20

passed
14:15 16:21
17:9 40:13
45:16

passing
84:7,12

passion
10:22

past
19:5 55:24
72:14,22

path
92:12

patient
81:24

patient's
15:21

patients
16:17 20:5,
18,21 21:4
24:9 25:8,10,
15 92:20

patients'
23:17

Paul
3:15,24 4:25
5:5 12:19

pay
93:22

peace
98:19

pediatric
12:12 13:14
95:9

pediatricians
12:12

Pediatrics
13:17 25:7

peer
67:14

peers
98:12

penectomies
16:11

people
6:5 27:15
49:3 50:5
54:18 55:9,
11,12 56:12,
25 57:4 61:15
62:19,25 63:4
68:1,5,16
69:8 70:10
71:9 74:25
75:10,16
80:12 81:14
82:9,22,23
83:1 84:13
86:20 91:15
92:15,22,25
93:13 94:2,4

97:22 98:19

people's
55:11

perceived
10:14 13:24

percent
23:15 25:17,
18 27:17
60:11 62:15
74:9,10,11

percentage
20:5,7 67:17
71:18

performed
39:17 95:12

performing
42:18

period
23:8,9 48:13
84:6

permanently
96:1

permits
7:20

persisted
79:5

persistent
64:16

person
16:20 17:8
52:8 59:8,14
65:20 66:20
68:12 77:25
86:16 92:1

persona
65:10

personal
6:9 71:8

86:18,19
93:17

personality
72:16 78:16,
22

personally
28:18 72:10

persons
7:22

perspective
28:22 34:16
53:18

Petersburg
13:11

petition
10:6,8 11:22

phones
77:23,24

phonetic
77:20 94:15
98:15

phrase
36:22

physical
72:25 74:22
91:3

physically
70:9

physician
19:25 74:17
93:19

physicians
13:8,18 33:7,
16 42:17,18,
24 67:14

physiologic
15:21 16:8,13

physiology

Med Def_001002

27:5

**picture**
80:23

**pieces**
93:22

**Pietro**
4:11,12
36:11,12,23
37:11,14
39:13

**Pimentel**
3:2,3 77:6

**pioneered**
22:14

**place**
9:8 48:14
52:22 56:15
67:20 96:5

**plan**
52:5

**planned**
89:24 95:21

**pleased**
12:21

**podcast**
23:16

**poignantly**
13:25

**point**
8:22 11:13
18:9,23 36:12
39:2 42:8
43:13 50:3
72:19

**pointed**
92:7

**poison**
95:19 96:17

**political**
56:10 68:25
92:7

**politicization**
57:7

**poor**
24:25 26:3

**population**
24:13 68:7,8

**portion**
52:5

**pose**
16:18

**position**
7:10,16 10:2,
17,18,20 13:5
29:13 45:11
52:22

**positions**
7:17 13:20
14:4

**positivity**
89:15

**possibility**
62:6

**possibly**
12:4 69:6
74:23

**post**
24:10

**potential**
86:8

**potentially**
55:18

**power**
53:2 96:9
97:14

**powerful**

14:5

**practice**
8:4 12:25
22:4 26:12
43:8 59:12,25
60:5 77:10

**practices**
81:12

**practicing**
13:8,14

**precautions**
81:9

**precocious**
74:6

**predicate**
45:16

**predominantly**
53:18

**prefer**
96:17

**preference**
61:11

**preparation**
12:8

**prepared**
70:17 75:4
80:17 85:18
91:19

**prescribe**
90:3

**prescribed**
90:7,18

**prescribing**
74:5 80:12

**present**
2:16,18,24
3:1,3,5,7,11,
13,15 4:6,8,

10,12,14,16
9:12 10:5,23
83:2

**presented**
8:21 10:8
17:19 28:23
39:2

**presently**
17:15

**president**
17:20 75:8
82:4 86:3
97:5

**pressing**
11:15 35:18

**pressures**
62:18

**prestigious**
25:23

**preteen**
73:6

**pretend**
65:10

**Pretty**
84:7

**prevail**
28:11

**prevented**
72:3

**prevents**
82:2

**previous**
61:18

**previously**
37:2 73:18

**priceless**
82:6

primary
  6:4 14:25
principal
  17:23
principles
  26:16
prioritizing
  91:12
Prisha
  75:3,4 78:4,
  10
private
  12:25 67:13
privilege
  2:6 70:25
  86:11
pro
  51:21
pro-anorexia
  78:13
proactive
  54:14
problem
  25:24
problems
  23:3 24:8,16,
  17 27:1 78:19
  93:9
procedure
  14:24 43:7
  53:2
proceed
  8:16 18:14
  31:12 55:3
  80:19 83:8
  88:21
proceeding
  2:2

