

Jane Doe

*vs.*

Joseph Ladapo

Taped Transcription

February 10, 2023

Med Def_001017

Doe Pls' Trial Ex.

26

1

2    JANE DOE,

3         Plaintiff,

4    vs.

5    JOSEPH LADAPO,

6         Defendant.

7    _____

8

9

10

11

12              TRANSCRIPTION OF AUDIO RECORDING

13                 FLORIDA BOARD OF MEDICINE

14              RULES HEARING FOR THE STANDARDS

15              OF PRACTICE FOR THE TREATMENT OF

16                GENDER DYSPHORIA IN MINORS

17                   FEBRUARY 10, 2023

18

19

20

21

22              TRANSCRIBED AUDIO RECORDING BY:

23                   Julie Thompson, CET

24

25    Job No.: 322529

Med Def_001018

February 10, 2023

1   Thereupon,

2   The following proceeding was transcribed from an

3   audio recording:

4                              ****

5           CHAIRMAN ACKERMAN:  Good afternoon.  It's

6   good to see you all today.  Good to be here today.

7   This is the Rules Hearing for the Standards of

8   Practice for the Treatment of Gender Dysphoria in

9   Minors.  Welcome.  Welcome here today.  My name is

10  Dr. Scot Ackerman.  I'm the Chairman of the Board of

11  Medicine.

12          In front of me to my right is Dr. William

13  Kirsh.  He's the Vice-Chairman of the Board of

14  Osteopathic Medicine.

15          Dr. Di Pietro will be a few minutes late.

16          So before I begin, I'd like to have a roll

17  call.  So, Mr. Paul Vasquez, Executive Director of

18  the Board of Medicine, will you please do a roll

19  call for the Board of Medicine.

20          EXECUTIVE DIRECTOR VASQUEZ:  Dr. Ackerman

21  is present.

22          Nicholas Romanello?

23          VICE-CHAIR ROMANELLO:  Here.

24          EXECUTIVE DIRECTOR VASQUEZ:  Dr. Barsoum is

25  excused.

Med Def_001019

February 10, 2023

```
 1              Dr. Benson?

 2              DR. BENSON:  Here.

 3              EXECUTIVE DIRECTOR VASQUEZ:  Dr. Coffman?

 4              DR. COFFMAN:  Present.

 5              EXECUTIVE DIRECTOR VASQUEZ:  Dr. Derick is

 6  excused.

 7              Dr. Diamond?

 8              DR. DIAMOND:  Present.

 9              EXECUTIVE DIRECTOR VASQUEZ:  Ms. Garcia is

10  excused.

11              Dr. Hunter?

12              DR. HUNTER:  Present.

13              EXECUTIVE DIRECTOR VASQUEZ:  Ms. Justice?

14              MS. JUSTICE:  Present.

15              EXECUTIVE DIRECTOR VASQUEZ:  Dr. Pages is

16  excused.

17              Dr. Pimentel?

18              DR. PIMENTEL:  Present.

19              EXECUTIVE DIRECTOR VASQUEZ:  Dr. Vila?

20              DR. VILA:  Present.

21              EXECUTIVE DIRECTOR VASQUEZ:  Dr. Wasylik?

22              DR. WASYLIK:  Present.

23              EXECUTIVE DIRECTOR VASQUEZ:  Dr. Zachariah

24  is excused.

25              Also President is Paul Vasquez.  That's me,
```

Med Def_001020

February 10, 2023

1  the Executive Director of the Florida Board of

2  Medicine, and Board Counsel, Chris Dierlam.

3            You have a quorum.

4            MR. DIERLAM:  Thank you, Mr. Vasquez.

5            CHAIRMAN ACKERMAN:  Thank you.

6  Mr. Vasquez.

7            Danielle Terrell, the Executive Director of

8  the Board of Osteopathic Medicine, will you please

9  call a roll for the Board of Osteopathic Medicine.

10           EXECUTIVE DIRECTOR TERRELL:  Yes, sir.

11 Dr. Kirsh?

12           VICE-CHAIR KIRSH:  Here.

13           EXECUTIVE DIRECTOR TERRELL:  Dr. Williams?

14           DR. WILLIAMS:  Here.

15           EXECUTIVE DIRECTOR TERRELL:  Dr. Mortensen?

16           DR. MORTENSEN:  Here.

17           EXECUTIVE DIRECTOR TERRELL:  Dr. Ducatel?

18           DR. DUCATEL:  Here.

19           EXECUTIVE DIRECTOR TERRELL:  Mr. Creegan?

20           MR. CREEGAN:  Present.

21           EXECUTIVE DIRECTOR TERRELL:  Ms. Jackson is

22 excused.  And as you stated, Dr. Di Pietro is

23 delayed in travel, and she will be here shortly.

24           Also, present with us, we have a legal

25 counsel, David Flynn, and myself, Executive Director

Med Def_001021

February 10, 2023

1  of the Board of Osteopathic Medicine, Danielle

2  Terrell.  We do have a quorum, sir.

3           CHAIRMAN ACKERMAN:  Thank you, Ms. Terrell.

4  So before we begin, Mr. Paul Vasquez, again, he's

5  the Executive Director of the Board of Medicine.

6  Please begin by making some opening comments.

7           EXECUTIVE DIRECTOR VASQUEZ:  Good

8  afternoon.  It's Friday, February 10, 2023.  The

9  time is 1:02 p.m.  My name is Paul Vasquez.  I'm the

10 Executive Director of the Florida Board of Medicine.

11 This is a duly noticed joint meeting of the Boards

12 of Medicine and Osteopathic Medicine.  This is a

13 public meeting and is being recorded.  The audio

14 will be available on the board's websites next week,

15 and I'll go over some instructions, so this meeting

16 will be successful and the board members will be

17 able to take care of the matters that are before

18 them today.

19           There is a court reporter in the meeting.

20 If you speak to the board, it is important that you

21 state your name for the record.  When appropriate,

22 the Chair will ask for public comments.  Therefore,

23 please refrain from speaking during the meeting

24 until the appointed time.

25           Please remember, this is a public meeting

Med Def_001022

February 10, 2023

1  and is being recorded.  Any side conversations may

2  be recorded and become part of the public record.

3  At this time, please silence all electronic devices.

4           In June 2022, the Boards of Medicine and

5  Osteopathic Medicine received notice from the

6  Department of Health that it intended to present a

7  petition to initiate rulemaking regarding the

8  treatment of gender dysphoria in Florida.

9           During the Board of Medicine's regular

10  meeting on August 5, 2022, the Board hosted the

11  State Surgeon General and others representing the

12  position of the department.  Equal time was granted

13  to experts from the University of Florida, who held

14  an opposing position.

15           Three major points were revealed during

16  that meeting.  First, so-called bottom surgery is

17  not offered for minors at major medical centers in

18  Florida, and so-called top surgery is infrequently

19  offered to minors at major medical centers in

20  Florida, though there have been instances in Florida

21  where females as young as 15 years old have

22  undergone mastectomies.

