

Jane Doe

*vs.*

Joseph Ladapo

Taped Transcription

February 21, 2023

LEXITAS™

Med Def_001350

Doe Pls' Trial Ex.

27

1

2  JANE DOE,

3        Plaintiff,

4  vs.

5  JOSEPH LADAPO,

6        Defendant.

7  _____

8

9

10

11

12              TRANSCRIPTION OF VIDEO RECORDING

13               HOUSE HEALTH AND HUMAN SERVICES

14                    FEBRUARY 21, 2023

15

16

17

18

19

20

21

22              TRANSCRIBED AUDIO RECORDING BY:

23                   Julie Thompson, CET

24

25  Job No.: 322529

February 21, 2023

Page 2

1    Thereupon,

2    The following proceeding was transcribed from an

3    audio recording:

4                           ****

5              CHAIRMAN FINE:  The Health and Human

6    services Committee will come to order.

7              Sabrina, please call the role.

8              THE CLERK:  Chair Fine.

9              CHAIRMAN FINE:  Here.

10             THE CLERK:  Representatives Persons-

11   Mulicka.

12             VICE-CHAIR PERSONS-MULICKA:  Here.

13             THE CLERK:  Representative Salzman.

14             REPRESENTATIVE SALZMAN:  Here.

15             THE CLERK:  Skidmore.

16             REPRESENTATIVE SKIDMORE:  Here.

17             THE CLERK:  Amesty.

18             REPRESENTATIVE AMESTY:  Here.

19             THE CLERK:  Anderson.

20             REPRESENTATIVE ANDERSON:  Here.

21             THE CLERK:  Baker.

22             REPRESENTATIVE BAKER:  Here.

23             THE CLERK:  Clemons.

24             Cross.

25             REPRESENTATIVE CROSS:  Here.

Med Def_001352

February 21, 2023

1            THE CLERK:  Dunkley.

2            REPRESENTATIVE DUNKLEY:  Here.

3            THE CLERK:  Edmonds.

4            REPRESENTATIVE EDMONDS:  Here.

5            THE CLERK:  Gantt.

6            REPRESENTATIVE GANTT:  Here.

7            THE CLERK:  Grant.

8            REPRESENTATIVE GRANT:  Here.

9            THE CLERK:  Koster.

10            REPRESENTATIVE KOSTER:  Here.

11            THE CLERK:  Massullo.

12            REPRESENTATIVE MASSULLO:  Here.

13            THE CLERK:  Plakon.

14            REPRESENTATIVE PLAKON:  Here.

15            THE CLERK:  Rizo.

16            REPRESENTATIVE RIZO:  Here.

17            THE CLERK:  Snyder.

18            REPRESENTATIVE SNYDER:  Here.

19            THE CLERK:  Trabulsy.

20            REPRESENTATIVE TRABULSY:  Here.

21            THE CLERK:  Woodson.

22            REPRESENTATIVE WOODSON:  Here.

23            THE CLERK:  Yarkosky.

24            REPRESENTATIVE YARKOSKY:  Here.

25            THE CLERK:  A quorum is present.

Med Def_001353

February 21, 2023

1              CHAIRMAN FINE:  Thank you, Sabrina.

2              As we begin, I ask everyone to silence

3    their cell phones.

4              So members, we are going to be having a

5    discussion today, a panel presentation on a subject

6    that has a lot of charged emotions around it.  And

7    so before we get into it, I want to lay out some

8    protocol rules that will be inflexible and enforced

9    strictly.

10             First, just so everyone knows, there will

11   not be public comment today.  The purpose of today

12   is to hear from the seven experts on both sides that

13   we have invited to come and speak today.  The second

14   thing, as it relates to questions, members may have

15   questions.  We're going to allow all seven speakers

16   to speak for 10 to 12 minutes each, and at the end

17   of that, we will take questions, you know, should

18   people have any.

19             And then the third thing relates to

20   disruptions.  The sergeant staff has been

21   preauthorized to remove people.  There will not be

22   warnings.  You'll be removed.  If I can hear you

23   breathe from my seat, that will be the standard.  So

24   I would encourage people to keep that in mind.

25   We're going to have a hearing.  We're going to hear

Med Def_001354

February 21, 2023

1  from these folks.  It's going to go for as long as

2  it goes, and then we are going to be done.  And

3  don't test me.  I'm sure you won't like the outcome.

4           All right.  Members, today we have a panel

5  of experts today to talk about gender dysphoria and

6  various procedures that are being performed or

7  prescribed on minors as a result.  With us today is

8  Dr. Scot Ackerman, the chair of the Florida Board of

9  Medicine, Michael Biggs, a PhD and an associate

10  professor of sociology from the University of

11  Oxford, Dr. Michael K Laidlaw, an endocrinologist,

12  Dr. Stephen B. Levine, a psychiatrist, Chloe Cole,

13  someone who has experienced this personally and will

14  share her story with us, and David Leatherwood with

15  an organization called Gays Against Groomers.  We

16  will also have a doctor.  I don't think she's here

17  yet.  I apologize that I can't pronounce her name,

18  Dr. Sidhbh Gallagher, who is a doctor from Miami.

19           And those are our seven speakers.  I would

20  note that of the seven, five are either PhDs or

21  doctors.  We only have two non-academics or medical

22  professionals that are here today.

23           In your packet you will find the CVs for

24  each of our clinical and academic panelists.  In

25  addition, I want to draw your attention to the last

Med Def_001355

February 21, 2023

1  tab in the packet.  This is someone we asked to

2  speak, but she was unable to be here.  But I would

3  encourage you to read it.  It is an article written

4  by Jamie Reed, who is a lesbian, who describes

5  herself as politically to the left of Bernie Sanders

6  and who has written a whistleblower article on her

7  experience dealing with these issues in the state of

8  Missouri and a copy of the letter that she sent to

9  the Missouri Attorney General.  I wish you good luck

10  reading the article.  I have tried on about five

11  occasions.  I cannot get to the end before I become

12  sick.  So I encourage you to read it.  It's a good

13  thing to read if you, you know, want something to do

14  here or certainly afterwards.

15           Panelists, I greatly appreciate your time,

16  taking the time to be here with us today.  I'm going

17  to ask each of you, like I said, to give some

18  opening remarks, no more than 10 to 12 minutes, and

19  then we'll move to member questions.

20           We're going to start with Dr. Ackerman, who

21  is here in person.  You'll notice we have three of

22  our panelists will be joining us remotely, but we're

23  going to start with Dr. Ackerman.  Thank you for

24  being here.  He's with the Board of Medicine.  He's

25  here to brief us on recent actions taken by the

Med Def_001356

February 21, 2023

Page 7

1   Board of Medicine to regulate certain medical

2   procedures that are being proposed on children.

3           Dr. Ackerman, you are recognized.

4           DR. ACKERMAN:    Thank you.    Thank you,

5   Chairman Fine, Vice Chairman Persons-Mulicka,

6   ranking members and Committee members for the

7   opportunity to speak with you and appear to you this

8   afternoon.   So I have some prepared remarks I'd like

9   to start with this morning -- this afternoon rather,

10  and I look forward to being questioned by you later,

11  if you wish.

12          So my name is Scot Ackerman.   I'm a

13  physician.   I'm an M.D.   I'm a radiation oncologist

14  practicing in Jacksonville, Florida.   I'm currently

15  the Chair of the Florida Board of Medicine, and I'm

16  here to speak to you today about the Board's efforts

17  to promulgate rules relating to the standards of

18  practice for the treatment of gender dysphoria and

19  minors in Florida.

20          So as a bit of background, as you know, the

21  Boards of Medicine and the Board of Osteopathic

22  Medicine are apolitical bodies that have the primary

23  mission of protecting the people of the state of

24  Florida.   As with any issue before our boards, the

25  Board members look to the available science and

Med Def_001357

February 21, 2023

Page 8

1   appropriate standards of care while putting aside

2   any personal feelings they may have on issues that

3   are presented before them.

4           In June of 2022, so just about eight months

5   ago, the Boards of Medicine and Osteopathic Medicine

6   received notice from the Department of Health that

7   it intended to present a petition to initiate

8   rulemaking regarding the treatment of gender

9   dysphoria in Florida.

10          During the Board of Medicine's regular

11  meeting on August 5, 2022, the Board hosted State

12  Surgeon General Joseph Ladapo and others

13  representing the position of the department.  Equal

14  time was then granted to experts from the University

15  of Florida, specifically from the Department of

16  Pediatrics and Pediatric Endocrinology, who held an

17  opposing position from the department, from the

18  Department of Health.

19          Three major points were revealed to us

20  during that meeting.  So three things came out after

21  hearing from the department and from the experts

22  from the University of Florida, and the first thing

23  that came out was this first so-called bottom

24  surgery.  Now, bottom surgery is removing the

25  phallus.  Bottom surgery would be to add a phallus

February 21, 2023

Page 9

1  to a woman who has a vagina.

2           And so we found out that bottom surgery is

3  generally not offered to minors at major medical

4  centers in Florida, but so-called top surgery is

5  infrequently offered to minors in major medical

6  centers.  So top surgery is a mastectomy on a woman

7  or a girl or breast augmentation to a man.  So we

8  found out that top surgery is infrequently offered

9  to minors in major medical centers in Florida.  And

10 we also found out that there have been instances in

11 Florida where females as young as 15 years old have

12 undergone mastectomies.

13          The second thing that came out was that

14 there was significant substantive differences

15 between large medical societies throughout the

16 United States and in Europe regarding the treatment

17 of minors with gender dysphoria.  So there was no

18 singular, unquestioned standard of care.  Anyone

19 that says that, we found and we felt that anyone

20 that says there's a single standard of care, that

21 that's just not accurate, that there are multiple

22 differences -- there's substantial differences in

23 the different societies.  There's a number of

24 societies that all agree, and there are many

25 societies that have a different opposing opinion.

Med Def_001359

February 21, 2023

Page 10

```
 1              And third -- am I still on?  Yeah.  Third,
 2   the chief point of agreement amongst all the experts
 3   is that there's lack of high-quality research on the
 4   subject of gender dysphoria and the treatment of
 5   gender dysphoria.  So there's no standard of care,
 6   and there's high agreement that there's lack of
 7   high-quality research.
 8              So at the end of that meeting, the Board
 9   voted to initiate rulemaking.  A week later, the
10   Board of Osteopathic Medicine met, and they hosted
11   the State Surgeon General and others representing
12   the position of the department.  And at the
13   conclusion of the Board of Osteopathic Medicines
14   meeting, they also voted to initiate rulemaking.
15              Now, you understand there's two separate
16   boards, the Board of Medicine, the M.D. board, and
17   the Osteopathic Medicine, which is the D.O board.
18   So we put together a joint -- both boards, a joint
19   rules and legislative committee, and we held a
20   workshop to consider and possibly develop rule
21   language.
22              In preparation for our meeting on October
23   28th -- so this joint meeting was October 20th in
24   Dania.  And we asked the Board staff to invite
25   subject matter experts with differing viewpoints,
```

Med Def_001360

February 21, 2023

1  and these subject matter experts represented three

2  separate cohorts.  So we brought in Florida licensed

3  pediatricians and pediatric endocrinologists who are

4  actively treating minors with gender dysphoria.

5  That's the first cohort.  We also invited scientists

6  who had expertise in the current clinical data, the

7  second cohort.  And then we invited representatives

8  from the large American clinical societies, who many

9  of these sites endorse this sort of gender

10  affirmative care.

11          So ultimately, we invite all these people.

12  They didn't all come.  Ultimately, we had

13  representatives from the University of Florida, the

14  University of Oxford, Yale University, University of

15  Turku in Finland, and the Children's Hospital of

16  Chicago.  And we also had a private practice

17  endocrinologist from California who participated in

18  the meeting.

19          A formal invitation was also extended to

20  the Endocrine Society, and they declined the

21  invitation.  We also sent formal invitations to

22  physicians who were actively practicing at many

23  pediatric hospitals in Florida, specifically the

24  Nicklaus Children's Hospital in Miami, Johns Hopkins

25  All Children's Hospital in St. Petersburg, and Joe

Med Def_001361

February 21, 2023

Page 12

1  DiMaggio Children's Hospital in Hollywood, and all

2  of these chose not to come to our meeting.

3           During the Committee meeting October 28th,

4  there also very emotionally powerful public comment

5  that was received from us from both the affirmative

6  and negative positions on the issue.  Ultimately, a

7  motion was passed approving draft rule language for

8  consideration by the Boards.

9           So then on November 4th, we had a joint

10  meeting of the Boards.  So those are rules-making

11  Committee.  We had a joint meeting of both Boards,

12  and on November 4th, that meeting was held to

13  consider this draft language.

14           Again, we had public comments at that

15  meeting representing both the affirmative and

16  negative position on the issue.  And ultimately,

17  both Boards approved proposed language to establish

18  the practice standards for the treatment of gender

19  dysphoria in minors.

20           The language was published in the Florida

21  Administrative Register on November 14th, and then

22  following publication of the language, a number of

23  requests -- we received a number of requests for a

24  rules hearing.  So just a couple of weeks ago,

25  February 10th, both the Boards of Osteopathic

Med Def_001362

February 21, 2023

Page 13

1    Medicine, the Board of Medicine held a joint hearing

2    here in Tallahassee to receive and consider

3    argument, comments, and questions for those that

4    requested rule hearing.

5              I want to point out to you we've got six

6    requests for a rule hearing.  And the rule hearing

7    is to hear from people who are experts or who this

8    rule might affect.  So they can tell us maybe if we

9    missed something, if we need to tweak our rule or

10   something.  We had six people request, and two came

11   to a rule hearing.  And so with the two we had, one

12   was someone who came and wanted us just to throw

13   away the rules completely, and the other was the

14   department that came to us wanting the Board of

15   Osteopathic Medicine to remove the research

16   exemption in our rule.

17             So at the conclusion of the meeting, we

18   also heard public comment that day as well.  So at

19   the conclusion of the meeting, the Board of Medicine

20   took no action to amend its proposed rule, and the

21   Board of Osteopathic Medicine passed a motion to

22   remove the IRB exemption from its proposed rule.  So

23   at the end of the meeting, both Boards had proposed

24   identical rules.  And these rules are 64B8-9.019 and

25   64B15-14.014, and they are in your packet under my

Med Def_001363

February 21, 2023

1    name.  And they're titled Standards of Practice for

2    the Treatment of Gender Dysphoria in Minors.  I

3    could read them to you if you wish.  But --

4             Thank you.  Thank you, Chair.

5             So the rule promulgated by the Board of

6    Medicine will be submitted for adoption.  These

7    rules that you have in your packet will be submitted

8    for adoption on or about later this week, February

9    24th, and it will become effective on March 16th

10   provided a rules challenge is not filed with DOA,

11   the Department of Administrative Hearings.

12            The rule promulgated by the Osteopathic

13   Medicine was republished on February 15th, and it

14   will proceed through the normal rulemaking process

15   for adoption as soon as allowed pursuant to Florida

16   law because, remember, that rule was changed a bit.

17   So that has a little bit different process.

18            And so that's the end of my comments.  I'm

19   available either now or later as you wish to answer

20   questions.  Thank you.

21            CHAIRMAN FINE:  Thank you.  And thank you

22   for being here and making the effort.  That was a

23   very thorough description.  And again, members, the

24   rules are in your packet.  That way, you don't have

25   to read them out loud.  I'm sure people will have

Med Def_001364

February 21, 2023

Page 15

1  questions, but, like I said, we're going to let

2  everybody get through their presentations first.  So

3  thank you.  Thank you, Dr. Ackerman.

4           Now we're going to go to the screens, and

5  we're going to hear from Professor Biggs, who's

6  joining us remotely from the UK, all the way -- it's

7  a little later there than it is here.  He will be

8  talking about his research on this issue and the

9  recent shifts in clinical protocols in European

10  countries.

11          Professor Biggs, you're recognized.

12          PROFESSOR BIGGS:  Thank you.  Thank you

13  very much for this invitation.

14          So I'm an associate professor of sociology

15  at the University of Oxford.  Five years ago, a few

16  of my students told me to educate myself on the

17  subject of transgender children, and so I read the

18  literature on gender medicine.  I was very surprised

19  by just how poor quality the published research was

20  and also by suspicious absence of some data.

21          So to take one example, the world's largest

22  pediatric gender clinic in London started research

23  on puberty blockers in 2010.  In 2018, I discovered

24  that results -- their results had been suppressed,

25  and I campaigned to force the clinic to publish

Med Def_001365

February 21, 2023

```
 1   those results.  I've now published original research
 2   of my own in journals like Archives of Sexual
 3   Behavior, Journal of Sex & Marital Therapy, and the
 4   Journal of Pediatric Endocrinology and Metabolism.
 5             Because the time is limited, I'm just going
 6   to focus on one intervention for children
 7   experiencing gender dysphoria, and that is puberty
 8   suppression.  So puberty blockers are a class of
 9   drugs -- gonadotropin-releasing hormone agonists
10   such as Lupron.  Lupron is probably the most common
11   brand name you will know in America.  These drugs
12   stop the production of sex hormones.  For males,
13   these drugs achieve chemical castration, quite
14   literally.  The drugs are licensed for a few medical
15   conditions, such as prostate cancer in men and
16   precocious puberty in children.  But they've never
17   been licensed to treat gender dysphoria, not in the
18   UK, not in the U.S.A., nowhere in the world.
19             Puberty suppression is intended for
20   juvenile transsexuals, and I use that phrase because
21   that's the title of the article that was published
22   in 1996 to introduce this particular use.  A GnRH-a
23   can be administered from Tanner stage two, which is
24   the beginning of puberty.  And so that could be a
25   girl, for example, as young as nine years old.  Kits
```

Med Def_001366

February 21, 2023

```
 1                   (Indiscernible) for puberty blockers claim
 2    that this is analogous to treating precocious
 3    puberty, and that's -- precocious puberty is when,
 4    for example, a girl, maybe age five, might start
 5    developing breasts.  But that treatment means
 6    delaying a puberty that arrives abnormally early so
 7    that the child can undergo puberty at the normal
 8    age.  By contrast, puberty suppression for gender
 9    dysphoria means stopping normal puberty in order to
10    prepare the child to take cross-sex hormones for the
11    rest of their life.
12                   Ninety-six percent to ninety-eight percent
13    of children who start on puberty blockers continue
14    on to cross-sex hormones, and that continuing to
15    cross-sex hormones typically happens around the age
16    of 15.
17                   Now, the only robust scientific evidence
18    favoring this intervention comes from a longitudinal
19    study of 70 Dutch teenagers.  de Vries et al in 2014
20    published outcomes shortly after surgery.  So the
21    patients were around the age of 20.  Several
22    psychological measures showed improvement, though
23    these measures were taken for us only a subset of
24    patients, sometimes as few as 32 individuals.
25    Gender dysphoria also appeared to decline, but the
```

Med Def_001367

February 21, 2023

1  latter finding was probably an artifact of the

2  measures of the fact that they switched the measures

3  of dysphoria halfway through the research, as Dr.

4  Levine has been very clear in pointing out.

5          de Vries et al acknowledge that one patient

6  was killed by necrotizing fasciitis during the

7  vaginoplasty.  So out of 70 patients -- they started

8  with 70 patients -- that's a death rate exceeding 1

9  percent, which is incredibly high for a group of

10  healthy teenagers.  de Vries et al didn't mention

11  that the death was actually a consequence of puberty

12  suppression, as I'll explain a bit later.

13          The Dutch researchers have recently

14  followed up this patient cohort, but they've not

15  published the results.  Therefore, we lack any

16  knowledge of the outcomes in the longer term.  And

17  this is for a treatment that has been going on for

18  more than a quarter of a century.

19          The only attempt to actually replicate the

20  Dutch study came from the gender clinic in London,

21  which you might know as the Tavistock.  So they

22  administered GnRH-a to 44 teenagers.  Because they

23  found the results after two years weren't positive,

24  the researchers decided not to publish the results.

25  And as I said, my campaign eventually forced them to

Med Def_001368

February 21, 2023

1   publish their research and revealed that puberty

2   suppression didn't improve psychological functioning

3   and didn't reduce gender dysphoria.

4            There are now a handful of American

5   longitudinal studies, but they're much worse in

6   quality.  Instead of replicating the measures

7   pioneered by the Dutch and also repeated by the

8   British teams, each American team of researchers

9   chose a different set of psychological measures.

10  And the studies are also flawed by tiny samples,

11  high rates of attrition, which are unexplained, and

12  dubious statistical methods.

13           So what then do we know about puberty

14  blockers?  Well, it's certainly true that early

15  puberty suppression produces a much closer

16  resemblance to the opposite sex.  Patients are more

17  likely to pass superficially.  However, this benefit

18  disadvantage must be weighed against several serious

19  costs.

20           First, for males, early puberty separation

21  makes subsequent genital surgery more risky and less

22  satisfactory.  The penis is so undeveloped that a

23  normal vaginoplasty is usually impossible.  A normal

24  vaginoplasty means inverting the penis, but instead

25  a portion -- in this case, a portion of the

Med Def_001369

February 21, 2023

Page 20

1    intestine has to be used to line this newly created

2    orifice.  Leakage from the intestines immediately

3    after surgery is what killed that first Dutch

4    patient, the early Dutch patient at the age of 18.

5    So that was an indirect consequence of puberty

6    suppression.

7              Second, puberty suppression hinders the

8    normal accumulation of bone mass.  Up to one-third

9    of teenagers who take GnRH-a for two years end up

10   with abnormally low bone density, putting them at

11   risk of osteoporosis in later life.  Sweden has

12   drastically curtailed the use of puberty suppression

13   because one of the patients developed severe

14   osteoporosis at the age of 15, and several more

15   patients also had significant losses or failures in

16   terms of their bone density.

17             And Even more serious are the unknown

18   costs.  All the evidence is that early puberty

19   suppression, followed by cross-sex hormones,

20   prevents the development of sexual functioning.

21   There'll be no libido and no capacity to orgasm, or

22   at least that's very likely -- a very likely

23   outcome.

24             What's really astonishing to me is that

25   clinicians who prescribe puberty blockers haven't

Med Def_001370

February 21, 2023

1    bothered to study their effects on sexuality.  And

2    in fact, the Dutch team, the lead researcher who I

3    mentioned, de Vries, recently said in an interview

4    that libido -- orgasm was an interesting question,

5    but one that they hadn't studied yet.

6              Also known is the effect on emotional and

7    cognitive development.  A recent randomized

8    controlled trial of mice showed that GnRH-a caused

9    mice to manifest high levels of stress and high

10   levels of anxiety.  Again, it's remarkable that

11   researchers have never studied the effect of puberty

12   suppression on cognitive measures like IQ.

13             Given the accumulating negative evidence

14   and the continuing failure of clinicians to collect

15   data, the English National Health Service in October

16   2022 released a draft specification for gender

17   services.  In a reversal of an existing policy, it,

18   and I quote, "Will only commission GnRH-a in the

19   context of a formal research protocol."

20             And that's what I recommended to the

21   Florida Board of Medicine, that they should adopt

22   the same policy.  I would argue that puberty

23   suppression should only be offered in a proper

24   randomized control trial.  Obviously, it can't be

25   blind, but with -- there can be a treatment and a

Med Def_001371

February 21, 2023

1  control group, which can be compared.  Moreover, any

2  trial must guarantee follow up to continue into

3  adulthood and must guarantee to publish all the data

4  that is collected.  Thank you.

5          CHAIRMAN FINE:  Thank you.  Thank you,

6  Professor Biggs.  That was very, very thorough, and

7  I appreciate it.

8          Next, we're going to hear from Dr. Laidlaw,

9  who is here to talk with us about the clinical data

10  on treatments intended to change your sex.  He is

11  joining us remotely from California and so thank

12  you.  For you, it's a little bit earlier.

