1

TRANSCRIPTION OF AUDIO RECORDING

JOINT SESSION - FLORIDA CHANNEL

Excerpt from Speech of Governor DeSantis

MARCH 7, 2023

Stenographically Transcribed Audio Recording By:
Terri L. Martin, Certified Shorthand Reporter

Med Def_002232

Doe Pls' Trial Ex.
28

```
 1        Whereupon, the following proceedings were
 2   transcribed from an audio recording:
 3           GOVERNOR DESANTIS:  And it's sad that we
 4   have to say this, but our children are not guinea
 5   pigs for science experimentation, and we cannot
 6   allow people to make money off mutilating them.
 7           Chloe Cole is now a young adult, but she
 8   was receiving puberty blockers at age 13, and she
 9   underwent a double mastectomy at age 16.  She's now
10   an advocate against allowing these procedures for
11   our children.
12           Chloe, thank you for your bravery.  And the
13   people of Florida and the legislature should heed
14   your advice and provide protections against these
15   procedures.
16                      *   *   *
17
18
19
20
21
22
23
24
25
```

Med Def_002233

1         CERTIFICATE OF REPORTER

2

3  STATE OF IOWA)

4  COUNTY OF WARREN)

5         I, Terri L. Martin, Certified Shorthand

6  Reporter, certify that I was authorized to and did

7  stenographically transcribe the foregoing audio

8  recording to the best of my ability and that the

9  transcript is a complete record of my stenographic

10 notes.

11        Dated this 25th of August, 2023.

12

13              /s/ Terri L. Martin
                Terri L. Martin, CS

14

15

16

17

18

19

20

21

22

23

24

25

Med Def_002234