

Jane Doe

vs.

Joseph Ladapo

March 13, 2023

LEXITAS

Med Def_000087

Doe Pls' Trial Ex.
29

1

2   JANE DOE,

3        Plaintiff,

4   vs.

5   JOSEPH LADAPO,

6        Defendant.

7   _____

8   CASE NO. 423CV114RHMAF

9

10

11

12             TRANSCRIPTION OF VIDEO RECORDING

13               COMMITTEE ON HEALTH POLICY

14                    MARCH 13, 2023

15

16

17

18

19

20

21             TRANSCRIBED AUDIO RECORDING BY:

22                  Julie Thompson, CET

23

24   Job No.: 323393

25

Committee on Health Policy
March 13, 2023

Page 2

1   Thereupon,

2   The following proceeding was transcribed from a

3   video recording:

4                              ****

5            (START OF REQUESTED PORTION)

6            CHAIRWOMAN BURTON:  Do we have additional

7   questions?

8            Senator Brodeur, you're recognized.

9            SENATOR BRODEUR:  Thank you, Madam Chair.

10           And as a fellow public health practitioner,

11  I find a great deal of value in research.

12           Recently your office released opinions --

13  or I'm sorry -- research on the treatment of gender

14  dysphoria in youth and adults, and I wondered if you

15  might be able to summarize the depth of that

16  research and what the conclusions were.

17           CHAIRWOMAN BURTON:  You're recognized.

18           SURGEON GENERAL:  Sure, sure.  And I think,

19  just to be sensitive to the individuals who are here

20  today, I want to make it clear that for -- you know,

21  for me, none of the language is about hate and none

22  of the language is about anyone being any less

23  worthy than any other human being on this Earth.

24  We're all -- we're all reflections of God.

25           So scientifically, this report reviewed

Med Def_000089

Committee on Health Policy
March 13, 2023

1  published studies about gender dysphoria treatment,

2  particularly with a focus on children, on minors.

3  And I didn't do the study.  The study was performed

4  by researchers who have expertise in systematic

5  reviews.

6          So this research -- the research that they

7  performed demonstrated that there is no high quality

8  data indicating a benefit from treatments like

9  hormone blockers or from surgical interventions --

10  pardon me -- among people diagnosed with gender

11  dysphoria.

12          And it also highlighted the fact that some

13  of these treatments are actually very risky, and in

14  fact, squarely experimental.  For example, with

15  hormone blockers, some -- many people may not know

16  that receptors for your hormones during puberty are

17  in literally every organ in your body, including

18  your brain.  And the effect of interfering with the

19  process, the normal natural process of hormone

20  production and development and maturation for young

21  people by giving them hormone blockers is unknown.

22  Like literally that is a fact.  It is uncertain what

23  the effect is.

24          There are other harms that have been

25  identified including harms related to bone

Med Def_000090

Committee on Health Policy
March 13, 2023

Page 4

1  development and bone density, sometimes with very

2  serious complications, including fractures.

3            And my assessment, based on the evidence

4  that they shared, is that these types of

5  experimental therapies are just -- they're not

6  appropriate for children.  They're not appropriate.

7  They are unable to consent or assent for procedures

8  that are highly experimental.

9            And my own personal sense is that it's

10  actually completely unethical to be providing those

11  kinds of treatments, treatments that affect the

12  ability of an individual to procreate later in their

13  life.  It's unethical to provide those types of

14  therapies to minors, to people who are unable to

15  consent or assent to them, particularly considering

16  that we can't even provide accurate information

17  about the benefits and risks of those therapies.

18            (END OF REQUESTED PORTION)

19            (START OF REQUEST PORTION)

20            CHAIRWOMAN BURTON:  We shall reconvene.

21  I'll give everybody a minute to grab your seats.

22  Thank you very much.

23            Senators, if you will take up Tab 4, which

24  is Senate Bill 254 on treatments for sex

25  reassignment by Senator Yarborough.

Med Def_000091

Committee on Health Policy
March 13, 2023

Page 5

1              Senator Yarborough, the Committee has a

2   proposed committee substitute pending.  And we'll

3   move directly to the PCS, which is barcode 112830.

4   You're recognized to explain the PCS.

5              SENATOR YARBOROUGH:  Thank you, Madam

6   Chair, and good afternoon to you and the Committee.

7              As introduction, parents have the right and

8   a responsibility to raise their children as they see

9   fit, and government intervention should be a last

10  resort.

11             I filed this legislation because I believe,

12  as lawmakers, we do have to draw the line when

13  drastic life-altering gender dysphoria therapies and

14  surgeries are being prescribed for our children.

15             Our laws should set appropriate boundaries

16  that respect the rights and responsibilities of

17  parents while protecting children from serious

18  health, safety, and welfare risks.  I also believe

19  our law should firmly respect that both parents have

20  a right to be involved in the upbringing of a child.

21  One parent should not be able to unilaterally

22  attempt to change the sex of their child.

23             With the exception of extreme

24  circumstances, custody arrangements typically honor

25  the rights of both parents to be involved in major

Med Def_000092

Committee on Health Policy
March 13, 2023

Page 6

1  decisions and events in a child's life.  If one

2  parent is attempting to authorize life-altering sex

3  reassignment therapies and surgeries, then by all

4  means, the other parent should have the ability to

5  have a court review the custody agreement.

6            Over the last week, I've listened to

7  feedback and answered important questions from those

8  who oppose the bill, as well as those who support

9  it.  In order to clear up any misconceptions about

10  the child custody provisions of the bill, I

11  submitted a proposed committee substitute with

12  clarifying language for consideration by this

13  Committee today.

14            The proposed committee substitute or PCS

15  has three goals.  First, to protect Florida's

16  children from being subjected to irreversible and

17  life-altering sex reassignment prescriptions and

18  procedures.

19            Number two, to require that when adults

20  seek these prescriptions or procedures, the

21  treatments can be legally provided only after the

22  patient has been informed of the nature and risks of

23  the treatment in order to make a prudent decision.

24            And number three, to protect against the

25  expenditures of state funds for sex reassignment

Med Def_000093

Page 7

1   treatments.

2            So first, with regard to protection of

3   children, Madam Chair, members of the Committee, the

4   PCS has a number of provisions to protect children

5   from being subjected to the treatments.

6            The PCS amends Florida's child custody

7   statutes to give courts in this state jurisdiction

8   to enter, modify, or stay a child custody

9   determination relating to a child in this state to

10  protect the child from being subjected to sex

11  reassignment prescriptions or procedures.

12            Next, the provision gives courts broad

13  discretion to determine whether and how to protect a

14  child, but the provision does not require a court to

15  take any specific action or require a court to

16  ignore a child custody determination made by a court

17  of another state.

18            The PCS prohibits Florida healthcare

19  practitioners from providing these treatments for

20  children, but it makes an exception for children who

21  were already receiving prescription treatments at

22  the time this bill would become law.  The PCS

23  requires that the continuation of prescription

24  treatment for such children must be administered by

25  a medical doctor or osteopathic physician, and must

Med Def_000094

Committee on Health Policy
March 13, 2023

Page 8

1  be consistent with emergency rules adopted by the

2  Board of Medicine and the Board of Osteopathic

3  Medicine.

4           These boards have spent the past eight

5  months extensively reviewing research, hearing from

6  medical experts, and listening to the public on this

7  very issue, and are the appropriate bodies to

8  determine standards of care for these children who

9  are already receiving these prescriptions.

10           The PCS creates a third-degree felony for

11  healthcare practitioners who willfully or actively

12  participate in violating the prohibition against

13  providing these treatments to a child.  The PCS

14  amends existing law relating to the authority for

15  the Department of Health to issue an emergency order

16  suspending the license of a practitioner who is

17  arrested for violating certain crimes, and the PCS

18  adds the crime of providing these prescriptions or

19  procedures to a child to that list.

20           Lastly, with regard to protecting children,

21  the PCS provides at any hospital, ambulatory

22  surgical center, or physician's office registered

23  for the provision of office surgery must provide

24  assigned attestation to OCA or DOH as applicable,

25  that they do not offer or provide sex reassignment

Med Def_000095

Committee on Health Policy
March 13, 2023

Page 9

1  treatments for children, except for those who are
2  already being treated before this PCS would become
3  law, and also do not refer such patients to other
4  providers for the treatments.
5          A facility's failure to provide this
6  attestation will lead to revocation of the
7  facility's license or registration.
8          Second, with regard to protecting adults,
9  if an adult decides to seek treatment with sex
10  reassignment prescriptions or procedures, the PCS
11  ensures that only licensed medical doctors and
12  osteopathic physicians can lawfully provide such
13  treatment.
14          The physician providing the treatment must
15  take certain measures to inform the patient of the
16  nature and risks of the treatment while physically
17  in the same room as the patient using forms approved
18  by the Department of Health, the patient must
19  provide voluntary written informed consent before
20  treatment can commence.
21          And the PCS provides that a healthcare
22  practitioner other than a physician who provides
23  these treatments or a physician who provides the
24  treatments without obtaining voluntary informed
25  consent commits a first-degree misdemeanor.

Med Def_000096

Committee on Health Policy
March 13, 2023

Page 10

```
 1              Lastly, with regard to protecting state
 2   funds, the PCS creates a prohibition against the
 3   expenditure of state funds for these treatments by a
 4   governmental entity or organizations contracted by
 5   the state to manage the provision of Medicaid
 6   services or to manage the state's mental health and
 7   substance abuse providers.
 8              Madam Chair and the Committee, that is the
 9   PCS for Senate Bill 254.
10              CHAIRWOMAN BURTON:  Thank you.  Are there
11   questions on the PCS?  Any questions?  We have --
12   excuse me.
13              Senator, which -- who has questions?  Thank
14   you.
15              Senator Davis, you're recognized.
16              SENATOR DAVIS:  Thank you, Madam Chair.
17   Thank you.
18              Senator Yarborough, could you talk to us
19   about the purpose or the intent of your bill?  We
20   heard all that it does but talk to us about the
21   intent or the purpose of this bill.
22              CHAIRWOMAN BURTON:  Senator Yarborough,
23   you're recognized.
24              SENATOR YARBOROUGH:  Thank you, Madam
25   Chair.
```

Med Def_000097

Committee on Health Policy
March 13, 2023

Page 11

1                The purpose for this bill is to protect
2    children in Florida, Senator Davis.  We have other
3    components in this bill that relate to adults and
4    relates -- and relate to the expenditure of state
5    funds, but we want to let kids be kids in Florida.
6    The overall goal of the bill is to protect the
7    children of our state.
8                CHAIRWOMAN BURTON:  Additional questions?
9                SENATOR DAVIS:  Yes.
10               CHAIRWOMAN BURTON:  Senator Davis, you're
11   recognized.
12               SENATOR DAVIS:  What is the current
13   standard for gender-affirming care in the state of
14   Florida?  Could you talk to us about that?
15               CHAIRWOMAN BURTON:  You're recognized.
16               SENATOR YARBOROUGH:  Thank you, Madam
17   Chair.  Senator and members of the Committee, we do
18   not have any current law on the books for sex
19   reassignment surgeries or prescriptions in Florida
20   for children or adults.
21               CHAIRWOMAN BURTON:  So question is --
22   Senator Davis, yes.
23               SENATOR DAVIS:  According to your bill, and
24   it's a lot that's defined in here, could you talk to
25   us about what are the protections that are provided

Med Def_000098

Page 12

1  at the federal level to protect people against

2  discrimination?

3          CHAIRWOMAN BURTON:  Senator Yarborough,

4  you're recognized.

5          SENATOR YARBOROUGH:  Thank you, Madam

6  Chair.  Through the Chair to Senator Davis, the bill

7  contemplates what we would do as a state, and we do

8  not speak specific to federal provisions in the

9  bill.

10          CHAIRWOMAN BURTON:  Additional questions on

11  the bill?  Any additional questions?

12          SENATOR DAVIS:  Yeah.

13          CHAIRWOMAN BURTON:  Senator Davis, you're

14  recognized.

15          SENATOR DAVIS:  Thank you, Madam Chair.

16          CHAIRWOMAN BURTON:  Uh-huh (affirmative).

17          SENATOR DAVIS:  Thank you.  Just trying to

18  get some answers out.

19          Have you spoken to any parent or -- of a

20  gender-diverse youth?

21          CHAIRWOMAN BURTON:  Senator Yarborough,

22  you're recognized.

23          SENATOR YARBOROUGH:  Could -- through the

24  Chair to the Senator, Senator, could you -- to any

25  parent is the question, just so I can make sure I

Med Def_000099

Committee on Health Policy
March 13, 2023

Page 13

1  answer to the best ability.

2            CHAIRWOMAN BURTON:  Senator Davis, you're

3  recognized.

4            SENATOR DAVIS:  Thank you, Madam Chair.

5            Have you spoken to a parent that has a

6  transgender child?

7            CHAIRWOMAN BURTON:  You're recognized?

8            SENATOR YARBOROUGH:  Thank you, Madam

9  Chair.  Through the Chair to the Senator, I have

10 spoken to a lot of parents about this and many other

11 issues.

12           Senator Davis, I don't ask when I'm talking

13 to parents.  I mean, I haven't had any who have

14 volunteered that that may be the case with their

15 child.  But in the course of a week or even in the

16 course of a few days, I know all of us engage with

17 parents of children out there.  So I couldn't tell

18 you that specific, whether or not they have a child

19 who falls into that category.

20           SENATOR DAVIS:  Okay.  Madam Chair?

21           CHAIRWOMAN BURTON:  You're recognized.

22           SENATOR DAVIS:  Thank you.  Thank you for

23 that answer.

24           Were any medical experts consulted while

25 you were drafting this bill?

Med Def_000100

Committee on Health Policy
March 13, 2023

1              CHAIRWOMAN BURTON:  Senator Yarborough,

2  you're recognized.

3              SENATOR YARBOROUGH:  Thank you.  Through

4  the Chair to Senator Davis.  So there's a lot of

5  different information that I've reviewed and I know

6  staff has reviewed as we've worked through the

7  process with this bill, Senator Davis.  And that

8  includes not only reports and research that has been

9  done in our country but also that of other countries

10 related to this.

11             And so I can't speak for every review that

12 our staff might have done, but for me, I have gone

13 through a long list of different research and tried

14 to get as educated as possible to present this bill

15 to you today.

16             CHAIRWOMAN BURTON:  Additional questions?

17             SENATOR DAVIS:  Madam Chair, just a few

18 more, I promise.

19             CHAIRWOMAN BURTON:  You're recognized.

20             SENATOR DAVIS:  Thank you, Madam Chair.

21             Thank you, Senator for that.  Your bill

22 talks about puberty blockers, and so I'm curious.

23 Are you aware that puberty blockers are used for

24 medical procedures in children rather -- for things

25 rather than what we're talking about here in your

Med Def_000101

Committee on Health Policy
March 13, 2023

Page 15

1  bill, puberty blockers are often used for things

2  like precocious puberty?

3              CHAIRWOMAN BURTON:  You're recognized,

4  Senator Yarborough.

5              SENATOR YARBOROUGH:  Thank you, Madam

6  Chair.

7              To the first part of your question, Senator

8  Davis, I'll say I'm aware that they're used for more

9  than just these types of purposes that we would seek

10  to prohibit today, and we do have some exceptions in

11  the bill.

12              If there is a legitimate need in the eyes

13  of a healthcare practitioner to continue to

14  administer those because of certain developmental

15  disorders or certain other conditions that may be

16  present in a minor, that that can continue to be

17  used.

18              CHAIRWOMAN BURTON:  Senator Davis, you're

19  recognized.

20              SENATOR DAVIS:  Thank you, Madam Chair.

21              Could you talk to us a little bit about

22  those exceptions and just, kind of, identify those

23  exceptions and then talk to us about the fact that,

24  is it anything in your bill that would make dealing

25  with those exceptions criminal or what would -- what

Med Def_000102

Committee on Health Policy
March 13, 2023

Page 16

1  is criminal under your bill?

2           CHAIRWOMAN BURTON:  You're recognized,

3  Senator Yarborough.

4           SENATOR YARBOROUGH:  Okay.  Thank you,

5  Senator Davis.  Thank you, Madam Chair.

6           I may have to ask you to repeat the second

7  part, Senator Davis, but on the first part, you're

8  asking about some of the exceptions.

9           So if you pick up on page 6 of the bill

10  starting at lines -- starting at line 151, we

11  mentioned that the term does not include treatment

12  provided by a physician who in his or her good faith

13  clinical judgment performs procedures upon or

14  provides therapies to a minor born with a medically

15  verifiable genetic disorder of sexual development,

16  including any of the following.

17           And then it lays out external biological

18  sex characteristics that are unresolvable, ambiguous

19  disorder of sexual development, as I mentioned a

20  moment ago.  And it lists some other descriptors

21  related to that.  So those are the main exceptions.

22           CHAIRWOMAN BURTON:  Have questions,

23  Senator?

24           SENATOR YARBOROUGH:  And then can you -- if

25  you could clarify this.  Sorry, Madam Chair.  Just

Med Def_000103

Page 17

1  if you could clarify the other part.

2           CHAIRWOMAN BURTON:  Did you have another

3  comment, Senator?  Go ahead.

4           SENATOR YARBOROUGH:  Thank you, Madam

5  Chair.  And I apologize.  I -- Senator Davis asked a

6  second part and I just -- I wasn't clear about the

7  second part of her question.  I want to make sure I

8  could answer it.

9           CHAIRWOMAN BURTON:  Senator Davis, you're

10 recognized.

11          SENATOR DAVIS:  Thank you, Madam Chair.

12          Senator, I asked, could you talk about what

13 is criminal under your bill.  Right now, you have

14 criminal penalties for healthcare practitioners and

15 others.  Could you talk to us about the criminal

16 penalties under your bill.

17          SENATOR YARBOROUGH:  Yes, ma'am.

18          CHAIRWOMAN BURTON:  Senator Yarborough,

19 you're recognized.

20          SENATOR YARBOROUGH:  Thank you very much.

21 So there are a couple of portions related to that,

22 Senator Davis, related to a healthcare practitioner

23 that might pursue performing treatments or giving

24 prescriptions to minors.

25          That would be a third-degree felony under

Med Def_000104

Committee on Health Policy
March 13, 2023

Page 18

1  the bill.  And then we also have the requirement

2  that if you do not obtain the informed consent for

3  an adult prior to giving them the prescriptions or

4  doing the treatments, then there could be

5  disciplinary action by the Board of Medicine that

6  oversees that.

7           And then also, if a facility -- a licensed

8  facility does not provide the annual attestation

9  that they are not performing the procedures, then

10  they can risk revocation of their licensure.

11           CHAIRWOMAN BURTON:  Additional questions?

12           SENATOR DAVIS:  One last question.

13           CHAIRWOMAN BURTON:  You're recognized,

14  Senator Davis.

15           SENATOR DAVIS:  Thank you, Madam Chair.  In

16  lines 59 through 58 -- 59 through 68, it talks about

17  a court of this state having jurisdiction to enter,

18  modify, or stay a child custody determination

19  relating to a child who is present in this state to

20  the extent necessary to protect the child from being

21  subject to sex reassignment prescriptions and

22  procedures.  I read that because I'm having an issue

23  understanding it.

24           So the question with that is, with that,

25  what I just read, Senator Yarborough, does your bill

Med Def_000105

Page 19

1  permit the judge in a custody ruling or custody

2  order to be -- to challenge a court in another

3  state?  From those lines.

4          CHAIRWOMAN BURTON:  You're recognized,

5  Senator Yarborough.

6          SENATOR YARBOROUGH:  Thank you, Madam

7  Chair, and I appreciate the question.

8          Through the Chair to Senator Davis and the

9  Committee, so on the custody piece, which is spelled

10  out in Section 1, as you've identified, Senator, we

11  speak about the Uniform Child Custody Jurisdiction

12  and Enforcement Act that has been enacted by 49

13  other states in our country and we're one of the 49.

14          But consistent with federal law, grants

15  court's authority to protect a child from

16  mistreatment or abuse.

17          The provision of the PCS gives courts in

18  Florida the jurisdiction to enter, modify, or stay a

19  child custody determination relating to a child in

20  the state to protect the child from being subjected

21  to sex reassignment prescriptions and procedures.

22          So more plainly, the courts in our state

23  could evaluate what a concerned parent, for example,

24  may bring to them if they disagree with what might

25  be taking place by that child's other parent in a

Med Def_000106

Committee on Health Policy
March 13, 2023

1  different state, but it does not require that a

2  state in Florida has to automatically grant or act a

3  certain way.

4            It's not a mandate.  It gives the court the

5  opportunity to weigh it, but it is providing that

6  specific avenue so that the parent can pursue or

7  petition the court rather for the relief that they

8  may be seeking.

9            CHAIRWOMAN BURTON:  Thank you.

10           Additional questions?

11           Senator Book, you're recognized.

12           SENATOR BOOK:  Thank you, Chair.  And thank

13  you Senator Yarborough for some of the time that we

14  spoke on the phone kind of talking through the bill.

15  And I want to make sure that we're really clear

16  about a few things.

17           Currently, because of the Department of

18  Health's rule, can minors in the state of Florida

19  receive gender-affirming care and medication?

20           CHAIRWOMAN BURTON:  You're recognized,

21  Senator Yarborough.

22           SENATOR YARBOROUGH:  Thank you.  So the

23  rule -- thank you Leader Book for the question.

24           So the rule that was published by the Board

25  of Medicine back in November of 2022 becomes

Med Def_000107

Committee on Health Policy
March 13, 2023

 1  effective this Thursday, March the 16th, I believe

 2  it's Thursday.  And so we are more or less codifying

 3  what that rule from the Board of Medicine

 4  establishes moving forward in our bill that we have

 5  before you today.

 6            There is also a Medicaid rule that already

 7  said that state funds could not be used for these

 8  purposes.  And I -- the date of which -- I would

 9  have to get that for you, but that's also in place.

10            CHAIRWOMAN BURTON:  Senator Book, you're

11  recognized.

12            SENATOR BOOK:  Thank you.  So starting

13  Thursday, new children year 18, you know, as

14  defined, could not receive any more gender-affirming

15  medication or care, but the children who are

16  currently receiving care in the state can continue

17  their care?

18            CHAIRWOMAN BURTON:  Senator Yarborough,

19  you're recognized.

20            SENATOR YARBOROUGH:  Thank you.  And just

21  to be clear, Leader Book, were you saying under our

22  bill or under the rule?

23            CHAIRWOMAN BURTON:  You're recognized.

24            SENATOR BOOK:  Well, are we grandfathering

25  these minors in who are currently on medication?

Med Def_000108

Committee on Health Policy
March 13, 2023

Page 22

 1                CHAIRWOMAN BURTON:  Senator Yarborough,

 2  you're recognized.

 3                SENATOR YARBOROUGH:  Thank you.  Under the

 4  bill, we do, Senator Book.

 5                CHAIRWOMAN BURTON:  Additional question?

 6                SENATOR BOOK:  Yes, follow-up.

 7                SENATOR YARBOROUGH:  You're recognized.

 8                SENATOR BOOK:  So under the current --

 9  because there are -- because I have spoken to the

10  several of the gender clinics, particularly the UF

11  clinic for minors under the age of 18, 23 patients,

12  and this is all information that they've sent to the

13  Department of Health, 23 patients received puberty

14  blockers, 42 have received hormones, and 2 received

15  hormone blockers.

16                That's a total of 67 children receiving

17  care under the rule.  Will they be able to continue

18  that care on Thursday?

19                CHAIRWOMAN BURTON:  Excuse me.  I turned it

20  off.  You're recognized, Senator Yarborough.

21                SENATOR YARBOROUGH:  Thank you, Chair

22  Burton.  Through the Chair to Leader Book, not under

23  the rule.  They will not, Leader Book.

24                CHAIRWOMAN BURTON:  Follow-up, Senator

25  Book?

Med Def_000109

Committee on Health Policy
March 13, 2023

Page 23

 1                SENATOR BOOK:  I do.

 2                CHAIRWOMAN BURTON:  You're recognized.

 3                SENATOR BOOK:  So under the rule, these

 4  current patients will not be able to receive the

 5  medications that they're currently on, however,

 6  under the bill we've grandfathered them in?

 7                CHAIRWOMAN BURTON:  You're recognized.

 8                SENATOR YARBOROUGH:  Thank you, Madam

 9  Chair.  Let me give you some clarification, Leader

10  Book, and I apologize.

11                Under the rule, and I have it in front of

12  me now, we do, and I'll read directly from it.  It

13  says, "Minors being treated with puberty-blocking

14  hormone or hormone antagonist therapies prior to the

15  effective date of the rule may continue with such

16  therapies."  That is what is effective this

17  Thursday, March 16th.  I apologize for the

18  confusion.

19                SENATOR BOOK:  That's --

20                CHAIRWOMAN BURTON:  Additional questions?

21                SENATOR BOOK:  Yes, I do.

22                CHAIRWOMAN BURTON:  You're recognized.

23                SENATOR BOOK:  One of the other things I

24  simply want to point out as a question.

25                When you were doing some of your research

Med Def_000110

Committee on Health Policy
March 13, 2023

Page 24

1  for the bill, Senator Yarborough, you talked a

2  little bit about, you know, the -- I don't want to

3  mischaracterize it because I don't know -- I don't

4  remember your direct quote.

5           But you are aware that the puberty blockers

6  are -- it's not a permanent -- it's not anything

7  permanent that puberty blockers, once they stop,

8  revert back to where a child would be naturally,

9  correct?  That that is not something that you have

10  to take medication for to reverse?

11           CHAIRWOMAN BURTON:  Senator Yarborough,

12  you're recognized.

13           SENATOR YARBOROUGH:  Thank you.  Through

14  the Chair to Leader Book and the Committee, I have

15  heard the same statement that you just said, Leader

16  Book.

17           I'm not a medical professional to be able

18  to say I could fully attest the efficacy of that,

19  but I have heard the same statement mentioned

20  several times that you have just mentioned.

21           CHAIRWOMAN BURTON:  Additional questions?

22           SENATOR BOOK:  Yes, ma'am.

23           CHAIRWOMAN BURTON:  Senator Book, you're

24  recognized.

25           SENATOR BOOK:  Thank you.  For the adult

Med Def_000111

Committee on Health Policy
March 13, 2023

Page 25

1  portion of this bill, and I believe it's in the PCB;

2  but with the different lines, I want to make sure.

3  "For adults that are receiving gender-affirming care

4  we are banning the use of anyone other than a doctor

5  to prescribe medication; is that correct or

6  incorrect?

7            CHAIRWOMAN BURTON:  You're recognized,

8  Senator Yarborough.

9            SENATOR YARBOROUGH:  Leader Book, that's

10  correct.

11            Thank you, Madam Chair.

12            CHAIRWOMAN BURTON:  Additional questions?

13            SENATOR BOOK:  Madam Chair?

14            CHAIRWOMAN BURTON:  You're recognized.

15            SENATOR BOOK:  Would there be a possibility

16  that you would look at -- for adults, okay, because

17  it's not happening for minors in the state -- the

18  possibility of allowing for nurses or telehealth to

19  provide some of those blockers or medications that

20  those seeking gender-affirming care may need?

21            CHAIRWOMAN BURTON:  You're recognized,

22  Senator Yarborough.

23            SENATOR YARBOROUGH:  Thank you, Madam

24  Chair.  Through the Chair to Leader Book, and

25  Leader, I know that's a topic of one of the

Med Def_000112

Page 26

1  amendments that is forthcoming.

2          I will certainly be open to considering

3  that.  However, with the serious nature of the duty,

4  we have to protect the public and ensure patient

5  safety when treatments are authorized, I think we

6  need to be very careful for that.  And I don't

7  believe that's too high of a standard for physicians

8  to be held to and for patients in their pursuit of

9  that if they wish, if they're adults, to go through

10  that process.  And I will point out too, we have it

11  in place for new prescriptions that would be coming

12  forward.

13          So if someone is prescribed a certain

14  medication, they have to give the informed consent

15  on the front end under this PCS, but they don't have

16  to continually come back every time there is a

17  refill.  If they get a refill of the -- of that same

18  prescription, it's only then if they go to a new

19  medication.  So that to me is a more balanced

20  approach.

21          CHAIRWOMAN BURTON:  I apologize for

22  interrupting questions.  But just briefly, given the

23  limited time, we have remaining for the number of

24  people who still wish to speak and for committee

25  deliberation, I'm requesting that the president

Med Def_000113

Committee on Health Policy
March 13, 2023

Page 27

1   authorize the extension of this meeting until the

2   completion of the agenda.

3             Thank you for that indulgence, and Senator

4   Book, you're recognized.

5             SENATOR BOOK:  Thank you.  I just have one

6   more follow-up question to Senator Davis's point and

7   something that I just want to make sure that I'm

8   clear on.

9             So let's say I have -- I do have two

10  children, a boy and a girl.  And let's -- for

11  purposes of this discussion, my husband and I get

12  divorced and he lives in another state.  Perhaps

13  it's a state that does not, you know, look at

14  gender-affirming care in the same way that -- or if

15  this bill is to move forward, would and be in the

16  state of Florida.

17            If I -- if he came to me and -- or either

18  one of my children came to me and said, "Mom, I feel

19  like not comfortable in my body."  Take him to a

20  pediatrician, wanted to receive some sort of gender-

21  affirming care, this bill would allow, possibly, my

22  spouse to come in -- or no -- my ex-spouse to come

23  in and take custody of my child?

