1

TRANSCRIPTION OF AUDIO RECORDING

FLORIDA HOUSE OF REPRESENTATIVES

HEALTHCARE REGULATION SUBCOMMITTEE MEETING

FLORIDA CHANNEL

Wednesday, March 22, 2023

Stenographically Transcribed Audio Recording By:
Terri L. Martin, Certified Shorthand Reporter

Med Def_002235

Doe Pls' Trial Ex.

30

1    Whereupon, the following proceedings were

2  transcribed from an audio recording:

3         CHAIR CLEMONS:  Members, next up is HB 1421,

4  "Gender Clinical Interventions" by Chair Fine.

5         Before we begin, I want to lay out a roadmap

6  of -- Representative Dr. Massullo is here, too, to

7  present.  I want to present a roadmap and layout of

8  how we will handle this bill.

9         We have approximately 72 or so speaker cards.

10 We'd like to hear from everyone that has traveled to

11 Tallahassee, and we will do our best to make sure

12 that everyone gets the appropriate time.

13        We're going to start out with a minute for

14 each person coming up.  If you would just say your

15 name but dispense with some of the other things

16 because you're eating on your time.  We would like

17 for you to use all of your minute to tell us why

18 you're for or against this particular piece of

19 legislation.

20        We'll be ending public testimony at an

21 ample time so that the members will have a chance to

22 debate on this bill, and we'll be voting on this

23 bill within two hours of this particular time which

24 will be 2:15-ish.

25        I would ask if the prior speaker has already

1    said some of your points that you go to your next

2    points to make sure that everyone gets something new

3    to debate.

4            And then we will begin.  So, Chairman,

5    you -- one or both are welcome to explain your bill.

6            REPRESENTATIVE FINE:  Thank you, Mr. Chairman.

7            And I recognize people have a lot to say on

8    this bill and there are other bills, so I'll keep my

9    opening very short.

10           HB 1421 deals with gender clinical

11   interventions.  The bill, I would say, falls into four

12   categories of what it will do.

13           First, it will ban the surgery or drugs that

14   are used for the purpose of mutilation and castration

15   for children under the age of 18.  Doctors who

16   participate in that moving forward will be -- I'm

17   sorry.  I should step back.  We have a strike-all, and

18   I'm starting to explain the strike-all.  I don't know

19   if you want to skip this and go to the strike-all.

20           CHAIR CLEMONS:  Any objections to -- it is

21   a strike-all bill, so if we could just dispense with

22   the other for your time.

23           Chair, would you please explain the

24   strike-all.

25           REPRESENTATIVE FINE:  Yes, absolutely.

Med Def_002237

 1            And so it does what I just said.  It also

 2    says, though, that doctors who engage in this

 3    practice will be committing a third-degree felony

 4    in the state of Florida.

 5            Second, it says that in custody hearings

 6    children who are at risk of being taken to do this

 7    sort of clinical gender intervention, a court can

 8    consider that in order to keep those children with

 9    the parent that does not seek to do that to their

10    child.

11            The third -- as it relates to adults, it says

12    that no public funds can be used for these procedures.

13    It says that no health insurance can be used for

14    these procedures.  Should you wish to do it as an

15    adult, you'll be paying for it yourself.

16            Third, it says you must have written consent.

17    The doctor must give written consent and provide

18    detailed information before an adult chooses to do

19    this sort of thing.

20            And, fourth, it creates a new cause of

21    action where if someone is unhappy about what has

22    happened, they will have 30 years in the case of

23    someone who is alive, 5 years in the case of someone

24    who has died in order to pursue a cause of action

25    related to any damage that they have received as a

Med Def_002238

1    result of this.

2            And then, finally, the bill states that

3    birth certificates will reflect biology, and they

4    will state what you were born as based on biology

5    at birth.

6            That, Mr. Chair, is the strike-all

7    amendment.

8            CHAIR CLEMONS:  For members' edification

9    and people who are watching on The Florida Channel,

10   this is the strike-all, barcode 692881, so we're all

11   on the same page.

12           Any questions from members regarding this

13   strike-all amendment?

14           Any questions from members?

15           Questions from members?

16           You're recognized, Representative Hunschofsky.

17           REPRESENTATIVE HUNSCHOFSKY:  Thank you, Chair

18   Clemons.

19           Representative Fine, I had a question

20   regarding the definition of gender clinical

21   interventions, lines 45 through 47.  It means

22   procedures or therapies that alter internal or

23   external physical traits.

24           What is part of those -- what exactly are

25   all the internal or external physical traits that

1   fall under this?

2          CHAIR CLEMONS:  Chair Fine.

3          REPRESENTATIVE FINE:  I'm going to let the

4   doctor answer.

5          CHAIR CLEMONS:  All right.  Dr. Massullo,

6   you're recognized.

7          REPRESENTATIVE MASSULLO:  Thank you,

8   Rep. Hunschofsky, for that question.

9          Internal changes would be changes to their

10  physiology, such as their hormone balance.  External

11  changes would be changes to their anatomy, such as

12  their breasts being removed or their genitals being

13  removed or distorted in some way, shape, or form.

14         CHAIR CLEMONS:  Follow-up, Representative

15  Hunschofsky.

16         REPRESENTATIVE HUNSCHOFSKY:  Thank you, Chair

17  Clemons.

18         When a woman has breast cancer and has her

19  breasts removed, does that fall under this definition?

20         CHAIR CLEMONS:  You're recognized for an

21  answer.

22         REPRESENTATIVE MASSULLO:  Thank you,

23  Mr. Chair.

24         If a minor young lady would have breast

25  cancer, that would be a pathologic condition that

Med Def_002240

1   would be treated, and it would not fall under that

2   definition of gender reassignment.

3            CHAIR CLEMONS:  You're welcome to follow up.

4            REPRESENTATIVE HUNSCHOFSKY:  Thank you,

5   Mr. Chair.

6            And I'm not a medical doctor, nor am I an

7   attorney, so could you show me where in the amendment

8   it says that a person going through cancer and having

9   their breasts removed in that case would not fall

10  under this legislation?

11           CHAIR CLEMONS:  Who's going to handle that

12  one?

13           REPRESENTATIVE FINE:  I will.

14           I'm not sure how frequently 13-year-old girls

15  get breast cancer, but if it does happen on a

16  frequent basis, we're happy -- this provision only

17  deals with minors.  I don't know how frequently

18  minors get breast cancer.  Maybe it happens a lot.

19  That's news to me.  But if it does happen, the

20  intention of the bill is not to do that.  And

21  also the bill does say that they can be treated.

22           All right.  No, no.  Somebody hit the light

23  switch.

24           There we go.

25           CHAIR CLEMONS:  Please proceed.

Med Def_002241

```
 1                  REPRESENTATIVE FINE:  I will simply say if

 2     there's an issue with a 13-year-old that gets breast

 3     cancer getting treated, we will make sure that the

 4     bill moving forward at the next stop addresses that.

 5                  CHAIR CLEMONS:  Follow-up, Representative

 6     Hunschofsky.

 7                  REPRESENTATIVE HUNSCHOFSKY:  Thank you,

 8     Mr. Chair.

 9                  So does that mean it's explicitly not

10     covered under this gender clinical intervention?

11                  CHAIR CLEMONS:  You're recognized.

12                  REPRESENTATIVE FINE:  Thank you, Mr. Chair.

13                  I think it's covered by the definitions of

14     this bill.  However, given this pervasive problem of

15     13-year-old breast cancer that you're worried about,

16     we will make sure -- we will take a look as this bill

17     goes through committee that any 13-year-old who gets

18     breast cancer will be able to have that treatment.

19                  CHAIR CLEMONS:  One more.  You're recognized.

20                  REPRESENTATIVE HUNSCHOFSKY:  Thank you,

21     Mr. Chair.

22                  And so it's not also for anybody under the

23     age of 18 covered in this section?

24                  CHAIR CLEMONS:  You're recognized.

25                  REPRESENTATIVE FINE:  This section deals
```

Med Def_002242

1  with minors.  So, I guess, again the pervasive problem

2  of 17-year-olds getting breast cancer, we will also

3  ensure that they are not going to be restricted under

4  this bill.

5          CHAIR CLEMONS:  You can have one more, sure.

6          REPRESENTATIVE HUNSCHOFSKY:  Thank you.

7          Just a final.  It bans the insurance

8  coverage, so would that also ban the insurance

9  coverage for a woman or a person of any age who has

10 breast cancer and would like to have their breasts

11 removed as part of that treatment?

12         CHAIR CLEMONS:  You're recognized for an

13 answer.

14         REPRESENTATIVE MASSULLO:  Thank you,

15 Mr. Chair.

16         No, that would not preclude them from having

17 their breasts removed or any other medical

18 intervention because it would not be part of the

19 definition of gender change.

20         CHAIR CLEMONS:  One more.  One more.

21         REPRESENTATIVE HUNSCHOFSKY:  Last one.

22         Just because we didn't really show anywhere

23 in the bill that it wouldn't fall under that gender

24 change and because there's another section that

25 mentions that it wouldn't be covered by insurance,

1    will you be addressing those concerns in this bill?

2           CHAIR CLEMONS:  Chair Fine, Chair Massullo.

3           REPRESENTATIVE FINE:  Yes.  Thank you

4    for the question.

5           We will ensure that the concern that you

6    specifically address -- we'll go back.  We'll talk

7    to staff.  We'll talk to attorneys.  If that -- I

8    don't believe it is an issue.  But if it is an issue,

9    we will make that amendment at the next committee

10   stop.  That's certainly not the intent of the bill.

11          CHAIR CLEMONS:  Other questions of the

12   sponsor?

13          Members, other questions of the sponsor?

14          REPRESENTATIVE BELL:  Thank you, Mr. Chair.

15          And hopefully this question pertains to your

16   strike-all, what you're talking about.  But I had an

17   opportunity to visit our Florida State Prison about

18   two months ago, and the prisoners that evolve in

19   there, they've already started hormone replacements

20   and other types of medications and have had some sex

21   changes on the backs of the taxpayers.

22          Would this stop this?  This bill that you're

23   running, would it -- I mean, because they said they

24   were required, I think, by federal and state law that

25   they have to continue to give these hormone drugs

Med Def_002244

1   to them on the back -- like I said, on our price.

2           CHAIR CLEMONS:  Chairman Fine.

3           REPRESENTATIVE FINE:  Thank you, Mr. Chair.

4           Yes.  Yes, it would, with one exception.

5   Anyone who is on these drugs prior to January 1 of

6   this year would be able to be weaned off them by the

7   end of the year.  But no one new could go on and no

8   more surgeries.  I mean, again, if the prisoner had

9   their own money to pay for this sort of thing, we're

10  not restricting it.  But the taxpayer would not be

11  obligated.  You would not be obligated to pay for

12  this sort of service.

13          REPRESENTATIVE BELL:  Thank you so much.

14          CHAIR CLEMONS:  It's your bill.  Follow-up?

15          Representative Tant for a question, you're

16  recognized.

17          REPRESENTATIVE TANT:  Thank you, Mr. Chair.

18          Thank you for indulging me on this question,

19  gentlemen.

20          In respect to the prohibition on gender

21  clinical interventions for minors and it says you

22  can't have therapies -- well, therapies that alter

23  internal or external physical traits, my son Jeremy

24  was born with Williams Syndrome.  That comes with

25  short stature.

```
1              So for a male, we were on growth hormone

2     injections from the time he was 13 months old until

3     he was 14 in order to get him tall enough so that he

4     would be able to at least not fall into the four-nine

5     and under.  And so I'm wanting to know whether or

6     not -- and at some point we were trying to elongate

7     his growth period to get him a little taller, and so

8     they put him on hormones and puberty blockers to help

9     him have more time to grow.

10             Will this affect that, your bill?

11             CHAIR CLEMONS:  Chairman Fine.

12             REPRESENTATIVE FINE:  Thank you, Chairman.

13             If you look at lines 55 through 65 of the

14    bill, that language is in there specifically for the

15    kind of issue that you describe.

16             CHAIR CLEMONS:  Follow-up, Representative

17    Tant?

18             Other members -- go ahead.  You can follow up.

19             Or I can come back to you.

20             Other members have questions?

21             Other members have questions?

22             Representative Skidmore for questions.

23             REPRESENTATIVE SKIDMORE:  Thank you,

24    Mr. Chair.

25             Thank you, Rep. Fine and Rep. Massullo.
```

Med Def_002246

 1          My question is actually on kind of the same

 2   lines as Rep. Tant's questions but in regard to birth

 3   control.  So is this banning birth control for minors

 4   in this particular section because it's hormone

 5   related?

 6          CHAIR CLEMONS:  Chairman Fine.

 7          REPRESENTATIVE FINE:  I mean, birth control

 8   is not used to change one's gender, so, no, this has

 9   nothing to do with birth control.

10          CHAIR CLEMONS:  Follow-up, Representative

11   Skidmore.

12          REPRESENTATIVE SKIDMORE:  That's the question.

13          Thank you.

14          CHAIR CLEMONS:  Representative Tant, I

15   want to come back to you.  Do you have a question

16   of the sponsors?

17          Are there any other members that have

18   questions of the sponsors?

19          All right.  Ranking Member Bartleman, you

20   have a question or series.  You're recognized.

