1

TRANSCRIPTION OF AUDIO RECORDING


FLORIDA SENATE

FISCAL POLICY COMMITTEE MEETING

FLORIDA CHANNEL



Thursday, March 23, 2023

8:30 a.m.


Stenographically Transcribed Audio Recording By:
Terri L. Martin, Certified Shorthand Reporter

Med Def_001913

Doe Pls' Trial Ex.
31

1      Whereupon, the following proceedings were

2   transcribed from an audio recording:

3           CHAIR HUTSON:  All right.  Members, we're on

4   our last bill.  That is tab 5.

5           Before I get to that, a little bit of

6   housekeeping I have that either was misplaced or

7   came in late.  But on Senate Bill 210, Kasey Denny

8   from Palm Beach County was waiving in support on that

9   bill.

10          Tab 5, CS for SB 254, "Treatments for

11  Sex Reassignment" by Senator Yarborough.

12          Senator Yarborough, you're recognized to

13  explain the bill.

14          SENATOR YARBOROUGH:  Thank you, Mr. Chairman

15  and committee.  Good morning.

16          Parents have the right and responsibility

17  to raise their children as they see fit, and

18  government intervention should be a last resort.  I

19  filed this legislation because I believe as lawmakers

20  we do have to draw the line when drastic, life-altering

21  gender dysphoria therapies and surgeries are being

22  prescribed for young children.

23          Our laws should set appropriate boundaries

24  that respect the rights and responsibilities of

25  parents while protecting children from the serious

Med Def_001914

1   health safety and welfare risks.

2        I also believe our laws should firmly respect

3   that both parents have a right to be involved in the

4   upbringing of a child.  One parent should not be able

5   to unilaterally attempt to change the sex of their

6   child.  With the exception of extreme circumstances,

7   custody arrangements typically honor the rights of

8   both parents to be involved in major decisions and

9   events in a child's life.  If one parent is attempting

10  to authorize drastic, life-altering sex reassignment

11  therapies and surgeries, then, by all means, the other

12  parent should have the ability to have a court review

13  the custody agreement.

14       Since I filed this bill, I have listened

15  to feedback and answered important questions from

16  those who opposed the bill as well as those who

17  support it.

18       In order to clear up any misconceptions

19  about the child custody provisions of the bill, I

20  proposed a PCS in a Health Policy Committee which

21  that committee adopted.

22       The bill has three goals:  First, to protect

23  Florida's children from being subjected to

24  irreversible and life-altering sex reassignment

25  prescriptions and procedures; second, to require that

1    when adults seek these prescriptions and procedures,

2    the treatments can be legally provided only after the

3    patient has been informed of the nature and risks of

4    the treatment in order to make a prudent decision;

5    and, third, to protect against the expenditure of

6    state funds for these sex reassignment treatments.

7              So, first, with regard to protecting

8    children, the bill has a number of provisions to

9    protect children from being subjected to the

10   treatments.  The bill amends Florida's child custody

11   statutes to give courts in the state jurisdiction

12   to enter, modify, or stay a child custody

13   determination relating to a child in the state to

14   protect the child from being subjected to sex

15   reassignment prescriptions or procedures.

16             Next, the provision provides courts with

17   discretion to determine whether and how to act to

18   protect the child.  The provision does not require

19   a court to take any specific action or require a

20   court to ignore a child custody determination made

21   by a court of another state.

22             The bill prohibits Florida health care

23   practitioners from providing these treatments for

24   children, but makes an exception for children who

25   were already receiving prescription treatments when

Med Def_001916

1    this bill would become law.  The bill requires that

2    the continuation of prescription treatment for such

3    children must be administered by a medical doctor or

4    osteopathic physician and must be consistent with

5    emergency rules adopted by the Board of Medicine

6    and the Board of Osteopathic Medicine.  These boards

7    have spent the past eight months extensively reviewing

8    research, hearing from medical experts, and listening

9    to the public on this very issue and are the

10   appropriate bodies to determine standards of care for

11   these children who are already receiving the

12   prescriptions.

13          The bill creates a third-degree felony for

14   health care practitioners who willfully or actively

15   participate in violating the prohibition against

16   providing these treatments to a child.

17          The bill amends existing law relating to

18   authority for the Department of Health to issue an

19   emergency order suspending the license of a

20   practitioner who is arrested for violating certain

21   crimes.  The bill adds the crime of providing these

22   prescriptions or procedures to a child to that list.

23          And the bill provides that any hospital,

24   ambulatory surgical center, or physician's office

25   registered for the provision of office surgery must

1    provide a signed attestation to ACHA or DOH, as

2    applicable, that they do not offer or provide sex

3    reassignment treatments for children, except for

4    those who are already being treated before this bill

5    would become law, and also do not refer such patients

6    to other providers for the treatments.  A facility's

7    failure to provide this attestation will lead to

8    revocation of the facility's license or registration.

9             With regard to protecting adults, if an

10   adult decides to seek treatment with sex reassignment

11   prescriptions or procedures, the bill ensures that

12   only licensed medical doctors and osteopathic

13   physicians can lawfully provide such treatment.  The

14   physician providing the treatment must take certain

15   measures to inform the patient of the nature and

16   risks of the treatment while physically in the same

17   room as the patient, using forms approved by the

18   Department of Health.  The patient must provide

19   voluntary written informed consent before treatment

20   can commence.

21            The bill provides that a health care

22   practitioner other than a physician who provides

23   these treatments or a physician who provides the

24   treatments without obtaining voluntary informed

25   consent commits a first-degree misdemeanor.

Med Def_001918

1          Lastly, with regard to protecting state

2     funds, the bill creates a prohibition against the

3     expenditure of state funds for these treatments by a

4     governmental entity or organizations contracted by the

5     State to manage the provision of Medicaid services or

6     to manage the state's mental health and substance

7     abuse providers.

8          Mr. Chair and committee, that is the bill.

9          CHAIR HUTSON:  Thank you, Senator Yarborough,

10    for explaining that bill.

11         Members, if we want to do questions after,

12    we can take up the amendments first, if that's all

13    right with you.  So let's go ahead -- without

14    objection, let's take up the first amendment.  That's

15    barcode 212692 by Senator Jones.

16         Senator Jones, you're recognized to explain

17    the amendment.

18         SENATOR JONES:  Thank you so much, Mr. Chair,

19    and thank you, Senator Yarborough.

20         Members, this amendment, it deletes the

21    requirement for a physician providing sex reassignment

22    treatment to be physically in the same room as the

23    patient when meeting requirements related to informed

24    consent.  So that's practically talking about

25    telehealth.  It deletes the requirement that only

Med Def_001919

1  an allopathic or osteopathic physician may prescribe,

2  administer, perform sex reassignment treatments.

3          This portion that I'm doing this amendment

4  for is to ensure because -- according to the bill

5  sponsor, he's made mention that it's protecting

6  children.  But based on what's in -- how it's

7  currently written, this would prevent adults from

8  being able to get the health treatment that they

9  would need.

10         So if it's about the children, then, of

11 course, I think we should leave it at that.  But I

12 think adults are wise enough to make the decision for

13 themselves, and we shouldn't be taking that type of

14 treatment away from them, especially if they're

15 looking to do it through telehealth.

16         That is the amendment, Mr. Chair.

17         CHAIR HUTSON:  Thank you.

18         Any questions on the amendment, Members?

19         All right.  Seeing none, I've got Aurelie

20 Colon -- is that correct -- of the National Latina

21 Institute for Reproductive Justice Florida.  She's

22 waiving in support.  Kara Gross with ACLU Florida

23 is waiving in support.  We have one speaker, Jon

24 Maurer with Equality Florida.

25         You are recognized to speak for the

1  amendment.

2          MR. MAURER:  Good morning, Chair and

3  committee members.  My name is Jon Harris Maurer,

4  and I'm the public policy director for Equality

5  Florida, and Equality Florida supports this good

6  amendment.

7          The bill sponsor mentioned that this is

8  necessary for protecting adults.  This is, in fact,

9  patronizing and insulting to adults who have been in

10  care for many years.  We're not talking about people

11  who are making an urgent decision.  We're not talking

12  about minors who may struggle with informed consent.

13  These are adults who have been seeing providers for

14  potentially decades about surgery, therapies that

15  they consider to be incredibly [cough].

16          We're talking about limiting their access to

17  telehealth.  We know that telehealth is incredibly

18  important for a lot of our rural communities where

19  they have limited access to services.  We're talking

20  about ensuring that these adults can still seek care

21  from RNs and HRNs who deliver an incredible amount of

22  gender-affirming care.  Again, these are qualified

23  professionals, and we're talking about adults who

24  should be able to make these decisions.

25          We know that we've talked a lot in this

Med Def_001921

1   session about medical freedom, and this is an issue

2   that we should be preserving that sort of freedom.

3   We opened this meeting by talking about liberty and

4   justice for all.  We're asking for the liberty for

5   these adults to be able to continue accessing care in

6   the way that they have for years.  We support the

7   amendment.

8           CHAIR HUTSON:  Thank you very much.

9           Any debate on the amendment?

10          Senator Yarborough, you're recognized in

11  debate.

12          SENATOR YARBOROUGH:  Thank you, Mr. Chair.

13          I appreciate the amendment, Senator Jones,

14  and we had the opportunity to talk about this in the

15  other amendment yesterday.  This is an unfriendly

16  amendment.  At this time we have a duty to protect

17  the public and ensure public safety when authorizing

18  treatments that are inherently dangerous.

19          So similar to how we have addressed treatment

20  for medical marijuana and abortion, this bill follows

21  the same approach.  It only authorizes physicians to

22  treat patients for sex reassignment treatment.  The

23  treatments have the potential for life-altering

24  effects and should be provided by our most highly

25  educated and trained health care practitioners,

1   as well as being regulated in a heightened manner and

2   differently than most other medical treatments.

3           So, for that reason I would ask the

4   committee to oppose the amendment.

5           CHAIR HUTSON:  Thank you, Senator Yarborough.

6           Any other debate?

7           Seeing none, Senator Jones, you're recognized

8   to close on your amendment, barcode 212692.

9           SENATOR JONES:  Thank you so much, Mr. Chair.

10          Members, just for clarity, this body has --

11  we have done extensive work on telehealth, and we

12  have focused on children.  But this bill drastically

13  reduces the essential medical care for transgender

14  adults.  I think Jon made it clear just a few

15  minutes ago that these treatments pertain to adults

16  who go to receive this treatment.  I think we are

17  setting a dangerous precedent about government

18  interference in the personal decision-making for the

19  adults.  And banning telehealth and banning qualified

20  nursing professionals from being able to administer

21  this prescribed medical care to the informed

22  consenting adults, we all, I think, can agree that is

23  wrong, and it's a large barrier to access for our

24  transgender community, many who already face massive

25  disparity in health care and receiving treatment.

1          That is the amendment and my close.

2          Thank you.

3          CHAIR HUTSON:  Close on the amendment.

4          All in favor of the amendment, say yea.

5          All opposed, say nay.

6          Show the amendment not adopted.

7          We're now on amendment -- unless there's

8    objection, which there is not, we will take up the

9    late-filed amendment, barcode 350064, by Senator Jones.

10         Senator Jones, you're recognized to explain

11   the amendment.

12         SENATOR JONES:  Thank you so much, Mr. Chair.

13         Members, this amendment more particularly --

14   last -- just the day before yesterday, we voted on a

15   bill that spoke about protecting children.  And I went

16   into detail about the suicide rate of not just

17   transgender youth, but LGBTQ youth.  West Virginia

18   passed a similar type of legislation in what we are

19   doing today; matter of fact, basically the same type

20   of legislation that we're proposing to pass today.

