Jane Doe

vs.

Joseph Ladapo

June 23, 2023



Med Def_001623

Doe Pls' Trial Ex.

39

1

2    JANE DOE,

3        Plaintiff,

4    vs.

5    JOSEPH LADAPO,

6        Defendant.

7    _____

8    CASE NO. 423CV114RHMAF

9

10

11

12            TRANSCRIPTION OF AUDIO RECORDING

13    FLORIDA BOARD OF MEDICINE AND OSTEOPATHIC MEDICINE

14        JOINT RULES/LEGISLATIVE COMMITTEE MEETING

15                JUNE 23, 2023

16

17

18

19

20

21

22            TRANSCRIBED AUDIO RECORDING BY:

23                Julie Thompson, CET

24

25    Job No.: 323393

Page 2

1   Thereupon,

2   The following proceeding was transcribed from an

3   audio recording:

4                        ****

5        CHAIRMAN ROMANELLO:  This Florida Boards of

6   Medicine and Osteopathic Medicine Joint Rules and

7   Legislative Committee meeting to open.

8        Ms. Strickland, can we have a roll call.

9        MS. STRICKLAND:  Yes.  Mr. Romanello is

10  present.

11       Dr. Ackerman.

12       DR. ACKERMAN:  Present.

13       MS. STRICKLAND:  Dr. Benson.

14       DR. BENSON:  Present.

15       MS. STRICKLAND:  Dr. Derick.

16       DR. DERICK:  Present.

17       MS. STRICKLAND:  Dr. Di Pietro.

18       DR. DI PIETRO:  Present.

19       MS. STRICKLAND:  Dr. Kirsh.

20       DR. KIRSH:  Present.

21       MS. STRICKLAND:  Dr. Mortensen.

22       DR. MORTENSEN:  Present.

23       MS. STRICKLAND:  And Dr. Diamond,

24  Dr. Zachariah, Ms. Garcia, and Dr. Hunter have been

25  excused.  Also present are Paul Vazquez, Executive

Med Def_001625

Joint Rules/Legislative Committee Meeting
June 23, 2023

1  Director of Board of Medicine; Danielle Terrell,

2  Executive Director Board of Osteopathic Medicine;

3  Christopher Dierlam, board counsel; Donna McNulty,

4  board counsel, Cassandra Fullove, senior legal

5  assistant, Cherise Strickland, program operations

6  administrator, and Brad Dalton, public information

7  officer.

8           Chair, you have a quorum.

9           CHAIRMAN ROMANELLO:  Thank you.

10          Mr. Vazquez, Ms. Terrell, do we have any

11  comments from either of the executive directors?

12          EXECUTIVE DIRECTOR VAZQUEZ:  Yes.  Good

13  afternoon.  It's Friday, June 23, 2023.  The time is

14  1:02 p.m.  My name is Paul Vazquez; I'm the

15  executive director of the Florida Board of Medicine.

16  This is a duly noticed Joint Rules/Legislative

17  Committee meeting of the Boards of Medicine and

18  Osteopathic Medicine.

19          This is a public meeting and it's being

20  recorded.  The audio will be available on the

21  boards' websites next week.  I will now go over some

22  instructions, so this meeting will be successful,

23  and the committee members will be able to take care

24  of the matters that are before them today.

25          There is a court reporter in the meeting.

Med Def_001626

Joint Rules/Legislative Committee Meeting
June 23, 2023

1  If you speak to the committee, it's important that

2  you state your name for the record.   When

3  appropriate, the Chair will ask for public comments.

4  Therefore, please refrain from speaking during the

5  meeting until the appointed time.  Please remember,

6  this is a public meeting and is being recorded.  Any

7  side conversations may be recorded and become part

8  of the public record.  At this time, please silence

9  all electronic devices.

10          The Boards of Medicine and Osteopathic

11  Medicine are apolitical bodies that have the primary

12  mission of protecting the people of the state of

13  Florida.  As with any issue before the boards, the

14  board members will look to the available science and

15  appropriate standard of care while putting aside any

16  personal feelings they may have on the issues before

17  them today.

18          I want to take this opportunity to thank

19  the joint committee for its continued efforts to

20  address the requirements of Senate Bill 254 titled

21  Treatments for Sex Reassignment.  The governor

22  signed SB 254 into law on May 17, 2023, and it

23  became effective upon signing.  The law, as enacted,

24  requires the Boards of Medicine and Osteopathic

25  Medicine to do the following:

Med Def_001627

Joint Rules/Legislative Committee Meeting
June 23, 2023

 1                 Adopt emergency rules within 60 days

 2   pertaining to standards of practice under which a

 3   patient younger than 18 years of age my continue to

 4   be treated with a prescription if such treatment for

 5   sex reassignment was commenced before and is still

 6   active on the effective date of the law.

 7                 In developing rules under this paragraph,

 8   the boards must consider requirements for physicians

 9   to obtain informed consent from such patient's

10   parent or legal guardian.  For such prescriptions

11   and treatments, the boards must consider the

12   provision of professional counseling services for

13   patients by a board-certified psychiatrist licensed

14   under chapter 458 or chapter 459, or a psychologist

15   licensed under chapter 490, in conjunction with any

16   prescription treatment.

17                 The law also requires the boards to adopt

18   emergency rules regarding informed consent forms to

19   inform patients 18 years of age or older of the

20   nature and risks of sex reassignment prescriptions

21   or procedures in order for the patient to make a

22   prudent decision.

23                 At a joint rules legislative committee

24   meeting held on June 1, 2023, the following

25   occurred:

Med Def_001628

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 6

1                    An emergency rule was developed to attempt

2      to provide a way for patients receiving sex

3      reassignment prescriptions to continue to receive

4      such prescriptions while the boards worked to

5      implement the provisions of section 456.52(1), (2),

6      and (6), Florida statutes.

7                    Pursuant to section 456.52 Florida

8      statutes, the committee began the process of and

9      made provision for the development of a standard of

10     practice and informed consents for minors continuing

11     to receive sex reassignment prescriptions, and

12     informed consents for adults who will receive sex

13     reassignment prescriptions and procedures.

14                    An interim meeting was scheduled for June

15     23, 2023, at 1:00 p.m., with the intention of

16     completing the emergency rulemaking mandated by

17     section 456.52 Florida statutes.

18                    The Boards of Medicine and Osteopathic

19     Medicine approved a modified version of the

20     committee's emergency rule on June 2nd and June 20th

21     respectively.  The primary goals of today's joint

22     committee meeting are to final practice standards

23     for minors that were receiving treatment prior to

24     the effective date of the law to continue to receive

25     that treatment; finalize any necessary informed

Med Def_001629

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 7

1  consent forms for minors; and finalize informed

2  consent forms for adults.

3          A subsequent joint virtual meeting of the

4  Boards of Medicine and Osteopathic Medicine has been

5  scheduled for June 30, 2023, at 1:00 p.m. to

6  consider any actions the committee takes today.

7          In terms of how this meeting will be

8  conducted, it is the committee's expectation that we

9  will have a civil discourse while discussing the

10  issues on today's agenda.  We require that everyone

11  refrain from making any disruptive comments or

12  taking any disruptive actions during the duration of

13  the meeting.  The boards reserve the right to remove

14  any individual who chooses to disrupt the progress

15  of the meeting.  Please conduct yourselves

16  accordingly.

17          Public comment will be allowed today as

18  time permits.  Appearance cards are located at the

19  table outside of the meeting room.  Please return

20  completed speaker cards to board staff at the table

21  in the back of the room.  The following guidelines

22  will apply to public comments:

23          Interested parties will be limited to three

24  minutes to provide comment, which may only be

25  extended by the Chair if time permits based on the

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 8

1   number of proposed speakers.  If an interested party

2   is part of a larger group of persons, you are

3   requested to identify one individual who will speak

4   on behalf of the group if possible.  Interested

5   parties may use pseudonyms if they do not wish to

6   identify themselves on the record.

7           The public comment process will be

8   randomized and will be as equitable as possible.

9   However, it's possible that not everyone who wishes

10  to speak will be able to speak given the nature and

11  time constraints of the meeting.

12          If there are any publicly elected officials

13  with us today, please make yourself known to the

14  Chair during public comment to ensure that you have

15  an opportunity to speak.  Thank you.

16          CHAIRMAN ROMANELLO:  Ms. Terrell, anything?

17  No.  Okay.

18          So before we start the discussion, I'd like

19  to provide an overview of the agenda for this

20  afternoon's meeting.  The Boards of Medicine and

21  Osteopathic Medicine have been assigned the task of

22  developing an emergency rule pertaining to the

23  establishment of a standard of care for the

24  treatment of gender dysphoria in minors, which

25  includes language to be used in informed consent

Med Def_001631

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 9

1   forms.   And two, an emergency rule outlining

2   informed consent procedures for the treatment of

3   gender dysphoria in adults.

4            I'll remind the committee and the members

5   of the public who are here today that these two

6   issues have been thoroughly discussed in a number of

7   public meetings beginning back in August of last

8   year in Dania Beach; in October of '22 in Tampa;

9   again in October in Orlando; in November of last

10  year in Orlando; earlier this year, February, up in

11  Tallahassee; and earlier this month in Tampa.

12           Moreover, the department and the board has

13  received an impressive number of letters and public

14  comments by folks wishing to express their opinion

15  on the rule and which the committees have taken into

16  consideration in forming the emergency rules today.

17           As advised by Mr. Vazquez, we're conducting

18  this emergency rulemaking process in accordance with

19  a statutory framework that requires the adoption of

20  the emergency rule.  After today's hearing, we will

21  convene a virtual joint board meeting on June 30th

22  to consider whatever action the committee takes up

23  this afternoon.

24           On behalf of the joint committee and the

25  Department of Health staff that are here, I want to

Med Def_001632

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 10

1   extend a warm welcome to the members of the public

2   that are here today, including any elected office

3   holders who may be here.  And I want to give you all

4   an indication of how we're going to proceed this

5   afternoon.

6              So the committee has under and for its

7   consideration six different informed consent forms,

8   and those consent forms are intended for different

9   patient demographics and presentations.  And

10  although these forms are somewhat different, there's

11  a lot of overlap among those consent forms.  The

12  committee is going to take up a discussion of those

13  consent forms first.

14             Following the discussion on the consent

15  forms, we'll take a short break and then we'll come

16  back, and we will take up a discussion on the two

17  emergency rules that are before us today.  At the

18  conclusion of our discussion on the rules, we'll

19  open the meeting for public comment, and we'll take

20  public comment up through 4:30 this afternoon, at

21  which time we'll discontinue public comment, and the

22  committees will vote on whatever proposals are

23  before us.  And we'll adjourn today's meeting at

24  5 o'clock.

25             Finally, grateful for the members of the

Med Def_001633

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 11

1  public who are here today, especially those who have

2  come to multiple meetings.  Understand that this

3  issue holds significant importance for many people.

4  We appreciate the public comment and the interaction

5  with you, and we'll take your public comments into

6  consideration in the rulemaking process.

7           With that, do any other committee members

8  wish to make comments?

9           DR. ACKERMAN:  Mr. Romanello, I would

10          CHAIRMAN ROMANELLO:  Yeah.  Dr. Ackerman.

11          DR. ACKERMAN:  Thank you,

12  Mr. Romanello.  And I also want to address the

13  committee and also the public.

14          For those of you who don't know who I am,

15  my name is Scott Ackerman; I'm the chairman of the

16  Florida Board of Medicine.  And it's nice to see the

17  public here again today.  I took a little walk

18  before the meeting.  I went over to Starbucks, and I

19  wanted the lobby and I saw a lot of familiar faces,

20  and you know, welcomed the public who are here

21  today.  I'm glad you guys are all here today.  It's

22  good.  We really do appreciate your input.

23          That being said, we have a lot of work to

24  do.  We're mandated to put forth -- as you heard

25  from Mr. Romanello -- put forth consent forms and to

Med Def_001634

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 12

1  debate and to discuss amongst ourselves the nuances

2  of these consent forms.  And we really will

3  appreciate your comments at the appropriate time.

4  What we're not going to appreciate is cheering and

5  jeering and that sort of stuff that's not very --

6  it's just disruptive to the meeting.  And I'm going

7  to instruct law enforcement, as you can see who is

8  here today, to have anyone removed who participates

9  in those sort of activities.

10        We really want your constructive input, we

11  -- you know, having cheering and jeering and

12  snapping of fingers and those sort of things aren't

13  helpful to us.  It just makes the meeting go longer

14  and it makes it so we can't do our job that we need

15  to get done.  And we -- again, I want, and I think

16  the whole committee wants, is good, construction

17  comments as to what we can do.

18        Comments such as do away with everything

19  aren't very constructive because we're mandated to

20  do this process.  We're mandated to put forth

21  consent forms.  So comments saying that we should

22  not have a rule and we shouldn't have consent forms,

23  that's great, bring it up with the legislature, not

24  with us.  We're mandated to do this and so please

25  don't take it out on us.  We really want to be

Med Def_001635

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 13

1  helpful.  We want to put forth a consent form that

2  is reasonable that is able to be enacted by

3  physicians throughout the state, and that's our job

4  today.

5          So again, thank you again for being here,

6  and please -- I want to thank you in advance for

7  participating with us in a meaningful, productive

8  way.

9          Thank you, Mr. Romanello.

10          CHAIRMAN ROMANELLO:  Dr. Ackerman, thank

11  you.

12          Any other members of the committee?

13          Okay.  So at the last meeting in Tampa

14  earlier this month, we delegated and asked Doctors

15  Mortensen and Benson to help develop one or more

16  informed consent forms.  Dr. Mortensen did a lot of

17  the heavy lifting there and aided by Dr. Benson.

18  And I would look to them, as we want to discuss the

19  informed consents first, which one would logically

20  be the best place to start off with?

21          UNIDENTIFIED SPEAKER:  Which one would be

22  the best place to start?

23          DR. ACKERMAN:  I think we should start with

24  puberty -- we should start with the adolescents,

25  with the minors, and let's go in order.  Let's do

Med Def_001636

Page 14

1   puberty blockers, then do feminizing, then do

2   masculinizing.

3            CHAIRMAN ROMANELLO:  Yep.

4            DR. BENSON:  Yeah.  I think that makes

5   sense to just follow the order.

6            DR. MORTENSEN:  I agree.

7            DR. BENSON:  Bates 264 is the first one.

8            CHAIRMAN ROMANELLO:  But Doctors Benson or

9   Mortensen, do you want to introduce the concepts

10  here around the informed consents, or do we want to

11  open it up for questions from the fellow committee

12  members?

13           DR. MORTENSEN:  So I took a good deal of

14  time, as we have over the last year of all the

15  information that's been provided to us and I've also

16  recently attended the Endocrine Society meeting in

17  Chicago to kind of take all that stuff and see if

18  anything else needed to be updated but I feel this

19  gives a very good representation of what the

20  concerns would be in regards to using puberty

21  suppression agents, or the continuation of them.

22           So more than happy to open it up for

23  discussion if anyone had any questions or concerns

24  about the verbiage or the side effects.

25           CHAIRMAN ROMANELLO:  And so again, for

Med Def_001637

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 15

1   members of the committee, this is in the portal

2   under tab one.  As Dr. Benson said, at Bates 264.

3   This is the consent for the use of puberty blockers.

4               DR. ACKERMAN:  So I can make sure I

5   understand what this is.  So Dr. Benson -- so the

6   public understands, as well -- Dr. Benson and

7   Dr. Mortensen each submitted a consent form that

8   they independently put together regarding puberty

9   blockers.  In fact, for all of these different

10  things.

11              CHAIRMAN ROMANELLO:  Right.

12              DR. ACKERMAN:  Then staff took those

13  consent forms and kind of merged them into one.  I

14  guess they both probably had a similar theme to them

15  and similar points in them, but then merged them

16  into one form that had -- so we can have one form

17  that we use rather by both the osteopathic

18  physicians as well as the allopathic physicians.

19              CHAIRMAN ROMANELLO:  Yep.

20              DR. ACKERMAN:  So that's what we have

21  before us.  And I can tell you that I've thoroughly

22  looked through these forms over the last week and a

23  half --

24              EXECUTIVE DIRECTOR VAZQUEZ:  I'd add one

25  other thing.  So yes, DOH staff merged those two,

Med Def_001638

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 16

1  but also, the AG's office merged those two but also,

2  the AG's Office review them, as well.

3            DR. ACKERMAN:  Attorney General's Office.

4            UNIDENTIFIED SPEAKER:  Mr. Chairman?

5            DR. ACKERMAN:  But that was all merged and

6  that's what we have in front of us today is this

7  merged entity that was done by Benson and Mortensen

8  independently and the staff put together.

9            CHAIRMAN ROMANELLO:  Yes.

10           DR. ACKERMAN:  And I can say that I've

11 looked through regarding the puberty blockers.  I

12 think it's very -- you guys did a yeoman's work.

13 It's very, very thorough.  It goes through -- you

14 know, for me, it reminds me of a lot of the consent

15 forms that I use in my practice when I have patients

16 that are involved in cancer treatment, especially

17 ones that are involved with getting multiple

18 different drugs and radiation.  In that it's not

19 just a general consent form where you're signing

20 away -- you're signing not waiver.  You're signing

21 saying, "I accept puberty blockers."  But it's going

22 through each of the benefits, and risks of those

23 puberty blockers, and what one could accept over

24 time.

25           And I use the same sort of things in my

Med Def_001639

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 17

1  practice in those patients that are being put on --

2  we have a lot of patients in clinical trials.  As

3  you guys know, I use proton radiation and it's very

4  complex stuff, I think.  For me it's complex too.

5  And so with our patients, we go through all those

6  sort of things.

7            So I think that -- at first, I looked at it

8  and said, woah, this is a bit thorough, but after I

9  digested it a bit, I said, no, it's not.  It's

10  really very similar to what I do in my cancer

11  practice.  So I like this.

12            Turn on your mic.

13            DR. KIRSH:  I echo that very much.  I just

14  have a question.  There's some holes in, or blanks

15  in it.  Is that something for us to deal with or is

16  that what you're going to point out because there's

17  an inconsistency?

18            ATTORNEY MCNULTY:  I think there's one on

19  page 1 of 8, regarding options.  Is that the one

20  you're referring to, Dr. Kirsh?

21            DR. KIRSH:  As an example, yes.

22            ATTORNEY MCNULTY:  Yeah.  I think that's

23  the only one in this form, and that's the same one

24  -- it flows through a number of forms.  So to the

25  extent you -- and this would be true for any of the

Med Def_001640

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 18

1  changes that flow through all the forms.  If you

2  change one thing, just make clear that you want it

3  changed on all the forms, so that way you don't

4  necessarily need to repeat it, and we'll flow

5  through those changes.  And that's an option if the

6  minor does not want to continue treatment or the

7  adult doesn't want to continue treatment with said

8  medicine.

9            DR. ACKERMAN:  So is that blank meant to be

10  filled in by the physician?

11            ATTORNEY MCNULTY:  No, no.  It's --

12            DR. ACKERMAN:  Oh, okay.  I read it as to

13  be filled in by the physician.

14            CHAIRMAN ROMANELLO:  To answer your

15  question, you're right.  That needs to be addressed

16  by the committee today and those blanks would need

17  to be filled in by the committee in the discussion

18  today.

19            DR. ACKERMAN:  But that's the only blank

20  that's on each form.  It's the same blank as on that

21  page --

22            ATTORNEY MCNULTY:  Correct.

23            DR. ACKERMAN:  -- of each form.

24            ATTORNEY MCNULTY:  Correct.

25            CHAIRMAN ROMANELLO:  Dr. Derick.

Med Def_001641

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 19

1            DR. DERICK:  So in addition to this form,

2     it doesn't preclude a physician from providing

3     additional informed consent that they would --

4            ATTORNEY MCNULTY:  Absolutely.

5            DR. DERICK:  Because if there was something

6     that a physician would like to convey to a patient,

7     whether it be benefit or a risk, that could be a

8     supplemental consent form.  So this is required as

9     the minimum.

10            ATTORNEY MCNULTY  This is the mandatory,

11     that's correct.  That's a good point.  Nothing

12     prohibits a physician from having a supplemental --

13            DR. ACKERMAN:  And that's consistent with

14     what physicians do.  When I have patients in

15     clinical trials, we have a separate consent form for

16     the clinical trial, and we still use our regular

17     consent form.

18            DR. DERICK:  The second thing I have a

19     question is related to the requirements to receive

20     the treatment.  You know, the word prescribing

21     physician is used.  "Undergoes an evaluation by the

22     prescribing physician at least every three months."

23     From a practical perspective, what happens if that

24     physician was on maternity leave or something else?

25     Is it not able to delegated to someone who is

Med Def_001642

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 20

1  covering for that physician or how is that going to

2  be contemplated?

3          ATTORNEY MCNULTY:  But wouldn't that person

4  covering for them be a prescribing physician?

5          DR. DERICK:  They wouldn't be -- that's a

6  good point, actually, Donna.  If they prescribed the

7  medication, does that make them the prescribing

8  physician or it's the person who gave informed

9  consent discussion with that patient and originally

10  prescribed the medication?

11          ATTORNEY MCNULTY:  I think in terms of who

12  is signing the form has to be the prescribing

13  physician, and the continuation of treatment is a

14  different issue, right.  But if they're prescribing,

15  they have to be a physician, per statute.

16          DR. DERICK:  So a patient comes in and sees

17  Dr. Jones in person, informed consent is signed.

18  And then three months later, Dr. Jones is on

19  maternity leave and needs to evaluate the patient,

20  but Dr. Smith then is the prescribing physician who

21  will write the prescription and then evaluates the

22  patient.  Is that the understanding?

23          DR. ACKERMAN:  Could you tell us where you

24  see this?  What Bates page?

25          DR. DI PIETRO:  It's on 265, and I think

Med Def_001643

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 21

1  she's referring to number --

2           DR. BENSON:  Eight.

3           DR. DI PIETRO:  Seven.

4           DR. BENSON:  Or sorry, seven, yeah.

5           DR. DI PIETRO:  I think Dr. Derick's point

6  is the way it's read, and I understand that can be

7  read two ways, but the way it reads now is the

8  original prescribing physician is the physician that

9  has to evaluate the patient at least every three

10 months.  And to her point, if the original

11 prescribing physician is on maternity leave or on

12 vacation, how do you rectify that that prescribing

13 physician originally cannot see that patient?  So do

14 we change "the" to "a" or --

15          DR. ACKERMAN:  "Their."

16          DR. DI PIETRO:  -- "their."  "Their

17 prescribing physicians," maybe.

18          ATTORNEY MCNULTY:  Does it have to be a

19 prescribing -- who do you want to -- could it be "a

20 physician"?

21          UNIDENTIFIED SPEAKER:  I mean, it's true it

22 is sort of redundant.  A physician is able to

23 prescribe as part of their job, so if it -- the way

24 that I read it, it sounded like the original person

25 for whom they did the consent form with.

Med Def_001644

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 22

 1                DR. DI PIETRO:  That's the way I read it,

 2   too.

 3                DR. BENSON:  That's the way it's written.

 4                UNIDENTIFIED SPEAKER:  That is the way it's

 5   written, so --

 6                DR. ACKERMAN:  You don't want to tie it to

 7   just that physician because there's

 8   multi-physician groups.

 9                UNIDENTIFIED SPEAKER:  Right.

10                UNIDENTIFIED SPEAKER:  So Dr. Derick, would

11   you --

12                DR. DI PIETRO:  I would say, I think, if

13   I'm reading it, if I read "a" or if I read -- I

14   think "a" could be kind of any physician.  I would

15   write "their prescribing physicians," then you

16   incorporate anyone that could be in their practice.

17                CHAIRMAN ROMANELLO:  I'm seeing nods from

18   "covering physicians."

19                DR. ACKERMAN:  I don't like covering

20   physicians --

21                CHAIRMAN ROMANELLO:  No, no.  I'm not

22   saying the term, I'm asking the question.  What

23   about covering physicians?  So if they're not in the

24   same practice, and they cover your practice.

25                DR. DI PIETRO:  But then that would still

Med Def_001645

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 23

1  be -- I mean, that patient is still under your care,

2  so it would still be part of "their physicians."

3  Right.  If you write a prescription, legally,

4  they're under your care.

5            DR. ACKERMAN:  Correct.

6            UNIDENTIFIED SPEAKER:  If a patient decided

7  to switch doctors though, if we wrote it that way

8  then they couldn't continue with their new physician

9  because they're not part of that group.

10            DR. DI PIETRO:  Okay.  I mean, "a" --

11            DR. ACKERMAN:  Couldn't you say something

12  like -- what type of physician is this?  Is this a

13  physician who is treating gender dysphoria, right?

14  So could you say that in there?  Because you don't

15  want them to just call some other random physician

16  and get some other random physician, an orthopedic

17  physician, you know.  But you want a physician who

18  is actually treating their gender dysphoria, whether

19  it's their original one or their designate.

20            When I go on vacation, my partner does it.

21  Or maybe I'm a solo practice and I got some guy

22  across town that covers for me.  But that guy

23  covering for me is still, I'm going to have someone

24  who, like me, treats gender -- if I was treating

25  gender dysphoria, I would have one of my buds who

Med Def_001646

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 24

1  treats gender dysphoria across town, you know, cover

2  for me.

3              DR. DI PIETRO:  I think that's a very good

4  point, Dr. Ackerman.  It really should be someone

5  who is experienced within gender dysphoria, not

6  someone's primary care physician.

7              DR. ACKERMAN:  Right.

8              DR. DI PIETRO:  I think that's the essence

9  of --

10              DR. ACKERMAN:  So maybe saying, "Undergoes

11  evaluation by a gender dysphoria physician at least

12  every three months."  A gender dysphoria physician.

13  A physician who specializes in gender dysphoria.

14              UNIDENTIFIED SPEAKER:  That could be very

15  difficult because, you know --

16              DR. KIRSH:  There's no --

17              DR. DI PIETRO:  There's no board for that.

18              DR. KIRSH:  -- there's no board for that.

19  How do you rectify that?

20              DR. ACKERMAN:  I know.

21              DR. KIRSH:  So I mean, it's what your

22  experience is and what you feel comfortable as, so

23  that's certainly limiting, you know, a population

24  from being taken care of.  Maybe there's another

25  term that we can use.

Med Def_001647

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 25

 1          DR. DI PIETRO:  Could you just say, "a

 2   physician who regularly treats gender dysphoria

 3   patients"?

 4          DR. ACKERMAN:  Yeah.

 5          UNIDENTIFIED SPEAKER:  You know, that's --

 6          DR. ACKERMAN:  You wouldn't want someone

 7   covering for you who doesn't do that because if the

 8   drugs need to be tweaked, he's an orthopedic

 9   surgeon, you know.  As an absurd example.

10          DR. DI PIETRO:  I just think the essence of

11   what it's trying to get at is the person -- and I

12   understand why we're having the discussion from the

13   beginning with -- you know, from what Dr. Derick is

14   saying.  But the essence of what it's supposed to be

15   is the person who is prescribing it is supposed to

16   be following up with the patient, unless there's

17   something that happens, in which case, they can't.

18          I just hesitate to change it to where it's

19   like, "Well, they could go see this doctor this

20   month because they're a gender dysphoria doctor, or

21   this doctor this month because they're dysphoria

22   doctor."  I want to keep the essence of it that

23   really, unless something happens, that it should be

24   the physician who is prescribing it on a regular

25   basis.  Do you see what I'm saying?

Med Def_001648

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 26

 1              DR. DERICK:  Yeah.  Continuity --

 2              DR. DI PIETRO:  It's just hard to make it

 3   work.

 4              DR. DERICK:  Yeah.  Continuity of care is

 5   very important, I just get concerned with the

 6   logistics of appointments and making sure that the

 7   patients can fall within the window in order to get

 8   the medication.

 9              DR. DI PIETRO:  Or, you know, maybe

10   someone's insurance changes and they can't see that

11   physician anymore, they have to see a different

12   physician.  So we've just got to figure out a way to

13   make it work where it reads that it's the current

14   treating physician.

15              DR. ACKERMAN:  Right.  And you may be

16   current for just a week because someone is on

17   vacation, but you're still the treating physician.

18   And you're covering for someone, and you write a

19   prescription, you have full responsibility.  That's

20   if you're the primary physician.  You know, and

21   so --

22              DR. DI PIETRO:  Well, how about

23   "prescribing physician or their designated

24   coverage"?

25              CHAIRMAN ROMANELLO:  I like that.

Med Def_001649

Joint Rules/Legislative Committee Meeting
June 23, 2023

1          DR. DI PIETRO:  "Every three months."

2          DR. ACKERMAN:  I'm good with that.

3          ATTORNEY MCNULTY:  Or "their designated

4   coverage physician"?

5          DR. DI PIETRO:  Yes.  "Designated covering

6   physician."  Covering.  Because when you go away,

7   right, you designate someone to cover you, right?  I

8   mean, I do.

9          DR. ACKERMAN:  You have to.

10          DR. DI PIETRO:  It's not some fly by night

11   thing, right.  So --

12          DR. ACKERMAN:  But generally when they --

13   if they're going to -- in my area, if they're going

14   to be prescribing radiation treatment when I'm not

15   there, they don't just do what I wrote down on the

16   piece of paper.  They actually do an evaluation and

17   make sure that a lot of the work is already done,

18   but they see the patient.

19          CHAIRMAN ROMANELLO:  Absolutely.

20          DR. ACKERMAN:  Because otherwise, I could

21   have made a mistake and they could be treating the

22   wrong side, the wrong breast, the wrong --

23          DR. DI PIETRO:  Then that would cover it

24   though, right?  Because it's saying that they have

25   to undergo an evaluation.  So "undergoes an

Med Def_001650

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 28

1  evaluation by the prescribing physician or their

2  designated coverage -- or the designated covering

3  physician every three months."

4            DR. ACKERMAN:  Yeah.  I like that.

5            UNIDENTIFIED SPEAKER:  I go for that.

6            DR. ACKERMAN:  So someone just doesn't call

7  it in, they have to actually see the patient.

8            UNIDENTIFIED SPEAKER:  Right.

9            DR. DERICK:  Well, that's the question I

10  had is define evaluation.  Is that something that

11  could be done over -- the first one for sure in

12  statute has to be in person, but these follow up

13  visits, is it permissible or desirable to have all

14  of those be in person or is it permissible to have

15  the evaluation done via telemedicine?

16            DR. ACKERMAN:  Well, that number seven

17  doesn't say in person, it just says evaluation.

18            CHAIRMAN ROMANELLO:  Right.

19            UNIDENTIFIED SPEAKER:  Every three months.

20  So just every three months.

21            CHAIRMAN ROMANELLO:  And the statute does

22  address certain elements that have to be in person

23  prior to a new prescription being issued but as you

24  pointed out, the every three month, the statute

25  doesn't address, so it would not --

Med Def_001651

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 29

1              DR. DI PIETRO:  So then my opinion on that

2     -- and thank you, Dr. Derick for bringing that up

3     too -- would be a sub under seven or after that

4     semicolon "with at least one in person visit

5     annually."  So it can't just be telehealth in

6     perpetuity.  I mean, we do that in primary care.  I

7     require my primary care patients to come in and see

8     me once a year, so -- so "undergoes an evaluation by

9     the prescribing physician or a dedicated covering

10    physician."

11             UNIDENTIFIED SPEAKER:  "Designated."

12             DR. DI PIETRO:  Sorry.  "Designated

13    covering physician at least every three months, with

14    one in person visit annually, in minimum."  Or

15    something along those lines.

16             ATTORNEY MCNULTY:  I thought you had, "with

17    at least one in person visit annually."

18             DR. DI PIETRO:  Yes.

19             DR. BENSON:  Well, I think though, part of

20    this is being -- if you read like the 2017 Endocrine

21    Society Guidelines, they specify certain things that

22    are supposed to happen at three months, such --

23    every three to six months, like anthropometry,

24    height, weight, sitting height, blood pressure,

25    tanner staging.  So some of these things --

Med Def_001652

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 30

1            DR. ACKERMAN:  Well, that would be in

2   person with the physician.

3            DR. BENSON:  Yeah.  But you can't

4   practically do that very easily virtually, you know,

5   most of these are done -- these kind of exams in

6   endocrinology are done in person.

7            DR. ACKERMAN:  By the physician or by

8   the --

9            DR. BENSON:  By the physician.

10           CHAIRMAN ROMANELLO:  I don't think you're

11   taking away from it.  I mean, I don't think you're

12   taking away from that, it's just giving the option.

13   You may practice differently than somebody else.

14   You know, I'm just wondering if that would, you

15   know, kind of limit --

16           DR. BENSON:  Yeah.

17           CHAIRMAN ROMANELLO:  You've got to worry

18   about access.

19           DR. BENSON:  Well, I think maybe then a

20   simpler way to get around this would be say "every

21   three to six months."  Give some flexibility there.

22   So if there's -- you know, if that's adhering with

23   the Endocrine Society Guidelines as far as what

24   evaluations are supposed to be done, and having a

25   range I think makes a lot more sense than just every

Med Def_001653

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 31

 1  three months.

 2          ATTORNEY MCNULTY:  If you mean six months,

 3  then say six months.  Because remember, this is a

 4  rule and it's -- if you have a range --

 5          DR. BENSON:  Well, the rule would be every

 6  three to six months.

 7          ATTORNEY MCNULTY:  But then say, "at least

 8  every six months."

 9          EXECUTIVE DIRECTOR VAZQUEZ:  Right.

10  Because from a prosecutorial standpoint, that's the

11  same as saying every six months, because saying

12  three to -- it could be every month, that still

13  would qualify as every six months.  So we make get a

14  (indiscernible) letter if you include the "three to

15  six months."  That's all.

16          UNIDENTIFIED SPEAKER: I just think it's a

17  little different for the adult population than the

18  pediatric population.  I think for the adult

19  population doing the telemedicine visits are

20  appropriate, but for pediatrics, we do need height

21  measurements that tells you whether they're breaking

22  through therapy or what their final outcome is going

23  to be.  And physical exams for pubital staging

24  cannot be done via telemedicine, and that's vital in

25  these assessments.  So I think I'd rather stick to

Med Def_001654

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 32

 1  what Dr. Benson is saying the "at least six months."

 2              ATTORNEY MCNULTY:  Right now you have three

 3  months.  So --

 4              DR. DI PIETRO:  Oh, I think they wanted to

 5  change it to "in person at least every six months."

 6              UNIDENTIFIED SPEAKER:  Yeah.  That makes

 7  sense.

 8              DR. ACKERMAN:  Versus annually.

 9              UNIDENTIFIED SPEAKER:  Versus annually,

10  yes.

11              DR. ACKERMAN:  The same language,

12  (indiscernible).

13              CHAIRMAN ROMANELLO:  And that's for

14  pediatric patients, not for adults.

15              ATTORNEY MCNULTY:  One in person visit

16  every six months?

17              DR. DERICK:  At least every six months.

18  Because then if the doctor decided at three months

19  it was required to come in, then they could make

20  that decision.

21              DR. DI PIETRO:  So it would be "undergoes

22  an in-person evaluation by the prescribing physician

23  or" -- what did we say -- "designated covering

24  physician at least every six months."

25              UNIDENTIFIED SPEAKER:  Sorry to harp on

Med Def_001655

Joint Rules/Legislative Committee Meeting
June 23, 2023

1  this just a little bit but if the patient switches

2  doctors, then to me, they would not be able to --

3  that's not the prescribing physician or the covering

4  physician.

5            DR. ACKERMAN:  No, it's a new prescribing

6  physician.

7            DR. DI PIETRO:  So then it would meet the

8  criteria.

9            ATTORNEY MCNULTY:  So there's no need to

10  see the patient then for an evaluation in under six

11  months.  Is that what I'm hearing?  Because now you

12  want it --

13            DR. BENSON:  Yes.  Every six months.

14            ATTORNEY MCNULTY:  So "undergo an

15  evaluation by the prescribing" --

16            DR. BENSON:  "In person evaluation by the

17  prescribing physician or their designated covering

18  physician" -- is that the right --

19            UNIDENTIFIED SPEAKER:  Yes.

20            DR. BENSON:  -- "at least every six

21  months."

22            CHAIRMAN ROMANELLO:  Getting nods.

23            DR. ACKERMAN:  Endochronologists like that?

24            DR. DI PIETRO:  Yes.

25            CHAIRMAN ROMANELLO:  And just to clarify,

Med Def_001656

1  that's for minors, right?

2           UNIDENTIFIED SPEAKER:  Yeah.

3           CHAIRMAN ROMANELLO:  Okay.  Thank you.

4           Dr. Derik, have we --

5           DR. DERIK:  Yeah.  I think it's -- we've

6  decided in person, the frequency seems reasonable.

7  If somebody wanted to do it more frequently, they

8  could.  But it gives them flexibility to schedule

9  out.

10           DR. ACKERMAN:  Someone else can cover.

11           DR. DERIK:  Someone else can cover.  It

12  seems more flexible and will allow --

13           CHAIRMAN ROMANELLO:  Got it.  Hey, let's

14  go --

15           ATTORNEY MCNULTY:  And before you leave

16  this, do you want that to flow through all of the

17  forms for the minors?

18           UNIDENTIFIED SPEAKER:  For the minors, yes.

19           DR. ACKERMAN:  For the minors, yeah.

20           DR. BENSON:  Not adults but minors.

21           DR. ACKERMAN:  Do we need a motion for that

22  amendment?  We don't have a motion for this.  So why

23  don't we do this, why don't we move to accept this.

24  We're not going to vote until the very end.

25           UNIDENTIFIED SPEAKER:  Right, right.

Med Def_001657

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 35

1           CHAIRMAN ROMANELLO:  But we have to first

2    have a motion with a second, then we can make

3    amendment -- vote on the amendments, then eventually

4    have the last motion which would be the amended

5    original motion.  Is that by Robert's Rules of

6    Order?

7           ATTORNEY MCNULTY:  Well, we don't do

8    Robert's Rules, but yes.  You can do that.

9           DR. ACKERMAN:  Whatever rules of order, the

10   state rules of order.

11          DR. BENSON:  Well, we can come back at the

12   end and talk about the consents as amended.

13          ATTORNEY MCNULTY:  Yes.

14          DR. BENSON:  You don't have to go through

15   every --

16          DR. ACKERMAN:  Oh, that's fine.  So I would

17   like to make the motion to amend it.

18          ATTORNEY MCNULTY:  Or how about you just

19   vote on each of these changes that you flow through

20   as you go.

21          DR. ACKERMAN:  Right.

22          ATTORNEY MCNULTY:  And that way it's

23   clear --

24          DR. ACKERMAN:  So I'm making a motion to

25   amend this with that change that we just said.

Med Def_001658

Joint Rules/Legislative Committee Meeting
June 23, 2023

1              CHAIRMAN ROMANELLO:  Is there a second?

2              UNIDENTIFIED SPEAKER:  Second.

3              CHAIRMAN ROMANELLO:  All in favor?

4              (Unanimous ayes)

5              Opposed?

6              It carries.

7              ATTORNEY MCNULTY:  And just to clarify your

8    question, that covers all of this language in all of

9    the minor forms, correct?

10             CHAIRMAN ROMANELLO:  Correct.

11             So if we can go back to Bates 264, there is

12   a blank that needs to be filled in in terms of

13   options.

14             DR. ACKERMAN:  I like it when we have

15   multiple choice.  Dr. Benson, can you give us some

16   multiple choices of words as to how you would fill

17   in that blank?  I think I like true false better

18   than multiple choice.

19             DR. MORTENSEN:  I didn't really see any

20   other options but left it open if anyone else had

21   any other insight.

22             DR. ACKERMAN:  That's true false.  False.

23             DR. BENSON:  I mean, unfortunately, we

24   don't have studies to say -- there's no controlled

25   studies that say --

Med Def_001659

Joint Rules/Legislative Committee Meeting
June 23, 2023

```
 1              CHAIRMAN ROMANELLO:  Dr. Mortensen, could

 2  we just strike that?  Another option is blank and

 3  strike that language?

 4              DR. MORTENSEN:  Then you would probably

 5  have to take out the word "one" at the beginning of

 6  the paragraph.

 7              DR. KIRSH:  Yes.

 8              DR. BENSON:  I think it's implying that --

 9              DR. ACKERMAN: I would change it --  there

10  may be other options you could discuss with your

11  physician.

12              DR. BENSON:  -- no medical treatment is an

13  option for some people, and then some people do

14  choose that.

15              DR. ACKERMAN:  Choose what?

16              DR. BENSON:  Don't go through with hormonal

17  treatment always.

18              DR. ACKERMAN:  Well, could you just say

19  there, instead of "another option is," say, you

20  know, "Other options can be discussed with your

21  physician"?

22              DR. BENSON:  Yeah.  I think that would be

23  fine.

24              DR. ACKERMAN:  One option is "psychological

25  therapy" -- "other options can be discussed with
```

Med Def_001660

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 38

1  your physician."  I don't know what other options

2  there are but maybe some practitioner has some other

3  options.  Diet, I don't know.

4           CHAIRMAN ROMANELLO:  So the proposed

5  modification is to strike "another option is," and

6  substitute in --

7           DR. ACKERMAN:  "Other options may be

8  discussed with your physician."

9           CHAIRMAN ROMANELLO:  Is there a motion for

10  that?

11           DR. ACKERMAN:  So moved.

12           CHAIRMAN ROMANELLO:  Dr. Ackerman.

13           DR. KIRSH:  Second.

14           CHAIRMAN ROMANELLO:  Second by Dr. Kirsh.

15           DR. ACKERMAN:  And I move that that goes

16  through --

17           CHAIRMAN ROMANELLO:  All through the --

18  yep.

19           ATTORNEY MCNULTY:  And that would be all

20  the -- and the adults?  This one?

21           DR. ACKERMAN:  That one all -- both adults

22  and minors.

23           ATTORNEY MCNULTY:  Correct.

24           CHAIRMAN ROMANELLO:  All in favor?

25           (Unanimous ayes)

Med Def_001661

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 39

1          Opposed?

2          Motion carries.

3          DR. BENSON:  So Bates 266 --

4          ATTORNEY MCNULTY:  Before --

5          DR. BENSON:  A question?

6          CHAIRMAN ROMANELLO:  Dr. Benson?

7          DR. BENSON:  So this phrase is kind of used

8   throughout the consent forms.  I would say it's

9   similar in all the consent forms.  It's not

10  identical in the youth and adult consent forms.  But

11  it talks about that they're not FDA approved for

12  this treatment.  And I think there should be some

13  language in there that, you know, we don't have a

14  lot of long-term perspective trials.

15          Most of the trials within interventions are

16  only going out 18 months, 2 years, and some have

17  reported very serious adverse events that have

18  happened in the population of kids, such as in the

19  Trans Youth Care study that just got published

20  earlier this year where they had 2 completed

21  suicides and 11 with, you know, suicidal ideation

22  and some other adverse outcomes.

23          But I think we need to maybe just include a

24  few paragraphs or a few sentences in this section

25  just to make it very clear that these therapies are

Med Def_001662

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 40

1  somewhat outcome indeterminate and there's a, you

2  know, high risk of potential side effects that we

3  just don't have a lot of research to support.

4            CHAIRMAN ROMANELLO:  So two things.

5  Dr. Benson, if you can get closer to your mic,

6  please.

7            DR. BENSON:  Oh, sorry.

8            CHAIRMAN ROMANELLO:  That's good.

9            DR. BENSON:  Yeah.  Just something that

10  basically illustrates that these -- you know, it's

11  based on limited data.  That we've seen some

12  improvement in psychological functioning in

13  short-term studies, but we have, you know, other

14  things that in longer term where people have reports

15  of, you know, adverse outcomes.  And that I think

16  it's important that people understand the profound

17  uncertainty regarding the benefits and risks of

18  these medical therapies is -- there's somewhere we

19  just say that very clearly that we just don't -- you

20  know, this is speculative data that these therapies

21  are based on.

22            ATTORNEY MCNULTY:  Maybe we can add that

23  further on the next one where it says, "Risks, the

24  adverse effects, and safety of puberty blockers used

25  for the treatment of gender dysphoria in minors is

Med Def_001663

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 41

1  not well known."

2            DR. BENSON:  Yeah.

3            ATTORNEY MCNULTY:  And then maybe add on,

4  "There's been limited data."

5            DR. BENSON:  Yeah.  That would be a good

6  place.  I did provide some wording to the staff

7  earlier that maybe would be potential wording that

8  could be used.

9            ATTORNEY MCNULTY:  I would suggest if it's

10  in this section where you are signing something off,

11  it would be like one sentence, something succinct.

12  Otherwise, I think a more appropriate place -- and

13  you would have to provide the exact wording -- would

14  be on page 1 of that form, second paragraph where

15  they talk about the off-label use from the FDA in

16  the beginning of the document.

17            DR. ACKERMAN:  You mean 264?

18            ATTORNEY MCNULTY:  Yes.

19            DR. BENSON:  Are you talking about under

20  the second question?

21            ATTORNEY MCNULTY:  Yes.

22            DR. BENSON:  So yeah, so you know, I think

23  we just need to put in there --

24            ATTORNEY MCNULTY:  Put in which section?

25            DR. BENSON:  Put something in there that

Med Def_001664

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 42

1   just makes it very clear that these practices are --

2   we don't have extensive long-term data.  We

3   definitely don't have controlled studies.  So you

4   could use something like, you know, "Medical

5   treatment of children and adults with gender

6   incongruence is based on very limited data with only

7   subtle improvements seen in some patients'

8   psychological functioning, in some, but not all

9   research study.  This practice is speculative, you

10  know."  And then you could say --

11              CHAIRMAN ROMANELLO:  Dr. Benson, where are

12  you reading from?

13              DR. BENSON:  Sometime I wrote.

14              CHAIRMAN ROMANELLO:  Okay.  So we're going

15  to attempt to incorporate or consider what you're

16  reading but you've got to go a little slower.

17              DR. BENSON:  Oh, I'm sorry.

18              CHAIRMAN ROMANELLO:  Because you've got to

19  lawyers here and you've got the staff sprinkled all

20  over the place, right.

21              DR. ACKERMAN:  I want to understand.  We're

22  putting this into the preamble, if you will.

23              DR. BENSON:  Yes.

24              ATTORNEY MCNULTY:  But on page 264, that's

25  where you're talking about, Dr. Benson; is that

Med Def_001665

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 43

1   correct?  On the middle of the page where the

2   paragraph that begins, "Pediatric endocrinologists"?

3            DR. BENSON:  Yeah.

4            ATTORNEY MCNULTY:  At the bottom of that

5   paragraph?

6            DR. BENSON:  I mean, I think it could go

7   right at the top under "Patient information,

8   informed parental consent, and assent for minors."

9   You could put a paragraph there or you could put it

10  under the second one.  I just think it needs to be

11  clear from the onset.

12           ATTORNEY MCNULTY:  I think it -- you are

13  the doctors, but it seems like it would go where

14  you're talking about, the off-label use.

15           DR. DI PIETRO:  I see it going as a second

16  box under that.

17           DR. ACKERMAN:  No, no.  We're in the

18  preamp, page 264.

19           ATTORNEY MCNULTY:  No, not in the box.  In

20  the explanation second.

21           DR. DI PIETRO:  Well, I think it should go

22  in the boxes.

23           CHAIRMAN ROMANELLO:  Let me ask, Matt.  The

24  concept that you're introducing is that the

25  off-label use is not the product of --

Med Def_001666

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 44

 1              DR. BENSON:  I don't know that most people

 2  understand what that really means --

 3              CHAIRMAN ROMANELLO:  Right.

 4              DR. BENSON:  -- who are not physicians,

 5  scientists, et cetera.  I just think we need to be

 6  explicit about what we know and what we don't know.

 7              CHAIRMAN ROMANELLO:  So you want to

 8  highlight the fact that the off-label use is not

 9  predicated upon robust research and data.  Is

10  that --

11              DR. BENSON:  Yeah.  It's not based on the

12  best kinds of quality data that typically would

13  underpin therapies that have significant risks

14  associated with them.

15              CHAIRMAN ROMANELLO:  All right.  So before

16  we decide where it goes, can we talk about the

17  language that you are proposing, and then maybe we

18  can figure out where it might best go into the form.

19  So again, for the lawyers who are going to scribble

20  this down, not me, can you walk us through that

21  proposed language?

22              DR. BENSON:  I mean, you know, I wrote

23  about eight sentences here.  I don't know if you

24  want me to read through it all?

25              CHAIRMAN ROMANELLO:  So did you provide

Med Def_001667

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 45

1  that --

2           DR. BENSON:  I did.  They have a Word

3  document with it in there.  Yes.

4           DR. ACKERMAN:  Can you put it in one simple

5  sentence?  Because the thing is, we're saying this

6  is off-label use.  Now, I know that people pooh-pooh

7  off-label use because we prescribe medications all

8  the time for off-label use.  So people do pooh-pooh

9  that.  And I think that what you're saying is we

10  need something stronger in there that, although this

11  off-label use, this isn't just off-label use, you're

12  saying.  This isn't just off-label use, but this is

13  off-label use that is not completely studied and

14  that, in fact, the studies that are out there are

15  mixed, and many of those studies have shown adverse

16  outcomes.

17           DR. BENSON:  Okay.  Let me give you this.

18  This would be a few sentences, okay.

19           DR. ACKERMAN:  Okay.

20           DR. BENSON:  "Medical treatment of children

21  and adults with gender incongruence is based on

22  very" --

23           CHAIRMAN ROMANELLO:  Slow it down.

24           DR. BENSON:  Oh, sorry.  "Medical treatment

25  of children and adults with gender" -- I guess we

Med Def_001668

Joint Rules/Legislative Committee Meeting
June 23, 2023

1   should stick with gender dysphoria because that's

2   what we've been consistent with -- "is based on very

3   limited, poor-quality research with only subtle

4   improvement seen in some patients' psychological

5   functioning, and some, but not all, research

6   studies.  This practice is purely speculative, and

7   the possible psychological benefits may not outweigh

8   the substantial risks of medical treatments, and in

9   many cases, the need for lifelong medical

10   treatments."  Something like that.

11          DR. DI PIETRO:  How many sentences was

12   that?

13          DR. BENSON:  It's three.  I mean, you

14   know --

15          CHAIRMAN ROMANELLO:  So first, I would look

16   to the committee to see if there's consensus that it

17   makes sense to include that language or add that

18   language to the consent.

19          DR. BENSON:  And the way I intentionally am

20   writing this is it's something that could apply to

21   both.  It would be the same form for all adult and

22   pediatric.

23          CHAIRMAN ROMANELLO:  And to keep them on

24   their toes, I'm going to ask Donna or Paul to read

25   it back to us.  No, I'm not.  But do we have

Med Def_001669

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 47

1  consensus that type of disclaimer or addition to the

2  informed consent is appropriate?

3          DR. DI PIETRO:  I don't have a problem with

4  it, I just feel like if we look at, on Bates 264,

5  what we should all be looking at, "What are

6  different medications that are used to suppress

7  puberty," second paragraph, halfway through.  "None

8  of the medications have been approved by the FDA to

9  be used in minors with gender dysphoria, due to lack

10  of X, Y, Z."  "Due to lack of randomized control" --

11  however you want to -- but you can -- I think you

12  can simply all of that into about 10 words.

13          DR. BENSON:  All I'm saying is I think it

14  should be a few lines that are very explicit in the

15  beginning.  If you've ever gone over consent forms

16  with people, you need to give them enough time to go

17  through it.  There's a lot in this to digest.  And

18  people get tired after reading very long consent

19  forms, especially when they have long lists of side

20  effects that are nonspecific.  I try to avoid that.

21  So I think just having something explicit in the

22  beginning would be helpful.

23          DR. ACKERMAN:  Well, I agree.  I really

24  agree with Dr. Di Pietro.  I think that putting it

25  in that spot that she just identified, in 8 words or

Med Def_001670

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 48

1   less, or 10 words or less would be fine.  Because

2   later on in the document, it goes through all those

3   specific things.  And I don't want to get too crazy

4   now with all this stuff in the beginning saying that

5   there's poor studies and there's all sorts of crazy

6   outcomes and that sort of stuff.  Because we have in

7   here a few pages later, "itchy eyes, ringing in the

8   ears, pain in the eyes, nausea," all that sort of

9   stuff is all there.  All that stuff is there.

10              I think it's over -- a little bit

11   overreaching or a little bit overkill to put too

12   much of that in the beginning.  But I agree with

13   Dr. Di Pietro in that second paragraph, the one that

14   begins with, "Pediatric endocrinologists."  Putting

15   it in there would be very appropriate, just make it

16   shorter.

17              ATTORNEY MCNULTY:  And while you are

18   thinking of what to fill in that space, in the

19   actual signature blocks where the parental consent,

20   under number two it says, "I know there may be other

21   unknown short-term and long-term effects or risks."

22              DR. ACKERMAN:  I'm sorry, where are you?

23              ATTORNEY MCNULTY:  I'm on the last -- on

24   page 6 of 8 where the parent --

25              DR. ACKERMAN:  Give me the Bates number,

Med Def_001671

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 49

1  please.

2          UNIDENTIFIED SPEAKER:  269.

3          DR. ACKERMAN:  Thank you.  I'm sorry

4  because we have a different format.  I know you have

5  it printed out.

6          ATTORNEY MCNULTY:  I know, I just printed

7  it out.

8          DR. ACKERMAN:  I know.  269.  Go ahead.

9          ATTORNEY MCNULTY:  On number two it says --

10 as part of the last sentence, it says, "The

11 information provided to me in the form and by the

12 prescribing includes the known effects and risks of

13 treatment with puberty blockers.  I know that there

14 may be other unknown short-term and long-term

15 effects or risks."  Just so you all know that that's

16 -- that they're signing to that, as well, while

17 you're thinking about how to fix that other

18 paragraph, if that's what you want to do.

19          DR. BENSON:  I think it's important, too,

20 you understand a lot of these could be 8, 9, 10 year

21 old children who are undergoing this treatment, and

22 I just think for kids, I was on the IRB in my role,

23 I mean, you have to make things simple and clear.

24 Because these are for young kids, and especially the

25 ones --

Med Def_001672

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 50

1           DR. ACKERMAN:  So do we want to put this

2    language in the beginning in the preamble?  And I

3    think what Donna is saying is that we also have that

4    here.  But I think Dr. Benson has a good point and I

5    think we should put some more stronger language in

6    the preamble.  And again, I'll say what I said

7    before, I think Dr. Di Pietro's idea of putting it

8    in the middle of that paragraph is --

9           ATTORNEY MCNULTY:  I need to know what to

10   -- what do you want -- I mean, what are the words?

11          DR. DI PIETRO:  Well, I mean, I was just --

12   I just feel like it goes well there because it's

13   kind of like why it's not FDA approved, right.  So

14   it's "None of these medications have been approved

15   the FDA to be used in minors and gender dysphoria

16   due to" -- and then you can say something about

17   "lack of long-term randomized controlled trials,

18   lack of, you know, long term outcomes -- data --

19   long-term outcome data."

20          DR. KIRSH:  So Dr. Di Pietro, would you

21   mind considering one other thing?  Is that don't

22   link it to that specific sentence.  Go ahead and

23   start another sentence.  Because the reason why

24   there's off-label use, and reason why the off-label

25   use is done is economics.  It's the fact that the

Med Def_001673

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 51

1  drug companies don't go through those trials for the

2  purposes of that.  And so 26 percent of our

3  medications are used off-label today.  So the issue

4  is it's not because it's off-label is the reason.

5  You know, if we just leave that, I think that's

6  good.  Just add another sentence.

7             CHAIRMAN ROMANELLO:  So Dr. Benson, I'm

8  looking at the language that you proposed and I'm

9  looking at it on counsel's screen.  What you read,

10  "Medical treatment of children and adults with

11  gender incongruence is based on very limited,

12  poor-quality research," that doesn't necessarily go

13  to FDA off-label use.  That's a different issue,

14  right?

15             DR. BENSON:  A different issue, yeah.

16             CHAIRMAN ROMANELLO:  It's not -- the

17  conversation I'm concerning myself about is getting

18  into the rationale as to why FDA has approved or not

19  approved a certain medical therapy.  So again,

20  Doctor, can you read what you propose to include

21  somewhere in the consent form, and then I might have

22  an idea of where we could place it.

23             DR. BENSON:  Okay.  "Medical treatment of

24  children and adults with gender dysphoria is based

25  on very limited, poor-quality research with only

Med Def_001674

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 52

1  subtle improvements seen in some patients'

2  psychological functioning, and some, but not all

3  research study.  This practice is purely

4  speculative, and the possible psychological benefits

5  may not outweigh the substantial risks of medical

6  treatments, and in many cases, the need for life

7  long medical treatments."

8              CHAIRMAN ROMANELLO:  Got it.  So that

9  doesn't go to FDA off-label use, that goes to any

10  kind of therapy or intervention for gender

11  dysphoria.  So I think, and I'll defer to the group,

12  that's either a preamble up at the top or on page --

13  the signature page for the parents or the guardian

14  at Bates 269.  You could either add a number eight

15  to that list, or you put it at the top of the

16  consent form.

17              DR. ACKERMAN:  I think you're right,

18  Mr. Romanello.

19              CHAIRMAN ROMANELLO:  Because it's not --

20              DR. ACKERMAN:  I think I like the first

21  page better than the last.  Yeah.  In the beginning,

22  first or second paragraph.  But a separate paragraph

23  in and of itself.

24              DR. DI PIETRO:  Right after the first

25  paragraph of the first page.

Med Def_001675

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 53

1              CHAIRMAN ROMANELLO:  Okay.

2              DR. DERICK:  What I liked about the consent

3   forms, in part, are that they're -- you know,

4   they're facts.  Like "here is the side effect from

5   this medication," blah, blah, blah.  This is more of

6   a -- like a summation point that's being proposed as

7   part of the consent form, like an overview, and so

8   it kind of changes the nature of the consent form a

9   little bit, I think.  I just wanted to say that.  I

10  mean, I think that the way it's written now, it's

11  more of, you know, "Here are the things that we

12  see," and adding that really gives it like an

13  element of -- I'd don't want to say judgement but

14  it's like a --

15             DR. ACKERMAN:  That's why on the first

16  page, it's really not part of the consent form.

17             ATTORNEY MCNULTY:  It is all part of the

18  consent form.

19             DR. ACKERMAN:  Well, I know.  But it's not

20  part of the --

21             CHAIRMAN ROMANELLO:  The specific risks

22  and --

23             DR. ACKERMAN:  The specific side effects.

24             CHAIRMAN ROMANELLO:  Yeah.

25             DR. ACKERMAN:  In there in the beginning,

Med Def_001676

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 54

 1  the first -- the preamble page is --

 2              CHAIRMAN ROMANELLO:  264 is questioned --

 3              DR. ACKERMAN:  You either not have it in

 4  there at all, which I'm not sure if that's what

 5  you're saying or not, Dr. Derick -- but you could

 6  either not have this language, but if you do -- and

 7  I can go either way.  But if you do have the

 8  language, I think the first page, you could say that

 9  there's limited data and that's why we have this

10  consent form, is basically what you're saying.

11              DR. BENSON:  Yeah.  I think -- I mean, I

12  understand what you're saying but I think, you know,

13  I do a research study, I literally have to report

14  everything that happens to a kid when they're in a

15  research study getting drug XYZ.  I have to report

16  things that probably aren't related to the

17  intervention.  I report everything.  But because we

18  don't have long-term controlled studies where you

19  typically would ascertain risks and benefits, a lot

20  of this is just cobbled together from case reports

21  and short-term studies that have been done.

22              So, you know, that's the nature of the

23  data.  I don't think we're being disingenuous at all

24  as far as where we're at as far as what we know.

25  Hence, the reason the -- you know, the Dutch that

Med Def_001677

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 55

1  started this and now huge parts of Europe are

2  looking at this very acutely and making policy

3  changes.  So I think it's just something that we

4  should make clear in there.  That's all I'm saying.

5           DR. ACKERMAN:  So in the interest of moving

6  on, could we just put --

7           CHAIRMAN ROMANELLO:  Yeah.  I was going to

8  say, is there a motion to add that language?

9           UNIDENTIFIED SPEAKER:  Can I make a

10  suggestion before we do a motion, if you don't mind?

11  Just a couple of suggestions on the language.  We

12  use the term "minor" throughout, and I would suggest

13  changing children to minor just to be consistent

14  with -- before we make a motion.  And the other

15  thing I was going to ask, should we include adults

16  in that statement?  Because this form is

17  specifically for minors.  That was just my only

18  other thought.

19           DR. BENSON:  The only reason I included it

20  is I was trying to somehow simplify it.  I think

21  something similar should appear in the adult forms

22  but if you want to --

23           DR. ACKERMAN:  Well, if we do language now

24  that says, "Neither adult nor minor," then we can

25  use it in all the forms, right.  So if you repeat

Med Def_001678

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 56

1  the language back, I would make the motion we put it

2  as a paragraph two on page 264.

3            DR. BENSON:  All right.  I can read that.

4  Do you want me to read it?

5            DR. ACKERMAN:  You understand where I want

6  to put it.  On the preamble page as a new second

7  paragraph before the second -- before "What are

8  other options?"

9            DR. BENSON:  So "Medical treatment of" --

10            UNIDENTIFIED SPEAKER:  "Minors."

11            DR. BENSON:  -- "people with gender

12  dysphoria is based on very limited, poor-quality

13  research with only subtle improvements seen in some

14  patients' psychological functioning, and some, but

15  not all, research studies.  This practice is purely

16  speculative, and the possible psychological benefits

17  may not outweigh the substantial risks of medical

18  treatments, and in many cases, the need for

19  life-long medical treatment.

20            CHAIRMAN ROMANELLO:  So there's a motion by

21  Dr. Ackerman to add that language as paragraph two

22  to Bates 264 at the top.  Is there a second that

23  motion?

24            DR. DI PIETRO:  I'll second.

25            CHAIRMAN ROMANELLO:  Who second?

Med Def_001679

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 57

 1              DR. DI PIETRO:  I'll second.  Yeah.

 2              CHAIRMAN ROMANELLO:  Di Pietro.

 3              All in favor?

 4              (Unanimous ayes)

 5              Opposed?

 6              Motion carries.

 7              UNIDENTIFIED SPEAKER:  Any everybody voted?

 8              CHAIRMAN ROMANELLO:  They did.

 9              UNIDENTIFIED SPEAKER:  And that was for all

10   forms?

11              CHAIRMAN ROMANELLO:  That's for all forms.

12              ATTORNEY MCNULTY:  And this is for all

13   forms, correct?

14              CHAIRMAN ROMANELLO:  It is.

15              UNIDENTIFIED SPEAKER:  Correct.

16              CHAIRMAN ROMANELLO:  Any other observations

17   on this --

18              DR. ACKERMAN:  Dr. Di Pietro shared with me

19   an observation a second ago and that was on page --

20   on Bates 269.

21              Dr. Di Pietro, do you want to say what you

22   just shared with me?  I think it was --

23              DR. DI PIETRO:  Yeah.  I've got to remember

24   which paragraph it was in.  Oh, paragraph number

25   two --

Med Def_001680

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 58

1           DR. ACKERMAN:  Bullet two.

2           DR. DI PIETRO:  -- bullet two.  Somewhere I

3   feel like we should add the word "potentially

4   irreversible."

5           ATTORNEY MCNULTY:  Do you mind repeating

6   what page again?  I am working on the Word version

7   and I'm making changes as we strike through.  Could

8   you tell me what section header you're on?  That

9   would be helpful.

10          DR. DI PIETRO:  Parental consent.  It's the

11  signature page.

12          DR. ACKERMAN:  Number two.

13          DR. DI PIETRO:  So "The information

14  provided to me in this form and by the prescribing

15  physician includes the known effects and risks of

16  treatment with puberty blockers.  I know that there

17  may be other known short term, and long term, and

18  potentially irreversible effects or risks."  Is that

19  accurate?

20          DR. BENSON:  You could just put "effects or

21  risks which may be irreversible."

22          DR. DI PIETRO:  "Which may be

23  irreversible."  That's fine.

24          UNIDENTIFIED SPEAKER:  It says on Bates

25  266, "If a minor stops treatment with puberty

Med Def_001681

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 59

1  blockers, in a few months, their body may restart

2  the changes of puberty at the developmental stage

3  they were before starting medication.  However, the

4  effects of these medications could be permanent."

5  So it's --

6            DR. DI PIETRO:  Yeah.  I just want a second

7  -- I want to double down on it on the signature

8  page.

9            DR. ACKERMAN:  I think that's good because

10 that signature page is kind of like a --

11           DR. DI PIETRO:  It's like the "Here's the

12 stuff you need to know one through seven."

13           DR. ACKERMAN:  Right.  It ties it all

14 together.  I second Dr. Di Pietro's motions.

15           CHAIRMAN ROMANELLO:  So let's read it back.

16           DR. ACKERMAN:  Modified by Dr. Benson.

17           DR. BENSON:  Yeah, I agree with that.  I

18 mean, I think, too, in terms of puberty blockers,

19 it's clear from the British research that about 95

20 percent of people who do puberty blockers do go on

21 to cross-sex hormones.  So it may be -- we don't

22 know but it may be that that even affects the

23 outcome in some sense.  We don't know but that's an

24 important observation.

25           DR. ACKERMAN:  There's been a motion and

Med Def_001682

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 60

1   second.  Can we move on?

2            CHAIRMAN ROMANELLO:  Yeah.  So the motion

3   is to add "which may be irreversible" --

4            DR. DI PIETRO:  "Which may be irreversible"

5   at the end of the sentence.

6            CHAIRMAN ROMANELLO:  Yeah.

7            UNIDENTIFIED SPEAKER:  Is that for the

8   adults and minors?

9            CHAIRMAN ROMANELLO:  Yep.

10           All in favor of that motion?

11           (Unanimous ayes)

12           Opposed?

13           Motion carries.  That will be for all

14   consents.

15           DR. DERICK:  I have a --

16           CHAIRMAN ROMANELLO:  Dr. Derick.

17           DR. DERICK:  Yeah.  On Bates 266 it says,

18   "(These medications will not change a minor's sex

19   chromosomes and it will not change a minor's

20   internal or external reproductive structures.)"  Is

21   that accurate?

22           UNIDENTIFIED SPEAKER:  Where are you

23   reading from, Dr. -- okay.

24           UNIDENTIFIED SPEAKER:  Yes.

25           DR. ACKERMAN:  I remember reading that.

Med Def_001683

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 61

1  It's on 266 where?

2          DR. DI PIETRO:  266.

3          DR. DERICK:  I just was thinking like if

4  you failed to develop breasts, for example, that is

5  a change as related to this --

6          DR. ACKERMAN:  Yeah.  Doesn't it change

7  their structures?

8          UNIDENTIFIED SPEAKER:  Right.

9          DR. DERICK:  I think the intent is to say

10 that --

11         DR. ACKERMAN:  Reproductive structures.  It

12 doesn't change your ovaries to testes.

13         DR. DERICK:  You wouldn't have external

14 genitalia that were --

15         DR. BENSON:  Well, no.  I mean, it doesn't

16 -- no.  It just keeps them from enlarging.

17         DR. DERICK:  If it keeps it from enlarging,

18 that seems to be a change.

19         UNIDENTIFIED SPEAKER:  I think the key was

20 "reproductive."

21         DR. ACKERMAN:  Yeah.  Reproductive.  What's

22 enlarging?  You're not changing a testicle to an

23 ovary.

24         DR. BENSON:  No, no.

25         DR. ACKERMAN:  You're not changing an ovary

Med Def_001684

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 62

 1  to a testicle.

 2           DR. BENSON:  No.

 3           DR. DERICK:  I guess it all depends on if

 4  you consider your breasts reproductive organs.

 5           DR. ACKERMAN:  I don't.

 6           DR. DERICK:  Yeah, I know.  But I

 7  understand what she's trying to say, you know.

 8  Ability to breast feed and --

 9           DR. BENSON:  Well, it is an organ,

10  definitely.

11           DR. ACKERMAN:  It's not reproductive.

12           DR. BENSON:  Well, it's a sex organ.

13           UNIDENTIFIED SPEAKER:  It's reproductive.

14           DR. BENSON:  Yeah, I know.  But it's an

15  organ.

16           UNIDENTIFIED SPEAKER:  But the language

17  here say reproductive organ.

18           DR. BENSON:  Right, right.

19           DR. DERICK:  I mean, I'm okay with it

20  written as is but I understand your point.

21           UNIDENTIFIED SPEAKER:  I'm just trying to

22  clarify.

23           DR. BENSON:  I mean, the only other last

24  thing that I think some people may want to add is

25  just something that says, "We do believe that 95

Med Def_001685

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 63

1  percent of those children who start puberty blockers

2  typically would go on to cross-sex hormones."

3  That's been showed now in multiple studies, and so

4  you might to state that but, you know.  And that

5  could be a point eight at the very bottom of the

6  last page.

7              DR. ACKERMAN:  Or the very first page.

8              DR. BENSON:  Yeah.

9              DR. ACKERMAN:  I wouldn't put a number in

10  there, I would use the word "many."

11              DR. BENSON:  Yeah.  Or "most."

12              DR. ACKERMAN:  Okay.  Wordsmithing.

13              ATTORNEY MCNULTY:  Where --

14              DR. ACKERMAN:  So he's saying -- what

15  Dr. Benson is saying is that he wants to give

16  notice, you know, put like an alert, a package alert

17  saying, "Package alert, you've used puberty blocking

18  drugs that most patients go on to using cross-sex

19  hormones."

20              ATTORNEY MCNULTY:  Do you have a sentence?

21              DR. ACKERMAN:  That's basically what he's

22  saying.

23              ATTORNEY MCNULTY:  Which is fine.  I mean,

24  where do you want to -- what is the sentence and

25  where would you like it for discussion?

Med Def_001686

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 64

```
 1              DR. DI PIETRO:  May I just make a comment?
 2   Isn't that the point though?  I mean, this is a
 3   progression of people that are going from each stage
 4   to the next.  So I think that people would assume
 5   that they would be down the road doing cross-sex
 6   hormones if they're doing the puberty blocking in
 7   general.  I mean, to me it would seem --
 8              DR. BENSON:  Well, initially it was argued
 9   that this was a way to pause an early puberty, so
10   that you could affect the differences in the
11   long-term and aesthetic outcomes.  Because the early
12   data from the Netherlands in adults showed that
13   there was still a lot of bad outcomes long-term.  So
14   they thought, well, if we can intervene earlier with
15   puberty blockers, then we could end up with an
16   aesthetically better result and maybe that would
17   help with psychological outcomes, et cetera.
18              So it was thought, well, it's a pause, too,
19   to give you time to evaluate and see what's going
20   on.  But I think for a lot of people in the field,
21   it was quite surprising to see how many, well over
22   90 percent, do go on to cross-sex hormones.  The
23   assumption was some people may decide not to do
24   that, but it seems that most people actually do.
25   The vast majority do.
```

Med Def_001687

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 65

 1                DR. MORTENSEN:  Right.  But I would say

 2  that these are people who are continuing therapy,

 3  this isn't people who are starting therapy.

 4                DR. BENSON:  Right.

 5                DR. MORTENSEN:  So they may, or they may

 6  not.  So I don't know how relevant it's going to be.

 7  Like how much are you encouraging that?  Like,

 8  "Well, because you're on it, this is where you're

 9  going to go."  You don't really know.

10                DR. BENSON:  That's a good point.

11                DR. MORTENSEN:  So I kind of feel that it's

12  kind of irrelevant and doesn't need to be mentioned.

13                CHAIRMAN ROMANELLO:  Any more observations

14  on this form?

15                ATTORNEY MCNULTY:  Thank you.  On page 265,

16  and that's page 2 of 8, number 4 says, "Has adequate

17  psychological and social support during treatment."

18                DR. BENSON:  Right.

19                ATTORNEY MCNULTY:  Again, that's one of

20  those --

21                DR. BENSON:  Vague terms.

22                ATTORNEY MCNULTY:  Yeah.  So my suggestion

23  is just to delete the word "adequate," so it reads,

24  "Has psychological and social support during

25  treatment," and to carry that through all forms and

Med Def_001688

Page 66

1  the rule language.

2          DR. ACKERMAN:  So moved.

3          CHAIRMAN ROMANELLO:  So there's a motion by

4  Dr. Ackerman.

5          DR. KIRSH:  Second.

6          CHAIRMAN ROMANELLO:  A second by Dr. Kirsh.

7  All in favor?

8          (Unanimous ayes)

9          Opposed.

10          Motion carries.

11          ATTORNEY MCNULTY:  Thank you.  And then the

12  second item on that same page is in number 11 where

13  it requires the DEXA scan.  But the other forms say

14  annual.  Is there a length of time you want that

15  DEXA scan, like what period of time?  Or just -- the

16  other forms say like annual bone scan but I'm not

17  sure --

18          DR. ACKERMAN:  Other forms said a bone

19  scan.  It's a DEXA scan, not a bone scan.

20          ATTORNEY MCNULTY:  It says, "Bone DEXA

21  scan."

22          DR. ACKERMAN:  No, no.  It's a DEXA scan,

23  it's not a bone scan.

24          DR. BENSON:  It's a bone density scan.

25          ATTORNEY MCNULTY:  So what should the right

Med Def_001689

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 67

 1   --

 2               DR. ACKERMAN:  A bone scan is a nuclear

 3   study that looks at osteoblastic changes in the

 4   bones.  A DEXA scan is basically a low dose x-ray of

 5   the bone to look at the bone density.  So it should

 6   be -- it's a DEXA scan, it's not a bone scan.

 7               DR. BENSON:  You could put a bone density

 8   scan or something.

 9               DR. ACKERMAN:  Yeah.  Bone density scan,

10   yeah.  Bone density scan.  Don't use -- so I move

11   that we change all of that terminology to say, "Bone

12   density scan (DEXA)."

13               ATTORNEY DIERLAM:  Do you want it to say

14   annual across all --

15               DR. ACKERMAN:  No, no.  I didn't get there

16   yet.

17               ATTORNEY DIERLAM:  Okay.

18               DR. ACKERMAN:  We'll go with that in a

19   second.  Let's clarify what it is.  "Bone density

20   scan (DEXA scan)."

21               UNIDENTIFIED SPEAKER:  Yeah, yeah.

22               DR. ACKERMAN:  Because I get this -- it

23   happens to me all the time that a patient needs a

24   DEXA scan, and they get a bone scan.  No, no.

25   Because -- all the time.

Med Def_001690

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 68

1           DR. BENSON:  Or bone age.  They even

2    sometimes confuse bone age with a bone scan.

3           DR. ACKERMAN:  Right.  But that's a

4    different one.  Now, how often?  It doesn't say how

5    often on this Bates 265.

6           ATTORNEY MCNULTY:  But all the other forms

7    say annual, so I'm not sure -- and I think your rule

8    language says annual, as well.

9           DR. ACKERMAN:  So I think -- so I don't

10   think -- I think for adolescents, or young adults,

11   pediatric and young adults, annually, but at some

12   point, I don't think you need it annually.  I don't

13   do it annually on my patients that I put on some of

14   these hormones.  I do it maybe every two or three

15   years.

16           DR. BENSON:  You're talking about for

17   adults?

18           DR. ACKERMAN:  Yeah.  My 60-year-olds, my

19   70-year-olds that I have on these hormones for

20   treating cancer, it can cause the same problem with

21   bone density.  I have women who I treat for breast

22   cancer with the same drugs, and we do extra bone

23   density studies on them but we don't do it annually.

24   You know, once it stabilizes, we do it every couple

25   three years.  But at what point, I don't know.

Med Def_001691

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 69

1  That's you guys.

2             DR. MORTENSEN:  I would say for pediatrics

3  annually is typically what we do.  For the --

4             DR. ACKERMAN:  Then you can annually for

5  the first five years, or -- you know, for adults you

6  can say annually for the first five years and

7  then --

8             DR. MORTENSEN:  As needed.

9             DR. ACKERMAN:  -- and then as needed.

10            DR. BENSON:  Yeah.  The adult guidelines

11  did specify.  Let me just find that table.

12            DR. ACKERMAN:  Yeah.  I saw that in the

13  adult -- it said annually in the adults, and I

14  thought that that was --

15            ATTORNEY MCNULTY:  All of them say annual

16  except for this one.

17            UNIDENTIFIED SPEAKER:  So can I --

18            DR. ACKERMAN:  I think for the kids, it

19  should be annually.  I think for the adults, it

20  should be annually for the first five years and then

21  as needed after that.

22            DR. BENSON:  That's reasonable.

23            ATTORNEY MCNULTY:  Yeah.  That's what I was

24  -- I was trying to clarify.

25            DR. ACKERMAN:  Five years is very

Med Def_001692

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 70

1  arbitrary.

2          CHAIRMAN ROMANELLO:  So Scotty, let's do

3  two motions.  Let's do one for the minors --

4          DR. ACKERMAN:  You called me Scotty.

5          CHAIRMAN ROMANELLO:  Dr. Ackerman.

6          DR. ACKERMAN:  It's okay.

7          CHAIRMAN ROMANELLO:  Let's do two motions.

8          DR. ACKERMAN:  My first motion is --

9          CHAIRMAN ROMANELLO:  For the minors.

10          DR. ACKERMAN:  Well, my first motion I

11  think we did, we changed the bone density --

12          CHAIRMAN ROMANELLO:  Yes.

13          DR. ACKERMAN:  Okay, good.  So my first

14  motion is, in the pediatric forms, change the

15  language to say in that bullet number 11 that this

16  should be done annually.  That the bone density --

17  whatever it is should be done annually.

18          CHAIRMAN ROMANELLO:  Is there a second to

19  that motion?

20          DR. KIRSH:  Second.

21          UNIDENTIFIED SPEAKER:  Second.

22          CHAIRMAN ROMANELLO:  All in favor?

23          (Unanimous ayes)

24          Opposed?

25          That motion carries.  And that will be

Med Def_001693

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 71

1   limited to the pediatric forms.

2           And second motion for adults.

3           DR. ACKERMAN:  Because now these adults

4   could be starting the drugs whenever.  They could

5   start when they're 18, they could start when they're

6   30.

7           ATTORNEY MCNULTY:  Wait, I can't hear what

8   you're saying, Doctor.  For the adults?

9           DR. ACKERMAN:  Adults, they could be --

10  might be starting these drugs when they're 18, they

11  could be starting these drugs when they 30 years

12  old.  Who knows whenever.  So I would say for the

13  adults, annually for the first 5 years --

14          DR. KIRSH:  Do you think that's really

15  necessary and is it --

16          DR. ACKERMAN:  Annually?

17          DR. KIRSH:  Right.  And do you think that

18  we should limit it to say like transgender female?

19          DR. ACKERMAN:  I do it on my men that are

20  on Lupron.

21          DR. BENSON:  I mean, what the adult -- the

22  2017, they say for transgender males, if they stop

23  testosterone treatment, they're more at risk for

24  bone density issues.  But otherwise, they're a lower

25  risk group for that.  The higher risk group is trans

Med Def_001694

Page 72

1  females who they recommended baseline bone mineral

2  density testing in individuals at low risk.

3  Screening for osteoporosis is conducted around 60

4  years of age.

5          DR. ACKERMAN:  Okay.  So help me,

6  Dr. Benson.  I get a little confused.  So the men

7  that are transitioning to women are being put on

8  estrogen therapy, so the bone density will go down,

9  right.  Do I have that right?

10          DR. BENSON:  Yes.

11          DR. ACKERMAN:  Okay.  So those should have

12  the bone density study done annually for the first

13  five years and then --

14          DR. BENSON:  That's reasonable.  Yeah.

15          DR. ACKERMAN:  And the women that are

16  becoming men are getting testosterone -- they're not

17  getting Lupron, they're getting testosterone, so

18  they don't need it.

19          DR. BENSON:  Generally, no.

20          DR. ACKERMAN:  Okay.  Good.  So --

21          ATTORNEY MCNULTY:  So for the non-doctors,

22  do you mind repeating this?  Thank you.

23          DR. DI PIETRO:  That's in the adult forms.

24  Do you want to hold off until we can get to the

25  adult forms?

Med Def_001695

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 73

 1                CHAIRMAN ROMANELLO:  Yeah.  Let's do that.

 2                DR. ACKERMAN:  Okay.  But keep that on the

 3    side though, Donna.  Don't let us forget.

 4                CHAIRMAN ROMANELLO:  So are we done with

 5    this first form?

 6                DR. DI PIETRO:  So for the -- just to

 7    clarify -- so for the minors we're saying "bone

 8    density scan (DEXA), which will allow monitoring of

 9    the minor's bone density, bone strength during

10    treatment, as puberty blockers may decrease bone

11    density" -- and you're putting the word annually in

12    there?

13                CHAIRMAN ROMANELLO:  Yes.

14                DR. DI PIETRO:  Okay.

15                ATTORNEY MCNULTY:  So annual --

16                DR. DI PIETRO:  Write the word "annual" in

17    the beginning.

18                CHAIRMAN ROMANELLO:  Yep.

19                ATTORNEY MCNULTY:  Yep.  "Annual bone

20    density scan," blah, blah, blah.

21                CHAIRMAN ROMANELLO:  Anything else on this

22    initial form?

23                DR. ACKERMAN:  Huh?

24                CHAIRMAN ROMANELLO:  Anything else on this

25    initial form?

Med Def_001696

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 74

 1              Okay.  Let's go to the next form.  At Bates

 2  272, "Feminizing Medications for Patients with

 3  Gender Dysphoria."  Now, some of the modifications

 4  that we made are going to carry through here.  So

 5  separate and apart from those, are there any

 6  observations or proposed modifications to this form

 7  that are specific to this form?  We don't need the

 8  bone density here.

 9              DR. BENSON:  I highlighted a couple things,

10  give me one second.

11              CHAIRMAN ROMANELLO:  Dr. Benson.

12              ATTORNEY MCNULTY:  Dr. Benson, if you're

13  going to talk, can you please speak into the mic, so

14  people can hear.

15              DR. BENSON:  Yeah.  No, I'm just looking.

16  I highlighted a couple things.  I just want to make

17  sure I'm addressing them.

18              CHAIRMAN ROMANELLO:  As Dr. Benson is

19  looking through his notes, do any other members of

20  the committee have observations about this?

21              Dr. Di Pietro.

22              DR. DI PIETRO:  So this is just a personal

23  thing that drives me crazy when people write --

24              CHAIRMAN ROMANELLO:  What's your Bates

25  number?

Med Def_001697

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 75

1            DR. DI PIETRO:  I'm sorry, Bates 274 is

2    where I saw it, but it might in other places.  And I

3    should have thought about this in the last one,

4    although I didn't see these words in the last one.

5    The words male and female drive me crazy because it

6    doesn't say a male or female what.  There's male and

7    female dogs, male and female zebras, male and female

8    everything.  It should be man, or (boy), or woman

9    (girl).

10           DR. ACKERMAN:  On page 274 --

11           DR. DI PIETRO:  That's an adjective, that's

12   not a noun.

13           DR. ACKERMAN:  So in the very first block

14   there on Bates 274, the very first one, and it may

15   be elsewhere.

16           UNIDENTIFIED SPEAKER:  "Makes less like a

17   male and more like a female."

18           DR. DI PIETRO:  Female what?

19           DR. ACKERMAN:  Yeah.  I think she's right.

20           DR. DI PIETRO:  It drives me crazy.  I see

21   it in notes all the time.  So I would put --

22   especially since a minor is signing off on this,

23   right, I would put, "Appear less like a man (boy),

24   and more like a woman (girl)."  Across the board for

25   everything.

Med Def_001698

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 76

1              DR. ACKERMAN:  Just to toss this around,

2    masculine or feminine?

3              UNIDENTIFIED SPEAKER:  Yeah.

4              DR. ACKERMAN:  That way you don't have to

5    say man, boy, and all that, you know.

6              UNIDENTIFIED SPEAKER:  Yeah.  Masculine,

7    feminine.  But male and female are adjectives and

8    shouldn't be used.

9              DR. ACKERMAN:  So "less masculine and more

10   feminine."

11             DR. DI PIETRO:  That's fine.

12             CHAIRMAN ROMANELLO:  That's a motion by

13   Dr. Di Pietro.  Is there a second?

14             DR. KIRSH:  Second.

15             CHAIRMAN ROMANELLO:  Second by Dr. Kirsh.

16             All in favor?

17             (Unanimous ayes)

18             Opposed?

19             Motion carries, and that will cascade

20   through all of the forms that have the words male

21   and female in there.

22             UNIDENTIFIED SPEAKER:  It will be masculine

23   and feminine.

24             CHAIRMAN ROMANELLO:  Masculine and

25   feminine.

Med Def_001699

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 77

 1          Dr. Benson.

 2          DR. BENSON:  Yeah.  So this is something I

 3   think that's important for the adult forms as far as

 4   cross-sex hormones, and for the pediatric.  I did --

 5   you know, I did some reading with American Medical

 6   Association.  There was a discussion regarding what

 7   is legally required in consent forms for physicians

 8   in general, just based on federal law, state law, et

 9   cetera.

10          There was a case in the federal courts in

11   Washington, D.C., it was Canterbury versus Spence.

12   But what -- a real quick summary, but what happened

13   was a guy was going to get a laminectomy, it wasn't

14   disclosed by the physician that there's a risk of

15   paralysis with this procedure.  The guy has the

16   surgery, falls out of the bed, becomes paralyzed for

17   the rest of his life.  It ends up in court and they

18   basically established sort of that we should be

19   disclosing information if it's reasonable to do so.

20   Previously, they used the community disclosure

21   standard was sort of the standard for these consent

22   documents.

23          But as part of that, there's really five

24   elements that the federal court said should be part

25   forms.  And I think on these documents, we've hit

Med Def_001700

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 78

1    all of them partially.  But on two, we've already

2    addressed the one, and the first ones being the

3    condition being treated; the nature and character of

4    the proposed treatment or surgical procedure;

5    anticipated results being the third; recognize

6    possible alternative forms of treatment; and then

7    five, recognize serious possible risks,

8    complications, and anticipated benefits involved in

9    the treatment or surgical procedure, as well as

10   recognize possible alternative forms of treatment

11   including nontreatment.

12              So those are the five elements.  I think we

13   did great.  I think that overall, the consent

14   documents are perfect.  I think we addressed the

15   nature and character already with the modification

16   we just made.  But in terms of anticipated results,

17   desistance, persistence, and regret are mentioned

18   nowhere in the consent documents at all.  And I

19   think while historically we've through desistence

20   rates were very low, that was based on a lot of the

21   older data.  And in the last three to five years

22   now, there's much more Pace publications, much more

23   being published, and now we're seeing rates of 10 to

24   30 percent.

25              These are outcomes that if the 1 percent

Med Def_001701

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 79

1  was the standard in this case where the guy had a

2  paralysis, I think we need to at least have a little

3  bit of verbiage in these consent documents that talk

4  about the possibility.  "You could have desistance

5  that's transient, and these are the reasons why, and

6  we can see that from literature that's been

7  published.  You might be persistent in your

8  desistance.  You might decide to go back to your

9  birth gender, for example, and these are the reasons

10  why some people have done that."

11        And I think just stating that somewhere in

12  there, we're covering that important outcome.  I

13  mean, the Dutch thought this was a very important

14  outcome to consider.  That's why the Dutch in their

15  original protocol didn't do early social transition,

16  because they knew for natal males who were initially

17  the most common group to present with gender

18  dysphoria, 85 to 90 percent of them, by the time

19  adolescence, puberty came around, they didn't

20  persist.  Some of them became gay men as adults,

21  some of them had other things going on.  But it was

22  very important to them not to influence those

23  desistance rates and so they had very strict

24  criteria.

25        But now we're starting to see older kids

Med Def_001702

Page 80

1   coming with cross gender identification, some of

2   them have other psychiatric comorbidities, and the

3   rates of regret, desistance, are definitely now

4   definitely now different than what they were

5   originally reported.

6            CHAIRMAN ROMANELLO:  So Dr. Benson, do you

7   have proposed language to add?

8            DR. ACKERMAN:  And where to add it.  Should

9   this be something in the very beginning in the

10  preamble?

11           DR. BENSON:  Yeah.  But I mean, I don't

12  think this is something that's amenable to like two

13  words or three sentences.  This is a little bit more

14  complex.  But I did send it, I did include that, as

15  well, so you all should have a copy of that.  I

16  think it's basically two paragraphs, similar to the

17  length of the previous.  I fit all of this on one

18  page.

19           UNIDENTIFIED SPEAKER:  You're killing me.

20           DR. BENSON:  But there's -- it just lists,

21  you know -- but yeah, do you want me --

22           DR. KIRSH:  Dr. Benson, can I make a

23  suggestion?  I take your comments well-founded, and

24  I'm not sure though that today, in the context of an

25  emergency rule, given the time that -- the time

Med Def_001703

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 81

1   constraints that we're under, that we can give your

2   proposal adequate consideration.  And I know that

3   they don't like the word adequate.  Can we --

4              DR. ACKERMAN:  Thorough.

5              DR. KIRSH:  Can we ask you to work on some

6   proposed language which --

7              DR. BENSON:  Well, I have the language

8   already.

9              DR. KIRSH:  So is it the language that you

10  sent to the Attorney General's Office?

11             DR. BENSON:  Yeah.  Well, I sent it to I

12  think Donna and Chris.

13             ATTORNEY DIERLAM:  And just kind of I guess

14  some clarification, is I do believe we did receive

15  this language.  However, I think it was sent over to

16  us this morning.  Is that correct?

17             UNIDENTIFIED SPEAKER:  Very true.

18             ATTORNEY DIERLAM:  So I don't think that we

19  had -- I don't think the boards said they had an

20  opportunity to get it in front of members.

21             CHAIRMAN ROMANELLO:  Let me make a friendly

22  suggestion, Dr. Benson, that you continue to work

23  with the Attorney General's Office and Board staff

24  to refine that language to make it more rule worthy

25  and we will take it up under consideration in the

Page 82

1   permanent rule.

2           DR. BENSON:  Sounds good.

3           CHAIRMAN ROMANELLO:  Yeah.

4           DR. BENSON:  Makes sense.

5           DR. ACKERMAN:  Yeah.  I agree, I think it

6   needs to be in there, some statement.

7           DR. BENSON:  Yeah.  Right.

8           DR. ACKERMAN:  Not a whole page or eight

9   paragraphs.

10          DR. BENSON:  No, no.  It's not.  It's a

11  half a page.  I mean --

12          CHAIRMAN ROMANELLO:  Yeah.  And that's why,

13  I mean, I'm looking at it --

14          DR. ACKERMAN:  We should have adequate time

15  to take a look at it.

16          DR. DI PIETRO:  Mr. Chair, one other thing

17  I forgot to mention earlier, if you don't mind, my

18  preference would be for there to be initials at the

19  bottom of every page.  There's some non-signature

20  pages, like the first page is a non-signature page,

21  which is probably one of the most important pages in

22  the entire document.  And I'd like to have initials

23  -- an initial line.

24          CHAIRMAN ROMANELLO:  Makes sense.  So the

25  motion is to add initial --

Med Def_001705

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 83

 1              DR. DI PIETRO:  Yeah.  The parent --

 2              DR. ACKERMAN:  On every page.

 3              DR. DI PIETRO:  Yeah.  The parent, the

 4  minor, and then the optional second parent.

 5              CHAIRMAN ROMANELLO:  On every page of all

 6  the consent forms.

 7              DR. DI PIETRO:  Every page, yes.

 8              UNIDENTIFIED SPEAKER:  Well, adults

 9  wouldn't need the parent --

10              DR. ACKERMAN:  Yes.  Adults, as well.

11              CHAIRMAN ROMANELLO:  That's a motion by

12  Dr. Di Pietro and a second by Dr. Ackerman.  All in

13  favor?

14              (Unanimous ayes)

15              Opposed?

16              That motion carries and it will cascade

17  through all of the consent forms.

18              DR. BENSON:  And one other question I have:

19  we're all comfortable with just one parent signing

20  this document?  What if another parent was opposed

21  to it?

22              DR. ACKERMAN:  That by the legislature.

23              ATTORNEY MCNULTY:  That's by the statute.

24              ATTORNEY DIERLAM:  Yeah.  The statute

25  specifically says, "A parent or legal guardian,"

Med Def_001706

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 84

1  singular.

2          DR. BENSON:  Then we don't have to deal

3  with that.

4          ATTORNEY MCNULTY:  Correct.

5          DR. ACKERMAN:  Makes it a lot easier.

6          CHAIRMAN ROMANELLO:  Anything else on the

7  consent that begins at Bates 298 which was

8  "Feminizing Medications for Patients"?

9          DR. BENSON:  You mean the minors, right?

10          DR. ACKERMAN:  272.

11          CHAIRMAN ROMANELLO:  I'm sorry, 272.

12          DR. BENSON:  I don't have anything else.

13          CHAIRMAN ROMANELLO:  Then if not, we're

14  going to move to the consent that starts at Bates

15  284, "Masculinizing Medications for Patients with

16  Gender Dysphoria."  Again, this is a minor form.  We

17  talked about some changes that are cascading through

18  all of the forms.  Those will impact this informed

19  consent, as well.  Are there any observations in

20  addition to those which we have already made on the

21  forms?

22          Dr. Ackerman.

23          DR. ACKERMAN:  I have an observation and I

24  just need some clarity from the endocrinologists in

25  the room.  In the adult form, in the adult consent

Med Def_001707

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 85

1  for masculinization, there's a whole discussion

2  regarding the use of Finasteride that's not in the

3  pediatric form.  So you don't use it in kids?

4           DR. MORTENSEN:  Correct.  It's not

5  approved.  I haven't seen it --

6           DR. ACKERMAN:  Nothing's approved.

7  Nothing's approved.

8           DR. MORTENSEN:  That's true.

9           DR. BENSON:  I mean, I don't even -- I'd be

10 interested to hear if many people are using

11 Finasteride.  It's not been shown to be all that

12 beneficial in studies.

13          DR. ACKERMAN:  Is it for adults or for

14 minors?

15          DR. BENSON:  For -- in treatment in this

16 condition.  It's --

17          DR. ACKERMAN:  For adults or minors.

18          DR. BENSON:  Yeah.

19          DR. ACKERMAN:  Why is it -- is this being

20 used for hair growth?

21          DR. BENSON:  Because once you lower the --

22 you know, once you lower the testosterone levels,

23 what benefit is there to blocking 5-alpha-reductase

24 which can --

25          DR. ACKERMAN:  No, no.  But are you using

Med Def_001708

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 86

1  it for masculinization to promote hair growth?

2           DR. BENSON:  They actually use it for --

3  some of the patients become bald, so they give it to

4  them for that reason.

5           DR. ACKERMAN:  Right.  That's what I'm

6  saying.  It's to promote -- I'm trying to understand

7  why it's being used.  Again, as a

8  non-endocrinologist, I use it to shrink prostates.

9           DR. MORTENSEN:  Right.  You do.

10          DR. ACKERMAN:  Okay.  So why is it being

11  used here?  I assume for hair growth?

12          DR. BENSON:  Yes.

13          DR. ACKERMAN:  Propecia, right?  You spray

14  it on or something.

15          DR. BENSON:  That's the main reason.

16          DR. ACKERMAN:  And so it would be used for

17  women that want to become men --

18          UNIDENTIFIED SPEAKER:  Correct.

19          DR. ACKERMAN:  -- to give them more hair.

20          DR. BENSON:  Yes.

21          UNIDENTIFIED SPEAKER:  Correct.

22          DR. ACKERMAN:  So would you not use it for

23  girls that want to become boys?  Because they

24  already have hair.  Is that why it's not in the

25  minor section?

Med Def_001709

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 87

1              DR. MORTENSEN:  I just don't think it's

2   been used in the minor section.  So the literature

3   that I looked at, I didn't see it used as that.  I

4   don't see it in the World PATH recommendations

5   either.  The adult data is limited.  I treat women

6   with PCOS and adolescents with PCOS and elevated --

7              DR. ACKERMAN:  PCOS?

8              DR. MORTENSEN:  Polycystic Ovarian

9   Syndrome.

10             DR. ACKERMAN:  Uh-huh (affirmative).

11             DR. MORTENSEN:  And elevated androgens can

12  cause male pattern baldness, which is what this

13  population can be experiencing.  Not all of them,

14  but a subset.  So they were using it as an adjunct

15  therapy to try to prevent the side effect of using

16  high doses of testosterone.  But they haven't really

17  looked at it in children, so I haven't seen any

18  literature that it was being used in anyone under

19  the age of 18.

20             DR. ACKERMAN:  Okay.

21             DR. MORTENSEN:  Which is why I didn't

22  include it.

23             DR. BENSON:  Yeah.  And I have a related

24  question about it, too.  Are you done with this

25  point or are you still --

Med Def_001710

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 88

1            DR. ACKERMAN:  Yeah.  Well, I'd be

2  interested in hearing from the public in a second if

3  they have been using it --

4            DR. BENSON:  I would, too.

5            DR. ACKERMAN:  -- as a pediatric --

6            DR. BENSON:  I have another question

7  related to that.  Cyproterone acetate has been

8  mentioned.  It is.  It's in Bates -- what is it --

9  298.  But that's not even available in the United

10  States.  That drug is not --

11            CHAIRMAN ROMANELLO:  Wait, that's the next

12  form.

13            DR. BENSON:  Yeah, I know.  I'm just

14  saying.  But if we're going to ask the public for

15  comment, I'd be curious to know.

16            CHAIRMAN ROMANELLO:  Got it.

17            DR. BENSON: Are people getting it from

18  Canada?  Is this commonly being used?

19            DR. ACKERMAN:  What drug is it?

20            DR. BENSON:  Cyproterone acetate.

21            DR. ACKERMAN:  Oh, it's the adult form of

22  the --

23            DR. BENSON:  It's not available in the

24  United States.  It's not available.  At least it's

25  not available through the routine channels.

Med Def_001711

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 89

1              DR. ACKERMAN:  Canadadrugs.com.

2              CHAIRMAN ROMANELLO:  So let me try and

3     corral us back to the question at hand which is

4     comments or proposed --

5              DR. BENSON:  I do.  I have a comment.

6              CHAIRMAN ROMANELLO:  Dr. Benson.

7              DR. BENSON:  So I think this consent form

8     is based on a little bit older -- because oral

9     testosterone now is FDA approved.  We've got three

10    different oral testosterones available.  I don't

11    know how commonly that's already being used but at

12    the Endocrine Society just this last week, there was

13    a lot of discussion about it.  Earlier forms of

14    testosterone had a lot of more liver toxicity.

15    These newer versions, much, much safer.  But we're

16    talking about mostly transdermal, injectable, but we

17    don't mention oral.  But I think it's going to

18    become increasingly more common --

19             CHAIRMAN ROMANELLO:  So where would the

20    proposed change for that be?

21             DR. BENSON:  Well, it's Bates 284, "How is

22    testosterone taken?"

23             I don't know.  Monica, what do you think

24    about that, Monica?

25             DR. MORTENSEN:  Well, we're looking at the

Med Def_001712

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 90

1  minor forms, and that might be relevant for the

2  adult forms but --

3           DR. BENSON:  Or older adolescents.

4           DR. MORTENSEN:  Right.  But this is -- I

5  mean, I went to Endocrine Society, but I didn't know

6  everybody is using it for that.  You could change

7  some of the verbiage in there because it says it's

8  typically not given in pill form, but you could just

9  change it that it may be available in pill form.

10          DR. BENSON:  Yeah.  Something like that.

11          DR. MORTENSEN:  And just change the

12 verbiage that way.

13          DR. DI PIETRO:  And just out of curiosity,

14 you never use like -- like in adults we'll use gel

15 and things like -- that's never used?

16          DR. BENSON:  No.  It's used sometimes in

17 kids but it's difficult sometimes because I've had

18 patients who were using AndroGel, get it on their

19 hands or whatever, hug their mother, hug their

20 sister, then you've got a sibling with a bone age of

21 12 and they're 6 years old.

22          DR. ACKERMAN:  Well, I guess we should have

23 all that covered in there.  It should not just be

24 the injection, it should be the gel and the pills.

25          DR. DI PIETRO:  Or just various forms of

Med Def_001713

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 91

1  testosterone?

2           DR. MORTENSEN:  You can add it.  It's just

3  it's not typically used in like the induction of

4  male puberty for what pediatric endocrinologists

5  usually do.  Because you can't --

6           DR. BENSON:  And there aren't doses

7  appropriated for lower --

8           DR. MORTENSEN:  -- dose is very

9  specifically with the pump.

10           DR. ACKERMAN:  And it does say here

11  "Usually injected, typically" --

12           CHAIRMAN ROMANELLO:  Yeah.  I was going to

13  say it's not that you could not administer oral

14  testosterone, it just says it's typically not given

15  in pill form.

16           DR. ACKERMAN:  Or the gel.

17           CHAIRMAN ROMANELLO:  Or the gel.

18           DR. BENSON:  Yeah.

19           DR. DI PIETRO:  Okay.  Then I'm fine with

20  it.

21           DR. BENSON:  Just leave it then.

22           ATTORNEY MCNULTY:  Just leave it?

23           DR. KIRSH:  But maybe the bigger point we

24  could give some further consideration to this in the

25  permanent rule?  Clean it up a little bit.

Med Def_001714

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 92

1           DR. BENSON:  Yeah.  I think that's
2   reasonable.  I mean, it does say, "Typically, it's
3   not given," so it doesn't rule out the possibility
4   that it could --

5           ATTORNEY MCNULTY:  So, Dr. Benson, are you
6   suggesting leave it as is for now?

7           DR. BENSON:  Yeah.  Just leave it as is.

8           DR. DERICK:  I have another comment.

9           CHAIRMAN ROMANELLO:  Dr. Derick.

10          DR. DERICK:  Page Bates 286.  This is a --
11   just to be consistent.  "Summary of testosterone
12   benefits and risks."  One of the benefits is,
13   "Appear more like a man."  Just "appear more
14   masculine."

15          UNIDENTIFIED SPEAKER:  Yes.

16          DR. DERICK:  "A masculine appearance."

17          ATTORNEY MCNULTY:  And those changes will
18   be made throughout the forms, Dr. Derick.  I think
19   you all -- that's what you all decided, right?

20          DR. BENSON:  I mean, I like the wordage as
21   it is.  You know, I think for kids that are reading
22   this, it's important for them to have simple words
23   as much as possible.

24          DR. ACKERMAN:  But it doesn't say male.

25          DR. DERICK:  Yeah.  I just don't like the

Med Def_001715

Joint Rules/Legislative Committee Meeting
June 23, 2023

1   word male and female.  Man, woman, masculine,

2   feminine, fine.  Male, female, no.  So I'm okay with

3   it saying, "appear more like a man."  That's fine

4   with me, just not "like a male."

5              DR. BENSON:  Okay.

6              DR. DERICK:  It's just a pet peeve.

7              DR. ACKERMAN:  Although you could say in

8   the risk the "male pattern baldness," that's

9   actually -- we have that there.

10             EXECUTIVE DIRECTOR VAZQUEZ:  Question.  Is

11  there a desire to be consistent throughout the

12  documents because we have it two different ways now.

13             DR. BENSON:  Paul, could you clarify that?

14             EXECUTIVE DIRECTOR VAZQUEZ:  Well, we went

15  to masculine and feminine in one place and now we're

16  going to have man and --

17             DR. ACKERMAN:  No.  It says --

18             UNIDENTIFIED SPEAKER:  Male and female to

19  masculine and feminine.

20             EXECUTIVE DIRECTOR VAZQUEZ:  We changed

21  male and female to masculine and feminine and we're

22  going to -- it's the same statement.  That

23  "Testosterone may be prescribed to make a minor

24  look" -- we said, "less masculine and more

25  feminine," in the other one.

Med Def_001716

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 94

 1                    DR. ACKERMAN:  I know.  But this doesn't

 2    say male.

 3                    CHAIRMAN ROMANELLO:  This doesn't say male

 4    or female.

 5                    DR. ACKERMAN: We took the male and female.

 6                    EXECUTIVE DIRECTOR VAZQUEZ:  So we're going

 7    to use masculine and feminine in one place and man

 8    and woman in another?

 9                    DR. ACKERMAN:  Yes.

10                    EXECUTIVE DIRECTOR VAZQUEZ:  Okay.  That's

11    fine.  Just clarifying.

12                    DR. ACKERMAN:  Just not use the word male

13    or female, because that's not necessarily human.

14                    EXECUTIVE DIRECTOR VAZQUEZ:  Correct.

15                    UNIDENTIFIED SPEAKER:  You don't need to

16    change it.

17                    DR. ACKERMAN:  Don't need to change it.

18                    UNIDENTIFIED SPEAKER:  Don't need a change.

19                    DR. ACKERMAN:  Nope.

20                    CHAIRMAN ROMANELLO:  Anything else?

21                    DR. ACKERMAN:  Now, I just want to point

22    out, we are using the word male in the next column

23    under "Risks," but that's a clinical diagnosis of

24    male pattern baldness.

25                    UNIDENTIFIED SPEAKER:  Right.

Med Def_001717

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 95

1          DR. ACKERMAN:  So that's allowed to be used

2   there.

3          DR. DI PIETRO:  It should be hyphenated.

4          DR. ACKERMAN:  Not man pattern baldness.

5          CHAIRMAN ROMANELLO:  Why did you look at me

6   when you said that?

7          DR. ACKERMAN:  Well --

8          CHAIRMAN ROMANELLO:  Anything else on this

9   form?

10          DR. ACKERMAN:  I've got Kirsh -- Kirsh is

11   in my eyes, too.

12          CHAIRMAN ROMANELLO:  Dr. Benson.

13          DR. BENSON:  So I don't remember which

14   meeting it was at, but someone came forward and

15   spoke about their personal experience with extreme

16   vaginal dryness that led to painful like intercourse

17   and they had like ulcers and abscesses in the pelvic

18   related to that.  Just saying vaginal dryness, if --

19   and I looked at actually some consents from some

20   other studies that have been done.

21          It's Bates 287 under "The following changes

22   could be permanent but may not improve if I stop

23   taking testosterone."  The last three are, "More

24   muscle mass and strength, more sexual interests."

25   But if people have typical penetrative sex, there's

Med Def_001718

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 96

1  a risk for very thin vagina --

2          DR. ACKERMAN:  Right.  Dyspareunia.

3          DR. BENSON:  Yeah.  For dyspareunia and

4  tears and et cetera that can lead to infections and

5  the like.  I think we should just be a little more

6  granular with that.  I wasn't even aware of that, at

7  the time, happening.  And after that was said, I

8  started reading about it and this has been reported

9  a few times.

10          CHAIRMAN ROMANELLO:  So do we have proposed

11  language then?  What would you add?

12          DR. ACKERMAN:  He wants to add a few more

13  bullets.

14          DR. BENSON:  "Painful penetrative

15  intercourse," or something like that.

16          CHAIRMAN ROMANELLO:  Under the last dot

17  point?

18          DR. BENSON:  "Abscess infection."

19          ATTORNEY MCNULTY:  Wait, you're going --

20          CHAIRMAN ROMANELLO:  So on Bates 287.

21          ATTORNEY MCNULTY:  Right.

22          CHAIRMAN ROMANELLO:  The last dot point

23  that is "vaginal dryness," we're going to add --

24          DR. BENSON:  "Which could lead to painful

25  penetrative intercourse, infections, et cetera," you

Med Def_001719

Page 97

1  know.

2              CHAIRMAN ROMANELLO:  Not et cetera.

3              ATTORNEY MCNULTY:  "Which could lead to" --

4              UNIDENTIFIED SPEAKER:  What about just

5  saying "vaginal dryness which may lead to tearing --

6  which increases the risk of tearing"?

7              DR. BENSON:  Well, what I think that they

8  need to be aware of is that the vagina itself

9  becomes thinner and they're more at risk for tears

10  and infections if they have, you know --

11              DR. ACKERMAN:  Yeah.  "Vaginal dryness,

12  vaginal tearing, vaginal pain, vaginal infections."

13              DR. BENSON:  Painful intercourse.

14              DR. DI PIETRO:  Painful intercourse.  Yeah.

15              DR. ACKERMAN:  Got all those?

16              ATTORNEY MCNULTY:  Nope.  You guys are

17  going to need to tell us the exact language wish.

18              DR. ACKERMAN:  Okay.  It has vaginal

19  dryness.

20              ATTORNEY MCNULTY:  We've got that.

21              DR. ACKERMAN:  So vaginal pain --

22              UNIDENTIFIED SPEAKER:  "Vaginal dryness

23  which may lead to" --

24              DR. ACKERMAN:  No.  You don't need to say,

25  "may lead to," just additional bullets.

Med Def_001720

Page 98

 1            DR. BENSON:  Yeah.  Just bullets.

 2            DR. ACKERMAN:  "Vaginal pain, vaginal

 3  tearing, vaginal bleeding, painful intercourse,

 4  vaginal infection."

 5            DR. BENSON:  Yeah.

 6            DR. ACKERMAN:  I'll say it again, "Vaginal

 7  pain, vaginal tearing, vaginal infection, vaginal

 8  bleeding, painful intercourse."

 9            CHAIRMAN ROMANELLO:  That's a motion by

10  Dr. Ackerman.  Second by Dr. Benson.  All in

11  favor --

12            ATTORNEY MCNULTY:  Wait, wait.  We don't

13  have --

14            DR. ACKERMAN:  Pain.

15            ATTORNEY MCNULTY:  We have pain.

16            DR. ACKERMAN:  Tearing, bleeding.

17            ATTORNEY MCNULTY:  Bleeding.

18            DR. ACKERMAN:  Infection.  Those all are

19  vaginal whatever.  And then finally, painful

20  intercourse.  Pain, bleeding, tearing, infection,

21  and painful intercourse.

22            DR. BENSON:  I think that's great.  Yeah.

23            DR. ACKERMAN:  Do our lawyers understand

24  that?

25            ATTORNEY DIERLAM:  Yes, we do.

Med Def_001721

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 99

1              CHAIRMAN ROMANELLO:  Again, that's a motion

2  by Dr. Ackerman, seconded by Benson.  All in favor?

3              (Unanimous ayes)

4              Opposed?

5              Motion carries.  Anything else on this

6  form?

7              ATTORNEY MCNULTY:  And would this be

8  transferred to any similar -- wherever that is for

9  any form, correct?

10              CHAIRMAN ROMANELLO:  Yes.

11              DR. BENSON:  I did want to -- I really

12  actually like the wording at Bates 290.  It's in the

13  second big box, the bottom where it just discusses

14  that "The prescribing physician is required to

15  monitor the minor for any side effects during

16  treatment."  I think that's really, really good.

17  "The undersigned parents are encouraged also to

18  report."  I think it's important that, you know,

19  this is stated.

20              CHAIRMAN ROMANELLO:  Yep.  Any other

21  proposed modifications or observations on this form?

22              Hearing none, we're going to move to the

23  next consent form which is at Bates 298.

24              UNIDENTIFIED SPEAKER:  (Indiscernible)

25              CHAIRMAN ROMANELLO:  No.  We're doing the

Med Def_001722

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 100

1    consents.

2              The next is the consent form found at page

3    298, which is titled "Feminizing Medications for

4    Patients with Gender Dysphoria."  This is the adult

5    form.  Again, recognizing that all the changes that

6    we've previously made have cascaded through to these

7    forms, are there any observations or proposed

8    changes that are specific to this informed consent

9    form?

10             DR. DERICK:  So Bates 300, this is for

11   adults.  It says, "The specific requirements for you

12   to receive and continue therapy include the

13   following."  You know, there are -- these are adults

14   who are currently undergoing therapy, or possibly

15   new people who would be starting it.  But like

16   evaluation every three months, or if we change it to

17   six months, you know, in perpetuity, I think if

18   someone is stable on these medications, it might be

19   an overkill to be so prescriptive in the frequency

20   of the visits that they need to have.

21             I mean, if someone starts it, maybe it

22   could be for the first year or two and then the

23   physician could decide after that.  But to me, if

24   someone has been stable on a medication for 10

25   years, to have to come every 3 months for an

Med Def_001723

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 101

 1  evaluation seems --

 2          CHAIRMAN ROMANELLO:  This is on number

 3  nine, Dr. Derick?

 4          DR. DERICK:  Yeah.  That's just an example.

 5  And you know, suicide risk assessment for someone

 6  who has been stable on these treatments for years --

 7          DR. ACKERMAN:  And remember, these are

 8  adults now.  So the other ones were kids, and so --

 9          DR. DERICK:  Yeah.  This is the adults.

10          DR. ACKERMAN:  I think under the age of 18,

11  I think they should be seen every 3 months.  But I

12  agree 100 percent with Dr. Derick.  Every 3 months

13  is a bit --

14          CHAIRMAN ROMANELLO:  So is there a proposal

15  to modify that language?

16          DR. DERICK:  I feel like -- I feel like if

17  someone has been in therapy and are continuing

18  therapy at the time this consent form is signed, I

19  don't think we should be prescriptive at all with

20  the follow up.  I think they should have the

21  follow-up as they normally would do.  I think if

22  someone's newly placed as an adult on these

23  medications then perhaps, we should consider

24  modifying it to every six months for like a finite

25  period of time.  Because otherwise, you know, if it

Med Def_001724

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 102

1  seems -- you know, you obviously want to have follow

2  up with these treatments but, you know, four times a

3  year for the rest of life seems --

4          DR. ACKERMAN:  Suicidal risk assessment

5  every three months for the rest their life --

6          DR. DERICK:  Yeah.  I mean, it's --

7          DR. ACKERMAN:  -- is ridiculous.

8          DR. BENSON:  I mean, can I just read from

9  the Endocrine Society Guidelines on this?

10          CHAIRMAN ROMANELLO:  Sure.

11          DR. BENSON:  They say, "Every three months

12  the first year," this is for both male and female.

13  And then "one to two times per year to monitor for

14  appropriate signs of virilization or feminization,

15  et cetera, and to monitor for adverse outcomes."  So

16  that's what they say is --

17          DR. ACKERMAN:  For how long?

18          DR. BENSON:  Every three months the first

19  year of an adult starting this treatment and then

20  one --

21          DR. ACKERMAN:  Semiannually for how long?

22          DR. BENSON:  -- to two times a year after

23  that.

24          DR. ACKERMAN:  One to two times a year

25  after that.

Med Def_001725

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 103

1           DR. BENSON:  Uh-huh (affirmative).

2           DR. ACKERMAN:  Okay.

3           DR. DERICK:  And this is for people who are

4  newly on the medication, this isn't for a patient

5  who has been on it for 10 years --

6           DR. ACKERMAN:  I agree, 100 percent.

7           DR. DERICK:  -- and then has to have a

8  bunch of visits that seem unnecessary if they're

9  stable.

10          DR. ACKERMAN:  I'd make the motion that we

11 change it to use Dr. Benson's language --

12          DR. BENSON:  To be consistent with the --

13          DR. ACKERMAN:  -- so that they undergo an

14 evaluation by the prescribing physician or their --

15 whatever we said before -- at least every three

16 months for the first year and --

17          DR. MORTENSEN:  Returning induction.

18 Because if you're switching providers --

19          CHAIRMAN ROMANELLO:  Hold on.  So we're

20 talking about now Bates 300.

21          DR. ACKERMAN:  Correct.

22          CHAIRMAN ROMANELLO:  Number nine,

23 "Undergoes an evaluation by a prescribing physician

24 at least every three months."

25          ATTORNEY MCNULTY:  I thought you were

Med Def_001726

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 104

1  talking about number 10, the suicide risk.  Are you

2  talking --

3            CHAIRMAN ROMANELLO:  We're getting there,

4  Donna.

5            DR. ACKERMAN:  We'll get there, Donna.

6            CHAIRMAN ROMANELLO:  So let's talk about

7  number nine.

8            ATTORNEY MCNULTY:  Okay.  So number nine.

9            CHAIRMAN ROMANELLO:  Thank you.  Let's talk

10  about number nine.

11            ATTORNEY MCNULTY:  All right.

12            CHAIRMAN ROMANELLO:  And the proposal is to

13  modify number nine to Dr. Benson.

14            Want to read us the language?

15            DR. BENSON:  "Evaluate patient every three

16  months in the first year, and then one to two times

17  per year to monitor for appropriate clinical

18  changes," or something.

19            DR. ACKERMAN:  Well, just say, "then once

20  to twice a year thereafter."

21            CHAIRMAN ROMANELLO:  Do our lawyers have

22  that?

23            DR. ACKERMAN:  Dr. Mortensen was just

24  saying something.  I caught her saying it, but I

25  don't know what she was saying about induction.  You

Med Def_001727

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 105

1  want to --

2              DR. MORTENSEN:  Yeah.  Because initially

3  you had said -- the way you had worded it, but then

4  Dr. Benson said initially.

5              DR. ACKERMAN:  Okay.

6              DR. MORTENSEN:  So when you're being

7  induced through these medicines, you need in the

8  first year to be seen more frequently, because your

9  doses are going to have to be adjusted.  But then if

10 you change providers and you're already on stable

11 treatment, you wouldn't need to be seen every three

12 months because you're already on that medication.

13 So it's just during induction that you would need

14 that.

15             DR. ACKERMAN:  If we're putting a rule --

16             DR. MORTENSEN:  But the way that he -- the

17 way that he --

18             DR. ACKERMAN:  I think as a responsible

19 provider, if you have a new patient that wasn't

20 yours before, you would want to see that patient

21 more often once a year.  If you're inheriting

22 somebody, even if they've been on the same

23 medications for 10 years, if I'm inheriting someone,

24 I see them more often for the first year because I

25 don't know them.

Med Def_001728

Joint Rules/Legislative Committee Meeting
June 23, 2023

1          DR. MORTENSEN:  I would do.

2          DR. BENSON:  Absolutely.  I agree with you.

3   In God I trust, everybody else, show me the data.

4          DR. ACKERMAN:  Right.  So as a rule, we

5   don't have to say that.  So Dr. Benson, initially,

6   number nine, "Undergoes evaluation by a prescribing

7   physician or their designate every three months for

8   the initial year, and then at least annually

9   thereafter."

10         CHAIRMAN ROMANELLO:  There's the motion.

11  Is there a second?

12         DR. KIRSH:  Second.

13         CHAIRMAN ROMANELLO:  Dr. Kirsh seconds.

14  All in favor?

15         (Unanimous ayes)

16         Opposed?

17         Motion passes.

18         DR. ACKERMAN:  And then I would use the

19  same language for bullet 10.

20         CHAIRMAN ROMANELLO:  Now for number 10,

21  Dr. Benson, you want to read us from the --

22         DR. BENSON:  As far as suicide risk?

23         CHAIRMAN ROMANELLO:  Yeah.

24         DR. BENSON:  They don't specifically say

25  that.  But I think, I mean, that's a major, major

Med Def_001729

Page 107

1  risk.  I think, you know, you want to definitely

2  make sure that people are being monitored for that.

3  And the long-term studies --

4          DR. ACKERMAN:  Well, how often?  We have

5  every three months.

6          DR. BENSON:  I think what we have here is

7  -- maybe -- you know, like maybe you want to do a

8  range, but I think -- I don't see anything specific

9  in here in terms of that, but --

10          DR. ACKERMAN:  Then why can't we just say

11  the same thing?  "Every three months, initially, and

12  then at least annually thereafter."

13          CHAIRMAN ROMANELLO:  Okay.  Is that a

14  motion?

15          DR. ACKERMAN:  Yes, sir.

16          CHAIRMAN ROMANELLO:  Is there a second?

17          DR. KIRSH:  Second.

18          DR. DI PIETRO:  Second.

19          CHAIRMAN ROMANELLO:  Dr. Kirsh,

20  Dr. Di Pietro.

21          All in favor?

22          (Unanimous ayes)

23          Opposed?

24          Motion carries.  Anything else on this

25  form?

Med Def_001730

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 108

1            DR. BENSON:  Well, this is the form that

2    has the Cyproterone acetate on Bates 298 and the

3    Finasteride discussion.  I don't know if --

4            DR. ACKERMAN:  Where did staff get that

5    from?  Is it not available --

6            DR. BENSON:  It's at the very bottom in the

7    last two paragraphs.

8            DR. ACKERMAN:  -- in the United States or

9    is it illegal?

10            DR. DI PIETRO:  It's not available.

11            DR. BENSON:  It's not available.  I don't

12    think the FDA -- I don't think it's even approved.

13    It's not an approved treatment.  It's not available.

14            DR. ACKERMAN:  So if it's not available, we

15    shouldn't even have it in there.

16            DR. BENSON:  I think it's available in

17    Canada, but I don't know for sure.

18            DR. MORTENSEN:  I left it on there only

19    because when I was searching, you can buy these

20    things from Canada, and you can buy certain things

21    without prescriptions.  So I just wanted to make

22    sure that if they were looking at it, they were

23    aware of the risks.

24            DR. DERICK:  You know, the public has been

25    so great with listening and allowing us to go

Med Def_001731

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 109

1  through these details and maybe they can speak to

2  that when we're done with it if they are receiving

3  those medications.

4              DR. ACKERMAN:  But if it's something that

5  can't be prescribed by a physician, I don't think it

6  should be in this form.

7              CHAIRMAN ROMANELLO:  Right.

8              DR. ACKERMAN:  If it's something that a

9  Florida licensed physician cannot prescribe, it

10  shouldn't be in this form.

11             CHAIRMAN ROMANELLO:  Agreed.

12             DR. MORTENSEN:  Well, maybe you could just

13  add, "This is not prescribed in the United States."

14  Because maybe when they're doing their research

15  they're saying, "How come you're not prescribing me

16  this?"  And you could say, "Well, because of the

17  side effects and it's not available in the United

18  States."

19             CHAIRMAN ROMANELLO:  Dr. Mortensen, let's

20  hold and wait until we hear if there are any public

21  comments around this issue.

22             DR. ACKERMAN:  Yeah.  Keep track of the

23  issues that we want, because I think I'd like to

24  call on those people that maybe can speak to that

25  first when we do public comments.  This and there

Med Def_001732

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 110

1    was something else about youth using Finasteride and

2    whatever else there was, I can't remember.

3                DR. MORTENSEN:  We'll talk about the pill

4    version of that.

5                DR. ACKERMAN:  The pill version of

6    testosterone.  These are things that --

7                CHAIRMAN ROMANELLO:  Anything else on this

8    form?

9                DR. ACKERMAN:   I saw also here that

10   Casodex Bicalutamide is on here, wasn't on the kids

11   form.  Matt, do you want to --

12               DR. BENSON:  Say it -- I'm sorry, I was

13   reading something else.

14               DR. ACKERMAN:  Bicalutamide --

15               DR. BENSON:  Bicalutamide, yes.

16               DR. ACKERMAN:  -- is on here.  It was not

17   on the kid's form.  Is that correct or was it there,

18   too?

19               DR. BENSON:  Yeah.  I mean, there's some --

20   there's some experience.  I've prescribed

21   Bicalutamide to kids with testotoxicosis.

22               DR. ACKERMAN:   Was it on the kid's form?

23               DR. BENSON:  No.  It wasn't on the kid's

24   form and it's one of those things that I don't think

25   it's being routinely used.

Med Def_001733

Joint Rules/Legislative Committee Meeting
June 23, 2023

 1                DR. ACKERMAN:  Do we need to put it on the

 2  kid's form?  I don't want to make things more

 3  complicated if -- this is just the preamble, anyway,

 4  so it's not that --

 5                DR. BENSON:  I -- you know --

 6                DR. MORTENSEN:  Maybe we can see from

 7  public comment who's using it.

 8                DR. BENSON:  Yeah.  I'd probably wait.

 9  Maybe we can hear from the public about Bicalutamide

10  in children, and then Finasteride and Cyproterone

11  acetate in the adults.

12                CHAIRMAN ROMANELLO:  All right.  So using

13  that as a placeholder for further discussion, we're

14  going to move on to the informed consent proposed

15  form found at Bates 308.  "Testosterone Treatment

16  for Patients with Gender Dysphoria."

17                Again, recognizing that the changes that we

18  previously made on the forms will kind of flow

19  through to these forms, does anybody have any

20  additional comments or proposed modifications to

21  this form?

22                DR. DI PIETRO:  My only question is -- and

23  I guess for Dr. Benson and Dr. Mortensen,

24  testosterone, since it's a controlled substance,

25  usually the provider has them come in more than

Med Def_001734

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 112

1  annually.  So I don't know if we need to change the

2  verbiage based upon the sheer fact it's a controlled

3  substance, or do we just leave it as is and then

4  it's up to the physician to understand the rules of

5  opiate -- you know, not opiate but controlled

6  substance prescribing in the state?

7            EXECUTIVE DIRECTOR VAZQUEZ:  Right.  And I

8  think to that point, it's important to point that

9  out that all of the remaining standard of care

10  elements --

11            DR. DI PIETRO:  Fair.

12            EXECUTIVE DIRECTOR VAZQUEZ:  -- all the

13  other standards that relate to the practice of

14  medicine, even if it's involving gender dysphoria,

15  would still apply.  This rule would not alleviate

16  any of those obligations or requirements at any

17  point.

18            DR. DI PIETRO:  Then I'm okay with leaving

19  it as is.  Just I wanted to be on the record with

20  saying it is a controlled substance, so normally

21  it's at least every six months for controlled

22  substances.

23            UNIDENTIFIED SPEAKER:  Very good point.

24            CHAIRMAN ROMANELLO:  Any other observations

25  or proposed edits to this form?

Med Def_001735

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 113

1           DR. BENSON:  We're talking about 308 and

2   after, right?

3           CHAIRMAN ROMANELLO:  Yes.

4           DR. BENSON:  Let's look through.  I

5   highlighted a couple of things, but I don't think --

6   we have the vaginal dryness issue here, again.

7   Might be good to use the same word verbiage that we

8   used with the pediatric one.

9           CHAIRMAN ROMANELLO:  Okay.  So that's a

10  motion by Dr. Benson.

11          DR. BENSON:  It's on Bates 312.

12          CHAIRMAN ROMANELLO:  Yep.

13          DR. DI PIETRO:  I actually have one

14  addition.  On -- sorry -- on Bates 310.

15          CHAIRMAN ROMANELLO:  Well, let me take up

16  Dr. Benson's proposal on --

17          DR. DI PIETRO:  Oh, I'm sorry.

18          CHAIRMAN ROMANELLO:  -- Bates 312.  Bates

19  312 at the top, we have vaginal dryness, and the

20  motion is to include the previous language.  Tears

21  -- so that's a motion by Dr. Benson.  A second by --

22          DR. MORTENSEN:  Second.

23          CHAIRMAN ROMANELLO:  -- Dr. Mortensen.  All

24  in favor?

25          (Unanimous ayes)

Med Def_001736

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 114

1              Opposed?

2              Motion passes.

3              Dr. Di Pietro.

4              DR. DI PIETRO:  I've got to find my page

5    again now, sorry.  On Bates 310, "Who should not

6    take," and then "It should be used with caution and

7    only after full discussion of risks by anyone who"

8    -- we need to add on there family history of --

9    actually, no, blood clot works.  Never mind.  I was

10   going to say pulmonary embolism, but blood clot

11   covers that.  Scratch that.

12             CHAIRMAN ROMANELLO:  Okay.  Yep.

13             ATTORNEY MCNULTY:  Mr. Romanello, there's

14   one on page 312 when you have a chance.

15             CHAIRMAN ROMANELLO:  Ms. McNulty, yes.

16             ATTORNEY MCNULTY:  Thank you.  I think this

17   clarification needs -- the very last box on page 312

18   says, "Taking more testosterone than prescribed

19   could/may/will increase/will not" -- I mean, that is

20   awkward.  I don't know what it should be.  That's

21   the way the form is reading.

22             CHAIRMAN ROMANELLO:  "Taking testosterone

23   more than prescribed" --

24             ATTORNEY MCNULTY:  "Could or may."

25             CHAIRMAN ROMANELLO:  -- "could" -- oh,

Med Def_001737

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 115

1  "could or may."

2            ATTORNEY MCNULTY:  Maybe just both could

3  and may?

4            UNIDENTIFIED SPEAKER:  And get read of

5  wills?

6            ATTORNEY MCNULTY:  That way it just goes

7  "will increase health" --

8            CHAIRMAN ROMANELLO:  "May increase health

9  risks, may not make changes happen more quickly."

10            DR. MORTENSEN:  So I would just eliminate

11  the words "could" and "may."

12            ATTORNEY MCNULTY:  Yeah.

13            DR. MORTENSEN:  So that way it's "taking

14  more testosterone prescribed will increase health

15  risks, will not make changes."

16            CHAIRMAN ROMANELLO:  Motion by

17  Dr. Mortensen.

18            DR. DI PIETRO:  Second.

19            CHAIRMAN ROMANELLO:  Second by Di Pietro.

20  All in favor?

21            (Unanimous ayes)

22            Opposed?

23            Motion carries.

24            ATTORNEY MCNULTY:  Thank you.

25            CHAIRMAN ROMANELLO:  Thank you,

Med Def_001738

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 116

1  Ms. McNulty.  Anything else on this form?

2          Hearing nothing more on this form, going to

3  go to the form found at Bates 317.  "Surgical

4  Treatment for Adults with Gender Dysphoria."  Again,

5  we've made all the changes that are going to flow

6  through tot his form.  Any further proposed

7  modifications, or observations, or proposed changes

8  here?

9          DR. BENSON:  I think --

10          CHAIRMAN ROMANELLO:  Dr. Benson.

11          DR. BENSON: -- one of the things that we're

12  starting to learn about vaginoplasty in people who

13  are blocked in earlier puberty is that the penile

14  tissue with which they use to surgically create a

15  vagina can sometimes be too small.  So they then go

16  to other tissue sources now, like the colon, to

17  create a vagina.  And so this is just a, if you've

18  been blocked from early on, you know, it can be a

19  much more difficult procedure and more risks of

20  major complications.  So it may be good to have some

21  verbiage in here regarding that.  That if you were

22  blocked from early on in puberty, your penile tissue

23  may be --

24          DR. ACKERMAN:  Inadequate.

25          DR. BENSON:  -- inadequate for the surgical

Med Def_001739

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 117

 1  procedure.  And then I'm sure that, you know, that

 2  would be discussed by the surgeon and everything,

 3  but it's -- do you see where that is, Bates 317?

 4  It's under "Vaginoplasty."

 5            ATTORNEY MCNULTY:  Maybe not sufficient

 6  versus inadequate?

 7            DR. BENSON:  Insufficient.

 8            ATTORNEY MCNULTY:  Insufficient.

 9            DR. BENSON:  Yeah.

10            UNIDENTIFIED SPEAKER:  "May not be

11  sufficient."

12            DR. DERICK:  Can you tell me one more time

13  where you are on the document?

14            DR. BENSON:  Bates 317 under

15  "Vaginoplasty."  There's bullets under "Genital or

16  bottom surgery.  Orchiectomy, vaginoplasty,

17  phalloplasty."

18            ATTORNEY DIERLAM:  And can you just one

19  more time read in the proposed sentence?  I guess

20  you're talking about adding a sentence under the

21  "Vaginoplasty"?

22            DR. BENSON:  "For those of you who are

23  treated with puberty blockers in childhood, an

24  additional complication of this surgery could be

25  related to inadequate penile tissue which may

Med Def_001740

Joint Rules/Legislative Committee Meeting
June 23, 2023

1  necessitate the use of" -- sorry.  I know, I do this

2  on a daily -- well, not surgery, but -- "treatment

3  with puberty blockers can lead to insufficient

4  penile tissue that may necessitate the use of

5  other" --

6              DR. ACKERMAN:  Tissue sources.

7              DR. BENSON:  -- "tissue sources, such as

8  the colon to create a vagina."  Or something like

9  that.

10             ATTORNEY MCNULTY:  Well, we need the

11  precise language.

12             UNIDENTIFIED SPEAKER:  They're not as good

13  and fast as like Dragon or anything, so you got to

14  get a little bit more deliberate.

15             ATTORNEY MCNULTY:  So "can lead to

16  insufficient penile tissue" --

17             DR. BENSON:  "That would necessitate the

18  use of other tissues such as the colon to create a

19  vagina."

20             Monica, any suggestions there?

21             DR. MORTENSEN:  I think that seems

22  reasonable.

23             DR. BENSON:  You know, I don't know if it

24  would be -- if this is kosher, or if it could ever

25  happen but is it possible that -- I'm not a

Med Def_001741

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 119

1  urologist, I'm not a surgeon.  Is it possible that

2  we could ever have a -- two or three people that do

3  this for a living to actually, at some point, look

4  at it and make sure that it's as robust as possible

5  for the surgeons that --

6          CHAIRMAN ROMANELLO:  We're going to come

7  back and do a permanent rule.  This is an emergency

8  rule.

9          DR. BENSON:  Okay.

10          CHAIRMAN ROMANELLO:  And we will start this

11  process all over again and have public comment

12  again.

13          DR. DI PIETRO:  When that happens, I have a

14  contact in Miami, and this is her sole job --

15          CHAIRMAN ROMANELLO:  We can invite those

16  folks.  Yeah.

17          DR. DI PIETRO:  -- is gender dysphoria

18  surgery, so I'm happy to invite her.

19          DR. ACKERMAN:  We've invited some of these

20  people in the past --

21          CHAIRMAN ROMANELLO:  We have.

22          DR. ACKERMAN:  -- and they've chosen not to

23  participate.

24          CHAIRMAN ROMANELLO:  So I want to -- Bates

25  317, the dot point "Vaginoplasty."  Dr. Benson's

Med Def_001742

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 120

1  motion is to add language at the end of that dot

2  point that reads --

3            Mr. Dierlam.

4            ATTORNEY DIERLAM:  I believe that this may

5  be -- I think I have it.  Please correct me if I'm

6  wrong, Mr. Benson.  I believe it was, "Continued

7  treatment with puberty blockers may result in

8  insufficient penile tissue that could necessitate

9  the use of other tissues to create a vagina."

10           DR. BENSON:  What I would say, "For those

11  of you who may have been treated with puberty

12  blockers, or, you know, as a child, this is when

13  it's an issue."  It's not typically an issue if you

14  started transition at 16 or 17.  It's not an issue

15  then.  It's an issue if you started puberty blockers

16  as a young child like 8, 9, 10.

17           CHAIRMAN ROMANELLO:  Okay.  So with that

18  addition, we have a motion by Dr. Benson.  Is there

19  a second?

20           DR. MORTENSEN:  Second.

21           CHAIRMAN ROMANELLO:  Dr. Mortensen.  All in

22  favor?

23           (Unanimous ayes)

24           Opposed?

25           Motion carries.

Med Def_001743

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 121

1                   Any other observations here?

2                   DR. BENSON:  What is -- I do have one more

3  question.  Bates 318, there's a question that says,

4  "What are some potential complications of surgery?"

5                   CHAIRMAN ROMANELLO:  Yep.

6                   DR. BENSON:  There's a bullet list.

7  "Changes in sexual sensation," et cetera.  "Decrease

8  in function."  What are we referring to?  Could

9  we --

10                   CHAIRMAN ROMANELLO:  Wait, where are you?

11                   DR. BENSON:  Decrease in  -- under "What

12  are some potential complications of surgery?"

13                   ATTORNEY MCNULTY:  319.

14                   CHAIRMAN ROMANELLO:  Decrease in function,

15  right.

16                   DR. BENSON:  Because we talk about changes

17  in sexual sensation --

18                   CHAIRMAN ROMANELLO:  Right.

19                   DR. BENSON:  -- infection, nerve damage.

20  Decrease in function, do we know what we're

21  specifically?

22                   DR. ACKERMAN:  I think we can strike that.

23                   CHAIRMAN ROMANELLO:  Dr. Mortensen?

24                   DR. BENSON:  It just seems redundant or

25  something.

Med Def_001744

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 122

 1                Do you know, Monica?

 2                DR. MORTENSEN:  I think it was related,

 3  also, to urinary complaints.  But I'm okay with

 4  striking it.

 5                DR. BENSON:  Well -- yeah.

 6                DR. ACKERMAN:  Urinary function.

 7                CHAIRMAN ROMANELLO:  So motion by

 8  Dr. Mortensen to strike the dot point "decrease in

 9  function."

10                DR. ACKERMAN:  Yeah.  Function is just too

11  ambiguous.

12                CHAIRMAN ROMANELLO:  Second by Dr. Benson.

13  All in favor?

14                (Unanimous ayes)

15                Opposed?

16                Motion carries.

17                ATTORNEY DIERLAM:  And if I may, just on

18  the next page --

19                DR. ACKERMAN:  Although, I would -- you

20  know, instead of "Trouble with bladder emptying," I

21  would just say -- you know, maybe combine those, the

22  function and that together.  You know, "Diminishment

23  of bladder function -- or urinary function."

24                DR. BENSON:  Yeah.

25                DR. ACKERMAN:  Because it's not just

Med Def_001745

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 123

1   bladder emptying, it's -- you know, it's flow rate,

2   it's initiation of urination.

3            DR. BENSON:  We did have people testify

4   about blood clots in their urine with this

5   treatment, so --

6            DR. ACKERMAN:  Right.  So instead of

7   "Trouble with bladder emptying," just say

8   "Diminishment of bladder function."

9            CHAIRMAN ROMANELLO:  So the motion is to

10  change the dot point on Bates 318 from "Trouble with

11  bladder emptying" to --

12           DR. ACKERMAN:  "Diminishment in bladder

13  function."

14           CHAIRMAN ROMANELLO:  That's a motion by

15  Dr. Ackerman, a second by Benson.  All in favor?

16           (Unanimous ayes)

17           Opposed?

18           Carries.

19           DR. ACKERMAN:  Well --

20           DR. DI PIETRO:  I have one more two.

21           DR. ACKERMAN:  -- I just want to back pedal

22  a little bit.  Bladder function or urinary function?

23           DR. MORTENSEN:  Well, they have some

24  urinary complaints, as well.

25           DR. ACKERMAN:  Right.  So maybe just

Med Def_001746

Page 124

1  "Diminishment in urinary function."

2           DR. MORTENSEN:  Or urinary disfunction.  Or

3  problems urinating.

4           DR. ACKERMAN:  Right.  "Problems

5  urinating."

6           CHAIRMAN ROMANELLO:  So you want to add a

7  second --

8           DR. ACKERMAN:  Add another bullet "Problems

9  with urination."

10          CHAIRMAN ROMANELLO:  So motion by

11  Dr. Ackerman --

12          DR. ACKERMAN:  Ackerman to add another

13  bullet saying, "Problems with urination."

14          CHAIRMAN ROMANELLO:  Second by Dr. Di

15  Pietro.  All in favor?

16          (Unanimous ayes)

17          Opposed?

18          It's added.

19          DR. DI PIETRO:  And --

20          CHAIRMAN ROMANELLO:  Dr. Di Pietro.

21          DR. DI PIETRO:  -- one more bullet point,

22  sorry.  Last bullet point where it says, "Side

23  effects of anesthesia, including death," I think we

24  should add, "Side effects of anesthesia and

25  infection, including death" or -- infection is a big

Med Def_001747

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 125

1  part of this surgery.  It's always a surgical --

2              UNIDENTIFIED SPEAKER:  The same page.

3              DR. DI PIETRO:  Where is it?  Oh,

4  infection.  I'm sorry.  Read right over it.  Thank

5  you.

6              DR. ACKERMAN:  Never mind.

7              DR. DI PIETRO:  Dr. Ackerman, never mind.

8              CHAIRMAN ROMANELLO:  Okay.  Anything else

9  on this form?  We're going to get to the AG and

10 staff in a second, I promise you.  No?

11             Donna?  Chris?

12             ATTORNEY DIERLAM:  Yeah.  So my only

13 comment, and it's on -- I believe it's the fifth box

14 on Bates 319, it states, "I understand that if I my

15 breast augmentation surgery."  I think it should be,

16 "I understand that if I have my breast augmentation

17 surgery."

18             ATTORNEY MCNULTY:  Not my.  Just substitute

19 have for my.

20             ATTORNEY DIERLAM:  Right.  "So if I have

21 breast augmentation surgery."

22             ATTORNEY MCNULTY:  Yes.

23             DR. ACKERMAN:  Scribner's -- Scribner's

24 error.

25             ATTORNEY DIERLAM:  Yes.

Med Def_001748

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 126

1            CHAIRMAN ROMANELLO:  Staff?  Danielle?

2            EXECUTIVE DIRECTOR TERRELL:  Yes, sir.  If

3  we can go back to -- and I apologize, I don't have

4  the Bates numbers.  This is the "Masculinizing for

5  Adults Testosterone" form.  On the third page when

6  we talk about the specific criteria, it seems number

7  two was repeated, and I just want to strike that.

8            CHAIRMAN ROMANELLO:  Read what you're -- so

9  I'm --

10            EXECUTIVE DIRECTOR TERRELL:  Oh, I

11  apologize.  Minors -- "Masculinizing for Minors."  I

12  apologize.

13            CHAIRMAN ROMANELLO:  "Masculinizing for

14  Minors."

15            ATTORNEY MCNULTY:  The third page?

16            EXECUTIVE DIRECTOR TERRELL:  Yes, on the

17  third page.  If you'll read the second and third

18  criteria are the same.  There was just a repeat in

19  there that I would like to --

20            DR. DI PIETRO:  Under which --

21            EXECUTIVE DIRECTOR TERRELL:  Under the

22  specific requirements for minors to receive and

23  continue hormone replacement therapy.

24            DR. DI PIETRO:  Page 285.

25            EXECUTIVE DIRECTOR TERRELL:  285.

Med Def_001749

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 127

1            DR. DI PIETRO:  Oh, okay.  Yeah, that's

2  duplicative.

3            EXECUTIVE DIRECTOR TERRELL:  Yes.  I just

4  wanted to get a motion, so that we could correct

5  that.

6            DR. DI PIETRO:  I'll motion to strike

7  number two, Bates 285.

8            CHAIRMAN ROMANELLO:  Motion by Dr. Di

9  Pietro.

10            DR. DERICK:  Second.

11            CHAIRMAN ROMANELLO:  Second by Dr. Derick.

12  All in favor?

13            (Unanimous ayes)

14            Opposed?

15            Carries.

16            DR. ACKERMAN:  I have one more.

17            CHAIRMAN ROMANELLO:  You what?

18            DR. ACKERMAN:  I have one more.

19            CHAIRMAN ROMANELLO:  Yeah, please.  Which

20  one, Dr. Ackerman?

21            DR. ACKERMAN:  Page 319, box 1, 2, 3, 4, 5,

22  6.

23            CHAIRMAN ROMANELLO:  This is surgery.

24            DR. ACKERMAN:  Right.  On the surgery one.

25            CHAIRMAN ROMANELLO:  Bates 319, yes.

Med Def_001750

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 128

1          DR. ACKERMAN:  Box six, "I understand my

2    surgery -- risk factors."  Those are breast cancer,

3    right, the breast cancer risk factors one?

4          CHAIRMAN ROMANELLO:  Yes.

5          DR. ACKERMAN:  So it says, "I.e." bracket

6    one, bracket to.  Technically, it should be "E.g."

7          CHAIRMAN ROMANELLO:  Okay.

8          DR. ACKERMAN:  For example, not that is.

9    I.e. is that is, meaning those are the only two.

10   E.g. is for example.  There's more than just those

11   two.

12         CHAIRMAN ROMANELLO:  I appreciate the --

13         DR. ACKERMAN:  Bates 319.  Did you ask me

14   where?  Yeah, Bates 219.

15         ATTORNEY DIERLAM:  We're on hard copies.

16         CHAIRMAN ROMANELLO:  Hold on, hold on.

17         ATTORNEY MCNULTY:  Page 3 of 6.

18         DR. ACKERMAN:  Of the surgery.  Page 3 of 6

19   of the surgery, that fifth box down where it talks

20   about bracket one or bracket two.

21         ATTORNEY DIERLAM:  I.e., e.g.

22         DR. ACKERMAN:  It should be e.g. not i.e.

23         CHAIRMAN ROMANELLO:  Nice catch.

24         DR. ACKERMAN:  We're physicians here, we

25   know Latin.

Med Def_001751

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 129

1           DR. DERICK:  I know, between you and I, the

2    two chairs are the grammar police.

3           CHAIRMAN ROMANELLO:  Any other

4    observations?  Thank you for the catch.

5           DR. ACKERMAN:  I would think the lawyers

6    would know the Latin.

7           CHAIRMAN ROMANELLO:  Ms. Terrell?

8           EXECUTIVE DIRECTOR TERRELL:  Yes, sorry.

9    One more.  If you will go back to the form we were

10   just one with the --

11          CHAIRMAN ROMANELLO:  Which one was that?

12          EXECUTIVE DIRECTOR TERRELL:  --

13   testosterone for minors, "Masculinizing Minors" is

14   what it's called.

15          CHAIRMAN ROMANELLO:  Yep.

16          EXECUTIVE DIRECTOR TERRELL:  We need to add

17   one and it has -- what happened was one got added

18   and one got taken away, and it's the same as the

19   other forms.  "Has pubital changes resulting in an

20   increase in gender dysphoria," which is what the

21   other forms have, this one didn't have it.

22          DR. MORTENSEN:  Oh, I copied it over.

23          DR. DI PIETRO:  So I'll make a motion to

24   accept that, to pull it over from the other form.

25          DR. ACKERMAN:  Second.

Med Def_001752

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 130

1           CHAIRMAN ROMANELLO:  That's a motion from

2    Dr. Di Pietro, second by Dr. Ackerman.  All in

3    favor?

4           (Unanimous ayes)

5           Opposed?

6           Motion carries.

7           Any further comments or observations by the

8    committee members with respect to any of the

9    informed consent forms?

10          I want to thank you all for the thoughtful

11   deliberation and the catches in Latin and grammar

12   and syntax that we did.  We landed the plane within

13   two hours.  Congratulations.  We're going to take a

14   10-minute break and we're going to come back and

15   we're going to do the rules.

16          DR. ACKERMAN:  Can you review with us the

17   agenda?

18          CHAIRMAN ROMANELLO:  I'm sorry?

19          DR. ACKERMAN:  Can you review the -- before

20   we take the break, just for the benefit of the

21   audience --

22          CHAIRMAN ROMANELLO:  Right.  We're going to

23   come back and talk -- so we'll take a 10-minute

24   break.  We're going to come back and do rules, the

25   two rules, and then we're going to take public

Med Def_001753

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 131

1   comment.

2           UNIDENTIFIED SPEAKER:  Until 4:30?

3           CHAIRMAN ROMANELLO:  Until 4:30, and then

4   we'll take --

5           DR. ACKERMAN:  And the rules shouldn't take

6   too long.

7           CHAIRMAN ROMANELLO:  No.

8           DR. ACKERMAN:  Because the rules are very

9   short.

10          CHAIRMAN ROMANELLO:  Correct.

11          Ten-minute break.

12          (Recess taken)

13          CHAIRMAN ROMANELLO:  I'm going to call the

14  joint committee meeting back to order.  Thank

15  everybody for keeping it to 10 minutes.  Appreciate

16  that.  Before we move on to the actual rules, staff

17  had -- I think Mr. Vazquez had some questions about

18  the titling or the naming of the informed consent

19  form.  So I'll turn it over to Mr. Vazquez with the

20  questions.

21          EXECUTIVE DIRECTOR VAZQUEZ:  Just one quick

22  point.  The titles seem to be consistent with the

23  exception of the "Treatment with Testosterone for

24  Adults," I believe it is.  Is that correct that it

25  should be "Testosterone Treatment for Patients with

Med Def_001754

Joint Rules/Legislative Committee Meeting
June 23, 2023

1  Gender Dysphoria," or should it be "Masculinizing

2  Medications for Patients with Gender Dysphoria"?

3            DR. ACKERMAN:  I think it should be

4  Masculinizing.

5            DR. DI PIETRO:  Second.

6            CHAIRMAN ROMANELLO:  All in favor?

7            (Unanimous ayes)

8            Opposed?

9            None.  You've got a poll.  Got it.  Okay.

10           We're now going to turn to a consideration

11 of the actual rules, and we'll start with Bates 294,

12 which is the draft rule.  "Sex Reassignment Standard

13 of Practices in Minors."  And I'm going to start

14 with board counsel who had some technical

15 observations, proposed changes, and then one that is

16 going to flow through from the informed consent

17 discussion earlier.

18           So Ms. McNulty.

19           ATTORNEY MCNULTY:  Thank you,

20 Mr. Romanello.  On Bates page 295 --

21           DR. ACKERMAN:  Donna, before you begin

22 that, just again for our benefit -- pretend I don't

23 know anything, but I do, but maybe for the

24 audience's benefit, this rule is a rule that we put

25 forth to allow minors to continue their medication

Med Def_001755

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 133

1  -- for those minors who are already in the program,

2  who are already undergoing gender affirming care, to

3  continue that care.  That's what this emergency rule

4  is for.  Right?

5           ATTORNEY MCNULTY:  Yes.  And it adopts --

6  it does two things for the minors.  It sets forth

7  standards of practice and incorporates the informed

8  consent forms you all just decided about.

9           DR. ACKERMAN:  Right.  And this is for

10 those minors that were -- whose sex reassignment

11 healthcare was commenced before and was still active

12 as of May 17, 2023.

13          ATTORNEY MCNULTY:  Correct.

14          DR. ACKERMAN:  Okay.  Just wanted to make

15 sure that I understand that, and that's also for the

16 benefit of the public that's here today.

17          ATTORNEY MCNULTY:  And that is by statute.

18          DR. ACKERMAN:  Right.  Not our decision.

19 This is by statute.  Thank you.  Ms. McNulty, I'm

20 sorry.

21          ATTORNEY MCNULTY:  No.  Thank you for that

22 big picture.  It's helpful.

23          On Bates page 295 under subsection 4,

24 "Standards of practice," the line before subsection

25 8, "Patient evaluations," there's a -- it just says,

Med Def_001756

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 134

1   "Clinical determinations," and I suggest that that

2   be deleted, because that really is repeated in

3   subsection B.  So it says, "Clinical

4   determinations."  I think it's unnecessary and

5   should be stricken.

6            DR. ACKERMAN:  Move to strike.

7            CHAIRMAN ROMANELLO:  Motion to strike by

8   Ackerman, second by Derick.  All in favor?

9            (Unanimous ayes)

10           Opposed?

11           Passes.  Next.

12           ATTORNEY MCNULTY:  Then also in number 4 on

13  the following page, it says, "The patient will have

14  adequate psychological and social support during

15  treatment."  Again, as you've done previously, to

16  strike the word adequate.

17           DR. ACKERMAN:  Move to strike adequate.

18           CHAIRMAN DERICK:  Second.

19           CHAIRMAN ROMANELLO:  All in favor?

20           (Unanimous ayes)

21           Opposed?

22           Passes.  Next?

23           ATTORNEY MCNULTY:  The next, as was

24  discussed previously, subsection G says, "Bone DEXA

25  scan."  To clarify as you did before to have it read

Med Def_001757

Joint Rules/Legislative Committee Meeting
June 23, 2023

1  "Bone density scan (DEXA scan) -- or DEXA -- DEXA

2  scan."

3              DR. ACKERMAN:  Just DEXA.

4              ATTORNEY MCNULTY:  Just DEXA.

5              DR. ACKERMAN:  Bone density scan or bone

6  density study?  What did we say before?

7              ATTORNEY MCNULTY:  Scan.

8              DR. DI PIETRO:  Motion.

9              CHAIRMAN ROMANELLO:  Motion by Dr. Di

10  Pietro, second by Dr. Kirsh.  All in favor?

11              (Unanimous ayes)

12              Opposed?

13              Motion passes.  Next?

14              ATTORNEY MCNULTY:  And that's it.

15              UNIDENTIFIED SPEAKER:  Do we have to adjust

16  C?

17              DR. ACKERMAN:  Yeah.

18              CHAIRMAN ROMANELLO:  Yeah.  We modified on

19  Bates 296, sub (c).  We had modified that language

20  in the consent forms.

21              ATTORNEY MCNULTY:  Well, did you do that

22  for minors?  This is just for minors, not adults.

23              UNIDENTIFIED SPEAKER:  We did not.

24              ATTORNEY MCNULTY:  You only did that for

25  adults, is my understanding.  Oh, for the covering

Med Def_001758

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 136

1   physician?

2           UNIDENTIFIED SPEAKER:  Yeah.  The

3   physician, I think we decided on six months, not

4   three.

5           DR. ACKERMAN:  Can we just say, "a

6   physician"?

7           UNIDENTIFIED SPEAKER:  The covering

8   physician.

9           CHAIRMAN ROMANELLO:  C is patient visits

10  and the quarterly evaluations.

11          DR. ACKERMAN:  The physician or covering

12  physician.

13          UNIDENTIFIED SPEAKER:  Right.

14          DR. DERICK:  Can we just carry over the

15  language that we did --

16          CHAIRMAN ROMANELLO:  So Dr. Derick is

17  making a motion to carry over that language from the

18  informed consent.

19          DR. ACKERMAN:  Second.

20          CHAIRMAN ROMANELLO:  Second by

21  Dr. Ackerman.  All in favor?

22          (Unanimous ayes)

23          Opposed?

24          Carries.  Any other questions or proposed

25  changes to the rule?

Med Def_001759

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 137

1            DR. BENSON:  I do have a question on Bates

2  295.  There's "A board approved informed consent

3  form is not executed until" -- and then there's A,

4  B, C, D.  When we have like studies with children,

5  we often have a parent permission form which is a

6  consent form, and we actually are mandated a lot of

7  times by the IRB to make a different ascent form

8  that's usually one page or less that is in like very

9  basic -- you know, very simple, basic language.

10           I'm just curious why do they have us do --

11  what does it mean when you say, "Assent to the

12  informed consent form"?  This isn't -- because we

13  have the parents' permission to do it.  It's just

14  the kid signing their signature on the form, that's

15  what you mean by that?

16           ATTORNEY MCNULTY:  Yes.  And that's what

17  you just did in the forms.

18           DR. BENSON:  Okay.  Yeah.  I understand

19  that, I'm just -- it's not typical.  It's not

20  typically done that way.

21           DR. ACKERMAN:  Well, what do you typically

22  do?

23           DR. BENSON:  We have like a separate assent

24  form for a child under 12.

25           DR. ACKERMAN:  Okay.  They don't sign it.

Med Def_001760

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 138

1  But this is different.  This is much more --

2              DR. BENSON:  Yeah.  This is different.  And

3  then the witness, is that a pretty standard thing,

4  too?

5              ATTORNEY MCNULTY:  Well, this is -- the

6  medical boards have two other informed consent forms

7  by rule, and each of those have a witness to it.  It

8  could be anybody, of course, and I didn't -- we

9  thought we would just put it in there, just if you

10  wanted to be consistent with what you have done in

11  the past.  Doesn't mean you have to do that.  It's

12  easier to take it out if you don't want it, but

13  that's just been done for the other informed consent

14  for the cataract surgery and medical marijuana

15  forms.

16              DR. BENSON:  I think it's good to be

17  consistent.  I mean, I don't have a problem with it.

18              DR. DI PIETRO:  Yeah.  I mean, every

19  consent I've ever seen in the hospital has a

20  witness, so --

21              CHAIRMAN ROMANELLO:  Anything else?

22              We're going to move on to the adult rule.

23              DR. ACKERMAN:  323.

24              CHAIRMAN ROMANELLO:  Thank you,

25  Dr. Ackerman.  At Bates 323.  I'll ask board counsel

Med Def_001761

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 139

1  if they have any technical modifications that they

2  want to propose?

3            ATTORNEY DIERLAM:  We do not.

4            CHAIRMAN ROMANELLO:  Thank you.

5            Committee members?

6            DR. ACKERMAN:  And 30,000-foot view of this

7  again, like I did before --

8            CHAIRMAN ROMANELLO:  Yep.

9            DR. ACKERMAN:  -- was for adults.  They

10  don't already have to be in the program.  They can

11  be an adult who wants to undergo sex reassignment

12  healthcare can, by statute, and this is just saying

13  that they -- in order to do that, you have to have

14  appropriate informed consent.

15            UNIDENTIFIED SPEAKER:  Required by statute.

16            DR. ACKERMAN:  Or what's that?

17            UNIDENTIFIED SPEAKER:  I said which is

18  required by statute.

19            DR. ACKERMAN:  Which is required by

20  statute.

21            CHAIRMAN ROMANELLO:  Any other observations

22  or proposed modifications to rule --

23            DR. ACKERMAN:  And what this effects is

24  those adults who are already in the program that

25  want to modify their drugs, need to make sure this

Med Def_001762

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 140

1   -- this form needs to be signed before the drugs or

2   surgery can happen.  So there's adults in Florida

3   right now whose surgery has been canceled because

4   this form does not exist.  And so it's imperative

5   that we get this form out, so those people can have

6   the surgery as they want to.

7            CHAIRMAN ROMANELLO:  Okay.  If there is

8   nothing else on the rule, we're going to start the

9   public comment portion of the meeting.  I want to

10  start -- we're going to start by asking those

11  members of the public who have specific observations

12  or comments on those questions that the committee

13  had during its conversation about the consent forms

14  and the rules.  So we talked about experiences with

15  respect to oral testosterone, and we talked about

16  other drugs who I'm going to botch the pronunciation

17  of, but Dr. Ackerman has the --

18           DR. ACKERMAN:  And during the break, I went

19  out into the audience for a little bit --

20           CHAIRMAN ROMANELLO:  Yep.

21           DR. ACKERMAN:  -- and shared with them,

22  because -- to kind of clarify with them the four

23  issues that I remembered that had come up.  There

24  was a fifth one.  What was the fifth one that

25  someone said?

Med Def_001763

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 141

 1              CHAIRMAN ROMANELLO:  I had four.

 2              DR. ACKERMAN:  Right.  And so I think some

 3  of them -- help me.  Who was speaking to me?

 4  Someone wanted to -- you, come on up a second.

 5              CHAIRMAN ROMANELLO:  So as we start to do

 6  that, we're going to ask folks to come up to the

 7  microphone and state your name.  You'll be granted

 8  the opportunity to comment up to three minutes.

 9              DR. ACKERMAN:  The four things we wanted to

10  know about was --

11              CHAIRMAN ROMANELLO:  Asking you to speak on

12  the rule or on those issues that we've solicited

13  comment on.  Any comments that are outside the rule

14  or outside those items will be considered out of

15  order.  And there may be a risk of forfeiting your

16  time if you make a public comment that is out of

17  order.

18              I've got to emphasize that folks who misuse

19  their allocated time to disrupt the proceedings will

20  be deemed out of order and risk being asked to

21  leave.  I appreciate the group's cooperation in

22  helping us to maintain a respectful and constructive

23  environment during the public comment section of the

24  meeting.

25              So with that --

Med Def_001764

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 142

1              DR. ACKERMAN:  Let me just say the four

2    things again for them.

3              CHAIRMAN ROMANELLO:  Please.

4              DR. ACKERMAN:  So the first one is, is

5    there widespread use or any use of testosterone in

6    oral form?

7              The second question that we had -- and

8    endocrinologists help me if I misstate any of this

9    -- is there use of Bicalutamide, Casodex, in the

10   pediatric population?

11             The fourth question is, is there use of

12   Finasteride, also more commonly known as Proscar --

13   that's for hair loss -- in the male pattern baldness

14   in the pediatric population.

15             CHAIRMAN ROMANELLO:  Oh, that's right.

16   Yeah.

17             DR. ACKERMAN:  And the fifth -- the fourth

18   thing was, there was a drug here -- and help me with

19   the -- it was a masculinizing drug, right?

20             UNIDENTIFIED SPEAKER:  Cyproterone acetate.

21             DR. ACKERMAN:  That's a masculinizing drug?

22             DR. BENSON:  Yeah.  It -- no.  It's a drug

23   that it's very similar to 17-hydroxyprogesterone,

24   which is one of the adrenal steroids that basically

25   binds the androgen receptor in competition with

Med Def_001765

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 143

1  testosterone and dihydrotestosterone.

2           DR. ACKERMAN:  Oh, it's used for

3  feminizing.

4           DR. BENSON:  Yes.

5           DR. ACKERMAN:  I'm sorry.  So it's

6  Cyproterone acetate, and apparently, it's not

7  available in the United States, so we're questioning

8  is there use of this?  Is it being prescribed by

9  physicians, or is it just being recommended by

10  physicians?

11           And was there another thing, Dr. Derick?

12           DR. BENSON:  I think it was just four.

13           DR. ACKERMAN:  Just those four.  Okay.

14           CHAIRMAN ROMANELLO:  All right.  And so

15  with that, you're recognized.

16           KATIE DANEHY-SAMITZ:  Thank you.  Thank you

17  for your time.  Katie Danehy-Samitz, vice

18  president/founder of Women's Voices of Southwest

19  Florida.  I'm sorry, I'm a little confused.  I'm not

20  a doctor, I'm an activist.  I know that, you know,

21  we're the one that -- to, I guess, get you to come

22  out from behind and answer those questions.  But I

23  have nothing to offer this part of the conversation

24  and in lieu and consideration of the people behind

25  me that have this experience may have answers.  And

Med Def_001766

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 144

1  the fact that we turned out -- like we filled out

2  forms for this, I'm just a little confused by like

3  the proceedings.  So for this question, should

4  people be getting in line to speak?

5          CHAIRMAN ROMANELLO:  Do you have a comment

6  that you would like to make about the rule?

7          KATIE DANEHY-SAMITZ:  No, no.  I was

8  confused about why I was called up.

9          CHAIRMAN ROMANELLO:  Thank you.

10          Is there anybody who would like to make a

11  comment on the rule?  Come up to the microphone,

12  please.

13          ANDRE MONTANEZ:  My name is Andre Montanez

14  (phonetic).  I am part of -- coming from Orlando

15  Heart Community Center.  I am also part of the

16  Women's Voices of South Florida, and Equality

17  Florida.  I was just a little confused when we had

18  the cards.  So I want to explain something about the

19  rule, but you just asked question about the

20  medicines.  I can tell that by my own experience,

21  but I'm not a doctor.  But I was thinking here we

22  have the right to speak like we do with common

23  cards.

24          But anyway, you want to know about the

25  Finasteride, you had mentioned that one.  Yeah.

Med Def_001767

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 145

1  That medicine is given to us for -- it's prescribed.

2  I was prescribed from the nurse practitioner I have

3  that.  I hope that they can keep doing the

4  prescription because they really know about what

5  they're doing.  And I received Finasteride as a

6  testosterone blocker.

7           They had another one, it's (indiscernible).

8  I'm sorry.  I don't know doctors, so I don't know

9  the names.  But because I suffer a little bit of

10 blood pressure.  They don't want to combine that

11 because I've got my own -- my medicine for blood

12 pressure.  So they decide to give me Finasteride,

13 and really my -- sorry, my testosterone came and

14 really blocked that until I got my Estradiol.  I

15 just started with pills in estradiol.  And they

16 working really good for more than five years.  Now I

17 have to do an injection.  I don't have anymore the

18 Finasteride because I don't need it.  My levels of

19 testosterone are low.

20           I also did a surgery.  (Indiscernible).

21 How we surviving this because (indiscernible).  And

22 I got something that's like -- like the real -- you

23 know, the medical name (indiscernible).  And I did

24 that and so my testosterone is coming totally down,

25 so I need Estradiol to survive.

Med Def_001768

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 146

1              And yes, they check my blood test every

2    three months because it's part of the -- every year

3    they do every kind of exam.  Like every single year

4    (indiscernible).  So I don't know -- I don't want to

5    go why they -- this is complication with this

6    (indiscernible).

7              I don't know, you cannot change the life

8    right now, but we still need the nurse practitioner

9    to do this because they really know what they do.  I

10   think you're doctors, and you -- my cardiologist

11   that was before my transition, I was there, and

12   normally the nurse practitioner doing everything to

13   me.  And another doctor trusting the nurse

14   practitioner.  So I don't you can get us opportunity

15   in this emergency rule that we can use our

16   prescription from nurse practitioner.

17             I was denied my prescription last week in

18   Walgreens, like Walgreen pharmacy, because I don't

19   follow your rules.  Because you get the rules, it's

20   still valid, and I had to fight with them to prove

21   the Board of Medicine give the emergency whatever if

22   it's signed before May 16th -- maybe I confused the

23   date --

24             DR. ACKERMAN:  May 17th.

25             ANDRE MONTANEZ:  I can have my medicine.

Med Def_001769

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 147

1  So please do that because we need these not have

2  more confusions everywhere.  I really want to be

3  alive and continuing my life as a human like

4  everybody.

5           DR. ACKERMAN:  So hold on, don't leave.

6  The question --

7           CHAIRMAN ROMANELLO:  Thank you for your

8  comment.  I appreciate it.

9           Dr. Ackerman, we're not going to go back

10  and forth with questions.

11           DR. ACKERMAN:  Can I ask him a question?

12           CHAIRMAN ROMANELLO:  No, go ahead.

13           DR. ACKERMAN:  Because this is about

14  Finasteride.

15           ANDRE MONTANEZ:  Yes, please.

16           DR. ACKERMAN:  So did you receive

17  Finasteride as a minor?

18           ANDRE MONTANEZ:  No.

19           DR. ACKERMAN:  Okay.

20           ANDRE MONTANEZ:  Because you don't have me

21  -- no.  Because I started my transition older one in

22  the 90s.  In the 80s, when I was younger,

23  unfortunately, we didn't have the opportunity that

24  kids have to save the life.  Unfortunately, they

25  don't have in my time.

Med Def_001770

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 148

1           DR. ACKERMAN:  I'm sorry, you started your

2  transition as an adult or a minor?

3           ANDRE MONTANEZ:  Yes, as an adult.

4           DR. ACKERMAN:  Adult, okay.  Thank you.

5           ANDRE MONTANEZ:  Thank you.

6           DR. MORTENSEN:  I have a question.

7           CHAIRMAN ROMANELLO: Yep.

8           DR. MORTENSEN:  There was testimony last

9  time that I think someone had quoted 80 percent of

10  all the transgender care was being performed by

11  nurse practitioners.  So I know by statute, the

12  initial visit has to be done by a physician.  So I

13  think that was the point that's being made.  It

14  would be interesting to know, in general, like how

15  many people that are on these treatments have never

16  seen a physician.

17           CHAIRMAN ROMANELLO:  I agree.  Yeah.

18           So I can I also call up to the microphone

19  -- and forgive me if I don't get the names

20  pronounced rightly -- is -- ma'am, you can stay --

21  Vanessa Galindo-Jackson, Dean Price, and Erica

22  Imaoka.

23           Ma'am.

24           EMA ROY:  Hi.  I'm Ema Roy (phonetic).  You

25  asked people to come forward about Cyproterone

Med Def_001771

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 149

1  acetate, and I was prescribed Cyproterone acetate as

2  a child.  I was prescribed it as gender affirming

3  therapy.  I'm a cis female.  I had polycystic

4  ovarian disease that was chronic.  I need eight

5  abdominal surgeries to remove cysts even with the

6  medication.  So yes, I took Cyproterone acetate.

7  It's an anti-androgen because I had so much male

8  testosterone in my body.

9            I'm coming forward to say that because

10  based on the consent today that 500 pages that my

11  child read last night, I wouldn't have been able to

12  get that therapy.  And because of the side effects

13  of polycystic ovarian disease, I would probably be

14  dead from heart disease at the moment.  I would not

15  have had my two children.  So not having access to

16  that care would have been forced sterilization, and

17  I'm delighted to have had two children.

18            I should have the same rights as a cis

19  female, as transgender females.  I don't know why my

20  situation isn't in question here.  I guess

21  technically this would make me intersex.  You know,

22  you asked the audience to come forward about their

23  experiences with these medications, and I did.  But

24  I don't know why you think that this is an

25  appropriate forum and not at my doctor's office, or

Med Def_001772

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 150

1  with my gynecologist, or with my endocrinologist.

2            I still don't know why we're here.  This is

3  not the business of the state's governor appointed

4  board.  But yes, it helped me with polycystic

5  ovarian disease.  And by the way, I still have my

6  other speaker card that me, like everybody else,

7  filled out for the other parts of the 500 pages

8  related to disability.  How you want people with

9  autism, et cetera, to be excluded.  So I still want

10  to be called for that part.  Does anybody have any

11  questions?

12            CHAIRMAN ROMANELLO:  Thank you.  I

13  appreciate your comment and we'll call you back when

14  we get back to your card.  We'll certainly take your

15  comments into consideration as we deliberate further

16  this afternoon.  Thank you.

17            EMA ROY:  Thanks.

18            VANESSA GALINDO-JACKSON:  Hello, I'm just

19  confused.  Am I allowed to speak on what I

20  originally had intended, or can I not?  Unless it --

21            CHAIRMAN ROMANELLO:  Are you Vanessa?

22            VANESSA GALINDO-JACKSON:  I am.  Yes.

23            CHAIRMAN ROMANELLO:  Welcome to the

24  meeting.  Appreciate it.

25            VANESSA GALINDO-JACKSON:  I appreciate you

Med Def_001773

Page 151

1  guys.

2            UNIDENTIFIED SPEAKER:  The question -- just

3  clarify, I think we're transitioning into normal

4  comments now, right?  We're not talking about the

5  four questions.

6            CHAIRMAN ROMANELLO:  Ma'am, you can speak

7  about whatever you want.

8            VANESSA GALINDO-JACKSON:  Okay.  Well,

9  first, hello.  My name is Vanessa Galindo-Jackson.

10  I'm an occupational therapy doctoral student and I

11  take a Hippocratic oath, must like you do.  So I

12  hope as you consider your choices, that you reflect

13  on the ethical standards that are sound and

14  equitable decisions.  Standards that I think of such

15  as beneficence, which requires taking action to

16  promote good, and then non-maleficence, which

17  requires the avoidance of actions that would cause

18  harm.  Right.  This is the crux of our standards,

19  the whole do no harm.

20            But based on the previous board meeting and

21  kind of some of the comments that were mentioned

22  today about studies where individuals experience

23  adverse effects, I feel it's important to remind you

24  that we must work within the context of due care

25  which states that the benefits of care outweighs and

Med Def_001774

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 152

1  justifies the risk in order to achieve the goal of

2  their care.  For example, we do know that

3  chemotherapy is really hard on the body, and we know

4  it can cause harm, but yet, it's a recommendation we

5  make every day.  And we allow our clients the

6  freedom to choose that method.  It's the power of

7  autonomy, the freedom our clients have to choose.

8           Now, I understand that we are at the mercy

9  of these atrocious bills that are already in place,

10  but please remember that all clients we serve

11  deserve the upmost respect and care.  We take a

12  Hippocratic oath for a reason, regardless of the

13  laws and policies in place.

14           Moving forward, I challenge you, please

15  stand up for your clients not just when it is

16  presented to you in the face, but at all the

17  conferences you attend, the board meetings you sit

18  at, and so on.  Please do not remain silent, as you

19  are complicit to the pain and agony that these

20  individuals experience.  Afterall, these people are

21  not -- you are not just making decisions for them as

22  their patients that you serve, but they may very

23  well be your family, your friends, and maybe, just

24  maybe, your respected colleagues.

25           That's really all I have as far as this,

Med Def_001775

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 153

1  but I did want to bring up another point, since I

2  have just a few more seconds.  The previous speaker

3  just mentioned about comorbidities.  I was looking

4  at your rules, and I don't know if they've been

5  revised but it doesn't make sense to state "Does not

6  suffer from psychological comorbidities that

7  interfere with the diagnostic work."  Why not

8  instead maybe suggest something like, "Any

9  psychological comorbidities might be managed or

10  overseen by a qualified mental health practitioner,"

11  something of the sort.

12          CHAIRMAN ROMANELLO:  Thank you.  We

13  appreciate your comments and certainly will take

14  them into consideration as we deliberate.

15          So next up is Dean Price.  We have Erica

16  Imaoka.  Again, apologies for the pronunciations.

17  Calling up on deck, please, Paul Erins (phonetic),

18  and Aaron James Clark.

19          DEAN PRICE:  Hello.  My name is Dean Price,

20  and I was wondering if I can defer to my son?  He

21  has an appointment at 4:00 and we're going to have

22  to leave, so in case we didn't both get called.  Is

23  that --

24          CHAIRMAN ROMANELLO:  Sure.

25          DEAN PRICE:  Thank you very much.

Med Def_001776

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 154

1          OCEAN PRICE:  Hi.  My name is Ocean Price

2  (phonetic), and I am a transgender man.  I am 21

3  years old, and I've been going -- I've been

4  undergoing gender affirming hormone replacement

5  therapy for two years at this point.  And I have

6  never once regretted my decision to undergo gender

7  affirming care.  I've never had any sort of major

8  complications or side effects or anything like that.

9  And being able to access that care was really life

10  changing for me.

11          And at the beginning of the summer, I had

12  spoken to a surgeon, and I was supposed to receive

13  top surgery at the end of this month but

14  unfortunately, due to the -- due to the new

15  legislation requiring the consent forms, it ended up

16  having to be canceled because we didn't have the

17  consent form.

18          And that ended up being really disruptive

19  to my life, and I'm sure that a lot of other people

20  are going through similar things, as well.  And so I

21  just wanted to say that I really hope that the

22  consent form gets done as soon as possible and that

23  it's -- it doesn't require any -- a lot of

24  unnecessary steps that are not medically supported

25  before accessing treatment that we would have been

Med Def_001777

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 155

1  able to access anyway.

2            And I also did want to say -- I wanted to

3  add a couple of other things, as well, that -- based

4  on what you had mentioned.  First of all that I'm on

5  AndroGel.  I know that had been mentioned.  A big

6  reason that's not prescribed as much is because it

7  typically costs more.

8            And then I also wanted to state that I

9  think something important to add to the consent form

10  for testosterone, especially, is that it's not birth

11  control.  Even though it often stops menstruation

12  it --

13            CHAIRMAN ROMANELLO:  Ocean, in order to get

14  everybody who wants to speak their time, we're going

15  to have to hold everybody to three minutes, and

16  you've exceeded that.  I appreciate you coming

17  before the committee and offering your comments.

18  We'll certainly take them into consideration as we

19  continue to consider the rules and the consent forms

20  today.  I appreciate your time.  Thank you.

21            OCEAN PRICE:  Okay.  Thank you.

22            DR. ACKERMAN:  Just to clarify, these

23  consent forms should be all good to go in a week,

24  right?

25            CHAIRMAN ROMANELLO:  We're going to come

Med Def_001778

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 156

1  back next week, and we will consider --

2              DR. ACKERMAN:  Assuming things go as

3  planned.

4              CHAIRMAN ROMANELLO:  Exactly.

5              ATTORNEY MCNULTY:  And then after that

6  meeting, we'll have to have time to actually file

7  them.  But with emergency rules, once they are filed

8  with the Department of State, they are effective the

9  day they're filed.

10             DR. ACKERMAN:  Right.  So for those of you

11  that care, 10 days, 2 weeks from now, it should all

12  be filed and good to go.

13             CHAIRMAN ROMANELLO:  So we should have

14  Erica, Paul, Aaron, and then calling up Seneca

15  Bristol Manatee, I think -- and again, forgive me

16  for the pronunciations.

17             Ma'am, you're recognized.

18             ERICA IMAOKA:  Hi, I'm Erica Imaoka.  Not

19  too shabby on the name pronunciation.  I'm an

20  advance practice nurse here in Florida.  I work for

21  Folx Health providing telehealth gender affirming

22  care.  I don't prescribe oral testosterone.  We

23  don't at Folx, it's not part of our protocol.

24             But my question, I guess -- well, I know,

25  actually, you can't go back and forth.  But I guess

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 157

1  my comment would be then, A, I didn't get

2  clarification, I don't think, on like the DEXA scans

3  for adult, what time would require that.  If it's

4  immediately after starting hormone therapy or if

5  that's going to be only post operatively, or what

6  that recommendation or requirement would be.

7           And also, if the consent form -- and I'm

8  sorry if it's in there, but I didn't get to read it

9  -- includes the opportunity for advance practice

10 nurses to continue care and only the prescribing

11 portion outside of the informed consent is done by

12 physicians.  We didn't really have physicians doing

13 care at Folx.  We do now to meet the requirements of

14 the statute.

15          But many of advance practice nurses want to

16 continue to see our patients, so just wanting to get

17 clarification if it will be in the informed consent

18 that they can still receive care by advance

19 practitioners and only particular parts are required

20 by the physicians.

21          CHAIRMAN ROMANELLO:  Yeah.  So our rule is

22 for physicians and physician's assistance.  That's

23 who we have jurisdiction over.  It's the Board of

24 Nursing that would have jurisdiction over nurses

25 and --

Med Def_001780

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 158

1            ERICA IMAOKA:  And so the consent form is

2    specific only to getting the initial informed

3    consent in person, not any other part of their care;

4    is that correct?

5            DR. ACKERMAN:  Right.

6            ATTORNEY MCNULTY:  Or if they -- separate

7    consent is required for any new prescription for a

8    product that they haven't taken before.

9            CHAIRMAN ROMANELLO:  Right.

10           ATTORNEY MCNULTY:  So if they switch drugs.

11    But like Mr. Romanello said, this is for -- you

12    know, you've got the statutory requirement.  If you

13    have questions regarding the statutory

14    interpretation you need to seek the advice of legal

15    counsel.

16           ERICA IMAOKA:  Okay.  Thank you.

17           DR. ACKERMAN:  And surgery needs its own

18    form.  So there's three consent forms, hormone

19    blocking, masculinization versus feminization, and

20    then surgery.  They all have a consent form.

21           CHAIRMAN ROMANELLO:  Thank you, Ms. Imaoka.

22    I appreciate it.

23           ERICA IMAOKA:  So was the DEXA scan

24    requirement included in the adult form?

25           ATTORNEY MCNULTY:  It's required -- it's in

Med Def_001781

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 159

1  all the forms.

2          ERICA IMAOKA:  And that's for five years

3  annually after starting therapy?

4          DR. ACKERMAN:  Yes.  Yes.  Five years,

5  annually, and then PRN -- as needed.

6          CHAIRMAN ROMANELLO:  If Dr. Aaron is -- we

7  have Aaron James Clark, Seneca Bristol Manatee, and

8  then asking John Harris Maurer up to the microphone.

9          PAUL ERINS:  Good afternoon, members of the

10  board.  My name is Paul Erins; I live in

11  Tallahassee, and I'm a physician retired from the

12  Florida Department of Health where I was the medical

13  director for the HIV/AIDS program for 18 years.  And

14  also, from 2001 to 2005 I was chair of the

15  Department of Health Institutional Review Board, the

16  IRB.  So I've evaluated a lot of consent forms.

17  I've got five points I wish to make.

18          The form states, "I know enough to give

19  informed consent to take, refuse, or postpone taking

20  these medications."  But there's no information if

21  stopped about whether the medications need to be

22  tapered, or what physical or mental changes are

23  likely to occur.  There needs to be added

24  information about the pros and cons of

25  de-transitioning and what is necessary for stopping

Med Def_001782

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 160

1  safely.

2           Secondly, the form states that the

3  medication is off-label, not approved for this use

4  by the FDA.  I think it's only fair to add, "But it

5  has been used effectively to treat gender dysphoria

6  for decades by licensed, reputable clinicians who

7  specialize in gender affirming care."  Otherwise,

8  this is not fully informed consent.

9           Third, for a patient whose primary language

10  is not English, the interpreter certifies as the end

11  that they are "fluid in English."  In this setting,

12  especially, fluid needs to be changed to fluent,

13  f-l-u-e-n-t.

14           CHAIRMAN ROMANELLO:  Good catch.

15           PAUL ERINS:  Next, I realize these are

16  emergency consents, but they are just not ready for

17  prime time.  I ask you please to workshop them

18  further before publishing, with representative

19  gender diverse individuals, with specialist docs.

20  And I think your questions this afternoon have

21  reflected the need for that.  And in consultation

22  with the Florida Bioethics Network whose MD/PhD

23  cochairs are at the University of Miami and the

24  University of Florida.

25           And finally, since the Florida statute and

Med Def_001783

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 161

1  Medical Board now officially recognize the validity

2  of full spectrum gender dysphoria care for adults

3  with informed consent and at least continuing

4  medication treatment for minors with parental

5  consent and assent, I urge you by formal resolution

6  to add your voice to that of the courts in

7  advocating for Medicaid reimbursement for such care

8  for an estimated 9000 Floridians who are otherwise

9  losing coverage.  And I think you for the

10 opportunity to testify.

11          CHAIRMAN ROMANELLO:  Thank you for your

12 comments.  We'll take them into consideration as we

13 deliberate these rules.

14          Aaron James Clark, Seneca Bristol, John

15 Maurer, and Jessica Wilson (phonetic).

16          You're recognized.

17          AARON JAMES CLARK:  Good afternoon, members

18 of the board.  My name is Aaron James Clark.  I am

19 the former treasurer of Rainbow Democrats.

20 Recently, I resigned from my position because as a

21 transgender man, I would like to transition, and I

22 can no longer do that.  I'm going to have to move in

23 order to get the care that I need.

24          Also, on the topic of comorbidities, I have

25 been chronically ill for my entire life.  I was born

Med Def_001784

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 162

1   sick.  And I really would urge you to consider to

2   please have separate psychological and medical

3   management for individual cases that are going under

4   the gender dysphoria comorbidity umbrella.  I also

5   would like to -- if I am allowed to -- someone on

6   the board had mentioned the Dutch study.  I have the

7   data in my hand.  Am I allowed to present that in

8   brief to you?

9           CHAIRMAN ROMANELLO:  If you have -- if you

10  want to make a public comment, this is the

11  opportunity to do it.

12          AARON JAMES CLARK:  Okay.  I wanted to make

13  sure that that was okay with all of you.

14          CHAIRMAN ROMANELLO:  Sure.

15          AARON JAMES CLARK:  So for the 2022 Dutch

16  study, 820,063 transmen and women were referred to

17  the Amsterdam VU University Medical Center during

18  the period time of 1972 to 2017.  And this study

19  does not show increased suicide rates.  And

20  specifically, by 20 times that of their peers of 10

21  to 15 years after reassignment, which is what I

22  typically hear from the study.

23          The data shows that over a period of 45

24  years, which is 1972 to 2017, the suicide deaths for

25  transwomen were about 64 of 100,000, and the suicide

Med Def_001785

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 163

1  deaths of transmen were 29 for 100,000.  I'm sure

2  you all are very competent at math.  But the suicide

3  rates did not increase over that period of time.

4           During 2013 to 2017, there was actually a

5  decline in suicide rates for the study participants.

6  It reached 43 over 100,000 transwomen, to 34 over

7  100,000 transmen.  And suicide rates were found to

8  be 3 to 4 times higher than the average population.

9           CHAIRMAN ROMANELLO:  Aaron, thank you for

10  your comments.  We've got to -- in order to get to

11  as many people as we can --

12           AARON JAMES CLARK:  No, you're fine.  But

13  that's basically what the gist is, so --

14           CHAIRMAN ROMANELLO:  Thank you.  Appreciate

15  your comments.

16           SENECA BRISTOL:  Hello.  I'm Seneca

17  Bristol.  Manatee is my county.  I'm the vice

18  president of the U Chapter of Women's Voice of

19  Southwest Florida.  Let's get something right.

20  Everything you're spreading is just misinformation.

21  This isn't to protect children, this isn't to

22  protect anybody.  But you know what real information

23  has shown?  According to HCP, suicide risks reduce

24  by 70 percent in transgender, nonbinary, et cetera,

25  youth and young adults when gender affirming care is

Med Def_001786

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 164

 1  accessible.

 2           According to --

 3           CHAIRMAN ROMANELLO:  Ms. Bristol, do you

 4  have any comments related to the rules or the

 5  informed consents that we've been discussing all

 6  afternoon?

 7           SENECA BRISTOL:  Yes.  I mean, I'm just

 8  trying to give you all information.  I'm trying to,

 9  you know, help you all.

10           CHAIRMAN ROMANELLO:  Do you have comments

11  related to the informed consents or the rules that

12  we've discussed this afternoon?

13           SENECA BRISTOL:  Am I not doing that?  Yes.

14           CHAIRMAN ROMANELLO:  Could you make those

15  comments then, please.

16           SENECA BRISTOL:  Okay.  Yeah.  According to

17  National Library of Medicine, it is shown that 82

18  percent of transgender folks have considered killing

19  themselves, and 41 percent have attempted suicide.

20  If you take this away, kids will kill themselves.

21  Okay.  You need to look at your guys' selves in the

22  mirrors and realize the truth.  And respectfully,

23  but not really, you need to put your white hoods on

24  and stop choking up lies and tell people the truth.

25  You want the trans community to be wiped out like

Med Def_001787

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 165

1  the Nazis.  The only difference is --

2           CHAIRMAN ROMANELLO:  You're out of order,

3  Ms. Bristol.

4           DR. ACKERMAN:  I want to make sure I

5  understand --

6           CHAIRMAN ROMANELLO:  Mr. Maurer.

7           DR. ACKERMAN:  -- we're putting forth the

8  consent form --

9           CHAIRMAN ROMANELLO:  No.  Mr. Maurer is up.

10  We're going to have Jessica Wilson followed by Chels

11  Davis, I think is the name.  Again, sorry for the

12  pronunciations.  Followed by Monica DePaul

13  (phonetic).

14           JOHN HARRIS MAURER:  Good afternoon, joint

15  committee.  My name is John Harris Maurer and I

16  represent Equality Florida, the state's largest

17  civil right organization dedicated to securing full

18  LGBTQ equality.  Respectfully, the proposed consent

19  forms are rife with incorrect and misleading

20  information and exceed the board's delegated

21  rulemaking authority.  Equality Florida appreciates

22  that these forms must be finalized and adopted

23  urgently because the state legislature has created a

24  crisis of care for transgender Floridians, but this

25  product is insufficient.

Med Def_001788

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 166

1            The proposed rule and forms include

2  multiple substantive burdensome new requirements and

3  stipulations that the legislature never adopted or

4  approved.  They impose undue and costly barriers to

5  care that are not about individualized assessment

6  and care.

7            With respect to adults' care in particular,

8  this is not an informed consent form.  This is an

9  end run to create a new and unduly restrictive

10  standard of care.  The legislature only required

11  these boards to adopt adult informed consent forms

12  that "inform the patient of the nature and risks in

13  order for a patient to make a prudent decision."

14  Yet, here are multiple examples of new "specific

15  requirements" for individuals to receive and

16  continue HRT treatment that are not informational or

17  on the nature and risks.

18            "The patient must be the criteria for

19  gender dysphoria.  Gender dysphoria must be marked

20  and sustained.  Patients may not suffer from certain

21  psychological comorbidities.  Patients must have

22  adequate psychological and social support during

23  treatment.  Mandatory evaluation by the treating

24  physician every three months.  Mandatory suicide

25  assessment by a licensed medical care professional

Med Def_001789

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 167

1   every three months.  Mandatory lab testing every six

2   months.  Mandatory annual bone density scanning.

3   Mandatory mental health assessment by a board

4   certified, Florida licensed psychiatrist or

5   psychologist.  And mandatory continued counseling

6   with a licensed mental health care professional."

7   This exceeds the board's authority and is likely to

8   lead to another lawsuit like the one recently

9   rejecting board rules.

10           The forms and process for minors similarly

11   suffer from misinformation and undue additional

12   burdens like a prohibition on delegating

13   responsibility for obtaining informed consent and

14   requiring additional witness signature.  These are

15   about creating new burdens to care and not about

16   patient well-being.

17           The forms require more input from experts

18   with deep expertise in providing gender affirming

19   care.  There are simply too many inaccuracies or

20   inconsistencies.  Like meeting the requirement for

21   gender dysphoria to continuing care, when alleving

22   that gender dysphoria is the purpose of being and

23   staying in care.  Or referring to medication that's

24   not even available in the United States as we've

25   already talked about.  Please revise these forms

Med Def_001790

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 168

1    with input from proper experts with the urgency

2    required by these state-imposed circumstances.

3            I'll also add, please do check the records.

4    I don't believe a motion was adopted on changing the

5    DEXA scan frequency for adult testing, if that will

6    be revisited.  And also, the adult's regular

7    evaluation risk assessment requirement should be

8    based around induction and not just a change in

9    physicians.

10           We have adults who have been thriving in

11   care for years, potentially more than decades.  The

12   fact that they may have to change physicians because

13   our providers are leaving the state because of the

14   state legislature isn't a reason that those adults

15   should have to subject to quarterly testing just

16   because they're changing provider.  Please revise

17   the rules and take that into consideration.

18           CHAIRMAN ROMANELLO:  Thank you for the

19   observations.  We'll follow up on those as we

20   deliberate further this afternoon.

21           JESSICA WILSON:  Hi, good afternoon.  My

22   name is Jessica Wilson, and I am here as a mom of a

23   trans son.  The legislators' only requirement -- I

24   understand you're mandated to create these forms.

25   The legislators' only requirement, however,

Med Def_001791

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 169

1  restricting trans adults from receiving care was

2  that they see a doctor instead of a nurse

3  practitioner, and that they sign informed consent

4  forms while in that doctor's presence saying that

5  they understand what the gender affirming care will

6  do.  There is nothing in the statute that requires

7  blocking access to those with comorbidities or

8  psychiatric conditions.

9            I shared in previous Board of Medicine

10 meetings that my son has mental health diagnoses and

11 tried to end his life at least once.  At least once

12 that I know of.  And one of his many

13 hospitalizations resulted in a gender dysphoria

14 diagnosis at age 13.  He has undergone years of

15 therapy and started testosterone last year.  Since

16 beginning his medical transition, thoughts of

17 suicide have greatly diminished.  He's thriving,

18 successfully employed, and a wonderful, attentive

19 dad to my granddaughter.  His mental health

20 diagnoses have not gone away though.

21            If you proceed with blocking access to

22 those with psychological comorbidities, you will be

23 taking away life saving healthcare from adults who

24 need HRT to live.  This was supposed to be about

25 protecting the kids but what you are proposing is

Med Def_001792

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 170

1  going to erase the trans population from Florida.

2  Many of those who can leave, are leaving.  Many

3  already have.  You at the board are overstepping the

4  already egregious law by establishing additional

5  barriers above and beyond what the statute requires.

6  These forms are not informed consent forms.  They

7  are new requirements which are not outlined by the

8  law.  It's a massive overreach by the boards.  Stop

9  playing politics and do the job you're actually

10 mandated to do.

11          CHAIRMAN ROMANELLO:  Thank you.  Appreciate

12 the comment.

13          Calling up to the line Lucina Fenner

14 (phonetic), Stephen Esocough (phonetic), and Felix

15 Proia (phonetic).  And thank you for spelling out,

16 Mr. Proia, the pronunciation of your name.

17          CHELS DAVIS:  Good afternoon, my name is

18 Chels Davis.  I'm a school counselor at the

19 secondary level.  So I specialize in caring for

20 adolescents in the academic, career, and social

21 emotional aspects of their lives.  My job is to get

22 my students graduated, help them explore career

23 options, and to help them reach adulthood alive.

24          This last point has become more difficult

25 this past year, and that's why I've come to speak

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 171

1  with you.  I need your help to do my job well.

2  School counselors and medical professionals both

3  live, eat, and breath Maslow's Hierarch of Needs, so

4  please hear me when I say transgender kids don't

5  feel safe in Florida.  There is a foundational need

6  going unmet at a state level.  This past year has

7  left our most vulnerable Floridians shaken.

8          CHAIRMAN ROMANELLO:  Ms. Davis, the purpose

9  of today's hearing is to talk about informed consent

10  forms that we've developed, and rules that we've

11  been tasked to do.  I'm certainly happy to hear

12  those observations and comments with respect to the

13  rules.

14          CHELS DAVIS:  Yes, sir.  I was just

15  building up, sorry.  Dr. Benson mentioned the risk

16  of suicide in transgender minors.  I am compelled to

17  add clarification to that conversation specifically.

18  With transgender people, adults and children alike,

19  their level of suicidality is directly related to

20  their level of perceived support, their sense of

21  safety.  This is from external forces, not internal.

22  When they feel supported by their family, when they

23  feel supported in their community, they don't want

24  to die.  When they don't feel supported, they are

25  more likely to kill themselves.  That's what we're

Med Def_001794

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 172

1  all trying to avoid here, and I think that's

2  something we have in common.

3            A family's support for their transgender

4  child is lifesaving and insulates the child from

5  suicidality.  A transgender person having a

6  practical path to medical transition in their

7  community is similarly lifesaving.  We're talking

8  about access.  Please help me keep these kids safe,

9  help me keep them alive.

10           We need straight-forward caring rules.

11  Care in this state has had a major interruption, as

12  we've noted, and that is dangerous.  It would be

13  wrong to implement rules which needlessly hinder

14  access to lifesaving medical care.  Unethical

15  hinderances only endanger lives.  WPATH, the World

16  Professional Association for Transgender Health,

17  standards have existed for decades.  Those standards

18  are a robust and valid reference, but I only heard

19  them mentioned once in this conversation.  Please

20  consider the proposed rules carefully and to give

21  our vulnerable populations the accessible care they

22  need.  Thank you very much.

23           CHAIRMAN ROMANELLO:  Thank you.

24           MONICA DEPAUL:  Hi.  I'm Monica DePaul.

25  I'm an English teacher; I also happen to be trans.

Med Def_001795

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 173

1   There's a lot of talk about studies over here.  Let

2   me tell you, it took me five minutes to look on

3   Google and find a study showing that trans kids are

4   happier after they transition.  It wasn't hard.  It

5   was in the Journal of the American Medical

6   Association.  So I noticed that none of the studies

7   that you all were talking about seemed to have any

8   citations with them.  So I'm just going to assume it

9   came from some talking had on Fox News.

10              Now, I noticed that you included the

11  language of "subtle improvements" as sort of like

12  the only positive thing that would occur.  That is,

13  to put it lightly, BS.  Mainly because, I mean, I

14  have been on hormones for 10 years.  When I meet new

15  people, they don't even know I'm trans.  Usually, I

16  don't even have to mention it because why?  The

17  amount of improvements that I have experienced are

18  far more than just subtle.  Before I transitioned, I

19  had this brain fog that is gone now.  I can actually

20  think.  I can actually be myself.  I don't have to

21  pretend to be someone else.  That is not a subtle

22  improvement.

23              And now, here you are telling me that I

24  have to change my doctor, I have to go through all

25  of this, I have to sign an informed consent form

Med Def_001796

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 174

1  that has just lies on it.  Lies.  You all are lying.

2  That I have to agree to that despite me having been

3  doing this for 10 years.  And only now is it

4  suddenly a problem.  Only now is this suddenly that

5  I have to agree to all of this.  We all know why.

6  It's because one man wants to be President and none

7  of you are willing to argue with him.

8           I knew I was a girl when I was nine, and

9  this is back in the '90s.  I knew who I was.  Now,

10  granted in the '90s, it would have been impossible

11  for a kid to get gender affirming care, and my

12  parents would never have taken me seriously.

13           On the matter of comorbidities, my ADHD has

14  nothing to do with my transition, at all.  Those are

15  two very separate matters.  And if you're going to

16  prevent people from accessing gender affirming care

17  because they have other like mental issues,

18  honestly, that's pretty fucked up.

19           CHAIRMAN ROMANELLO:  You're out of order.

20  We're not going to accept that sort of language.

21           MONICA DEPAUL:  You're all out of order.

22           CHAIRMAN ROMANELLO:  Thank you.  Next up is

23  Lucina Fenner.  Esocough on deck, Proia.  And

24  calling up Lola Smith.

25           ESOCOUGH:  This is Esocough.  I don't know

Med Def_001797

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 175

1    where Fenner is.

2                    CHAIRMAN ROMANELLO:  Okay.

3                    ESOCOUGH:  This is just my honest reaction

4    hearing the restrictions or hurdles that have been

5    inserted into this informed consent.  It is

6    government overreach.  It is being perpetrated

7    against one of the most targeted communities that we

8    are in need of protecting.  You aren't protecting

9    anyone.  What child whose parents and doctors are

10   not already informed enough to do the work to make

11   sure they're getting the care they need, what adult

12   whose doctor in tandem with that adult are not able

13   to decide what care they need?  What additional

14   safeguards are you putting in here that is genuinely

15   protecting anyone who doesn't have a medical

16   professional by their side?

17                   You are limiting access and

18   sensationalizing a lifesaving treatment that has

19   been around for decades.  It's been around since the

20   '30s.  There was a body of knowledge that was

21   destroyed by a particular group that we would be

22   referencing today if only that group had not been so

23   adamantly anti-trans.  Because of that kind of

24   bigotry that has infected this state, and possibly

25   even this body, Americans will be harmed.  Do the

Med Def_001798

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 176

 1  right thing.  Thank you.

 2            CHAIRMAN ROMANELLO:  Felix Proia, Lola

 3  Smith, and Brandy Scappalis (phonetic).

 4            FELIX PROIA:  Good afternoon.  Thank you

 5  for coming to South Georgia, aka Northeast Florida,

 6  and providing me the opportunity to provide comment.

 7  My name is Felix Proia, and my pronouns are they and

 8  them.  I live and work in Duval County as a school

 9  psychologist and I receive gender affirming care.

10            I cried tears of joy when I booked my first

11  appointment, feeling more empowered and cared for

12  than other.  I am livid that the new prescriptions

13  and procedures are on hold until a consent form is

14  approved by this board.  And taking this moment to

15  then put further rules is overreaching and harmful.

16            I am an adult living a life and this new

17  consent form that is what I'm hearing today is

18  overreaching from what the state had already put on

19  adults.  I will consent to my care with a physician,

20  and I am an adult living a life that will be

21  impacted by these proposed restrictions to my care.

22  But what choice am I left with?  I ask you to

23  consider my freedom from government oversight for

24  personal decisions.

25            This is my medication.  It's medicine.  The

Med Def_001799

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 177

1  discussion about my medical care should not be by a

2  governor-appointed board, it should be between my

3  doctor, and that's it.  Being transgender is

4  beautiful.  There is nothing inherently dangerous

5  about being transgender.  I have gender euphoria, I

6  do not have gender dysphoria.  And maybe that's

7  going to preclude me from getting care because of

8  the consent form that is being proposed.  I will

9  consent to gender affirming care with a doctor.  I

10 believe these forms are just wrong, wrong, wrong.

11 Thank you.

12          CHAIRMAN ROMANELLO:  Thank you for your

13 comment.  We appreciate it.

14          Lola Smith, Brandy Scappalis, and Madison

15 Natalya Hilt (phonetic).

16          LOLA SMITH:  My name is Lola Smith.  I'm 12

17 years old and I am nonbinary.  And I am here today

18 with Women's Voices of Southwest Florida.  You've

19 been speaking an awful lot lately about staying

20 within the scope.  Our comments don't count nor

21 matter if they are not within the scope of what you

22 deem the subject is at hand.  Yet, the rules and

23 steps you have laid out for the transgender adults

24 seeking treatment also do not consider the scope.

25          These hurdles you have created for folks

Med Def_001800

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 178

1   seeking care are beyond the financial and personal

2   scopes of many of the people required to fulfil

3   them.  People have jobs, families, and commitments.

4   By demanding they commit so many hours and finances

5   to these continuous and unnecessary reviews, you are

6   ensuring many individuals will never receive the

7   care they need.

8              In creating an impossible road to care, you

9   are all participating in the active genocide of

10  transpeople here in Florida.  Stop trying to paint

11  what you are doing as compassion or a compromise.

12  You cannot put a flower in an asshole and call it a

13  vase.  Thank you.

14             CHAIRMAN ROMANELLO:  Brandy Scappalis,

15  Madison Natalya Hilt, and Julie Mench (phonetic).

16             BRANDY SCAPPALIS:  I am Brandy Scappalis.

17  I'm here today both as a social worker, PhD student

18  who has spent the last two years researching this,

19  reading all of the medical and mental health

20  literature, as well as someone who has been

21  receiving gender affirming care for over five years.

22             I wanted to comment on three main things.

23  Number one, several of the things on here are new

24  substantially burdensome requirements that are not

25  part of standard practice in providing or assessing

Med Def_001801

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 179

1   gender affirming care needs.  And that includes the

2   x-rays, the bone density scan requirements, as well

3   as some of the -- like the annual mental health

4   assessments and suicide risk assessments.  Those

5   will impose substantial financial burdens on

6   patients, and it will also impact insurance

7   companies when they cover this.

8           My employer provided health insurance.  The

9   cost for a bone density scan, for just a copay would

10  be $300.  And that requirement for anyone is a

11  substantial burden on finances if it's an annual

12  requirement even for only five years.  That's a

13  substantial amount of money.

14          Additionally, I wanted to comment on item

15  three on the informed consent form that gender

16  dysphoria be marked and sustained.  The purpose of

17  gender affirming care is to alleve gender dysphoria.

18  So someone who is being properly treated for gender

19  dysphoria will no longer have marked and sustained

20  gender dysphoria because of that treatment.

21  Therefore, that is only valid for the initial

22  assessment.  After that, the goal is to see the

23  reduction of gender dysphoria as a result of

24  treatment.

25          And finally, I noticed that the forms

Med Def_001802

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 180

1  considered today don't include consent for surgery.

2  These are hormone treatment forms.  Many people have

3  already been denied access to surgeries that were

4  already planned prior to the passage of the bill,

5  and we definitely need surgical informed consent

6  forms as well.  Thank you.

7              CHAIRMAN ROMANELLO:  Thank you for your

8  comment.

9              MADISON HILT:  Hello, Board.  Madison Hilt;

10  I'm from Clay County, Florida.  The real issues that

11  I have with the proposed informed consent forms,

12  really numbers 5 and 13 are my biggest issues.

13  Number 5 stating that we can't have any mental

14  health comorbidities.  That's kind of like a cat

15  chasing its own tail, right.  When somebody has

16  gender dysphoria, one of the biggest things that

17  affects them is depression and increased suicidal

18  ideation.  We know this.  It's been demonstrated in

19  multiple studies, multiple peer reviewed studies.

20  And as a matter of fact, it's listed in the

21  Endocrine Society positional statement and their

22  standards of care that was cited in this rulemaking

23  session.

24              Removing that care from people with any

25  kind of psychological comorbidity is going to just

Med Def_001803

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 181

1   increase their suicidality exponentially.  I would

2   -- I mean, I know it's pretty obvious I'm not a

3   doctor, but I have been involved with medicine for

4   quite a while.  My father was chronically sick,  I'm

5   chronically sick, so on, Type I diabetes.

6                Anyway, that provision is going to just

7   make people hurt themselves even more.  I would

8   highly suggest that you all follow the other

9   guidelines that are in the Endocrine Society's,

10  which are pretty conservative guidelines for the

11  treatment of transpeople.  It says that you all need

12  to have a multi-module approach with a team of

13  physicians.  It does not say that you need to

14  exclude people if they have a mental health issue.

15  Because studies have shown that suicidality upticks,

16  rather than goes down, if they lose that.

17                And number 13, a psychologist or a

18  psychiatrist having to assess once a year.  That's a

19  bit burdensome when only 10 to 12 percent of the

20  mental health practitioners in the state of Florida

21  are psychologists or psychiatrists and your LMHCs

22  and LCSWs are way better trained in a lot of cases

23  at treating gender dysphoria because there's a lot

24  of them that specialize in it.

25                Effectively, what this is going to be is if

Med Def_001804

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 182

1  you all pass this as it's stated right now is it's

2  going to be a ban on care for trans adults.  Because

3  this is almost the same exact language that they

4  used in Missouri.  So you're going to see the courts

5  strike it down.  We're going to be back here doing

6  this whole song and dance again.  You all just

7  follow the Endocrine Society standards.  Just for

8  one second think about the Hippocratic oath, care

9  about your patients, and show the trans Floridians

10  in this room that you want to help them, not make

11  rules that are going to cause them to leave or hurt

12  themselves.  Thank you.

13           CHAIRMAN ROMANELLO:  Hey, thank you for the

14  comments.  They were helpful and I appreciate them,

15  really.

16           Julie Mench, Max Fenning (phonetic) -- who

17  has exceptional penmanship -- and Bryce Hackmeyer

18  (phonetic).

19           JULIE MENCH:  Hello.  Julie Mench.  So one

20  thing that has struck me this entire time listening,

21  other than the willful misquoting of studies and

22  seemingly apparent lack of knowledge of the topic

23  that you were here to discuss, is your absolute, you

24  know, dismissal of any positive outcome of gender

25  affirming care.

Med Def_001805

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 183

1            Now, you can look behind me and I can show

2   you a room full of people that will tell you that

3   gender affirming care is lifechanging and a

4   wonderful thing.  Our lives have only been made

5   better by gender affirming care, which has been, you

6   know, regulated and a practice for -- like they

7   said, since the '30s, with Christine Jorgensen being

8   one of the first Americans to undergo transgender

9   reassignment.  And there was no reason for these

10  bills, these laws.  Medically, there weren't.

11  Politically, well, we all know the answer to that.

12           So I really am just horrified to see that

13  everything has just been a negative comment about

14  gender affirming care from this board that is tasked

15  with making ruling on gender affirming care.

16           And speaking on the comorbidities of mental

17  health.  Imagine going to a doctor, "Oh, hi.  I'm

18  sorry,  You have a glioblastoma.  It might be

19  operable but it's fatal if we don't.  But you seem

20  to be really depressed about this, so let's give you

21  six months of mental counseling to get rid of your

22  depression before we can get rid of your tumor that

23  is causing your depression."

24           You know, these things -- every tactic

25  you're trying is just saying you're deliberately

Med Def_001806

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 184

1  trying to block gender affirming care.  You know,

2  it's not inapparent to us.  We are very aware that,

3  you know, nobody on this board seems to be pro

4  gender affirming care despite the overwhelming

5  evidence, the thousands and thousands of papers

6  saying how effective it is.  Millions of people

7  telling you how effective it is.  But yet, deaf

8  ears.

9           So I mean, how is one really supposed to

10  read that?  You know, as someone receiving gender

11  affirming care, how am I supposed to respect your

12  opinion that is so anti my existence?  I would

13  really ask you to go and ask yourselves that.

14           And another thing I'm going to say is that

15  I've known many transpeople.  I'm a trans activist.

16  And I have never heard them suicidal until State

17  Bill 254.  So you are willfully causing harm with

18  your bills and your rulings, and I want you to look

19  into that and hold up your Hippocratic oath.  Thank

20  you.  I seed the rest of my time.

21           CHAIRMAN ROMANELLO:  Thank you.

22           Max Fenning, Bryce Hackmeyer, and Kit M.

23  (phonetic), followed by Omar Martinez (phonetic).

24           MAX FENNING:  Hello and thank you for

25  complimenting my impeccable handwriting.  Hello, my

Med Def_001807

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 185

1   name is Max Fenning, and I am the president of

2   Prism, a youth-led nonprofit that works to expand

3   access to LGBT inclusive education and sexual health

4   resources for young people in South Florida.

5               As someone who works closely with trans

6   youth, I know the impact that gender affirming care

7   can have.  Trans healthcare including puberty

8   blockers and hormone replacement therapy is safe,

9   well-tested, and most importantly, lifesaving.

10  Gender dysphoria can be debilitating.  Transgender

11  youth are twice as likely to attempt suicide as

12  their cis gender peers, but suicidality drops

13  sharply when gender affirming care is paired with an

14  affirming and accepting environment.  That's why

15  almost every major medical association has formed a

16  clear consensus that gender affirming care can lead

17  to positive outcomes for trans youth.

18              And not only that, the proposed informed

19  consent forms for both minors and adults is an

20  egregious obstacle course of hurdles and fiery hoops

21  to jump through.  So while I appreciate the efforts

22  today to temper some of those restrictions in

23  discussion, this is still not reasonable informed

24  consent.  It's a process that represents a

25  culmination of months of fear mongering and

Med Def_001808

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 186

1   dehumanization of transpeople of all ages and all

2   backgrounds, and our state diluting transpeople's

3   humanity to a political agenda of woke

4   indoctrination.

5            But transness is not a political agenda.

6   LGBTQ people do not want our lives, our bodies, and

7   who we love politicized.  It should be the decision

8   between a child and their parents, or an adult

9   patient and their doctor.  Trans healthcare saves

10  lives and it's why we've seen several injunctions

11  against both your rulemaking as a board and several

12  components of SB254, the legislation that

13  necessitated this process today.

14           I urge you to reconsider some of the most

15  cumbersome components of these informed consent

16  forms, especially those that exclude folks with

17  other mental health diagnoses, to ensure access to

18  this care for all transpeople who need it in our

19  state.  Thank you for your time.

20           CHAIRMAN ROMANELLO:  Thank you, Max.

21           BRYCE HACKMEYER:  Sorry, I'm in heels.  Hi,

22  my name is Bryce Hackmeyer and I'm the health and

23  technology director of Women's Voices of Southwest

24  Florida and cofounder of the Justice Advocacy

25  Network.

Med Def_001809

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 187

1             First of all, I'd like to remind the boards

2    that the Florida State Legislature in its drafting

3    of SB254 utilized arguments from both the Florida

4    Boards of Medicine and Osteopathic Medicine as well

5    as from the Florida Agency for Healthcare

6    Administration, AHCA.

7             The claims made by the surgeon general and

8    AHCA which triggered the board's rulemaking on

9    gender affirming care in the first place back in

10   August of 2021, had been debunked -- or 2022, excuse

11   me -- have been debunked extensively in court.  See

12   Dekker v Weida, which I have already submitted to

13   the public record, as politically motivated and

14   discriminatory.  I have many concerns regarding the

15   requirements for continuing HRT but will only delve

16   into a few for the interest of time.

17            First of all, what psychiatric

18   comorbidities impede diagnosis and treatment of

19   gender dysphoria?  How expensive would it be to be

20   evaluated by both a psychiatrist and/or a

21   psychologist in order to continue HRT?  Please

22   elaborate on specific comorbidities and also

23   research the expenses associated with such

24   evaluations.

25            Second of all, I don't believe decreased

Med Def_001810

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 188

 1  bone density is a significant side effect of

 2  testosterone HRT, but I could be wrong.  There

 3  exists less costly and invasive methods to gauge

 4  bone mineral density than bone density scans, such

 5  as peripheral blood cell counts.  Specifically, red

 6  blood cell, white blood cell, and platelet counts

 7  when controlled for confounding factors are

 8  positively associated with T scores, a measure of

 9  bone density.

10          A complete blood count differential

11  including platelets, a routine blood test taken

12  during physical checkups can provide this data at no

13  extra cost to the patient.  These relationships

14  elucidate the close connection between hematopoiesis

15  and bone formation.  To those alarmed by the

16  decreased bone formation -- or decreased bone

17  density side effect of a particular form of HRT, I

18  would say that calcium supplements go a long way.

19          All informed consent forms I've seen

20  deliberated by these boards possess statements of

21  bias and opinion.  E.g. -- not i.e., low quality

22  studies, purely speculative.  Although you all are

23  welcome to your personal opinions on these studies,

24  I do not believe a consent form should contain

25  biased statements such as these.

Med Def_001811

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 189

1                    The Boards of Medicine are currently

2    proposing additional restrictive and expensive

3    hurdles on all transpeople who seek lifesaving care.

4    These introduced requirements place undue burden,

5    both temporarily and physically, on providers and

6    their patients.  I highly suggest that prior to the

7    development of official and if possible, emergency

8    consent forms members of the boards reevaluate all

9    previous claims made regarding gender affirming care

10   and conduct truthful scientific analysis of the vast

11   body of research currently available, free of cherry

12   picking, showing these patients the respect and

13   basic human dignity they deserve.  Otherwise, you

14   will waste Floridian taxpayer money defending your

15   baseless claims in court.

16                    I encourage each board member to remember

17   that these boards represent more than just board

18   members and their research but the entirety of the

19   practice of medicine in our beautiful state.  Please

20   take all necessary courses of action to debias

21   yourselves to ensure Floridian gender affirming care

22   patients may pursue and continue their care in

23   peace.  Thank you.

24                    CHAIRMAN ROMANELLO:  Thank you.

25                    Kit M., followed by Omar Martinez, and

Med Def_001812

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 190

1   Katelyn Denehy-Samitz.

2              KIT M.:  Hi, Kit.  Yeah.  So what's being

3   pretty clearly communicated is that what is and

4   isn't in the topic isn't entirely arbitrarily

5   decided by you all on whether you like the comment

6   or not.  This is the most consistent way to

7   determine whether or not you are going to interrupt

8   randomly in the middle of a comment.  For example,

9   you lied about suicide in the informed consent forms

10  but when corrected on suicide statistics, that is

11  suddenly off topic because they were mean to you.

12              There is no reason to believe in your

13  honesty.  I mean, just look at your disgusted faces.

14  The public book for this meeting, first off, was

15  corrupted, which was very ironic (indiscernible)

16  this whole situation.

17              CHAIRMAN ROMANELLO:  Kit, do you have

18  anything to offer on the rules or the informed

19  consents?

20              KIT M.:  The context in which the rules are

21  made is necessarily relevant to the rules.

22              CHAIRMAN ROMANELLO:  Do you have any

23  comments on the rules or the informed consents?

24              KIT M.:  Yes.

25              CHAIRMAN ROMANELLO:  Can you offer those

Med Def_001813

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 191

1  comments, please.

2           KIT M.:  Over a dozen studies with a sample

3  size of -- with a sample size of 30,000 state the

4  efficacy of these in improving mental health and

5  decreasing suicidality, yet you lyingly state that

6  treatment with gender affirming care will not

7  prevent serious psychological events such as

8  suicide.  If you're going to claim that this is not

9  on topic, this is directly from your consent form.

10          You are the most transparently corrupt

11 governmental body, but you appeal to an imagined

12 sense of decorum, again, with the relevancy of each

13 and every single comment, which again seems to be

14 entirely arbitrarily decided by whether or not

15 people are polite to you.

16          You cite organizations that have disowned

17 you repeatedly, such as the Endocrine Society, which

18 published an article in November of 2020 entirely

19 disowning the ruling as anti-science.  Why require

20 both a DEXA scan and an x-ray every year, which

21 would cost approximately $700 combined, even for

22 testosterone which increases bone density.  The

23 point, very clearly, is to block poor people from

24 this which transpeople disproportionately are.

25          Why bar with -- and this is a direct quote

Med Def_001814

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 192

1  -- "any other active psychopathology"?  This is not

2  from the informed consent forms, this is later on in

3  the public book, but it was relevant to be included

4  in the public and therefore, it would be relevant to

5  this meeting.  This would include depression,

6  anxiety, ADHD, autism, et cetera.

7           Why recite the limonite lies of a social

8  contagion of rapid onset gender dysphoria?  Why lie

9  about desistance rates by citing a 1968 study

10  calling the 12 patients "sissy boys and tomboyish

11  girls"?  Why desperately hide your unanimous

12  DeSantis donations average $20,000 per year, per

13  member, prior to being appointed by your whaler?

14  Grow a damn spine and own up to what you are doing.

15           CHAIRMAN ROMANELLO:  Omar Martinez.

16           OMAR MARTINEZ:  Yes.  Good afternoon.  My

17  name is Omar Martinez.  I completed a dual degree in

18  law and public health.  I also have a master's in

19  clinical research methods and completed a

20  post-doctoral fellowship.  I have dedicated my

21  entire professional career to address health

22  disparities and inequities impacting sexuality in

23  minorities.

24           My work and the work of others have clearly

25  documented the impact of systemic factors including

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 193

1   the larger social context, policies like the one

2   passed in Florida, structural stigma,

3   discrimination, and racism that I suspect

4   disproportionately impact the transgender

5   population.  We have also developed programs and

6   interventions that are resiliency based and really

7   highlight the beauty, the magic of the resilience

8   community.

9            Now, regarding the informed consent, in

10  developing these consent forms, I should actually

11  recommend considering the informed consent model,

12  also known as the affirmation element, to help

13  support the writing of this informed consent.  The

14  model has been adopted by many healthcare

15  professionals.  In particular, clinicians at the

16  Callen-Lorde Community Health Center in New York

17  City.

18           You have a duty to provide adequate and

19  accurate information to enable a person to make an

20  informed decision.  The benefits have been clearly

21  established and this board -- this is where this

22  board has shown subjectivity, to my understanding,

23  and impartiality.

24           The truth is that data from more a dozen of

25  studies of more than 30,000 -- more than 30,000

Med Def_001816

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 194

1  transgender (indiscernible) and diverse youth

2  consistently show that access to gender affirming

3  care is associated with better mental health

4  outcomes and the lack of access to such care is

5  associated with higher suicidality, depression, and

6  self-harming.

7           A recent study, last year, 2022, published

8  by Tordoff and colleagues in JAMA with over 100

9  transgender youth found that mental health incomes

10  increase significantly with the medication aspects

11  of gender affirming care.

12           Another study published last year in

13  pediatric, but also (indiscernible) colleagues, with

14  over 300 -- 300 -- you want the data, you want the

15  sample size?  You have it there -- transgender youth

16  found that the vast majority of those receiving

17  gender affirming cares do not regret transitioning

18  at all.  Over 60, 60 high-quality, well-designed

19  studies published in reportable journals have

20  established the safety and efficacy of gender

21  affirming care.

22           The new requirements that you -- just

23  drafted are very problematic and not in line -- not

24  in line with the standards of gender affirming care

25  of data published in May of this year by JAMA, but

Med Def_001817

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 195

1  the World Professional Association of Transgender

2  Health.

3           I'm particularly concerned with requirement

4  number 10, requirement 13, requirement 5.  I'm not

5  going to go into details.  These requirement deviate

6  -- deviate from the standards of care.  I'm actually

7  very concerned about the potential breach of the

8  standard of care and legal implications for this

9  board and medical professions.  You're deviating

10  from well-established evidence and the standard of

11  care by providers.

12           CHAIRMAN ROMANELLO:  Mr. Martinez, thank

13  you.  Your time is expired.  We appreciate your

14  comments, and we'll certainly take them into

15  consideration as we continue to discuss the rules.

16           Our final speaker of the afternoon is going

17  to be Katelyn Danehy-Samitz.  Did I get that halfway

18  right?

19           KATELYN DENEHY-SAMITZ:  Yeah.  I feel like

20  other people -- yes, you did actually get it right.

21  But I think it's probably because of timing.

22           UNIDENTIFIED SPEAKER:  Yeah.

23           KATELYN DENEHY-SAMITZ:  Okay.  Well, in the

24  interest of time, if I can keep it under three

25  minutes are we able to get another speaker since

Med Def_001818

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 196

1  it's 4:26 now.

2           CHAIRMAN ROMANELLO:  You're going to be our

3  last speaker of the day.  Thank you.  So if you have

4  comments --

5           KATELYN DENEHY-SAMITZ:  Regardless of the

6  4:30 cutoff?

7           CHAIRMAN ROMANELLO:  You're going to be our

8  last speaker of the day.  Thank you.

9           KATELYN DENEHY-SAMITZ:  Awesome.

10          UNIDENTIFIED SPEAKER:  It's not 4:30 yet.

11          KATELYN DENEHY-SAMITZ:  It's not, but

12  that's fine.

13          Okay.  Katelyn Denehy-Samitz, founder/vice

14  president of Women's Voices of Southwest Florida.  I

15  would like to start off and apologize to you, sir,

16  because apparently, I'm not sure what

17  "masculinification" is but I don't think that hair

18  makes the man.

19          Actually, as well, too, something I usually

20  start off with and this is within the scope --

21  within the scope -- since I'm in a room full of

22  doctors, if anybody can help me and figure out how

23  to disjoint a human centipede, my email is on that

24  form.  Please keep it.  Send me an email,

25  admin@wvswfl.com.

Med Def_001819

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 197

 1               So much to say and if I'm the last speaker,
 2    that's great.  Let me check on my notes here;  I
 3    might as well take my time.
 4               Say that you're mandated to do this, and
 5    it's been reviewed several times the fact that you
 6    have been mandated to create the consent form.  The
 7    hate that you are warranting and making this care
 8    that is lifesaving, which has been again shown over
 9    and over again despite the cherrypicked references
10    -- oh, wow.  I'm angry.  I'm sorry.  I'm not sorry.
11    I'm trying very hard to be cordial.
12               You admitted to cherry picking the research
13    that you choose to base these on.  You are looking
14    at a room full of people who drove hours to be here.
15    I drove five hours here with my family, and we're
16    allotted -- nope, this is within the scope -- we are
17    allotted three minutes.
18               I would like to echo what Kit said and say
19    that everything -- every one of these person's
20    experiences is within the scope of what you are
21    doing, and by refusing to listen to them, by putting
22    your head in the sand for PR -- PR, putting your
23    head -- continuing to put your head in the sand, you
24    cannot allow Ron DeSantis to hide behind you and not
25    expect to have shit thrown at you.  That's it.  Have

Med Def_001820

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 198

1   a wonderful day.  Oh, God is disappointed.

2                CHAIRMAN ROMANELLO:  Thank you.  Your

3   comments were incredibly helpful to the committee,

4   and we'll take them into consideration.  Appreciate

5   it.

6                All right.  We're now going to move towards

7   actual now consideration and a vote on the informed

8   consents and rules.  And I'll ask Mr. Dierlam, just

9   a process.  We did the informed consents first and

10  then the rules.  Any --

11               DR. ACKERMAN:  Do we have to act on the

12  rule first?

13               CHAIRMAN ROMANELLO:  That's what I'm

14  asking.  Right?

15               ATTORNEY DIERLAM:  I don't think you have

16  to act on the rule separately.  I would advise that

17  if the -- you know, first of all, the committee

18  needs to determine if it wants to reconsider any of

19  the prior discussions, make any changes to the

20  consent forms based on public comments.

21               If the committee is comfortable with the

22  consent forms as are, we would simply need a motion

23  to adopt.  I believe it would be appropriate to do

24  the minor consent forms and rule language in one

25  vote, and then allow me to ask the sunset questions.

Med Def_001821

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 199

1  Then move forward with the exact same process for

2  the adults.  You know, again --

3          DR. ACKERMAN:  So Ms. McNulty, did you take

4  any notes?  There were some issues that came up.

5  Should we --

6          ATTORNEY MCNULTY:  Well, I mean, what in

7  particular are you looking for?

8          DR. ACKERMAN:  I just remember --

9          DR. MORTENSEN:  There was one about fluid

10  versus fluent.

11          DR. ACKERMAN:  Yeah.

12          EXECUTIVE DIRECTOR VAZQUEZ:  A technical

13  change, I think we can take care of.

14          DR. ACKERMAN:  Okay.  I just wanted to make

15  sure that we addressed that.

16          DR. DERICK:  Okay.  I have comments on the

17  adult consent form.

18          ATTORNEY DIERLAM:  So are we going to start

19  with minor or --

20          CHAIRMAN ROMANELLO:  Let's do minor first,

21  if we can.  So we have the minor consent form and

22  then the minor rule.  Any discussion that the

23  committee wants to make with respect to the consent

24  form or the rule that we discussed early, or any

25  responses or comments to the public comments that we

Med Def_001822

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 200

1  heard this afternoon?

2        All right.  So if there's no comment, we

3  would entertain a motion to adopt the consent form

4  as amended and the rule.

5        DR. ACKERMAN:  Move to adopt the consent

6  form as amended and the rule.

7        DR. DI PIETRO:  Second.

8        CHAIRMAN ROMANELLO:  Okay.  There's a

9  motion by Dr. Ackerman, a second by Dr. Di Pietro.

10        Do we need to do the conforming questions

11  now or --

12        ATTORNEY DIERLAM:  After we have a vote in

13  favor of the ruling.

14        CHAIRMAN ROMANELLO:  Got it.  All right.

15  All in favor of the motion?

16        (Unanimous ayes)

17        Opposed?

18        The motion passes.

19        ATTORNEY DIERLAM:  So if you don't mind,

20  board members, I'll go ahead and ask the requisite

21  circ questions.  The first question is: will the

22  proposed rule amendments have an adverse impact on

23  small business?

24        DR. DI PIETRO:  I move that it will not.

25        DR. ACKERMAN:  Second.

Med Def_001823

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 201

1              CHAIRMAN ROMANELLO:  All in favor?

2              (Unanimous ayes)

3              Opposed?

4              Passes.

5              ATTORNEY DIERLAM:  Is the proposed rule

6   amendment likely to directly or indirectly increase

7   regulatory costs to any entity, including the

8   government, in excess of $200,000 within one year

9   after implementation?

10             DR. ACKERMAN:  Move that it won't.

11             DR. DI PIETRO:  Second.

12             CHAIRMAN ROMANELLO:  All in favor?

13             (Unanimous ayes)

14             Passes.

15             ATTORNEY DIERLAM:  Will this rule amendment

16   create an offense that would constitute a minor

17   violation under the rule?

18             DR. ACKERMAN:  Move that it won't.

19             DR. DI PIETRO:  Second.

20             CHAIRMAN ROMANELLO:  All in favor?

21             (Unanimous ayes)

22             Opposed?

23             Passes.

24             ATTORNEY DIERLAM:  And then the final issue

25   for consideration is a sunset provision and whether

Med Def_001824

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 202

1  or not the board wants to include one.  I would

2  point out that A, this rule is required by statute,

3  and therefore, I don't know that a sunset provision

4  would be required.  And B, it's also an emergency

5  rule, so --

6           DR. ACKERMAN:  Move that there's no sunset

7  provision.

8           DR. DI PIETRO:  Second.

9           CHAIRMAN ROMANELLO:  All in favor?

10          (Unanimous ayes)

11          Opposed?

12          Passes.

13          Moving to the adult, any comments by

14  committee members?  And I know that Dr. Derick had a

15  comment.

16          DR. DERICK:  So starting on Bates 309, I

17  think that the audience actually had a lot of

18  compelling comments and I kind of just wanted to

19  walk through the issues related to the

20  qualifications for adults to receive and continue

21  HRT.

22          So I think if we go, number 1, meets the

23  criteria for gender dysphoria.  That seems like

24  that's appropriate that they have gender dysphoria

25  if they're being treated for it.

Med Def_001825

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 203

1          DR. ACKERMAN:  We're on 309?

2          CHAIRMAN ROMANELLO:  Bates 309.

3          DR. DERICK:  You know, there was a recent

4   knowledge that some people from a large transgender

5   group were sort of rubberstamping after a 20-minute

6   appointment with a provider.  They were getting

7   letters to their insurance companies, you know,

8   saying that these people qualified, you know, for

9   these very serious, like (indiscernible), for

10  example, without really having a relationship with

11  those people.  So I do think that -- and it wasn't

12  persistent, it had been like a month.

13          "Mental health and physical conditions that

14  could negatively impact the outcome of the treatment

15  have been assessed."  So the comorbidity thing is

16  interesting.  It sounds like from number 2, if

17  someone does have a mental health or physical

18  condition, and it's discussed, risks and benefits

19  are discussed, that that person could get the

20  treatment.

21          DR. DI PIETRO:  Correct.

22          DR. DERICK:  Right.  I mean, it doesn't

23  preclude -- that one doesn't preclude it.

24          DR. DI PIETRO:  Correct.

25          DR. DERICK:  "3, gender dysphoria is marked

Med Def_001826

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 204

1  and sustained."  I think the points that were made

2  from the audience, if you are already being treated

3  for gender dysphoria, you don't have sustained

4  gender dysphoria, so maybe that one is redundant to

5  the fact that you meet criteria for gender dysphoria

6  in general.

7             DR. MORTENSEN:  That kind of speaks though

8  with hypertension, right.  Like if you're taking

9  your medication, you don't have hypertension.

10            DR. DERICK:  Yeah.

11            DR. MORTENSEN:  So if they are taking their

12  medications, they still technically have gender

13  dysphoria.

14            DR. KIRSH:  It's a diagnosis.

15            DR. MORTENSEN:  It's a diagnosis.

16            DR. DERICK:  I think maybe it's nuanced

17  with the way that it's written.  But I mean, I think

18  that, you know, you wouldn't -- if someone was

19  stable and doing well, you wouldn't want to say that

20  they were -- someone said gender euphoric, which is

21  not gender dysphoria, so --

22            The next one, "Demonstrated capacity to

23  consent."  That seems fine.

24            Number 5, "Does not" -- this one -- "does

25  not suffer from psychiatric comorbidity that

Med Def_001827

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 205

1   interferes with the diagnostic workup or treatment."

2   So this is saying that if you're a new patient who

3   is an adult and you have a psychiatric comorbidity

4   that would interfere with the diagnosis of gender

5   dysphoria then that would be taken into

6   consideration.  I do think it's compelling.  People

7   do have depression and other sorts of things that we

8   wouldn't want to state that they couldn't get their

9   treatments in adults, right.  I mean, to me that

10  seems inappropriate.

11              DR. ACKERMAN:  I think it's a

12  misunderstanding.  I think that there could be a

13  psychiatric comorbidity but the fact that it has to

14  interfere --

15              CHAIRMAN ROMANELLO:  Absolutely.

16              DR. ACKERMAN:  -- with the diagnostic

17  workup or treatment.  I mean, everybody has

18  multiple --

19              DR. DECKER: I mean, like if you have ADHD

20  and have gender dysphoria, it seems like those

21  things can be treated separately.

22              DR. ACKERMAN:  Yeah.  I agree.

23              DR. DECKER:  If you have depression, gender

24  dysphoria, if you're treated maybe the depression

25  goes away or maybe it doesn't.  Maybe it requires

Med Def_001828

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 206

 1  additional treatment.

 2          DR. ACKERMAN:  I think it doesn't interfere

 3  with the diagnostic workup or treatment.

 4          CHAIRMAN ROMANELLO:  Right.

 5          DR. DECKER:  "Number 7, demonstrates

 6  knowledge and understandings of the risks."  That

 7  seems normal, or fine.

 8          "Number 8, understands the effect of gender

 9  affirming hormone treatment on reproduction."

10  That's just informed consent again.

11          "Number 9, undergoes evaluation by the

12  prescribing physician at least every three months."

13  And then also number 10, which is the suicide risk

14  assessment.  You know, I sort of agree that, you

15  know, once the consent is --

16          CHAIRMAN ROMANELLO:  But Dr. Derick, we

17  changed that, right.

18          DR. DERICK:  No, I'm just reading the

19  former -- the timing was changed.  But to me it

20  seems like in adults if they do informed consent in

21  person with a physician that maybe this is too

22  prescriptive in its language for adults.

23          Same with the bone scan and laboratory

24  testing and the annual mental health assessments.

25  You know, we were charged with creating a consent

Med Def_001829

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 207

1  form in adults to reeducate people on kind of the

2  newest stuff that's going on in this field because

3  it's -- you know, people here say we don't know the

4  studies, but we've read probably 20,000 pages of

5  studies.  We've got 2 people up here who are

6  specialists in pediatric endocrinology, which is

7  like 4 years after college of medical school, and

8  then like 3 years of pediatrics, and then 2 years of

9  endocrine, or whatever it is.  It's like a lot of

10  time.  So these people, I mean, this is what they do

11  for a living.  They see these patients and

12  everything else.

13             So I mean, I don't want people to think

14  we're not taking this seriously.  We have very

15  serious concerns about some of these treatments.

16  But I do think that in adults in particular perhaps

17  some of the prescriptive appointments and all of

18  those things might be too much.

19             And I also think that would probably get

20  rid of the issue with the nurse practitioners

21  because then it would only be in the kids who were

22  in that window of time where they needed to have --

23  they got grandfathered in or whatever else, they

24  would need to be seen.  But if we consider maybe

25  removing some of these other requirements that maybe

Med Def_001830

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 208

1  the access to their doctor, they should be seeing

2  their doctor regularly anyway.

3           So I don't know, I'm appreciative of the

4  public here.  I think that, you know, the intent

5  always is to use all the knowledge that we have to

6  do the best job that we can with the data that's

7  presented and I think, unfortunately, there's just

8  such a chasm right now of, you know, you either

9  believe or don't believe and there's just so much

10  uncertainty related to all of this.  So I appreciate

11  everyone's comments and I think that, you know,

12  perhaps we should consider removing some of these

13  requirements for adults.

14           CHAIRMAN ROMANELLO:  Do you have any

15  specifics?

16           DR. DERICK:  Yeah.  I think -- yes, I do.

17  So if we go back through.  I'm sorry to be so

18  tedious with this.  But I think the mental health

19  comorbidity is -- if we're all on the same page

20  where we agree with the lawyers that if you do have

21  a mental health comorbidity it's just discussed as

22  part of the evaluation, it's not that you can't get

23  it if you have depression.

24           DR. ACKERMAN:  Right.  That's a

25  misunderstanding.

Med Def_001831

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 209

 1                    CHAIRMAN ROMANELLO:  Right.

 2                    DR. DERICK:  Okay.  Because I think that

 3     that's -- you know, that was a concern of a lot of

 4     people that we heard.

 5                    You know, obviously --

 6                    DR. ACKERMAN:  So we're leaving that as is.

 7                    DR. DERICK:  Yeah.  Able to give consent

 8     and stuff like that, that should stay.  I think

 9     maybe number 9, number 10.

10                    DR. ACKERMAN:  Well, let's go through one

11     at a time.  So number 9.

12                    DR. DERICK:  I'm saying that 1 seems

13     normal.  2 is okay.  3 is redundant.  4 is fine.  5

14     we've clarified.  6 is fine.  7 is fine.  8 is fine.

15     9 is -- I would -- we had changed it when we were

16     discussing it, before I heard public testimony on

17     it, to 6 months or something like that.

18                    DR. ACKERMAN:  We said three months for the

19     first year and annually thereafter.

20                    DR. DERICK:  Yeah.  I feel like maybe that

21     one should be stricken.  I think that the patient

22     probably as an adult will have a routine cadence of

23     visits anyway that doesn't necessarily need to be

24     mandated in this rule.

25                    And the same thing with number 10, suicide

Med Def_001832

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 210

1  risk assessment.  I did hear Dr. Benson, I'd like to

2  hear his opinion about if he thinks that this should

3  be a mandate, but I think that if it's good practice

4  for physicians who are prescribing this in adults

5  that it is an issue that hopefully they would do

6  that on their own.

7            The laboratory testing, same thing, and the

8  bone scan, same thing.  I would consider not having

9  those.  And then 13, annual mental health

10  assessment.  And to be honest, I'm not saying these

11  things aren't important.  They are very important.

12  I'm just not sure in the context of this task that

13  we were given that this should be included.

14            "Number 14, continuing counseling with a

15  licensed mental healthcare professional during

16  treatment," I think that one probably should be

17  taken out too.  Not that that shouldn't happen, I

18  just am not sure it should be as part of this.

19            DR. MORTENSEN:  It says, "with the

20  frequency recommended by the healthcare professional

21  though," so it's not like we're mandating that they

22  have to have it, we're just suggesting that if they

23  are seeing somebody and that person says, "You

24  really need to be seen more frequency," you do.  And

25  if they say, "No, come back in a year, or two years,

Med Def_001833

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 211

1  or if you have problems."

2           DR. DERICK:  I mean, I think that that one

3  is fine then if it's read that way.  I mean, I think

4  it's appropriate if you have an annual mental health

5  assessment it can happen like maybe once, and if

6  it's needed to be done -- if people are happy and

7  they're not having problems with it and they're

8  adults and they're on stable medications for a long

9  period of time.  I mean, I hear the access

10  arguments, I hear the cost arguments, I hear, you

11  know, a lot of those things and I feel that perhaps

12  in adults that we are -- our duty is to inform them

13  about the risks of the treatment, considering some

14  of these have become newly -- we're becoming more

15  aware.

16           You know, I know that the NHS in England

17  recently came out with even more stringent

18  guidelines related to not even promoting social

19  transitioning of children.  So I mean, we're looking

20  at Europe, we're watching Europe.  It's a constantly

21  evolving discussion.  And so I think that the

22  refreshing of the informed consent -- and also, the

23  people's doctors are going to give them their own

24  informed consent, too.  So they're going to get all

25  the consents.  But yeah, so I think that that that

Med Def_001834

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 212

1  might --

2            DR. MORTENSEN:  I think it would be fair to

3  strike some of it because as counsel had noted, the

4  physicians are required to handle the standards of

5  care and if you do look at the Endocrine Society

6  Guidelines and the World PATH guidelines, they do

7  recommend laboratory testing, bone mineral density,

8  all those other things.  So you could strike it from

9  the consent because it falls on the physician to

10  follow those standards of care.

11            DR. DERICK:  Maybe it would be --

12            DR. MORTENSEN:  But it would be fair to

13  inform the patient to expect that these things are

14  the standard of care and that their provider might

15  be --

16            DR. DERICK:  I like that idea.  Instead of

17  saying it's a requirement that it would be included

18  in the informed consent that this is what you should

19  expect, or your -- this is what's considered

20  standard of care is to have these things done at

21  this sort of cadence.  But not make it a requirement

22  where if someone doesn't have a bone scan they're

23  out of compliance if it's been, you know, 370 days.

24            DR. ACKERMAN:  Well, the first line here

25  say above those numbers is "The specific

Med Def_001835

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 213

1  requirements for an individual," and then all these

2  things are in there.  So we're requiring these.  So

3  you want to loosen up on some of these requirements,

4  like number 9 and 10?

5            DR. DERICK:  Yeah.  I feel like -- sorry,

6  my computer shut like shut off.  It's like --

7            DR. ACKERMAN:  So number 9 says, "Undergo

8  an evaluation by a prescribing physician" -- and I

9  think we changed it -- "or their" --

10           DR. DERICK:  Instead of making it a

11  requirement make it "It is suggested that you" --

12  blah, you know.

13           DR. MORTENSEN:  So why not leave the things

14  that we need for specific requirements and then

15  create a second subsection that says, "The following

16  are recommendations" -- or the "The following may be

17  recommended by your physician" and then list the

18  other ones as recommendations?

19           DR. DERICK:  I think that's a great

20  compromise.  I think that that's something that I

21  think the audience would be supportive of.

22           DR. MORTENSEN:  So we don't have to

23  reinvent the wheel on the consent.

24           DR. DERICK:  You know, and I think that

25  it's --

Med Def_001836

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 214

1           DR. ACKERMAN:  I think the economics of it

2    is important -- is a concern, yeah.

3           DR. DERICK:  It's good medicine to do these

4    things, I just -- you know, if you require that they

5    can't get prescriptions filled if these things A, B,

6    and C haven't done, it's like a lot of burden to

7    make sure that you're not out of compliance and it

8    will make physicians nervous too to be prescribing

9    these medications to make sure that they're able to

10   comply.

11          DR. ACKERMAN:  Right.  But at the same

12   time, we need to protect the public and have some

13   requirements that -- I think there will be

14   physicians out there that will take advantage of

15   this and not see their patients and just -- you

16   know, they'll be doing telemedicine and not doing

17   these assessments in person.  So I think we have to

18   have some requirement in there of a frequency that

19   they see a physician.   So we said before every

20   three months, and I think we said during the

21   induction phase, or -- right?  Help me with what we

22   had said.

23          CHAIRMAN ROMANELLO:  First year.

24          DR. ACKERMAN:  The first year, every three

25   months, and then annually thereafter.  So you want

Med Def_001837

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 215

1  to strike that?  You want to make it looser?

2           DR. KIRSH:  Maybe the consideration might

3  be is some of the things that would have a major

4  impact financially, we put under recommendation by

5  the physician and the patient.  And then those that

6  we believe are protective of the population we

7  continue the standard similar to meeting with the

8  physician on a regular basis at the beginning and

9  loosen that up as we already have in the end for the

10  adults.  It's those things that may have the

11  financial impact that we may say is a

12  recommendation.

13           DR. DI PIETRO:  But it shouldn't be about

14  financial impact.  It should be about health,

15  safety, and welfare, right.

16           DR. KIRSH:  Absolutely.

17           DR. DI PIETRO:  And standards of care.

18           DR. KIRSH:  Absolutely.  But there is --

19           DR. DI PIETRO:  So I mean, the standard of

20  care is a cardiac catheterization and it's way more

21  expensive than TPA.  So I mean, it's -- although I

22  recommend -- excuse me.  Although I understand the

23  financial aspects and even Dr. Ackerman and I were

24  looking up the cash pay prices on DEXA scan sitting

25  here.  I mean, I get it.  I deal with it every day.

Med Def_001838

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 216

1  I deal with uninsured patients in my hospital on a

2  daily basis.  But when we're coming up with

3  standards and consents, it has to be standards of

4  care and health, safety, and welfare.

5           I am completely fine with leaving certain

6  requirements and then having a subtitle for things

7  as they stand and putting, you know, "These should

8  be expected as are recommended" if you want to put

9  by the board by the state -- however you want to

10  write it, I'm perfectly fine with that.  But I don't

11  think they should be exclusively removed because I

12  think when things are in writing like this, it gives

13  the patient the opportunity to read things that

14  maybe their physician, if it's not a fantastic

15  physician, failed to mention to them.

16           DR. KIRSH:  No.  I happen to agree with you

17  but there are some things that, you know, is a

18  decision made by a group that may not look at the

19  full ramification, and so those things should be

20  recommended, as you said, and those things that we

21  believe is an absolute necessity, such as seeing the

22  patient on a particular period, is something that we

23  should keep that in the informed consent and fly it.

24           DR. ACKERMAN:  Well, this is the standard

25  of care part, so let's -- I'd like to -- it would be

Med Def_001839

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 217

1  good to get through this and just do one at a time.

2          DR. DI PIETRO:  But the other option could

3  be that the requirements apply to people who are new

4  adults to the treatments, and the people who are

5  currently under treatment, these are the

6  recommendations.

7          DR. KIRSH:  How do you define that?  That's

8  complicated.  How would you define that from a --

9          CHAIRMAN ROMANELLO:  Can I make a

10  suggestion?  I'm not hearing a consensus on where

11  the committee wants to go on the issue.  I'm hearing

12  a couple of different competing ideas, all of which

13  sound good.  I think there is a general consensus to

14  somehow modify those requirements for folks who

15  receive hormone replacement therapy.  I don't think

16  that we've coalesced as a group on where those

17  requirements or suggestions should reside.

18          As this is an emergency rule, this is not

19  going to be the last stop on this journey.  We're

20  going to be back here for a permanent rule, and

21  we've already talked about some other items that

22  we've put kind of placeholders in this rule in that

23  we're going to reconsider and have much more time to

24  reconsider as we progress to the permanent

25  rulemaking.  Is this an area where we could -- we've

Med Def_001840

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 218

 1  got notes and a record of the conversation, is this

 2  something that we can come back in the permanent

 3  rulemaking process to take up?

 4          DR. DERICK:  I just think there's going to

 5  be a gap between those two things and the physicians

 6  aren't going to know what to do during A and B.

 7          CHAIRMAN ROMANELLO:  Okay.  Fair enough.

 8          DR. DERICK:  I see both sides and I think

 9  it's important to recognize that we can't lose our

10  transgendered patients to lack of follow up.  And I

11  think that we're seeing a little bit of this

12  rubberstamping sort of large sprawl of transgendered

13  clinics where people have been on record saying that

14  they don't have any gatekeeping philosophy because

15  they believe everyone should be on these

16  medications.  And I think that's something that we

17  really need to think hard about is that this is not

18  for everyone, especially in the kids.  It's not --

19  it's good for some that need it and it also should

20  be considered that it might just take time to --

21          DR. BENSON:  So I think the simple thing is

22  with the DEXA scan, I think if you really look at

23  the Endocrine Society Guidelines, they talk about a

24  lot of what we talked about.  When to monitor

25  testosterone, when to get a hemoglobin and

Med Def_001841

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 219

1   hematocrit screening for osteoporosis.  But for

2   trans males, the fracture risk is probably low if

3   they're staying on their testosterone.  And for the

4   trans females, you know, again, similar monitoring,

5   checking testosterone, checking estrogen, shooting

6   for the physiologic range.  But BMD testing at

7   baseline for that group, but the rest are low risk,

8   so you're requiring a DEXA scan that would be

9   something I think we could just eliminate for most

10  adults.

11            CHAIRMAN ROMANELLO:  So then is there an

12  appetite?  Because Dr. Derick has identified, and

13  we've circled in on numbers 9 through 14.  Would

14  there be an appetite for the committee to consider a

15  new section, as Dr. Di Pietro pointed out, after the

16  specific requirements, another section that reads,

17  "The following requirements may also be recommended

18  by your physician," and we would take numbers 9 --

19            DR. ACKERMAN:  Take out the word

20  requirements.  "The following may be" --

21            CHAIRMAN ROMANELLO:  Right.  "The

22  following" --

23            DR. ACKERMAN:  -- "may be also recommended

24  by your physician."

25            CHAIRMAN ROMANELLO:  Okay.  "The following

Med Def_001842

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 220

1  may also be recommended by your physician," and we

2  would take numbers 9 through 14 and put that in a

3  subsection?

4           DR. ACKERMAN:  Yeah.  I could live with

5  that.  That would make it -- at least it's in there

6  and it makes it so they're not obligated to do it.

7  It's optional but, you know, if someone is not doing

8  any of those on a regular basis they could have --

9  it could be looked "frownly" upon.  So I'd make the

10  motion to add an additional -- to after number 8,

11  put a space --

12          CHAIRMAN ROMANELLO:  "The following may

13  also be recommended by your physician."

14          DR. ACKERMAN:  "The following may also be

15  recommended by your physician for individuals who

16  receive and continue to receive HRT treatment."

17          DR. KIRSH:  Second.

18          ATTORNEY DIERLAM:  And that is for

19  masculinizing and feminizing forms?  Obviously

20  wouldn't apply for the surgical forms but both for

21  the adults?

22          DR. ACKERMAN:  Right.  Masculinizing and

23  feminizing.

24          ATTORNEY DIERLAM:  Thank you.

25          DR. ACKERMAN:  "The following may be

Med Def_001843

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 221

1  required for individuals to receive or continue to

2  receive HRT treatment."

3           CHAIRMAN ROMANELLO:  "The following may

4  also be recommended by your physician for an

5  individual to receive and continue HRT treatment."

6           DR. ACKERMAN:  I wouldn't say "your."  "The

7  following" -- you got to wordsmith it for me a

8  little bit.  "The following may be recommended by

9  the physician."  Because this isn't your, all this

10  is in third person or whatever.  Yeah "by the

11  prescribing physician."

12           CHAIRMAN ROMANELLO:  I have a motion by

13  Dr. Ackerman.

14           DR. DERICK:  Second.

15           CHAIRMAN ROMANELLO:  A second by

16  Dr. Derick.  All in favor?

17           (Unanimous ayes)

18           Opposed?

19           It passes.

20           DR. ACKERMAN:  Just fix the language there

21  to make it so that it's the proper tense.

22           CHAIRMAN ROMANELLO:  So then are we going

23  to -- are there any other questions, or any other

24  observations, or motions that we want to make about

25  the informed consent --

Med Def_001844

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 222

 1              DR. ACKERMAN:  Yeah.  Just regarding that,

 2  I can tell you that in people that don't have gender

 3  dysphoria that are treating with these drugs, I

 4  think it should be required.  I require it, so I

 5  think it's a little -- you know, it's weird that

 6  we're not requiring bone density studies with people

 7  with estrogen blocking drugs, but that be as it may,

 8  I just wanted to go on record saying that.  I think

 9  it's fine.  They can do it ad-lib.

10              CHAIRMAN ROMANELLO:  So with that, I would

11  entertain a motion to adopt the emergency rules as

12  amended, as well as the rule.

13              DR. ACKERMAN:  Second.  So moved.

14              DR. DI PIETRO:  Second.

15              CHAIRMAN ROMANELLO:  All in favor?

16              (Unanimous ayes)

17              Opposed.

18              If I said rule twice, I didn't mean to.  I

19  meant to say the consent forms along with the rules.

20  So the consent forms as amended and the rule.  A

21  motion and a second, all in favor.

22              (Unanimous ayes)

23              Opposed?

24              It passes.  Mr. Dierlam's got -- yeah.

25              ATTORNEY DIERLAM:  Will the proposed rule

Med Def_001845

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 223

1   amendments have an adverse impact on small business?

2              DR. ACKERMAN:  No.

3              DR. DI PIETRO:  Second.

4              CHAIRMAN ROMANELLO:  All in favor?

5              (Unanimous ayes)

6              Opposed?

7              ATTORNEY DIERLAM:  Is the proposed rule

8   amendment likely to directly or indirectly increase

9   regulatory costs to any entity including the

10  government in excess of $200,000 within one year

11  after implementation?

12             DR. DI PIETRO:  I move that it will not.

13             DR. MORTENSEN:  Second.

14             CHAIRMAN ROMANELLO:  All in favor?

15             (Unanimous ayes)

16             Opposed?

17             Carries.

18             ATTORNEY DIERLAM:  Will this rule amendment

19  create an offense that would constitute a minor

20  violation under the rule?

21             DR. DI PIETRO:  Move that it will not.

22             DR. ACKERMAN:  Second.

23             CHAIRMAN ROMANELLO:  All in favor?

24             (Unanimous ayes)

25             Opposed?

Med Def_001846

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 224

1          Carries.

2          ATTORNEY DIERLAM:  And does the board

3    committee want to impose a sunset provision for this

4    rule or a rule amendment?  All my prior comments for

5    the last rule apply again.

6          DR. DI PIETRO:  I move that there should

7    not be a sunset.

8          DR. ACKERMAN:  Second.

9          CHAIRMAN ROMANELLO:  All in favor?

10          (Unanimous ayes)

11          Opposed?

12          Carries.

13          Again, I want to thank the committee for

14    its time and its dedication to the issue.  I also

15    want to thank the members of the public who took the

16    time to be here today.  Particularly those who have

17    come to multiple meetings and have commented on

18    multiple occasions.  We certainly appreciate it.

19    And with that, we'll adjourn the meeting.

20          (END OF AUDIO RECORDING)

21

22

23

24

25

Med Def_001847

Joint Rules/Legislative Committee Meeting
June 23, 2023

Page 225

1          CERTIFICATE OF TRANSCRIPTIONIST

2              I certify that the foregoing is a true and

3     accurate transcript of the digital recording

4     provided to me in this matter.

5              I do further certify that I am neither a

6     relative, nor employee, nor attorney of any of the

7     parties to this action, and that I am not

8     financially interested in the action.

9

10

11

12                         *Julie Thompson*

13
                         Julie Thompson, CET-1036
14

15

16

17

18

19

20

21

22

23

24

25

Med Def_001848

**$**

**$20,000**
  192:12
**$200,000**
  201:8 223:10
**$300**
  179:10
**$700**
  191:21

**(**

**(2)**
  6:5
**(6)**
  6:6
**(c)**
  135:19

**1**

**1**
  5:24 17:19
  41:14 78:25
  127:21 202:22
  209:12
**10**
  47:12 48:1
  49:20 78:23
  100:24 103:5
  104:1 105:23
  106:19,20
  120:16 131:15
  156:11 162:20
  173:14 174:3
  181:19 195:4
  206:13 209:9,
  25 213:4

**10-minute**
  130:14,23
**100**
  101:12 103:6
  194:8
**100,000**
  162:25 163:1,
  6,7
**11**
  39:21 66:12
  70:15
**12**
  90:21 137:24
  177:16 181:19
  192:10
**13**
  169:14 180:12
  181:17 195:4
  210:9
**14**
  210:14 219:13
  220:2
**15**
  162:21
**16**
  120:14
**16th**
  146:22
**17**
  4:22 120:14
  133:12
**17-**
**hydroxyprogeste**
**rone**
  142:23
**17th**
  146:24
**18**
  5:3,19 39:16

**71**:5,10 87:19
  101:10 159:13
**1968**
  192:9
**1972**
  162:18,24
**1:00**
  6:15 7:5
**1:02**
  3:14

**2**

**2**
  39:16,20
  65:16 127:21
  156:11 203:16
  207:5,8
  209:13
**20**
  162:20
**20,000**
  207:4
**20-minute**
  203:5
**2001**
  159:14
**2005**
  159:14
**2013**
  163:4
**2017**
  29:20 71:22
  162:18,24
  163:4
**2020**
  191:18
**2021**
  187:10

**2022**
  162:15 187:10
  194:7
**2023**
  3:13 4:22
  5:24 6:15 7:5
  133:12
**20th**
  6:20
**21**
  154:2
**219**
  128:14
**22**
  9:8
**23**
  3:13 6:15
**254**
  4:20,22
  184:17
**26**
  51:2
**264**
  14:7 15:2
  36:11 41:17
  42:24 43:18
  47:4 54:2
  56:2,22
**265**
  20:25 65:15
  68:5
**266**
  39:3 58:25
  60:17 61:1,2
**269**
  49:2,8 52:14
  57:20
**272**
  74:2 84:10,11

**274**
  75:1,10,14
**284**
  84:15 89:21
**285**
  126:24,25
  127:7
**286**
  92:10
**287**
  95:21 96:20
**29**
  163:1
**290**
  99:12
**294**
  132:11
**295**
  132:20 133:23
  137:2
**296**
  135:19
**298**
  84:7 88:9
  99:23 100:3
  108:2
**2nd**
  6:20

_____
        **3**
_____

**3**
  100:25
  101:11,12
  127:21
  128:17,18
  163:8 203:25
  207:8 209:13
**30**

**7:5 71:6,11**
**78:24**
**30,000**
  191:3 193:25
**30,000-foot**
  139:6
**300**
  100:10 103:20
  194:14
**308**
  111:15 113:1
**309**
  202:16 203:1,
  2
**30s**
  175:20 183:7
**30th**
  9:21
**310**
  113:14 114:5
**312**
  113:11,18,19
  114:14,17
**317**
  116:3 117:3,
  14 119:25
**318**
  121:3 123:10
**319**
  121:13 125:14
  127:21,25
  128:13
**323**
  138:23,25
**34**
  163:6
**370**
  212:23

_____
        **4**
_____

**4**
  65:16 127:21
  133:23 134:12
  163:8 207:7
  209:13
**41**
  164:19
**43**
  163:6
**45**
  162:23
**456.52**
  6:7,17
**456.52(1)**
  6:5
**458**
  5:14
**459**
  5:14
**490**
  5:15
**4:00**
  153:21
**4:26**
  196:1
**4:30**
  10:20 131:2,3
  196:6,10

_____
        **5**
_____

**5**
  10:24 71:13
  127:21
  180:12,13
  195:4 204:24
  209:13

**5-alpha-**
**reductase**
  85:23
**500**
  149:10 150:7

_____
        **6**
_____

**6**
  48:24 90:21
  127:22
  128:17,18
  209:14,17
**60**
  5:1 72:3
  194:18
**60-year-olds**
  68:18
**64**
  162:25

_____
        **7**
_____

**7**
  206:5 209:14
**70**
  163:24
**70-year-olds**
  68:19

_____
        **8**
_____

**8**
  17:19 47:25
  48:24 49:20
  65:16 120:16
  133:25 206:8
  209:14 220:10
**80**
  148:9

Med Def_001850

**80s**
147:22

**82**
164:17

**820,063**
162:16

**85**
79:18

---

**9**

**9**
49:20 120:16
206:11 209:9,
11,15 213:4,7
219:13,18
220:2

**90**
64:22 79:18

**9000**
161:8

**90s**
147:22 174:9,
10

**95**
59:19 62:25

---

**A**

**Aaron**
153:18 156:14
159:6,7
161:14,17,18
162:12,15
163:9,12

**abdominal**
149:5

**Ability**
62:8

**Abscess**
96:18

**abscesses**
95:17

**absolute**
182:23 216:21

**Absolutely**
19:4 27:19
106:2 205:15
215:16,18

**absurd**
25:9

**academic**
170:20

**accept**
16:21,23
34:23 129:24
174:20

**accepting**
185:14

**access**
30:18 149:15
154:9 155:1
169:7,21
172:8,14
175:17 180:3
185:3 186:17
194:2,4 208:1
211:9

**accessible**
164:1 172:21

**accessing**
154:25 174:16

**accordance**
9:18

**accurate**
58:19 60:21
193:19 225:3

**acetate**
88:7,20 108:2
111:11 142:20
143:6 149:1,6

**achieve**
152:1

**Ackerman**
11:9,10,11,15
13:10,23
15:4,12,20
16:3,5,10
18:9,12,19,23
19:13 20:23
21:15 22:6,19
23:5,11 24:4,
7,10,20 25:4,
6 26:15 27:2,
9,12,20 28:4,
6,16 30:1,7
32:8,11 33:5,
23 34:10,19,
21 35:9,16,
21,24 36:14,
22 37:9,15,
18,24 38:7,
11,12,15,21
41:17 42:21
43:17 45:4,19
47:23 48:22,
25 49:3,8
50:1 52:17,20
53:15,19,23,
25 54:3 55:5,
23 56:5,21
57:18 58:1,12
59:9,13,16,25
60:25 61:6,
11,21,25
62:5,11 63:7,
9,12,14,21
66:2,4,18,22

67:2,9,15,18,
22 68:3,9,18
69:4,9,12,18,
25 70:4,5,6,
8,10,13 71:3,
9,16,19 72:5,
11,15,20
73:2,23
75:10,13,19
76:1,4,9 80:8
81:4 82:5,8,
14 83:2,10,
12,22 84:5,
10,22,23
85:6,13,17,
19,25 86:5,
10,13,16,19,
22 87:7,10,20
88:1,5,19,21
89:1 90:22
91:10,16
92:24 93:7,17
94:1,5,9,12,
17,19,21
95:1,4,7,10
96:2,12
97:11,15,18,
21,24 98:2,6,
10,14,16,18,
23 99:2
101:7,10
102:4,7,17,
21,24 103:2,
6,10,13,21
104:5,19,23
105:5,15,18
106:4,18
107:4,10,15
108:4,8,14
109:4,8,22
110:5,9,14,
16,22 111:1

Med Def_001851

Joint Rules/Legislative Committee Meeting
June 23, 2023                                                                                    4

116:24 118:6
119:19,22
121:22 122:6,
10,19,25
123:6,12,15,
19,21,25
124:4,8,11,12
125:6,7,23
127:16,18,20,
21,24 128:1,
5,8,13,18,22,
24 129:5,25
130:2,16,19
131:5,8
132:3,21
133:9,14,18
134:6,8,17
135:3,5,17
136:5,11,19,
21 137:21,25
138:23,25
139:6,9,16,
19,23 140:17,
18,21 141:2,9
142:1,4,17,21
143:2,5,13
146:24 147:5,
9,11,13,16,19
148:1,4
155:22 156:2,
10 158:5,17
159:4 165:4,7
198:11 199:3,
8,11,14
200:5,9,25
201:10,18
202:6 203:1
205:11,16,22
206:2 208:24
209:6,10,18
212:24 213:7
214:1,11,24

215:23 216:24
219:19,23
220:4,14,22,
25 221:6,13,
20 222:1,13
223:2,22
224:8

**act**
198:11,16

**action**
9:22 151:15
189:20 225:7,
8

**actions**
7:6,12 151:17

**active**
5:6 133:11
178:9 192:1

**activist**
143:20 184:15

**activities**
12:9

**actual**
48:19 131:16
132:11 198:7

**acutely**
55:2

**ad-lib**
222:9

**adamantly**
175:23

**add**
15:24 40:22
41:3 46:17
51:6 52:14
55:8 56:21
58:3 60:3
62:24 80:7,8
82:25 91:2

96:11,12,23
109:13 114:8
120:1 124:6,
8,12,24
129:16 155:3,
9 160:4 161:6
168:3 171:17
220:10

**added**
124:18 129:17
159:23

**adding**
53:12 117:20

**addition**
19:1 47:1
84:20 113:14
120:18

**additional**
19:3 97:25
111:20 117:24
167:11,14
170:4 175:13
189:2 206:1
220:10

**Additionally**
179:14

**address**
4:20 11:12
28:22,25
192:21

**addressed**
18:15 78:2,14
199:15

**addressing**
74:17

**adequate**
65:16,23
81:2,3 82:14
134:14,16,17
166:22 193:18

**ADHD**
174:13 192:6
205:19

**adhering**
30:22

**adjective**
75:11

**adjectives**
76:7

**adjourn**
10:23 224:19

**adjunct**
87:14

**adjust**
135:15

**adjusted**
105:9

**admin@wvswfl.
com.**
196:25

**administer**
91:13

**Administration**
187:6

**administrator**
3:6

**admitted**
197:12

**adolescence**
79:19

**adolescents**
13:24 68:10
87:6 90:3
170:20

**adopt**
5:1,17 166:11
198:23 200:3,
5 222:11

Med Def_001852

Joint Rules/Legislative Committee Meeting
June 23, 2023

5

**adopted**
  165:22 166:3
  168:4 193:14
**adoption**
  9:19
**adopts**
  133:5
**adrenal**
  142:24
**adult**
  18:7 31:17,18
  39:10 46:21
  55:21,24
  69:10,13
  71:21 72:23,
  25 77:3 84:25
  87:5 88:21
  90:2 100:4
  101:22 102:19
  138:22 139:11
  148:2,3,4
  157:3 158:24
  166:11 168:5
  175:11,12
  176:16,20
  186:8 199:17
  202:13 205:3
  209:22
**adult's**
  168:6
**adulthood**
  170:23
**adults**
  6:12 7:2 9:3
  32:14 34:20
  38:20,21 42:5
  45:21,25
  51:10,24
  55:15 60:8
  64:12 68:10,

11,17 69:5,
13,19 71:2,3,
8,9,13 79:20
83:8,10
85:13,17
90:14 100:11,
13 101:8,9
111:11 116:4
126:5 131:24
135:22,25
139:9,24
140:2 161:2
163:25
168:10,14
169:1,23
171:18 176:19
177:23 182:2
185:19 199:2
202:20 205:9
206:20,22
207:1,16
208:13 210:4
211:8,12
215:10 217:4
219:10 220:21
**adults'**
  166:7
**advance**
  13:6 156:20
  157:9,15,18
**advantage**
  214:14
**adverse**
  39:17,22
  40:15,24
  45:15 102:15
  151:23 200:22
  223:1
**advice**
  158:14

**advise**
  198:16
**advised**
  9:17
**Advocacy**
  186:24
**advocating**
  161:7
**aesthetic**
  64:11
**aesthetically**
  64:16
**affect**
  64:10
**affects**
  59:22 180:17
**affirmation**
  193:12
**affirmative**
  87:10 103:1
**affirming**
  133:2 149:2
  154:4,7
  156:21 160:7
  163:25 167:18
  169:5 174:11,
  16 176:9
  177:9 178:21
  179:1,17
  182:25 183:3,
  5,14,15
  184:1,4,11
  185:6,13,14,
  16 187:9
  189:9,21
  191:6 194:2,
  11,17,21,24
  206:9
**Afterall**

152:20
**afternoon**
  3:13 9:23
  10:5,20
  150:16 159:9
  160:20 161:17
  164:6,12
  165:14
  168:20,21
  170:17 176:4
  192:16 195:16
  200:1
**afternoon's**
  8:20
**AG**
  125:9
**AG's**
  16:1,2
**age**
  5:3,19 68:1,2
  72:4 87:19
  90:20 101:10
  169:14
**Agency**
  187:5
**agenda**
  7:10 8:19
  130:17 186:3,
  5
**agents**
  14:21
**ages**
  186:1
**agony**
  152:19
**agree**
  14:6 47:23,24
  48:12 59:17
  82:5 101:12

Med Def_001853

Joint Rules/Legislative Committee Meeting
June 23, 2023

6

103:6 106:2
148:17 174:2,
5 205:22
206:14 208:20
216:16

**Agreed**
109:11

**AHCA**
187:6,8

**ahead**
49:8 50:22
147:12 200:20

**aided**
13:17

**aka**
176:5

**alarmed**
188:15

**alert**
63:16,17

**alike**
171:18

**alive**
147:3 170:23
172:9

**alleve**
179:17

**alleviate**
112:15

**alleving**
167:21

**allocated**
141:19

**allopathic**
15:18

**allotted**
197:16,17

**allowed**
7:17 95:1
150:19 162:5,
7

**allowing**
108:25

**alternative**
78:6,10

**ambiguous**
122:11

**amenable**
80:12

**amend**
35:17,25

**amended**
35:4,12
200:4,6
222:12,20

**amendment**
34:22 35:3
201:6,15
223:8,18
224:4

**amendments**
35:3 200:22
223:1

**American**
77:5 173:5

**Americans**
175:25 183:8

**amount**
173:17 179:13

**Amsterdam**
162:17

**analysis**
189:10

**and/or**
187:20

**Andre**
144:13 146:25
147:15,18,20
148:3,5

**Androgel**
90:18 155:5

**androgen**
142:25

**androgens**
87:11

**anesthesia**
124:23,24

**angry**
197:10

**annual**
66:14,16
67:14 68:7,8
69:15 73:15,
16,19 167:2
179:3,11
206:24 210:9
211:4

**annually**
29:5,14,17
32:8,9 68:11,
12,13,23
69:3,4,6,13,
19,20 70:16,
17 71:13,16
72:12 73:11
106:8 107:12
112:1 159:3,5
209:19 214:25

**answers**
143:25

**anthropometry**
29:23

**anti**
184:12

**anti-androgen**
149:7

**anti-science**
191:19

**anti-trans**
175:23

**anticipated**
78:5,8,16

**anxiety**
192:6

**anymore**
26:11 145:17

**apolitical**
4:11

**apologies**
153:16

**apologize**
126:3,11,12
196:15

**apparent**
182:22

**apparently**
143:6 196:16

**appeal**
191:11

**appearance**
7:18 92:16

**appetite**
219:12,14

**apply**
7:22 46:20
112:15 217:3
220:20 224:5

**appointed**
4:5 150:3
192:13

**appointment**
153:21 176:11

Med Def_001854

203:6

**appointments**
26:6 207:17

**appreciates**
165:21

**appreciative**
208:3

**approach**
181:12

**appropriated**
91:7

**approved**
6:19 39:11
47:8 50:13,14
51:18,19
85:5,6,7 89:9
108:12,13
137:2 160:3
166:4 176:14

**approximately**
191:21

**arbitrarily**
190:4 191:14

**arbitrary**
70:1

**area**
27:13 217:25

**argue**
174:7

**argued**
64:8

**arguments**
187:3 211:10

**article**
191:18

**ascent**
137:7

**ascertain**
54:19

**aspects**
170:21 194:10
215:23

**assent**
43:8 137:11,
23 161:5

**assess**
181:18

**assessed**
203:15

**assessing**
178:25

**assessment**
101:5 102:4
166:5,25
167:3 168:7
179:22 206:14
210:1,10
211:5

**assessments**
31:25 179:4
206:24 214:17

**asshole**
178:12

**assigned**
8:21

**assistance**
157:22

**assistant**
3:5

**association**
77:6 172:16
173:6 185:15
195:1

**assume**
64:4 86:11
173:8

**Assuming**
156:2

**assumption**
64:23

**atrocious**
152:9

**attempt**
6:1 42:15
185:11

**attempted**
164:19

**attend**
152:17

**attended**
14:16

**attentive**
169:18

**attorney**
16:3 17:18,22
18:11,22,24
19:4,10 20:3,
11 21:18 27:3
29:16 31:2,7
32:2,15 33:9,
14 34:15
35:7,13,18,22
36:7 38:19,23
39:4 40:22
41:3,9,18,21,
24 42:24
43:4,12,19
48:17,23
49:6,9 50:9
53:17 57:12
58:5 63:13,
20,23 65:15,
19,22 66:11,
20,25 67:13,
17 68:6
69:15,23 71:7

72:21 73:15,
19 74:12
81:10,13,18,
23 83:23,24
84:4 91:22
92:5,17
96:19,21
97:3,16,20
98:12,15,17,
25 99:7
103:25 104:8,
11 114:13,16,
24 115:2,6,
12,24 117:5,
8,18 118:10,
15 120:4
121:13 122:17
125:12,18,20,
22,25 126:15
128:15,17,21
132:19 133:5,
13,17,21
134:12,23
135:4,7,14,
21,24 137:16
138:5 139:3
156:5 158:6,
10,25 198:15
199:6,18
200:12,19
201:5,15,24
220:18,24
222:25 223:7,
18 224:2
225:6

**audience**
130:21 140:19
149:22 202:17
204:2 213:21

**audience's**
132:24

Med Def_001855

audio
  3:20 224:20

augmentation
  125:15,16,21

August
  9:7 187:10

authority
  165:21 167:7

autism
  150:9 192:6

autonomy
  152:7

average
  163:8 192:12

avoid
  47:20 172:1

avoidance
  151:17

aware
  96:6 97:8
  108:23 184:2
  211:15

Awesome
  196:9

awful
  177:19

awkward
  114:20

ayes
  36:4 38:25
  57:4 60:11
  66:8 70:23
  76:17 83:14
  99:3 106:15
  107:22 113:25
  115:21 120:23
  122:14 123:16
  124:16 127:13
  130:4 132:7

134:9,20
135:11 136:22
200:16 201:2,
13,21 202:10
221:17
222:16,22
223:5,15,24
224:10

———————

**B**

———————

back
  7:21 9:7
  10:16 35:11
  36:11 46:25
  56:1 59:15
  79:8 89:3
  119:7 123:21
  126:3 129:9
  130:14,23,24
  131:14 147:9
  150:13,14
  156:1,25
  174:9 182:5
  187:9 208:17
  210:25 217:20
  218:2

backgrounds
  186:2

bad
  64:13

bald
  86:3

baldness
  87:12 93:8
  94:24 95:4
  142:13

ban
  182:2

bar

191:25

barriers
  166:4 170:5

base
  197:13

based
  7:25 40:11,21
  42:6 44:11
  45:21 46:2
  51:11,24
  56:12 77:8
  78:20 89:8
  112:2 149:10
  151:20 155:3
  168:8 193:6
  198:20

baseless
  189:15

baseline
  72:1 219:7

basic
  137:9 189:13

basically
  40:10 54:10
  63:21 67:4
  77:18 80:16
  142:24 163:13

basis
  25:25 215:8
  216:2 220:8

Bates
  14:7 15:2
  20:24 36:11
  39:3 47:4
  48:25 52:14
  56:22 57:20
  58:24 60:17
  68:5 74:1,24
  75:1,14 84:7,
  14 88:8 89:21

92:10 95:21
96:20 99:12,
23 100:10
103:20 108:2
111:15
113:11,14,18
114:5 116:3
117:3,14
119:24 121:3
123:10 125:14
126:4 127:7,
25 128:13,14
132:11,20
133:23 135:19
137:1 138:25
202:16 203:2

Beach
  9:8

beautiful
  177:4 189:19

beauty
  193:7

bed
  77:16

began
  6:8

begin
  132:21

beginning
  9:7 25:13
  37:5 41:16
  47:15,22
  48:4,12 50:2
  52:21 53:25
  73:17 80:9
  154:11 169:16
  215:8

begins
  43:2 48:14
  84:7

Med Def_001856

behalf
8:4 9:24

beneficence
151:15

beneficial
85:12

benefit
19:7 85:23
130:20
132:22,24
133:16

benefits
16:22 40:17
46:7 52:4
54:19 56:16
78:8 92:12
151:25 193:20
203:18

Benson
13:15,17
14:4,7,8
15:2,5,6 16:7
21:2,4 22:3
29:19 30:3,9,
16,19 31:5
32:1 33:13,
16,20 34:20
35:11,14
36:15,23
37:8,12,16,22
39:3,5,6,7
40:5,7,9
41:2,5,19,22,
25 42:11,13,
17,23,25
43:3,6 44:1,
4,11,22 45:2,
17,20,24
46:13,19
47:13 49:19
50:4 51:7,15,

23 54:11
55:19 56:3,9,
11 58:20
59:16,17
61:15,24
62:2,9,12,14,
18,23 63:8,
11,15 64:8
65:4,10,18,21
66:24 67:7
68:1,16
69:10,22
71:21 72:6,
10,14,19
74:9,11,12,
15,18 77:1,2
80:6,11,20,22
81:7,11,22
82:2,4,7,10
83:18 84:2,9,
12 85:9,15,
18,21 86:2,
12,15,20
87:23 88:4,6,
13,17,20,23
89:5,6,7,21
90:3,10,16
91:6,18,21
92:1,5,7,20
93:5,13
95:12,13
96:3,14,18,24
97:7,13 98:1,
5,10,22 99:2,
11 102:8,11,
18,22 103:1,
12 104:13,15
105:4 106:2,
5,21,22,24
107:6 108:1,
6,11,16
110:12,15,19,

23 111:5,8,23
113:1,4,10,
11,21 116:9,
10,11,25
117:7,9,14,22
118:7,17,23
119:9 120:6,
10,18 121:2,
6,11,16,19,24
122:5,12,24
123:3,15
137:1,18,23
138:2,16
142:22 143:4,
12 171:15
210:1 218:21

Benson's
103:11 113:16
119:25

bias
188:21

biased
188:25

Bicalutamide
110:10,14,15,
21 111:9
142:9

big
99:13 124:25
133:22 155:5

bigger
91:23

biggest
180:12,16

bigotry
175:24

bill
4:20 180:4
184:17

bills
152:9 183:10
184:18

binds
142:25

Bioethics
160:22

birth
79:9 155:10

bit
17:8,9 33:1
48:10,11 53:9
79:3 80:13
89:8 91:25
101:13 118:14
123:22 140:19
145:9 181:19
218:11 221:8

bladder
122:20,23
123:1,7,8,11,
12,22

blah
53:5 73:20
213:12

blank
18:9,19,20
36:12,17 37:2

blanks
17:14 18:16

bleeding
98:3,8,16,17,
20

block
75:13 184:1
191:23

blocked
116:13,18,22
145:14

Med Def_001857

**blocker**
145:6

**blockers**
14:1 15:3,9
16:11,21,23
40:24 49:13
58:16 59:1,
18,20 63:1
64:15 73:10
117:23 118:3
120:7,12,15
185:8

**blocking**
63:17 64:6
85:23 158:19
169:7,21
222:7

**blocks**
48:19

**blood**
29:24 114:9,
10 123:4
145:10,11
146:1 188:5,
6,10,11

**BMD**
219:6

**board**
3:1,2,3,4,15
4:14 7:20
9:12,21 11:16
24:17,18
75:24 81:23
132:14 137:2
138:25 146:21
150:4 151:20
152:17 157:23
159:10,15
161:1,18
162:6 167:3,9

169:9 170:3
176:14 177:2
180:9 183:14
184:3 186:11
189:16,17
193:21,22
195:9 200:20
202:1 216:9
224:2

**board's**
165:20 167:7
187:8

**board-certified**
5:13

**boards**
3:17 4:10,13,
24 5:8,11,17
6:4,18 7:4,13
8:20 81:19
138:6 166:11
170:8 187:1,4
188:20 189:1,
8,17

**boards'**
3:21

**bodies**
4:11 186:6

**body**
59:1 149:8
152:3 175:20,
25 189:11
191:11

**bone**
66:16,18,19,
20,23,24
67:2,5,6,7,9,
10,11,19,24
68:1,2,21,22
70:11,16
71:24 72:1,8,

12 73:7,9,10,
19 74:8 90:20
134:24 135:1,
5 167:2
179:2,9
188:1,4,9,15,
16 191:22
206:23 210:8
212:7,22
222:6

**bones**
67:4

**book**
190:14 192:3

**booked**
176:10

**born**
161:25

**botch**
140:16

**bottom**
43:4 63:5
82:19 99:13
108:6 117:16

**box**
43:16,19
99:13 114:17
125:13 127:21
128:1,19

**boxes**
43:22

**boy**
75:8,23 76:5

**boys**
86:23 192:10

**bracket**
128:5,6,20

**Brad**
3:6

**brain**
173:19

**Brandy**
176:3 177:14
178:14,16

**breach**
195:7

**break**
10:15 130:14,
20,24 131:11
140:18

**breaking**
31:21

**breast**
27:22 62:8
68:21 125:15,
16,21 128:2,3

**breasts**
61:4 62:4

**breath**
171:3

**bring**
12:23 153:1

**bringing**
29:2

**Bristol**
156:15 159:7
161:14
163:16,17
164:3,7,13,16
165:3

**British**
59:19

**Bryce**
182:17 184:22
186:21,22

**BS**
173:13

Med Def_001858

**buds**
23:25

**building**
171:15

**bullet**
58:1,2 70:15
106:19 121:6
124:8,13,21,
22

**bullets**
96:13 97:25
98:1 117:15

**bunch**
103:8

**burden**
179:11 189:4
214:6

**burdens**
167:12,15
179:5

**burdensome**
166:2 178:24
181:19

**business**
150:3 200:23
223:1

**buy**
108:19,20

——————

C

——————

**cadence**
209:22 212:21

**calcium**
188:18

**call**
23:15 28:6
109:24 131:13
148:18 150:13

178:12

**called**
70:4 129:14
144:8 150:10
153:22

**Callen-lorde**
193:16

**calling**
153:17 156:14
170:13 174:24
192:10

**Canada**
88:18 108:17,
20

**Canadadrugs.
com.**
89:1

**canceled**
140:3 154:16

**cancer**
16:16 17:10
68:20,22
128:2,3

**Canterbury**
77:11

**capacity**
204:22

**card**
150:6,14

**cardiac**
215:20

**cardiologist**
146:10

**cards**
7:18,20
144:18,23

**care**
3:23 4:15

8:23 23:1,4
24:6,24 26:4
29:6,7 39:19
112:9 133:2,3
148:10 149:16
151:24,25
152:2,11
154:7,9
156:11,22
157:10,13,18
158:3 160:7
161:2,7,23
163:25 165:24
166:5,6,7,10,
25 167:6,15,
19,21,23
168:11 169:1,
5 172:11,14,
21 174:11,16
175:11,13
176:9,19,21
177:1,7,9
178:1,7,8,21
179:1,17
180:22,24
182:2,8,25
183:3,5,14,15
184:1,4,11
185:6,13,16
186:18 187:9
189:3,9,21,22
191:6 194:3,
4,11,21,24
195:6,8,11
197:7 199:13
212:5,10,14,
20 215:17,20
216:4,25

**cared**
176:11

**career**

170:20,22
192:21

**carefully**
172:20

**cares**
194:17

**caring**
170:19 172:10

**carries**
36:6 39:2
57:6 60:13
66:10 70:25
76:19 83:16
99:5 107:24
115:23 120:25
122:16 123:18
127:15 130:6
136:24 223:17
224:1,12

**carry**
65:25 74:4
136:14,17

**cascade**
76:19 83:16

**cascaded**
100:6

**cascading**
84:17

**case**
25:17 54:20
77:10 79:1
153:22

**cases**
46:9 52:6
56:18 162:3
181:22

**cash**
215:24

Med Def_001859

Joint Rules/Legislative Committee Meeting
June 23, 2023

12

Casodex
  110:10 142:9
Cassandra
  3:4
cat
  180:14
cataract
  138:14
catch
  128:23 129:4
  160:14
catches
  130:11
catheterization
  215:20
caught
  104:24
causing
  183:23 184:17
caution
  114:6
cell
  188:5,6
Center
  144:15 162:17
  193:16
centipede
  196:23
CERTIFICATE
  225:1
certified
  167:4
certifies
  160:10
certify
  225:2,5
CET-1036
  225:13

cetera
  44:5 64:17
  77:9 96:4,25
  97:2 102:15
  121:7 150:9
  163:24 192:6
chair
  3:8 4:3 7:25
  8:14 82:16
  159:14
chairman
  3:9 8:16
  11:10,15
  13:10 14:3,8,
  25 15:11,19
  16:4,9 18:14,
  25 22:17,21
  26:25 27:19
  28:18,21
  30:10,17
  32:13 33:22,
  25 34:3,13
  35:1 36:1,3,
  10 37:1 38:4,
  9,12,14,17,24
  39:6 40:4,8
  42:11,14,18
  43:23 44:3,7,
  15,25 45:23
  46:15,23
  51:7,16 52:8,
  19 53:1,21,24
  54:2 55:7
  56:20,25
  57:2,8,11,14,
  16 59:15
  60:2,6,9,16
  65:13 66:3,6
  70:2,5,7,9,
  12,18,22
  73:1,4,13,18,

  21,24 74:11,
  18,24 76:12,
  15,24 80:6
  81:21 82:3,
  12,24 83:5,11
  84:6,11,13
  88:11,16
  89:2,6,19
  91:12,17 92:9
  94:3,20 95:5,
  8,12 96:10,
  16,20,22 97:2
  98:9 99:1,10,
  20,25 101:2,
  14 102:10
  103:19,22
  104:3,6,9,12,
  21 106:10,13,
  20,23 107:13,
  16,19 109:7,
  11,19 110:7
  111:12 112:24
  113:3,9,12,
  15,18,23
  114:12,15,22,
  25 115:8,16,
  19,25 116:10
  119:6,10,15,
  21,24 120:17,
  21 121:5,10,
  14,18,23
  122:7,12
  123:9,14
  124:6,10,14,
  20 125:8
  126:1,8,13
  127:8,11,17,
  19,23,25
  128:4,7,12,
  16,23 129:3,
  7,11,15
  130:1,18,22

  131:3,7,10,13
  132:6 134:7,
  18,19 135:9,
  18 136:9,16,
  20 138:21,24
  139:4,8,21
  140:7,20
  141:1,5,11
  142:3,15
  143:14 144:5,
  9 147:7,12
  148:7,17
  150:12,21,23
  151:6 153:12,
  24 155:13,25
  156:4,13
  157:21 158:9,
  21 159:6
  160:14 161:11
  162:9,14
  163:9,14
  164:3,10,14
  165:2,6,9
  168:18 170:11
  171:8 172:23
  174:19,22
  175:2 176:2
  177:12 178:14
  180:7 182:13
  184:21 186:20
  189:24
  190:17,22,25
  192:15 195:12
  196:2,7
  198:2,13
  199:20 200:8,
  14 201:1,12,
  20 202:9
  203:2 205:15
  206:4,16
  208:14 209:1
  214:23 217:9

Med Def_001860

218:7 219:11,
21,25 220:12
221:3,12,15,
22 222:10,15
223:4,14,23
224:9

**chairs**
129:2

**challenge**
152:14

**chance**
114:14

**change**
18:2 21:14
25:18 32:5
35:25 37:9
60:18,19
61:5,6,12,18
67:11 70:14
89:20 90:6,9,
11 94:16,17,
18 100:16
103:11 105:10
112:1 123:10
146:7 168:8,
12 173:24
199:13

**changed**
18:3 70:11
93:20 160:12
206:17,19
209:15 213:9

**changing**
55:13 61:22,
25 154:10
168:4,16

**channels**
88:25

**chapter**
5:14,15

163:18

**character**
78:3,15

**charged**
206:25

**chasing**
180:15

**chasm**
208:8

**check**
146:1 168:3
197:2

**checking**
219:5

**checkups**
188:12

**cheering**
12:4,11

**Chels**
165:10
170:17,18
171:14

**chemotherapy**
152:3

**Cherise**
3:5

**cherry**
189:11 197:12

**cherrypicked**
197:9

**Chicago**
14:17

**child**
120:12,16
137:24 149:2,
11 172:4
175:9 186:8

**childhood**
117:23

**children**
42:5 45:20,25
49:21 51:10,
24 55:13 63:1
87:17 111:10
137:4 149:15,
17 163:21
171:18 211:19

**choice**
36:15,18
176:22

**choices**
36:16 151:12

**choking**
164:24

**choose**
37:14,15
152:6,7
197:13

**chooses**
7:14

**chosen**
119:22

**Chris**
81:12 125:11

**Christine**
183:7

**Christopher**
3:3

**chromosomes**
60:19

**chronic**
149:4

**chronically**
161:25 181:4,
5

**circ**
200:21

**circled**
219:13

**circumstances**
168:2

**cis**
149:3,18
185:12

**citations**
173:8

**cite**
191:16

**cited**
180:22

**citing**
192:9

**City**
193:17

**civil**
7:9 165:17

**claim**
191:8

**claims**
187:7 189:9,
15

**clarification**
81:14 114:17
157:2,17
171:17

**clarified**
209:14

**clarify**
33:25 36:7
62:22 67:19
69:24 73:7
93:13 134:25
140:22 151:3

Med Def_001861

155:22

**clarifying**
94:11

**clarity**
84:24

**Clark**
153:18 159:7
161:14,17,18
162:12,15
163:12

**Clay**
180:10

**Clean**
91:25

**clear**
18:2 35:23
39:25 42:1
43:11 49:23
55:4 59:19
185:16

**clients**
152:5,7,10,15

**clinical**
17:2 19:15,16
94:23 104:17
134:1,3
192:19

**clinicians**
160:6 193:15

**clinics**
218:13

**close**
188:14

**closely**
185:5

**closer**
40:5

**clot**

114:9,10

**clots**
123:4

**coalesced**
217:16

**cobbled**
54:20

**cochairs**
160:23

**cofounder**
186:24

**colleagues**
152:24 194:8,
13

**college**
207:7

**colon**
116:16 118:8,
18

**column**
94:22

**combine**
122:21 145:10

**combined**
191:21

**comfortable**
24:22 83:19
198:21

**commenced**
5:5 133:11

**comment**
7:17,24 8:7,
14 10:19,20,
21 11:4 64:1
88:15 89:5
92:8 111:7
119:11 125:13
131:1 140:9

141:8,13,16,
23 144:5,11
147:8 150:13
157:1 162:10
170:12 176:6
177:13 178:22
179:14 180:8
183:13 190:5,
8 191:13
200:2 202:15

**commented**
224:17

**comments**
3:11 4:3
7:11,22 9:14
11:5,8 12:3,
17,18,21
80:23 89:4
109:21,25
111:20 130:7
140:12 141:13
150:15 151:4,
21 153:13
155:17 161:12
163:10,15
164:4,10,15
171:12 177:20
182:14 190:23
191:1 195:14
196:4 198:3,
20 199:16,25
202:13,18
208:11 224:4

**commit**
178:4

**commitments**
178:3

**committee**
3:17,23 4:1,
19 5:23 6:8,
22 7:6 9:4,

22,24 10:6,12
11:7,13 12:16
13:12 14:11
15:1 18:16,17
46:16 74:20
130:8 131:14
139:5 140:12
155:17 165:15
198:3,17,21
199:23 202:14
217:11 219:14
224:3,13

**committee's**
6:20 7:8

**committees**
9:15 10:22

**common**
79:17 89:18
144:22 172:2

**commonly**
88:18 89:11
142:12

**communicated**
190:3

**communities**
175:7

**community**
77:20 144:15
164:25 171:23
172:7 193:8,
16

**comorbidities**
80:2 153:3,6,
9 161:24
166:21 169:7,
22 174:13
180:14 183:16
187:18,22

**comorbidity**
162:4 180:25

Med Def_001862

203:15 204:25
205:3,13
208:19,21

**companies**
51:1 179:7
203:7

**compassion**
178:11

**compelled**
171:16

**compelling**
202:18 205:6

**competent**
163:2

**competing**
217:12

**competition**
142:25

**complaints**
122:3 123:24

**complete**
188:10

**completed**
7:20 39:20
192:17,19

**completely**
45:13 216:5

**completing**
6:16

**complex**
17:4 80:14

**compliance**
212:23 214:7

**complicated**
111:3 217:8

**complication**
117:24 146:5

**complications**
78:8 116:20
121:4,12
154:8

**complicit**
152:19

**complimenting**
184:25

**comply**
214:10

**components**
186:12,15

**compromise**
178:11 213:20

**computer**
213:6

**concept**
43:24

**concepts**
14:9

**concern**
209:3 214:2

**concerned**
26:5 195:3,7

**concerns**
14:20,23
187:14 207:15

**conclusion**
10:18

**condition**
78:3 85:16
203:18

**conditions**
169:8 203:13

**conduct**
7:15 189:10

**conducted**
7:8 72:3

**conducting**
9:17

**conferences**
152:17

**conforming**
200:10

**confounding**
188:7

**confuse**
68:2

**confused**
72:6 143:19
144:2,8,17
146:22 150:19

**confusions**
147:2

**Congratulations**
130:13

**conjunction**
5:15

**connection**
188:14

**cons**
159:24

**consensus**
46:16 47:1
185:16
217:10,13

**consent**
5:9,18 7:1,2
8:25 9:2
10:7,8,11,13,
14 11:25
12:2,21,22
13:1,16 15:3,
7,13 16:14,19
19:3,8,15,17
20:9,17 21:25
39:8,9,10

43:8 46:18
47:2,15,18
48:19 51:21
52:16 53:2,7,
8,16,18 54:10
58:10 77:7,21
78:13,18 79:3
83:6,17 84:7,
14,19,25 89:7
99:23 100:2,8
101:18 111:14
130:9 131:18
132:16 133:8
135:20 136:18
137:2,6,12
138:6,13,19
139:14 140:13
149:10
154:15,17,22
155:9,19,23
157:7,11,17
158:1,3,7,18,
20 159:16,19
160:8 161:3,5
165:8,18
166:8,11
167:13 169:3
170:6 171:9
173:25 175:5
176:13,17,19
177:8,9
179:15 180:1,
5,11 185:19,
24 186:15
188:19,24
189:8 190:9
191:9 192:2
193:9,10,11,
13 197:6
198:20,22,24
199:17,21,23
200:3,5

Med Def_001863

204:23
206:10,15,20,
25 209:7
211:22,24
212:9,18
213:23 216:23
221:25
222:19,20

**consents**
6:10,12 13:19
14:10 35:12
60:14 95:19
100:1 160:16
164:5,11
190:19,23
198:8,9
211:25 216:3

**conservative**
181:10

**consideration**
9:16 10:7
11:6 81:2,25
91:24 132:10
143:24 150:15
153:14 155:18
161:12 168:17
195:15 198:4,
7 201:25
205:6 215:2

**considered**
141:14 164:18
180:1 212:19
218:20

**consistent**
19:13 46:2
55:13 92:11
93:11 103:12
131:22
138:10,17
190:6

**consistently**
194:2

**constantly**
211:20

**constitute**
201:16 223:19

**constraints**
8:11 81:1

**construction**
12:16

**constructive**
12:10,19
141:22

**consultation**
160:21

**contact**
119:14

**contagion**
192:8

**contemplated**
20:2

**context**
80:24 151:24
190:20 193:1
210:12

**continuation**
14:21 20:13

**continue**
5:3 6:3,24
18:6,7 23:8
81:22 100:12
126:23 132:25
133:3 155:19
157:10,16
166:16 187:21
189:22 195:15
202:20 215:7
220:16 221:1,
5

**continued**
4:19 120:6
167:5

**continuing**
6:10 65:2
101:17 147:3
161:3 167:21
187:15 197:23
210:14

**Continuity**
26:1,4

**continuous**
178:5

**control**
47:10 155:11

**controlled**
36:24 42:3
50:17 54:18
111:24 112:2,
5,20,21 188:7

**convene**
9:21

**conversation**
51:17 140:13
143:23 171:17
172:19 218:1

**conversations**
4:7

**convey**
19:6

**cooperation**
141:21

**copay**
179:9

**copied**
129:22

**copies**
128:15

**copy**
80:15

**cordial**
197:11

**corral**
89:3

**correct**
18:22,24
19:11 23:5
36:9,10 38:23
43:1 57:13,15
81:16 84:4
85:4 86:18,21
94:14 99:9
103:21 110:17
120:5 127:4
131:10,24
133:13 158:4
203:21,24

**corrected**
190:10

**corrupt**
191:10

**corrupted**
190:15

**cost**
179:9 188:13
191:21 211:10

**costly**
166:4 188:3

**costs**
155:7 201:7
223:9

**could/may/will**
114:19

**counsel**
3:3,4 132:14
138:25 158:15
212:3

Med Def_001864

counsel's
  51:9

counseling
  5:12 167:5
  183:21 210:14

counselor
  170:18

counselors
  171:2

count
  177:20 188:10

counts
  188:5,6

county
  163:17 176:8
  180:10

couple
  55:11 68:24
  74:9,16 113:5
  155:3 217:12

courses
  189:20

court
  3:25 77:17,24
  187:11 189:15

courts
  77:10 161:6
  182:4

cover
  22:24 24:1
  27:7,23
  34:10,11
  179:7

coverage
  26:24 27:4
  28:2 161:9

covered
  90:23

covering
  20:1,4 22:18,
  19,23 23:23
  25:7 26:18
  27:5,6 28:2
  29:9,13 32:23
  33:3,17 79:12
  135:25 136:7,
  11

covers
  23:22 36:8
  114:11

crazy
  48:3,5 74:23
  75:5,20

create
  116:14,17
  118:8,18
  120:9 166:9
  168:24 197:6
  201:16 213:15
  223:19

created
  165:23 177:25

creating
  167:15 178:8
  206:25

cried
  176:10

crisis
  165:24

criteria
  33:8 79:24
  126:6,18
  166:18 202:23
  204:5

cross
  80:1

cross-sex

59:21 63:2,18
  64:5,22 77:4

crux
  151:18

culmination
  185:25

cumbersome
  186:15

curiosity
  90:13

curious
  88:15 137:10

current
  26:13,16

cutoff
  196:6

Cyproterone
  88:7,20 108:2
  111:10 142:20
  143:6 148:25
  149:1,6

cysts
  149:5

_____

          D

D.C.
  77:11

dad
  169:19

daily
  118:2 216:2

Dalton
  3:6

damage
  121:19

damn
  192:14

dance
  182:6

Danehy-samitz
  143:16,17
  144:7 195:17

dangerous
  172:12 177:4

Dania
  9:8

Danielle
  3:1 126:1

data
  40:11,20 41:4
  42:2,6 44:9,
  12 50:18,19
  54:9,23 64:12
  78:21 87:5
  106:3 162:7,
  23 188:12
  193:24
  194:14,25
  208:6

date
  5:6 6:24
  146:23

Davis
  165:11
  170:17,18
  171:8,14

day
  152:5 156:9
  196:3,8 198:1
  215:25

days
  5:1 156:11
  212:23

de-
transitioning
  159:25

Med Def_001865

dead
149:14

deaf
184:7

deal
14:13 17:15
84:2 215:25
216:1

Dean
148:21
153:15,19,25

death
124:23,25

deaths
162:24 163:1

debate
12:1

debias
189:20

debilitating
185:10

debunked
187:10,11

decades
160:6 168:11
172:17 175:19

decide
44:16 64:23
79:8 100:23
145:12 175:13

decided
23:6 32:18
34:6 92:19
133:8 136:3
190:5 191:14

decision
5:22 32:20
133:18 154:6
166:13 186:7

193:20 216:18

decisions
151:14 152:21
176:24

deck
153:17 174:23

DECKER
205:19,23
206:5

decline
163:5

decorum
191:12

decrease
73:10 121:7,
11,14,20
122:8

decreased
187:25 188:16

decreasing
191:5

dedicated
29:9 165:17
192:20

dedication
224:14

deem
177:22

deemed
141:20

deep
167:18

defending
189:14

defer
52:11 153:20

define
28:10 217:7,8

degree
192:17

dehumanization
186:1

Dekker
187:12

delegated
13:14 19:25
165:20

delegating
167:12

delete
65:23

deleted
134:2

deliberate
118:14 150:15
153:14 161:13
168:20

deliberated
188:20

deliberately
183:25

deliberation
130:11

delighted
149:17

delve
187:15

demanding
178:4

Democrats
161:19

demographics
10:9

demonstrated
180:18 204:22

demonstrates
206:5

Denehy-samitz
190:1 195:19,
23 196:5,9,
11,13

denied
146:17 180:3

density
66:24 67:5,7,
9,10,12,19
68:21,23
70:11,16
71:24 72:2,8,
12 73:8,9,11,
20 74:8
135:1,5,6
167:2 179:2,9
188:1,4,9,17
191:22 212:7
222:6

department
9:12,25 156:8
159:12,15

Depaul
165:12 172:24
174:21

depends
62:3

depressed
183:20

depression
180:17
183:22,23
192:5 194:5
205:7,23,24
208:23

Derick
18:25 19:1,5,
18 20:5,16

Med Def_001866

22:10 25:13
26:1,4 28:9
29:2 32:17
53:2 54:5
60:15,16,17
61:3,9,13,17
62:3,6,19
92:8,9,10,16,
18,25 93:6
100:10 101:3,
4,9,12,16
102:6 103:3,7
108:24 117:12
127:10,11
129:1 134:8,
18 136:14,16
143:11 199:16
202:14,16
203:3,22,25
204:10,16
206:16,18
208:16 209:2,
7,12,20 211:2
212:11,16
213:5,10,19,
24 214:3
218:4,8
219:12
221:14,16

**Derick's**
21:5

**Derik**
34:4,5,11

**Desantis**
192:12 197:24

**deserve**
152:11 189:13

**designate**
23:19 27:7
106:7

**designated**
26:23 27:3,5
28:2 29:11,12
32:23 33:17

**desirable**
28:13

**desire**
93:11

**desistance**
78:17 79:4,8,
23 80:3 192:9

**desistence**
78:19

**desperately**
192:11

**destroyed**
175:21

**details**
109:1 195:5

**determinations**
134:1,4

**determine**
190:7 198:18

**develop**
13:15 61:4

**developed**
6:1 171:10
193:5

**developing**
5:7 8:22
193:10

**development**
6:9 189:7

**developmental**
59:2

**deviate**
195:5,6

**deviating**
195:9

**devices**
4:9

**DEXA**
66:13,15,19,
20,22 67:4,6,
12,20,24 73:8
134:24 135:1,
3,4 157:2
158:23 168:5
191:20 215:24
218:22 219:8

**Di**
20:25 21:3,5,
16 22:1,12,25
23:10 24:3,8,
17 25:1,10
26:2,9,22
27:1,5,10,23
29:1,12,18
32:4,21 33:7,
24 43:15,21
46:11 47:3,24
48:13 50:7,
11,20 52:24
56:24 57:1,2,
18,21,23
58:2,10,13,22
59:6,11,14
60:4 61:2
64:1 72:23
73:6,14,16
74:21,22
75:1,11,18,20
76:11,13
82:16 83:1,3,
7,12 90:13,25
91:19 95:3
97:14 107:18,
20 108:10

111:22
112:11,18
113:13,17
114:3,4
115:18,19
119:13,17
123:20
124:14,19,20,
21 125:3,7
126:20,24
127:1,6,8
129:23 130:2
132:5 135:8,9
138:18 200:7,
9,24 201:11,
19 202:8
203:21,24
215:13,17,19
217:2 219:15
222:14 223:3,
12,21 224:6

**diabetes**
181:5

**diagnoses**
169:10,20
186:17

**diagnosis**
94:23 169:14
187:18
204:14,15
205:4

**diagnostic**
153:7 205:1,
16 206:3

**die**
171:24

**Dierlam**
3:3 67:13,17
81:13,18
83:24 98:25

Med Def_001867

117:18 120:3,
4 122:17
125:12,20,25
128:15,21
139:3 198:8,
15 199:18
200:12,19
201:5,15,24
220:18,24
222:25 223:7,
18 224:2

**Dierlam's**
222:24

**Diet**
38:3

**difference**
165:1

**differences**
64:10

**differential**
188:10

**differently**
30:13

**difficult**
24:15 90:17
116:19 170:24

**digest**
47:17

**digested**
17:9

**digital**
225:3

**dignity**
189:13

**dihydrotestoste
rone**
143:1

**diluting**
186:2

**diminished**
169:17

**Diminishment**
122:22 123:8,
12 124:1

**direct**
191:25

**directly**
171:19 191:9
201:6 223:8

**director**
3:1,2,12,15
15:24 31:9
93:10,14,20
94:6,10,14
112:7,12
126:2,10,16,
21,25 127:3
129:8,12,16
131:21 159:13
186:23 199:12

**directors**
3:11

**disability**
150:8

**disappointed**
198:1

**disclaimer**
47:1

**disclosed**
77:14

**disclosing**
77:19

**disclosure**
77:20

**discontinue**
10:21

**discourse**
7:9

**discrimination**
193:3

**discriminatory**
187:14

**discuss**
12:1 13:18
37:10 182:23
195:15

**discussed**
9:6 37:20,25
38:8 117:2
134:24 164:12
199:24
203:18,19
208:21

**discusses**
99:13

**discussing**
7:9 164:5
209:16

**discussion**
8:18 10:12,
14,16,18
14:23 18:17
20:9 25:12
63:25 77:6
85:1 89:13
108:3 111:13
114:7 132:17
177:1 185:23
199:22 211:21

**discussions**
198:19

**disease**
149:4,13,14
150:5

**disfunction**
124:2

**disgusted**

190:13

**disingenuous**
54:23

**disjoint**
196:23

**dismissal**
182:24

**disowned**
191:16

**disowning**
191:19

**disparities**
192:22

**disproportionat
ely**
191:24 193:4

**disrupt**
7:14 141:19

**disruptive**
7:11,12 12:6
154:18

**diverse**
160:19 194:1

**docs**
160:19

**doctor**
25:19,20,21,
22 32:18
51:20 71:8
143:20 144:21
146:13 169:2
173:24 175:12
177:3,9 181:3
183:17 186:9
208:1,2

**doctor's**
149:25 169:4

**doctoral**

151:10

**doctors**
13:14 14:8
23:7 33:2
43:13 145:8
146:10 175:9
196:22 211:23

**document**
41:16 45:3
48:2 82:22
83:20 117:13

**documented**
192:25

**documents**
77:22,25
78:14,18 79:3
93:12

**dogs**
75:7

**DOH**
15:25

**donations**
192:12

**Donna**
3:3 20:6
46:24 50:3
73:3 81:12
104:4,5
125:11 132:21

**dose**
67:4 91:8

**doses**
87:16 91:6
105:9

**dot**
96:16,22
119:25 120:1
122:8 123:10

**double**
59:7

**dozen**
191:2 193:24

**draft**
132:12

**drafted**
194:23

**drafting**
187:2

**Dragon**
118:13

**drive**
75:5

**drives**
74:23 75:20

**drops**
185:12

**drove**
197:14,15

**drug**
51:1 54:15
88:10,19
142:18,19,21,
22

**drugs**
16:18 25:8
63:18 68:22
71:4,10,11
139:25 140:1,
16 158:10
222:3,7

**dryness**
95:16,18
96:23 97:5,
11,19,22
113:6,19

**dual**
192:17

**due**
47:9,10 50:16
151:24 154:14

**duly**
3:16

**duplicative**
127:2

**duration**
7:12

**Dutch**
54:25 79:13,
14 162:6,15

**duty**
193:18 211:12

**Duval**
176:8

**dyspareunia**
96:2,3

**dysphoria**
8:24 9:3
23:13,18,25
24:1,5,11,12,
13 25:2,20,21
40:25 46:1
47:9 50:15
51:24 52:11
56:12 74:3
79:18 84:16
100:4 111:16
112:14 116:4
119:17 129:20
132:1,2 160:5
161:2 162:4
166:19
167:21,22
169:13 177:6
179:16,17,19,
20,23 180:16
181:23 185:10
187:19 192:8

202:23,24
203:25 204:3,
4,5,13,21
205:5,20,24
222:3

---

**E**

---

**e.g.**
128:6,10,21,
22 188:21

**earlier**
9:10,11 13:14
39:20 41:7
64:14 82:17
89:13 116:13
132:17

**early**
64:9,11 79:15
116:18,22
199:24

**ears**
48:8 184:8

**easier**
84:5 138:12

**easily**
30:4

**eat**
171:3

**echo**
17:13 197:18

**economics**
50:25 214:1

**edits**
112:25

**education**
185:3

**effect**
53:4 87:15

Med Def_001869

188:1,17
206:8

**effective**
4:23 5:6 6:24
156:8 184:6,7

**effectively**
160:5 181:25

**effects**
14:24 40:2,24
47:20 48:21
49:12,15
53:23 58:15,
18,20 59:4
99:15 109:17
124:23,24
139:23 149:12
151:23 154:8

**efficacy**
191:4 194:20

**efforts**
4:19 185:21

**egregious**
170:4 185:20

**elaborate**
187:22

**elected**
8:12 10:2

**electronic**
4:9

**element**
53:13 193:12

**elements**
28:22 77:24
78:12 112:10

**elevated**
87:6,11

**eliminate**
115:10 219:9

**elucidate**
188:14

**Ema**
148:24 150:17

**email**
196:23,24

**embolism**
114:10

**emergency**
5:1,18 6:1,
16,20 8:22
9:1,16,18,20
10:17 80:25
119:7 133:3
146:15,21
156:7 160:16
189:7 202:4
217:18 222:11

**emotional**
170:21

**emphasize**
141:18

**employed**
169:18

**employee**
225:6

**employer**
179:8

**empowered**
176:11

**emptying**
122:20 123:1,
7,11

**enable**
193:19

**enacted**
4:23 13:2

**encourage**

189:16

**encouraged**
99:17

**encouraging**
65:7

**end**
34:24 35:12
60:5 64:15
120:1 154:13
160:10 166:9
169:11 215:9
224:20

**endanger**
172:15

**ended**
154:15,18

**Endochronologis
ts**
33:23

**endocrine**
14:16 29:20
30:23 89:12
90:5 102:9
180:21 181:9
182:7 191:17
207:9 212:5
218:23

**endocrinologist**
150:1

**endocrinologist
s**
43:2 48:14
84:24 91:4
142:8

**endocrinology**
30:6 207:6

**ends**
77:17

**enforcement**
12:7

**England**
211:16

**English**
160:10,11
172:25

**enlarging**
61:16,17,22

**ensure**
8:14 186:17
189:21

**ensuring**
178:6

**entertain**
200:3 222:11

**entire**
82:22 161:25
182:20 192:21

**entirety**
189:18

**entity**
16:7 201:7
223:9

**environment**
141:23 185:14

**equality**
144:16
165:16,18,21

**equitable**
8:8 151:14

**erase**
170:1

**Erica**
148:21 153:15
156:14,18
158:1,16,23
159:2

Med Def_001870

Erins
  153:17 159:9,
  10 160:15
error
  125:24
Esocough
  170:14
  174:23,25
  175:3
essence
  24:8 25:10,
  14,22
established
  77:18 193:21
  194:20
establishing
  170:4
establishment
  8:23
estimated
  161:8
estradiol
  145:14,15,25
estrogen
  72:8 219:5
  222:7
ethical
  151:13
euphoria
  177:5
euphoric
  204:20
Europe
  55:1 211:20
evaluate
  20:19 21:9
  64:19 104:15
evaluated

  159:16 187:20
evaluates
  20:21
evaluation
  19:21 24:11
  27:16,25
  28:1,10,15,17
  29:8 32:22
  33:10,15,16
  100:16 101:1
  103:14,23
  106:6 166:23
  168:7 206:11
  208:22 213:8
evaluations
  30:24 133:25
  136:10 187:24
events
  39:17 191:7
eventually
  35:3
everyone's
  208:11
evidence
  184:5 195:10
evolving
  211:21
exact
  41:13 97:17
  182:3 199:1
exam
  146:3
examples
  166:14
exams
  30:5 31:23
exceed
  165:20

exceeded
  155:16
exceeds
  167:7
exception
  131:23
exceptional
  182:17
excess
  201:8 223:10
exclude
  181:14 186:16
excluded
  150:9
exclusively
  216:11
excuse
  187:10 215:22
executed
  137:3
executive
  3:2,11,12,15
  15:24 31:9
  93:10,14,20
  94:6,10,14
  112:7,12
  126:2,10,16,
  21,25 127:3
  129:8,12,16
  131:21 199:12
exist
  140:4
existed
  172:17
existence
  184:12
exists
  188:3

expand
  185:2
expect
  197:25
  212:13,19
expectation
  7:8
expected
  216:8
expenses
  187:23
expensive
  187:19 189:2
  215:21
experience
  24:22 95:15
  110:20 143:25
  144:20 151:22
  152:20
experienced
  24:5 173:17
experiences
  140:14 149:23
  197:20
experiencing
  87:13
expertise
  167:18
experts
  167:17 168:1
expired
  195:13
explain
  144:18
explanation
  43:20
explicit
  44:6 47:14,21

Med Def_001871

Joint Rules/Legislative Committee Meeting
June 23, 2023

24

explore
170:22

exponentially
181:1

express
9:14

extend
10:1

extended
7:25

extensive
42:2

extensively
187:11

extent
17:25

external
60:20 61:13
171:21

extra
68:22 188:13

extreme
95:15

eyes
48:7,8 95:11

———————

**F**

f-l-u-e-n-t
160:13

face
152:16

faces
11:19 190:13

fact
15:9 44:8
45:14 50:25
112:2 144:1
168:12 180:20

197:5 204:5
205:13

factors
128:2,3 188:7
192:25

facts
53:4

failed
61:4 216:15

fair
112:11 160:4
212:2,12
218:7

fall
26:7

falls
77:16 212:9

false
36:17,22

familiar
11:19

families
178:3

family
114:8 152:23
171:22 197:15

family's
172:3

fantastic
216:14

fast
118:13

fatal
183:19

father
181:4

favor
36:3 38:24

57:3 60:10
66:7 70:22
76:16 83:13
98:11 99:2
106:14 107:21
113:24 115:20
120:22 122:13
123:15 124:15
127:12 130:3
132:6 134:8,
19 135:10
136:21
200:13,15
201:1,12,20
202:9 221:16
222:15,21
223:4,14,23
224:9

FDA
39:11 41:15
47:8 50:13,15
51:13,18 52:9
89:9 108:12
160:4

fear
185:25

February
9:10

federal
77:8,10,24

feed
62:8

feel
14:18 24:22
47:4 50:12
58:3 65:11
101:16 151:23
171:5,22,23,
24 195:19
209:20 211:11

213:5

feeling
176:11

feelings
4:16

Felix
170:14 176:2,
4,7

fellow
14:11

fellowship
192:20

female
71:18 75:5,6,
7,17,18 76:7,
21 93:1,2,18,
21 94:4,5,13
102:12 149:3,
19

females
72:1 149:19
219:4

feminine
76:2,7,10,23,
25 93:2,15,
19,21,25 94:7

feminization
102:14 158:19

feminizing
14:1 74:2
84:8 100:3
143:3 220:19,
23

Fenner
170:13 174:23
175:1

Fenning
182:16
184:22,24

Med Def_001872

185:1

**field**
64:20 207:2

**fiery**
185:20

**fight**
146:20

**figure**
26:12 44:18
196:22

**file**
156:6

**filed**
156:7,9,12

**fill**
36:16 48:18

**filled**
18:10,13,17
36:12 144:1
150:7 214:5

**final**
6:22 31:22
195:16 201:24

**finalize**
6:25 7:1

**finalized**
165:22

**finally**
10:25 98:19
160:25 179:25

**finances**
178:4 179:11

**financial**
178:1 179:5
215:11,14,23

**financially**
215:4 225:8

**Finasteride**
85:2,11 108:3
110:1 111:10
142:12 144:25
145:5,12,18
147:14,17

**find**
69:11 114:4
173:3

**fine**
35:16 37:23
48:1 58:23
63:23 76:11
91:19 93:2,3
94:11 163:12
196:12 204:23
206:7 209:13,
14 211:3
216:5,10
222:9

**fingers**
12:12

**finite**
101:24

**fit**
80:17

**fix**
49:17 221:20

**flexibility**
30:21 34:8

**flexible**
34:12

**Florida**
3:15 4:13
6:6,7,17
11:16 109:9
140:2 143:19
144:16,17
156:20 159:12
160:22,24,25

163:19
165:16,21
167:4 170:1
171:5 176:5
177:18 178:10
180:10 181:20
185:4 186:24
187:2,3,5
193:2 196:14

**Floridian**
189:14,21

**Floridians**
161:8 165:24
171:7 182:9

**flow**
18:1,4 34:16
35:19 111:18
116:5 123:1
132:16

**flower**
178:12

**flows**
17:24

**fluent**
160:12 199:10

**fluid**
160:11,12
199:9

**fly**
27:10 216:23

**fog**
173:19

**folks**
9:14 119:16
141:6,18
164:18 177:25
186:16 217:14

**follow**
14:5 28:12

101:20 102:1
146:19 168:19
181:8 182:7
212:10 218:10

**follow-up**
101:21

**Folx**
156:21,23
157:13

**forced**
149:16

**forces**
171:21

**foregoing**
225:2

**forfeiting**
141:15

**forget**
73:3

**forgive**
148:19 156:15

**forgot**
82:17

**form**
13:1 15:7,16
16:19 17:23
18:20,23
19:1,8,15,17
20:12 21:25
41:14 44:18
46:21 49:11
51:21 52:16
53:7,8,16,18
54:10 55:16
58:14 65:14
73:5,22,25
74:1,6,7
84:16,25 85:3
88:12,21 89:7

Med Def_001873

90:8,9 91:15
95:9 99:6,9,
21,23 100:2,
5,9 101:18
107:25 108:1
109:6,10
110:8,11,17,
22,24 111:2,
15,21 112:25
114:21 116:1,
2,3,6 125:9
126:5 129:9,
24 131:19
137:3,5,6,7,
12,14,24
140:1,4,5
142:6 154:17,
22 155:9
157:7 158:1,
18,20,24
159:18 160:2
165:8 166:8
173:25
176:13,17
177:8 179:15
188:17,24
191:9 196:24
197:6 199:17,
21,24 200:3,6
207:1

**formal**
161:5

**format**
49:4

**formation**
188:15,16

**formed**
185:15

**forming**
9:16

**forms**
5:18 7:1,2
9:1 10:7,8,
10,11,13,15
11:25 12:2,
21,22 13:16
15:13,22
16:15 17:24
18:1,3 34:17
36:9 39:8,9,
10 47:15,19
53:3 55:21,25
57:10,11,13
65:25 66:13,
16,18 68:6
70:14 71:1
72:23,25
76:20 77:3,7,
25 78:6,10
83:6,17
84:18,21
89:13 90:1,2,
25 92:18
100:7 111:18,
19 129:19,21
130:9 133:8
135:20 137:17
138:6,15
140:13 144:2
154:15
155:19,23
158:18 159:1,
16 165:19,22
166:1,11
167:10,17,25
168:24 169:4
170:6 171:10
177:10 179:25
180:2,6,11
185:19 186:16
188:19 189:8
190:9 192:2

193:10
198:20,22,24
220:19,20
222:19,20

**forum**
149:25

**forward**
95:14 148:25
149:9,22
152:14 199:1

**found**
100:2 111:15
116:3 163:7
194:9,16

**foundational**
171:5

**founder/vice**
196:13

**fourth**
142:11,17

**Fox**
173:9

**fracture**
219:2

**framework**
9:19

**free**
189:11

**freedom**
152:6,7
176:23

**frequency**
34:6 100:19
168:5 210:20,
24 214:18

**frequently**
34:7 105:8

**Friday**

3:13

**friendly**
81:21

**friends**
152:23

**front**
16:6 81:20

**frownly**
220:9

**fucked**
174:18

**fulfil**
178:2

**full**
26:19 114:7
161:2 165:17
183:2 196:21
197:14 216:19

**Fullove**
3:4

**fully**
160:8

**function**
121:8,14,20
122:6,9,10,
22,23 123:8,
13,22 124:1

**functioning**
40:12 42:8
46:5 52:2
56:14

---

G

---

**Galindo-jackson**
148:21
150:18,22,25
151:8,9

**gap**

Med Def_001874

218:5

**gatekeeping**
218:14

**gauge**
188:3

**gave**
20:8

**gay**
79:20

**gel**
90:14,24
91:16,17

**gender**
8:24 9:3
23:13,18,24,
25 24:1,5,11,
12,13 25:2,20
40:25 42:5
45:21,25 46:1
47:9 50:15
51:11,24
52:10 56:11
74:3 79:9,17
80:1 84:16
100:4 111:16
112:14 116:4
119:17 129:20
132:1,2 133:2
149:2 154:4,6
156:21 160:5,
7,19 161:2
162:4 163:25
166:19
167:18,21,22
169:5,13
174:11,16
176:9 177:5,
6,9 178:21
179:1,15,17,
18,20,23

180:16 181:23
182:24 183:3,
5,14,15
184:1,4,10
185:6,10,12,
13,16 187:9,
19 189:9,21
191:6 192:8
194:2,11,17,
20,24 202:23,
24 203:25
204:3,4,5,12,
20,21 205:4,
20,23 206:8
222:2

**general**
16:19 64:7
77:8 148:14
187:7 204:6
217:13

**General's**
16:3 81:10,23

**generally**
27:12 72:19

**Genital**
117:15

**genitalia**
61:14

**genocide**
178:9

**genuinely**
175:14

**Georgia**
176:5

**get all**
211:24

**girl**
75:9,24 174:8

**girls**
1051

86:23 192:11

**gist**
163:13

**give**
10:3 30:21
36:15 45:17
47:16 48:25
63:15 64:19
74:10 81:1
86:3,19 91:24
145:12 146:21
159:18 164:8
172:20 183:20
209:7 211:23

**giving**
30:12

**glad**
11:21

**glioblastoma**
183:18

**goal**
152:1 179:22

**goals**
6:21

**God**
106:3 198:1

**good**
3:12 11:22
12:16 14:13,
19 19:11 20:6
24:3 27:2
40:8 41:5
50:4 51:6
59:9 65:10
70:13 72:20
82:2 99:16
112:23 113:7
116:20 118:12
138:16 145:16
151:16 155:23

156:12 159:9
160:14 161:17
165:14 168:21
170:17 176:4
192:16 210:3
214:3 217:1,
13 218:19

**Google**
173:3

**government**
175:6 176:23
201:8 223:10

**governmental**
191:11

**governor**
4:21 150:3

**governor-
appointed**
177:2

**graduated**
170:22

**grammar**
129:2 130:11

**granddaughter**
169:19

**grandfathered**
207:23

**granted**
141:7 174:10

**granular**
96:6

**grateful**
10:25

**great**
12:23 78:13
98:22 108:25
197:2 213:19

**greatly**
10:46

Med Def_001875

169:17

**group**
8:2,4 23:9
52:11 71:25
79:17 175:21,
22 203:5
216:18 217:16
219:7

**group's**
141:21

**groups**
22:8

**Grow**
192:14

**growth**
85:20 86:1,11

**guardian**
5:10 52:13
83:25

**guess**
15:14 45:25
62:3 81:13
90:22 111:23
117:19 143:21
149:20
156:24,25

**guidelines**
7:21 29:21
30:23 69:10
102:9 181:9,
10 211:18
212:6 218:23

**guy**
23:21,22
77:13,15 79:1

**guys**
11:21 16:12
17:3 69:1
97:16 151:1

**guys'**
164:21

**gynecologist**
150:1

---

**H**

---

**Hackmeyer**
182:17 184:22
186:21,22

**hair**
85:20 86:1,
11,19,24
142:13 196:17

**half**
15:23 82:11

**halfway**
47:7 195:17

**hand**
89:3 162:7
177:22

**handle**
212:4

**hands**
90:19

**handwriting**
184:25

**happen**
29:22 115:9
118:25 140:2
172:25 210:17
211:5 216:16

**happened**
39:18 77:12
129:17

**happening**
96:7

**happier**
173:4

**happy**
14:22 119:18
171:11 211:6

**hard**
26:2 128:15
152:3 173:4
197:11 218:17

**harm**
151:18,19
152:4 184:17

**harmed**
175:25

**harmful**
176:15

**harp**
32:25

**Harris**
159:8 165:14,
15

**hate**
197:7

**HCP**
163:23

**head**
197:22,23

**header**
58:8

**health**
9:25 115:7,8,
14 153:10
156:21
159:12,15
167:3,6
169:10,19
172:16 178:19
179:3,8
180:14
181:14,20
183:17 185:3

186:17,22
191:4 192:18,
21 193:16
194:3,9 195:2
203:13,17
206:24
208:18,21
210:9 211:4
215:14 216:4

**healthcare**
133:11 139:12
169:23 185:7
186:9 187:5
193:14
210:15,20

**hear**
71:7 74:14
85:10 109:20
111:9 162:22
171:4,11
210:1,2
211:9,10

**heard**
11:24 172:18
184:16 200:1
209:4,16

**hearing**
9:20 33:11
88:2 99:22
116:2 171:9
175:4 176:17
217:10,11

**heart**
144:15 149:14

**heavy**
13:17

**heels**
186:21

**height**
29:24 31:20

Med Def_001876

**held**
  5:24

**helped**
  150:4

**helpful**
  12:13 13:1
  47:22 58:9
  133:22 182:14
  198:3

**helping**
  141:22

**hematocrit**
  219:1

**hematopoiesis**
  188:14

**hemoglobin**
  218:25

**hesitate**
  25:18

**Hey**
  34:13 182:13

**hide**
  192:11 197:24

**Hierarch**
  171:3

**high**
  40:2 87:16

**high-quality**
  194:18

**higher**
  71:25 163:8
  194:5

**highlight**
  44:8 193:7

**highlighted**
  74:9,16 113:5

**highly**
  181:8 189:6

**Hilt**
  177:15 178:15
  180:9

**hinder**
  172:13

**hinderances**
  172:15

**Hippocratic**
  151:11 152:12
  182:8 184:19

**historically**
  78:19

**history**
  114:8

**hit**
  77:25

**HIV/AIDS**
  159:13

**hold**
  72:24 103:19
  109:20 128:16
  147:5 155:15
  176:13 184:19

**holders**
  10:3

**holds**
  11:3

**holes**
  17:14

**honest**
  175:3 210:10

**honestly**
  174:18

**honesty**
  190:13

**hoods**
  164:23

**hoops**
  185:20

**hope**
  145:3 151:12
  154:21

**hormonal**
  37:16

**hormone**
  126:23 154:4
  157:4 158:18
  180:2 185:8
  206:9 217:15

**hormones**
  59:21 63:2,19
  64:6,22
  68:14,19 77:4
  173:14

**horrified**
  183:12

**hospital**
  138:19 216:1

**hospitalization
s**
  169:13

**hours**
  130:13 178:4
  197:14,15

**HRT**
  166:16 169:24
  187:15,21
  188:2,17
  202:21 220:16
  221:2,5

**hug**
  90:19

**huge**
  55:1

**human**
  94:13 147:3

  189:13 196:23

**humanity**
  186:3

**hurdles**
  175:4 177:25
  185:20 189:3

**hurt**
  181:7 182:11

**hypertension**
  204:8,9

**hyphenated**
  95:3

_____

          **I**

**i.e.**
  128:5,9,21,22
  188:21

**idea**
  50:7 51:22
  212:16

**ideas**
  217:12

**ideation**
  39:21 180:18

**identical**
  39:10

**identification**
  80:1

**identified**
  47:25 219:12

**identify**
  8:3,6

**ill**
  161:25

**illegal**
  108:9

**illustrates**

Med Def_001877

40:10

**Imagine**
183:17

**imagined**
191:11

**Imaoka**
148:22 153:16
156:18 158:1,
16,21,23
159:2

**immediately**
157:4

**impact**
84:18 179:6
185:6 192:25
193:4 200:22
203:14 215:4,
11,14 223:1

**impacted**
176:21

**impacting**
192:22

**impartiality**
193:23

**impeccable**
184:25

**impede**
187:18

**imperative**
140:4

**implement**
6:5 172:13

**implementation**
201:9 223:11

**implications**
195:8

**implying**
37:8

**importance**
11:3

**important**
4:1 26:5
40:16 49:19
59:24 77:3
79:12,13,22
82:21 92:22
99:18 112:8
151:23 155:9
210:11 214:2
218:9

**importantly**
185:9

**impose**
166:4 179:5
224:3

**impossible**
174:10 178:8

**impressive**
9:13

**improve**
95:22

**improvement**
40:12 46:4
173:22

**improvements**
42:7 52:1
56:13 173:11,
17

**improving**
191:4

**in-person**
32:22

**inaccuracies**
167:19

**inadequate**
116:24,25
117:6,25

**inapparent**
184:2

**inappropriate**
205:10

**include**
31:14 39:23
46:17 51:20
55:15 80:14
87:22 100:12
113:20 166:1
180:1 192:5
202:1

**included**
55:19 158:24
173:10 192:3
210:13 212:17

**includes**
8:25 49:12
58:15 157:9
179:1

**including**
10:2 78:11
124:23,25
185:7 188:11
192:25 201:7
223:9

**inclusive**
185:3

**incomes**
194:9

**incongruence**
42:6 45:21
51:11

**inconsistencies**
167:20

**inconsistency**
17:17

**incorporate**
22:16 42:15

**incorporates**
133:7

**incorrect**
165:19

**increase**
115:7,8,14
129:20 163:3
181:1 194:10
201:6 223:8

**increase/will**
114:19

**increased**
162:19 180:17

**increases**
97:6 191:22

**increasingly**
89:18

**incredibly**
198:3

**independently**
15:8 16:8

**indeterminate**
40:1

**indication**
10:4

**indirectly**
201:6 223:8

**indiscernible**
31:14 32:12
99:24 145:7,
20,21,23
146:4,6
190:15 194:1,
13 203:9

**individual**
7:14 8:3
162:3 213:1
221:5

Med Def_001878

individualized
166:5

individuals
72:2 151:22
152:20 160:19
166:15 178:6
220:15 221:1

indoctrination
186:4

induced
105:7

induction
91:3 103:17
104:25 105:13
168:8 214:21

inequities
192:22

infected
175:24

infection
96:18 98:4,7,
18,20 121:19
124:25 125:4

infections
96:4,25
97:10,12

influence
79:22

inform
5:19 166:12
211:12 212:13

information
3:6 14:15
43:7 49:11
58:13 77:19
159:20,24
163:22 164:8
165:20 193:19

informational
166:16

informed
5:9,18 6:10,
12,25 7:1
8:25 9:2 10:7
13:16,19
14:10 19:3
20:8,17 43:8
47:2 84:18
100:8 111:14
130:9 131:18
132:16 133:7
136:18 137:2,
12 138:6,13
139:14
157:11,17
158:2 159:19
160:8 161:3
164:5,11
166:8,11
167:13 169:3
170:6 171:9
173:25 175:5,
10 179:15
180:5,11
185:18,23
186:15 188:19
190:9,18,23
192:2 193:9,
11,13,20
198:7,9
206:10,20
211:22,24
212:18 216:23
221:25

inherently
177:4

inheriting
105:21,23

initial
73:22,25
82:23,25
106:8 148:12
158:2 179:21

initially
64:8 79:16
105:2,4 106:5
107:11

initials
82:18,22

initiation
123:2

injectable
89:16

injected
91:11

injection
90:24 145:17

injunctions
186:10

input
11:22 12:10
167:17 168:1

inserted
175:5

insight
36:21

Institutional
159:15

instruct
12:7

instructions
3:22

insufficient
117:7,8
118:3,16
120:8 165:25

insulates
172:4

insurance
26:10 179:6,8
203:7

intended
10:8 150:20

intent
61:9 208:4

intention
6:15

intentionally
46:19

interaction
11:4

intercourse
95:16 96:15,
25 97:13,14
98:3,8,20,21

interest
55:5 187:16
195:24

interested
7:23 8:1,4
85:10 88:2
225:8

interesting
148:14 203:16

interests
95:24

interfere
153:7 205:4,
14 206:2

interferes
205:1

interim
6:14

internal

Med Def_001879

60:20 171:21

**interpretation**
158:14

**interpreter**
160:10

**interrupt**
190:7

**interruption**
172:11

**intersex**
149:21

**intervene**
64:14

**intervention**
52:10 54:17

**interventions**
39:15 193:6

**introduce**
14:9

**introduced**
189:4

**introducing**
43:24

**invasive**
188:3

**invite**
119:15,18

**invited**
119:19

**involved**
16:16,17 78:8
181:3

**involving**
112:14

**IRB**
49:22 137:7
159:16

**ironic**
190:15

**irrelevant**
65:12

**irreversible**
58:4,18,21,23
60:3,4

**issue**
4:13 11:3
20:14 51:3,
13,15 109:21
113:6 120:13,
14,15 181:14
201:24 207:20
210:5 217:11
224:14

**issued**
28:23

**issues**
4:16 7:10 9:6
71:24 109:23
140:23 141:12
174:17
180:10,12
199:4 202:19

**itchy**
48:7

**item**
66:12 179:14

**items**
141:14 217:21

---

**J**

**JAMA**
194:8,25

**James**
153:18 159:7
161:14,17,18
162:12,15

163:12

**jeering**
12:5,11

**Jessica**
161:15 165:10
168:21,22

**job**
12:14 13:3
21:23 119:14
170:9,21
171:1 208:6

**jobs**
178:3

**John**
159:8 161:14
165:14,15

**joint**
3:16 4:19
5:23 6:21 7:3
9:21,24
131:14 165:14

**Jones**
20:17,18

**Jorgensen**
183:7

**Journal**
173:5

**journals**
194:19

**journey**
217:19

**joy**
176:10

**judgement**
53:13

**Julie**
178:15
182:16,19

225:13

**jump**
185:21

**June**
3:13 5:24
6:14,20 7:5
9:21

**jurisdiction**
157:23,24

**Justice**
186:24

**justifies**
152:1

---

**K**

**Katelyn**
190:1 195:17,
19,23 196:5,
9,11,13

**Katie**
143:16,17
144:7

**keeping**
131:15

**key**
61:19

**kid**
54:14 137:14
174:11

**kid's**
110:17,22,23
111:2

**kids**
39:18 49:22,
24 69:18
79:25 85:3
90:17 92:21
101:8 110:10,

Med Def_001880

21 147:24
164:20 169:25
171:4 172:8
173:3 207:21
218:18

**kill**
164:20 171:25

**killing**
80:19 164:18

**kind**
14:17 15:13
22:14 30:5,15
39:7 50:13
52:10 53:8
59:10 65:11,
12 81:13
111:18 140:22
146:3 151:21
175:23
180:14,25
202:18 204:7
207:1 217:22

**kinds**
44:12

**Kirsh**
17:13,20,21
24:16,18,21
37:7 38:13,14
50:20 66:5,6
70:20 71:14,
17 76:14,15
80:22 81:5,9
91:23 95:10
106:12,13
107:17,19
135:10 204:14
215:2,16,18
216:16 217:7
220:17

**Kit**

184:22 189:25
190:2,17,20,
24 191:2
197:18

**knew**
79:16 174:8,9

**knowledge**
175:20 182:22
203:4 206:6
208:5

**kosher**
118:24

———————

**L**

———————

**lab**
167:1

**laboratory**
206:23 210:7
212:7

**lack**
47:9,10
50:17,18
182:22 194:4
218:10

**laid**
177:23

**laminectomy**
77:13

**landed**
130:12

**language**
8:25 32:11
36:8 37:3
39:13 44:17,
21 46:17,18
50:2,5 51:8
54:6,8 55:8,
11,23 56:1,21
62:16 66:1

68:8 70:15
80:7 81:6,7,
9,15,24 96:11
97:17 101:15
103:11 104:14
106:19 113:20
118:11 120:1
135:19
136:15,17
137:9 160:9
173:11 174:20
182:3 198:24
206:22 221:20

**large**
203:4 218:12

**larger**
8:2 193:1

**largest**
165:16

**Latin**
128:25 129:6
130:11

**law**
4:22,23 5:6,
17 6:24 12:7
77:8 170:4,8
192:18

**laws**
152:13 183:10

**lawsuit**
167:8

**lawyers**
42:19 44:19
98:23 104:21
129:5 208:20

**LCSWS**
181:22

**lead**
96:4,24 97:3,

5,23,25
118:3,15
167:8 185:16

**learn**
116:12

**leave**
19:24 20:19
21:11 34:15
51:5 91:21,22
92:6,7 112:3
141:21 147:5
153:22 170:2
182:11 213:13

**leaving**
112:18 168:13
170:2 209:6
216:5

**led**
95:16

**left**
36:20 108:18
171:7 176:22

**legal**
3:4 5:10
83:25 158:14
195:8

**legally**
23:3 77:7

**legislation**
154:15 186:12

**legislative**
5:23

**legislators'**
168:23,25

**legislature**
12:23 83:22
165:23 166:3,
10 168:14
187:2

Med Def_001881

length
  66:14 80:17

letter
  31:14

letters
  9:13 203:7

level
  170:19 171:6,
  19,20

levels
  85:22 145:18

LGBT
  185:3

LGBTQ
  165:18 186:6

Library
  164:17

licensed
  5:13,15 109:9
  160:6 166:25
  167:4,6
  210:15

lie
  192:8

lied
  190:9

lies
  164:24 174:1
  192:7

lieu
  143:24

life
  52:6 77:17
  102:3,5 146:7
  147:3,24
  154:9,19
  161:25
  169:11,23
  176:16,20

life-long
  56:19

lifechanging
  183:3

lifelong
  46:9

lifesaving
  172:4,7,14
  175:18 185:9
  189:3 197:8

lifting
  13:17

lightly
  173:13

limit
  30:15 71:18

limited
  7:23 40:11
  41:4 42:6
  46:3 51:11,25
  54:9 56:12
  71:1 87:5

limiting
  24:23 175:17

limonite
  192:7

lines
  29:15 47:14

link
  50:22

list
  52:15 121:6
  213:17

listed
  180:20

listen
  197:21

listening

108:25 182:20

lists
  47:19 80:20

literally
  54:13

literature
  79:6 87:2,18
  178:20

live
  159:10 169:24
  171:3 176:8
  220:4

liver
  89:14

lives
  170:21 172:15
  183:4 186:6,
  10

livid
  176:12

living
  119:3 176:16,
  20 207:11

LMHCS
  181:21

lobby
  11:19

located
  7:18

logically
  13:19

logistics
  26:6

Lola
  174:24 176:2
  177:14,16

long
  47:18,19

50:18 52:7
58:17 102:17,
21 131:6
188:18 211:8

long-term
  39:14 42:2
  48:21 49:14
  50:17,19
  54:18 64:11,
  13 107:3

longer
  12:13 40:14
  161:22 179:19

looked
  15:22 16:11
  17:7 87:3,17
  95:19 220:9

loosen
  213:3 215:9

looser
  215:1

lose
  181:16 218:9

losing
  161:9

loss
  142:13

lot
  10:11 11:19,
  23 13:16
  16:14 17:2
  27:17 30:25
  39:14 40:3
  47:17 49:20
  54:19 64:13,
  20 78:20 84:5
  89:13,14
  137:6 154:19,
  23 159:16
  173:1 177:19

Med Def_001882

181:22,23
202:17 207:9
209:3 211:11
214:6 218:24

**love**
186:7

**low**
67:4 72:2
78:20 145:19
188:21 219:2,
7

**lower**
71:24 85:21,
22 91:7

**Lucina**
170:13 174:23

**Lupron**
71:20 72:17

**lying**
174:1

**lyingly**
191:5

—————————

**M**

—————————

**made**
6:9 27:21
74:4 78:16
84:20 92:18
100:6 111:18
116:5 148:13
183:4 187:7
189:9 190:21
204:1 216:18

**Madison**
177:14 178:15
180:9

**magic**
193:7

**main**
86:15 178:22

**maintain**
141:22

**major**
106:25 116:20
154:7 172:11
185:15 215:3

**majority**
64:25 194:16

**make**
5:21 8:13
11:8 15:4
18:2 20:7
26:2,13 27:17
31:13 32:19
35:2,17 39:25
48:15 49:23
55:4,9,14
56:1 64:1
74:16 80:22
81:21,24
93:23 103:10
107:2 108:21
111:2 115:9,
15 119:4
129:23 133:14
137:7 139:25
141:16 144:6,
10 149:21
152:5 153:5
159:17
162:10,12
164:14 165:4
166:13 175:10
181:7 182:10
193:19 198:19
199:14,23
212:21 213:11
214:7,8,9
215:1 217:9

**makes**
12:13,14 14:4
30:25 32:6
42:1 46:17
75:16 82:4,24
84:5 196:18
220:6

**making**
7:11 26:6
35:24 55:2
58:7 136:17
152:21 183:15
197:7 213:10

**male**
75:5,6,7,17
76:7,20 87:12
91:4 92:24
93:1,2,4,8,
18,21 94:2,3,
5,12,22,24
102:12 142:13
149:7

**males**
71:22 79:16
219:2

**man**
75:8,23 76:5
92:13 93:1,3,
16 94:7 95:4
154:2 161:21
174:6 196:18

**managed**
153:9

**management**
162:3

**Manatee**
156:15 159:7
163:17

**mandate**
210:3

**mandated**
6:16 11:24
12:19,20,24
137:6 168:24
170:10 197:4,
6 209:24

**mandating**
210:21

**mandatory**
19:10 166:23,
24 167:1,2,3,
5

**marijuana**
138:14

**marked**
166:19
179:16,19
203:25

**Martinez**
184:23 189:25
192:15,16,17
195:12

**masculine**
76:2,6,9,22,
24 92:14,16
93:1,15,19,
21,24 94:7

**masculinificati
on**
196:17

**masculinization**
85:1 86:1
158:19

**masculinizing**
14:2 84:15
126:4,11,13
129:13 132:1,

Med Def_001883

4 142:19,21
220:19,22

**Maslow's**
171:3

**mass**
95:24

**massive**
170:8

**master's**
192:18

**maternity**
19:24 20:19
21:11

**math**
163:2

**Matt**
43:23 110:11

**matter**
174:13 177:21
180:20 225:4

**matters**
3:24 174:15

**Maurer**
159:8 161:15
165:6,9,14,15

**Max**
182:16
184:22,24
185:1 186:20

**Mcnulty**
3:3 17:18,22
18:11,22,24
19:4,10 20:3,
11 21:18 27:3
29:16 31:2,7
32:2,15 33:9,
14 34:15
35:7,13,18,22
36:7 38:19,23

39:4 40:22
41:3,9,18,21,
24 42:24
43:4,12,19
48:17,23
49:6,9 50:9
53:17 57:12
58:5 63:13,
20,23 65:15,
19,22 66:11,
20,25 68:6
69:15,23 71:7
72:21 73:15,
19 74:12
83:23 84:4
91:22 92:5,17
96:19,21
97:3,16,20
98:12,15,17
99:7 103:25
104:8,11
114:13,15,16,
24 115:2,6,
12,24 116:1
117:5,8
118:10,15
121:13
125:18,22
126:15 128:17
132:18,19
133:5,13,17,
19,21 134:12,
23 135:4,7,
14,21,24
137:16 138:5
156:5 158:6,
10,25 199:3,6

**MD/PHD**
160:22

**meaning**
128:9

**meaningful**
13:7

**means**
44:2

**meant**
18:9 222:19

**measure**
188:8

**measurements**
31:21

**Medicaid**
161:7

**medical**
37:12 40:18
42:4 45:20,24
46:8,9 51:10,
19,23 52:5,7
56:9,17,19
77:5 138:6,14
145:23 159:12
161:1 162:2,
17 166:25
169:16 171:2
172:6,14
173:5 175:15
177:1 178:19
185:15 195:9
207:7

**medically**
154:24 183:10

**medication**
20:7,10 26:8
53:5 59:3
100:24 103:4
105:12 132:25
149:6 160:3
161:4 167:23
176:25 194:10
204:9

**medications**
45:7 47:6,8
50:14 51:3
59:4 60:18
74:2 84:8,15
100:3,18
101:23 105:23
109:3 132:2
149:23
159:20,21
204:12 211:8
214:9 218:16

**medicine**
3:1,2,15,17,
18 4:10,11,
24,25 6:18,19
7:4 8:20,21
11:16 18:8
112:14 145:1,
11 146:21,25
164:17 169:9
176:25 181:3
187:4 189:1,
19 214:3

**medicines**
105:7 144:20

**meet**
33:7 157:13
173:14 204:5

**meeting**
3:17,19,22,25
4:5,6 5:24
6:14,22 7:3,
7,13,15,19
8:11,20 9:21
10:19,23
11:18 12:6,13
13:13 14:16
95:14 131:14
140:9 141:24
150:24 151:20

Med Def_001884

156:6 167:20
190:14 192:5
215:7 224:19

**meetings**
9:7 11:2
152:17 169:10
224:17

**meets**
202:22

**member**
189:16 192:13

**members**
3:23 4:14 9:4
10:1,25 11:7
13:12 14:12
15:1 74:19
81:20 130:8
139:5 140:11
159:9 161:17
189:8,18
200:20 202:14
224:15

**men**
71:19 72:6,16
79:20 86:17

**Mench**
178:15
182:16,19

**menstruation**
155:11

**mental**
153:10 159:22
167:3,6
169:10,19
174:17 178:19
179:3 180:13
181:14,20
183:16,21
186:17 191:4
194:3,9

203:13,17
206:24
208:18,21
210:9,15
211:4

**mention**
82:17 89:17
173:16 216:15

**mentioned**
65:12 78:17
88:8 144:25
151:21 153:3
155:4,5 162:6
171:15 172:19

**mercy**
152:8

**merged**
15:13,15,25
16:1,5,7

**method**
152:6

**methods**
188:3 192:19

**Miami**
119:14 160:23

**mic**
17:12 40:5
74:13

**microphone**
141:7 144:11
148:18 159:8

**middle**
43:1 50:8
190:8

**Millions**
184:6

**mind**
50:21 55:10
58:5 72:22

82:17 114:9
125:6,7
200:19

**mineral**
72:1 188:4
212:7

**minimum**
19:9 29:14

**minor**
18:6 36:9
55:12,13,24
58:25 75:22
83:4 84:16
86:25 87:2
90:1 93:23
99:15 147:17
148:2 198:24
199:19,20,21,
22 201:16
223:19

**minor's**
60:18,19 73:9

**minorities**
192:23

**minors**
6:10,23 7:1
8:24 13:25
34:1,17,18,
19,20 38:22
40:25 43:8
47:9 50:15
55:17 56:10
60:8 70:3,9
73:7 84:9
85:14,17
126:11,14,22
129:13
132:13,25
133:1,6,10
135:22 161:4

167:10 171:16
185:19

**minutes**
7:24 131:15
141:8 155:15
173:2 195:25
197:17

**mirrors**
164:22

**misinformation**
163:20 167:11

**misleading**
165:19

**misquoting**
182:21

**mission**
4:12

**Missouri**
182:4

**misstate**
142:8

**mistake**
27:21

**misunderstanding**
205:12 208:25

**misuse**
141:18

**mixed**
45:15

**model**
193:11,14

**modification**
38:5 78:15

**modifications**
74:3,6 99:21
111:20 116:7
139:1,22

Med Def_001885

modified
  6:19 59:16
  135:18,19
modify
  101:15 104:13
  139:25 217:14
modifying
  101:24
mom
  168:22
moment
  149:14 176:14
money
  179:13 189:14
mongering
  185:25
Monica
  89:23,24
  118:20 122:1
  165:12 172:24
  174:21
monitor
  99:15 102:13,
  15 104:17
  218:24
monitored
  107:2
monitoring
  73:8 219:4
Montanez
  144:13 146:25
  147:15,18,20
  148:3,5
month
  9:11 13:14
  25:20,21
  28:24 31:12
  154:13 203:12

months
  19:22 20:18
  21:10 24:12
  27:1 28:3,19,
  20 29:13,22,
  23 30:21
  31:1,2,3,6,8,
  11,13,15
  32:1,3,5,16,
  17,18,24
  33:11,13,21
  39:16 59:1
  100:16,17,25
  101:11,12,24
  102:5,11,18
  103:16,24
  104:16 105:12
  106:7 107:5,
  11 112:21
  136:3 146:2
  166:24 167:1,
  2 183:21
  185:25 206:12
  209:17,18
  214:20,25
morning
  81:16
Mortensen
  13:15,16
  14:6,9,13
  15:7 16:7
  36:19 37:1,4
  65:1,5,11
  69:2,8 85:4,8
  86:9 87:1,8,
  11,21 89:25
  90:4,11 91:2,
  8 103:17
  104:23 105:2,
  6,16 106:1
  108:18

109:12,19
110:3 111:6,
23 113:22,23
115:10,13,17
118:21
120:20,21
121:23 122:2,
8 123:23
124:2 129:22
148:6,8 199:9
204:7,11,15
210:19 212:2,
12 213:13,22
223:13
mother
  90:19
motion
  34:21,22
  35:2,4,5,17,
  24 38:9 39:2
  55:8,10,14
  56:1,20,23
  57:6 59:25
  60:2,10,13
  66:3,10 70:8,
  10,14,19,25
  71:2 76:12,19
  82:25 83:11,
  16 98:9 99:1,
  5 103:10
  106:10,17
  107:14,24
  113:10,20,21
  114:2 115:16,
  23 120:1,18,
  25 122:7,16
  123:9,14
  124:10 127:4,
  6,8 129:23
  130:1,6 134:7
  135:8,9,13

136:17 168:4
198:22 200:3,
9,15,18
220:10 221:12
222:11,21
motions
  59:14 70:3,7
  221:24
motivated
  187:13
move
  34:23 38:15
  60:1 67:10
  84:14 99:22
  111:14 131:16
  134:6,17
  138:22 161:22
  198:6 199:1
  200:5,24
  201:10,18
  202:6 223:12,
  21 224:6
moved
  38:11 66:2
  222:13
moving
  55:5 152:14
  202:13
multi-module
  181:12
multi-physician
  22:8
multiple
  11:2 16:17
  36:15,16,18
  63:3 166:2,14
  180:19 205:18
  224:17,18
muscle
  95:24

Med Def_001886

---

**N**

---

names
  145:9 148:19

naming
  131:18

natal
  79:16

Natalya
  177:15 178:15

National
  164:17

nature
  5:20 8:10
  53:8 54:22
  78:3,15
  166:12,17

nausea
  48:8

Nazis
  165:1

necessarily
  18:4 51:12
  94:13 190:21
  209:23

necessitate
  118:1,4,17
  120:8

necessitated
  186:13

necessity
  216:21

needed
  14:18 69:8,9,
  21 159:5
  207:22 211:6

needlessly
  172:13

negative
  183:13

negatively
  203:14

nerve
  121:19

nervous
  214:8

Netherlands
  64:12

Network
  160:22 186:25

newer
  89:15

newest
  207:2

newly
  101:22 103:4
  211:14

News
  173:9

NHS
  211:16

nice
  11:16 128:23

night
  27:10 149:11

nods
  22:17 33:22

non-doctors
  72:21

non-
endocrinologist
  86:8

non-maleficence
  151:16

non-signature
  82:19,20

nonbinary
  163:24 177:17

nonprofit
  185:2

nonspecific
  47:20

nontreatment
  78:11

normal
  151:3 206:7
  209:13

Northeast
  176:5

noted
  172:12 212:3

notes
  74:19 75:21
  197:2 199:4
  218:1

Nothing's
  85:6,7

notice
  63:16

noticed
  3:16 173:6,10
  179:25

noun
  75:12

November
  9:9 191:18

nuanced
  204:16

nuances
  12:1

nuclear
  67:2

number
  8:1 9:6,13

17:24 21:1
28:16 48:20,
25 49:9 52:14
57:24 58:12
63:9 65:16
66:12 70:15
74:25 101:2
103:22 104:1,
7,8,10,13
106:6,20
126:6 127:7
134:12 178:23
180:13 181:17
195:4 202:22
203:16 204:24
206:5,8,11,13
209:9,11,25
210:14 213:4,
7 220:10

numbers
  126:4 180:12
  212:25
  219:13,18
  220:2

nurse
  145:2 146:8,
  12,13,16
  148:11 156:20
  169:2 207:20

nurses
  157:10,15,24

Nursing
  157:24

---

**O**

---

oath
  151:11 152:12
  182:8 184:19

obligated
  220:6

Med Def_001887

obligations
112:16

observation
57:19  59:24
84:23

observations
57:16  65:13
74:6,20  84:19
99:21  100:7
112:24  116:7
121:1  129:4
130:7  132:15
139:21  140:11
168:19  171:12
221:24

obstacle
185:20

obtain
5:9

obtaining
167:13

obvious
181:2

occasions
224:18

occupational
151:10

occur
159:23  173:12

occurred
5:25

Ocean
154:1  155:13,
21

October
9:8,9

off-label
41:15  43:14,
25  44:8  45:6,

7,8,11,12,13
50:24  51:3,4,
13  52:9  160:3

offense
201:16  223:19

offer
143:23
190:18,25

offering
155:17

office
10:2  16:1,2,3
81:10,23
149:25

officer
3:7

official
189:7

officially
161:1

officials
8:12

older
5:19  78:21
79:25  89:8
90:3  147:21

Omar
184:23  189:25
192:15,16,17

onset
43:11  192:8

open
10:19  14:11,
22  36:20

operable
183:19

operations
3:5

operatively
157:5

opiate
112:5

opinion
9:14  29:1
184:12  188:21
210:2

opinions
188:23

opportunity
4:18  8:15
81:20  141:8
146:14  147:23
157:9  161:10
162:11  176:6
216:13

opposed
36:5  39:1
57:5  60:12
66:9  70:24
76:18  83:15,
20  99:4
106:16  107:23
114:1  115:22
120:24  122:15
123:17  124:17
127:14  130:5
132:8  134:10,
21  135:12
136:23  200:17
201:3,22
202:11  221:18
222:17,23
223:6,16,25
224:11

option
18:5  30:12
37:2,13,19,24
38:5  217:2

optional
83:4  220:7

options
17:19  36:13,
20  37:10,20,
25  38:1,3,7
56:8  170:23

oral
89:8,10,17
91:13  140:15
142:6  156:22

Orchiectomy
117:16

order
5:21  13:25
14:5  26:7
35:6,9,10
131:14  139:13
141:15,17,20
152:1  155:13
161:23  163:10
165:2  166:13
174:19,21
187:21

organ
62:9,12,15,17

organization
165:17

organizations
191:16

organs
62:4

original
21:8,10,24
23:19  35:5
79:15

originally
20:9  21:13
80:5  150:20

Orlando
  9:9,10 144:14

orthopedic
  23:16 25:8

osteoblastic
  67:3

osteopathic
  3:2,18 4:10,
  24 6:18 7:4
  8:21 15:17
  187:4

osteoporosis
  72:3 219:1

outcome
  31:22 40:1
  50:19 59:23
  79:12,14
  182:24 203:14

outcomes
  39:22 40:15
  45:16 48:6
  50:18 64:11,
  13,17 78:25
  102:15 185:17
  194:4

outlined
  170:7

outlining
  9:1

outweigh
  46:7 52:5
  56:17

outweighs
  151:25

ovarian
  87:8 149:4,13
  150:5

ovaries
  61:12

ovary
  61:23,25

overkill
  48:11 100:19

overlap
  10:11

overreach
  170:8 175:6

overreaching
  48:11 176:15,
  18

overseen
  153:10

oversight
  176:23

overstepping
  170:3

overview
  8:19 53:7

overwhelming
  184:4

_____

        P
_____

p.m.
  3:14 6:15 7:5

Pace
  78:22

package
  63:16,17

pages
  48:7 82:20,21
  149:10 150:7
  207:4

pain
  48:8 97:12,21
  98:2,7,14,15,
  20 152:19

painful
  95:16 96:14,
  24 97:13,14
  98:3,8,19,21

paint
  178:10

paired
  185:13

paper
  27:16

papers
  184:5

paragraph
  5:7 37:6
  41:14 43:2,5,
  9 47:7 48:13
  49:18 50:8
  52:22,25
  56:2,7,21
  57:24

paragraphs
  39:24 80:16
  82:9 108:7

paralysis
  77:15 79:2

paralyzed
  77:16

parent
  5:10 48:24
  83:1,3,4,9,
  19,20,25
  137:5

parental
  43:8 48:19
  58:10 161:4

parents
  52:13 99:17
  174:12 175:9
  186:8

parents'
  137:13

part
  4:7 8:2 21:23
  23:2,9 29:19
  49:10 53:3,7,
  16,17,20
  77:23,24
  125:1 143:23
  144:14,15
  146:2 150:10
  156:23 158:3
  178:25 208:22
  210:18 216:25

partially
  78:1

participants
  163:5

participate
  119:23

participates
  12:8

participating
  13:7 178:9

parties
  7:23 8:5
  225:7

partner
  23:20

parts
  55:1 150:7
  157:19

party
  8:1

pass
  182:1

passage
  180:4

Med Def_001889

passed
193:2

passes
106:17 114:2
134:11,22
135:13 200:18
201:4,14,23
202:12 221:19
222:24

past
119:20 138:11
170:25 171:6

path
87:4 172:6
212:6

patient
5:3,21 10:9
19:6 20:9,16,
19,22 21:9,13
23:1,6 25:16
27:18 28:7
33:1,10 43:7
67:23 103:4
104:15
105:19,20
133:25 134:13
136:9 160:9
166:12,13,18
167:16 186:9
188:13 205:2
209:21 212:13
215:5 216:13,
22

patient's
5:9

patients
5:13,19 6:2
16:15 17:1,2,
5 19:14 25:3
26:7 29:7

32:14 63:18
68:13 74:2
84:8,15 86:3
90:18 100:4
111:16 131:25
132:2 152:22
157:16
166:20,21
179:6 182:9
189:6,12,22
192:10 207:11
214:15 216:1
218:10

patients'
42:7 46:4
52:1 56:14

pattern
87:12 93:8
94:24 95:4
142:13

Paul
3:14 46:24
93:13 153:17
156:14 159:9,
10 160:15

pause
64:9,18

pay
215:24

PCOS
87:6,7

peace
189:23

pedal
123:21

pediatric
31:18 32:14
43:2 46:22
48:14 68:11
70:14 71:1

77:4 85:3
88:5 91:4
113:8 142:10,
14 194:13
207:6

pediatrics
31:20 69:2
207:8

peer
180:19

peers
162:20 185:12

peeve
93:6

pelvic
95:17

penetrative
95:25 96:14,
25

penile
116:13,22
117:25 118:4,
16 120:8

penmanship
182:17

people
4:12 11:3
37:13 40:14,
16 44:1 45:6,
8 47:16,18
56:11 59:20
62:24 64:3,4,
20,23,24
65:2,3 74:14,
23 79:10
85:10 88:17
95:25 100:15
103:3 107:2
109:24 116:12
119:2,20

123:3 140:5
143:24 144:4
148:15,25
150:8 152:20
154:19 163:11
164:24 171:18
173:15 174:16
178:2,3
180:2,24
181:7,14
183:2 184:6
185:4 186:6
191:15,23
195:20 197:14
203:4,8,11
205:6 207:1,
3,5,10,13
209:4 211:6
217:3,4
218:13 222:2,
6

people's
211:23

perceived
171:20

percent
51:2 59:20
63:1 64:22
78:24,25
79:18 101:12
103:6 148:9
163:24
164:18,19
181:19

perfect
78:14

perfectly
216:10

performed
148:10

Med Def_001890

period
 66:15 101:25
 162:18,23
 163:3 211:9
 216:22

peripheral
 188:5

permanent
 59:4 82:1
 91:25 95:22
 119:7 217:20,
 24 218:2

permissible
 28:13,14

permission
 137:5,13

permits
 7:18,25

perpetrated
 175:6

perpetuity
 29:6 100:17

persist
 79:20

persistence
 78:17

persistent
 79:7 203:12

person
 20:3,8,17
 21:24 25:11,
 15 28:12,14,
 17,22 29:4,
 14,17 30:2,6
 32:5,15 33:16
 34:6 158:3
 172:5 193:19
 203:19 206:21
 210:23 214:17

 221:10

person's
 197:19

personal
 4:16 74:22
 95:15 176:24
 178:1 188:23

persons
 8:2

perspective
 19:23 39:14

pertaining
 5:2 8:22

pet
 93:6

phalloplasty
 117:17

pharmacy
 146:18

phase
 214:21

Phd
 178:17

philosophy
 218:14

phonetic
 144:14 148:24
 153:17 154:2
 161:15 165:13
 170:14,15
 176:3 177:15
 178:15
 182:16,18
 184:23

phrase
 39:7

physical
 31:23 159:22

 188:12
 203:13,17

physically
 189:5

physician
 18:10,13
 19:2,6,12,21,
 22,24 20:1,4,
 8,13,15,20
 21:8,11,13,
 20,22 22:7,14
 23:8,12,13,
 15,16,17
 24:6,11,12,13
 25:2,24
 26:11,12,14,
 17,20,23
 27:4,6 28:1,3
 29:9,10,13
 30:2,7,9
 32:22,24
 33:3,4,6,17,
 18 37:11,21
 38:1,8 58:15
 77:14 99:14
 100:23
 103:14,23
 106:7 109:5,9
 112:4 136:1,
 3,6,8,11,12
 148:12,16
 159:11 166:24
 176:19
 206:12,21
 212:9 213:8,
 17 214:19
 215:5,8
 216:14,15
 219:18,24
 220:1,13,15
 221:4,9,11

physician's
 157:22

physicians
 5:8 13:3
 15:18 19:14
 21:17 22:15,
 18,20,23 23:2
 44:4 77:7
 128:24 143:9,
 10 157:12,20,
 22 168:9,12
 181:13 210:4
 212:4 214:8,
 14 218:5

physiologic
 219:6

picking
 189:12 197:12

picture
 133:22

piece
 27:16

Pietro
 20:25 21:3,5,
 16 22:1,12,25
 23:10 24:3,8,
 17 25:1,10
 26:2,9,22
 27:1,5,10,23
 29:1,12,18
 32:4,21 33:7,
 24 43:15,21
 46:11 47:3,24
 48:13 50:11,
 20 52:24
 56:24 57:1,2,
 18,21,23
 58:2,10,13,22
 59:6,11 60:4
 61:2 64:1

Med Def_001891

72:23 73:6,
14,16 74:21,
22 75:1,11,
18,20 76:11,
13 82:16
83:1,3,7,12
90:13,25
91:19 95:3
97:14 107:18,
20 108:10
111:22
112:11,18
113:13,17
114:3,4
115:18,19
119:13,17
123:20
124:15,19,20,
21 125:3,7
126:20,24
127:1,6,9
129:23 130:2
132:5 135:8,
10 138:18
200:7,9,24
201:11,19
202:8 203:21,
24 215:13,17,
19 217:2
219:15 222:14
223:3,12,21
224:6

**Pietro's**
50:7 59:14

**pill**
90:8,9 91:15
110:3,5

**pills**
90:24 145:15

**place**
13:20,22

41:6,12 42:20
51:22 93:15
94:7 152:9,13
187:9 189:4

**placeholder**
111:13

**placeholders**
217:22

**places**
75:2

**plane**
130:12

**planned**
156:3 180:4

**platelet**
188:6

**platelets**
188:11

**playing**
170:9

**point**
17:16 19:11
20:6 21:5,10
24:4 50:4
53:6 62:20
63:5 64:2
65:10 68:12,
25 87:25
91:23 94:21
96:17,22
112:8,17,23
119:3,25
120:2 122:8
123:10
124:21,22
131:22 148:13
153:1 154:5
170:24 191:23
202:2

**pointed**
28:24 219:15

**points**
15:15 159:17
204:1

**police**
129:2

**policies**
152:13 193:1

**policy**
55:2

**polite**
191:15

**political**
186:3,5

**politically**
183:11 187:13

**politicized**
186:7

**politics**
170:9

**poll**
132:9

**polycystic**
87:8 149:3,13
150:4

**pooh-pooh**
45:6,8

**poor**
48:5 191:23

**poor-quality**
46:3 51:12,25
56:12

**population**
24:23 31:17,
18,19 39:18
87:13 142:10,
14 163:8

170:1 193:5
215:6

**populations**
172:21

**portal**
15:1

**portion**
140:9 157:11

**position**
161:20

**positional**
180:21

**positive**
173:12 182:24
185:17

**positively**
188:8

**possess**
188:20

**possibility**
79:4 92:3

**possibly**
100:14 175:24

**post**
157:5

**post-doctoral**
192:20

**postpone**
159:19

**potential**
40:2 41:7
121:4,12
195:7

**potentially**
58:3,18
168:11

**power**
152:6

Med Def_001892

PR
197:22

practical
19:23 172:6

practically
30:4

practice
5:2 6:10,22
16:15 17:1,11
22:16,24
23:21 30:13
42:9 46:6
52:3 56:15
112:13 133:7,
24 156:20
157:9,15
178:25 183:6
189:19 210:3

practices
42:1 132:13

practitioner
38:2 145:2
146:8,12,14,
16 153:10
169:3

practitioners
148:11 157:19
181:20 207:20

preamble
42:22 50:2,6
52:12 54:1
56:6 80:10
111:3

preamp
43:18

precise
118:11

preclude
19:2 177:7

203:23

predicated
44:9

preference
82:18

prescribe
21:23 45:7
109:9 156:22

prescribed
20:6,10 93:23
109:5,13
110:20
114:18,23
115:14 143:8
145:1,2
149:1,2 155:6

prescribing
19:20,22
20:4,7,12,14,
20 21:8,11,
12,17,19
22:15 25:15,
24 26:23
27:14 28:1
29:9 32:22
33:3,5,15,17
49:12 58:14
99:14 103:14,
23 106:6
109:15 112:6
157:10 206:12
210:4 213:8
214:8 221:11

prescription
5:4,16 20:21
23:3 26:19
28:23 145:4
146:16,17
158:7

prescriptions

5:10,20 6:3,
4,11,13
108:21 176:12
214:5

prescriptive
100:19 101:19
206:22 207:17

presence
169:4

present
79:17 162:7

presentations
10:9

presented
152:16 208:7

president
163:18 174:6
185:1 196:14

president/
founder
143:18

pressure
29:24 145:10,
12

pretend
132:22 173:21

pretty
138:3 174:18
181:2,10
190:3

prevent
87:15 174:16
191:7

previous
80:17 113:20
151:20 153:2
169:9 189:9

previously
77:20 100:6

111:18
134:15,24

Price
148:21
153:15,19,25
154:1 155:21

prices
215:24

primary
4:11 6:21
24:6 26:20
29:6,7 160:9

prime
160:17

printed
49:5,6

prior
6:23 28:23
180:4 189:6
192:13 198:19
224:4

Prism
185:2

PRN
159:5

pro
184:3

problem
47:3 68:20
138:17 174:4

problematic
194:23

problems
124:3,4,8,13
211:1,7

procedure
77:15 78:4,9
116:19 117:1

procedures
    5:21 6:13 9:2
    176:13
proceed
    10:4 169:21
proceedings
    141:19 144:3
process
    6:8 8:7 9:18
    11:6 12:20
    119:11 167:10
    185:24 186:13
    198:9 199:1
    218:3
product
    43:25 158:8
    165:25
productive
    13:7
professional
    5:12 166:25
    167:6 172:16
    175:16 192:21
    195:1 210:15,
    20
professionals
    171:2 193:15
professions
    195:9
profound
    40:16
program
    3:5 133:1
    139:10,24
    159:13
programs
    193:5
progress
    7:14 217:24

progression
    64:3
prohibition
    167:12
prohibits
    19:12
Proia
    170:15,16
    174:23 176:2,
    4,7
promise
    125:10
promote
    86:1,6 151:16
promoting
    211:18
pronounced
    148:20
pronouns
    176:7
pronunciation
    140:16 156:19
    170:16
pronunciations
    153:16 156:16
    165:12
Propecia
    86:13
proper
    168:1 221:21
properly
    179:18
proposal
    81:2 101:14
    104:12 113:16
proposals
    10:22

propose
    51:20 139:2
proposed
    8:1 38:4
    44:21 51:8
    53:6 74:6
    78:4 80:7
    81:6 89:4,20
    96:10 99:21
    100:7 111:14,
    20 112:25
    116:6,7
    117:19 132:15
    136:24 139:22
    165:18 166:1
    172:20 176:21
    177:8 180:11
    185:18 200:22
    201:5 222:25
    223:7
proposing
    44:17 169:25
    189:2
pros
    159:24
Proscar
    142:12
prosecutorial
    31:10
prostates
    86:8
protect
    163:21,22
    214:12
protecting
    4:12 169:25
    175:8,15
protective
    215:6

protocol
    79:15 156:23
proton
    17:3
prove
    146:20
provide
    6:2 7:24 8:19
    41:6,13 44:25
    176:6 188:12
    193:18
provided
    14:15 49:11
    58:14 179:8
    225:4
provider
    105:19 111:25
    168:16 203:6
    212:14
providers
    103:18 105:10
    168:13 189:5
    195:11
providing
    19:2 156:21
    167:18 176:6
    178:25
provision
    5:12 6:9
    181:6 201:25
    202:3,7 224:3
provisions
    6:5
prudent
    5:22 166:13
pseudonyms
    8:5
psychiatric
    80:2 169:8

Med Def_001894

187:17 204:25
205:3,13

**psychiatrist**
5:13 167:4
181:18 187:20

**psychiatrists**
181:21

**psychological**
37:24 40:12
42:8 46:4,7
52:2,4 56:14,
16 64:17
65:17,24
134:14 153:6,
9 162:2
166:21,22
169:22 180:25
191:7

**psychologist**
5:14 167:5
176:9 181:17
187:21

**psychologists**
181:21

**psychopathology**
192:1

**puberty**
13:24 14:1,20
15:3,8 16:11,
21,23 40:24
47:7 49:13
58:16,25
59:2,18,20
63:1,17 64:6,
9,15 73:10
79:19 91:4
116:13,22
117:23 118:3
120:7,11,15
185:7

**pubital**
31:23 129:19

**public**
3:6,19 4:3,6,
8 7:17,22
8:7,14 9:5,7,
13 10:1,19,
20,21 11:1,4,
5,13,17,20
15:6 88:2,14
108:24
109:20,25
111:7,9
119:11 130:25
133:16 140:9,
11 141:16,23
162:10 187:13
190:14 192:3,
4,18 198:20
199:25 208:4
209:16 214:12
224:15

**publications**
78:22

**publicly**
8:12

**published**
39:19 78:23
79:7 191:18
194:7,12,19,
25

**publishing**
160:18

**pull**
129:24

**pulmonary**
114:10

**pump**
91:9

**purely**
46:6 52:3
56:15 188:22

**purpose**
167:22 171:8
179:16

**purposes**
51:2

**Pursuant**
6:7

**pursue**
189:22

**put**
11:24,25
12:20 13:1
15:8 16:8
17:1 41:23,
24,25 43:9
45:4 48:11
50:1,5 52:15
55:6 56:1,6
58:20 63:9,16
67:7 68:13
72:7 75:21,23
111:1 132:24
138:9 164:23
173:13
176:15,18
178:12 197:23
215:4 216:8
217:22 220:2,
11

**putting**
4:15 42:22
47:24 48:14
50:7 73:11
105:15 165:7
175:14
197:21,22
216:7

**Q**

**qualifications**
202:20

**qualified**
153:10 203:8

**qualify**
31:13

**quality**
44:12 188:21

**quarterly**
136:10 168:15

**question**
17:14 18:15
19:19 22:22
28:9 36:8
39:5 41:20
83:18 87:24
88:6 89:3
93:10 111:22
121:3 137:1
142:7,11
144:3,19
147:6,11
148:6 149:20
151:2 156:24
200:21

**questioned**
54:2

**questioning**
143:7

**questions**
14:11,23
131:17,20
136:24 140:12
143:22 147:10
150:11 151:5
158:13 160:20
198:25

Joint Rules/Legislative Committee Meeting
June 23, 2023

48

200:10,21
221:23

**quick**
77:12 131:21

**quickly**
115:9

**quorum**
3:8

**quote**
191:25

**quoted**
148:9

**R**

**racism**
193:3

**radiation**
16:18 17:3
27:14

**Rainbow**
161:19

**ramification**
216:19

**random**
23:15,16

**randomized**
8:8 47:10
50:17

**randomly**
190:8

**range**
30:25 31:4
107:8 219:6

**rapid**
192:8

**rate**
123:1

**rates**
78:20,23
79:23 80:3
162:19 163:3,
5,7 192:9

**rationale**
51:18

**reach**
170:23

**reached**
163:6

**reaction**
175:3

**read**
18:12 21:6,7,
24 22:1,13
29:20 44:24
46:24 51:9,20
56:3,4 59:15
102:8 104:14
106:21 115:4
117:19 125:4
126:8,17
134:25 149:11
157:8 184:10
207:4 211:3
216:13

**reading**
22:13 42:12,
16 47:18
60:23,25 77:5
92:21 96:8
110:13 114:21
178:19 206:18

**reads**
21:7 26:13
65:23 120:2
219:16

**ready**
160:16

**real**
77:12 145:22
163:22 180:10

**realize**
160:15 164:22

**reason**
50:23,24 51:4
54:25 55:19
86:4,15
152:12 155:6
168:14 183:9
190:12

**reasonable**
13:2 34:6
69:22 72:14
77:19 92:2
118:22 185:23

**reasons**
79:5,9

**reassignment**
4:21 5:5,20
6:3,11,13
132:12 133:10
139:11 162:21
183:9

**receive**
6:3,11,12,24
19:19 81:14
100:12 126:22
147:16 154:12
157:18 166:15
176:9 178:6
202:20 217:15
220:16 221:1,
2,5

**received**
9:13 145:5

**receiving**
6:2,23 109:2
169:1 178:21

184:10 194:16

**recent**
194:7 203:3

**recently**
14:16 161:20
167:8 211:17

**receptor**
142:25

**recess**
131:12

**recite**
192:7

**recognize**
78:5,7,10
161:1 218:9

**recognized**
143:15 156:17
161:16

**recognizing**
100:5 111:17

**recommend**
193:11 212:7
215:22

**recommendation**
152:4 157:6
215:4,12

**recommendations**
87:4 213:16,
18 217:6

**recommended**
72:1 143:9
210:20 213:17
216:8,20
219:17,23
220:1,13,15
221:4,8

**reconsider**
186:14 198:18
217:23,24

Med Def_001896

Joint Rules/Legislative Committee Meeting
June 23, 2023

49

record
  4:2,8 8:6
  112:19 187:13
  218:1,13
  222:8
recorded
  3:20 4:6,7
recording
  224:20 225:3
records
  168:3
rectify
  21:12 24:19
red
  188:5
reduce
  163:23
reduction
  179:23
redundant
  21:22 121:24
  204:4 209:13
reeducate
  207:1
reevaluate
  189:8
reference
  172:18
references
  197:9
referencing
  175:22
referred
  162:16
referring
  17:20 21:1
  121:8 167:23

refine
  81:24
reflect
  151:12
reflected
  160:21
refrain
  4:4 7:11
refreshing
  211:22
refuse
  159:19
refusing
  197:21
regret
  78:17 80:3
  194:17
regretted
  154:6
regular
  19:16 25:24
  168:6 215:8
  220:8
regularly
  25:2 208:2
regulated
  183:6
regulatory
  201:7 223:9
reimbursement
  161:7
reinvent
  213:23
rejecting
  167:9
relate
  112:13

related
  19:19 54:16
  61:5 87:23
  88:7 95:18
  117:25 122:2
  150:8 164:4,
  11 171:19
  202:19 208:10
  211:18
relationship
  203:10
relationships
  188:13
relative
  225:6
relevancy
  191:12
relevant
  65:6 90:1
  190:21 192:3,
  4
remain
  152:18
remaining
  112:9
remember
  4:5 31:3
  57:23 60:25
  95:13 101:7
  110:2 152:10
  189:16 199:8
remembered
  140:23
remind
  9:4 151:23
  187:1
reminds
  16:14

remove
  7:13 149:5
removed
  12:8 216:11
removing
  180:24 207:25
  208:12
repeat
  18:4 55:25
  126:18
repeated
  126:7 134:2
repeatedly
  191:17
repeating
  58:5 72:22
replacement
  126:23 154:4
  185:8 217:15
report
  54:13,15,17
  99:18
reportable
  194:19
reported
  39:17 80:5
  96:8
reporter
  3:25
reports
  40:14 54:20
represent
  165:16 189:17
representation
  14:19
representative
  160:18

Med Def_001897

Joint Rules/Legislative Committee Meeting
June 23, 2023

50

represents
185:24

reproduction
206:9

reproductive
60:20 61:11,
20,21 62:4,
11,13,17

reputable
160:6

requested
8:3

require
7:10 29:7
154:23 157:3
167:17 191:19
214:4 222:4

required
19:8 32:19
77:7 99:14
139:15,18,19
157:19 158:7,
25 166:10
168:2 178:2
202:2,4 212:4
221:1 222:4

requirement
157:6 158:12,
24 167:20
168:7,23,25
179:10,12
195:3,4,5
212:17,21
213:11 214:18

requirements
4:20 5:8
19:19 100:11
112:16 126:22
157:13 166:2,
15 170:7

178:24 179:2
187:15 189:4
194:22 207:25
208:13 213:1,
3,14 214:13
216:6 217:3,
14,17 219:16,
17,20

requires
4:24 5:17
9:19 66:13
151:15,17
169:6 170:5
205:25

requiring
154:15 167:14
213:2 219:8
222:6

requisite
200:20

research
40:3 42:9
44:9 46:3,5
51:12,25 52:3
54:13,15
56:13,15
59:19 109:14
187:23
189:11,18
192:19 197:12

researching
178:18

reserve
7:13

reside
217:17

resigned
161:20

resilience
193:7

resiliency
193:6

resolution
161:5

resources
185:4

respect
130:8 140:15
152:11 166:7
171:12 184:11
189:12 199:23

respected
152:24

respectful
141:22

respectfully
164:22 165:18

responses
199:25

responsibility
26:19 167:13

responsible
105:18

rest
77:17 102:3,5
184:20 219:7

restart
59:1

restricting
169:1

restrictions
175:4 176:21
185:22

restrictive
166:9 189:2

result
64:16 120:7
179:23

resulted
169:13

resulting
129:19

results
78:5,16

retired
159:11

return
7:19

Returning
103:17

review
16:2 130:16,
19 159:15

reviewed
180:19 197:5

reviews
178:5

revise
167:25 168:16

revised
153:5

revisited
168:6

rid
183:21,22
207:20

ridiculous
102:7

rife
165:19

rightly
148:20

rights
149:18

ringing
48:7

Med Def_001898

Joint Rules/Legislative Committee Meeting
June 23, 2023

51

**risk**
  19:7 40:2
  71:23,25 72:2
  77:14 93:8
  96:1 97:6,9
  101:5 102:4
  104:1 106:22
  107:1 128:2,3
  141:15,20
  152:1 168:7
  171:15 179:4
  206:13 210:1
  219:2,7

**risks**
  5:20 16:22
  40:17,23
  44:13 46:8
  48:21 49:12,
  15 52:5 53:21
  54:19 56:17
  58:15,18,21
  78:7 92:12
  94:23 108:23
  114:7 115:9,
  15 116:19
  163:23
  166:12,17
  203:18 206:6
  211:13

**road**
  64:5 178:8

**Robert's**
  35:5,8

**robust**
  44:9 119:4
  172:18

**role**
  49:22

**Romanello**
  3:9 8:16

11:9,10,12,25
13:9,10 14:3,
8,25 15:11,19
16:9 18:14,25
22:17,21
26:25 27:19
28:18,21
30:10,17
32:13 33:22,
25 34:3,13
35:1 36:1,3,
10 37:1 38:4,
9,12,14,17,24
39:6 40:4,8
42:11,14,18
43:23 44:3,7,
15,25 45:23
46:15,23
51:7,16 52:8,
18,19 53:1,
21,24 54:2
55:7 56:20,25
57:2,8,11,14,
16 59:15
60:2,6,9,16
65:13 66:3,6
70:2,5,7,9,
12,18,22
73:1,4,13,18,
21,24 74:11,
18,24 76:12,
15,24 80:6
81:21 82:3,
12,24 83:5,11
84:6,11,13
88:11,16
89:2,6,19
91:12,17 92:9
94:3,20 95:5,
8,12 96:10,
16,20,22 97:2
98:9 99:1,10,

20,25 101:2,
14 102:10
103:19,22
104:3,6,9,12,
21 106:10,13,
20,23 107:13,
16,19 109:7,
11,19 110:7
111:12 112:24
113:3,9,12,
15,18,23
114:12,13,15,
22,25 115:8,
16,19,25
116:10 119:6,
10,15,21,24
120:17,21
121:5,10,14,
18,23 122:7,
12 123:9,14
124:6,10,14,
20 125:8
126:1,8,13
127:8,11,17,
19,23,25
128:4,7,12,
16,23 129:3,
7,11,15
130:1,18,22
131:3,7,10,13
132:6,20
134:7,19
135:9,18
136:9,16,20
138:21,24
139:4,8,21
140:7,20
141:1,5,11
142:3,15
143:14 144:5,
9 147:7,12
148:7,17

150:12,21,23
151:6 153:12,
24 155:13,25
156:4,13
157:21 158:9,
11,21 159:6
160:14 161:11
162:9,14
163:9,14
164:3,10,14
165:2,6,9
168:18 170:11
171:8 172:23
174:19,22
175:2 176:2
177:12 178:14
180:7 182:13
184:21 186:20
189:24
190:17,22,25
192:15 195:12
196:2,7
198:2,13
199:20 200:8,
14 201:1,12,
20 202:9
203:2 205:15
206:4,16
208:14 209:1
214:23 217:9
218:7 219:11,
21,25 220:12
221:3,12,15,
22 222:10,15
223:4,14,23
224:9

**Ron**
  197:24

**room**
  7:19,21 84:25
  182:10 183:2

Med Def_001899

196:21 197:14

**routine**
88:25 188:11
209:22

**routinely**
110:25

**Roy**
148:24 150:17

**rubberstamping**
203:5 218:12

**rule**
6:1,20 8:22
9:1,15,20
12:22 31:4,5
66:1 68:7
80:25 81:24
82:1 91:25
92:3 105:15
106:4 112:15
119:7,8
132:12,24
133:3 136:25
138:7,22
139:22 140:8
141:12,13
144:6,11,19
146:15 157:21
166:1 198:12,
16,24 199:22,
24 200:4,6,22
201:5,15,17
202:2,5
209:24
217:18,20,22
222:12,18,20,
25 223:7,18,
20 224:4,5

**rulemaking**
6:16 9:18
11:6 165:21

180:22 186:11
187:8 217:25
218:3

**rules**
5:1,7,18,23
9:16 10:17,18
35:5,8,9,10
112:4 130:15,
24,25 131:5,
8,16 132:11
140:14 146:19
153:4 155:19
156:7 161:13
164:4,11
167:9 168:17
171:10,13
172:10,13,20
176:15 177:22
182:11
190:18,20,21,
23 195:15
198:8,10
222:11,19

**Rules/
legislative**
3:16

**ruling**
183:15 191:19
200:13

**rulings**
184:18

**run**
166:9

---

S

---

**safe**
171:5 172:8
185:8

**safeguards**

175:14

**safely**
160:1

**safer**
89:15

**safety**
40:24 171:21
194:20 215:15
216:4

**sample**
191:2,3
194:15

**sand**
197:22,23

**save**
147:24

**saves**
186:9

**saving**
169:23

**SB**
4:22

**SB254**
186:12 187:3

**scan**
66:13,15,16,
19,21,22,23,
24 67:2,4,6,
8,9,10,12,20,
24 68:2 73:8,
20 134:25
135:1,2,5,7
158:23 168:5
179:2,9
191:20 206:23
210:8 212:22
215:24 218:22
219:8

**scanning**
167:2

**scans**
157:2 188:4

**Scappalis**
176:3 177:14
178:14,16

**schedule**
34:8

**scheduled**
6:14 7:5

**school**
170:18 171:2
176:8 207:7

**science**
4:14

**scientific**
189:10

**scientists**
44:5

**scope**
177:20,21,24
196:20,21
197:16,20

**scopes**
178:2

**scores**
188:8

**Scott**
11:15

**Scotty**
70:2,4

**Scratch**
114:11

**screen**
51:9

**screening**
72:3 219:1

Med Def_001900

scribble
44:19

Scribner's
125:23

searching
108:19

secondary
170:19

seconded
99:2

seconds
106:13 153:2

section
6:5,7,17
39:24 41:10,
24 58:8 86:25
87:2 141:23
219:15,16

securing
165:17

seed
184:20

seek
158:14 189:3

seeking
177:24 178:1

seemingly
182:22

sees
20:16

self-harming
194:6

Semiannually
102:21

semicolon
29:4

Senate
4:20

send
80:14 196:24

Seneca
156:14 159:7
161:14 163:16
164:7,13,16

senior
3:4

sensation
121:7,17

sensationalizin
g
175:18

sense
14:5 30:25
32:7 46:17
59:23 82:4,24
153:5 171:20
191:12

sentence
41:11 45:5
49:10 50:22,
23 51:6 60:5
63:20,24
117:19,20

sentences
39:24 44:23
45:18 46:11
80:13

separate
19:15 52:22
74:5 137:23
158:6 162:2
174:15

separately
198:16 205:21

serve
152:10,22

services

5:12

session
180:23

sets
133:6

setting
160:11

sex
4:21 5:5,20
6:2,11,12
60:18 62:12
95:25 132:12
133:10 139:11

sexual
95:24 121:7,
17 185:3

sexuality
192:22

shabby
156:19

shaken
171:7

shared
57:18,22
140:21 169:9

sharply
185:13

sheer
112:2

shit
197:25

shooting
219:5

short
10:15 58:17
131:9

short-term
40:13 48:21

49:14 54:21

shorter
48:16

show
106:3 162:19
182:9 183:1
194:2

showed
63:3 64:12

showing
173:3 189:12

shown
45:15 85:11
163:23 164:17
181:15 193:22
197:8

shows
162:23

shrink
86:8

shut
213:6

sibling
90:20

sick
162:1 181:4,5

side
4:7 14:24
27:22 40:2
47:19 53:4,23
73:3 87:15
99:15 109:17
124:22,24
149:12 154:8
175:16 188:1,
17

sides
218:8

Med Def_001901

Joint Rules/Legislative Committee Meeting
June 23, 2023

54

**sign**
137:25 169:3
173:25

**signature**
48:19 52:13
58:11 59:7,10
137:14 167:14

**signed**
4:22 20:17
101:18 140:1
146:22

**significant**
11:3 44:13
188:1

**significantly**
194:10

**signing**
4:23 16:19,20
20:12 41:10
49:16 75:22
83:19 137:14

**signs**
102:14

**silence**
4:8

**silent**
152:18

**similar**
15:14,15
17:10 39:9
55:21 80:16
99:8 142:23
154:20 215:7
219:4

**similarly**
167:10 172:7

**simple**
45:4 49:23
92:22 137:9

218:21

**simpler**
30:20

**simplify**
55:20

**simply**
47:12 167:19
198:22

**single**
146:3 191:13

**singular**
84:1

**sir**
107:15 126:2
171:14 196:15

**sissy**
192:10

**sister**
90:20

**sit**
152:17

**sitting**
29:24 215:24

**situation**
149:20 190:16

**size**
191:3 194:15

**Slow**
45:23

**slower**
42:16

**small**
116:15 200:23
223:1

**Smith**
20:20 174:24
176:3 177:14,
16

**snapping**
12:12

**social**
65:17,24
79:15 134:14
166:22 170:20
178:17 192:7
193:1 211:18

**Society**
14:16 29:21
30:23 89:12
90:5 102:9
180:21 182:7
191:17 212:5
218:23

**Society's**
181:9

**sole**
119:14

**solicited**
141:12

**solo**
23:21

**someone's**
24:6 26:10
101:22

**son**
153:20 168:23
169:10

**song**
182:6

**sort**
12:5,9,12
16:25 17:6
21:22 48:6,8
77:18,21
153:11 154:7
173:11 174:20
203:5 206:14

212:21 218:12

**sorts**
48:5 205:7

**sound**
151:13 217:13

**sounded**
21:24

**sounds**
82:2 203:16

**sources**
116:16 118:6,
7

**South**
144:16 176:5
185:4

**Southwest**
143:18 163:19
177:18 186:23
196:14

**space**
48:18 220:11

**speak**
4:1 8:3,10,15
74:13 109:1,
24 141:11
144:4,22
150:19 151:6
155:14 170:25

**speaker**
7:20 13:21
16:4 21:21
22:4,9,10
23:6 24:14
25:5 28:5,8,
19 29:11
31:16 32:6,9,
25 33:19
34:2,18,25
36:2 49:2

Med Def_001902

55:9 56:10
57:7,9,15
58:24 60:7,
22,24 61:8,19
62:13,16,21
67:21 69:17
70:21 75:16
76:3,6,22
80:19 81:17
83:8 86:18,21
92:15 93:18
94:15,18,25
97:4,22 99:24
112:23 115:4
117:10 118:12
125:2 131:2
135:15,23
136:2,7,13
139:15,17
142:20 150:6
151:2 153:2
195:16,22,25
196:3,8,10
197:1

**speakers**
8:1

**speaking**
4:4 141:3
177:19 183:16

**speaks**
204:7

**specialist**
160:19

**specialists**
207:6

**specialize**
160:7 170:19
181:24

**specializes**
24:13

**specific**
48:3 50:22
53:21,23 74:7
100:8,11
107:8 126:6,
22 140:11
158:2 166:14
187:22 212:25
213:14 219:16

**specifically**
55:17 83:25
91:9 106:24
121:21 162:20
171:17 188:5

**specifics**
208:15

**spectrum**
161:2

**speculative**
40:20 42:9
46:6 52:4
56:16 188:22

**spelling**
170:15

**Spence**
77:11

**spent**
178:18

**spine**
192:14

**spoke**
95:15

**spoken**
154:12

**spot**
47:25

**sprawl**
218:12

**spray**
86:13

**spreading**
163:20

**sprinkled**
42:19

**stabilizes**
68:24

**stable**
100:18,24
101:6 103:9
105:10 204:19
211:8

**staff**
7:20 9:25
15:12,25 16:8
41:6 42:19
81:23 108:4
125:10 126:1
131:16

**stage**
59:2 64:3

**staging**
29:25 31:23

**stand**
152:15 216:7

**standard**
4:15 6:9 8:23
77:21 79:1
112:9 132:12
138:3 166:10
178:25 195:8,
10 212:14,20
215:7,19
216:24

**standards**
5:2 6:22
112:13 133:7,
24 151:13,14,

18 172:17
180:22 182:7
194:24 195:6
212:4,10
215:17 216:3

**standpoint**
31:10

**Starbucks**
11:18

**start**
8:18 13:20,
22,23,24
50:23 63:1
71:5 119:10
132:11,13
140:8,10
141:5 196:15,
20 199:18

**started**
55:1 96:8
120:14,15
145:15 147:21
148:1 169:15

**starting**
59:3 65:3
71:4,10,11
79:25 100:15
102:19 116:12
157:4 159:3
202:16

**starts**
84:14 100:21

**state**
4:2,12 13:3
35:10 63:4
77:8 112:6
141:7 153:5
155:8 156:8
165:23
168:13,14

Med Def_001903

Joint Rules/Legislative Committee Meeting
June 23, 2023

56

171:6 172:11
175:24 176:18
181:20 184:16
186:2,19
187:2 189:19
191:3,5 205:8
216:9

**state's**
150:3 165:16

**state-imposed**
168:2

**stated**
99:19 182:1

**statement**
55:16 82:6
93:22 180:21

**statements**
188:20,25

**states**
88:10,24
108:8 109:13,
18 125:14
143:7 151:25
159:18 160:2
167:24

**stating**
79:11 180:13

**statistics**
190:10

**statute**
20:15 28:12,
21,24 83:23,
24 133:17,19
139:12,15,18,
20 148:11
157:14 160:25
169:6 170:5
202:2

**statutes**

6:6,8,17

**statutory**
9:19 158:12,
13

**stay**
148:20 209:8

**staying**
167:23 177:19
219:3

**Stephen**
170:14

**steps**
154:24 177:23

**sterilization**
149:16

**steroids**
142:24

**stick**
31:25 46:1

**stigma**
193:2

**stipulations**
166:3

**stop**
71:22 95:22
164:24 170:8
178:10 217:19

**stopped**
159:21

**stopping**
159:25

**stops**
58:25 155:11

**straight-
forward**
172:10

**strength**
73:9 95:24

**stricken**
134:5 209:21

**Strickland**
3:5

**strict**
79:23

**strike**
37:2,3 38:5
58:7 121:22
122:8 126:7
127:6 134:6,
7,16,17 182:5
212:3,8 215:1

**striking**
122:4

**stringent**
211:17

**stronger**
45:10 50:5

**struck**
182:20

**structural**
193:2

**structures**
60:20 61:7,11

**student**
151:10 178:17

**students**
170:22

**studied**
45:13

**studies**
36:24,25
40:13 42:3
45:14,15 46:6
48:5 54:18,21
56:15 63:3
68:23 85:12
95:20 107:3

137:4 151:22
173:1,6
180:19 181:15
182:21
188:22,23
191:2 193:25
194:19 207:4,
5 222:6

**study**
39:19 42:9
52:3 54:13,15
67:3 72:12
135:6 162:6,
16,18,22
163:5 173:3
192:9 194:7,
12

**stuff**
12:5 14:17
17:4 48:4,6,9
59:12 207:2
209:8

**subject**
168:15 177:22

**subjectivity**
193:22

**submitted**
15:7 187:12

**subsection**
133:23,24
134:3,24
213:15 220:3

**subsequent**
7:3

**subset**
87:14

**substance**
111:24 112:3,
6,20

Med Def_001904

Case 4:23-cv-00114-RH-MAF    Document 179-8    Filed 11/06/23    Page 283 of 290
Joint Rules/Legislative Committee Meeting
June 23, 2023

57

substances
112:22

substantial
46:8 52:5
56:17 179:5,
11,13

substantially
178:24

substantive
166:2

substitute
38:6 125:18

subtitle
216:6

subtle
42:7 46:3
52:1 56:13
173:11,18,21

successful
3:22

successfully
169:18

succinct
41:11

suddenly
174:4 190:11

suffer
145:9 153:6
166:20 167:11
204:25

sufficient
117:5,11

suggest
41:9 55:12
134:1 153:8
181:8 189:6

suggested
213:11

suggesting
92:6 210:22

suggestion
55:10 65:22
80:23 81:22
217:10

suggestions
55:11 118:20
217:17

suicidal
39:21 102:4
180:17 184:16

suicidality
171:19 172:5
181:1,15
185:12 191:5
194:5

suicide
101:5 104:1
106:22
162:19,24,25
163:2,5,7,23
164:19 166:24
169:17 171:16
179:4 185:11
190:9,10
191:8 206:13
209:25

suicides
39:21

summary
77:12 92:11

summation
53:6

summer
154:11

sunset
198:25 201:25
202:3,6

224:3,7

supplemental
19:8,12

supplements
188:18

support
40:3 65:17,24
134:14 166:22
171:20 172:3
193:13

supported
154:24
171:22,23,24

supportive
213:21

supposed
25:14,15
29:22 30:24
154:12 169:24
184:9,11

suppress
47:6

suppression
14:21

surgeon
25:9 117:2
119:1 154:12
187:7

surgeons
119:5

surgeries
149:5 180:3

surgery
77:16 117:16,
24 118:2
119:18 121:4,
12 125:1,15,
17,21 127:23,
24 128:2,18,

19 138:14
140:2,3,6
145:20 154:13
158:17,20
180:1

surgical
78:4,9 116:3,
25 125:1
180:5 220:20

surgically
116:14

surprising
64:21

survive
145:25

surviving
145:21

suspect
193:3

sustained
166:20
179:16,19
204:1,3

switch
23:7 158:10

switches
33:1

switching
103:18

Syndrome
87:9

syntax
130:12

systemic
192:25

———————
T
———————

tab
748:

15:2

**table**
7:19,20 69:11

**tactic**
183:24

**tail**
180:15

**takes**
7:6 9:22

**taking**
7:12 30:11,12
95:23 114:18,
22 115:13
151:15 159:19
169:23 176:14
204:8,11
207:14

**talk**
35:12 41:15
44:16 74:13
79:3 104:6,9
110:3 121:16
126:6 130:23
171:9 173:1
218:23

**talked**
84:17 140:14,
15 167:25
217:21 218:24

**talking**
41:19 42:25
43:14 68:16
89:16 103:20
104:1,2 113:1
117:20 151:4
172:7 173:7,9

**talks**
39:11 128:19

**Tallahassee**

9:11 159:11

**Tampa**
9:8,11 13:13

**tandem**
175:12

**tanner**
29:25

**tapered**
159:22

**targeted**
175:7

**task**
8:21 210:12

**tasked**
171:11 183:14

**taxpayer**
189:14

**teacher**
172:25

**team**
181:12

**tearing**
97:5,6,12
98:3,7,16,20

**tears**
96:4 97:9
113:20 176:10

**technical**
132:14 139:1
199:12

**technically**
128:6 149:21
204:12

**technology**
186:23

**tedious**
208:18

**telehealth**
29:5 156:21

**telemedicine**
28:15 31:19,
24 214:16

**telling**
173:23 184:7

**tells**
31:21

**temper**
185:22

**temporarily**
189:5

**Ten-minute**
131:11

**tense**
221:21

**term**
22:22 24:25
40:14 50:18
55:12 58:17

**terminology**
67:11

**terms**
7:7 20:11
36:12 59:18
65:21 78:16
107:9

**Terrell**
3:1,10 8:16
126:2,10,16,
21,25 127:3
129:7,8,12,16

**test**
146:1 188:11

**testes**
61:12

**testicle**

61:22 62:1

**testify**
123:3 161:10

**testimony**
148:8 209:16

**testing**
72:2 167:1
168:5,15
206:24 210:7
212:7 219:6

**testosterone**
71:23 72:16,
17 85:22
87:16 89:9,
14,22 91:1,14
92:11 93:23
95:23 110:6
111:15,24
114:18,22
115:14 126:5
129:13
131:23,25
140:15 142:5
143:1 145:6,
13,19,24
149:8 155:10
156:22 169:15
188:2 191:22
218:25 219:3,
5

**testosterones**
89:10

**testotoxicosis**
110:21

**theme**
15:14

**therapies**
39:25 40:18,
20 44:13

Med Def_001906

therapy
31:22 37:25
51:19 52:10
65:2,3 72:8
87:15 100:12,
14 101:17,18
126:23 149:3,
12 151:10
154:5 157:4
159:3 169:15
185:8 217:15

thin
96:1

thing
15:25 18:2
19:18 27:11
45:5 50:21
55:15 62:24
74:23 82:16
107:11 138:3
142:18 143:11
173:12 176:1
182:20 183:4
184:14 203:15
209:25 210:7,
8 218:21

things
12:12 15:10
16:25 17:6
29:21,25
40:4,14 48:3
49:23 53:11
54:16 74:9,16
79:21 90:15
108:20 110:6,
24 111:2
113:5 116:11
133:6 141:9
142:2 154:20
155:3 156:2
178:22,23

180:16 183:24
205:7,21
207:18 210:11
211:11 212:8,
13,20 213:2,
13 214:4,5
215:3,10
216:6,12,13,
17,19,20
218:5

thinking
48:18 49:17
61:3 144:21

thinks
210:2

thinner
97:9

Thompson
225:13

thought
29:16 55:18
64:14,18
69:14 75:3
79:13 103:25
138:9

thoughtful
130:10

thoughts
169:16

thousands
184:5

thriving
168:10 169:17

thrown
197:25

tie
22:6

ties
59:13

time
3:13 4:5,8
7:18,25 8:11
10:21 12:3
14:14 16:24
45:8 47:16
64:19 66:14,
15 67:23,25
75:21 79:18
80:25 82:14
96:7 101:18,
25 117:12,19
141:16,19
143:17 147:25
148:9 155:14,
20 156:6
157:3 160:17
162:18 163:3
182:20 184:20
186:19 187:16
195:13,24
197:3 207:10,
22 209:11
211:9 214:12
217:1,23
218:20
224:14,16

times
96:9 102:2,
13,22,24
104:16 137:7
162:20 163:8
197:5

timing
195:21 206:19

tired
47:18

tissue
116:14,16,22
117:25 118:4,
6,7,16 120:8

tissues
118:18 120:9

titled
4:20 100:3

titles
131:22

titling
131:18

today
3:24 4:17
7:6,17 8:13
9:5,16 10:2,
17 11:1,17,21
12:8 13:4
16:6 18:16,18
51:3 80:24
133:16 149:10
151:22 155:20
175:22 176:17
177:17 178:17
180:1 185:22
186:13 224:16

today's
6:21 7:10
9:20 10:23
171:9

toes
46:24

tomboyish
192:10

top
43:7 52:12,15
56:22 113:19
154:13

topic
161:24 182:22
190:4,11
191:9

Tordoff

Med Def_001907

194:8

**toss**
76:1

**tot**
116:6

**totally**
145:24

**town**
23:22 24:1

**toxicity**
89:14

**TPA**
215:21

**track**
109:22

**trained**
181:22

**trans**
39:19 71:25
164:25 168:23
169:1 170:1
172:25 173:3,
15 182:2,9
184:15 185:5,
7,17 186:9
219:2,4

**transcript**
225:3

**TRANSCRIPTIONIST**
225:1

**transdermal**
89:16

**transferred**
99:8

**transgender**
71:18,22
148:10 149:19

154:2 161:21
163:24 164:18
165:24 171:4,
16,18 172:3,
5,16 177:3,5,
23 183:8
185:10 193:4
194:1,9,15
195:1 203:4

**transgendered**
218:10,12

**transient**
79:5

**transition**
79:15 120:14
146:11 147:21
148:2 161:21
169:16 172:6
173:4 174:14

**transitioned**
173:18

**transitioning**
72:7 151:3
194:17 211:19

**transmen**
162:16 163:1,
7

**transness**
186:5

**transparently**
191:10

**transpeople**
178:10 181:11
184:15 186:1,
18 189:3
191:24

**transpeople's**
186:2

**transwomen**

162:25 163:6

**treasurer**
161:19

**treat**
68:21 87:5
160:5

**treated**
5:4 78:3
117:23 120:11
179:18 202:25
204:2 205:21,
24

**treating**
23:13,18,24
26:14,17
27:21 68:20
166:23 181:23
222:3

**treatment**
5:4,16 6:23,
25 8:24 9:2
16:16 18:6,7
19:20 20:13
27:14 37:12,
17 39:12
40:25 42:5
45:20,24
49:13,21
51:10,23
56:9,19
58:16,25
65:17,25
71:23 73:10
78:4,6,9,10
85:15 99:16
102:19 105:11
108:13 111:15
116:4 118:2
120:7 123:5
131:23,25
134:15 154:25

161:4 166:16,
23 175:18
177:24
179:20,24
180:2 181:11
187:18 191:6
203:14,20
205:1,17
206:1,3,9
210:16 211:13
217:5 220:16
221:2,5

**treatments**
4:21 5:11
46:8,10 52:6,
7 56:18 101:6
102:2 148:15
205:9 207:15
217:4

**treats**
23:24 24:1
25:2

**trial**
19:16

**trials**
17:2 19:15
39:14,15
50:17 51:1

**triggered**
187:8

**Trouble**
122:20 123:7,
10

**true**
17:25 21:21
36:17,22
81:17 85:8
225:2

**trust**
106:3

Med Def_001908

trusting
146:13

truth
164:22,24
193:24

truthful
189:10

tumor
183:22

turn
17:12 131:19
132:10

turned
144:1

tweaked
25:8

type
23:12 47:1
181:5

typical
95:25 137:19

typically
44:12 54:19
63:2 69:3
90:8 91:3,11,
14 92:2
120:13
137:20,21
155:7 162:22

─────────────

U

Uh-huh
87:10 103:1

ulcers
95:17

umbrella
162:4

unanimous

36:4 38:25
57:4 60:11
66:8 70:23
76:17 83:14
99:3 106:15
107:22 113:25
115:21 120:23
122:14 123:16
124:16 127:13
130:4 132:7
134:9,20
135:11 136:22
192:11 200:16
201:2,13,21
202:10 221:17
222:16,22
223:5,15,24
224:10

uncertainty
40:17 208:10

undergo
27:25 33:14
103:13 139:11
154:6 183:8
213:7

undergoes
19:21 24:10
27:25 29:8
32:21 103:23
106:6 206:11

undergoing
49:21 100:14
133:2 154:4

undergone
169:14

underpin
44:13

undersigned
99:17

understand
11:2 15:5
21:6 25:12
40:16 42:21
44:2 49:20
54:12 56:5
62:7,20 86:6
98:23 112:4
125:14,16
128:1 133:15
137:18 152:8
165:5 168:24
169:5 215:22

understanding
20:22 135:25
193:22

understandings
206:6

understands
15:6 206:8

undue
166:4 167:11
189:4

unduly
166:9

Unethical
172:14

UNIDENTIFIED
13:21 16:4
21:21 22:4,9,
10 23:6 24:14
25:5 28:5,8,
19 29:11
31:16 32:6,9,
25 33:19
34:2,18,25
36:2 49:2
55:9 56:10
57:7,9,15
58:24 60:7,

22,24 61:8,19
62:13,16,21
67:21 69:17
70:21 75:16
76:3,6,22
80:19 81:17
83:8 86:18,21
92:15 93:18
94:15,18,25
97:4,22 99:24
112:23 115:4
117:10 118:12
125:2 131:2
135:15,23
136:2,7,13
139:15,17
142:20 151:2
195:22 196:10

uninsured
216:1

United
88:9,24 108:8
109:13,17
143:7 167:24

University
160:23,24
162:17

unknown
48:21 49:14

unmet
171:6

unnecessary
103:8 134:4
154:24 178:5

updated
14:18

upmost
152:11

upticks
181:15

Med Def_001909

urge
  161:5 162:1
  186:14
urgency
  168:1
urgently
  165:23
urinary
  122:3,6,23
  123:22,24
  124:1,2
urinating
  124:3,5
urination
  123:2 124:9,
  13
urine
  123:4
urologist
  119:1
utilized
  187:3

———————

V

vacation
  21:12 23:20
  26:17
vagina
  96:1 97:8
  116:15,17
  118:8,19
  120:9
vaginal
  95:16,18
  96:23 97:5,
  11,12,18,21,
  22 98:2,3,4,
  6,7,19 113:6,
  19

vaginoplasty
  116:12 117:4,
  15,16,21
  119:25
Vague
  65:21
valid
  146:20 172:18
  179:21
validity
  161:1
Vanessa
  148:21
  150:18,21,22,
  25 151:8,9
vase
  178:13
vast
  64:25 189:10
  194:16
Vazquez
  3:10,12,14
  9:17 15:24
  31:9 93:10,
  14,20 94:6,
  10,14 112:7,
  12 131:17,19,
  21 199:12
verbiage
  14:24 79:3
  90:7,12 112:2
  113:7 116:21
version
  6:19 58:6
  110:4,5
versions
  89:15
versus
  32:8,9 77:11

117:6 158:19
199:10
vice
  143:17 163:17
view
  139:6
violation
  201:17 223:20
virilization
  102:14
virtual
  7:3 9:21
virtually
  30:4
visit
  29:4,14,17
  32:15 148:12
visits
  28:13 31:19
  100:20 103:8
  136:9 209:23
vital
  31:24
voice
  161:6 163:18
Voices
  143:18 144:16
  177:18 186:23
  196:14
vote
  10:22 34:24
  35:3,19
  198:7,25
  200:12
voted
  57:7
VU
  162:17

vulnerable
  171:7 172:21

———————

W

wait
  71:7 88:11
  96:19 98:12
  109:20 111:8
  121:10
waiver
  16:20
Walgreen
  146:18
Walgreens
  146:18
walk
  11:17 44:20
  202:19
wanted
  11:19 32:4
  34:7 53:9
  108:21 112:19
  127:4 133:14
  138:10 141:4,
  9 154:21
  155:2,8
  162:12 178:22
  179:14 199:14
  202:18 222:8
wanting
  157:16
warm
  10:1
warranting
  197:7
Washington
  77:11
waste
  189:14

Med Def_001910

watching
211:20

ways
21:7 93:12

websites
3:21

week
3:21 15:22
26:16 89:12
146:17 155:23
156:1

weeks
156:11

Weida
187:12

weight
29:24

weird
222:5

welcomed
11:20

welfare
215:15 216:4

well-being
167:16

well-designed
194:18

well-
established
195:10

well-founded
80:23

well-tested
185:9

whaler
192:13

wheel
213:23

white
164:23 188:6

widespread
142:5

willful
182:21

willfully
184:17

wills
115:5

Wilson
161:15 165:10
168:21,22

window
26:7 207:22

wiped
164:25

wishes
8:9

wishing
9:14

woah
17:8

woke
186:3

woman
75:8,24 93:1
94:8

women
68:21 72:7,15
86:17 87:5
162:16

Women's
143:18 144:16
163:18 177:18
186:23 196:14

wonderful
169:18 183:4

198:1

wondering
30:14 153:20

word
19:20 37:5
45:2 58:3,6
63:10 65:23
73:11,16 81:3
93:1 94:12,22
113:7 134:16
219:19

wordage
92:20

worded
105:3

wording
41:6,7,13
99:12

words
36:16 47:12,
25 48:1 50:10
75:4,5 76:20
80:13 92:22
115:11

wordsmith
221:7

Wordsmithing
63:12

work
11:23 16:12
26:3,13 27:17
81:5,22
151:24 153:7
156:20 175:10
176:8 192:24

worked
6:4

worker
178:17

working
58:6 145:16

works
114:9 185:2,5

workshop
160:17

workup
205:1,17
206:3

World
87:4 172:15
195:1 212:6

worry
30:17

worthy
81:24

wow
197:10

WPATH
172:15

write
20:21 22:15
23:3 26:18
73:16 74:23
216:10

writing
46:20 193:13
216:12

written
22:3,5 53:10
62:20 204:17

wrong
27:22 120:6
172:13 177:10
188:2

wrote
23:7 27:15
42:13 44:22

Med Def_001911

Joint Rules/Legislative Committee Meeting
June 23, 2023                                                                64

---

**X**

---

**x-ray**
  67:4 191:20

**x-rays**
  179:2

**XYZ**
  54:15

---

**Y**

---

**year**
  9:8,10 14:14
  29:8 39:20
  49:20 100:22
  102:3,12,13,
  19,22,24
  103:16
  104:16,17,20
  105:8,21,24
  106:8 146:2,3
  169:15 170:25
  171:6 181:18
  191:20 192:12
  194:7,12,25
  201:8 209:19
  210:25
  214:23,24
  223:10

**years**
  5:3,19 39:16
  68:15,25
  69:5,6,20,25
  71:11,13
  72:4,13 78:21
  90:21 100:25
  101:6 103:5
  105:23 145:16
  154:3,5
  159:2,4,13
  162:21,24

168:11 169:14
173:14 174:3
177:17
178:18,21
179:12 207:7,
8 210:25

**yeoman's**
  16:12

**York**
  193:16

**young**
  49:24 68:10,
  11 120:16
  163:25 185:4

**younger**
  5:3 147:22

**youth**
  39:10,19
  110:1 163:25
  185:6,11,17
  194:1,9,15

**youth-led**
  185:2

---

**Z**

---

**zebras**
  75:7

Med Def_001912