

Jane Doe

vs.

Joseph Ladapo

June 30, 2023

LEXITAS

Med Def_000251

Doe Pls' Trial Ex.

**40**

1

2   JANE DOE,

3        Plaintiff,

4   vs.

5   JOSEPH LADAPO,

6        Defendant.

7   _____

8   CASE NO. 423CV114RHMAF

9

10

11

12            TRANSCRIPTION OF AUDIO RECORDING

13              FLORIDA BOARDS OF MEDICINE AND

14              OSTEOPATHIC MEDICINE JOINT

15                     PUBLIC MEETING

16                   JUNE 30, 2023

17

18

19

20

21            TRANSCRIBED AUDIO RECORDING BY:

22                 Julie Thompson, CET

23

24   Job No.: 323393

25

Med Def_000252

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

1   Thereupon,

2   The following proceeding was transcribed from an

3   audio recording:

4                              ****

5            CHAIRMAN ACKERMAN:  Good afternoon,

6   everyone.  Welcome to our meeting today.  Welcome to

7   our virtual meeting.  It's good to see everybody

8   here today.  I see a lot of our -- I see some of our

9   board members, and I'm glad you all could make it on

10  the virtual Zoom.

11           I'm calling to order a joint meeting of the

12  Boards of Osteopathic Medicine and the Board of

13  Medicine.  This is a meeting specific to the

14  standards of practice for gender dysphoria and also

15  emergency rules regarding gender dysphoria.

16           Before we begin, I like to ask staff to

17  call roll.

18           SECRETARY:  Thank you.  Dr. Ackerman is

19  present.

20           Mr. Romanello?

21           VICE-CHAIR ROMANELLO:  Here.

22           SECRETARY:  Okay.  Dr. Coffman?

23           DR. COFFMAN:  Present.

24           SECRETARY:  Dr. Derick?

25           DR. DERICK:  Here.

Med Def_000253

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 3

1          SECRETARY:  Ms. Garcia?

2          MS. GARCIA:  Present.

3          SECRETARY:  Dr. Hunter?

4          DR. HUNTER:  Present.

5          SECRETARY:  Dr. Pages?

6          DR. PAGES:  Present.

7          SECRETARY:  Dr. Vila?

8          DR. VILA:  Present.

9          SECRETARY:  Dr. Zachariah?

10          DR. ZACHARIAH:  Here.

11          SECRETATY:  Okay.  Dr. Barsoum, Dr. Benson,

12  Dr. Diamond, Ms. Justice, Dr. Pimentel and

13  Dr. Wasylik have been excused.

14          And also present are Mr. Paul Vasquez,

15  Executive Director of Board of Medicine,

16  Mr. Christopher Dierlam, board council, Donna

17  McNulty, board council, Cassandra Phillips, senior

18  legal assistant, myself, Cherise Strickland, program

19  operations administrator, and Mr. Brad Dalton,

20  public information officer.

21          EXECUTIVE DIRECTOR TERRELL:  Good

22  afternoon.  I'll now take roll for the Board of

23  Osteopathic Medicine, if you are done, Ms.

24  Strickland?

25          SECRETARY:  Yes, ma'am.  I am.

Med Def_000254

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 4

```
 1              EXECUTIVE DIRECTOR TERRELL:  Okay.

 2              CHAIRMAN ACKERMAN:  Thank you,

 3  Ms. Strickland

 4              EXECUTIVE DIRECTOR TERRELL:  For the Board

 5  of Osteopathic Medicine, Dr. Kirsch?

 6              VICE-CHAIR KIRSH:  Here.

 7              EXECUTIVE DIRECTOR TERRELL:  Dr. Mortenson?

 8              DR. MORTENSON:  Here.

 9              EXECUTIVE DIRECTOR TERRELL:  Dr. Williams?

10              I know he was having some trouble getting

11  on.  We will come back to him.  If staff could look

12  for him on the back end to make sure his microphone

13  is activated.

14              Dr. Ducatel?  Dr. Ducatel here?

15              EXECUTIVE DIRECTOR VASQUEZ:  He was

16  earlier.

17              EXECUTIVE DIRECTOR TERRELL:  Yeah.

18  Ms. Jackson?

19              MS. JACKSON:  Present.

20              EXECUTIVE DIRECTOR TERRELL:  And,

21  Mr. Creegan?  I can see you, Mr. Creegan.

22              CHAIRMAN ACKERMAN:  Mr. Creegan, you're

23  muted when you should have unmuted.

24              EXECUTIVE DIRECTOR TERRELL:  Yeah.  I can

25  hear you now.  Okay, perfect.
```

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 5

1            And Dr. Di Pietro is excused from the

2   meeting.  We do have a quorum.

3            I see Dr. Ducatel signing on right now.

4            Good afternoon, Dr. Ducatel.

5            DR. DUCATEL:  Good morning.

6            CHAIRMAN ACKERMAN:  I don't see him.

7            EXECUTIVE DIRECTOR TERRELL:  And that does

8   give us a quorum for the Board of Osteopathic

9   Medicine.

10           We also have with us the program office

11  administrator, Carol Taylor, and myself, Director of

12  the Board of Osteopathic Medicine, Danielle Terrell.

13           And I will turn it over to Mr. Vasquez, I

14  think, for some instructions.

15           CHIARMAN ACKERMAN:  Okay.  So just to

16  clarify before we go to Mr. Vasquez.

17           So thank you, Ms. Strickland.

18           Thank you, Ms. Terrell.

19           We have a quorum from both boards currently

20  here; is that correct?  Just to be sure.

21           Okay, good.  I see the nods, "yes."  Okay,

22  great.

23           EXECUTIVE DIRECTOR TERRELL:  That is

24  correct.

25           MS. STRICKLAND:  Yes.

Med Def_000256

Page 6

1          CHAIRMAN ACKERMAN:  Thank you, ma'am.

2          Okay.  Mr. Vasquez, please begin with some

3   opening remarks.

4          EXECUTIVE DIRECTOR VASQUEZ:  Thank you.

5          Good afternoon.  It's Friday, June 30th,

6   2023.  The time is 1:04 p.m.  My name is Paul

7   Vasquez.  I'm the Executive Director of the Florida

8   Board of Medicine.

9          This is a duly noticed meeting -- joint

10  meeting of the Boards of Medicine and Osteopathic

11  Medicine.  This is a public meeting and is being

12  recorded.  The audio will be available on the

13  Boards' websites next week.

14          I'll now go over some instructions so this

15  meeting will be successful and the board members

16  will be able to take care of the matters that are

17  before them today.

18          Board members are reminded to mute their

19  microphones, except when they have been recognized

20  by the Chair to speak.  Anytime you are not muted,

21  background noises will interfere with the meeting

22  when others are speaking.

23          The public's microphones and cameras will

24  be deactivated during the meeting, except when a

25  member of the public has been recognized by the

Med Def_000257

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 7

1  Chair to speak.  At that time, the person's

2  microphone will be activated.  Once activated, the

3  person will have to unmute themselves in order to

4  address the Boards.

5           Each member of the public recognized by the

6  Chair will have three minutes to speak.  At the

7  conclusion of the three minutes, the person's

8  microphone will be deactivated.

9           There is a court reporter in the meeting.

10  When anyone speaks to the Board, it's important that

11  you state your name for the record.  This is

12  particularly important when the Board members make

13  and second motions.

14           Only one person should attempt to speak at

15  a time.  Please do not speak over others.  This

16  causes confusion for everyone and makes it more

17  difficult for the court reporter and for Board staff

18  that are taking meeting minutes.

19           Finally, please remember this is a public

20  meeting.  When your microphone is unmuted or your

21  camera is activated, any side conversations and

22  activities will be recorded and become part of the

23  public record.

24           The Boards of Medicine and Osteopathic

25  Medicine are apolitical bodies that have the primary

Med Def_000258

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 8

1  mission of protecting the people of the state of

2  Florida.  As with any issue before the Boards, the

3  board members will look to the available science and

4  appropriate standard of care, while putting aside

5  any personal feelings they may have on the issues

6  before them today.

7           I again want to take the opportunity to

8  thank the Joint Rules Legislative Committee and the

9  Boards for their continued efforts to address the

10 requirements of Senate Bill 254 titled, Treatments

11 for Sex Reassignment.

12          The Governor signed SB 254 into law on May

13 17, 2023, and it became effective upon signing.  The

14 law, as enacted, requires the Boards of Medicine and

15 Osteopathic Medicine to do the following:  adopt

16 emergency rules within 60 days pertaining to

17 standards of practice under which a patient younger

18 than 18 years of age may continue to be treated with

19 a prescription if such treatment for sex

20 reassignment was commenced before and is still

21 active on the effective date of the law.

22          In developing rules under this paragraph,

23 the Boards must consider requirements for physicians

24 to obtain informed consent from such patients,

25 parent and legal guardian.  For such prescriptions

Med Def_000259

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 9

1  and treatments, the Boards must consider the

2  provision of professional counseling services for

3  patients by a board-certified psychiatrist licensed

4  under Chapter 458 or Chapter 459, or a psychologist

5  licensed under Chapter 490 in conjunction with any

6  prescription treatment.

7           The law also requires the Boards to adopt

8  emergency rules regarding informed consents to

9  inform patients 18 years of age or older of the

10 nature and risk of sex reassignment prescriptions or

11 procedures in order for the patient to make a

12 prudent decision.

13          At a Joint Rules Legislative Committee held

14 on June 1, 2023, the following occurred:  an

15 emergency rule was developed to attempt to provide a

16 way for patients receiving sex reassignment

17 prescription to continue to receive such

18 prescriptions while the Board's work to implement

19 provisions of Sections 456.52 1, 2, and 6 Florida

20 statutes.

21          Pursuant to Section 456.52 Florida

22 statutes, the Committee began the process of and

23 made provision for the development of a standard of

24 practice and informed consents for minors continuing

25 to receive sex reassignment prescriptions and

Med Def_000260

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 10

1 informed consents for adults who will receive sex

2 reassignment prescriptions and procedures.

3           An interim meeting was scheduled for June

4 23, 2023, at 1:00 p.m. with the intention of

5 completing the emergency rulemaking mandated by

6 Section 456.52 Florida statute.  The Boards of

7 Medicine and Osteopathic Medicine approved a

8 modified version of the Committee's emergency rule

9 on June 2, 2023, and June 20, 2023, respectively.

10           At a Joint Rules Legislative Committee held

11 last week on June 23, 2023, the following occurred:

12 a final draft of a practice standard for minors

13 receiving treatment prior to the effective date of

14 the law was developed.  Final drafts of three

15 informed consent forms for minors were developed,

16 and final drafts of three informed consent forms for

17 adults were developed.

18           At today's joint virtual meeting of the

19 Boards of Medicine and Osteopathic Medicine, the

20 Boards will be considering the actions taken by the

21 Joint Committee last week.

22           In terms of how this meeting will be

23 conducted, it is the Committee's expectation that we

24 will have civil discourse while discussing the

25 issues on today's agenda.  If necessary, the Boards

Med Def_000261

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 11

1  reserve the right to limit the participation of any

2  individual who chooses to disrupt the progress of

3  the meeting, so please conduct yourselves

4  accordingly.

5          Limited public comment will be allowed

6  today as time permits.  As part of the registration

7  process for this meeting, members of the public were

8  given the opportunity to indicate their desire to

9  make public comments during this meeting.

10          As in the past, the following guidelines

11  will apply to public comments: interested parties

12  will be limited to three minutes to provide comment,

13  which may only be extended by the Chair if time

14  permits based on the number of proposed speakers.

15          If an interested party is part of a larger

16  group of persons, you're requested to identify one

17  individual who will speak on behalf of the group if

18  possible.  And interested parties may use pseudonyms

19  if they do not wish to identify themselves on the

20  record.

21          Public comment will be received in the

22  order of registration.  At the appointed time, the

23  Chair will call the names of those members of the

24  public who registered to speak.  If you no longer

25  wish to speak, or if you're not available to speak

Med Def_000262

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 12

1    when your name is called, the Chair will move on to

2    the next name on the list.

3              Based on the number of individuals desiring

4    to speak, it is evident that not everyone who wishes

5    to speak will be able to speak, given the nature and

6    time constraints of the meeting.  An email address

7    was provided in the official notice of this meeting,

8    which is available in the Florida administrative

9    register.  The email address will be open for 24

10   hours after conclusion of this meeting to receive

11   written comments from anyone who was not able to

12   address the Boards today.

13             Thank you, Chair.

14             CHAIRMAN ACKERMAN:  Thank you, Mr. Vasquez.

15   Excellent, excellent, excellent summary of what's

16   gone on over the past few months.  Very much

17   appreciated.

18             So just to refresh your memories, we had a

19   meeting last week.  Many of you were there.  Many of

20   you were not, but many of you were there, were part

21   of the Joint Rules Making Committee.  We had a very

22   productive meeting last Friday here in Jacksonville,

23   and we received lots of wonderful comment from the

24   public as well.  And we incorporated a number of

25   changes, and we incorporated some of that comment

Med Def_000263

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 13

1    into the drafts we put together.

2              So what I'd like to do today is kind of go

3    through the draft emergency rules and the consent

4    forms and find out -- and discuss amongst ourselves

5    before we get to public comment.

6              Where we left it last week, we had a few

7    changes that we made to our documents at that time,

8    and staff was going to take those changes and

9    incorporate into those documents.  And staff was

10   also going to look through those documents with a

11   fine-tooth comb and make whatever other changes

12   because of some small -- whatever's changed in

13   language that they need to make based on the

14   comments that we had.

15             And so we're going to let the staff give

16   some of those -- tell us some of those changes.  I

17   think that'll help us to have a more appropriate

18   conversation.

19             So the first thing I'd like to do is look

20   at the emergency rule for -- the draft emergency

21   rule for minors.  And that draft emergency rule for

22   minors is on Bates 67.  And so I want staff to tell

23   us what pertinent changes we need to look at in that

24   document.

25             EXECUTIVE DIRECTOR VASQUEZ:  Thank you,

Med Def_000264

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 14

1  Dr. Ackerman.

2           With regard to the rule relating to minors,

3  my notes indicate that in Subsection 4A, there was a

4  deletion of a word "prescribing" so that the

5  language would now read, "Physical examination of

6  the patient conducted by the physician must be

7  documented."

8           CHAIRMAN ACKERMAN:  Based on Bates 69, for

9  those of you that are following in the agenda

10 viewer, the top of 69.

11          EXECUTIVE DIRECTOR VASQUEZ:  And the other

12 changes would include some technical changes that

13 had to be made to the rules related to hyperlinks.

14 Just so everyone knows, when the consent forms

15 actually become effective when the emergency rule is

16 filed, they're going to be found on the websites for

17 the Boards.  They're not going to be found through

18 the Department of State hyperlink because that's not

19 how emergency rules work.  That's my understanding.

20 So we had to take out the hyperlinks to the

21 Department of State website.

22          And we also changed a title of one of the

23 consent forms, which also had to translate over into

24 the rule.  And it's the masculinizing -- actually,

25 it's the testosterone treatment, I believe,

Med Def_000265

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 15

1  originally.  We changed that to masculinizing

2  medications instead of testosterone treatment.  And

3  so we'll also revisit that.

4            CHAIRMAN ACKERMAN:  It's on page 68.

5            EXECUTIVE DIRECTOR VASQUEZ:  It's going to

6  be --

7            CHAIRMAN ACKERMAN:  Page 68.

8            EXECUTIVE DIRECTOR VASQUEZ:  Okay.  Thank

9  you.

10           CHAIRMAN ACKERMAN:  In the emergency rule,

11  it's Bates 68.  When you get to the consent form for

12  that, we'll talk about that.

13           EXECUTIVE DIRECTOR VASQUEZ:  And that's the

14  only changes that I'm aware of in this particular

15  rule draft.  Ms. McNulty may know of others, but

16  those are the ones I'm aware of.

17           CHAIRMAN ACKERMAN:  Thank you, Mr. Vasquez.

18           Ms. Donna?

19           ATTORNEY MCNULTY:  That is correct.  And

20  the Department has actually obtained form numbers

21  for each of these forms.  And when the rule is

22  published, those will be included as well as the

23  link to the Board's website.  But we will not be

24  able to obtain those links until the day we file the

25  emergency rule, which will be next week, hopefully.

Med Def_000266

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

```
                                                     Page 16
 1                CHAIRMAN ACKERMAN:  Thank you.  Thank you.
 2           So before we get to the -- we're going to
 3    get to the consent forms in a second, but any of the
 4    board members have any comments about the emergency
 5    rule?  And if you want to speak, I'm looking at you
 6    all.  You can raise your hand, or there is a
 7    function on the Teams where you can raise your hand.
 8    I don't know how that works.  Let me try it, see if
 9    you could see me raise my hand.  You see me raise my
10    hand?  I do it -- yeah.  See that?  That's pretty
11    cool.  Can I take it down?  There you go.
12           So you can raise your hand like that.  So
13    see what I just did on mine?  Hit that little hand
14    button, and there, see it comes up.  So you can do
15    that too.  Either that or just raise your hand on
16    the camera, and I'll see you like this.
17                DR. WILLIAMS:  Yeah, I just --
18                CHAIRMAN ACKERMAN:  Yes, Greg?  We can't
19    hear you.  Go ahead.  Speak.  Go ahead.
20                DR. WILLIAMS:  This is Dr. Williams.  I
21    missed the roll call.  I wasn't able to -- I am
22    here.
23                CHAIRMAN ACKERMAN:  Okay.  And Mr. --
24                EXECUTIVE DIRECTOR TERRELL:  Thank you,
25    Dr. Williams.  I've noted that.  We were having some
```

Med Def_000267

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 17

1  technical difficulties this afternoon with

2  Dr. Williams, but we got it worked out.  So he is

3  present.

4            CHAIRMAN ACKERMAN:  Mr. Romanello?

5            VICE-CHAIR ROMANELLO:  Thank You,

6  Dr. Ackerman.

7            Hey.  So, Dr. Ackerman, just from a process

8  perspective, is it your plan to discuss the rules,

9  take public comment, and then vote towards the end

10  of the meeting?  Or how are we going to -- yeah.

11            CHAIRMAN ACKERMAN:  So my plan is just

12  discuss the rules, discuss the consents both from

13  the children and the adults, then take public

14  comment, and then have some more discussion if need

15  be.  And then after the discussion that we may need

16  to have, then have a vote on the whole package or

17  vote for them individually, whatever way we see fit.

18            VICE-CHAIR ROMANELLO:  Yeah.  Thank you.

19            CHAIRMAN ACKERMAN:  You like that?  That

20  works?

21            EXECUTIVE DIRECTOR VASQUEZ:  And point of

22  clarification, Donna, correct me if I'm wrong.  My

23  understanding is since both Boards have quorum, that

24  if there are changes or tweaks that You all want to

25  make in the discussion process at the beginning of

Med Def_000268

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 18

1   the meeting, you're able to take a vote on those

2   collectively and then vote separately at the end of

3   the meeting on the final approval of everything.

4            ATTORNEY MCNULTY:  That is correct.  So

5   that's correct if everybody understands.  So if you

6   have a problem on form one, page three, and somebody

7   wants clarification, you can amend it.  That way

8   everybody in the public sees what it is.  You all

9   see it, but the ultimate vote will be at the end.

10  But agree.

11           CHAIRMAN ACKERMAN:  Dr. Vila?  Dr. Vila,

12  you're muted.

13           DR. VILA:  Yeah.  Dr. Ackerman, I'm sorry.

14  I was muted.  I've read both of these rules, and I

15  think they're good rules.  I don't have any

16  comments.  I'm only just jumping in to make that

17  just in case the other board members also feel

18  pretty good.  And again, I guess you don't want a

19  motion at this time; is that correct?

20           CHAIRMAN ACKERMAN:  No.  I think we'll take

21  a motion after the -- it doesn't really matter.  We

22  could either take a motion now and then have the

23  public comment and vote on it later because it's a

24  motion on the table, or we can just do it all later.

25           DR. VILA:  Yeah, no.  It's fine.  Just so

Med Def_000269

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 19

1  you get some feedback from the members.

2            CHAIRMAN ACKERMAN:  Thank you.

3            DR. VILA:  I'm comfortable with both rules.

4  Thank you.

5            CHAIRMAN ACKERMAN:  Okay.  Well, let's move

6  on then since no one else has their hand raised.

7  Let's move on to consent for minors.

8            So the consent form for minors, consent for

9  use of puberty blockers in minors, which is Bates

10  Number 4.  So I'll open the -- well, first, we'll go

11  to the staff to see what changes were made in that

12  from the last meeting.

13            EXECUTIVE DIRECTOR VASQUEZ:  Unless I'm

14  mistaken, I don't see any on my list for this

15  particular document.

16            CHAIRMAN ACKERMAN:  Okay.  Any comments

17  from any of the Board members?  I have one comment

18  that I -- we'll get to you in a second.

19            I'll let you go first, Nick.  Go ahead.

20            VICE-CHAIR ROMANELLO:  Nope.  I was just

21  going to thank Dr. Mortenson and Dr. Benson for the

22  work on the consent forms.  We discussed them at

23  great length last week, and appreciate all of the

24  hard work and the effort of the folks who put in to

25  develop the consents as well as the public comment

Med Def_000270

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 20

1  last week that we used to help modify them last

2  week.

3          CHAIRMAN ACKERMAN:  Okay.  Just a couple

4  things that I have on here.

5          No, no, no.  Not on this one.  I had it on

6  the adult one, I think.  I had a comment on that.

7  Some of the things that came up from public comment

8  before was issues like if you look on Bates number

9  6, there was some concerns that the number 3,

10  suffering from psychiatric comorbidity that

11  interferes with the diagnostic workup of treatment

12  that came -- there was a lot of public comment about

13  that.  I think that language is good in there.  The

14  public was concerned that any psychiatric

15  comorbidity would put a block in their ability to be

16  able to get to the proper treatment that they need.

17  But I think that it says that this comorbidity must

18  interfere.  That's up to the judgment of the

19  treating physician whether or not that comorbidity

20  interferes.

21          And number 4 has psychological and social

22  support during treatment.  That came out from the

23  public as well.  There was concerns about that, and

24  I think that that's ambiguous enough that that

25  shouldn't cause any disruption or any inability to

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 21

1  get the treatment that they feel that they need.

2  But I'm very happy with this form as the way it's

3  been modified.

4           So then moving on.  Consent for --

5           DR. DERICK:  I'm going to -- sorry,

6  Dr. Ackerman.

7           CHAIRMAN ACKERMAN:  Yes, Ms. Derick?

8           DR. DERICK:  One, this is kind of a minor

9  technical issue, but the first one is this meets the

10  criteria for gender dysphoria.  Would it be more

11  appropriate to say, "has met" the criteria for

12  gender dysphoria?

13           CHAIRMAN ACKERMAN:  Yeah.  I agree with

14  you, and I was -- I had more concerns about that in

15  the adult one.  I was going to make a -- that was my

16  recommendation to change that on Bates -- I think

17  Bates 41 in the adult one because --

18           I think Dr. Derick is right here because

19  maybe these people had been gender dysphoric, but

20  now that they're treated, they may not have gender

21  dysphoria.  So "has met" means that they were --

22  they had it before.  So was that a recommendation

23  for change?

24           DR. DERICK:  Yes, please.

25           CHAIRMAN ACKERMAN:  Is there a second to

Med Def_000272

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 22

1  that motion?  I guess the motion would be to --

2  instead of saying -- on Bates 6, number 1, instead

3  of "meets the criteria of gender dysphoria," "has

4  met" instead of meets --

5            VICE-CHAIR KIRSH:  Chairman, I second that

6  motion.  Dr. Kirsh.

7            CHAIRMAN ACKERMAN:  All those in favor of

8  amendment, please signify by saying aye?

9            MEMBERS:  Aye.

10           CHAIRMAN ACKERMAN:  Opposed?

11           DR. VILA:  Aye.  I'm not opposed, I'm

12  sorry, Dr. Ackerman.  I just --

13           CHAIRMAN ACKERMAN:  I got it.  I got a

14  thumbs up at the right time.

15           DR. VILA:  Slow to unmute.

16           CHAIRMAN ACKERMAN:  Okay, good.  And so I

17  see some hands raised.  Are these hands raised to

18  speak, I guess?

19           So, Bill, was that hand raised of yours to

20  speak, or was that a vote yes?

21           VICE-CHAIR KIRSH:  Neither.  I was just

22  notifying you I was going to (indiscernible).

23           CHAIRMAN ACKERMAN:  Okay.

24           Dr. Hunter?  Dr. Hunter, your hand is

25  raised?  I don't see you.

Med Def_000273

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

1             DR. HUNTER:  My hand is raised to speak.

2             CHAIRMAN ACKERMAN:  Okay.  Yes, sir.

3             DR. HUNTER:  Well, first of all, I agree

4   with what you said earlier, Dr. Ackerman, in your

5   comments five minutes ago.  I had one concern about

6   a phrase on Bates page 4 regarding mental health

7   providers where it says -- one, two, the third

8   paragraph down, "One option available was a

9   psychological therapy with a mental health provider

10  that has experience in treating minors with gender

11  dysphoria."  And I think we could remove "with

12  gender dysphoria."

13            I'm not sure the Board should be mandating

14  what type of therapist a child or parent should be

15  going to.  And, I mean, any therapist can address

16  the common comorbid mental health issues, the

17  depression, anxiety self-harm issues that are often

18  present, and to confine it.  There's enough trouble

19  finding mental health therapists.

20            CHAIRMAN ACKERMAN:  Okay.

21            DR. HUNTER:  And I get a holistic mental

22  health therapist that can look at the whole -- the

23  child in totality, not just from a gender

24  perspective, may be beneficial.  And that's up to

25  the family ultimately as to who they want to go see.

Med Def_000274

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 24

```
 1              CHAIRMAN ACKERMAN:  So let --

 2              MS. DERICK:  I second that motion.

 3              CHAIRMAN ACKERMAN:  So let me ask you a

 4  question regarding that.  So this is the first page

 5  of this consent, which is Bates 4.

 6              DR. HUNTER:  Yes.

 7              CHAIRMAN ACKERMAN:  And that's that third

 8  paragraph.  You want to take out the -- you want to

 9  just -- the first sentence, you want to just put a

10  period after "provider" and get out the -- take out

11  the "has experience," et cetera, et cetera.  But

12              DR. HUNTER:  Yes.

13              CHAIRMAN ACKERMAN:  Okay.  So on Bates 6 --

14  so that first page is kind of an overview of what

15  should be proper care.  But on Bates 6, it

16  specifically says in Bates 6, number 12, "Will

17  require an annual mental health assessment by a

18  board-certified Florida licensed psychiatrist or

19  psychologist."  I just want to make sure I

20  understand.  That's a separate issue.

21              DR. HUNTER:  13, I think.  Item 13, I

22  think, is what I'm addressing.

23              CHAIRMAN ACKERMAN:  Okay.  Because number

24  12, and correct me, counsel, if I'm wrong, but

25  that's by statute that it has to be a board-
```

Med Def_000275

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 25

 1  certified psychiatrist or psychologist; is that

 2  correct?

 3           DR. MCNULTY:  Your statute says "shall

 4  consider."

 5           DR. HUNTER:  Right.

 6           DR. DERICK:  I think they're two separate

 7  things though on the first page.  It's talking about

 8  like options of not pursuing that treatment.  And

 9  then on Bates 6, it's if you are undergoing that

10  treatment, you need to have mental health assessment

11  by a board-certified psychiatrist or psychologist.

12           CHAIRMAN ACKERMAN:  Okay.  So in interest

13  of time, let's move on this.

14           So then on Bates 4, in that line with

15  Dr. Hunter's recommendation, which was -- I'm sorry

16  -- motion, which was seconded.  Is there any more

17  with the discussion on that one page?

18           Dr. Vila?

19           DR. VILA:  Yeah.  I would just modify the

20  motion so that it says "a mental health professional

21  with experience in minors."  I would leave the

22  "experience in minors" in, and then I would just --

23  I would only omit the three words "with gender

24  dysphoria."  I don't know how Dr. Hunter feels about

25  that.

Med Def_000276

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 26

 1                CHAIRMAN ACKERMAN:  Dr. Hunter?

 2                DR. HUNTER:  I think that I would -- I

 3   don't have a strong feeling.  I think as a

 4   pediatrician, whether a 16, 17, 15 year old sees an

 5   adult or child therapist depends on where they're at

 6   developmentally.  And I think they could be

 7   adequately cared for by an adult therapist depending

 8   on where they're at.  So I'm not strong on either

 9   side.

10                DR. VILA:  All right.  Was the original

11   motion to just delete at therapy "with a mental

12   health provider"?  Is that where you're

13   recommending?

14                DR. HUNTER:  Yeah.  Well, I would just

15   "with a mental health provider" and leave it to the

16   family and the child --

17                DR. VILA:  Okay.  Thank you.

18                DR. HUNTER:  -- and their primary care

19   physician to determine who might be best to address

20   the issue depending on the situation we're dealing

21   with in totality.

22                DR. VILA:  Okay.  I'm good with that.

23   Never mind, Dr. Ackerman.

24                CHAIRMAN ACKERMAN:  Okay.  Chris?

25                ATTORNEY DIERLAM:  I just want to allow the

Med Def_000277

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

```
                                            Page 27
 1  record to reflect, and I believe, I know the Board's
 2  sentiment here, but are these changes changes that
 3  the Board would like to carry throughout the
 4  remaining forms as well?  This is the same language
 5  throughout the minor.  So I just wanted to make sure
 6  that when the Board is voting, they're voting to
 7  make those changes throughout all of the consent
 8  forms.  Thank you.
 9            CHAIRMAN ACKERMAN:  Okay.  So that's how we
10  did it last week, guys.  And so unless there's
11  strong opposition to that, we'll make
12  (indiscernible) go all the way through.
13            DR. HUNTER:  That's present in the
14  feminizing consent and the masculinizing consent.
15            CHAIRMAN ACKERMAN:  I don't want -- I don't
16  want to have discuss it again.
17            DR. HUNTER:  Yes.
18            CHAIRMAN ACKERMAN:  Pat, before we go to
19  Donna -- actually Donna's hands raised three times.
20  So, Pat, is there anything else you want to say?
21  Your hand is still raised.
22            DR. HUNTER:  I'm going to try to take it
23  down.
24            CHAIRMAN ACKERMAN:  Okay, Donna.
25            ATTORNEY MCNULTY:  Okay.  Thanks.  I'm new
```

Med Def_000278

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 28

1   to this hand raising thing.  So I wasn't sure if it

2   was on or off.  I couldn't tell.  Also --

3           CHAIRMAN ACKERMAN:  Probably two times.

4           ATTORNEY MCNULTY:  Okay.  You could --

5   okay.  I'm not sure how to take them down, but okay.

6           So on the previous one we say "has met."

7   That also is in the actual rule language.  So at

8   some point, I'm assuming -- is it correct you want

9   to change your rule language for the minors to say

10  "has met" instead of "meets the criteria"?  Is that

11  correct as well?  The actual rule language under --

12          CHAIRMAN ACKEERMAN:  Yeah, correct.

13          ATTORNEY MCNULTY:  Four, V-1

14          CHAIRMAN ACKERMAN:  Has met.  Right.  That

15  means they don't have to actively meet the criteria.

16          ATTORNEY MCNULTY:  Understand.

17          CHAIRMAN ACKERMAN:  That would -- it needs

18  to flow through everywhere.

19          ATTORNEY MCNULTY:  Thank you.

20          CHAIRMAN ACKERMAN:  I see another hand

21  raised.  I just can't tell where it's -- ready for

22  participants to speak yet.

23          So I'm sorry, Mr. William Elijah, you can

24  raise your hand, but we're not ready for public

25  comment yet.

Med Def_000279

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 29

1          Anything else on the puberty blockers?

2          Okay.  Seeing there is not, let's go into

3  the next form.  Bates form -- Bates page 13,

4  "feminizing medications for patients with gender

5  dysphoria."

6          EXECUTIVE DIRECTOR VASQUEZ:  All right, Dr.

7  Ackerman.  Based on my notes, there was a change in

8  the title of this form to include the word

9  "parental."  Instead of informed consent, it's

10  informed parental consent to make it consistent.

11  There was a strike in number 8.  I'm trying to

12  remember exactly where that was, and you can help

13  me, Danielle, if you know better than me.  But it

14  was the strike of the words "gender-affirming."

15          There was a provision that was not

16  currently in the blocked language.  It was a

17  separate paragraph, standing alone, that had to do

18  with "should not" treatment options and "with

19  caution" treatment options.  We moved those to the

20  blocks so that they would have to be initialed.  And

21  that would be -- and again, I don't have Bates

22  numbers because I'm working on a hard copy.  But

23  that's going to be under the risks of estrogen

24  section.

25          CHAIRMAN ACKERMAN:  That would be Bates 18.

Med Def_000280

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 30

1  The risk begin on Bates 18.

2           EXECUTIVE DIRECTOR VASQUEZ:  And it's the

3  same exact language.  It's just being reformatted

4  into the blocks.

5           CHAIRMAN ACKERMAN:  And before it was in

6  the overview in the beginning?

7           EXECUTIVE DIRECTOR VASQUEZ:  It was not in

8  the overview, but it was in a section where it was

9  standing alone.  It wasn't initialed.  It wasn't

10  anything.

11          CHAIRMAN ACKERMAN:  Okay.  It's the house

12  --

13          EXECUTIVE DIRECTOR VASQUEZ:  So we moved it

14  into the blocks.

15          CHAIRMAN ACKERMAN:  A housekeeping item.

16          EXECUTIVE DIRECTOR VASQUEZ:  Correct.

17          CHAIRMAN ACKERMAN:  Okay.

18          EXECUTIVE DIRECTOR VASQUEZ:  Thank you.

19          CHAIRMAN ACKERMAN:  Anything else,

20  Mr. Vasquez?

21          EXECUTIVE DIRECTOR VASQUEZ:  No.  That's

22  all I have on this one.

23          CHAIRMAN ACKERMAN:  Okay.  Board members,

24  any discussion?

25          Dr. Coffman?

Med Def_000281

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 31

1                    DR. COFFMAN:  Should it be when you have

2       the initials, it says "parent legal guardian

3       required" for the one and then option for a section.

4       Should it be also required for the minor?

5                    EXECUTIVE DIRECTOR VASQUEZ:  My

6       understanding is that the statute only requires the

7       signature of one parent or a legal guardian.

8                    CHAIRMAN ACKERMAN:  No, no.  The question

9       -- Dr. Coffman's question is: should we -- the minor

10      is required as well, right?

11                   EXECUTIVE DIRECTOR VASQUEZ:  Yes.

12                   CHAIRMAN ACKERMAN:  Should we have the word

13      "required" on the form where it says minor?

14                   EXECUTIVE DIRECTOR VASQUEZ:  We can make

15      that change on both of them if you want to.

16                   CHAIRMAN ACKERMAN:  Yeah.  On all of them

17      we can put that there.  I think it's a good idea.

18      It just keeps it all consistent.  So the statute

19      requires only one parent.

20                   EXECUTIVE DIRECTOR VASQUEZ:  Correct.

21                   CHAIRMAN ACKERMAN:  So the other parent is

22      just out.  But the statute also requires the minor

23      sign.  So I think Dr. Coffman's point is excellent,

24      that we should put "required" there as well.

25                   Is there any objection to that?  If there's

Med Def_000282

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 32

1    not, we'll just move forward with that -- with the

2    affirmation.

3              Any other comments from the board members?

4              Dr. Hunter?

5              DR. HUNTER:  Thank you, Dr. Ackerman.

6              On Bates page 16 -- and I believe this is

7    on the masculinizing form also -- box 3, "The

8    treatment will not change the minor sex

9    chromosomes."  I would just ask that we remove the

10   word "chromosomes" because that is just more precise

11   language.  Because sex can be defined many different

12   ways, anatomically, biologically, what type of

13   gamete you produce, your functional role in

14   reproduction.  So just by removing chromosomes, it

15   makes the less -- makes the language more precise

16   and makes clear this treatment may bring your body

17   into alignment with your gender identity, but it

18   will not change your sex.

19             CHAIRMAN ACKERMAN:  Where's Dr. -- what's

20   her name?  Is she here?  All right.

21             Dr. Mortenson, are you on the call?

22             DR. MORTENSON:  Yes, I'm here.

23             CHAIRMAN ACKERMAN:  What's your thoughts

24   about that?