process
  6:21 7:13
  8:11,16 9:7,
  18 53:2,4,7,9
  54:16 55:20
  58:2 91:7
processing
  66:23
produce
  16:7
produced
  63:19
productive
  10:23 11:24
profession
  24:18 27:23
  42:21
professional
  56:19,22
  71:12
professionally
  79:14
professionals
  68:3 71:19
  73:10,23
  95:25
profound
  90:10
profoundly
  13:25
program
  3:18 4:18,19
  43:1,3
programs
  43:10 52:21
progress
  6:17 8:2,7
progressed

53:9
prohibited
  15:2,12 59:25
prohibits
  80:11
Project
  92:25
prominent
  24:23
promise
  77:22
promises
  90:20
pronouns
  61:1
proponents
  20:10,13
proposal
  14:18,19
  15:13
propose
  17:18 21:20
  54:9
proposed
  7:21 8:8 9:13
  20:24 22:4
  38:13 39:14
  44:1,2 46:8
  54:3
prospective
  14:22
protect
  53:12,15,16
  74:25 97:14
protecting
  6:5 53:15,23
  60:16
protection

60:4 74:15
protections
  62:8
protocol
  21:1 22:19,22
  23:1 26:3
  37:5
protocols
  36:25
proud
  61:3 86:4
provide
  7:2,6,8,19
  21:8 45:9
  69:9 96:16
provided
  7:12
providers
  54:1 56:15
providing
  20:16
provision
  44:25 45:9,12
  47:4 48:9,19
  49:15,17
provisions
  15:20
pseudonyms
  7:25
psychiatric
  90:18
psychiatrists
  84:18
psychologic
  15:22 16:8
psychologist
  89:21

Med Def_001004

psychosocial
27:6

psychotherapy
28:4,5,7 85:4

PTSD
63:16 84:19

pubertal
24:10

puberty
20:1 22:20
35:2 59:21
60:13 61:23
63:17 64:23
66:2,6 73:4,
5,11,14 74:2,
6 83:15

puberty-
15:8

puberty-
blocking
15:4 73:17

public
3:20 5:8,18,
21,23 6:19,21
7:5 8:6 9:12,
15 11:17 14:2
18:14,19,21
40:16 43:14
51:20 54:22
56:11 61:9,11