23           Second, there are significant substantive

24  differences between the large medical societies in

25  the United States and their European colleagues

Med Def_001023

February 10, 2023

Page 7

1  regarding the treatment of minors with gender

2  dysphoria.

3          Third, the chief point of agreement amongst

4  all experts is that there is a lack of high-quality

5  clinical research on the subject of gender dysphoria

6  and its treatment.

7          At the conclusion of the meeting, the Board

8  voted to initiate rulemaking.

9          During the Board of Osteopathic Medicine's

10  regular meeting on August 12, 2022, the Board hosted

11  the State Surgeon General and others representing

12  the position of the department.  At the conclusion

13  of the meeting, the board voted to initiate

14  rulemaking.

15          The task then fell upon a joint rules and

16  legislative committee to hold a rule workshop to

17  consider and possibly develop rule language.

18          In preparation for a meeting on October 28,

19  2022, board staff was directed to invite subject

20  matter experts with differing viewpoints, generally,

21  representing three cohorts.

22          Florida licensed pediatricians or pediatric

23  endocrinologists who actively treat minors with

24  gender dysphoria, scientists with expertise in the

25  current clinical data, representatives from a large

Med Def_001024

February 10, 2023

1  American clinical societies, ultimately

2  representatives from the University of Florida, the

3  University of Oxford, Yale University, the

4  University of Turku in Finland, and the Children's

5  Hospital in Chicago, and a private practice

6  endocrinologist from California participated in that

7  meeting.  A formal invitation was also extended to

8  the Endocrine Society, which declined the

9  invitation.

10          Formal invitations were also sent but

11  declined by physicians actively practicing at

12  Nicklaus Children's Hospital in Miami, Johns Hopkins

13  All Children's Hospital in St. Petersburg, and Joe

14  DiMaggio Children's Hospital in Hollywood.

15          During the committee meeting on October 28,

16  2022, emotionally powerful public comment was also

17  received representing both the affirmative and

18  negative positions on the issue.  Ultimately, a

19  motion was passed to approving draft language for

20  the consideration by the boards.

21          On November 4, 2022, a joint meeting of the

22  Boards of Medicine and Osteopathic Medicine was held

23  to consider the draft language.  Again, public

24  comments were received representing both the

25  affirmative and negative positions on the issue.

Med Def_001025

February 10, 2023

```
 1              Ultimately, both boards approved proposal
 2   language to establish practice standards for the
 3   treatment of gender dysphoria in minors.  The
 4   language was published in the Florida Administrative
 5   Register on November 14, 2022.  Following the
 6   publication of the language, a number of requests
 7   for rule hearing were received by both boards
 8   resulting in today's meeting.
 9              The Boards of Medicine and Osteopathic
10   Medicine are apolitical bodies that have the primary
11   mission of protecting the people of the state of
12   Florida.  As with any issue before the Boards, the
13   board members will look to the available science and
14   appropriate standard of care while putting aside any
15   personal feelings they may have on the issues before
16   them today.
17              In terms of how this meeting will be
18   conducted, it is the Board's expectation that we
19   will have civil discourse while discussing the
20   issues on today's agenda.  We require that everyone
21   refrain from making any disruptive comments or
22   taking any disruptive actions during the duration of
23   the meeting.
24              The boards reserve the right to remove any
25   individual who chooses to disrupt the progress of
```

Med Def_001026

February 10, 2023

Page 10

1  the meeting, so please conduct yourselves

2  accordingly.

3            This meeting will end no later than 5:00

4  p.m.  Public comment will be received during the

5  meeting to the extent possible, depending on the

6  progress of the meeting and the time allotted.  The

7  public comment process will be randomized and will

8  be as equitable as possible.  However, it is evident

9  that not everyone who wishes to speak will be able

10  to speak given the time constraints of this meeting.

11            If there are any publicly elected officials

12  with us today, please make yourself known to the

13  Chair during public comment to ensure that you have

14  an opportunity to speak.  Thank you.

15            CHAIRMAN ACKERMAN:  Thank you, Mr. Vasquez.

16            I have a few comments I'd like to make

17  before we start to kind of go over where we as a

18  board have gone from when we first heard about the

19  request for a rule to now.  I may say a few things

20  that are redundant with Mr. Vasquez, but please bear

21  with me.  And I think these are good things for us

22  all to remember and for you all to -- for those of

23  you who are visiting today and want to speak today

24  to understand where our heads are at as a Board and

25  what in the processes that we've gone through.

Med Def_001027

February 10, 2023

1           So, again, in early June, we were given

2  notice by the state that the state will be

3  petitioning the Boards of Medicine and Osteopathic

4  Medicine, asking us that we develop rules on the

5  subject of gender dysphoria and gender-affirming

6  healthcare.  This was presented to us at our August

7  5, 2022, board meeting that we held in Tampa.  Our

8  then chair, Dr. David Diamond, who is in --

9  understood that we were -- that there were unique

10  sensitivities related to this issue.

11           So he directed our staff and our counsel to

12  ensure that the process, that we approach this

13  subject in a fair and thorough manner.

14           We heard testimony from many subject matter

15  experts.  These subject matter experts were all

16  well-published and well-respected.  They're

17  academics from various institutions here in Florida

18  and also academics from all over the world.  They

19  shared with us their research, their expertise,

20  their experience, and their knowledge.  And we found

21  that they had varied perspectives and varied

22  opinions.

23           We heard from the public as well.  We heard

24  from the public on all sides of the issue.  The

25  public comment, like these experts, was also very

Med Def_001028

February 10, 2023

1   diverse.

2          At the conclusion of that meeting, we

3   decided to initiate the rulemaking process.  And so

4   our Rules Committee met on October 28th, and again,

5   we heard from more subject matter experts, again,

6   with different expertise and with different

7   backgrounds.

8          We also heard from more of the public, we

9   heard more public comment.  And again, the subject

10  matter experts and the public had very varied

11  opinions.  We then took these varied opinions and

12  perspectives and we processed them and we proposed

13  rules on gender dysphoria and gender-affirming

14  healthcare.

15         So we created these rules, and then on

16  November 4th, these rules were presented to a joint

17  meeting of the Board of Medicine and the Board of

18  Osteopathic Medicine.  And those Boards adopted

19  rules for the standard of practice for the treatment

20  of gender dysphoria in minors.

21         The Board of Medicine and the Board of

22  Osteopathic Medicine have very similar rules except

23  for ones -- except for one difference.  So I like to

24  just read the rules that we had -- that we put forth

25  at our November 4th joint board meeting that were

Med Def_001029

February 10, 2023

1   approved.

2             So the Board of Medicine and Osteopathic

3   Medicine approved the following.  Number 1, the

4   following therapies and procedures performed for the

5   treatment of gender dysphoria in minors are

6   prohibited: sex reassignment surgeries or other

7   surgical procedures that alter primary or secondary

8   sexual characteristics, and puberty blocking hormone

9   and hormone antagonist therapies.

10            Also, minors being treated with puberty-

11  blocking hormone or hormone antagonist therapies

12  prior to the effective date of this rule may

13  continue such therapies.