13          So Dr. Laidlaw, you are recognized.

14          DR. LAIDLAW:  Thank you very much, Chair

15  and all.  I have some slides.  It's saying I cannot

16  share the content.  I don't know if someone could

17  correct that, or I could just start.

18          CHAIRMAN FINE:  We're working on it.  But,

19  members, if we want to get started, I could also

20  move around if we think I should do that.  But I do

21  believe the slides are in your packets.  So the

22  folks in the audience can't see them.  But if we're

23  going to get started --

24          DR. LAIDLAW:  Okay.

25          CHAIRMAN FINE:  -- you have your -- and

Med Def_001372

February 21, 2023

Page 23

1   we're working on it so that you can do that.  Why

2   don't we give him like 30 seconds to see if we can

3   make it work, and then we'll --

4           DR. LAIDLAW:  Okay.

5           CHAIRMAN FINE:  -- start.

6           So what does he need to do now?  Can you

7   try sharing your screen?

8           DR. LAIDLAW:  Here we go.  I think that's

9   -- yeah.

10           CHAIRMAN FINE:  There you go.

11           DR. LAIDLAW:  Okay.  Can everyone see that?

12           CHAIRMAN FINE:  All right.  There we go.

13  Thank you, sir.

14           UNIDENTIFIED FEMALE:  Yes.

15           CHAIRMAN FINE:  Thank you, Dr. Laidlaw.

16           DR. LAIDLAW:  Okay.  Thank you very much.

17  And thank you, Chair and all, for having me here.

18           My name is Dr. Michael Laidlaw.  I'm an

19  endocrinologist practicing in Rockland, California,

20  for about the last 15 years in private practice.

21  I've been looking into this area deeply for about

22  the last five years and have written papers and have

23  been an expert witness and given talks on this

24  subject throughout that time.

25           And so I'd like to go through with you some

Med Def_001373

February 21, 2023

Page 24

1 of the medical consequences from this treatment.

2 Being in endocrinology, we study glands and

3 hormones.  When hormone levels are very high, they

4 can cause problems.  We try to bring them back into

5 balance.  If hormone levels are very low, that

6 causes various problems, and we try to bring those

7 into balance.  And what you'll see here is what

8 they're doing with hormones is putting young people

9 way out of balance.

10          Just for some definitions, gender identity

11 is the internal feeling of being a boy or a girl or

12 some variation.  Gender dysphoria is the discomfort

13 that results from having a perceived gender that

14 mismatched with the person's body.  It leads to

15 significant distress and impairment lasting at least

16 six months.  The majority of these children,

17 depending on what study you look at, but still the

18 majority will grow out of this by adulthood, some 50

19 percent to 98 percent, depends where you're looking.

20          So anytime we undergo any sort of treatment

21 for a condition, we want to have a definite

22 diagnosis.  So if I want to treat diabetes, I want

23 to make sure someone has a really high blood sugar.

24 If we're going to treat cancer, we want a biopsy to

25 prove that there's a cancer there to treat.

Med Def_001374

February 21, 2023

Page 25

1            How can we prove the gender identity?  Can

2   you find it on a scan, like a CT scan or a brain

3   biopsy or genetic testing?  The answer is none of

4   the above.  There is no definite physical evidence

5   of a gender identity, and, therefore, many kids will

6   grow out of this and will be harmed if they undergo

7   the treatments I'll describe.

8            A bit of basic biology, there's only two

9   human sexes.  You can verify this by thinking of

10  your own fertilized ovum.  When you developed, there

11  was a male sperm and a female egg that led to

12  development.  This proceeds on in embryology, where

13  males and females initially have similar tubules,

14  but then there's a divergence, a split, with the

15  males developing male specific organs on one side

16  and the females on the other.  This happens very

17  early in embryology, and the bridge cannot be

18  crossed thereafter.

19            There's four stages to gender affirmative

20  therapy: social transition or wearing clothes

21  stereotypical of the opposite sex or adopting

22  mannerisms, perhaps; puberty blockers, which

23  Dr. Biggs described very well; cross-sex hormones or

24  opposite sex hormones; and surgical modifications.

25            Just to have a look at one good long-term

Med Def_001375

February 21, 2023

Page 26

1  study of Sweden, they looked at 30 years of data for
2  324 individuals who had hormones and completed
3  surgery for transition.  And over time, you can see
4  here year 0 to 30 years, survival rates dropped
5  dramatically after ten years for those who had
6  transitioned.  They also found that they had three
7  times the rate of all-cause mortality and three
8  times the rate of inpatient psychiatric care and 19
9  times the rate of completed suicide compared to the
10 population of Sweden.
11         This is just showing what Dr. Biggs had
12 described.  Puberty blockers, this is the pituitary
13 here, and these are the testes.  They stop the
14 normal communication between these organs, resulting
15 in low testosterone for males, low estrogen for
16 females.  These are the normal what we call Tanner
17 stages of puberty from early development to final
18 adult development in males and females.
19         And what the Endocrine Society is proposing
20 is to block this very early on Tanner stage 2.  Why
21 is this important?  Because fertility is established
22 around Tanner stage 4.  So if they're blocked with
23 puberty blockers and then take hormones and have
24 surgeries, they will have infertility.  And if they
25 have surgical removal of their organs, they will be

Med Def_001376

February 21, 2023

Page 27

1   obviously sterilized.

2           To move on to sex hormones or opposite sex

3   hormones, to give you an idea, this is showing

4   female adult testosterone levels.  It's in a fairly

5   narrow range, from 10 to 50.  Females do have some

6   amount of testosterone, which we associate with

7   males, but there is some smaller amount in females.

8   In a common endocrine condition that I see,

9   polycystic ovarian syndrome, they will be higher,

10  say from the 40 to 150 range.  With rare endocrine

11  tumors, this will be much higher, say from 150 to

12  1000.  And these are dangerous tumors which

13  generally have to have surgery or other treatments.

14          What are they proposing for hormones -- for

15  this treatment is to bring levels to 300 to 1000

16  level, which is on the order of these dangerous

17  tumors that I described and is some 6 to 100 times

18  higher than endogenous female levels.

19          What are the consequences on the body for

20  that?  To stay with females here, but females and

21  males both have an increased risk of myocardial

22  infarction and death due to cardiovascular disease,

23  they found.  Females will develop very high red

24  blood cell counts, which is also a risk for heart

25  disease.  They can develop liver dysfunction, high

Med Def_001377

February 21, 2023

1  blood pressure, various cancer risks of the ovary

2  and breasts, hirsutism, which is hair growth all

3  over the body in different portions, particularly

4  the face and abdomen, a deepening of the voice --

5  and both of those are permanent changes -- sexual

6  dysfunction and infertility.

7           For males taking estrogen -- again, these

8  are very high doses of estrogen -- there's a five

9  times increased risk of thromboembolism or deadly

10 blood clots, gallstones, high triglycerides are

11 possibilities.  Breast cancer risk has been

12 increased by 46 times and also sexual dysfunction

13 and infertility.

14          What about going back to testosterone?

15 High doses of testosterone have, in terms of

16 psychological effects, have mainly been studied with

17 anabolic steroid abuse.  And what they found in

18 those studies that some 23 percent of subjects using

19 these high doses met criteria for major mood

20 syndrome such as mania or major depression, and even

21 8 percent or so develop psychotic symptoms.  So it's

22 a problem for the body and a problem for the mind to

23 have these hormones so grossly out of the normal

24 range.

25          To move on to surgeries, referred to

Med Def_001378

February 21, 2023

1   earlier as top surgery or mastectomy, this is a

2   person who's natal female, born female.  You can see

3   the male growth pattern on the face we call

4   hirsutism and the abdomen, and a surgical procedure

5   has been done to remove the breasts.  Complications

6   from that, of course, the person will lose the

7   ability to breastfeed.  The woman will lose the

8   ability to breastfeed.  There can be significant

9   scarring of 7 to 10 inches that can widen and cause

10  problems, can cause pain.  Loss of normal nipple

11  sensation and difficulties with wound healing are

12  possible complications.

13          Just to emphasize, here's another study,

14  2018, I believe, showing how young patients around

15  the country are getting the surgery.  There were two

16  13 year olds who had mastectomies, five 14 year

17  olds.  You can see 15 and 16 year olds.

18          Professor Biggs had described the surgery.

19  I won't go too much into it, but again, the problem

20  with stopping a male at Tanner stage 2 is that

21  they'll have a very undeveloped penis and scrotum

22  area.  Therefore, when the cavity is produced where

23  the penis is inverted inside, there's not enough

24  tissue.  So a portion of colon needs to be attached

25  to it.  There are other procedures, which increase

Med Def_001379

February 21, 2023

Page 30

1   your risk and risk for multiple surgeries.

2   Complications can include strictures of the urethra,

3   infection, prolapse, fistulas, injury to the sensory

4   nerves with partial or complete loss of erotic

5   sensation.

6           This is showing the phalloplasty or the

7   creation of a pseudo-penis.  A swath of tissue is

8   taken from the forearm or thigh and rolled into the

9   pseudo-penis.  This obviously can have very high

10  rates of complication, as you might imagine.  One

11  study showed 76 percent had urethra fistulas or

12  urethral strictures.  Other complications can

13  include infections like peritonitis.  You'll

14  obviously have large scarring to the forearm or

15  thigh, possible injury to the sensory nerves.

16          So what is the basis for this type of

17  treatment?  Who's making these rules or guidelines

18  and such?  The Endocrine Society, which I belong to

19  and otherwise does very good work, except in this

20  area, produced clinical practice guidelines in 2017.

21  I think you should know that nine out of ten of the

22  persons who created these guidelines belong to the

23  organization called WPATH, which is an advocacy

24  group and is not a medical organization though it

25  has some medical doctors.  So it's a very biased

Med Def_001380

February 21, 2023

Page 31

1  sample of physicians and others who created this

2  document.

3          They have in their disclaimer very clearly

4  that this does not establish a standard of care.  So

5  if you hear it's a standard of care, they even said

6  it isn't the standard of care.  If you look at the

7  grading of evidence, it's either low, very low

8  quality, or there's no evidence for what they're

9  doing.

10          Now, the WPATH, which I just talked about,

11  is an international organization.  They create

12  standards of care which really exist within their

13  organization.  It doesn't apply to anyone else and

14  shouldn't apply to anyone else.  And with this

15  recent set, they actually lowered or removed the age

16  minimums for surgery.  So any of the things that I

17  described and the other doctors described could be

18  done at any age, which is obviously extremely

19  dangerous, and children cannot consent to these

20  procedures.  They also removed all guidelines for

21  minimum age of opposite sex hormones in

22  contradiction to the recommendation of their own

23  expert consensus.  So this is an extreme document,

24  presents a grave danger to minors, and should not be

25  followed by any healthcare person in Florida or

Med Def_001381

February 21, 2023

Page 32

1    anywhere else in my opinion.

2                How can we help these kids?  Well, they

3    have high rates -- Dr. Levine will, I'm sure, talk

4    about comorbid psychological illnesses.  These need

5    to be treated and discovered.  Perhaps they had

6    physical, sexual abuse or autism, problems in the

7    marriages, or family problems due to divorce.  These

8    things need to be identified and properly treated by

9    qualified psychologists, psychiatrists, counselors,

10   and others who don't follow the WPATH model,

11   individual counseling, family counseling.

12               Just to emphasize, it's not a standard of

13   care.  We don't have the technology to make a male

14   into a female or vice versa.  Kids would not

15   understand this.  We don't know long-term outcomes,

16   and what we do know for adults is not good.

17   Medications are being used off-label experimentally

18   and at high doses without proper FDA risk assessment

19   profiles.  Evidence quality is very low, as we said,

20   and desisters and detransitioners have been ignored,

21   though there are some studies showing the problems

22   that they've had.  Thank you very much for allowing

23   me to present.

24               CHAIRMAN FINE:  Thank you.  I very much

25   appreciate it and again look forward to the

Med Def_001382

February 21, 2023

Page 33

1  questions.  That was an excellent presentation.

2            We're going to continue you with our

3  medical professionals.  We're sort of hearing them

4  all up front.  We're now going to hear from

5  Dr. Levine, who is the clinical professor of

6  psychiatry at Case Western Reserve University.  So

7  he is not as far away.  He's also joining us

8  remotely.

9            Dr. Levine, you are recognized.

10           DR. LAIDLAW:  Thank you very much.  I plan

11  to emphasize 13 ideas that I have found in the

12  literature written by those who affirm care for

13  children and adolescents and adults for transgender

14  phenomenon.

15            Each one of these 13 points, I believe, is

16  scientifically untrue.  Nonetheless, they are firmly

17  believed, and when they are countered in meetings,

18  when they're confronted in meetings, it produces a

19  passionate outcry that it isn't true.  But as far as

20  I can see, these 13 ideas are not scientifically

21  verifiable and are clinically, apparently,

22  incorrect.

23            Nonetheless, affirmative care doctors

24  assert them in their writings and in their speeches

25  repeatedly.  And so having eavesdropped on this

Med Def_001383

Page 34

1  literature for all these years, I feel very strongly

2  that each of these points can be defended as

3  correct.  That is, none of them are correct.

4          And before I give you these 13, I want to

5  raise that one way of considering this big question

6  of trans care for youth is whether this is an

7  example of therapeutic advance to help afflicted

8  human beings, or whether this is yet another medical

9  misadventure that in medicine we have a history of

10  many medical misadventures, most recently and most

11  damaging is the opioid epidemic, where we began

12  prescribing in medicine opioids liberally without

13  scientific demonstration as to its use and its

14  utility and its harms.  And now every state in the

15  United States and elsewhere is suffering from

16  premature death due to opioid abuse.

17          So here are the 13 things that are not true

18  in my view.  A trans identity, once established, is

19  immutable, unchangeable, unchanging.  This is

20  clearly not true.  Second, trans identities are

21  primarily caused by prenatal biologic forces.  That

22  is, the justification of the treatment is we're just

23  correcting some biologic embryologic mistake.

24          And third, sexual orientation is entirely

25  independent of gender identity.  Sexual orientation

Med Def_001384

February 21, 2023

Page 35

1   is a bias that all of us have towards for romantic

2   and sexual purposes for members of a class of males

3   or females.  And in the standards of care from

4   WPATH, it's been asserted that they're entirely

5   separate.

6            But when you watch the child develop from a

7   childhood to puberty to middle adolescence, you

8   often see that the first manifestation of gender

9   dysphoria before gender dysphoria shows up, it is

10  that I am attracted to members of the same sex.  And

11  you watch the evolution throughout adolescence of

12  orientation, and you quickly see that they are not

13  entirely separate phenomenon like the advocates say

14  they are.

15           And the fourth idea that is not true is

16  that no form of gender identity is an abnormality,

17  and no form of gender identity is a symptomatic

18  reflection of some other problem.  This is not a

19  psychologically tenable concept, but it is asserted

20  all the time.  And you can read it in the standards

21  of care.

22           Fifth, gender dysphoria is a serious

23  medical condition, and it requires medical

24  intervention only if the patient wants it.  So there

25  is some inherent paradox in that idea, right?  It's

Med Def_001385

February 21, 2023

Page 36

1  a serious medical condition.  That implies that we

2  should treat it, but we should only treat it if the

3  patient wants it.

4          Six, the associated emotional problems are

5  primarily due to living in a discriminatory world,

6  even though many of the children who were diagnosed

7  with gender dysphoria eventually previously have

8  been diagnosed with other problems.

9          Seven, no effective alternative approaches

10  to affirmative care exist.  This is the only thing

11  that will save your child, we tell parents, you see,

12  and many of the practitioners actually believe there

13  are no alternate approaches.  But Dr. Laidlow just

14  told us about an alternate psychiatric approach.

15          Eight, attempts to provide psychotherapy

16  are unethical versions of conversion therapy and

17  should be outlawed.  You see, any attempt to help

18  the child and the family is called conversion

19  therapy, and people are urging that to be outlawed

20  in various jurisdictions.

21          Nine, affirmative care lastingly improves

22  mental health and social function.  This is the

23  justification for the treatment, even though we

24  don't have studies that demonstrate that.  We don't

25  have long-term studies at all that demonstrate that,

Med Def_001386

February 21, 2023

Page 37

```
 1   and we have many studies that indicate -- and you've
 2   seen slides of the death rates and a recent study
 3   has reaffirmed the elevated death rates of
 4   transsexual adults.  So the idea that this improves
 5   mental health is uncertain at best.
 6              Ten, affirmative care reduces the rates of
 7   suicidal ideation and prevents suicide.  This is the
 8   most powerful coercive untruth that parents of
 9   teenagers are told.  Would you rather have your
10   child -- visit your child in the cemetery or have a
11   trans child?  And many people, including one of our
12   panelists today, have demonstrated the lack of
13   veracity of that assumption.
14              When we look at the Swedish studies, the
15   females who underwent sex reassignment surgery had,
16   I think, 40 times the suicide rate, and the average
17   suicide rate that was quoted was 19 times because
18   the male's suicide rate was a little less than 19.
19   So we realized that we are exposing people to great
20   risk of suicide in the long run.  And when we don't
21   have follow-up studies of the youth, you see, we
22   need to be informing parents about what we do know
23   about the long-term outcomes, which is not happening
24   at all.
25              And the 11th idea is that teens, young
```

Med Def_001387

February 21, 2023

Page 38

1    teens know best what will make them happy in the

2    future.  I hear that all the time because this is

3    their genuine true self.  Not true.  They don't know

4    what's best for them necessarily.

5              And, 12, meeting diagnostic criteria for

6    gender dysphoria predicts a good outcome to

7    affirmative care.  That's not true either.  And,

8    finally, regret and detransition are rare among

9    these patients.  As the last two years have begun to

10   show, detransition is increasingly recognized.

11   Regret is -- when people assert that regret is rare,

12   it's because they're defining regret as telling

13   their original therapist that they wish they didn't

14   undergo this or asking to have their body rechanged

15   back to their original form, which is a very limited

16   concept of what regret represents.

17             So these 13 ideas, I think, stand as a

18   monument to the assertions that affirmative care,

19   the science of affirmative care, has already

20   established its superiority and its benefit.  If

21   ideas that underpin intervention are not true, are

22   not correct, how can we trust the intervention

23   itself?  I think that's all I wanted to say to you

24   today, and I'm happy to answer any questions in the

25   future.

Med Def_001388

February 21, 2023

Page 39

1              CHAIRMAN FINE:  Thank you.  And like I

2     said, I appreciate all of you, and we will get to

3     questions at the end.

4              Before we move to our two non-

5     professor/doctors, she is not here, but I did want

6     folks to know that we had invited sort of one of the

7     most publicly public advocates, medical

8     professionals who's done this.  Her name's

9     Dr. Sidhbh Gallagher.  She has 280,000 TikTok

10    followers where she promotes this.  She dubs herself

11    Dr. Teetus Deletus.  That is her name, not mine.

12    And she proudly has done 400 to 500 gender -- what

13    she calls gender affirmation surgeries a year,

14    including 13 on minors.

15             And we did invite her to come.  I mean,

16    she's willing to talk about it on TikTok.  We

17    figured she might be willing to talk about it to the

18    Florida Legislature, but I guess platforms that

19    reach more than children just aren't that

20    interesting.

21             So we will move on to our nonmedical

22    professions.  And next, we're going to now hear from

23    Ms. Chloe Cole, who's here to tell us about her

24    personal experience with this type of supposed

25    medical care.  Ms. Cole, you are recognized.

Med Def_001389

February 21, 2023

1              CHLOE COLE:  Excuse me.  I'm an 18-year-old

2    de-transitioned woman from the Central Valley of

3    California, and I commend California -- I commend

4    Florida for stepping up for the rights and safety of

5    our children and preventing what happened to me as a

6    child to happening -- from happening to other

7    children.

8              I transitioned and de-transitioned all

9    while I was a minor when I was in middle and high

10   school.  And at roughly the age of 12, I started

11   feeling that after years of being a tomboy, being a

12   more masculine girl, and a misfit amongst all the

13   other girls, I was, in fact, a boy this whole time.

14   And I began cutting my hair and wearing boys

15   clothing to reflect this belief.

16             And I experimented with new names, and

17   eventually, I wrote a letter to my mom and dad

18   telling them that I wanted to be their son.  And

19   they were concerned because they knew very little

20   about the subject, and they certainly didn't expect

21   to hear such a thing from their own daughter.  And I

22   don't think any parent really does.

23             So they decided to send me to a therapist.

24   And their expectation was that they would get to the

25   bottom of my distress and where it was stemming

Med Def_001390

February 21, 2023

Page 41

1   from, and that in therapy, my feelings would be

2   resolved.  But this did not happen.  This is far

3   from what happened.

4            When they voiced their concerns to my

5   doctors, they were immediately shot down, and

6   immediately the therapist, and eventually the gender

7   specialist, their approach was only to affirm my

8   identity, and there was no questioning.  There was

9   not a proper psychological evaluation done.

10            But my mom and dad were told that children

11   are already confident in their gender identities

12   from early childhood, that I knew exactly what I

13   wanted, and if I were not affirmed, it was very

14   likely that I would kill myself.  The doctors, it

15   was life or death, and Mom and Dad were not given

16   any other option but to allow me to transition.  And

17   so I was put onto the path of medical transition,

18   starting with puberty blockers and testosterone at

19   13.

20            A few months after starting testosterone, I

21   was sexually assaulted by a classmate of mine.  And

22   out of fear of the assault happening a second time

23   and of being recognized as my biological sex ever

24   again, I started to use a compression device called

25   a chest binder.  And by the time that I entered my

Med Def_001391

February 21, 2023

Page 42

1  freshman year, my voice was already considerably
2  deeper, and I looked just like pretty much any other
3  boy my age.
4              I passed considerably well as the opposite
5  sex throughout high school, but I still lived with
6  great anxiety of being discovered as a biological
7  female, especially because I was still using male
8  restrooms and locker facilities.  One day after
9  coming home from school, I started feeling a dull
10  sensation that started turning into stabbing pains
11  in my lower abdomen.  And I realized that these were
12  uterine cramps.  And they were worse than any period
13  cramps I had ever had in my life, and I figured that
14  it was because I was experiencing atrophy of my
15  reproductive organs.  And so this atrophy was
16  treated with topical estrogen, and for the most
17  part, these cramps disappeared.  They lessened.
18              But in the middle of my sophomore year,
19  after years of using the binder and wearing this
20  thing for anywhere from around 8 to 12 hours on
21  weekdays and whenever I went out to work out or swim
22  or whenever I had guests over at home, I was sick of
23  it.  And I thought of myself to be like any other
24  boy my age, and I wanted my body to reflect that.
25              And so I spoke to my therapist about my

Med Def_001392

February 21, 2023

Page 43

1  desire to get my breast removed, and then I was

2  referred to a gender specialist, who then gave me a

3  letter of recommendation to a surgeon.  And several

4  appointments with a surgeon later, about a month

5  before my 16th birthday, I went under the knife.

6            And initially, when I woke up from the

7  surgery, I was happy.  I was very happy.  I mean, it

8  was a big -- to me, it was a major milestone in my

9  transition and a big step in the right direction.

10 And it was an outpatient surgery.  So I was

11 immediately sent home pretty much as soon as the

12 medication wore off, and I was conscious.

13           And my mom had to take a few weeks off from

14 work to take care of me while I was recovering

15 because it was a major surgery in the upper area of

16 my body, and I had very little range of motion.  I

17 couldn't even lift my arms up until about two or

18 three months afterward.

19           But after about a week or so, I had to get

20 my stitches taken out, and it was the most

21 disgusting feeling I had ever had in my life.  The

22 sensation was there, but it was very numb and very

23 dull.  And it made me nauseous, and I nearly threw

24 up a few times.  And once I was sent home, I started

25 having to regularly change my dressings after every

Med Def_001393

February 21, 2023

Page 44

1  shower.  And during every shower, I had to look down
2  at this wounded area of my body.