24            CHAIRWOMAN BURTON:  Senator Yarborough,

25  you're recognized.

Med Def_000114

Committee on Health Policy
March 13, 2023

Page 28

1              SENATOR YARBOROUGH:  Thank you, Madam

2   Chair.  Through the Chair to Leader Book, just so I

3   understand because the -- there are a few different

4   factors that would affect it.

5              Are you in Florida or the other state, is

6   your ex in a different state?  And then also --

7   that, I mean, that's the main question.  So I can

8   give you the right answer because that matters.

9              In Florida, it would be prohibited, but it

10  -- if you could clarify, I'd be happy to try to

11  answer it.

12             SENATOR BOOK:  Let's just --

13             CHAIRWOMAN BURTON:  Senator Book, would you

14  like to clarify?

15             SENATOR BOOK:  Let's just say it this way.

16  If my son needed a blood transfusion and my ex-

17  spouse was of the religious belief or opinion that

18  that was not something that we should be doing for

19  my child.  That is something that a court -- that

20  they could go -- that -- trying to -- these are

21  disputes that happen when raising a child together,

22  right?

23             And what -- this decision to receive

24  gender-affirming care is no different than any other

25  medical medication or decision for a family to

Med Def_000115

Committee on Health Policy
March 13, 2023

Page 29

1  decide, right.

2          And so, I guess, my question is: talk us

3  through -- and you address it a little bit in

4  Senator Davis's question.  What does this mean for

5  families?  Because I get a -- we have a lot of

6  people here.  I've gotten a lot of emails, a lot of

7  phone calls, and there's a lot of fear, a lot of

8  fear.  And we've talked about that fear of families

9  that think that the State of Florida is taking their

10  children, that someone is going to lose access to

11  their kids, which is scary.  It is scary.

12          And so I'm asking you to just very plainly

13  walk through the custody portion of what this is and

14  what this would mean for parents of young kids of

15  what -- who are very concerned about what this might

16  mean for them if they want to receive gender-

17  affirming care for their child.

18          CHAIRWOMAN BURTON:  Senator Yarborough.

19          SENATOR YARBOROUGH:  Thank you, Madam

20  Chair.  Through the Chair to Leader Book and the

21  Committee, is very good question, Senator, and that

22  relates to a big portion of this bill.  So I'm happy

23  to speak more about it.

24          So I believe the balance in this is, again,

25  we give the court in Florida -- the courts in

Med Def_000116

Committee on Health Policy
March 13, 2023

Page 30

1  Florida, if they are petitioned by a parent in

2  Florida, just to take your example that I believe

3  you're trying to get to and that we spoke about

4  before.

5           If you were here in Florida and you did not

6  agree with the decision of the child's other parent,

7  who is in a different state, you could petition the

8  court here.  Let me add in too, it doesn't mean that

9  you could harbor, someone suggested kidnap, all of

10  this other; that's not true.

11           You cannot violate a current custody

12  arrangement because then you're breaking the law.

13  So it doesn't mean it comes to the end of the

14  weekend, and then you're supposed to make sure the

15  child is back with the other parent, you know, by

16  that evening or 8 o'clock Monday morning or whenever

17  it might be, is determined in the custody

18  arrangement.

19           But what it does mean is you could approach

20  the Florida court and ask for this to be considered.

21  But again, the court is not mandated to have to give

22  you exactly what you're asking for.

23           So that's the crux of it, is you can't

24  harbor the child.  You cannot violate the law.  You

25  cannot do something outside of your custody

Med Def_000117

Committee on Health Policy
March 13, 2023

Page 31

1  arrangement because then you have broken the law and

2  can be held liable for that.  But you can go to the

3  court and ask for them to consider this very serious

4  concern that you have about the treatment the child

5  is receiving, and if the court chooses to weigh in,

6  they would be able to do so.

7            I hope that answered.  I'm happy to try

8  more, but I hope that answered it for you.

9            CHAIRWOMAN BURTON:  Are there additional

10  questions?  See none.

11            We do have four amendments.  So we'll take

12  up amendment barcode 788684 by Senator Davis.

13            And, Senator Davis, you're recognized to

14  explain the amendment.

15            SENATOR DAVIS:  Did you -- Madam Chair,

16  could you repeat the number for me?

17            CHAIRWOMAN BURTON:  Certainly, 788684.

18            SENATOR DAVIS:  Okay.  This amendment

19  simply is an amendment that deletes all of the bills

20  provision relating to the child custody orders.  And

21  that is the amendment.

22            CHAIRWOMAN BURTON:  Are there questions on

23  the amendment?  Are there appearance cards on this

24  amendment?  Okay.

25            Jon Harris Mauer is -- with Equality

Med Def_000118

Committee on Health Policy
March 13, 2023

Page 32

1  Florida is waiving in support of the amendment, and

2  Nathan Bruemmer is also waiving in support of the

3  amendments.

4          Is there debate on the amendment?

5          SENATOR YARBOROUGH:  Madam Chair?

6          CHAIRWOMAN BURTON:  Senator Yarborough,

7  you're recognized.

8          SENATOR YARBOROUGH:  Thank you, Madam

9  Chair.  I appreciate Senator Davis's offering of

10  this amendment.

11          I would at this time term it as unfriendly.

12  The PCS clarifies any misconceptions about the child

13  custody provisions of the bill, and also the custody

14  provision provides courts with broad discretion to

15  determine whether and how to act to protect a child.

16  The provision does not require a court to take any

17  specific action or require a court to ignore a child

18  custody determination made by a court of another

19  state.

20          It is important to respect that both

21  parents have a right to be involved in the

22  upbringing of a child, and one parent should not be

23  able to unilaterally attempt to change the sex of

24  their child just because they live out of state.  So

25  I would ask that you vote down the amendment.

Med Def_000119

Committee on Health Policy
March 13, 2023

Page 33

1            CHAIRWOMAN BURTON:  Senator Davis, you're

2   recognized to close on amendment barcode 788684.

3            SENATOR DAVIS:  Thank you, Madam Chair.

4   Custody battles are tense and a complex issue, and

5   adding a court into the mix makes it even more

6   difficult.

7            A parent who could, otherwise, completely

8   deserve rightful custody could lose it simply

9   because of a private medical decision.  We're

10  expanding the jurisdiction of the courts without a

11  clear -- without clear language to protect this

12  child.

13           Interstate child custody cases, as I said,

14  are difficult and usually the state only intervenes

15  if there is present danger for a child who has lived

16  here for more than six months.

17           To add to this, the course for something

18  that could occur in the future is vague and could

19  become an additional burden for parents.

20           And with that, Madam Chair, I close and ask

21  for your favorable -- the Committee's favorable

22  support on this amendment.

23           CHAIRWOMAN BURTON:  All in favor of the

24  amendment say yea.

25           MEMBERS:  Yea.

Med Def_000120

Committee on Health Policy
March 13, 2023

Page 34

```
 1              CHAIRWOMAN BURTON:  All opposed say nay.

 2              MEMBERS:  Nay.

 3              CHAIRWOMAN BURTON:  The amendment fails.

 4              We'll now take up amendment barcode 953930

 5  by Senator Book.

 6              And, Senator Book, you're recognized on the

 7  amendment.

 8              SENATOR BOOK:  Thank you so much, Madam

 9  Chair.  This legislature should not be in the

10  business of picking and choosing sides in court

11  proceedings.

12              The preference should not be on what one

13  parent wants over the other parent and -- when

14  there's a real disagreement on healthcare options

15  for their children.

16              This amendment very simply requires the

17  court focus on the child and the best interest of

18  the child.  That is the amendment, Madam Chair.

19              CHAIRWOMAN BURTON:  Thank you.  Are there

20  questions on the amendment?

21              Seeing no questions.  Are there appearance

22  cards on this amendment?  Thank you.

23              Jon Harris Mauer with Equality Florida

24  waives in support of the amendment.  And Nathan --

25  excuse me -- Bruemmer with -- Nathan Bruemmer also
```

Med Def_000121

Committee on Health Policy
March 13, 2023

Page 35

1   waives in support of the amendment.

2              Is there debate on the amendment?

3              SENATOR YARBOROUGH:   Madam Chair?

4              CHAIRWOMAN BURTON:   Senator Yarborough,

5   you're recognized.

6              SENATOR YARBOROUGH:   Thank you, Madam

7   Chair.   Through the Chair to the Committee, while,

8   again, I appreciate Leader Book the offering of the

9   amendment.   I would say that whether or not a court

10  has jurisdiction as a key element of the Uniform

11  Child Custody Jurisdiction and Enforcement Act.

12             So by removing the PCS's granting of

13  jurisdiction to a Florida court, the amendment would

14  actually defeat the purpose of the PCS in that

15  regard, which is to clearly grant jurisdiction to

16  our state court.

17             So I would ask the Committee to vote down

18  the amendment.

19             CHAIRWOMAN BURTON:   Senator Book, you're

20  recognized to close on amendment barcode 953930.

21             SENATOR BOOK:   Thank you so much, Madam

22  Chair.

23             You know, members, if you're divorced and

24  are jointly raising a child, there are, of course,

25  disagreements that will come up when it comes to

Med Def_000122

Page 36

1   making healthcare decisions for your children.

2           One parent may believe for religious

3   reasons or other reasons that a specific treatment

4   should not be taken or undertaken, and we have a way

5   of dealing with this, a way that works.

6           It goes through the court system, and a

7   court looks at both sides, and it should be what is

8   in the best interest of that child.  And this type

9   of care should be no different.

10          The legislature should not be giving

11  preference to one parent's position, and we should

12  be ensuring that decisions are currently in the best

13  interest of children.  And I ask for your favorable

14  support.

15          CHAIRWOMAN BURTON:  All in favor of the

16  amendment say yea.

17          (Responses faint)

18          All opposed say nay.

19          MEMBERS:  Nay.

20          CHAIRWOMAN BURTON:  The amendment fails.

21          We'll next take up amendment barcode 309890

22  by Senator Book.

23          Senator Book, you're recognized on the

24  amendment.

25          SENATOR BOOK:  Now, I know you're going to

Med Def_000123

Committee on Health Policy
March 13, 2023

Page 37

1   love this one.

2           This legislature, Madam Chair, and

3   Committee, talks a lot about medical freedom and

4   expanding access to healthcare through telehealth

5   and qualified healthcare professionals, such as

6   advanced practice registered nurses.  Yet this bill

7   specifically removes that option for transgender

8   adults -- we're not talking about children; we're

9   talking about adults here -- drastically reducing

10  healthcare for transgender adults.

11          This amendment simply removes the language

12  that bans telehealth and qualified healthcare

13  professionals from administering what is often life-

14  saving care.

15          CHAIRWOMAN BURTON:  Thank you.  Are there

16  questions on the amendment?

17          Seeing no questions.  We do have a couple

18  of appearance cards.  Nathan Bruemmer is -- would

19  like to speak.  I'll say it now because I may have

20  mispronounced your last name.  If you come to speak

21  to us today and I mispronounce your name, I'm going

22  to apologize in advance.

23          Everything is handwritten and there's no

24  phonetics on here, so I apologize.  But you're

25  recognized, sir.

Med Def_000124

Committee on Health Policy
March 13, 2023

Page 38

```
 1                NATHAN BRUEMMER:  Thank you.  Senator Book,
 2   I appreciate the amendment.
 3                I'm a practicing lawyer here in the state
 4   of Florida, a parent former educator.  I'm also the
 5   State's former LGBTQ Consumer Advocate with the
 6   Florida Department of Agriculture and Consumer
 7   Services.  And I'm also a consumer of affirming
 8   healthcare as a transgender man.
 9                I'm born and raised in this state.  This is
10   my home.  And when we talk about access to
11   healthcare, I really want to get very specific about
12   what that means across all communities practically
13   speaking about the importance and the advantages of
14   telehealth.
15                We're talking about potentially emergency
16   circumstances.  We're talking about better care
17   coordination and the efficiency of the care we're
18   providing.  We're talking about protecting both
19   patients and medical personnel from risks of
20   infection, surging demands.
21                The world has just become increasingly
22   digitized, right?  And the medical profession, the
23   healthcare sector has certainly kept up with that.
24                Our state is leading the way in a lot of
25   modernization of care.  And telehealth is something
```

Med Def_000125

Page 39

1  utilized by many Floridians, especially LGBTQ

2  Floridians and trans Floridians.

3          I'm a practicing attorney.  I travel.  I

4  have been a parent through most of my life, right,

5  including the early years of my transition.  I'm

6  very informed about informed consent as an attorney,

7  as are all of the folks who are accessing this

8  healthcare for decades.

9          And the burden this will put on

10  practitioners and on patients is something

11  unnecessary.  We are moving forward and continuing

12  to modernize in ways that this will take Florida

13  back.  And this is a simple amendment, something

14  simple to move forward aside from minimizing the

15  role in busy practices of nurse practitioners.

16          I'm not sure that the medical associations

17  are aware of this and they should be, but they have

18  been advocating for the importance of nurse

19  practitioners quite passionately for many, many

20  years here in Committee.

21          So I'd urge you to accept this amendment.

22  It's a valuable one.

23          And again, thank you, Senator Book.

24          CHAIRWOMAN BURTON:  Thank you.  Jon Harris

25  Mauer is -- with Equality Florida is waiving in

Committee on Health Policy
March 13, 2023

Page 40

1   supports.

2            Is there debate on the amendment?

3            SENATOR YARBOROUGH:  Madam Chair?

4            CHAIRWOMAN BURTON:  Senator Yarborough,

5   you're recognized.

6            SENATOR YARBOROUGH:  Thank you, Madam

7   Chair.  Through the Chair and -- through the Chair

8   to the Committee and Leader Book, we have a duty to

9   protect the public and ensure patient safety when

10  treatments are authorized that can be inherently

11  dangerous.

12           So similar to how we have addressed

13  treatment for medical marijuana and abortion, the

14  PCS conforms to those laws and only authorizes

15  allopathic and osteopathic physicians, which are MDs

16  and DOs, which include specialty physicians such as

17  psychiatrist and endocrinologists to treat patients

18  for sex reassignment medications and surgeries.

19           These treatments have the potential to have

20  life-altering effects and should be regulated in a

21  heightened manner and differently than other medical

22  treatments.

23           And for that reason, I would ask the

24  Committee to vote the amendment down.

25           CHAIRWOMAN BURTON:  Additional debate?

Med Def_000127

Page 41

 1            Senator Book, you're recognized to close on

 2   amendment barcode 309890.

 3            SENATOR BOOK:  Thank you, Madam Chair.  The

 4   transgender community already faces significant

 5   barriers and disparities in accessing healthcare.

 6   And the state should not be making that worse by

 7   setting a really dangerous precedent about

 8   government interference and personal decision-

 9   making.

10            The American Medical Association, the

11   American Psychological Association, the Endocrine

12   Society, and other major medical organizations

13   oppose the restrictions on some of this gender-

14   affirming care.  And I believe that we should be

15   making it as safe as possible for folks to access

16   this type of care.

17            We're talking about adults.  We're not

18   talking about children.  We talk a lot about access

19   to care for folks who live in rural parts of the

20   state, who may just be -- who may need a little bit

21   of a help in accessing care that they need and

22   deserve, quite frankly.

23            And I think we shouldn't be putting blocks

24   in the way for folks to receive care.  That's not

25   medical freedom.  So I ask for your favorable

Med Def_000128

Committee on Health Policy
March 13, 2023

Page 42

1  support.

2          CHAIRWOMAN BURTON:  All in favor of the

3  amendment say yea.

4          MEMBERS:  Yea.

5          CHAIRWOMAN BURTON:  All opposed say nay.

6          MEMBERS:  Nay.

7          CHAIRWOMAN BURTON:  The amendment fails.

8          Take up amendment barcode 448208 by Senator

9  Davis.

10          SENATOR DAVIS:  Thank you, Madam --

11          CHAIRWOMAN BURTON:  Senator Davis, you're

12  recognized on the amendment.

13          SENATOR DAVIS:  Thank you, Madam Chair.

14  Spoke there before you gave me permission.

15          This amendment simply would eliminate,

16  delete lines 224 through lines 234, which refer to

17  the criminal punishment of external people involved

18  in providing care for the child.

19          The language is vague and could lead to

20  unequal enforcement of the law based on

21  interpretation.  And that is the amendment.

22          CHAIRWOMAN BURTON:  Thank you.  Are there

23  questions on the amendment?  I have a few appearance

24  cards.

25          But just briefly before we go to the

Med Def_000129

Committee on Health Policy
March 13, 2023

Page 43

1  appearance cards.  Under Rule 2.10(2), the president

2  has authorized a continuation of this meeting until

3  completion of the agenda.

4           Now we're on appearance cards for this

5  amendment.

6           Dr. Robinson -- Dr. D. Paul Robinson,

7  you're recognized.

8           DR. ROBINSON:  Hello.  I'm still Dr. Paul

9  Robinson.  Thank you so much.

10          I'm afraid that the -- giving punishment

11 for people who give gender-affirming care could have

12 consequences much beyond what many of you think.

13 Right now, I'm on the Workforce Committee for the

14 Florida Chapter of the American Academy of

15 Pediatrics, and we are working hard to figure out

16 how to get more specialists into Florida.

17          And one of the specialties we have the

18 least numbers of are pediatric endocrinologists.

19 Pediatric endocrinologists take care of many things

20 besides transgender, including diabetes, which you

21 all know, we're about to have a huge increased

22 number of.

23          So if you criminalize this, there are going

24 to be people who are looking about whether they want

25 to come to Florida as pediatric endocrinologists.

Med Def_000130

Committee on Health Policy
March 13, 2023

Page 44

1  Or they're going to be doing their fellowship here,

2  and they're going to be saying, "Hmm, do I want to

3  go to Florida where I might end up in jail if I do

4  something that they don't like, or do I want to go

5  somewhere else where I can practice as I was taught

6  to practice?"

7              So I really ask you guys, please think

8  about this because you're going to -- we are really

9  working on -- we're in trouble over the next 10

10 years with pediatric specialists, and if we

11 criminalized things, we're going to make that much

12 worse.  Please try to find other consequences that

13 don't involve felonies, et cetera.  Surely there's

14 something else you can come up with.  Thank you.

15             CHAIRWOMAN BURTON:  Thank you.  Jon --

16 excuse me -- Jon Harris Mauer waiving in support

17 with Equality Florida, and Nathan Bruemmer is

18 waiving in support of the amendments.

19             Is there debate on the amendment?  Debate

20 on the amendment?  I'm sorry.

21             Senator Book, you're recognized.

22             SENATOR BOOK:  Thank you, Madam Chair.  I

23 just want to support Senator Davis's amendment.

24             At the end of the day, doctors, when they

25 become doctors, they take the Hippocratic Oath to

Med Def_000131

Committee on Health Policy
March 13, 2023

Page 45

1  seek to do no harm for their patients.  And they

2  want to ensure that they are doing everything in

3  their power to make sure that their patients are

4  getting the correct care, the right care, and doing

5  what is medically best for their patients.

6            And I think that doing anything to put a

7  medical professional in -- for criminal charges, for

8  doing what they believe is best for their patient is

9  not what we should be doing in our state.

10           We should be allowing doctors to go before

11  a Board of Medicine.  We already have a shortage.

12  We know that it exists.  And doing things like this,

13  I believe will create a chilling effect to bring

14  top-quality doctors to our state.  And so I support

15  Senator Davis's amendment.

16           CHAIRWOMAN BURTON:  Thank you.  Is there

17  additional debate?

18           Senator Yarborough?

19           SENATOR YARBOROUGH:  Madam Chair, thank

20  you.  I appreciate the testimony and also the

21  comments from the leader.

22           I would say as we consider the risks

23  associated with hormone therapy for children, for

24  example, the reason that we need to be very clear

25  about what the penalties are is that, according to

Med Def_000132

1  AACE clinical practice guidelines, males seeking

2  transition to females with estrogen have a very high

3  risk of developing side effects involving dangerous

4  blood clots.

5              We also have found that males transitioning

6  to female also have a moderate risk of developing

7  other adverse outcomes like tumors, breast cancer,

8  coronary artery disease, cerebrovascular disease

9  gallstones, et cetera.

10             And then there are also risk from females

11 seeking to transition to males with testosterone.

12 Adverse reactions could include severe liver

13 dysfunction, coronary artery disease, hypertension,

14 breast or uterine cancer, and also cerebrovascular

15 disease.

16             We have got to do what we can to protect

17 the people of our state.  And this would totally get

18 out that protection by letting folks know how

19 serious we are about protecting Floridian.

20             So again, similar to how we treat other

21 laws, violations under this bill should be treated

22 in a heightened manner to protect the public.  And

23 these treatments are life-altering.  They can have

24 permanent serious side effects, and we need to

25 protect children and ensure that healthcare

Med Def_000133

Committee on Health Policy
March 13, 2023

Page 47

1  practitioners are held responsible if they violate

2  the law.

3          So I'd ask the Committee to vote down the

4  amendment.

5          CHAIRWOMAN BURTON:  Senator Davis, you're

6  recognized to close on amendment barcode 448208.

7          SENATOR DAVIS:  Thank you, Madam Chair.  I

8  would like to thank the medical professional that

9  came to speak to us and give his medical insight on

10  this amendment.

11          Simply, this bill addresses -- this

12  amendment addresses people who knowingly contribute

13  to a child's -- a child receiving gender-affirming

14  care like someone at the front desk, like a nurse,

15  or an insurance agent, or a pharmacist who approves

16  a prescription.

17          Simply here today with the way this bill is

18  written, this language and this amendment simply is

19  too vague, and it addresses that.  And it possibly

20  later on could be included in a catchall

21  investigation in the future.

22          So that's why I brought this amendment

23  forward.  I would ask my colleagues to support this

24  amendment today.

25          And with that Madam Chair, I close.

Committee on Health Policy
March 13, 2023

Page 48

```
 1                 CHAIRWOMAN BURTON:  All in favor of the

 2   amendment say yea.

 3                 MEMBERS:  Yea.

 4                 CHAIRWOMAN BURTON:  Opposed say nay.

 5                 MEMBERS:  Nay.

 6                 CHAIRWOMAN BURTON:  Show the amendment

 7   fails.

 8                 Okay.  Senators, to get us in proper

 9   posture, Senator Brodeur moves at the PCS, which is

10   barcode 112830, be adopted in place of the bill as

11   filed.

12                 Without objection, show that the motion is

13   adopted.  By adopting the PCS, the amendments

14   pending on the original bill are disposed of.

15                 Now we're back on the bill as amended by

16   adoption of the PCS.

17                 We have a number of appearance cards, and I

18   want to thank you all for waiting patiently.  It's

19   been a long meeting already.  My intent is to give

20   everybody who has filled out a card an opportunity

21   to speak.  There will be those in favor of the bill

22   and those opposed to the bill.

23                 You have been amazingly quiet and patient,

24   and we're going to keep being amazingly quiet and

25   patient through the rest of this.  We will not have
```

Med Def_000135

Page 49

1  any clapping.  We will not have any snapping -- no

2  snapping in your fingers.  Don't wave any signs.

3  Just be like you've been, just paying attention to

4  the meeting because you're going to hear people from

5  both sides.  So I appreciate that.

6              So moving forward, due to the number of

7  appearance cards that we have, you're going to be --

8  I'm going to limit everybody to 30 seconds.

9              Now, 30 seconds doesn't sound like a lot of

10  time, but I sat through many of these meetings

11  before.  And when you have this many appearance

12  cards, 30 seconds with each person indeed gets

13  everybody's message across.

14              So please, what I ask you to do is continue

15  to pay attention as you have through the Committee

16  thus far.  You'll hear somebody speak prior to your

17  opportunity to speak.  If they say what you were

18  already going to say, you can waive either in an

19  opposition or support or make another point.

20              I mean, you probably, if you have multiple

21  points and your point has already been made, feel

22  free to make an additional point and feel free to

23  come forward.

24              I'm going to call somebody to begin

25  speaking, and then I'm going to call a second name

Med Def_000136

Committee on Health Policy
March 13, 2023

Page 50

1    and that individual will be the on-deck individual.

2    And we're going to continue the entirety of the rest

3    of the meeting on appearance cards in that manner.

4              So when you hear your name called as first

5    person is going to be Jonathan Weber.  So if

6    Jonathan Weber would like to begin to approach the

7    podium, and Madison Murphy is on deck.

8              So Madison, if you'll go directly -- if

9    Madison is still here, there's a clock directly

10   across from me.  And does anybody know Madison

11   Murphy?  Madison Murphy.  Fabulous.

12             Madison, if you'll come back underneath the

13   clock there, and we'll continue.  When Madison comes

14   forward, I'll say the next person on deck.  And if

15   you'll go back there, that will keep us moving.

16             Jonathan Weber, you are recognized.

17             JONATHAN WEBER:  Thank you so much.

18   Jonathan Weber.  I'm the Florida Policy Director for

19   the SPLC Action Fund.  I urge you to vote no on this

20   bill.

21             I'm the father of a 10-year-old, and like

22   all parents, my wife and I only want our child to go

23   to the doctor for his annual checkups.  And I only

24   want to hear that he's healthy and happy.

25             I want nothing more than to keep my child

Med Def_000137

Committee on Health Policy
March 13, 2023

Page 51

1  and all children safe.  But I assure you that if any

2  medical issue prompted a doctor to recommend

3  treatment, I would listen intensely.

4          Then together with my child, we'd plot a

5  course of action based on medical advice given to us

6  by our doctors.

7          The State of Florida should not be a wall

8  between parents, medical providers, and trans youth.

9  This bill will -- thank you.

10          CHAIRWOMAN BURTON:  Excuse me, Mr. Weber.

11  I'm sorry.  Your time's up.  Thank you for being

12  here today.

13          Madison Murphy -- excuse me -- followed by

14  Cielo -- and I'm so sorry, S-u-n-s-a-r-a-e, you'll

15  be on deck if you're here.

16          Madison Murphy, you're recognized.

17          MADISON MURPHY:  Thank you, madam.  It

18  doesn't take being transgender to be able to have

19  respect for other human beings.

20          Even if you don't understand someone, they

21  still have the right to give consent to live their

22  lives the way they see it.

23          Yes.  There are some complications, there

24  are complications like that seen in almost any

25  choice you make in your life.  But taking away the

Med Def_000138

Page 52

1  ability for someone to consent to medical

2  procedures, to live their life, to have dignity, to

3  be treated with dignity by the law is not something

4  you can take lightly.

5          CHAIRWOMAN BURTON:  Thank you.

6          MS. MURPHY:  Just because you don't

7  understand doesn't mean you don't have to act well.

8  Thank you.

9          CHAIRWOMAN BURTON:  Cielo, and I apologize

10  if I -- followed by Alexis Williams.

11          When you come to the podium to speak,

12  please state your name because I'm going to

13  mispronounce.  I apologize in advance some, but go

14  ahead and state your name.

15          CIELO SUNSARAE:  My name is Cielo Sunsarae.

16          CHAIRWOMAN BURTON:  Thank you.

17          CIELO SUNSARAE:  I'm a trans individual in

18  Florida.  I just want to say, you guys who sponsor

19  this bill and vote for it, you fear our fabulous and

20  gay selves, our resilient trans lives.  But more

21  importantly, you fear standing on the human right

22  side of history because your puppet strings will be

23  cut.  And that fear empowers me and everyone here

24  today.  But there's actually more than 200 people

25  here.

Med Def_000139

Committee on Health Policy
March 13, 2023

Page 53

1              These are the names of over 1000 trans

2    people and allies here.  And SB 254 impacts these

3    lives --

4              CHAIRWOMAN BURTON:  I'm sorry.  We ask that

5    you not display shirts, clothing with messages on

6    them as well.  I should have been more specific in

7    my things we can't do.  Thank you very much.

8              Alexis Williams?

9              It's just for everybody else coming up

10   forward.  We we won't do that.  Alexis Williams,

11   followed by Mauricio Marena.

12             And I hear -- and I apologize.  You're

13   recognized.

14             ALEXIS WILLIAMS:  Hi, everybody.  It is

15   easier for my mother to receive addictive

16   painkillers that are killing her than a trans

17   individual to receive reversible gender-affirming

18   care.

19             I'm watching my mother with her way, and

20   we're here worried about -- we're worried about

21   people trying to feel at home in their bodies rather

22   than an opioid addiction in the United States.

23             So I ask that: what are you protecting?

24   What are you protecting children and adults from

25   rather than your personal opinions and biases?

Med Def_000140

Committee on Health Policy
March 13, 2023

Page 54

1            CHAIRWOMAN BURTON:  Thank you.

2            ALEXIS WILLIAMS:  Thank you.

3            CHAIRWOMAN BURTON:  Mauricio Marena and I

4  -- you all, please state your name, followed by

5  Ronnie Angelique.  And Ms. Ronnie Angelique is here.

6  Go back -- if you'll go back here where the --

7            MAURICIO MARENA:  My name is Mauricio --

8            CHAIRWOMAN BURTON:  You're recognized.

9            MAURICIO MARENA:  My name is Mauricio

10 Marena.  And I just want to say that it is a

11 scapegoat to say that HRT is being -- or is

12 preventing, basically, dangers to other individuals

13 in terms of side effects, because anytime you go

14 ahead and see a medication that's introduced on TV,

15 they tell you the side effects.

16            These practitioners also tell you the side

17 effects, and you already, at any medication you

18 take, have to consent for this because you have to

19 acknowledge what you're taking.