21          REPRESENTATIVE BARTLEMAN:  Thank you, Chair.

22          So from my understanding of the bill, this

23   is to impact children, but there are portions of your

24   bill that impact transgender adults.  Correct?  Can

25   you -- I'm asking which sections are those, and was

```
 1    that intentional with the adult track in here?
 2            Thank you.
 3            CHAIR CLEMONS:  You're recognized.
 4            REPRESENTATIVE FINE:  Thank you, Mr. Chairman.
 5            The subject of the bill is gender clinical
 6    intervention.  It is not gender clinical interventions
 7    for children.  So the bill does have provisions that
 8    relate to children and adults.
 9            CHAIR CLEMONS:  Follow-up, Representative
10    Bartleman.
11            REPRESENTATIVE BARTLEMAN:  Thank you, Chair.
12            What is the State's compelling interest to
13    interfere with adult's freedom to make these sort of
14    informed decisions for themselves?
15            CHAIR CLEMONS:  Representative Fine.
16            REPRESENTATIVE FINE:  Thank you, Mr. Chair.
17            The State is not interfering with an adult's
18    ability to make this decision.
19            CHAIR CLEMONS:  Follow-up, Representative
20    Bartleman.
21            REPRESENTATIVE BARTLEMAN:  Thank you, Chair.
22            But it is, because you're limiting their
23    access to health care.  So I'm asking why you say it's
24    not.
25            CHAIR CLEMONS:  You can attempt that,
```

Med Def_002248

1   Dr. Massullo.  You're recognized.

2            REPRESENTATIVE MASSULLO:  Thank you,

3   Mr. Chair.

4            Rep. Bartleman, we're not limiting their

5   access to health care.  We're making sure that they

6   have health care in a safe fashion.  The main thing

7   this bill is doing for adults is making sure they

8   have informed consent for these procedures and

9   particular drugs that they're going to be taking,

10   that they have a full understanding of the side

11   effects and what the consequences may be.

12            We're also providing them with a cause of

13   action if those type of consequences and side effects

14   are such that would bring them into a part that they

15   would be dissatisfied or injured in some way, shape,

16   or form with that treatment.

17            The fact that we are not allowing insurance

18   to pay for these type procedures is because we feel

19   that they should be included as a cosmetic-type

20   procedure and not necessarily a procedure that would

21   improve their health.

22            CHAIR CLEMONS:  Follow-up, Representative

23   Bartleman.

24            REPRESENTATIVE BARTLEMAN:  Thank you, Chair.

25            I guess for a lot of these individuals it

1    impacts their mental health.  And we know that LGBTQ

2    have the highest suicide rates in the nation.  So I

3    don't look at it as cosmetic.  So when it's impacting

4    mental health, I'm asking do you think -- if it's going

5    to impact their mental health and a doctor says, This

6    is what we should be doing, a mental health doctor,

7    this is still going to prohibit the insurance from

8    covering this?

9             CHAIR CLEMONS:  Representative Fine, I think

10   there was a question at the end about --

11            REPRESENTATIVE BARTLEMAN:  Sorry, sir.

12            REPRESENTATIVE FINE:  Again, nothing in this

13   bill will prevent an adult, if they so choose and

14   pay for it, to get these surgeries if they so desire.

15            CHAIR CLEMONS:  Ranking member, any more?

16            Yes.  Okay.  You're recognized, Representative

17   Skidmore, for a question.

18            REPRESENTATIVE SKIDMORE:  Thank you,

19   Mr. Chair.

20            On the section of the birth certificates,

21   I know that I was born Kelly Ann Palitano [phonetic].

22   Then I was Kelly Ann Palmer, and then I, you know,

23   got married and I'm Kelly Ann Skidmore.  Then I found

24   out that I have a different biological father and

25   I'm Kelly Haims [phonetic].  So I know birth

Med Def_002250

```
 1   certificates can be changed.

 2           And so what is the specific point -- if a

 3   person is transgender, why would you prohibit them

 4   from having the reflection of that change just like

 5   the change in my name?  Why would they not be able

 6   to change their birth certificate?

 7           CHAIR CLEMONS:  Chairman Fine.

 8           REPRESENTATIVE FINE:  Thank you, Mr. Chairman.

 9           Your name can be changed.  Your biology

10   cannot.

11           CHAIR CLEMONS:  Follow-up, Representative

12   Skidmore.

13           REPRESENTATIVE SKIDMORE:  Thank you.

14           Well, I think doctors would disagree with

15   you.  That's the whole point of transgender surgery,

16   to reflect exactly who you are and who you feel you

17   are but were not born that way.  So you can change

18   your biology.  That is what is happening.  You are

19   reflecting the biology that you feel is your true

20   biology, so your birth certificate would reflect

21   that.

22           CHAIR CLEMONS:  Is there a question in

23   there, Representative Skidmore?

24           REPRESENTATIVE SKIDMORE:  Yes.

25           REPRESENTATIVE FINE:  I can answer.
```

Med Def_002251

1          CHAIR CLEMONS:  Okay.

2          REPRESENTATIVE FINE:  There are no doctors

3   that I'm aware of that believe you can change your

4   biology.  There's some doctors that divorce biology

5   from gender.  They say they're different.  I'm not

6   aware of doctors who believe that you can change your

7   X and Y chromosomes which determine your biology.

8          I will also note that it is unsettled

9   whether you actually -- not all doctors have the

10  perspective that you're sharing.  And we in this bill

11  are saying you will be reflected as your biology,

12  which is not changeable.  You cannot change your

13  chromosomes.

14         CHAIR CLEMONS:  Representative Skidmore.

15         REPRESENTATIVE SKIDMORE:  Thank you,

16  Mr. Chair.

17         I'm going to move to a different section.

18  There was a bill, House Bill 241, The Parents'

19  Bill of Rights, that held it's a fundamental right

20  of parents to direct the upbringing, education, and

21  care of their minor children.

22         So how is it, you know, a parent deciding

23  that they -- you know, they are supporting their

24  child in their decision to have their bodies reflect

25  who they believe themselves to be not a parental

Med Def_002252

1  right?

2      CHAIR CLEMONS:  Representative Fine.

3      REPRESENTATIVE FINE:  Thank you.

4      There is no parental right to child abuse,

5  and children cannot consent to this because they

6  are of an age where they cannot make these decisions.

7  And so, given that, what we're focused on in this

8  bill are procedures that have irrevocable changes.

9      You'll note that the bill does not prevent

10  psychological treatment.  It does not prevent someone

11  who wishes to dress as different than their biology

12  because those are things that you can then go back

13  and say, Well, I changed my mind.

14      But there are guardrails on what parents

15  can do with their children.  It's the entire reason

16  we have DCF.  So not to say this relates to that, but

17  there are limits on what parents can do in the

18  upbringing of their children.

19      CHAIR CLEMONS:  Representative Skidmore,

20  you're recognized.

21      REPRESENTATIVE SKIDMORE:  Thank you,

22  Mr. Chair.

23      Where is it defined anywhere that surgical

24  procedures are child abuse?

25      CHAIR CLEMONS:  Representative Fine, you're

1    recognized.

2              REPRESENTATIVE FINE:  It is not.  That is

3    my opinion, and that is what is driving the bill.

4    And so we don't have to define it.  We're simply

5    saying in this bill you won't be able to do it.

6    You're asking what my motivation is in answering your

7    question, and I have shared that.

8              CHAIR CLEMONS:  One moment.

9              Further answering of Representative

10   Skidmore's question?

11             Okay.  Do you have a follow-up, Representative

12   Skidmore?

13             REPRESENTATIVE SKIDMORE:  Just a confirmation,

14   Mr. Chair, that that's just your opinion?

15             CHAIR CLEMONS:  Representative Massullo,

16   you're recognized.

17             REPRESENTATIVE MASSULLO:  Thank you,

18   Mr. Chair.

19             When you look at child abuse, we don't have

20   a list of things for child abuse.  If you chopped

21   your son's arm off, that would be considered child

22   abuse.  Any reasonable person would recognize that.

23   But I don't know that there's anyplace where it says

24   chopping your son's arm off would be child abuse.

25             We consider these procedures child abuse,

1  and we would like to think that there is a magnitude

2  of evidence to show those facts.  So that's why this

3  bill is addressing it in such a fashion as it is.

4          CHAIR CLEMONS:  Representative Skidmore.

5          REPRESENTATIVE SKIDMORE:  Thank you,

6  Mr. Chair.

7          I'm not an attorney either, as Rep.

8  Hunschofsky said, but how do you suggest that it's a

9  fact --

10          CHAIR CLEMONS:  You're recognized.

11          REPRESENTATIVE SKIDMORE:  -- if you just

12  said it was your opinion?

13          CHAIR CLEMONS:  You're recognized.  Neither

14  one of you gentlemen are attorneys, but you're

15  welcome to give your opinions.

16          REPRESENTATIVE FINE:  They often think I am,

17  so -- no, that's our opinion.  We're sharing our

18  rationale.  When we all present bills in this body,

19  our bills are informed by our opinions.  This is our

20  opinion.  We'll see if it's the opinion of this

21  committee.  We'll see if it's the opinion of this

22  legislature.

23          But you've asked part of the reason.  There

24  are many other reasons beyond that, including the

25  science, which no one has asked about.  But it is

```
1   our view that doing this to children is child abuse.

2   That's one of the reasons why this bill is written

3   the way it is.

4             CHAIR CLEMONS:  Representative Hunschofsky

5   for a question.

6             REPRESENTATIVE HUNSCHOFSKY:  Thank you,

7   Mr. Chair.

8             I always say to people, like, our first job

9   here is to do no harm, and then our second job is to

10  solve problems.

11            So what problem is this legislation solving?

12            CHAIR CLEMONS:  Representative Fine.

13            REPRESENTATIVE FINE:  Thank you.

14            We are trying to do no harm.  As science is

15  continuing to show, as we're seeing in Western

16  European countries, these procedures are experimental,

17  particularly as they're being done on children.

18  There's also evidence that they have catastrophic

19  side effects as they move down the road.  We do not

20  believe our children should be used as guinea pigs,

21  and that is why we're making this decision.  The

22  purpose of this bill is to do no harm.

23            CHAIR CLEMONS:  Representative Hunschofsky

24  for a follow-up.

25            REPRESENTATIVE HUNSCHOFSKY:  Thank you, Chair.
```

Med Def_002256

1              Did the Board of Medicine already ban these

2    procedures for minors?

3              CHAIR CLEMONS:  Representative Fine for

4    an answer.

5              REPRESENTATIVE FINE:  Thank you.

6              They did.  But much as we saw when we dealt

7    with COVID regulations and, for example, school

8    boards who didn't think they had to follow executive

9    orders, it's one thing for it to be an executive

10   order or a decision of the Board of Medicine.  It's

11   another thing for it to be a statute in the state

12   of Florida.

13             CHAIR CLEMONS:  Follow-up.

14             REPRESENTATIVE HUNSCHOFSKY:  Thank you,

15   Mr. Chair.

16             So you think that even though the Board of

17   Medicine said it that we need legislation that might

18   also incorporate unintended consequences, such as

19   women with breast cancer?  You still feel this

20   legislation is necessary despite that decision?

21             CHAIR CLEMONS:  Representative Fine.

22             And I thought you solved the breast

23   cancer question earlier.

24             REPRESENTATIVE FINE:  No, but I would

25   like to answer that question.

Med Def_002257

1         No. 1, I don't know -- the full committee

2   had a presentation on this issue.  We had the chairman

3   of the Board of Medicine come, and he said he thought

4   this bill would be helpful.  That's No. 1.

5         And, No. 2, what I'm worried about is the

6   unintended consequences of experimental surgeries

7   like this on children.

8         CHAIR CLEMONS:  Another follow-up?  Sure.

9         Ranking Member Bartleman, you have another

10  series of questions.  You're recognized.

11        REPRESENTATIVE BARTLEMAN:  Thank you, Chair.

12        So just now you shared with us that this was

13  about preventing what you think is child abuse, and

14  it needed to be cemented into law because the Board

15  of Education wants an extra step -- I mean, the Board

16  of Medicine.  I apologize.  However, your bill goes

17  beyond children.  You have adults.  You're impacting

18  their care.  It's not child abuse for an adult to

19  make a decision about their lives and their medical

20  procedures.

21        So why are you taking this additional step

22  if the impetus of your bill is about children?

23        CHAIR CLEMONS:  Representative Fine.

24        REPRESENTATIVE FINE:  I think we're mixing

25  different issues here.  Yes, this bill goes beyond

1    what the Board of Medicine does, and that's because

2    in the judgment of the sponsors this is what the

3    bill should do.

4           The Board of Medicine, I should be clear,

5    they did not ask us to do this.  But we did ask the

6    question, when the chairman of the Board of Medicine

7    testified before the committee, did he think

8    legislation related to what they did would be helpful.

9    And they said yes.  We did not ask the Board of

10   Medicine about some of these other issues.  For

11   example, issues relating to birth certificates or

12   health insurance would not be within their purview

13   anyway.

14           CHAIR CLEMONS:  Follow-up.  I don't know

15   that he answered the last question.

16           REPRESENTATIVE HUNSCHOFSKY:  Yeah, he didn't.

17   Do you want me to rephrase it?

18           CHAIR CLEMONS:  Yes, just rephrase it,

19   because he was on the --

20           REPRESENTATIVE HUNSCHOFSKY:  So if the

21   impetus is child abuse and children can't make their

22   decisions, do no harm, why in the free state of

23   Florida can't adults make decisions?  You're

24   prohibiting them access to their medical coverage.