21         As you all know, West Virginia is an

22   extremely Republican-dominated legislature.  But their

23   bill that they have contains an exemption.  It's a

24   significant exemption that they have in West Virginia

25   to the medication and therapy ban for young people

1    under the age of 18, but for those who are at risk

2    of suicide.  Their Senate majority leader -- his name

3    is Dr. Tom Takubo -- he's a physician.  And what he

4    put forth would allow some transgender youth to

5    continue receiving medical interventions under certain

6    circumstances, including hormone therapy, if they

7    experienced severe gender dysphoria.

8            For those who are not clear on gender

9    dysphoria, by medical professionals it is defined as

10   a severe psychological distress experienced by those

11   whose gender identity differs from their sex

12   assignment at birth.

13           One of the things that Dr. Takubo said

14   while he was making his speech on the Senate floor,

15   he said that it referenced 17 peer-reviewed studies

16   showing a significant decrease in the rates of

17   suicidal ideation and suicide attempts among youth

18   with severe gender dysphoria who have access to

19   medication therapy.  And he went on to say:  *These*

20   *kids struggle.  They have incredible difficulties.*

21           Knowing that we just passed out of

22   committee the bill about protecting children, I

23   think that -- I don't believe anyone on this

24   committee want to see children do harm to themselves.

25   And so this amendment protects children, especially

1   children who have been diagnosed with severe gender

2   dysphoria.  But here's the thing.  It's by two

3   medical or mental health practitioners.  I'm going

4   to repeat, two medical or mental health practitioners.

5          In our last committee, one of my colleagues

6   made the comment that we need to not operate on

7   hypotheticals, but we need to operate in facts.  That

8   is what was said.  Well, here are the facts:  80

9   percent of the young people who suffer from gender

10  dysphoria have attempted suicide or have considered

11  some kind of self-harm to themselves, 80 percent.

12         And so all this amendment is doing is

13  saying -- we're not changing anything.  We're saying

14  that those young people who experience severe gender

15  dysphoria, that the doctor -- you need two doctors,

16  the medical and/or a mental health professional, to

17  make that decision.

18         And in the amendment, it says:  *The minor*

19  *has been diagnosed with severe gender dysphoria by*

20  *at least two medical and/or mental health practitioners*

21  *with certain qualifications.  The diagnosing*

22  *practitioners express in writing that treatment with*

23  *sex reassignment prescriptions or procedures is*

24  *medically necessary to treat the minor and limits*

25  *self-harm or the possibility of self-harm.  The minor,*

1    *the minor's parents, other persons charged to make*

2    *decisions about the minor's care, and the minor's*

3    *primary physician agree in writing with the treatment.*

4    *The use of sex reassignment prescriptions is limited*

5    *to the lowest dosage necessary to treat the minor's*

6    *psychiatric condition and not for the purpose of*

7    *sex reassignment.*

8            But I also want to take you on to line 29

9    of the amendment.  It says:  *Notwithstanding the*

10   *subparagraph, sex reassignment prescriptions or*

11   *procedures* -- listen to this part -- *may not be*

12   *provided to the minor if the minor is prepubescent,*

13   meaning that they have not hit puberty yet.

14           So I want to make it clear that this is

15   something that we are talking about, children who

16   are experiencing severe gender dysphoria to prevent

17   them from doing any harm or committing suicide.

18           And that is the amendment, Mr. Chair.

19           CHAIR HUTSON:  Thank you, Senator Jones,

20   for thoughtfully reading your amendment in full.

21           Do we have any questions on Senator Jones'

22   amendment?

23           Any questions?

24           Okay.  Seeing none, we have Kara Gross with

25   the ACLU of Florida waiving in support -- I'm sorry --

1    waiving in opposition -- waiving in support of the

2    amendment -- waiving in support of the amendment.

3              We have Aurelie Colon, National Latina

4    Institute for Reproductive Justice of Florida,

5    waiving in support of the amendment.

6              And, last, Jon Harris Maurer with

7    Equality Florida who will speak in support of the

8    amendment.

9              You're recognized, sir.

10             MR. MAURER:  Thank you, Chair.

11             Committee members, this amendment is about

12   saving lives.  It is very narrowly tailored.  We're

13   talking about young people who are at risk of severe

14   gender dysphoria and at risk of self-harm who may

15   already be engaging in self-harm.

16             As a parent -- and I know many of you are

17   parents -- I can't imagine the State interfering to

18   tell me what sort of care I could or could not access

19   if my child were in such a state.

20             Again, we've talked about how incredibly

21   narrow this is, especially when it requires that at

22   least two medical professionals or mental health

23   professionals have diagnosed the minor with severe

24   gender dysphoria; when they've stated in writing

25   that such care is necessary to treat the psychiatric

1    condition and prevent self-harm; that the parents

2    and guardians agree with providing that health care

3    and that the care is at the lowest possible dosage to

4    address that severe gender dysphoria; and that, even

5    in those cases, no care would be prescribed for a

6    minor who has not yet gone through puberty.

7             Again, this is about ensuring those parental

8    rights and that parents have these sort of options to

9    take care of their kids when they are at their most

10   endangered state.

11            We hope that you'll see that and support

12   the amendment.

13            Thank you.

14            CHAIR HUTSON:  Thank you.

15            Members, I have no other appearance cards

16   on the amendment.

17            Any debate on the amendment?

18            Senator Berman, on debate.

19            SENATOR BERMAN:  Thank you, Mr. Chair.

20            And I think this amendment is really well

21   drafted, narrowly drafted.  I mean, we heard that

22   it won't apply until someone reaches puberty.  The

23   group that we're talking about is a small -- probably

24   a pretty small group of people, but it's a group

25   that needs our help and that we need to show some

Med Def_001929

1   grace to.  We understand these are people who are

2   in extreme distress, and we have an opportunity here

3   to make their lives better, allow them to not live in

4   a situation that could be life-threatening for them.

5          And the fact that this was done in West

6   Virginia, at a doctor's -- by a legislator who is a

7   physician, gives it all the more credence.  He

8   obviously understood what was at stake here.  And I

9   think all of us should recognize what's at stake and

10  support this good amendment.

11         Thank you.

12         CHAIR HUTSON:  Thank you.

13         Any other debate on the amendment?

14         Seeing none, Senator Yarborough, you're

15  recognized in debate -- I'm sorry.  Senator Yarborough,

16  you're recognized in debate on the amendment.  It's

17  not about your amendment, so you're recognized.

18         SENATOR YARBOROUGH:  Okay.  Thank you.

19  Thank you, Mr. Chairman.

20         So I, again, appreciate the amendment by a

21  friendly member on this.  I would call it unfavorable

22  at this time or unfriendly.

23         Some of the risks associated with hormone

24  therapy for children include, if it is related to

25  males transitioning to female, in addition to a

Med Def_001930

1    moderate risk of developing many, many conditions,

2    some of those include breast cancer, coronary artery

3    disease, cerebrovascular disease, gallstones, elevated

4    triglycerides, tumors, et cetera, and then also

5    females seeking to transition to males could develop

6    severe liver dysfunction, coronary artery disease,

7    cerebrovascular disease, hypertension, or breast or

8    uterine cancer.  And that's with regard to what

9    the therapy could lead to for children.

10            Also, there is a lot of ambiguity and

11   uncertainty out there.  We've heard some speak about

12   it.  We've had -- I know the House had a panel

13   discussion about this subject last month, I believe

14   it was, with Chloe Cole.  And I've done a lot of

15   research on her story, listened to her speak on

16   different occasions, and also done some reading on

17   that.  And she has said that she was talked into

18   going into these treatments, but she wasn't provided

19   with all of the risks that could come as a result of

20   that.  And now she is facing lifelong, drastic

21   consequences as a result and is now in her efforts to

22   detransition because of that.  And she, I think, has

23   just turned 18 -- 17 or 18 years old.

24            And so we need to be very careful with this.

25   This could leave individuals sterile.  It could

Med Def_001931

1   prevent them from having a family or producing a

2   family of their own one day.  This is very risky,

3   and that's why we should be all the more careful as

4   we move forward with this.

5        So I believe it's important to protect all

6   children from these harmful treatments.  I would

7   encourage every parent whose child is struggling

8   with depression or considering self-harm to seek

9   mental health treatment.

10        My last comment, Mr. Chair, would be that --

11   and I was going to save this for later in my close,

12   but we do need to be very careful with this because

13   this can have those lasting impacts on our young

14   people.  And if there are health care practitioners

15   out there who are saying that the only way that

16   gender dysphoria can be cured is by doing these types

17   of surgeries, we ought to be very careful about that

18   because there are other options out there.

19        Thank you.

20        CHAIR HUTSON:  Thank you, Senator Yarborough.

21        Any other debate?

22        Seeing none, now, Senator Jones, you're

23   recognized to close on your amendment.

24        SENATOR JONES:  Thank you so much, Mr. Chair.

25        Members, 17 peer reviews; 17 peer reviews

1   that Dr. Takubo, who's also the majority leader,

2   spoke of, 17 peer reviews.

3          My colleague just made mention of the panel

4   that happened in the House.  It was a one-sided

5   discussion in the House that happened, and I also

6   want to make it clear that it was one case that we're

7   talking about that my colleague just made mention of.

8   And the side effects that Senator Yarborough just

9   made mention of, how many commercials have y'all

10  seen where if you take this medicine, here are all

11  the things that come with the risk of taking this

12  particular drug?  Y'all have seen the commercials

13  before:  You take this, it cures this, but this is

14  what the problem is.  It's the same thing.  These are

15  the side effects.  It's the same thing.  So I don't

16  want us to confuse that.  Right?

17         Let's go back and let's focus on the facts

18  that we're talking about.  We're talking about

19  protecting children.  We're talking about almost

20  less than 1 percent of children who experience

21  gender dysphoria, less than 1 percent, but 80 percent

22  of them have attempted some type of self-harm to

23  themselves.

24         Now, wherever we stand on this, that's one

25  thing.  But we're talking about we're going to

1    protect children, Well, let's hold up our end of

2    the bargain and protect children.

3              And that is the amendment.

4              CHAIR HUTSON:  Having closed on your

5    amendment, all in favor of the amendment, say yea.

6              All opposed, say nay.

7              Show the amendment not adopted.

8              I see four hands.  We're going to take a

9    roll call vote on the amendment.

10             Please call the roll on the amendment.

11   And let me make sure we're in the proper posture.

12   We're on -- we're going to call the roll on

13   barcode 350064.

14             THE CLERK:  Senator Albritton?

15             SENATOR ALBRITTON:  No.

16             THE CLERK:  Senator Berman?

17             SENATOR BERMAN:  Yes.

18             THE CLERK:  Senator Boyd?

19             SENATOR BOYD:  No.

20             THE CLERK:  Senator Burton?

21             SENATOR BURTON:  No.

22             THE CLERK:  Senator Calatayud?

23             SENATOR CALATAYUD:  No.

24             THE CLERK:  Senator Collins?

25             SENATOR COLLINS:  No.

Med Def_001934

```
1            THE CLERK:  Senator DiCeglie?

2            SENATOR DICEGLIE:  No.

3            THE CLERK:  Senator Garcia?

4            Senator Jones?

5            SENATOR JONES:  Yes.

6            THE CLERK:  Senator Mayfield?

7            SENATOR MAYFIELD:  No.

8            THE CLERK:  Senator Osgood?

9            SENATOR OSGOOD:  Yes.

10           THE CLERK:  Senator Rodriguez?

11           SENATOR RODRIGUEZ:  No.

12           THE CLERK:  Senator Simon?

13           SENATOR SIMON:  No.

14           THE CLERK:  Senator Thompson?

15           SENATOR THOMPSON:  Yes.

16           THE CLERK:  Senator Torres?

17           SENATOR TORRES:  Yes.

18           THE CLERK:  Senator Trumbull?

19           SENATOR TRUMBULL:  No.

20           THE CLERK:  Senator Wright?

21           SENATOR WRIGHT:  No.

22           THE CLERK:  Senator Yarborough?

23           SENATOR YARBOROUGH:  No.

24           THE CLERK:  Vice Chair Stewart?

25           SENATOR STEWART:  Yes.
```

Med Def_001935

1           THE CLERK:  Chair Hutson?

2           CHAIR HUTSON:  No.

3           And by your votes barcode 350064 is reported

4    not favorable.