25             DR. MORTENSON:  I mean, to say that it's

Med Def_000283

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 33

1   not going to change.  Your chromosomes would cover

2   all of the chromosomes.  When we're saying sex

3   chromosomes, we're specifically discussing the XX

4   and the XY genes.

5              CHAIRMAN ACKERMAN:  Right.  So Dr. Hunter

6   says we don't need to even say chromosomes, just --

7   it will not change the minor's sex.  I think this

8   language was originally developed by you, or in part

9   by you, you and Dr. -- I can't think of his name.

10  Sorry.

11             MR. HUNTER:  Dr. Vincent.

12             CHAIRMAN ACKERMAN:  Yeah, Dr. Vincent.  So

13  I don't know who -- where that language came from.

14  So that's why I'm going to you because you're the

15  original -- one of the authors of this.

16             DR. MORTENSON:  It's more of a biology

17  thing.  When we discuss sex, it's XX from genetics,

18  XX and XY.  So just because you're going on

19  medications that can feminize you or masculinize

20  you, it's never going to change your genetics of you

21  being XX or XY.

22             CHAIRMAN ACKERMAN:  So do you agree with

23  that, Dr. Hunter, or not?

24             DR. HUNTER:  My experiences with talking

25  with and knowing patients who have transitioned, and

Med Def_000284

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

```
 1  particularly, I know quite a few females who thought
 2  that they would start making -- with long enough
 3  period of time on testosterone, they might start
 4  making sperm.  They didn't think their chromosomes
 5  would change, but they thought they might start
 6  making sperm.
 7              So I think just saying your sex will not
 8  change covers everything.  I think it encompasses
 9  any idea that your sex might change anatomically,
10  functionally, the gamete you will produce -- you
11  won't stop producing eggs and start producing sperm,
12  vice versa.  I think the language is more precise to
13  say will not change the minor's sex, period.  I'm
14  not --
15              EXECUTIVE DIRECTOR VASQUEZ:  Dr. Ackerman?
16              CHAIRMAN ACKERMAN:  Yes, Mr. Vasquez.
17              EXECUTIVE DIRECTOR VASQUEZ:  This is the
18  important information.  There is a definition of sex
19  in the statute.
20              CHAIRMAN ACKERMAN:  Can you tell us this --
21  the definition?
22              EXECUTIVE DIRECTOR VASQUEZ:  I'm looking
23  for my copy right now.  Donna may have it available
24  before I do.
25              ATTORNEY DIERLAM:  I have it if you like,
```

Med Def_000285

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 35

1   Dr. Ackerman.

2            CHAIRMAN ACKERMAN:  Go ahead, Chris.

3            ATTORNEY DIERLAM:  Under 456.001, Sub 8,

4   sex means, "The classification of a person as either

5   male or female based on the organization of the

6   human body of such person for a specific

7   reproductive role as indicated by the person's sex

8   chromosomes, naturally occurring sex hormones, and

9   internal and external genitalia present at birth."

10           CHAIRMAN ACKERMAN:  So would it be easier

11  just to add another box, one that says chromosomes

12  and one that says sex?

13           DR. HUNTER:  I think sex covers it all,

14  especially based on that definition.  This is

15  Patrick Hunter.

16           CHAIRMAN ACKERMAN:  Okay.

17           Dr. Mortenson, do you agree with that or

18  not?

19           DR. MORTENSON:  I'm okay with that change

20  based on what that definition is.

21           CHAIRMAN ACKERMAN:  Dr. Hunter, you want to

22  make a motion?

23           DR. HUNTER:  I want to make a motion that

24  we remove the word "chromosomes" in the feminizing

25  and masculinizing forms so they're consistent and

Med Def_000286

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 36

1   more precise.

2           CHAIRMAN ACKERMAN:  Is there a second?

3           DR. COFFMAN:  Second.  Dr. Coffman.

4           DR. VILA:  Second also.

5           CHAIRMAN ACKERMAN:  Yeah.  And a reminder,

6   when this -- Staff, this will flow through the other

7   -- all the consent forms where that language is.

8           All those in favor?

9           DR. DERICK:  I have a question.

10          CHAIRMAN ACKERMAN:  Yes, Doctor.

11          DR. DERICK:  Do you want to say sex as

12  defined in Statute 4, whatever it was?

13          ATTORNEY MCNULTY:  I think that's more

14  accurate.

15          DR. MORTENSON:  I like that.

16          ATTORNEY MCNULTY:  I like that.

17          CHAIRMAN ACKERMAN:  Sex as defined by

18  Florida statute?  Sex as defined by Florida statute?

19          ATTORNEY MCNULTY:  As defined by 456.001,

20  Subsection 8.

21          CHAIRMAN ACKERMAN:  Dr. Hunter, you'll take

22  that as a friendly amendment.

23          DR. HUNTER:  Yes.

24          CHAIRMAN ACKERMAN:  Okay.

25          Dr. Vila?

Med Def_000287

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 37

```
 1                    DR. VILA:  You know, my concern is that
 2   when you put that in there to the lay person that's
 3   reading it, that means nothing to them.
 4                    DR. HUNTER:  Yeah.  I would stop listening.
 5   I would stop reading at that point as a parent.
 6                    DR. VILA:  I think it's actually
 7   counterproductive.  It's just important -- what
 8   we're trying to say here is it's not going to change
 9   the biological sex at birth.  And that's what -- and
10   so, if you just use -- leave it as the word "sex,"
11   it's not going to change it.  It's going to change
12   -- this whole consent form goes through and explains
13   what it does change.  That one line explains what
14   it's not going to change.  And so I would be against
15   adding Florida statute reference or whatever.  I
16   would just leave it as it's not going to change the
17   minor's sex.
18                    DR. DERICK:  I think you're probably right,
19   Dr. Vila, on that because then they have to cross-
20   reference a separate document.
21                    DR. VILA:  Yeah.
22                    CHAIRMAN ACKERMAN:  Dr. Pages?
23                    DR. PAGES:  I just have a question for
24   Dr. Hunter.  So I don't see the downside to leaving
25   the word "chromosome" as it's written.  Can you --
```

Med Def_000288

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 38

1  and -- I would leave it the way it is.

2         DR. HUNTER:  I guess, as a parent, I --

3  even as a -- you just need to -- I think that

4  language needs to be as simple and as precise as

5  possible.  And for a lot of people, they won't know

6  necessarily what chromosomes are, what their genes

7  are, what their genetics are.  Most people define

8  sex by what your anatomical makeup is.

9         So I just say "sex" is more precise.  It

10  covers your anatomy.  It covers the gamete you

11  produce, whether you make sperm, whether you make

12  eggs.  It covers your chromosomes.  It covers every

13  possible interpretation of anyone reading this

14  document might think sex is.

15         DR. PAGES:  So how about if you say sex or

16  chromosomes?

17         DR. HUNTER:  I don't know that the "or

18  chromosomes" is necessary, because it's included,

19  depending on however the person want -- reading it,

20  how they want to define sex, how that person defines

21  it.

22         As physicians, we define -- we understand

23  sex as defined in all the ways we've been talking.

24  For the patient reading it, however they want.  I

25  just think it needs to be clear that your body may

Med Def_000289

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 39

 1  come in alignment with your identity, but your

 2  innate sex will not change, however you define it.

 3             DR. COFFMAN:  Why not put "this treatment

 4  will not change the minor's biological sex or

 5  chromosomes?"

 6             DR. PAGES:  Correct.  I agree with that.

 7             DR. HUNTER:  I think that's fine.  I don't

 8  feel strong.  I mean, I think the idea that the

 9  statute helps define it is also -- I mean, it the

10  statute isn't --

11             CHAIRMAN ACKERMAN:  Right.  But we're not

12  referencing the statute.  This is in a conceptual --

13             DR. HUNTER:  No, no, no, no.

14             CHAIRMAN ACKERMAN:  I like Dr. Coffman's

15  language too.

16             DR. HUNTER:  Yeah.  Biological sex or

17  chromosomes, I can live with that.

18             CHAIRMAN ACKERMAN:  Okay.  Well, restate

19  that, Dr. Coffman?

20             DR. COFFMAN:  I'd like to make a motion to

21  change the Block 3 on Bates page 16 to, "This

22  treatment will not change the minor's biological sex

23  or chromosomes."

24             DR. PAGES:  I second that.

25             CHAIRMAN ACKERMAN:  Any more discussion?

Med Def_000290

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 40

1            All those in favor?

2            MEMBERS:  Aye.

3            CHAIRMAN ACKERMAN:  All those opposed?

4            Thank you.

5            And, Staff, make sure that flows through to

6   all the documents that are pertinent.

7            Dr. Pages, your hand is still raised.  If

8   you could figure that out, that'd be nice.  It would

9   make it easier for me.

10           Anything else on this form on the

11  feminizing hormones for minors?

12           Okay.  Moving on.  Masculinizing hormones

13  for minors, Bates page 26.

14           Mr. Vasquez, take it away.

15           EXECUTIVE DIRECTOR VASQUEZ:  Thank you.

16  It's the same issues as the other document.  The

17  title was changed to include the word "parental" for

18  parental -- informed parental consent.  There was a

19  strike of the words gender-affirming in one section

20  of the document.  And then the "should not" and

21  "with caution" provisions were also put into the

22  blocks as in the other document.  So that should

23  have covered everything.

24           CHAIRMAN ACKERMAN:  Comments from the board

25  members on this form?

Med Def_000291

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 41

1          Okay.  Good.  So seeing that there aren't

2    any, let's move on to the emergency rule for adults.

3          Mr. Vasquez or Ms. McNulty?

4          EXECUTIVE DIRECTOR VASQUEZ:  Other than the

5    technical changes that we previously discussed, I

6    don't believe there were any changes to this

7    document.

8          CHAIRMAN ACKERMAN:  Okay.  Any comments

9    from the board members on this document?  It's very

10   similar to the other document.

11         DR. DERICK:  I have a comment.

12         CHAIRMAN ACKERMAN:  What is that?

13         DR. DERICK:  So on Bates page 41, of

14   course, we had talked before about changing one to

15   "has met the criteria."  But in the -- it seems to

16   me, and we discussed this, and I thought maybe we

17   agreed upon it last Friday, but that gender

18   dysphoria is marked and sustained might be

19   redundant.  It should just be taken out.  It's

20   number 3 on Bates page 41.

21         CHAIRMAN ACKERMAN:  Well, we're not at that

22   page yet.  I'm just doing the rule first.  We'll go

23   -- we'll get there in just one second.

24         DR. DERICK:  Sorry.

25         CHAIRMAN ACKERMAN:  I'm on Bates 71.

Med Def_000292

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 42

 1              Right.  Mr. Vasquez?  Donna?  I'm on Bates

 2  71.  And we'll go on to that.

 3              Mr. Vasquez, you didn't talk about that,

 4  right?

 5              EXECUTIVE DIRECTOR VASQUEZ:  I'm not sure

 6  what you're asking me, Dr. Ackerman.

 7              ATTORNEY MCNULTY:  Dr. Ackerman, are you on

 8  the rule or the form?

 9              EXECUTIVE DIRECTOR VASQUEZ:  That should be

10  the rule.

11              CHAIRMAN ACKERMAN:  I'm on the rule.  I'm

12  on the rule, not the form yet.

13              ATTORNEY MCNULTY:  Okay.  So on the rule

14  it's the same changes that the title -- the --

15  making sure the titles are correct as mentioned with

16  the other items and the forms will -- we will be

17  inserting the correct form numbers.  We will be

18  deleting the ability to obtaining the copies of the

19  forms from the Department of State.

20              Just so the public is clear, when the

21  emergency rule is filed, all the forms, adults and

22  minors, will be able to be obtained from the Board's

23  websites.  And the link will be inserted in the rule

24  as it's filed.

25              CHAIRMAN ACKERMAN:  Thank you.  So we're

Med Def_000293

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 43

 1   just doing the emergency rule right now.

 2              Dr. Derick, we'll get to yours in just a

 3   second.  I don't imagine there's much discussion on

 4   the rule because it's the same as the other one.

 5              So now, let's go to the consent form for

 6   feminizing hormones for adults, which begins on

 7   Bates 38.

 8              And, Dr. Derick, where are you?  Bates

 9   what?

10              DR. DERICK:  Hold on one second.

11              CHAIRMAN ACKERMAN:  And we'll get to you in

12   just one second.  Just tell me the Bates number that

13   you were looking at because I want to get started.

14              DR. DERICK:  41, it was.

15              CHAIRMAN ACKERMAN:  Okay.  Good.  So that's

16   within this -- that'll be on Bates 41 for you,

17   Dr. Derick.

18              But before you speak, Dr. Derick, Staff,

19   feminizing hormones for adults.  So feminizing

20   medications for patients with gender dysphoria for

21   adults, beginning with our Bates 38, please review

22   the changes that have been made from the last

23   meeting.

24              EXECUTIVE DIRECTOR VASQUEZ:  All right.

25   There is a strikethrough in gender-affirming in

Med Def_000294

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 44

1  number 8, which is on the third page of my document.

2              CHAIRMAN ACKERMAN:  Bates 41.

3              EXECUTIVE DIRECTOR VASQUEZ:  And the

4  "should not" and "with caution" provisions were

5  moved into blocks for the purposes of initialing,

6  which would be under risk of estrogen.

7              CHAIRMAN ACKERMAN:  Risk of estrogen, which

8  is on Bates 43.

9              EXECUTIVE DIRECTOR VASQUEZ:  And that's all

10  I have for the feminizing.

11              CHAIRMAN ACKERMAN:  Okay.  Dr. Derick?

12              DR. DERICK:  Yeah, it's just more of a

13  technical correction I thought we agreed upon last

14  Friday, but maybe we didn't.  Bates page 41, you

15  know, of course, we will change Number 1 to "has met

16  the criteria."  But in light of that, it seems that

17  number 3 is redundant, that it's marked and

18  sustained.

19              CHAIRMAN ACKERMAN:  I think you're correct.

20  We did discuss that, and I don't think we had much

21  discussion.  I think people agreed with you.

22              You all remember, Mr. Romanello,

23  Dr. Kirsch?

24              DR. KIRSCH:  Yes.  I absolutely agree that

25  I think that was we discussed it.

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 45

1          CHAIRMAN ACKERMAN:  Right.  And you

2   recalled us removing that line?

3          DR. DERICK:  I think we -- I'm not sure if

4   we voted on it, but I would like to -- if we didn't

5   make a motion to strike number 3.  I think it's more

6   of a technical thing, but it seems redundant.  And I

7   think people may be confused.

8          CHAIRMAN ACKERMAN:  So Dr. Derick's motion

9   is to strike Number 3 on Bates page 41.  Is there a

10  second?

11         DR. KIRSCH:  I'll second that, Dr. Kirsch.

12         CHAIRMAN ACKERMAN:  Thank you.  Any

13  discussion regarding that?

14         DR. COFFMAN:  Will that carry through on

15  all documents that have the same statement?

16         CHAIRMAN ACKERMAN:  Yep.

17         DR. DERICK:  Yes.

18         DR. KIRSCH:  It should.

19         DR. COFFMAN:  Okay.  Second.

20         CHAIRMAN ACKERMAN:  Thank you, Dr. Coffman.

21  Although, Dr. Kirsch actually seconded, but we'll

22  let you help him out.

23         All those in favor?

24         MEMBERS:  Aye.

25         CHAIRMAN ACKERMAN:  All those opposed?

Med Def_000296

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 46

```
 1                UNIDENTIFIED FEMALE:  Aye.

 2                CHAIRMAN ACKERMAN:  Thank you, all.

 3                Any other comments on consent for

 4   feminizing hormones for adults, which begins on

 5   Bates 38 and goes to Bates 49?

 6                Good.  Seeing, there's not, let's move on

 7   to consent for masculinizing hormones for adults,

 8   beginning on Bates 50.

 9                Mr. Vasquez?

10                EXECUTIVE DIRECTOR VASQUEZ:  Thank you,

11   Dr. Ackerman.

12                There was a strikethrough of gender-

13   affirming in number 8 on the third page.  The title

14   was changed, I believe, from testosterone treatment

15   to masculinizing medications for consistency, and

16   the "should not" and "with caution" provisions" were

17   moved into blocks so that they would be initialed.

18   And that's on page -- looks like page 6 of my

19   document.

20                CHAIRMAN ACKERMAN:  Page 6 of yours, which

21   is, I think, Bates 55.

22                EXECUTIVE DIRECTOR VASQUEZ:  I believe

23   that's everything.

24                CHAIRMAN ACKERMAN:  Thank you, Mr. Vasquez.

25                Any other board members from other board
```

Med Def_000297

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 47

1  have any comments or concerns regarding this

2  document?

3            Good.  Good.  Good.  Good.

4            Okay.  So I think we're ready -- although

5  we'll do it in a little bit.  We're ready -- I think

6  we're all pretty happy with what we have here right

7  now.  It's 1:50 right now.  I'd like to --

8            DR. DERICK:  What about surgical?

9            CHAIRMAN ACKERMAN:  Pardon me?

10           EXECUTIVE DIRECTOR VASQUEZ:  We need to do

11  surgical.

12           DR. DERICK:  Surgical treat -- the surgical

13  forms for adults.

14           DR. COFFMAN:  We're on the surgery.

15           CHAIRMAN ACKERMAN:  I'm sorry.  I'm sorry.

16  I'm sorry.  I'm sorry.  Bates 60, consent for

17  transition surgery for adults.

18           Mr. Vasquez.

19           EXECUTIVE DIRECTOR VASQUEZ:  I have nothing

20  on this one.

21           CHAIRMAN ACKERMAN:  Okay.  Any comments

22  from the board members?

23           (No audible response)

24           Great.  Okay.  It's 1:51 right now.  And I

25  think it's appropriate time to open up to public

Med Def_000298

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 48

1  comment.  Let's say it's 1:50 -- 2 o'clock.  Why

2  don't we go until about 3:20 or if public comment is

3  truncated before that -- is over before that.  I'd

4  like to give people three minutes apiece to speak.

5  I'm going to start with the first.

6              The last name is Lancaster.  First name is

7  E.  E Lancaster.

8              Okay.  Now, some of these people, who in

9  the beginning have registered, we were not

10  completely clear whether or not they wanted to make

11  public comment.  So since E Lancaster -- since

12  they're not speaking right now, let's go to the next

13  person.  And that would be Joe Yocaba (phonetic).

14              Okay.  No, Joe.  Well, I know there's

15  someone here for sure who wants to speak, and I see

16  that she's on the call.  So let's go to her.  And

17  this is Representative Anna Eskamani.  I know she's

18  there.  I'll like to give deference to our members

19  of -- elected officials.

20              So, Representative Eskamani from Orlando,

21  are you here?  You're raising your hand?  That's

22  good.  Maybe she's clapping.  Someone's clapping.  I

23  can't turn you on.  So help me, Staff.

24              REPRESENTATIVE ESKAMANI:  Hey.

25              CHAIRMAN ACKERMAN:  There you are.  There

Med Def_000299

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 49

1    you are.  Thank you, Representative Eskamani.

2    You're on the line?

3              REPRESENTATIVE ESKAMANI:  I am here.  Thank

4    you so much for the opportunity to speak.  And with

5    that said, I'm sorry I missed the last two Board of

6    Medicine meetings.  I've been traveling this summer

7    for different work stuff.  So I appreciate the

8    opportunity to share my public comments here

9    virtually.

10             So if you're ready, I'll get started.

11             CHAIRMAN ACKERMAN:  Yes, ma'am.

12             REPRESENTATIVE ESKAMANI:  Okay.  Awesome.

13   So, again, my name is Anna V. Eskamani.  Proud to

14   serve District 42 in the Florida State House

15   Representative, and of course, here to issue my

16   comment on these informed consent processes.

17             I first just want to provide context that

18   our LGBTQ plus patients right now in Florida are

19   really struggling, not just with the implementation

20   of a -- of another medical bill tomorrow, but also,

21   of course, the fact that this bill went into effect

22   upon signature has created complete chaos in the

23   medical field for many of our constituents not being

24   able to have their prescriptions filled.  And of

25   course, many providers have stopped providing care

Med Def_000300

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 50

1  because they're waiting for these forms.  So I do

2  appreciate the effort to expedite it because it

3  really is essential right now.

4            With that said, I'm disappointed by parts

5  of the forms and really troubled by what some parts

6  I see as misleading or at the very least,

7  politically motivated.  In particular, the notion

8  that gender-affirming care is based upon very

9  limited poor quality research and is purely

10  speculative.  I just don't think that type of

11  language is necessary, especially since we do have,

12  you know, very well established medical

13  organizations that support gender-affirming care or

14  at least provide, you know, important studies and

15  reference.  And so I just feel like any language

16  that has a bias to it really shouldn't be in an

17  informed consent form.

18            And I do speak from experience.  I worked

19  at Planned Parenthood before I ran for office.  And

20  I put this in my comment for the earlier June

21  meeting that the only other, you know, medical field

22  that I see this type of onerous burdensome and

23  political motivated restrictions is abortion care.

24  And those are very political.  It's not based on

25  guidance of medicine, but it is just a political

Med Def_000301

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 51

 1  partisan preference.

 2          With that said, I do want to just echo, I

 3  heard some feedback about what type of mental health

 4  provider should be able to give that approval for

 5  gender-affirming care.  And I believe the way the

 6  law is written is that for minors, it's restricted

 7  towards those specific licensed psychiatrists.  But

 8  that's not the case for adults.  And whenever you

 9  set those type of restrictions -- and you all know

10  this already, we don't have a lot of providers in

11  Florida for any area of specialty, let alone gender-

12  affirming care.  But when you set those type of

13  restrictions, you're making it really hard for

14  people to navigate these hoops.  And I hope that's

15  not the goal.  But if it's not the goal, then you

16  need to open it up to allow other types of

17  providers, as statute lets you, to provide that

18  mental health assessment.

19          With that said, the way the forms stand

20  now, to me it seems pretty clear that it is designed

21  to create new barriers rather than prioritize

22  patient well-being.  So I do urge changes to be made

23  to not create additional barriers that are not

24  required by statute.  Statute does, of course,

25  require informed consent, but even some of these,

Med Def_000302

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 52

1  you know, hoops that you're creating for adults,

2  it's just not in statute to do that.  So I really

3  encourage you to stick to what's in the book of the

4  law and don't go beyond that because it's just not

5  necessary.

6           So thank you so much for the opportunity to

7  comment.

8           CHAIRMAN ACKERMAN:  Thank you.  Thank you,

9  Representative.  Thank you for your input.  We'll

10 get back and look at that regarding the mental

11 health providers for adults when we have our

12 discussion a little bit later on.

13          Cora Merritt?

14          Next I have is Luke Monaco.  Okay.  Luke

15 Monaco appears to be coming on the line.

16          LUKE MONACO:  Hello.  All right.  I think

17 that's working now.  Are you able to hear me now?

18          CHAIRMAN ACKERMAN:  Yes.  And we have the

19 timer going for three minutes.

20          Thank you, sir.

21          LUKE MONACO:  All right.  Awesome.  So I

22 saw you all a few weeks ago back in public at the

23 first meeting, and I'm honestly really impressed

24 with a lot of what's been said here, what's been

25 taken care of.

Med Def_000303

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 53

1              My big concerns are relating to how we are

2    navigating folks who are already patients and who

3    have already gone through these processes.  For

4    example, myself, this is now a year like 12 that

5    I've been on testosterone and -- also 12 years since

6    I've had top surgery, for example.  And I'm now

7    wondering, am I going to have to go through hoops of

8    finding a psychiatrist or a psychologist, when I

9    haven't seen someone in a very long time because I

10   have no mental health crisis or mental health

11   illness at all to deal with.

12             So that's a concern for me is does this

13   apply to only new patients, or is this for folks who

14   are already patients?  And I know that some of the

15   language in there was a little bit fuzzy for me

16   personally as an outside perspective.  So I would

17   just want to know if we're going to clarify that.

18             The other thing that I'm concerned about,

19   there was conversation earlier about it won't change

20   sex, for example.  I would personally, from my

21   perspective, prefer you to just include the language

22   that's in the bill so that folks know what you mean

23   exactly by sex when they're reading this consent

24   form.

25             It also concerns me because there's a

Med Def_000304

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 54

 1  conundrum between the words, saying that it will not

 2  change sex when what the wording you used previously

 3  in the forms are sex reassignment.  So if it's not

 4  changing sex, why are we now calling it sex

 5  reassignment?  So I would want that to be clarified.

 6  I know that you struck out gender-affirming.  Maybe

 7  there's another verbiage you can use instead.  I

 8  wasn't really prepared to provide that comment,

 9  because I wasn't sure that was going to be

10  discussed.  But that would be my concern.

11          And then I also -- I think I've said enough

12  there.  But hopefully that gives you some food for

13  thought and some things to think on.

14          Thank you so much.

15          CHAIRMAN ACKERMAN:  Yeah.  Thank you, Luke.

16  That's excellent.  Before you leave, stay on there

17  for a second.  One of the board members hand -- has

18  her hand raised.

19          LUKE MONACO:  Absolutely.

20          CHAIRMAN ACKERMAN:  And I don't know if she

21  wants to ask you a question on it.

22          Dr. Derick?

23          DR. DERICK:  I just wanted to make a

24  comment, just because this is the second time this

25  has come up.  I appreciate your thoughtful

Med Def_000305

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 55

1    suggestions.

2             If you look at the adult consent form, we

3    moved it so that it would -- said that those -- the

4    mental health assessments would be recommended and

5    not required.  And so it -- I want to make sure,

6    because if we continue --

7             LUKE MONACO:  Can you tell me the Bates on

8    that?

9             DR. DERICK:  If you look at the consent for

10   feminizing hormones for adults, for example, which

11   is our Bates 41, which is page 4 of 12 of the PDF,

12   it separates the requirements in the

13   recommendations.  And so that was contemplated and

14   discussed for many hours last week.

15            And so for adults, it is not our intent to

16   be obstructionist with continuation of care, rather

17   give recommendations related to standard of care

18   that we believe would be in the best interest of the

19   patient.  But it's not, as written, a requirement.

20            And the other point to Representative

21   Eskamani's informed consent related to the lack of

22   data, I think that the discussion was also that --

23   it's not required that there's only one informed

24   consent.  If there are different benefits that the

25   prescribing physician wants to highlight on a

Med Def_000306

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 56

1 separate informed consent, there can be, you know --

2 this is not the only consent form that could be

3 given to a patient, and so different perspectives

4 can be given by people who may have opposing

5 viewpoints on this.

6          So I just wanted to put that out there

7 because as we go through the discussion,

8 everything's been so helpful, and last week was very

9 helpful too from the public comment.  But just so

10 that that's out there, that that's not a

11 requirement.

12          CHAIRMAN ACKERMAN:  Thank you.  Thank you,

13 Dr. Derick.

14          Thank you, Luke.

15          Next is Maury Rubin (phonetic).

16          Steven Rocca (phonetic) or Rocca.  Jesse --

17 Steven.  Okay.  Almost skipped you, Steven.

18          Steven Rocca, go ahead.  Are you on the

19 line?  I see you're trying to get in.  I saw Steven

20 a second ago.  There we go.  Maybe.

21          STEVEN ROCCA:  Hello.  Can you hear me?

22          CHAIRMAN ACKERMAN:  Yes.  Hear you fine

23 now.  I'm starting your timer.  Thank you, Steven.

24 Welcome.

25          STEVEN ROCCA:  I'll keep mine brief.

Med Def_000307

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

1               Good afternoon, all.  My name is Steven

2    Rocca.  I am the policy director for Prism Florida,

3    a youth-led LGBTQ organization serving South

4    Florida.

5               The issue I would like to highlight is a

6    portion of the language used in the patient

7    information and informed consent section.  Gender-

8    affirming care is not purely speculative as this

9    version of the form claims.

10              The first gender identity clinic was opened

11   by Johns Hopkins Hospital in 1966.  People in trans

12   media have taken hormones for decades.  And to say

13   that only subtle improvements were seen in patients'

14   mental health would be laughable if it weren't so

15   dangerous.  That kind of thinking is what gets

16   critical healthcare ripped away from those who need

17   it most.

18              Gender-affirming care helped me, and I'm

19   nowhere near alone in that experience.  It gives me

20   the confidence to walk through the world as the man

21   that I am without fear or debilitating self-

22   consciousness regarding the incongruence of mind and

23   body.

24              I demand the removal of this inflammatory

25   opinionated language from these forms.  Medical

Med Def_000308

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 58

1  misinformation has no place in mind.  Thank you for

2  your time.

3           CHAIRMAN ACKERMAN:  Thank you, Steven.

4  Thank you for your input, and thank you for being

5  here today and taking time out of your day to join

6  us.

7           Jessica Wilson?  Jessica Wilson?

8           Steven, if you could take your hand down,

9  that would be good too.

10          Jessica Wilson.  Seeing that I don't see

11 Jessica Wilson.

12          Let's go to Brandi Scapalis (phonetic).

13          BRANDI SCAPALIS:  Hi.  My name is Brandi

14 Scapalis.  And I have, for the past two years, been

15 a doctoral student in social work and --

16          CHAIRMAN ACKERMAN:  Thank you for being

17 here today.

18          BRANDI SCAPALIS:  -- have read a

19 substantial amount of the literature.

20          Can you hear me?

21          CHAIRMAN ACKERMAN:  Yeah.  We hear you

22 fine.  I was saying -- I was thanking you for being

23 here.

24          BRANDI SCAPALIS:  Okay.  So I've read a

25 substantial amount of the medical and mental health

Med Def_000309

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

1  literature on this, and I'm going to echo what the

2  last speaker said.  The section that says, "Medical

3  treatment of people with gender dysphoria is based

4  on very limited, poor-quality research with only

5  subtle improvements seen in some patients'

6  psychological functioning in some but not all

7  research studies.  This practice is purely

8  speculative, and the psychological benefits may not

9  outweigh the substantial risks of medical treatments

10  and in many cases the need for life-long medical

11  treatments."

12            That is just not true.  I've read thousands

13  of pages of literature.  And actually, the research

14  on this goes back further than Johns Hopkins, a lot

15  further, to the early 20th century in Germany under

16  Magnus Hirschfeld.  Unfortunately, that research was

17  destroyed by the Nazis as one of the earliest book

18  burnings.  But this research is 100 years old, and

19  it is not speculative.  It's over 100 years old.

20  It's not speculative, and it's not based on limited,

21  poor-quality research.

22            Now, I know where the state got this

23  language from, but that source is also considered to

24  be a biased source.  It's not in the peer-reviewed

25  literature.  And so the peer-reviewed literature on

Med Def_000310

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 60

 1  this is substantial, and that goes for both the

 2  medical and mental health literature.  I would also

 3  suggest removing that part of that section.  Thank

 4  you.

 5          CHAIRMAN ACKERMAN:  Thank you so much,

 6  Brandi.

 7          Next is Emily Gray.  Emily Gray.

 8          Lakely Love or Lakely Love.  Please forgive

 9  me if I mispronounce it.  Last name Love, first name

10  Lakey, L-a-k-e-y.

11          Yarrow Koning.  Yarrow Koning, K-o-n-i-n-g,

12  Koning.  Here we go.  Yarrow Koning, I see you.

13  That's a good thing.  I think we're letting you in,

14  or we're trying to let you in.  There we go.  I see

15  you now.  Welcome.  Can you hear me okay?

16          YARROW KONING:  Yes.  Can you hear me?

17          CHAIRMAN ACKERMAN:  Perfectly.  Thank you,

18  ma'am.

19          YARROW KONING:  Members of the Board, my

20  name is Yarrow Koning.  Until just this month,

21  resident of Palm Beach County, but recently moved

22  out of state due in part to policies being discussed

23  at today's meeting.  I've attended other Board of

24  Medicine meetings on this topic.  This is the first

25  I've been permitted to speak, as public comments

Med Def_000311

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 61

1  were cut short at the other meetings I attended.

2           I wish I didn't have to spend my Friday

3  afternoon here listening to dehumanizing discussions

4  about critical healthcare that has improved my life

5  and the lives of so many people I love.  It's

6  disheartening to engage in a public comment process

7  that feels mostly like political feeder, but I'm

8  here because I'm a trans educator who works with

9  youth; and I care about the well-being of all kids,

10  including trans youth.

11           I've personally had trans kids tell me they

12  can't wait to turn 18 and leave Florida to escape

13  political climate here, including being able to

14  access medication.  I know families who are fleeing

15  the state because they're scared for the well-being

16  of their children.  So I'm here to speak to you to

17  tell you things you already know because it's always

18  right to speak up in the face of injustice and

19  because trans people, kids and adults, deserve so

20  much better than this.

21           So here's the truth of the matter.  In

22  short, the truth you already know, the point of

23  medicine is, or at least it should be, to help

24  people live happier, healthier, longer, more

25  fulfilled lives.  Gender-affirming care does all

Med Def_000312

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 62

1  these things, and the barriers you continue to put

2  in place to access it means so many people will live

3  less happy, less healthy, shorter, and less

4  fulfilled lives.

5           The point of informed consent is, or at

6  least should be, to give patients accurate

7  information they need, not perpetuate misinformation

8  and scare them away from procedures for someone

9  else's political gain.  The informed consent process

10  created here includes misinformation that some other

11  speakers have already referenced, and requirements

12  that would make it incredibly difficult, if not

13  impossible, for trans people to access gender-

14  affirming care.

15           The most ironic part of this all, though,

16  is that limiting access to gender-affirming care

17  will not stop kids from being trans or adults from

18  being trans.  Trans people have always existed and

19  will always exist.  Limiting access to gender-

20  affirming care doesn't protect anyone.  It simply

21  makes life more difficult for kids and adults who

22  already face so much trans-focused violence in our

23  day-to-day lives.  I have nothing further to say

24  today.

25           CHAIRMAN ACKERMAN:  Thank you very much.

Med Def_000313

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 63

1   Thank you for coming today and joining us.

2            Kristin Krabelling.  Kristin Krabelling.

3            Erica Imaoka, I-a -- I'm sorry -- I-m-a-o-

4   k-a, Imaoka.  Erica Imaoka.  There she is.  Erica.

5   We'll give Erica a second.

6            ERICA IMAOKA:  Hi.

7            CHAIRMAN ACKERMAN:  Hi.  Good afternoon.

8   Thank you.  Thank you for being here.

9            ERICA IMAOKA:  Thanks for the opportunity

10  to give comments.  I was at the meeting last week,

11  so I'm glad to see that we are closer to having

12  something to put out.  I'm an advanced practice

13  nurse here in Florida and provide gender-affirming

14  hormone therapy to adults.

15            So I just have a couple of comments.  One

16  is on the psychological evaluation.  It isn't in

17  that part where it's numbered, but it does still

18  live on page, I believe, it's 40, if I have the

19  documents correct, on page 40.  It says what are the

20  requirements to receive hormone replacement therapy.

21  In the second paragraph, it says before beginning or

22  continuing HRT, you must undergo a thorough

23  psychological and social evaluation performed by a

24  Florida licensed, board-certified psychiatrist or

25  psychologist.

Med Def_000314

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 64

```
 1          So --

 2          CHAIRMAN ACKERMAN:  Correct.

 3          ERICA IMAOKA:  -- just a little confusing

 4  because the language is still in that space.  So

 5  just wondering if it's going to be removed, can it

 6  be removed there too so there's not any confusion

 7  about what the requirement is.

 8          CHAIRMAN ACKERMAN:  That's -- just to

 9  respond to you.  That's a little bit different.

10  That's by statute.  That has to be a board-certified

11  psychiatrist or Florida-licensed psychologist to

12  begin or continue HRT.

13          ERICA IMAOKA:  Okay.  So then my -- I guess

14  my follow-up question to that is for those who are

15  continuing or already receiving HRT, what timeline

16  then do they have to have that completed in?

17          CHAIRMAN ACKERMAN:  Someone help me here on

18  that.

19          DR. DERICK:  Could I ask a question of

20  staff while you look this up, Dr. Ackerman?

21          CHAIRMAN ACKERMAN:  Yeah.

22          DR. DERICK:  Staff, is this -- was it part

23  of the statute for the minors only, or was it minors

24  and adults?

25          ATTORNEY MCNULTY:  Dr. Derick, this is
```

Med Def_000315

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 65

1  Donna, if I may.  It's for the minors the -- the

2  statute says the Board shall consider requirements

3  in the informed for professional counseling by

4  board-certified psychiatrists or the licensed

5  psychologist.  So the informed consent for adults

6  does not say that in the statute.  So on page 39 or

7  40 that you're discussing in the adults, is that --

8              CHAIRMAN ACKERMAN:  Right.  It's page 40.

9  It's consent to feminizing hormones for adults.

10  It's the third page of that document, Donna.

11              DR. DERICK:  Well, that's, I think, an

12  important thing that Erica pointed out --

13              ATTORNEY MCNULTY:  I do too.

14              DR. DERICK:  -- and we can talk about it.

15              ATTORNEY MCNULTY:  Yes.

16              DR. DERICK:  So thank you, Erica, for

17  pointing that out.  I guess we kind of missed that.