publicly
18:16

publish
8:25 40:12,
19,20

published
8:9 9:22 18:2
22:15 25:22
68:9 77:24

publishes
9:3

publishing
41:9

pulsivity
79:6

purpose
41:14

purposefully
86:12

purposes
53:6

pursuant
8:11

purview
17:15

put
9:7 19:9 34:3
37:8 52:22
54:17 79:21
82:6

putting
6:8

---

**Q**

quality
17:7 24:25
25:3,21

Queen
75:14

queer
86:5 87:14

question
18:11 27:21
29:18,19
30:1,2 32:19
34:2,3,20
41:13 42:11

48:6,21 49:6
90:19 93:8
96:15

questionable
25:4 56:1

questions
26:24 27:13,
22 35:18
40:25 41:2
57:12 64:1
96:13

queue
58:2

quickly
78:14

quit
80:3

quorum
3:22 4:21

quote
58:24 93:18

---

**R**

Rachel
57:19,20,21,
24 60:19,23
61:1 64:1

radiation
76:17

radical
95:13

rage
90:11

raise
30:3,7,9,22,
24 31:5 38:22
49:4,17 79:15

raised

23:5 61:2
73:13 74:4
97:9

ran
83:18

randomized
7:16 11:18
18:20 51:20
52:11

randomly
7:17

ranged
25:10

rape
78:17 86:10

raping
93:21

rare
20:14 63:3

rate
97:19

rates
97:17

Ravi
76:24

reach
31:25 32:17

read
22:13 46:6
64:10 76:14
83:4 85:21
86:21 92:4
98:3

ready
57:24 70:9
78:7

real
13:24

Med Def_001005

realistically
  9:21
reality
  63:7 91:7
reality-based
  59:12
realize
  85:2 87:17,20
realized
  60:8 65:20
  69:8
realizes
  67:23
reappointed
  77:12
reason
  10:22 58:12
reasoning
  54:6
reassigned
  60:9
reassignment
  14:24
receive
  40:16 82:4
received
  10:4 13:13
  72:22 89:15
receiving
  73:17 92:23
recent
  25:5 78:17
recognize
  19:1 26:2
  33:12,15
recognized
  16:15,24
  19:15 33:23

52:13 60:22
64:4 67:6,7
69:16 70:19
75:3 78:9
80:18 83:7
85:23 88:20
94:18 97:2
recognizes
  16:3,9
recognizing
  29:13
recommend
  56:18
recommendation
  45:1
recommending
  84:1
record
  5:17,23 7:9,
  11 8:1 22:14
  63:11
recorded
  5:9,21,22
recording
  2:3
records
  95:18
recover
  66:11
recovering
  79:4
recraft
  35:1
redundant
  93:5
reelection
  77:3
reevaluation

47:15
reflect
  53:11 54:13
  56:17
refrain
  5:19 6:13
refuse
  97:24
refused
  72:21
regime
  82:15
region
  74:12
Register
  8:9 9:1,3
registered
  91:22
regressive
  86:11
regret
  23:23 62:25
  92:14
regretful
  63:3
regretted
  23:22
regulate
  26:9,11
  42:13,17,19
regulated
  31:23
regulatory
  3:20 4:20
  44:4 46:7,10
reinforced
  65:14

reject
  69:7
related
  8:3,11 84:19
relationships
  80:7
relative
  61:20
relief
  67:25
remarks
  5:2 8:15 10:3
remember
  5:20 6:1
remind
  86:24
removal
  54:8
remove
  6:16 35:9
removing
  31:5,6
renumbered
  38:15
repeatedly
  73:5,14
Report
  26:20
reported
  23:10 25:7
  68:7 74:6
reporter
  5:15 6:2
reporting
  17:16,22
  18:1,6
represent
  78:8 94:17

Med Def_001006

representative
  11:21 50:10,
  17,23 51:17
  54:23
representatives
  12:17,22
  50:5,19
representing
  10:17 12:10
  14:3 72:8
represents
  17:2 69:15
  88:18
Republican
  56:4
request
  9:6 17:21
requested
  7:23 9:11
  45:7 58:19
  74:17
requests
  9:6
require
  6:13 45:12
required
  58:20 62:4
  68:4
requirement
  17:16 18:1,6
  24:4
rescheduled
  12:7
research
  11:16 14:14
  15:14 18:7
  21:5 25:4,22
  26:7,10,14,
  15,17,23

27:2,9 28:18
30:6,7,22
31:6 34:22
35:22 36:17,
25 37:5,16
42:13,19
43:1,3,10
54:3,5,9,13
55:7,8 70:6
74:1 92:17
researchers
  22:14 27:14,
  19
reserve
  6:16
reservoir
  74:14
resident
  94:21
resolution
  15:24 16:1,21
  17:2,9,18,21
  18:5 19:9
  21:10 30:21,
  23 40:6
resolve
  37:23
resources
  54:17 62:18
respect
  11:23 16:6
  52:10 82:3
respected
  88:5
respects
  28:5,7
responded
  74:4

responding
  88:25
responsible
  76:11
rest
  74:23 98:18
restricted
  16:19 20:3
Restricting
  68:5
result
  65:24 78:20
  79:17
retarded
  66:3
return
  28:2
returned
  90:24
returning
  91:7
revealed
  74:9
revelations
  26:21
reverse
  48:24
reversible
  73:15
review
  15:17 37:7
reviews
  24:23,24
revisiting
  40:5
revoke
  92:21

revoking
  93:4
rhetoric
  53:22
rights
  86:23 92:11
  97:10 98:21,
  24
rise
  98:9
risk
  16:12
risking
  89:22
risks
  62:9,11,12
Rita
  50:23,24
  51:12
role
  52:25 57:5
roll
  2:14 4:3
Romanello
  3:14 14:13
Ron
  77:2 92:8
room
  55:12,13
  77:22 82:9
  83:2
rooted
  57:1
roughly
  76:21
rule
  8:3,16 9:6,8,
  9,11,13,14,