14            The Board of Osteopathic Medicine had one

15  more rule, and their additional rule was that non-

16  surgical treatments for the treatment of gender

17  dysphoria in minors may continue to be performed

18  under the auspices of institutional review board

19  approval.

20            Investigator initiated clinical trials

21  conducted at any of the Florida medical schools set

22  forth in Florida statute, and that such clinical

23  trials must include long-term longitudinal

24  assessments of the patient's physiologic and

25  psychologic outcomes.

Med Def_001030

February 10, 2023

```
 1              So as you can see, the only difference
 2   between the Board of Medicine's -- proposed Board of
 3   Medicine's rule and the Osteopathic Board's rule is
 4   the exemption for clinical trials.
 5              So as per our standard rulemaking practice,
 6   we invited formal requests for rule hearing today.
 7   We have received six requests for rule hearing, and
 8   today we are here to honor those requests and have a
 9   formal rule hearing.
10              The purpose of a rulemaking hearing in
11   Florida, as per Florida statute, is twofold.  Number
12   1, to allow the agency to inform itself of matters
13   bearing on the proposed rules or modifications
14   thereof.
15              And number 2, to allow the public and
16   specifically individuals and groups having
17   particular interests and/or information to
18   participate in the rulemaking process.
19              To be clear, this is not a rule challenge
20   as provided for Florida statute; that comes later
21   on.  This is a rulemaking hearing.
22              So in the past, just to put things in
23   proper context or perspective, the Board of Medicine
24   or the Board of Osteopathic Medicine may propose a
25   rule that would affect the way we treat patients
```

Med Def_001031

February 10, 2023

1  with pneumonia.  And the rule may have some language

2  in it that does -- that's not consistent with what

3  may be general practice or may be in conflict with

4  what some individuals are doing and the way they

5  treat pneumonia.

6          And so people would come to this hearing

7  and help educate us and clarify how things might be

8  done, so we can make some tweaks to the language or

9  tweaks in that rule.  But generally, not to come to

10 challenge the rule completely, but just to make some

11 modifications or tweaks to it.

12         So we'll be -- so to begin with -- so

13 that's -- those are my comments.  And so we will be

14 hearing today, first, from those who have requested

15 a rules hearing.  And then we'll hear from the

16 public.  We will not be able to hear from all those

17 who -- all those of the public who made requests

18 because we have a lot of people that made requests,

19 and I want to make sure that we allow time for the

20 Boards of Medicine and Boards of Osteopathic

21 Medicine to have some time for deliberation.  So

22 let's go ahead and begin.

23         So I would like to call now the

24 presentation of those who've made requests for a

25 rules hearing.  And so we've had six people that

Med Def_001032

February 10, 2023

1    have formally requested a rules hearing.  I'm going

2    to allow each of them 10 to 15 minutes to speak.

3              I want to include in that same 10 to 15

4    minutes time for the board to respond to you.  If

5    you have any questions for the board, for us to be

6    able to respond specific, you know, to those

7    questions that you may have.  I'm not sure if all

8    six of those people or entities are here today to

9    speak to that, but I'm going to going to go through

10   the names as we receive them and as they are in the

11   public record.

12             So the first person that made request for

13   the rules hearing is Mr. James Wright.

14             Are you here, Mr. Wright?  Okay.

15             The second person that made requests for

16   rules hearing was Lauren Miller.

17             Ms. Miller, are you here?

18             The third person that made requests for

19   rules hearing is Simone Chriss, the Director of

20   Transgender Right Initiative of the Southern Legal

21   Counsel.

22             Is that Ms. Chriss?  Thank you for being

23   here today.

24             SIMONE CHRISS:  Yes.  Thank you --

25             CHAIRMAN ACKERMAN:  The floor is yours.

Med Def_001033

February 10, 2023

         1              SIMONE CHRISS:  I appreciate it.

         2              Hello, everyone.  Thank you for the

         3    opportunity to speak today.  My name's Simone

         4    Chriss.  I'm the Director of the Transgender Rights

         5    Initiative at Southern Legal Counsel.  We're a

         6    statewide not-for-profit public interest, civil

         7    rights law firm that utilizes federal impact

         8    litigation to ensure communities that we serve have

         9    access to justice and freedom from discrimination

        10    and to hold the state accountable for discriminatory

        11    laws and policies.

        12              I just want to say, to start, I was born

        13    and raised in Florida in a small rural town on a

        14    farm.  I went to the University of Florida for

        15    undergrad and law school, and I chose to stay here

        16    to practice law and make this my home because I

        17    wanted to make this state a better place and protect

        18    the rights of folks in my community.

        19              Having grown up as a gay teen in a

        20    conservative area, I wanted to protect the rights of

        21    LGBTQ youth in Florida.  But as I stand before you

        22    today, I am ashamed to be from Florida.  I am

        23    ashamed that the rest of the country and the world

        24    is watching, while those in positions of power who

        25    are entrusted to protect our rights, our health, our

Med Def_001034

February 10, 2023

1  well-being, are weaponizing that power against the

2  transgender community for political gain, and doing

3  so under the guise of protecting children is

4  particularly insidious.

5          Given that we know based on the

6  overwhelming weight of evidence and science, that

7  access to treatment for gender dysphoria is safe,

8  effective, and medically necessary, and stripping

9  children in Florida of access to that care harms

10 them.  It in no way protects them.

11         We vehemently oppose the proposed rules

12 based both on the science and evidence, supporting

13 the medical necessity of treatment for gender

14 dysphoria, but also on our own extensive experience

15 working with hundreds of transgender adults and

16 minors in this state and witnessing the tremendous

17 benefits that access to gender-affirming care

18 provides and the devastating consequences that can

19 result when such care is denied.

20         As I'm sure you all are well aware,

21 lawsuits challenging similar bans across the country

22 have successfully struck down or enjoined these same

23 measures.  Why is that?  It's because our position,

24 that treatment for gender dysphoria is safe,

25 effective, and medically necessary, is based on

Med Def_001035

February 10, 2023

1  science and evidence.  It is supported by decades of

2  clinical research.

3          The notion that Florida needs to adopt a

4  standard of care is bizarre to me because there

5  exists a standard of care for the treatment of

6  gender dysphoria.  And it's established over decades

7  by the World Professional Association for

8  Transgender Health, the Endocrine Society, and other

9  major medical organizations that we as a -- you all

10  as a medical community, have always trusted and have

11  always looked you for guidance.

12          Bans such as the one being considered by

13  you all today directly contravene the widely

14  accepted authoritative standards and the consensus

15  of every major medical organization in our country.

16  The position that you all have unfortunately chosen

17  to take, on the other hand, is based on fear on

18  disinformation and manufactured outrage about

19  something that most people genuinely just don't

20  understand.

21          The reality is that these bans violate core

22  constitutional rights, including transgender

23  individual's rights under the equal protection

24  clause of the 14th Amendment to the U.S.