3           And it wasn't really the scars that
4  bothered me so much.  But the type of incision that
5  I was given was called a double mastectomy with
6  nipple grafts, meaning that they excised into the
7  breast and took out the tissue.  But they also cut
8  around my areolas, and they did a deep scrape on an
9  area of my chest and then put the areolas onto that
10  area of scraped skin to simulate a more masculine
11  positioning of the nipples.

12           And because during this process the blood
13  supply was cut off, the top layer of skin was now
14  completely dead, and it was black.  And I was told
15  that this would be part of the process, but nothing
16  really would have prepared me for it until I
17  actually went through it.  And with every shower, I
18  watched this dead skin slowly fall off, and it was
19  hard to watch that happening to my own body.

20           After a while, I started to actually
21  realize that I missed being feminine.  I miss things
22  like wearing makeup and having my hair long and
23  wearing skirts and dresses.  And there are other
24  things that I missed about being a woman as well.

25           Socially, as a male, it's not easy.  I

Med Def_001394

February 21, 2023

Page 45

1   mean, there's a lot less room for expressing

2   yourself either in the way you present yourself or

3   even just talking about your feelings and emotions.

4   And I found that a lot of my relationships with my

5   peers, with my friends, with both boys and girls,

6   and even within my family were a lot less

7   emotionally fulfilling, and I felt very alone.

8            And I started to go down an emotional

9   downward spiral into my junior and senior years, and

10  my grades dropped.  I had a very low GPA by this

11  point in time.  I was hardly even attending my

12  classes sometimes.

13           But in my junior year in an online class, I

14  was taking a psychology class, and part of the

15  psychology -- towards the end of the class, there

16  were lessons on things like parenting and childhood

17  development.

18           And, I mean, during my consultations with

19  the endocrinologist and the surgeon, I was told

20  things like I may not be able to have children as an

21  adult if I were to go on blockers or hormones, and

22  that if I were to get my breast removed, I would

23  never be able to breastfeed.  And, I mean, at the

24  time, none of this really meant anything to me

25  because I was still a kid.  I was still being taken

Med Def_001395

February 21, 2023

Page 46

1   care of by my parents, and I didn't know what it
2   meant.  I didn't know the importance of eventually
3   deciding to have a family of my own.
4                And it was only when I was in that class,
5   when I was learning about this, that I realized that
6   I had a maternal instinct, and I wanted to have
7   children down the line.  And I knew that because of
8   the decision I made to medically transition as a
9   kid, that may never be possible, and I really
10  couldn't take it anymore.  I couldn't keep lying to
11  myself that I was something that I wasn't, and I
12  stopped transitioning cold turkey.
13               I'm only 18.  My life is just beginning.
14  I'm far too young to feel like I am a broken woman,
15  but it's hard to look in the mirror.  It's hard to
16  look at what has become of my body, and I have to
17  live my entire adulthood knowing I'll never have
18  breasts.  I'll never be able to breastfeed my
19  children, and it's possible I might not ever be able
20  to carry a child.  And sometimes, I have episodes
21  where I still see a boy in the mirror, and it makes
22  me panic.
23               But the emotional turmoil and regret are
24  far from the worst parts about my story.  All of
25  this was a huge failure on the part of my medical

Med Def_001396

February 21, 2023

1 practitioners.  My mom and dad and I were lied to.

2 We weren't given any other option or informed fully

3 of the potential consequences of medical transition.

4 And my parents did sign off, but it was under the

5 false pretense that my life depended on it.  And I,

6 a  13 year old, was expected to know exactly what I

7 needed and to know the consequences.

8          I had several comorbidities that the

9 doctors failed to rule out or address.  I was

10 previously diagnosed with ADHD, but it actually

11 turned out later that I'm actually on the spectrum.

12 And it was actually the gender specialist, the same

13 one who referred me to surgery, who about a year

14 afterward told me that I had some pretty key

15 symptoms of autism, that I should be screened for

16 it.  And even if I was diagnosed with autism, my

17 doctors still would have transitioned me.

18          To this day and throughout the process of

19 medically transitioning, I've faced several

20 complications.  From the blockers, while I was on

21 them, because I was already about three to four

22 years into puberty, it essentially put me into a

23 state of artificial menopause.  And while I was on

24 them, I started experiencing some hot flashes and

25 itching all over my body, not too unlike what women

Med Def_001397

February 21, 2023

1  in their 40s to 50s, 60s tend to experience.  But

2  after going off of them years later, I've started

3  getting some joint pains, namely in my limbs and my

4  hands and my finger, but I also get shooting pains

5  up my back, and these are pretty sporadic.  They

6  don't happen very often, but they've been starting

7  to become more frequent and more painful and more

8  disruptive.

9           And from the testosterone, I mean, some of

10  the most visible changes would be to my bone

11  structure.  Like I have larger shoulders and smaller

12  hips than most women, and I have more defined

13  features in my face.  But I also have some issues

14  with my urinary tract.  Like I have to use the

15  restroom rather frequently.  I'm often dehydrated

16  because of that, and I'm prone to infections.

17           For a while, it actually got to the point

18  that I would get blood clots in my urine and

19  sometimes little bits of tissue even.  But I'm also

20  experiencing sexual dysfunction, and my fertility is

21  questionable.  I am getting periods, and they are on

22  -- I do have a fairly regular cycle.  But I don't

23  know if I'm ovulating, or even if I am able to

24  conceive, if I'll be able to safely carry.

25           But the worst complications might be from

Med Def_001398

February 21, 2023

Page 49

1   the surgery.  I mean, I'll never be able to

2   breastfeed my kids, as I said, and I have some

3   issues with the sensation.  I have no -- I have very

4   little erogenous sensation, and sometimes I get the

5   feeling of phantom breasts.  Sometimes when I'm

6   walking, like going up a flight of stairs, I'll feel

7   them move, even if they're not there, even though

8   they're not there.

9           And the graphs, at first, they seem to be

10  healing fairly well, other than the fact that on

11  top, the area of skin was very dehydrated.  But

12  about two years post-op, they've started to fail.

13  The top area of skin is almost not there, but it's

14  just -- it's leaking fluid.  I have no idea why.  I

15  don't know what the fluid is, but I have to bandage

16  my chest daily.  I've tried to reach out to my

17  surgeon for help with this, and all I got was just

18  put some Vaseline on it.  That was his response,

19  which actually gave me a temporary skin infection.

20          So I can't trust my doctors who helped me

21  get into the situation in the first place to help me

22  now.  But it's worth noting that most of the serious

23  complications that I'm facing now, I was not

24  informed of, and it's very likely that my young age

25  played a part in the onset of many of them.

Med Def_001399

February 21, 2023

Page 50

1                    With all that being said, what is it that
2       we can do to help gender dysphoric children?  The
3       best and the most obvious solution is to prevent
4       minors from going on these treatments, from taking
5       hormones and blockers and going under the knife in
6       the first place.
7                    And conservatives are constantly reacting
8       to the most obvious and immediate dangers, but we
9       fall short when establishing a vision.  And right
10      now, the conservative movement is largely just about
11      combating the vision of the left.  But my question
12      for the DeSantis administration, and more broadly,
13      the conservative movement, is what is your vision
14      for the future?  What is your vision for helping
15      people suffering with gender dysphoria, for helping
16      the children, parents, and families in need?
17                   I've traveled to many states to testify on
18      these bills, and I've noticed a glaring problem.
19      These bills are trying to take away something
20      without replacing it with anything else.  And we
21      have thousands of individuals who regret their
22      transitions, who want to go off these treatments and
23      detransition, but they have no idea how.
24                   There's an epidemic approaching of children
25      and young adults who regret or have been harmed by

Med Def_001400

February 21, 2023

Page 51

1    transition, and we are at the very beginning of the

2    exponential curve.  And the Florida government is in

3    uniquely positioned to not only end the affirmative

4    care model in children, but also to provide a model

5    of care that actually helps gender dysphoric

6    patients of all ages.

7              Right now, de-transitioners are their own

8    doctors.  We have not a clue about how the endocrine

9    system works, but somehow, we have to navigate it

10   without proper blood tests or treatment.  The first

11   month after I stopped transitioning, I was tested

12   for my hormone levels.  But my endocrinologist gave

13   me the guidelines for the average hormone levels of

14   teenage males.

15             Questions that I've asked my doctors but

16   never have gotten a proper answer for are: how do

17   you taper off testosterone?  Are my hormones stable?

18   Am I fertile?  Why are my skin grafts failing and

19   leaking fluid two years after surgery?  I've had --

20   I'm still trying to figure all this out on my own.

21   I can't trust my doctors to help me.  I've reached

22   out, and I've gotten absolutely nothing.  I almost

23   committed suicide several times while trying to

24   detransition.

25             So how do you provide mental health

Med Def_001401

February 21, 2023

Page 52

1   services for a child who's lost her breasts to a

2   political ideology?  We need answers now.  No doctor

3   knows how to provide care for de-transitioners, but

4   the WPATH has standards of care for dysphoric

5   patients that every major medical institution in

6   North America follows like it's the Bible.  But we

7   need standards of care for de-transitioners now.

8           There is no science supporting gender-

9   affirming care for minors, and we need to replace it

10  with something else.  Florida needs to step up and

11  do the right thing.  Thank you.

12          CHAIRMAN FINE:  Thank you.  And I'm sorry

13  for what you've gone through.

14          Finally, we're going to hear from

15  Mr. Leatherwood, who represents the Florida chapter

16  of Gays Against Groomers.

17          Mr. Leatherwood, you are recognized.

18          MR. LEATHERWOOD:  Thank you.

19          The modern trans movement is using the LGBT

20  community as a shield to push their radical agenda

21  of mutilation, sterilization, and indoctrination of

22  minors, and as a gay man who represents the

23  organization Gays Against Groomers, I'm here to make

24  it loud and clear.  The LGBT community is sick of

25  being used as a scapegoat for these destructive

Med Def_001402

February 21, 2023

1  practices that are ruining kids' lives before they

2  ever even had a fighting chance.

3          For years, the LGBT community has fought

4  valiantly for tolerance and acceptance in American

5  society, and in the year 2023, we have achieved

6  that.  Now, all our progress is being erased because

7  our community has been hijacked by trans terrorists.

8          The LGBT community is being used like a

9  Trojan horse by extremists in a death cult to ruin

10  the future generation of our country by destroying

11  their bodies, creating irreversible damage, and

12  lifelong medical patients before these kids ever

13  reach puberty.

14          And make no mistake, the radical trans

15  movement has become a death cult.  Their most recent

16  mantra is death before detransition.  They're

17  possessed by a sick obsession with bodily

18  mutilation, self-harm, identity destruction, and

19  pure hatred for anyone who dares to question this

20  dangerous ideology.

21          America is a free society, and as a

22  patriot, I stand for the freedom of all individuals

23  to make their own decisions about their own lives.

24  But where we draw the line is children, minors who

25  cannot consent.  Yet that is exactly the demographic

Med Def_001403

February 21, 2023

Page 54

1   that these terrorists are targeting with their

2   culture war.  It's your kids.

3              They say, if you don't bend the knee and

4   submit to their demands of gender-affirming care,

5   which is the nice way of saying mutilation and

6   sterilization, you are a bigot or a transphobe, and

7   now LGBT acceptance in America is down for the first

8   time in years.

9              It's because people know that something is

10  wrong, and they're not on board with what's

11  happening.  It only takes a caring parent with a

12  little common sense and gut instincts to know that

13  permanently mutilating their child's body is much

14  worse than being labeled anti-LGBT.  Many now wear

15  that label proudly.  They say, if being against the

16  medicalization of minors means I'm anti-LGBT, then

17  fine.  Call me anti-LGBT because good parents care

18  more about the lives and safety of their children

19  than catering to these rainbow terrorists.

20             I'm here to tell you now, standing up

21  against these bullies and wanting to protect your

22  children is not anti-LGBT.  In fact, the majority of

23  LGBT individual are against it too, like me and like

24  our entire organization, Gays Against Groomers.  And

25  we are fighting for visibility to reclaim our

Med Def_001404

February 21, 2023

Page 55

1  community from the trans extremists, to stand up

2  against this evil and destructive ideology, to stand

3  in solidarity with parents, and to give a voice to

4  everyone who knows on a gut level that this is not

5  right but is too afraid to speak out in fear of

6  being smeared or labeled a bigot.  It is not bigoted

7  to want to protect children from elective

8  experimental medicalization.  It is common sense, it

9  is compassionate, and it is scientific.

10            The gay left, in collusion with gay media

11  and gay advocacy groups like GLAAD and HRC, are

12  promoting a narrative that the LGBT community

13  supports the medicalization of children, but that is

14  a lie.  The LGBT community at large does not support

15  this.  It's only fringe radicals.  This lie is

16  funded by donor dollars brought to you by Big

17  Pharma.

18            That's right.  These organizations are

19  sponsored by corporations like Pfizer, Johnson &

20  Johnson, UnitedHealth Group, and other medical

21  corporations who have a vested interest in turning

22  your kids into lifelong medical patients because

23  they don't see an innocent child with a bright

24  future.  They see dollar signs.

25            It's funny.  They call a group like Gays

Med Def_001405

February 21, 2023

Page 56

1   Against Groomers an anti-LGBT hate group, but the

2   ideology of gender-affirming care is actually very

3   homophobic.  The truth is the majority of gender

4   nonconforming kids grow up to be gay.  So in effect,

5   they are erasing gays.

6                Telling a masculine girl she's trans and

7   needs to start puberty blockers deprives that girl

8   of the right to explore her identity.  What if she's

9   a lesbian?  What if she's just a tomboy?  And

10  telling a feminine boy he's meant to transition to

11  female simply because he prefers playing with

12  Barbies over trucks is outright sexist.

13               At GAG, see ourselves in these kids.  Stop

14  trans and gay youth.  Stop gay eraser.  Save the

15  tomboys.  Stop the sexism.  Stop using the LGBT

16  community as a scapegoat for hurting children.  This

17  is a nonpartisan issue.  Protect our kids.  We are

18  Gays against Groomers, and we stand firmly against

19  the elective medicalization of minors.

20               CHAIRMAN FINE:  Okay.  Members, that was a

21  lot, and that concludes all of our panelists.  We

22  will now entertain questions from our members.  I

23  know since he is a doctor and a Representative, I'm

24  going to let Representative Massullo go first.  And

25  if you would like to ask questions, just sort of

Med Def_001406

February 21, 2023

1  look down towards me, and I will put your name on a

2  list.

3           REPRESENTATIVE MASSULLO:  Thank you,

4  Mr. Chair.  And I want to thank you and your staff

5  for putting together such a fine panel of experts on

6  this subject who were very thorough in going over --

7  and I won't say side effects -- but I will say

8  consequences of this type of -- and I hate to use

9  the word, but I will because it's associated with it

10  -- affirming care.

11           I have two real quick questions.  One, I'll

12  actually answer myself.  There is a thing that all

13  physicians take called the Hippocratic oath, and one

14  of the chief tenets of that oath is to do no harm.

15  In any procedure in medicine, we are required to

16  give informed consent.  It is impossible to give

17  informed consent to someone that is not of the age

18  to give consent.

19           My question is for you, Dr. Ackerman.  How

20  do we, in this state of Florida, allow healthcare

21  providers to continue having a license that provide

22  this type of care?  And ignorance is not an excuse.

23  Ignorance of what they're doing to these individuals

24  is not an excuse.  How do we continue to allow them

25  to practice medicine?  And it is almost like, do we

Med Def_001407

February 21, 2023

Page 58

1  allow -- and we do -- frontal lobotomies for people

2  that are depressed or anxious.  No one does it, but

3  it's still legal in some states.

4          CHAIRMAN FINE:  You are recognized.

5          DR. ACKERMAN:   Thank you.  Well, that's

6  exactly the rule we put forth, and the rule we put

7  forth says that the following therapies and

8  procedures performed for the treatment of gender

9  dysphoria minors are prohibited.  So any physician

10 that does sex reassignment surgery or other surgical

11 procedures that alter the primary or sexual

12 characteristics will potentially lose her license.

13 Any physician that provides puberty-blocking hormone

14 treatment or hormone agonist therapies could

15 potentially lose their license.

16         And so that's what we've put forth in our

17 rule, and that's what is being put through the

18 system and should be into place within the next

19 month, both the Board of medicine and the Board of

20 osteopathic medicine.

21         REPRESENTATIVE MASSULLO:  Thank you.

22         CHAIRMAN FINE:  Representative Anderson,

23 you recognize for a question.

24         REPRESENTATIVE ANDERSON:  Thank you,

25 Mr. Chair.

Med Def_001408

February 21, 2023

Page 59

 1                  And thank you, everyone, for your

 2   presentations today.  It was very informative, very

 3   eye opening.  I especially need to commend Ms. Cole

 4   for your courage.  I can't imagine how difficult

 5   this is for you and appreciate your advocacy.

 6                  CHLOE COLE:  Thank you.

 7                  REPRESENTATIVE ANDERSON:  My question, I

 8   believe, is likely for maybe more than one member of

 9   the panel, but I'm interested to know what kind of

10   numbers are we talking about for minors versus

11   adults that are currently being treated or have

12   previously been treated for gender dysphoria?  And

13   how does that compare in our state versus nationwide

14   and perhaps in Europe as well?

15                  CHAIRMAN FINE:  Anybody like to answer --

16   did you have that question for anyone in particular,

17   or are you just opening it up to the panel?

18                  REPRESENTATIVE ANDERSON:  Whoever can

19   handle that one.

20                  CHAIRMAN FINE:  Okay.  Does anybody want to

21   take a crack at it, either here or -- how many was

22   the question.

23                  DR. LEVINE:  Well --

24                  CHAIRMAN FINE:  You are recognized.  Go

25   ahead.

Med Def_001409

February 21, 2023

Page 60

```
 1              DR. LEVINE:  I think I can answer that
 2   definitively as we don't know the answer to your
 3   question.  However, in the last 25 years, the
 4   movement has been and the activity in clinical
 5   centers has not been with well-established adults as
 6   it was before the turn of the century.  It has been
 7   with youth, and by youth, I mean teenagers.
 8              And by teenagers, what we mean is that the
 9   number of -- say, in 1995, throughout the world,
10   there were about three boys who wanted to be girls
11   for every girl who wanted to be a boy.  And more
12   recently, since the turn of the century, in
13   particular, in the last 10 years, I would say 15
14   years, the ratio has reversed.  And in some centers,
15   there are seven girls presenting for every boy who
16   presents now.
17              So we really think this is like an -- I
18   don't know -- epidemic is not the right word, but
19   there is a tsunami of teenage girls who are
20   responding to early puberty changes in their bodies
21   by going on the internet and then declaring
22   themselves to be lesbian, bisexual, eating
23   disordered, and then trans.
24              Now, I don't want to emphasize that there
25   is a paucity of boys who want to be girls.  I think
```

Med Def_001410

February 21, 2023

Page 61

1  there's been an increase in all youth who want to

2  transition, but the sex ratio has changed.  I've

3  been running a gender clinic for -- it's hard to

4  believe -- but since 1974, and in the first 25, 30

5  years, we saw an occasional teenager, a rare child,

6  and most people were in their 30s and 40s.

7            And I recently had a 60-year-old man come

8  to see me, and that was the first adult who's come

9  to see me in year.  But I've seen a lot of

10  teenagers.  So when you ask state by state, I have

11  no idea.  When I look at what is published in the

12  literature, I've just summarized what is published

13  in the literature, and I think really what's

14  happened in the trans movement, it's about trans

15  youth, not about trans adults.

16            I think when we approach the adult, say the

17  25 year old or the 50 year old or the 43 year old,

18  we don't have the controversies because, in part,

19  they're cognitively mature enough to make their own

20  bad decisions.  And so we don't have as much

21  internal angst about the treatment, and there is not

22  that much controversy.  And it would be interesting

23  to see if, in fact, adults, having seen the

24  controversies that are being discussed in the media

25  today, they are perhaps not willing to undergo this

Med Def_001411

February 21, 2023

 1   as often as they did in the past.  But that's a wild

 2   speculation.

 3              PROFESSOR BIGGS:  I just got information

 4   from the Tavistock, which was the largest pediatric

 5   gender clinic in the world and has just been sort of

 6   closed down.  So it was started in 1989, and in the

 7   first decade, from all over England, it had 14

 8   individuals a year.  The last year, we have data for

 9   over 6000, and that's even with a massively long

10   waiting list.  So the numbers have increased

11   massively all over the world, and obviously, the

12   United States will be the same, all over the

13   English-speaking world and Western Europe.

14              And, indeed, there was a survey that came

15   out from pediatrics of schools in Pittsburgh, which

16   suggested that 9 percent of school students were

17   identified as trans, and that said it was important

18   that they would all be given, if they wanted it,

19   gender-affirming care.

20              Now, I think their numbers were

21   exaggerated.  I would estimate it at 7 percent from

22   that survey, and probably some of those students

23   were just, you know, weren't really trans.  They

24   were just ticking the box because they thought it

25   would be fun.  But even so, the very fact that in

Med Def_001412

February 21, 2023

Page 63

1  Pediatrics, a leading medical journal, they can

2  entertain that 1 in 10, as they say it in the sort

3  of editorial, 1 in 10 kids need to go through the

4  same process that Chloe Cole had gone through,

5  that's really extraordinary.  It gives you an idea

6  of the magnitude.

7          DR. ACKERMAN:   Can I address it as well?

8          CHAIRMAN FINE:   Absolutely.

9          DR. ACKERMAN:   Unless someone else wants

10  to go ahead.

11          CHAIRMAN FINE:  No.

12          DR. ACKERMAN:   So what we found out from

13  the Florida Board of Medicine when we asked the

14  different providers of care from around the state to

15  come speak to us, and specifically we had the team

16  from the University of Florida in Gainesville, the

17  pediatric endocrinologists come, they're very cagey

18  about their numbers.  They weren't very -- they

19  didn't disclose their numbers to us.  When pressed,

20  we had a very hard time getting answers about those

21  numbers.

22          And specifically, we were asking questions

23  about the ages of the patients, et cetera, et

24  cetera.  And we weren't getting straight -- we

25  weren't getting answers.  I'm not saying we weren't

Med Def_001413

February 21, 2023

Page 64

1   getting straight answers.  We had a hard time

2   getting any answers.

3           If you read in the back of tab -- of the

4   last tab, the article that was published a few weeks

5   ago by Jamie Reed, she quotes in here that according

6   to Reuters, the number of pediatric gender clinics

7   in America have gone from 0 15 years ago to more

8   than 100 today.  So that may give you a perspective

9   as well.

10          And we also heard from physicians who spoke

11  to us -- and, remember, we had three meetings about

12  this -- different physicians speak to us.  We heard

13  that the demand and the inquiries to the clinics and

14  the volume of the clinics had been going up over the

15  past few years.

16          CHAIRMAN FINE:  Just a follow-up from me on

17  that.

18          DR. ACKERMAN:  Yes.

19          CHAIRMAN FINE:  If this is a great thing

20  and all scientifically valid and good, good, good, I

21  mean, why would someone be cagey about the numbers?

22  Why wouldn't they cheer from the rafters about how

23  many of these they're doing?  What's your belief as

24  to why they were cagey?

25          DR. ACKERMAN:  Well, frankly, you know, I

Med Def_001414

February 21, 2023

Page 65

1  called them out on this, that we weren't getting

2  straight answers.  And we had a woman who spoke to

3  us from Yale about it, and when I personally

4  questioned her about the numbers that she was seeing

5  -- because, remember, we've gone through this very,

6  very thoroughly, and we looked at hormone blocking

7  agents.  We looked at hormone affirming agents,

8  right?  So you block the hormones first, then you

9  give a woman -- a girl testosterone or a guy

10 estrogen, and then you do surgery.  And that's a

11 continuum.