20            CHAIRWOMAN BURTON:  Thank you.  Thank you

21 for coming.

22            Ronnie Angelique, followed by Mary Eakins-

23 Durand.

24            RONNIE ANGELIQUE:  Hello, to everyone on

25 the Board.  My name is Ronnie Angelique, and I'm a

Med Def_000141

Committee on Health Policy
March 13, 2023

Page 55

1  black Latina trans woman.  And I'm the success story

2  that you all miss.

3          I started my hormones here in Florida.  I

4  got my life together.  I became a master's degree of

5  psychology educated person.  And I'm currently

6  pursuing my PhD in psychiatry.

7          I'm the thing that you are missing.  So

8  look at me and understand.  I have been living my

9  life as a woman for over 10 years, and I have a

10  successful life.  And I teach children, and I change

11  the world day by day in my colloquial community in

12  Tampa, Florida.  So look at me and remember this

13  face --

14          CHAIRWOMAN BURTON:  Thank you.

15          RONNIE ANGELIQUE:  -- because this is the

16  face that you're denying a future of your children.

17          CHAIRWOMAN BURTON:  Mary Eakins-Durand,

18  followed by Robin Witt.

19          Ladies and gentlemen, no clapping, please.

20          Mary -- is there -- is Mary Eakins-Durand

21  here?  Anybody know?  I don't think so.  No?  Yes.

22          Robin Witt?  Are you Robin Witt?  Robin

23  Witt, followed by Jess Hunt.

24          Jess Hunt is here.  If you'll go underneath

25  the clock in the back, that would be great.

Med Def_000142

Committee on Health Policy
March 13, 2023

Page 56

```
 1              You're recognized.
 2              ROBIN WITT:  Okay.  My name is Robin Witt.
 3  Good afternoon.  So I'm an electrical engineer.  I
 4  work at Kennedy Space Center.  I work as a
 5  contractor for the Artemis program, and I'm also a
 6  transgender woman.
 7              Senate Bill 254 would severely restrict my
 8  access to hormone replacement therapy as an adult
 9  trans woman.  If I can't find a doctor approved to
10  provide me care under this bill, I'll be forced to
11  look out of state for healthcare.
12              This bill tells me that Florida does not
13  appreciate me nor want me here.
14              I don't want to leave Florida, but I won't
15  live where I'm not wanted.
16              CHAIRWOMAN BURTON:  Thank you for being
17  here.
18              ROBIN WITT:  Yeah.
19              CHAIRWOMAN BURTON:  Jess Hunt?
20              Excuse me, Robin Witt.  Senator Book has a
21  question.  Yes.
22              SENATOR BOOK:  Thank you.
23              ROBIN WITT:  Yes.
24              SENATOR BOOK:  And certainly, we were
25  talking about making sure that people have access as
```

Med Def_000143

Page 57

```
 1  adults to healthcare --

 2            ROBIN WITT:  Yes.

 3            SENATOR BOOK:  -- and the use of

 4  telehealth.  How far, if you don't mind sharing, do

 5  you have to drive to get your prescriptions filled

 6  from your doctor?

 7            CHAIRWOMAN BURTON:  You're recognized.

 8            ROBIN WITT:  Okay.  Out of state it would

 9  likely be Virginia.

10            SENATOR BOOK:  And currently, would you

11  just -- do you call your doc?  Like how far away?

12            ROBIN WITT:  Currently, I get it in

13  downtown Orlando.

14            SENATOR BOOK:  Great.  Thank you.

15            ROBIN WITT:  Thank you.

16            CHAIRWOMAN BURTON:  Thank you.

17            Jess Hunt, followed by Ted McCulligan

18  (phonetic).  And Jess Hunt, you're recognized.

19            JESS HUNT:  Thank you.  I'm a librarian, a

20  Unitarian Universalist minister, a non-binary human.

21  And most importantly, I'm a parent of four children,

22  one of whom is transgender.

23            This bill denies me and my family our basic

24  humanity, our pursuit of happiness, and infringes

25  our religious liberty.
```

Med Def_000144

Page 58

```
 1              This bill comes between me, my child, her

 2  pediatrician, her psychologist, and her

 3  endocrinologist, an entire team of highly trained,

 4  professionally certified medical professionals from

 5  across the state that are helping me and my child

 6  determine what the current, most advanced, best

 7  practices are available to her.

 8              This is my due diligence as a parent to

 9  seek the advice, counsel, and expertise.

10              CHAIRWOMAN BURTON:  Thank you.

11              Ted McCulligan and I apologize in advance.

12  Sam Sharf will be on deck.  You're recognized.

13              TODD MCCULLIGAN:  Yes, ma'am.  My name is

14  Todd McCulligan.  I'm a 56-year-old veteran.  I

15  served from 1984 to 1988.

16              I just came out as trans and will be

17  getting gender-affirming care from the VA.  But I

18  can't tell you what would have happened had I gotten

19  it when I was younger.

20              I would have not been an alcoholic.  I

21  would have not had a drug addiction.  I -- there are

22  a lot of things in my life wouldn't have happened.

23  High blood pressure at age 10 because of the stress.

24  Thank you.  That's all I have to say.

25              CHAIRWOMAN BURTON:  Thank you for coming.
```

Med Def_000145

Committee on Health Policy
March 13, 2023

Page 59

```
 1  Sam Sharf, followed by Kaitlynn Danehy-Samitz.  You

 2  are recognized.

 3            SAM SHARF:  Hi.  I was once a trans youth,

 4  and now I'm a happy 22-year-old trans adult student

 5  at New College of Florida.  This is my healthcare.

 6            CHAIRWOMAN BURTON:  Ma'am -- okay.

 7            SAM SHARF:  Don't tread on it.

 8            CHAIRWOMAN BURTON:  Kaitlynn Danehy-Samitz,

 9  followed by -- I don't have a complete name.  It

10  says Lisa and then initial O.  So you're recognized.

11            KAITLYNN DANEHY-SAMITZ:  Okay.  Kaitlynn

12  Danehy-Samitz, vice president founder of Women's

13  Voices of Southwest Florida.  I hope my time starts

14  after I say my name.

15            In Ron DeSantis' oasis of freedom and

16  parental rights, your freedom and parental rights

17  are dependent on whether or not Ron DeSantis

18  approves of your genitals.

19            Senator Yarborough has militarized the

20  Florida GOP into the genital gestapo.  Ron DeSantis

21  wants trans people dead, trans kids, and trans

22  adults.

23            You have put targets on the backs of

24  Florida's queer community and state legislators are

25  putting guns into the hands of people who want us
```

Med Def_000146

Committee on Health Policy
March 13, 2023

Page 60

1  dead.

2          From every angle and opportunity, you are

3  committing genocide.  You've betrayed your oath to

4  office.  You've betrayed your most vulnerable

5  constituents for the sake of --

6          CHAIRWOMAN BURTON:  Thank you.

7          KAITLYNN DANEHY-SAMITZ:  -- 2024 campaign,

8  and you're the fourth --

9          CHAIRWOMAN BURTON:  Lisa, you're next,

10  followed by Jake with the initial L.  So Lisa O.

11  Can you spell that for me, please?

12          LISA ODENA:  O-d-e-n-a.

13          CHAIRWOMAN BURTON:  O-d-e-n-a.  You're

14  recognized.

15          LISA ODENA:  Okay.  Thank you.  I just

16  wanted to go over something that Senator Yarborough

17  said, which is he said something about the AACE.

18  I'm reading their website right now, and it says,

19  "We strongly oppose legislation that criminalizes

20  physician and other health professionals who provide

21  medically appropriate endocrine care as recommended

22  by established medical guidelines.

23          The Endocrine Society of AACE have

24  published peer-reviewed evidence-based guidelines

25  and support endocrine care for transgender and

Med Def_000147

Page 61

1  gender-diverse patients.  Criminalizing provision of

2  endocrine care will further increase the health

3  disparities of very vulnerable population."  Again,

4  this is what Senator --

5          CHAIRWOMAN BURTON:  Thank you.

6          LISA ODENA:  -- Yarborough said.

7          CHAIRWOMAN BURTON:  Jake L. and if you

8  could tell me your last name, please?

9          JAKE L.:  I don't feel comfortable or safe

10 doing that.

11         CHAIRWOMAN BURTON:  Spell it.

12         JAKE L.:  Oh, I'm not going to say my last

13 name.

14         CHAIRWOMAN BURTON:  Okay.  You're

15 recognized.

16         JAKE L.:  Yeah.

17         CHAIRWOMAN BURTON:  Excuse me, followed by

18 Linda Roberts.

19         JAKE L.:  Okay.

20         CHAIRWOMAN BURTON:  Now you're recognized.

21         JAKE L.:  I'm a transgender and recent

22 astrophysics graduate from Florida Tech.  As a

23 child, I was unable to receive gender-affirming

24 healthcare and was on the edge of committing

25 suicide.  My dad fought for joint custody of me so I

Med Def_000148

Page 62

1  could receive this life-saving gender healthcare.

2  Hadn't he done this, I wouldn't be here today.

3           Gender-affirming care is life-saving.  If

4  you vote yes -- vote yes, and if you vote no, you're

5  ignoring the large consensus of the medical

6  community.

7           If people who are trans have access to

8  hormone blockers, then they will not have to go

9  through unnecessary trauma and surgeries --

10          CHAIRWOMAN BURTON:  Thank you.

11          JAKE L.:  -- such as top surgery.  You will

12  be held accountable.

13          CHAIRWOMAN BURTON:  Linda Roberts, followed

14  by James Harper -- James W. Harper.

15          LINDA ROBERTS:  Thank you.  Linda Roberts

16  --

17          CHAIRWOMAN BURTON:  You're recognized.  Uh-

18  huh (affirmative).

19          LINDA ROBERTS:  -- transgender woman.  I

20  challenged the characterization of this treatment as

21  experimental, the leading healthcare organization,

22  several that endorse it.  The World Pathological

23  Association for Transgender Health has been putting

24  out standards of care for 45 years dealing with

25  this.

Med Def_000149

Committee on Health Policy
March 13, 2023

 1              When you talk about the risks of treatment,

 2  don't forget the risks of depression, higher rates

 3  of suicide and anxiety for those who were denied

 4  treatment, and the issue of procreation, which there

 5  are --

 6              CHAIRWOMAN BURTON:  Thank you.

 7              LINDA ROBERTS:  -- alternatives.

 8              CHAIRWOMAN BURTON:  Thank you.  James

 9  Harper, followed by Scott Mena.  You're recognized.

10              JAMES HARPER:  Thank you.  I'm James

11  Harper, and I just want to say what the world needs

12  now is love, sweet love.  And I want you to keep

13  singing that song in your heads until you get it

14  straight.  That this is based on hate, and it's

15  causing suffering for innocent people who did

16  nothing except be born the way they were born.

17              CHAIRWOMAN BURTON:  Scott Mena, followed by

18  Trey-Shawn Perez.  Is Trey-Shawn Perez here?  I

19  really need people to be lining up if you're here.

20              You're recognized.

21              SCOTT MENA:  Hello, I'm Scott Mena.  I have

22  seen family.  I have also seen friends that have

23  been affected by this, and the fear that's coming

24  through them because of these things that are

25  happening.

Med Def_000150

Committee on Health Policy
March 13, 2023

Page 64

1              I'm in a community that this is very

2    important to them, and I know that with us standing

3    together and not pushing this into families and

4    lives, it will definitely bless a lot of people if

5    you don't push this into their lives.  Please help

6    them.

7              CHAIRWOMAN BURTON:  Trey-Shawn?  Thank you.

8    Trey-Shawn Perez, followed by Fiona Rawls.

9              Fiona Rawls is here.  If you could come

10   underneath the clock, that would be great.  You're

11   recognized.

12             TREY-SHAWN PEREZ:  Hi, my name is Trey-

13   Shawn Perez, and I'm a U.S. Army veteran.  I'm also

14   an Iraq veteran and I'm also trans.

15             You take away my healthcare, you will also

16   take away the healthcare during the veteran system

17   because the veteran system is not up to date.  So if

18   you take away that, you're going to take away my

19   life.  And I attempted that at seven.

20             So you're going to have a lot of lives

21   that's going to be on the line with mental health

22   issues because I've already dealt with it for 30

23   years.  I don't want to deal with it anymore, so

24   please help.

25             CHAIRWOMAN BURTON:  Thank you.  Fiona

Med Def_000151

Committee on Health Policy
March 13, 2023

Page 65

```
 1   Rawls, followed by Nathan Bruemmer.

 2             You're recognized.

 3             FIONA RAWLS:  Thank you very much.  I'm

 4   Staff Sergeant Rawls from West Palm Beach, Florida.

 5   The Pope says it is a sin to criminalize

 6   homosexuality.

 7             Matthew 19:12 guarantees my right to be

 8   transgender.  And being transgender is the highest

 9   form of religious freedom.

10             Don't tell me you care about children when

11   you hire back the coward cop from the Parkland

12   shooting with back pay.  Don't tell me you care

13   about children when Sheriff Ric Bradshaw, Palm Beach

14   County had a child's circumcised against his

15   mother's wishes.  And don't tell me you care about

16   children when Joel Greenberg gave the world the

17   receipts with Venmo on our Governor's --

18             CHAIRWOMAN BURTON:  Thank you --

19             FIONA RAWLS:  -- best friend Matt Gaetz.

20             CHAIRWOMAN BURTON:  Thank you, Fiona.

21   Nathan Bruemmer?

22             Ladies and gentlemen, I'm going to ask you

23   to keep your comments respectful to everybody.

24   Nathan Bruemmer, followed by Colin (phonetic), last

25   initial is B.  You're recognized.
```

Med Def_000152

Committee on Health Policy
March 13, 2023

Page 66

1              NATHAN BRUEMMER:  Thank you.  Senators, you

2  clearly hear the passion and the hearts of the folks

3  in front of you.  I would like to appeal to the

4  spirit of compromise that is what this country was

5  founded on, especially as a former public official.

6              I'd like to revisit the conversation on

7  telehealth.  If open to that, Senator, I'd like to

8  be able to be available to discuss some of those

9  things, please.

10             There are things here that are hard, but

11  there's some things that I think with a little bit

12  of conversation and education, we can move some of

13  the things and make this a little bit easier because

14  this is going to be remarkably hard --

15             CHAIRWOMAN BURTON:  Thank you.

16             NATHAN BRUEMMER:  -- for Floridians.  Thank

17  you.

18             CHAIRWOMAN BURTON:  Colin?  And again, I

19  apologize of mispronouncing your name, last initial

20  B.  J. Marie Bailey on deck.  You're recognized.

21             COLIN B.:  Thank you, Madam Chair.  I'm

22  actually here to share a testimony for Allie M. who

23  couldn't make it though.

24             I will say I'm glad that she didn't drive

25  here five hours through a storm to pour her heart

Med Def_000153

Committee on Health Policy
March 13, 2023

1    out for -- so that she could be cut off at 30

2    seconds.

3              If you expect trans people to extend you

4    politeness in the attempt of our extermination, you

5    won't get it.  We will not shrink ourselves for you.

6    We will not change to make you comfortable, and we

7    will not apologize for living authentically, not

8    now, not ever.

9              We will not exist in a system that attempts

10   to define us for who we are for us.  We will live as

11   --

12              CHAIRWOMAN BURTON:  Thank you.

13              COLIN B.:  -- we are for ourselves.

14              CHAIRWOMAN BURTON:  J. Marie Bailey,

15   followed by Jessica Wilson.  You're recognized.

16              J. MARIE BAILEY:  Thank you.  Good

17   afternoon, senators.

18              Good afternoon, Senator Yarborough.  Hi.

19   I'm a trans parent, nice to meet you, so you can

20   finally meet one of us.  My son has said even now --

21              CHAIRWOMAN BURTON:  Excuse me ladies and

22   gentlemen -- would you stop the timer for a second.

23   I don't want you to use up your time.

24              Ladies and gentlemen, we are not going to

25   respond with noise to comments made by anybody.  You

Med Def_000154

Committee on Health Policy
March 13, 2023

Page 68

1  -- we've been great so far.  Let's keep it up.  And

2  also when you come up to speak, I would prefer if

3  you not send comments directly to members of the

4  Committee --

5           J. MARIE BAILEY:  Oh, I apologize.

6           CHAIRWOMAN BURTON:  -- address the entire

7  Committee.

8           J. MARIE BAILEY:  Okay.  It's very nice to

9  meet all of you.

10          CHAIRWOMAN BURTON:  You're recognized.

11          J. MARIE BAILEY:  Oh, I apologize.  It's

12  very nice to meet all of you.  I have heard in the

13  past two hours amazing testimony and people saying

14  how much they care about the healthcare of

15  Floridians.  That everyone needs access to

16  healthcare with the diabetes.  And even Dr. Ladipose

17  (phonetic) said, "I believe in taking care of your

18  mind and soul." This doesn't add up to everything

19  that you all are working so hard for.  Please work

20  for us like you say you are.  Thank you.

21          CHAIRWOMAN BURTON:  Thank you.

22          Jessica Wilson, followed by Judy Schmidt.

23          Judy Schmidt is here.  Please come

24  underneath the clock.  Good afternoon or evening.

25  You're recognized.

Med Def_000155

Committee on Health Policy
March 13, 2023

Page 69

```
 1              JESSICA WILSON:  My name is Jessica Wilson.
 2  I'm a mother of trans son who committed -- attempted
 3  suicide, was diagnosed gender dysphoria in the
 4  hospital and was given mind altering medication
 5  against his consent as well as mine.  This happens
 6  all the time.
 7              Mental health medication is given that
 8  gives lifelong permanent changes to the brain, and
 9  nobody's restricting that.  This is transphobic,
10  plain, and simple.  It's the same.  You want to
11  compare apples to apples?
12              CHAIRWOMAN BURTON:  Judy Schmidt.  On deck
13  with Trey-Shawn Perez.  Did we already hear from
14  Trey-Shawn or is that on the amendment?
15              Trey-Shawn Perez, you're up again.  Unless
16  you already spoke.
17              I'm sorry.  You're recognized.  Just trying
18  to make sure everybody gets their chance.  You're
19  recognized.
20              JUDY SCHMIDT:  Thank you.  I'm Judy Schmidt
21  and thank you for the opportunity to speak.
22              Everybody has really said things that I
23  would want to say, but I do want to say I'm the
24  parent of a transgender child who is almost eight
25  years old.  And we are at the beginning of our
```

Med Def_000156

Committee on Health Policy
March 13, 2023

1    journey.  And what you're doing is taking away life-

2    saving potential opportunity for me and my family.

3              A decision that should be made between me

4    and my healthcare professionals and my therapist

5    that work with my child and criminalizing gender-

6    affirming care is going to hurt my son more than a

7    puberty blocker will.

8              CHAIRWOMAN BURTON:  Thank you.  Trey-Shawn

9    Perez.  I think Trey-Shawn Perez spoke on the

10   amendment.  If you're still here -- I don't see

11   them.  He is -- Trey-Shawn Perez is against the

12   bill.

13             Sophia Amber James (phonetic), followed by

14   Kerry Burner.  Sophia Amber James?  And if Kerry

15   could please get her at the clock to start.  That'd

16   be great.  You're recognized.

17             SOPHIA AMBER JAMES:  Good afternoon, Chair

18   and panel members.  I'm a retired master sergeant

19   Sophia A. James, son, daughter, father, mother,

20   husband, wife, peacekeeper, peace seeker, human

21   being.

22             To this stage of life, I've been in and

23   perform many roles as many of us have.  Do you

24   agree?  My most recent stage of life, I'm 53-year-

25   old transgender woman.  I'm speaking in an

Med Def_000157

Committee on Health Policy
March 13, 2023

Page 71

1  opposition to SB 254 because I was also once a

2  transgender child.  What you're doing will not help

3  the child.

4           CHAIRWOMAN BURTON:  Thank you.  Kerry

5  Burner or Burner, followed by Rehn, R-e-h-n.  I'm

6  sorry.  I think the last name --

7           KERRY BURNER:  It's Burner-Reeves.

8           CHAIRWOMAN BURTON:  Thank you, ma'am.  Rhen

9  Burner-Reeves.  So Kerry?  Yes.

10           KERRY BURNER:  My name is Kerry Burner.

11           CHAIRWOMAN BURTON:  You're recognized.

12           KERRY BURNER:  I find this bill to be an

13  extreme overreach.  I grew up in Germany in the

14  aftermath of Nazis, and what you people are doing is

15  no different.  It is transphobic.  It is cruel, and

16  you really should be ashamed.

17           CHAIRWOMAN BURTON:  Rehn Burner-Reeves,

18  followed by Ann Burner-Reeves.  You're recognized.

19           REHN BURNER-REEVES:  I waive against the

20  bill.

21           CHAIRWOMAN BURTON:  You're against the

22  bill.

23           Ann Burner-Reeves, followed by D. Paul

24  Robinson.

25           ANN BURNER-REEVES:  My name is Ann Burner-

Med Def_000158

Committee on Health Policy
March 13, 2023

Page 72

1   Reeves, and I waive against the bill.

2             CHAIRWOMAN BURTON:  Against the bill.

3             D. Paul Robinson, followed by Vance Arons

4   (phonetic).  You're recognized.

5             D. PAUL ROBINSON:  I just wanted to make a

6   quick point that, again, these therapies are not

7   experimental.  They've been around for a long time.

8   The puberty blockers are not permanent.  And please

9   remember that one side effect of not doing this care

10  is suicide.

11            Suicide rates or suicide attempts are twice

12  as much in children who are transgender and not

13  treated as those who are -- do not have that

14  condition.  Please don't pass this bill.

15            CHAIRWOMAN BURTON:  Vance Arons, followed

16  by Mason Manion.  You're recognized.

17            VANCE ARONS:  Thank you, Chair.  I'm Vance

18  Arons.  I'm in opposition to this.  Those that have

19  put it forward have stated that there's no research

20  on this.  There is -- just this year in the Journal

21  of American Medicine, there was a two-year study

22  showing how this is beneficial and improves the

23  lives of transgender people.

24            I guarantee none of you on the GOP, though,

25  is going to actually listen to this.  You're all

Med Def_000159

Committee on Health Policy
March 13, 2023

Page 73

1  going to continue with the genocide that DeSantis

2  wants to put on this.

3            CHAIRWOMAN BURTON:  Thank you.

4            Mason Manion, followed by Paula Pifer.

5            You're recognized.

6            MASON MANION:  Good evening.  My name is

7  Mason Manion, and my best friend is here with me

8  today.  And I've seen what gender-affirming care has

9  done in their life.  This allows them to be the

10  person they always were inside.

11            They're happy and successful.  Why would we

12  deprive human beings from care that allows them to

13  live authentic, happy lives?  It's cruel.

14            Passing this harmful legislation is taking

15  us backwards and harming real human beings.

16            Please remember that when you are writing

17  these bills and voting on these bills, you are

18  affecting real human beings.  This is an attempt to

19  erase a community, and you will not succeed.  Thank

20  you.

21            CHAIRWOMAN BURTON:  Thank you.

22            Paula Pifer, followed by -- Dr. Robinson

23  already spoken -- followed by Regina -- I want to

24  say Longs or Lovings.  I -- sorry.  I can't read

25  Regina's last name.

Med Def_000160

Committee on Health Policy
March 13, 2023

Page 74

```
 1              Paula?  Yes.  You're recognized.

 2              PAULA PIFER:  Thank you.  My daughter,

 3  Hunter Pifer is a model pictured in this month's

 4  March 2023 Vogue magazine dressed in Valentino.  She

 5  is as beautiful on the inside as she is on the

 6  outside.  You would never know that this young woman

 7  was born in the wrong body.

 8              Hunter at age 15 was able to be part of the

 9  first generation of transgender kids here in the

10  United -- in Florida to receive life-saving medical

11  care.

12              She completed her transition from male to

13  female at the age of 18.  She's now 23.  She just

14  walked for Prada.

15              CHAIRWOMAN BURTON:  Thank you.

16              PAULA PIFER:  Thank you.

17              CHAIRWOMAN BURTON:  Regina Longs or Lovings

18  or Loweis in opposition, waiving opposition.

19              Ginger Maso -- Major (phonetic), followed

20  by the Reverend Bromleigh McCleneghan.

21              You are Ginger?  Ginger is waiving

22  opposition.

23              Is the Reverend McCleneghan here?  Followed

24  by Meg Titcomb.  You're recognized.

25              REVEREND MCCLENEGHAN:  Thank you.  I'm the
```

Med Def_000161

Committee on Health Policy
March 13, 2023

Page 75

1   Reverend Bromleigh McCleneghan.  I serve as the

2   coordinating minister at the United Church of

3   Gainesville.  And I have always had great faith in

4   my elected leaders, despite the fact that I grew up

5   in Chicago where we, you know, vote early and often.

6            But nevertheless, I am dismayed as a

7   religious leader by this bill and the way that it so

8   refutes the great and, I think, universal truth,

9   that Jesus speaks, that the truth will set you free.

10  There is so much mischaracterization --

11            CHAIRWOMAN BURTON:  Thank you.

12            REVEREND MCCLENAGHAN:  -- in this bill.

13            CHAIRWOMAN BURTON:  Meg Titcomb followed by

14  Javier Gomez.  You're recognized.

15            MEG TITCOMB:  Thank you.  Good evening.

16  I'm the proud parent of the non-binary teen.  I'm

17  here today along with my child in Equality Florida

18  to stand up and support for all transgender

19  Floridians, their parents, and their healthcare

20  providers.  Without gender-affirming healthcare, I'm

21  quite certain I'd be visiting my child in a cemetery

22  today rather than visiting you all here at the

23  Capitol.

24            As a mother and as a concerned citizen, I'm

25  begging you to oppose SB 254, which criminalizes

Med Def_000162

Committee on Health Policy
March 13, 2023

Page 76

1   gender-affirming care.  Thank you.

2             CHAIRWOMAN BURTON:  Thank you.

3             Javier Gomez followed by Alastor Vergalh.

4             JAVIER GOMEZ:  I had a whole testimony

5   planned, but I would just say this and let it be

6   known.

7             As a cisgender person, which I believe all

8   of you are, don't ever tell a trans person, "Be

9   respectful with your testimony," when you're all

10  attempting trans genocide.  Treat others how you

11  want to be treated.  It's that simple.  Thank you.

12            CHAIRWOMAN BURTON:  Alastor.  Is there

13  somebody -- it looks like A-l-a-s-t-o-r, V-e-r-g-a-

14  l-h is what this last name looks like.  Does that

15  sound familiar to anybody?  I'll hold it in case

16  they come back.

17            Vince Cuadra, followed by Jared, last name

18  first initial R.  Anybody named Vince?  First name

19  Vince?  No.  I'm sorry.  Is there Vince?

20            Are you Jared?  Okay.  Jared, followed by

21  -- we'll let Jared proceed up, followed by Kelly

22  Everling.

23            You're recognized.

24            JARED REYNOLDS:  Hi, there.  My name is

25  Jared Reynolds.  Sorry.  I'm not a public speaker.

Med Def_000163

Committee on Health Policy
March 13, 2023

Page 77

1  I'm not accustomed to this, but I will say this.  I

2  have many stories, and I wish I had more than 30

3  seconds to explain them.  But what you are doing by

4  signing this bill is an act of war.  You are trying

5  to kill my people, and it will not go lightly.

6         The way it is as it is now, my people will

7  die, and that blood, if you support this bill, will

8  be on your hands.  Thank you.

9         CHAIRWOMAN BURTON:  Kelly Everling --

10 excuse me -- followed by Lilith Black.

11         REVEREND KELLY EVERLING:  Good evening,

12 Reverend Kelly Everling.

13         CHAIRWOMAN BURTON:  Sorry.  You're

14 recognized.

15         REVEREND EVERLING:  Thank you.  It was said

16 earlier in this meeting that healthcare needs to be

17 accessible to all.  I believe that is the case for

18 our children, and I believe that is the case for our

19 LGBTQ plus community.

20         I have two trans members that I serve in my

21 context as a pastor.  And I have seen the real

22 change in self-actualization when care is received

23 as well as the harm that is caused when gender-

24 affirming care, both healthcare and personal care,

25 is denied.

Med Def_000164

Committee on Health Policy
March 13, 2023

Page 78

 1            I would urge you to vote no on this bill

 2    today.  Thank you.

 3            CHAIRWOMAN BURTON:  Thank you.

 4            Lilith Black, followed by Aaron DiPietro.

 5            You're recognized.

 6            LILITH BLACK:  Every --

 7            CHAIRWOMAN BURTON:  One moment please,

 8    Lilith.  Let's make sure he's okay.  Well, make sure

 9    he's okay.

10            Somebody please assist him, please.

11            LILITH BLACK:  Every 45 seconds --

12            CHAIRWOMAN BURTON:  You're recognized.

13    We'll start now.

14            LILITH BLACK:  Thank you.  Every 45

15    seconds, a trans person makes an attempt on their

16    life, meaning that one happened every two speakers

17    that you saw this very moment.

18            Ten years ago, that was me and one year ago

19    that was one of my siblings.  And tomorrow it will

20    be the children of people in this room.

21            Your vote on this bill determines if that

22    45 seconds becomes 30.  Thank you.