25   You're prohibiting them access to purchasing any

1    plans.  Why are you taking it to the next level if

2    they should be free to make those decisions themselves

3    and they're adults?

4            So you're arguing children, but at the same

5    time you've now slipped in here that, by the way,

6    we're going to impact all adults from making any

7    medical decisions about themselves when it comes to

8    this.

9            CHAIR CLEMONS:  Chairman Fine --

10           REPRESENTATIVE BARTLEMAN:  Thank you.

11           CHAIR CLEMONS:  -- you're recognized.

12           REPRESENTATIVE FINE:  Thank you, Mr. Chairman.

13           First, I reject the presumption that we've

14   slipped anything in.  The bill is very clear as to

15   what it does.  We're not restricting an adult's

16   decision to make whatever decision that they want.

17   We're also protecting people's rights to not have to

18   pay for things that we believe are elective.

19           CHAIR CLEMONS:  Other members have questions?

20           Representative Skidmore, you're recognized.

21           REPRESENTATIVE SKIDMORE:  Thank you,

22   Mr. Chair.

23           Representative Fine, do you know that knee

24   replacements are elective surgery --

25           REPRESENTATIVE FINE:  I'm going to --

Med Def_002260

```
 1              REPRESENTATIVE SKIDMORE:  -- that they're

 2   elective?

 3              CHAIR CLEMONS:  Chair Massullo, you're

 4   recognized.

 5              REPRESENTATIVE MASSULLO:  Thank you,

 6   Mr. Chair.

 7              Yes, knee replacements are elective surgery

 8   because of the medical condition that precipitates

 9   the fact that you need your knee replaced.  So they're

10   elective only to the point where you're deciding the

11   time that they'll be done.  But most of the time

12   people that have knee replacement, they have a knee

13   replacement because their knee needs replaced.  It's

14   worn out.  There's cartilage damage.  There could be

15   bone damage.  There's some medical condition that

16   actually determines the fact that you need your knee

17   replaced.

18              What these procedures are we believe aren't

19   necessary.  We believe these individuals have issues

20   that are more psychologically driven that need therapy,

21   but the therapy doesn't have to have interventions

22   that have irreversible side effects and --

23              CHAIR CLEMONS:  Representative Skidmore.

24              I'm sorry.  I apologize.

25              REPRESENTATIVE MASSULLO:  And getting back
```

1    to Rep. Bartleman's question also, the parts of this

2    bill does not reflect adults at all.  As I mentioned

3    earlier, it empowers them with more informed consent.

4    The only thing it does is it limits insurance

5    companies from paying for these procedures which

6    we believe are more cosmetic oriented.

7           CHAIR CLEMONS:  Representative Skidmore for

8    a follow-up, and then we'll go to Representative

9    Hunschofsky.

10          REPRESENTATIVE SKIDMORE:  Thank you,

11   Mr. Chair.

12          So I have rheumatoid arthritis.  I've had it

13   most of my life, since I was a small child.  I needed

14   a knee replacement.  It was elective surgery.  My

15   insurance company at the time covered that elective

16   surgery, but it was still elective.  I chose to do it.

17   I didn't have to do it.  I could have done something

18   else.  And that's what made it elective.

19          How are you suggesting, then, an adult

20   person -- understanding that you've got a problem with

21   the kids -- an adult person making a decision to have

22   a surgery that they feel is in their best health care

23   interests, just like I did?  It is -- are you telling

24   us that it is your opinion that they should not be

25   entitled to that elective surgery?

1              CHAIR CLEMONS:  You're recognized.

2              REPRESENTATIVE MASSULLO:  Thank you,

3      Mr. Chair.

4              Rep. Skidmore, we're not mixing these types

5      of elective surgeries.  The elective surgery that you

6      elected to do was because of your health condition.

7      If you would have elected to enlarge your legs to make

8      you taller, that would be an elective surgery that

9      I wouldn't want insurance companies to pay for,

10     because you were doing that more for cosmetic reasons.

11     And that is the elective-type procedures that

12     Representative Fine and myself would like to have

13     not covered through insurance.

14             CHAIR CLEMONS:  One more.  There's a

15     philosophical difference here, so one more question,

16     and then Representative Hunschofsky.

17             REPRESENTATIVE SKIDMORE:  Thank you.

18             So, to be clear, transgender surgery is

19     cosmetic, in your opinion?

20             CHAIR CLEMONS:  You're recognized.

21             REPRESENTATIVE FINE:  My belief is that

22     surgery is intended to attempt to defy your biology

23     and is cosmetic, yes.

24             CHAIR CLEMONS:  Representative Hunschofsky

25     for a question.

Med Def_002263

1            REPRESENTATIVE HUNSCHOFSKY:  Thank you,

2    Mr. Chair.

3            And just to go back to the coverage, the

4    health insurance coverage regarding -- it says on

5    lines 151 through 153 -- and it has nothing to do with

6    youth or not youth -- *Coverage of certain treatment.*

7    *A health insurance policy may not provide coverage*

8    *for gender clinical interventions as defined in the*

9    *previous section.*

10            So will that mean that penile implants will

11    also no longer qualify to be covered by health

12    insurance under this bill?

13            CHAIR CLEMONS:  Representative Fine.

14            REPRESENTATIVE FINE:  Yeah.  Chair Massullo

15    and I have never had to deal with that in our own

16    lives, so I'm not -- I don't know that health

17    insurance would cover that right now, but it's

18    something that we're certainly willing to look into.

19            CHAIR CLEMONS:  Follow-up, Representative

20    Hunschofsky.

21            All right.  Other members have questions?

22            And I would remind everyone we're on barcode

23    692881.  This is the strike-all amendment.

24            Are there any other member questions?

25            One more question.  The ranking member has

Med Def_002264

```
 1    one more question.  You're recognized.
 2              REPRESENTATIVE BARTLEMAN:  Thank you, Chair.
 3              I believe that mental health, physical
 4    health -- practitioners that I go to look at the
 5    whole patient.  Not only have you restricted their
 6    access to their health insurance or purchasing a plan,
 7    this bill also limits their ability to get telehealth.
 8    Why is that in here?
 9              If you're saying that this is about kids;
10    this is about people -- and I am different because
11    I think you look at the whole patient, not just
12    the physical, but the mental -- why limit telehealth
13    then?  Why take it all the way?
14              CHAIR CLEMONS:  Representative Fine.
15              REPRESENTATIVE FINE:  Sure.  We believe --
16              Thank you, Mr. Chairman.
17              We believe, given the seriousness of the
18    procedure, it should be done with a doctor in person.
19    Again, that is our belief.
20              CHAIR CLEMONS:  Representative Tant for
21    a question.  You're recognized.
22              REPRESENTATIVE TANT:  Thank you, Mr. Chair.
23              One of the things -- I'm not a parent of a
24    child who has struggled with this, but I cannot
25    imagine what it would be like to have a child in
```

1   your family who couldn't stand their own bodies to

2   the point that their mental health was affected and

3   suicide be on the brink.

4        In the bill we are restricting parental

5   rights for a child -- for a parent to be able to make

6   a decision to pursue the best care -- best mental and

7   physical health options for the child.

8        How does -- why are we doing that?  What is

9   the concern you have with that?  And why do we feel

10  like we need to do this?

11       CHAIR CLEMONS:  Representative Fine.

12       REPRESENTATIVE FINE:  Thank you.

13       That's a great question.  Thank you for

14  the question.

15       I think of the story of Chloe Cole whose

16  parents were told when she was 13 years old they

17  could either have a dead daughter or a live boy.

18  So with that sort of threat being made by doctors,

19  they went and they authorized puberty blockers.  And

20  at the age of 16, they had -- her breasts were

21  removed.  As she testified before our committee, she

22  very quickly came to regret that.  It has had

23  life-altering effects on her life.

24       I read a story just yesterday about a girl

25  also who had the same exact statements made to her

Med Def_002266

1    parents:  You can have a live boy or a dead daughter.

2    They removed her breasts when she was 13 years old.

3    She now regrets it, and she has sued.

4         That is the kind of mutilation that this

5    bill seeks to stop.

6         CHAIR CLEMONS:  Follow-up, Representative

7    Tant.

8         REPRESENTATIVE TANT:  Thank you.

9         How many families -- what is your estimate

10   of how many people are facing this right now that

11   we're trying to cure?

12        CHAIR CLEMONS:  Representative Fine, if you

13   can have an answer or share with us.

14        REPRESENTATIVE FINE:  Thank you.

15        I'm not entirely sure what the question is.

16   But if the question relates to how frequently is this

17   happening, it's interesting, many of the practitioners

18   who are so proud of this, this -- what they refer to

19   erroneously as gender-affirming care, they're very

20   proud of it.  Yet when it comes to sort of providing

21   information about the numbers, all the sudden they're

22   not all that happy to do it.

23        But we do have one example, just to give

24   you a sense.  There is one doctor in Miami Beach --

25   or Miami.  I don't know where in Miami -- who I

Med Def_002267

1    invited to testify before my committee.  She markets

2    her services to girls on TikTok under the -- I'll

3    call it -- tradename Dr. Teetus Deletus.  That is her

4    name, not mine.  We invited her to come and explain

5    to our committee why this is so great.  She's willing

6    to talk about why it's so great on TikTok to kids.

7    Why not come and talk to adults in the legislature?

8    She declined that invitation.

9            But she alone did 13 of these breast removals

10   on children last year in Florida, one doctor.

11           CHAIR CLEMONS:  Follow-up, Representative

12   Tant.

13           No more.

14           Representative Hunschofsky.

15           REPRESENTATIVE HUNSCHOFSKY:  Thank you,

16   Mr. Chair.

17           And just to follow along those lines, do you

18   know of any studies that could tell you what the

19   percentage of regret is that you mentioned?

20           CHAIR CLEMONS:  Representative Fine or

21   Dr. Massullo, you're recognized, either.

22           REPRESENTATIVE MASSULLO:  Thank you.

23           Thank you for that question.

24           In the most recent studies, it shows almost

25   80 percent of these children that do not have any

Med Def_002268

```
1   intervention change their minds by the time they get

2   to adulthood.  That's an important fact to realize.

3          Also, some of the more recent studies from

4   the countries that had these procedures initiated

5   even before the United States have shown marked side

6   effects with bone development, particularly in men.

7   Also, we're seeing neural problems with increased

8   pressure in the brain which leads to a condition

9   called pseudotumor cerebri.

10         So there are irreversible factors that were

11   not taken into consideration when these procedures

12   and these therapies were initially initiated.  There's

13   studies in Sweden that we could send you that shows

14   the movement now is to concentrate more on affirming

15   psychological care and not doing these surgical

16   and medical interventions worldwide, particularly

17   in Europe where they started the treatment.

18              REPRESENTATIVE FINE:  I would --

19              CHAIR CLEMONS:  Chair Fine.

20              REPRESENTATIVE FINE:  If it's okay, I would

21   just add this movement, if you want to call it that,

22   really sort of got moving in Europe under something

23   called the Dutch Protocol.  It sort of took off --

24   you would argue, I think those that disagree with

25   this bill, they were ahead of the curve with the
```

1    United States.  They are now moving backwards.

2    Finland is saying, No, we're going back.  This was

3    not good.  Sweden is saying, Nope, this isn't good.

4    We're going backward.  The U.K. just closed their

5    largest facility that dealt with this for many of

6    the same issues, because they've said that the

7    research is not good, and much of what is out there,

8    there's no longitudinal study.  There's no long-term

9    studies.  Many of the studies that have been relied

10   upon have not been constructed accurately.

11         What you have is you have an idealogy that

12   is pushing medical treatments on children.  And,

13   again, we're seeing in the countries that were doing

14   this years ago, they're now going, Okay, this was

15   a mistake.  We're going to pull it back.

16         We're going to in Florida make sure we never

17   get to the place that those countries are now.

18         CHAIR CLEMONS:  Representative Hunschofsky

19   for another one.

20         REPRESENTATIVE HUNSCHOFSKY:  Thank you,

21   Mr. Chair.

22         And the only reason I was asking it -- and I

23   would love to -- if you could send me a link to the

24   study that you're citing, I'd appreciate it.  Because

25   the study I saw was a review of 27 studies involving

Med Def_002270

1    almost 8,000 teens and adults who had had transgender

2    surgeries, mostly in Europe, the U.S., and Canada.

3    And 1 percent on average expressed regret, which is

4    kind of in conflict with the study that you're

5    referring to.

6         Would you be able to provide more information

7    on that study?

8         CHAIR CLEMONS:  Representative Massullo.

9         REPRESENTATIVE MASSULLO:  Thank you,

10   Mr. Chair.

11        In that study what was determined by several

12   investigators, they have a lot of selection bias, and

13   that was a very short-term study.  Some of the more

14   recent studies that are longer term are showing

15   those individuals do have more regret.  And when

16   you compare the amount of depression and suicidal

17   ideations with those individuals, they're actually

18   showing greater than the individuals that had no care.

19        And, yes, we'll be able to send those all

20   to you.  I'm sure our aides are listening right now.

21        CHAIR CLEMONS:  Representative Bartleman, one

22   question.

23        REPRESENTATIVE BARTLEMAN:  Thank you, Chair.

24        Once again, you're citing studies in Europe

25   that have to do with children, and I want to point

Med Def_002271

1  out that there are studies for adults that are over

2  18 -- as Representative Hunschofsky spoke of, you can

3  get a penile implant if you're over 18.  You can get

4  a knee replacement.  I can -- you talked about Chloe.