5           We're now back on the bill.  Are there

6    questions on the bill?

7           Senator Jones, you have questions.  I'm

8    going to open it up.  You guys can go back and forth.

9           SENATOR JONES:  Thank you so much, Mr. Chair.

10          I guess I want to start off with, Senator

11   Yarborough, on the number of cases that has warranted

12   this particular piece of legislation.

13          SENATOR YARBOROUGH:  Thank you, Mr. Chair.

14          We're okay to go back and forth, Mr. Chair?

15          Okay.  Thank you.

16          Senator Jones, can you clarify your question?

17          SENATOR JONES:  Yes.  Sorry about that.

18   Yes.

19          I just want to know, how many cases of

20   children or youth reassignment have we seen here in

21   the state of Florida, that you know of?

22          SENATOR YARBOROUGH:  Thank you through

23   the Chair to Senator Jones and the committee.

24          I don't have a total number of those

25   procedures right in front of me, Senator.  I would

1    have to research that to see if we're able to obtain

2    it and get it back to you.

3             SENATOR JONES:  Yes.  Thank you so much,

4    Senator Yarborough.

5             To my understanding, the number is

6    practically zero.

7             Could you explain the impetus for the

8    two-year freeze on procedures for proposing amendments

9    to a comprehensive plan -- oh, sorry.  I'm sorry.  I'm

10   reading my -- wrong question.  Excuse me, Mr. Chair.

11            Let me go back.  Okay.  Perfect.

12            Sorry about that, Mr. Chair.

13            I want to look at the medical implications.

14   Can you talk to us about the medical implications

15   associated with someone who abruptly stops taking any

16   medication or don't receive any type of treatment,

17   Senator Yarborough?

18            SENATOR YARBOROUGH:  Thank you through

19   the Chair to Senator Jones and the committee.

20            I appreciate that.  That's a very fair

21   question, Senator.

22            So in our bill, building off the premise of

23   what you just asked in your question, we don't call

24   for the abrupt ending of that.  If you have a minor,

25   for example, who has been receiving these treatments,

1    then we allow the Board of Medicine and the Board

2    of Osteopathic Medicine to develop rules that would

3    address any discontinuation.  But our bill does not

4    contemplate an abrupt stop very much for the reasons

5    I think you're bringing up, because we would not want

6    to cause, you know, any adverse medical episodes to

7    occur which we know sometimes can happen if you

8    abruptly stop medications.  So that is not in the

9    bill.

10            SENATOR JONES:  Thank you, Senator Yarborough.

11            Senator Yarborough, are you aware of any

12    other law that criminally punishes a doctor for

13    prescribing a legal medication?

14            SENATOR YARBOROUGH:  Thank you, Senator.

15            Outside of our abortion standards, I'm not

16    aware of one.

17            SENATOR JONES:  Thank you, Senator Yarborough.

18            My last question is have you spoken to any

19    parents of young people or parents in general about

20    their child who probably have experienced some type

21    of gender dysphoria?

22            SENATOR YARBOROUGH:  Through the Chair,

23    yes, sir.

24            SENATOR JONES:  Thank you, Mr. Chair.

25            CHAIR HUTSON:  Any other questions on the

Med Def_001938

```
 1   bill?
 2            Senator Berman, I'll open it up so you can
 3   go back and forth.
 4            SENATOR BERMAN:  Thank you, Mr. Chair.
 5            So the bill defines sex reassignment
 6   prescriptions or procedures like puberty blockers
 7   and hormone therapies.  That's lines 136 through 175.
 8            If a child needs puberty blockers because
 9   they're having an early growth spurt, would they be
10   able to get the puberty blockers and hormone therapies?
11            SENATOR YARBOROUGH:  Thank you through
12   the Chair to Senator Berman and the committee.
13            If you pick up, Senator Berman, starting on
14   line 51 on page 6 of the bill, we outline several
15   exceptions that would allow for continued treatment.
16   Some of those include:  Line 157, external biological
17   sex characteristics that are unresolvably ambiguous;
18   159, a disorder of sexual development in which the
19   physician has determined through genetic or
20   biochemical testing that the patient does not have a
21   normal sex chromosome structure, et cetera.  And
22   then it goes on -- those are the main two, but it
23   goes on to talk about some of those exceptions that
24   you're asking about.
25            SENATOR BERMAN:  Okay.  So thank you,
```

1    Mr. Chair.

2          I know that my daughter -- she probably

3    wouldn't appreciate me outing this, but it's fine.

4    She had to -- she took a growth hormone, and one of

5    the things that was discussed was giving her a puberty

6    blocker in order to allow her growth spurt to last

7    for a longer period of time.  Thankfully, we didn't

8    have to do it.

9          But in that situation, would the child be

10   able to get a puberty blocker so that they could

11   take -- so that they would be able to complete their

12   growth hormone treatment?

13         SENATOR YARBOROUGH:  Thank you, Mr. Chair.

14   Through the Chair to Senator Berman and the committee.

15         So, again, referencing on line 152:

16   *Treatment provided by a physician who in his or her*

17   *good faith clinical judgment performs procedures or*

18   *provides therapies to a minor,* what you're describing

19   there -- and I don't know all the details -- and

20   that's okay -- of that situation, but if it's in the

21   good faith clinical judgment of the physician, then

22   that is not contemplated to be restricted under our

23   bill, Senator.

24         SENATOR BERMAN:  So then the question becomes

25   why is it okay for minors with endocrine conditions

Med Def_001940

1    but not gender dysphoria?

2           SENATOR YARBOROUGH:  Thank you through the

3    Chair to Senator Berman and the committee.

4           So our goal is to protect children, and

5    outside of these exceptions, I do not believe,

6    which is why I put the bill in front of you today for

7    consideration or filed the bill, that any of the

8    treatments or procedures should happen if you don't

9    have one of these exceptions, Senator.

10          SENATOR BERMAN:  Thank you.

11          Would this legislation prohibit a 17-year-old

12   from receiving breast implants if it's not for the

13   purpose of gender dysphoria?

14          SENATOR YARBOROUGH:  Thank you through the

15   Chair to Senator Burton -- no -- Senator Berman.

16   Excuse me.

17          SENATOR BERMAN:  Colleen looked a little

18   shocked there.

19          SENATOR YARBOROUGH:  Sorry.

20          No.  The answer is no.

21          SENATOR BERMAN:  And so why is it okay to

22   have breast implants if it's not for gender dysphoria?

23          SENATOR YARBOROUGH:  Thank you through

24   the Chair to Senator Berman.

25          Senator, as I've said before and as I

Med Def_001941

1   outlined in my opening and I said a minute ago in

2   response to Senator Jones's amendment, I am not of

3   the belief that this would be -- that these types of

4   procedures or treatments are the only remedy for

5   something like gender dysphoria.  That is not to be

6   taken lightly.  That's a serious issue that I know

7   individuals are facing, but I do not believe that

8   that is the only option that can be pursued or should

9   be pursued in a case like that.

10              SENATOR BERMAN:  Thank you.

11              So to go back to one of the questions that

12   Senator Jones asked -- I don't know if we got an exact

13   answer.  So do you have any data on the number of

14   transgender youth in Florida that have received the

15   surgical treatments that you're seeking to ban?

16              SENATOR YARBOROUGH:  Thank you through the

17   Chair to Senator Berman.

18              I do not have that data.  We can seek to get

19   that, Senator, but I don't have that in front of me

20   today.

21              SENATOR BERMAN:  Okay.  Next question.

22   Nurses currently provide gender-affirming care to

23   adults.  So now we're in the adult area.  But your

24   bill restricts the sex reassignment prescriptions

25   or procedures to physicians.  That's lines 211

```
 1    through 216.

 2           What is the State's compelling interest

 3    now, after decades of practice, for banning nurses

 4    from delivering this health care to adults?

 5           SENATOR YARBOROUGH:  All right.  Thank

 6    you, Senator.

 7           I was getting some clarification, actually,

 8    on your last question, and then I'll speak to the --

 9    or on your prior question, and then I'll speak to that.

10           So total in the state for these type of

11    procedures is 32.  That's adults.

12           Are 12 of those minors?

13           12 of those are minors.

14           SENATOR BERMAN:  Oh, so it's a total --

15           SENATOR YARBOROUGH:  That's the answer

16    to the previous question.

17           SENATOR BERMAN:  Okay.  Let's just make

18    sure we get it correct.  So it's a total of 32.  And

19    of those 32, 12 are children.  Is that what you're

20    saying?

21           SENATOR YARBOROUGH:  A total of 12 children,

22    Senator, and then 32 adults.  I'm sorry to confuse

23    on that.  So the total --

24           SENATOR BERMAN:  So it's 44?

25           SENATOR YARBOROUGH:  44, yes.
```

1          SENATOR BERMAN:  Okay.  And then now the

2   next question about why we're prohibiting nurses,

3   banning nurses from delivering the health care to

4   adults.

5          SENATOR YARBOROUGH:  Yes, ma'am.  Thank

6   you.

7          And I think you referenced line 211.  Is

8   that correct, Senator?

9          SENATOR BERMAN:  Correct, 211 to 216.

10         SENATOR YARBOROUGH:  So because we are

11  taking this so seriously because of the potential

12  negative effects that can come as a result -- I do

13  disagree with the characterization that was made

14  about we are preventing adults from being able to

15  access it.  I know there are the elements about maybe

16  not as readily available via telehealth or some of

17  that, but we are not saying that they cannot access

18  these kinds of treatments or procedures if they

19  choose to do so.  But we are taking it so seriously

20  that we believe the physicians, the least they can do,

21  is inform the adults of the risks that are inherent

22  with these types of treatments.  Maybe some of

23  them already do that.  I'm sure there are.  But we

24  need to take this very seriously, and that's why

25  we're putting in it has to be a physician licensed

1    under these chapters and it has to be in the same

2    room.

3           And I mentioned this in previous committee

4    too, it is for the pharmaceuticals, but if they are

5    continuing to take a treatment that they're already

6    taking, they don't have to do an informed consent

7    every refill that they pursue.  It would only be if

8    there's a new prescription that's prescribed following

9    that.

10           SENATOR BERMAN:  So if you're saying --

11    I understand that when people who say they have to

12    drive for hours to get their medicine because they

13    don't have access to somebody who can give it, you

14    know, and they've been getting it from nurses -- so

15    you're saying in that situation they will not be able

16    to get their medicine?  They're going to have to find

17    someone else who will give them their medicine?

18           SENATOR YARBOROUGH:  Through the Chair to

19    Senator Berman.

20           What we're saying again, Senator, is that

21    we're taking this very serious.  And under the

22    provisions of the bill, it would have to be that they

23    are in the same room as the physician for this to be

24    prescribed.

25           SENATOR BERMAN:  Okay.  Thank you.

1              And final question.  So, you know, I have a

2     concern that this is going to impact doctors who want

3     to come to our state and our ability to attract and

4     retain top talent and possibly even our economy.

5              Can you address that issue?

6              SENATOR YARBOROUGH:  Thank you.  Through

7     the Chair.