18              CHAIRMAN ACKERMAN:  And Erica is not the

19  first one.  I think one of the earlier speakers,

20  Representative Eskamani, brought up the same thing.

21  Someone early on said the same thing about that.

22              So we -- I think we'll -- thank you, Erica.

23  We'll talk about that when we get back to our

24  discussion.

25              ERICA IMAOKA:  Okay.  Thank you.  And then

Med Def_000316

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 66

1    I had another one for -- on page 41 under number

2    eight.  It says, "understand the effects of hormone

3    treatment on reproduction and they have explored

4    reproductive options."  I guess I just want a little

5    bit of clarification because that is something that

6    -- I mean, as an advanced practice nurse, I know

7    like we're not probably going to be doing this part

8    anymore, but even when our physicians are

9    explaining, what does "explored" mean?  Is there a

10   requirement to that or is it just as long as the

11   provider feels they have been given the information

12   on what that looks like or --

13              CHAIRMAN ACKERMAN:  I think that's

14   intentionally ambiguous, I think.

15              ERICA IMAOKA:  Okay.

16              CHAIRMAN ACKERMAN:  Other folks can chime

17   in.  I don't think you'll want us to put anything

18   more --

19              ERICA IMAOKA:  No.

20              CHAIRMAN ACKERMAN:  Be happy with the

21   ambiguity.

22              ERICA IMAOKA:  Okay, great.  I love that.

23   And then on page 67, and this isn't actually part of

24   the consent; but it was under the draft.  So I was

25   just a little confused.

Med Def_000317

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 67

```
 1              CHAIRMAN ACKERMAN:  This is the consent --
 2  Erica, this is the consent for tradition surgery for
 3  adults?  You said page 67.
 4              ERICA IMAOKA:  67, yeah.  I think that's
 5  the page that it's on.  Let me just scroll down real
 6  quick.  Sorry.  This document is -- it's very slow
 7  on my computer.
 8              CHAIRMAN ACKERMAN:  Yeah.  That's just --
 9  67 is just -- is a draft emergency rule.
10              ERICA IMAOKA:  Okay.  So then -- so if it
11  doesn't live in the actual consent, then it doesn't
12  matter.  I guess I'm just wondering.  So I guess
13  where I get confused is that it says that if someone
14  has already -- consent is not required for renewal
15  of a prescription.  So does that mean if someone is
16  already established in care with like an advanced
17  practice nurse now they have to be with a physician,
18  but do they -- before they can get like a refill on
19  their prescription, do they have to be seen in
20  person immediately or can they get the refills so
21  that they're not out of medication before they have
22  that initial in-person visit established with a
23  physician?
24              CHAIRMAN ACKERMAN:  Counsel?
25              My understanding is they can get it
```

Med Def_000318

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 68

 1  renewed, but they can't get new drugs or increasing

 2  of dosage.

 3           ERICA IMAOKA:  Okay.

 4           ATTORNEY DIERLAM:  And Dr. Ackerman, this

 5  is board counsel Chris Dierlam.  This really isn't a

 6  proper forum for the board to be opining on specific

 7  inquiries such as that.  Really, the best way for

 8  those issues to be handled would be the filing

 9  through some sort of declaratory statement.

10           Also, whenever you reference the renewal or

11  filling of certain prescriptions, that's obviously

12  an issue that would fall under the jurisdiction of

13  the Board of Pharmacy.  So again, I would just

14  caution the board from providing too much guidance

15  particular to the filling of prescriptions because

16  that's an issue that, again, we would need to

17  discuss with our counterparts, the Board of

18  Pharmacy.  Thank you.

19           CHAIRMAN ACKERMAN:  Erica, you need to wrap

20  up because we're over your three minutes.  You want

21  to make a quick statement?

22           ERICA IMAOKA:  No.  That was all.  I just

23  wanted to clarify those things.  That's it.  Thank

24  you so much.

25           CHAIRMAN ACKERMAN:  Thank you.  Thank you.

Med Def_000319

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 69

1          Dr. Derick, did you -- you had your hand

2    raised before.  Anything else you wanted to say?

3          DR. DERICK:  No.  That was helpful.  Thank

4    you.

5          CHAIRMAN ACKERMAN:  Okay.  Thank you,

6    Erica.

7          Sara Danker.  Sara Danker, D-a-n-k-e-r.

8    And I know Sara Danker is on the line.  I see her

9    -- I see her name.  There she comes.  There's Sara,

10   masked up in the ICU or something.

11         We can't hear you yet.  Unmute, Sara.

12         SARA DANKER:  Can you hear me now?

13         CHAIRMAN ACKERMAN:  There you go.  There

14   you go.

15         SARA DANKER:  Okay.

16         CHAIRMAN ACKERMAN:  Yep.

17         SARA DANKER:  Okay, great.

18         CHAIRMAN ACKERMAN:  Thank you for joining

19   us from the operating room, Sara.

20         SARA DANKER:  Thank you for giving me the

21   opportunity to speak.  Sorry for the setting.  My

22   name is Sara Danker.  I'm a board-certified plastic

23   surgeon in Miami.  My practice is primarily gender-

24   affirming care.  To start, I'll say that when I read

25   the surgical consent, I was quite relieved.  So

Med Def_000320

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 70

1  thank you for doing the process some justice.

2            As somebody who's both participated in the

3  surgical care of hundreds of gender diverse patients

4  and somebody that's participated in research on the

5  topic, I do take great issue with the third

6  paragraph that has already been mentioned that

7  medical treatment is based on limited and poor-

8  quality data, and that improving psychological

9  functioning is subtle.

10           There are numerous prospective trials

11 demonstrating the satisfactory positive quality of

12 impacts on the lives of these patients.

13           Just this week I saw a patient from top

14 surgery.  This patient was so ashamed and

15 uncomfortable with their chest prior to surgery that

16 they couldn't pick up their niece or nephew and

17 wasn't comfortable with their partner laying her

18 head on their chest.

19           One month after the surgery, the patient

20 took a shower with their partner for the first time.

21 So you know, tell me if you think that's not a -- or

22 that's a subtle improvement in functioning.  And

23 from someone who's generally against this whole

24 process, I think that if it weren't for that

25 paragraph, this would be a very respectable

Med Def_000321

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 71

1  document.  So that's my bit on that.

2           So another correction I have is for the

3  surgical consent under phalloplasty.  It's important

4  to note that not all patients who get phalloplasty

5  has a urethra created or have their internal organs

6  removed.  So it's possible to have phalloplasty

7  without removing their vagina or their internal

8  organs (indiscernible) only phalloplasty.

9           On page three, I recommend something

10 (indiscernible) nose and chin and jaw surgery

11 (indiscernible), swelling (indiscernible).

12          And on page five, the second item, I

13 recommend changing that the treatment will not

14 prevent -- saying that the treatment will not

15 prevent psychiatric events to may not prevent

16 psychiatric events.

17          And also, under bottom surgery, I think

18 that surgeon should decide the frequency of follow-

19 up visits.  I can tell you weekly visits for months

20 after bottom surgery is neither feasible nor

21 necessary.

22          Lastly, I just want to state that since I'm

23 a plastic surgeon at an academic center, I see many

24 times where patients who have major life-threatening

25 complications and also regret surgery after major

Med Def_000322

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 72

 1  cosmetic procedures.  And so I just want to say that

 2  maybe the time would be better spent trying to

 3  protect those patients.  They're the ones who are

 4  truly at risk here, and we're really doing our best

 5  to take care of our trans community.

 6            So anyway, thank you for the opportunity to

 7  talk.  And I do give you all some credit for doing

 8  the process some justice, but I think there's room

 9  for improvement.  So thank you.

10            DR. VILA:  Dr. Danker, are you currently

11  operating on a patient?

12            SARA DANKER:  I'm about to --

13            CHAIRMAN ACKERMAN:  Thank you, Doctor.

14            SARA DANKER:  -- but not -- not a gender

15  patient.  Don't worry.

16            CHAIRMAN ACKERMAN:  Thank you, Doctor.

17            DR. VILA:  I mean, I just think it's highly

18  inappropriate.  All of these comments you could have

19  sent to us.  I'm an anesthesiologist, and I'd be

20  (indiscernible) so I think it's inappropriate.

21            SARA DANKER:  Well, I'm sorry you feel that

22  way.  I --

23            CHAIRMAN ACKERMAN:  Thank you, Dr. Vila.

24            Can we please cut off -- can we please cut

25  off Dr. Danker?

Med Def_000323

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 73

```
 1              SARA DANKER:  Thank you.

 2              CHAIRMAN ACKERMAN:  Okay.  Olivia Fine.

 3  Olivia Fine.  Okay.

 4              How about Lane Alvarez.  Lane Alvarez.

 5  Lane is coming on.  I think I saw Lane coming a

 6  second ago.

 7              LANE ALVAREZ:  Hello.  Can you hear me?

 8              CHAIRMAN ACKERMAN:  Yes, we can.  Thank

 9  you, Lane.

10              LANE ALVAREZ:  Okay.  Thank you.  Yeah.  It

11  just took a little bit for the mic to let me unmute.

12              CHAIRMAN ACKERMAN:  Yeah.  So many people

13  on, I think we have a delay.  But thank you for

14  being here today.

15              LANE ALVAREZ:  Okay.  Thank you.  I guess I

16  just want to reiterate a few of the points made

17  earlier, so I'll try to be quick.  A lot of the

18  information that you have in these forms -- in the

19  beginning of the forms, as Representative Eskamani

20  and others have commented, is misleading and

21  inaccurate, and I think that's highly inappropriate

22  in a doctor's visit.  We want to have science-based

23  information instead of political influenced

24  language.

25              The other thing is that looking at the
```

Med Def_000324

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 74

 1  requirements that you have, it seems like a lot of

 2  this is just putting onerous additional burdens on

 3  those who are trying to seek care, okay.  For

 4  example, having the in-person visits instead of

 5  telehealth visits, having all these extra

 6  appointments for psychologists, for suicide risk

 7  assessments every three months.  I mean, I don't

 8  understand why that can't be combined with the

 9  visits with the doctor that you have every few

10  months anyway.  So it just seems like lots of extra

11  money and time.  It's going to make it harder for

12  people to get the care that they need.

13          People have been on puberty blockers and

14  hormones.  This is not new.  And yet, now we're

15  asking them to get regular DEXA scans once a year.

16  Minors have to get hand x-rays.  That's all new.

17  And I don't understand the reason we need to have

18  these extra appointments that can just provide

19  blocking.

20          So I also am concerned about where you talk

21  about the psychological comorbidities.  Specifically

22  are you talking about depression, anxiety, autism,

23  ADHD, anything that can be used to prevent people

24  who might have both those and gender dysphoria from

25  getting care that they need?  I think that's not a

Med Def_000325

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 75

1  great idea because sometimes gender-affirming care

2  is exactly what is needed to alleviate some of

3  those.  For example, depression and anxiety has been

4  shown to go down with hormone therapy.  So I'm not

5  sure why we're setting up all these roadblocks.  And

6  those were my basic concerns.  Thank you for your

7  time.

8           CHAIRMAN ACKERMAN:  Thank you, Lane.  Thank

9  you for being here today.

10          Next I have is Jon Harris Maurer.  Jon

11  Harris Maurer.

12          Saw Jay Kirkley pop up.  Jay Kirkley, are

13  you with Jon Harris Maurer?  Is that your hand

14  raised?  That's your hand raised.  Thank you.

15          Jon Harris Maurer.

16          We'll move onto the next one I have, which

17  is Brian Schleifer.

18          Whoa, whoa, whoa.  Jon Harris Maurer is

19  here.  I see that -- I see -- Jon Harris, are you

20  going to speak?  We'll go back to Jon Harris.

21          Staff, is Jon Harris unable to get on, or

22  are you not letting him in?

23          DR. DERICK:  Yeah.  Jay Kirkley is with

24  Equality Florida so they might be in a group.  Yeah.

25  Actually, he just popped up.

Med Def_000326

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 76

1      CHAIRMAN ACKERMAN:  Okay.  I see Jon

2  Harris.  So who's speaking now; is this Jon Harris

3  or is this somebody else?  You said your name was

4  Jay Kirkley.

5      (Indiscernible)

6      I don't see Jon Harris.

7      JON HARRIS MAURER:  This is Jon Harris.

8  Are you able to hear me now?

9      CHAIRMAN ACKERMAN:  Yes, I am.  And who are

10  you with?  Are you representing a group, Jon?

11      JON HARRIS MAURER:  Yes.  On behalf of

12  Equality Florida.

13      CHAIRMAN ACKERMAN:  There.  I see your face

14  now.  Wow, great.  Thank you for being here.

15      JON HARRIS MAURER:  Absolutely.  My

16  apologies for the technology issues.  But --

17      CHAIRMAN ACKERMAN:  So tell me something

18  before you start, was it us or is it you?  I want to

19  know if our staff is doing it right.

20      JON HARRIS MAURER:  I think that was on my

21  end.  My apologies.

22      CHAIRMAN ACKERMAN:  Okay, good.  Okay,

23  good.  Keep up the good work, Mr. Vasquez and your

24  staff.

25      JON HARRIS MAURER:  I appreciate the

Med Def_000327

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 77

1  opportunity to comment.  I will say Equality Florida

2  is deeply concerned that the proposed consent forms

3  are misleading and don't reflect the medical

4  consensus when it comes to gender-affirming care.

5  As the American Medical Association has stated,

6  every major medical association recognizes the vital

7  role of gender-affirming care and improving the

8  physical health and mental well-being of transgender

9  individuals.

10            Studies have consistently demonstrated that

11  providing gender-affirming care that is both age

12  appropriate and evidence based leads to improve

13  mental health outcomes.  Yet, the proposed forms

14  require patients to sign off on a statement claiming

15  this treatment is "based on very limited, poor-

16  quality research" and "purely speculative."  This is

17  untrue, and Equality Florida strongly believes that

18  Floridians deserve to be informed by science, not

19  partisan rhetoric that we're seeing in these forms.

20            For minors, the proposal includes multiple

21  substantive burdensome and potentially costly

22  requirements.  These sort of requirements should be

23  left to the discretion of a prescribing physician

24  based on an individualized assessment.

25            Moreover, for adults, the proposal exceeds

Med Def_000328

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 78

1  the rulemaking directive of the legislature which

2  only directed the boards to adopt forms that "inform

3  the patient of the nature and risks."  Instead, the

4  proposed form lists eight specific requirements for

5  you to receive and continue treatment.

6          Imposing requirements constitutes an

7  unauthorized standard of care.  Those requirements,

8  one of which I understand may be removed, should be

9  converted to recommendations on the whole for a

10  prescribing physician to consider in making, again,

11  an individualized assessment.

12          Our concern is that these consent forms are

13  about creating new barriers to care and not about

14  patient well-being.  Please do revise these forms

15  with input from proper experts with the urgency

16  required by these state-imposed circumstances.

17  Thank you.  And we hope that you'll continue to

18  protect transgender Floridians and ensure that they

19  do have reasonable access to care.

20          CHAIRMAN ACKERMAN:  Thank you, Jon.  Thank

21  you, Jon.

22          Let's go back to Brian Schleicher.

23          Okay.  Allen Grossman.  Allen Grossman.

24  Are you here Allen?  Maybe Allen didn't really want

25  to speak.

Med Def_000329

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

 1              Mr. Vila -- Dr. Vila.

 2              DR. VILA:  Mr. Chair, if I can make a

 3    recommendation that you announce the next two

 4    speakers and then introduce the one that you're on

 5    so that the follow-up speakers will have a chance to

 6    get positioned.  Thank you.

 7              CHAIRMAN ACKERMAN:  Thank you.  Excellent

 8    suggestion.  I will do that.

 9              So next is Kelly Barton -- I'm sorry.  Next

10    is Katherine Campbell.

11              I ask Kelly Barton and Rene D. to stand by.

12    You'll be next.

13              So Katherine Campbell.

14              The other two I just mentioned, you can get

15    on, just don't speak until we're ready for you.

16              So no Katherine Campbell.  How about Kelly

17    Barton?

18              Oh, Rene is there.  We'll get to you in a

19    second, Rene, with all your flags.  I like that.  No

20    Kelly Barton.

21              So, Rene, the floor is yours.  I know

22    you're there.

23              And while Rene gets teed up, let me call

24    the next couple, three names.  I have Selene Adams,

25    Kate Steinle, and Jen Cousins.

Med Def_000330

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 80

```
 1              So Rene D, come on.  I saw you.
 2              RENE DAVIS:  Hello.
 3              CHAIRMAN ACKERMAN:  There's Rene.
 4              RENE DAVIS:  Can everybody hear me?
 5              CHAIRMAN ACKERMAN:  Perfectly.  Thank you.
 6  The floor is yours.
 7              RENE DAVIS:  All right.  Hi, everyone.  My
 8  name is Rene Davis.  I'm a resident of Brevard
 9  County, and a local activist and represent dozens of
10  trans-Floridians here in the state, who I am in a
11  thread with right now that are actively listening to
12  this conversation.  Thank you for having it be
13  public.  They are providing a lot of sort of
14  firsthand accounts on their personal experience with
15  this.  And they're very -- you know, very --
16  obviously, very interested in making sure these
17  forms are helping them get access to care and not
18  hindering it, and that they -- you know, that they
19  have the patient's well-being in interest.
20              So at some point, I'm probably going to
21  jump to those and read a couple of those stories.  I
22  find them very compelling and relevant to this
23  discussion.  Before I do that, I just want to echo a
24  few different sentiments that have already been
25  stated.  Regarding the language on the form, reading
```

Med Def_000331

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

1  -- describing gender-affirming care is experimental.

2           I just want to put on record here, there's

3  a formal report and statement that came out, I

4  think, about two weeks ago, from the American

5  Medical Association, which, as you know, is a large

6  governing body in medical science.

7           And I just want to quickly read one of

8  their formal statements here.  And I quote, it says,

9  "Due to widespread misinformation about medical care

10  for transgender and gender diverse teams, 18 states

11  have passed laws or instituted policy banning

12  gender-affirming care.

13          All right.  These policies do not reflect

14  the research landscape.  More than 2000 scientific

15  studies have examined aspects of gender-affirming

16  care since 1975."  Right.

17          And I think others have mentioned that

18  there's also been gender-affirming care, you know,

19  as earlier as the '20s and '30s, which,

20  unfortunately, a lot of that information was lost by

21  the book burnings that took place during, you know,

22  the Nazi regime.  And it's important to note that

23  the first treatment of HRT was actually done on cis

24  people back in the '30s.  The first HRT treatment

25  for a cis woman occurred prior to the treatment for

Med Def_000332

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 82

1  trans women.  Same thing for trans men and cis men.

2          So I think this -- it's very dangerous to

3  have this misleading rhetoric because if I'm a trans

4  person wanting to get care, I should know the

5  baseline risks based on the overall governing body

6  of research, right, not one or two cited studies

7  that are irregular from the body of research.

8          So I would also encourage this Board to

9  file a motion to strike the ability of the Board to

10  cite research and reference itself.  I know some of

11  you have cited your own research to justify some of

12  the statements you've made, if those statements are,

13  in fact, true.

14          Every single valid body of scientific

15  research should have multiple forms of evidence from

16  multiple authors, from multiple institutions.  So if

17  you want to sit here and impose this rhetoric that

18  gender-affirming care is experimental, I would ask

19  you to provide resources that cite that outside of

20  this Board's existing knowledge, just to -- you

21  know, that would be a little less biased.

22          CHAIRMAN ACKERMAN:  Thank you, Rene.

23          RENE DAVIS:  So --

24          CHAIRMAN ACKERMAN:  Your time is up.  Thank

25  you.  Thank you for being here today.

Med Def_000333

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

```
                                                    Page 83
 1                RENE DAVIS:  Thank you.

 2                CHAIRMAN ACKERMAN:  Thank you for your

 3   time.

 4                Next I have is Selene Adams.  I don't see

 5   Selene Adams teed up yet.  After Selene Adams, I

 6   have Kate Steinle, and then Jen --

 7                SELENE ADAMS:  Hi.  I'm --

 8                CHAIRMAN ACKERMAN:  -- Cousins.

 9                SELENE ADAMS:  -- Selene Adams.  Hi.

10                CHAIRMAN ACKERMAN:  Okay.  Hang on.  Hang

11   on -- hang on, Selene.

12                Hang on one second.  One second.  I just

13   want to make sure Kate Steinle, Jen Cousins, and

14   Simone Chriss are ready to go next.

15                So Selene Adams, please begin.

16                SELENE ADAMS:  Thank you.  I have nothing

17   further to add than other people have spoken more

18   succinctly and with more bases so I would like to

19   yield my time.  But I would like to very much

20   acknowledge and appreciate my fellow speakers for

21   bringing such concise thoughts to this hearing.

22                CHAIRMAN ACKERMAN:  Thank you so much.

23   Thank you for being sensitive to our time today.

24                Kate Steinle.

25                Jen Cousins.
```

Med Def_000334

Page 84

```
 1             After Jen Cousins -- I'll give Jen a second
 2   to come on -- we have Simone Chriss.  Simone Chriss
 3   has spoken to us before.  Andrea Montanez is after
 4   Simone Chriss.  Andrea Montanez after Simone Chriss.
 5             Jen Cousins.  Okay.
 6             Simone Chriss, are you there?  Simone
 7   Chriss represents Southern something.  She's a
 8   lawyer.  Well, no.  So I guess Simone Chriss isn't
 9   here.  So I'll ask for Andrea Montanez.  Following
10   Andrea Montanez, I have Kendra Parris and Jerrica
11   Kirkley.
12             Okay.  Andrea Montanez.  Thank you.
13             Before Andrea speaks, again, I have Kendra
14   Parris, Jerrica Kirkley, and then Jay Kirkley.
15             So Andrea.  Oh, there you are.  I just saw
16   you last week.  Didn't we talk?
17             ANDREA MONTANEZ:  Yes.  Good afternoon.
18             CHAIRMAN ACKERMAN:  You're before me
19   everywhere.
20             ANDREA MONTANEZ:  Yes.  We find everywhere,
21   unfortunately.  I hope, so we don't have to do
22   anymore because we're lonely.
23             CHAIRMAN ACKERMAN:  Well, thank you.
24             ANDREA MONTANEZ:  But anyway, my name is
25   Andrea Montanez.  I use the pronoun she/her.  I
```

Med Def_000335

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 85

1   represent Health Community Center and Women Voices

2   of South Florida.  I would like to have the

3   attention of all of you today.  I really cite to

4   most medical, but I want to address all you as a

5   whole body of the Board of Medicine.

6            I need you to know that we exist; that we

7   are affected by the healthcare physically, socially,

8   and financially, and this is too confuse for me and

9   my community.

10           This is a basic, basic medical needs we

11  have before because it's something we needed.  You

12  are really making -- looking doctor look very bad in

13  Florida.  You seem to think you are the only ones

14  who understand what is science.  It seems you think

15  Floridians are not intelligent.  Please, please

16  listen to your peers.  Listen to who actually work

17  with us in the community.  Listen to the nurse

18  practitioner.  I still don't see why we don't have

19  the nurse practitioner when they take care of me for

20  couple of years.

21           And everything I see that.  Listen to them

22  because they know about us, what kind of concern

23  for, what treatment we need, and we don't need to

24  change the name.  This is basic.  Still using your

25  medical authority to derail (indiscernible) your

Med Def_000336

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 86

1   profession.

2             When serving your duty as a Board, make

3   medical decision, not political ones, please.  Show

4   that Florida that doctor has ethical principles and

5   (indiscernible) respect the Constitution of the

6   United States, the country coming for freedom, and I

7   ask for that.  Please listen to your peers and

8   keeping working and something is going to helping

9   us.  Not (indiscernible) this.  Thank you.

10            CHAIRMAN ACKERMAN:  Thank you, Andrea.  And

11  good seeing you again.  Thank you for your

12  participation every -- every week.

13            ANDREA MONTANEZ:  Thank you, Doctor.

14            Next is Kendra Parris and then I have --

15  after Kendra, I have Jerrica Kirkley and Jay

16  Kirkley, and following the Kirkleys -- I assume

17  they're related.  Following the Kirkleys, I have

18  Chris Newland.  Okay.  No Kendra Parris.

19            How about the Kirkleys, Jerrica or Jay, or

20  both?  Oh, I see Chris Newland is getting ready.

21  That's good to see.

22            Kirkleys here?  There we go.  We got -- we

23  have Jerrica.  Nice that you're here, ma'am.

24            JERRICA KIRKLEY:  I'm Dr. Jerrica Kirkley.

25  I go by she/her pronouns, and I'm the cofounder and

Med Def_000337

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 87

1   Chief Medical Officer of Plume, also a trans woman

2   and recipient of gender-affirming care myself, and a

3   --

4              CHAIRMAN ACKERMAN:  Stop -- stop one

5   second.

6              JERRICA KIRKLEY:  Yep.

7              CHAIRMAN ACKERMAN:  So Jen Cousins, I did

8   see that you're here.  I'm going to get to you after

9   the Kirkleys.  So just --

10             JERRICA KIRKLEY:  Okay.

11             CHAIRMAN ACKERMAN:  -- please stay on.  I

12  know I skipped over you.

13             So go ahead, Dr. Kirkley.

14             JERRICA KIRKLEY:  Yes.  So we take care of

15  many transgender diverse folks across the country.

16  We do it via telehealth platform and have over

17  hundreds of years of gender-affirming care

18  experience on our team, and grateful for the

19  opportunity to speak at this meeting.  Thank you.

20             So I want to speak to SB-254, but also to

21  the consent form specifically, and just note that

22  the law and the consent forms are in direct

23  opposition, as noted by many folks today, to

24  evidence-based guidelines for care and undermine

25  long-established medical standards of care and

Med Def_000338

Page 88

1   practice protocols that we've had in place.

2            Gender-affirming care, as we know, is

3   supported by many major healthcare organizations,

4   just as Rene noted earlier, including the American

5   Medical Association, American Academy of Pediatrics,

6   the Endocrine Society.

7            And we do have a robust body of research

8   that continues to grow in supporting gender-

9   affirming care access and that it is lifesaving and

10  positively impacts many people, including over 2000

11  studies since 1975.

12           But this law and the consent form set a

13  dangerous precedent, as it fundamentally creates a

14  two-tiered health system in Florida where trans and

15  gender diverse individuals will not be able or will

16  be severely restricted in their ability to access

17  the care that they need as compared to cisgender

18  individuals.

19           Patients seeking gender-affirming care will

20  be segregated from the rest of the population, only

21  be allowed to be seen by an MD or a DO rather than a

22  NP or PA, who we know provide a significant portion

23  of primary care in gender-affirming care in Florida

24  and around the country.

25           In addition, these patients will be

Med Def_000339

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 89

1  required to be seen in person to get that consent

2  form, which is a major barrier in care.  We know

3  that 85 percent of trans individuals in 2022 did not

4  go into a physical healthcare facility when they

5  needed to because of fear of discrimination and

6  mistreatment.

7           And to speak to the consent forms

8  specifically, I do agree that I would say -- I would

9  recommend removing the requirement of an evaluation

10  or letter from a psychiatrist or psychologist, as

11  that's not supported by the WPATH Standards of Care,

12  Version 8.  WPATH version 8 also notes what is

13  recommended is a diagnosis of gender incongruence

14  and not a diagnosis of gender dysphoria.  So I would

15  recommend striking gender dysphoria completely and

16  anchoring on the evidence-based guidelines that we

17  have, which recommend gender incongruence.

18           I would recommend removing the need for a

19  witness signature in the consent form for adults, as

20  this poses an unnecessary barrier.

21           And while these might not fall within the

22  statutes we're discussing today, I do encourage you

23  all to use your power and your privilege and your

24  positions on this Board to push back and not require

25  adult patients to sign an informed consent form that

Med Def_000340

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 90

1  is unprecedent.  And really most medical practices

2  that we have, we don't require informed consent

3  forms be signed.  That should be something that's

4  navigated by the physician or the clinician

5  providing that care and the patient themselves and

6  understanding how informed consent works best in

7  that situation.

8            And lastly, of course, that all clinicians

9  provide this care that is lifesaving.  We have a

10  massive shortage in providing this care in a real

11  life-threatening situation for many trans and gender

12  diverse individuals, which includes nurse

13  practitioners and physician assistants.

14            So I really appreciate your time today in

15  taking the diligence to work on this consent form to

16  meet the needs of the trans and gender diverse

17  community.  Thank you.

18            CHAIRMAN ACKERMAN:  Thank you, Dr. Kirkley.

19            Now, I have two Kirkleys that wanted to

20  speak.  I assume you're both together, and that was

21  it, or is there a second --

22            JAY KIRKLEY:  No.

23            JERRICA KIRKLEY:  Not -- not related.

24            CHAIRMAN ACKERMAN:  Oh, not related.  Okay.

25  So you are Jay?

Med Def_000341

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 91

1              JAY KIRKLEY:  Yes.

2              CHAIRMAN ACKERMAN:  Okay.

3              JAY KIRKLEY:  No.  I'm Jay.

4              CHAIRMAN ACKERMAN:  Okay.  I'm sorry.

5    Forgive my confusion.  Hopefully you understand my

6    confusion.  Okay.  So now we're up to Jay.  Jay

7    Kirkley.

8              JAY KIRKLEY:  Yes, sir.  Yes, Dr. Ackerman.

9              CHAIRMAN ACKERMAN:  Okay.  Thank you.  So

10   hang on.

11             So, Jen Cousins, I know you're there.  Let

12   me get through the two Kirkleys, and then we'll get

13   to you.

14             So Jay, go ahead, sir.

15             JAY KIRKLEY:  Thank you so much.  I want to

16   say good afternoon to the Board -- to both Boards.

17   My name is Jay, and I work with Equality Florida,

18   but I'm here of a personal capacity speaking, so not

19   with the organization.  But I wanted to echo a lot

20   of the comments made by previous commentators.  I

21   think they touched on a lot of things, and I'm going

22   to talk about them again.

23             One, specifically, is the initial second

24   paragraph that's been brought up a lot talking about

25   how it is based on very limited, poor-quality

Med Def_000342

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 92

1  research.  I think this is what other people have

2  said is inputting a partisan lens to what gender-

3  affirming care is.  It talks about acknowledging and

4  letting people know about both the benefits and the

5  harms that are -- that are offered in gender-

6  affirming care.

7          But this consent form neglects to include

8  benefits, significant benefits.  It neglects to talk

9  about the positive things in a sufficient capacity

10  compared to all of these negative harms that may be

11  potentially caused by this gender-affirming care.

12  And so I think that is something the Board needs to

13  consider when writing this thing to include more of

14  the benefits and to show that these benefits allow

15  patients to flourish as they are.

16          I would also like to remind the Board about

17  these consent forms that youth patients right now

18  cannot start new care.  It seems to me like these

19  consent forms are crafted in a way that is designed

20  to make a checkpoint before they start care.  So I'd

21  like to remind the Board that these are youth that

22  are in the middle of their treatment and have been

23  blocked by this law and are waiting for this to

24  begin.

25          This isn't a block to make new patients

Med Def_000343

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 93

1  consider it.  These are patients that have

2  considered it.  They have started, and now they're

3  blocked in continuing their care.  And these extra

4  additional barriers are simply just more barriers,

5  more time, more -- more things they have to do

6  before they can even begin.

7           And then finally, I'd just like to thank

8  you for the work that you've done in trying to craft

9  consent forms that appease all of our concerns, as

10  well as doing your job, and so I thank you for that

11  and the work that you've done.  And that's it.

12  Thank you so much.  Have a great day.

13           CHAIRMAN ACKERMAN:  Thank you so much.

14           Okay.  Chris Newland.  We're up to you,

15  Chris.

16           No, I'm sorry.  Jen Cousins.  We're going

17  to Jen Cousins.  I've been skipping over Jen Cousins

18  for a while.  So, Jen Cousins, why don't you get

19  yourself teed up.

20           We have Chris Newland after Jen Cousins,

21  and I know Chris Newland is on the -- is in the

22  queue, and Joe Mario Pedersen.  Joe Mario Pedersen

23  will be following that, and then William Elijah

24  Clark.  And I know I saw William Elijah Clark

25  earlier on the line.  So right now, we're on, as I

Med Def_000344

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 94

1  said, Jen Cousins.

2            JEN COUSINS:  Hi.  Good afternoon, Board.

3  I have to apologize.  I had another meeting pop up

4  at the last minute so I'm only just getting into

5  this now.  But I've been attending every single

6  meeting that you've had since this started last

7  year.

8            And first of all, I want to say, you know,

9  we really need you to think about the lives of the

10  people that bad practice here could destroy.  I have

11  watched friends who are adults face barriers to

12  receiving their healthcare over the last month.

13  I've watched fellow parents just absolutely break

14  down over what they're going to do to protect their

15  children who they feel the State wants to just

16  destroy.

17            You know, I'm a big believer in hindsight

18  is 20/20, and I have to say that we all knew that

19  this bill was going to be passed into law as it went

20  through the legislature.  There was no doubt about

21  it.  And you know, I would like to say that I wish

22  you all had watched that and started working on

23  these forms beforehand, as soon as it passed its

24  final floor vote to start crafting these forms so

25  that we didn't wind up in this situation where we

Med Def_000345

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 95

1  had patients who could no longer access their

2  healthcare.

3          As a previous commenter said, you know,

4  these forms are full of all the horrible risks of

5  what could possibly happen if you should do gender-

6  affirming healthcare, but nobody is recognizing the

7  benefits.  You know, I have personally watched

8  people transition and reap the benefits of gender-

9  affirming care.

10          And I just want you to remember when you're

11  doing all this that these are human lives that are

12  no different from your sons, your daughters, your

13  spouses, your friends, your neighbors, your

14  coworkers.  These are all human people who deserve

15  to be treated respectfully and with care, and I

16  really want you to hold that into your hearts as you

17  go forward with all of this.  Thank you.

18          CHAIRMAN ACKERMAN:  Thank you, Jen.  Thank

19  you very much for your time and thank you for being

20  here.  I'm glad you were able to get your time to

21  speak and come back with us.

22          So Chris Newland.  Following Chris Newland

23  is Joe Mario, William Elijah Clark, and then Ocean

24  Price.

25          So Chris Newland.

Med Def_000346

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 96

1              CHRIS NEWLAND:  Thank you very much,

2    Mr. Chairman.  And very quickly, I would like to

3    thank both the Boards for their work on this.  And

4    especially want to thank staff for its efforts in

5    trying to get these forms up as quickly as possible

6    once you approve them today so that we can continue

7    to and start the care that these people need.  Thank

8    you for your time and attention.

9              CHAIRMAN ACKERMAN:  Thank you, Chris.

10   Thank you.

11             Joe Mario Pedersen, you're next.  There's

12   Joe.  And while Joe is getting teed up, after Joe is

13   William Elijah Clark, Ocean Price, and Bryce

14   Hackmeyer.

15             JOE MARIO PEDERSEN:  Hello.  Thank you very

16   much for taking my comment here.  As you all said,

17   my name is Joe Mario.  I'm actually a reporter from

18   Orlando.  I work over at the NPR Member station,

19   90.7 WMFE.  I've been covering this story.  And I've

20   been looking for some clarity on a part of the bill

21   and was hoping you all might be able to provide some

22   of that clarity today.

23             Part of the bill dictates that only

24   physicians can be providers for care such as HRT for

25   transgender folk.  And as I'm sure, you know, most

Med Def_000347

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 97

1   of you are aware, the majority of those who are

2   seeking that kind of care were doing so within

3   clinics, and nursing practitioners were the ones who

4   were providing that care.  Under SB-254, that's no

5   longer possible.

6            And I've been trying to find out as to why

7   nursing practitioners have -- are no longer -- why

8   it's considered that nursing practitioners are no

9   longer able to provide that sort of care.  And I've

10  received some very mixed answers on that.  I was

11  wondering if the Board had been provided with any

12  sort of clarity from the bill's sponsors as to why

13  nursing practitioners no longer provide that care.