Med Def_001007

15,17,18,21
14:20,22,23
15:3,8 17:17
20:25 31:5,6,
15,19,22
32:13 33:11
38:6,13 39:2,
14 42:22
44:1,2,6,16,
25 45:10,13,
16,19 46:8,
13,21 47:5,14
48:10,19
49:15 55:10,
16,17 56:13
57:6 60:15
69:7 74:24
80:11 87:18,
20 91:12,24

**rulemaking**
8:11 9:7,18,
20 10:6 12:1

**rules**
9:19 12:2,4
14:1,17 15:23
16:3,9,15,24
19:7,8,10,20
20:15 31:23
32:21 33:4,7
34:6,15 35:22
36:9 40:7
41:20,21,23,
24 45:7,8,10
53:1 56:17
63:2 69:3

**ruling**
86:8

**run**
64:19 67:16
77:11

_____

**S**
_____

**sad**
13:25

**safe**
21:2 81:9,11

**safely**
27:3,10

**safety**
28:11 47:6
49:23 96:23

**salute**
14:7

**sample**
68:25 69:1

**Sandra**
2:8

**Sarah**
72:7 75:2,3,
6,7 82:5 92:7

**sat**
75:24

**scaled**
26:4

**scan**
74:8

**scared**
83:20 84:12

**scheduled**
12:5

**school**
15:19 65:22
81:9 83:15
89:20 95:3
98:22

**schools**
29:9 39:20
81:7 98:25

**Schwemmer**
2:8 4:2,5,6,
23 30:15
31:1,2,10
32:9 33:5,13
35:5,6 36:3,
10 37:6,12,19
38:25 39:1,7,
11,21,23 40:1
41:1,4 43:12
46:2,3,4,15,
18 47:1,10,
12,16,19,21,
24 48:1,7,15
49:7,10,12,
21,25 51:22
52:1 57:14,
17,20 58:1,18
64:11 83:5
88:16 94:14