25  Constitution to be free from discrimination on the

Med Def_001036

February 10, 2023

Page 20

1  basis of sex, the fundamental rights of parents

2  under the substantive due process clause to make

3  decisions about medical care for their own child.

4           And for a state that holds itself out as

5  being so deeply concerned about the preservation of

6  parental rights, it feels sublimely ironic that you

7  all are stripping parents of their rights and

8  substituting the judgment of parents and of doctors

9  who are actual experts in the provision of this care

10 for that of the state.

11          I've attended every one of your meetings

12 thus far, and I find it incredibly troubling and

13 disingenuous the way that the Board of Medicine,

14 particularly, has reversed course on the inclusion

15 of the IRB approved investigator initiated clinical

16 trial exception for prospective patients.

17          I find this concerning because as

18 Dr. Diamond, you said yourself during -- I don't

19 remember if it was the October 28th or November 4th

20 meeting, but you said, "The chief point of agreement

21 amongst all the experts" -- and I must emphasize

22 this -- "is that there is a pressing need for

23 additional high quality clinical research."  Seven

24 days later to reverse course on that and remove that

25 exception, it just doesn't make sense.

Med Def_001037

February 10, 2023

1          The proposed rule is a cruel and

2  discriminatory measure that is inconsistent with the

3  rights guaranteed to minors, parents of minors, and

4  medical providers under the equal protection clause,

5  the due process clause, the Affordable Care Act, and

6  other laws.

7          The Florida Board of Medicine has a duty to

8  ensure that doctors licensed to practice medicine in

9  the state of Florida are providing high quality

10  evidence-based care to patients.

11          By adopting and enacting the proposed rules

12  that we're here to discuss today, you would be

13  denying Florida medical providers the ability to

14  utilize their own judgment, their own clinical

15  expertise, and mandating that they violate the

16  evidence-based treatment guidelines for the

17  treatment of gender dysphoria.  Utilizing this

18  process to categorically exclude the provision of

19  medical care to an entire group of people,

20  transgender minors, will further set dangerous

21  precedent whereby standards of care in the state of

22  Florida can change based on the whim of the Governor

23  and political motivations.

24          I just want to quickly read a note that was

25  sent to me this morning by a client of the parent of

Med Def_001038

February 10, 2023

1  a transgender minor who wasn't able to be here

2  today.

3           She wanted me to share this with you all.

4  "Access to gender-affirming care, including puberty

5  blockers and the embrace of a family who accepts her

6  for who she is have allowed my child to blossom into

7  a girl who loves herself, who is confident, and who

8  just wants to be a happy kid in the state where she

9  has called her home since birth.

10           Barring doctors who have extensive training

11  and medical experience and follow peer review

12  guidelines from working with families to provide

13  life-saving and life-changing care to kids will rob

14  this incredible gift of joyful being not only from

15  trans kids but from their parents and families who

16  love and support them.

17           As the parent of a trans child, I deserve

18  to be able to experience the joy of watching my

19  child blossom into a happy, confident, empowered

20  girl who feels comfortable and confident in her own

21  body."  Thank you.

22           CHAIRMAN ACKERMAN:  Thank you, Ms. Chriss.

23           Do any of the members of either board have

24  any questions for Ms. Chriss or any comments?

25           Dr. Vila?

Med Def_001039

February 10, 2023

```
 1              DR. VILA:  Yeah.  Ms. Chriss, thank you for
 2  coming today and thank you for all the things that
 3  you do to help treat and protect and care for
 4  children of the state.  I sincerely appreciate that.
 5  And I think that's one thing that everyone in this
 6  room has in common, that we're here for the
 7  children, and we're trying to do the best that we
 8  can to protect them.
 9              And the thing I'll take exception with is
10  in your statement, you said the overwhelming weight
11  of the evidence is clear that these therapies are
12  acceptable and safe.  And that's not true.
13              When you look -- the literature is not
14  clear.  It's not clear.  And you admitted that
15  because you said -- you agreed with the statement
16  that we needed some more research in these areas,
17  but the clinical data clearly doesn't support the --
18  there's not adequate evidence to support the use of
19  the therapies, the limited therapies that we've said
20  should not be used because of the irreversible harm.
21              So this Board is not against research, is
22  not against care for transgender children.  This
23  Board has reviewed hundreds of studies.  We've
24  talked to doctors.  We've received testimony from
25  both sides of this issue, and the overwhelming data
```

Med Def_001040

February 10, 2023

1  does not support -- so I take exception to what you

2  said.  It just doesn't support.  It's not there.

3  There's lots of physicians that feel differently.

4           So in terms of the research, there's still

5  an opportunity to research.  What the Board has

6  sought to do is to protect our children from

7  therapies that have irreversible harm; that have

8  been shown to create irreversible harm.  So it's a

9  very limited set of therapies that have been

10  restricted, but this Board still wants these

11  patients cared for absolutely.  Thank you.

12           CHAIRMAN ACKERMAN:  Thank you, Dr. Vila.

13           SIMONE CHRISS:  If I may --

14           CHAIRMAN ACKERMAN:  Ms. Chriss, you want to

15  respond to that?

16           SIMONE CHRISS:  If I may, briefly.  Thank

17  you.

18           I appreciate the points that you're

19  raising.  However, I have to push back on the notion

20  that there isn't an overwhelming consensus of

21  scientific and medical evidence demonstrating the

22  efficacy of this treatment.  And that's a point that

23  I think we're just going to have to agree to

24  disagree on, but there are a handful of experts that

25  you can fly in from other states and other countries

Med Def_001041

February 10, 2023

Page 25

```
 1  who will come to the conclusion that ACA came to,
 2  which is what you all are relying upon.  And those
 3  folks will say that, but talk to the doctors that
 4  practice in Florida; talk to the folks that are
 5  actually treating these children.  Hear from the
 6  children.
 7             I mean, I've been at every meeting, and
 8  kids who are actually impacted, who have received
 9  this treatment and who have -- it has been
10  lifesaving for them.  Their voices haven't been
11  heard.  And the physicians that are providing
12  evidence-based medicine in this state and who have
13  had overwhelmingly positive results with the
14  patients that they serve, those folks' voices are
15  not being heard.
16             And so I just -- I have to push back on
17  that notion that this is in any way protecting
18  children.  Because if that were the case and you all
19  thought that these treatments genuinely were so
20  harmful and damaging, why would there be a clause
21  allowing kids already on this treatment to continue
22  receiving said treatment?  Why are these same exact
23  drugs and blockers and hormones provided to treat
24  other conditions?  They're solely excluded for
25  gender dysphoria.
```

Med Def_001042

February 10, 2023

```
 1                   There's so many things in this that simply
 2     don't make sense and to target just transgender
 3     children and exclude them from receiving evidence-
 4     based care.  And in alignment with authoritative
 5     standards, it's hard to see it as anything other
 6     than discrimination against transgender children.
 7                   CHAIRMAN ACKERMAN:  Thank you, Ms. Chriss.
 8                   I want to remind you and the -- and all the
 9     public that's here that this Board heard from many
10     physicians around the state and around the country
11     who treat transgender children.  And we heard a lot
12     of disparity in their outcomes and their and in
13     their opinions.
14                   And so it's not that we didn't hear from
15     these doctors.  We did.  We heard from lots of kids
16     as well.  Lots of children spoke to us.  So we
17     processed all that.  And thank you for your
18     comments.
19                   Is there anything else from any other board
20     members?  Thank you, Ms. Chriss.
21                   SIMONE CHRISS:  Thank you.
22                   (END OF AUDIO RECORDING)
23
24
25
```

Med Def_001043

February 10, 2023

1            CERTIFICATE OF TRANSCRIPTIONIST

2            I certify that the foregoing is a true and

3    accurate transcript of the digital recording

4    provided to me in this matter.