12         And I asked the woman from Yale -- I can't

13 remember her name right now, but I mentioned it

14 before -- how many patients go in each of those

15 stages.  Because as I said to her, I'm an

16 oncologist.  I do radiation, but my patients

17 sometimes need chemo or surgery.  And those are all

18 part of doing appropriate cancer care.

19         And so when pushing and asking her how many

20 go on to have surgery, because I think that's the

21 most -- I personally think that's the most

22 aggressive of the three -- she said that none of her

23 patients has she recommended surgery for, but it

24 wasn't easy to get that answer out of her.  It was

25 question, question, question.

Med Def_001415

February 21, 2023

Page 66

1              So they were cagey about it, and the

2    reason, Representative Fine, I think they're

3    disingenuous.  That's my personal opinion.  That's

4    not the Board of Medicine's official word, but

5    that's my personal opinion.  I think they're

6    disingenuous.

7              CHAIRMAN FINE:  And just for the record --

8              DR. ACKERMAN:  And I think that they want

9    to treat these kind of patients because that's --

10   because in academia, you get promoted, and you get

11   recognized better when you have a greater amount of

12   work like that.

13             CHAIRMAN FINE:  And just, for one data

14   point, Dr. Gallagher says that she did 13 top

15   surgeries on minors last year.  That's one provider.

16             CHLOE COLE:  Excuse me.

17             CHAIRMAN FINE:  Yes, Chloe.  Go ahead.

18             CHLOE COLE:  I'd like to add to that.

19   Kaiser, which is my healthcare provider, they

20   actually released a study recently on minors who

21   underwent a double mastectomy and the regret rate.

22   And in the study, there were about 200 or so minors,

23   and it's likely that -- the study was conducted

24   between, I think, 2013 to 2021.  And I actually

25   wasn't included in this.

Med Def_001416

February 21, 2023

Page 67

```
 1                    It said that out of 200 or so of these
 2   girls, only 2 of them regretted it.  And the 2
 3   patients were 15 and 16 at the time, I think.  And I
 4   reported -- even though I reported to my healthcare
 5   providers, my endocrinologist and the surgeon, that
 6   I regretted it, I was not included in the study.
 7                    And I know at least three other people who
 8   went through the same provider, through the same
 9   hospital, and got the same surgery and were not
10   included in the study.  So it's likely that, even in
11   these studies, that the numbers are being stifled.
12                    And other than that, the figures are about
13   -- it's 2000 percent to 4000 percent increase in
14   minors, mostly young girls, who have been referred
15   to gender clinics in the past decade.
16                    And this is just a little anecdote, but I
17   didn't know anybody else who was transgender until I
18   was in -- in person until I was in my sophomore year
19   of high school, when I noticed that other biological
20   girls my age were also starting to identify as boys.
21   And it was only girls.
22                    UNIDENTIFIED FEMALE:  Thank you.
23                    CHAIRMAN FINE:  And members, we've got
24   about 35 minutes, and we've got 8 more members with
25   questions, just so people know.
```

Med Def_001417

February 21, 2023

Page 68

    1              Whip Salzman, you're recognized for a

    2    question.

    3              REPRESENTATIVE SALZMAN:  Thank you,

    4    Mr. Chair.  And thank you to each of you for

    5    presenting to us today.  I appreciate hearing your

    6    insight on this.

    7              I just have a question, and if more than

    8    one of you want to answer it, that's great.  I'm

    9    interested in knowing how much it costs per year to

   10    take these medications, these testone and hormone --

   11    these hormone drugs per year.  And then I also would

   12    like to know, is the state covering any of the costs

   13    of this treatment?

   14              CHLOE COLE:  Yeah.  So in the state of

   15    California, actually, gender-affirming care is

   16    actually required by law to be covered by insurance.

   17    So everything other than copays for like visits to

   18    doctors was covered by insurance.

   19              CHAIRMAN FINE:  Okay.  Any, you know,

   20    again, I think there were two questions there.  How

   21    much did the drugs cost per year?  And does anybody,

   22    you know, whoever's paying for them, whether it's

   23    the government or the insurance company or the

   24    person?  And then again, the second point would be

   25    in Florida.  Do any of you know, you know, what's

Med Def_001418

February 21, 2023

Page 69

 1  paid for today?

 2            DR. LAIDLAW:  I can give you a rough idea

 3  of the general cost of something like Lupron, a

 4  puberty blocker.  I sent something to our state a

 5  few years back, but it's something like $1000 a

 6  month.  It could be more, less for something like

 7  that, and they may take it for one year or two years

 8  or four or five years.

 9            Testosterone is going to be cheaper because

10  it's generic.  If it's given in liquid form, maybe

11  you could get it, a cash price, $100 a month,

12  something like that.  And estrogen or estradiol

13  tablets or patches are probably -- I don't know

14  exactly -- but maybe $50, $60 a month.

15            So the most expensive cost would be puberty

16  blockers, and, of course, surgeries are on the

17  orders of, you know, thousands or tens of thousands

18  of dollars.

19            CHAIRMAN FINE:  But so, to be clear, the

20  puberty blockers could be, you know, whoever's

21  paying for them, more than $10,000 a year.  So good

22  business, I guess.

23            DR. LAIDLAW:  Yeah.

24            CHAIRMAN FINE:  Yeah.  Rep. Salzman, you're

25  recognized.

Med Def_001419

February 21, 2023

Page 70

 1                    REPRESENTATIVE SALZMAN:  Thank you,

 2  Mr. Chair.  I just have a follow-up.  Earlier in one

 3  of the presentations, I believe it was the first or

 4  second presentation, you said 96 percent of the

 5  children who are on these hormone blockers in the

 6  beginning continue to permanent treatment.  How much

 7  does it cost to stay on the treatment lifelong

 8  usually, right.

 9                    CHAIRMAN FINE:  Is it -- do you have to

10  take the $12,000 drug for the rest of your life, or,

11  you know, or do you get to stop after a certain

12  amount of time?

13                    PROFESSOR BIGGS:   So --

14                    CHAIRMAN FINE:  You know, if you stop

15  puberty, you know, maybe it starts again.  But, I

16  mean, how long do you have to stay on these?

17                    PROFESSOR BIGGS:  So for girls, girls, once

18  they start taking testosterone, they can stop

19  puberty blockers.  For boys, they need to -- because

20  testosterone is so powerful, you don't need anything

21  to block the estrogen.  For boys, they will need to

22  stay on puberty blockers or something like that

23  until they have their testicles removed in order to

24  suppress testosterone.  It's not simply enough to

25  take estrogen.

Med Def_001420

February 21, 2023

Page 71

```
1                 CHAIRMAN FINE:  Okay.  So a long time.
2                 Representative Woodson, you're recognized
3   for a question.
4                 REPRESENTATIVE WOODSON:  Thank you, Chair
5   Fine, for the recognition.
6                 Chloe, I'm sorry for what you went through.
7   As legislators, we are tasked to look at all angles
8   because we have parents from different sides calling
9   out to us as well because they have their children
10  that they feel need this type of therapy.
11                Before I even came, I did some research,
12  and I looked to the National Institute of Health,
13  the NIH.  And basically, they did research in 2022,
14  actually, that was one, and there were some that was
15  done before that.  And they say research proves that
16  gender-affirming care improves the mental health and
17  overall well-being of gender diverse children and
18  adolescents.
19                My question to you: are you suggesting that
20  the state provide mental health services in place of
21  gender-affirming care?  And what should the state do
22  in order to mitigate the increase in mental health
23  if we have a ban on this type of therapy?
24                CHLOE COLE:  Yeah.  I absolutely think that
25  in place of gender-affirming care in children, there
```

Med Def_001421

February 21, 2023

Page 72

1  should be psychotherapy instead because most of

2  these children actually have some sort of

3  comorbidity.  Like I was on the spectrum.  I was --

4  and part of that was, I think, I mean, due to my

5  autism.  I believe that it was one of -- that

6  because I'm autistic, I naturally tend to have some

7  more masculine tendencies, like being more objective

8  oriented than people oriented, for example.

9          But a lot of these kids have like either

10  like a learning disorder, personality disorder,

11  depression, anxiety, or a severe like familial

12  trauma or sexual trauma.  And that needs to be

13  sorted out before the dysphoria is treated because

14  oftentimes that is what causes the onset of the

15  dysphoria.

16          DR. LEVINE:  May I respond to your

17  question?

18          CHAIRMAN FINE:  Absolutely.  Yes, sir.  Go

19  ahead.

20          REPRESENTATIVE WOODSON:  You're referring

21  to a study that was just published in the New

22  England Journal of Medicine last month, which was a

23  two-year prospective study of 315 teenagers, average

24  age 16.  And what they found is that the vast

25  majority of those children were very happy with

Med Def_001422

February 21, 2023

Page 73

1    their aesthetic appearances by age 18.

2              They also looked at the depression and the

3    anxiety scores of those kids, and they found that

4    that was all over the place.  The mean was slightly

5    significant, but there was enormous variability in

6    whether the hormones increased or decreased

7    depression, increased or decreased anxiety.  They

8    had a number of suicides in the -- I think 2

9    suicides in the 315 kids, and they didn't talk

10   anything about the medical problems like obesity or

11   the development of diabetes or bone troubles.  They

12   didn't provide anything like that.

13             So I think we didn't need a study that

14   teenagers are happy who want to transition in the

15   short term, that they're happy with their

16   appearance, you see, but the issue has always been,

17   what is the long-term outcome of these kids in terms

18   of the parameters that we've made reference to

19   already in the presentations today?

20             And the answers are unknown, but we have a

21   lot of indications it's not very good.  And so I

22   just say that in answer, the real question you're

23   asking is: what is Florida to do or what is the

24   state and what is the medical profession to do?

25             And I just want to pick up on what

Med Def_001423

February 21, 2023

Page 74

1  Ms. Cole said, and that is these children deserve a

2  thorough psychiatric evaluation, which cannot be

3  accomplished in 1 hour and cannot be accomplished by

4  just talking to the kid because the kid doesn't know

5  what happened to that child in the first four years

6  of life.

7          And so the evaluation bleeds into a

8  psychotherapeutic relationship between the parents,

9  the child, and the mental health professional.  And

10  that requires time, you see, and that will

11  inevitably lead to what can we do to help this

12  child's source of distress other than changing their

13  gender presentation?

14          And that requires a commitment and the

15  training of mental health professionals who believe

16  that treating a gender child is just like treating

17  any other psychiatric problem with a child.  They

18  need a thorough evaluation.  They need a trusting

19  relationship with one person who's knowledgeable and

20  who can address the underlying problems, whether

21  it's autism or bedwetting or learning disabilities,

22  whatever it may be, you see.

23          So there is an alternative.  It is the

24  traditional alternative.  It is the traditional

25  approach to psychiatric problems in children.  We've

Med Def_001424

February 21, 2023

Page 75

1  made a special exception of the gender child, and as

2  the 6th speaker spoke about, if you leave these kids

3  alone, most of them are going to grow up to be gay.

4  And we're not trying to remove gayness from the

5  world by creating trans, or if we are trying to do

6  that, that's a terrible thing.

7           CHLOE COLE:  I'd like to add to that.

8           CHAIRMAN FINE:  Yeah.  Go ahead.  Sure.

9           CHLOE COLE:  There is not a single other

10  psychiatric issue that we treat with cosmetic

11  interventions.  We don't give -- we don't refer

12  patients with anorexia to liposuction.  And if a

13  cosmetic surgeon has a patient who presents to them

14  with body dysmorphia, they turn them away because

15  they know it's not right.

16           CHAIRMAN FINE:  Yes, sir.

17           MR. LEATHERWOOD:  I think Chloe's case is a

18  perfect example and a response to your question.

19  When she was taken to the doctor's office, they

20  jumped straight to gender-affirming care, you know.

21  It's like do not like collect $200.  Do not pass GO.

22  Just go all the way.  Jump to the end game.  You're

23  being medicalized.

24           At Gays against Groomers, we actually have

25  a lot of transgender members that are part of our

Med Def_001425

February 21, 2023

Page 76

1   organization, and gender dysphoria is obviously a

2   real condition.  And a lot of them have chosen to

3   transition just after they are grown adults, and

4   they're capable of consenting to make that decision.

5            Treating these cases psychologically, I

6   think, is a smart idea and should be promoted by the

7   state as a first course of action, you know.  The

8   answer should not just be jumping to medicalizing

9   children, and the problem right now that we're

10  seeing is the societal and cultural pressures that

11  is being put on these kids in school, you know.

12           There's a colloquial term.  We call them

13  trans-trenders.  But a lot of people, these young

14  kids that are just experiencing the normal growing

15  pains of life and growing up, they're uncomfortable

16  with their bodies because that's normal going

17  through puberty.  They are confused, and it's, you

18  know, not cool to be normal.  It's trendy to

19  explore, you know, changing their gender or being

20  gender nonconformist.

21           The solution should not be jumping straight

22  to medicalization, and if there are serious issues,

23  it should be psychologically evaluated first.  And

24  if a person does have gender dysphoria and they

25  believe that medically transitioning is the best

Med Def_001426

February 21, 2023

```
 1  option for them, they should be able to make that

 2  decision after they are a grown adult able to

 3  consent to that decision and not while they're a

 4  young, impressionable child.

 5           CHAIRMAN FINE:  Thank you.

 6           Representative Snyder --

 7           DR. LEVINE:  I think we have to --

 8           CHAIRMAN FINE:  Sorry?

 9           DR. LEVINE:  I'm sorry.  I think we have to

10  face --

11           CHAIRMAN FINE:  Oh, okay.

12           DR. LEVINE:  -- the very fact that it's

13  very hard to find mental health professionals who

14  have not been indoctrinated that the best way to

15  treat trans people is to affirm them and to get them

16  what they want.

17           We have to take our hats off to WPATH

18  because they have convinced the American mental

19  health professionals, including their organizations,

20  that science has already delivered the verdict that

21  this is the best treatment, and young mental health

22  professionals are coming out of graduate schools

23  being taught that the only thing to do for these

24  kids is to transition them and to affirm them.

25           And I think they don't understand what the
```

Med Def_001427

February 21, 2023

1  13 points that I made and the other speakers made.

2  They just don't understand.  Our medical -- our

3  psychiatric professions have been brainwashed.

4          CHAIRMAN FINE:  Thank you.  So we've got

5  five members left who wish to ask questions.

6          So Representative Snyder, you're recognized

7  for a question.

8          REPRESENTATIVE SNYDER:  Thank you,

9  Mr. Chairman, and thank you again to the presenters,

10  you know.

11          Last week in this Committee, we talked

12  about just some of the harmful impacts of social

13  media and just some of the disturbing trends we're

14  seeing with just again the mental health crisis in

15  our country.

16          Mr. Leatherwood, you kind of touched on

17  just some of the societal pressures on this.  I was

18  curious, you know, kind of from the nonmedical

19  perspective and then also the medical perspective,

20  you know, if you can talk about just the

21  intersection that social media plays in this uptick,

22  you know.  I'm curious if the opinion is, you know,

23  is this a great awakening in today's youth that

24  they're now realizing they have these issues, or are

25  they're getting drawn into this and steered

Med Def_001428

February 21, 2023

Page 79

 1  potentially in that direction?

 2          CHAIRMAN FINE:  And again we've got about

 3  20 minutes left.  So if you've got something to say,

 4  please say it.  But if not, I want to try to get to

 5  every member's questions.

 6          MR. LEATHERWOOD:  Well, it's definitely

 7  become trendy.  It's definitely become what's cool.

 8  I'm not a kid today going through school.

 9  Obviously, Chloe did it more recently, but people

10  like Dr. Gallagher, who was mentioned earlier, who

11  is targeting her propaganda directly to the younger

12  generation through social media platforms like

13  TikTok, is incredibly dangerous.

14          And I find it shocking to this day that she

15  is able to just get away with what she's doing on

16  platforms like TikTok, you know.  She's making these

17  trendy videos.  She's bragging about the joys and

18  wonders of gender reassignment surgery and double

19  mastectomies and posing with children after they've

20  had these surgeries.  And to me, it's horrifying.

21          But that type of content is targeted

22  towards that demographic, and I think, you know,

23  there's a lot going on in today's society.  This

24  idea that it's not cool to be straight, that that's

25  normie, and that that's boring.  And, you know, I

Med Def_001429

February 21, 2023

Page 80

1  know, like I said, I'm obviously not a kid going

2  through school now, but when I was a kid -- and I'm

3  sure we all experienced this, you know -- you don't

4  want to just be normal, you know.  You want to be

5  cool.  You want to -- you want to fit in.

6           And this is -- I mean, the percentage of

7  the younger generation who now identify as part of

8  the LGBT -- I call it the rainbow spectrum -- has

9  exponentially increased from the time I was in

10  school or the, you know, generation beyond me.

11           I mean, and I think now we're seeing what

12  Chloe was talking about, the uptick in de-

13  transitioners, it's going to be horrifying.  And she

14  just warned us all.  This is just the beginning.

15  All these kids, they think that they're trans now.

16  They're jumping all in on this.  In five, ten years,

17  oh my gosh, and it's already happening in England.

18  All these gender clinics are shutting down because

19  they're being hit with these lawsuits.  It's

20  horrifying.

21           CHAIRMAN FINE:  Okay.  If anybody wants to

22  add anything.  Or --

23           DR. ACKERMAN:  I'll just say something very

24  quick.  So from the Board of Medicine, I'm not a

25  social scientist.  I really can't speak to that.

Med Def_001430

February 21, 2023

Page 81

1  But I can tell you that the past two issues we've

2  had the past couple of years, this is a current

3  issue that we've been dealing with, and recently

4  we've been dealing with the Brazilian butt lift

5  issues we've had with that with safety associated

6  with Brazilian butt lift surgery.

7            And both of these, we've seen an increase

8  in number of procedures, transgender procedures and

9  Brazilian butt lift procedures, because -- what

10 we've heard is a lot of this is through social

11 media.  But again I'm not a social scientist, and

12 the word of medicine isn't in that business.

13            CHAIRMAN FINE:  Ranking Member Skidmore,

14 you're recognized for a question.

15            REPRESENTATIVE SKIDMORE:  Mr. Chair, my

16 question is for Dr. Levine, who doesn't seem to be

17 there.

18            CHAIRMAN FINE:  Do you want me -- that

19 wasn't planned.  Do you want me to come back to you?

20            REPRESENTATIVE SKIDMORE:  That would be

21 great.

22            CHAIRMAN FINE:  Okay.  We have a couple

23 other members.  And I was going to do a Democrat

24 next.

25            Representative Cross, you're next.

Med Def_001431

February 21, 2023

Page 82

1                    REPRESENTATIVE CROSS:  Thank you for

2    recognizing me, Mr. Chair.

3                    My question is for Dr. Laidlaw.  In your

4    slides, you used a definition that states that

5    gender dysphoria is a discomfort with one's sex and

6    perceived gender leading to significant distress or

7    impairment of functioning lasting at least six

8    months.  My question is: can you discuss some of the

9    potential effects of banning gender-affirming

10   therapies that are being sought specifically to

11   ameliorate significant distress or impairment in

12   trans patients?

13                   CHAIRMAN FINE:  You are recognized.

14                   DR. LAIDLAW:  So just to clarify, so you're

15   saying if this medical treatment and surgical

16   treatments aren't available, what will happen to the

17   kids with gender dysphoria?  Is that --

18                   REPRESENTATIVE CROSS:  Yes.

19                   DR. LAIDLAW:  Can you hear me?  Okay.

20   Well, one thing to recognize, that I'm an

21   endocrinologist.  Gender dysphoria is not an

22   endocrinologic condition.  It has nothing to do

23   actually with hormones or problems with hormones or

24   glands in most of the cases.  It only becomes an

25   endocrine condition once you start providing these

Med Def_001432

February 21, 2023

Page 83

1  hormones of very high doses or blocking normal

2  puberty.

3          So really, this originated in the realm of

4  psychological disorders.  So I've listed the harms

5  that can happen from this treatment.  The

6  alternative is going back, like Dr. Levine said, to

7  traditional psychological treatments to help these

8  kids.  It's really not an endocrine condition until

9  people like Chloe have been harmed by these

10  treatments.

11          CHAIRMAN FINE:  I promise.  But we are --

12  some of the folks who've put their hands up late,

13  we may not have time.  But I will take you next,

14  Representative Skidmore.

15          But, first, Representative Rizo, you are

16  recognized.

17          REPRESENTATIVE RIZO:  Thank you very much,

18  Chair.  Thank you to everyone that presented, and

19  especially the final two speakers.  Thank you so

20  much for coming here today and just showing, you

21  know, your intelligence and also just your

22  willingness to speak your mind.

23          My first question, Chair, I have two.

24  First of all, speaking about puberty suppression,

25  how reversible is this?  How permanent is this?

Med Def_001433

February 21, 2023

Page 84

1    When are we undergoing this treatment, does it

2    become irreversible?  And if so what are the long-

3    term effects?

4              CHAIRMAN FINE:  Anybody who wants -- yeah.

5    Go ahead.

6              DR. ACKERMAN:   We've heard at the Board of

7    Medicine that from the physicians involved in this

8    sort of care, that these treatments are reversible,

9    that these are a way to put puberty on hold.  But we

10   also heard from other experts that, no, it's not --

11   there are side effects of these treatments that are

12   not reversible.  When you put someone on Lupron --

13   this is a testosterone blocking drug -- it

14   demineralizes the bones.  There's calcium lost in

15   the bones, and that may never come back.

16             As I mentioned before, I'm an oncologist.

17   I actually prescribe Lupron, this hormone blocking

18   drug.  I treat men who have metastatic prostate

19   cancer with that drug.  It blocks testosterone, and

20   we do it all the time.  And there are side effects

21   with that.  And I try to minimize the dose of

22   testosterone I give men because it causes

23   osteoporosis, which is irreversible.  It also causes

24   early onset of dementia, Alzheimer's.  And so I try

25   not to have men on that more than a few months

Med Def_001434

February 21, 2023

Page 85

 1  unless I really have to.

 2           And so those same -- we heard from other

 3  experts that in the adolescence, that there are the

 4  similar irreversible side effects of those hormone-

 5  blocking drugs.  They're not to be taken lightly.

 6  That's not the sort of thing you just put a little

 7  pause on and then take off, and that there are long-

 8  term effects of those drugs.

 9           CHAIRMAN FINE:  Okay.  I'm not -- maybe.

10  But I want to make sure that Ranking Member Skidmore

11  has time.  So and she may, depending on how long it

12  takes, be the last question.

13           So Ranking Member Skidmore, you are

14  recognized for a  question.

15           REPRESENTATIVE SKIDMORE:  Mr. Chair, thank

16  you.

17           My question is to Dr. Levine.  In your

18  comments earlier, you said that it made more sense

19  to let adults make any bad decision that they

20  wanted.  Is it your opinion that it is always a bad

21  decision to receive transgender care at any age?

22           DR. LEVINE:  No.  That is not my opinion.

23  I just think adults are able to weigh the pros and

24  the cons of the decision.  They're able to recognize

25  their own internal ambivalence, that is, they feel

Med Def_001435

February 21, 2023

Page 86

1  both attracted to and worried about it, whereas

2  teenagers can't tolerate the concept that they have

3  ambivalence.  They present themselves as absolutely

4  certain.

5           And you and I, as adults, know that human

6  beings are not absolutely certain about anything,

7  and we don't trust certainty in medicine at all.  So

8  there are people who have the right to make this

9  decision, and for them, because they're an expert in

10 their suffering and in their developmental history

11 and when they convince me that this is a prudent

12 thing, I certainly open the gate for them to make

13 this decision or give them my blessing, so to speak.

14           But I'm very hesitant to give my blessing

15 to hormones to anyone who's not of the age of

16 majority and who is certain.  Certainty is not to be

17 trusted in any field.