23            CHAIRWOMAN BURTON:  We'll wait to see if

24    Aaron is able to come back.

25            Rain Johnson, I believe, followed by

Med Def_000165

Committee on Health Policy
March 13, 2023

Page 79

1  Aurelie Colon.

2           I'm sorry.  Aaron DiPietro.  I hope you're

3  okay.  You're recognized.

4           AARON DIPIETRO:  Thank you, Chair.  My name

5  is Aaron DiPietro.  I'm the Legislative Affairs

6  Director for the Florida Family Policy Council.  And

7  we rise in support of this legislation.

8           Every child deserves a natural childhood,

9  one that allows them to experience puberty and other

10  natural changes that will shape what they become.

11  Children should not be pushed to receive

12  experimental treatments that can leave them

13  permanently sterile and physically marred for life.

14           Children are unable to comprehend and fully

15  appreciate the risks in life implications, including

16  permanent sterility that result from these puberty

17  blockers, cross-sex hormones, and drastic surgical

18  procedures.

19           We encourage you to support this bill in

20  order to protect the children of the state of

21  Florida.

22           CHAIRWOMAN BURTON:  Thank you.

23           AARON DIPIETRO:  Thank you.

24           CHAIRWOMAN BURTON:  Rain Johnson, followed

25  by Aurelie Colon Larrauri.  And you are Rain

Med Def_000166

Committee on Health Policy
March 13, 2023

Page 80

 1  Johnson?

 2          RAIN JOHNSON:  Uh-huh (affirmative).

 3          CHAIRWOMAN BURTON:  You're recognized.

 4          RAIN JOHNSON:  Today I represent more than

 5  one trans person.  I represent my uncle.  I

 6  represent my friends.  I represent every single of

 7  friend that I've had that was ever trans.

 8          Every time that I look at you guys in this

 9  Committee, I realize more and more that you guys

10  want to commit trans genocide, and that our blood is

11  on your hands.  Thank you.

12          CHAIRWOMAN BURTON:  Aurelie Colon, and I'm

13  going to let you pronounce your whole name, please.

14          Amil Fox (phonetic) supposed to be on deck.

15  You're recognized.

16          AURELIE COLON LARRAURI:  Hi.  My name is

17  Aurelie Colon Larrauri.  My pronouns are she and

18  they, and I'm the Florida State Policy Advocate for

19  the Latina Institute for Reproductive Justice

20  Florida.  I'm also a genderqueer gay person here in

21  solidarity with my trans and gender-diverse

22  siblings.

23          The reproductive justice framework is

24  rooted in the belief that all individuals and

25  communities should have the resources and power they

Med Def_000167

Committee on Health Policy
March 13, 2023

Page 81

1  need to make their own decisions about their bodies,

2  gender, sexualities, families, and lives.  LGBTQ

3  justice is reproductive justice.  Trans people are

4  humans, and they don't owe you your trauma to be

5  seen as humans.  Thank you, and I oppose this bill.

6          CHAIRWOMAN BURTON:  Amil Fox, followed by

7  Kim Moore.

8          And you're recognized.

9          AMIL FOX:  Ignorance can develop into hate

10  because it's frustrating not to understand people.

11  I'm going to assume the best; that it's not

12  genocide.  History tells us that it could be.

13          You're legislators, not doctors.  You've

14  never been to med school.  How many doctors have you

15  individually spoke to about this?  Do you think

16  we're all psychotic?  I've been psychotic actually.

17  I've been Baker Acted for a separate disease.  It's

18  circular thinking you guys.  Maybe bullying causes

19  mental illness.

20          CHAIRWOMAN BURTON:  Thank you.  Kim Moore,

21  followed by Kimberly Cox.

22          You're recognized.

23          KIM MOORE:  Aren't you glad I have an easy

24  name?  I'm here as the parent of a transgender

25  child, and one of the things that we dealt with in

Med Def_000168

Page 82

1  school was bullying.  It happens a lot to

2  transgender children.

3          My child was hospitalized twice for

4  suicidal ideation.  And I know that not getting the

5  proper care causes problems.

6          As a parent, I have to make sure that my

7  kid gets medical care.  Every time we see a new

8  doctor, there's always a concern, even if it's the

9  dentist, or the pediatrician, or the psychiatrist or

10 the psychologist.  You don't know if they're going

11 to support you, and to put this law through is going

12 to make it even --

13          CHAIRWOMAN BURTON:  Thank you.

14          KIM MOORE:  -- harder.

15          CHAIRWOMAN BURTON:  Kim Cox -- Kimberly Cox

16 -- excuse me -- followed by -- I want to say is

17 Zayv, but maybe --

18          KIMBERLY COX:  It's Zayd.

19          CHAIRWOMAN BURTON:  Zayd.

20          KIMBERLY COX:  Is my child.

21          CHAIRWOMAN BURTON:  Okay.  Kimberly Cox,

22 you're recognized.

23          KIMBERLY COX:  I'm Kimberly Cox, and I'm

24 with Women's Voices.  And I'm proud mom of that 17-

25 year-old non-binary child that's going to speak

Med Def_000169

Committee on Health Policy
March 13, 2023

Page 83

1  next.

2          I'm not an ally.  I'm an accomplice.  I'd

3  also like to implore you all to remember that less

4  than a week ago, gun laws -- gun law restrictions

5  were loosened.  And anyone who thinks it's a good

6  idea to come and take my child, I dare you.

7          CHAIRWOMAN BURTON:  Zayd Cox, followed by

8  Amanda Langworthy.

9          You're recognized.

10          ZAYD COX:  My name is Zayd Cox.  I'm 17

11  years old, and I'm openly and proudly a part of the

12  LGBTQ plus community.

13          I'm fortunate enough to live in a home with

14  parents that love and accept me, but I'm now at risk

15  of being forcibly taken away from them because they

16  accept me.

17          Signing this bill into law is nothing less

18  than a death sentence for trans people like me and

19  the ones I love.

20          CHAIRWOMAN BURTON:  Amanda Langworthy, is

21  Amanda here?  Followed by Harrison, I want to say,

22  Lundy.  It may be Lindy.  Hold on one second,

23  please?  Thank you.  You're recognized.

24          AMANDA LANGWORTHY:  My name is Amanda

25  Langworthy.  I'm pansexual and non-binary.

Med Def_000170

Committee on Health Policy
March 13, 2023

Page 84

1             Being gay and being trans is not an

2   aberration.  It's a natural form of existence.  Even

3   God in the Bible that so many use against us is

4   trans, non-binary, and gender fluid.

5             I was diagnosed with PTSD at five years

6   old.  And why?  Because I was forced to feel ashamed

7   of who I am.

8             You say that gender-affirming care is child

9   abuse, even though so many studies prove it's not.

10  Forcing a child to hide who they are, forcing them

11  to feel alone and so distraught from merely

12  existing, that is the child abuse.  What you're

13  proposing is child abuse.  And I'm living proof of

14  that.

15            CHAIRWOMAN BURTON:  Harrison Lundy,

16  followed by Corey Bleakley.

17            You're recognized.

18            MR. LUNDY:  Thank you, Madam Chair.  I want

19  to use my time to focus on the permission that you

20  are giving disgusting people to do disgusting

21  things.  It was disgusting people that have already

22  passed legislation or approved legislation that will

23  arm dangerous transphobic people with the weapons to

24  erase us.

25            You are giving disgusting people permission

Med Def_000171

Committee on Health Policy
March 13, 2023

Page 85

1   in this room to come after trans kids and adults,

2   and somehow you are scared to be called transphobic.

3            Also, what kind of surgeon general can't

4   deny the existence of demon sperm?  Kind of weird.

5            CHAIRWOMAN BURTON:  Corey Bleakley,

6   followed by Lola Smith.

7            I'm going to ask you all to be respectful

8   when you speak please.

9            And you are recognized.

10           COREY BLEAKLEY:  My name is Corey Bleakley,

11   and I represent Women's Voices of Southwest Florida.

12   And I'm also the vice president of Social Unity

13   Network.

14           I stand in opposition of Senate Bill 254.

15   This bill is state-sponsored genocide.  This bill is

16   going to kill trans kids, and the blood will be on

17   your hands.

18           You told our youth chapter vice president

19   to respect your authority, but I cannot respect the

20   hand that strikes us or the pen that signs our death

21   warrants.

22           And we'll not be silent.  Stonewall was a

23   riot, and if this bill passes, you'll be declaring

24   --

25           CHAIRWOMAN BURTON:  Thank you.

Med Def_000172

Committee on Health Policy
March 13, 2023

Page 86

1          COREY BLEAKLEY:  -- war on our trans

2   community.

3          CHAIRWOMAN BURTON:  Lola Smith, followed by

4   Seneca Bristol, I believe this is what it is.

5          Lola Smith, you're recognized.

6          LOLA SMITH:  I'm Lola Smith.  I'm 12 years

7   old.  I'm a non-binary.  If you pass this bill, many

8   of us will die.  I deserve to live as long as all of

9   you.  We are humans too.

10          Why are you so afraid of me,

11   Mr. Yarborough?

12          CHAIRWOMAN BURTON:  Excuse me.  Lola, I

13   asked people not to -- speak to the whole committee.

14   You can continue.  Speak to the whole committee.

15          Seneca Bristol, followed by Zaide

16   (phonetic) Smith.

17          You're recognized.

18          SENECA BRISTOL:  Can I ask a quick question

19   first?

20          CHAIRWOMAN BURTON:  No, ma'am.  You may

21   make --

22          SENECA BRISTOL:  Oh, okay.

23          CHAIRWOMAN BURTON:  -- a statement for 30

24   seconds.

25          SENECA BRISTOL:  Sorry.  I'm Seneca

Med Def_000173

Committee on Health Policy
March 13, 2023

Page 87

1  Bristol, the vice president of the Youth Chapter

2  Women's Voices of Southwest Florida.  And I'm here

3  to oppose this bill.

4          Let me make this very clear.  Gender-

5  affirming care is not self-harm.  It is life-saving.

6  You all makers have shown time and time again they

7  do not care about discrimination.  That you only

8  support constitutional rights when suits your

9  agenda.

10          You are afraid of the new generation, plain

11  and simple.  But let me remind you that this is land

12  of the free.  Advocating for freedom means

13  advocating for the freedom of all individuals,

14  including us young people.

15          Don't hide behind the facade of freedom

16  until we are all truly free.  Do not pass this bill.

17          CHAIRWOMAN BURTON:  Zaide -- and I'm sure

18  I'm mispronouncing your name, but I think it says

19  Zaide Smith, followed by Theresa Jones.

20          You're recognized.  If you would pronounce

21  your name, we do -- I --

22          ZAIDE SMITH:  My name is Zaide Smith.  I'm

23  here with Women's Voices of Southwest Florida.  I

24  would like you to know that we brought children here

25  that came 6 hours and you gave them 30 seconds to

Med Def_000174

Page 88

1   speak.  That's embarrassing.

2           If our child is being strangled by

3   society's expectations, should we not remove the

4   noose.  Calling supportive parents abusive is like

5   watching a person doubt a fire and then complaining

6   about the puddles.  We're saving lives, and you are

7   taking lives.

8           You should all be ashamed that we are even

9   having this conversation, nonetheless that you're

10  letting children advocate for their own lives for 30

11  seconds.  They're worth more than 30 seconds of your

12  time.  I'm ashamed of you.  Everyone in this room is

13  ashamed of you, and you should be ashamed of

14  yourself.

15          CHAIRWOMAN BURTON:  Thank you.  Let's --

16  all right.

17          Ladies and gentlemen, if you clap, I'm

18  going to have to ask you to clap outside this room.

19          Theresa Jones, you're recognized.

20          THERESA JONES:  I'm Theresa Jones, and I

21  came from Ocala at three hours, just like everybody

22  else.  But this-- let me tell you.  God put babies

23  in our bodies.  Nobody has the right to play God.

24          I support this bill.  And by the way, I

25  heard you, guys, earlier.  I'm a fourth-generation

Med Def_000175

Committee on Health Policy
March 13, 2023

Page 89

1  black American, and I'm a Republican.  We fight for

2  rights, ma'am.

3          This bill is a good bill to protect our

4  children.  The government needs to keep their hands

5  off and when they turn 18, they do what they want.

6  Go to college and switch curriculums three times.

7          CHAIRWOMAN BURTON:  Thank you, ma'am.

8          THERESA JONES:  Thank you.

9          CHAIRWOMAN BURTON:  Sarah Parker, followed

10  by George (Indiscernible).  Is Sarah Parker here?

11          Sarah Parker, you're up.  Yeah.  I know you

12  -- I missed you on deck opportunity.  I apologize.

13          SARAH PARKER:  I was trying to follow rules

14  because we got threatened to be banned forever.

15          CHAIRWOMAN BURTON:  Thank you.  You're

16  recognized.

17          SARAH PARKER:  My name is Sarah Parker.

18  I'm with Women's Voices of Southwest Florida.

19          I know that you don't -- you guys don't

20  like the way that we do things, but I want to remind

21  you, we take notes from the Boston Tea Party.  We

22  take notes from the civil rights movement, we take

23  notes from the women's suffrage movement.

24          With that being said, if Dark Brandon and

25  the blue states decided that they were going to get

Med Def_000176

Committee on Health Policy
March 13, 2023

Page 90

1  involved in your custody battles because you guys

2  don't want to vaccinate your children or your

3  custody battles because you teach your children vile

4  hate problems, what would you do?  And whatever

5  you're thinking you would do times up by 10.

6          You call Women's Voices Southwest Florida

7  daddy now because every child in this room, I am now

8  the parent of.  Thank you.

9          CHAIRWOMAN BURTON:  Sarah Parker -- you

10  were Sarah Parker.  Sorry, Sarah.

11          SARAH PARKER:  Always do that --

12          CHAIRWOMAN BURTON:  Sorry, Sarah.  George

13  (Indiscernible).  I don't -- he is not -- he is

14  waiving in support of the bill.  Oh, I'm waiving

15  now.

16          Ryan Kennedy, Florida Citizens Alliance is

17  waiving in support of the bill.

18          Jamie Merchant is waiving in support of the

19  bill.

20          Karen Woodall, Florida Center for Fiscal

21  and Economic Policy is waiving against the bill.

22          Barbara DeVane with Florida now is waiving

23  against the bill.

24          Gabe, initial I think it's either an I or

25  L, I'm going to think it's a I, is here.  Is Gabe

Med Def_000177

Committee on Health Policy
March 13, 2023

1  here?  Well, Gabe is waiving opposition of the bill.

2           Dalton Vanderford, followed by Leanne

3  Klumb, K-l-u-m-b.

4           And you are recognized.

5           DALTON VANDERFORD:  My name is Dalton

6  Vanderford.  Choices have consequences.  Every

7  single choice you make does not affect your life

8  when you leave this building, but it affects every

9  single person that you are looking out at today and

10  thousands upon thousands upon thousands upon

11  millions in the world just like us.  And we are not

12  going anywhere.

13           CHAIRWOMAN BURTON:  Leanne Klumb.  Here,

14  again, I apologize.  So please state your name when

15  you get to the podium.  Followed by Kelly Podracky

16  (phonetic).

17           You're recognized.

18           LEANNE KLUMB:  Leanne Klumb.

19           CHAIRWOMAN BURTON:  Klumb.

20           LEANNE KLUMB:  My daughter, Annie, began

21  expressing a desire to dress like a boy from the

22  time she could put words together.  The age of one

23  and a half.

24           My now son, Andy, once told me that before

25  he transitioned, he never thought he'd live to see

Med Def_000178

Committee on Health Policy
March 13, 2023

Page 92

1  21 because he planned to kill himself.

2           My child did transition and receives --

3  currently receives this affirming care that's life-

4  saving.  He's now 25 and finishing graduate school.

5           CHAIRWOMAN BURTON:  Kelly Podracky,

6  followed by Alex Stanwood.

7           You're recognized.

8           KELLY PODRACKY:  My name is Kelly Podracky.

9  I'm a lifelong resident of Florida, a taxpayer, and

10 a registered voter.

11          My husband and I have four children.  Our

12 oldest child is transgender.

13          In his ninth grade year, we found the razor

14 he was using on himself because of gender

15 dysmorphia.  He began his transition his ninth grade

16 year of high school.  He is now in college on a full

17 academic ride.  He is thriving.  He is successful.

18 He is happy, and he is whole.  I, please, appeal to

19 each of you to think of my child, to think of that

20 razor blade when you are talking about this bill.

21          CHAIRWOMAN BURTON:  Thank you.

22          KELLY PODRACKY:  It literally saved his

23 life.

24          CHAIRWOMAN BURTON:  Alex Stanwood, followed

25 by Lisa, last -- I mean, first initial last name, O.

Med Def_000179

Committee on Health Policy
March 13, 2023

Page 93

1              So Alex Stanwood, you're recognized.

2              ALEX STANWOOD:  My mother and father had a

3    custody battle when I was a kid.  Before he won

4    custody, I stood on a bridge and told the police if

5    I had to go back with my abusive and unaccepting

6    mother, I would jump off the bridge.

7              If this bill had been in place the time I

8    transitioned, my mother got custody of me, I would

9    be dead right now.

10             When we say that our blood is going to be

11   on your hands, this is what we mean.  This is

12   genocide, and this is the scars of someone that

13   cannot transition.  Don't let this happen to another

14   kid.

15             CHAIRWOMAN BURTON:  Lisa, opposed -- waives

16   in opposition.  Van Harms, followed by Denise

17   Barber.  Is Van here?

18             You're recognized.

19             VAN HARMS:  My name is Van Harms.  I'm 24.

20   I would not be a 24 if it were not for gender-

21   affirming care.  I'd be dead.

22             When I was two, I wanted to kill myself.

23   By the time I was 15, I attempted to slice my own

24   breasts off.

25             I went to the ER because I was bleeding

Med Def_000180

Committee on Health Policy
March 13, 2023

Page 94

1  out.  How do you conjure that up?  How do you

2  explain that?  This is a picture of my friend Dakota

3  Ren.  Look at it.

4            CHAIRWOMAN BURTON:  Van, you need to turn

5  your phone around.  We don't bring -- we don't allow

6  pictures.

7            VAN HARMS:  She killed herself because of

8  shit like this.

9            CHAIRWOMAN BURTON:  Okay.  You're excused.

10  Thank you.

11            Denise Barber.  Jon Harris Mauer, you'll be

12  on deck.

13            You're recognized.

14            DENISE BARBER:  Hi.  My name is Denise

15  Barber, and I just wanted to say that I've lived in

16  Northwest Florida 67 years.  It's about to be 68,

17  born and raised in Northwest Florida.  And the

18  language in this bill is scary.  It is horrific.

19            I have a 43-year-old trans son who lives

20  here in Tallahassee.  Happy, married, got a kid.  I

21  have a 15-year-old trans granddaughter who lives

22  here.

23            I am scared to death for them, scared to

24  death, and wondering if it is time that I leave my

25  home state where I've been --

Med Def_000181

Committee on Health Policy
March 13, 2023

Page 95

1              CHAIRWOMAN BURTON:  Thank you.

2              DENISE BARBER:  -- born and lived all my

3    life.

4              CHAIRWOMAN BURTON:  Thank you.

5              Jon Harris Mauer, followed by Melinda

6    Stanwood.  You're recognized.

7              JON HARRIS MAUER:  Equality Florida

8    fundamentally opposes Senate Bill 254.

9              You cannot pretend this is about parents'

10   rights when it overrides the decisions of affirming

11   parents.  You cannot pretend there's a lack of data

12   when there's extensive scientific evidence.

13             You can't pretend this is about protecting

14   people who can't consent when it blocks care for

15   adults.

16             Each of you know a transgender person or

17   her parent.  I hope that you will listen to those

18   people, those parents, and the parents you're

19   hearing today before you take this vote.

20             CHAIRWOMAN BURTON:  Melinda Stanwood,

21   followed by Claudia Thomas.  Claudia Thomas is here.

22   If you'll come underneath the clock, I'd appreciate

23   it.  You're recognized.

24             MELINDA STANWOOD:  Thank you.  My name is

25   Melinda Stanwood.  My husband and I are raising six

Med Def_000182

Committee on Health Policy
March 13, 2023

Page 96

1  beautiful children together.  Two of them are

2  transgender, including my wonderful stepson, Alex.

3              This bill is both vague and hostile to

4  families like ours.  Could someone see my child

5  perhaps wearing new clothes or using an unexpected

6  pronoun and decide that my husband and I need to be

7  investigated?

8              It's painfully ironic that parental rights

9  are supposed to be protected in our state for

10 parents while those rights are explicitly denied for

11 parents like myself.  At the core of conservative

12 value should be the resistance of this type of

13 government overreach.

14             Why are our conservative leaders in Florida

15 silent --

16             CHAIRWOMAN BURTON:  Thank you --

17             MELINDA STANWOOD:  -- on this?

18             CHAIRWOMAN BURTON:  -- ma'am.  Thank you.

19 Claudia Thomas, followed by Ivy Lynch (phonetic).

20 Ivy Lynch is here.  Please meet underneath the

21 clock.  You're recognized.

22             CLAUDIA THOMAS:  Thirty seconds.  I'm going

23 to cut to the chase.

24             This bill and many others is not

25 specifically about -- well, it is about what it's

Med Def_000183

Committee on Health Policy
March 13, 2023

Page 97

1   about, but the reality is, and you all know it.

2          I'm old enough to remember when parties

3   would submit legislation for good reasons, for

4   things their constituents care about that make

5   sense; taxes, lowering their rent.

6          These are culture awards and you all know

7   it.  And I would love to think that there might be

8   one person on this panel who would have the guts to

9   stand up for your party, take it back to --

10         CHAIRWOMAN BURTON:  Thank you.

11         CLAUDIA THOMAS:  -- the good conservative

12  party used to be and stop with this --

13         CHAIRWOMAN BURTON:  Renee Davis will be

14  following Ivy Lynch.

15         And you're recognized.

16         IVY LYNCH:  Senators, I urge you to look at

17  all the trans youth in this room and dare you to

18  tell them that they do not deserve healthcare.  That

19  they do not deserve to live.

20         Every single one of them in here has

21  considered, is going to attempt, or has attempted

22  suicide, and that blood is on your hands.

23         My name is Ivy.  This is my healthcare.

24  Fuck you and trans rights.

25         CHAIRWOMAN BURTON:  You're excused.

Med Def_000184

Committee on Health Policy
March 13, 2023

Page 98

```
 1                 Ladies and gentlemen, we are not going to
 2  use what is highly inappropriate language in a
 3  professional setting.  If it happens, then you will
 4  not be invited back to speak at another committee.
 5                 You're recognized.  So Renee Davis,
 6  followed by Madison Hilt.
 7                 RENEE DAVIS:  Thank you, Madam Chair.  My
 8  name is Renee Davis, and I'm a woman who happens to
 9  be transgender.
10                 And at 2:00 in the morning last night, I
11  drove here in about six and a half hours, and I
12  prepared a large speech.  I'm a research scientist,
13  an entrepreneur, a homeowner, a taxpayer here in
14  Florida.
15                 Unfortunately, I'm not going to get that
16  time to discuss those things.  So instead I want you
17  to just sit here and look at me and realize that
18  we're here.  We're trans, and we're not going
19  anywhere.
20                 CHAIRWOMAN BURTON:  Thank you.
21                 RENEE DAVIS:  Thank you.
22                 CHAIRWOMAN BURTON:  Madison Hilt followed
23  by Paul Arons.
24                 You're recognized.
25                 MADISON HILT:  Hello, members.  My name is
```

Med Def_000185

Page 99

1  Madison Hilt.  I come to speak in opposition of this

2  bill.  I would like to read you a section out of the

3  Bible, actually.  "Blessed are you, when people hate

4  you and when they exclude you, revile you and defame

5  you on account of the son of man.  Rejoice on that

6  day and leap for joy.  For surely your reward is

7  great in heaven.  For that is how the ancestors

8  treated at their prophets."

9           I'm a deacon in a Baptist church, and I am

10 transgender.  You're taking away my choices for

11 healthcare, not just the children's, mine as an

12 adult.  Just process that and talk to your trans

13 friends for a minute --

14          CHAIRWOMAN BURTON:  Thank you.

15          MADISON HILT:  -- okay?  Thank you.

16          CHAIRWOMAN BURTON:  Paul Arons, followed by

17 Shane Mahoney or -- Shane, last name begins with an

18 M.

19          Paul Aarons, you're recognized.

20          PAUL ARONS:  Thank you.  Good afternoon.

21 My name is Paul Arons.  I've been an MD for 42

22 years, 25 of which were with the Florida Department

23 of Health.

24          This anti-science bill intrudes government

25 controls into private relationships between gender-

Med Def_000186

Committee on Health Policy
March 13, 2023

Page 100

1  diverse Floridians and their families and their

2  healthcare providers, many in specialized university

3  environments who have spent whole careers developing

4  sensitive and nuanced expertise.

5              It also violates medical ethics and human

6  rights as is tested by members of the Florida

7  Bioethics Network and the human rights campaign.

8  Please withdraw this ill-advised, life-threatening

9  bill.

10             CHAIRWOMAN BURTON:  Shane?

11             PAUL ARONS:  Thank you for the opportunity

12  to testify.

13             CHAIRWOMAN BURTON:  Could you please

14  pronounce your name?

15             SHANE MAHONEY:  Okay, here.

16             CHAIRWOMAN BURTON:  Thank you.  You're

17  recognized.

18             SHANE MAHONEY:  I would really appreciate

19  it if you could say what treatments are happening

20  rather than just sex reassignment treatments.

21             Also, the child exists.  They aren't just

22  the parents' plaything.  And it is absurd for the

23  state to automatically side with one of the parents

24  over the other because of their opinion on their

25  child receiving gender-affirming care.  Also, look

Med Def_000187

Committee on Health Policy
March 13, 2023

Page 101

1  at the goddamn photos of the --

2          CHAIRWOMAN BURTON:  All right.  You're

3  excused.

4          Wendell Bader -- Badey (phonetic), followed

5  by -- I'm sorry.  You're welcome to come to the

6  podium, followed by Caroline Pryor.

7          You're recognized.

8          WENDELL BADEY:  Chair committee, thank you

9  for having us.  Gender dysphoria is real.  And WPATH

10 works as mentioned earlier.

11         I would ask that you reject this bill in

12 that why would a parent put their child through what

13 I spent 45 years self-medicating and, you know, some

14 don't make it.

15         I'm a parent.  I'm a grandparent.  I'd

16 whatever it meant to keep them alive.  Thank you.

17         CHAIRWOMAN BURTON:  Thank you.  Caroline

18 Pryor, followed by Melia Orrell.

19         You're recognized.

20         CAROLINE PRYOR:  Good afternoon.  As a

21 foster parent, I have seen firsthand the stress of

22 the system on our children, our most vulnerable

23 being those LGBT youth in the foster system.

24         I'm a parent.  I am also a queer parent.

25 And attacking trans youth and trans families is

Med Def_000188

Committee on Health Policy
March 13, 2023

Page 102

1  wrong, and that is what this bill does.

2            I urge you to oppose this bill, voice

3  support for families that don't look like your own,

4  and to protect trans children and families.  Thank

5  you.

6            CHAIRWOMAN BURTON:  Thank you.  Melia

7  Orrell, followed by Shayani Quinn Cutliffe

8  (phonetic), I believe.

9            You're recognized.

10           MELIA ORRELL:  Hi, my name is Melia Orrell.

11  I'm a mother and a foster parent.  My daughter is

12  behind me in the stroller.

13           I've seen firsthand the harm done to

14  Florida children when their parents reject them

15  based on their identity, they end up dead, or they

16  end up in the foster care system.  At the same time,

17  I've witnessed the life-saving power of accepting

18  children as they are.

19           Gender-affirming care is life-saving care.

20  Affirmative parents and medical professionals save

21  the lives of children.  Gender-affirming care should

22  not be criminalized.  Affirming and supportive

23  parents should not --

24           CHAIRWOMAN BURTON:  Thank you.

25           MELIA ORRELL:  -- be penalized.

Med Def_000189

Committee on Health Policy
March 13, 2023

1              CHAIRWOMAN BURTON:  Thank you.  And I'm

2   going to ask you if you would be so kind as to

3   pronounce your name because --

4              SHAYANI QUINN CUTLIFFE:  No worries.

5              CHAIRWOMAN BURTON:  -- I mispronounced it.

6              SHAYANI QUINN CUTLIFFE:  My name is Shayani

7   Quinn Cutliffe.

8              CHAIRWOMAN BURTON:  Shayani.  Okay.

9              SHAYANI QUINN CUTLIFFE:  And I'm a

10  homeowner.

11             CHAIRWOMAN BURTON:  (Indiscernible) the

12  time, please.

13             SHAYANI QUINN CUTLIFFE:  No worries.

14             CHAIRWOMAN BURTON:  On deck -- I'm going to

15  put my on-deck person is Emma Roy.

16             Now, I apologize.  You're recognized.

17             SHAYANI QUINN CUTLIFFE:  Thank you.  I'm

18  not going to spend my time pleading with you guys.

19  I'm just going to say this: if you support this

20  bill, you clearly didn't do your research, and you

21  didn't look at the science behind it; and you didn't

22  talk to the people.

23             I commend you, sister, but that man never

24  answered your questions.  Real talk.  And the fact

25  that you all can't answer people's real questions,

Med Def_000190

Committee on Health Policy
March 13, 2023

Page 104

1  and the fact that you just sit here and stare at us

2  weirdly tell us all we need to know.  You don't want

3  to know us.