5  I can give you a list of names -- Ben, Jen -- tons of

6  them where people are very happy.

7        So my question is --

8        CHAIR CLEMONS:  Questions, questions.

9        REPRESENTATIVE BARTLEMAN:  Thank you, sir.

10  I'm going to do it.

11        So my question is everything you're saying --

12  I get you're protecting children; you think it's

13  child abuse.  Why are you stopping adults from getting

14  insurance -- using insurance --

15        CHAIR CLEMONS:  Representative Bartleman,

16  you've asked that question twice.

17        REPRESENTATIVE BARTLEMAN:  Sorry.

18        CHAIR CLEMONS:  And we do want to hear what

19  you have to say.  Save that for debate, because we're

20  going to have plenty of time for all the members to

21  debate.

22        Are there other questions, questions of

23  the sponsors?

24        Questions of the sponsors?

25        Okay.  Ladies and gentlemen, we are on the

1    strike-all amendment currently, and it is a strike-all

2    amendment, barcode 692881.  We have some other

3    amendments.  The first amendment to the amendment is

4    barcode 333093 and barcode 047519.  Both of those

5    amendments have been withdrawn.

6         We do have a third amendment to the

7    amendment, barcode 853805, by Representative Skidmore.

8         And, Representative Skidmore, you're

9    recognized to explain your amendment.

10        REPRESENTATIVE SKIDMORE:  Thank you,

11   Mr. Chair.

12        In the strike-all, there's new language in

13   regard to those who are currently receiving care, and

14   it extends that care only until December 2023.  My

15   amendment deletes that line and allows those who are

16   currently under care since January of 2023 to

17   continue being able to receive their care.

18        CHAIR CLEMONS:  You're recognized for an

19   answer, gentlemen.

20        REPRESENTATIVE FINE:  I think she presented

21   her amendment.

22        CHAIR CLEMONS:  Oops, she's not asking that

23   question.

24        Representative Skidmore, having explained her

25   amendment to the amendment, are there any questions

1    by the members to Representative Skidmore?

2            Yes, you're recognized.

3            REPRESENTATIVE BELL:  Thank you, Mr. Chair.

4            Representative, is this a friendly amendment?

5            CHAIR CLEMONS:  Representative Fine.

6            REPRESENTATIVE SKIDMORE:  I don't think

7    it's appropriate for me to say.

8            CHAIR CLEMONS:  Representative Fine.

9            REPRESENTATIVE FINE:  No, it is not,

10   obviously, a friendly member, but their definition

11   for the people here of friendly amendment is an

12   amendment we would like to see added to the bill.

13   It is not.

14           The reason we have put in the weaning-off

15   period to the end of the year is to account for the

16   fact that we recognize that, you know, just sort of

17   going, boom, cold turkey with a lot of things isn't

18   a good decision.  But we do not support this amendment.

19           CHAIR CLEMONS:  Any questions of

20   Representative Skidmore on her amendment to the

21   amendment?

22           Any Representative Skidmore questions?

23           Any public testimony on the amendment to

24   the amendment?

25           Will Larkins, you would like to speak.

1    Please come up.  You have one minute.

2            Come on up.

3            The clock is ticking, sir.

4            Ma'am, welcome.

5            MR. LARKINS:  I'm sorry.

6            CHAIR CLEMONS:  Just start over.  I'll

7    start your clock all over.

8            MR. LARKINS:  Thank you so much.

9            Hi.  My name is Will Larkins.  I'm an

10   18-year old senior at Winter Park High School and the

11   cofounder and president of my school's Queer Student

12   Union.

13           I encounter kids every day under the age of

14   18 who have been on gender-affirming health care for

15   a lot of their lives, and that health care has saved

16   their lives.  By taking that away and by forcing

17   them to detransition, something that this amendment

18   would take out of the bill, you will kill them.  I'm

19   telling you right now, look me in the eyes and know

20   that you will kill them if you pass this bill and if

21   you don't pass this amendment.

22           They -- when you're trans, you rely on being

23   able to be who you are.  When you're born in the

24   wrong body, it is hell.  That is how every trans

25   person I know has described it.

Med Def_002275

1          There's really no reason to do this.  There's

2   really no reason to not let people change their

3   gender on their birth certificate and live their

4   lives as who they are.

5          I'm going to tell you once again, as

6   someone who encounters transgender minors on a

7   day-to-day basis, you will kill them if you force

8   them to detransition.

9          CHAIR CLEMONS:  Thank you for being here

10  today.

11         MR. LARKINS:  Have a beautiful day, y'all.

12         CHAIR CLEMONS:  Is there any other public

13  testimony on the amendment to the amendment?

14         All right.  We'll open the floor.

15         Oh, you have testimony on the amendment

16  to the amendment?

17         All right.  Please come forward and hand

18  the sergeant your speaking card, please.

19         You're recognized.

20         Thank you.  No, you're recognized.  Yeah.

21         MR. BEATTY [phonetic]:  Can we get a

22  clarification before the clock starts?

23         CHAIR CLEMONS:  Clarification on what?  This

24  is the amendment to the amendment?

25         MR. BEATTY:  Yes, because that's --

Med Def_002276

```
 1              CHAIR CLEMONS:  This is Representative
 2   Skidmore's amendment to the strike-all.
 3              MR. BEATTY:  That's what I was trying to get
 4   to.
 5              CHAIR CLEMONS:  Perfect.  And you would like
 6   to speak to this amendment?
 7              MR. BEATTY:  The amendment that I asked to
 8   speak to was the one that was the strike-all
 9   amendment, which now --
10              CHAIR CLEMONS:  It has already passed.
11              MR. BEATTY:  So that's why I'm asking for
12   clarification.  The strike-all now becomes --
13              CHAIR CLEMONS:  You'll still have a chance.
14              MR. BEATTY:  Please, sir.
15              CHAIR CLEMONS:  You'll still have a
16   chance.
17              MR. BEATTY:  Please, sir.
18              CHAIR CLEMONS:  Yes, sir.  Just let this
19   one go.
20              MR. BEATTY:  Yes.  And that's what I'm
21   trying to do, but for the rest of us, so we understand
22   in laymen's terms --
23              CHAIR CLEMONS:  No, no.  Time out.
24              MR. BEATTY:  Yes.
25              CHAIR CLEMONS:  You haven't lost the ability
```

1    to speak.

2            MR. BEATTY:  Right.

3            CHAIR CLEMONS:  We're going to take care of

4    Representative Skidmore's amendment.  And then you'll

5    have a public testimony opportunity at a later time

6    for what's on the floor.  Okay.

7            You haven't lost anything.  Okay.  We'll

8    call you back up.  You'll be the first one.

9            MR. BEATTY:  And I'm not trying to drag this

10   out, but I think other people, too, would like to

11   know so we're not confused.  I think the last

12   individual was confused on what they were

13   speaking to.  Okay?  And I --

14           CHAIR CLEMONS:  We're not confused now.  And

15   I will announce -- okay.  If you will have a seat,

16   I'll call you when it's your turn.

17           MR. BEATTY:  Thank you, sir.

18           CHAIR CLEMONS:  And I promise you you'll

19   have full time.

20           Are there any members that would like to ask

21   Representative Skidmore questions on her amendment

22   to the amendment?

23           Are we past that?

24           How about debate?

25           Anybody like to throw in some debate on

Med Def_002278

1    Representative Skidmore's amendment to the amendment?

2         Ranking Member Bartleman, you're recognized

3    for debate on the amendment to the amendment.

4         REPRESENTATIVE BARTLEMAN:  I would just like

5    to comment that we know this bill is going to pass

6    today.  It's going to pass in the House.  However,

7    there are individuals out there who have been

8    receiving care for three or four years.  They have

9    been living their lives a certain way, living their

10   lives as to who they are.

11        To force them now -- to force them to stop

12   taking it -- I know you're giving -- you said, Well,

13   you have until December to get off -- I'm telling you

14   this will do more harm than good.  You're going to

15   prevent anyone from this date forward, from the

16   signature of this bill, from getting care.  They're

17   not going to be able to get the hormones.  They're not

18   going to be able to have the surgery.  But if you're

19   currently in the middle of this treatment, to take it

20   away is just -- I can't imagine doing that to someone.

21        And even the Board of Health, who is

22   appointed by the Governor, grandfathered these

23   individuals in.  There's like -- we have to have a

24   sense of humanity.  You can't abruptly take away care

25   from everybody who's in it, especially three or four

Med Def_002279

```
 1   years, if they started the puberty blockers at

 2   11.

 3           So I am asking everyone, you know that this

 4   bill is going to pass, but to abruptly stop the care

 5   of people who have been living their lives three or

 6   four years is just horrific and will impact them.

 7           And I have to tell you, I've spoken to

 8   parents, and it is just as difficult for the parents

 9   to know.  I am friends with parents whose children

10   have transitioned, and it is very hard, because there

11   was a name and there was a child born.  But they know

12   they have the right to make the best decision.

13           If you heard Jazz Jennings' mother speak,

14   that she knew that if she didn't make the decision

15   she needed to for her daughter that her daughter

16   would not be here today.

17           So these are people who have already had

18   this right.  You're abruptly taking it away.  You're

19   going against what the Board of Medicine put in

20   place.  You're taking it even a step further.

21           So I am just asking you to please

22   grandfather these people in, please.

23           CHAIR CLEMONS:  Further debate?

24           Further debate on Representative Skidmore's

25   amendment to the amendment?  We're talking about
```

Med Def_002280

1   barcode 853805.

2          If there's no further debate, Representative

3   Skidmore, you're welcome to close on barcode 853805.

4          REPRESENTATIVE SKIDMORE:  Thank you,

5   Mr. Chair.

6          I was a member of the committee that heard

7   the panel discussion.  And while compelling, the

8   testimony -- it wasn't testimony.  The panel

9   discussion by one panel member was one detransitioned

10  person, one.

11         What this bill will do is force every person

12  who is currently receiving care to detransition, to

13  become someone they are not, someone that they do not

14  see themselves as being for the rest of their life.

15  They have made this decision with their parents, with

16  their doctor to become who they believe themselves to

17  be.  And they should be allowed -- despite your

18  cruelty to take this opportunity away from any person

19  in the future, those children should be allowed to

20  continue their care.

21         This amendment simply lets those folks who

22  have been receiving care since the beginning of this

23  year to become who they believe themselves to be with

24  the support and resources of their families to help

25  them through it.

Med Def_002281

1          The decisions, the parental rights, the

2    freedom, the things that we pretend to hold dear in

3    this legislature, I want those people, those children

4    and those families to be able to hold them dear too.

5          This amendment allows people who are

6    currently in treatment to continue their treatment,

7    and that's all it does.

8          And I would urge and appreciate your support.

9          CHAIR CLEMONS:  Representative Skidmore,

10   having closed on her amendment to the amendment,

11   all those in favor of said amendment, please say

12   aye.

13          All those opposed, say no.

14          Members, by your vote I show the amendment

15   does not pass.

16          We are back on the main amendment, and we

17   have public testimony on the main amendment.

18          Now, everybody follow me.  This is the main

19   strike-all amendment that was not amended.

20          Wendell, you're here representing yourself.

21   I promised you, Wendell, that you would have your

22   chance.  Please come up.  Share with us your

23   testimony.

24          Keep it brief.  I've got one here for you

25   for this one.

Med Def_002282

```
 1              Welcome.

 2              MR. BEATTY:  Representatives, Wendell Beatty,

 3    Sergeant retired, 28 years combat veteran.

 4              You know, gender dysphoria is real, and

 5    WPATH's standard of care is a treatment plan for

 6    people like me that have transgender gender

 7    dysphoria.

 8              You know, we talk about not allowing youth

 9    to take care of themselves.  I found out when I was

10    8; okay.  When I was 10, my mom found out.  She didn't

11    say a thing.  My dad didn't say a thing.  I had to

12    figure it out on my own; okay.  Luckily, there were

13    distilleries and breweries around to help me stay

14    alive until the point where I got to speak to a

15    therapist.

16              You know, the Florida Constitution would be

17    a lot simpler to amend by the people if we would go

18    to Article I, Section 2, Basic Rights, and just say

19    everything is okay for everybody except transgenders.

20              I oppose this bill, and I hope y'all will too.

21              CHAIR CLEMONS:  Any other public testimony

22    on the strike-all amendment?

23              Any other public testimony?

24              Any other members of the public that would

25    like to testify on the strike-all amendment?
```

Med Def_002283

1           Okay.  Seeing none, Members, debate?

2           Debate on the strike-all?

3           Debate on the strike-all?

4           Seeing no debate on the strike-all,

5    Representative Fine or Representative Massullo, you're

6    welcome to close on your strike-all.

7           REPRESENTATIVE FINE:  We'll waive closing.

8    We'll speak when we close on the bill.

9           CHAIR CLEMONS:  Having waived close on the

10   strike-all, Sabrina, please call the roll of the

11   members.