8              Senator, can I just ask do you mean overall

9     or just as it relates to minors or adults or --

10             SENATOR BERMAN:  No, I think overall.  I

11    mean, I think it has a chilling effect when we pass

12    laws like this that hurt certain communities.  So

13    I think it's an overall effect.  I just want to hear

14    your response to that.

15             SENATOR YARBOROUGH:  Sure.  Yes, ma'am.

16    Thank you.  I appreciate the clarification.

17             So I believe we need to send a signal as a

18    state that we are kid friendly and that we are putting

19    parents in charge of their children's health care and

20    that when it comes to things that could be

21    drastic, life-altering surgeries and treatments

22    for children, that we as lawmakers, as a legislature,

23    as a state, take it very seriously with regard to

24    these elements that can have serious, serious

25    long-term consequences for children.

```
 1                  That's the message that I want to send,

 2      which is why I filed this bill.

 3                  SENATOR BERMAN:  But you do recognize that

 4      you're not just referring to children, we're also

 5      affecting adults in this bill?

 6                  SENATOR YARBOROUGH:  Senator, thank you.

 7      I'm sorry.  No, I was just going to say, Yes, ma'am,

 8      I understand the breadth of the impact.  Yes, ma'am.

 9                  SENATOR BERMAN:  Okay.  Thank you.

10                  CHAIR HUTSON:  Any other questions?

11                  Senator Stewart.  And I'll open the floor so

12      you can go back and forth.

13                  SENATOR STEWART:  Thank you very much.

14                  I just have a couple of questions.

15                  The effective date -- I've read through the

16      whole bill -- it's mentioned many times, July 1, 2023.

17                  Can you confirm that?

18                  SENATOR YARBOROUGH:  Thank you, Mr. Chair.

19                  Line 317:  *This act shall take effect upon*

20      *becoming law.*

21                  SENATOR STEWART:  Oh.

22                  SENATOR YARBOROUGH:  So that would be if we

23      pass it, then when the Governor signs it, it goes into

24      effect.

25                  SENATOR STEWART:  Okay.  Yeah, I missed that.
```

Med Def_001947

1          And then I wanted to ask, many may have

2    entered into with their physician or a center into a

3    treatment plan.  Now, if they've not yet been given a

4    medication but it's part of their treatment plan,

5    how does this bill affect those arrangements?

6          SENATOR YARBOROUGH:  Thank you.  Through

7    the Chair to Senator Stewart and the committee.

8          Could you clarify whether you mean adults or

9    children?  Because we do make a distinction on that.

10         SENATOR STEWART:  Children or adults.

11   You know, they enter into some type of plan.  I'm

12   assuming adults would be excluded but --

13         SENATOR YARBOROUGH:  Thank you, Senator.

14         So, again, speaking a little bit to what we

15   mentioned before, on page 6, picking up at line 151,

16   we have some exceptions.  So if there is treatment

17   that was already -- there's some exceptions for

18   continued treatment for what was already being

19   provided for a minor who was born with certain

20   conditions.

21         And then also our bill does not contemplate

22   a hard stop to the treatments to where it could result

23   in a critical, you know, severe medical episode.  So

24   that's something we were very, very careful to make

25   sure our bill would not stop right away.  And even

Med Def_001948

1   the Board of Medicine rule that they adopted said

2   that if there were already minors who were already

3   receiving treatments, this rule that went into effect

4   last week, that they could continue to do so.

5          So ultimately it is the goal to have these

6   discontinued for minors, but we're going to allow the

7   boards to make the determination as to when that

8   would be appropriate.

9          SENATOR STEWART:  One -- just let me

10  reclarify what I just heard.

11         So if there has been a treatment plan,

12  because they had visited their doctor or they had

13  visited a clinic, and that plan includes medication,

14  but not right away, but there is a plan in place to

15  begin all that, this bill would not affect those

16  agreements -- a plan to proceed?

17         SENATOR YARBOROUGH:  I appreciate the

18  question, Senator.

19         So it would affect if they are not already

20  on the drug or on the treatment as of the effective

21  date of the bill becoming law.  Then even if there

22  was a treatment plan that had been developed, they

23  cannot then start the treatment.  Just because the

24  plan is in place, if they were not already on the

25  drug, then they cannot then start the drug as of the

1   effective date of the bill.

2          SENATOR STEWART:  Thank you.  That

3   answered that question.

4          SENATOR YARBOROUGH:  Yes, ma'am.

5          CHAIR HUTSON:  Any other questions?

6          Okay.  Seeing none, we're on comment.

7          I have Jorge Chamizo, Do No Harm Medicine,

8   waiving in support; Aurelie Colon with the National

9   Latina Institute of Reproductive Justice Florida

10  waiving in opposition; Annie Filkowski with the

11  Florida Alliance of Planned Parenthood Affiliates

12  waiving in opposition; Barney Bishop with the

13  Florida Smart Justice waiving in support; and then

14  Yenisbel Vilorio with the State Innovation Exchange

15  Action waiving against.

16         Now I have the speaker cards that are

17  coming up.

18         Jackson Oberlink with Florida Rising.

19         And you're recognized.

20         MR. OBERLINK:  Good morning.

21         Thank you.

22         I just wanted to get up here today -- I don't

23  have anything prepared.  I'm here representing

24  Florida Rising to oppose this bill because this is

25  so personally vial and disgusting to me.

1         Some of my closest friends and family members

2    are part of the trans community.  I, myself, am a

3    member of the LGBT community.  My best friend, Caleb,

4    is a trans man.  And when he was 11, he got into his

5    parents' bed late at night, and he was crying, and he

6    told them:  I love you both so much.  I don't

7    want to kill myself.  I'm a man.

8         And his parents -- his dad, a Roman

9    Catholic -- you know, didn't know what trans was.

10   They didn't know what to do, but they listened to him.

11   And so they took him to doctors.  They took him to

12   professionals, and they worked together to make a

13   plan to help him, to save his life.  And Caleb

14   medically transitioned.

15        Caleb is now a 21-year old college student

16   at Florida State University.  He's about to graduate

17   with a bachelor's of science in environmental science.

18   He's an amazing advocate for environmental issues.

19   He's the vice president of the FSU Environmental

20   Service program.  He does cleanups every weekend.

21   You know, he's the president of the FSU Surfrider

22   Club, fighting for ocean advocacy, just truly amazing

23   things.

24        And some of you today voted against an

25   amendment by Senator Jones -- thank you very much for

Med Def_001951

1    that good amendment -- that could save people's lives,

2    kids like him.  And so you get up here and you pass

3    bills like this, and some of you still want to

4    consider yourselves allies to the queer community.

5    Don't bother showing up at Pride.  Don't bother

6    considering yourself an ally.  You are killing trans

7    kids.

8              And this isn't coming from out of nowhere.

9    This is, like, a purposeful effort happening across

10   the country funded by far right Christian fascist

11   billionaires, like the Betsy DeVos family, that this

12   is not some altruistic reason that you have for

13   passing this bill.

14             So --

15             CHAIR HUTSON:  You need to stick to the bill.

16             MR. OBERLINK:  Yes.  Thank you.

17             Please vote against this bill.  This is

18   terrible.  You are killing trans kids.

19             Thank you.

20             CHAIR HUTSON:  Thank you.

21             Julie Framingham, you may speak.  You

22   are recognized.

23             MS. FRAMINGHAM:  Good morning.

24             Yes, my name is Julie Framingham, and I'm

25   coming here to urge you to pass this bill.  I

1    completely support it.  I'm the parent of an adult

2    biological male who has been identifying as

3    transgender for the last six years.  He's 28 years

4    old now.  He was diagnosed a number of years ago with

5    several mental health disorders, including anxiety,

6    depression, borderline personality disorder.  He was

7    online.  He saw an outlet online and discovered the

8    transgender community.  And he was given this

9    affirmation-only kind of approach, which meant that

10   he had been in therapy with a very good therapist here

11   in Florida, a licensed therapist who had diagnosed his

12   conditions.  He dropped out of therapy because he

13   believed that, you know, having the wrong sex hormones

14   and the affirmation-only counseling was all he needed.

15            I can tell you that after he began taking the

16   wrong sex hormones that his depression and anxiety

17   worsened to the extent that he dropped out of college.

18   He never finished his degree.  He spent many years

19   kind of floundering in minimum wage jobs.  There were

20   brief periods where he was off of the prescriptions

21   simply because he did not have insurance and did not

22   have a car and could not get easily to a doctor, so

23   there were months at a time where he lapsed.  He was

24   always better after being off the estrogen and the

25   other drugs.  He would stabilize a bit, and then, you

Med Def_001953

1  know, it -- I can tell you that if I had known he was

2  having such severe problems -- I suspected he was

3  depressed when he was a minor in high school, but I

4  did not know how severely disordered he was.

5        And knowing that there are valid and

6  long-tested psychological treatments such as

7  dialectical behavioral therapy, which is the gold

8  standard for conditions like borderline personality

9  disorder -- there are many successful treatments that

10  have been used and that are things that he could have

11  benefitted from.  But instead he chose not to.  I

12  couldn't control that because he was over 18 at that

13  point.

14        But the affirmation-only approach, I mean,

15  it only pushes one way, and that's in favor of the

16  drugs and the surgeries.

17        You know, I can't -- I mean, I can tell you

18  that -- I mean, we have a relationship with our son.

19  I love my son.  He was a wonderful son.  And I really

20  miss him.  We have a relationship.  I still love him,

21  but it's always like the elephant in the room while

22  we pretend that he's not wearing women's clothes --

23  and I'm not a big gender stereotype kind of person.

24  I mean, I don't wear dresses.  I don't have long hair.

25  I don't carry a purse.  I don't care about stereotypes,

Med Def_001954

```
1    but I do care that people know who they are.  I don't
2    have a problem with the gays and lesbians.  That's
3    fine.  You know, they know who they are.  But we're
4    talking about a psychological condition where people
5    are told that they cannot be helped other than with
6    this affirmation approach.  And they are living, you
7    know, a situation where it's not real.
8            So I would ask you to please pass this bill.
9    I think it will do more good than harm.  I am
10   connected to many, many families here in Florida who
11   have the same situation.
12           CHAIR HUTSON:  Thank you.
13           MS. FRAMINGHAM:  And they're afraid to speak
14   because they're afraid that they will lose their jobs.
15           CHAIR HUTSON:  Thank you very much.
16           MS. FRAMINGHAM:  Thank you.
17           CHAIR HUTSON:  Appreciate you coming up.
18           Robert Framingham next.
19           MR. FRAMINGHAM:  Good morning.
20           I'm the father of that son, and I just note
21   that the transgender train is just rushing down the
22   tracks.  Somebody needs to put the brakes on.  This
23   bill will do that, I think.  It's certainly a step in
24   the right direction.  I support it 100 percent.
25           CHAIR HUTSON:  Thank you.
```

1          MR. FRAMINGHAM:  Thank you.

2          CHAIR HUTSON:  Reverend Dr. Russell Meyer.

3          Following him, we'll have Renee on deck.

4          You're recognized.

5          REVEREND MEYER:  Thank you, Mr. Chair,

6    Senators.

7          I'm a pastor of the Evangelical Lutheran

8    Church in America, and this past week our presiding

9    bishop issued a statement on caring for trans people.