14            CHAIRMAN ACKERMAN:  So Joe, we have -- this

15  isn't a forum for that.

16            ATTORNEY DIERLAM:  Dr. Ackerman, if I may.

17  I beg your pardon.  I really do not mean to be rude.

18  I do not mean to cut you off in any way at all, but

19  I believe it would be important that we direct this

20  individual to Mr. Brad Dalton.  He's the

21  Department's --

22            CHAIRMAN ACKERMAN:  Exactly.  Chris --

23            ATTORNEY DIERLAM:  -- Press Secretary.

24            CHAIRMAN ACKERMAN:  Chris, just give me a

25  second.  That's --

Med Def_000348

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 98

```
 1                  ATTORNEY DIERLAM:  Okay.

 2                  CHAIRMAN ACKERMAN:  -- exactly what --

 3                  ATTORNEY DIERLAM:  Thank you.  I apologize.

 4                  CHAIRMAN ACKERMAN:  Right.  This isn't a

 5   forum for Q&A from the press.  Brad Dalton is our

 6   press liaison, whatever -- press secretary, whatever

 7   his title is.  But he's the one that's most -- has

 8   the best ability to do this.  But thank you for

 9   being here and thank you for your comments and your

10   concerns regarding those Floridians that are of the

11   transgender community.

12                  Move on to William Elijah Clark.  I thought

13   I saw William Elijah.

14                  WILLIAM ELIJAH CLARK:  Hi.  I'd like to

15   request that I speak after 2 o'clock.  Thank you.

16                  CHAIRMAN ACKERMAN:  Who was that?  Who's

17   speaking?  Is that William --

18                  WILLIAM ELIJAH CLARK:  Wait.  Not 2

19   o'clock.  3 -- yes, this is he.

20                  CHAIRMAN ACKERMAN:  Well --

21                  WILLIAM ELIJAH CLARK:  (Indiscernible)

22                  CHAIRMAN ACKERMAN:  -- Elijah -- I'm going

23   to put you at the end.  If the end is after 3

24   o'clock --

25                  WILLIAM ELIJAH CLARK:  Yep.
```

Med Def_000349

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 99

 1               CHAIRMAN ACKERMAN:  -- that's great.

 2               WILLIAM ELIJAH CLARK:  (Indiscernible)

 3               CHAIRMAN ACKERMAN:  If it ends before 3

 4  o'clock, you're SOL.

 5               So Ocean Price.

 6               WILLIAM ELIJAH CLARK:  Yeah.

 7               CHAIRMAN ACKERMAN:  I'll get back to you

 8  again.  Don't worry, William.  I got you.

 9               Ocean Price.  Ocean Price.

10               Bryce Hackmeyer.  Bryce Hackmeyer.

11               Oh, Ocean Price is here.  Hang on.  Ocean

12  Price coming on.

13               So before Ocean speaks, I have three more

14  after Ocean, and that would be Bryce Hackmeyer,

15  Danielle Proculo, and Cameron Jones.

16               So, Ocean, please speak.

17               OCEAN PRICE:  Hi.  This is Ocean Price.  I

18  was at the meeting last week as well.  And first of

19  all, I wanted to say that I really appreciate a lot

20  of the changes that were made like towards the --

21  like throughout the last meeting.  I feel like a lot

22  of stuff was clarified and a lot of things weren't

23  really necessary were removed, so I feel like that

24  went in a really positive direction.

25               And I'm really happy to see that it seems

Med Def_000350

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 100

1   like the consent forms, or at least the emergency

2   rule versions, will be ready soon so that,

3   hopefully, I will be able to move forward with my

4   top surgery, which, as I mentioned before, had been

5   canceled because of the lack of consent forms.

6           And I wanted to say that for moving forward

7   for like the final version of the form, I agree with

8   -- with what other people -- other speakers from the

9   public have said.  I agree that the -- that the

10  evidence of the benefits of gender-affirming care

11  are not really speculative or limited or poor

12  quality.

13          I feel like the research that went into

14  this -- making this document has been very biased,

15  and I think that should be reconsidered going

16  forward with the final consent form.  But I do feel

17  like for now it's really important to get a consent

18  form out so that people can continue their care or

19  receive their care that -- that they are already

20  planned on receiving to avoid further disruption of

21  people's lives.

22          I also think that it's important that if

23  you're going to say that sex cannot be changed in

24  the form that -- I believe it was Luke that said

25  that it should be defined in the form.  I agree with

Med Def_000351

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 101

 1  that because if the concern is that people will

 2  believe that -- that it will change the reproductive

 3  functioning, then that should be specifically

 4  included because there are a lot of aspects of sex

 5  that are changed by -- by hormone replacement

 6  therapy.

 7            And I also think that moving forward, sort

 8  of going back to my first point, it's important

 9  to -- to discuss it with doctors who specialize in

10  this field and work with transgender patients and

11  who are -- who have a better understanding of this

12  because, especially at the last meeting, I felt like

13  --

14            CHAIRMAN ACKERMAN:  Thank you, Ocean.

15  Thank you, Ocean.

16            OCEAN PRICE:  Sorry.

17            CHAIRMAN ACKERMAN:  Your time is up.

18  You're doing great.  And we appreciate your -- your

19  input.  Thank you so much.

20            Bryce Hackmeyer.  After Bryce Hackmeyer, I

21  have Danielle Proculo and Cameron Jones.

22            Is Bryce Hackmeyer here?

23            And staff, I just got an alert on my

24  screen, says five minutes left of my meeting.  Do

25  you have to renew the license or something?

Med Def_000352

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 102

1           UNIDENTIFIED MALE:  No, Dr. Ackerman.  The

2   meeting will continue.

3           CHAIRMAN ACKERMAN:  Okay, good.  Good,

4   good, good.  Just don't want this to all cut out.

5           Danielle Proculo.

6           BRYCE HACKMEYER:  Dr. Ackerman -- sorry.

7   This is Bryce Hackmeyer.

8           CHAIRMAN ACKERMAN:  Oh, thank you, Bryce.

9   Thank you for being here.

10          So after Bryce is Danielle Proculo and then

11  Cameron Jones.  And then we'll go back to William

12  Elijah Clark.

13          So go ahead, Bryce.

14          BRYCE HACKMEYER:  Awesome.  Good afternoon,

15  members of the Joint Boards of Medicine.  Thank you

16  for having us today.  I'd like to start off by

17  thanking you all for the changes made last week

18  during the Joint Board's Rules and Legislative

19  Committee meeting.  I am Bryce Hackmeyer.  I am the

20  Health and Technology Director at Women's Voices of

21  Southwest Florida and as well as the cofounder of

22  Justice Advocacy Network.

23          I had a few concerns.  Although there were

24  changes -- many changes made to the adult forms that

25  I appreciate, requirements moved into

Med Def_000353

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 103

1   recommendations, I do have -- I do take issue with

2   the third paragraph under patient information and

3   informed consent on all forms, which is a sentiment

4   echoed throughout this public comment with -- "with

5   words such as poor-quality research, subtle

6   improvements seen in some patients' psychological

7   functioning, very limited, poor-quality research,"

8   excuse me, as well as, "purely speculative in

9   practice."

10          And I did hear a physician on this board

11  mention earlier in this meeting that other

12  physicians can incorporate other opinions into their

13  own consent forms.  And I do not disagree with that

14  statement at all.  I guess my question would be why

15  is it that the Boards of Medicine, the Joint Boards

16  of Medicine, are taking this opinionated stance

17  regarding practice throughout the state of Florida.

18          While, you know, individual practitioners

19  may choose to develop their informed consent forms

20  differently, I question the necessity of such a

21  paragraph existing in the first place in this form.

22  Not that there needs to be something in opposition

23  to what this -- what's currently in there, but I

24  just question its existence in the first place.

25          Another concern of mine -- I apologize for

Med Def_000354

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 104

1   the noise in the background -- is that on the

2   informed consent form and assent forms for minors,

3   the extensive list of requirements still remains,

4   and these costs rack up into the four -- yes, four

5   figures, I believe, and, potentially, five figure

6   costs annually for trans patients and their

7   families.  And I would advise that the Joint Boards

8   of Medicine look into various costs associated with

9   and without insurance coverage of such treatments,

10  considering the fact that minors who have already

11  been undergoing gender-affirming care would be

12  affected by these informed consent forms and would

13  be subjected to these requirements.

14          So not being able to pay for such

15  treatments or such required testing and whatnot

16  could render a minor detransition against their own

17  will, which, to me, is an unforgivable situation

18  that I believe the Boards of Medicine should look

19  into preventing to the best of its ability.

20          Thank you so much you all, and -- for

21  giving me the opportunity to speak, and I hope you

22  all have a great rest of your day.

23          CHAIRMAN ACKERMAN:  Thank you, Bryce.

24  Thank you, Bryce.

25          Danielle Proculo.  Danielle Proculo.

Med Def_000355

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 105

 1           DR. VILA:  Mr. Chair, this is Dr. Vila.

 2    Would you mind if I made a comment?

 3           CHAIRMAN ACKERMAN:  I would love it.

 4           DR. VILA:  Yeah.  So there's -- there's

 5    this recuring theme among much of the testimony, and

 6    it's a criticism of the term poor-quality studies.

 7    And I think it probably deserves just a statement to

 8    nonphysicians and nonscientists what -- that term

 9    poor-quality studies is not like an adjective.  It's

10    not like we're describing it.  That is -- that is

11    very standard medical terminology that describes to

12    the absence of the highest quality of studies that

13    exist, and that's prospective, randomized,

14    controlled studies that have large numbers of

15    patients and follow those patients over an adequate

16    period of time to provide good predictive value.

17    That would be good studies.

18           So this is just -- it's a medical term, and

19    all of us doctors are used to using it, poor-quality

20    studies.  It doesn't -- it doesn't mean that -- it

21    doesn't mean anything judging those studies.  It

22    just means that they don't meet the standard of what

23    we in medicine refer to as high-quality studies.

24           Again, it needs to be a study that's

25    designed and done prospectively.  The patients need

Med Def_000356

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 106

1   to be randomized and there need to be controls.  And

2   there are no studies.  And so this is just a fact.

3   This is not -- it's not a judgment.  It's a fact

4   that there are -- that these studies are poor

5   quality.  They don't meet the standards for high

6   quality studies.

7            And I -- it's concerning me.  I feel bad

8   for the public because I think if I did not know

9   this about that descriptor, poor-quality studies, I

10  might feel the same way they do.  So anyway, I felt

11  like that was helpful to mention that.  Thank you,

12  Mr. Chair.

13           CHAIRMAN ACKERMAN:  Yeah.  Thank you very

14  much, Dr. Vila.  That's exactly right.  You know, we

15  -- high quality studies are randomized clinical

16  trials, prospective, and these studies aren't that

17  type.

18           So we have --

19           DR. HUNTER:  Dr. Ackerman.

20           CHAIRMAN ACKERMAN:  Who's that?

21           DR. HUNTER:  This is Patrick Hunter.

22           CHAIRMAN ACKERMAN:  Yes, sir.

23           DR. HUNTER:  I just wanted to chime in with

24  what Dr. Vila said about the low-quality studies.  I

25  think there's increasing recognition worldwide and

Med Def_000357

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 107

1  in the American press.  Frankly, there's been

2  some -- a few newspaper articles about how the

3  United States and the American healthcare

4  organizations are falling out of line with Europe.

5          To that end, we all know Finland, Sweden,

6  Norway, England, are changing their policies.  Their

7  healthcare authorities are emphasizing psychological

8  care and greatly concerned about youth transition.

9          Two weeks ago, there was a worldwide

10 conference in Helsinki, Finland, that I was aware of

11 where over 70 mental health providers from all over

12 the world, from Australia to the United States and

13 everywhere in between, attended to address the

14 concerns about the low-quality evidence.

15         And just this morning, I took a phone call

16 from Europe about this, and have had emails from

17 Belgium, France, and Finland about these issues and

18 why the United States is out of line with the rest

19 of Europe.

20         So the evidence is low quality, and I think

21 -- I appreciate many of the comments.  This board

22 sincerely wants what is best for trans-identified

23 youth, youth with gender dysphoria, and adults.  And

24 it is not settled, as it appears to be, based on

25 what's happening in Europe and the quality of the

Med Def_000358

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 108

1  evidence that exists in this field.

2          CHAIRMAN ACKERMAN:  Thank you, Dr. Hunter.

3          DR. HUNTER:  Thank you.

4          CHAIRMAN ACKERMAN:  Danielle Proculo.

5          DANIELLE PROCULO:  Hi.  Yep.  I'm here.  So

6  I'm actually interested that you made that comment,

7  Dr. Vila, especially because if this is an informed

8  consent form, why are we using hyper-specific

9  scientific language in it?  If we're going to say

10  it's poor-quality research, why not just say it's

11  not been peer-reviewed or whatnot?  There's no

12  reason to use poor quality as a scientific term in a

13  layman's form.  It doesn't make any sense to me.

14          I have a couple more things to go over.

15  Also, many of the people who have made a lot of

16  these statements are scientists with graduate

17  degrees and know full well what poor quality means.

18  They just object to it, again, because it's not a

19  form for lay people.  This is not going to be -- you

20  know, there's no reason -- this isn't a peer-

21  reviewed like form or whatever.

22          I have some other issues that I have with

23  this.  What are we doing about people who have

24  ambiguous sex at birth?  There is people, you know,

25  with like Klinefelter syndrome or androgen

Med Def_000359

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 109

1  sensitivity syndrome that might have XXY or XY and

2  have a female (indiscernible) type.  How does this

3  law interact with them if they wish to receive

4  cross-gender hormones?  Does it matter the sex

5  assigned at birth?

6           Another one.  Will we do this for non-sex-

7  related hormones or for treatments for low T in

8  menopause?  How far will this go?  Will there be

9  informed consent, you know, for hormones like

10  insulin?  Insulin can kill you.  It was used for the

11  VA murders in 2017-2018.  Will these forms be

12  required if there's an injunction?

13           And also, I mean, this is going to make a

14  backlog.  Will you be willing to use State assets to

15  subsidize these increased burdens, and, if so, why

16  not?  Why are you putting these increased burdens on

17  the taxpayers?

18           And finally, I have a couple of interests

19  with conflict of interests.  Do you feel it's

20  ethical to make rulings like this when a lot of you

21  do not have experience with gender-affirming care,

22  particularly, youth gender-affirming care?  And

23  given that it's on the Governor's agenda, which,

24  collectively, you guys gave $700,000 to.  Do you

25  feel that that is ethical?

Med Def_000360

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 110

1            CHAIRMAN ACKERMAN:  Thank you for your

2   comments.

3            And we'll move onto Cameron Jones.

4            Dr. Hunter, I see your hand raised.  Is

5   that an old hand up or is that something new?

6            DR. HUNTER:  It is down.  Sorry.

7            CHAIRMAN ACKERMAN:  That's okay.

8            And who's this here?  I can't tell who this

9   is.  Someone else has their hand raised.  It's down

10  now.

11           Okay.  No Cameron Jones.  So let's go back

12  to William Elijah Clark.

13           WILLIAM ELIJAH CLARK:  Hi.  Can you all

14  hear me?  My name is William Elijah Clark.  I think

15  most of the general public has answered their

16  questions.  I apologize for my delay.  I work

17  multiple jobs.

18           Anyway, I think for the sake of time, I'm

19  going to ask my two main questions.  First and

20  foremostly, what HIPAA compliance do you all have

21  planned for this form?  Given that you are asking

22  for initials, that is personally -- that is personal

23  health information, and I am deeply concerned about

24  that privacy component.

25           And secondarily, I also want to ask why

Med Def_000361

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 111

1   you're asking for psychiatric evaluations for people

2   who are continuing HRT, when -- particularly for

3   those who have had nephrectomies or orchiectomies

4   who -- essentially, they are waiting at this time

5   for something, and not having gonads, as you all

6   should know, does create bone health issues.  And

7   the lack of this consent form is ultimately harming

8   people from a health economics perspective in terms

9   of --

10          CHAIRMAN ACKERMAN:  Thank you --

11          WILLIAM ELIJAH CLARK:  -- we're ultimately

12  creating health issues.

13          CHAIRMAN ACKERMAN:  Okay.  Thank you for

14  your comments.  And we'll move --

15          WILLIAM ELIJAH CLARK:  Would you be willing

16  to answer my questions?

17          CHAIRMAN ACKERMAN:  This forum isn't really

18  a back-and-forth forum for answering questions.

19  We'll discuss it in a few minutes.  When we've done

20  the public comment, we'll discuss amongst the board

21  members.  And the board members, some of them may or

22  may choose not to bring it up.  And we'll look at

23  answering them or addressing them at that point.

24          So that ends the list that I have of people

25  who preregistered to make comments.  There are some

Med Def_000362

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 112

1  people that registered late or were beyond the

2  deadline for putting in their request for comments.

3  I have about eight people.

4          Also, Mr. Vasquez, if you can help me out

5  and call up those eight people.

6          DR. DERICK:  Dr. Ackerman.

7          UNIDENTIFIED MALE:  Dr. Ackerman.

8          CHAIRMAN ACKERMAN:  By the way, I only want

9  to go until 3:20, as I said, so we have about 10

10 minutes left.

11         DR. DERICK:  Dr. Ackerman.

12         CHAIRMAN ACKERMAN:  Yes, Dr. Derick.

13         DR. DERICK:  I saw Dr. Haller come on the

14 line.  Is he one of the people who wants to speak?

15         CHAIRMAN ACKERMAN:  I don't know, but he

16 had a chance to register way before this, so we'll

17 see.  I don't know.

18         Mr. Vasquez.

19         EXECUTIVE DIRECTOR VASQUEZ:  The first name

20 on the list is Lana Don.

21         CHAIRMAN ACKERMAN:  That's not a real name.

22         EXECUTIVE DIRECTOR VASQUEZ:  The next name

23 on the list is Michael Haller.

24         CHAIRMAN ACKERMAN:  There's your answer,

25 Dr. Derick.

Med Def_000363

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 113

 1              Dr. Haller.  Dr. Haller, I see your hand
 2   raised.  You can turn on your microphone.
 3              DR. MICHAEL HALLER:  Yes.  Can you hear me?
 4              CHAIRMAN ACKERMAN:  We hear you now, Mike.
 5              DR. MICHAEL HALLER:  Sorry.  I was muted
 6   before.  Thanks for allowing me to comment.  So I
 7   would just like to state that, you know, this Board
 8   of Medicine is grossly exceeding the scope of your
 9   authority and going much further than is required
10   under SB-254.  What you're proposing is not an
11   informed consent form.  You're going far further and
12   essentially trying to create a new standard of care
13   when one already exists.
14              Again, your inclusion of language that's
15   not aligned with the standards of care is quite
16   concerning.  The ongoing emphasis on the idea that
17   there's low-grade -- low-quality evidence for
18   gender-affirming care is extremely problematic.  You
19   know, there's far less evidence on the opposite
20   side.  But doing nothing is not ineffective.  So
21   this is a conversation that physicians have with
22   their patients all day, every day.  And so to try to
23   put this specific language in a consent form is,
24   again, entirely disingenuous, and you all know that;
25   and it's shameful.

Med Def_000364

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 114

1            The bias that's being represented by the

2    medical world organizations that you chose --

3            CHAIRMAN ACKERMAN:  Please, Dr. -- please,

4    Dr. Haller.  Please, Dr. Haller.  I take offense to

5    your comments.  Don't tell us what we know and don't

6    call us shameful.

7            DR. MICHAEL HALLER:  You can take offense.

8    I'm still speaking so --

9            CHAIRMAN ACKERMAN:  Well, I'll cut you off.

10   I'll cut you off if you continue to be offensive.

11           DR. MICHAEL HALLER:  Okay.  I'm not saying

12   it to be offensive to you.  If you take offense,

13   that's your decision, but I'm just stating facts.

14           So you continue to assert that the way

15   Florida is treating patients is different than other

16   countries.  And no matter how many times you say it,

17   it's just not true.  There's no country in Europe

18   that entirely bans treatment, and you're effectively

19   trying to do that.

20           I guess I would ask, and I know you're not

21   going to -- you know, you're not going to answer

22   this for me, but perhaps you can in your

23   discussions: is how can you be moving forward in

24   this rulemaking process to make this consent when a

25   federal court has said this is an unconstitutional

Med Def_000365

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 115

1  act?  I would really be interested to understand how

2  you feel it's appropriate to move forward given

3  that's the case.  Thank you, sir.

4          CHAIRMAN ACKERMAN:  Mr. Vazquez.

5          EXECUTIVE DIRECTOR VASQUEZ:   Next name is

6  Kiara Tropiton.

7          Next name is Daniel -- did she come on?

8  There she is.

9          CHAIRMAN ACKERMAN:  That's Maria.  Call up

10 the next couple so they know to get in the queue.

11         EXECUTIVE DIRECTOR VASQUEZ:  The next one I

12 have is Daniel Garechi.  After that is Ash Buck and

13 Sho Tu.

14         CHAIRMAN ACKERMAN:  No, no.  Those aren't

15 real names.

16         KIARA TROPITON:  I'm here.  I'm here.  It

17 wasn't letting me go before.  Can I go now?

18         CHAIRMAN ACKERMAN:  Yeah, yeah.  Just

19 relax, relax.  We know you're there.

20         KIARA TROPITON:  Okay.

21         CHAIRMAN ACKERMAN:  So you have those other

22 names that are out there.

23         So Kiara, go ahead, ma'am.

24         KIARA TROPITON:  Thank you so much.  Hey,

25 point of information.  How many transgender people

Med Def_000366

Page 116

1  are all on these boards?  Do we have an answer?

2           CHAIRMAN ACKERMAN:  No.  We're not going to

3  have -- go back and forth discussion.

4           KIARA TROPITON:  Okay.  I'm going to take

5  that as zero.  I believe that if you had any

6  transgender person on your boards that they would

7  have spoken up and rejected much of the language

8  used tonight and would have pushed for rules about

9  the language that you can use to refer to people as.

10 For instance, transgender men were referred to as

11 females trying to masculinize themselves.  That's

12 inappropriate.

13           If we had a transgender person on the

14 board, they would have been able to speak to that.

15 They would have been able to speak to the fact that

16 transgender people are not trying to change their

17 hormones or to be able to produce -- to produce

18 sperm.  We are trying to live our lives.

19           And now if our sex education is so poor in

20 this country and this state that young people think

21 that they can -- that they were born with a vagina

22 they can produce sperm, that's a separate issue.

23 But I wanted to speak on a few very important

24 things.

25           I live in Pensacola.  Florida is my life.

Med Def_000367

Page 117

1  I love this place.  And one of the things I do is I

2  organize in my community.  I talk to transgender

3  people every day, and I can tell you that there are

4  transgender friends of mine who are dusting off

5  their visa to German, to Canada, and to other places

6  to try to get out of this state because of what is

7  happening.

8            Everybody on this Board has been on

9  testosterone or on estrogen for decades.  You

10  understand that because -- just because you may be

11  in a category that may -- you know, maybe people on

12  testosterone are more likely to experience such and

13  such complications, that affects everybody, not just

14  transgender people.  What we are talking is

15  discriminating against us on the basis of sex.

16            And I want to point out something to you.

17  You have a very strong responsibility.  You have to

18  enforce the Constitution.  As it was mentioned,

19  courts across this country are ruling against the --

20  against these blanket bans.  And just because Ron

21  DeSantis is telling you to do something, you still

22  have to hold to your obligation to enforce our

23  Constitution, to enforce the laws of this country.

24            In Florida, 1.5 million people cannot vote

25  so we are not able to even choose our legislature.

Med Def_000368

Page 118

1  You have a very high responsibility.  When Latino

2  people -- when our families are being -- when your

3  Governor -- when a governor is telling us that they

4  could ask for our papers, our civil rights have been

5  eroded so you have an even higher --

6              CHAIRMAN ACKERMAN:  Okay --

7              KIARA TROPITON:  -- responsibility to stop

8  the war on our healthcare.  We are not surprised by

9  --

10             CHAIRMAN ACKERMAN:  Time is up.  I

11  appreciate your --

12             KIARA TROPITON:  (Indiscernible) paralyzed

13  by despair as -- as -- as a great organizer said.  I

14  thought you should know that.  And I really want you

15  to --

16             CHAIRMAN ACKERMAN:  Okay.  So thank you.

17             Mr. Vazquez, who do we have next?

18             EXECUTIVE DIRECTOR VASQUEZ:  Daniel

19  Garechi.  Next name is Ash Buck.

20             CHAIRMAN ACKERMAN:  Next name after that

21  one, please.  That's not a real name.

22             EXECUTIVE DIRECTOR VASQUEZ:  Sho Tu, Theona

23  Robinson, and Maura Sargent are the last ones.

24             CHAIRMAN ACKERMAN:  So any of those three

25  can come on the line.

Med Def_000369

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 119

1              (No audible response)

2              Okay.  So this ends our public comment

3    period.  Thank you all for your -- thank you all for

4    your input, and especially thank those of you who

5    gave a very thoughtful discussion and thoughtful

6    input to us.

7              So let's move on here.  So where we at here

8    now?  So let's go -- any more discussion amongst the

9    board members regarding the forms?  I'll start

10   again.  Now that we had some input, anyone want to

11   discuss anything, make some changes?  I'll just open

12   up to anybody that wants to speak regarding any of

13   the forms that we have, the two emergency rules and

14   the six consent forms.

15             EXECUTIVE DIRECTOR VASQUEZ:  Dr. Ackerman.

16             DR. DERICK:  (Indiscernible)

17             CHAIRMAN ACKERMAN:  Yes, sir.

18             EXECUTIVE DIRECTOR VASQUEZ:  I'm sorry,

19   Dr. Derick.  I've had one correction pointed out to

20   me during the process that I wanted to make you

21   aware of.

22             CHAIRMAN ACKERMAN:  Yep.

23             EXECUTIVE DIRECTOR VASQUEZ:  It's on the

24   puberty suppression treatment consent form.  On page

25   six of that document, there's just a --

Med Def_000370

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 120

```
 1               CHAIRMAN ACKERMAN:  Okay.  Hang on.
 2               EXECUTIVE DIRECTOR VASQUEZ:  -- duplication
 3   in a list.
 4               CHAIRMAN ACKERMAN:  Let's give us a chance
 5   to get there.
 6               EXECUTIVE DIRECTOR VASQUEZ:  Okay.
 7               CHAIRMAN ACKERMAN:  Page six, that would be
 8   Bates -- I think it would be Bates 9.  So page six,
 9   the puberty blockers in minors, right?
10               EXECUTIVE DIRECTOR VASQUEZ:  Right.
11               CHAIRMAN ACKERMAN:  And so what --
12               EXECUTIVE DIRECTOR VASQUEZ:  And on page
13   six under the common side effects, weight gain is
14   listed twice.
15               CHAIRMAN ACKERMAN:  Okay.
16               EXECUTIVE DIRECTOR VASQUEZ:  That needs to
17   be stricken.
18               CHAIRMAN ACKERMAN:  Okay.  Thank you.  You
19   see that's listed as the first bullet and about
20   three-quarters of the way down the page as a --
21   whatever that is, the 12th bullet or something.
22               UNIDENTIFIED MALE:  And that will be done
23   on any other form as we just heard; is that true?
24               CHAIRMAN ACKERMAN:  Yeah.  You guys will
25   clean that up if it's on another form, staff?
```

Med Def_000371

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 121

1                    EXECUTIVE DIRECTOR VASQUEZ:  We will.

2                    CHAIRMAN ACKERMAN:  Yeah.  Yeah.  Any other

3    recommendations --

4                    VICE-CHAIR ROMANELLO:  Dr. --

5                    CHAIRMAN ACKERMAN:  -- for any --

6                    Yes, Mr. Romanello.

7                    VICE-CHAIR ROMANELLO:  Dr. Ackerman, I make

8    a motion to approve the emergency rule 64B8ER

9    regarding sex reassignment standards of practices in

10   minors.

11                   CHAIRMAN ACKERMAN:  Okay.  So stop just one

12   second.

13                   So I just for counsel, should we break out

14   -- should we have a Board of Medicine meeting now

15   and then a Board of Osteopathic Medicine meeting?

16                   UNIDENTIFIED MALE:  I think we can just --

17                   ATTORNEY MCNULTY:  Well -- this is Donna.

18   It's not a separate meeting.  It's just --

19                   UNIDENTIFIED MALE:  Right.

20                   ATTORNEY MCNULTY:  -- that you'll entertain

21   the vote of the Board of Medicine when you want to

22   and then a separate vote of the Board of Osteopathic

23   Medicine.  It's still one meeting.

24                   UNIDENTIFIED MALE:  Right.  And given --

25                   CHAIRMAN ACKERMAN:  So let's -- since

Med Def_000372

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 122

 1  there's more discussion --

 2              VICE-CHAIR KIRSH:  Do you want to just go

 3  back -- Dr. Ackerman, do you just want to go back

 4  and forth?

 5              CHAIRMAN ACKERMAN:  Yeah, yeah.  That's

 6  what we'll do.

 7              VICE-CHAIR KIRSH:  (Indiscernible)

 8              CHAIRMAN ACKERMAN:  So Mr. Romanello --

 9  exactly.  That's what I'd like to do.  So

10  Mr. Romanello just made a motion for the Board to --

11  so -- to -- for the Board of Medicine to adopt a

12  draft emergency rule.  And then what we'll do is

13  once we vote on that, we'll let you do the same for

14  the Osteo Board, and then we'll just go back and

15  forth like that.  Does that work?

16              UNIDENTIFIED MALE:  Thank you.

17              ATTORNEY MCNULTY:  Yes.  However,

18  Mr. Romanello, is your motion as amended?

19              VICE-CHAIR ROMANELLO:  Yes.

20              ATTORNEY MCNULTY:  Okay.  Thank you.

21              CHAIRMAN ACKERMAN:  Is there --

22              UNIDENTIFIED MALE:  Second.

23              DR. ZACHARIAH:  Yeah.  Zacharia, second.

24              CHAIRMAN ACKERMAN:  So on the -- for the

25  members of the Board of Medicine, all those in

Med Def_000373

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 123

1  favor, please say aye.

2            MEMBERS:  Aye.

3            CHAIRMAN ACKERMAN:  All opposed.

4            (No audible response)

5            CHAIRMAN ACKERMAN:  The gavel is yours,

6  Dr. Kirsh.

7            ATTORNEY DIERLAM:  Dr. Ackerman, if I may,

8  counsel --

9            UNIDENTIFIED MALE:  I think he still wants

10  to --

11            ATTORNEY DIERLAM:  I still need to ask the

12  cert questions for the Board of Medicine, in

13  particular, and then Ms. McNulty will need to do the

14  same thing for the Board of Osteo, considering how

15  there were changes made to the rules.

16            ATTORNEY MCNULTY:  Just --

17            DR. DERICK:  To confirm, we're voting on

18  the rule, not the consent, right?

19            ATTORNEY MCNULTY:  Well, but that is a

20  question.  Because you wouldn't do -- I mean, until

21  you do the forms -- I mean, unless your motion

22  contains the forms as well, which just be clear as

23  to what you're voting on, at the end of the rule,

24  plus the forms, whatever that is, then you ask the

25  cert questions.

Med Def_000374

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 124

1           ATTORNEY DIERLAM:  Right.  And I was under

2    the assumption that Mr. Romanello's motion was to

3    approve the rule language and the consent forms as

4    well for the minors.

5           ATTORNEY MCNULTY:  Mr. Romanello.

6           VICE-CHAIR ROMANELLO:  Yeah.  It's the

7    entire rule.  The rule subsumes the consent

8    languages.

9           ATTORNEY MCNULTY:  We just want to be

10   clear.

11          CHAIRMAN ACKERMAN:  Okay.

12          ATTORNEY DIERLAM:  Right.

13          DR. DERICK:  I have --

14          CHAIRMAN ACKERMAN:  Okay.  So let's --

15          DR. DERICK:  I have comments about the

16   adult -- the adult form though so --

17          CHAIRMAN ACKERMAN:  I know.  I don't think

18   -- I don't think that was clear so Dr. Derick has

19   some questions, I know.

20          So there's a motion by Mr. Romanello to

21   approve the rule with the consents that go with it,

22   which are all those six consents.  There's a second

23   by Zach.  And before we have a vote, let's have some

24   discussion.

25          Dr. Derick, the floor is yours.

Med Def_000375

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 125

```
 1              DR. DERICK:  Yeah.  So I mean, I think
 2    there was a New England Journal article that came
 3    out this week related to the fact that suicidality
 4    is seven times higher in transgender patients
 5    compared to their age-adjusted peers.
 6              I think that it's important to have
 7    psychological and social evaluation for adults.
 8    However, I do note that it was really not our
 9    intent, I don't think, to require that as part of
10    the adult consent form and, perhaps, on Bates page
11    40 we could remove that stipulation under what are
12    the requirements to receive hormone replacement
13    therapy.  The second paragraph, "Before beginning or
14    continuing HRT, you must undergo a thorough
15    psychological and social evaluation performed by a
16    Florida-licensed, board-certified psychiatrist or a
17    licensed psychologist."  And then furthermore, the
18    psychiatrist of psychologist must submit a letter to
19    the prescribing physician confirming this.
20              I think it's not part of the statute that
21    we had to include this.  I think that it's -- it
22    would be more consistent to put that into the
23    recommendation section.
24              CHAIRMAN ACKERMAN:  Is there -- so -- we'll
25    get there.
```

Med Def_000376

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 126

 1                ATTORNEY DIERLAM:  (Indiscernible)

 2                CHAIRMAN ACKERMAN:  One second, Chris.

 3                So what she's talking about is Bates page

 4     40.  It's under the requirements, the second

 5     paragraph, beyond requirements.  Dr. Derick is

 6     making a motion, I think, to strike that and put

 7     that language into the first page or in the review

 8     -- into the recommendations.

 9                Before I get to Dr. Vila, Mr. Dierlam.

10                ATTORNEY DIERLAM:  Yeah.  So -- and I beg

11     your pardon.  But considering how the way the rule

12     language is split up, there are actually two

13     emergency rules.  There's an emergency rule for the

14     minors adopting the three minor consent forms and

15     then an emergency rule for the adults adopting the

16     three adult consent forms.

17                So I believe Mr. Romanello's motion was

18     specific to the minor rule and the minor consent

19     forms, and I believe Dr. Derick's comments might be

20     better addressed at the next consent form once we

21     move onto the adults.

22                CHAIRMAN ACKERMAN:  Okay.

23                Dr. Vila.

24                DR. VILA:  I agree with that.  And I think

25     Mr. Romanello did state minors first.  And so I

Med Def_000377

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 127

```
 1   think the vote that we just took -- or I would move

 2   that we retake that vote with the clarification that

 3   it is the minor's rule and the minor's consent forms

 4   together.

 5             CHAIRMAN ACKERMAN:  And you want to deal

 6   with the adult --

 7             DR. VILA:  Later.

 8             CHAIRMAN ACKERMAN:  Okay.

 9             DR. VILA:  Let's deal with the adults

10   after, please.

11             CHAIRMAN ACKERMAN:  Okay.

12             So any more comments regarding the minor

13   rule and the minor consent?

14             (No audible response)

15             CHAIRMAN ACKERMAN:  All those in favor,

16   please say aye.

17             MEMBERS:  Aye.

18             CHAIRMAN ACKERMAN:  All those opposed.

19             (No audible response)

20             CHAIRMAN ACKERMAN:  Okay.  Now do I give it

21   to Dr. Kirsh?

22             ATTORNEY DIERLAM:  Unfortunately,

23   Dr. Ackerman, I do need to ask the cert questions

24   for the minor rules before we move forward.  I

25   apologize.
```

Med Def_000378

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

1              But the first question is will the proposed

2      rule amendments, again regarding the minors only,

3      have an adverse impact on small business?

4              VICE-CHAIR ROMANELLO:  Romanello move no.

5              CHAIRMAN ACKERMAN:  All those in favor.

6              MEMBERS:  Aye.

7              CHAIRMAN ACKERMAN:  Opposed.

8              (No audible response)

9              ATTORNEY DIERLAM:  Is the proposed rule

10     amendment likely to directly or indirectly increase

11     regulatory costs to any entity, including the

12     government, in the aggregate of $200,000 within one

13     year after implementation?