**science**
6:7 14:10
56:21 70:6
93:19 94:1

**scientists**
12:14

**Scot**
76:20

**Scylla**
15:25

**seats**
77:17

**secondary**
14:25

**seconded**
22:8 28:16
39:10

**seconds**
76:14

**secret**
92:24

**section**
37:9 68:22
86:14

**Security**
59:14 82:17

**seemingly**
95:23

**select**
68:18

**selected**
18:21

**selection**
11:18 20:11

**self-harm**
89:6

**self-harming**
90:13

**self-hatred**
78:19

**Senate**
17:20

**Seneca**
94:13 97:1,4,
5

**sense**
18:6 58:13
65:6

**sensitivities**
10:11

**sensory**
73:19

**separate**
41:19,21,23,
24,25 42:1
61:7

Med Def_001008

separated
7:16

September
12:6 25:6

series
23:6

servants
56:12

serve
52:16

serves
60:1

service
17:4 53:7
54:22

services
54:15

serving
52:23

set
61:7

seventh
88:18

severe
79:5

severely
72:20

sex
14:23 59:8,9,
22 60:8,12
95:1

sexes
58:11

sexual
14:25 16:10
27:11 64:17,
20 65:24

sexualities
68:15

shame
80:6 82:24
88:4

Shannon
88:15,18
91:17,21,22
94:6,9

shaped
63:20

share
18:2 28:19,20
29:14 63:11

Sherry
3:18

shift
54:2

shocking
68:1

short
23:8 63:9
65:4 66:8

shortly
61:14

shoulders
79:11,12

show
88:6

shown
74:2 92:25
97:17

shows
68:25 69:4
93:25

shudder
65:25

shut

66:14 93:13

siblings
86:6

sick
62:3 71:6
80:4

side
5:21 33:7,8,9
51:23 83:18
84:19 98:6

significant
20:5,7 21:3
66:12

significantly
20:17 74:21

signified
39:24 46:16

signify
46:24 47:22

signs
89:11

silence
5:24

silenced
53:20 79:16
98:13

silencing
54:10

silver
93:22

Similarly
39:1 61:23

simple
35:20

simpler
48:9

simply
11:12 86:15

sincerely
96:20

sing
79:13,14

singing
79:13

singular
11:11

sir
22:12 41:1
52:14

sit
82:14

situation
31:14 34:5

six-month
17:25

Sixth
15:13

Skeletor
77:20

skewed
61:11

skin
97:14

skyrocketed
27:21

small
23:6 44:2
46:9 69:1
71:18

smiling
77:21

so-
11:2

so-called
11:1 59:20
60:6,8 88:25

Med Def_001009

91:4,11

**social**
59:21 62:18
73:21 80:7
89:10

**societal**
93:16

**societies**
11:9 12:18
13:21

**society**
13:4,5,6,16
27:24 55:22
59:18

**sold**
77:18

**solely**
17:6

**solution**
83:13 89:13

**son**
72:12,13
96:14

**sooner**
79:8

**sort**
32:23

**source**
90:17

**sources**
14:9

**Southeastern**
43:5

**Southwest**
75:8 80:21
86:4 91:23
97:6

**space**

55:9 67:17

**spamming**
56:5

**speak**
5:16 6:23
7:23 11:22
13:18,22
18:19 21:12
50:8,11 53:17
57:22,25
61:19 67:19
68:19,20,22
70:17 75:5
80:22 85:19
87:25 88:7
91:19 92:11

**speaker**
17:19 36:9
39:9,22
41:12,24
42:3,5 46:14
47:8,11,13,
17,20 48:11,
20 49:2
50:14,16,21,
22,25 51:4,5,
6,7 59:15
61:18 81:25
82:24 97:2

**speakers**
7:21 57:13
61:18 68:17
69:16 72:8
78:8 88:19
94:17

**speaking**
5:19 6:1 7:10
61:5 87:5

**speaks**
16:4

**Specialist**
3:20 4:20

**Specifically**
15:15

**specificity**
20:12

**spectrum**
73:19

**spending**
89:7

**spilled**
97:21

**spirit**
13:24 34:19

**spiritually**
70:8

**spoke**
68:11,16,18

**spoken**
67:21

**spread**
22:24

**St**
13:10

**staff**
10:10 12:9

**stand**
15:23 88:7

**standard**
6:8 11:12
22:4 28:3
29:2 32:25
33:6,14 45:13

**standards**
8:4 56:15,18,
20 57:2 61:6,
7 62:9 71:17

**standing**
56:7 60:15
75:16

**stands**
38:6

**start**
30:18 58:1
84:2

**started**
84:4 85:3,5

**state**
5:17 6:5
10:5,17 11:20
26:11 29:9
42:13 44:5
47:7 49:24
50:10,22
54:23 56:5
61:2,7 67:15
75:13 86:6,
13,20 94:21
97:8