5            I do further certify that I am neither a

6    relative, nor employee, nor attorney of any of the

7    parties to this action, and that I am not

8    financially interested in the action.

9

10

11

12                    *Julie Thompson*

13                    Julie Thompson, CET-1036

14

15

16

17

18

19

20

21

22

23

24

25

Med Def_001044

**1**

**1**
  13:3 14:12
**10**
  5:8 16:2,3
**12**
  7:10
**14**
  9:5
**14th**
  19:24
**15**
  6:21 16:2,3
**1:02**
  5:9

**2**

**2**
  14:15
**2022**
  6:4,10 7:10,
  19 8:16,21
  9:5 11:7
**2023**
  5:8
**28**
  7:18 8:15
**28th**
  12:4 20:19

**4**

**4**
  8:21
**4th**
  12:16,25
  20:19

**5**

**5**
  6:10 11:7
**5:00**
  10:3

**A**

**ability**
  21:13
**absolutely**
  24:11
**ACA**
  25:1
**academics**
  11:17,18
**acceptable**
  23:12
**accepted**
  19:14
**accepts**
  22:5
**access**
  17:9 18:7,9,
  17 22:4
**accountable**
  17:10
**Ackerman**
  2:5,10,20 4:5
  5:3 10:15
  16:25 22:22
  24:12,14
**Act**
  21:5
**actions**
  9:22
**actively**

  7:23 8:11
**actual**
  20:9
**additional**
  13:15 20:23
**adequate**
  23:18
**Administrative**
  9:4
**admitted**
  23:14
**adopt**
  19:3
**adopted**
  12:18
**adopting**
  21:11
**adults**
  18:15
**affect**
  14:25
**affirmative**
  8:17,25
**Affordable**
  21:5
**afternoon**
  2:5 5:8
**agency**
  14:12
**agenda**
  9:20
**agree**
  24:23
**agreed**
  23:15
**agreement**
  7:3 20:20

**ahead**
  15:22
**allotted**
  10:6
**allowed**
  22:6
**allowing**
  25:21
**alter**
  13:7
**Amendment**
  19:24
**American**
  8:1
**and/or**
  14:17
**antagonist**
  13:9,11
**apolitical**
  9:10
**appointed**
  5:24
**approach**
  11:12
**approval**
  13:19
**approved**
  9:1 13:1,3
  20:15
**approving**
  8:19
**area**
  17:20
**areas**
  23:16
**ashamed**
  17:22,23

Med Def_001045

assessments
13:24

Association
19:7

attended
20:11

audio
2:3 5:13

August
6:10 7:10
11:6

auspices
13:18

authoritative
19:14

aware
18:20

---
B
---

back
24:19 25:16

backgrounds
12:7

bans
18:21 19:12,
21

Barring
22:10

Barsoum
2:24

based
18:5,12,25
19:17 21:22

basis
20:1

bear
10:20

bearing
14:13

begin
2:16 5:4,6
15:12,22

benefits
18:17

Benson
3:1,2

birth
22:9

bizarre
19:4

blockers
22:5 25:23

blocking
13:8,11

blossom
22:6,19

board
2:10,13,18,19
4:1,2,8,9
5:1,5,10,16,
20 6:9,10
7:7,9,10,13,
19 9:13
10:18,24 11:7
12:17,21,25
13:2,14,18
14:2,23,24
16:4,5 20:13
21:7 22:23
23:21,23
24:5,10