18           So the simple answer to your question is

19 absolutely no.  I'm not opposed to everyone under

20 these circumstances forever having these kind of

21 treatments.  I am very much in favor of the

22 scientific approach to this.  That is a controlled

23 study, as Dr. Biggs talked about.

24           CHAIRMAN FINE:  Ranking Member Skidmore,

25 you can ask a follow-up, but just so you know, there

Med Def_001436

February 21, 2023

Page 87

 1   are two Democrats and one Republican that haven't

 2   asked a question yet.

 3              REPRESENTATIVE SKIDMORE:  Mr. Chair, my

 4   question is also to Dr. Levine or Dr. Ackerman.  Is

 5   there any regimen or procedure that has no risks or

 6   side effects in your profession, in your specialty?

 7              DR. LEVINE:  No.

 8              DR. ACKERMAN:   No.

 9              CHAIRMAN FINE:  All right.  Okay.  In the

10   order they asked, Representative Koster, you are

11   recognized.  You've been waiting a while.

12              REPRESENTATIVE KOSTER:  Thank you, Chair.

13   And I guess I just want to try to break this down to

14   its simplest form, in my understanding, and if I've

15   got it wrong, somebody will correct me.

16              We've got a DSM-recognized mental health

17   disorder, mental health condition, but we don't have

18   a recognized standard of care or standard of

19   treatment or something.  And I sort of see some

20   nodding.  So I'm going to assume that, at its

21   simplest form, that's what we're dealing with here.

22              And I guess my question is sort of for

23   Chloe or for Dr. Ackerman.  Chloe, like you talked

24   about wanting to see regulation in terms of de-

25   transitioning and more standards there, but what

Med Def_001437

February 21, 2023

1  would you have wanted to see on the front end as

2  somebody struggling with gender dysphoria as a

3  teenager?  What would you have wanted to see in

4  hindsight then now?

5          And then, you know, for Dr. Ackerman, sort

6  of should the standard of care just be what the

7  standard of care is for other mental health

8  conditions?  I know with like schizophrenia, we used

9  to incarcerate people.  Obviously, the more we've

10  learned about schizophrenia, we clearly know that

11  that's not the solution.  So, I mean, as we're

12  studying this, how do we come up with a nationalized

13  standard of care?  So whoever wants to take that

14  very compound question.

15          CHLOE COLE:  I really wish that during my

16  screening for gender dysphoria, they went more into

17  my background and treated the underlying conditions

18  that led to the onset of it.  But I also really wish

19  that it wasn't pushed as the only option, that I

20  was, I guess you could say, gatekept more and not

21  allowed to undergo these treatments while I was

22  still a minor, especially because, I mean, it was --

23  they directly interfered with my physical and

24  psychiatric and cognitive development in doing so.

25          CHAIRMAN FINE:  Okay.  Go ahead.

Med Def_001438

February 21, 2023

```
 1                DR. ACKERMAN:  So you're correct.  There is
 2   a DSM diagnosis of gender dysphoria, and I think in
 3   medicine, there's a number of things where there's
 4   no consistent or no generally accepted standard of
 5   care.  We have standards of care for lots of things,
 6   diabetes, and most cancers that I deal with, we have
 7   standards of care.  But just again looking at what I
 8   do in cancer, there's a lot of unusual cancers that
 9   aren't very frequent where there's really no
10   standard of care developed yet.
11                One standard of care in gender dysphoria,
12   psychological support, is certainly a well-accepted
13   standard of care.  People are trying different
14   things, hormones and surgery.  People are trying
15   that, but we felt, from the perspective of the Board
16   of Medicine, that there wasn't a generally widely
17   accepted, agreed upon standard of care.  And so
18   that's why we felt uncomfortable allowing that sort
19   of care to be given to minors in the state of
20   Florida.
21                Representative Gantt, you are recognized
22   for a question.  This may be the last one.
23                REPRESENTATIVE GANTT:  Thank you for your
24   recognition, Mr. Chair.
25                Dr. Biggs, excuse me, you talked
```

Med Def_001439

1  extensively about the physical effects of hormone

2  therapy.  Just for clarification, you are a doctor

3  in sociology and not a medical doctor, correct?

4              CHAIRMAN FINE:  You are recognized.

5              PROFESSOR BIGGS:  Yes.  That's correct.

6  But I've also published now, over the last couple of

7  years, my own research in medical and psychological

8  journals.

9              CHAIRMAN FINE:  Okay.  All right.

10  Representative Edmonds -- that was quick.

11  Representative Edmonds, you are recognized.

12              REPRESENTATIVE EDMONDS:  Thank you.

13              CHAIRMAN FINE:  You might put your name tag

14  down so people can see you.

15              REPRESENTATIVE EDMONDS:  Dr. Ackerman, in

16  the Board of Medicine last meeting, when discussing

17  these rules, were they in support or against these

18  rules, and how many people were in support versus

19  against?

20              DR. ACKERMAN:   Who are you referring to,

21  the Board members?

22              REPRESENTATIVE EDMONDS:  Yes.

23              DR. ACKERMAN:   In the last meeting the

24  Board of Medicine had --

25              REPRESENTATIVE EDMONDS:  And related to

Med Def_001440

Page 91

 1  this topic.

 2          DR. ACKERMAN:   -- related to this topic,

 3  we had a -- it was a petition to the Board to look

 4  at the rules, and so the Board did not make any

 5  change to the rule.

 6          REPRESENTATIVE EDMONDS:  So were they in

 7  support or against?  Do you have a number or a

 8  count?

 9          DR. ACKERMAN:   Yes.  They were all --

10  because we didn't have a vote at the last meeting.

11  So let me just get this -- my notes.  Give me a

12  second to get my notes together here for a second.

13          CHAIRMAN FINE:  I think he's asking what

14  the vote was when you adopted the proposed rule,

15  what your vote was.

16          DR. ACKERMAN:   It was unanimous.

17          CHAIRMAN FINE:  Thank you.

18          REPRESENTATIVE EDMONDS:  Thank you.

19          CHAIRMAN FINE:  All right.  Well, Rep.

20  Trabulsy, I think if you're quick, you can ask your

21  question.  And everyone who wanted to ask one will

22  have been able to.

23          REPRESENTATIVE TRABULSY:  Thank you,

24  Mr. Chair.

25          My question is for Chloe.  I would like to

Med Def_001441

February 21, 2023

Page 92

1  think when a child has a dysphoria or something of

2  your nature, that it the whole family would be

3  treated, right, because it's something that you're

4  all going through.  And you did all go through this,

5  and you had, although it be negative treatment,

6  how's your family doing?  What is the collateral

7  damage there with your family?

8          CHAIRMAN FINE:  And I ask you to keep the

9  answer relatively brief --

10          CHLOE COLE:  Okay.

11          CHAIRMAN FINE:  -- because we have to end

12  on time.

13          CHLOE COLE:  I mean, it was really hard on

14  my family.  I had a lot of family who disagreed, but

15  they felt like they couldn't really speak up.  And

16  the ones who did, I mean, my relationship with them

17  suffered, obviously, because I thought they were

18  wrong.  I thought they were being ignorant.

19          And now that I'm speaking out, not all my

20  family necessarily agrees with what I'm doing now.

21  But for the most part, after I've stopped, my

22  relationship with the majority of my family, and

23  especially my parents, has been much better.

24          CHAIRMAN FINE:  Well, thank you.

25          I have a couple -- I'm not going to ask a

Med Def_001442

February 21, 2023

1   question, but I have a couple of closing comments.

2               First, I want to say I'm incredibly

3   grateful, both to the panel -- all of you both came

4   from far and near to participate.  It's a very, very

5   emotional subject for people, and I appreciate it.

6   I will tell you.  I think in my seven years in the

7   legislature, this has been the least looking at cell

8   phones among legislators maybe that I have seen.  I

9   think people were mesmerized by what all of you had

10  to say.  I also want to thank the members for how

11  you comported yourself today, and I want to thank

12  the audience.  We were very concerned about not

13  being able to get through this in a professional

14  way, and I could not hear anyone breathe.  And so I

15  thank you for that.

16              When I hear these comments -- so you all

17  know I'm Jewish, and I study the Holocaust.  And

18  it's been an impactful part of my life, and I will

19  tell you that when I hear this discussion, when I

20  hear this discussion, when I hear these medicine,

21  when I hear this, I think of Dr. Mengele, who was

22  another doctor.

23              And so I will tell you this.  I say these

24  panels are oftentimes a predicate for what's to

25  come.  That's exactly what today was.  And I promise

Med Def_001443

February 21, 2023

Page 94

1    you, you will like the bill that is coming.  I'm

2    sorry.

3              With that, Representative Amnesty moves we

4    rise.

5              (END OF VIDEO RECORDING)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Med Def_001444

February 21, 2023

Page 95

1                    CERTIFICATE OF TRANSCRIPTIONIST

2              I certify that the foregoing is a true and

3    accurate transcript of the digital recording

4    provided to me in this matter.

5              I do further certify that I am neither a

6    relative, nor employee, nor attorney of any of the

7    parties to this action, and that I am not

8    financially interested in the action.

9

10

11

12                    *Julie Thompson*

13                    _____

14                    Julie Thompson, CET-1036

15

16

17

18

19

20

21

22

23

24

25

Med Def_001445

February 21, 2023                                                                 1

---

### $

**$10,000**
69:21
**$100**
69:11
**$1000**
69:5
**$12,000**
70:10
**$200**
75:21
**$50**
69:14
**$60**
69:14

---

### 0

**0**
26:4 64:7

---

### 1

**1**
18:8 63:2,3
74:3
**10**
6:18 27:5
29:9 60:13
63:2,3
**100**
27:17 64:8
**1000**
27:12,15
**10th**
12:25
**11th**
37:25

**12**
6:18 38:5
40:10 42:20
**13**
29:16 33:11,
15,20 34:4,17
38:17 39:14
41:19 47:6
66:14 78:1
**14**
29:16 62:7
**14th**
12:21
**15**
9:11 17:16
20:14 23:20
29:17 60:13
64:7 67:3
**150**
27:10,11
**15th**
14:13
**16**
29:17 67:3
72:24
**16th**
14:9 43:5
**18**
20:4 46:13
73:1
**18-year-old**
40:1
**19**
26:8 37:17,18
**1974**
61:4
**1989**
62:6

**1995**
60:9
**1996**
16:22

---

### 2

**2**
26:20 29:20
67:2 73:8
**20**
17:21 79:3
**200**
66:22 67:1
**2000**
67:13
**2010**
15:23
**2013**
66:24
**2014**
17:19
**2017**
30:20
**2018**
15:23 29:14
**2021**
66:24
**2022**
8:4,11 21:16
71:13
**2023**
53:5
**20th**
10:23
**23**
28:18
**24th**

**14:9**
**25**
60:3 61:4,17
**280,000**
39:9
**28th**
10:23 12:3

---

### 3

**30**
23:2 26:1,4
61:4
**300**
27:15
**30s**
61:6
**315**
72:23 73:9
**32**
17:24
**324**
26:2
**35**
67:24

---

### 4

**4**
26:22
**40**
27:10 37:16
**400**
39:12
**4000**
67:13
**40s**
48:1 61:6

---

Med Def_001446

February 21, 2023                                                                                2

**43**
 61:17
**44**
 18:22
**46**
 28:12
**4th**
 12:9,12

_____
**5**

**5**
 8:11
**50**
 24:18 27:5
 61:17
**500**
 39:12
**50s**
 48:1

_____
**6**

**6**
 27:17
**60-year-old**
 61:7
**6000**
 62:9
**60s**
 48:1
**64B15-14.014**
 13:25
**64B8-9.019**
 13:24
**6th**
 75:2

_____
**7**

**7**
 29:9 62:21
**70**
 17:19 18:7,8
**76**
 30:11

_____
**8**

**8**
 28:21 42:20
 67:24

_____
**9**

**9**
 62:16
**96**
 70:4
**98**
 24:19

_____
**A**

**abdomen**
 28:4 29:4
 42:11
**ability**
 29:7,8
**abnormality**
 35:16
**abnormally**
 17:6 20:10
**absence**
 15:20
**absolutely**
 51:22 63:8

71:24 72:18
86:3,6,19
**abuse**
 28:17 32:6
 34:16
**academia**
 66:10
**academic**
 5:24
**acceptance**
 53:4 54:7
**accepted**
 89:4,17
**accomplished**
 74:3
**accumulating**
 21:13
**accumulation**
 20:8
**accurate**
 9:21 95:3
**achieve**
 16:13
**achieved**
 53:5
**Ackerman**
 5:8 6:20,23
 7:3,4,12 15:3
 57:19 58:5
 63:7,9,12
 64:18,25 66:8
 80:23 84:6
 87:4,8,23
 88:5 89:1
 90:15,20,23
 91:2,9,16
**acknowledge**
 18:5

**action**
 13:20 76:7
 95:7,8
**actions**
 6:25
**actively**
 11:4,22
**activity**
 60:4
**add**
 8:25 66:18
 75:7 80:22
**addition**
 5:25
**address**
 47:9 63:7
 74:20
**ADHD**
 47:10
**administered**
 16:23 18:22
**administration**
 50:12
**Administrative**
 12:21 14:11
**adolescence**
 35:7,11 85:3
**adolescents**
 33:13 71:18
**adopt**
 21:21
**adopted**
 91:14
**adopting**
 25:21
**adoption**
 14:6,8,15

Med Def_001447

**adult**
26:18 27:4
45:21 61:8,16
77:2

**adulthood**
22:3 24:18
46:17

**adults**
32:16 33:13
37:4 50:25
59:11 60:5
61:15,23 76:3
85:19,23 86:5

**advance**
34:7

**advocacy**
30:23 55:11
59:5

**advocates**
35:13 39:7

**aesthetic**
73:1

**affect**
13:8

**affirm**
33:12 41:7
77:15,24

**affirmation**
39:13

**affirmative**
11:10 12:5,15
25:19 33:23
36:10,21 37:6
38:7,18,19
51:3

**affirmed**
41:13

**affirming**
52:9 57:10

65:7

**afflicted**
34:7

**afraid**
55:5

**afternoon**
7:8,9

**afterward**
43:18 47:14

**age**
17:4,8,15,21
20:4,14
31:15,18,21
40:10 42:3,24
49:24 57:17
67:20 72:24
73:1 85:21
86:15

**agenda**
52:20

**agents**
65:7

**ages**
51:6 63:23

**aggressive**
65:22

**agonist**
58:14

**agonists**
16:9

**agree**
9:24

**agreed**
89:17

**agreement**
10:2,6

**agrees**
92:20

**ahead**
59:25 63:10
66:17 72:19
75:8 84:5
88:25

**all-cause**
26:7

**allowed**
14:15 88:21

**allowing**
32:22 89:18

**alter**
58:11

**alternate**
36:13,14

**alternative**
36:9 74:23,24
83:6

**Alzheimer's**
84:24

**ambivalence**
85:25 86:3

**ameliorate**
82:11

**amend**
13:20

**America**
16:11 52:6
53:21 54:7
64:7

**American**
11:8 19:4,8
53:4 77:18

**Amnesty**
94:3

**amount**
27:6,7 66:11
70:12

**anabolic**
28:17

**analogous**
17:2

**Anderson**
58:22,24
59:7,18

**anecdote**
67:16

**angles**
71:7

**angst**
61:21

**anorexia**
75:12

**answers**
52:2 63:20,25
64:1,2 65:2
73:20

**anti-lgbt**
54:14,16,17,
22 56:1

**anxiety**
21:10 42:6
72:11 73:3,7

**anxious**
58:2

**anymore**
46:10

**anytime**
24:20

**apolitical**
7:22

**apologize**
5:17

**apparently**
33:21

Med Def_001448

appearance
  73:16

appearances
  73:1

appeared
  17:25

apply
  31:13,14

appointments
  43:4

approach
  36:14 41:7
  61:16 74:25
  86:22

approaches
  36:9,13

approaching
  50:24

approved
  12:17

approving
  12:7

Archives
  16:2

area
  23:21 29:22
  30:20 43:15
  44:2,9,10
  49:11,13

areolas
  44:8,9

argue
  21:22

argument
  13:3

arms
  43:17

arrives
  17:6

article
  6:3,6,10
  16:21 64:4

artifact
  18:1

artificial
  47:23

assault
  41:22

assaulted
  41:21

assert
  33:24 38:11

asserted
  35:4,19

assertions
  38:18

assessment
  32:18

associate
  5:9 15:14
  27:6

assume
  87:20

assumption
  37:13

astonishing
  20:24

atrophy
  42:14,15

attached
  29:24

attempt
  18:19 36:17

attempts
  36:15

attending
  45:11

attention
  5:25

attorney
  6:9 95:6

attracted
  35:10 86:1

attrition
  19:11

audience
  22:22 93:12

augmentation
  9:7

August
  8:11

autism
  32:6 47:15,16
  72:5 74:21

autistic
  72:6

average
  37:16 51:13
  72:23

awakening
  78:23

_____

                B

back
  24:4 28:14
  38:15 48:5
  64:3 69:5
  81:19 83:6
  84:15

background
  7:20 88:17

bad
  61:20 85:19,

    20

balance
  24:5,7,9

ban
  71:23

bandage
  49:15

banning
  82:9

Barbies
  56:12

basic
  25:8

basically
  71:13

basis
  30:16

bedwetting
  74:21

began
  34:11 40:14

beginning
  16:24 46:13
  51:1 70:6
  80:14

begun
  38:9

Behavior
  16:3

beings
  34:8 86:6

belief
  40:15 64:23

believed
  33:17

belong
  30:18,22

Med Def_001449

bend
54:3

benefit
19:17 38:20

Bernie
6:5

bias
35:1

biased
30:25

Bible
52:6

big
34:5 43:8,9
55:16

Biggs
5:9 15:5,11,
12 22:6 25:23
26:11 29:18
62:3 70:13,17
86:23 89:25
90:5

bigot
54:6 55:6

bigoted
55:6

bill
94:1

bills
50:18,19

binder
41:25 42:19

biologic
34:21,23

biological
41:23 42:6
67:19

biology

25:8

biopsy
24:24 25:3

birthday
43:5

bisexual
60:22

bit
7:20 14:16,17
18:12 22:12
25:8

bits
48:19

black
44:14

bleeds
74:7

blessing
86:13,14

blind
21:25

block
26:20 65:8
70:21

blocked
26:22

blocker
69:4

blockers
15:23 16:8
17:1,13 19:14
20:25 25:22
26:12,23
41:18 45:21
47:20 50:5
56:7 69:16,20
70:5,19,22

blocking

65:6 83:1
84:13,17 85:5

blocks
84:19

blood
24:23 27:24
28:1,10 44:12
48:18 51:10

board
5:8 6:24 7:1,
15,21,25
8:10,11 10:8,
10,13,16,17,
24 13:1,14,
19,21 14:5
21:21 54:10
58:19 63:13
66:4 80:24
84:6 89:15
90:16,21,24
91:3,4

Board's
7:16

boards
7:21,24 8:5
10:16,18
12:8,10,11,
17,25 13:23

bodies
7:22 53:11
60:20 76:16

bodily
53:17

body
24:14 27:19
28:3,22 38:14
42:24 43:16
44:2,19 46:16
47:25 54:13
75:14

bone
20:8,10,16
48:10 73:11

bones
84:14,15

boring
79:25

born
29:2

bothered
21:1 44:4

bottom
8:23,24,25
9:2 40:25

box
62:24

boy
24:11 40:13
42:3,24 46:21
56:10 60:11,
15

boys
40:14 45:5
60:10,25
67:20 70:19,
21

bragging
79:17

brain
25:2

brainwashed
78:3

brand
16:11

Brazilian
81:4,6,9

break
87:13

Med Def_001450

breast
  9:7 28:11
  43:1 44:7
  45:22
breastfeed
  29:7,8 45:23
  46:18 49:2
breasts
  17:5 28:2
  29:5 46:18
  49:5 52:1
breathe
  93:14
bridge
  25:17
bright
  55:23
bring
  24:4,6 27:15
British
  19:8
broadly
  50:12
broken
  46:14
brought
  11:2 55:16
bullies
  54:21
business
  69:22 81:12
butt
  81:4,6,9

_____

C

cagey
  63:17 64:21,
  24 66:1

calcium
  84:14
California
  11:17 22:11
  23:19 40:3
  68:15
call
  26:16 29:3
  54:17 55:25
  76:12 80:8
called
  5:15 30:23
  36:18 41:24
  44:5 57:13
  65:1
calling
  71:8
calls
  39:13
campaign
  18:25
campaigned
  15:25
cancer
  16:15 24:24,
  25 28:1,11
  65:18 84:19
  89:8
cancers
  89:6,8
capable
  76:4
capacity
  20:21
cardiovascular
  27:22
care
  8:1 9:18,20
  10:5 11:10

26:8 31:4,5,
6,12 32:13
33:12,23 34:6
35:3,21
36:10,21 37:6
38:7,18,19
39:25 43:14
46:1 51:4,5
52:3,4,7,9
54:4,17 56:2
57:10,22
62:19 63:14
65:18 68:15
71:16,21,25
75:20 84:8
85:21 87:18
88:6,7,13
89:5,7,10,11,
13,17,19
caring
  54:11
carry
  46:20 48:24
case
  19:25 33:6
  75:17
cases
  76:5 82:24
cash
  69:11
castration
  16:13
catering
  54:19
caused
  21:8 34:21
cavity
  29:22
cell

27:24 93:7
cemetery
  37:10
centers
  9:4,6,9 60:5,
  14
Central
  40:2
century
  18:18 60:6,12
certainty
  86:7,16
CERTIFICATE
  95:1
certify
  95:2,5
CET-1036
  95:13
cetera
  63:23,24
chair
  5:8 7:15 14:4
  22:14 23:17
  57:4 58:25
  68:4 70:2
  71:4 81:15
  82:2 83:18,23
  85:15 87:3,12
  89:24 91:24
Chairman
  7:5 14:21
  22:5,18,25
  23:5,10,12,15
  32:24 39:1
  52:12 56:20
  58:4,22
  59:15,20,24
  63:8,11
  64:16,19

Med Def_001451

66:7,13,17
67:23 68:19
69:19,24
70:9,14 71:1
72:18 75:8,16
77:5,8,11
78:4,9 79:2
80:21 81:13,
18,22 82:13
83:11 84:4
85:9 86:24
87:9 88:25
90:4,9,13
91:13,17,19
92:8,11,24

**challenge**
14:10

**chance**
53:2

**change**
22:10 43:25
91:5

**changed**
14:16 61:2

**changing**
74:12 76:19

**chapter**
52:15

**characteristics**
58:12

**cheaper**
69:9

**cheer**
64:22

**chemical**
16:13

**chemo**
65:17

**chest**
41:25 44:9
49:16

**Chicago**
11:16

**chief**
10:2 57:14

**child**
17:7,10 35:6
36:11,18
37:10,11 40:6
46:20 52:1
55:23 61:5
74:5,9,16,17
75:1 77:4
92:1

**child's**
54:13 74:12

**childhood**
35:7 41:12
45:16

**children**
7:2 15:17
16:6,16 17:13
24:16 31:19
33:13 36:6
39:19 40:5,7
41:10 45:20
46:7,19 50:2,
16,24 51:4
53:24 54:18,
22 55:7,13
56:16 70:5
71:9,17,25
72:2,25 74:1,
25 76:9 79:19