4             CHAIRWOMAN BURTON:  Thank you.

5             SHAYANI QUINN CUTLIFFE:  You just want to

6  be bigots.

7             CHAIRWOMAN BURTON:  Emma Roy is followed by

8  Heather Wilkie.

9             You're recognized.

10             EMMA ROY:  Emma Roy.

11             CHAIRWOMAN BURTON:  You're recognized.

12             EMMA ROY:  I'm a trans parent.  This law

13  ensures deaths near death and uncertain death from

14  cherry picked data.  It violates my parental rights,

15  also human and children's rights.

16             Shame on you for a complete lack of empathy

17  and no conscience.  Vote no.

18             Every trans youth, this monstrous law

19  hurts.  You are loved and you enrich the world.

20             CHAIRWOMAN BURTON:  Heather Wilkie?  You're

21  recognized.

22             HEATHER WILKIE:  Good afternoon.  My name

23  is Heather Wilkie, and I'm a licensed mental health

24  counselor.  I'm also a queer woman and a parent of

25  an eight-year-old child.

Med Def_000191

Committee on Health Policy
March 13, 2023

Page 105

1                    For the past eight years, I've led an LGBTQ

2     youth organization called Zebra Youth in Orlando,

3     Florida, where I've seen hundreds of youth come

4     through our services needing life-saving care, which

5     we've provided.

6                    We've been able to take them and help them

7     through gender-affirming care.  What we know

8     statistically is that over half of the youth, as

9     indicated here in this room, have attempted suicide

10    in their life if they are gender-variant.  I beg you

11    to please stop the nonsense --

12                   CHAIRWOMAN BURTON:  Thank you.

13                   HEATHER WILKIE:  -- and please let them

14    live their authentic lives.

15                   CHAIRWOMAN BURTON:  Annie Filkowski is

16    waiving in support.  Stephanie Nolder, National

17    Association of Social Workers is waiving against.

18    Ashley Bailey is waiving in support.  Stephanie

19    Nolder is waiving against.  Rob Powers is waiving

20    against.  Atticus Luby, L-u-b-y, is waiving against.

21                   Grayson Powers is waiving against.

22    Jennifer Jane is waiving against.  Jessica Powers is

23    waiving against.  Hayden B. is waiving against.

24    Darren Ball is waiving against.  Nicholas Machuca is

25    waiving against.  Annie Filkowski, Florida Alliance

Med Def_000192

Committee on Health Policy
March 13, 2023

Page 106

1  of Planned Parenthood Affiliates is waiving against.

2  Charlotte Keaton is waiving against.  Parker Keaton

3  is waiving against.

4           I believe it's Cheryl Citeff, C-i-t-e-f-f,

5  is waiving against.  Kevin Kempson is waiving

6  against.  Cynthia Lacquer is waiving against.

7  Thomas Lober is waiving against.  Robert Brown is

8  waiving against.

9           Avery Baylor is waiving against.  Yenisbel

10 Vilorio is -- the State Innovation Exchange Action

11 is waiving against.  NR Hines, ACLU, Florida is

12 waiving against.  Lauren Kelly-Manders is waiving

13 against.

14          Victoria Throop is waiving against.  Dana

15 Farmer is waiving against.  Brian Marquez waiving

16 against.  Jordan Rue waiving against.  David Grann

17 with American Atheist, I believe is what it says, is

18 waiving against.

19          Aaron Keith is waiving against.  Brittany

20 Williams also with American Atheist, is waiving

21 against.  Corey Elaine DeSaaran (phonetic), I

22 believe, is waiving against.  Heather McClain is

23 waiving against.  Jackson Oberlink is waiving

24 against.

25          Kelsey Kliznik (phonetic), thank you, for

Med Def_000193

Page 107

1  the Pat Health is waiving against.  K. B. Francis is

2  waiving against.  Michael Barrett, Florida

3  Conference of Catholic Bishops, is waiving in

4  support.

5            Billy John Hill Bardof is waiving against.

6  Natalie -- is there a Natalie Fadawn (phonetic) from

7  Miami, Florida?

8            Is there Natalie from Miami in the room?

9  We have a written record that she is waiving

10 against.

11           Mary Green is waiving against.  Sylvia

12 Weber is waiving against.  Icarus Jasper is waiving

13 against.  Luis Rodriguez is waiving against.

14           Raphael Acosta is waiving against.  And I

15 have Annie Filkowski, the Florida Alliance of

16 Planned Parenthood Affiliates waiving against.

17           Senators, we are now in debate.  Is there

18 debate on the bill?  Is there debate on the bill?

19 You'd like to go?  A debate?

20           Senator Davis, you're recognized.

21           SENATOR DAVIS:  Thank you, Madam Chair.  I

22 know we all have said a lot and heard a lot today,

23 so I'm just going to repeat some of the things I

24 think bears repeating.

25           We've heard that this bill restricts access

Med Def_000194

Page 108

1  to gender affirming care.  We've heard that it

2  creates a potential for depression.  Some have

3  suicidal thoughts, suicide attempts.  The target is

4  on the back of the queer community.

5          Treatment of gender affirming care is not

6  experimental, a transphobic, extreme overreach by

7  the government, and the side effect to not having

8  this care is suicide.

9          And so those were the words that speaker

10 after speaker after speaker said.  And all I could

11 hear was, love me as I am.  Love me as I am.

12         Words hold an incredible amount of power.

13 And that's something that I think this legislature

14 should remember.  Trans people are around 0.6

15 percent of the population in the United States, but

16 are more than four times likely to be victims of

17 violent crime.

18         And as we sit here, it simply feels like

19 what we've done today with this legislation is

20 vilify who you are.

21         LGBT youth, particular, our trans youth

22 have significantly higher rates of depression,

23 homelessness, and suicide.  They're sent to

24 conversion therapy or kicked out or abused, or if

25 they're lucky, they have a supportive family, like

Med Def_000195

Committee on Health Policy
March 13, 2023

Page 109

1  we've heard over and over today who loves them as

2  they are.

3           It's a proven fact that providing support

4  for them, even as simple as social transition, can

5  reduce their likelihood of suicide attempts by 73

6  percent.  And it's one in three kids right now.

7           However, 35 percent of our trans kids are

8  likely to, again, attempt suicide before they're 18.

9  We heard that over and over again.

10          In my opinion, this bill would not only

11  disregard those kids, it would reinforce that high

12  suicide rate.  It would keep our children hopeless,

13  and it's simply cruel.  I think we need to be

14  careful of the rhetoric we create by hearing and

15  passing bills like this.

16          There are children out there who believe

17  they are better off dead because of the lack of

18  support.  And all you've said today is, love me as I

19  am.  Trans kids are rare, but they do exist.

20          This bill would be a massive step backwards

21  because of -- because simply all this bill does is

22  put more kids in harm's way.

23          I personally feel like this bill is

24  unconstitutional, and so with all of that, I know

25  you all know I'll be voting against this bill today.

Med Def_000196

Committee on Health Policy
March 13, 2023

Page 110

1  And I simply urge my colleagues that will be voting

2  in support of this bill to look at what we're doing,

3  to listen to what's been said to us.  And all you

4  should have heard is love me as I am.

5          Thank you, Madam Chair.

6          CHAIRWOMAN BURTON:  Shall debate.

7          Senator Book, you're recognized.

8          SENATOR BOOK:  Thank you, Madam Chair.  And

9  it's tough to go after my colleague, Senator Davis.

10  I'd like to push back on something that the bill

11  sponsors started with when introducing this bill.

12  And that is we want to protect kids.

13          We all want to protect kids.  Let's be

14  very, very clear about one thing.  I have spent my

15  life protecting kids.  I will spend the rest of my

16  life and my time when I'm no longer in the

17  legislature protecting kids.

18          The parents and adults who are here with

19  these children today want to protect kids.  It may

20  not look the way you think it should, but we all

21  want to protect kids.

22          We all believe in parental rights, don't

23  we?  Their rights as parents are the same as yours.

24  They may not think the way that you do, but they

25  want to protect their kids the way that it is their

Med Def_000197

Page 111

1  right to do.

2            We know and have heard time and time again

3  the suicide rights that exist for this population.

4  We have a responsibility to allow parents the right

5  to protect their kids the way that they see fit.

6            I believe it's an extreme overreach when

7  we're talking about adults, adults to receive

8  gender-affirming care, putting block after block

9  after block.

10            All we do in this committee is talk about

11  telehealth and access to care.  In rural

12  communities, if you say it out of one side for one

13  group, it should be the same for the other.  Come

14  on, come on.  This is wrong.  And it's an extreme

15  overreach.

16            CHAIRWOMAN BURTON:  Additional debate?

17            Senator Osgood, you're recognized.

18            SENATOR OSGOOD:  Thank you.  You know, I

19  have been toiling back and forth.  I had a

20  conversation with Senator Yarborough, who I believe

21  in his own right, is doing what he feel is right.

22            And I've gone back and forth.  I've

23  listened.  I've been very thoughtful and also very

24  prayerful.  And I know some might not want to hear

25  that, but that's a part of who I am.

Med Def_000198

Committee on Health Policy
March 13, 2023

Page 112

1                    And I thought about this from a perspective

2    as a parent.  Decisions I would make as it relate to

3    my own child.  I thought about the protection piece,

4    do I look to protect the child from suicide now or

5    from potential side effects in the future?  That I

6    don't have any answers to.

7                    Certainly was disturbed by all the

8    criminalization things that come forth and just

9    thinking that we have to find a way to live without

10   making everything where someone ends up in jail.

11                   Then I thought about the parents' rights,

12   and when I was taking the task, because I believed

13   within everything that I stood for, that I should

14   use a mask to protect kids in school against COVID.

15   And I was constantly told that I was violating

16   parents' rights and choices when I still think today

17   that I saved thousands and thousands of kids' life.

18   And I'm still being told that I violated parents'

19   rights and choices.

20                   And as I think through this bill and I see

21   children and I see adults totally separate, I do

22   think that we get to some age of maturation that we

23   should make decisions and be responsible for the

24   outcomes of those decisions as adults.

25                   And as I continued to read and do research

Med Def_000199

Committee on Health Policy
March 13, 2023

Page 113

1  and talk to different individuals, think about my

2  stepdaughter that I raised that's of the LGBT

3  community, it's just -- it's not as black and white.

4          Just because I don't understand some

5  elements don't mean that I hate anybody.  I love

6  people.  I think that we all are doing the best we

7  can to live in this world one day at a time with all

8  of our differences.

9          Being an African American person, I

10  understand that I have experienced some pains that

11  many people in this room have not.  It doesn't make

12  me wrong and them right or vice versa.

13          So as we try to move forward, I came to a

14  place where, as a government entity, I think that

15  there are some limits.  I think there are absolutely

16  -- with the background in public administration,

17  there are absolutely some things that the government

18  should not interfere with.  That some things are

19  moral decisions based on individuals and whatever

20  they believe or not believe about whoever their

21  higher being is.  I subscribe to that

22  wholeheartedly.

23          And it's just very difficult to ignore

24  pain.  I have too many unanswered questions that I

25  don't want to make a decision and make a decision

Med Def_000200

Committee on Health Policy
March 13, 2023

Page 114

1  that could potentially hurt someone even further.

2           I have some strong moral beliefs and my

3  dilemma is I don't have a way of abstaining if that

4  was my choice.  It's been taken away.

5           I just think that this is something that

6  we're faced with that has been around for a while.

7  But because we have failed to be inclusive in our

8  discussions, in our deliberating, in our trying to

9  understand that we don't have what we need to -- I

10  don't have what I need to make solid concrete

11  decisions, but I do think that it is far, far

12  overreaching.

13          But, again, I don't think that anyone is

14  showing hate.  I believe in my colleagues that are

15  here that I don't think that anyone here has a

16  spirit where they're trying to intentionally harm

17  someone.  And I want to be fair in saying that

18  because I think it's very important as we move forth

19  as legislators.  I'm kind of just tired of all the

20  one party against the other thing.  I haven't found

21  anyone here to be where they're trying to harm

22  anyone.  Just because you have a different

23  perspective, it doesn't mean you're trying to hurt

24  someone or retaliate against someone.

25          But for my own personal belief, I do just

Med Def_000201

Committee on Health Policy
March 13, 2023

Page 115

 1  think that it's too far overreaching, and that's why

 2  I'm not supporting the bill.  Thank you.

 3          CHAIRWOMAN BURTON:  Thank you.  Additional

 4  debate on the bill?  Is there any additional debate?

 5          Seeing none, Senator Yarborough, you're

 6  recognized to close on the bill.

 7          SENATOR YARBOROUGH:  Thank you, Madam

 8  Chair.  Thank you members of the committee for

 9  having this bill in front of you today.

10          Thank you.  I wanted to say too, thank you

11  to everyone who took the time to come to today's

12  meeting.  I know many of you waited for more than

13  two hours to speak, and I want you to know that I

14  have great respect for each of you, and whether we

15  align or differ on our opinions, the fact that you

16  came to share with the Committee is meaningful.  So

17  thank you very much for that.

18          I also would like to address -- many

19  speakers mentioned instances of youth taking their

20  own lives or fearing for their lives.  And I want

21  you to know or I'll just say speaking for me, your

22  life does have value.  I reject the notion that an

23  individual's worth and dignity is limited to

24  whatever preference that they may choose with regard

25  to the topic that's before us today because it's not

Med Def_000202

Page 116

1  limited to that.

2           Every person was created with extraordinary

3  worth, incredible value, and a unique purpose that

4  was from the time that they were created.  You can't

5  change that.

6           Procedures and all of the other efforts

7  cannot fill the deepest needs in a human heart, and

8  they don't give you your worth and value because,

9  again, you possess that when you were created.  In

10 fact, before you were even born, you've had those

11 traits.

12          So this legislation does not impact the

13 ability, we've talked about it of an adult in the

14 state to make a decision to pursue any treatment or

15 surgery related to sex reassignment.

16          And also, as we've discussed, the bill is

17 consistent with the Florida Board of Medicine and

18 Board of Osteopathic Medicines rules to restrict the

19 reassignment prescriptions and procedures for

20 children.  That is the thrust of the bill.

21          The Physician Medical Board spent the past

22 eight months considering the research, listening to

23 experts, and hearing from the public, and they

24 determined these treatments to be harmful for minors

25 and the Board of Medicine's rule banning treatment

Med Def_000203

Committee on Health Policy
March 13, 2023

Page 117

1  for minors was already set to go into effect this

2  Thursday, March the 16th.  The bill codifies that

3  rule.

4            Additionally, as reported in the New York

5  Times in October of 2022, England's National Health

6  Service proposed restricting use of the drugs for

7  gender dysphoric children to research settings.

8  Sweden and Finland have also placed limits on the

9  treatment, concerned not just with the risk of

10  puberty blockers, but the steep rise in young

11  patients.

12            Adult patients, fully informed by their

13  physician and the nature and risks of sex

14  reassignment prescriptions and procedures, can make

15  a decision about these treatments for themselves,

16  and many here today have indicated that they have

17  made that decision.

18            The fact remains that when it comes to

19  children, these treatments are experimental.

20            As I said in my opening remarks, I believe

21  as lawmakers we do have to draw the line.  When

22  drastic life-altering gender dysphoria therapies and

23  surgeries are being prescribed for children,

24  sometimes very young children.

25            I believe we need to let kids be kids and

Med Def_000204

Committee on Health Policy
March 13, 2023

Page 118

1  our laws need to set appropriate boundaries that

2  respect the rights and responsibilities of parents

3  while protecting children from the very serious

4  health and safety concerns associated with these

5  treatments.

6           I respectfully ask for the committee

7  support of this bill.  Thank you.

8           CHAIRWOMAN BURTON:  Onha (phonetic), please

9  call the roll on Senate Bill 254.

10          ONHA:

11          Senator Albritton.

12          (No audible response)

13          Senator Avila.

14          (No audible response)

15          Senator Book.

16          (No audible response)

17          Senator Broxson.

18          (No audible response)

19          Senator Burgess.

20          (No audible response)

21          Senator Calatayud.

22          (No audible response)

23          Senator Davis.

24          (No audible response)

25          Senator Garcia.

Med Def_000205

Committee on Health Policy
March 13, 2023

Page 119

 1              (No audible response)

 2              Senator Harrell.

 3              (No audible response)

 4              Senator Osgood.

 5              (No audible response)

 6              Chair -- sorry.  Vice Chair Brodeur.

 7              (No audible response)

 8              Chair Burton?

 9              CHAIRWOMAN BURTON:  Yes.

10              By your vote, Senate Bill 254 will be

11  reported favorably as a committee substitute.

12              (END OF REQUESTED PORTION)

13

14

15

16

17

18

19

20

21

22

23

24

25

Med Def_000206

Committee on Health Policy
March 13, 2023

Page 120

1              CERTIFICATE OF TRANSCRIPTIONIST

2         I certify that the foregoing is a true and

3    accurate transcript of the digital recording

4    provided to me in this matter.

5         I do further certify that I am neither a

6    relative, nor employee, nor attorney of any of the

7    parties to this action, and that I am not

8    financially interested in the action.

9

10

11

12                    *Julie Thompson*

13

14                    Julie Thompson, CET-1036

15

16

17

18

19

20

21

22

23

24

25

Med Def_000207

**0**

**0.6**
  108:14

**1**

**1**
  19:10
**10**
  44:9 55:9
  58:23 90:5
**10-year-old**
  50:21
**1000**
  53:1
**112830**
  5:3 48:10
**12**
  86:6
**15**
  74:8 93:23
**15-year-old**
  94:21
**151**
  16:10
**16th**
  21:1 23:17
  117:2
**17**
  83:10
**17-**
  82:24
**18**
  21:13 22:11
  74:13 89:5
  109:8
**1984**

58:15
**1988**
  58:15
**19:12**
  65:7

**2**

**2**
  22:14
**2.10(2)**
  43:1
**200**
  52:24
**2022**
  20:25 117:5
**2023**
  74:4
**2024**
  60:7
**21**
  92:1
**22-year-old**
  59:4
**224**
  42:16
**23**
  22:11,13
  74:13
**234**
  42:16
**24**
  93:19,20
**25**
  92:4 99:22
**254**
  10:9 53:2
  56:7 71:1

75:25 85:14
95:8 118:9
119:10
**2:00**
  98:10

**3**

**30**
  49:8,9,12
  64:22 67:1
  77:2 78:22
  86:23 87:25
  88:10,11
**309890**
  36:21 41:2
**35**
  109:7

**4**

**42**
  22:14 99:21
**43-year-old**
  94:19
**448208**
  42:8 47:6
**45**
  62:24 78:11,
  14,22 101:13
**49**
  19:12,13

**5**

**53-year-**
  70:24
**56-year-old**
  58:14
**58**

18:16
**59**
  18:16

**6**

**6**
  16:9 87:25
**67**
  22:16 94:16
**68**
  18:16 94:16

**7**

**73**
  109:5
**788684**
  31:12,17 33:2

**8**

**8**
  30:16

**9**

**953930**
  34:4 35:20

**A**

**A-L-A-S-T-O-R**
  76:13
**AACE**
  46:1 60:17,23
**Aaron**
  78:4,24 79:2,
  4,5,23 106:19
**Aarons**
  99:19

Med Def_000208

**aberration**
84:2

**ability**
6:4 13:1 52:1
116:13

**abortion**
40:13

**absolutely**
113:15,17

**abstaining**
114:3

**absurd**
100:22

**abuse**
10:7 19:16
84:9,12,13

**abused**
108:24

**abusive**
88:4 93:5

**academic**
92:17

**Academy**
43:14

**accept**
39:21 83:14,
16

**accepting**
102:17

**access**
29:10 37:4
38:10 41:15,
18 56:8,25
62:7 68:15
107:25 111:11

**accessible**
77:17

**accessing**

39:7 41:5,21

**accomplice**
83:2

**account**
99:5

**accountable**
62:12

**accurate**
120:3

**accustomed**
77:1

**acknowledge**
54:19

**ACLU**
106:11

**Acosta**
107:14

**act**
19:12 20:2
32:15 35:11
52:7 77:4

**Acted**
81:17

**action**
7:15 18:5
32:17 50:19
51:5 106:10
120:7,8

**actively**
8:11

**add**
30:8 33:17
68:18

**addiction**
53:22 58:21

**addictive**
53:15

**adding**
33:5

**additional**
11:8 12:10,11
14:16 18:11
20:10 22:5
23:20 24:21
25:12 31:9
33:19 40:25
45:17 49:22
111:16 115:3,
4

**Additionally**
117:4

**address**
29:3 68:6
115:18

**addressed**
40:12

**addresses**
47:11,12,19

**adds**
8:18

**administer**
15:14

**administered**
7:24

**administering**
37:13

**administration**
113:16

**adopted**
8:1 48:10,13

**adopting**
48:13

**adoption**
48:16

**adult**

9:9 18:3
24:25 56:8
59:4 99:12
116:13 117:12

**adults**
6:19 9:8
11:3,20 25:3,
16 26:9 37:8,
9,10 41:17
53:24 57:1
59:22 85:1
95:15 110:18
111:7 112:21,
24

**advance**
37:22 52:13
58:11

**advanced**
37:6 58:6

**advantages**
38:13

**adverse**
46:7,12

**advice**
51:5 58:9

**advocate**
38:5 80:18
88:10

**advocating**
39:18 87:12,
13

**Affairs**
79:5

**affect**
28:4 91:7

**affected**
63:23

**affecting**
73:18

Med Def_000209

Committee on Health Policy
March 13, 2023

3

affects
91:8

Affiliates
106:1 107:16

affirmative
12:16 62:18
80:2 102:20

affirming
27:21 29:17
38:7 41:14
70:6 77:24
87:5 92:3
93:21 95:10
102:22 108:1,
5

afraid
43:10 86:10
87:10

African
113:9

aftermath
71:14

afternoon
5:6 56:3
67:17,18
68:24 70:17
99:20 101:20
104:22

age
22:11 58:23
74:8,13 91:22
112:22

agenda
27:2 43:3
87:9

agent
47:15

agree
30:6 70:24

agreement
6:5

Agriculture
38:6

ahead
17:3 52:14
54:14

Alastor
76:3,12

Albritton
118:11

alcoholic
58:20

Alex
92:6,24 93:1,
2 96:2

Alexis
52:10 53:8,
10,14 54:2

align
115:15

alive
101:16

Alliance
90:16 105:25
107:15

Allie
66:22

allies
53:2

allopathic
40:15

allowing
25:18 45:10

ally
83:2

altering
69:4

alternatives
63:7

Amanda
83:8,20,21,24

amazing
68:13

amazingly
48:23,24

Amber
70:13,14,17

ambiguous
16:18

ambulatory
8:21

amended
48:15

amendment
31:12,14,18,
19,21,23,24
32:1,4,10,25
33:2,22,24
34:3,4,7,16,
18,20,22,24
35:1,2,9,13,
18,20 36:16,
20,21,24
37:11,16 38:2
39:13,21
40:2,24 41:2
42:3,7,8,12,
15,21,23 43:5
44:19,20,23
45:15 47:4,6,
10,12,18,22,
24 48:2,6
69:14 70:10

amendments
26:1 31:11
32:3 44:18
48:13

amends
7:6 8:14

American
41:10,11
43:14 72:21
89:1 106:17,
20 113:9

Amil
80:14 81:6,9

amount
108:12

ancestors
99:7

Andy
91:24

Angelique
54:5,22,24,25
55:15

angle
60:2

Ann
71:18,23,25

Annie
91:20 105:15,
25 107:15

annual
18:8 50:23

answers
12:18 112:6

antagonist
23:14

anti-science
99:24

anxiety
63:3

anymore
64:23

Med Def_000210

Committee on Health Policy
March 13, 2023                                                4

anytime
54:13

apologize
17:5 23:10,17
26:21 37:22,
24 52:9,13
53:12 58:11
66:19 67:7
68:5,11 89:12
91:14 103:16

appeal
66:3 92:18

appearance
31:23 34:21
37:18 42:23
43:1,4 48:17
49:7,11 50:3

apples
69:11

applicable
8:24

approach
26:20 30:19
50:6

approved
9:17 56:9
84:22

approves
47:15 59:18

arm
84:23

Army
64:13

Arons
72:3,15,17,18
98:23 99:16,
20,21 100:11

arrangement
30:12,18 31:1

arrangements
5:24

arrested
8:17

Artemis
56:5

artery
46:8,13

ashamed
71:16 84:6
88:8,12,13

Ashley
105:18

assigned
8:24

assist
78:10

Association
41:10,11
62:23 105:17

associations
39:16

assume
81:11

assure
51:1

astrophysics
61:22

Atheist
106:17,20

attacking
101:25

attempt
5:22 32:23
67:4 73:18
78:15 97:21
109:8

attempted
64:19 69:2
93:23 97:21
105:9

attempting
6:2 76:10

attempts
67:9 72:11
108:3 109:5

attention
49:3,15

attest
24:18

attestation
8:24 9:6 18:8

Atticus
105:20

attorney
39:3,6 120:6

audible
118:12,14,16,
18,20,22,24
119:1,3,5,7

Aurelie
79:1,25
80:12,16,17

authentic
73:13 105:14

authentically
67:7

authority
8:14 19:15
85:19

authorize
6:2 27:1

authorized
26:5 40:10
43:2

authorizes
40:14

automatically
20:2 100:23

avenue
20:6

Avery
106:9

Avila
118:13

awards
97:6

aware
14:23 15:8
24:5 39:17

_____

B

_____

babies
88:22

back
20:25 24:8
26:16 30:15
39:13 48:15
50:12,15 54:6
55:25 65:11,
12 76:16
78:24 93:5
97:9 98:4
108:4 110:10
111:19,22

background
113:16

backs
59:23

backwards
73:15 109:20

Bader
101:4

Med Def_000211

Committee on Health Policy
March 13, 2023                                                              5

Badey
  101:4,8
Bailey
  66:20 67:14,
  16 68:5,8,11
  105:18
Baker
  81:17
balance
  29:24
balanced
  26:19
Ball
  105:24
banned
  89:14
banning
  25:4 116:25
bans
  37:12
Baptist
  99:9
Barbara
  90:22
Barber
  93:17 94:11,
  14,15 95:2
barcode
  5:3 31:12
  33:2 34:4
  35:20 36:21
  41:2 42:8
  47:6 48:10
Bardof
  107:5
Barrett
  107:2
barriers

41:5
based
  42:20 51:5
  63:14 102:15
  113:19
basic
  57:23
basically
  54:12
battle
  93:3
battles
  33:4 90:1,3
Baylor
  106:9
Beach
  65:4,13
bears
  107:24
beautiful
  74:5 96:1
beg
  105:10
began
  91:20 92:15
begging
  75:25
begin
  49:24 50:6
beginning
  69:25
begins
  99:17
beings
  51:19 73:12,
  15,18
belief
  28:17 80:24

114:25
beliefs
  114:2
believed
  112:12
beneficial
  72:22
betrayed
  60:3,4
biases
  53:25
Bible
  84:3 99:3
big
  29:22
bigots
  104:6
bill
  6:8,10 7:22
  10:9,19,21
  11:1,3,6,23
  12:6,9,11
  13:25 14:7,
  14,21 15:1,
  11,24 16:1,9
  17:13,16
  18:1,25 20:14
  21:4,22 22:4
  23:6 24:1
  25:1 27:15,21
  29:22 32:13
  37:6 46:21
  47:11,17
  48:10,14,15,
  21,22 50:20
  51:9 52:19
  56:7,10,12
  57:23 58:1
  70:12 71:12,
  20,22 72:1,2,

14 75:7,12
  77:4,7 78:1,
  21 79:19 81:5
  83:17 85:14,
  15,23 86:7
  87:3,16 88:24
  89:3 90:14,
  17,19,21,23
  91:1 92:20
  93:7 94:18
  95:8 96:3,24
  99:2,24 100:9
  101:11 102:1,
  2 103:20
  107:18,25
  109:10,20,21,
  23,25 110:2,
  10,11 112:20
  115:2,4,6,9
  116:16,20
  117:2 118:7,9
  119:10
bills
  31:19 73:17
  109:15
Billy
  107:5
Bioethics
  100:7
biological
  16:17
Bishops
  107:3
bit
  15:21 24:2
  29:3 41:20
  66:11,13
black
  55:1 77:10
  78:4,6,11,14

Med Def_000212

Committee on Health Policy
March 13, 2023                                                  6

89:1 113:3

**blade**
92:20

**Bleakley**
84:16 85:5,10
86:1

**bleeding**
93:25

**bless**
64:4

**Blessed**
99:3

**block**
111:8,9

**blocker**
70:7

**blockers**
14:22,23 15:1
22:14,15
24:5,7 25:19
62:8 72:8
79:17 117:10

**blocks**
41:23 95:14

**blood**
28:16 46:4
58:23 77:7
80:10 85:16
93:10 97:22

**blue**
89:25

**Board**
8:2 18:5
20:24 21:3
45:11 54:25
116:17,18,21,
25

**boards**
8:4

**bodies**
8:7 53:21
81:1 88:23

**body**
27:19 74:7

**Book**
20:11,12,23
21:10,12,21,
24 22:4,6,8,
22,23,25
23:1,3,10,19,
21,23 24:14,
16,22,23,25
25:9,13,15,24
27:4,5 28:2,
12,13,15
29:20 34:5,6,
8 35:8,19,21
36:22,23,25
38:1 39:23
40:8 41:1,3
44:21,22
56:20,22,24
57:3,10,14
110:7,8
118:15