12          THE CLERK:  Representatives Abbott?

13          REPRESENTATIVE ABBOTT:  Yes.

14          THE CLERK:  Anderson?

15          REPRESENTATIVE ANDERSON:  Yes.

16          THE CLERK:  Baker?

17          REPRESENTATIVE BAKER:  Yes.

18          THE CLERK:  Bartleman?

19          REPRESENTATIVE BARTLEMAN:  No.

20          THE CLERK:  Bell?

21          REPRESENTATIVE BELL:  Yes.

22          THE CLERK:  Black?

23          REPRESENTATIVE BLACK:  Yes.

24          THE CLERK:  Borrero?

25          REPRESENTATIVE BORRERO:  Yes.

```
 1              THE CLERK:  Chaney?

 2              Franklin?

 3              REPRESENTATIVE FRANKLIN:  No.

 4              THE CLERK:  Hunschofsky?

 5              REPRESENTATIVE HUNSCHOFSKY:  No.

 6              THE CLERK:  Persons-Mulicka?

 7              REPRESENTATIVE PERSONS-MULICKA:  Yes.

 8              THE CLERK:  Rudman?

 9              REPRESENTATIVE RUDMAN:  Yes.

10              THE CLERK:  Salzman?

11              REPRESENTATIVE SALZMAN:  Yes.

12              THE CLERK:  Skidmore?

13              REPRESENTATIVE SKIDMORE:  No.

14              THE CLERK:  Snyder?

15              REPRESENTATIVE SNYDER:  Yes.

16              THE CLERK:  Tant?

17              REPRESENTATIVE TANT:  No.

18              THE CLERK:  Tant?

19              REPRESENTATIVE TANT:  No.

20              THE CLERK:  Trabulsy?

21              REPRESENTATIVE TRABULSY:  Yes.

22              THE CLERK:  Chair Clemons?

23              CHAIR CLEMONS:  Yes.

24              12 yeas and five nays.

25              CHAIR CLEMONS:  Members, by your vote the
```

Med Def_002285

1    strike-all amendment passes.

2           Now we will have public testimony on the

3    bill.

4           Okay.  Public testimony on the bill, and we

5    have quite a lot of members of the public that would

6    like to speak on this bill.

7           David Poole, you're recognized.

8           I want to keep them to about 60 seconds.

9           After that, we would ask Jonathan Webber to

10   come up.

11          David Poole, are you here?

12          David Poole, going once?

13          Okay.  Waives in opposition.

14          Jonathan Webber.

15          And on deck is Renee.

16          Mr. Webber, welcome.  Keep it to about a

17   minute.

18          MR. WEBBER:  Appreciate it.  Thank you.

19          My name is Jonathan Webber.  I represent the

20   SPLC Action Fund.  I do urge you to vote no on this

21   health care ban.

22          There is no credible evidence to dispute

23   the overall safety and efficacy of medical care for

24   transgender youth.  Conversely, leading medical

25   organizations like the American Academy of Pediatrics,

Med Def_002286

 1   American Psychological Association, the American

 2   Medical Association, the Endocrine Society, and

 3   dozens of other organizations representing thousands

 4   of doctors and medical professionals support

 5   gender-affirming care.  This care saves lives by

 6   reducing the mental and physical consequences of

 7   untreated gender dysphoria.

 8           This purposeful prohibition of a family's

 9   access to widely accepted and proven effective medical

10   treatment is dangerous.  Moreover, charging doctors

11   with a third-degree felony for doing what they are

12   trained and recommended to do to save lives is a

13   massive overreach of state government.

14           Make no mistake.  This health care ban will

15   harm young people, question the custody of parents

16   desperate for care for their child, expand government

17   into the private lives of Florida citizens.

18           Please vote no.

19           Thank you.

20           CHAIR CLEMONS:  Thank you for being here.

21           Renee, you're up.

22           And, Olivia, you're on deck.

23           You're recognized.

24           RENEE [no last name]:  Thank you, Chair.

25           Look, I realize you do not care about

1  transgender people, so I'm not going to sit here and

2  talk about my personal story, because many of you have

3  demonstrated time and time again you don't care about

4  empathy.

5      So let's talk facts for a second.  There's a

6  lot of misinformation that was disputed.  I'm a

7  psychologist, a master's degree and a P.D. candidate.

8  And I can tell you unequivocally that less than

9  1 percent of trans people detransition.  The majority

10  of them feel great when they do, and it saves their

11  lives.

12      Let's talk about two points on why this

13  is unconstitutional.  I want to bring your attention

14  to section 1, lines 7 through 15, and section 4, lines

15  41 through 65.

16      Section 1 violates the Full Faith and Credit

17  Clause of the U.S. Constitution, Article IV, section 1,

18  which requires each state to recognize public acts,

19  records, and judicial proceedings of every other

20  state.  By allowing a court in one state to disregard

21  a custody determination in another state, this

22  provision is unconstitutional.

23      Section 4 prohibits certain, quote, "gender

24  clinical interventions for minors and imposes

25  restrictions on physicians who perform such

Med Def_002288

1    interventions."  This is unconstitutional because it

2    restricts the fundamental right to privacy and bodily

3    autonomy --

4         CHAIR CLEMONS:  Let's bring it in for a

5    landing, please.

6         RENEE:  Yes, sir.

7         -- as recognized by the *Planned Parenthood*

8    *v. Casey,* 1992.  The Supreme Court has also

9    recognized --

10        CHAIR CLEMONS:  Your time has ended.

11        RENEE:  -- that individuals have the right

12   to make decisions about their bodies --

13        CHAIR CLEMONS:  Olivia, you're next.

14        Thank you for being here.

15        Olivia.

16        Michael Barrett, you're after Olivia.  If

17   you would stand up on the side and get ready to come

18   up if you would, please, Michael.

19        Olivia, welcome.

20        MS. SULLEN [phonetic]:  Hi.  My name is

21   Olivia Sullen.

22        I'm here as an ally and a proud big sister to

23   an incredible gender nonconforming boy.  I'm also here

24   because no one is allowed to be mean to my brother

25   but me.  And you're all being bullies if you pass this

Med Def_002289

1    bill.  You are being children's first bullies, and you

2    are not allowing them to get treatment that is

3    lifesaving.  You know this.  If you vote against

4    this, you're voting against these kids' lives.

5           And so the Trevor Project estimates at least

6    one LGBTQ youth between the ages of 13 and 24 attempts

7    suicide every 45 seconds in the U.S.  I would like to

8    take the rest of my time for you to think about that

9    life that will be considered to be taken in this time.

10          [Pause.]

11          CHAIR CLEMONS:  Thank you.

12          Michael, you're next, with Maxx on deck.

13          Michael representing the Florida Conference

14    of Catholic Bishops.

15          MR. BARRETT:  Thank you, Chair and Members of

16    the Committee.

17          Michael Barrett with the Florida Conference

18    of Catholic Bishops.

19          We deeply sympathize with anyone who

20    experiences gender dysphoria and recognize that it can

21    be intensely difficult.  Therefore, it is important to

22    recognize that so-called gender-affirming protocols

23    lack long-term evidence of their efficacy and result

24    in irreversible physical damage to the patient.

25          Furthermore, there is significant evidence

1    that avoiding chemical or surgical interventions will

2    result in desistance in favor of biological sex for

3    most minors by the time they go through puberty.

4           Finally, no medical intervention can truly

5    realign a person's sex, which is an immutable

6    characteristic of each person.  Medical care should

7    promote the flourishing of a human person.

8    Gender-affirming protocols fail to do this because

9    they fail to alleviate the problem they seek to

10   solve and because they cause damage to the patient's

11   body.  Therefore, these protocols should be

12   prohibited.

13          Thank you, Representative Fine, for bringing

14   this good bill.

15          Please vote yes on HB 1421.

16          Thank you.

17          CHAIR CLEMONS:  Thanks for being here.

18          Maxx.  Maxx, you're up.

19          And, Sierra, please, you're on deck.

20          Welcome, Maxx.

21          MR. FENNING:  Good afternoon.

22          My name is Maxx Fenning, and I'm the founder

23   and president of PRISM, a youth-led LGBT nonprofit in

24   South Florida.

25          I'm sure this tireless work to strip people

Med Def_002291

1  of their rights every chance you get is so exhausting.

2  Trust me, it is for us too.  So I hope that we wake

3  you up today.

4      I hope you can look up from your phones when

5  hundreds of people come up to you crying, begging to

6  be seen as human beings, to be heard.  I hope you

7  look them in their teary, puffy, beet-red eyes when

8  you tell them that you know better about their lives

9  than they do; when you pretend the science is on your

10  side when you know full well it is anything but; when

11  you pretend that your hands are tied behind your back

12  by the GOP zip ties and duct tape; while you drown in

13  two feet of water and pretend to be lost at sea so

14  you can look good in front of your melting wax figure

15  of a governor that will ride a ghost --

16      CHAIR CLEMONS:  Sir.

17      MR. FENNING:  -- circling the White House

18  and never be permitted --

19      CHAIR CLEMONS:  Thank you.

20      Your time is up.

21      MR. FENNING:  I hope you have the audacity.

22  You give us one minute to beg for mercy.  If you're

23  going to be a murderer, then act like it.

24      CHAIR CLEMONS:  Thank you for being here.

25      MR. FENNING:  And if you won't --

1          CHAIR CLEMONS:  Sierra, you're next.

2          MR. FENNING:  Thank you for your time.

3          CHAIR CLEMONS:  And, Will, you're on deck.

4          And, Kevin, you're after Will.

5          MS. BUSH RESTER:  So I'm just going to jump

6    right in.  When my brother was 7, we found out that

7    he had a genetic order called NF1 which was causing

8    a tumor to push on the puberty gland in his brain,

9    causing him to go through puberty and put his life at

10   risk at 7 years old.  Luckily, my parents were able

11   to utilize puberty blockers, a therapy that this bill

12   would ban, to save my brother's life.

13          What makes my brother's case any more

14   medically lifesaving and helpful than hormone care

15   for trans youth?  Because, unlike the opinion-based

16   language in this bill suggests, gender-affirming care

17   is medically necessary and lifesaving as well.

18          See, I actually mean it when I say I believe

19   in parental rights, and like many other parents, I

20   will do anything I can to protect my child or the

21   children in my community.  So I'll tell you right now

22   that if y'all dare to come to my home or to the homes

23   of my neighbors to kidnap our children for utilizing

24   the same treatment my brother got, I'll need you to

25   remember that Florida has a "stand your ground" law

Med Def_002293

1   for a reason.

2          CHAIR CLEMONS:  Thank you for being here.

3          Welcome back.

4          MR. LARKINS:  Hi.  Thank you for having

5   me back.

6          My name is Will Larkins.  I'm an 18-year-old

7   senior from Winter Park High School.

8          This is complete government overreach.  I

9   want to remind you all that we have other problems.

10  My English teacher is homeless and works two jobs

11  because we don't allocate enough money to the school

12  system.

13         And, once again, I'm letting you guys know

14  right now, I hope you can sleep well knowing that you

15  are killing kids, that by passing this law, which

16  I know you will because you don't care what your

17  constituents have to say, you are killing trans kids,

18  and you're destroying the lives of their families.

19         I have nothing else to say but that.  Think

20  about it, every 45 seconds, like Olivia said.

21         CHAIR CLEMONS:  Thank you for being here,

22  Will.

23         Kevin, you're next.

24         And Joe Saunders from Equality Florida,

25  you're next.

1          Kevin.

2          And, Joe, can you queue up, please?

3          Kevin?

4          All right.  Kevin is not here.  We'll

5     give you Kevin's time.  Come on up.

6          Welcome, Joe.

7          After Joe will be Jon Harris.

8          MR. SAUNDERS:  Good morning, Mr. Chair

9     and Members.

10          My name is Joe Saunders.  I'm the senior

11     political director for Equality Florida, also a former

12     Member, served in the House from -- a while ago.

13          CHAIR CLEMONS:  Welcome back.

14          MR. SAUNDERS:  You know, there's clearly

15     something happening in conservative movements in

16     America today.  As of today there are over 400 bills

17     introduced in conservative legislatures that work

18     to restrict the rights and freedoms of LGBTQ

19     Americans.  Most of them are centered on transgender

20     Americans.

21          But with this strike-all today, I'm here to

22     make sure that you know and that the public knows that

23     this legislation is the most extreme attack on

24     transgender Americans that is filed in legislatures

25     today:  government forced detransions of young

Med Def_002295

1    people; the sweeping way in which it bans private

2    insurers, as we've heard, from offering health care

3    to people who need it; the way that it requires local

4    governments to ban health care and also to ban

5    contractors of local governments from providing

6    health care.  Think about how many providers, how

7    many business are in contracts with the cities

8    and counties that you represent in your

9    districts.  This is sweeping; it is extreme, and

10   we need adults in the room to say enough is enough.

11   This cannot be who the state of Florida is.

12           Thank you.

13           CHAIR CLEMONS:  Thank you for being here, Joe.

14           Jon Harris, followed by Paul.

15           Good afternoon.

16           MR. MAURER:  Good afternoon, Chair and

17   Committee Members.

18           Jon Harris Maurer, the public policy director

19   for Equality Florida.

20           HB 1421 deeply infringes on parental rights

21   and medical freedom, and it is a direct attack on the

22   existence of transgender Floridians, both minors and

23   adults.

24           This bill overrides parents' rights to seek

25   health care for their children, potentially lifesaving

Med Def_002296

1    health care accessed with the guidance of medical

2    professionals.  Leading national health organizations

3    like the American Academy of Pediatrics, the American

4    Psychological Association, and the American Medical

5    Association support gender-affirming care for

6    transgender children.

7            But this is State-forced detransition.  In a

8    matter of months, parents whose kids have been

9    successfully in care, who are thriving in care perhaps

10   for years, will be forced to terminate that care.