10   I'd like to share a portion of that with you:

11         *As we approach March 31, many people are*

12   *preparing to recognize Transgender Day of Visibility,*

13   *an international day to celebrate the contributions of*

14   *transgender people and raise awareness about the*

15   *deadly injustices they face.*

16         *As bishop of this church, I am concerned that*

17   *the rights of transgender and nonbinary Americans*

18   *have been targeted all over this nation.  We may have*

19   *differing opinions on matters related to sexual*

20   *orientation and gender identity, but we must always*

21   *uphold the dignity and humanity of everyone.  These*

22   *disagreements do not allow us to accept actions that*

23   *dehumanize, discriminate against, or objectify any*

24   *individual or group.*

25         *We must stand together, Dear Church,*

1    *faithfully advocating for the full humanity and*

2    *dignity of all people.  Let us recognize and*

3    *affirm the humanity of our transgender and nonbinary*

4    *siblings.  Let us advocate for their dignity.  Let us*

5    *continue to be guided by God's love and compassion*

6    *as we seek justice and equality for everyone.*

7            We said the Pledge of Allegiance of justice

8    and equality for everyone.  What this bill does is

9    say a certain kind of person really doesn't exist.

10           I have advanced degrees in religious

11   doctrine, and I'm telling you this bill is religious

12   doctrine in disguise.  What this bill says is there

13   are really only two kinds of people, and we're going

14   to force people into those two settings, when across

15   human history, in culture after culture, there has

16   been a wide spread of different expressions of human

17   being.

18           We're not just our chromosomes, and we're not

19   just two kinds of chromosome matches.  There's

20   diversity in chromosomal life.  Some of it doesn't

21   last very long.  And there's diversity across the

22   human specter in our endocrine and hormonal systems.

23   And there are a few number of people in our society

24   for which the two do not match up nicely.  And people

25   struggle with that, in our churches, our families,

1    with transgender children, that they are prayerfully

2    and faithfully trying to seek what's right for their

3    child.  This bill would deny them their rights.  They

4    are actively engaged in conversations of saying, We

5    have to leave Florida before the State takes away our

6    children the way the State used to take away children

7    from Indian families in the Great Plains.

8            We must respect people for who they are and

9    how they are made, and families who are struggling

10   with these issues need the support of professionals

11   who have some understanding of it.  This is trying to

12   force people into square holes when they're not

13   square pegs.

14           I plead with you not to go down this path of

15   signaling out probably the smallest demographic in

16   our country in order to look like you're doing

17   something good.  This is religious doctrine in

18   disguise, and it religiously punishes people who

19   don't agree.

20           I ask you listen to this call for God's love

21   for all humanity and let parents work with their

22   doctors to do what they believe is right for their

23   child.

24           Thank you.

25           CHAIR HUTSON:  Thank you.

1          Next we have Renee, then Ryan Kennedy is

2   on deck.

3          You are recognized.

4          RENEE [Last name unknown]:  Thank you, Chair.

5          I just want to recognize the previous

6   statement, the sentiment, and I deeply appreciate it.

7          I find this discussion today very troubling

8   and very distracting to my personal life.  I'm a

9   PhD candidate at the Institute of Technology.  I'm a

10  data scientist, entrepreneur, and community builder.

11  And I employ people here in Florida.  I pay taxes here

12  in Florida.  I own a home here in Florida.  I've been

13  here for almost 10 years now.

14         And being transgender should be the least

15  interesting thing about me.  Unfortunately, my very

16  existence becomes politicized.  So I'm not at work

17  today.  I'm not doing what I'm supposed to be doing,

18  what I love, which is working in Blockchain and

19  teaching people about a new financial money system

20  that can unlock a whole new way of living.

21         This bill is not about protecting kids.  It's

22  about protecting the fear of cis people suddenly

23  becoming trans.  That doesn't happen.  Trans people

24  have always been trans.  They realize they're trans.

25  Your child is not going to magically become trans

1    just because they have a transgender friend.

2           This bill is not about parental rights.  It

3    might be about the parental rights of conservative

4    Christians or bigots or people who would go to great

5    lengths to abuse their children just to keep them from

6    being who they want to be.

7           This bill terrifies me because I grew up

8    with incredibly religious, abusive, conservative

9    parents who haven't talked to me for well over a year.

10   I've had a very difficult year financially,

11   emotionally.  Despite that, it has been the best

12   choice of my life.  And I'm sad I can't call them and

13   tell them and let them know when I accomplish things

14   because they have chosen to make their decisions

15   based on religious doctrine only.

16          I want to quote one of the Senators -- and I

17   won't call out any names, but there's a key word here

18   that's really important.  He said that he believes

19   that there is no better treatment for gender dysphoria.

20          First, to my knowledge, most of you are not

21   medical care providers, nor have you had any formal

22   medical training.

23          Second, belief; we're talking about beliefs

24   today.  We're not talking about science.  We're not

25   talking about equality for all.  We're talking about

1    beliefs.  A minority, mind you, a minority of people

2    in this country are far right-wing radical Christians.

3    Despite that, somehow you are governing the narrative

4    of our society, and you are no longer allowing this

5    society to flourish.  You're not allowing me to

6    flourish.

7              I strongly oppose this bill.  I encourage

8    you to be introspective.  I encourage you to realize

9    that your beliefs should not be how we craft

10   legislation in what is supposed to be a free state

11   where integrity and humanity is for everyone.

12             Please oppose this bill.

13             Thank you.

14             CHAIR HUTSON:  Thank you.

15             Next I have Ryan Kennedy, Florida Citizens

16   Alliance.  You are recognized.  And on deck is

17   Michael Barrett.

18             MR. KENNEDY:  Thank you, Chair.  Thank you,

19   Committee.

20             My name is Ryan Kennedy, Florida Citizens

21   Alliance, a group of over 250,000 supporters across

22   the state of Florida.  Two-thirds of them are

23   parents.

24             We rise in strong support of this bill today.

25   We believe that care and compassion towards children

1    should always be used as a first and foremost

2    approach.  A lot of these treatments are very high

3    with side effects.  The long-term side effects of

4    them are really high.

5          In Europe and a lot of different countries

6    right now they are banning these treatments, the

7    transgender surgeries and the treatments in general.

8    And a lot of these are secular nations, more secular

9    than the United States is.  And they've decided to go

10   that route because of the studies done and what they

11   have seen in their nations because of the long-term

12   side effects.

13         We believe that in our country it's utmost

14   important that the government protects their citizens.

15   And for this reason we ask you to vote yes on the bill.

16         CHAIR HUTSON:  Thank you.

17         We've got Michael Barrett up with the Florida

18   Conference of Catholic Bishops.  And following him is

19   Jon Harris Maurer.

20         MR. BARRETT:  Thank you, Chair and

21   Members of the Committee.

22         Michael Barrett with the Florida Conference

23   of Catholic Bishops.  We encourage you to vote yes on

24   SB 254.

25         We deeply sympathize with anyone who

1    experiences gender dysphoria and recognize that it

2    can be intensely difficult.  Therefore, it is

3    important to recognize that so-called gender-affirming

4    protocols lack long-term evidence of their efficacy

5    and result in irreversible physical damage to the

6    patient.

7              Furthermore, there is significant evidence

8    that avoiding chemical or surgical interventions will

9    result in desistance in favor of biological sex for

10   most minors by the time they go through puberty.

11             Finally, no medical intervention can truly

12   realign a person's sex, which is an immutable

13   characteristic of each person.

14             Medical care should promote the flourishing

15   of the human person.  Gender-affirming protocols fail

16   to do this because they fail to alleviate the problem

17   they seek to solve and because they cause damage to

18   the patient's body.  Therefore, these protocols

19   should be prohibited.

20             Thank you, Senator Yarborough, for this good

21   bill.  Please vote yes on SB 254.  Thank you.

22             CHAIR HUTSON:  Thank you.

23             Jon Harris Maurer is up, and then John

24   Labriola is up after that.

25             MR. MAURER:  Thank you, Chair and Committee

Med Def_001963

1    Members.

2            Equality Florida fundamentally opposes Senate

3    Bill 254.  This bill parlays misunderstanding and fear

4    about this healthcare into a manufactured moral panic

5    for political points.  In doing so, it tramples

6    parental rights, medical freedom, and sound science.

7            Let's be clear, leading national health

8    organizations, like the American Academy of

9    Pediatrics, the American Medical Association, the

10    American Psychological Association, support

11    gender-affirming care for transgender children and

12    certainly adults.

13            The government should never participate

14    in taking custody away from a parent who's relying on

15    this sort of widely accepted science to find care for

16    their child.

17            Relatedly, the State should not be

18    imprisoning health care providers for providing

19    potentially life-saving health care that millions of

20    practitioners and professional associations support.

21    This care has existed for decades.

22            And when we talk about side effects, we have

23    to realize that these are the same therapies that

24    are being prescribed for nontransgender children

25    broadly, and yet those are not under attack today.

1                Earlier we voted down, unfortunately, an

2     amendment on the basis of talking about and invoking

3     some of those side effects, and yet that was an

4     amendment aimed at prohibiting suicide.  How can we

5     balance that against those sort of alleged side

6     effects?

7                The State of Florida shouldn't be interfering

8     with these sort of personal medical decisions,

9     including for adults, as you already discussed.

10                We ask you to vote down this bill.

11                CHAIR HUTSON:  Thank you.

12                John Labriola is up, and then Kara Gross is

13     on deck.

14                You're recognized.

15                MR. LABRIOLA:  Good morning.

16                My name is John Labriola.  I'm here on

17     behalf of the Christian Family Coalition.  And we

18     attended the committee hearing in the House on this

19     particular bill where there was an excellent

20     presentation regarding the red herring of suicide

21     which you hear over and over again from the other side.

22                The over 15-year study that was conducted,

23     which is in Sweden, which is the most comprehensive

24     study that's been conducted in this area, actually

25     showed that people who had undergone transgender

1    surgery were 20 times as likely to commit suicide as

2    their comparable peers.

3          So clearly this is a lifesaving measure

4    that you all are considering here.  It's not going to

5    kill kids.  It's going to preserve them from deep

6    harm that will lead to suicide if they undergo these

7    radical and barbaric surgeries.

8          Sweden was the very first nation to authorize

9    legalized transgender treatments for people, and

10   they've come out in favor of doing exactly what this

11   body is looking to do right now, and that is to ban

12   these treatments on minors.  If Sweden is doing that,

13   I mean, this is a no-brainer that Florida should

14   definitely do it as well.

15         The House bill is a little bit stronger in

16   terms of the tapering off of treatments.  We would

17   ask you to look -- consider that in the final bill,

18   because the harm that would be caused in these

19   children who continue these treatments for the

20   rest of their lives, potentially, could be devastating.

21         So thank you.  And, again, please vote

22   yes on this.

23         CHAIR HUTSON:  Thank you.

24         Kara Gross is up.  Following her will be

25   Aaron DiPietro.

1            MS. GROSS:  Good morning, Chair Hutson

2    and Members of the Committee.

3            I'm Kara Gross, the legislative director and

4    senior policy counsel for the ACLU of Florida, and

5    the ACLU of Florida opposes this bill.

6            SB 254 is dangerous, cruel, and inhumane.

7    It is designed to inflict harm on individuals

8    experiencing gender dysphoria and prevent them from

9    accessing the health care they need.  It is an extreme

10   example of government overreach into private medical

11   decisions.

12           The Governor and members of the legislature

13   like to tout parental rights, but this bill takes

14   away the right of parents to provide lifesaving care

15   to their children.  Parents and not politicians

16   know what is best for their own children, and they

17   should feel free to access the health care they need

18   in consultation with their medical providers without

19   governmental interference.

20           The bill will drastically threaten the lives

21   of trans children in Florida, and it will criminalize

22   health care providers who provide medically safe and

23   appropriate standards of care.

24           Under this bill parents of trans children

25   will face a grim choice, either move their families

1    out of Florida to seek evidence-based, medically

2    necessary care for their children or stay in Florida

3    and risk their children's well-being.  All Floridians

4    should have the freedom to access the medical care

5    they need to survive.  These are the most basic of

6    human rights.