14             VICE-CHAIR ROMANELLO:  Romanello move no.

15             DR. VILA:  Vila second.

16             CHAIRMAN ACKERMAN:  All those in favor.

17             MEMBERS:  Aye.

18             CHAIRMAN ACKERMAN:  Opposed.

19             (No audible response)

20             ATTORNEY DIERLAM:  Will this rule amendment

21     create an offense that would constitute a minor

22     violation under the rule?

23             VICE-CHAIR ROMANELLO:  Romanello move no.

24             DR. VILA:  Vila second.

25             CHAIRMAN ACKERMAN:  All those in favor.

Med Def_000379

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 129

1                MEMBERS:  Aye.

2                CHAIRMAN ACKERMAN:  Opposed.

3                (No audible response)

4                ATTORNEY DIERLAM:  And then the final issue

5       for consideration is whether or not a sunset

6       provision should be included.  And I would point out

7       to the Board that this rule is required by statute

8       so it's not some provision that's not necessary.

9                VICE-CHAIR ROMANELLO:  Romanello move no.

10               DR. VILA:  Vila second.

11               CHAIRMAN ACKERMAN:  All those in favor.

12               MEMBERS:  Aye.

13               CHAIRMAN ACKERMAN:  Opposed.

14               (No audible response)

15               CHAIRMAN ACKERMAN:  Dr. Kirsh.

16               VICE-CHAIR KIRSH:  Thank you so much,

17      Dr. Ackerman.

18               So for the Board of Osteopathic Medicine,

19      I'd like to make a suggestion of a motion to adopt

20      both the emergency rule, as well as the consent form

21      for the minors.  Do I hear a --

22               DR. WILLIAMS:  Second.

23               VICE-CHAIR KIRSH:  -- a motion?  You got to

24      make the motion.

25               DR. WILLIAMS:  Okay.  Then I'll make --

Med Def_000380

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 130

```
 1              VICE-CHAIR KIRSH:  So moved.

 2              DR. WILLIAMS:  -- a motion.

 3              VICE-CHAIR KIRSH:  So moved.

 4              DR. WILLIAMS:  Williams --

 5              DR. DUCATEL:  And I second.

 6              VICE-CHAIR KIRSH:  Okay, excellent.  Who

 7  seconded that?

 8              DR. DUCTEL:  Ducatel.

 9              ATTORNEY MCNULTY:  Dr. Ducatel seconded.

10              VICE-CHAIR KIRSH:  Dr. Ducatel.  Excellent.

11  Great.  All in favor of the motion?

12              MEMBERS:  Aye.

13              VICE-CHAIR KIRSH:  Are there any opposed?

14              (No audible response)

15              VICE-CHAIR KIRSH:  So the Osteopathic Board

16  did pass on that rule for (indiscernible).

17              VALERIE JACKSON:  I oppose.

18              ATTORNEY MCNULTY:  Dr. Kirsh --

19              VALERIE JACKSON:  This is Valerie Jackson.

20              VICE-CHAIR KIRSH:  I am so sorry.

21              So there is one opposition.

22              VICE-CHAIR KIRSH:  And, Donna, are you

23  going to take us through the requests?

24              ATTORNEY MCNULTY:  Yes.

25              Will the proposed rule amendments have an
```

Med Def_000381

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 131

1  adverse impact on small business or likely to

2  directly or indirectly increase regulatory cost to

3  any entity in excess of $200,000 in the aggregate in

4  Florida within one year after implementation of the

5  rule?

6            DR. WILLIAMS:  Williams move no.

7            VICE-CHAIR KIRSH:  Okay.

8            Is there a second?

9            DR. MORTENSEN:  Mortensen second.

10            VICE-CHAIR KIRSH:  Okay.  All in favor.

11            MEMBERS:  Aye.

12            VICE-CHAIR KIRSH:  Are there any opposed?

13            (No audible response)

14            VICE-CHAIR KIRSH:  Hearing none, Donna.

15            ATTORNEY MCNULTY:  Thank you.

16            Should a violation of this rule or any part

17  of this rule be designated a minor violation?

18            DR. WILLIAMS:  Williams no.

19            DR. MORTENSEN:  Mortensen second.

20            VICE-CHAIR KIRSH:  Is there a second to it?

21            And all in favor by saying aye.

22            MEMBERS:  Aye.

23            VICE-CHAIR KIRSH:  Any opposed?

24            (No audible response)

25            VICE-CHAIR KIRSH:  There is not.  The

Med Def_000382

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 132

1    motion passes.

2              Donna.

3              ATTORNEY MCNULTY:  Thank you.

4              And a sunset provision to this rule, again,

5    is required by statute.

6              VICE-CHAIR KIRSH:  We have a motion on the

7    floor.

8              UNIDENTIFIED MALE:  I move no.

9              VICE-CHAIR KIRSH:  No.  Anybody second?

10             DR. MORTENSEN:  Mortensen second.

11             VICE-CHAIR KIRSH:  Mortensen second.

12             All -- all agreement to the motion say aye.

13             MEMBERS:  Aye.

14             VICE-CHAIR KIRSH:  Any opposed?

15             (No audible response)

16             VICE-CHAIR KIRSH:  Okay.

17             Dr. Ackerman, I return it back to you for

18   discussion of the adult.  We'll do the same thing.

19             CHAIRMAN ACKERMAN:  Thank you.

20             So I'd like to entertain a motion now to

21   accept the draft emergency rule which is for adults

22   with the consent forms that go with it.

23             VICE-CHAIR ROMANELLO:  So Romanello, so

24   moved.

25             CHAIRMAN ACKERMAN:  Is there a second?

Med Def_000383

Page 133

```
 1              DR. ZACHARIAH:  Zachariah second.

 2              CHAIRMAN ACKERMAN:  Okay.  Discussion.

 3              Dr. Derick.  I think this is the point in

 4   time --

 5              DR. DERICK:  Sorry to put this in the wrong

 6   spot.  Yeah.  I move to strike the second paragraph

 7   on Bates page 40 related to the mandatory

 8   psychological and psychological testing by a

 9   psychiatrists or psychologists in the adult consent

10   form, and rather, you know, include that in the

11   recommendation portion, which I think it actually is

12   already there.

13              CHAIRMAN ACKERMAN:  Is there a second to

14   that?

15              VICE-CHAIR KIRSH:  I will second that,

16   Dr. Kirsh.

17              DR. COFFMAN:  I was going to second it.

18              CHAIRMAN ACKERMAN:  Okay.  Any --

19              DR. COFFMAN:  Coffman.

20              CHAIRMAN ACKERMAN:  Any discussion about

21   that?

22              Dr. Vila.

23              DR. VILA:  It's Vila.  I'm opposed to that.

24   If you remember the testimony that we heard, there

25   were a number of former trans patients who testified
```

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 134

```
1    about the problems they were having and the lack of

2    clarity that they had in their lives and the fact

3    that they had emotional problems.

4            And I think -- I think it would be a

5    standard of care in the state that if you're

6    undergoing these -- these what are potentially

7    irreversible treatments and that -- that -- this is

8    not a large burden, right.  These are -- these are

9    treatments that we've heard significant testimony

10   that can cause permanent harm to patients.  And I

11   just think it's within the standard of care to make

12   sure that that kind of care is ongoing.  So I'm

13   going to speak, and I'll be voting against this if

14   it -- if it goes in that direction.

15           DR. DERICK:  One comment.  I mean, we could

16   consider striking or continuing hormone replacement,

17   rather have it just before beginning hormone

18   replacement therapy, you must undergo a

19   psychological evaluation.  To me, it seems like if

20   someone's steady state for 12 years on these

21   therapies in order for them to continue to get the

22   medications that requires them to get this sort of

23   appointment, you know, I think it's good medicine to

24   do that.  I'm just not sure it should be a

25   requirement.
```

Med Def_000385

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 135

```
 1              DR. VILA:  Yeah, Dr. Derick.  But you know
 2    how it is when you -- we have an ongoing
 3    relationship with a physician getting that -- that
 4    appointment and getting through that appointment is
 5    not -- is not a big burden.  It's not a big hurdle.
 6    So -- and some of these patients had been -- had
 7    been under treatment for five or six years, and then
 8    at that point realized it was the wrong thing for
 9    their lives, and at that point, it was too late.  So
10    I'm not sure how you put a time on it.  And I don't
11    think just the initial treatment is the right time.
12    I think there's a benefit to ongoing treatment.  And
13    so I --
14              DR. DERICK:  I don't disagree with you.  I
15    just -- I 100 percent -- we're in 100 percent
16    agreement.  I just don't believe it should be in
17    this informed consent.  So I would -- instead of
18    removing, just continuing, I still push through my
19    original motion to remove the entire paragraph.
20              CHAIRMAN ACKERMAN:  Any other comments?
21              DR. HUNTER:  This is Dr. Hunter.  I agree
22    with your concerns, Dr. Derick, but I also agree
23    with Dr. Vila.  Historically, youth transition began
24    when the Dutch looked at their adult long-term data
25    back in the mid-'90s, and the long-term data was
```

Med Def_000386

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

```
 1   that adults were not doing well after transition,

 2   hence, they proposed transitioning youth.  And the

 3   long-term Swedish data is that adults do not do

 4   well.  And we're starting to get data that the

 5   mental health problems remain.  In the trans study

 6   for youth, two of the youths committed suicide in

 7   the 315 that were being transitioned in the NH

 8   study.

 9            So the mental health benefits are doubtful,

10   and Dr. Derick mentioned the recent AJM article that

11   showed mental health benefits for adults are not as

12   robust as we would hope they would be.  So I'm not

13   for mandating -- I mean, I think mental health needs

14   to be part of this care.  How do we make that happen

15   or how do we encourage that that happen?  I don't

16   know.  But to recognize as a profession that the

17   hormone and surgical transition may not address all

18   the issues.  Others have recognized it.  We've

19   recognized it for decades and decades.  So I don't

20   know what --

21            VICE-CHAIR KIRSH:  This is Dr. Kirsh,

22   Mr. Chairman.

23            CHAIRMAN ACKERMAN:  Yes, sir.

24            VICE-CHAIR KIRSH:  Just Dr. Derick, all

25   we're doing is putting under the recommendations,
```

Med Def_000387

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 137

1    not mandating it; is that not correct?  Is that not

2    your recommendation?

3            DR. DERICK:  That's my recommendation is to

4    make it a recommendation and not a mandate.

5            VICE-CHAIR KIRSH:  That's right.  So it's

6    not a mandate and it doesn't prohibit somebody from

7    getting their medications or access to care.  I

8    think that's something that's very important for us

9    to do.

10           CHAIRMAN ACKERMAN:  So Dr. Kirsh, you're

11   speaking in favor of Dr. Derick's amendment, right?

12           VICE-CHAIR KIRSH:  Absolutely.  Correct.

13           CHAIRMAN ACKERMAN:  Donna?

14           ATTORNEY MCNULTY:  Thank you.

15           CHAIRMAN ACKERMAN:  Donna.

16           ATTORNEY MCNULTY:  I just -- thank you.  I

17   just wanted to remind that the standard of care is

18   the standard of care.  Whatever that is, all

19   physicians need to comply with that, whether it's in

20   the informed consent or not.  So to put it under the

21   recommendation doesn't mean that whatever the

22   standard of care for whatever procedures, all

23   physicians are required to comply with that.  And as

24   we all know, they evolve over the years too.  So I

25   just want to put that out there.

Med Def_000388

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 138

1          CHAIRMAN ACKERMAN:  So are you suggesting

2   it be a recommendation or stay in the requirements?

3          ATTORNEY MCNULTY:  Recommendation.

4          CHAIRMAN ACKERMAN:  Okay.

5          Chris, you had your hand up.

6          ATTORNEY DIERLAM:  Yes, sir.  And to that

7   point, exactly echoing Ms. McNulty's sentiments.  I

8   didn't know if the board wanted to consider just

9   changing the must to a should, before beginning or

10  continuing HRT, you should undergo a thorough

11  psychological evaluation.  Just again, something to

12  consider.  But the language as it currently states,

13  it does state on, you know, Bates page 40, before

14  beginning or continuing HRT, you must undergo a

15  thorough, yada, yada, yada.

16          DR. DERICK:  I think that sounds good, but

17  it does kind of go against the header, which is what

18  are the requirements.

19          ATTORNEY MCNULTY:  Yes.

20          DR. DERICK:  So it's a little bit

21  confusing.

22          ATTORNEY MCNULTY:  I think it would be

23  confusing.

24          CHAIRMAN ACKERMAN:  So if you put it under

25  recommendations, Dr. Derick, you would want to

Med Def_000389

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 139

1   change the word from must to should, I assume,

2   right?

3              DR. DERICK:  Yes.  That's correct.

4              DR. HUNTER:  So you're saying to move it --

5   this is Hunter.  Move it to Bates -- or I'm looking

6   at the page number four, the following may also be

7   recommended by your prescribing physician, and say

8   should.

9              CHAIRMAN ACKERMAN:  Right.

10             DR. DERICK:  Yeah.  Should.

11             CHAIRMAN ACKERMAN:  Well, it is there on

12  page 41 on that page four, Dr. Hunter, on bullet

13  number six?

14             DR. DERICK:  Well, then maybe it's that we

15  recommend that they have counseling with a

16  psychologist or psychiatrist.

17             CHAIRMAN ACKERMAN:  Well, it's there as a

18  recommendation in bullet number five, a board-

19  certified psychiatrist.

20             DR. DERICK:  Oh, yeah.  Then it's redundant

21  then.  You're right.

22             MR. HUNTER:  Six is similar.

23             CHAIRMAN ACKERMAN:  Six is a social worker

24  or whatever, but five is the licensed

25  psychiatrist/psychologist.  So it's there.  So you

Med Def_000390

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 140

1  could just strike that, and you still have it in the

2  recommendations, Dr. Derick, I think.

3          DR. DERICK:  Right.  So strike it on page

4  40, and it's there already on 41.

5          EXECUTIVE DIRECTOR TERRELL:  Mr. Chair, may

6  I point out, this statement is in the corresponding

7  consent form so it -- I just want to clarify.  If

8  you guys want to carry that change through, if that

9  was the proposal.

10          CHAIRMAN ACKERMAN:  Which corresponding

11  consent form, the masculinizing one?

12          EXECUTIVE DIRECTOR TERRELL:  It's on --

13  yeah.  It's on both of those.  So I just want to

14  make sure you guys are --

15          CHAIRMAN ACKERMAN:  All -- all three of the

16  adult forms, feminizing, masculinizing is also in a

17  transition surgery?

18          EXECUTIVE DIRECTOR TERRELL:  It is not in

19  the surgery, just the feminizing and masculinizing.

20          CHAIRMAN ACKERMAN:  Right.  So Dr. Derick,

21  it was your intent to make your motion to delete it

22  from both of those, correct?

23          DR. DERICK:  Yes.  Yes, it is.

24          CHAIRMAN ACKERMAN:  And Dr. Kirsh seconded

25  that.

Med Def_000391

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 141

```
1            VICE-CHAIR KIRSH:  Yeah.  Yes.

2            CHAIRMAN ACKERMAN:  Any more discussion on

3      this, Dr. Vila?

4            DR. VILA:  Yeah.  Just another quick

5      comment.  Look, I'm aware of patients that are

6      undergoing these therapies without -- without any

7      kind of psychological treatment.  And I think a

8      recommendation is just not adequate.  I would be

9      open to doing it every two years, you know, upon --

10     I would be open to changing it to upon initiation of

11     therapy and every two years after, if you all want

12     to meet in the middle someplace.  But everything

13     that we know of, all of the studies say that there's

14     concurrency and a high degree of comorbidity.

15           And to like make it just a recommendation

16     is just not adequate.  I just think we're falling

17     below what we should do.  We've got to protect these

18     patients.  And it's -- it's a substantial

19     comorbidity, and requiring follow-up is just not --

20     it's not a high hurdle considering the potential

21     benefits.

22           So again, I urge the board members to -- if

23     you want to vote this down, and then I will come

24     back and revise the language upon initiation and

25     every two years after or two years or three years
```

Med Def_000392

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 142

1    after, however you all want to do it.

2            But to allow these patients to go in and --

3    and they're going -- you know, I know of an

4    individual that's going in and not receiving any

5    psychological counseling or therapy at all, and this

6    is a big change in their life.  I hope we can find a

7    middle ground here.

8            CHAIRMAN ACKERMAN:  Any other comments

9    following --

10            VICE-CHAIR KIRSH:  Mr. Chair

11    (indiscernible).

12            CHAIRMAN ACKERMAN:  Okay.  So Dr. -- so the

13    motion was -- I guess we're just going to vote on

14    the amendment, or am I voting on the -- let's just

15    vote on the amendment.  Then we'll vote on the

16    initial motion.

17            The amendment is to delete that second

18    paragraph on page 40, the second paragraph under

19    what are the requirements for hormone replacement

20    therapy, and that is regarding the psychological and

21    social evaluation.  It's been made by Dr. Derick,

22    seconded by Dr. Kirsh.  All those in favor of that

23    amendment to Dr. -- to Mr. Romanello's motion please

24    say by saying aye.

25            EXECUTIVE DIRECTOR VASQUEZ:  Dr. Ackerman,

Med Def_000393

Page 143

1    I have one more question.

2              CHAIRMAN ACKERMAN:  Yes, sir.

3              UNIDENTIFIED FEMALE:  Aye.

4              EXECUTIVE DIRECTOR VASQUEZ:  This is --

5    this is --

6              CHAIRMAN ACKERMAN:  Well, hang on.  Hang

7    on.  Hang on.  Mr. Vazquez wants to speak.

8              EXECUTIVE DIRECTOR VASQUEZ:  This is the

9    Board of Medicine's motion.  Dr. Kirsh can't second

10   it.

11             ATTORNEY MCNULTY:  Wait.  Paul, this is

12   just for this particular thing.  It's not for the

13   whole rule.

14             EXECUTIVE DIRECTOR VASQUEZ:  So this is

15   going back to joint meeting status?

16             CHAIRMAN ACKERMAN:  Right.

17             ATTORNEY MCNULTY:  We're -- we're -- we all

18   have joint meeting, but they're just talking about

19   this one paragraph.

20             EXECUTIVE DIRECTOR VASQUEZ:  Great.

21             CHAIRMAN ACKERMAN:  Correct.

22             EXECUTIVE DIRECTOR VASQUEZ:  Perfect.

23   Thank you.  I just wanted to make sure we weren't

24   getting screwed up procedurally.

25             CHAIRMAN ACKERMAN:  Thank you.  Thank you.

Med Def_000394

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 144

1    So all those in favor of the amendment,

2  please say so by saying aye.

3    MEMBERS: Aye.

4    CHAIRMAN ACKERMAN:  All those opposed.

5    MEMBERS:  Aye.

6    CHAIRMAN ACKERMAN:  Well, let's do a roll

7  call so -- because it's too confusing on this.  So

8  all those in favor -- if -- if Danielle or Paul can

9  keep track here.

10    All those in favor of the motion.  I think

11  I have Derick in favor of it, Romanello in favor of

12  it.

13    MS. GARCIA:  Aye.

14    CHAIRMAN ACKERMAN:  Who's that?  Who's

15  that?

16    MS. GARCIA:  Maria, Ms. Garcia.

17    CHAIRMAN ACKERMAN:  Oh, thank you,

18  Ms. Garcia.  I don't see your picture so -- if

19  you're not on video, it's hard to see you.

20    So there's three people in favor.  Who

21  else?  I have Garcia, Derick, and Romanello.

22    VICE-CHAIR KIRSH:  Dr. Kirsh.  And then why

23  don't -- and our Board, why don't you say for or

24  against, your name.

25    CHAIRMAN ACKERMAN:  Wait.  Who's in -- in

Med Def_000395

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 145

 1  favor of it is Derick, Romanello, Garcia.

 2            Kirsh, are you in favor or not?

 3            VICE-CHAIR KIRSH:  Yes.  I seconded.

 4            CHAIRMAN ACKERMAN:  Right.  Well, I know.

 5  We have to vote -- you can second it, but you vote

 6  against it so --

 7            VICE-CHAIR KIRSH:  Yeah.  So you're right.

 8            CHAIRMAN ACKERMAN:  Okay.  So that's four

 9  in favor.  Anybody else in favor besides those four?

10            DR. WILLIAMS:  Williams.

11            MS. JACKSON:  I am.

12            DR. MORTENSEN:  Mortensen.

13            MS. JACKSON:  Valerie Jackson.

14            CHAIRMAN ACKERMAN:  Jackson is in favor.

15            Greg?

16            DR. COFFMAN:  Opposed.

17            CHAIRMAN ACKERMAN:  Wait.  I want in favors

18  first.

19            DR. COFFMAN.  Okay.  I thought you said

20  Greg.

21            DR. MORTENSEN:  Dr. Mortensen, in favor.

22            CHAIRMAN ACKERMAN:  Okay.

23            DR. WILLIAMS:  Mr. Chair, Williams

24  (indiscernible).

25            CHAIRMAN ACKERMAN:  What did he say?

Med Def_000396

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 146

```
 1              VICE-CHAIR KIRSH:  Williams was in favor.

 2              CHAIRMAN ACKERMAN:  Williams is in favor.

 3    Okay.  Thank you.  I couldn't hear you well.

 4              Okay.  You got that, Danielle and Paul?

 5              Okay.  All those opposed, I think we have

 6    Vila opposed.  I think I heard that -- that --

 7              DR. COFFMAN:  Dr. Coffman, opposed.

 8              CHAIRMAN ACKERMAN:  Coffman opposed.

 9              Zach, how about you?

10              DR. ZACHARIAH:  Yes, sir.  Opposed.

11              CHAIRMAN ACKERMAN:  Opposed.

12              DR. PAGES:  Pages.

13              CHAIRMAN ACKERMAN:  Pages is opposed.

14              Hunter?

15              DR. HUNTER:  Hunter is opposed.

16              CHAIRMAN ACKERMAN:  Okay.

17              Ducatel, where do you stand?

18              DR. DUCATEL:  Opposed.

19              CHAIRMAN ACKERMAN:  Opposed.

20              Ackerman is opposed.

21              Where you at?  Did I miss anybody?

22              Paul, Danielle?

23              UNIDENTIFIED MALE:  I have seven and seven

24    right now.

25              VICE-CHAIR KIRSH:  That's what I have.
```

Med Def_000397

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 147

 1             MR. WILLIAMS:  (Indiscernible)

 2             CHAIRMAN ACKERMAN:  How about Chris

 3   Creegan, did we get Chris Creegan's vote?

 4             ATTORNEY MCNULTY:  Mr. Creegan, we can't

 5   hear you.

 6             CHAIRMAN ACKERMAN:  We can't hear you.

 7             UNIDENTIFIED MALE:  You're on mute.

 8             CHAIRMAN ACKERMAN:  Creegan, we can't hear

 9   you.  Just -- are you -- if you're in favor, put

10   your thumb up.  If you're opposed, put your thumb

11   down.

12             ATTORNEY MCNULTY:  And -- and it needs to

13   be audible.

14             UNIDENTIFIED MALE:  Yeah.

15             CHAIRMAN ACKERMAN:  Needs to be audible.

16   Well, I understand sign language, Donna.  He's --

17   that's sign language.

18             ATTORNEY MCNULTY:  It's for the record.

19             VICE-CHAIR ROMANELLO:  Chris, we can't hear

20   you.

21             CHAIRMAN ACKERMAN:  Okay.  So in the

22   interest of -- listen, I'll tell you what.  I

23   withdraw my vote as abstained.

24             ATTORNEY MCNULTY:  You don't get to --

25             UNIDENTIFIED MALE:  You can't.

Med Def_000398

Page 148

1           ATTORNEY MCNULTY:  -- abstain.

2           CHAIRMAN ACKERMAN:  No, no, no, no, no.

3  That won't work.  That won't work.  Never mind.  I

4  can't do that.

5           ATTORNEY MCNULTY:  Yeah, can't do that.

6           CHAIRMAN ACKERMAN:  Not abstained.

7           DR. VILA:  How would you -- would you be

8  opposed to the language upon initiation and every

9  two years after?

10          DR. DERICK:  Are you asking me?

11          DR. VILA:  Yes.

12          DR. DERICK:  I think looking like if the

13  other speaker could speak, it would be voted down.

14  So I think as a compromise as you mentioned before,

15  you know, before beginning --

16          DR. VILA:  (Indiscernible) and then we

17  could just resolve.

18          DR. DERICK:  -- and --

19          DR. VILA:  Then we could just resolve --

20          DR. DERICK:  I would be -- I would be in

21  favor of that amended language, as an alternative to

22  not having -- to having it mandated as written.

23          CHAIRMAN ACKERMAN:  So let's --

24          EXECUTIVE DIRECTOR TERRELL:  Can you say

25  that one more time for me, please?

Med Def_000399

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 149

 1                    DR. VILA:  So, Mr. Chair, I don't want to

 2      take over the meeting.  If -- is the -- is the floor

 3      open for an -- for an alternative?

 4                    CHAIRMAN ACKERMAN:  Yes, please.

 5                    So, Dr. Derick, will you please withdraw

 6      your motion?

 7                    DR. DERICK:  Oh, the other motion?

 8                    CHAIRMAN ACKERMAN:  Yes.

 9                    DR. DERICK:  Yeah.

10                    CHAIRMAN ACKERMAN:  Okay.

11                    So, Dr. Vila, please make a motion.

12                    DR. VILA:  I make a motion that that

13      language that's -- that we're discussing be modified

14      to that it's required that a psychiatric evaluation

15      is required upon initiation of treatment and every

16      two years thereafter.

17                    CHAIRMAN ACKERMAN:  Is there a second?

18                    VICE-CHAIR KIRSH:  (Indiscernible)

19                    CHAIRMAN ACKERMAN:  Well, hang on,

20      Dr. Kirsh.

21                    Is there a second?

22                    UNIDENTIFIED MALE:  Second.

23                    CHAIRMAN ACKERMAN:  Discussion Dr. Kirsh?

24                    Let's go to Kirsh and then Derick.

25                    VICE-CHAIR KIRSH:  I'll defer to Derick

Med Def_000400

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 150

1    because I don't think that was the intent of the

2    original motion.  The intent of the original motion

3    was to recommend the mental health counseling

4    treatment on an ongoing basis, but not mandating it

5    for the beginning of treatment.  Plus, this is an

6    adult and they've already been in treatment.  So

7    we're now going to ask them to start doing

8    psychiatric treatment initially before they get

9    their medication?  That doesn't make any sense.

10              DR. DERICK:  I think -- I think that's a

11   good point.  And I think the clarification, and

12   Dr. Vila, you can correct me if I'm wrong, it's

13   before beginning the treatment at all for the first

14   time that you're getting the treatment.  That would

15   be the requirement.  And then every --

16              DR. VILA:  Yes.

17              DR. DERICK:  -- two years after that.  And

18   then how would you contemplate -- just because it's

19   going to be a gray area -- for people who are

20   currently on it, does that require them to get

21   psychiatric treatment within two years from the

22   order being -- or the rule being finalized?

23              DR. VILA:  I would say the rule says what

24   it says, and the rule would say upon initiation of

25   treatment.  So if they're already on treatment, it

Med Def_000401

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 151

1  would be every two years.  So the person that's on

2  treatment could wait two years from the beginning of

3  this rule before they had to get reevaluated.

4           UNIDENTIFIED MALE:  Okay.

5           CHAIRMAN ACKERMAN:  All right.  So the

6  motion is to change the language to say it requires

7  psychological/psychiatric evaluation at the

8  beginning of treatment and then every two years

9  thereafter.  Any further discussion?  All those in

10  favor, please say so by saying aye.

11           MEMBERS:  Aye.

12           CHAIRMAN ACKERMAN:  All those opposed.

13  There we go.  Good.  Okay.  Any other changes, any

14  other discussions for any change to any of those

15  consent forms?

16           (No audible response)

17           CHAIRMAN ACKERMAN:  Seeing that there's

18  not, now we'll go back --

19           DR. DERICK:  (Indiscernible)

20           CHAIRMAN ACKERMAN:  Go ahead.

21           DR. DERICK:  Never mind.  It's okay.

22           CHAIRMAN ACKERMAN:  So seeing there's not,

23  we'll go back to Mr. Romanello's original motion

24  which now is just for the Board of Medicine, right,

25  Paul?  Just for the Board of Medicine --

Med Def_000402

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 152

1            EXECUTIVE DIRECTOR VASQUEZ:  Correct.

2            CHAIRMAN ACKERMAN:  -- to vote on.  And

3    that is to vote on the amended draft rule and

4    consent forms for adults.  All those in favor please

5    vote by saying aye.

6            MEMBERS:  Aye.

7            CHAIRMAN ACKERMAN:  Opposed?

8            Okay.  Mr. Dierlam, sir.

9            ATTORNEY DIERLAM:  Will the proposed rule

10   amendments have an adverse impact on small business

11   or be likely to directly or indirectly increase

12   regulatory costs to any entity including the

13   government in excess of $200,000 in the aggregate

14   within one year of implementation?

15           VICE-CHAIR ROMANELLO:  Romanello.  Move no.

16           DR. VILA:  Vila.  Second.

17           CHAIRMAN ACKERMAN:  All those in favor?

18           (Multiple aye responses)

19           CHAIRMAN ACKERMAN:  Opposed?

20           CHAIRMAN ACKERMAN:  Chris.

21           ATTORNEY DIERLAM:  Will this rule amendment

22   create an offense that would constitute a minor

23   violation under the rule?

24           VICE-CHAIR ROMANELLO:  Romanello.  Move no.

25           DR. VILA:  Vila.  Second.

Med Def_000403

Page 153

1          CHAIRMAN ACKERMAN:  All those in favor?

2          (Multiple aye responses)

3          CHAIRMAN ACKERMAN:  Opposed?

4          (No audible response)

5          CHAIRMAN ACKERMAN:  Chris.

6          ATTORNEY DIERLAM:  Does the board want to

7    impose a sunset provision for this rule or

8    amendment?  Again, reiterating the fact that the

9    rule is required by statute.

10          VICE-CHAIR ROMANELLO:  Romanello.  Move no.

11          DR. VILA:  Vila.  Second.

12          CHAIRMAN ACKERMAN:  All those in favor?

13          (Multiple aye responses)

14          CHAIRMAN ACKERMAN:  Opposed?

15          (No audible response)

16          CHAIRMAN ACKERMAN:  Okay.  Thank you.

17          Dr. Kirsh.

18          VICE-CHAIR KIRSH:  Thank you, Dr. Ackerman.

19          So for the Board of Osteopathic Medicine,

20   our job is to -- is to vote on the amended rule, as

21   well as the consent forms as we've agreed to so far.

22   And I offer a request for a -- a --

23          CHAIRMAN ACKERMAN:  Motion?

24          VICE-CHAIR KIRSH:  -- motion.  Thank you.

25   Sheesh.

Med Def_000404

Page 154

```
 1              UNIDENTIFIED MALE:  (Indiscernible) move

 2   forward.

 3              UNIDENTIFIED MALE:  Mr. Chairman, I move

 4   that we adopt the proposed rule as amended.

 5              DR. WILLIAMS:  Second.  Williams.

 6              VICE-CHAIR KIRSH:  Thank you, Dr. William.

 7   Thank you, Dr. Ducatel.

 8              So all in favor of the motion, please

 9   signify by saying aye.

10              MEMBERS:  Aye.

11              VICE-CHAIR KIRSH:  All opposed?

12              (No audible response)

13              VICE-CHAIR KIRSH:  Hearing none, the motion

14   passes.

15              Donna, do you want to go through the

16   requirements of the state?

17              ATTORNEY MCNULTY:  Thank you, Dr. Kirsh.

18              Would the proposed rule amendments -- will

19   the proposed rule have any adverse impact on small

20   business or likely to directly or indirectly

21   increase regulatory costs to any entity in excess of

22   $200,000 in the aggregate in Florida within one year

23   after implementation?

24              DR. DUCATEL:  This is Ducatel.  I move no.

25              DR. MORTENSEN:  Mortensen.  Second.
```

Med Def_000405

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 155

1        VICE-CHAIR KIRSH:  Thank you, Dr.

2   Mortensen.

3        All in favor, please signify by saying aye.

4        (Multiple aye responses)

5        VICE-CHAIR KIRSH:  All opposed.

6        (No audible response)

7        VICE-CHAIR KIRSH:  Motion passes.

8        ATTORNEY MCNULTY:  Should a violation of

9   this rule or any part of this rule be designated as

10  a minor violation?

11       DR. WILLIAMS:  Williams.  Move no.

12       DR. MORTENSEN:  Mortensen.  Second.

13       VICE-CHAIR KIRSH:  Thank you.  All in favor

14  of the motion please signify by saying aye.

15       MEMBERS:  Aye.

16       VICE-CHAIR KIRSH:  All opposed.

17       (No audible response)

18       VICE-CHAIR KIRSH:  Hearing none, the motion

19  passes.

20       ATTORNEY MCNULTY:  And do you want to add a

21  sunset provision to this rule with the reminder that

22  it's required by statute?

23       DR. DUCATEL:  Ducatel.  I move no.

24       VICE-CHAIR KIRSH:  Okay.  Anyone second?

25       DR. WILLIAMS:  Second.

Med Def_000406

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 156

```
1              VICE-CHAIR KIRSH:  Dr. Williams, second.

2              All in favor of the motion, please signify

3      by saying aye.

4              MEMBERS: Aye.

5              VICE-CHAIR KIRSH:  Aye.  And all opposed?

6              (No audible response)

7              Hearing none, the motion passes.  Thank you

8      so much.

9              CHAIRMAN ACKERMAN:  Thank you, Dr. Kirsh.

10             So is there any other discussion for the

11     greater good of the joint Boards of Medicine and

12     Osteopathic Medicine?  Seeing that --

13             Oh, Donna.

14             VICE-CHAIR KIRSH:  There's Donna.

15             ATTORNEY MCNULTY:  Yeah.  Just -- it will

16     be quick.  Just a reminder that the emergency rules

17     that you have voted on -- hope to them filed as soon

18     as possible next week.  And a reminder that to the

19     public that those will be posted on the board's

20     websites so they can access them as soon as

21     possible.

22             CHAIRMAN ACKERMAN:  Thank you, Donna.

23             Again, I want to thank you all for taking

24     time out of your busy afternoons today.  I want to

25     thank all the speakers, all the members of the
```

Med Def_000407

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 157

1    public that were here today for the thoughtful

2    comments and input, and I call this meeting

3    adjourned.

4                (END OF VIDEO RECORDING)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Med Def_000408

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

Page 158

1            CERTIFICATE OF TRANSCRIPTIONIST

2            I certify that the foregoing is a true and

3    accurate transcript of the digital recording

4    provided to me in this matter.

5            I do further certify that I am neither a

6    relative, nor employee, nor attorney of any of the

7    parties to this action, and that I am not

8    financially interested in the action.