**state's**
13:5 52:17

**stated**
13:15 49:22

**statement**
46:6

**statements**
56:1

**states**
26:20 86:15

**statewide**
52:17

**station**
84:11

**statute**
45:11,14

Med Def_001010

step
86:12

stepped
77:19

steps
89:14

sterile
66:7

sterilize
74:20 95:19
96:18

stigma
62:19

stitches
78:25

stolen
95:24

Stone
64:11,12
67:5,7,8

stood
11:21

stop
66:15 96:10
98:1

stopped
84:6 90:22

stopping
85:13

stories
61:13 63:6
92:15

story
73:2 83:24
94:22,23

strength
80:22

stricken
38:14

Strickland
2:15,17,19,25
3:2,4,6,8,12,
14,18

strictly
41:16

strike
21:10 22:3
30:5,22

striking
28:16 30:7

strong
74:15 86:12

strongly
69:2,6

struck
38:3 61:17
97:22

struggle
80:7

struggling
66:11 67:1

student
75:21

studies
23:19 35:8
37:7,10 97:16

study
20:4 23:4
25:7 29:7

subject
10:7,21 12:9
14:8

submitted
19:19

Subsection

38:14 39:6,15

Subsequently
11:17

subset
68:18

substance
65:5

substantial
45:17

substantially
20:15

substantive
11:8 29:5

success
22:22

successful
5:12

suffer
79:9 93:1

suffered
20:7 72:14

suffering
27:15,18 28:1
78:15

sufficient
20:11

suggest
21:6 69:6

suggested
26:6 32:14

suggests
23:19

suicidal
71:6,11 79:4
83:18 84:9
85:12 87:24
90:13

suicide
64:25 68:6
69:4 73:12
78:20 82:11
85:1 87:13
89:22 93:4
97:17 98:18

summary
17:25

sunset
44:25 45:9,
12,18 47:4,22
48:1,9,12,13,
19 49:14,15,
17 55:16,19

support
15:23 19:9
26:8 30:21
54:14 62:18
68:1 69:10
71:12 80:10
81:12

supported
80:2

supporting
21:9 60:15

supportive
20:24 66:21
93:2

supports
25:2

Surgeon
10:16

surgeries
22:21 59:22
60:9 89:19
95:20,21

surgery
11:2,3 14:24

Med Def_001011

16:10 22:23
25:14,17
27:2,9 33:7
84:22

**surgical**
25:3,18

**surprised**
87:4

**Surrey**
3:19

**surrounds**
55:22

**survey**
27:16 68:8

**survive**
65:19

**Sweden**
26:1 28:9

**Swedish**
24:23

**symptoms**
79:22 90:17

**syphilis**
26:22

**systematic**
24:22,24

---
**T**
---

**take-home**
10:24

**takes**
9:8 37:16
65:6 69:20
70:10 81:2

**taking**
6:14 51:20
72:16 90:22
97:9

**talk**
20:21 82:18
93:20

**talked**
64:18

**talking**
9:22 36:18
68:14 76:7

**Tampa**
10:9

**targeted**
68:8 86:9

**task**
12:2 14:15

**taught**
95:10 98:22,
25

**Taylor**
4:18

**teachers**
66:22

**teams**
54:1

**teen**
71:2,11,12
80:24 82:10

**teenage**
97:17

**teenager**
24:8

**teenagers**
23:7

**teens**
70:24 71:10,
24 97:20

**Tellechea**
3:17 8:14,18
29:24 30:11

31:11,13
32:10,20,24
33:2 36:6
38:11,17
40:8,11,18
41:5,8,11,12,
22 42:1,4,12,
16 43:16,19,
22,25 44:15,
24 45:4,6
46:1 47:23
48:2,25 49:5,
9,16

**telling**
43:4 77:13,
15,16 94:3

**tells**
71:2

**term**
23:13 65:4,13
66:8

**terminate**
16:22

**terms**
6:10 7:14 8:7

**Terrell**
4:2,4,7,9,11,
13,15,18

**terrible**
26:21 92:23

**terrified**
96:11

**test**
77:11

**testimony**
10:25 11:7
16:25 19:18,
24 20:2,4,9,
12,18,20

25:24 52:4
63:1

**testosterone**
63:19,20 65:5
74:19 79:3,17
80:3 84:2
85:13 89:23
90:8,9,16,22
91:6 95:11

**testosterone-
driven**
61:23

**thankfully**
89:24

**That'll**
69:14

**therapeutic**
62:5,7

**therapies**
15:11

**therapist**
72:1 81:10
83:24 89:20

**therapists**
65:23 66:21
81:7

**therapy**
15:5,7,9
20:2,10
72:21,22
91:13

**thing**
28:13 61:20
71:21 84:23,
24 86:21 93:8
98:12

**things**
8:16 32:23
81:6

**thinking**
37:21 82:10

**thought**
26:7 34:8,9
79:3 84:13

**thoughtful**
15:25

**thoughts**
79:4 85:11
87:24

**thousand**
80:4 94:23

**thousands**
68:10 92:2

**thread**
35:16

**threatening**
64:25

**thrive**
71:7 81:1,4

**thriving**
96:3

**time**
2:10 3:24
4:25 5:20,24
7:20 8:14,22
9:21 10:18
36:15,16
47:18 48:14,
18 52:6,10
58:15,21
60:25 63:6
64:7 67:9
69:11 74:13
76:14 78:23
79:12 81:15
84:21 86:22
87:11 89:7
90:19