board's
5:14 9:18
14:3

boards
5:11 6:4

8:20,22 9:1,
7,9,12,24
11:3 12:18
15:20

bodies
9:10

body
22:21

born
17:12

bottom
6:16

briefly
24:16

---
C
---

California
8:6

call
2:17,19 4:9
15:23

called
22:9

care
5:17 9:14
18:9,17,19
19:4,5 20:3,9
21:5,10,19,21
22:4,13 23:3,
22

cared
24:11

case
25:18

categorically
21:18

centers
6:17,19

chair
5:22 10:13
11:8

Chairman
2:5,10 4:5
5:3 10:15
16:25 22:22
24:12,14

challenge
14:19 15:10

challenging
18:21

change
21:22

characteristics
13:8

Chicago
8:5

chief
7:3 20:20

child
20:3 22:6,17,
19

children
18:3,9 23:4,
7,22 24:6
25:5,6,18

Children's
8:4,12,13,14

chooses
9:25

chose
17:15

chosen
19:16

Chris
4:2

Chriss

Med Def_001046

16:19,22,24
17:1,4 22:22,
24 23:1
24:13,14,16

**civil**
9:19 17:6

**clarify**
15:7

**clause**
19:24 20:2
21:4,5 25:20

**clear**
14:19 23:11,
14

**client**
21:25

**clinical**
7:5,25 8:1
13:20,22 14:4
19:2 20:15,23
21:14 23:17

**Coffman**
3:3,4

**cohorts**
7:21

**colleagues**
6:25

**comfortable**
22:20

**comment**
8:16 10:4,7,
13 11:25 12:9

**comments**
5:6,22 8:24
9:21 10:16
15:13 22:24

**committee**
7:16 8:15
12:4

**common**
23:6

**communities**
17:8

**community**
17:18 18:2
19:10

**completely**
15:10

**concerned**
20:5

**conclusion**
7:7,12 12:2
25:1

**conditions**
25:24

**conduct**
10:1

**conducted**
9:18 13:21

**confident**
22:7,19,20

**conflict**
15:3

**consensus**
19:14 24:20

**consequences**
18:18

**conservative**
17:20

**consideration**
8:20

**considered**
19:12

**consistent**
15:2

**Constitution**
19:25

**constitutional**
19:22

**constraints**
10:10

**context**
14:23

**continue**
13:13,17
25:21

**contravene**
19:13

**conversations**
6:1

**core**
19:21

**counsel**
4:2,25 11:11
16:21 17:5

**countries**
24:25

**country**
17:23 18:21
19:15

**court**
5:19

**create**
24:8

**created**
12:15

**Creegan**
4:19,20

**cruel**
21:1

**current**
7:25

---

**D**

**damaging**
25:20

**dangerous**
21:20

**Danielle**
4:7 5:1

**data**
7:25 23:17,25

**date**
13:12

**David**
4:25 11:8

**days**
20:24

**decades**
19:1,6

**decided**
12:3

**decisions**
20:3

**declined**
8:8,11

**deeply**
20:5

**delayed**
4:23

**deliberation**
15:21

**demonstrating**
24:21

**denied**
18:19

**denying**
21:13

**department**

Med Def_001047

6:6,12 7:12

**depending**
10:5

**Derick**
3:5

**deserve**
22:17

**devastating**
18:18

**develop**
7:17 11:4

**devices**
6:3

**Di**
2:15 4:22

**Diamond**
3:7,8 11:8
20:18

**Dierlam**
4:2,4

**difference**
12:23 14:1

**differences**
6:24

**differently**
24:3

**differing**
7:20

**Dimaggio**
8:14

**directed**
7:19 11:11

**directly**
19:13

**Director**
2:17,20,24
3:3,5,9,13,
15,19,21,23

4:1,7,10,13,
15,17,19,21,
25 5:5,7,10
16:19 17:4

**disagree**
24:24

**discourse**
9:19

**discrimination**
17:9 19:25

**discriminatory**
17:10 21:2

**discuss**
21:12

**discussing**
9:19

**disinformation**
19:18

**disingenuous**
20:13

**disrupt**
9:25

**disruptive**
9:21,22

**diverse**
12:1

**doctors**
20:8 21:8
22:10 23:24
25:3

**draft**
8:19,23

**drugs**
25:23

**Ducatel**
4:17,18

**due**
20:2 21:5

**duly**
5:11

**duration**
9:22

**duty**
21:7

**dysphoria**
2:8 6:8 7:2,
5,24 9:3 11:5
12:13,20
13:5,17 18:7,
14,24 19:6
21:17 25:25

---

**E**

---

**early**
11:1

**educate**
15:7

**effective**
13:12 18:8,25

**efficacy**
24:22

**elected**
10:11

**electronic**
6:3

**embrace**
22:5

**emotionally**
8:16

**emphasize**
20:21

**empowered**
22:19

**enacting**
21:11

**end**
10:3

**Endocrine**
8:8 19:8

**endocrinologist**
8:6

**endocrinologist
s**
7:23

**enjoined**
18:22

**ensure**
10:13 11:12
17:8 21:8

**entire**
21:19

**entities**
16:8

**entrusted**
17:25

**equal**
6:12 19:23
21:4

**equitable**
10:8

**establish**
9:2

**established**
19:6

**European**
6:25

**evidence**
18:6,12 19:1
23:11,18
24:21

**evidence-based**
21:10,16
25:12

Med Def_001048

**evident**
  10:8

**exact**
  25:22

**exception**
  20:16,25 23:9
  24:1

**exclude**
  21:18

**excluded**
  25:24

**excused**
  2:25 3:6,10,
  16,24 4:22

**Executive**
  2:17,20,24
  3:3,5,9,13,
  15,19,21,23
  4:1,7,10,13,
  15,17,19,21,
  25 5:5,7,10

**exemption**
  14:4

**exists**
  19:5

**expectation**
  9:18

**experience**
  11:20 18:14
  22:11,18

**expertise**
  7:24 11:19
  12:6 21:15

**experts**
  6:13 7:4,20
  11:15,25
  12:5,10 20:9,
  21 24:24

**extended**
  8:7

**extensive**
  18:14 22:10

**extent**
  10:5

---

### F

**fair**
  11:13

**families**
  22:12,15

**family**
  22:5

**farm**
  17:14

**fear**
  19:17

**February**
  5:8

**federal**
  17:7

**feel**
  24:3

**feelings**
  9:15

**feels**
  20:6 22:20

**fell**
  7:15

**females**
  6:21

**find**
  20:12,17

**Finland**
  8:4

**firm**

  17:7

**floor**
  16:25

**Florida**
  4:1 5:10 6:8,
  13,18,20 7:22
  8:2 9:4,12
  11:17 13:21,
  22 14:11,20
  17:13,14,21,
  22 18:9 19:3
  21:7,9,13,22
  25:4