**Children's**
11:15,24,25
12:1

**Chloe**
5:12 39:23
40:1 59:6
63:4 66:16,
17,18 68:14
71:6,24 75:7,
9 79:9 80:12
83:9 87:23
88:15 91:25
92:10,13

**Chloe's**
75:17

**chose**
12:2 19:9

**chosen**
76:2

**circumstances**
86:20

**claim**
17:1

**clarification**
90:2

**clarify**
82:14

**class**
16:8 35:2
45:13,14,15
46:4

**classes**
45:12

**classmate**
41:21

**clear**
18:4 52:24
69:19

**clinic**
15:22,25
18:20 61:3
62:5

**clinical**
5:24 11:6,8
15:9 22:9
30:20 33:5
60:4

**clinically**
33:21

**clinicians**
20:25 21:14

**clinics**
64:6,13,14
67:15 80:18

**closed**
62:6

**closer**
19:15

**closing**
93:1

**clothes**
25:20

**clothing**
40:15

**clots**
28:10 48:18

**clue**
51:8

**coercive**
37:8

**cognitive**
21:7,12 88:24

**cognitively**
61:19

**cohort**
11:5,7 18:14

**cohorts**
11:2

**cold**
46:12

Med Def_001452

Cole
  5:12 39:23,25
  40:1 59:3,6
  63:4 66:16,18
  68:14 71:24
  74:1 75:7,9
  88:15 92:10,
  13
collateral
  92:6
collect
  21:14 75:21
collected
  22:4
colloquial
  76:12
collusion
  55:10
colon
  29:24
combating
  50:11
commend
  40:3 59:3
comment
  12:4 13:18
comments
  12:14 13:3
  14:18 85:18
  93:1,16
commission
  21:18
commitment
  74:14
committed
  51:23
committee
  7:6 10:19

  12:3,11 78:11
common
  16:10 27:8
  54:12 55:8
communication
  26:14
community
  52:20,24
  53:3,7,8
  55:1,12,14
  56:16
comorbid
  32:4
comorbidities
  47:8
comorbidity
  72:3
company
  68:23
compare
  59:13
compared
  22:1 26:9
compassionate
  55:9
complete
  30:4
completed
  26:2,9
completely
  13:13 44:14
complication
  30:10
complications
  29:5,12 30:2,
  12 47:20
  48:25 49:23

comported
  93:11
compound
  88:14
compression
  41:24
conceive
  48:24
concept
  35:19 38:16
  86:2
concerned
  40:19 93:12
concerns
  41:4
concludes
  56:21
conclusion
  10:13 13:17,
  19
condition
  24:21 27:8
  35:23 36:1
  76:2 82:22,25
  83:8 87:17
conditions
  16:15 88:8,17
conducted
  66:23
confident
  41:11
confronted
  33:18
confused
  76:17
cons
  85:24

conscious
  43:12
consensus
  31:23
consent
  31:19 53:25
  57:16,17,18
  77:3
consenting
  76:4
consequence
  18:11 20:5
consequences
  24:1 27:19
  47:3,7 57:8
conservative
  50:10,13
conservatives
  50:7
considerably
  42:1,4
consideration
  12:8
consistent
  89:4
constantly
  50:7
consultations
  45:18
content
  22:16 79:21
context
  21:19
continue
  17:13 22:2
  33:2 57:21,24
  70:6

Med Def_001453

continuing
  17:14 21:14
continuum
  65:11
contradiction
  31:22
contrast
  17:8
control
  21:24 22:1
controlled
  21:8 86:22
controversies
  61:18,24
controversy
  61:22
conversion
  36:16,18
convince
  86:11
convinced
  77:18
cool
  76:18 79:7,24
  80:5
copays
  68:17
copy
  6:8
corporations
  55:19,21
correct
  22:17 34:3
  38:22 87:15
  89:1 90:3,5
correcting
  34:23

cosmetic
  75:10,13
cost
  68:21 69:3,15
  70:7
costs
  19:19 20:18
  68:9,12
counseling
  32:11
counselors
  32:9
count
  91:8
countered
  33:17
countries
  15:10
country
  29:15 53:10
  78:15
counts
  27:24
couple
  12:24 81:2,22
  90:6 92:25
  93:1
courage
  59:4
covered
  68:16,18
covering
  68:12
crack
  59:21
cramps
  42:12,13,17

create
  31:11
created
  20:1 30:22
  31:1
creating
  53:11 75:5
creation
  30:7
crisis
  78:14
criteria
  28:19 38:5
Cross
  81:25 82:1,18
cross-sex
  17:10,14,15
  20:19 25:23
crossed
  25:18
CT
  25:2
cult
  53:9,15
cultural
  76:10
culture
  54:2
curious
  78:18,22
current
  11:6 81:2
curtailed
  20:12
curve
  51:2
cut
  44:7,13

cutting
  40:14
CVS
  5:23
cycle
  48:22

————————

D

D.o
  10:17
dad
  40:17 41:10,
  15 47:1
daily
  49:16
damage
  53:11 92:7
damaging
  34:11
danger
  31:24
dangerous
  27:12,16
  31:19 53:20
  79:3
dangers
  50:8
Dania
  10:24
dares
  53:19
data
  11:6 15:20
  21:15 22:3,9
  26:1 62:8
  66:13
daughter
  40:21

Med Def_001454

David
 5:14
day
 13:18 42:8
 47:18 79:14
de
 17:19 18:5,10
 21:3
de-
 80:12 87:24
de-transitioned
 40:2,8
de-
transitioners
 51:7 52:3,7
dead
 44:14,18
deadly
 28:9
deal
 89:6
dealing
 6:7 81:3,4
 87:21
death
 18:8,11 27:22
 34:16 37:2,3
 41:15 53:9,
 15,16
decade
 62:7 67:15
decided
 18:24 40:23
deciding
 46:3
decision
 46:8 76:4
 77:2,3 85:19,

21,24 86:9,13
decisions
 53:23 61:20
declaring
 60:21
decline
 17:25
declined
 11:20
decreased
 73:6,7
deep
 44:8
deepening
 28:4
deeper
 42:2
deeply
 23:21
defended
 34:2
defined
 48:12
defining
 38:12
definite
 24:21 25:4
definition
 82:4
definitions
 24:10
definitively
 60:2
dehydrated
 48:15 49:11
delaying
 17:6

Deletus
 39:11
delivered
 77:20
demand
 64:13
demands
 54:4
dementia
 84:24
demineralizes
 84:14
Democrat
 81:23
Democrats
 87:1
demographic
 53:25 79:22
demonstrate
 36:24,25
demonstrated
 37:12
demonstration
 34:13
density
 20:10,16
department
 8:6,13,15,17,
 18,21 10:12
 13:14 14:11
depended
 47:5
depending
 24:17 85:11
depends
 24:19
depressed
 58:2

depression
 28:20 72:11
 73:2,7
deprives
 56:7
Desantis
 50:12
describe
 25:7
describes
 6:4
description
 14:23
deserve
 74:1
desire
 43:1
desisters
 32:20
destroying
 53:10
destruction
 53:18
destructive
 52:25 55:2
detransition
 38:8,10 50:23
 51:24 53:16
detransitioners
 32:20
develop
 10:20 27:23,
 25 28:21 35:6
developed
 20:13 25:10
 89:10
developing
 17:5 25:15

Med Def_001455

development
   20:20 21:7
   25:12 26:17,
   18 45:17
   73:11 88:24
developmental
   86:10
device
   41:24
diabetes
   24:22 73:11
   89:6
diagnosed
   36:6,8 47:10,
   16
diagnosis
   24:22 89:2
diagnostic
   38:5
differences
   9:14,22
differing
   10:25
difficult
   59:4
difficulties
   29:11
digital
   95:3
Dimaggio
   12:1
direction
   43:9 79:1
directly
   79:11 88:23
disabilities
   74:21

disadvantage
   19:18
disagreed
   92:14
disappeared
   42:17
disclaimer
   31:3
disclose
   63:19
discomfort
   24:12 82:5
discovered
   15:23 32:5
   42:6
discriminatory
   36:5
discuss
   82:8
discussed
   61:24
discussing
   90:16
discussion
   93:19,20
disease
   27:22,25
disgusting
   43:21
disingenuous
   66:3,6
disorder
   72:10 87:17
disordered
   60:23
disorders
   83:4

disruptive
   48:8
distress
   24:15 40:25
   74:12 82:6,11
disturbing
   78:13
divergence
   25:14
diverse
   71:17
divorce
   32:7
DOA
   14:10
doctor
   5:16,18 52:2
   56:23 90:2,3
   93:22
doctor's
   75:19
doctors
   5:21 30:25
   31:17 33:23
   41:5,14 47:9,
   17 49:20
   51:8,15,21
   68:18
document
   31:2,23
dollar
   55:24
dollars
   55:16 69:18
donor
   55:16
dose
   84:21

doses
   28:8,15,19
   32:18 83:1
double
   44:5 66:21
   79:18
downward
   45:9
draft
   12:7,13 21:16
dramatically
   26:5
drastically
   20:12
draw
   5:25 53:24
drawn
   78:25
dresses
   44:23
dressings
   43:25
dropped
   26:4 45:10
drug
   70:10 84:13,
   18,19
drugs
   16:9,11,13,14
   68:11,21
   85:5,8
DSM
   89:2
DSM-RECOGNIZED
   87:16
dubious
   19:12

Med Def_001456

dubs
  39:10
due
  27:22 32:7
  34:16 36:5
  72:4
dull
  42:9 43:23
Dutch
  17:19 18:13,
  20 19:7 20:3,
  4 21:2
dysfunction
  27:25 28:6,12
  48:20
dysmorphia
  75:14
dysphoria
  5:5 7:18 8:9
  9:17 10:4,5
  11:4 12:19
  14:2 16:7,17
  17:9,25 18:3
  19:3 24:12
  35:9,22 36:7
  38:6 50:15
  58:9 59:12
  72:13,15
  76:1,24 82:5,
  17,21 88:2,16
  89:2,11 92:1
dysphoric
  50:2 51:5
  52:4

—————————
            E
—————————

earlier
  22:12 29:1
  70:2 79:10

85:18
early
  17:6 19:14,20
  20:4,18 25:17
  26:17,20
  41:12 60:20
  84:24
easy
  44:25 65:24
eating
  60:22
eavesdropped
  33:25
editorial
  63:3
Edmonds
  90:10,11,12,
  15,22,25
  91:6,18
educate
  15:16
effect
  21:6,11 56:4
effective
  14:9 36:9
effects
  21:1 28:16
  57:7 82:9
  84:3,11,20
  85:4,8 87:6
  90:1
effort
  14:22
efforts
  7:16
egg
  25:11
elective

55:7 56:19
elevated
  37:3
embryologic
  34:23
embryology
  25:12,17
emotional
  21:6 36:4
  45:8 46:23
  93:5
emotionally
  12:4 45:7
emotions
  45:3
emphasize
  29:13 32:12
  33:11 60:24
employee
  95:6
encourage
  6:3,12
end
  6:11 10:8
  13:23 14:18
  20:9 39:3
  45:15 51:3
  75:22 88:1
  92:11 94:5
endocrine
  11:20 26:19
  27:8,10 30:18
  51:8 82:25
  83:8
endocrinologic
  82:22
endocrinologist
  5:11 11:17
  23:19 45:19

51:12 67:5
82:21
endocrinologist
s
  11:3 63:17
endocrinology
  8:16 16:4
  24:2
endogenous
  27:18
endorse
  11:9
England
  62:7 72:22
  80:17
English
  21:15
English-
speaking
  62:13
enormous
  73:5
entered
  41:25
entertain
  56:22 63:2
entire
  46:17 54:24
epidemic
  34:11 50:24
  60:18
episodes
  46:20
Equal
  8:13
erased
  53:6

Med Def_001457

eraser
56:14

erasing
56:5

erogenous
49:4

erotic
30:4

essentially
47:22

establish
12:17 31:4

established
26:21 34:18
38:20

establishing
50:9

estimate
62:21

estradiol
69:12

estrogen
26:15 28:7,8
42:16 65:10
69:12 70:21,
25

et al
17:19 18:5,10

Europe
9:16 59:14
62:13

European
15:9

evaluated
76:23

evaluation
41:9 74:2,7,
18

eventually
18:25 36:7
40:17 41:6
46:2

evidence
17:17 20:18
21:13 25:4
31:7,8 32:19

evil
55:2

evolution
35:11

exaggerated
62:21

exceeding
18:8

excellent
33:1

exception
75:1

excised
44:6

excuse
40:1 57:22,24
66:16 89:25

exemption
13:16,22

exist
31:12 36:10

existing
21:17

expect
40:20

expectation
40:24

expected
47:6

expensive
69:15

experience
6:7 39:24
48:1

experienced
5:13 80:3

experiencing
16:7 42:14
47:24 48:20
76:14

experimental
55:8

experimentally
32:17

experimented
40:16

expert
23:23 31:23
86:9

expertise
11:6

experts
5:5 8:14,21
10:2,25 11:1
13:7 57:5
84:10 85:3

explain
18:12

explore
56:8 76:19

exponential
51:2

exponentially
80:9

exposing
37:19

expressing

45:1

extended
11:19

extensively
90:1

extraordinary
63:5

extreme
31:23

extremely
31:18

extremists
53:9 55:1

eye
59:3

---

**F**

face
28:4 29:3
48:13 77:10

faced
47:19

facilities
42:8

facing
49:23

fact
18:2 21:2
40:13 49:10
54:22 61:23
62:25 77:12

fail
49:12

failed
47:9

failing
51:18

Med Def_001458

failure
  21:14 46:25
failures
  20:15
fairly
  27:4 48:22
  49:10
fall
  44:18 50:9
false
  47:5
familial
  72:11
families
  50:16
family
  32:7,11 36:18
  45:6 46:3
  92:2,6,7,14,
  20,22
fasciitis
  18:6
favor
  86:21
favoring
  17:18
FDA
  32:18
fear
  41:22 55:5
features
  48:13
February
  12:25 14:8,13
feel
  34:1 46:14
  49:6 71:10
  85:25

feeling
  24:11 40:11
  42:9 43:21
  49:5
feelings
  8:2 41:1 45:3
felt
  9:19 45:7
  89:15,18
  92:15
female
  23:14 25:11
  27:4,18 29:2
  32:14 42:7
  56:11 67:22
females
  9:11 25:13,16
  26:16,18
  27:5,7,20,23
  35:3 37:15
feminine
  44:21 56:10
fertile
  51:18
fertility
  26:21 48:20
fertilized
  25:10
field
  86:17
fighting
  53:2 54:25
figure
  51:20
figured
  39:17 42:13
figures
  67:12

filed
  14:10
final
  26:17 83:19
finally
  38:8 52:14
financially
  95:8
find
  5:23 25:2
  77:13 79:14
finding
  18:1
fine
  7:5 14:21
  22:5,18,25
  23:5,10,12,15
  32:24 39:1
  52:12 54:17
  56:20 57:5
  58:4,22
  59:15,20,24
  63:8,11
  64:16,19
  66:2,7,13,17
  67:23 68:19
  69:19,24
  70:9,14 71:1,
  5 72:18 75:8,
  16 77:5,8,11
  78:4 79:2
  80:21 81:13,
  18,22 82:13
  83:11 84:4
  85:9 86:24
  87:9 88:25
  90:4,9,13
  91:13,17,19
  92:8,11,24
finger

48:4
Finland
  11:15
firmly
  33:16 56:18
fistulas
  30:3,11
fit
  80:5
flashes
  47:24
flawed
  19:10
flight
  49:6
Florida
  5:8 7:14,15,
  19,24 8:9,15,
  22 9:4,9,11
  11:2,13,23
  12:20 14:15
  21:21 31:25
  39:18 40:4
  51:2 52:10,15
  57:20 63:13,
  16 68:25
  73:23 89:20
fluid
  49:14,15
  51:19
focus
  16:6
folks
  5:1 22:22
  39:6 83:12
follow
  22:2 32:10
follow-up
  37:21 64:16

Med Def_001459

70:2 86:25

**followers**
39:10

**force**
15:25

**forced**
18:25

**forces**
34:21

**forearm**
30:8,14

**foregoing**
95:2

**forever**
86:20

**form**
35:16,17
38:15 69:10
87:14,21

**formal**
11:19,21
21:19

**forward**
7:10 32:25

**fought**
53:3

**found**
9:2,8,10,19
18:23 26:6
27:23 28:17
33:11 45:4
63:12 72:24
73:3

**fourth**
35:15

**frankly**
64:25

**free**

53:21

**freedom**
53:22

**frequent**
48:7 89:9

**frequently**
48:15

**freshman**
42:1

**friends**
45:5

**fringe**
55:15

**front**
33:4 88:1

**frontal**
58:1

**fulfilling**
45:7

**fully**
47:2

**fun**
62:25

**function**
36:22

**functioning**
19:2 20:20
82:7

**funded**
55:16

**funny**
55:25

**future**
38:2,25 50:14
53:10 55:24

—————————

**G**

—————————

**GAG**
56:13

**Gainesville**
63:16

**Gallagher**
5:18 39:9
66:14 79:10

**gallstones**
28:10

**game**
75:22

**Gantt**
89:21,23

**gate**
86:12

**gatekept**
88:20

**gave**
43:2 49:19
51:12

**gay**
52:22 55:10,
11 56:4,14
75:3

**gayness**
75:4

**gays**
5:15 52:16,23
54:24 55:25
56:5,18 75:24

**gender**
5:5 7:18 8:8
9:17 10:4,5
11:4,9 12:18
14:2 15:18,22
16:7,17 17:8,

25 18:20 19:3
21:16 24:10,
12,13 25:1,5,
19 34:25
35:8,9,16,17,
22 36:7 38:6
39:12,13
41:6,11 43:2
47:12 50:2,15
51:5 56:3
58:8 59:12
61:3 62:5
64:6 67:15
71:17 74:13,
16 75:1 76:1,
19,20,24
79:18 80:18
82:5,6,17,21
88:2,16 89:2,
11

**gender-**
52:8

**gender-
affirming**
54:4 56:2
62:19 68:15
71:16,21,25
75:20 82:9

**general**
6:9 8:12
10:11 69:3

**generally**
9:3 27:13
89:4,16

**generation**
53:10 79:12
80:7,10

**generic**
69:10

**genetic**

Med Def_001460

25:3

**genital**
19:21

**genuine**
38:3

**girl**
9:7 16:25
17:4 24:11
40:12 56:6,7
60:11 65:9

**girls**
40:13 45:5
60:10,15,19,
25 67:2,14,
20,21 70:17

**give**
6:17 23:2
27:3 34:4
55:3 57:16,18
64:8 65:9
69:2 75:11
84:22 86:13,
14 91:11

**GLAAD**
55:11

**glands**
24:2 82:24

**glaring**
50:18

**Gnrh-a**
16:22 18:22
20:9 21:8,18

**gonadotropin-
releasing**
16:9

**good**
6:9,12 25:25
30:19 32:16
38:6 54:17

64:20 69:21
73:21

**gosh**
80:17

**government**
51:2 68:23

**GPA**
45:10

**grades**
45:10

**grading**
31:7

**graduate**
77:22

**grafts**
44:6 51:18

**granted**
8:14

**graphs**
49:9

**grateful**
93:3

**grave**
31:24

**great**
37:19 42:6
64:19 68:8
78:23 81:21

**greater**
66:11

**greatly**
6:15

**Groomers**
5:15 52:16,23
54:24 56:1,18
75:24

**grossly**
28:23

**group**
18:9 22:1
30:24 55:20,
25 56:1

**groups**
55:11

**grow**
24:18 25:6
56:4 75:3

**growing**
76:14,15

**grown**
76:3 77:2

**growth**
28:2 29:3

**guarantee**
22:2,3

**guess**
39:18 69:22
87:13,22
88:20

**guests**
42:22

**guidelines**
30:17,20,22
31:20 51:13

**gut**
54:12 55:4

**guy**
65:9

---

**H**

---

**hair**
28:2 40:14
44:22

**halfway**
18:3

**handful**
19:4

**handle**
59:19

**hands**
48:4 83:12

**happen**
41:2 48:6
82:16 83:5

**happened**
40:5 41:3
61:14 74:5

**happening**
37:23 40:6
41:22 44:19
54:11 80:17

**happy**
38:1,24 43:7
72:25 73:14,
15

**hard**
44:19 46:15
61:3 63:20
64:1 77:13
92:13

**harm**
57:14

**harmed**
25:6 50:25
83:9

**harmful**
78:12

**harms**
34:14 83:4

**hate**
56:1 57:8

**hatred**
53:19

Med Def_001461

**hats**
77:17

**healing**
29:11 49:10

**health**
8:6,18 21:15
36:22 37:5
51:25 71:12,
16,20,22
74:9,15
77:13,19,21
78:14 87:16,
17 88:7

**healthcare**
31:25 57:20
66:19 67:4

**healthy**
18:10

**hear**
13:7 15:5
22:8 31:5
33:4 38:2
39:22 40:21
52:14 82:19
93:14,16,19,
20,21

**heard**
13:18 64:10,
12 81:10
84:6,10 85:2

**hearing**
8:21 12:24
13:1,4,6,11
33:3 68:5

**Hearings**
14:11

**heart**
27:24

**held**

**hats**
8:16 10:19
12:12 13:1

**helped**
49:20

**helping**
50:14,15

**helps**
51:5

**hesitant**
86:14

**high**
10:6 18:9
19:11 21:9
24:3,23
27:23,25
28:8,10,15,19
30:9 32:3,18
40:9 42:5
67:19 83:1

**high-quality**
10:3,7

**higher**
27:9,11,18

**hijacked**
53:7

**hinders**
20:7

**hindsight**
88:4

**Hippocratic**
57:13

**hips**
48:12

**hirsutism**
28:2 29:4

**history**
34:9 86:10

**hit**

80:19

**hold**
84:9

**Hollywood**
12:1

**Holocaust**
93:17

**home**
42:9,22
43:11,24

**homophobic**
56:3

**Hopkins**
11:24

**hormone**
16:9 24:3,5
51:12,13
58:13,14
65:6,7 68:10,
11 70:5 84:17
90:1

**hormone-**
85:4

**hormones**
16:12 17:10,
14,15 20:19
24:3,8 25:23,
24 26:2,23
27:2,3,14
28:23 31:21
45:21 50:5
51:17 65:8
73:6 82:23
83:1 86:15
89:14

**horrifying**
79:20 80:13,
20

**horse**

53:9

**hospital**
11:15,24,25
12:1 67:9

**hospitals**
11:23

**hosted**
8:11 10:10

**hot**
47:24

**hour**
74:3

**hours**
42:20

**how's**
92:6

**HRC**
55:11

**huge**
46:25

**human**
25:9 34:8
86:5

**hurting**
56:16

---

**I**

**idea**
27:3 35:15,25
37:4,25 49:14
50:23 61:11
63:5 69:2
76:6 79:24

**ideas**
33:11,20
38:17,21

**ideation**
37:7

Med Def_001462

February 21, 2023                                                        18

identical
  13:24
identified
  32:8 62:17
identify
  67:20 80:7
identities
  34:20 41:11
identity
  24:10 25:1,5
  34:18,25
  35:16,17 41:8
  53:18 56:8
ideology
  52:2 53:20
  55:2 56:2
ignorance
  57:22,23
ignorant
  92:18
illnesses
  32:4
imagine
  30:10 59:4
immediately
  20:2 41:5,6
  43:11
immutable
  34:19
impactful
  93:18
impacts
  78:12
impairment
  24:15 82:7,11
implies
  36:1

importance
  46:2
important
  26:21 62:17
impossible
  19:23 57:16
impressionable
  77:4
improve
  19:2
improvement
  17:22
improves
  36:21 37:4
  71:16
incarcerate
  88:9
inches
  29:9
incision
  44:4
include
  30:2,13
included
  66:25 67:6,10
including
  37:11 39:14
  77:19
incorrect
  33:22
increase
  29:25 61:1
  67:13 71:22
  81:7
increased
  27:21 28:9,12
  62:10 73:6,7
  80:9

increasingly
  38:10
incredibly
  18:9 79:13
  93:2
independent
  34:25
indications
  73:21
indirect
  20:5
Indiscernible
  17:1
individual
  32:11 54:23
individuals
  17:24 26:2
  50:21 53:22
  57:23 62:8
indoctrinated
  77:14
indoctrination
  52:21
inevitably
  74:11
infarction
  27:22
infection
  30:3 49:19
infections
  30:13 48:16
infertility
  26:24 28:6,13
information
  62:3
informative
  59:2

informed
  47:2 49:24
  57:16,17
informing
  37:22
infrequently
  9:5,8
inherent
  35:25
initially
  25:13 43:6
initiate
  8:7 10:9,14
injury
  30:3,15
innocent
  55:23
inpatient
  26:8
inquiries
  64:13
inside
  29:23
insight
  68:6
instances
  9:10
instinct
  46:6
instincts
  54:12
Institute
  71:12
institution
  52:5
insurance
  68:16,18,23