**books**
11:18

**born**
16:14 38:9
63:16 74:7
94:17 95:2
116:10

**Boston**
89:21

**boundaries**
5:15 118:1

**boy**
27:10 91:21

**Bradshaw**
65:13

**brain**
69:8

**Brandon**
89:24

**breaking**
30:12

**breast**
46:7,14

**breasts**
93:24

**Brian**
106:15

**bridge**
93:4,6

**briefly**
26:22 42:25

**bring**
19:24 45:13
94:5

**Bristol**
86:4,15,18,
22,25 87:1

**Brittany**
106:19

**broad**
7:12 32:14

**Brodeur**
48:9 119:6

**broken**
31:1

**Bromleigh**
74:20 75:1

**brought**
47:22 87:24

**Brown**
106:7

**Broxson**
118:17

**Bruemmer**
32:2 34:25
37:18 38:1
44:17 65:1,
21,24 66:1,16

**building**
91:8

**bullying**
81:18 82:1

**burden**
33:19 39:9

**Burgess**
118:19

**Burner**
70:14 71:5,7,
10,12

**Burner-**
71:25

**Burner-reeves**
71:7,9,17,18,
19,23,25

**Burton**
10:10,22
11:8,10,15,21
12:3,10,13,
16,21 13:2,7,
21 14:1,16,19
15:3,18 16:2,
22 17:2,9,18
18:11,13 19:4
20:9,20
21:10,18,23
22:1,5,19,22,
24 23:2,7,20,
22 24:11,21,
23 25:7,12,
14,21 26:21
27:24 28:13

Med Def_000213

29:18 31:9,
17,22 32:6
33:1,23 34:1,
3,19 35:4,19
36:15,20
37:15 39:24
40:4,25 42:2,
5,7,11,22
44:15 45:16
47:5 48:1,4,6
51:10 52:5,9,
16 53:4 54:1,
3,8,20 55:14,
17 56:16,19
57:7,16
58:10,25
59:6,8 60:6,
9,13 61:5,7,
11,14,17,20
62:10,13,17
63:6,8,17
64:7,25
65:18,20
66:15,18
67:12,14,21
68:6,10,21
69:12 70:8
71:4,8,11,17,
21 72:2,15
73:3,21
74:15,17
75:11,13
76:2,12 77:9,
13 78:3,7,12,
23 79:22,24
80:3,12 81:6,
20 82:13,15,
19,21 83:7,20
84:15 85:5,25
86:3,12,20,23
87:17 88:15
89:7,9,15

90:9,12
91:13,19
92:5,21,24
93:15 94:4,9
95:1,4,20
96:16,18
97:10,13,25
98:20,22
99:14,16
100:10,13,16
101:2,17
102:6,24
103:1,5,8,11,
14 104:4,7,
11,20 105:12,
15 110:6
111:16 115:3
118:8 119:8,9

**business**
34:10

**busy**
39:15

----

C

**C-I-T-E-F-F**
106:4

**Calatayud**
118:21

**call**
49:24,25
57:11 90:6
118:9

**called**
50:4 85:2
105:2

**Calling**
88:4

**calls**
29:7

**campaign**
60:7 100:7

**cancer**
46:7,14

**Capitol**
75:23

**card**
48:20

**cards**
31:23 34:22
37:18 42:24
43:1,4 48:17
49:7,12 50:3

**care**
8:8 11:13
20:19 21:15,
16,17 22:17,
18 25:3,20
27:14,21
28:24 29:17
36:9 37:14
38:16,17,25
41:14,16,19,
21,24 42:18
43:11,19 45:4
47:14 53:18
56:10 58:17
60:21,25 61:2
62:3,24
65:10,12,15
68:14,17 70:6
72:9 73:8,12
74:11 76:1
77:22,24
82:5,7 84:8
87:5,7 92:3
93:21 95:14
97:4 100:25
102:16,19,21
105:4,7
108:1,5,8

111:8,11

**careers**
100:3

**careful**
26:6 109:14

**Caroline**
101:6,17,20

**case**
13:14 76:15
77:17,18

**cases**
33:13

**catchall**
47:20

**category**
13:19

**Catholic**
107:3

**caused**
77:23

**causing**
63:15

**cemetery**
75:21

**center**
8:22 56:4
90:20

**cerebrovascular**
46:8,14

**CERTIFICATE**
120:1

**certified**
58:4

**certify**
120:2,5

**CET-1036**
120:13

Med Def_000214

cetera
  44:13 46:9
Chair
  5:6 7:3 10:8,
  16,25 11:17
  12:6,15,24
  13:4,9,20
  14:4,17,20
  15:6,20 16:5,
  25 17:5,11
  18:15 19:7,8
  20:12 22:21,
  22 23:9 24:14
  25:11,13,24
  28:2 29:20
  31:15 32:5,9
  33:3,20 34:9,
  18 35:3,7,22
  37:2 40:3,7
  41:3 42:13
  44:22 45:19
  47:7,25 66:21
  70:17 72:17
  79:4 84:18
  98:7 101:8
  107:21 110:5,
  8 115:8
  119:6,8
CHAIRWOMAN
  10:10,22
  11:8,10,15,21
  12:3,10,13,
  16,21 13:2,7,
  21 14:1,16,19
  15:3,18 16:2,
  22 17:2,9,18
  18:11,13 19:4
  20:9,20
  21:10,18,23
  22:1,5,19,24
  23:2,7,20,22

24:11,21,23
25:7,12,14,21
26:21 27:24
28:13 29:18
31:9,17,22
32:6 33:1,23
34:1,3,19
35:4,19
36:15,20
37:15 39:24
40:4,25 42:2,
5,7,11,22
44:15 45:16
47:5 48:1,4,6
51:10 52:5,9,
16 53:4 54:1,
3,8,20 55:14,
17 56:16,19
57:7,16
58:10,25
59:6,8 60:6,
9,13 61:5,7,
11,14,17,20
62:10,13,17
63:6,8,17
64:7,25
65:18,20
66:15,18
67:12,14,21
68:6,10,21
69:12 70:8
71:4,8,11,17,
21 72:2,15
73:3,21
74:15,17
75:11,13
76:2,12 77:9,
13 78:3,7,12,
23 79:22,24
80:3,12 81:6,
20 82:13,15,
19,21 83:7,20

84:15 85:5,25
86:3,12,20,23
87:17 88:15
89:7,9,15
90:9,12
91:13,19
92:5,21,24
93:15 94:4,9
95:1,4,20
96:16,18
97:10,13,25
98:20,22
99:14,16
100:10,13,16
101:2,17
102:6,24
103:1,5,8,11,
14 104:4,7,
11,20 105:12,
15 110:6
111:16 115:3
118:8 119:9
challenge
  19:2
challenged
  62:20
chance
  69:18
change
  5:22 32:23
  55:10 67:6
  77:22 116:5
chapter
  43:14 85:18
  87:1
characteristics
  16:18
characterizatio
n
  62:20

charges
  45:7
Charlotte
  106:2
chase
  96:23
checkups
  50:23
cherry
  104:14
Cheryl
  106:4
Chicago
  75:5
child
  5:20,22 6:10
  7:6,8,9,10,
  14,16 8:13,19
  13:6,15,18
  18:18,19,20
  19:11,15,19,
  20 24:8 27:23
  28:19,21
  29:17 30:15,
  24 31:4,20
  32:12,15,17,
  22,24 33:12,
  13,15 34:17,
  18 35:11,24
  36:8 42:18
  47:13 50:22,
  25 51:4 58:1,
  5 61:23 69:24
  70:5 71:2,3
  75:17,21 79:8
  81:25 82:3,
  20,25 83:6
  84:8,10,12,13
  88:2 90:7
  92:2,12,19

Med Def_000215

Committee on Health Policy
March 13, 2023

9

96:4 100:21,
25 101:12
104:25 112:3,
4

**child's**
6:1 19:25
30:6 47:13
65:14

**childhood**
79:8

**children**
5:8,14,17
6:16 7:3,4,
20,24 8:8,20
9:1 11:2,7,20
13:17 14:24
21:13,15
22:16 27:10,
18 29:10
34:15 36:1,13
37:8 41:18
45:23 46:25
51:1 53:24
55:10,16
57:21 65:10,
13,16 72:12
77:18 78:20
79:11,14,20
82:2 87:24
88:10 89:4
90:2,3 92:11
96:1 101:22
102:4,14,18,
21 109:12,16
110:19 112:21
116:20 117:7,
19,23,24
118:3

**children's**
99:11 104:15

**chilling**
45:13

**choice**
51:25 91:7
114:4

**choices**
91:6 99:10
112:16,19

**choose**
115:24

**chooses**
31:5

**choosing**
34:10

**church**
75:2 99:9

**Cielo**
51:14 52:9,
15,17

**circular**
81:18

**circumcised**
65:14

**circumstances**
5:24 38:16

**cisgender**
76:7

**Citeff**
106:4

**citizen**
75:24

**Citizens**
90:16

**civil**
89:22

**clap**
88:17,18

**clapping**
49:1 55:19

**clarification**
23:9

**clarifies**
32:12

**clarify**
16:25 17:1
28:10,14

**clarifying**
6:12

**Claudia**
95:21 96:19,
22 97:11

**clear**
6:9 17:6
20:15 21:21
27:8 33:11
45:24 87:4
110:14

**clinic**
22:11

**clinical**
16:13 46:1

**clinics**
22:10

**clock**
50:9,13 55:25
64:10 68:24
70:15 95:22
96:21

**close**
33:2,20 35:20
41:1 47:6,25
115:6

**clothes**
96:5

**clothing**
53:5

**clots**
46:4

**codifies**
117:2

**codifying**
21:2

**Colin**
65:24 66:18,
21 67:13

**colleague**
110:9

**colleagues**
47:23 110:1
114:14

**college**
59:5 89:6
92:16

**colloquial**
55:11

**Colon**
79:1,25
80:12,16,17

**comfortable**
27:19 61:9
67:6

**commence**
9:20

**commend**
103:23

**comment**
17:3

**comments**
45:21 65:23
67:25 68:3

**commit**
80:10

**commits**
9:25

Med Def_000216

Committee on Health Policy
March 13, 2023                                                        10

committed
  69:2

committee
  5:1,2,6 6:11,
  13,14 7:3
  10:8 11:17
  19:9 24:14
  26:24 29:21
  35:7,17 37:3
  39:20 40:8,24
  43:13 47:3
  49:15 68:4,7
  80:9 86:13,14
  98:4 101:8
  111:10 115:8,
  16 118:6
  119:11

Committee's
  33:21

committing
  60:3 61:24

communities
  38:12 80:25
  111:12

community
  41:4 55:11
  59:24 62:6
  64:1 73:19
  77:19 83:12
  86:2 108:4
  113:3

compare
  69:11

complaining
  88:5

complete
  59:9 104:16

completed
  74:12

completely
  33:7

completion
  27:2 43:3

complex
  33:4

complications
  51:23,24

components
  11:3

comprehend
  79:14

compromise
  66:4

concern
  31:4 82:8

concerned
  19:23 29:15
  75:24 117:9

concerns
  118:4

concrete
  114:10

condition
  72:14

conditions
  15:15

Conference
  107:3

conforms
  40:14

confusion
  23:18

conjure
  94:1

conscience
  104:17

consensus
  62:5

consent
  9:19,25 18:2
  26:14 39:6
  51:21 52:1
  54:18 69:5
  95:14

consequences
  43:12 44:12
  91:6

conservative
  96:11,14
  97:11

consideration
  6:12

considered
  30:20 97:21

consistent
  8:1 19:14
  116:17

constantly
  112:15

constituents
  60:5 97:4

constitutional
  87:8

consulted
  13:24

consumer
  38:5,6,7

contemplates
  12:7

context
  77:21

continually
  26:16

continuation

7:23 43:2

continue
  15:13,16
  21:16 22:17
  23:15 49:14
  50:2,13 73:1
  86:14

continued
  112:25

continuing
  39:11

contracted
  10:4

contractor
  56:5

contribute
  47:12

controls
  99:25

conversation
  66:6,12 88:9
  111:20

conversion
  108:24

coordinating
  75:2

coordination
  38:17

cop
  65:11

core
  96:11

Corey
  84:16 85:5,10
  86:1 106:21

coronary
  46:8,13

Med Def_000217

Committee on Health Policy
March 13, 2023

11

correct
   24:9 25:5,10
   45:4
Council
   79:6
counsel
   58:9
counselor
   104:24
countries
   14:9
country
   14:9 19:13
   66:4
County
   65:14
couple
   17:21 37:17
court
   6:5 7:14,15,
   16 18:17 19:2
   20:4,7 28:19
   29:25 30:8,
   20,21 31:3,5
   32:16,17,18
   33:5 34:10,17
   35:9,13,16
   36:6,7
court's
   19:15
courts
   7:7,12 19:17,
   22 29:25
   32:14 33:10
COVID
   112:14
coward
   65:11

Cox
   81:21 82:15,
   18,20,21,23
   83:7,10
create
   45:13 109:14
created
   116:2,4,9
creates
   8:10 10:2
   108:2
crime
   8:18 108:17
crimes
   8:17
criminal
   15:25 16:1
   17:13,14,15
   42:17 45:7
criminalization
   112:8
criminalize
   43:23 65:5
criminalized
   44:11 102:22
criminalizes
   60:19 75:25
criminalizing
   61:1 70:5
cross-sex
   79:17
cruel
   71:15 73:13
   109:13
crux
   30:23
Cuadra
   76:17

culture
   97:6
curious
   14:22
current
   11:12,18 22:8
   23:4 30:11
   58:6
curriculums
   89:6
custody
   5:24 6:5,10
   7:6,8,16
   18:18 19:1,9,
   11,19 27:23
   29:13 30:11,
   17,25 31:20
   32:13,18
   33:4,8,13
   35:11 61:25
   90:1,3 93:3,
   4,8
cut
   52:23 67:1
   96:23
Cutliffe
   102:7 103:4,
   6,7,9,13,17
   104:5
Cynthia
   106:6

_____

D

dad
   61:25
daddy
   90:7
Dakota
   94:2

Dalton
   91:2,5
Dana
   106:14
Danehy-samitz
   59:1,8,11,12
   60:7
danger
   33:15
dangerous
   40:11 41:7
   46:3 84:23
dangers
   54:12
dare
   83:6 97:17
Dark
   89:24
Darren
   105:24
data
   95:11 104:14
date
   21:8 23:15
   64:17
daughter
   70:19 74:2
   91:20 102:11
David
   106:16
Davis
   10:15,16
   11:2,9,10,12,
   22,23 12:6,
   12,13,15,17
   13:2,4,12,20,
   22 14:4,7,17,
   20 15:8,18,20
   16:5,7 17:5,

Med Def_000218

Committee on Health Policy
March 13, 2023

12

9,11,22
18:12,14,15
19:8 31:12,
13,15,18
33:1,3 42:9,
10,11,13
47:5,7 97:13
98:5,7,8,21
107:20,21
110:9 118:23

**Davis's**
27:6 29:4
32:9 44:23
45:15

**day**
44:24 55:11
99:6 113:7

**days**
13:16

**deacon**
99:9

**dead**
59:21 60:1
93:9,21
102:15 109:17

**deal**
64:23

**dealing**
15:24 36:5
62:24

**dealt**
64:22 81:25

**death**
83:18 85:20
94:23,24
104:13

**deaths**
104:13

**debate**

32:4 35:2
40:2,25 44:19
45:17 107:17,
18,19 110:6
111:16 115:4

**decades**
39:8

**decide**
29:1 96:6

**decided**
89:25

**decides**
9:9

**decision**
6:23 28:23,25
30:6 33:9
70:3 113:25
116:14
117:15,17

**decision-**
41:8

**decisions**
6:1 36:1,12
81:1 95:10
112:2,23,24
113:19 114:11

**deck**
50:7,14 51:15
58:12 66:20
69:12 80:14
89:12 94:12
103:14

**declaring**
85:23

**deepest**
116:7

**defame**
99:4

**defeat**
35:14

**define**
67:10

**defined**
11:24 21:14

**degree**
55:4

**delete**
42:16

**deletes**
31:19

**deliberating**
114:8

**deliberation**
26:25

**demands**
38:20

**demon**
85:4

**denied**
63:3 77:25
96:10

**denies**
57:23

**Denise**
93:16 94:11,
14 95:2

**dentist**
82:9

**deny**
85:4

**denying**
55:16

**Department**
8:15 9:18
20:17 22:13
38:6 99:22

**dependent**
59:17

**depression**
63:2 108:2,22

**deprive**
73:12

**Desaaran**
106:21

**Desantis**
59:17,20 73:1

**Desantis'**
59:15

**descriptors**
16:20

**deserve**
33:8 41:22
86:8 97:18,19

**deserves**
79:8

**desire**
91:21

**desk**
47:14

**determination**
7:9,16 18:18
19:19 32:18

**determine**
7:13 8:8
32:15 58:6

**determined**
30:17 116:24

**determines**
78:21

**Devane**
90:22

**develop**
81:9

Med Def_000219

Committee on Health Policy
March 13, 2023

13

developing
46:3,6 100:3

development
16:15,19

developmental
15:14

diabetes
43:20 68:16

diagnosed
69:3 84:5

die
77:7 86:8

differ
115:15

differences
113:8

differently
40:21

difficult
33:6,14
113:23

digital
120:3

digitized
38:22

dignity
52:2,3 115:23

dilemma
114:3

diligence
58:8

Dipietro
78:4 79:2,4,
5,23

direct
24:4

directly
5:3 23:12

50:8,9 68:3

Director
50:18 79:6

disagree
19:24

disagreement
34:14

disagreements
35:25

disciplinary
18:5

discretion
7:13 32:14

discrimination
12:2 87:7

discuss
66:8 98:16

discussed
116:16

discussion
27:11

discussions
114:8

disease
46:8,13,15
81:17

disgusting
84:20,21,25

dismayed
75:6

disorder
16:15,19

disorders
15:15

disparities
41:5 61:3

display

53:5

disposed
48:14

disputes
28:21

disregard
109:11

distraught
84:11

disturbed
112:7

diverse
100:1

divorced
27:12 35:23

doc
57:11

doctor
7:25 25:4
50:23 51:2
56:9 57:6
82:8

doctors
9:11 44:24,25
45:10,14 51:6
81:13,14

DOH
8:24

DOS
40:16

doubt
88:5

downtown
57:13

drafting
13:25

drastic
5:13 79:17

117:22

drastically
37:9

draw
5:12 117:21

dress
91:21

dressed
74:4

drive
57:5 66:24

drove
98:11

drug
58:21

drugs
117:6

due
49:6 58:8

Durand
54:23

duty
26:3 40:8

dysfunction
46:13

dysmorphia
92:15

dysphoria
5:13 69:3
101:9 117:22

dysphoric
117:7

_____

**E**

_____

Eakins-
54:22

Eakins-durand

Med Def_000220

Committee on Health Policy
March 13, 2023

14

55:17,20

**earlier**
77:16 88:25
101:10

**early**
39:5 75:5

**easier**
53:15 66:13

**easy**
81:23

**Economic**
90:21

**edge**
61:24

**educated**
14:14 55:5

**education**
66:12

**educator**
38:4

**effect**
45:13 72:9
108:7 117:1

**effective**
21:1 23:15,16

**effects**
40:20 46:3,24
54:13,15,17
112:5

**efficacy**
24:18

**efficiency**
38:17

**efforts**
116:6

**eight-year-old**
104:25

**Elaine**
106:21

**elected**
75:4

**electrical**
56:3

**element**
35:10

**elements**
113:5

**eliminate**
42:15

**emails**
29:6

**embarrassing**
88:1

**emergency**
8:1,15 38:15

**Emma**
103:15 104:7,
10,12

**empathy**
104:16

**employee**
120:6

**empowers**
52:23

**enacted**
19:12

**encourage**
79:19

**end**
26:15 30:13
44:3,24
102:15,16
119:12

**endocrine**
41:11 60:21,

23,25 61:2

**endocrinologist**
58:3

**endocrinologist**
**s**
40:17 43:18,
19,25

**endorse**
62:22

**ends**
112:10

**enforcement**
19:12 35:11
42:20

**engage**
13:16

**engineer**
56:3

**England's**
117:5

**enrich**
104:19

**ensure**
26:4 40:9
45:2 46:25

**ensures**
9:11 104:13

**ensuring**
36:12

**enter**
7:8 18:17
19:18

**entire**
58:3 68:6

**entirety**
50:2

**entity**
10:4 113:14

**entrepreneur**
98:13

**environments**
100:3

**Equality**
31:25 34:23
39:25 44:17
75:17 95:7

**ER**
93:25

**erase**
73:19 84:24

**established**
60:22

**establishes**
21:4

**estrogen**
46:2

**ethics**
100:5

**evaluate**
19:23

**evening**
30:16 68:24
73:6 75:15
77:11

**events**
6:1

**Everling**
76:22 77:9,
11,12,15

**everybody's**
49:13

**evidence**
95:12

**evidence-based**
60:24

Med Def_000221

Committee on Health Policy
March 13, 2023
15

| | | | |
|---|---|---|---|
| **ex-** | **expenditure** | **extraordinary** | **failure** |
| 28:16 | 10:3 11:4 | 116:2 | 9:5 |
| **ex-spouse** | **expenditures** | **extreme** | **faint** |
| 27:22 | 6:25 | 5:23 71:13 | 36:17 |
| **exception** | **experience** | 108:6 111:6, | **fair** |
| 5:23 7:20 | 79:9 | 14 | 114:17 |
| **exceptions** | **experienced** | **eyes** | **faith** |
| 15:10,22,23, | 113:10 | 15:12 | 16:12 75:3 |
| 25 16:8,21 | **experimental** | | **falls** |
| **Exchange** | 62:21 72:7 | ——————— | 13:19 |
| 106:10 | 79:12 108:6 | **F** | **familiar** |
| **exclude** | 117:19 | ——————— | 76:15 |
| 99:4 | **expertise** | **fabulous** | **families** |
| **excuse** | 58:9 100:4 | 50:11 52:19 | 29:5,8 64:3 |
| 10:12 22:19 | **experts** | **facade** | 81:2 96:4 |
| 34:25 44:16 | 8:6 13:24 | 87:15 | 100:1 101:25 |
| 51:10,13 | 116:23 | **face** | 102:3,4 |
| 56:20 61:17 | **explain** | 55:13,16 | **family** |
| 67:21 77:10 | 5:4 31:14 | **faced** | 28:25 57:23 |
| 82:16 86:12 | 77:3 94:2 | 114:6 | 63:22 70:2 |
| **excused** | **explicitly** | **faces** | 79:6 108:25 |
| 94:9 97:25 | 96:10 | 41:4 | **Farmer** |
| 101:3 | **expressing** | **facility** | 106:15 |
| **exist** | 91:21 | 18:7,8 | **father** |
| 67:9 109:19 | **extend** | **facility's** | 50:21 70:19 |
| 111:3 | 67:3 | 9:5,7 | 93:2 |
| **existence** | **extension** | **fact** | **favor** |
| 84:2 85:4 | 27:1 | 15:23 75:4 | 33:23 36:15 |
| **existing** | **extensive** | 103:24 104:1 | 42:2 48:1,21 |
| 8:14 84:12 | 95:12 | 109:3 115:15 | **favorable** |
| **exists** | **extensively** | 116:10 117:18 | 33:21 36:13 |
| 45:12 100:21 | 8:5 | **factors** | 41:25 |
| **expanding** | **extent** | 28:4 | **favorably** |
| 33:10 37:4 | 18:20 | **Fadawn** | 119:11 |
| **expect** | **extermination** | 107:6 | **fear** |
| 67:3 | 67:4 | **failed** | 29:7,8 52:19, |
| **expectations** | **external** | 114:7 | 21,23 63:23 |
| 88:3 | 16:17 42:17 | **fails** | **fearing** |
| | | 34:3 36:20 | |
| | | 42:7 48:7 | |

Med Def_000222

Committee on Health Policy
March 13, 2023                                                                        16

115:20

**federal**
12:1,8 19:14

**feedback**
6:7

**feel**
27:18 49:21,
22 53:21 61:9
84:6,11
109:23 111:21

**feels**
108:18

**fellowship**
44:1

**felonies**
44:13

**felony**
8:10 17:25

**female**
46:6 74:13

**females**
46:2,10

**fight**
89:1

**figure**
43:15

**filed**
5:11 48:11

**Filkowski**
105:15,25
107:15

**fill**
116:7

**filled**
48:20 57:5

**finally**
67:20

**financially**
120:8

**find**
44:12 56:9
71:12 112:9

**fingers**
49:2

**finishing**
92:4

**Finland**
117:8

**Fiona**
64:8,9,25
65:3,19,20

**fire**
88:5

**firmly**
5:19

**first-degree**
9:25

**firsthand**
101:21 102:13

**Fiscal**
90:20

**fit**
5:9 111:5

**Florida**
7:18 11:2,5,
14,19 19:18
20:2,18 27:16
28:5,9 29:9,
25 30:1,2,5,
20 32:1 34:23
35:13 38:4,6
39:12,25
43:14,16,25
44:3,17 50:18
51:7 52:18
55:3,12

56:12,14
59:5,13,20
61:22 65:4
74:10 75:17
79:6,21
80:18,20
85:11 87:2,23
89:18 90:6,
16,20,22 92:9
94:16,17 95:7
96:14 98:14
99:22 100:6
102:14 105:3,
25 106:11
107:2,7,15
116:17

**Florida's**
6:15 7:6
59:24

**Floridian**
46:19

**Floridians**
39:1,2 66:16
68:15 75:19
100:1

**fluid**
84:4

**focus**
34:17 84:19

**folks**
39:7 41:15,
19,24 46:18
66:2

**follow**
89:13

**follow-up**
22:6,24 27:6

**forced**
56:10 84:6

**forcibly**
83:15

**forcing**
84:10

**foregoing**
120:2

**forever**
89:14

**forget**
63:2

**form**
65:9 84:2

**forms**
9:17

**forthcoming**
26:1

**fortunate**
83:13

**forward**
21:4 26:12
27:15 39:11,
14 47:23
49:6,23 50:14
53:10 72:19
113:13

**foster**
101:21,23
102:11,16

**fought**
61:25

**found**
46:5 92:13
114:20

**founded**
66:5

**founder**
59:12

**fourth**

Med Def_000223

Committee on Health Policy
March 13, 2023                                                                17

60:8

**fourth-generation**
88:25

**Fox**
80:14 81:6,9

**framework**
80:23

**Francis**
107:1

**frankly**
41:22

**free**
49:22 75:9
87:12,16

**freedom**
37:3 41:25
59:15,16 65:9
87:12,13,15

**friend**
65:19 73:7
80:7 94:2

**friends**
63:22 80:6
99:13

**front**
23:11 26:15
47:14 66:3
115:9

**frustrating**
81:10

**Fuck**
97:24

**full**
92:16

**fully**
24:18 79:14
117:12

**Fund**
50:19

**fundamentally**
95:8

**funds**
6:25 10:2,3
11:5 21:7

**future**
33:18 47:21
55:16 112:5

---

**G**

**Gabe**
90:24,25 91:1

**Gaetz**
65:19

**Gainesville**
75:3

**gallstones**
46:9

**Garcia**
118:25

**gave**
42:14 65:16
87:25

**gay**
52:20 80:20
84:1

**gender**
5:13 22:10
62:1 69:3
81:2 84:4
92:14 101:9
108:1,5
117:7,22

**gender-**
27:20 29:16
41:13 70:5

77:23 87:4
93:20 99:25

**gender-affirming**
11:13 20:19
21:14 25:3,20
27:14 28:24
43:11 47:13
53:17 58:17
61:23 62:3
73:8 75:20
76:1 84:8
100:25
102:19,21
105:7 111:8