11           Its provisions also enable courts to change

12   custody agreements against a supportive parent,

13   depriving that parent of custody, treating them like

14   a child abuser simply for seeking care for their

15   child who is struggling.

16           This is also wildly overbroad, as previously

17   discussed.  The ban on gender clinical interventions,

18   in fact, is in no way tied to gender dysphoria or

19   addressing gender transition.  So when the bill

20   addresses, quote, "any other surgical procedures that

21   alter primary or secondary sexual characteristics,"

22   that includes breast augmentations and vasectomies.

23           CHAIR CLEMONS:  Please wrap it up, please.

24           MR. MAURER:  So those would no longer be

25   covered by insurance.  When it addresses puberty

1    blockers, those would no longer be available to any

2    minors and, again, not covered by insurance.

3            Equality Florida fundamentally opposes this

4    bill and asks that you do the same.

5            CHAIR CLEMONS:  Dr. Paul Ahrens, you're

6    recognized.

7            Letitia Harmon, you're up next.

8            Welcome, Dr. Ahrens.

9            DR. AHRENS:  Good afternoon, Mr. Chairman and

10   Members.

11           My name is Paul Ahrens.  I have a 40-year

12   career as a physician, 25 of which were with Florida

13   Public Health.  I'm a constituent of Representative

14   Franklin.

15           Despite compelling testimony from individuals

16   and medical professionals about the life-affirming,

17   lifesaving benefits of gender dysphoria care, the

18   result of the hearing so far has been denial of

19   Medicaid reimbursement for essential gender

20   dysphoria services and rules by medical boards

21   prohibiting standard and vital care.

22           Why won't the powers that be listen to the

23   people?  I think it's time to reexamine motivation.

24           In this and other states, officials have

25   apparently decided this is an easy way to harvest

1  votes to maintain a super majority against a

2  beleaguered powerless minority.  In my book, that's

3  called bullying.  This is a shameful bill based on

4  fringe theories and personal opinions rife with

5  cruelty and bullying.

6           The good news is that you can regain the

7  moral high ground and stop this here and now

8  today.  Please, please vote down this awful bill.

9           CHAIR CLEMONS:  Thank you for being here.

10           Letitia, you're up.

11           And, Wendell Beatty, you're on deck, please.

12           Welcome.

13           MS. HARMON:  Letitia Harmon.  I'm the policy

14  and research director for Florida Rising.

15           I'm here in opposition to this bill because

16  LGBTQ youth are four times more likely to attempt

17  suicide than their peers.  Attacking our trans youth,

18  especially youth of color, is endangering lives.

19  Providing gender-affirming care is literally saving

20  lives.

21           One in four of transgender youth of color

22  attempted suicide in the past year.  These are

23  children that we're talking about here.  And if you

24  had the opportunity to save a child's life by

25  providing the necessary health care, by providing

Med Def_002299

1    them the therapy that they need -- these are children

2    who would rather commit suicide than go through life

3    without receiving the kind of affirming care that this

4    legislation bans.  And if you could save a child's

5    life, why would you not do that?

6            Why would you not say, We see you; we honor

7    you; we see that you need to speak to someone to

8    figure this out.  And there are ways to help you grow

9    and become fully who you are, and it may very well

10   change your entire perspective on life, so much so

11   that you want to continue living.

12           You could save a child's life by doing that.

13   And we urge you to do that, to stand with our youth,

14   to say:  We see you; we honor your dignity; we

15   will provide you with health care.  We will vote

16   no on this bill.

17           Thank you.

18           CHAIR CLEMONS:  Thank you for being

19   here.

20           Wendell, one more bite at the apple.

21           Welcome back.

22           MR. BEATTY:  Thank you, Mr. Chair.

23           Still Wendell Beatty, still gender dysphoric,

24   and still a veteran.

25           But WPATH works, so I guess good things are

1    worth repeating.  Okay.  It's a standard of care for

2    transgender people recognized by medical professionals

3    around the world.  Please heed it.  It saves lives.

4    This bill won't.  It will be FUBAR upon delivery or

5    voted into law.  Okay.  And Florida is a free state,

6    and free states don't create refugees, which is

7    another thing this bill is starting to create.

8              Please oppose it.  Please vote no.

9              CHAIR CLEMONS:  Thank you again for

10   being here, Wendell.  Thank you for your service.

11             Ryan Kennedy, you're up.

12             And, Patti Sullivan, you're after Ryan.

13             Welcome.  And please keep it to about a

14   minute, please.

15             MR. KENNEDY:  Thank you, Chair.

16             My name is Ryan Kennedy with the Florida

17   Citizens Alliance.  We raise in strong support of this

18   bill today, and we thank the sponsor for bringing

19   it forward.

20             We believe that protecting children is a

21   strong, strong priority.  It should be for any

22   government, any state, at the federal level.

23   Protecting children should be at the forefront, and

24   this is what this does, because these treatments are

25   experimental.  They are dangerous, and they have a

1    lot of long-term side effects, as we have seen.  And

2    even in Europe these gender clinics are closing down

3    that have done these procedures because they see the

4    side effects that it's causing in their children.

5         Why would we do the same in Florida by

6    allowing this to continue?  This is why we should

7    support this bill.  Vote yes.

8         Thank you.

9         CHAIR CLEMONS:  Thank you for being here.

10        Patti Sullivan, you're up.

11        And, January Littlejohn, you're on deck.

12        Welcome.

13        MS. SULLIVAN:  Thank you.

14        Patti Sullivan with Parental Rights of

15   Florida.

16        As many have already said and as the

17   representatives mentioned, Western European nations

18   are about ten years ahead of us with these studies.

19   And I've looked at many of these studies, and some of

20   them actually -- one of them out of Sweden argues

21   that medical transition is not the best option given

22   that medical transition suicide rate is actually 19

23   times higher than the normal average.

24        Also, WPATH itself is not a medical

25   association.  Anyone can be a member of WPATH,

Med Def_002302

1    and you don't have to be a physician to do so.  And

2    they, themselves, actually say in their writing that

3    they are not a standard of care, that they are

4    guidelines, recommended guidelines.

5            And so I would just ask you to vote and

6    support this.  Many researchers have made it clear

7    that this is damaging to children, not only their

8    bodies, but in many other ways as well.

9            And the final point would just be that

10   puberty blockers, cross-sex hormones -- the puberty

11   blockers actually cause bone density loss in

12   children if they go through these puberty blockers

13   when they're minors.  There are a lot of studies that

14   show the harm that happens to these children by taking

15   these drugs.

16           CHAIR CLEMONS:  Thank you for being here.

17           MS. SULLIVAN:  Thank you very much.

18           CHAIR CLEMONS:  January Littlejohn, followed

19   by Aaron DiPietro.

20           Welcome.

21           MS. LITTLEJOHN:  Thank you.

22           I am a mom and a licensed mental health

23   counselor in Florida.

24           Our daughter became confused about her sex

25   in 2020 after three of her friends claimed transgender

Med Def_002303

1    identities as well.  We did not socially or medically

2    transition her.  Instead, we worked with a licensed

3    counselor to help our daughter explore and resolve

4    co-occurring issues, including low self-esteem and

5    anxiety.  We followed the path of watchful waiting,

6    and our daughter has desisted.

7          When a child is in distress or ill for any

8    reason, we look to doctors, and we trust them to give

9    us all treatment options available.  I have spoken

10   to many parents in Florida, and that is not what is

11   occurring.  They are not being told about watchful

12   waiting and that the majority of these children will

13   resolve their distress without intervention.

14         What parents are being told by doctors,

15   oftentimes in front of the child, is that affirmation

16   and medicalization is their only treatment option to

17   avoid the impending suicide of their child.

18         Suicide is told to parents as if it is a

19   guaranteed outcome versus a risk factor.  And as a

20   mental health provider, I can tell you that there

21   are ethical ways of treating suicidal ideation.

22         CHAIR CLEMONS:  Ms. Littlejohn, I've kept

23   everybody else within time.  Please conclude.

24         MS. LITTLEJOHN:  Yes, sir.

25         Making irreversible changes to children's

1    bodies before they can consent is not one of them.

2         I support this bill.

3         CHAIR CLEMONS:  Thank you for being here.

4         Mr. DiPietro, followed by Ryan Kennedy.

5         Welcome.

6         MR. DIPIETRO:  Thank you, Chair.

7         My name is Aaron DiPietro with the Florida

8    Family Policy Council, and we are in strong support

9    of HB 1421 and appreciate the support of the sponsors

10   very much.

11        So this bill helps kids struggling to embrace

12   their biological sex by protecting them from harmful

13   drugs and procedures.  We should not be teaching

14   children who are struggling with their identity to

15   despise and hate their own bodies and feel that the

16   only way to be able to love themselves is to do harm

17   to their own physical bodies.

18        Giving children puberty blockers, cross-sex

19   hormones, and transgender surgeries violates the

20   first duty of medicine, to do no harm.  A child who

21   identifies as the opposite sex deserves compassion

22   and mental health care.  They should never be

23   chemically and surgically castrated or sterilized.

24        The pharmaceutical industry is pushing these

25   harmful experimental treatments on children to line

1    their own pockets.  The transgender surgery market

2    is expected to reach nearly $1 billion by 2024.  We

3    must protect children and parents from being pressured

4    by idealogically and financially motivated gender

5    clinics into agreeing to these harmful experimental

6    treatments.

7         CHAIR CLEMONS:  Please bring it in together.

8         MR. DIPIETRO:  The proposal ensures

9    Florida's children receive help, not harm; treatment,

10   not transition; and protection, not politics.

11        We encourage you to support the bill.

12        Thank you.

13        CHAIR CLEMONS:  Thank you for being here.

14        Julie Framingham, followed by Robert

15   Framingham, from New Port Richey.

16        Are you here?

17        After the Framinghams, it will be John

18   Labriola.

19        Welcome.

20        MS. FRAMINGHAM:  Thank you.

21        I'm the mother of a 28-year old man who has

22   been identifying as transgender for the past six

23   years.  While there are undoubtedly various

24   contributing factors responsible for the increase in

25   all the young adults who are experiencing this, I ask

Med Def_002306

1    that this committee support this bill.

2            I can tell you that my own son was diagnosed

3    by a Florida licensed therapist with borderline

4    personality disorder which was the root cause of his

5    severe depression and anxiety and his hatred for

6    himself.  He has not gotten better with hormone

7    treatment.  He has resisted therapy because he thinks

8    that the hormones are going to solve his problem.

9    He also wishes to get surgery.

10           And I can just tell you that it's really

11   difficult to see him the way that he is where he has

12   really kind of wasted six years of his life.  He

13   dropped out of school because of his depression.

14   He's a very smart young man, and he's really

15   harmed his future by what he's doing.

16           So thank you very much.

17           CHAIR CLEMONS:  Thank you for being here.

18           Mr. Framingham.

19           And after him, John Labriola.

20           Welcome.

21           MR. FRAMINGHAM:  Mr. Chairman and Committee

22   Members, I strongly affirm this bill.  I am very much

23   in favor of it.

24           My wife just spoke to you about my son, so I

25   am the father of a young man who dresses in female

Med Def_002307

1  clothes.  And he has some serious mental disabilities,

2  and they're not getting better by his transitioning.

3  He's been transitioning for six years now.

4       And when he was young, he loathed himself.

5  He allowed his teeth to rot under his braces until

6  every tooth in his mouth has now got a root canal.

7  He has one implanted tooth.  I paid $160,000 copay

8  to keep his teeth going so that he would have teeth

9  in his head.

10       Now, clearly, there's a disconnect between

11  what he thinks he wants to be and should be and how

12  to live and what his body -- what he sees his body

13  as.  But he wants to take -- to have surgery to

14  correct that disconnect.  And I really think that a

15  mental health program would help him a whole lot.

16  And I think that this bill will -- by accenting mental

17  health will do wonders, will save children and --

18       CHAIR CLEMONS:  Thank you.

19       MR. FRAMINGHAM:  -- I think that one

20  thing should be --

21       CHAIR CLEMONS:  Your time.

22       MR. FRAMINGHAM:  All right.  Thank you.

23  Thank you.

24       CHAIR CLEMONS:  Thank you so much for coming

25  from New Port Richey.

Med Def_002308

1              Thank you.

2              Anthony -- sorry -- John Labriola.

3              MR. LABRIOLA:  Good afternoon, Committee

4    Members.

5              The alarming rise in the sexual mutilation or

6    chemical castration of minors is easily the most

7    horrifying consequence of the LGBTQ movements's

8    increasingly aggressive indoctrination and grooming of

9    children.  And that's what this is.

10             Treating a mental disorder with surgery is

11   not good science.  It is malpractice.  And it's an

12   agenda driven by idealogy, not science, as has

13   been mentioned several times before.

14             Gender ideologues don't care about children's

15   health, and they're willing to sacrifice them and their

16   health and their lives on the altar of their perverted

17   agenda while unethical pharmaceutical companies and

18   gender clinics are getting rich off of these horrific

19   treatments.

20             Contrary to what's been said over and over

21   again by the LGBTQ ideologues in this room, passing

22   this bill will reduce the suicide rate and will be

23   an act -- major affirming act of saving people's

24   lives, saving children's lives.

25             So thank you.

Med Def_002309

1          CHAIR CLEMONS:  Thank you for being here.

2          Anthony Verdugo.  I believe that's correct.

3          Welcome, Anthony.

4          After that is Armando Pamar [phonetic].

5          Welcome.

6          MR. VERDUGO:  Good afternoon, Mr. Chair and

7   Vice Chair, Members of the Committee.

8          I'm Anthony Verdugo, executive director of

9   Christian Family Coalition Florida, and we rise in

10  support of this bill, of HB 1421.