7           And I just want to be clear that the bill

8    sponsor and others keep talking about protecting

9    minors, and gender-affirming prescription medications

10   we're talking about, prescription medications, they do

11   not harm minors.  Forcing minors to have children

12   against their will harms minors.

13          We also talk a lot about the long-term

14   consequences of these prescription medications.  And

15   many people here have discussed today that these

16   prescription medications are allowed and okay and

17   approved if there is an endocrinology issue with the

18   child or for other reasons, but they are not approved

19   if the intent has to do with gender dysphoria.

20          So the same exact medication that is approved

21   for some is not allowed for others under this bill.

22   And I ask you why is that?  If this is about

23   protecting children, we are allowing doctors to

24   prescribe some medications -- the same medication

25   to some people, but not others.  So why is it okay to

1    protect -- how is that protecting children?  If we

2    are -- if this medication is so dangerous, why are

3    we allowing it to be used for children that are not

4    suffering from gender dysphoria?

5            Thank you.  I urge you to vote no on this

6    bill.

7            CHAIR HUTSON:  Thank you.

8            Aaron DiPietro is next.  On deck will be

9    Jude Spiegel.

10           You are recognized.

11           MR. DIPIETRO:  Thank you, Chair.

12           Aaron DiPietro with the Florida Family Policy

13   Council.  We are in strong support of SB 254.

14           Currently -- so the reason why we are here

15   at this point -- gender dysphoria has been an issue

16   that has been, you know, around for quite some time,

17   and we definitely are sympathetic and compassionate

18   with those that are struggling with.  However,

19   recently, within the last, really, five to ten

20   years -- and researchers from both the left and right

21   have pointed out this phenomenon -- we have had a

22   rise not in traditional gender dysphoria cases, but

23   in cases caused by social contagia, particularly

24   among young teenage girls in which they are on social

25   media seeing the idea of gender, you know, transition

1    as being something that is hip, that is cool.  And it

2    is taking advantage of many of these young girls at a

3    time where they're going through tremendous changes

4    in their life through puberty, and there's a lot of,

5    you know, confusion that is going on with them.

6          So we've seen that as being a factor in terms

7    of the rise in these cases here.  So many of these

8    cases are not actually real gender dysphoria cases.

9    They are cases of social media contagia and social

10   media influences.

11         We firmly support this bill because we

12   believe that every child deserves a natural childhood,

13   one that allows them to experience puberty and other

14   natural changes that shape who they will become.

15         We believe that children should be taught to

16   embrace and love their bodies, not to hate and then

17   despise themselves and feel that the only way that

18   they can be able to love themselves is to harm

19   themselves and cut off body parts and subject

20   themselves to harmful sterilization and castration

21   methods.

22         We believe that children are not able to

23   comprehend and fully appreciate the risks and life

24   implications, including permanent sterility, that

25   results from the use of puberty blockers, cross-sex

Med Def_001970

1    hormones, and drastic surgical procedures.

2         We must protect children and parents from

3    being pressured by idealogically and financially

4    motivated gender clinics into agreeing to these

5    harmful experimental treatments.  We have seen time

6    and time again in Europe, many of the nations that

7    have preceded us in these types of treatments, that

8    they are drastically cutting back because of the data

9    that is showing the harmful side effects and long-term

10   implications of these types of treatments.

11        And also I would point out that in this

12   committee, even though there's been the appeal to

13   many medical organizations for their support of these

14   types of treatments, that none of these organizations

15   came here to testify today.

16        And I would point out as well, one standard

17   that has been brought up is the WPATH standards

18   internationally.  The issue is -- and WPATH admits

19   within those statements and the procedures, the

20   guidelines, that they are guidelines and not standards

21   of care.  We do not have any standards of care from

22   WPATH to go on.  And that is a high standard.  For the

23   lawyers in the room, standards of care is one of the

24   highest levels.  It's almost like the strict scrutiny

25   of the medical community.  It is evidence based.

1          So we encourage this committee to support

2   this good bill, and we thank Senator Yarborough for

3   bringing this forward.

4          Thank you so much.

5          CHAIR HUTSON:  Stay right there.  We have

6   got one question.

7          Senator Jones, I'm going to open it up so

8   you can go back and forth and don't have to go through

9   me.

10         SENATOR JONES:  Thank you, Chair.

11         Thank you so much for your presentation.

12         How many of those researchers have you read

13  yourself?

14         MR. DIPIETRO:  A good number.  And I've also

15  read studies that have kind of referenced some of

16  those.

17         SENATOR JONES:  How many of them were peer

18  reviewed?

19         MR. DIPIETRO:  A good number.  And I'd be

20  happy to get some of those for you as well.

21         SENATOR JONES:  How many cases in

22  Florida are you speaking of?

23         MR. DIPIETRO:  In terms of in the state

24  of Florida?

25         SENATOR JONES:  Yeah.  Because you made

```
1    mention of that you -- based on the research, there's

2    been an uptick in Florida.  How many?

3             MR. DIPIETRO:  In Florida -- I know a lot of

4    the research more nationally, but I can look into

5    that.

6             SENATOR JONES:  How many in Florida?

7             MR. DIPIETRO:  In terms of Florida, I

8    would be happy to look into those.

9             SENATOR JONES:  Yeah.  The number is zero.

10            How many since 2018?

11            MR. DIPIETRO:  Based off which cases?

12            SENATOR JONES:  Based off what you just

13   made mention of in your testimony, how many in

14   Florida, as far as you are concerned, since 2018

15   have received this type of care?

16            MR. DIPIETRO:  I believe that those

17   numbers were mentioned by Senator Yarborough, but

18   I'd be happy -- so I would definitely defer to

19   him.

20            SENATOR JONES:  Less than 143.

21            MR. DIPIETRO:  Okay.

22            SENATOR JONES:  And you made mention of,

23   as far as social media is concerned -- my last

24   question, Chair.

25            You said social media has influenced
```

```
 1   this uptick that we're speaking of.  Does the
 2   research speak about social media?
 3           MR. DIPIETRO:  Some of the research has.
 4   I would point to, actually, liberal researcher
 5   Abigail Shrier's work on that.
 6           SENATOR JONES:  Liberal research.  Okay.
 7           My last final question to you is you
 8   made mention of Europe and a lot of this research
 9   that happened.  What is the one exception that
10   many of these researchers that you're speaking of
11   as far as puberty blockers -- what is one exception
12   that they have made mention of where these
13   individuals should receive treatment?
14           MR. DIPIETRO:  I'm not aware of that,
15   but I'd be happy to --
16           SENATOR JONES:  Absolutely.  All the
17   peer reviews, the exception is where youth need
18   to receive this type of treatment is for youth
19   under extreme conditions who have gender
20   dysphoria.
21           Thank you so much.
22           MR. DIPIETRO:  Thank you.
23           CHAIR HUTSON:  Thank you very much.
24           All right.  Jude Spiegel, and following
25   would be Maxx Fenning.
```

1          You are recognized.

2          MR. SPIEGEL:  Hi, I'm Jude Spiegel, and I

3    really don't want to be here, like, I had to take

4    time out of my life, drive four hours and end up here.

5          I just want to know, why are you afraid of

6    transgender joy and happiness?  I am a transgender

7    parent of two gender nonconforming children, one who

8    does happen to claim to be the gender opposite of the

9    one assigned at birth.  It has nothing to do with me.

10   He has no idea what transgender is, just own choices.

11   And I'm here because I have the right to decide

12   what medical care my children receive.

13          I grew up suicidal and confused, knowing

14   society believed who I am is wrong.  I've never

15   identified solely as a woman from childhood onward.

16   Before social media, I knew I was not a girl.  I do

17   not want this for other children.  I do not want any

18   child to do what I did to myself.

19          I do not want to have to flee my home state

20   of 28 years, but you're forcing my family out.  You

21   took away Medicaid coverage for 9,000 transgender

22   people in the state of Florida, including me.  Is

23   that not enough?  And now you want to ban insurance

24   from covering gender-affirming care completely.  And

25   I receive my care via telehealth because I'm a busy,

Med Def_001975

1    working parent.  We have told you time and time again

2    that these actions will kill people, and you've shown

3    that you don't care if we live or die.  You're not

4    protecting me or my family.  Message received?

5    Our blood is on your hands.

6            And I just want to say that I love my

7    children, Morgan and Hazel, and I'm here for you guys

8    above all else.

9            Trans rights are human rights, and you've

10   proved that you don't see us as human.

11           Thank you.

12           CHAIR HUTSON:  Maxx Fenning is up, followed

13   by Nick Carey.

14           MR. FENNING:  Good morning.

15           My name is Maxx Fenning, and I'm the founder

16   and president of PRISM, a youth-led nonprofit that

17   works to expand access to LGBTQ-inclusive education

18   and sexual health resources for young people in

19   South Florida.

20           My question to you all is why.  You've heard

21   what this will do.  You already knew what this would

22   do.  So why do you feel the need to attack our

23   community in every facet of life and at every avenue

24   and every single chance you get?  Haven't you done

25   enough?  Why?

Med Def_001976

```
 1              I know you will come on that mic after 100
 2    people have almost unanimously told you to stop this.
 3    You'll arrive at your bully pulpit and spew your
 4    toxic diatribes and feigned sympathies that tell us
 5    that we are wrong, that the media is blowing this
 6    out of proportion, that there's simply a lot of
 7    emotion in this room, even though the facts, not
 8    feelings, show that gender-affirming care is
 9    lifesaving care, with consensus from every major
10    medical association in the United States, even though
11    the authors of almost every study cited in the
12    Florida Department of Health's request of the Board of
13    Medicine made a similar decision last year, came out
14    publicly to state that their research was
15    misrepresented to justify denying this care to people
16    for political gain.
17              Even with all of that, you will tell us that
18    we are wrong.  Don't treat us like children.  Don't
19    treat us like the children you take away from us.
20    Don't treat us like the children you deny health care
21    for.  Don't treat us like the children you are
22    hell-bent on driving 6 feet under as you place the
23    bottom of your dress shoes and heels on their necks.
24    Don't treat us like children when you have forced us
25    to grow up way too fast just so we can fight for our
```

1  right to exist.  You took our childhoods away from us

2  already.

3         I said it in the House yesterday, and I will

4  say it again and again and again.  If you're going to

5  be a murderer, then act like it.  And if you won't,

6  then I urge you to vote no.

7         Thank you for your time.

8         CHAIR HUTSON:  Thank you.

9         Nick Carey, and then followed by Sierra

10 Bush Rester.

11        You're recognized.

12        MR. CAREY:  And now these three remain:

13 faith, hope, and love, but the greatest of these is

14 love.

15        Who are you showing love to in this?  I

16 believe God doesn't make mistakes.  Just as he created

17 me as a cis gender man, he created these fine people

18 over there to be who they are.  And who are you to

19 deny them who they are?  God calls us to love our

20 neighbors and protect our neighbors.  And I ask you,

21 who are you protecting?  Because it's only your

22 snowflake feelings.

23        This is the epitome of you trying to force

24 your woke opinions on these fine residents and

25 citizens.  How dare you.  How dare you use faith.

1    How dare you.

2          That's all I have to say.

3          CHAIR HUTSON:  Thank you very much.

4          Sierra Bush -- is it Rester?  Okay.

5          You're recognized.

6          MS. BUSH RESTER:  I wasn't here for the

7    beginning of the meeting.  Is there any limit to time?

8          CHAIR HUTSON:  No, ma'am.  You can go as

9    long as you need to.