9

10

11

12            *Julie Thompson*

13            Julie Thompson, CET-1036

14

15

16

17

18

19

20

21

22

23

24

25

Med Def_000409

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023                                                                 1

---

**$**

---

**$200,000**
  128:12 131:3
  152:13 154:22

**$700,000**
  109:24

---

**1**

---

**1**
  9:14,19 22:2
  44:15

**1.5**
  117:24

**10**
  112:9

**100**
  59:18,19
  135:15

**12**
  24:16,24
  53:4,5 55:11
  134:20

**12th**
  120:21

**13**
  24:21 29:3

**15**
  26:4

**16**
  26:4 32:6
  39:21

**17**
  8:13 26:4

**18**
  8:18 9:9
  29:25 30:1
  61:12 81:10

**1966**
  57:11

**1975**
  81:16 88:11

**1:00**
  10:4

**1:04**
  6:6

**1:50**
  47:7 48:1

**1:51**
  47:24

---

**2**

---

**2**
  9:19 10:9
  48:1 98:15,18

**20**
  10:9

**20/20**
  94:18

**2000**
  81:14 88:10

**2017-2018**
  109:11

**2022**
  89:3

**2023**
  6:6 8:13 9:14
  10:4,9,11

**20s**
  81:19

**20th**
  59:15

**23**
  10:4,11

**24**

**12:9**

**254**
  8:10,12

**26**
  40:13

---

**3**

---

**3**
  20:9 32:7
  39:21 41:20
  44:17 45:5,9
  98:19,23 99:3

**30s**
  81:19,24

**30th**
  6:5

**315**
  136:7

**38**
  43:7,21 46:5

**39**
  65:6

**3:20**
  48:2 112:9

---

**4**

---

**4**
  19:10 20:21
  23:6 24:5
  25:14 36:12
  55:11

**40**
  63:18,19
  65:7,8 125:11
  126:4 133:7
  138:13 140:4
  142:18

**41**
  21:17 41:13,
  20 43:14,16
  44:2,14 45:9
  55:11 66:1
  139:12 140:4

**42**
  49:14

**43**
  44:8

**456.001**
  35:3 36:19

**456.52**
  9:19,21 10:6

**458**
  9:4

**459**
  9:4

**49**
  46:5

**490**
  9:5

**4A**
  14:3

---

**5**

---

**50**
  46:8

**55**
  46:21

---

**6**

---

**6**
  9:19 20:9
  22:2 24:13,
  15,16 25:9
  46:18,20

Med Def_000410

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023                                                                    2

**60**
  8:16 47:16

**64B8ER**
  121:8

**67**
  13:22 66:23
  67:3,4,9

**68**
  15:4,7,11

**69**
  14:8,10

___

**7**

___

**70**
  107:11

**71**
  41:25 42:2

___

**8**

___

**8**
  29:11 35:3
  36:20 44:1
  46:13 89:12

**85**
  89:3

___

**9**

___

**9**
  120:8

**90.7**
  96:19

___

**A**

___

**ability**
  20:15 42:18
  82:9 88:16
  98:8 104:19

**abortion**
  50:23

**absence**
  105:12

**absolutely**
  44:24 54:19
  76:15 94:13
  137:12

**abstain**
  148:1

**abstained**
  147:23 148:6

**academic**
  71:23

**Academy**
  88:5

**accept**
  132:21

**access**
  61:14 62:2,
  13,16,19
  78:19 80:17
  88:9,16 95:1
  137:7 156:20

**accounts**
  80:14

**accurate**
  36:14 62:6

**ACKEERMAN**
  28:12

**Ackerman**
  2:5,18 4:2,22
  5:6,15 6:1
  12:14 14:1,8
  15:4,7,10,17
  16:1,18,23
  17:4,6,7,11,
  19 18:11,13,
  20 19:2,5,16

20:3 21:6,7,
13,25 22:7,
10,12,13,16,
23 23:2,4,20
24:1,3,7,13,
23 25:12
26:1,23,24
27:9,15,18,24
28:3,14,17,20
29:7,25 30:5,
11,15,17,19,
23 31:8,12,
16,21 32:5,
19,23 33:5,
12,22 34:15,
16,20 35:1,2,
10,16,21
36:2,5,10,17,
21,24 37:22
39:11,14,18,
25 40:3,24
41:8,12,21,25
42:6,7,11,25
43:11,15
44:2,7,11,19
45:1,8,12,16,
20,25 46:2,
11,20,24
47:9,15,21
48:25 49:11
52:8,18
54:15,20
56:12,22
58:3,16,21
60:5,17 62:25
63:7 64:2,8,
17,20,21
65:8,18
66:13,16,20
67:1,8,24
68:4,19,25
69:5,13,16,18

72:13,16,23
73:2,8,12
75:8 76:1,9,
13,17,22
78:20 79:7
80:3,5 82:22,
24 83:2,8,10,
22 84:18,23
86:10 87:4,7,
11 90:18,24
91:2,4,8,9
93:13 95:18
96:9 97:14,
16,22,24
98:2,4,16,20,
22 99:1,3,7
101:14,17
102:1,3,6,8
104:23 105:3
106:13,19,20,
22 108:2,4
110:1,7
111:10,13,17
112:6,7,8,11,
12,15,21,24
113:4 114:3,9
115:4,9,14,
18,21 116:2
118:6,10,16,
20,24 119:15,
17,22 120:1,
4,7,11,15,18,
24 121:2,5,7,
11,25 122:3,
5,8,21,24
123:3,5,7
124:11,14,17
125:24 126:2,
22 127:5,8,
11,15,18,20,
23 128:5,7,
16,18,25

Med Def_000411

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

3

129:2,11,13,
15,17 132:17,
19,25 133:2,
13,18,20
135:20 136:23
137:10,13,15
138:1,4,24
139:9,11,17,
23 140:10,15,
20,24 141:2
142:8,12,25
143:2,6,16,
21,25 144:4,
6,14,17,25
145:4,8,14,
17,22,25
146:2,8,11,
13,16,19,20
147:2,6,8,15,
21 148:2,6,23
149:4,8,10,
17,19,23
151:5,12,17,
20,22 152:2,
7,17,19,20
153:1,3,5,12,
14,16,18,23
156:9,22

**acknowledge**
83:20

**acknowledging**
92:3

**act**
115:1

**actions**
10:20

**activated**
4:13 7:2,21

**active**
8:21

**actively**
28:15 80:11

**activist**
80:9

**activities**
7:22

**actual**
28:7,11 67:11

**Adams**
79:24 83:4,5,
7,9,15,16

**add**
35:11 83:17
155:20

**adding**
37:15

**addition**
88:25

**additional**
51:23 74:2
93:4

**address**
7:4 8:9 12:6,
9,12 23:15
26:19 85:4
107:13 136:17

**addressed**
126:20

**addressing**
24:22 111:23

**adequate**
105:15 141:8,
16

**adequately**
26:7

**ADHD**
74:23

**adjective**

105:9

**adjourned**
157:3

**administrative**
12:8

**administrator**
3:19 5:11

**adopt**
8:15 9:7 78:2
122:11 129:19
154:4

**adopting**
126:14,15

**adult**
20:6 21:15,17
26:5,7 55:2
89:25 102:24
124:16 125:10
126:16 127:6
132:18 133:9
135:24 140:16
150:6

**adults**
10:1,17 17:13
41:2 42:21
43:6,19,21
46:4,7 47:13,
17 51:8 52:1,
11 55:10,15
61:19 62:17,
21 63:14
64:24 65:5,7,
9 67:3 77:25
89:19 94:11
107:23 125:7
126:15,21
127:9 132:21
136:1,3,11
152:4

**advanced**
63:12 66:6
67:16

**adverse**
128:3 131:1
152:10 154:19

**advise**
104:7

**Advocacy**
102:22

**affected**
85:7 104:12

**affects**
117:13

**affirmation**
32:2

**affirming**
46:13 51:12
57:8 62:14,20
69:24 88:9
92:3,6 95:6,9

**afternoon**
2:5 3:22 5:4
6:5 17:1 57:1
61:3 63:7
84:17 91:16
94:2 102:14

**afternoons**
156:24

**age**
8:18 9:9
77:11

**age-adjusted**
125:5

**agenda**
10:25 14:9
109:23

**aggregate**
128:12 131:3

Med Def_000412

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023                                                    4

152:13 154:22

**agree**
18:10 21:13
23:3 33:22
35:17 39:6
44:24 89:8
100:7,9,25
126:24
135:21,22

**agreed**
41:17 44:13,
21 153:21

**agreement**
132:12 135:16

**ahead**
16:19 19:19
35:2 56:18
87:13 91:14
102:13 115:23
151:20

**AJM**
136:10

**alert**
101:23

**aligned**
113:15

**alignment**
32:17 39:1

**Allen**
78:23,24

**alleviate**
75:2

**allowed**
11:5 88:21

**allowing**
113:6

**alternative**
148:21 149:3

**Alvarez**
73:4,7,10,15

**ambiguity**
66:21

**ambiguous**
20:24 66:14
108:24

**amend**
18:7

**amended**
122:18 148:21
152:3 153:20
154:4

**amendment**
22:8 36:22
128:10,20
137:11
142:14,15,17,
23 144:1
152:21 153:8

**amendments**
128:2 130:25
152:10 154:18

**American**
77:5 81:4
88:4,5 107:1,
3

**amount**
58:19,25

**anatomical**
38:8

**anatomically**
32:12 34:9

**anatomy**
38:10

**anchoring**
89:16

**Andrea**
84:3,4,9,10,

12,13,15,17,
20,24,25
86:10,13

**androgen**
108:25

**anesthesiologis
t**
72:19

**Anna**
48:17 49:13

**announce**
79:3

**annual**
24:17

**annually**
104:6

**answering**
111:18,23

**answers**
97:10

**anxiety**
23:17 74:22
75:3

**anymore**
66:8 84:22

**Anytime**
6:20

**apiece**
48:4

**apolitical**
7:25

**apologies**
76:16,21

**apologize**
94:3 98:3
103:25 110:16
127:25

**appears**
52:15 107:24

**appease**
93:9

**apply**
11:11 53:13

**appointed**
11:22

**appointment**
134:23 135:4

**appointments**
74:6,18

**appreciated**
12:17

**approval**
18:3 51:4

**approve**
96:6 121:8
124:3,21

**approved**
10:7

**area**
51:11 150:19

**article**
125:2 136:10

**articles**
107:2

**Ash**
115:12 118:19

**ashamed**
70:14

**aspects**
81:15 101:4

**assent**
104:2

**assert**
114:14

Med Def_000413

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023                                                              5

assessment
  24:17 25:10
  51:18 77:24
  78:11
assessments
  55:4 74:7
assets
  109:14
assigned
  109:5
assistant
  3:18
assistants
  90:13
association
  77:5,6 81:5
  88:5
assume
  86:16 90:20
  139:1
assuming
  28:8
assumption
  124:2
attempt
  7:14 9:15
attended
  60:23 61:1
  107:13
attending
  94:5
attention
  85:3 96:8
ATTORNEY
  15:19 18:4
  26:25 27:25
  28:4,13,16,19
  34:25 35:3

36:13,16,19
42:7,13 64:25
65:13,15 68:4
97:16,23
98:1,3
121:17,20
122:17,20
123:7,11,16,
19 124:1,5,9,
12 126:1,10
127:22 128:9,
20 129:4
130:9,18,24
131:15 132:3
137:14,16
138:3,6,19,22
143:11,17
147:4,12,18,
24 148:1,5
152:9,21
153:6 154:17
155:8,20
156:15
audible
  47:23 119:1
  123:4 127:14,
  19 128:8,19
  129:3,14
  130:14
  131:13,24
  132:15
  147:13,15
  151:16 153:4,
  15 154:12
  155:6,17
  156:6
audio
  2:3 6:12
Australia
  107:12

authorities
  107:7
authority
  85:25 113:9
authors
  33:15 82:16
autism
  74:22
avoid
  100:20
aware
  15:14,16 97:1
  107:10 119:21
  141:5
Awesome
  49:12 52:21
  102:14
aye
  22:8,9,11
  40:2 45:24
  46:1 123:1,2
  127:16,17
  128:6,17
  129:1,12
  130:12
  131:11,21,22
  132:12,13
  142:24 143:3
  144:2,3,5,13
  151:10,11
  152:5,6,18
  153:2,13
  154:9,10
  155:3,4,14,15
  156:3,4,5

—————————

————— B —————

back
  4:11,12

52:10,22
59:14 65:23
75:20 78:22
81:24 89:24
95:21 99:7
101:8 102:11
110:11 116:3
122:3,14
132:17 135:25
141:24 143:15
151:18,23
back-and-forth
  111:18
background
  6:21 104:1
backlog
  109:14
bad
  85:12 94:10
  106:7
banning
  81:11
bans
  114:18 117:20
barrier
  89:2,20
barriers
  51:21,23 62:1
  78:13 93:4
  94:11
Barsoum
  3:11
Barton
  79:9,11,17,20
based
  11:14 12:3
  13:13 14:8
  29:7 35:5,14,
  20 50:8,24

Med Def_000414

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

6

59:3,20 70:7
77:12,15,24
82:5 91:25
107:24

**baseline**
82:5

**bases**
83:18

**basic**
75:6 85:10,24

**basis**
117:15 150:4

**Bates**
13:22 14:8
15:11 19:9
20:8 21:16,17
22:2 23:6
24:5,13,15,16
25:9,14 29:3,
21,25 30:1
32:6 39:21
40:13 41:13,
20,25 42:1
43:7,8,12,16,
21 44:2,8,14
45:9 46:5,8,
21 47:16
55:7,11 120:8
125:10 126:3
133:7 138:13
139:5

**Beach**
60:21

**beg**
97:17 126:10

**began**
9:22 135:23

**begin**
2:16 6:2 30:1
64:12 83:15

92:24 93:6

**beginning**
17:25 30:6
43:21 46:8
48:9 63:21
73:19 125:13
134:17 138:9,
14 148:15
150:5,13
151:2,8

**begins**
43:6 46:4

**behalf**
11:17 76:11

**Belgium**
107:17

**believer**
94:17

**believes**
77:17

**beneficial**
23:24

**benefit**
135:12

**benefits**
55:24 59:8
92:4,8,14
95:7,8 100:10
136:9,11
141:21

**Benson**
3:11 19:21

**bias**
50:16 114:1

**biased**
59:24 82:21
100:14

**big**
53:1 94:17

135:5 142:6

**bill**
8:10 22:19
49:20,21
53:22 94:19
96:20,23

**bill's**
97:12

**biological**
37:9 39:4,16,
22

**biologically**
32:12

**biology**
33:16

**birth**
35:9 37:9
108:24 109:5

**bit**
47:5 52:12
53:15 64:9
66:5 71:1
73:11 138:20

**blanket**
117:20

**block**
20:15 39:21
92:25

**blocked**
29:16 92:23
93:3

**blockers**
19:9 29:1
74:13 120:9

**blocking**
74:19

**blocks**
29:20 30:4,14
40:22 44:5

46:17

**board**
2:9,12 3:15,
16,17,22 4:4
5:8,12 6:8,
15,18 7:10,
12,17 8:3
16:4 18:17
19:17 23:13
27:3,6 30:23
32:3 40:24
41:9 46:25
47:22 49:5
54:17 60:19,
23 65:2 68:5,
6,13,14,17
82:8,9 85:5
86:2 89:24
91:16 92:12,
16,21 94:2
97:11 103:10
107:21
111:20,21
113:7 116:14
117:8 119:9
121:14,15,21,
22 122:10,11,
14,25 123:12,
14 129:7,18
130:15 138:8
141:22 143:9
144:23
151:24,25
153:6,19

**board's**
9:18 15:23
27:1 42:22
82:20 102:18
156:19

**board-**
24:25 139:18

Med Def_000415

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023                                                                    7

**board-certified**
9:3 24:18
25:11 63:24
64:10 65:4
69:22 125:16

**boards**
2:12 5:19
6:10 7:4,24
8:2,9,14,23
9:1,7 10:6,
19,20,25
12:12 14:17
17:23 78:2
91:16 96:3
102:15 103:15
104:7,18
116:1,6
156:11

**Boards'**
6:13

**bodies**
7:25

**body**
32:16 35:6
38:25 57:23
81:6 82:5,7,
14 85:5 88:7

**bone**
111:6

**book**
52:3 59:17
81:21

**born**
116:21

**bottom**
71:17,20

**box**
32:7 35:11

**Brad**

3:19 97:20
98:5

**Brandi**
58:12,13,18,
24 60:6

**break**
94:13 121:13

**Brevard**
80:8

**Brian**
75:17 78:22

**bring**
32:16 111:22

**bringing**
83:21

**brought**
65:20 91:24

**Bryce**
96:13 99:10,
14 101:20,22
102:6,7,8,10,
13,14,19
104:23,24

**Buck**
115:12 118:19

**bullet**
120:19,21
139:12,18

**burden**
134:8 135:5

**burdens**
74:2 109:15,
16

**burdensome**
50:22 77:21

**burnings**
59:18 81:21

**business**

128:3 131:1
152:10 154:20

**busy**
156:24

**button**
16:14

_____

C

**call**
2:17 11:23
16:21 32:21
48:16 79:23
107:15 112:5
114:6 115:9
144:7 157:2

**called**
12:1

**calling**
2:11 54:4

**camera**
7:21 16:16

**cameras**
6:23

**Cameron**
99:15 101:21
102:11 110:3,
11

**Campbell**
79:10,13,16

**Canada**
117:5

**canceled**
100:5

**capacity**
91:18 92:9

**care**
6:16 8:4
24:15 26:18

49:25 50:8,
13,23 51:5,12
52:25 55:16,
17 57:8,18
61:9,25
62:14,16,20
67:16 69:24
70:3 72:5
74:3,12,25
75:1 77:4,7,
11 78:7,13,19
80:17 81:1,9,
12,16,18
82:4,18 85:19
87:2,14,17,
24,25 88:2,9,
17,19,23
89:2,11 90:5,
9,10 92:3,6,
11,18,20 93:3
95:9,15 96:7,
24 97:2,4,9,
13 100:10,18,
19 104:11
107:8 109:21,
22 113:12,15,
18 134:5,11,
12 136:14
137:7,17,18,
22

**cared**
26:7

**Carol**
5:11

**carry**
27:3 45:14
140:8

**case**
18:17 51:8
115:3

Med Def_000416

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023                                                    8

cases
  59:10

Cassandra
  3:17

category
  117:11

caused
  92:11

caution
  29:19 40:21
  44:4 46:16
  68:14

center
  71:23 85:1

century
  59:15

cert
  123:12,25
  127:23

certified
  25:1 139:19

cetera
  24:11

Chair
  6:20 7:1,6
  11:13,23
  12:1,13 79:2
  105:1 106:12
  140:5 142:10
  145:23 149:1

Chairman
  2:5 4:2,22
  5:6 6:1 12:14
  14:8 15:4,7,
  10,17 16:1,
  18,23 17:4,
  11,19 18:11,
  20 19:2,5,16
  20:3 21:7,13,

25 22:5,7,10,
13,16,23
23:2,20 24:1,
3,7,13,23
25:12 26:1,24
27:9,15,18,24
28:3,12,14,
17,20 29:25
30:5,11,15,
17,19,23
31:8,12,16,21
32:19,23
33:5,12,22
34:16,20
35:2,10,16,21
36:2,5,10,17,
21,24 37:22
39:11,14,18,
25 40:3,24
41:8,12,21,25
42:11,25
43:11,15
44:2,7,11,19
45:1,8,12,16,
20,25 46:2,
20,24 47:9,
15,21 48:25
49:11 52:8,18
54:15,20
56:12,22
58:3,16,21
60:5,17 62:25
63:7 64:2,8,
17,21 65:8,18
66:13,16,20
67:1,8,24
68:19,25
69:5,13,16,18
72:13,16,23
73:2,8,12
75:8 76:1,9,
13,17,22

78:20 79:7
80:3,5 82:22,
24 83:2,8,10,
22 84:18,23
86:10 87:4,7,
11 90:18,24
91:2,4,9
93:13 95:18
96:2,9 97:14,
22,24 98:2,4,
16,20,22
99:1,3,7
101:14,17
102:3,8
104:23 105:3
106:13,20,22
108:2,4
110:1,7
111:10,13,17
112:8,12,15,
21,24 113:4
114:3,9
115:4,9,14,
18,21 116:2
118:6,10,16,
20,24 119:17,
22 120:1,4,7,
11,15,18,24
121:2,5,11,25
122:5,8,21,24
123:3,5
124:11,14,17
125:24 126:2,
22 127:5,8,
11,15,18,20
128:5,7,16,
18,25 129:2,
11,13,15
132:19,25
133:2,13,18,
20 135:20
136:22,23

137:10,13,15
138:1,4,24
139:9,11,17,
23 140:10,15,
20,24 141:2
142:8,12
143:2,6,16,
21,25 144:4,
6,14,17,25
145:4,8,14,
17,22,25
146:2,8,11,
13,16,19
147:2,6,8,15,
21 148:2,6,23
149:4,8,10,
17,19,23
151:5,12,17,
20,22 152:2,
7,17,19,20
153:1,3,5,12,
14,16,23
154:3 156:9,
22

chance
  79:5 112:16
  120:4

change
  21:16,23 28:9
  29:7 31:15
  32:8,18 33:1,
  7,20 34:5,8,
  9,13 35:19
  37:8,11,13,
  14,16 39:2,4,
  21,22 44:15
  53:19 54:2
  85:24 101:2
  116:16 139:1
  140:8 142:6
  151:6,14

Med Def_000417

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

9

changed
13:12 14:22
15:1 40:17
46:14 100:23
101:5

changing
41:14 54:4
71:13 107:6
138:9 141:10

chaos
49:22

Chapter
9:4,5

checkpoint
92:20

Cherise
3:18

chest
70:15,18

CHIARMAN
5:15

Chief
87:1

child
23:14,23
26:5,16

children
17:13 61:16
94:15

chime
66:16 106:23

chin
71:10

choose
103:19 111:22
117:25

chooses
11:2

chose
114:2

Chris
26:24 35:2
68:5 86:18,20
93:14,15,20,
21 95:22,25
96:1,9 97:22,
24 126:2
138:5 147:2,
3,19 152:20
153:5

Chriss
83:14 84:2,4,
6,7,8

Christopher
3:16

chromosome
37:25

chromosomes
32:9,10,14
33:1,2,3,6
34:4 35:8,11,
24 38:6,12,
16,18 39:5,
17,23

circumstances
78:16

cis
81:23,25 82:1

cisgender
88:17

cite
82:10,19 85:3

cited
82:6,11

civil
10:24 118:4

claiming
77:14

claims
57:9

clapping
48:22

clarification
17:22 18:7
66:5 127:2
150:11

clarified
54:5 99:22

clarify
5:16 53:17
68:23 140:7

clarity
96:20,22
97:12 134:2

Clark
93:24 95:23
96:13 98:12,
14,18,21,25
99:2,6 102:12
110:12,13,14
111:11,15

classification
35:4

clean
120:25

clear
32:16 38:25
42:20 48:10
51:20 123:22
124:10,18

climate
61:13

clinic
57:10

clinical
106:15

clinician
90:4

clinicians
90:8

clinics
97:3

closer
63:11

Coffman
2:22,23 30:25
31:1 36:3
39:3,19,20
45:14,19,20
47:14 133:17,
19 145:16,19
146:7,8

Coffman's
31:9,23 39:14

cofounder
86:25 102:21

collectively
18:2 109:24

comb
13:11

combined
74:8

comfortable
19:3 70:17

commenced
8:20

comment
11:5,12,21
12:23,25 13:5
17:9,14 18:23
19:17,25
20:6,7,12
28:25 41:11

Med Def_000418

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

10

48:1,2,11
49:16 50:20
52:7 54:8,24
56:9 61:6
77:1 96:16
103:4 105:2
108:6 111:20
113:6 119:2
134:15 141:5

**commentators**
91:20

**commented**
73:20

**commenter**
95:3

**comments**
11:9,11 12:11
13:14 16:4
18:16 19:16
23:5 32:3
40:24 41:8
46:3 47:1,21
49:8 60:25
63:10,15
72:18 91:20
98:9 107:21
110:2 111:14,
25 112:2
114:5 124:15
126:19 127:12
135:20 142:8
157:2

**committed**
136:6

**Committee**
8:8 9:13,22
10:10,21
12:21 102:19

**Committee's**
10:8,23

**common**
23:16 120:13

**community**
72:5 85:1,9,
17 90:17
98:11 117:2

**comorbid**
23:16

**comorbidities**
74:21

**comorbidity**
20:10,15,17,
19 141:14,19

**compared**
88:17 92:10
125:5

**compelling**
80:22

**complete**
49:22

**completed**
64:16

**completely**
48:10 89:15

**completing**
10:5

**compliance**
110:20

**complications**
71:25 117:13

**comply**
137:19,23

**component**
110:24

**compromise**
148:14

**computer**
67:7

**conceptual**
39:12

**concern**
23:5 37:1
53:12 54:10
78:12 85:22
101:1 103:25

**concerned**
20:14 53:18
74:20 77:2
107:8 110:23

**concerns**
20:9,23 21:14
47:1 53:1,25
75:6 93:9
98:10 102:23
107:14 135:22

**concise**
83:21

**conclusion**
7:7 12:10

**concurrency**
141:14

**conduct**
11:3

**conducted**
10:23 14:6

**conference**
107:10

**confidence**
57:20

**confine**
23:18

**confirm**
123:17

**confirming**
125:19

**conflict**

**conceptual**
109:19

**confuse**
85:8

**confused**
45:7 66:25
67:13

**confusing**
64:3 138:21,
23 144:7

**confusion**
7:16 64:6
91:5,6

**conjunction**
9:5

**consciousness**
57:22

**consensus**
77:4

**consent**
8:24 10:15,16
13:3 14:14,23
15:11 16:3
19:7,8,22
21:4 24:5
27:7,14 29:9,
10 36:7 37:12
40:18 43:5
46:3,7 47:16
49:16 50:17
51:25 53:23
55:2,9,21,24
56:1,2 57:7
62:5,9 65:5,9
66:24 67:1,2,
11,14 69:25
71:3 77:2
78:12 87:21,
22 88:12
89:1,7,19,25
90:2,6,15

Med Def_000419

92:7,17,19
93:9 100:1,5,
16,17 103:3,
13,19 104:2,
12 108:8
109:9 111:7
113:11,23
114:24
119:14,24
123:18 124:3,
7 125:10
126:14,16,18,
20 127:3,13
129:20 132:22
133:9 135:17
137:20 140:7,
11 151:15
152:4 153:21

**consents**
9:8,24 10:1
17:12 19:25
124:21,22

**consideration**
129:5

**considered**
59:23 93:2
97:8

**consistency**
46:15

**consistent**
29:10 31:18
35:25 125:22

**consistently**
77:10

**constituents**
49:23

**constitute**
128:21 152:22

**constitutes**
78:6

**Constitution**
86:5 117:18,
23

**constraints**
12:6

**contemplate**
150:18

**contemplated**
55:13

**context**
49:17

**continuation**
55:16

**continue**
8:18 9:17
55:6 62:1
64:12 78:5,17
96:6 100:18
102:2 114:10,
14 134:21

**continued**
8:9

**continues**
88:8

**continuing**
9:24 63:22
64:15 93:3
111:2 125:14
134:16 135:18
138:10,14

**controlled**
105:14

**controls**
106:1

**conundrum**
54:1

**conversation**
13:18 53:19
80:12 113:21

**conversations**
7:21

**converted**
78:9

**cool**
16:11

**copies**
42:18

**copy**
29:22 34:23

**Cora**
52:13

**correct**
5:20,24 15:19
17:22 18:4,5,
19 24:24 25:2
28:8,11,12
30:16 31:20
39:6 42:15,17
44:19 63:19
64:2 137:1,12
139:3 140:22
143:21 150:12
152:1

**correction**
44:13 71:2
119:19

**cosmetic**
72:1

**cost**
131:2

**costly**
77:21

**costs**
104:4,6,8
128:11 152:12
154:21

**council**
3:16,17

**counsel**
24:24 67:24
68:5 121:13
123:8

**counseling**
9:2 65:3
139:15 142:5
150:3

**counterparts**
68:17

**counterproducti
ve**
37:7

**countries**
114:16

**country**
86:6 87:15
88:24 114:17
116:20
117:19,23

**County**
60:21 80:9

**couple**
20:3 63:15
79:24 80:21
85:20 108:14
109:18 115:10

**court**
7:9,17 114:25

**courts**
117:19

**Cousins**
79:25 83:8,
13,25 84:1,5
87:7 91:11
93:16,17,18,
20 94:1,2

**cover**
33:1

Med Def_000420

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

12

coverage
104:9

covered
40:23

covering
96:19

covers
34:8 35:13
38:10,12

coworkers
95:14

craft
93:8

crafted
92:19

crafting
94:24

create
51:21,23
111:6 113:12
128:21 152:22

created
49:22 62:10
71:5

creates
88:13

creating
52:1 78:13
111:12

credit
72:7

Creegan
4:21,22
147:3,4,8

Creegan's
147:3

crisis
53:10

criteria
21:10,11 22:3
28:10,15
41:15 44:16

critical
57:16 61:4

criticism
105:6

cross-
37:19

cross-gender
109:4

cut
61:1 72:24
97:18 102:4
114:9,10

                D

D-A-N-K-E-R
69:7

Dalton
3:19 97:20
98:5

dangerous
57:15 82:2
88:13

Daniel
115:7,12
118:18

Danielle
5:12 29:13
99:15 101:21
102:5,10
104:25 108:4,
5 144:8
146:4,22

Danker
69:7,8,12,15,
17,20,22

72:10,12,14,
21,25 73:1

data
55:22 70:8
135:24,25
136:3,4

date
8:21 10:13

daughters
95:12

Davis
80:2,4,7,8
82:23 83:1

day
15:24 58:5
93:12 104:22
113:22 117:3

day-to-day
62:23

days
8:16

deactivated
6:24 7:8

deadline
112:2

deal
53:11 127:5,9

dealing
26:20

debilitating
57:21

decades
57:12 117:9
136:19

decide
71:18

decision
9:12 86:3

114:13

declaratory
68:9

deeply
77:2 110:23

defer
149:25

deference
48:18

define
38:7,20,22
39:2,9

defined
32:11 36:12,
17,18,19
38:23 100:25

defines
38:20

definition
34:18,21
35:14,20

degree
141:14

degrees
108:17

dehumanizing
61:3

delay
73:13 110:16

delete
26:11 140:21
142:17

deleting
42:18

deletion
14:4

demand
57:24

Med Def_000421

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

13

demonstrated
77:10

demonstrating
70:11

Department
14:18,21
15:20 42:19

Department's
97:21

depending
26:7,20 38:19

depends
26:5

depression
23:17 74:22
75:3

derail
85:25

Derick
2:24,25 21:5,
7,8,18,24
24:2 25:6
36:9,11 37:18
41:11,13,24
43:2,8,10,14,
17,18 44:11,
12 45:3,17
47:8,12
54:22,23 55:9
56:13 64:19,
22,25 65:11,
14,16 69:1,3
75:23 112:6,
11,12,13,25
119:16,19
123:17
124:13,15,18,
25 125:1
126:5 133:3,5
134:15 135:1,

14,22 136:10,
24 137:3
138:16,20,25
139:3,10,14,
20 140:2,3,
20,23 142:21
144:11,21
145:1 148:10,
12,18,20
149:5,7,9,24,
25 150:10,17
151:19,21

Derick's
45:8 126:19
137:11

Desantis
117:21

describes
105:11

describing
81:1 105:10

descriptor
106:9

deserve
61:19 77:18
95:14

deserves
105:7

designated
131:17 155:9

designed
51:20 92:19
105:25

desire
11:8

desiring
12:3

despair
118:13

destroy
94:10,16

destroyed
59:17

determine
26:19

detransition
104:16

develop
19:25 103:19

developed
9:15 10:14,
15,17 33:8

developing
8:22

development
9:23

developmentally
26:6

DEXA
74:15

Di
5:1

diagnosis
89:13,14

diagnostic
20:11

Diamond
3:12

dictates
96:23

Dierlam
3:16 26:25
34:25 35:3
68:4,5 97:16,
23 98:1,3
123:7,11
124:1,12

126:1,9,10
127:22 128:9,
20 129:4
138:6 152:8,
9,21 153:6

differently
103:20

difficult
7:17 62:12,21

difficulties
17:1

diligence
90:15

direct
87:22 97:19

directed
78:2

direction
99:24 134:14

directive
78:1

directly
128:10 131:2
152:11 154:20

director
3:15,21 4:1,
4,7,9,15,17,
20,24 5:7,11,
23 6:4,7
13:25 14:11
15:5,8,13
16:24 17:21
19:13 29:6
30:2,7,13,16,
18,21 31:5,
11,14,20
34:15,17,22
40:15 41:4
42:5,9 43:24

Med Def_000422

44:3,9 46:10,
22 47:10,19
57:2 102:20
112:19,22
115:5,11
118:18,22
119:15,18,23
120:2,6,10,
12,16 121:1
140:5,12,18
142:25 143:4,
8,14,20,22
148:24 152:1

**disagree**
103:13 135:14

**disappointed**
50:4

**discourse**
10:24

**discretion**
77:23

**discriminating**
117:15

**discrimination**
89:5

**discuss**
13:4 17:8,12
27:16 33:17
44:20 68:17
101:9 111:19,
20 119:11

**discussed**
19:22 41:5,16
44:25 54:10
55:14 60:22

**discussing**
10:24 33:3
65:7 89:22
149:13

**discussion**
17:14,15,25
25:17 30:24
39:25 43:3
44:21 45:13
52:12 55:22
56:7 65:24
80:23 116:3
119:5,8 122:1
124:24 132:18
133:2,20
141:2 149:23
151:9 156:10

**discussions**
61:3 114:23
151:14

**disheartening**
61:6

**disingenuous**
113:24

**disrupt**
11:2

**disruption**
20:25 100:20

**District**
49:14

**diverse**
70:3 81:10
87:15 88:15
90:12,16

**doctor**
36:10 72:13,
16 74:9 85:12
86:4,13

**doctor's**
73:22

**doctoral**
58:15

**doctors**

101:9 105:19

**document**
13:24 19:15
37:20 38:14
40:16,20,22
41:7,9,10
44:1 46:19
47:2 65:10
67:6 71:1
100:14 119:25

**documented**
14:7

**documents**
13:7,9,10
40:6 45:15
63:19

**Don**
112:20

**Donna**
3:16 15:18
17:22 27:19,
24 34:23 42:1
65:1,10
121:17 130:22
131:14 132:2
137:13,15
147:16 154:15
156:13,14,22

**Donna's**
27:19

**dosage**
68:2

**doubt**
94:20

**doubtful**
136:9

**downside**
37:24

**dozens**

80:9

**draft**
10:12 13:3,
20,21 15:15
66:24 67:9
122:12 132:21
152:3

**drafts**
10:14,16 13:1

**drugs**
68:1

**Ducatel**
4:14 5:3,4,5
130:5,8,9,10
146:17,18
154:7,24
155:23

**DUCTEL**
130:8

**due**
60:22 81:9

**duly**
6:9

**duplication**
120:2

**dusting**
117:4

**Dutch**
135:24

**duty**
86:2

**dysphoria**
2:14,15
21:10,12,21
22:3 23:11,12
25:24 29:5
41:18 43:20
59:3 74:24
89:14,15

Med Def_000423

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

15

107:23

**dysphoric**
21:19

_____

**E**

_____

**earlier**
4:16 23:4
50:20 53:19
65:19 73:17
81:19 88:4
93:25 103:11

**earliest**
59:17

**early**
59:15 65:21

**easier**
35:10 40:9

**echo**
51:2 59:1
80:23 91:19

**echoed**
103:4

**echoing**
138:7

**economics**
111:8

**education**
116:19

**educator**
61:8

**effect**
49:21

**effective**
8:13,21 10:13
14:15

**effectively**
114:18

**effects**
66:2 120:13

**effort**
19:24 50:2

**efforts**
8:9 96:4

**eggs**
34:11 38:12

**elected**
48:19

**Elijah**
28:23 93:23,
24 95:23
96:13 98:12,
13,14,18,21,
22,25 99:2,6
102:12
110:12,13,14
111:11,15

**else's**
62:9

**email**
12:6,9

**emails**
107:16

**emergency**
2:15 8:16
9:8,15 10:5,8
13:3,20,21
14:15,19
15:10,25 16:4
41:2 42:21
43:1 67:9
100:1 119:13
121:8 122:12
126:13,15
129:20 132:21
156:16