**timed**
52:7

**times**
23:13 71:5
73:13 84:15
87:13,14
94:23

**today**
5:14 6:9 8:19
14:15 15:23
18:17 23:23
54:2 55:22
56:7 67:3
80:22 82:11,
23 83:2 86:3
87:23 88:19,
24 94:24

**today's**
6:13 10:2

**toddlerhood**
24:6

**told**
25:2 71:6
73:5 78:18,19
89:21 90:2,5
94:22

**toll**
58:15

**tolls**
98:9

**top**
11:3

**total**
9:20

**totally**
76:23

**tours**
75:13

**touted**
24:16

**tradition**
16:4

**trajectory**
96:1

**trans**
55:11,12,13
56:25 61:15
62:6 63:12
64:15 68:5
69:9 70:25
71:22 76:6,9
78:12 81:13
82:2 83:19
86:5 87:22
89:15,17
90:20 92:1,3,
8,12 94:2

**transcribed**
2:2

**transformative**
89:13

**transformed**
69:25

**transgender**
13:8 56:19
59:4,16 61:4,
25 62:19
64:19 65:21,
23 67:18
68:10,18,23
72:14 86:9
87:12 89:2
90:21 96:8
97:7 98:7,10,
17,19

**transgender-
identifying**
96:6

**transition**
20:5 22:15
23:2 24:4,8,
15,18,25 25:3
26:25 36:21,
24 50:3 61:13
62:13,14
63:1,9 66:2
69:10 71:9
72:11,23
84:17 92:14
93:10 95:7

**transitioned**
22:18 24:12

**transitioning**
24:12 36:16
59:21 83:12
84:4

**transitions**
23:21,22 24:1

**transmit**
17:23

**transparency**
53:3

**transpired**
19:5

**traps**
62:5

**trauma**
64:21 65:11
66:12 73:21
83:14,25

**travel**
68:14

**treat**
12:13 42:23
74:6

**treated**
35:1,2 98:20,

23

**treating**
28:3

**treatment**
8:4 11:10
14:21 15:1,6,
10,15,16
16:17,25 17:5
21:7 22:5
29:6 39:16
62:12 73:25
78:22 92:23

**treatments**
20:13,19,25
27:4,5,11,12
39:16 72:12
79:21,23
80:12 89:23
91:14

**Trevor**
92:25

**trial**
15:18,19
17:22 39:19

**trials**
17:7

**triggered**
65:3,11

**trolls**
56:23

**troubled**
89:8

**true**
67:24

**trust**
53:3 96:12

**truth**
29:3 58:13
59:6 60:16

**truthfully**
69:3

**Tumblr**
95:6

**turbulent**
78:15

**turkey**
80:3

**Turku**
12:24

**turn**
46:2

**turned**
95:20

**Tuskegee**
26:21

**twin**
62:4

**Twitter**
55:22 75:11

**type**
34:22 43:7

**types**
43:9

---

**U**

**U.S.**
71:16

**Uh-huh**
33:1

**ultimately**
11:25 12:21
14:15

**unable**
97:12

**unamended**
32:5

**unanimously**
47:3

**unbeknownst**
95:4

**unbiased**
24:22

**uncontrollable**
90:10

**undergo**
89:19

**undergoing**
21:7

**undergone**
11:6

**underlying**
65:2

**understand**
18:4 50:5,9
65:23 71:16
77:9 86:16
96:11

**understanding**
92:1

**understated**
91:5

**Understood**
45:15

**underweight**
72:20

**unfortunate**
55:21

**UNIDENTIFIED**
36:9 39:9,22
41:12,24
42:3,5 46:14
47:8,11,13,
17,20 48:11,
20 49:2

**unilateral**
62:1

**unintentional**
60:7

**union**
67:16

**unique**
52:23

**United**
26:20

**university**
10:19 12:22,
23 25:8 43:4
72:19

**unjustifiable**
60:9

**unnecessary**
47:5 60:10

**unquestioned**
11:11

**unresponsive**
71:11

**unsafe**
42:15

**unsaid**
62:24

**unstable**
83:17 84:9

**untreated**
72:25

**urge**
69:2 74:24

**uterus**
88:11

Med Def_001014

**V**

vaginal
  79:19
vaginectomies
  16:12
valid
  98:21,24
validate
  94:24
validation
  71:12
valued
  82:13
Vasquez
  3:15,24 4:25
  5:3,5 12:19
vast
  11:23 63:8
Vermont
  70:23
versa
  96:14
version
  40:19,21 62:2
viable
  37:18 96:12
vice
  86:3 96:14
  97:5
VICE-CHAIR
  4:14
video
  19:21
viewpoints
  12:10
vigorous