**fly**
  24:25

**Flynn**
  4:25

**folks**
  17:18 25:3,4

**folks'**
  25:14

**follow**
  22:11

**formal**
  8:7,10 14:6,9

**formally**
  16:1

**found**
  11:20

**free**
  19:25

**freedom**
  17:9

**Friday**
  5:8

**front**
  2:12

**fundamental**

  20:1

---

### G

**gain**
  18:2

**Garcia**
  3:9

**gay**
  17:19

**gender**
  2:8 6:8 7:1,
  5,24 9:3 11:5
  12:13,20
  13:5,16 18:7,
  13,24 19:6
  21:17 25:25

**gender-
affirming**
  11:5 12:13
  18:17 22:4

**general**
  6:11 7:11
  15:3

**generally**
  7:20 15:9

**genuinely**
  19:19 25:19

**gift**
  22:14

**girl**
  22:7,20

**good**
  2:5,6 5:7
  10:21

**Governor**
  21:22

**granted**
  6:12

Med Def_001049

**group**
21:19

**groups**
14:16

**grown**
17:19

**guaranteed**
21:3

**guidance**
19:11

**guidelines**
21:16 22:12

**guise**
18:3

**H**

**hand**
19:17

**handful**
24:24

**happy**
22:8,19

**harm**
23:20 24:7,8

**harmful**
25:20

**harms**
18:9

**heads**
10:24

**health**
6:6 17:25
19:8

**healthcare**
11:6 12:14

**hear**
15:15,16 25:5

**heard**
10:18 11:14,
23 12:5,8,9
25:11,15

**hearing**
2:7 9:7 14:6,
7,9,10,21
15:6,14,15,25
16:1,13,16,19

**held**
6:13 8:22
11:7

**high**
20:23 21:9

**high-quality**
7:4

**hold**
7:16 17:10

**holds**
20:4

**Hollywood**
8:14

**home**
17:16 22:9

**honor**
14:8

**Hopkins**
8:12

**hormone**
13:8,9,11

**hormones**
25:23

**Hospital**
8:5,12,13,14

**hosted**
6:10 7:10

**hundreds**
18:15 23:23

**Hunter**
3:11,12

**I**

**impact**
17:7

**impacted**
25:8

**important**
5:20

**include**
13:23 16:3

**including**
19:22 22:4

**inclusion**
20:14

**inconsistent**
21:2

**incredible**
22:14

**incredibly**
20:12

**individual**
9:25

**individual's**
19:23

**individuals**
14:16 15:4

**inform**
14:12

**information**
14:17

**infrequently**
6:18

**initiate**
6:7 7:8,13
12:3

**initiated**
13:20 20:15

**Initiative**
16:20 17:5

**insidious**
18:4

**instances**
6:20

**institutional**
13:18

**institutions**
11:17

**instructions**
5:15

**intended**
6:6

**interest**
17:6

**interests**
14:17

**investigator**
13:20 20:15

**invitation**
8:7,9

**invitations**
8:10

**invite**
7:19

**invited**
14:6

**IRB**
20:15

**ironic**
20:6

**irreversible**
23:20 24:7,8

**issue**

Med Def_001050

8:18,25  9:12
11:10,24
23:25

**issues**
9:15,20

---

**J**

**Jackson**
4:21

**James**
16:13

**Joe**
8:13

**Johns**
8:12

**joint**
5:11  7:15
8:21  12:16,25

**joy**
22:18

**joyful**
22:14

**judgment**
20:8  21:14

**June**
6:4  11:1

**justice**
3:13,14  17:9

---

**K**

**kid**
22:8

**kids**
22:13,15
25:8,21

**kind**
10:17

**Kirsh**
2:13  4:11,12

**knowledge**
11:20

---

**L**

**lack**
7:4

**language**
7:17  8:19,23
9:2,4,6  15:1,
8

**large**
6:24  7:25

**late**
2:15

**Lauren**
16:16

**law**
17:7,15,16

**laws**
17:11  21:6

**lawsuits**
18:21

**legal**
4:24  16:20
17:5

**legislative**
7:16

**LGBTQ**
17:21

**licensed**
7:22  21:8

**life-changing**
22:13

**life-saving**
22:13

**lifesaving**
25:10

**limited**
23:19  24:9

**literature**
23:13

**litigation**
17:8

**long-term**
13:23

**longitudinal**
13:23

**looked**
19:11

**lot**
15:18

**lots**
24:3

**love**
22:16

**loves**
22:7

---

**M**

**made**
15:17,18,24
16:12,15,18

**major**
6:15,17,19
19:9,15

**make**
10:12,16
15:8,10,19
17:16,17
20:2,25

**making**
5:6  9:21

**mandating**
21:15

**manner**
11:13

**manufactured**
19:18

**mastectomies**
6:22

**matter**
7:20  11:14,15
12:5,10

**matters**
5:17  14:12

**measure**
21:2

**measures**
18:23

**medical**
6:17,19,24
13:21  18:13
19:9,10,15
20:3  21:4,13,
19  22:11
24:21

**medically**
18:8,25

**medicine**
2:11,14,18,19
4:2,8,9  5:1,
5,10,12  6:4,5
8:22  9:9,10
11:3,4  12:17,
18,21,22
13:2,3,14
14:23,24
15:20,21
20:13  21:7,8
25:12

**Medicine's**

Med Def_001051

6:9 7:9 14:2,
3

meeting
5:11,13,15,
19,23,25
6:10,16 7:7,
10,13,18 8:7,
15,21 9:8,17,
23 10:1,3,5,
6,10 11:7
12:2,17,25
20:20 25:7

meetings
20:11

members
5:16 9:13
22:23

met
12:4

Miami
8:12

Miller
16:16,17

minor
22:1

minors
2:9 6:17,19
7:1,23 9:3
12:20 13:5,
10,17 18:16
21:3,20

minutes
2:15 16:2,4

mission
9:11

modifications
14:13 15:11

morning
21:25

Mortensen
4:15,16

motion
8:19

motivations
21:23

---

**N**

name's
17:3

names
16:10

necessity
18:13

needed
23:16

negative
8:18,25

Nicholas
2:22

Nicklaus
8:12

non-
13:15

not-for-profit
17:6

note
21:24

notice
6:5 11:2

noticed
5:11

notion
19:3 24:19
25:17

November
8:21 9:5

12:16,25
20:19

number
9:6 13:3
14:11,15

---

**O**

October
7:18 8:15
12:4 20:19

offered
6:17,19

officials
10:11

opening
5:6

opinions
11:22 12:11

opportunity
10:14 17:3
24:5

oppose
18:11

opposing
6:14

organization
19:15

organizations
19:9

Osteopathic
2:14 4:8,9
5:1,12 6:5
7:9 8:22 9:9
11:3 12:18,22
13:2,14 14:3,
24 15:20

outcomes
13:25

outrage
19:18

overwhelming
18:6 23:10,25
24:20

overwhelmingly
25:13

Oxford
8:3

---

**P**

p.m.
5:9 10:4

Pages
3:15

parent
21:25 22:17

parental
20:6

parents
20:1,7,8 21:3
22:15

part
6:2

participate
14:18

participated
8:6

passed
8:19

past
14:22

patient's
13:24

patients
14:25 20:16
21:10 24:11
25:14

Med Def_001052

Paul
  2:17 3:25
  5:4,9
pediatric
  7:22
pediatricians
  7:22
peer
  22:11
people
  9:11 15:6,18,
  25 16:8 19:19
  21:19
performed
  13:4,17
person
  16:12,15,18
personal
  9:15
perspective
  14:23
perspectives
  11:21 12:12
Petersburg
  8:13
petition
  6:7
petitioning
  11:3
physicians
  8:11 24:3
  25:11
physiologic
  13:24
Pietro
  2:15 4:22
Pimentel
  3:17,18

place
  17:17
pneumonia
  15:1,5
point
  7:3 20:20
  24:22
points
  6:15 24:18
policies
  17:11
political
  18:2 21:23
position
  6:12,14 7:12
  18:23 19:16
positions
  8:18,25 17:24
positive
  25:13
possibly
  7:17
power
  17:24 18:1
powerful
  8:16
practice
  2:8 8:5 9:2
  12:19 14:5
  15:3 17:16
  21:8 25:4
practicing
  8:11
precedent
  21:21
preparation
  7:18

present
  2:21 3:4,8,
  12,14,18,20,
  22 4:20,24
  6:6
presentation
  15:24
presented
  11:6 12:16
preservation
  20:5
President
  3:25
pressing
  20:22
primary
  9:10 13:7
prior
  13:12
private
  8:5
procedures
  13:4,7
proceeding
  2:2
process
  10:7 11:12
  12:3 14:18
  20:2 21:5,18
processed
  12:12
processes
  10:25
Professional
  19:7
progress
  9:25 10:6

prohibited
  13:6
proper
  14:23
proposal
  9:1
propose
  14:24
proposed
  12:12 14:2,13
  18:11 21:1,11
prospective
  20:16
protect
  17:17,20,25
  23:3,8 24:6
protecting
  9:11 18:3
  25:17
protection
  19:23 21:4
protects
  18:10
provide
  22:12
provided
  14:20 25:23
providers
  21:4,13
providing
  21:9 25:11
provision
  20:9 21:18
psychologic
  13:25
puberty
  13:8 22:4

Med Def_001053

puberty-
  13:10
public
  5:13,22,25
  6:2 8:16,23
  10:4,7,13
  11:23,24,25
  12:8,9,10
  14:15 15:16,
  17 16:11 17:6
publication
  9:6
publicly
  10:11
published
  9:4
purpose
  14:10
push
  24:19 25:16
put
  12:24 14:22
putting
  9:14