Med Def_001463

intelligence
  83:21
intended
  8:7 16:19
  22:10
interest
  55:21
interested
  59:9 68:9
  95:8
interesting
  21:4 39:20
  61:22
interfered
  88:23
internal
  24:11 61:21
  85:25
international
  31:11
internet
  60:21
intersection
  78:21
intervention
  16:6 17:18
  35:24 38:21,
  22
interventions
  75:11
interview
  21:3
intestine
  20:1
intestines
  20:2
introduce
  16:22

inverted
  29:23
inverting
  19:24
invitation
  11:19,21
  15:13
invitations
  11:21
invite
  10:24 11:11
  39:15
invited
  11:5,7 39:6
involved
  84:7
IQ
  21:12
IRB
  13:22
irreversible
  53:11 84:2,23
  85:4
issue
  7:24 12:6,16
  15:8 56:17
  73:16 75:10
  81:3
issues
  6:7 8:2 48:13
  49:3 76:22
  78:24 81:1,5
itching
  47:25

_____

J

Jacksonville
  7:14

Jamie
  6:4 64:5
Jewish
  93:17
Joe
  11:25
Johns
  11:24
Johnson
  55:19,20
joining
  6:22 15:6
  22:11 33:7
joint
  10:18,23
  12:9,11 13:1
  48:3
Joseph
  8:12
journal
  16:3,4 63:1
  72:22
journals
  16:2 90:8
joys
  79:17
Julie
  95:13
Jump
  75:22
jumped
  75:20
jumping
  76:8,21 80:16
June
  8:4
junior
  45:9,13

jurisdictions
  36:20
justification
  34:22 36:23
juvenile
  16:20

_____

K

Kaiser
  66:19
key
  47:14
kid
  45:25 46:9
  74:4 79:8
  80:1,2
kids
  25:5 32:2,14
  49:2 53:12
  54:2 55:22
  56:4,13,17
  63:3 72:9
  73:3,9,17
  75:2 76:11,14
  77:24 80:15
  82:17 83:8
kids'
  53:1
kill
  41:14
killed
  18:6 20:3
kind
  59:9 66:9
  78:16,18
  86:20
Kits
  16:25

Med Def_001464

**knee**
54:3
**knew**
40:19 41:12
46:7
**knife**
43:5 50:5
**knowing**
46:17 68:9
**knowledge**
18:16
**knowledgeable**
74:19
**Koster**
87:10,12

—————————

**L**

**label**
54:15
**labeled**
54:14 55:6
**lack**
10:3,6 18:15
37:12
**Ladapo**
8:12
**Laidlaw**
5:11 22:8,13,
14,24 23:4,8,
11,15,16,18
33:10 69:2,23
82:3,14,19
**Laidlow**
36:13
**language**
10:21 12:7,
13,17,20,22

**large**
9:15 11:8
30:14 55:14
**largely**
50:10
**larger**
48:11
**largest**
15:21 62:4
**lasting**
24:15 82:7
**lastingly**
36:21
**late**
83:12
**law**
14:16 68:16
**lawsuits**
80:19
**layer**
44:13
**lead**
21:2 74:11
**leading**
63:1 82:6
**leads**
24:14
**Leakage**
20:2
**leaking**
49:14 51:19
**learned**
88:10
**learning**
46:5 72:10
74:21
**Leatherwood**
5:14 52:15,

**large**
17,18 75:17
78:16 79:6
**leave**
75:2
**led**
25:11 88:18
**left**
6:5 50:11
55:10 78:5
79:3
**legal**
58:3
**legislative**
10:19
**legislators**
71:7 93:8
**legislature**
39:18 93:7
**lesbian**
6:4 56:9
60:22
**lessened**
42:17
**lessons**
45:16
**letter**
6:8 40:17
43:3
**level**
27:16 55:4
**levels**
21:9,10 24:3,
5 27:4,15,18
51:12,13
**Levine**
5:12 18:4
32:3 33:5,9
59:23 60:1

72:16 77:7,9,
12 81:16 83:6
85:17,22
87:4,7
**LGBT**
52:19,24
53:3,8 54:7,
23 55:12,14
56:15 80:8
**liberally**
34:12
**libido**
20:21 21:4
**license**
57:21 58:12,
15
**licensed**
11:2 16:14,17
**lie**
55:14,15
**lied**
47:1
**life**
17:11 20:11
41:15 42:13
43:21 46:13
47:5 70:10
74:6 76:15
93:18
**lifelong**
53:12 55:22
70:7
**lift**
43:17 81:4,6,
9
**lightly**
85:5
**limbs**
48:3

Med Def_001465

limited
  16:5 38:15
liposuction
  75:12
liquid
  69:10
list
  57:2 62:10
listed
  83:4
literally
  16:14
literature
  15:18 33:12
  34:1 61:12,13
live
  46:17
lived
  42:5
liver
  27:25
lives
  53:1,23 54:18
living
  36:5
lobotomies
  58:1
locker
  42:8
London
  15:22 18:20
long
  5:1 37:20
  44:22 62:9
  70:16 71:1
  85:11
long-
  84:2 85:7

long-term
  25:25 32:15
  36:25 37:23
  73:17
longer
  18:16
longitudinal
  17:18 19:5
looked
  26:1 42:2
  65:6,7 71:12
  73:2
lose
  29:6,7 58:12,
  15
loss
  29:10 30:4
losses
  20:15
lost
  52:1 84:14
lot
  45:1,4,6
  56:21 61:9
  72:9 73:21
  75:25 76:2,13
  79:23 81:10
  89:8 92:14
lots
  89:5
loud
  14:25 52:24
low
  20:10 24:5
  26:15 31:7
  32:19 45:10
lower
  42:11

lowered
  31:15
luck
  6:9
Lupron
  16:10 69:3
  84:12,17
lying
  46:10

———————

         M

———————

M.D.
  7:13 10:16
made
  43:23 46:8
  73:18 75:1
  78:1 85:18
magnitude
  63:6
major
  8:19 9:3,5,9
  28:19,20
  43:8,15 52:5
majority
  24:16,18
  54:22 56:3
  72:25 86:16
  92:22
make
  23:3 24:23
  32:13 38:1
  52:23 53:14,
  23 61:19 76:4
  77:1 85:10,19
  86:8,12 91:4
makes
  19:21 46:21
makeup
  44:22

making
  14:22 30:17
  79:16
male
  25:11,15
  29:3,20 32:13
  42:7 44:25
male's
  37:18
males
  16:12 19:20
  25:13,15
  26:15,18
  27:7,21 28:7
  35:2 51:14
man
  9:7 52:22
  61:7
mania
  28:20
manifest
  21:9
manifestation
  35:8
mannerisms
  25:22
mantra
  53:16
March
  14:9
Marital
  16:3
marriages
  32:7
masculine
  40:12 44:10
  56:6 72:7
mass

Med Def_001466

20:8

**massively**
62:9,11

**Massullo**
56:24 57:3
58:21

**mastectomies**
9:12 29:16
79:19

**mastectomy**
9:6 29:1 44:5
66:21

**maternal**
46:6

**matter**
10:25 11:1
95:4

**mature**
61:19

**meaning**
44:6

**means**
17:5,9 19:24
54:16

**meant**
45:24 46:2
56:10

**measures**
17:22,23 18:2
19:6,9 21:12

**media**
55:10 61:24
78:13,21
79:12 81:11

**medical**
5:21 7:1 9:3,
5,9,15 16:14
24:1 30:24,25
33:3 34:8,10

35:23 36:1
39:7,25 41:17
46:25 47:3
52:5 53:12
55:20,22 63:1
73:10,24
78:2,19 82:15
90:3,7

**medicalization**
54:16 55:8,13
56:19 76:22

**medicalized**
75:23

**medicalizing**
76:8

**medically**
46:8 47:19
76:25

**medication**
43:12

**medications**
32:17 68:10

**medicine**
5:9 6:24 7:1,
15,21,22 8:5
10:10,16,17
13:1,15,19,21
14:6,13 15:18
21:21 34:9,12
57:15,25
58:19,20
63:13 72:22
80:24 81:12
84:7 86:7
89:3,16
90:16,24
93:20

**Medicine's**
8:10 66:4

**Medicines**
10:13

**meeting**
8:11,20 10:8,
14,22,23
11:18 12:2,3,
10,11,12,15
13:17,19,23
38:5 90:16,23
91:10

**meetings**
33:17,18
64:11

**member**
6:19 59:8
81:13 85:10,
13 86:24

**member's**
79:5

**members**
5:4 7:6,25
14:23 22:19
35:2,10
56:20,22
67:23,24
75:25 78:5
81:23 90:21
93:10

**men**
16:15 84:18,
22,25

**Mengele**
93:21

**menopause**
47:23

**mental**
36:22 37:5
51:25 71:16,
20,22 74:9,15
77:13,18,21

78:14 87:16,
17 88:7

**mention**
18:10

**mentioned**
21:3 65:13
79:10 84:16

**mesmerized**
93:9

**met**
10:10 28:19

**Metabolism**
16:4

**metastatic**
84:18

**methods**
19:12

**Miami**
5:18 11:24

**mice**
21:8,9

**Michael**
5:9,11 23:18

**middle**
35:7 40:9
42:18

**milestone**
43:8

**mind**
28:22 83:22

**mine**
39:11 41:21

**minimize**
84:21

**minimum**
31:21

**minimums**
31:16

Med Def_001467

minor
40:9 88:22

minors
5:7 7:19 9:3,
5,9,17 11:4
12:19 14:2
31:24 39:14
50:4 52:9,22
53:24 54:16
56:19 58:9
59:10 66:15,
20,22 67:14
89:19

minutes
6:18 67:24
79:3

mirror
46:15,21

misadventure
34:9

misadventures
34:10

misfit
40:12

mismatched
24:14

missed
13:9 44:21,24

mission
7:23

Missouri
6:8,9

mistake
34:23 53:14

mitigate
71:22

model
32:10 51:4

modern
52:19

modifications
25:24

mom
40:17 41:10,
15 43:13 47:1

month
43:4 51:11
58:19 69:6,
11,14 72:22

months
8:4 24:16
41:20 43:18
82:8 84:25

monument
38:18

mood
28:19

morning
7:9

mortality
26:7

motion
12:7 13:21
43:16

move
6:19 22:20
27:2 28:25
39:4,21 49:7

movement
50:10,13
52:19 53:15
60:4 61:14

moves
94:3

multiple
9:21 30:1

mutilating
54:13

mutilation
52:21 53:18
54:5

myocardial
27:21

---

**N**

name's
39:8

names
40:16

narrative
55:12

narrow
27:5

natal
29:2

National
21:15 71:12

nationalized
88:12

nationwide
59:13

naturally
72:6

nature
92:2

nauseous
43:23

navigate
51:9

necessarily
38:4 92:20

necrotizing
18:6

needed
47:7

negative
12:6,16 21:13
92:5

nerves
30:4,15

newly
20:1

nice
54:5

Nicklaus
11:24

NIH
71:13

ninety-eight
17:12

Ninety-six
17:12

nipple
29:10 44:6

nipples
44:11

nodding
87:20

non-
39:4

non-academics
5:21

nonconforming
56:4

nonconformist
76:20

Nonetheless
33:16,23

nonmedical
39:21 78:18

Med Def_001468

nonpartisan
  56:17

normal
  14:14 17:7,9
  19:23 20:8
  26:14,16
  28:23 29:10
  76:14,16,18
  80:4 83:1

normie
  79:25

North
  52:6

note
  5:20

notes
  91:11,12

notice
  6:21 8:6

noticed
  50:18 67:19

noting
  49:22

November
  12:9,12,21

numb
  43:22

number
  9:23 12:22,23
  60:9 64:6
  73:8 81:8
  89:3 91:7

numbers
  59:10 62:10,
  20 63:18,19,
  21 64:21 65:4
  67:11

─────────────
        O
─────────────

oath
  57:13,14

obesity
  73:10

objective
  72:7

obsession
  53:17

obvious
  50:3,8

occasional
  61:5

occasions
  6:11

October
  10:22,23 12:3
  21:15

off-label
  32:17

offered
  9:3,5,8 21:23

office
  75:19

official
  66:4

oftentimes
  72:14 93:24

olds
  29:16,17

oncologist
  7:13 65:16
  84:16

one's
  82:5

one-third

20:8

online
  45:13

onset
  49:25 72:14
  84:24 88:18

open
  86:12

opening
  6:18 59:3,17

opinion
  9:25 32:1
  66:3,5 78:22
  85:20,22

opioid
  34:11,16

opioids
  34:12

opportunity
  7:7

opposed
  86:19

opposing
  8:17 9:25

opposite
  19:16 25:21,
  24 27:2 31:21
  42:4

option
  41:16 47:2
  77:1 88:19

order
  17:9 27:16
  70:23 71:22
  87:10

orders
  69:17

organization

5:15 30:23,24
  31:11,13
  52:23 54:24
  76:1

organizations
  55:18 77:19

organs
  25:15 26:14,
  25 42:15

orgasm
  20:21 21:4

orientation
  34:24,25
  35:12

oriented
  72:8

orifice
  20:2

original
  16:1 38:13,15

originated
  83:3

osteopathic
  7:21 8:5
  10:10,13,17
  12:25 13:15,
  21 14:12
  58:20

osteoporosis
  20:11,14
  84:23

outcome
  5:3 20:23
  38:6 73:17

outcomes
  17:20 18:16
  32:15 37:23

outcry
  33:19

Med Def_001469

outlawed
  36:17,19

outpatient
  43:10

outright
  56:12

ovarian
  27:9

ovary
  28:1

ovulating
  48:23

ovum
  25:10

Oxford
  5:11 11:14
  15:15

---

**P**

---

packet
  5:23 6:1
  13:25 14:7,24

packets
  22:21

paid
  69:1

pain
  29:10

painful
  48:7

pains
  42:10 48:3,4
  76:15

panel
  5:4 57:5
  59:9,17 93:3

panelists
  5:24 6:15,22

37:12 56:21

panels
  93:24

panic
  46:22

papers
  23:22

paradox
  35:25

parameters
  73:18

parent
  40:22 54:11

parenting
  45:16

parents
  36:11 37:8,22
  46:1 47:4
  50:16 54:17
  55:3 71:8
  74:8 92:23

part
  42:17 44:15
  45:14 46:25
  49:25 61:18
  65:18 72:4
  75:25 80:7
  92:21 93:18

partial
  30:4

participate
  93:4

participated
  11:17

parties
  95:7

parts
  46:24

pass
  19:17 75:21

passed
  12:7 13:21
  42:4

passionate
  33:19

past
  62:1 64:15
  67:15 81:1,2

patches
  69:13

path
  41:17

patient
  18:5,14 20:4
  35:24 36:3
  75:13

patients
  17:21,24
  18:7,8 19:16
  20:13,15
  29:14 38:9
  51:6 52:5
  53:12 55:22
  63:23 65:14,
  16,23 66:9
  67:3 75:12
  82:12

patriot
  53:22

pattern
  29:3

paucity
  60:25

pause
  85:7

paying
  68:22 69:21

pediatric
  8:16 11:3,23
  15:22 16:4
  62:4 63:17
  64:6

pediatricians
  11:3

pediatrics
  8:16 62:15
  63:1

peers
  45:5

penis
  19:22,24
  29:21,23

people
  7:23 11:11
  13:7,10 14:25
  24:8 36:19
  37:11,19
  38:11 50:15
  54:9 58:1
  61:6 67:7,25
  72:8 76:13
  77:15 79:9
  83:9 86:8
  88:9 89:13,14
  90:14,18
  93:5,9

perceived
  24:13 82:6

percent
  17:12 18:9
  24:19 28:18,
  21 30:11
  62:16,21
  67:13 70:4

percentage
  80:6

Med Def_001470

February 21, 2023                                                              26

| | | | |
|---|---|---|---|
| perfect | petition | pituitary | population |
| 75:18 | 8:7 91:3 | 26:12 | 26:10 |
| performed | Pfizer | place | portion |
| 5:6 58:8 | 55:19 | 49:21 50:6 | 19:25 29:24 |
| period | phalloplasty | 58:18 71:20, | portions |
| 42:12 | 30:6 | 25 73:4 | 28:3 |
| periods | phallus | plan | posing |
| 48:21 | 8:25 | 33:10 | 79:19 |
| peritonitis | phantom | planned | position |
| 30:13 | 49:5 | 81:19 | 8:13,17 10:12 |
| permanent | Pharma | platforms | 12:16 |
| 28:5 70:6 | 55:17 | 39:18 79:12, | positioned |
| 83:25 | Phd | 16 | 51:3 |
| permanently | 5:9 | played | positioning |
| 54:13 | Phds | 49:25 | 44:11 |
| person | 5:20 | playing | positions |
| 6:21 29:2,6 | phenomenon | 56:11 | 12:6 |
| 31:25 67:18 | 33:14 35:13 | plays | positive |
| 68:24 74:19 | phones | 78:21 | 18:23 |
| 76:24 | 93:8 | point | possessed |
| person's | phrase | 10:2 13:5 | 53:17 |
| 24:14 | 16:20 | 45:11 48:17 | possibilities |
| personal | physical | 66:14 68:24 | 28:11 |
| 8:2 39:24 | 25:4 32:6 | pointing | possibly |
| 66:3,5 | 88:23 90:1 | 18:4 | 10:20 |
| personality | physician | points | post-op |
| 72:10 | 7:13 58:9,13 | 8:19 33:15 | 49:12 |
| personally | physicians | 34:2 78:1 | potential |
| 5:13 65:3,21 | 11:22 31:1 | policy | 47:3 82:9 |
| persons | 57:13 64:10, | 21:17,22 | potentially |
| 30:22 | 12 84:7 | political | 58:12,15 79:1 |
| Persons-mulicka | pick | 52:2 | powerful |
| 7:5 | 73:25 | politically | 12:4 37:8 |
| perspective | pioneered | 6:5 | 70:20 |
| 64:8 78:19 | 19:7 | polycystic | practice |
| 89:15 | Pittsburgh | 27:9 | 7:18 11:16 |
| Petersburg | 62:15 | poor | 12:18 14:1 |
| 11:25 | | 15:19 | 23:20 30:20 |

Med Def_001471

57:25

**practices**
53:1

**practicing**
7:14 11:22
23:19

**practitioners**
36:12 47:1

**precocious**
16:16 17:2,3

**predicate**
93:24

**predicts**
38:6

**prefers**
56:11

**premature**
34:16

**prenatal**
34:21

**preparation**
10:22

**prepare**
17:10

**prepared**
7:8 44:16

**prescribe**
20:25 84:17

**prescribed**
5:7

**prescribing**
34:12

**present**
8:7 32:23
45:2 86:3

**presentation**
33:1 70:4
74:13

**presentations**
15:2 59:2
70:3 73:19

**presented**
8:3 83:18

**presenters**
78:9

**presenting**
60:15 68:5

**presents**
31:24 60:16
75:13

**pressed**
63:19

**pressure**
28:1

**pressures**
76:10 78:17

**pretense**
47:5

**pretty**
42:2 43:11
47:14 48:5

**prevent**
50:3

**preventing**
40:5

**prevents**
20:20 37:7

**previously**
36:7 47:10
59:12

**price**
69:11

**primarily**
34:21 36:5

**primary**
7:22 58:11

**private**
11:16 23:20

**problem**
28:22 29:19
35:18 50:18
74:17 76:9

**problems**
24:4,6 29:10
32:6,7,21
36:4,8 73:10
74:20,25
82:23

**procedure**
29:4 57:15
87:5

**procedures**
5:6 7:2 29:25
31:20 58:8,11
81:8,9

**proceed**
14:14

**proceeds**
25:12

**process**
14:14,17
44:12,15
47:18 63:4

**produced**
29:22 30:20

**produces**
19:15 33:18

**production**
16:12

**profession**
73:24 87:6

**professional**
74:9 93:13

**professionals**
5:22 33:3

39:8 74:15
77:13,19,22

**professions**
39:22 78:3

**professor**
5:10 15:5,11,
12,14 22:6
29:18 33:5
62:3 70:13,17
90:5

**professor/
doctors**
39:5

**profiles**
32:19

**progress**
53:6

**prohibited**
58:9

**prolapse**
30:3

**promise**
83:11 93:25

**promoted**
66:10 76:6

**promotes**
39:10

**promoting**
55:12

**promulgate**
7:17

**promulgated**
14:5,12

**prone**
48:16

**pronounce**
5:17

Med Def_001472

propaganda
  79:11
proper
  21:23 32:18
  41:9 51:10,16
properly
  32:8
proposed
  7:2 12:17
  13:20,22,23
  91:14
proposing
  26:19 27:14
pros
  85:23
prospective
  72:23
prostate
  16:15 84:18
protect
  54:21 55:7
  56:17
protecting
  7:23
protocol
  21:19
protocols
  15:9
proudly
  39:12 54:15
prove
  24:25 25:1
proves
  71:15
provide
  36:15 51:4,25
  52:3 57:21
  71:20 73:12

provided
  14:10 95:4
provider
  66:15,19 67:8
providers
  57:21 63:14
  67:5
providing
  82:25
prudent
  86:11
pseudo-penis
  30:7,9
psychiatric
  26:8 36:14
  74:2,17,25
  75:10 78:3
  88:24
psychiatrist
  5:12
psychiatrists
  32:9
psychiatry
  33:6
psychological
  17:22 19:2,9
  28:16 32:4
  41:9 83:4,7
  89:12 90:7
psychologically
  35:19 76:5,23
psychologists
  32:9
psychology
  45:14,15
psychotherapeut
ic
  74:8

psychotherapy
  36:15 72:1
psychotic
  28:21
puberty
  15:23 16:7,8,
  16,19,24
  17:1,3,6,7,8,
  9,13 18:11
  19:1,13,15,20
  20:5,7,12,18,
  25 21:11,22
  25:22 26:12,
  17,23 35:7
  41:18 47:22
  53:13 56:7
  60:20 69:4,
  15,20 70:15,
  19,22 76:17
  83:2,24 84:9
puberty-
blocking
  58:13
public
  12:4,14 13:18
  39:7
publication
  12:22
publicly
  39:7
publish
  15:25 18:24
  19:1 22:3
published
  12:20 15:19
  16:1,21 17:20
  18:15 61:11,
  12 64:4 72:21
  90:6

pure
  53:19
purposes
  35:2
pursuant
  14:15
push
  52:20
pushed
  88:19
pushing
  65:19
put
  10:18 41:17
  44:9 47:22
  49:18 57:1
  58:6,16,17
  76:11 83:12
  84:9,12 85:6
  90:13
putting
  8:1 20:10
  24:8 57:5

_____

Q

qualified
  32:9
quality
  15:19 19:6
  31:8 32:19
quarter
  18:18
question
  21:4 34:5
  50:11 53:19
  57:19 58:23
  59:7,16,22
  60:3 65:25
  68:2,7 71:3,

Med Def_001473

19 72:17
73:22 75:18
78:7 81:14,16
82:3,8 83:23
85:12,14,17
86:18 87:2,4,
22 88:14
89:22 91:21,
25 93:1