**gender-diverse**
12:20 61:1
80:21

**gender-variant**
105:10

**genderqueer**
80:20

**general**
85:3

**generation**
74:9 87:10

**genetic**
16:15

**genital**
59:20

**genitals**
59:18

**genocide**
60:3 73:1
76:10 80:10
81:12 85:15
93:12

**gentlemen**
55:19 65:22

67:22,24
88:17 98:1

**George**
89:10 90:12

**Germany**
71:13

**gestapo**
59:20

**Ginger**
74:19,21

**girl**
27:10

**give**
7:7 23:9
26:14 28:8
29:25 30:21
43:11 47:9
48:19 51:21
116:8

**giving**
17:23 18:3
36:10 43:10
84:20,25

**glad**
66:24 81:23

**goal**
11:6

**goals**
6:15

**God**
84:3 88:22,23

**goddamn**
101:1

**Gomez**
75:14 76:3,4

**good**
5:6 16:12
29:21 56:3

Med Def_000224

Committee on Health Policy
March 13, 2023

18

67:16,18
68:24 70:17
73:6 75:15
77:11 83:5
89:3 97:3,11
99:20 101:20
104:22

**GOP**
59:20 72:24

**government**
5:9 41:8 89:4
96:13 99:24
108:7 113:14,
17

**governmental**
10:4

**Governor's**
65:17

**grade**
92:13,15

**graduate**
61:22 92:4

**granddaughter**
94:21

**grandfathered**
23:6

**grandfathering**
21:24

**grandparent**
101:15

**Grann**
106:16

**grant**
20:2 35:15

**granting**
35:12

**grants**
19:14

**Grayson**
105:21

**great**
55:25 57:14
64:10 68:1
70:16 75:3,8
99:7 115:14

**Green**
107:11

**Greenberg**
65:16

**grew**
71:13 75:4

**group**
111:13

**guarantee**
72:24

**guarantees**
65:7

**guess**
29:2

**guidelines**
46:1 60:22,24

**gun**
83:4

**guns**
59:25

**guts**
97:8

**guys**
44:7 52:18
80:8,9 81:18
88:25 89:19
90:1 103:18

——————————

**H**

——————————

**half**
91:23 98:11

105:8

**hand**
85:20

**hands**
59:25 77:8
80:11 85:17
89:4 93:11
97:22

**handwritten**
37:23

**happen**
28:21 93:13

**happened**
58:18,22
78:16

**happening**
25:17 63:25
100:19

**happiness**
57:24

**happy**
28:10 29:22
31:7 50:24
59:4 73:11,13
92:18 94:20

**harbor**
30:9,24

**hard**
43:15 66:10,
14 68:19

**harder**
82:14

**harm**
45:1 77:23
102:13
114:16,21

**harm's**
109:22

**harmful**
73:14 116:24

**harming**
73:15

**Harms**
93:16,19 94:7

**Harper**
62:14 63:9,
10,11

**Harrell**
119:2

**Harris**
31:25 34:23
39:24 44:16
94:11 95:5,7

**Harrison**
83:21 84:15

**hate**
63:14 81:9
90:4 99:3
113:5 114:14

**Hayden**
105:23

**heads**
63:13

**health**
5:18 8:15
9:18 10:6
22:13 60:20
61:2 62:23
64:21 69:7
99:23 104:23
107:1 117:5
118:4

**Health's**
20:18

**healthcare**
7:18 8:11
9:21 15:13

Med Def_000225

Committee on Health Policy
March 13, 2023

19

17:14,22
34:14 36:1
37:4,5,10,12
38:8,11,23
39:8 41:5
46:25 56:11
57:1 59:5
61:24 62:1,21
64:15,16
68:14,16 70:4
75:19,20
77:16,24
97:18,23
99:11 100:2

**healthy**
50:24

**hear**
49:4,16 50:4,
24 53:12 66:2
69:13 108:11
111:24

**heard**
10:20 24:15,
19 68:12
88:25 107:22,
25 108:1
109:1,9 110:4
111:2

**hearing**
8:5 95:19
109:14 116:23

**heart**
66:25 116:7

**hearts**
66:2

**Heather**
104:8,20,22,
23 105:13
106:22

**heaven**
99:7

**heightened**
40:21 46:22

**held**
26:8 31:2
47:1 62:12

**helping**
58:5

**hide**
84:10 87:15

**high**
26:7 46:2
58:23 92:16
109:11

**higher**
63:2 108:22
113:21

**highest**
65:8

**highly**
58:3 98:2

**Hill**
107:5

**Hilt**
98:6,22,25
99:1,15

**Hines**
106:11

**Hippocratic**
44:25

**hire**
65:11

**history**
52:22 81:12

**Hmm**
44:2

**hold**
76:15 83:22
108:12

**home**
38:10 53:21
83:13 94:25

**homelessness**
108:23

**homeowner**
98:13 103:10

**homosexuality**
65:6

**honor**
5:24

**hope**
31:7,8 59:13
79:2 95:17

**hopeless**
109:12

**hormone**
22:15 23:14
45:23 56:8
62:8

**hormones**
22:14 55:3
79:17

**horrific**
94:18

**hospital**
8:21 69:4

**hospitalized**
82:3

**hostile**
96:3

**hours**
66:25 68:13
87:25 88:21
98:11 115:13

**HRT**
54:11

**huge**
43:21

**human**
51:19 52:21
57:20 70:20
73:12,15,18
100:5,7
104:15 116:7

**humanity**
57:24

**humans**
81:4,5 86:9

**hundreds**
105:3

**Hunt**
55:23,24
56:19 57:17,
18,19

**Hunter**
74:3,8

**hurt**
70:6 114:1,23

**hurts**
104:19

**husband**
27:11 70:20
92:11 95:25
96:6

**hypertension**
46:13

---
**I**
---

**Icarus**
107:12

**idea**
83:6

Med Def_000226

Committee on Health Policy
March 13, 2023

20

ideation
  82:4

identified
  19:10

identify
  15:22

identity
  102:15

Ignorance
  81:9

ignore
  7:16 32:17
  113:23

ignoring
  62:5

ill-advised
  100:8

illness
  81:19

impact
  116:12

impacts
  53:2

implications
  79:15

implore
  83:3

importance
  38:13 39:18

important
  6:7 32:20
  64:2 114:18

importantly
  52:21 57:21

improves
  72:22

inappropriate
  98:2

include
  16:11 40:16
  46:12

included
  47:20

includes
  14:8

including
  16:16 39:5
  43:20 79:15
  87:14 96:2

inclusive
  114:7

incorrect
  25:6

increase
  61:2

increased
  43:21

increasingly
  38:21

incredible
  108:12 116:3

Indiscernible
  89:10 90:13
  103:11

individual
  50:1 52:17
  53:17

individual's
  115:23

individually
  81:15

individuals
  54:12 80:24
  87:13 113:1,
  19

indulgence

27:3

infection
  38:20

inform
  9:15

information
  14:5 22:12

informed
  6:22 9:19,24
  18:2 26:14
  39:6 117:12

infringes
  57:24

inherently
  40:10

initial
  59:10 60:10
  65:25 66:19
  76:18 90:24
  92:25

innocent
  63:15

Innovation
  106:10

inside
  73:10 74:5

insight
  47:9

instances
  115:19

Institute
  80:19

insurance
  47:15

intensely
  51:3

intent
  10:19,21

48:19

intentionally
  114:16

interest
  34:17 36:8,13

interested
  120:8

interfere
  113:18

interference
  41:8

interpretation
  42:21

interrupting
  26:22

Interstate
  33:13

intervenes
  33:14

intervention
  5:9

introduced
  54:14

introducing
  110:11

introduction
  5:7

intrudes
  99:24

investigated
  96:7

investigation
  47:21

invited
  98:4

involve
  44:13

Med Def_000227

Committee on Health Policy
March 13, 2023                                                                      21

involved
  5:20,25  32:21
  42:17  90:1
involving
  46:3
Iraq
  64:14
ironic
  96:8
irreversible
  6:16
issue
  8:7,15  18:22
  33:4  51:2
  63:4
issues
  13:11  64:22
Ivy
  96:19,20
  97:14,16,23

**J**

Jackson
  106:23
jail
  44:3  112:10
Jake
  60:10  61:7,9,
  12,16,19,21
  62:11
James
  62:14  63:8,10
  70:13,14,17,
  19
Jamie
  90:18
Jane
  105:22

Jared
  76:17,20,21,
  24,25
Jasper
  107:12
Javier
  75:14  76:3,4
Jennifer
  105:22
Jess
  55:23,24
  56:19  57:17,
  18,19
Jessica
  67:15  68:22
  69:1  105:22
Jesus
  75:9
Joel
  65:16
John
  107:5
Johnson
  78:25  79:24
  80:1,2,4
joint
  61:25
jointly
  35:24
Jon
  31:25  34:23
  39:24  44:15,
  16  94:11
  95:5,7
Jonathan
  50:5,6,16,17,
  18
Jones

  87:19  88:19,
  20  89:8
Jordan
  106:16
Journal
  72:20
journey
  70:1
joy
  99:6
judge
  19:1
judgment
  16:13
Judy
  68:22,23
  69:12,20
Julie
  120:13
jump
  93:6
jurisdiction
  7:7  18:17
  19:11,18
  33:10  35:10,
  11,13,15
justice
  80:19,23  81:3

**K**

K-L-U-M-B
  91:3
Kaitlynn
  59:1,8,11
  60:7
Karen
  90:20

Keaton
  106:2
Keith
  106:19
Kelly
  76:21  77:9,
  11,12  91:15
  92:5,8,22
Kelly-manders
  106:12
Kelsey
  106:25
Kempson
  106:5
Kennedy
  56:4  90:16
Kerry
  70:14  71:4,7,
  9,10,12
Kevin
  106:5
key
  35:10
kicked
  108:24
kid
  82:7  93:3,14
  94:20
kidnap
  30:9
kids
  11:5  29:11,14
  59:21  74:9
  85:1,16
  109:6,7,11,
  19,22  110:12,
  13,15,17,19,
  21,25  111:5
  112:14  117:25

Med Def_000228

kids'
  112:17

kill
  77:5 85:16
  92:1 93:22

killed
  94:7

killing
  53:16

Kim
  81:7,20,23
  82:14,15

Kimberly
  81:21 82:15,
  18,20,21,23

kind
  15:22 20:14
  85:3,4 103:2
  114:19

Kliznik
  106:25

Klumb
  91:3,13,18,
  19,20

knowingly
  47:12

—————————

        L

l-h
  76:14

L-U-B-Y
  105:20

lack
  95:11 104:16
  109:17

Lacquer
  106:6

ladies
  55:19 65:22
  67:21,24
  88:17 98:1

Ladipose
  68:16

land
  87:11

language
  6:12 33:11
  37:11 42:19
  47:18 94:18
  98:2

Langworthy
  83:8,20,24,25

large
  62:5 98:12

Larrauri
  79:25 80:16,
  17

Lastly
  8:20 10:1

Latina
  55:1 80:19

Lauren
  106:12

law
  5:19 7:22
  8:14 9:3
  11:18 19:14
  30:12,24 31:1
  42:20 47:2
  52:3 82:11
  83:4,17
  104:12,18

lawfully
  9:12

lawmakers
  5:12 117:21

laws
  5:15 40:14
  46:21 83:4
  118:1

lawyer
  38:3

lays
  16:17

lead
  9:6 42:19

leader
  20:23 21:21
  22:22,23 23:9
  24:14,15
  25:9,24,25
  28:2 29:20
  35:8 40:8
  45:21 75:7

leaders
  75:4 96:14

leading
  38:24 62:21

Leanne
  91:2,13,18,20

leap
  99:6

leave
  56:14 79:12
  91:8 94:24

led
  105:1

legally
  6:21

legislation
  5:11 60:19
  73:14 79:7
  84:22 97:3
  108:19 116:12

Legislative
  79:5

legislators
  59:24 81:13
  114:19

legislature
  34:9 36:10
  37:2 108:13
  110:17

legitimate
  15:12

letting
  46:18 88:10

level
  12:1

LGBT
  101:23 108:21
  113:2

LGBTQ
  38:5 39:1
  77:19 81:2
  83:12 105:1

liable
  31:2

liberty
  57:25

librarian
  57:19

license
  8:16 9:7

licensed
  9:11 18:7
  104:23

licensure
  18:10

life
  6:1 39:4
  51:25 52:2

Med Def_000229

Committee on Health Policy
March 13, 2023

23

55:4,9,10
58:22 64:19
70:22,24 73:9
78:16 79:13,
15 91:7 92:23
95:3 105:10
110:15,16
112:17 115:22

**life-**
37:13 70:1
92:3

**life-altering**
5:13 6:2,17
40:20 46:23
117:22

**life-saving**
62:1,3 74:10
87:5 102:17,
19 105:4

**life-threatening**
100:8

**lifelong**
69:8 92:9

**lightly**
52:4 77:5

**likelihood**
109:5

**Lilith**
77:10 78:4,6,
8,11,14

**limit**
49:8

**limited**
26:23 115:23
116:1

**limits**
113:15 117:8

**Linda**
61:18 62:13,
15,19 63:7

**Lindy**
83:22

**lines**
16:10 18:16
19:3 25:2
42:16

**lining**
63:19

**Lisa**
59:10 60:9,
10,12,15 61:6
92:25 93:15

**list**
8:19 14:13

**listen**
51:3 72:25
95:17 110:3

**listened**
6:6 111:23

**listening**
8:6 116:22

**lists**
16:20

**literally**
92:22

**live**
32:24 41:19
51:21 52:2
56:15 67:10
73:13 83:13
86:8 91:25
97:19 105:14
112:9 113:7

**lived**
33:15 94:15
95:2

**liver**
46:12

**lives**
27:12 51:22
52:20 53:3
64:4,5,20
72:23 73:13
81:2 88:6,7,
10 94:19,21
102:21 105:14
115:20

**living**
55:8 67:7
84:13

**Lober**
106:7

**Lola**
85:6 86:3,5,
6,12

**long**
14:13 48:19
72:7 86:8

**longer**
110:16

**Longs**
73:24 74:17

**loosened**
83:5

**lose**
29:10 33:8

**lot**
11:24 13:10
14:4 29:5,6,7
37:3 38:24
41:18 49:9
58:22 64:4,20
82:1 107:22

**love**
37:1 63:12

**liver**

83:14,19 97:7
108:11 109:18
110:4 113:5

**loved**
104:19

**loves**
109:1

**Lovings**
73:24 74:17

**Loweis**
74:18

**lowering**
97:5

**Luby**
105:20

**lucky**
108:25

**Luis**
107:13

**Lundy**
83:22 84:15,
18

**Lynch**
96:19,20
97:14,16

---

**M**

**Machuca**
105:24

**madam**
5:5 7:3 10:8,
16,24 11:16
12:5,15 13:4,
8,20 14:17,20
15:5,20 16:5,
25 17:4,11
18:15 19:6
23:8 25:11,

Med Def_000230

Committee on Health Policy
March 13, 2023

24

13,23 28:1
29:19 31:15
32:5,8 33:3,
20 34:8,18
35:3,6,21
37:2 40:3,6
41:3 42:10,13
44:22 45:19
47:7,25 51:17
66:21 84:18
98:7 107:21
110:5,8 115:7

**made**
7:16 32:18
49:21 67:25
70:3 117:17

**Madison**
50:7,8,9,10,
11,12,13
51:13,16,17
98:6,22,25
99:1,15

**magazine**
74:4

**Mahoney**
99:17 100:15,
18

**main**
16:21 28:7

**major**
5:25 41:12
74:19

**make**
6:23 12:25
15:24 17:7
20:15 25:2
27:7 30:14
44:11 45:3
49:19,22
51:25 66:13,

23 67:6 69:18
72:5 78:8
81:1 82:6,12
86:21 87:4
91:7 97:4
101:14 112:2,
23 113:11,25
114:10 116:14
117:14

**makers**
87:6

**makes**
7:20 33:5
78:15

**making**
36:1 41:6,9,
15 56:25
112:10

**male**
74:12

**males**
46:1,5,11

**man**
38:8 99:5
103:23

**manage**
10:5,6

**mandate**
20:4

**mandated**
30:21

**Manion**
72:16 73:4,6,
7

**manner**
40:21 46:22
50:3

**March**
21:1 23:17

74:4 117:2

**Marena**
53:11 54:3,7,
9,10

**Marie**
66:20 67:14,
16 68:5,8,11

**marijuana**
40:13

**Marquez**
106:15

**marred**
79:13

**married**
94:20

**Mary**
54:22 55:17,
20 107:11

**mask**
112:14

**Maso**
74:19

**Mason**
72:16 73:4,6,
7

**massive**
109:20

**master**
70:18

**master's**
55:4

**Matt**
65:19

**matter**
120:4

**matters**
28:8

**Matthew**
65:7

**maturation**
112:22

**Mauer**
31:25 34:23
39:25 44:16
94:11 95:5,7

**Mauricio**
53:11 54:3,7,
9

**Mcclain**
106:22

**MCCLENAGHAN**
75:12

**Mccleneghan**
74:20,23,25
75:1

**Mcculligan**
57:17 58:11,
13,14

**MD**
99:21

**MDS**
40:15

**meaning**
78:16

**meaningful**
115:16

**means**
6:4 38:12
87:12

**meant**
101:16

**measures**
9:15

**med**
81:14

Med Def_000231

Committee on Health Policy
March 13, 2023

25

Medicaid
  10:5 21:6
medical
  7:25 8:6 9:11
  13:24 14:24
  24:17 28:25
  33:9 37:3
  38:19,22
  39:16 40:13,
  21 41:10,12,
  25 45:7 47:8,
  9 51:2,5,8
  52:1 58:4
  60:22 62:5
  74:10 82:7
  100:5 102:20
  116:21
medically
  16:14 45:5
  60:21
medication
  20:19 21:15,
  25 24:10 25:5
  26:14,19
  28:25 54:14,
  17 69:4,7
medications
  23:5 25:19
  40:18
Medicine
  8:2,3 18:5
  20:25 21:3
  45:11 72:21
  116:17
Medicine's
  116:25
Medicines
  116:18
meet
  67:19,20

96:20
meet all
  68:9,12
meeting
  27:1 43:2
  48:19 49:4
  50:3 77:16
  115:12
meetings
  49:10
Meg
  74:24 75:13,
  15
Melia
  101:18 102:6,
  10,25
Melinda
  95:5,20,24,25
  96:17
members
  7:3 11:17
  33:25 34:2
  35:23 36:19
  42:4,6 48:3,5
  68:3 70:18
  77:20 98:25
  100:6 115:8
Mena
  63:9,17,21
mental
  10:6 64:21
  69:7 81:19
  104:23
mentioned
  16:11,19
  24:19,20
  101:10 115:19
Merchant
  90:18

message
  49:13
messages
  53:5
Miami
  107:7,8
Michael
  107:2
militarized
  59:19
millions
  91:11
mind
  57:4 68:18
  69:4
mine
  69:5 99:11
minimizing
  39:14
minister
  57:20 75:2
minor
  15:16 16:14
minors
  17:24 20:18
  21:25 22:11
  23:13 25:17
  116:24 117:1
minute
  99:13
mischaracteriza
tion
  75:10
mischaracterize
  24:3
misconceptions
  6:9 32:12

misdemeanor
  9:25
mispronounce
  37:21 52:13
mispronounced
  37:20 103:5
mispronouncing
  66:19 87:18
missed
  89:12
missing
  55:7
mistreatment
  19:16
mix
  33:5
model
  74:3
moderate
  46:6
modernization
  38:25
modernize
  39:12
modify
  7:8 18:18
  19:18
mom
  27:18 82:24
moment
  16:20 78:7,17
Monday
  30:16
monstrous
  104:18
month's
  74:3

Med Def_000232

Committee on Health Policy
March 13, 2023

26

months
8:5 33:16
116:22

Moore
81:7,20,23
82:14

moral
113:19 114:2

morning
30:16 98:10

mother
53:15,19 69:2
70:19 75:24
93:2,6,8
102:11

mother's
65:15

motion
48:12

move
5:3 27:15
39:14 66:12
113:13 114:18

movement
89:22,23

moves
48:9

moving
21:4 39:11
49:6 50:15

multiple
49:20

Murphy
50:7,11
51:13,16,17
52:6

---
N
---

named
76:18

names
53:1

Natalie
107:6,8

Nathan
32:2 34:24,25
37:18 38:1
44:17 65:1,
21,24 66:1,16

National
105:16 117:5

natural
79:8,10 84:2

naturally
24:8

nature
6:22 9:16
26:3 117:13

nay
34:1,2 36:18,
19 42:5,6
48:4,5

Nazis
71:14

needed
28:16

needing
105:4

Network
85:13 100:7

nice
67:19 68:8,12

Nicholas
105:24

night
98:10

ninth
92:13,15

nobody's
69:9

noise
67:25

Nolder
105:16,19

non-binary
57:20 75:16
82:25 83:25
84:4 86:7

nonetheless
88:9

nonsense
105:11

noose
88:4

Northwest
94:16,17

notes
89:21,22,23

notion
115:22

November
20:25

NR
106:11

nuanced
100:4

number
6:19,24 7:4
26:23 31:16
43:22 48:17
49:6

numbers
43:18

nurse
39:15,18
47:14

nurses
25:18 37:6

---
O
---

O-D-E-N-A
60:12,13

oasis
59:15

oath
44:25 60:3

Oberlink
106:23

objection
48:12

obtain
18:2

obtaining
9:24

OCA
8:24

Ocala
88:21

occur
33:18

October
117:5

ODENA
60:12,15 61:6

offer
8:25

offering
32:9 35:8

Med Def_000233

office
    8:22,23 60:4
official
    66:5
oldest
    92:12
on-deck
    50:1 103:15
Onha
    118:8,10
open
    26:2 66:7
opening
    117:20
openly
    83:11
opinion
    28:17 100:24
    109:10
opinions
    53:25 115:15
opioid
    53:22
opportunity
    20:5 48:20
    49:17 60:2
    69:21 70:2
    89:12 100:11
oppose
    6:8 41:13
    60:19 75:25
    81:5 87:3
    102:2
opposed
    34:1 36:18
    42:5 48:4,22
    93:15
opposes

95:8
opposition
    49:19 71:1
    72:18 74:18,
    22 85:14 91:1
    93:16 99:1
option
    37:7
options
    34:14
order
    6:9,23 8:15
    19:2 79:20
orders
    31:20
organization
    62:21 105:2
organizations
    10:4 41:12
original
    48:14
Orlando
    57:13 105:2
Orrell
    101:18 102:7,
    10,25
Osgood
    111:17,18
    119:4
osteopathic
    7:25 8:2 9:12
    40:15 116:18
outcomes
    46:7 112:24
overreach
    71:13 96:13
    108:6 111:6,
    15

overreaching
    114:12 115:1
overrides
    95:10
oversees
    18:6
owe
    81:4

_____

            P

pain
    113:24
painfully
    96:8
painkillers
    53:16
pains
    113:10
Palm
    65:4,13
panel
    70:18 97:8
pansexual
    83:25
parent
    5:21 6:2,4
    12:19,25 13:5
    19:23,25 20:6
    30:1,6,15
    32:22 33:7
    34:13 36:2
    38:4 39:4
    57:21 58:8
    67:19 69:24
    75:16 81:24
    82:6 90:8
    95:17 101:12,
    15,21,24
    102:11

104:12,24
    112:2
parent's
    36:11
parental
    59:16 96:8
    104:14 110:22
Parenthood
    106:1 107:16
parents
    5:7,17,19,25
    13:10,13,17
    29:14 32:21
    33:19 50:22
    51:8 75:19
    83:14 88:4
    95:11,18
    96:10,11
    100:23
    102:14,20,23
    110:18,23
    111:4 118:2
parents'
    95:9 100:22
    112:11,16,18
Parker
    89:9,10,11,
    13,17 90:9,
    10,11 106:2
Parkland
    65:11
part
    15:7 16:7
    17:1,6,7 74:8
    83:11 111:25
participate
    8:12
parties
    97:2 120:7

Med Def_000234

Committee on Health Policy
March 13, 2023

28

parts
    41:19
party
    89:21 97:9,12
    114:20
pass
    72:14 86:7
    87:16
passed
    84:22
passes
    85:23
passing
    73:14 109:15
passion
    66:2
passionately
    39:19
past
    8:4 68:13
    105:1 116:21
pastor
    77:21
Pat
    107:1
Pathological
    62:22
patient
    6:22 9:15,17,
    18 26:4 40:9
    45:8 48:23,25
patiently
    48:18
patients
    9:3 22:11,13
    23:4 26:8
    38:19 39:10
    40:17 45:1,3,

5 61:1
    117:11,12
Paul
    43:6,8 71:23
    72:3,5 98:23
    99:16,19,20,
    21 100:11
Paula
    73:4,22 74:1,
    2,16
pay
    49:15 65:12
paying
    49:3
PCB
    25:1
PCS
    5:3,4 6:14
    7:4,6,18,22
    8:10,13,17,21
    9:2,10,21
    10:2,9,11
    19:17 26:15
    32:12 35:14
    40:14 48:9,
    13,16
PCS's
    35:12
peace
    70:20
peacekeeper
    70:20
pediatric
    43:18,19,25
    44:10
pediatrician
    27:20 58:2
    82:9

Pediatrics
    43:15
peer-reviewed
    60:24
pen
    85:20
penalized
    102:25
penalties
    17:14,16
    45:25
pending
    5:2 48:14
people
    12:1 26:24
    29:6 42:17
    43:11,24
    46:17 47:12
    49:4 52:24
    53:2,21 56:25
    59:21,25 62:7
    63:15,19 64:4
    67:3 68:13
    71:14 72:23
    77:5,6 78:20
    81:3,10 83:18
    84:20,21,23,
    25 86:13
    87:14 95:14,
    18 99:3
    103:22 108:14
    113:6,11
people's
    103:25
percent
    108:15 109:6,
    7
Perez
    63:18 64:8,
    12,13 69:13,

15 70:9,11
perform
    70:23
performing
    17:23 18:9
performs
    16:13
permanent
    24:6,7 46:24
    69:8 72:8
    79:16
permanently
    79:13
permission
    42:14 84:19,
    25
permit
    19:1
person
    49:12 50:5,14
    55:5 73:10
    76:7,8 78:15
    80:5,20 88:5
    91:9 95:16
    97:8 103:15
    113:9 116:2
personal
    41:8 53:25
    77:24 114:25
personally
    109:23
personnel
    38:19
perspective
    112:1 114:23
petition
    20:7 30:7
petitioned

Med Def_000235

30:1

**pharmacist**
47:15

**Phd**
55:6

**phone**
20:14 29:7
94:5

**phonetic**
57:18 65:24
68:17 70:13
72:4 74:19
80:14 86:16
91:16 96:19
101:4 102:8
106:21,25
107:6 118:8

**phonetics**
37:24

**photos**
101:1

**physically**
9:16 79:13

**physician**
7:25 9:14,22,
23 16:12
60:20 116:21
117:13

**physician's**
8:22

**physicians**
9:12 26:7
40:15,16

**pick**
16:9

**picked**
104:14

**picking**
34:10

**picture**
94:2

**pictured**
74:3

**pictures**
94:6

**piece**
19:9 112:3

**Pifer**
73:4,22 74:2,
3,16

**place**
19:25 21:9
26:11 48:10
93:7 113:14

**plain**
69:10 87:10

**plainly**
19:22 29:12

**planned**
76:5 92:1
106:1 107:16

**play**
88:23

**plaything**
100:22

**pleading**
103:18

**plot**
51:4

**podium**
50:7 52:11
91:15 101:6

**Podracky**
91:15 92:5,8,
22

**point**
23:24 26:10

27:6 49:19,
21,22 72:6

**points**
49:21

**police**
93:4

**Policy**
50:18 79:6
80:18 90:21

**politeness**
67:4

**Pope**
65:5

**population**
61:3 108:15
111:3

**portion**
25:1 29:13,22
119:12

**portions**
17:21

**position**
36:11

**possess**
116:9

**possibility**
25:15,18

**possibly**
27:21 47:19

**posture**
48:9

**potential**
40:19 70:2
108:2 112:5

**potentially**
38:15 114:1

**pour**
66:25

**power**
45:3 80:25
102:17 108:12

**Powers**
105:19,21,22

**practically**
38:12

**practice**
37:6 44:5,6
46:1

**practices**
39:15 58:7

**practicing**
38:3 39:3

**practitioner**
8:16 9:22
15:13 17:22

**practitioners**
7:19 8:11
17:14 39:10,
15,19 47:1
54:16

**Prada**
74:14

**prayerful**
111:24

**precedent**
41:7

**precocious**
15:2

**prefer**
68:2

**preference**
34:12 36:11
115:24

**prepared**
98:12

**prescribe**

Med Def_000236

25:5

**prescribed**
5:14 26:13
117:23

**prescription**
7:21,23 26:18
47:16

**prescriptions**
6:17,20 7:11
8:9,18 9:10
11:19 17:24
18:3,21 19:21
26:11 57:5
116:19 117:14

**present**
14:14 15:16
18:19 33:15

**president**
26:25 43:1
59:12 85:12,
18 87:1

**pressure**
58:23

**pretend**
95:9,11,13

**preventing**
54:12

**prior**
18:3 23:14
49:16

**private**
33:9 99:25

**problems**
82:5 90:4

**procedures**
6:18,20 7:11
8:19 9:10
14:24 16:13
18:9,22 19:21

52:2 79:18
116:6,19
117:14

**proceed**
76:21

**proceedings**
34:11

**process**
14:7 26:10
99:12

**procreation**
63:4

**profession**
38:22

**professional**
24:17 45:7
47:8 98:3

**professionally**
58:4

**professionals**
37:5,13 58:4
60:20 70:4
102:20

**program**
56:5

**prohibit**
15:10

**prohibited**
28:9

**prohibition**
8:12 10:2

**prohibits**
7:18

**promise**
14:18

**prompted**
51:2

**pronoun**
96:6

**pronounce**
80:13 87:20
100:14 103:3

**pronouns**
80:17

**proof**
84:13

**proper**
48:8 82:5

**prophets**
99:8

**proposed**
5:2 6:11,14
117:6

**proposing**
84:13

**protect**
6:15,24 7:4,
10,13 11:1,6
12:1 18:20
19:15,20 26:4
32:15 33:11
40:9 46:16,
22,25 79:20
89:3 102:4
110:12,13,19,
21,25 111:5
112:4,14