11         Look, children are beautiful as they are,

12  and they can have happiness and find happiness in

13  their own body.  That's the message that we need to

14  send out.

15         All of you here who are supporting this bill

16  are heroes.  Thank you for the work that you do.

17  You're extending mercy through legislation.  We know

18  what happens when children are submitted to genital

19  mutilation.  Depression, anxiety, and suicide results.

20         Sweden, who has conducted the most thorough

21  studies, shows that 20 percent of these individuals

22  eventually commit suicide.

23         So thank you for what you're doing, for

24  extending mercy and compassion to parents and children

25  all across the state.

Med Def_002310

1          Thank you, Representative Fine, for

2   presenting this great bill.

3          Please vote yes.

4          CHAIR CLEMONS:  Thank you for being here.

5          Armando Pamar.  Welcome, Armando.  You're

6   recognized.

7          MR. PAMAR:  Yes.  Thank you, sir.

8          My support for the bill comes from my work

9   experience.  I have been for over 14 years working as

10  a mental health technician.  I've been at Memorial

11  Hospital and at Florida State Hospital.  I have been

12  seeing some dealing with these issues, not necessarily

13  for an operation, but for their confusion when they

14  first come out.  After that, they are suicidal.  I

15  have had that at the Florida hospital.

16         And I will support this bill a hundred

17  percent.

18         CHAIR CLEMONS:  Thank you, Mr. Pamar.

19         Are there any members of the public who have

20  not already spoken that would like to speak on this

21  bill?

22         Any members of the public who have not

23  already spoken?

24         Seeing none, then, Members, we are going to

25  move into debate.

Med Def_002311

1          We are now open for debate on the bill.

2          Who would be first?

3          Representative Anderson, you'll be

4   first.  You're recognized.

5          REPRESENTATIVE ANDERSON:  Thank you,

6   Mr. Chair.

7          And thank you, Chairmen -- and I say that as

8   a plural -- for working on this legislation.

9          I am one of the members that sit on Chairman

10  Fine's Healthcare Committee.  I know some others here

11  are as well.  And I remember a few weeks ago when we

12  had that panel presentation, and I'm reminded of that

13  during this conversation today, and I remember the

14  feelings that we all had on that committee.  I don't

15  think there was a dry eye on that committee that

16  day.

17          And I remember leaving that room wondering

18  what is it that we can do to solve this.  And we heard

19  from experts from all over the country on this subject.

20  I believe we actually had some subject matter experts

21  that were from Europe as well, so I can say throughout

22  the world.

23          And I'm thankful that you gentlemen are

24  working on this and finding a solution to this

25  problem.  I know how hard it is to work on this.  I

Med Def_002312

1    know how important it is.  And I would challenge any

2    of the members of this committee here that if you're

3    questioning why we need this type of legislation, go

4    back and watch the footage from that panel discussion

5    in that Healthcare Committee.

6             So I will be up on this bill.  And I thank

7    you for bringing this legislation.

8             CHAIR CLEMONS:  All right.  Ranking Member

9    Bartleman, you're recognized for debate.

10            REPRESENTATIVE BARTLEMAN:  Thank you, Chair.

11            That panel did not include the hundreds and

12   thousands of success stories.  That panel did not

13   include people who were happy about their transition.

14   That panel did not include other doctors who would

15   speak to the benefits.

16            Everyone who spoke today was speaking about

17   children.  And everyone supports parental rights,

18   but I really feel that we only support those parental

19   rights that align with the philosophy of the majority

20   of this House.

21            There are many parents who want the right to

22   make decisions for their children that they feel are

23   in the best interests of their children, not in this

24   bill, but in another bill.  If you want to talk about

25   doing something less invasive to help your child

 1   with their dysmorphia, let them try pronouns.  We're

 2   not even going to allow that in this state.  That's

 3   not a medical intervention.  That's in an education

 4   bill.

 5         This bill also attacks adults, and that's a

 6   big problem I have.  Because if this is really a free

 7   Florida, when you reach the age of 18, you should

 8   be allowed to make medical decisions for yourself,

 9   and those decisions should be made holistically, not

10   just about your physical health, but your mental

11   health.  And this bill is denying health insurance

12   coverage that is currently in place for these

13   individuals.  So now you're taking away an option

14   for someone, and so I do not agree with that at all.

15         And the hardest pill for me to swallow with

16   this bill is the inhumanity of not grandfathering

17   individuals in who have been receiving care for four

18   or five years.  It is inhumane and devastating to do

19   that to somebody.

20         Now, in my Florida, we love everyone.  We

21   accept everyone.  And as someone who loves someone,

22   loves multiple people who have transitioned and who

23   are currently transitioning, I'm going to leave you

24   with what they told me:  *I am scared.  I am scared* --

25   this is an adult.  *I am scared.  This is so harmful*

1    *to me, and I am incredibly scared about my safety and*

2    *the safety of my peers.*

3         We are vilifying a group of individuals.

4    If this is about kids and the adults in this room

5    think this is the best decision for children, then be

6    transparent and just make this bill about children.

7    But it's not.  It's going a step further and

8    infringing on the rights of adult Floridians and their

9    access to care by denying them health insurance

10    coverage.

11         So if the bill was -- it's just -- if it's

12    about kids, keep it there.  But it's not.  And mark

13    my words, there will be more to come.  And you're

14    vilifying one group of individuals.  They already have

15    the highest suicide rates.  And it's hard for them to

16    come up and share their stories, and they do not feel

17    heard.

18         So I am asking you before we get to the vote

19    on the floor, which is going to pass, to consider the

20    grandfather clause.  Please speak to people who are in

21    this who are dealing with this now and their families

22    are dealing with it, and please listen to the adults

23    who have success stories and are happy with their

24    lives and don't take it that extra step.  Let those

25    adults live their free lives in the free state of

Med Def_002315

1    Florida.

2         Thank you.

3         CHAIR CLEMONS:  Representative Hunschofsky

4    for debate.

5         REPRESENTATIVE HUNSCHOFSKY:  Thank you,

6    Mr. Chair.

7         There's so much to unpack here.  Let me start

8    by saying thank you to everybody who came out today

9    to speak, and thank you to all the people who reached

10   out to me privately.

11        We've heard a lot about feelings and opinions

12   on things.  I went directly to the bill, to sections

13   of the bill in my questioning I have problems with,

14   mainly that section, lines 45 to 47 that says

15   "procedures or therapies that alter internal or

16   external physical traits."  And that was the

17   definition for gender clinical interventions.  And

18   that covered -- this bill also covers health insurance

19   for adults.  So it could include not allowing health

20   insurance to cover a mastectomy for a grown woman,

21   and that is specifically in the amendment.  That is

22   not my feelings, but literally something that is

23   very unclear here.

24        External physical traits aren't defined

25   either.  So does that mean when a child is in an

Med Def_002316

1    accident and a limb needs to be removed that that

2    can't be done, that a scar can't be fixed?

3          There are a lot of questions, in my opinion,

4    from a technical perspective in what is written in

5    this bill that I hope will get clarified at some

6    point.

7          My personal concern and feeling with this is

8    that we are so intent on judging a certain group of

9    people that we -- we're not clear and very broad in

10   many of the definitions in here.

11         Additionally, adding the statute of

12   limitations, which right now I believe under medical

13   malpractice in a civil action can't exceed a 7-year

14   period, we're now extending it to 30 years here.

15   So that if somebody had a breast augmentation or, as I

16   mentioned earlier, a penile implant, they could now go

17   back and it would be 30 years because those are not

18   clear in the gender clinical intervention definition.

19         We talk about parental rights.  We talk about

20   freedom.  We talk about respecting veterans.

21         And, Wendell, I just want to thank you for

22   your service.

23         My personal concern in a lot of the dialogue

24   that is associated with this is we only care about

25   parental rights when we agree with the choice the

Med Def_002317

1    parent makes.  We only support veterans when we agree

2    with the choices that the veterans make.  We only

3    support freedom when we agree with the choices that

4    the people make.

5            And this type of discussion keeps coming up

6    over and over again.  I have several friends whose

7    children have transitioned, and they're doing great.

8    They're living successful lives, and they did what was

9    best for them.

10           As a mother, I keep going back to how we're

11   talking about human beings.  And I don't know where

12   we end up when we continue to talk about human beings

13   like they're not here, like their experiences don't

14   count and don't matter.

15           When I talk to my kids, I let them know that

16   what their life has been like isn't like what

17   everybody's life has been like and that we all as

18   citizens, as just decent human beings have an

19   obligation to not only tell our stories, but to hear

20   other people's stories, and that at least when we are

21   talking about someone else's experience, that we do

22   so with the utmost care, compassion, and respect.

23   Because if we believe in God or someone, whoever

24   else, then the very least we can do when discussing

25   matters about human beings is to do so with the utmost

Med Def_002318

1    respect and compassion.

2         I will be down on this bill today for a lot

3    of reasons and very specifically for the technical

4    reasons that I believe the language is very general,

5    is not specific enough, is now changing civil statutes

6    of limitations for things like a nose job, that it is

7    denying insurance to things that it wouldn't have

8    before.  And I hope that at the very least as we go

9    forward that when we are talking about other human

10   beings and their experiences that we do so with

11   respect and compassion.

12        Thank you.

13        CHAIR CLEMONS:  Representative Black in

14   debate.  You're recognized.

15        REPRESENTATIVE BLACK:  Thank you,

16   Mr. Chairman.

17        Thank you, Representatives, for bringing

18   this good bill.

19        I want to thank you for your courage and for

20   offering a simple, common sense, and very

21   forward-looking piece of legislation, for recognizing

22   an essential truth, and that is that these children

23   are actually victims, once called patients, because

24   we allowed idealogy to masquerade as medicine.

25   Thank you for putting a stop to it.  Thanks for making

Med Def_002319

1   sure that Florida does not have to repeat the

2   tragedies that have been undergone in Europe.

3          I thank you.  I look forward to cosponsoring

4   this legislation.  I encourage all of my colleagues

5   to vote yes.

6          CHAIR CLEMONS:  Vice Chair Borrero, you're

7   recognized in debate.

8          REPRESENTATIVE BORRERO:  Thank you, Chairman.

9          Members, you've heard in this committee from

10  the other side talk about how somehow if we pass this

11  bill we are going to kill people.  Nothing could be

12  further from the truth.  In fact, what this bill

13  actually does, it saves lives.

14         I wonder why the other side hasn't talked

15  about the people that this bill -- that gender

16  transition actually kills.  In fact, you've heard

17  the term "deadnaming," because that is exactly what

18  happens when someone transitions to another gender.

19  That child, that son, that daughter, that brother,

20  that sister that you once knew is no more.  That

21  person no longer exists.  He changes his gender and

22  is no more.

23         This bill, what it actually does is it saves

24  lives.  It saves them.  It doesn't kill them.  And it

25  recognizes who they are in the eyes of God.

Med Def_002320

1          Members, I encourage all of you to support

2     this very good bill and to save lives.

3          CHAIR CLEMONS:  Representative Rudman in

4     debate.  You're recognized.

5          REPRESENTATIVE RUDMAN:  Thank you, Mr. Chair.

6          Representative Fine, Dr. Massullo, I just

7     wanted to lend my voice in support of your bill.  I

8     also wanted to dispel a few rumors here today.

9          We've heard that, you know, some of us must

10    feel like these lives don't matter or that somehow

11    we don't hear them or, even worse, that we don't

12    care.  Well, let me tell you, as a family doctor, I

13    have at least three patients that I'm aware of who we

14    currently see for gender dysphoria.

15         Now, these patients know when they make the

16    appointment, they know when they see me that I am not

17    going to prescribe off-label hormones for their usage.

18    They know they're not getting testosterone; they're

19    not getting estrogen from me.  They know they are not

20    getting a referral to a surgeon.

21         What they do get from me, they get my most

22    valuable commodity.  They get my time.  We sit and we

23    talk about the issues they're struggling with.  We'll

24    talk as long as it takes, and my staff will be the

25    first to tell you that.

1              So this argument that somehow we don't hear

2      them or we don't want to see them or we don't even

3      care about them, that is patently untrue.

4              And so I just wanted to let you be aware of

5      that because we're hearing kind of the other side of

6      the story, and I can tell you from experience that

7      that is not true.  We care deeply for these patients.

8              And because I do care deeply for these

9      patients, I'm up on your bill.

10             CHAIR CLEMONS:  Are there other members who

11     would like to debate this bill?

12             Other members like to debate this bill?

13             Representative Skidmore, you're recognized

14     for debate.

15             REPRESENTATIVE SKIDMORE:  Thank you,

16     Mr. Chair.

17             You know, it's hard.  It's really hard to

18     make these decisions for people when I really think

19     they should be able to make these decisions for

20     themselves.  And we philosophically just disagree.

21             I know that Representative Fine and

22     Representative Massullo think they're doing a good

23     thing here.  And everyone who votes yes on this bill

24     thinks they're doing a good thing here.  And those of

25     us and my colleagues who have spoken before me who

Med Def_002322

1    oppose this bill oppose it because we think you're

2    doing a bad thing.  We both think we're helping

3    people.  We both think we're saving lives.  And so

4    who's right and who's wrong?