10          MS. BUSH RESTER:  Okay.  Thank you.

11          I had a long and short version, so --

12          CHAIR HUTSON:  I mean, hopefully, you don't

13    go, like, ten minutes, but --

14          MS. BUSH RESTER:  No.  It will be --

15          CHAIR HUTSON:  -- a couple of minutes is

16    fine.

17          MS. BUSH RESTER:  Yeah.  Okay.

18          So banning hormone therapy and hormone

19    blockers from minors not only takes away lifesaving

20    and necessary medical treatment for trans youth, but

21    it also puts the medically fragile and children with

22    genetic disorders at significant health risk.

23          My family carries the genetic disorder

24    called NF1 that causes noncancerous tumors to grow on

25    the nerves.  When my brother was 7, we found out that

Med Def_001979

1    one of those tumors was pushing on the puberty gland

2    in his brain.  Fortunately for my brother, this was

3    15 years ago, which meant my parents were able to

4    utilize hormone blockers, a therapy this bill would

5    ban, to save my brother's life.

6            You might say, Well, this bill wouldn't stop

7    medical procedures like that, not when it's medically

8    necessary.  But I challenge that because

9    gender-affirming care for trans youth is just as

10   medically necessary and lifesaving as the hormone

11   blockers my little brother got.

12           NF1 has a 50 percent hereditary rate, and I

13   am a carrier.  If it turns out that my son has NF and

14   I need to get the same lifesaving treatment that my

15   brother got, I will, regardless of the legal

16   consequences.  And I'll tell you right now, if y'all

17   dare come to my home or to the homes of my neighbors

18   to kidnap my children, the children of my community

19   from the parents who seek to utilize the same

20   treatment that saved my brother's life, I would ask

21   you to remember that Florida has a stand your ground

22   law for a reason.

23           CHAIR HUTSON:  Thank you.

24           Members, that's all the appearance cards

25   that I have.

Med Def_001980

1          We are now on debate on the bill.  Any

2   members wish to debate?

3          Senator Berman in debate.

4          SENATOR BERMAN:  Thank you, Mr. Speaker.

5          This is a really troubling bill that we're

6   hearing today, so I kind of want to divide it into

7   two parts.  I want to talk first about the adults

8   and then about the children.

9          So for adults, we're banning telehealth,

10  which is something we have adopted in this

11  legislature through so many other forums, and we've

12  seen the benefits of it.  So I don't understand why

13  we're singling out this particular group, although      I

14  guess that's part of the basis for that.  And we're

15  also banning qualified nurse professionals from

16  administering prescribed medical care to informed,

17  consenting adults.

18         So I just can't understand in the, quote,

19  free state of Florida why we are stopping people from

20  doing things that have been going on for years.

21         So on the adult side, I think it's extremely

22  hypocritical what we're doing to the transgender

23  adults here in our state.

24         And then I want to talk about the children.

25  So we asked the question how many children are

1    affected?  And the answer was 12.  We are spending

2    hours and hours of our taxpayer money to talk about

3    this issue for 12 children.  I just don't understand

4    why we can't let people -- parents make the

5    decisions that they want to make with their children

6    and instead we're going to spend so much time and

7    effort on that.

8            Puberty blockers are used for many other

9    things.  You heard one example about tumors.  They're

10   used for precocious puberty.  They're used for growth

11   issues.  If they're going to be used for these other

12   issues, there's not -- obviously there's not a

13   medical contravention about them, so why are we

14   saying they can't be used for these children?

15           And, you know, I asked the question about

16   breast implants.  A 17-year-old can get breast

17   implants, but we're not going to allow the situation

18   if the person has gender dysphoria.  It's just crazy

19   to me that we're doing this.

20           And, you know, we've heard some testimony

21   about social contagia.  I don't -- you know, one of

22   the things I think we need to recognize is we're not

23   talking about giving any child any kind of treatment

24   until after puberty.  Nothing happens until we get

25   to puberty.  So this is not going to be a social

```
1    contagia.
2            You know, look at the people who came to
3    testify here today.  This is a very difficult decision.
4    People don't just wake up and say, Okay, today I'm
5    going to be transgender.  It is gut-wrenching.  You
6    know, we've heard from some of the people who
7    testified.  I know some people who have made the
8    decision.  It is not something that is done because
9    it's, quote, trendy.  And we see the numbers.  I mean,
10   you're talking about 12 children.  You're not talking
11   about, you know, some kind of mass decision-making.
12   And I find that very disingenuous.
13           And I just really want to say that it's
14   important for -- you know, we've seen that leading
15   or national health organizations support
16   gender-affirming care.  We can all agree that the
17   State of Florida should not be making medical
18   decisions for us, nor should they stand between
19   parents, medical providers, and trans youth.
20           I question our sense of decency, and I think
21   that we need to vote no on this bill because this
22   really is going to harm our transgender community,
23   and it sends a message to the rest of the country
24   that Florida is not open for freedom unless it's the
25   freedom that is being top down from the government.
```

Med Def_001983

1           Thank you.

2           CHAIR HUTSON:  Any other debate?

3           Senator Thompson.

4           SENATOR THOMPSON:  Thank you, Mr. Chair.

5           Senators, on June 12 of 2016, I represented

6     the community where the Pulse Nightclub shooting

7     occurred.  And there were 49 people who were killed

8     at the Pulse Nightclub and 51 who were wounded and

9     had to be taken to the hospital.  And I attended a

10    lot of vigils after that shooting.  I participated in

11    marches after that shooting because of the pain of

12    seeing the lives of these individuals snuffed out

13    because they didn't fit someone's notion of what was

14    acceptable in the community.

15          And what we're doing here today is a very

16    serious kind of thing.  We're saying that if you don't

17    fit our notion of what's acceptable, then you are not

18    desired; you can't be who you are.

19          One of the vigils that I attended was in a

20    church, and there was a young Black woman there who

21    was in tears.  I went to comfort her, and she said,

22    I'm crying because it feels so good to be allowed in

23    a church.  And I asked her what she meant, and she

24    said when she came out and told people who she really

25    was, she was expelled from her church.  And you would

Med Def_001984

1    think the church is the place you go for love and

2    acceptance.  She was expelled from her church.

3            She was put out of her home by her parents

4    because she didn't fit someone's notion of what is

5    desirable and what is acceptable.

6            So we're stigmatizing people here today

7    because they don't fit our notion of what's acceptable.

8            And what this comes down to for me is that

9    government should not be making medical decisions for

10   individuals.  I am aware of a time when government

11   systematically sterilized Black women because the

12   government didn't think that they should reproduce.

13   That was the government that did that.

14           And I'm aware of the Tuskegee experiment

15   where Black men who had syphilis were allowed to have

16   that disease progress so that the government could

17   observe what happened in the last stages of syphilis.

18   That was the government.

19           And here we are today as elected officials

20   saying the government should make decisions regarding

21   what happens to youth, what happens to adults, whether

22   parents should continue to embrace their children if

23   their children don't fit our notion.

24           And so this is wrong.  And I don't know what

25   happened to the idea that the government that governs

1    best is the government that governs least.  What

2    happened to that?  That's what I've been hearing people

3    say that they want government -- the government that

4    governs less, limited government.  Well, here we are

5    today going against people who are trained and who

6    have said that affirming care is needed.  And those

7    organizations include the American Academy of

8    Pediatrics, the American Psychological Association,

9    the American Psychiatric Association, the Pediatric

10   Endocrinology Society, and the American Medical

11   Association.  And we don't have medical training,

12   and these individuals, these organizations, these

13   associations have supported gender-affirming care.

14   And as the government, we're saying no.

15          And I think that this is overreach.  I think

16   that this stigmatizes people in our community and

17   makes it acceptable then for people to act in ways to

18   eliminate them.  And so I'm asking that we be the

19   government that governs least and vote no on this

20   bill.

21          Thank you, Mr. Chair.

22          CHAIR HUTSON:  Senator Stewart in debate.

23          SENATOR STEWART:  Thank you, Chair.

24          You can't take gay out of gay, and you can't

25   take trans out of trans.  We are who we are, and they

1    are who they are.  And I think the need for medical

2    care is the same for trans as it is necessary for

3    cancer patients.

4         And I think that -- I know that we all

5    disagree on many things when we come up here, but my

6    opinion is we should leave people alone to do what it

7    is that is necessary for them and their mental and

8    their physical well-being.

9         CHAIR HUTSON:  Any further debate?

10        Senator Torres in debate.

11        SENATOR TORRES:  Thank you, Mr. Chair.

12        And as many of you know, the last session

13   transgender came up.  I'm a great -- I'm a grandfather

14   to a transgender granddaughter.  I hear this and I

15   wonder why are we doing this again?  Why are we going

16   after children?

17        You know, when you see a child grow in the

18   stages and develop, you support that child.  You give

19   that love to that child 100 percent.  And does my

20   love change because the child is transgender?  Not one

21   bit.  It grows more.  Why?  Because you want to show

22   support.  You want to encourage that child, what they

23   dream of, what they want to do, give them that hope,

24   that energy to continue with their life, because you

25   don't know how far they can take this.

Med Def_001987

```
 1              This bill is too broad, denying medicines.
 2    Transgender comes in different colors.  It goes in
 3    every family across our state.  I have a friend of
 4    mine, we went through the academy in the police
 5    department in New York.  I've known him over 35 years.
 6    Real conservative, nice guy, real conservative.  He
 7    never figured that his family -- he would face a
 8    transgender child.  Today -- today that transgender
 9    child is helping him take care of his wife, and
10    he's so proud of his transgender child -- grandchild
11    coming to help him in time of need.
12              You see, you don't know.  You sit here today,
13    Senators.  You don't know what is in store for you
14    tomorrow or a year from now or five years from now
15    when you do have grandchildren or, like myself, have a
16    great grandchild.  You show the support all the time
17    because that's how you feel.  They're part of your
18    blood.  And that's the same way these families feel
19    out here.  They want to show support, not take away.
20              We say parents are in charge.  They're not,
21    not according to this.  We're taking away.  You can't
22    do that.  You cannot do that.  These children are
23    going to grow up.  They're going to be citizens here
24    in the state.  They're going to be professionals in
25    this state.  They're going to have their own families
```

1    in this state.  And what we do today is going to

2    reflect on them.

3          Are we putting fear on those who are harmless

4    because they have a different lifestyle, because they

5    want to live differently?  We can't do this.  We can't

6    continue doing this.

7          All I can say is that I know in my family,

8    we see my granddaughter grow up and study and progress.

9    My daughter came here when she was in the House and

10   spoke about this.  And you know my daughter.  She is

11   Representative Amy Mercado.  And this is something

12   that I'm not ashamed to say.  I'm proud of my family.

13   I'm proud of what we stand for, because we never know

14   what's in store for anybody, and we encourage you to

15   support us for these children.

16          So I ask you, Senators, you can stop this

17   bill today by voting no.

18          Thank you, Mr. Chair.

19          CHAIR HUTSON:  Thank you, Senator Torres.

20          Any other debate?

21          Seeing none, Senator Yarborough, you're

22   recognized to close on your bill.

23          SENATOR YARBOROUGH:  Thank you, Mr. Chairman.

24   Thank you to the senators who debated on the bill and

25   also to the members of the public who came, and some

Med Def_001989

1    came from great distances, as we usually have with a

2    lot of bills we take up, especially bills like this

3    that rightfully get a lot of attention.  So thank

4    you for your time and patience.  You had to wait

5    quite a bit, and I know the House is taking up issues

6    as well.  So I thank you for that.

7            I did want to address a few points, Mr. Chair,

8    before I get into the close that I had kind of

9    prewritten, but there were some comments that were

10   made both by members of the public and by some

11   colleagues that I just want to make sure we have the

12   right understanding about what the bill does, what it

13   doesn't do, and all of that just to clear that for

14   the record and for moving forward.