**Emily**

60:7

**emotional**
134:3

**emphasis**
113:16

**emphasizing**
107:7

**enacted**
8:14

**encompasses**
34:8

**encourage**
52:3 82:8
89:22 136:15

**end**
4:12 17:9
18:2,9 76:21
98:23 107:5
123:23 157:4

**Endocrine**
88:6

**ends**
99:3 111:24
119:2

**enforce**
117:18,22,23

**engage**
61:6

**England**
107:6 125:2

**ensure**
78:18

**entertain**
121:20 132:20

**entire**
124:7 135:19

**entity**
128:11 131:3

152:12 154:21

**Equality**
75:24 76:12
77:1,17 91:17

**Erica**
63:3,4,5,6,9
64:3,13
65:12,16,18,
22,25 66:15,
19,22 67:2,4,
10 68:3,19,22
69:6

**eroded**
118:5

**escape**
61:12

**Eskamani**
48:17,20,24
49:1,3,12,13
65:20 73:19

**Eskamani's**
55:21

**essential**
50:3

**essentially**
111:4 113:12

**established**
50:12 67:16,
22

**estrogen**
29:23 44:6,7
117:9

**ethical**
86:4 109:20,
25

**Europe**
107:4,16,19,
25 114:17

Med Def_000424

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

16

evaluation
  63:16,23 89:9
  125:7,15
  134:19 138:11
  142:21 149:14
  151:7
evaluations
  111:1
events
  71:15,16
everything's
  56:8
evidence
  77:12 82:15
  100:10
  107:14,20
  108:1 113:17,
  19
evidence-based
  87:24 89:16
evident
  12:4
evolve
  137:24
exact
  30:3
examination
  14:5
examined
  81:15
exceeding
  113:8
exceeds
  77:25
excellent
  12:15 31:23
  54:16 79:7
  130:6,10

excess
  131:3 152:13
  154:21
excuse
  103:8
excused
  3:13 5:1
Executive
  3:15,21 4:1,
  4,7,9,15,17,
  20,24 5:7,23
  6:4,7 13:25
  14:11 15:5,8,
  13 16:24
  17:21 19:13
  29:6 30:2,7,
  13,16,18,21
  31:5,11,14,20
  34:15,17,22
  40:15 41:4
  42:5,9 43:24
  44:3,9 46:10,
  22 47:10,19
  112:19,22
  115:5,11
  118:18,22
  119:15,18,23
  120:2,6,10,
  12,16 121:1
  140:5,12,18
  142:25 143:4,
  8,14,20,22
  148:24 152:1
exist
  62:19 85:6
  105:13
existed
  62:18
existence
  103:24

existing
  82:20 103:21
exists
  108:1 113:13
expectation
  10:23
expedite
  50:2
experience
  23:10 24:11
  25:21,22
  50:18 57:19
  80:14 87:18
  109:21 117:12
experiences
  33:24
experimental
  81:1 82:18
experts
  78:15
explaining
  66:9
explains
  37:12,13
explored
  66:3,9
extended
  11:13
extensive
  104:3
external
  35:9
extra
  74:5,10,18
  93:3
extremely
  113:18

_____

F

face
  61:18 62:22
  76:13 94:11
facility
  89:4
fact
  49:21 82:13
  104:10 106:2,
  3 116:15
  125:3 134:2
  153:8
facts
  114:13
fall
  68:12 89:21
falling
  107:4 141:16
families
  61:14 104:7
  118:2
family
  23:25 26:16
favor
  22:7 36:8
  40:1 45:23
  123:1 127:15
  128:5,16,25
  129:11 130:11
  131:10,21
  137:11 142:22
  144:1,8,10,
  11,20 145:1,
  2,9,14,21
  146:1,2 147:9
  148:21 151:10
  152:4,17
  153:1,12

Med Def_000425

154:8 155:3,
13 156:2

**favors**
145:17

**fear**
57:21 89:5

**feasible**
71:20

**federal**
114:25

**feedback**
19:1 51:3

**feeder**
61:7

**feel**
18:17 21:1
39:8 50:15
72:21 94:15
99:21,23
100:13,16
106:7,10
109:19,25
115:2

**feeling**
26:3

**feelings**
8:5

**feels**
25:24 61:7
66:11

**fellow**
83:20 94:13

**felt**
101:12 106:10

**female**
35:5 46:1
109:2 143:3

**females**

34:1 116:11

**feminize**
33:19

**feminizing**
27:14 29:4
35:24 40:11
43:6,19 44:10
46:4 55:10
65:9 140:16,
19

**field**
49:23 50:21
101:10 108:1

**figure**
40:8 104:5

**figures**
104:5

**file**
15:24 82:9

**filed**
14:16 42:21,
24 156:17

**filing**
68:8

**filled**
49:24

**filling**
68:11,15

**final**
10:12,14,16
18:3 94:24
100:7,16
129:4

**finalized**
150:22

**finally**
7:19 93:7
109:18

**financially**
85:8

**find**
13:4 80:22
84:20 97:6
142:6

**finding**
23:19 53:8

**fine**
18:25 39:7
56:22 58:22
73:2,3

**fine-tooth**
13:11

**Finland**
107:5,10,17

**firsthand**
80:14

**fit**
17:17

**flags**
79:19

**fleeing**
61:14

**floor**
79:21 80:6
94:24 124:25
132:7 149:2

**Florida**
6:7 8:2 9:19,
21 10:6 12:8
24:18 36:18
37:15 49:14,
18 51:11
57:2,4 61:12
63:13,24
75:24 76:12
77:1,17 85:2,
13 86:4

88:14,23
91:17 102:21
103:17 114:15
116:25 117:24
131:4 154:22

**Florida-
licensed**
64:11 125:16

**Floridians**
77:18 78:18
85:15 98:10

**flourish**
92:15

**flow**
28:18 36:6

**flows**
40:5

**folk**
96:25

**folks**
19:24 53:2,
13,22 66:16
87:15,23

**follow**
105:15

**follow-**
71:18

**follow-up**
64:14 79:5
141:19

**food**
54:12

**foremostly**
110:20

**forgive**
60:8 91:5

**form**
15:11,20 18:6

Med Def_000426

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

18

19:8 21:2
29:3,8 31:13
32:7 37:12
40:10,25
42:8,12,17
43:5 50:17
53:24 55:2
56:2 57:9
78:4 80:25
87:21 88:12
89:2,19,25
90:15 92:7
100:7,16,18,
24,25 103:21
104:2 108:8,
13,19,21
110:21 111:7
113:11,23
119:24
120:23,25
124:16 125:10
126:20 129:20
133:10 140:7,
11

**formal**
81:3,8

**forms**
10:15,16 13:4
14:14,23
15:21 16:3
19:22 27:4,8
35:25 36:7
42:16,19,21
47:13 50:1,5
51:19 54:3
57:25 73:18,
19 77:2,13,19
78:2,12,14
80:17 82:15
87:22 89:7
90:3 92:17,19

93:9 94:23,24
95:4 96:5
100:1,5
102:24 103:3,
13,19 104:2,
12 109:11
119:9,13,14
123:21,22,24
124:3 126:14,
16,19 127:3
132:22 140:16
151:15 152:4
153:21

**forum**
68:6 97:15
98:5 111:17,
18

**forward**
32:1 95:17
100:3,6,16
101:7 114:23
115:2 127:24
154:2

**found**
14:16,17

**France**
107:17

**Frankly**
107:1

**freedom**
86:6

**frequency**
71:18

**Friday**
6:5 12:22
41:17 44:14
61:2

**friendly**
36:22

**friends**
94:11 95:13
117:4

**fulfilled**
61:25 62:4

**full**
95:4 108:17

**function**
16:7

**functional**
32:13

**functionally**
34:10

**functioning**
59:6 70:9,22
101:3 103:7

**fundamentally**
88:13

**fuzzy**
53:15

---

**G**

---

**gain**
62:9 120:13

**gamete**
32:13 34:10
38:10

**Garcia**
3:1,2 144:13,
16,18,21
145:1

**Garechi**
115:12 118:19

**gave**
109:24 119:5

**gavel**
123:5

**gender**
2:14,15
21:10,12,19,
20 22:3
23:10,12,23
25:23 29:4
32:17 41:17
43:20 57:10
59:3 70:3
72:14 74:24
81:10 88:15
89:13,14,15,
17 90:11,16
107:23

**gender-**
46:12 51:11
57:7 62:13,19
69:23 88:8
92:2,5 95:5,8

**gender-
affirming**
29:14 40:19
43:25 50:8,13
51:5 54:6
57:18 61:25
62:16 63:13
75:1 77:4,7,
11 81:1,12,
15,18 82:18
87:2,17 88:2,
19,23 92:11
100:10 104:11
109:21,22
113:18

**general**
110:15

**generally**
70:23

**genes**
33:4 38:6

Med Def_000427

genetics
33:17,20 38:7

genitalia
35:9

German
117:5

Germany
59:15

give
5:8 13:15
48:4,18 51:4
55:17 62:6
63:5,10 72:7
84:1 97:24
120:4 127:20

giving
69:20 104:21

glad
2:9 63:11
95:20

goal
51:15

gonads
111:5

good
2:5,7 3:21
5:4,5,21 6:5
18:15,18
20:13 22:16
26:22 31:17
41:1 43:15
46:6 47:3
48:22 57:1
58:9 60:13
63:7 76:22,23
84:17 86:11,
21 91:16 94:2
102:3,4,14
105:16,17
134:23 138:16

150:11 151:13
156:11

governing
81:6 82:5

government
128:12 152:13

governor
8:12 118:3

Governor's
109:23

graduate
108:16

grateful
87:18

gray
60:7 150:19

great
5:22 19:23
47:24 66:22
69:17 70:5
75:1 76:14
93:12 99:1
101:18 104:22
118:13 130:11
143:20

greater
156:11

greatly
107:8

Greg
16:18 145:15,
20

grossly
113:8

Grossman
78:23

ground
142:7

group
11:16,17
75:24 76:10

grow
88:8

guardian
8:25 31:2,7

guess
18:18 22:1,18
38:2 64:13
65:17 66:4
67:12 73:15
84:8 103:14
114:20 142:13

guidance
50:25 68:14

guidelines
11:10 87:24
89:16

guys
27:10 109:24
120:24 140:8,
14

---

**H**

---

Hackmeyer
96:14 99:10,
14 101:20,22
102:6,7,14,19

Haller
112:13,23
113:1,3,5
114:4,7,11

hand
16:6,7,9,10,
12,13,15 19:6
22:19,24 23:1
27:21 28:1,
20,24 40:7

48:21 54:17,
18 58:8 69:1
74:16 75:13,
14 110:4,5,9
113:1 138:5

handled
68:8

hands
22:17 27:19

hang
83:10,11,12
91:10 99:11
120:1 143:6,7
149:19

happen
95:5 136:14,
15

happening
107:25 117:7

happier
61:24

happy
21:2 47:6
62:3 66:20
99:25

hard
19:24 29:22
51:13 144:19

harder
74:11

harm
134:10

harming
111:7

harms
92:5,10

Harris
75:10,11,13,
15,18,19,20,

Med Def_000428

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

20

21 76:2,6,7,
11,15,20,25

**head**
70:18

**header**
138:17

**health**
23:6,9,16,19,
22 24:17
25:10,20
26:12,15
51:3,18 52:11
53:10 55:4
57:14 58:25
60:2 77:8,13
85:1 88:14
102:20 107:11
110:23 111:6,
8,12 136:5,9,
11,13 150:3

**healthcare**
57:16 61:4
85:7 88:3
89:4 94:12
95:2,6 107:3,
7 118:8

**healthier**
61:24

**healthy**
62:3

**hear**
4:25 16:19
52:17 56:21,
22 58:20,21
60:15,16
69:11,12 73:7
76:8 80:4
103:10 110:14
113:3,4
129:21 146:3

147:5,6,8,19

**heard**
51:3 120:23
133:24 134:9
146:6

**hearing**
83:21 131:14
154:13 155:18
156:7

**hearts**
95:16

**held**
9:13 10:10

**helped**
57:18

**helpful**
56:8,9 69:3
106:11

**helping**
80:17 86:8

**helps**
39:9

**Helsinki**
107:10

**Hey**
17:7 48:24
115:24

**high**
106:5,15
118:1 141:14,
20

**high-quality**
105:23

**higher**
118:5 125:4

**highest**
105:12

**highlight**

55:25 57:5

**highly**
72:17 73:21

**hindering**
80:18

**hindsight**
94:17

**HIPAA**
110:20

**Hirschfeld**
59:16

**Historically**
135:23

**Hit**
16:13

**hold**
43:10 95:16
117:22

**holistic**
23:21

**honestly**
52:23

**hoops**
51:14 52:1
53:7

**hope**
51:14 78:17
84:21 104:21
136:12 142:6
156:17

**hoping**
96:21

**Hopkins**
57:11 59:14

**hormone**
63:14,20 66:2
75:4 101:5
125:12

134:16,17
136:17 142:19

**hormones**
35:8 40:11,12
43:6,19 46:4,
7 55:10 57:12
65:9 74:14
109:4,7,9
116:17

**horrible**
95:4

**Hospital**
57:11

**hours**
12:10 55:14

**house**
30:11 49:14

**housekeeping**
30:15

**HRT**
63:22 64:12,
15 81:23,24
96:24 111:2
125:14
138:10,14

**human**
35:6 95:11,14

**hundreds**
70:3 87:17

**Hunter**
3:3,4 22:24
23:1,3,21
24:6,12,21
25:5,24 26:1,
2,14,18
27:13,17,22
32:4,5 33:5,
11,23,24
35:13,15,21,

Med Def_000429

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

21

23 36:21,23
37:4,24 38:2,
17 39:7,13,16
106:19,21,23
108:2,3
110:4,6
135:21 139:4,
5,12,22
146:14,15

**Hunter's**
25:15

**hurdle**
135:5 141:20

**hyper-specific**
108:8

**hyperlink**
14:18

**hyperlinks**
14:13,20

———————

**I**

**I-A**
63:3

**I-M-A-O-**
63:3

**ICU**
69:10

**idea**
31:17 34:9
39:8 75:1
113:16

**identify**
11:16,19

**identity**
32:17 39:1
57:10

**illness**
53:11

**imagine**
43:3

**Imaoka**
63:3,4,6,9
64:3,13 65:25
66:15,19,22
67:4,10 68:3,
22

**immediately**
67:20

**impact**
128:3 131:1
152:10 154:19

**impacts**
70:12 88:10

**implement**
9:18

**implementation**
49:19 128:13
131:4 152:14
154:23

**important**
7:10,12 34:18
37:7 50:14
65:12 71:3
81:22 97:19
100:17,22
101:8 116:23
125:6 137:8

**impose**
82:17 153:7

**Imposing**
78:6

**impossible**
62:13

**impressed**
52:23

**improve**
77:12

**improved**
61:4

**improvement**
70:22 72:9

**improvements**
57:13 59:5
103:6

**improving**
70:8 77:7

**in-person**
67:22 74:4

**inability**
20:25

**inaccurate**
73:21

**inappropriate**
72:18,20
73:21 116:12

**include**
14:12 29:8
40:17 53:21
92:7,13
125:21 133:10

**included**
15:22 38:18
101:4 129:6

**includes**
62:10 77:20
90:12

**including**
61:10,13
88:4,10
128:11 152:12

**inclusion**
113:14

**incongruence**
57:22 89:13,
17

**incorporate**
13:9 103:12

**incorporated**
12:24,25

**increase**
128:10 131:2
152:11 154:21

**increased**
109:15,16

**increasing**
68:1 106:25

**incredibly**
62:12

**indirectly**
128:10 131:2
152:11 154:20

**indiscernible**
22:22 27:12
71:8,10,11
72:20 76:5
85:25 86:5,9
98:21 99:2
109:2 118:12
119:16 122:7
126:1 130:16
142:11 145:24
147:1 148:16
149:18 151:19
154:1

**individual**
11:2,17 97:20
103:18 142:4

**individualized**
77:24 78:11

**individually**
17:17

**individuals**
12:3 77:9
88:15,18 89:3

Med Def_000430

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

22

90:12

**ineffective**
113:20

**inflammatory**
57:24

**influenced**
73:23

**inform**
9:9 78:2

**information**
3:20 34:18
57:7 62:7
66:11 73:18,
23 81:20
103:2 110:23
115:25

**informed**
8:24 9:8,24
10:1,15,16
29:9,10 40:18
49:16 50:17
51:25 55:21,
23 56:1 57:7
62:5,9 65:3,5
77:18 89:25
90:2,6 103:3,
19 104:2,12
108:7 109:9
113:11 135:17
137:20

**initial**
67:22 91:23
135:11 142:16

**initialed**
29:20 30:9
46:17

**initialing**
44:5

**initially**

150:8

**initials**
31:2 110:22

**initiation**
141:10,24
148:8 149:15
150:24

**injunction**
109:12

**injustice**
61:18

**innate**
39:2

**input**
52:9 58:4
78:15 101:19
119:4,6,10
157:2

**inputting**
92:2

**inquiries**
68:7

**inserted**
42:23

**inserting**
42:17

**instance**
116:10

**instituted**
81:11

**institutions**
82:16

**instructions**
5:14 6:14

**insulin**
109:10

**insurance**
104:9

**intelligent**
85:15

**intent**
55:15 125:9
140:21 150:1,
2

**intention**
10:4

**intentionally**
66:14

**interact**
109:3

**interest**
25:12 55:18
80:19 147:22

**interested**
11:11,15,18
80:16 108:6
115:1

**interests**
109:18,19

**interfere**
6:21 20:18

**interferes**
20:11,20

**interim**
10:3

**internal**
35:9 71:5,7

**interpretation**
38:13

**introduce**
79:4

**ironic**
62:15

**irregular**
82:7

**irreversible**
134:7

**issue**
8:2 21:9
24:20 26:20
49:15 57:5
68:12,16 70:5
103:1 116:22
129:4

**issues**
8:5 10:25
20:8 23:16,17
40:16 68:8
76:16 107:17
108:22 111:6,
12 136:18

**item**
24:21 30:15
71:12

**items**
42:16

---

**J**

**Jackson**
4:18,19
130:17,19
145:11,13,14

**Jacksonville**
12:22

**jaw**
71:10

**Jay**
75:12,23 76:4
84:14 86:15,
19 90:22,25
91:1,3,6,8,
14,15,17

**Jen**
79:25 83:6,

Med Def_000431

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

23

13,25 84:1,5
87:7 91:11
93:16,17,18,
20 94:1,2
95:18

**Jerrica**
84:10,14
86:15,19,23,
24 87:6,10,14
90:23

**Jesse**
56:16

**Jessica**
58:7,10,11

**job**
93:10 153:20

**jobs**
110:17

**Joe**
48:13,14
93:22 95:23
96:11,12,15,
17 97:14

**Johns**
57:11 59:14

**join**
58:5

**joining**
63:1 69:18

**joint**
2:11 6:9 8:8
9:13 10:10,
18,21 12:21
102:15,18
103:15 104:7
143:15,18
156:11

**Jon**
75:10,13,15,

18,19,20,21
76:1,2,6,7,
10,11,15,20,
25 78:20,21

**Jones**
99:15 101:21
102:11 110:3,
11

**Journal**
125:2

**judging**
105:21

**judgment**
20:18 106:3

**jump**
80:21

**jumping**
18:16

**June**
6:5 9:14
10:3,9,11
50:20

**jurisdiction**
68:12

**justice**
3:12 70:1
72:8 102:22

**justify**
82:11

---

**K**

---

**k-a**
63:4

**K-O-N-I-N-G**
60:11

**Kate**
79:25 83:6,
13,24

**Katherine**
79:10,13,16

**keeping**
86:8

**Kelly**
79:9,11,16,20

**Kendra**
84:10,13
86:14,15,18

**Kiara**
115:6,16,20,
23,24 116:4
118:7,12

**kids**
61:9,11,19
62:17,21

**kill**
109:10

**kind**
13:2 21:8
24:14 57:15
65:17 85:22
97:2 134:12
138:17 141:7

**Kirkley**
75:12,23 76:4
84:11,14
86:15,16,24
87:6,10,13,14
90:18,22,23
91:1,3,7,8,15

**Kirkleys**
86:16,17,19,
22 87:9 90:19
91:12

**Kirsch**
4:5 44:23,24
45:11,18,21

**Kirsh**

4:6 22:5,6,21
122:2,7 123:6
127:21
129:15,16,23
130:1,3,6,10,
13,15,18,20,
22 131:7,10,
12,14,20,23,
25 132:6,9,
11,14,16
133:15,16
136:21,24
137:5,10,12
140:24 141:1
142:10,22
143:9 144:22
145:2,3,7
146:1,25
149:18,20,23,
24,25 153:17,
18,24 154:6,
11,13,17
155:1,5,7,13,
16,18,24
156:1,5,9,14

**Klinefelter**
108:25

**knew**
94:18

**knowing**
33:25

**knowledge**
82:20

**Koning**
60:11,12,16,
19,20

**Krabelling**
63:2

**Kristin**
63:2

Med Def_000432

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

24

---

**L**

---

**L-A-K-E-Y**
  60:10
**lack**
  55:21 100:5
  111:7 134:1
**Lakely**
  60:8
**Lakey**
  60:10
**Lana**
  112:20
**Lancaster**
  48:6,7,11
**landscape**
  81:14
**Lane**
  73:4,5,7,9,
  10,15 75:8
**language**
  13:13 14:5
  20:13 27:4
  28:7,9,11
  29:16 30:3
  32:11,15
  33:8,13 34:12
  36:7 38:4
  39:15 50:11,
  15 53:15,21
  57:6,25 59:23
  64:4 73:24
  80:25 108:9
  113:14,23
  116:7,9 124:3
  126:7,12
  138:12 141:24
  147:16,17
  148:8,21

149:13 151:6
**languages**
  124:8
**large**
  81:5 105:14
  134:8
**larger**
  11:15
**lastly**
  71:22 90:8
**late**
  112:1 135:9
**Latino**
  118:1
**laughable**
  57:14
**law**
  8:12,14,21
  9:7 10:14
  51:6 52:4
  87:22 88:12
  92:23 94:19
  109:3
**laws**
  81:11 117:23
**lawyer**
  84:8
**lay**
  37:2 108:19
**laying**
  70:17
**layman's**
  108:13
**leads**
  77:12
**leave**
  25:21 26:15
  37:10,16 38:1

54:16 61:12
**leaving**
  37:24
**left**
  13:6 77:23
  101:24 112:10
**legal**
  3:18 8:25
  31:2,7
**Legislative**
  8:8 9:13
  10:10 102:18
**legislature**
  78:1 94:20
  117:25
**length**
  19:23
**lens**
  92:2
**let alone**
  51:11
**lets**
  51:17
**letter**
  89:10 125:18
**letting**
  60:13 75:22
  92:4 115:17
**LGBTQ**
  49:18 57:3
**liaison**
  98:6
**license**
  101:25
**licensed**
  9:3,5 24:18
  51:7 63:24
  65:4 125:17

139:24
**life**
  61:4 62:21
  116:25 142:6
**life-long**
  59:10
**life-
threatening**
  71:24 90:11
**lifesaving**
  88:9 90:9
**light**
  44:16
**limit**
  11:1
**limited**
  11:5,12 50:9
  59:4,20 70:7
  77:15 91:25
  100:11 103:7
**limiting**
  62:16,19
**link**
  15:23 42:23
**links**
  15:24
**list**
  12:2 19:14
  104:3 111:24
  112:20,23
  120:3
**listed**
  120:14,19
**listen**
  85:16,17,21
  86:7 147:22
**listening**
  37:4 61:3

---

Med Def_000433

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

25

80:11

**lists**
78:4

**literature**
58:19 59:1,
13,25 60:2

**live**
39:17 61:24
62:2 63:18
67:11 116:18,
25

**lives**
61:5,25 62:4,
23 70:12 94:9
95:11 100:21
116:18 134:2
135:9

**local**
80:9

**lonely**
84:22

**long**
34:2 53:9
66:10

**long-
established**
87:25

**long-term**
135:24,25
136:3

**longer**
11:24 61:24
95:1 97:5,7,
9,13

**looked**
135:24

**lost**
81:20

**lot**
2:8 20:12
38:5 51:10
52:24 59:14
73:17 74:1
80:13 81:20
91:19,21,24
99:19,21,22
101:4 108:15
109:20

**lots**
12:23 74:10

**love**
60:8,9 61:5
66:22 105:3
117:1

**low**
107:20 109:7

**low-grade**
113:17

**low-quality**
106:24 107:14
113:17

**Luke**
52:14,16,21
54:15,19 55:7
56:14 100:24

---

**M**

**made**
9:23 13:7
14:13 19:11
43:22 51:22
73:16 82:12
91:20 99:20
102:17,24
105:2 108:6,
15 122:10
123:15 142:21

**Magnus**
59:16

**main**
110:19

**major**
71:24,25 77:6
88:3 89:2

**majority**
97:1

**make**
2:9 4:12 7:12
9:11 11:9
13:11,13
17:25 18:16
21:15 24:19
27:5,7,11
29:10 31:14
35:22,23
38:11 39:20
40:5,9 45:5
48:10 54:23
55:5 62:12
68:21 74:11
79:2 83:13
86:2 92:20,25
108:13
109:13,20
111:25 114:24
119:11,20
121:7 129:19,
24,25 134:11
136:14 137:4
140:14,21
141:15 143:23
149:11,12
150:9

**makes**
7:16 32:15,16
62:21

**makeup**

38:8

**making**
12:21 34:2,4,
6 42:15 51:13
78:10 80:16
85:12 100:14
126:6

**male**
35:5 102:1
112:7 120:22
121:16,19,24
122:16,22
123:9 132:8
146:23 147:7,
14,25 149:22
151:4 154:1,3

**man**
57:20

**mandate**
137:4,6

**mandated**
10:5 148:22

**mandating**
23:13 136:13
137:1 150:4

**mandatory**
133:7

**Maria**
115:9 144:16

**Mario**
93:22 95:23
96:11,15,17

**marked**
41:18 44:17

**masculinize**
33:19 116:11

**masculinizing**
14:24 15:1
27:14 32:7

Med Def_000434

35:25 40:12
46:7,15
140:11,16,19

**masked**
69:10

**massive**
90:10

**matter**
18:21 61:21
67:12 109:4
114:16

**matters**
6:16

**Maura**
118:23

**Maurer**
75:10,11,13,
15,18 76:7,
11,15,20,25

**Maury**
56:15

**Mcnulty**
3:17 15:15,19
18:4 25:3
27:25 28:4,
13,16,19
36:13,16,19
41:3 42:7,13
64:25 65:13,
15 121:17,20
122:17,20
123:13,16,19
124:5,9
130:9,18,24
131:15 132:3
137:14,16
138:3,19,22
143:11,17
147:4,12,18,
24 148:1,5

154:17 155:8,
20 156:15

**Mcnulty's**
138:7

**MD**
88:21

**means**
21:21 28:15
35:4 37:3
62:2 105:22
108:17

**media**
57:12

**medical**
49:20,23
50:12,21
57:25 58:25
59:2,9,10
60:2 70:7
77:3,5,6
81:5,6,9
85:4,10,25
86:3 87:1,25
88:5 90:1
105:11,18
114:2

**medication**
61:14 67:21
150:9

**medications**
15:2 29:4
33:19 43:20
46:15 134:22
137:7

**medicine**
2:12,13 3:15,
23 4:5 5:9,12
6:8,10,11
7:24,25 8:14,
15 10:7,19

49:6 50:25
60:24 61:23
85:5 102:15
103:15,16
104:8,18
105:23 113:8
121:14,15,21,
23 122:11,25
123:12 129:18
134:23
151:24,25
153:19
156:11,12

**Medicine's**
143:9

**meet**
28:15 90:16
105:22 106:5
141:12

**meeting**
2:6,7,11,13
5:2 6:9,10,
11,15,21,24
7:9,18,20
10:3,18,22
11:3,7,9
12:6,7,10,19,
22 17:10
18:1,3 19:12
43:23 50:21
52:23 60:23
63:10 87:19
94:3,6 99:18,
21 101:12,24
102:2,19
103:11
121:14,15,18,
23 143:15,18
149:2 157:2

**meetings**
49:6 60:24

61:1

**meets**
21:9 22:3,4
28:10

**member**
6:25 7:5
96:18

**members**
2:9 6:15,18
7:12 8:3
11:7,23 16:4
18:17 19:1,17
22:9 30:23
32:3 40:2,25
41:9 45:24
46:25 47:22
48:18 54:17
60:19 102:15
111:21 119:9
122:25 123:2
127:17 128:6,
17 129:1,12
130:12
131:11,22
132:13 141:22
144:3,5
151:11 152:6
154:10 155:15
156:4,25

**memories**
12:18

**men**
82:1 116:10

**menopause**
109:8

**mental**
23:6,9,16,19,
21 24:17
25:10,20
26:11,15

Med Def_000435

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

27

51:3,18 52:10
53:10 55:4
57:14 58:25
60:2 77:8,13
107:11 136:5,
9,11,13 150:3

**mention**
103:11 106:11

**mentioned**
42:15 70:6
79:14 81:17
100:4 117:18
136:10 148:14

**Merritt**
52:13

**met**
21:11,21 22:4
28:6,10,14
41:15 44:15

**Miami**
69:23

**mic**
73:11

**Michael**
112:23 113:3,
5 114:7,11

**microphone**
4:12 7:2,8,20
113:2

**microphones**
6:19,23

**mid-'90s**
135:25

**middle**
92:22 141:12
142:7

**Mike**
113:4

**million**
117:24

**mind**
26:23 57:22
58:1 105:2
148:3 151:21

**mine**
16:13 56:25
103:25 117:4

**minor**
21:8 27:5
31:4,9,13,22
32:8 104:16
126:14,18
127:12,13,24
128:21 131:17
152:22 155:10

**minor's**
33:7 34:13
37:17 39:4,22
127:3

**minors**
9:24 10:12,15
13:21,22 14:2
19:7,8,9
23:10 25:21,
22 28:9
40:11,13
42:22 51:6
64:23 65:1
74:16 77:20
104:2,10
120:9 121:10
124:4 126:14,
25 128:2
129:21

**minute**
94:4

**minutes**
7:6,7,18

11:12 23:5
48:4 52:19
68:20 101:24
111:19 112:10

**misinformation**
58:1 62:7,10
81:9

**misleading**
50:6 73:20
77:3 82:3

**mispronounce**
60:9

**missed**
16:21 49:5
65:17

**mission**
8:1

**mistaken**
19:14

**mistreatment**
89:6

**mixed**
97:10

**modified**
10:8 21:3
149:13

**modify**
20:1 25:19

**Monaco**
52:14,15,16,
21 54:19 55:7

**money**
74:11

**Montanez**
84:3,4,9,10,
12,17,20,24,
25 86:13

**month**

60:20 70:19
94:12

**months**
12:16 71:19
74:7,10

**morning**
5:5 107:15

**Mortensen**
131:9,19
132:10,11
145:12,21
154:25 155:2,
12

**Mortenson**
4:7,8 19:21
32:21,22,25
33:16 35:17,
19 36:15

**motion**
18:19,21,22,
24 22:1,6
24:2 25:16,20
26:11 35:22,
23 39:20
45:5,8 82:9
121:8 122:10,
18 123:21
124:2,20
126:6,17
129:19,23,24
130:2,11
132:1,6,12,20
135:19 140:21
142:13,16,23
143:9 144:10
149:6,7,11,12
150:2 151:6,
23 153:23,24
154:8,13
155:7,14,18
156:2,7

Med Def_000436

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

28

motions
  7:13
motivated
  50:7,23
move
  12:1 19:5,7
  25:13 32:1
  41:2 46:6
  75:16 98:12
  100:3 110:3
  111:14 115:2
  119:7 126:21
  127:1,24
  128:4,14,23
  129:9 131:6
  132:8 133:6
  139:4,5
  152:15,24
  153:10 154:1,
  3,24 155:11,
  23
moved
  29:19 30:13
  44:5 46:17
  55:3 60:21
  102:25 130:1,
  3 132:24
moving
  21:4 40:12
  100:6 101:7
  114:23
multiple
  77:20 82:15,
  16 110:17
  152:18 153:2,
  13 155:4
murders
  109:11
mute
  6:18 147:7

muted
  4:23 6:20
  18:12,14
  113:5

──────────

N

──────────

names
  11:23 79:24
  115:15,22
naturally
  35:8
nature
  9:10 12:5
  78:3
navigate
  51:14
navigated
  90:4
navigating
  53:2
Nazi
  81:22
Nazis
  59:17
necessarily
  38:6
necessity
  103:20
needed
  75:2 85:11
  89:5
negative
  92:10
neglects
  92:7,8
neighbors
  95:13

nephew
  70:16
nephrectomies
  111:3
Network
  102:22
Newland
  86:18,20
  93:14,20,21
  95:22,25 96:1
newspaper
  107:2
NH
  136:7
nice
  40:8 86:23
Nick
  19:19
niece
  70:16
nods
  5:21
noise
  104:1
noises
  6:21
non-sex-
  109:6
nonphysicians
  105:8
nonscientists
  105:8
Norway
  107:6
nose
  71:10
note
  71:4 81:22

87:21 125:8
noted
  16:25 87:23
  88:4
notes
  14:3 29:7
  89:12
notice
  12:7
noticed
  6:9
notifying
  22:22
notion
  50:7
NP
  88:22
NPR
  96:18
number
  11:14 12:3,24
  19:10 20:8,9,
  21 22:2
  24:16,23
  29:11 41:20
  43:12 44:1,
  15,17 45:5,9
  46:13 66:1
  133:25 139:6,
  13,18
numbered
  63:17
numbers
  15:20 29:22
  42:17 105:14
numerous
  70:10
nurse
  63:13 66:6

Med Def_000437

67:17 85:17,
19 90:12

nursing
97:3,7,8,13

---

O

---

object
108:18

objection
31:25

obligation
117:22

obstructionist
55:16

obtain
8:24 15:24

obtained
15:20 42:22

obtaining
42:18

occurred
9:14 10:11
81:25

occurring
35:8

Ocean
95:23 96:13
99:5,9,11,13,
14,16,17
101:14,15,16

offense
114:4,7,12
128:21 152:22

offensive
114:10,12

offer
153:22

offered
92:5

office
5:10 50:19

officer
3:20 87:1

official
12:7

officials
48:19

older
9:9

Olivia
73:2,3

omit
25:23

onerous
50:22 74:2

ongoing
113:16 134:12
135:2,12
150:4

open
12:9 19:10
47:25 51:16
119:11 141:9,
10 149:3

opened
57:10

opening
6:3

operating
69:19 72:11

operations
3:19

opining
68:6

opinionated
57:25 103:16

opinions
103:12

opportunity
8:7 11:8
49:4,8 52:6
63:9 69:21
72:6 77:1
87:19 104:21

oppose
130:17

opposed
22:10,11 40:3
45:25 123:3
127:18 128:7,
18 129:2,13
130:13
131:12,23
132:14 133:23
144:4 145:16
146:5,6,7,8,
10,11,13,15,
18,19,20
147:10 148:8
151:12 152:7,
19 153:3,14
154:11 155:5,
16 156:5

opposing
56:4

opposite
113:19

opposition
27:11 87:23
103:22 130:21

option
23:8 31:3

options
25:8 29:18,19

66:4

orchiectomies
111:3

order
2:11 7:3 9:11
11:22 134:21
150:22

organization
35:5 57:3
91:19

organizations
50:13 88:3
107:4 114:2

organize
117:2

organizer
118:13

organs
71:5,8

original
26:10 33:15
135:19 150:2
151:23

originally
15:1 33:8

Orlando
48:20 96:18

Osteo
122:14 123:14

Osteopathic
2:12 3:23 4:5
5:8,12 6:10
7:24 8:15
10:7,19
121:15,22
129:18 130:15
153:19 156:12

outcomes
77:13

Med Def_000438

outweigh
59:9
overview
24:14 30:6,8

---

**P**

---

p.m.
6:6 10:4
PA
88:22
package
17:16
pages
3:5,6 37:22,
23 38:15
39:6,24 40:7
59:13 146:12,
13
Palm
60:21
papers
118:4
paragraph
8:22 23:8
24:8 29:17
63:21 70:6,25
91:24 103:2,
21 125:13
126:5 133:6
135:19 142:18
143:19
paralyzed
118:12
pardon
47:9 97:17
126:11
parent
8:25 23:14
31:2,7,19,21

37:5 38:2
parental
29:9,10
40:17,18
Parenthood
50:19
parents
94:13
Parris
84:10,14
86:14,18
part
7:22 11:6,15
12:20 33:8
60:3,22 62:15
63:17 64:22
66:7,23
96:20,23
125:9,20
131:16 136:14
155:9
participants
28:22
participated
70:2,4
participation
11:1 86:12
parties
11:11,18
partisan
51:1 77:19
92:2
partner
70:17,20
parts
50:4,5
party
11:15

pass
130:16
passed
81:11 94:19,
23
passes
132:1 154:14
155:7,19
156:7
past
11:10 12:16
58:14
Pat
27:18,20
patient
8:17 9:11
14:6 38:24
51:22 55:19
56:3 57:6
70:13,14,19
72:11,15
78:3,14 90:5
103:2
patient's
80:19
patients
8:24 9:3,9,16
29:4 33:25
43:20 49:18
53:2,13,14
62:6 70:3,12
71:4,24 72:3
77:14 88:19,
25 89:25
92:15,17,25
93:1 95:1
101:10 104:6
105:15,25
113:22 114:15
125:4 133:25

134:10 135:6
141:5,18
142:2
patients'
57:13 59:5
103:6
Patrick
35:15 106:21
Paul
3:14 6:6
143:11 144:8
146:4,22
151:25
pay
104:14
PDF
55:11
Pedersen
93:22 96:11,
15
pediatrician
26:4
Pediatrics
88:5
peer-
108:20
peer-reviewed
59:24,25
108:11
peers
85:16 86:7
125:5
Pensacola
116:25
people
8:1 21:19
38:5,7 44:21
45:7 48:4,8
51:14 56:4