14:11
Vila
  3:4,5 19:14,
  16 21:11,20,
  21 22:2,3
  28:16,20
  29:14 33:21,
  22,24 34:21,
  24 35:12
  36:8,18,19,24
  38:2,7,17
  44:7,17 45:3,
  15,23 51:25
  52:2,4 77:10,
  12
Vila's
  29:18 30:3,
  21,25 36:12
  38:22
violated
  93:23
violation
  44:16 46:20,
  22
visiting
  95:5
voice
  19:8 79:6,13,
  15
Voices
  75:8 80:21
  86:4 91:23
  97:6
volunteer
  53:5
vote
  8:5,23 18:12
  29:18 30:4,14
  31:9 33:25
  34:3 37:24

38:5,7 41:17
  47:19 49:8,13
  69:24 92:2,22
voted
  11:25 48:22,
  23
voter
  75:17
votes
  32:4 41:18,22
voting
  30:16 31:10
  38:1 39:2
vulnerable
  60:16 91:14

**W**

waive
  7:9
walks
  67:20
wanted
  81:16 83:16
  84:22 90:5
wars
  55:21
waste
  76:13
Wasylik
  3:6,7 29:19,
  20
watched
  19:21 70:2
watching
  72:2,12 82:9
  87:23 88:2
ways
  33:19 63:21

weak
  23:3
websites
  5:10 95:6
week
  5:10 25:24
  61:10 63:5,10
  86:21 87:3
  90:8
week's
  63:2
weeks
  89:25
weird
  76:22
welfare
  47:6 49:23
  87:2
white
  67:11,12
Whoever's
  36:15
wholeheartedly
  78:21
wide
  68:20
widely
  68:7
wife
  83:10
wildly
  22:24
Williams
  3:19
Winter
  76:17
wisdom
  70:7 96:22

Med Def_001015

wishes
  6:23

witnessed
  71:9

woman
  59:16 61:3,21
  81:21 86:5
  93:21,23

women
  82:14

Women's
  75:8 80:21
  86:4 91:23
  97:6

won
  51:4,5

wording
  35:3

words
  67:10 98:14

work
  14:11 32:7,
  11,12,14
  33:7,9 37:15
  65:2 66:18
  69:19 92:18
  94:6

workable
  35:25 36:5

worked
  12:20 94:3

working
  70:24,25 85:3

works
  34:18

world
  26:18 29:10
  56:19 88:8
  93:16

worry
  74:7

worse
  29:3 79:20

worsened
  72:18 79:23

worst
  23:23

worthy
  82:13

wow
  76:3

WPATH
  13:17 61:6
  62:9

written
  11:7 20:3
  38:2

wrong
  9:4 33:18
  36:8 63:13
  65:25 78:21
  91:25

wrote
  76:20 77:8
  84:1 98:4

_____

            Y
_____

Yale
  12:23

yea
  11:19 39:24,
  25 40:1
  44:11,12,21,
  22 45:22,23
  46:16,17,24,
  25 47:22

year

44:5 46:12
  76:21 77:4
  85:7

years
  11:5 20:20
  22:25 24:17
  25:10,15
  37:17 69:23
  72:14 74:5
  78:11 79:18
  88:23 90:21

York
  23:13

young
  11:5 25:15
  27:15 74:25
  80:12 89:1,3
  91:14 93:21,
  23

younger
  70:4

youth
  22:14,23 23:1
  24:10,12,25
  25:12 27:17,
  25 59:7 61:15
  62:6 71:1
  86:10 87:12,
  14,22 92:3
  97:6 98:10

youths
  22:17

Youtube
  95:6

_____

            Z
_____

Zachariah
  3:8 12:3 14:2

Zoe
  80:16 82:25
  83:2,3,7,9
  85:12,15

Med Def_001016