**Q**

quality
  20:23 21:9
questions
  16:5,7 22:24
quickly
  21:24
quorum
  4:3 5:2

**R**

raised

17:13
raising
  24:19
randomized
  10:7
read
  12:24 21:24
reality
  19:21
reassignment
  13:6
receive
  16:10
received
  6:5 8:17,24
  9:7 10:4 14:7
  23:24 25:8
receiving
  25:22
record
  5:21 6:2
  16:11
recorded
  5:13 6:1,2
recording
  2:3
redundant
  10:20
refrain
  5:23 9:21
Register
  9:5
regular
  6:9 7:10
related
  11:10
relying
  25:2

remember
  5:25 10:22
  20:19
remove
  9:24 20:24
reporter
  5:19
representatives
  7:25 8:2
representing
  6:11 7:11,21
  8:17,24
request
  10:19 16:12
requested
  15:14 16:1
requests
  9:6 14:6,7,8
  15:17,18,24
  16:15,18
require
  9:20
research
  7:5 11:19
  19:2 20:23
  23:16,21
  24:4,5
reserve
  9:24
respond
  16:4,6 24:15
rest
  17:23
restricted
  24:10
result
  18:19
resulting

9:8
results
  25:13
revealed
  6:15
reverse
  20:24
reversed
  20:14
review
  13:18 22:11
reviewed
  23:23
rights
  17:4,7,18,20,
  25 19:22,23
  20:1,6,7 21:3
rob
  22:13
roll
  2:16,18 4:9
Romanello
  2:22,23
room
  23:6
rule
  7:16,17 9:7
  10:19 13:12,
  15 14:3,6,7,
  9,19,25 15:1,
  9,10 21:1
rulemaking
  6:7 7:8,14
  12:3 14:5,10,
  18,21
rules
  2:7 7:15 11:4
  12:4,13,15,

Med Def_001054

16,19,22,24
14:13 15:15,
25 16:1,13,
16,19 18:11
21:11

**rural**
17:13

---

**S**

**safe**
18:7,24 23:12

**school**
17:15

**schools**
13:21

**science**
9:13 18:6,12
19:1

**scientific**
24:21

**scientists**
7:24

**Scot**
2:10

**secondary**
13:7

**sense**
20:25

**sensitivities**
11:10

**serve**
17:8 25:14

**set**
13:21 21:20
24:9

**sex**
13:6 20:1

**sexual**
13:8

**share**
22:3

**shared**
11:19

**shortly**
4:23

**shown**
24:8

**side**
6:1

**sides**
11:24 23:25

**significant**
6:23

**silence**
6:3

**similar**
12:22 18:21

**Simone**
16:19,24
17:1,3 24:13,
16

**sincerely**
23:4

**sir**
4:10 5:2

**small**
17:13

**so-called**
6:16,18

**societies**
6:24 8:1

**Society**
8:8 19:8

**solely**
25:24

**sought**
24:6

**Southern**
16:20 17:5

**speak**
5:20 10:9,10,
14,23 16:2,9
17:3

**speaking**
5:23

**specific**
16:6

**specifically**
14:16

**St**
8:13

**staff**
7:19 11:11

**stand**
17:21

**standard**
9:14 12:19
14:5 19:4,5

**standards**
2:7 9:2 19:14
21:21

**start**
10:17 17:12

**state**
5:21 6:11
7:11 9:11
11:2 17:10,17
18:16 20:4,10
21:9,21 22:8
23:4 25:12

**stated**
4:22

**statement**

23:10,15

**states**
6:25 24:25

**statewide**
17:6

**statute**
13:22 14:11,
20

**stay**
17:15

**stripping**
18:8 20:7

**struck**
18:22

**studies**
23:23

**subject**
7:5,19 11:5,
13,14,15
12:5,9

**sublimely**
20:6

**substantive**
6:23 20:2

**substituting**
20:8

**successful**
5:16

**successfully**
18:22

**support**
22:16 23:17,
18 24:1,2

**supported**
19:1

**supporting**
18:12

Med Def_001055

Surgeon
  6:11 7:11

surgeries
  13:6

surgery
  6:16,18

surgical
  13:7,16

---

**T**

taking
  9:22

talk
  25:3,4

talked
  23:24

Tampa
  11:7

task
  7:15

teen
  17:19

terms
  9:17 24:4

Terrell
  4:7,10,13,15,
  17,19,21 5:2,
  3

testimony
  11:14 23:24

therapies
  13:4,9,11,13
  23:11,19
  24:7,9

thereof
  14:14

thing
  23:5,9

things
  10:19,21
  14:22 15:7
  23:2

thought
  25:19

time
  5:9,24 6:3,12
  10:6,10
  15:19,21 16:4

today
  2:6,9 5:18
  9:16 10:12,23
  14:6,8 15:14
  16:8,23 17:3,
  22 19:13
  21:12 22:2
  23:2

today's
  9:8,20

top
  6:18

town
  17:13

training
  22:10

trans
  22:15,17

transcribed
  2:2

transgender
  16:20 17:4
  18:2,15 19:8,
  22 21:20 22:1
  23:22

travel
  4:23

treat
  7:23 14:25

15:5 23:3
  25:23

treated
  13:10

treating
  25:5

treatment
  2:8 6:8 7:1,6
  9:3 12:19
  13:5,16 18:7,
  13,24 19:5
  21:16,17
  24:22 25:9,
  21,22

treatments
  13:16 25:19

tremendous
  18:16

trial
  20:16

trials
  13:20,23 14:4

troubling
  20:12

true
  23:12

trusted
  19:10

Turku
  8:4

tweaks
  15:8,9,11

twofold
  14:11

---

**U**

U.S.
  19:24

ultimately
  8:1,18 9:1

undergone
  6:22

undergrad
  17:15

understand
  10:24 19:20

understood
  11:9

unique
  11:9

United
  6:25

University
  6:13 8:2,3,4
  17:14

utilize
  21:14

utilizes
  17:7

Utilizing
  21:17

---

**V**

varied
  11:21 12:10,
  11

Vasquez
  2:17,20,24
  3:3,5,9,13,
  15,19,21,23,
  25 4:4,6 5:4,
  7,9 10:15,20

vehemently
  18:11

VICE-CHAIR
  2:23 4:12

**Vice-chairman**
  2:13

**viewpoints**
  7:20

**Vila**
  3:19,20 22:25
  23:1 24:12

**violate**
  19:21 21:15

**visiting**
  10:23

**voices**
  25:10,14

**voted**
  7:8,13

————————————

**W**

————————————

**wanted**
  17:17,20 22:3

**Wasylik**
  3:21,22

**watching**
  17:24 22:18

**weaponizing**
  18:1

**websites**
  5:14

**week**
  5:14

**weight**
  18:6 23:10

**well-being**
  18:1

**well-published**
  11:16

**well-respected**
  11:16

**whim**
  21:22

**who've**
  15:24

**widely**
  19:13

**William**
  2:12

**Williams**
  4:13,14

**wishes**
  10:9

**witnessing**
  18:16

**working**
  18:15 22:12

**workshop**
  7:16

**world**
  11:18 17:23
  19:7

**Wright**
  16:13,14

————————————

**Y**

————————————

**Yale**
  8:3

**years**
  6:21

**young**
  6:21

**youth**
  17:21

————————————

**Z**

————————————

**Zachariah**
  3:23

Med Def_001057