**questionable**
48:21

**questioned**
7:10 65:4

**questioning**
41:8

**questions**
6:19 13:3
14:20 15:1
33:1 38:24
39:3 51:15
56:22,25
57:11 63:22
67:25 68:20
78:5 79:5

**quick**
57:11 80:24
90:10 91:20

**quickly**
35:12

**quote**
21:18

**quoted**
37:17

**quotes**
64:5

———————————

**R**

———————————

**radiation**
7:13 65:16

**radical**
52:20 53:14

**radicals**
55:15

**rafters**
64:22

**rainbow**
54:19 80:8

**raise**
34:5

**randomized**
21:7,24

**range**
27:5,10 28:24
43:16

**ranking**
7:6 81:13
85:10,13
86:24

**rare**
27:10 38:8,11
61:5

**rate**
18:8 26:7,8,9
37:16,17,18
66:21

**rates**
19:11 26:4
30:10 32:3
37:2,3,6

**ratio**
60:14 61:2

**reach**
39:19 49:16
53:13

**reached**
51:21

**reacting**

50:7

**read**
6:3,12,13
14:3,25 15:17
35:20 64:3

**reading**
6:10

**reaffirmed**
37:3

**real**
57:11 73:22
76:2

**realize**
44:21

**realized**
37:19 42:11
46:5

**realizing**
78:24

**realm**
83:3

**reason**
66:2

**reassignment**
37:15 58:10
79:18

**receive**
13:2 85:21

**received**
8:6 12:5,23

**recent**
6:25 15:9
21:7 31:15
37:2 53:15

**recently**
18:13 21:3
34:10 60:12
61:7 66:20

79:9 81:3

**rechanged**
38:14

**reclaim**
54:25

**recognition**
71:5 89:24

**recognize**
58:23 82:20
85:24

**recognized**
7:3 15:11
22:13 33:9
38:10 39:25
41:23 52:17
58:4 59:24
66:11 68:1
69:25 71:2
78:6 81:14
82:13 83:16
85:14 87:11,
18 89:21
90:4,11

**recognizing**
82:2

**recommendation**
31:22 43:3

**recommended**
21:20 65:23

**record**
66:7

**recording**
94:5 95:3

**recovering**
43:14

**red**
27:23

**reduce**
19:3

Med Def_001474

reduces
  37:6
Reed
  6:4 64:5
refer
  75:11
reference
  73:18
referred
  28:25 43:2
  47:13 67:14
referring
  72:20 90:20
reflect
  40:15 42:24
reflection
  35:18
regimen
  87:5
Register
  12:21
regret
  38:8,11,12,16
  46:23 50:21,
  25 66:21
regretted
  67:2,6
regular
  8:10 48:22
regularly
  43:25
regulate
  7:1
regulation
  87:24
related
  90:25 91:2

relating
  7:17
relationship
  74:8,19
  92:16,22
relationships
  45:4
relative
  95:6
released
  21:16 66:20
remarkable
  21:10
remarks
  6:18 7:8
remember
  14:16 64:11
  65:5,13
remotely
  6:22 15:6
  22:11 33:8
removal
  26:25
remove
  13:15,22 29:5
  75:4
removed
  31:15,20 43:1
  45:22 70:23
removing
  8:24
Rep
  69:24 91:19
repeated
  19:7
repeatedly
  33:25

replace
  52:9
replacing
  50:20
replicate
  18:19
replicating
  19:6
reported
  67:4
Representative
  56:23,24 57:3
  58:21,22,24
  59:7,18 66:2
  68:3 70:1
  71:2,4 72:20
  77:6 78:6,8
  81:15,20,25
  82:1,18
  83:14,15,17
  85:15 87:3,
  10,12 89:21,
  23 90:10,11,
  12,15,22,25
  91:6,18,23
  94:3
representatives
  11:7,13
represented
  11:1
representing
  8:13 10:11
  12:15
represents
  38:16 52:15,
  22
reproductive
  42:15
Republican

  87:1
republished
  14:13
request
  13:10
requested
  13:4
requests
  12:23 13:6
required
  57:15 68:16
requires
  35:23 74:10,
  14
research
  10:3,7 13:15
  15:8,19,22
  16:1 18:3
  19:1 21:19
  71:11,13,15
  90:7
researcher
  21:2
researchers
  18:13,24 19:8
  21:11
resemblance
  19:16
Reserve
  33:6
resolved
  41:2
respond
  72:16
responding
  60:20
response
  49:18 75:18

Med Def_001475

rest
  17:11 70:10

restroom
  48:15

restrooms
  42:8

result
  5:7

resulting
  26:14

results
  15:24 16:1
  18:15,23,24
  24:13

Reuters
  64:6

revealed
  8:19 19:1

reversal
  21:17

reversed
  60:14

reversible
  83:25 84:8,12

rights
  40:4

rise
  94:4

risk
  20:11 27:21,
  24 28:9,11
  30:1 32:18
  37:20

risks
  28:1 87:5

risky
  19:21

Rizo
  83:15,17

robust
  17:17

Rockland
  23:19

rolled
  30:8

romantic
  35:1

room
  45:1

rough
  69:2

roughly
  40:10

ruin
  53:9

ruining
  53:1

rule
  10:20 12:7
  13:4,6,8,9,
  11,16,20,22
  14:5,12,16
  47:9 58:6,17
  91:5,14

rulemaking
  8:8 10:9,14
  14:14

rules
  7:17 10:19
  12:24 13:13,
  24 14:7,10,24
  30:17 90:17,
  18 91:4

rules-making
  12:10

run
  37:20

running
  61:3

---

S

safely
  48:24

safety
  40:4 54:18
  81:5

Salzman
  68:1,3 69:24
  70:1

sample
  31:1

samples
  19:10

Sanders
  6:5

satisfactory
  19:22

save
  36:11 56:14

scan
  25:2

scapegoat
  52:25 56:16

scarring
  29:9 30:14

scars
  44:3

schizophrenia
  88:8,10

school
  40:10 42:5,9
  62:16 67:19
  76:11 79:8

80:2,10

schools
  62:15 77:22

science
  7:25 38:19
  52:8 77:20

scientific
  17:17 34:13
  55:9 86:22

scientifically
  33:16,20
  64:20

scientist
  80:25 81:11

scientists
  11:5

scores
  73:3

Scot
  5:8 7:12

scrape
  44:8

scraped
  44:10

screen
  23:7

screened
  47:15

screening
  88:16

screens
  15:4

scrotum
  29:21

seconds
  23:2

self-harm
  53:18

Med Def_001476

send
40:23

senior
45:9

sensation
29:11 30:5
42:10 43:22
49:3,4

sense
54:12 55:8
85:18

sensory
30:3,15

separate
10:15 11:2
35:5,13

separation
19:20

Service
21:15

services
21:17 52:1
71:20

set
19:9 31:15

severe
20:13 72:11

sex
16:3,12 19:16
22:10 25:21,
24 27:2 31:21
35:10 37:15
41:23 42:5
58:10 61:2
82:5

sexes
25:9

sexism
56:15

sexist
56:12

sexual
16:2 20:20
28:5,12 32:6
34:24,25 35:2
48:20 58:11
72:12

sexuality
21:1

sexually
41:21

share
5:14 22:16

sharing
23:7

shield
52:20

shifts
15:9

shocking
79:14

shooting
48:4

short
50:9 73:15

shortly
17:20

shot
41:5

shoulders
48:11

show
38:10

showed
17:22 21:8
30:11

shower
44:1,17

showing
26:11 27:3
29:14 30:6
32:21 83:20

shows
35:9

shutting
80:18

sick
6:12 42:22
52:24 53:17

side
25:15 57:7
84:11,20 85:4
87:6

sides
71:8

Sidhbh
5:18 39:9

sign
47:4

significant
9:14 20:15
24:15 29:8
73:5 82:6,11

signs
55:24

similar
25:13 85:4

simple
86:18

simplest
87:14,21

simply
56:11 70:24

simulate

44:10

single
9:20 75:9

singular
9:18

sir
23:13 72:18
75:16

sites
11:9

situation
49:21

Skidmore
81:13,15,20
83:14 85:10,
13,15 86:24
87:3

skin
44:10,13,18
49:11,13,19
51:18

skirts
44:23

slides
22:15,21 37:2
82:4

slightly
73:4

slowly
44:18

smaller
27:7 48:11

smart
76:6

smeared
55:6

Snyder
77:6 78:6,8

Med Def_001477

so-called
8:23 9:4

social
25:20 36:22
78:12,21
79:12 80:25
81:10,11

Socially
44:25

societal
76:10 78:17

societies
9:15,23,24,25
11:8

society
11:20 26:19
30:18 53:5,21
79:23

sociology
5:10 15:14
90:3

solidarity
55:3

solution
50:3 76:21
88:11

son
40:18

sophomore
42:18 67:18

sort
11:9 24:20
33:3 39:6
56:25 62:5
63:2 72:2
84:8 85:6
87:19,22 88:5
89:18

sorted
72:13

sought
82:10

source
74:12

speak
6:2 7:7,16
55:5 63:15
64:12 80:25
83:22 86:13
92:15

speaker
75:2

speakers
5:19 78:1
83:19

speaking
83:24 92:19

special
75:1

specialist
41:7 43:2
47:12

specialty
87:6

specific
25:15

specifically
8:15 11:23
63:15,22
82:10

specification
21:16

spectrum
47:11 72:3
80:8

speculation

62:2

speeches
33:24

sperm
25:11

spiral
45:9

split
25:14

spoke
42:25 64:10
65:2 75:2

sponsored
55:19

sporadic
48:5

St
11:25

stabbing
42:10

stable
51:17

staff
10:24 57:4

stage
16:23 26:20,
22 29:20

stages
25:19 26:17
65:15

stairs
49:6

stand
38:17 53:22
55:1,2 56:18

standard
9:18,20 10:5
31:4,5,6

32:12 87:18
88:6,7,13
89:4,10,11,
13,17

standards
7:17 8:1
12:18 14:1
31:12 35:3,20
52:4,7 87:25
89:5,7

standing
54:20

start
6:20,23 7:9
17:4,13 22:17
23:5 56:7
70:18 82:25

started
15:22 18:7
22:19,23
40:10 41:24
42:9,10 43:24
44:20 45:8
47:24 48:2
49:12 62:6

starting
41:18,20 48:6
67:20

starts
70:15

state
6:7 7:23 8:11
10:11 34:14
47:23 57:20
59:13 61:10
63:14 68:12,
14 69:4
71:20,21
73:24 76:7
89:19

Med Def_001478

February 21, 2023                                                        34

states
  9:16 34:15
  50:17 58:3
  62:12 82:4
statistical
  19:12
stay
  27:20 70:7,
  16,22
steered
  78:25
stemming
  40:25
step
  43:9 52:10
Stephen
  5:12
stepping
  40:4
stereotypical
  25:21
sterilization
  52:21 54:6
sterilized
  27:1
steroid
  28:17
stifled
  67:11
stitches
  43:20
stop
  16:12 26:13
  56:13,14,15
  70:11,14,18
stopped
  46:12 51:11
  92:21

stopping
  17:9 29:20
story
  5:14 46:24
straight
  63:24 64:1
  65:2 75:20
  76:21 79:24
stress
  21:9
strictures
  30:2,12
strongly
  34:1
structure
  48:11
struggling
  88:2
students
  15:16 62:16,
  22
studied
  21:5,11 28:16
studies
  19:5,10 28:18
  32:21 36:24,
  25 37:1,14,21
  67:11
study
  17:19 18:20
  21:1 24:2,17
  26:1 29:13
  30:11 37:2
  66:20,22,23
  67:6,10
  72:21,23
  73:13 86:23
  93:17

studying
  88:12
subject
  10:4,25 11:1
  15:17 23:24
  40:20 57:6
  93:5
subjects
  28:18
submit
  54:4
submitted
  14:6,7
subsequent
  19:21
subset
  17:23
substantial
  9:22
substantive
  9:14
suffered
  92:17
suffering
  34:15 50:15
  86:10
sugar
  24:23
suggested
  62:16
suggesting
  71:19
suicidal
  37:7
suicide
  26:9 37:7,16,
  17,18,20
  51:23

suicides
  73:8,9
summarized
  61:12
superficially
  19:17
superiority
  38:20
supply
  44:13
support
  55:14 89:12
  90:17,18 91:7
supporting
  52:8
supports
  55:13
supposed
  39:24
suppress
  70:24
suppressed
  15:24
suppression
  16:8,19 17:8
  18:12 19:2,15
  20:6,7,12,19
  21:12,23
  83:24
surgeon
  8:12 10:11
  43:3,4 45:19
  49:17 67:5
  75:13
surgeries
  26:24 28:25
  30:1 39:13
  66:15 69:16
  79:20

Med Def_001479

surgery
  8:24,25 9:2,
  4,6,8 17:20
  19:21 20:3
  26:3 27:13
  29:1,15,18
  31:16 37:15
  43:7,10,15
  47:13 49:1
  51:19 58:10
  65:10,17,20,
  23 67:9 79:18
  81:6 89:14
surgical
  25:24 26:25
  29:4 58:10
  82:15
surprised
  15:18
survey
  62:14,22
survival
  26:4
suspicious
  15:20
swath
  30:7
Sweden
  20:11 26:1,10
Swedish
  37:14
swim
  42:21
switched
  18:2
symptomatic
  35:17
symptoms
  28:21 47:15

syndrome
  27:9 28:20
system
  51:9 58:18

_____

          T

tab
  6:1 64:3,4
tablets
  69:13
tag
  90:13
takes
  54:11 85:12
taking
  6:16 28:7
  45:14 50:4
  70:18
talk
  5:5 22:9 32:3
  39:16,17 73:9
  78:20
talked
  31:10 78:11
  86:23 87:23
  89:25
talking
  15:8 45:3
  59:10 74:4
  80:12
talks
  23:23
Tallahassee
  13:2
Tanner
  16:23 26:16,
  20,22 29:20
taper

51:17
targeted
  79:21
targeting
  54:1 79:11
tasked
  71:7
taught
  77:23
Tavistock
  18:21 62:4
team
  19:8 21:2
  63:15
teams
  19:8
technology
  32:13
teenage
  51:14 60:19
teenager
  61:5 88:3
teenagers
  17:19 18:10,
  22 20:9 37:9
  60:7,8 61:10
  72:23 73:14
  86:2
teens
  37:25 38:1
Teetus
  39:11
telling
  38:12 40:18
  56:6,10
temporary
  49:19

ten
  26:5 30:21
  37:6 80:16
tenable
  35:19
tend
  48:1 72:6
tendencies
  72:7
tenets
  57:14
tens
  69:17
term
  18:16 73:15
  76:12 84:3
  85:8
terms
  20:16 28:15
  73:17 87:24
terrible
  75:6
terrorists
  53:7 54:1,19
test
  5:3
tested
  51:11
testes
  26:13
testicles
  70:23
testify
  50:17
testing
  25:3
testone
  68:10

Med Def_001480

**testosterone**
26:15 27:4,6
28:14,15
41:18,20 48:9
51:17 65:9
69:9 70:18,
20,24 84:13,
19,22

**tests**
51:10

**therapeutic**
34:7

**therapies**
58:7,14 82:10

**therapist**
38:13 40:23
41:6 42:25

**therapy**
16:3 25:20
36:16,19 41:1
71:10,23 90:2

**There'll**
20:21

**thigh**
30:8,15

**thing**
6:13 8:22
9:13 36:10
40:21 42:20
52:11 57:12
64:19 75:6
77:23 82:20
85:6 86:12

**things**
8:20 31:16
32:8 34:17
44:21,24
45:16,20
89:3,5,14

**thinking**
25:9

**Thompson**
95:13

**thought**
42:23 62:24
92:17,18

**thousands**
50:21 69:17

**threw**
43:23

**thromboembolism**
28:9

**throw**
13:12

**ticking**
62:24

**Tiktok**
39:9,16
79:13,16

**time**
6:15,16 8:14
16:5 23:24
26:3 35:20
38:2 40:13
41:22,25
45:11,24 54:8
63:20 64:1
67:3 70:12
71:1 74:10
80:9 83:13
84:20 85:11
92:12

**times**
26:7,8,9
27:17 28:9,12
37:16,17
43:24 51:23

**tiny**

19:10

**tissue**
29:24 30:7
44:7 48:19

**title**
16:21

**titled**
14:1

**today**
5:4,5,7,22
6:16 7:16
37:12 38:24
59:2 61:25
64:8 68:5
69:1 73:19
79:8 83:20
93:11,25

**today's**
78:23 79:23

**told**
15:16 36:14
37:9 41:10
44:14 45:19
47:14

**tolerance**
53:4

**tolerate**
86:2

**tomboy**
40:11 56:9

**tomboys**
56:15

**top**
9:4,6,8 29:1
44:13 49:11,
13 66:14

**topic**
91:1,2

**topical**
42:16

**touched**
78:16

**Trabulsy**
91:20,23

**tract**
48:14

**traditional**
74:24 83:7

**training**
74:15

**trans**
34:6,18,20
37:11 52:19
53:7,14 55:1
56:6,14 60:23
61:14,15
62:17,23 75:5
77:15 80:15
82:12

**trans-trenders**
76:13

**transcript**
95:3

**TRANSCRIPTIONIST**
95:1

**transgender**
15:17 33:13
67:17 75:25
81:8 85:21

**transition**
25:20 26:3
41:16,17 43:9
46:8 47:3
51:1 56:10
61:2 73:14
76:3 77:24

Med Def_001481

**transitioned**
  26:6 40:8
  47:17
**transitioners**
  80:13
**transitioning**
  46:12 47:19
  51:11 76:25
  87:25
**transitions**
  50:22
**transphobe**
  54:6
**transsexual**
  37:4
**transsexuals**
  16:20
**trauma**
  72:12
**traveled**
  50:17
**treat**
  16:17 24:22,
  24,25 36:2
  66:9 75:10
  77:15 84:18
**treated**
  32:5,8 42:16
  59:11,12
  72:13 88:17
  92:3
**treating**
  11:4 17:2
  74:16 76:5
**treatment**
  7:18 8:8 9:16
  10:4 12:18
  14:2 17:5
  18:17 21:25

  24:1,20 27:15
  30:17 34:22
  36:23 51:10
  58:8,14 61:21
  68:13 70:6,7
  77:21 82:15
  83:5 84:1
  87:19 92:5
**treatments**
  22:10 25:7
  27:13 50:4,22
  82:16 83:7,10
  84:8,11 86:21
  88:21
**trends**
  78:13
**trendy**
  76:18 79:7,17
**trial**
  21:8,24 22:2
**triglycerides**
  28:10
**Trojan**
  53:9
**troubles**
  73:11
**trucks**
  56:12
**true**
  19:14 33:19
  34:17,20
  35:15 38:3,7,
  21 95:2
**trust**
  38:22 49:20
  51:21 86:7
**trusted**
  86:17

**trusting**
  74:18
**truth**
  56:3
**tsunami**
  60:19
**tubules**
  25:13
**tumors**
  27:11,12,17
**turkey**
  46:12
**Turku**
  11:15
**turmoil**
  46:23
**turn**
  60:6,12 75:14
**turned**
  47:11
**turning**
  42:10 55:21
**tweak**
  13:9
**two-year**
  72:23
**type**
  30:16 39:24
  44:4 57:8,22
  71:10,23
  79:21
**typically**
  17:15

---

**U**

---

**U.S.A.**
  16:18

**UK**
  15:6 16:18
**ultimately**
  11:11,12
  12:6,16
**unable**
  6:2
**unanimous**
  91:16
**uncertain**
  37:5
**unchangeable**
  34:19
**unchanging**
  34:19
**uncomfortable**
  76:15 89:18
**undergo**
  17:7 24:20
  25:6 38:14
  61:25 88:21
**undergoing**
  84:1
**undergone**
  9:12
**underlying**
  74:20 88:17
**underpin**
  38:21
**understand**
  10:15 32:15
  77:25 78:2
**understanding**
  87:14
**underwent**
  37:15 66:21
**undeveloped**
  19:22 29:21

Med Def_001482

unethical
36:16

unexplained
19:11

UNIDENTIFIED
23:14 67:22

uniquely
51:3

United
9:16 34:15
62:12

Unitedhealth
55:20

University
5:10 8:14,22
11:13,14
15:15 33:6
63:16

unknown
20:17 73:20

unlike
47:25

unquestioned
9:18

untrue
33:16

untruth
37:8

unusual
89:8

upper
43:15

uptick
78:21 80:12

urethra
30:2,11

urethral
30:12

urging
36:19

urinary
48:14

urine
48:18

uterine
42:12

utility
34:14

—————————

**V**

—————————

vagina
9:1

vaginoplasty
18:7 19:23,24

valiantly
53:4

valid
64:20

Valley
40:2

variability
73:5

variation
24:12

Vaseline
49:18

vast
72:24

veracity
37:13

verdict
77:20

verifiable
33:21

verify

25:9

versa
32:14

versions
36:16

versus
59:10,13
90:18

vested
55:21

vice
7:5 32:14

VIDEO
94:5

videos
79:17

view
34:18

viewpoints
10:25

visibility
54:25

visible
48:10

vision
50:9,11,13,14

visit
37:10

visits
68:17

voice
28:4 42:1
55:3

voiced
41:4

volume
64:14

vote
91:10,14,15

voted
10:9,14

Vries
17:19 18:5,10
21:3

—————————

**W**

—————————

waiting
62:10 87:11

walking
49:6

wanted
13:12 38:23
40:18 41:13
42:24 46:6
60:10,11
62:18 85:20
88:1,3 91:21

wanting
13:14 54:21
87:24

war
54:2

warned
80:14

watch
35:6,11 44:19

watched
44:18

wear
54:14

wearing
25:20 40:14
42:19 44:22,
23

week

Med Def_001483

```
        10:9 14:8              woman               46:24 48:25            42:19 45:9
        43:19 78:11              9:1,6 29:7         worth                  47:22 48:2
      weekdays                   40:2 44:24          49:22                 49:12 51:19
        42:21                    46:14 65:2,9,      wound                  53:3 54:8
      weeks                      12                   29:11                60:3,13,14
        12:24 43:13           women                 wounded                61:5 64:7,15
        64:4                     47:25 48:12          44:2                  69:5,7,8 74:5
      weigh                    wonders              WPATH                   80:16 81:2
        85:23                    79:18                30:23 31:10           90:7 93:6
      weighed                  Woodson                32:10 35:4         young
        19:18                    71:2,4 72:20         52:4 77:17           9:11 16:25
      well-accepted           word                  writings               24:8 29:14
        89:12                    57:9 60:18           33:24                 37:25 46:14
      well-being                 66:4 81:12         written                49:24 50:25
        71:17                  wore                   6:3,6 23:22          67:14 76:13
      well-                      43:12                 33:12                77:4,21
      established             work                  wrong                younger
        60:5                     23:3 30:19           54:10 87:15          79:11 80:7
      Western                    42:21 43:14          92:18              youth
        33:6 62:13              66:12               wrote                  34:6 37:21
      Whip                     working                40:17                56:14 60:7
        68:1                     22:18 23:1                                61:1,15 78:23
      whistleblower           works              ─────────────
        6:6                      51:9                      Y
      who've                   workshop
        83:12                    10:20             Yale
      whoever's                world                11:14 65:3,12
        68:22 69:20             16:18 36:5         year
      widely                     60:9 62:5,11,       26:4 29:16,17
        89:16                    13 75:5             39:13 42:1,18
      widen                    world's               45:13 47:6,13
        29:9                     15:21               53:5 61:9,17
      wild                     worried               62:8 66:15
        62:1                     86:1                67:18 68:9,
      willingness             worse                  11,21 69:7,21
        83:22                    19:5 42:12         years
      woke                       54:14               9:11 15:15
        43:6                   worst                 16:25 18:23
                                                     20:9 23:20,22
                                                     26:1,4,5 34:1
                                                     38:9 40:11
```