**protected**
96:9

**protecting**
5:17 8:20 9:8
10:1 38:18
46:19 53:23,
24 95:13
110:15,17
118:3

**pronoun**
96:6

**protection**
7:2 46:18
112:3

**protections**
11:25

**proud**
75:16 82:24

**proudly**
83:11

**prove**
84:9

**proven**
109:3

**provide**
8:23,25 9:5,
12,19 18:8
25:19 56:10
60:20

**provided**
6:21 11:25
16:12 105:5
120:4

**providers**
9:4 10:7 51:8
75:20 100:2

**providing**
7:19 8:13,18
9:14 20:5
38:18 42:18
109:3

**provision**
7:12,14 8:23
10:5 19:17
31:20 32:14,
16 61:1

**provisions**
6:10 7:4 12:8
32:13

Med Def_000237

prudent
6:23

Pryor
101:6,18,20

psychiatrist
40:17 82:9

psychiatry
55:6

Psychological
41:11

psychologist
58:2 82:10

psychology
55:5

psychotic
81:16

PTSD
84:5

puberty
14:22,23
15:1,2 22:13
24:5,7 70:7
72:8 79:9,16
117:10

puberty-
blocking
23:13

public
8:6 26:4 40:9
46:22 66:5
76:25 113:16
116:23

published
20:24 60:24

puddles
88:6

punishment
42:17 43:10

puppet
52:22

purpose
10:19,21 11:1
35:14 116:3

purposes
15:9 21:8
27:11

pursue
17:23 20:6
116:14

pursuing
55:6

pursuit
26:8 57:24

push
64:5 110:10

pushed
79:11

pushing
64:3

put
39:9 45:6
59:23 72:19
73:2 82:11
88:22 91:22
101:12 103:15
109:22

putting
41:23 59:25
62:23 111:8

_____

**Q**

qualified
37:5,12

queer
59:24 101:24
104:24 108:4

question
11:21 12:25
15:7 17:7
18:12,24 19:7
20:23 22:5
23:24 27:6
28:7 29:2,4,
21 56:21
86:18

questions
6:7 10:11,13
11:8 12:10,11
14:16 16:22
18:11 20:10
23:20 24:21
25:12 26:22
31:10,22
34:20,21
37:16,17
42:23 103:24,
25 113:24

quick
72:6 86:18

quiet
48:23,24

Quinn
102:7 103:4,
6,7,9,13,17
104:5

quote
24:4

_____

**R**

R-E-H-N
71:5

Rain
78:25 79:24,
25 80:2,4

raise

5:8

raised
38:9 94:17
113:2

raising
28:21 35:24
95:25

Raphael
107:14

rare
109:19

rate
109:12

rates
63:2 72:11
108:22

Rawls
64:8,9 65:1,
3,4,19

razor
92:13,20

reactions
46:12

read
18:22,25
23:12 73:24
99:2 112:25

reading
60:18

real
34:14 73:15,
18 77:21
101:9 103:24,
25

reality
97:1

realize
80:9 98:17

Med Def_000238

Committee on Health Policy
March 13, 2023
32

**reason**
40:23 45:24

**reasons**
36:3 97:3

**reassignment**
6:3,17,25
7:11 8:25
9:10 11:19
18:21 19:21
40:18 100:20
116:15,19
117:14

**receipts**
65:17

**receive**
20:19 21:14
23:4 27:20
28:23 29:16
41:24 53:15,
17 61:23 62:1
74:10 79:11
111:7

**received**
22:13,14
77:22

**receives**
92:2,3

**receiving**
7:21 8:9
21:16 22:16
25:3 31:5
47:13 100:25

**recent**
61:21 70:24

**recognized**
5:4 10:15,23
11:11,15
12:4,14,22
13:3,7,21
14:2,19 15:3,

19 16:2
17:10,19
18:13 19:4
20:11,20
21:11,19,23
22:2,7,20
23:2,7,22
24:12,24
25:7,14,21
27:4,25 31:13
32:7 33:2
34:6 35:5,20
36:23 37:25
40:5 41:1
42:12 43:7
44:21 47:6
50:16 51:16
53:13 54:8
56:1 57:7,18
58:12 59:2,10
60:14 61:15,
20 62:17
63:9,20 64:11
65:2,25 66:20
67:15 68:10,
25 69:17,19
70:16 71:11,
18 72:4,16
73:5 74:1,24
75:14 76:23
77:14 78:5,12
79:3 80:3,15
81:8,22 82:22
83:9,23 84:17
85:9 86:5,17
87:20 88:19
89:16 91:4,17
92:7 93:1,18
94:13 95:6,23
96:21 97:15
98:5,24 99:19
100:17 101:7,

19 102:9
103:16 104:9,
11,21 107:20
110:7 111:17
115:6

**recommend**
51:2

**recommended**
60:21

**record**
107:9

**recording**
120:3

**reduce**
109:5

**reducing**
37:9

**Reeves**
72:1

**refer**
9:3 42:16

**refill**
26:17

**refutes**
75:8

**regard**
7:2 8:20 9:8
10:1 35:15
115:24

**Regina**
73:23 74:17

**Regina's**
73:25

**registered**
8:22 37:6
92:10

**registration**
9:7

**regulated**
40:20

**Rehn**
71:5,17,19

**reinforce**
109:11

**reject**
101:11 102:14
115:22

**Rejoice**
99:5

**relate**
11:3,4 112:2

**related**
14:10 16:21
17:21,22
116:15

**relates**
11:4 29:22

**relating**
7:9 8:14
18:19 19:19
31:20

**relationships**
99:25

**relative**
120:6

**relief**
20:7

**religious**
28:17 36:2
57:25 65:9
75:7

**remaining**
26:23

**remains**
117:18

**remarkably**

Med Def_000239

Committee on Health Policy
March 13, 2023

33

66:14

**remarks**
117:20

**remember**
24:4 55:12
72:9 73:16
83:3 97:2
108:14

**remind**
87:11 89:20

**remove**
88:3

**removes**
37:7,11

**removing**
35:12

**Ren**
94:3

**Renee**
97:13 98:5,7,
8,21

**rent**
97:5

**repeat**
16:6 31:16
107:23

**repeating**
107:24

**replacement**
56:8

**reported**
117:4 119:11

**reports**
14:8

**represent**
80:4,5,6
85:11

**reproductive**
80:19,23 81:3

**Republican**
89:1

**REQUESTED**
119:12

**requesting**
26:25

**require**
6:19 7:14,15
20:1 32:16,17

**requirement**
18:1

**requires**
7:23 34:16

**research**
8:5 14:8,13
23:25 72:19
98:12 103:20
112:25 116:22
117:7

**resident**
92:9

**resilient**
52:20

**resistance**
96:12

**resort**
5:10

**resources**
80:25

**respect**
5:16,19 32:20
51:19 85:19
115:14 118:2

**respectful**
65:23 76:9
85:7

**respectfully**
118:6

**respond**
67:25

**response**
118:12,14,16,
18,20,22,24
119:1,3,5,7

**responses**
36:17

**responsibilitie
s**
5:16 118:2

**responsibility**
5:8 111:4

**responsible**
47:1 112:23

**rest**
48:25 50:2
110:15

**restrict**
56:7 116:18

**restricting**
69:9 117:6

**restrictions**
41:13 83:4

**restricts**
107:25

**result**
79:16

**retaliate**
114:24

**retired**
70:18

**Reverend**
74:20,23,25
75:1,12
77:11,12,15

**reverse**
24:10

**reversible**
53:17

**revert**
24:8

**review**
6:5 14:11

**reviewed**
14:5,6

**reviewing**
8:5

**revile**
99:4

**revisit**
66:6

**revocation**
9:6 18:10

**reward**
99:6

**Reynolds**
76:24,25

**Rhen**
71:8

**rhetoric**
109:14

**Ric**
65:13

**ride**
92:17

**rightful**
33:8

**rights**
5:16,25 59:16
87:8 89:2,22
95:10 96:8,10
97:24 100:6,7
104:14,15

Med Def_000240

Committee on Health Policy
March 13, 2023

34

110:22,23
111:3 112:11,
16,19 118:2

**riot**
85:23

**rise**
79:7 117:10

**risk**
18:10 46:3,6,
10 83:14
117:9

**risks**
5:18 6:22
9:16 38:19
45:22 63:1,2
79:15 117:13

**Rob**
105:19

**Robert**
106:7

**Roberts**
61:18 62:13,
15,19 63:7

**Robin**
55:18,22
56:2,18,20,23
57:2,8,12,15

**Robinson**
43:6,8,9
71:24 72:3,5
73:22

**Rodriguez**
107:13

**role**
39:15

**roles**
70:23

**roll**
118:9

**Ron**
59:15,17,20

**Ronnie**
54:5,22,24,25
55:15

**room**
9:17 78:20
85:1 88:12,18
90:7 97:17
105:9 107:8
113:11

**rooted**
80:24

**Roy**
103:15 104:7,
10,12

**Rue**
106:16

**rule**
20:18,23,24
21:3,6,22
22:17,23
23:3,11,15
43:1 116:25
117:3

**rules**
8:1 89:13
116:18

**ruling**
19:1

**rural**
41:19 111:11

**Ryan**
90:16

———————————
S
———————————

**S-U-N-S-A-R-A-E**
51:14

**safe**
41:15 51:1
61:9

**safety**
5:18 26:5
40:9 118:4

**sake**
60:5

**Sam**
58:12 59:1,3,
7

**Sarah**
89:9,10,11,
13,17 90:9,
10,11,12

**sat**
49:10

**save**
102:20

**saved**
92:22 112:17

**saving**
37:14 70:2
88:6 92:4

**SB**
53:2 71:1
75:25

**scapegoat**
54:11

**scared**
85:2 94:23

**scars**
93:12

**scary**
29:11 94:18

**Schmidt**
68:22,23
69:12,20

**school**
81:14 82:1
92:4,16
112:14

**science**
103:21

**scientific**
95:12

**scientist**
98:12

**Scott**
63:9,17,21

**seconds**
49:8,9,12
67:2 77:3
78:11,15,22
86:24 87:25
88:11 96:22

**section**
19:10 99:2

**sector**
38:23

**seek**
6:20 9:9 15:9
45:1 58:9

**seeker**
70:20

**seeking**
20:8 25:20
46:1,11

**self-actualization**
77:22

**self-harm**
87:5

**self-medicating**
101:13

**Senate**

Med Def_000241

10:9 56:7
85:14 95:8
118:9 119:10

**Senator**
5:1,5 10:13,
15,16,18,22,
24 11:2,9,10,
12,16,17,22,
23 12:3,5,6,
12,13,15,17,
21,23,24
13:2,4,8,9,
12,20,22
14:1,3,4,7,
17,20,21
15:4,5,7,18,
20 16:3,4,5,
7,23,24 17:3,
4,5,9,11,12,
17,18,20,22
18:12,14,15,
25 19:5,6,8,
10 20:11,12,
13,21,22
21:10,12,18,
20,24 22:1,3,
4,6,7,8,20,
21,24 23:1,3,
8,19,21,23
24:1,11,13,
22,23,25
25:8,9,13,15,
22,23 27:3,5,
6,24 28:1,12,
13,15 29:4,
18,19,21
31:12,13,15,
18 32:5,6,8,9
33:1,3 34:5,
6,8 35:3,4,6,
19,21 36:22,
23,25 38:1

39:23 40:3,4,
6 41:1,3
42:8,10,11,13
44:21,22,23
45:15,18,19
47:5,7 48:9
56:20,22,24
57:3,10,14
59:19 60:16
61:4 66:7
67:18 107:20,
21 110:7,8,9
111:17,18,20
115:5,7
118:11,13,15,
17,19,21,23,
25 119:2,4

**senators**
48:8 66:1
67:17 97:16
107:17

**send**
68:3

**Seneca**
86:4,15,18,
22,25

**sense**
97:5

**sensitive**
100:4

**sentence**
83:18

**separate**
81:17 112:21

**sergeant**
65:4 70:18

**serve**
75:1 77:20

**served**

58:15

**Service**
117:6

**services**
10:6 38:7
105:4

**set**
5:15 75:9
117:1 118:1

**setting**
41:7 98:3

**settings**
117:7

**severe**
46:12

**severely**
56:7

**sex**
5:22 6:2,17,
25 7:10 8:25
9:9 11:18
16:18 18:21
19:21 32:23
40:18 100:20
116:15 117:13

**sexual**
16:15,19

**sexualities**
81:2

**Shame**
104:16

**Shane**
99:17 100:10,
15,18

**shape**
79:10

**share**
66:22 115:16

**Sharf**
58:12 59:1,3,
7

**sharing**
57:4

**Shawn**
64:13

**Shayani**
102:7 103:4,
6,8,9,13,17
104:5

**Sheriff**
65:13

**shirts**
53:5

**shit**
94:8

**shooting**
65:12

**shortage**
45:11

**show**
48:6,12

**showing**
72:22 114:14

**shown**
87:6

**shrink**
67:5

**siblings**
78:19 80:22

**side**
46:3,24 52:22
54:13,15,16
72:9 100:23
108:7 111:12
112:5

**sides**

Committee on Health Policy
March 13, 2023

36

34:10 36:7
49:5

**significant**
41:4

**significantly**
108:22

**signing**
77:4 83:17

**signs**
49:2 85:20

**silent**
85:22 96:15

**similar**
40:12 46:20

**simple**
39:13,14
69:10 76:11
87:11 109:4

**simply**
23:24 31:19
33:8 34:16
37:11 42:15
47:11,17,18
108:18
109:13,21
110:1

**sin**
65:5

**singing**
63:13

**single**
80:6 91:7,9
97:20

**sir**
37:25

**sister**
103:23

**sit**

98:17 104:1
108:18

**slice**
93:23

**Smith**
85:6 86:3,5,
6,16 87:19,22

**snapping**
49:1,2

**social**
85:12 105:17
109:4

**Society**
41:12 60:23

**society's**
88:3

**solid**
114:10

**solidarity**
80:21

**son**
28:16 67:20
69:2 70:6,19
91:24 94:19
99:5

**song**
63:13

**Sophia**
70:13,14,17,
19

**sort**
27:20

**soul**
68:18

**sound**
49:9 76:15

**Southwest**
59:13 85:11

87:2,23 89:18
90:6

**Space**
56:4

**speak**
12:8 14:11
19:11 26:24
29:23 37:19,
20 47:9 48:21
49:16,17
52:11 68:2
69:21 82:25
85:8 86:13,14
88:1 98:4
99:1 115:13

**speaker**
76:25 108:9,
10

**speakers**
78:16 115:19

**speaking**
38:13 49:25
70:25 115:21

**speaks**
75:9

**specialists**
43:16 44:10

**specialized**
100:2

**specialties**
43:17

**specialty**
40:16

**specific**
7:15 12:8
13:18 20:6
32:17 36:3
38:11 53:6

**specifically**
37:7 96:25

**speech**
98:12

**spell**
60:11 61:11

**spelled**
19:9

**spend**
103:18 110:15

**spent**
8:4 100:3
101:13 110:14
116:21

**sperm**
85:4

**spirit**
66:4 114:16

**SPLC**
50:19

**spoke**
20:14 30:3
42:14 69:16
70:9 81:15

**spoken**
12:19 13:5,10
22:9 73:23

**sponsor**
52:18

**sponsors**
110:11

**spouse**
27:22 28:17

**staff**
14:6,12 65:4

**stage**
70:22,24

Med Def_000243

Committee on Health Policy
March 13, 2023

37

**stand**
 75:18 85:14
 97:9

**standard**
 11:13 26:7

**standards**
 8:8 62:24

**standing**
 52:21 64:2

**Stanwood**
 92:6,24 93:1,
 2 95:6,20,24,
 25 96:17

**stare**
 104:1

**start**
 70:15 78:13

**started**
 55:3 110:11

**starting**
 16:10 21:12

**starts**
 59:13

**state**
 6:25 7:7,9,17
 10:1,3,5
 11:4,7,13
 12:7 18:17,19
 19:3,20,22
 20:1,2,18
 21:7,16 25:17
 27:12,13,16
 28:5,6 29:9
 30:7 32:19,24
 33:14 35:16
 38:3,9,24
 41:6,20 45:9,
 14 46:17 51:7
 52:12,14 54:4

**56:11 57:8**
58:5 59:24
79:20 80:18
91:14 94:25
96:9 100:23
106:10 116:14

**state's**
 10:6 38:5

**state-sponsored**
 85:15

**stated**
 72:19

**statement**
 24:15,19
 86:23

**states**
 19:13 53:22
 89:25 108:15

**statistically**
 105:8

**statutes**
 7:7

**stay**
 7:8 18:18
 19:18

**steep**
 117:10

**step**
 109:20

**stepdaughter**
 113:2

**Stephanie**
 105:16,18

**stepson**
 96:2

**sterile**
 79:13

**sterility**

79:16

**Stonewall**
 85:22

**stood**
 93:4 112:13

**stop**
 24:7 67:22
 97:12 105:11

**stories**
 77:2

**storm**
 66:25

**story**
 55:1

**straight**
 63:14

**strangled**
 88:2

**stress**
 58:23 101:21

**strikes**
 85:20

**strings**
 52:22

**stroller**
 102:12

**strong**
 114:2

**strongly**
 60:19

**student**
 59:4

**studies**
 84:9

**study**
 72:21

**subject**

18:21

**subjected**
 6:16 7:5,10
 19:20

**submit**
 97:3

**submitted**
 6:11

**subscribe**
 113:21

**substance**
 10:7

**substitute**
 5:2 6:11,14
 119:11

**succeed**
 73:19

**success**
 55:1

**successful**
 55:10 73:11
 92:17

**suffering**
 63:15

**suffrage**
 89:23

**suggested**
 30:9

**suicidal**
 82:4 108:3

**suicide**
 61:25 63:3
 69:3 72:10,11
 97:22 105:9
 108:3,8,23
 109:5,8,12
 111:3 112:4

**suits**

Med Def_000244

87:8

**Sunsarae**
52:15,17

**support**
6:8 32:1,2
33:22 34:24
35:1 36:14
42:1 44:16,
18,23 45:14
47:23 49:19
60:25 75:18
77:7 79:7,19
82:11 87:8
88:24 90:14,
17,18 102:3
103:19
105:16,18
107:4 109:3,
18 110:2
118:7

**supporting**
115:2

**supportive**
88:4 102:22
108:25

**supports**
40:1

**supposed**
30:14 80:14
96:9

**surely**
44:13 99:6

**surgeon**
85:3

**surgeries**
5:14 6:3
11:19 40:18
62:9 117:23

**surgery**

8:23 62:11
116:15

**surgical**
8:22 79:17

**surging**
38:20

**suspending**
8:16

**Sweden**
117:8

**sweet**
63:12

**switch**
89:6

**Sylvia**
107:11

**system**
36:6 64:16,17
67:9 101:22,
23 102:16

---

**T**

---

**taking**
19:25 29:9
51:25 54:19
68:17 70:1
73:14 88:7
99:10 112:12
115:19

**talk**
10:18,20
11:14,24
15:21,23
17:12,15 29:2
38:10 41:18
63:1 99:12
103:22,24
111:10 113:1

**talked**
24:1 29:8
116:13

**talking**
13:12 14:25
20:14 37:8,9
38:15,16,18
41:17,18
56:25 92:20
111:7

**talks**
14:22 18:16
37:3

**Tallahassee**
94:20

**Tampa**
55:12

**target**
108:3

**targets**
59:23

**task**
112:12

**taught**
44:5

**taxes**
97:5

**taxpayer**
92:9 98:13

**Tea**
89:21

**teach**
55:10 90:3

**team**
58:3

**Tech**
61:22

**Ted**

57:17 58:11

**teen**
75:16

**telehealth**
25:18 37:4,12
38:14,25 57:4
66:7 111:11

**tells**
56:12 81:12

**Ten**
78:18

**tense**
33:4

**term**
16:11 32:11

**terms**
54:13

**tested**
100:6

**testify**
100:12

**testimony**
45:20 66:22
68:13 76:4,9

**testosterone**
46:11

**That'd**
70:15

**therapies**
5:13 6:3
16:14 23:14,
16 72:6
117:22

**therapist**
70:4

**therapy**
45:23 56:8
108:24

Med Def_000245

Committee on Health Policy
March 13, 2023

39

Theresa
87:19 88:19,
20 89:8

thing
55:7 110:14
114:20

things
14:24 15:1
20:16 23:23
43:19 44:11
45:12 53:7
58:22 63:24
66:9,10,11,13
69:22 81:25
84:21 89:20
97:4 98:16
107:23 112:8
113:17,18

thinking
81:18 90:5
112:9

thinks
83:5

third-degree
8:10 17:25

Thirty
96:22

this--
88:22

Thomas
95:21 96:19,
22 97:11
106:7

Thompson
120:13

thought
91:25 112:1,
3,11

thoughtful

111:23

thoughts
108:3

thousands
91:10 112:17

threatened
89:14

thriving
92:17

Throop
106:14

thrust
116:20

Thursday
21:1,2,13
22:18 23:17
117:2

time
7:22 20:13
26:16,23
32:11 49:10
59:13 67:23
69:6 72:7
80:8 82:7
84:19 87:6
88:12 91:22
93:7,23 94:24
98:16 102:16
103:12,18
110:16 111:2
113:7 115:11
116:4

time's
51:11

timer
67:22

times
24:20 89:6
90:5 108:16

117:5

tired
114:19

Titcomb
74:24 75:13,
15

today
6:13 14:15
15:10 21:5
37:21 47:17,
24 51:12
52:24 62:2
73:8 75:17,22
78:2 80:4
91:9 95:19
107:22 108:19
109:1,18,25
110:19 112:16
115:9,25
117:16

today's
115:11

Todd
58:13,14

toiling
111:19

told
85:18 91:24
93:4 112:15,
18

tomorrow
78:19

top
62:11

top-quality
45:14

topic
25:25 115:25

total
22:16

totally
46:17 112:21

tough
110:9

trained
58:3

traits
116:11

trans
39:2 51:8
52:17,20
53:1,16 55:1
56:9 58:16
59:3,4,21
62:7 64:14
67:3,19 69:2
76:8,10 77:20
78:15 80:5,7,
10,21 81:3
83:18 84:1,4
85:1,16 86:1
94:19,21
97:17,24
98:18 99:12
101:25 102:4
104:12,18
108:14,21
109:7,19

transcript
120:3

TRANSCRIPTIONIS
T
120:1

transfusion
28:16

transgender
13:6 37:7,10
38:8 41:4

Med Def_000246

Committee on Health Policy
March 13, 2023

40

43:20 51:18
56:6 57:22
60:25 61:21
62:19,23 65:8
69:24 70:25
71:2 72:12,23
74:9 75:18
81:24 82:2
92:12 95:16
96:2 98:9
99:10

**transition**
39:5 46:2,11
74:12 92:2,15
93:13 109:4

**transitioned**
91:25 93:8

**transitioning**
46:5

**transphobic**
69:9 71:15
84:23 85:2
108:6

**trauma**
62:9 81:4

**travel**
39:3

**tread**
59:7

**treat**
40:17 46:20
76:10

**treated**
9:2 23:13
46:21 52:3
72:13 76:11
99:8

**treatment**
6:23 7:24

9:9,13,14,16,
20 16:11 31:4
36:3 40:13
51:3 62:20
63:1,4 108:5
116:14,25
117:9

**treatments**
6:21 7:1,5,
19,21 8:13
9:1,4,23,24
10:3 17:23
18:4 26:5
40:10,19,22
46:23 79:12
100:19,20
116:24
117:15,19
118:5

**Trey-**
64:12

**Trey-shawn**
63:18 64:7,8,
12 69:13,14,
15 70:8,9,11

**trouble**
44:9

**true**
30:10 120:2

**truth**
75:8,9

**tumors**
46:7

**turn**
89:5 94:4

**turned**
22:19

**TV**
54:14

**two-year**
72:21

**type**
36:8 41:16
96:12

**types**
15:9

**typically**
5:24

————————

**U**

————————

**U.S.**
64:13

**UF**
22:10

**Uh-**
62:17

**Uh-huh**
12:16 80:2

**unable**
61:23 79:14

**unaccepting**
93:5

**unanswered**
113:24

**uncertain**
104:13

**uncle**
80:5

**unconstitutiona
l**
109:24

**underneath**
50:12 55:24
64:10 68:24
95:22 96:20

**understand**
28:3 51:20

52:7 55:8
81:10 113:4,
10 114:9

**understanding**
18:23

**undertaken**
36:4

**unequal**
42:20

**unexpected**
96:5

**unfriendly**
32:11

**Uniform**
19:11 35:10

**unilaterally**
5:21 32:23

**unique**
116:3

**Unitarian**
57:20

**United**
53:22 74:10
75:2 108:15

**Unity**
85:12

**universal**
75:8

**Universalist**
57:20

**university**
100:2

**unnecessary**
39:11 62:9

**unresolvable**
16:18

**upbringing**
5:20 32:22

Med Def_000247

urge
39:21 50:19
78:1 97:16
102:2 110:1

uterine
46:14

utilized
39:1

---

**V**

V-E-R-G-A-
76:13

VA
58:17

vaccinate
90:2

vague
33:18 42:19
47:19 96:3

Valentino
74:4

valuable
39:22

Van
93:16,17,19
94:4,7

Vance
72:3,15,17

Vanderford
91:2,5,6

Venmo
65:17

Vergalh
76:3

verifiable
16:15

versa
113:12

veteran
58:14 64:13,
14,16,17

vice
59:12 85:12,
18 87:1
113:12 119:6

victims
108:16

Victoria
106:14

vile
90:3

vilify
108:20

Vilorio
106:10

Vince
76:17,18,19

violate
30:11,24 47:1

violated
112:18

violates
100:5 104:14

violating
8:12,17
112:15

violations
46:21

violent
108:17

Virginia
57:9

visiting
75:21,22

Vogue
74:4

voice
102:2

Voices
59:13 82:24
85:11 87:2,23
89:18 90:6

voluntary
9:19,24

volunteered
13:14

vote
32:25 35:17
40:24 47:3
50:19 52:19
62:4 75:5
78:1,21 95:19
104:17 119:10

voter
92:10

voting
73:17 109:25
110:1

vulnerable
60:4 61:3
101:22

---

**W**

wait
78:23

waited
115:12

waiting
48:18

waive
49:18 71:19
72:1

waives
34:24 35:1

93:15

waiving
32:1,2 39:25
44:16,18
74:18,21
90:14,17,18,
21,22 91:1
105:16,17,18,
19,20,21,22,
23,24,25
106:1,2,3,5,
6,7,8,9,11,
12,14,15,16,
18,19,20,22,
23 107:1,2,3,
5,9,11,12,13,
14,16

walk
29:13

walked
74:14

wall
51:7

wanted
27:20 56:15
60:16 72:5
93:22 94:15
115:10

war
77:4 86:1

warrants
85:21

watching
53:19 88:5

wave
49:2

ways
39:12

weapons

Med Def_000248

84:23

**wearing**
96:5

**Weber**
50:5,6,16,17,
18 51:10
107:12

**website**
60:18

**week**
6:6 13:15
83:4

**weekend**
30:14

**weigh**
20:5 31:5

**weird**
85:4

**weirdly**
104:2

**welfare**
5:18

**Wendell**
101:4,8

**West**
65:4

**white**
113:3

**wholeheartedly**
113:22

**wife**
50:22 70:20

**Wilkie**
104:8,20,22,
23 105:13

**willfully**
8:11

**Williams**
52:10 53:8,
10,14 54:2
106:20

**Wilson**
67:15 68:22
69:1

**wishes**
65:15

**withdraw**
100:8

**witnessed**
102:17

**Witt**
55:18,22,23
56:2,18,20,23
57:2,8,12,15

**woman**
55:1,9 56:6,9
62:19 70:25
74:6 98:8
104:24

**women's**
59:12 82:24
85:11 87:2,23
89:18,23 90:6

**won**
93:3

**wonderful**
96:2

**wondering**
94:24

**Woodall**
90:20

**words**
91:22 108:9,
12

**work**
56:4 68:19

70:5

**worked**
14:6

**Workers**
105:17

**Workforce**
43:13

**working**
43:15 44:9
68:19

**works**
36:5 101:10

**world**
38:21 55:11
62:22 63:11
65:16 91:11
104:19 113:7

**worried**
53:20

**worries**
103:4,13

**worse**
41:6 44:12

**worth**
88:11 115:23
116:3,8

**WPATH**
101:9

**writing**
73:16

**written**
9:19 47:18
107:9

**wrong**
74:7 102:1
111:14 113:12

---
**Y**
---

**Yarborough**
5:1,5 10:18,
22,24 11:16
12:3,5,21,23
13:8 14:1,3
15:4,5 16:3,
4,24 17:4,17,
18,20 18:25
19:5,6 20:13,
21,22 21:18,
20 22:1,3,7,
20,21 23:8
24:1,11,13
25:8,9,22,23
27:24 28:1
29:18,19
32:5,6,8
35:3,4,6
40:3,4,6
45:18,19
59:19 60:16
61:6 67:18
86:11 111:20
115:5,7

**yea**
33:24,25
36:16 42:3,4
48:2,3

**year**
21:13 72:20
78:18 92:13,
16

**year-old**
82:25

**years**
39:5,20 44:10
55:9 62:24
64:23 69:25

Med Def_000249

78:18 83:11
84:5 86:6
94:16 99:22
101:13 105:1

**Yenisbel**
106:9

**York**
117:4

**young**
29:14 74:6
87:14 117:10,
24

**younger**
58:19

**youth**
12:20 51:8
59:3 85:18
87:1 97:17
101:23,25
104:18 105:2,
3,8 108:21
115:19

---

**Z**

---

**Zaide**
86:15 87:17,
19,22

**Zayd**
82:18,19
83:7,10

**Zayv**
82:17

**Zebra**
105:2

Med Def_000250