5            I find it interesting when we think about

6    the panel discussion and that there wasn't a dry eye

7    in the room because one person talked about her

8    detransition.  But who was crying for everyone else

9    who came up here today, who begged you to listen to

10   them and hear their story and how they felt saved by

11   their treatment, by their gender-affirming care?

12           So we're picking the winner and we're picking

13   the loser based on who actually emotionally spoke to

14   us or made us cry.  And we need to get out of

15   everybody's business.  These are health care

16   decisions, just like abortion.  These are personal

17   health care decisions.  And I don't know why all my

18   conservative friends want to get in everybody's

19   business.  I really thought we were about less

20   government, fewer taxes.  Apparently that script is

21   flipped.  We want to tell everybody what they can

22   and cannot do and who they can and cannot love and

23   how to plan for families and what books to read and

24   what classes to take and so many things where

25   government doesn't belong.

Med Def_002323

1           This is a very personal decision.  We want

2    to empower families.  Let's empower families.  Let's

3    let them make the best decisions for their children

4    with their doctors, doctors, who do this work.

5    Instead, we're going to criminalize physicians, which

6    it shocks me that physicians are supporting.  We're

7    going to criminalize doctors for doing the care that

8    they've been trained to give.

9           These are decisions that government doesn't

10   belong in.

11          I'm not changing anybody's mind, I understand

12   that.  But I want you to think about why Chloe made

13   you cry but Wendell didn't, and look inside your heart

14   and figure out why that is.

15          CHAIR CLEMONS:  Any further Member wish

16   to debate?

17          Any further Member wish to debate?

18          You're welcome to debate.

19          REPRESENTATIVE BELL:  Thank you, Mr. Chair.

20          I wasn't going to debate, but after hearing

21   both sides, I feel like I just need to say something.

22          As a parent, a mother of two daughters that

23   never came to me and wanted a sex change, their

24   friends never wanted a sex change, I never have lived

25   in that world of sex changes, but I do sympathize

Med Def_002324

```
1    with the ones that do want it.  However, you should
2    not be making a decision for your child under the
3    age of 18 to change them.
4           And I applaud both Chairs here for the guts
5    to do this.  Three years ago I was sitting -- actually
6    it was over in the Senate, and we listened to people
7    that paraded their children up in front of us, an
8    8-year-old child that they did -- mutilated him.  It
9    was a little boy, changed him into a little girl, and
10   he wished that he could be a boy again.
11          There was a woman that her father had three
12   boys and -- I'm sorry -- three daughters, and she was
13   the fourth daughter.  And he changed -- started
14   giving her male hormones when she was 6 months old
15   and changed her into a man.  She did not want that.
16   Now she has hair on her chest, hair on her face.
17   She was changed.  And she said that she would like to
18   be a woman again, but her life has been
19   destroyed.
20          If somebody wants to change their sex, let
21   them do it when they're 18 years old, but don't do it
22   on the backs of the taxpayers.  I don't feel like I
23   should pay for anybody to have a sex change, period.
24   But we are sympathetic.  And for the other side to sit
25   here and call us -- you know, we have no heart for
```

Med Def_002325

1    these people, we do have hearts.  But a colleague

2    told me earlier -- said, you know, we're not trying to

3    hurt them; we're trying to help them.

4          So I thank you for allowing me to speak.

5    I hope this bill passes.

6          Thank you again to the sponsors.  I thank

7    you for your courage because this should have been

8    done three years ago and we're just now doing it.

9          Thank you.

10         CHAIR CLEMONS:  Any further Members wish

11   to debate?

12         Seeing no further debate, Members, you're

13   welcome to close on your bill.

14         You're recognized, Representative Massullo.

15         REPRESENTATIVE MASSULLO:  Thank you,

16   Mr. Chair.

17         Members, you have a very difficult job,

18   particularly when we have issues like this that are

19   hard.  They bring out a lot of emotions, and we're

20   just people.  We're human beings.  And those emotions

21   often lead us sometimes to extremes, to thinking about

22   bullying and falsehoods and trying to get to a point

23   where really we're trying to make a subject into

24   something that makes us feel better.

25         But our primary role as legislators, as

1    lawmakers of Florida, or any state, is to protect our

2    citizens.  And no matter what opinions we have, we

3    have to work hard to strive to get to the truth.  And

4    I want to just leave you with three truths:

5           No. 1, since I started walking these halls

6    in 2016 by the grace of the individuals that felt to

7    put their trust in me to come up here and help make

8    laws and represent them, the number of individual

9    minors with gender dysphoria has tripled, tripled.

10   We don't see that in just about any other field of

11   medicine regarding pathology.  These individuals, as

12   you've heard from testimony, have comorbidities,

13   psychological issues, issues with their experiences

14   and their environment that we need to take into

15   consideration.  That's one truth.

16          The second truth is there's no such thing as

17   someone being able to change their sex.  They may be

18   able to change the way their body works, their

19   physiology.  They may be able to change their

20   appearance.  But they are born either one sex or

21   another, or some individuals are born intersex that

22   have a chromosome or other type of genetic anomaly.

23   This bill doesn't deal with those individuals.  It

24   doesn't deal with the individuals that Representative

25   Tant basically explained.  This deals with individuals

1    that have a sense that they don't belong to the sex

2    that they actually were born to have.

3           And we do vary in our basic psychology

4    oftentimes.  And, Representative Skidmore, I agree

5    with you.  Sometimes we have different opinions on

6    what's right and what's wrong.  That's what makes our

7    government so collaborative.  That's what makes us

8    get to decisions that actually make sense.  But I have

9    to disagree with you because there are truths, and in

10   medical care we are to do no harm.

11          And the third truth I want to leave you all

12   with are these procedures, these treatments do much

13   more harm than good.  And for us to continue those

14   would be disgraceful as a state, and as a person in

15   the medical profession, I would not be able to live

16   with myself and allow those to continue to occur.

17          Chair Fine.

18          REPRESENTATIVE FINE:  Thank you.  Thank you,

19   Dr. Massullo.  It's an honor to work with you on this

20   bill.

21          Ranking Member Skidmore said that we can't

22   change minds, and maybe we can't, but I can assure

23   you of this:  God blessed me with the ability to talk,

24   and I'll never stop using it to do right.

25          Representative Hunschofsky, you pointed out

1    lines 45 to 47 of the bill, and you said you worried

2    about things like breast surgeries for adults and

3    things like that.  I just want to remind people, you

4    have to read the whole section.  And if you go through

5    48 to 53, it does make it clear this is about sex

6    reassignment and puberty blocking.

7          That said, we will make sure the concern that

8    you have is addressed, because that's certainly not

9    our intent.

10          Representative Bartleman, this bill does not

11    affect an adult's ability to make the decision that

12    they want to make.  We're not doing that.  They can

13    do it.  What it says is that a 13-year-old or a

14    14-year-old or a 16-year-old should be an adult before

15    they make those decisions.  We are not -- yes, we're

16    saying that other people don't have to pay for it.

17    I think that is a pretty reasonable statement to make.

18    We're not restricting their ability to do whatever

19    they want to their bodies as an adult.

20          I don't think the folks who speak in

21    opposition of this bill are villains.  I think they're

22    victims.  And I think what we've heard in this debate

23    and what will continue here is the weaponization of

24    two things.  The first weaponization is the fake

25    science.  We heard this with COVID, right, the science

Med Def_002329

1    has established.  Now, I believe in the vaccine,

2    got them all.  COVID almost killed me.  But we were

3    told the science said if you get the vaccine, you

4    won't catch it.  Remember?  Wasn't true.  It did keep

5    you from dying, but they said you wouldn't catch it,

6    and that was not true.  They said the science

7    establishes we should keep all of the schools closed.

8    Children's lives are going to be changed forever

9    because they were kept out of school for so long.

10          And in this instance we get told the science

11   has established because there's some group -- and

12   it's been mentioned -- called WPATH that's gotten all

13   of these groups to agree.  Well, I want you to know

14   what they all agreed.

15          You were probably all horrified when

16   Representative Bell talked about a child being given

17   these things when they were 6 years old or 3 years old

18   or 6 months old.  I bet all of you thought no one

19   would ever do that.  I bet the people who oppose this

20   bill said that's insane.

21          Well, this so-called scientific group, they

22   made a choice in their last set of recommendations.

23   They deleted the minimum age recommendations for all

24   of it.  They're not even willing to say this shouldn't

25   happen to a 1-year-old or a 2-year-old.  The

Med Def_002330

1    weaponization of science.  The science is not in

2    agreement on this.  We talked about Finland.  We

3    talked about Sweden.  We talked about the U.K.  It is

4    not established.

5         But I think there's also a weaponization of

6    another word, a weaponization of the word "care."  It

7    is not health care to cut someone's body parts off.

8    That is not care.  And it is not care to give someone

9    drugs to stop the natural-occurring process of

10   puberty, which we now know from the studies have

11   effect on their bone density and, think about it,

12   their brains that are developing.  That is what the

13   science shows.  This is not care.  They are not

14   villains; they are victims.

15        But we also know that most of the people who

16   this happens to have comorbidities.  Chloe Cole --

17   and there are many like this -- she had autism, but

18   they didn't deal with that.  They told her parents,

19   You can have a dead daughter or a live boy.

20        You know who loses in this bill?  Dr. Teetus

21   Deletus, who's figured out a way in her plastic

22   surgery business -- most plastic surgeries in her

23   business you do have to pay for out of pocket.  And I

24   had a plastic surgeon come to me and say, Why do

25   people like this?  Because they figured out a way to

Med Def_002331

1    get to the holy grail, insurance; someone else pays.

2         You know who else loses?  Somebody that I

3    hear my colleagues often have issues with, Big Pharma,

4    $12,000 a year to help with this.  They're not

5    villains; they are victims.

6         I know a thing or two about being bullied.

7    I'm not going to talk about it today, but we do this

8    bill to protect children.  We do this bill to protect

9    a girl who when she was 13 years old -- think about

10   what you wanted when you were 13 years old -- and who

11   doctors -- and, by the way, what is generally

12   considered one of the better hospitals in this country,

13   told her parents, Dead daughter, live boy.  They put

14   her on these drugs at 13, and at 16 they cut her

15   breasts off.  And we heard her here.

16        But her story isn't even the worst.

17   Yesterday I read about Layla Jane.  They put her on

18   these drugs at 11 years old.  They cut her breasts

19   off at 13.  This is not care.  This is an abomination.

20        You have the chance today to make sure

21   this doesn't happen in Florida.

22        With that, I ask for your favorable support.

23        CHAIR CLEMONS:  Representatives Fine and

24   Massullo having closed on House Bill 1421, Sabrina,

25   please call the roll.

```
 1            THE CLERK:  Representatives Abbott?

 2            REPRESENTATIVE ABBOTT:  Yes.

 3            THE CLERK:  Anderson?

 4            REPRESENTATIVE ANDERSON:  Yes.

 5            THE CLERK:  Baker?

 6            REPRESENTATIVE BAKER:  Yes.

 7            THE CLERK:  Bartleman?

 8            REPRESENTATIVE BARTLEMAN:  No.

 9            THE CLERK:  Bell?

10            REPRESENTATIVE BELL:  Yes.

11            THE CLERK:  Black?

12            REPRESENTATIVE BLACK:  Yes.

13            THE CLERK:  Borrero?

14            REPRESENTATIVE BORRERO:  Yes.

15            THE CLERK:  Chaney?

16            Franklin?

17            REPRESENTATIVE FRANKLIN:  No.

18            THE CLERK:  Hunschofsky?

19            REPRESENTATIVE HUNSCHOFSKY:  No.

20            THE CLERK:  Persons-Mulicka?

21            REPRESENTATIVE PERSONS-MULICKA:  Yes.

22            THE CLERK:  Rudman?

23            REPRESENTATIVE RUDMAN:  Yes.

24            THE CLERK:  Salzman?

25            REPRESENTATIVE SALZMAN:  Yes.
```

Med Def_002333

```
 1            THE CLERK:  Skidmore?

 2            REPRESENTATIVE SKIDMORE:  No.

 3            THE CLERK:  Snyder?

 4            REPRESENTATIVE SNYDER:  Yes.

 5            THE CLERK:  Tant?

 6            REPRESENTATIVE TANT:  No.

 7            THE CLERK:  Trabulsy?

 8            REPRESENTATIVE TRABULSY:  Yes.

 9            THE CLERK:  Chair Clemons?

10            CHAIR CLEMONS:  Yes.

11            THE CLERK:  12 yeas and 5 nays.

12            CHAIR CLEMONS:  Members, by your vote please

13    show this --

14            THE SECRETARY:  I'm sorry.  12 yeas and

15    5 nays.

16            CHAIR CLEMONS:  Members, by 12 yeas, 5 nays

17    please show that HB 1067 [sic] passes.

18                       *  *  *

19

20

21

22

23

24

25
```

```
 1                  CERTIFICATE OF REPORTER

 2

 3   STATE OF IOWA)

 4   COUNTY OF WARREN)

 5          I, Terri L. Martin, Certified Shorthand

 6   Reporter, certify that I was authorized to and did

 7   stenographically transcribe the foregoing audio

 8   recording to the best of my ability and that the

 9   transcript is a complete record of my stenographic

10   notes.

11          Dated this 25th of August, 2023.

12

13                   /s/ Terri L. Martin
                     Terri L. Martin, CSR, RPR, CRR
14

15

16

17

18

19

20

21

22

23

24

25
```

Med Def_002335