15           So one of the points that I do need to go

16   back to is when we had the discussion among us during

17   questions, I do want to clarify the point on the

18   numbers that I gave you as far as what had taken

19   place in Florida.  That was based on what was covered

20   under Medicaid before the rule went into effect to

21   say that that was not allowed to be covered under

22   Medicaid, both for adults and for minors.

23           So those numbers that I mentioned were

24   under Medicaid.  We don't have any way of knowing

25   what's happening out there in the commercial market,

```
 1   so it could be a much higher number.  I would imagine
 2   that it probably is, but I don't know for sure.  So I
 3   don't really know a way that we can get that.  But as
 4   far as our Medicaid coverage, the numbers I mentioned
 5   earlier for adults and children was last year based on
 6   Medicaid numbers.  So I wanted to make that point and
 7   clear up the record.
 8           Another comment was made -- this was by a
 9   member of the public -- that there's no exceptions,
10   you know, to what parents can do and work out with the
11   doctors of the children.  I think in response to two
12   senators during questions, I outlined in the bill we
13   have written in there plainly that if there are issues
14   that minors are experiencing and if a health care
15   practitioner in their good faith clinical judgment
16   says that the minor should continue on that, that
17   is an exception in the bill.
18           So that statement was not correct, and that
19   is in the bill.  It's written plainly in the bill.
20           Another statement was made that we're not
21   medical doctors.  We heard that with some other debate
22   we've had on other issues this week in different
23   spaces.  So one of the great things about the
24   legislature is that we're a citizen legislature, and
25   all of us sitting up here would not be sitting up
```

1    here if the Constitution that governs our state didn't

2    allow us to sit up here.  The House would not be

3    seated.  The Governor and all the Cabinet members

4    would not be seated.

5          We meet the criteria to sit here as senators

6    and as legislators, and we don't have to have any

7    certain degree to do it.  And that's the great part,

8    because that means anybody who meets the criteria to

9    be a registered voter and be of a certain age can run

10   for these offices and serve here.

11         So I'm not coming hard against that, but I

12   just want to make sure we understand.  We deal with

13   so many issues here in the legislature.  This one

14   touches into medical and into legal.  But we have

15   agriculture, which I'm not an expert in.  We have

16   other issues, education.  We have transportation and

17   economic development.  We're not experts in every

18   field, so we do have experts that give us a lot of

19   input, but then we have to divide all of that input

20   and make the best decision that we believe best serves

21   the constituents in our districts and in our state.

22         So we don't have to possess a certain degree

23   just to sit here.  That doesn't mean we take the

24   issues lightly.  I don't take lightly what we're

25   doing in front of us today, but I will push back some

1   on that notion that we're not experts and, you know,

2   we shouldn't be doing this.  This is what we were

3   elected to do, and all of these different policies

4   come before us, budgetary and policywise.

5          As far as the projection toward us about we

6   shouldn't govern by beliefs, well, the way that laws

7   go into effect, it all has to be member driven.  You

8   have to have a House member and you have to have a

9   senator to introduce a bill, and that's the only way

10  that a law can get in, or it can come through a

11  committee, but those are made up of members too.

12  That's the only way laws can come into existence, at

13  least in our state.  I don't know of any other

14  state that does it different.  But if you don't have

15  it member driven -- and as a side note, every member

16  has their own set of beliefs -- then you have no laws.

17  So we can't change the current law, nor can we add new

18  laws or repeal or do anything else if we don't have

19  that come through members.

20         Again, all of us are qualified to sit here,

21  just as anyone else who fits that criteria under our

22  state Constitution.

23         So I would be concerned if someone said they

24  had no beliefs, and that doesn't mean it has to be

25  religious.  You can have very strong beliefs that

1  aren't informed by religion.  But all of us have

2  a belief system of some sort, religious or not.

3          Another item that was mentioned was that

4  we're not allowing for those who are struggling with

5  gender dysphoria, if there are youth who are

6  struggling with gender dysphoria, to receive the

7  treatments.  Well, I disagree with that, because there

8  can be an intersection between some youth who may fit

9  the criteria that we just talked about in the

10 exceptions.  Some of them may be struggling with

11 gender dysphoria.

12          So they're not exclusive to the point of it's

13 only this or this.  There can be some who are

14 struggling with it that then are able, under the

15 exceptions we've laid out in the bill, to continue to

16 receive treatments.  They're not necessarily exclusive.

17          So those are most of the points.  The only --

18 those are points for most of the speakers.

19          The only other thing I would mention -- and I

20 appreciate the debate from my colleagues.  I mentioned

21 in committee earlier this week, I think it was in

22 Health Policy earlier this week on another bill --

23 maybe education -- Senator Thompson, you mentioned as

24 far as those that don't fit the notion and they may

25 not be desirable.  It reminds me of a quote that I

```
 1   mentioned -- and I'm just speaking for me.  But your

 2   comment reminded me of this.  So earlier this week I

 3   said a quote.  I think it was Morgan Freeman.  Again,

 4   I may be mistaken.  My research shows it's Morgan

 5   Freeman, the actor, who said:  *Just because I*

 6   *disagree with you on something doesn't mean that I*

 7   *hate you.  It means I disagree with you.*

 8            That's true for me.  And you may disagree

 9   with even making that statement.  It wasn't mine, so

10   I'm not laying claim to it.  There are those who do

11   hate if they disagree.  But just because you disagree

12   with somebody doesn't mean you hate them or that you

13   have a hate.  It doesn't mean we should hate.

14            So I reject that.  I don't think just because

15   I put this in front of the Senate to consider that

16   that means I hate anybody.  I can fiercely disagree.

17   I believe this is right or I wouldn't have filed it,

18   I can tell you that.  But that doesn't mean I hate

19   anybody just because I disagree with them.

20            So I agree with what he said.  It doesn't

21   mean that we hate each other.  It just means we

22   disagree.  So I want everyone to know, and kind of

23   dovetailing off that, it's been mentioned about those

24   who may take their lives or fear for their lives that

25   are struggling with this.  So I want everyone to know
```

1    that your life has value.  And I also do reject the

2    notion that an individual's worth and dignity is

3    limited to whatever preference they may choose related

4    to the topic before us today.

5         Every single person was created with

6    extraordinary worth, incredible value, and has a

7    unique purpose.  And this has been true about you

8    since before you were born, and you can't change it.

9    Procedures and other efforts like this can't fill the

10   deepest needs in a human heart.  The world wouldn't

11   be the same without you, and harming yourself is

12   never the answer.  And that's true for adults and

13   child alike.

14        The legislation does not impact the ability

15   of adults in the state to make a decision to pursue

16   any treatment or surgery related to sex reassignment.

17        As we've discussed, the bill is consistent

18   with the Florida Board of Medicine and the Board of

19   Osteopathic Medicine's rules to restrict sex

20   reassignment prescriptions and procedures for

21   children.  The board spent the past eight months

22   considering medical research, listening to experts,

23   and hearing from the public.  They determined the

24   treatments to be harmful for minors, and the Board of

25   Medicine's rule, again, went into effect banning

1    treatment for minors last Thursday, March 16.  The

2    bill before us codifies this rule.

3            And then, additionally, as reported in the

4    *New York Times* in October 2022, England's National

5    Health Service proposed restricting use of the drugs

6    for gender-dysphoric children to research settings.

7    Sweden was mentioned earlier, but also Finland has

8    placed limits on treatment, concerned not just with

9    the risk of puberty blockers but the steep rise

10   in young patients.

11           Adult patients fully informed by their

12   physician of the nature and risks of sex reassignment

13   prescriptions and procedures can make a decision about

14   these treatments for themselves.  And many here today

15   have indicated they've made that decision.

16           Members, the fact remains, when it comes

17   to children these treatments are experimental.  As I

18   said in my opening remarks, I believe as lawmakers we

19   have to draw the line when there are drastic,

20   life-altering procedures that could be given to

21   children and take place.  So we have to protect our

22   very young children.

23           So we need to let kids be kids.  Our laws

24   need to reflect that.  We need to set appropriate

25   boundaries.

1         And, lastly, I do agree with this sentiment,

2    too, that government should not be making medical

3    decisions for individuals.  We had an issue over

4    the past three years that affected the globe, which is

5    one reason why I did not support anything that would

6    mandate individuals to have to receive a certain

7    treatment.  Many other senators feel the same way

8    about that.

9         We don't say that parents can't embrace

10   their children as part of this debate.  And I would

11   ask for your favorable support because this is

12   best for the children and families of our state.

13        Thank you, Mr. Chair.

14        CHAIR HUTSON:  Thank you.

15        Closed on your bill.

16        Michele, please call the roll on CS for

17   SB 254.

18        THE CLERK:  Senator Albritton?

19        SENATOR ALBRITTON:  Yes.

20        THE CLERK:  Senator Berman?

21        SENATOR BERMAN:  No.

22        THE CLERK:  Senator Boyd?

23        SENATOR BOYD:  Yes.

24        THE CLERK:  Senator Burton?

25        SENATOR BURTON:  Yes.

```
 1              THE CLERK:  Senator Calatayud?

 2              SENATOR CALATAYUD:  Yes.

 3              THE CLERK:  Senator Collins?

 4              SENATOR COLLINS:  Yes.

 5              THE CLERK:  Senator DiCeglie?

 6              SENATOR DICEGLIE:  Yes.

 7              THE CLERK:  Senator Garcia?

 8              Senator Jones?

 9              SENATOR JONES:  No.

10              THE CLERK:  Senator Mayfield?

11              Senator Mayfield?

12              SENATOR MAYFIELD:  Yes.

13              THE CLERK:  Senator Osgood?

14              SENATOR OSGOOD:  No.

15              THE CLERK:  Senator Rodriguez?

16              SENATOR RODRIGUEZ:  Yes.

17              THE CLERK:  Senator Simon?

18              SENATOR SIMON:  Yes.

19              THE CLERK:  Senator Thompson?

20              SENATOR THOMPSON:  No.

21              THE CLERK:  Senator Torres?

22              SENATOR TORRES:  No.

23              THE CLERK:  Senator Trumbull?

24              SENATOR TRUMBULL:  Yes.

25              THE CLERK:  Senator Wright?
```

Med Def_001999

1          SENATOR WRIGHT:  Yes.

2          THE CLERK:  Senator Yarborough?

3          SENATOR YARBOROUGH:  Yes.

4          THE CLERK:  Vice Chair Stewart?

5          SENATOR STEWART:  No.

6          THE CLERK:  Chair Hutson?

7          CHAIR HUTSON:  Yes.

8          By your votes CS for SB 254 is reported

9     favorably.

10          Does any senator wish to be recorded voting

11    on bills reporting before the committee today?

12          Seeing none, Senator Mayfield moves to allow

13    staff to make technical corrections and adjustments.

14          Without objection, show that motion approved.

15          Is there any other business before the

16    committee today?

17          Seeing none, Senator Mayfield moves we

18    adjourn.

19          Without objection, show that motion approved.

20          We are now adjourned.

21                    *   *   *

22

23

24

25

1                    CERTIFICATE OF REPORTER

2

3    STATE OF IOWA)

4    COUNTY OF WARREN)

5           I, Terri L. Martin, Certified Shorthand

6    Reporter, certify that I was authorized to and did

7    stenographically transcribe the foregoing audio

8    recording to the best of my ability and that the

9    transcript is a complete record of my stenographic

10   notes.

11          Dated this 18th of August, 2023.

12

13                    /s/ Terri L. Martin_____
                      Terri L. Martin, CSR, RPR, CRR
14

15

16

17

18

19

20

21

22

23

24

25