Med Def_000439

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

31

57:11 59:3
61:5,19,24
62:2,13,18
73:12 74:12,
13,23 81:24
83:17 88:10
92:1,4 94:10
95:8,14 96:7
100:8,18
101:1 108:15,
19,23,24
111:1,8,24
112:1,3,5,14
115:25 116:9,
16,20 117:3,
11,14,24
118:2 144:20
150:19

**people's**
100:21

**percent**
89:3 135:15

**perfect**
4:25 143:22

**Perfectly**
60:17 80:5

**performed**
63:23 125:15

**period**
24:10 34:3,13
105:16 119:3

**permanent**
134:10

**permits**
11:6,14

**permitted**
60:25

**perpetuate**
62:7

**person**
7:3,14 35:4,6
37:2 38:19,20
48:13 67:20
82:4 89:1
116:6,13
151:1

**person's**
7:1,7 35:7

**personal**
8:5 80:14
91:18 110:22

**personally**
53:16,20
61:11 95:7
110:22

**persons**
11:16

**perspective**
17:8 23:24
53:16,21
111:8

**perspectives**
56:3

**pertaining**
8:16

**pertinent**
13:23 40:6

**phalloplasty**
71:3,4,6,8

**Pharmacy**
68:13,18

**Phillips**
3:17

**phone**
107:15

**phonetic**
48:13 56:15,
16 58:12

**phrase**
23:6

**physical**
14:5 77:8
89:4

**physically**
85:7

**physician**
14:6 20:19
26:19 55:25
67:17,23
77:23 78:10
90:4,13
103:10 125:19
135:3 139:7

**physicians**
8:23 38:22
66:8 96:24
103:12 113:21
137:19,23

**pick**
70:16

**picture**
144:18

**Pietro**
5:1

**Pimentel**
3:12

**place**
58:1 62:2
81:21 88:1
103:21,24
117:1

**places**
117:5

**plan**
17:8,11

**planned**
50:19 100:20

110:21

**plastic**
69:22 71:23

**platform**
87:16

**Plume**
87:1

**point**
17:21 28:8
31:23 37:5
55:20 61:22
62:5 80:20
101:8 111:23
115:25 117:16
129:6 133:3
135:8,9 138:7
140:6 150:11

**pointed**
65:12 119:19

**pointing**
65:17

**points**
73:16

**policies**
60:22 81:13
107:6

**policy**
57:2 81:11

**political**
50:23,24,25
61:7,13 62:9
73:23 86:3

**politically**
50:7

**poor**
50:9 100:11
106:4 108:12,
17 116:19

Med Def_000440

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

32

poor-
  70:7 77:15

poor-quality
  59:4,21 91:25
  103:5,7
  105:6,9,19
  106:9 108:10

pop
  75:12 94:3

popped
  75:25

population
  88:20

portion
  57:6 88:22
  133:11

poses
  89:20

positioned
  79:6

positions
  89:24

positive
  70:11 92:9
  99:24

positively
  88:10

possibly
  95:5

posted
  156:19

potential
  141:20

potentially
  77:21 92:11
  104:5 134:6

power
  89:23

practice
  2:14 8:17
  9:24 10:12
  59:7 63:12
  66:6 67:17
  69:23 88:1
  94:10 103:9,
  17

practices
  90:1 121:9

practitioner
  85:18,19

practitioners
  90:13 97:3,7,
  8,13 103:18

precedent
  88:13

precise
  32:10,15
  34:12 36:1
  38:4,9

predictive
  105:16

prefer
  53:21

preference
  51:1

prepared
  54:8

preregistered
  111:25

prescribing
  14:4 55:25
  77:23 78:10
  125:19 139:7

prescription
  8:19 9:6,17
  67:15,19

prescriptions
  8:25 9:10,18,
  25 10:2 49:24
  68:11,15

present
  2:19,23 3:2,
  4,6,8,14 4:19
  17:3 23:18
  27:13 35:9

press
  97:23 98:5,6
  107:1

pretty
  16:10 18:18
  47:6 51:20

prevent
  71:14,15
  74:23

preventing
  104:19

previous
  28:6 91:20
  95:3

previously
  41:5 54:2

Price
  95:24 96:13
  99:5,9,11,12,
  17 101:16

primarily
  69:23

primary
  7:25 26:18
  88:23

principles
  86:4

prior
  10:13 70:15
  81:25

prioritize
  51:21

Prism
  57:2

privacy
  110:24

privilege
  89:23

problem
  18:6

problematic
  113:18

problems
  134:1,3 136:5

procedurally
  143:24

procedures
  9:11 10:2
  62:8 72:1
  137:22

proceeding
  2:2

process
  9:22 11:7
  17:7,25 61:6
  62:9 70:1,24
  72:8 114:24
  119:20

processes
  49:16 53:3

Proculo
  99:15 101:21
  102:5,10
  104:25 108:4,
  5

produce
  32:13 34:10
  38:11 116:17,
  22

Med Def_000441

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

33

producing
  34:11
productive
  12:22
profession
  86:1 136:16
professional
  9:2 25:20
  65:3
program
  3:18 5:10
progress
  11:2
prohibit
  137:6
pronoun
  84:25
pronouns
  86:25
proper
  20:16 24:15
  68:6 78:15
proposal
  77:20,25
  140:9
proposed
  11:14 77:2,13
  78:4 128:1,9
  130:25 136:2
  152:9 154:4,
  18,19
proposing
  113:10
prospective
  70:10 105:13
  106:16
prospectively
  105:25

protect
  62:20 72:3
  78:18 94:14
  141:17
protecting
  8:1
protocols
  88:1
Proud
  49:13
provide
  9:15 11:12
  49:17 50:14
  51:17 54:8
  63:13 74:18
  82:19 88:22
  90:9 96:21
  97:9,13
  105:16
provided
  12:7 97:11
provider
  23:9 24:10
  26:12,15 51:4
  66:11
providers
  23:7 49:25
  51:10,17
  52:11 96:24
  107:11
providing
  49:25 68:14
  77:11 80:13
  90:5,10 97:4
provision
  9:2,23 29:15
  129:6,8 132:4
  153:7 155:21
provisions

9:19 40:21
  44:4 46:16
prudent
  9:12
pseudonyms
  11:18
psychiatric
  20:10,14
  71:15,16
  111:1 149:14
  150:8,21
psychiatrist
  9:3 24:18
  25:1,11 53:8
  63:24 64:11
  89:10 125:16,
  18 139:16,19
psychiatrist/
psychologist
  139:25
psychiatrists
  51:7 65:4
  133:9
psychological
  20:21 23:9
  59:6,8 63:16,
  23 70:8 74:21
  103:6 107:7
  125:7,15
  133:8 134:19
  138:11 141:7
  142:5,20
psychological/
psychiatric
  151:7
psychologist
  9:4 24:19
  25:1,11 53:8
  63:25 64:11
  65:5 89:10

125:17,18
  139:16
psychologists
  74:6 133:9
puberty
  19:9 29:1
  74:13 119:24
  120:9
public
  3:20 6:11,25
  7:5,19,23
  11:5,7,9,11,
  21,24 12:24
  13:5 17:9,13
  18:8,23 19:25
  20:7,12,14,23
  28:24 42:20
  47:25 48:2,11
  49:8 52:22
  56:9 60:25
  61:6 80:13
  100:9 103:4
  106:8 110:15
  111:20 119:2
  156:19 157:1
public's
  6:23
published
  15:22
purely
  50:9 57:8
  59:7 77:16
  103:8
purposes
  44:5
Pursuant
  9:21
pursuing
  25:8

Med Def_000442

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

34

**push**
89:24 135:18

**pushed**
116:8

**put**
13:1 19:24
20:15 24:9
31:17,24 37:2
39:3 40:21
50:20 56:6
62:1 63:12
66:17 81:2
98:23 113:23
125:22 126:6
133:5 135:10
137:20,25
138:24 147:9,
10

**putting**
8:4 74:2
109:16 112:2
136:25

---

**Q**

**Q&a**
98:5

**quality**
50:9 70:8,11
77:16 100:12
105:12 106:5,
6,15 107:20,
25 108:12,17

**question**
24:4 31:8,9
36:9 37:23
54:21 64:14,
19 103:14,20,
24 123:20
128:1 143:1

**questions**
110:16,19
111:16,18
123:12,25
124:19 127:23

**queue**
93:22 115:10

**quick**
67:6 68:21
73:17 141:4
156:16

**quickly**
81:7 96:2,5

**quorum**
5:2,8,19
17:23

**quote**
81:8

---

**R**

**rack**
104:4

**raise**
16:6,7,9,12,
15 28:24

**raised**
19:6 22:17,
19,25 23:1
27:19,21
28:21 40:7
54:18 69:2
75:14 110:4,9
113:2

**raising**
28:1 48:21

**ran**
50:19

**randomized**
105:13 106:1,

15

**read**
14:5 18:14
58:18,24
59:12 69:24
80:21 81:7

**reading**
37:3,5 38:13,
19,24 53:23
80:25

**ready**
28:21,24
47:4,5 49:10
79:15 83:14
86:20 100:2

**real**
67:5 90:10
112:21 115:15
118:21

**realized**
135:8

**reap**
95:8

**reason**
74:17 108:12,
20

**reasonable**
78:19

**reassignment**
8:11,20 9:10,
16,25 10:2
54:3,5 121:9

**recalled**
45:2

**receive**
9:17,25 10:1
12:10 63:20
78:5 100:19
109:3 125:12

**received**
11:21 12:23
97:10

**receiving**
9:16 10:13
64:15 94:12
100:20 142:4

**recent**
136:10

**recently**
60:21

**recipient**
87:2

**recognition**
106:25

**recognize**
136:16

**recognized**
6:19,25 7:5
136:18,19

**recognizes**
77:6

**recognizing**
95:6

**recommend**
71:9,13 89:9,
15,17,18
139:15 150:3

**recommendation**
21:16,22
25:15 79:3
125:23 133:11
137:2,3,4,21
138:2,3
139:18 141:8,
15

**recommendations**
55:13,17 78:9
103:1 121:3

Med Def_000443

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

35

126:8 136:25
138:25 140:2

**recommended**
55:4 89:13
139:7

**recommending**
26:13

**reconsidered**
100:15

**record**
7:11,23 11:20
27:1 81:2
147:18

**recorded**
6:12 7:22

**recording**
2:3 157:4

**recuring**
105:5

**redundant**
41:19 44:17
45:6 139:20

**reevaluated**
151:3

**refer**
105:23 116:9

**reference**
37:15,20
50:15 68:10
82:10

**referenced**
62:11

**referencing**
39:12

**referred**
116:10

**refill**
67:18

**refills**
67:20

**reflect**
27:1 77:3
81:13

**reformatted**
30:3

**refresh**
12:18

**regard**
14:2

**regime**
81:22

**register**
12:9 112:16

**registered**
11:24 48:9
112:1

**registration**
11:6,22

**regret**
71:25

**regular**
74:15

**regulatory**
128:11 131:2
152:12 154:21

**reiterate**
73:16

**reiterating**
153:8

**rejected**
116:7

**related**
14:13 55:17,
21 86:17
90:23,24
109:7 125:3

133:7

**relating**
14:2 53:1

**relationship**
135:3

**relax**
115:19

**relevant**
80:22

**relieved**
69:25

**remain**
136:5

**remaining**
27:4

**remains**
104:3

**remarks**
6:3

**remember**
7:19 29:12
44:22 95:10
133:24

**remind**
92:16,21
137:17

**reminded**
6:18

**reminder**
36:5 155:21
156:16,18

**removal**
57:24

**remove**
23:11 32:9
35:24 125:11
135:19

**removed**
64:5,6 71:6
78:8 99:23

**removing**
32:14 45:2
60:3 71:7
89:9,18
135:18

**render**
104:16

**Rene**
79:11,18,19,
21,23 80:1,2,
3,4,7,8
82:22,23 83:1
88:4

**renew**
101:25

**renewal**
67:14 68:10

**renewed**
68:1

**replacement**
63:20 101:5
125:12
134:16,18
142:19

**report**
81:3

**reporter**
7:9,17 96:17

**represent**
80:9 85:1

**Representative**
48:17,20,24
49:1,3,12,15
52:9 55:20
65:20 73:19

Med Def_000444

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

36

**represented**
114:1

**representing**
76:10

**represents**
84:7

**reproduction**
32:14 66:3

**reproductive**
35:7 66:4
101:2

**request**
98:15 112:2
153:22

**requested**
11:16

**requests**
130:23

**require**
24:17 51:25
77:14 89:24
90:2 125:9
150:20

**required**
31:3,4,10,13,
24 51:24
55:5,23 67:14
78:16 89:1
104:15 109:12
113:9 129:7
132:5 137:23
149:14,15
153:9 155:22

**requirement**
55:19 56:11
64:7 66:10
89:9 134:25
150:15

**requirements**

8:10,23 55:12
62:11 63:20
65:2 74:1
77:22 78:4,6,
7 102:25
104:3,13
125:12 126:4,
5 138:2,18
142:19 154:16

**requires**
8:14 9:7
31:6,19,22
134:22 151:6

**requiring**
141:19

**research**
50:9 59:4,7,
13,16,18,21
70:4 77:16
81:14 82:6,7,
10,11,15 88:7
92:1 100:13
103:5,7
108:10

**reserve**
11:1

**resident**
60:21 80:8

**resolve**
148:17,19

**resources**
82:19

**respect**
86:5

**respectable**
70:25

**respectfully**
95:15

**respond**

64:9

**response**
47:23 119:1
123:4 127:14,
19 128:8,19
129:3,14
130:14
131:13,24
132:15 151:16
153:4,15
154:12 155:6,
17 156:6

**responses**
152:18 153:2,
13 155:4

**responsibility**
117:17 118:1,
7

**rest**
88:20 104:22
107:18

**restate**
39:18

**restricted**
51:6 88:16

**restrictions**
50:23 51:9,13

**retake**
127:2

**return**
132:17

**review**
43:21 126:7

**reviewed**
108:21

**revise**
78:14 141:24

**revisit**
15:3

**rhetoric**
77:19 82:3,17

**rights**
118:4

**ripped**
57:16

**risk**
9:10 30:1
44:6,7 72:4
74:6

**risks**
29:23 59:9
78:3 82:5
95:4

**roadblocks**
75:5

**Robinson**
118:23

**robust**
88:7 136:12

**Rocca**
56:16,18,21,
25 57:2

**role**
32:13 35:7
77:7

**roll**
2:17 3:22
16:21 144:6

**Romanello**
2:20,21 17:4,
5,18 19:20
44:22 121:4,
6,7 122:8,10,
18,19 124:5,
6,20 126:25
128:4,14,23
129:9 132:23
144:11,21

Med Def_000445

145:1 147:19
152:15,24
153:10

**Romanello's**
124:2 126:17
142:23 151:23

**Ron**
117:20

**room**
69:19 72:8

**Rubin**
56:15

**rude**
97:17

**rule**
9:15 10:8
13:20,21
14:2,15,24
15:10,15,21,
25 16:5 28:7,
9,11 41:2,22
42:8,10,11,
12,13,21,23
43:1,4 67:9
100:2 121:8
122:12
123:18,23
124:3,7,21
126:11,13,15,
18 127:3,13
128:2,9,20,22
129:7,20
130:16,25
131:5,16,17
132:4,21
143:13
150:22,23,24
151:3 152:3,
9,21,23
153:7,9,20

154:4,18,19
155:9,21

**rulemaking**
10:5 78:1
114:24

**rules**
2:15 8:8,16,
22 9:8,13
10:10 12:21
13:3 14:13,19
17:8,12
18:14,15 19:3
102:18 116:8
119:13 123:15
126:13 127:24
156:16

**ruling**
117:19

**rulings**
109:20

————————

**S**

**sake**
110:18

**Sara**
69:7,8,9,11,
12,15,17,19,
20,22 72:12,
14,21 73:1

**Sargent**
118:23

**satisfactory**
70:11

**SB**
8:12

**SB-254**
87:20 97:4
113:10

**scans**
74:15

**Scapalis**
58:12,13,14,
18,24

**scare**
62:8

**scared**
61:15

**scheduled**
10:3

**Schleicher**
78:22

**Schleifer**
75:17

**science**
8:3 77:18
81:6 85:14

**science-based**
73:22

**scientific**
81:14 82:14
108:9,12

**scientists**
108:16

**scope**
113:8

**screen**
101:24

**screwed**
143:24

**scroll**
67:5

**secondarily**
110:25

**seconded**
25:16 45:21
130:7,9

140:24 142:22
145:3

**secretary**
2:18,22,24
3:1,3,5,7,9,
25 97:23 98:6

**SECRETATY**
3:11

**section**
9:21 10:6
29:24 30:8
31:3 40:19
57:7 59:2
60:3 125:23

**Sections**
9:19

**seek**
74:3

**seeking**
88:19 97:2

**sees**
18:8 26:4

**segregated**
88:20

**Selene**
79:24 83:4,5,
7,9,11,15,16

**self-**
57:21

**self-harm**
23:17

**Senate**
8:10

**senior**
3:17

**sense**
108:13 150:9

**sensitive**

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

38

83:23

**sensitivity**
109:1

**sentence**
24:9

**sentiment**
27:2 103:3

**sentiments**
80:24 138:7

**separate**
24:20 25:6
29:17 37:20
56:1 116:22
121:18,22

**separately**
18:2

**separates**
55:12

**serve**
49:14

**services**
9:2

**serving**
57:3 86:2

**set**
51:9,12 88:12

**setting**
69:21 75:5

**settled**
107:24

**severely**
88:16

**sex**
8:11,19 9:10,
16,25 10:1
32:8,11,18
33:2,7,17
34:7,9,13,18

35:4,7,8,12,
13 36:11,17,
18 37:9,10,17
38:8,9,14,15,
20,23 39:2,4,
16,22 53:20,
23 54:2,3,4
100:23 101:4
108:24 109:4
116:19 117:15
121:9

**shameful**
113:25 114:6

**share**
49:8

**she/her**
84:25 86:25

**Sheesh**
153:25

**Sho**
115:13 118:22

**short**
61:1,22

**shortage**
90:10

**shorter**
62:3

**show**
86:3 92:14

**showed**
136:11

**shower**
70:20

**shown**
75:4

**side**
7:21 26:9
113:20 120:13

**sign**
31:23 77:14
89:25 147:16,
17

**signature**
31:7 49:22
89:19

**signed**
8:12 90:3

**significant**
88:22 92:8
134:9

**signify**
22:8 154:9
155:3,14
156:2

**signing**
5:3 8:13

**similar**
41:10 139:22

**Simone**
83:14 84:2,4,
6,8

**simple**
38:4

**simply**
62:20 93:4

**sincerely**
107:22

**single**
82:14 94:5

**sir**
23:2 52:20
91:8,14
106:22 115:3
119:17 136:23
138:6 143:2
146:10 152:8

**sit**
82:17

**situation**
26:20 90:7,11
94:25 104:17

**skipped**
56:17 87:12

**skipping**
93:17

**slow**
22:15 67:6

**small**
13:12 128:3
131:1 152:10
154:19

**social**
20:21 58:15
63:23 125:7,
15 139:23
142:21

**socially**
85:7

**Society**
88:6

**SOL**
99:4

**someone's**
48:22 134:20

**someplace**
141:12

**sons**
95:12

**sort**
68:9 77:22
80:13 97:9,12
101:7 134:22

**sounds**
138:16

Med Def_000447

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

39

source
59:23,24

South
57:3 85:2

Southern
84:7

Southwest
102:21

space
64:4

speak
6:20 7:1,6,
14,15 11:17,
24,25 12:4,5
16:5,19
22:18,20 23:1
28:22 43:18
48:4,15 49:4
50:18 60:25
61:16,18
69:21 75:20
78:25 79:15
87:19,20 89:7
90:20 95:21
98:15 99:16
104:21 112:14
116:14,15,23
119:12 134:13
143:7 148:13

speaker
59:2 148:13

speakers
11:14 62:11
65:19 79:4,5
83:20 100:8
156:25

speaking
6:22 48:12
76:2 91:18
98:17 114:8

137:11

speaks
7:10 84:13
99:13

specialize
101:9

specialty
51:11

specific
2:13 35:6
51:7 68:6
78:4 113:23
126:18

specifically
24:16 33:3
74:21 87:21
89:8 91:23
101:3

speculative
50:10 57:8
59:8,19,20
77:16 100:11
103:8

spend
61:2

spent
72:2

sperm
34:4,6,11
38:11 116:18,
22

split
126:12

spoken
83:17 84:3
116:7

sponsors
97:12

spot
133:6

spouses
95:13

staff
2:16 4:11
7:17 13:8,9,
15,22 19:11
36:6 40:5
43:18 48:23
64:20,22
75:21 76:19,
24 96:4
101:23 120:25

stance
103:16

stand
51:19 79:11
146:17

standard
8:4 9:23
10:12 55:17
78:7 105:11,
22 113:12
134:5,11
137:17,18,22

standards
2:14 8:17
87:25 89:11
106:5 113:15
121:9

standing
29:17 30:9

start
34:2,3,5,11
48:5 69:24
76:18 92:18,
20 94:24 96:7
102:16 119:9
150:7

started
43:13 49:10
93:2 94:6,22

starting
56:23 136:4

state
7:11 8:1
14:18,21
42:19 49:14
59:22 60:22
61:15 71:22
80:10 94:15
103:17 109:14
113:7 116:20
117:6 126:25
134:5,20
138:13 154:16

state-imposed
78:16

stated
77:5 80:25

statement
45:15 68:9,21
77:14 81:3
103:14 105:7
140:6

statements
81:8 82:12
108:16

states
81:10 86:6
107:3,12,18
138:12

stating
114:13

station
96:18

status
143:15

Med Def_000448

**statute**
10:6 24:25
25:3 31:6,18,
22 34:19
36:12,18
37:15 39:9,
10,12 51:17,
24 52:2
64:10,23
65:2,6 125:20
129:7 132:5
153:9 155:22

**statutes**
9:20,22 89:22

**stay**
54:16 87:11
138:2

**steady**
134:20

**Steinle**
79:25 83:6,
13,24

**Steven**
56:16,17,18,
19,21,23,25
57:1 58:3,8

**stick**
52:3

**stipulation**
125:11

**stop**
34:11 37:4,5
62:17 87:4
118:7 121:11

**stopped**
49:25

**stories**
80:21

**story**

96:19

**stricken**
120:17

**Strickland**
3:18,24 4:3
5:17,25

**strike**
29:11,14
40:19 45:5,9
82:9 126:6
133:6 140:1,3

**strikethrough**
43:25 46:12

**striking**
89:15 134:16

**strong**
26:3,8 27:11
39:8 117:17

**strongly**
77:17

**struck**
54:6

**struggling**
49:19

**student**
58:15

**studies**
50:14 59:7
77:10 81:15
82:6 88:11
105:6,9,12,
14,17,20,21,
23 106:2,4,6,
9,15,16,24
141:13

**study**
105:24 136:5,
8

**stuff**
49:7 99:22

**subjected**
104:13

**submit**
125:18

**Subsection**
14:3 36:20

**subsidize**
109:15

**substantial**
58:19,25 59:9
60:1 141:18

**substantive**
77:21

**subsumes**
124:7

**subtle**
57:13 59:5
70:9,22 103:5

**successful**
6:15

**succinctly**
83:18

**suffering**
20:10

**sufficient**
92:9

**suggest**
60:3

**suggesting**
138:1

**suggestion**
79:8 129:19

**suggestions**
55:1

**suicidality**
125:3

**suicide**
74:6 136:6

**summary**
12:15

**summer**
49:6

**sunset**
129:5 132:4
153:7 155:21

**support**
20:22 50:13

**supported**
88:3 89:11

**supporting**
88:8

**suppression**
119:24

**surgeon**
69:23 71:18,
23

**surgery**
47:14,17 53:6
67:2 70:14,
15,19 71:10,
17,20,25
100:4 140:17,
19

**surgical**
47:8,11,12
69:25 70:3
71:3 136:17

**surprised**
118:8

**sustained**
41:18 44:18

**Sweden**
107:5

**Swedish**

Med Def_000449

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

41

136:3

**swelling**
71:11

**syndrome**
108:25 109:1

**system**
88:14

───────────

**T**

───────────

**table**
18:24

**taking**
7:18 58:5
90:15 96:16
103:16 156:23

**talk**
15:12 42:3
65:14,23 72:7
74:20 84:16
91:22 92:8
117:2

**talked**
41:14

**talking**
25:7 33:24
38:23 74:22
91:24 117:14
126:3 143:18

**talks**
92:3

**taxpayers**
109:17

**Taylor**
5:11

**team**
87:18

**teams**
16:7 81:10

**technical**
14:12 17:1
21:9 41:5
44:13 45:6

**technology**
76:16 102:20

**teed**
79:23 83:5
93:19 96:12

**telehealth**
74:5 87:16

**telling**
117:21 118:3

**term**
105:6,8,18
108:12

**terminology**
105:11

**terms**
10:22 111:8

**Terrell**
3:21 4:1,4,7,
9,17,20,24
5:7,12,18,23
16:24 140:5,
12,18 148:24

**testified**
133:25

**testimony**
105:5 133:24
134:9

**testing**
104:15 133:8

**testosterone**
14:25 15:2
34:3 46:14
53:5 117:9,12

**thanking**
58:22 102:17

**that'd**
40:8

**that'll**
13:17 43:16

**theme**
105:5

**Theona**
118:22

**therapies**
134:21 141:6

**therapist**
23:14,15,22
26:5,7

**therapists**
23:19

**therapy**
23:9 26:11
63:14,20 75:4
101:6 125:13
134:18 141:11
142:5,20

**thing**
13:19 28:1
33:17 45:6
53:18 60:13
65:12,20,21
73:25 82:1
92:13 123:14
132:18 135:8
143:12

**things**
20:4,7 25:7
54:13 61:17
62:1 68:23
91:21 92:9
93:5 99:22
108:14 116:24
117:1

**thinking**

57:15

**thought**
34:1,5 41:16
44:13 54:13
98:12 118:14
145:19

**thoughtful**
54:25 119:5
157:1

**thoughts**
32:23 83:21

**thousands**
59:12

**thread**
80:11

**three-quarters**
120:20

**thumb**
147:10

**thumbs**
22:14

**time**
6:6 7:1,15
11:6,13,22
12:6 13:7
18:19 22:14
25:13 34:3
47:25 53:9
54:24 58:2,5
70:20 72:2
74:11 75:7
82:24 83:3,
19,23 90:14
93:5 95:19,20
96:8 101:17
105:16 110:18
111:4 118:10
133:4 135:10,
11 148:25
150:14 156:24

Med Def_000450

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

42

timeline
  64:15

timer
  52:19 56:23

times
  27:19 28:3
  71:24 114:16
  125:4

title
  14:22 29:8
  40:17 42:14
  46:13 98:7

titled
  8:10

titles
  42:15

today
  2:6,8 6:17
  8:6 11:6
  12:12 13:2
  58:5,17 62:24
  63:1 73:14
  75:9 82:25
  83:23 85:3
  87:23 89:22
  90:14 96:6,22
  102:16 156:24
  157:1

today's
  10:18,25
  60:23

tomorrow
  49:20

tonight
  116:8

top
  14:10 53:6
  70:13 100:4

topic

60:24 70:5

totality
  23:23 26:21

touched
  91:21

track
  144:9

tradition
  67:2

trans
  57:11 61:8,
  10,11,19
  62:13,17,18
  72:5 82:1,3
  87:1 88:14
  89:3 90:11,16
  104:6 133:25
  136:5

trans-
floridians
  80:10

trans-focused
  62:22

trans-
identified
  107:22

transcribed
  2:2

transgender
  77:8 78:18
  81:10 87:15
  96:25 98:11
  101:10 115:25
  116:6,10,13,
  16 117:2,4,14
  125:4

transition
  47:17 95:8
  107:8 135:23

136:1,17
  140:17

transitioned
  33:25 136:7

transitioning
  136:2

translate
  14:23

traveling
  49:6

treat
  47:12

treated
  8:18 21:20
  95:15

treating
  20:19 23:10
  114:15

treatment
  8:19 9:6
  10:13 14:25
  15:2 20:11,
  16,22 21:1
  25:8,10
  29:18,19
  32:8,16 39:3,
  22 46:14 59:3
  66:3 70:7
  71:13,14
  77:15 78:5
  81:23,24,25
  85:23 92:22
  114:18 119:24
  135:7,11,12
  141:7 149:15
  150:4,5,6,8,
  13,14,21,25
  151:2,8

treatments
  8:10 9:1

59:9,11
  104:9,15
  109:7 134:7,9

trials
  70:10 106:16

Tropiton
  115:6,16,20,
  24 116:4
  118:7,12

trouble
  4:10 23:18

troubled
  50:5

true
  59:12 82:13
  114:17 120:23

truncated
  48:3

truth
  61:21,22

Tu
  115:13 118:22

turn
  5:13 48:23
  61:12 113:2

tweaks
  17:24

two-tiered
  88:14

type
  23:14 32:12
  50:10,22
  51:3,9,12
  106:17 109:2

types
  51:16

Med Def_000451

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023
43

---

U

ultimate
18:9

ultimately
23:25 111:7,
11

unable
75:21

unauthorized
78:7

uncomfortable
70:15

unconstitutiona
l
114:25

undergo
63:22 125:14
134:18
138:10,14

undergoing
25:9 104:11
134:6 141:6

undermine
87:24

understand
24:20 28:16
38:22 66:2
74:8,17 78:8
85:14 91:5
115:1 117:10
147:16

understanding
14:19 17:23
31:6 67:25
90:6 101:11

understands
18:5

unforgivable
104:17

UNIDENTIFIED
46:1 102:1
112:7 120:22
121:16,19,24
122:16,22
123:9 132:8
143:3 146:23
147:7,14,25
149:22 151:4
154:1,3

United
86:6 107:3,
12,18

unmute
7:3 22:15
69:11 73:11

unmuted
4:23 7:20

unnecessary
89:20

unprecedent
90:1

untrue
77:17

urethra
71:5

urge
51:22 141:22

urgency
78:15

---

V

V-1
28:13

VA
109:11

vagina
71:7 116:21

Valerie
130:17,19
145:13

valid
82:14

Vasquez
3:14 4:15
5:13,16 6:2,
4,7 12:14
13:25 14:11
15:5,8,13,17
17:21 19:13
29:6 30:2,7,
13,16,18,20,
21 31:5,11,
14,20 34:15,
16,17,22
40:14,15
41:3,4 42:1,
3,5,9 43:24
44:3,9 46:9,
10,22,24
47:10,18,19
76:23 112:4,
18,19,22
115:5,11
118:18,22
119:15,18,23
120:2,6,10,
12,16 121:1
142:25 143:4,
8,14,20,22
152:1

Vazquez
115:4 118:17
143:7

verbiage
54:7

versa
34:12

version
10:8 57:9
89:12 100:7

versions
100:2

vice
34:12

VICE-CHAIR
2:21 4:6
17:5,18 19:20
22:5,21
121:4,7
122:2,7,19
124:6 128:4,
14,23 129:9,
16,23 130:1,
3,6,10,13,15,
20,22 131:7,
10,12,14,20,
23,25 132:6,
9,11,14,16,23
133:15
136:21,24
137:5,12
141:1 142:10
144:22 145:3,
7 146:1,25
147:19
149:18,25
152:15,24
153:10,18,24
154:6,11,13
155:1,5,7,13,
16,18,24
156:1,5,14

video
144:19 157:4

viewer

---

Med Def_000452

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023
44

14:10

**viewpoints**
56:5

**Vila**
3:7,8 18:11,
13,25 19:3
22:11,15
25:18,19
26:10,17,22
36:4,25 37:1,
6,19,21
72:10,17,23
79:1,2 105:1,
4 106:14,24
108:7 126:9,
23,24 127:7,9
128:15,24
129:10
133:22,23
135:1,23
141:3,4 146:6
148:7,11,16,
19 149:1,11,
12 150:12,16,
23 152:16,25
153:11

**Vincent**
33:11,12

**violation**
128:22
131:16,17
152:23 155:8,
10

**violence**
62:22

**virtual**
2:7,10 10:18

**virtually**
49:9

**visa**
117:5

**visit**
67:22 73:22

**visits**
71:19 74:4,5,
9

**vital**
77:6

**Voices**
85:1 102:20

**vote**
17:9,16,17
18:1,2,9,23
22:20 94:24
117:24
121:21,22
122:13 124:23
127:1,2
141:23
142:13,15
145:5 147:3,
23 152:2,3,5
153:20

**voted**
45:4 148:13
156:17

**voting**
27:6 123:17,
23 134:13
142:14

---

**W**

**wait**
61:12 98:18
143:11 144:25
145:17 151:2

**waiting**
50:1 92:23

111:4

**walk**
57:20

**wanted**
27:5 48:10
54:23 56:6
68:23 69:2
90:19 91:19
99:19 100:6
106:23 116:23
119:20 137:17
138:8 143:23

**wanting**
82:4

**war**
118:8

**Wasylik**
3:13

**watched**
94:11,13,22
95:7

**ways**
32:12 38:23

**website**
14:21 15:23

**websites**
6:13 14:16
42:23 156:20

**week**
6:13 10:11,21
12:19 13:6
15:25 19:23
20:1,2 27:10
55:14 56:8
63:10 70:13
84:16 86:12
99:18 102:17
125:3 156:18

**weekly**

71:19

**weeks**
52:22 81:4
107:9

**weight**
120:13

**well-being**
51:22 61:9,15
77:8 78:14
80:19

**whatever's**
13:12

**whatnot**
104:15 108:11

**whoa**
75:18

**widespread**
81:9

**William**
28:23 93:23,
24 95:23
96:13 98:12,
13,14,17,18,
21,25 99:2,6,
8 102:11
110:12,13,14
111:11,15
154:6

**Williams**
4:9 16:17,20,
25 17:2
129:22,25
130:2,4
131:6,18
145:10,23
146:1,2 147:1
154:5 155:11,
25 156:1

**Wilson**

Med Def_000453

Florida Boards of Medicine and Osteopathic Medicine
June 30, 2023

45

58:7,10,11

**wind**
94:25

**wishes**
12:4

**withdraw**
147:23 149:5

**WMFE**
96:19

**woman**
81:25 87:1

**women**
82:1 85:1

**Women's**
102:20

**wonderful**
12:23

**wondering**
53:7 64:5
67:12 97:11

**word**
14:4 29:8
31:12 32:10
35:24 37:10,
25 40:17
139:1

**wording**
54:2

**words**
25:23 29:14
40:19 54:1
103:5

**work**
9:18 14:19
19:22,24 49:7
58:15 76:23
85:16 90:15
91:17 93:8,11
96:3,18

101:10 110:16
122:15 148:3

**worked**
17:2 50:18

**worker**
139:23

**working**
29:22 52:17
86:8 94:22

**works**
16:8 17:20
61:8 90:6

**workup**
20:11

**world**
57:20 107:12
114:2

**worldwide**
106:25 107:9

**worry**
72:15 99:8

**Wow**
76:14

**WPATH**
89:11,12

**wrap**
68:19

**writing**
92:13

**written**
12:11 37:25
51:6 55:19
148:22

**wrong**
17:22 24:24
133:5 135:8
150:12

---

**X**

---

**x-rays**
74:16

**XX**
33:3,17,18,21

**XXY**
109:1

**XY**
33:4,18,21
109:1

---

**Y**

---

**yada**
138:15

**Yarrow**
60:11,12,16,
19,20

**year**
26:4 53:4
74:15 94:7
128:13 131:4
152:14 154:22

**years**
8:18 9:9 53:5
58:14 59:18,
19 85:20
87:17 134:20
135:7 137:24
141:9,11,25
148:9 149:16
150:17,21
151:1,2,8

**yield**
83:19

**Yocaba**
48:13

**young**

116:20

**younger**
8:17

**youth**
61:9,10
92:17,21
107:8,23
109:22 135:23
136:2,6

**youth-led**
57:3

**youths**
136:6

---

**Z**

---

**Zach**
124:23 146:9

**Zacharia**
122:23

**Zachariah**
3:9,10 122:23
133:1 146:10

**Zoom**
2:10

Med Def_000454