Jane Doe

*vs.*

**Joseph Ladapo**

Transcript of Video Recording

August 03, 2023

**LEXITAS**

Med Def_000001

Doe Pls' Trial Ex.

**41**

1

2   JANE DOE,

3        Plaintiff,

4   vs.

5   JOSEPH LADAPO,

6        Defendant.

7   _____

8   CASE NO. 423CV114RHMAF

9

10

11

12           TRANSCRIPTION OF VIDEO RECORDING

13                FLORIDA RULES COMMITTEE

14               FLORIDA BOARD OF MEDICINE

15         FLORIDA BOARD OF OSTEOPATHIC MEDICINE

16                   AUGUST 3, 2023

17

18

19

20

21           TRANSCRIBED AUDIO RECORDING BY:

22                Julie Thompson, CET

23

24   Job No.: 323393

25

Florida Rules Committee
August 03, 2023

Page 2

1   Thereupon,

2   The following proceeding was transcribed from an

3   audio recording:

4                        ****

5           CHAIRMAN ZACHARIAH:  Hi.  Good afternoon.

6   I'm Zach Zachariah, Chairman of the Rules Committee.

7           Let's have the Florida Board of Medicine

8   and Osteopathic Medicine join Rules, and let's bring

9   the committee to order.  Let the record reflect the

10  time is 4 o'clock.

11          And can we take the roll call.

12          SECRETARY:  Yes.  Dr. Zachariah is present.

13          CHAIRMAN ZACHARIAH:  Here.

14          SECRETARY:  Mr. Romanello?

15          VICE-CHAIR ROMANELLO:  Here.

16          SECRETARY:  Dr. Ackerman?

17          CHAIRMAN ACKERMAN:  Present.

18          SECRETARY:  Dr. Vincent.

19          DR. VINCENT:  Present.

20          SECRETARY:  Dr. Derick?

21          DR. DERICK:  Present.

22          SECRETARY:  Dr. Diamond?

23          DR. DIAMOND:  Present.

24          SECRETARY:  Dr. Hunter?

25          DR. HUNTER:  Present.

Med Def_000003

Florida Rules Committee
August 03, 2023

Page 3

```
 1              SECRETARY:  Dr. Pages?

 2              DR. PAGES:  Present.

 3              SECRETARY:  Dr. Di Pietro?

 4              DR. DI PIETRO:  Present.

 5              SECRETARY:  Dr. Kirsh?

 6              DR. KIRSH: Present.

 7              SECRETARY:  Dr. Mortensen has been excused.

 8  Also present are Mr. Paul Vazquez, Executive

 9  Director, Board of Medicine, Ms. Danielle Terrell,

10  Executive Director, Board of Osteopathic Medicine,

11  Christopher Dierlam, Board Council, Donna McNulty,

12  Board Council, Cassandra Fulham (phonetic), Senior

13  Legal Assistant, Cherise Strickland, Program

14  Operations Administrator, Brad Dalton, Public

15  Information Officer.

16              Chair, you have a quorum.

17              CHAIRMAN ZACHARIAH:  Ma'am, thank you.  You

18  know, we have four items on the agenda, and we go

19  off the order.  And I will take item number three,

20  the physician assistant licensure.

21              EXECUTIVE DIRECTOR VASQUEZ:  I'll go.

22              Thank you, Dr. Zachariah.

23              The issue on this tab relates to new

24  legislation that was passed this last session on

25  House Bill 1133, with regard to physician assistant
```

Med Def_000004

Page 4

1  licensure.  The new legislation created a catch-all

2  provision that allows the Board to approve an

3  applicant for licensure if they have passed the

4  appropriate examination, even if they don't satisfy

5  the education requirements, or otherwise satisfy the

6  education requirements of the statute.

7              What we are looking for at this time is the

8  ability to have delegated authority to Board staff

9  to be able to process those applications and

10 administratively approve them like they do other

11 initial applications.

12             This is just a new pathway for them to come

13 in through the licensure process.  It didn't

14 previously exist.  It requires Board approval.  And

15 ultimately, it would be ratified by the Board, but

16 we're asking for the ability to administratively

17 approve these.

18             CHAIRMAN ZACHARIAH:  Thank you.

19             Do I hear a motion to delegate authority to

20 the staff?

21             CHAIRMAN ACKERMAN:  So moved.

22             DR. DIAMOND:  Diamond second.

23             UNIDENTIFIED FEMALE:  Second.

24             CHAIRMAN ZACHARIAH:  Is there any further

25 discussion?

Med Def_000005

Florida Rules Committee
August 03, 2023

Page 5

1          Hearing none.  All in favor, say aye.

2          MEMBERS:  Aye.

3          CHAIRMAN ZACHARIAH:  Any opposed?

4          The motion carries unanimously.

5          Now let's go to tab four.  This is a JAPC

6     letter we received and -- Christopher.

7          ATTORNEY DIERLAM:  Yes.  Thank you very

8     much, Dr. Zacheriah.  Very briefly, as Dr. Zacheriah

9     pointed out, we did -- the Board did receive a

10    letter, both boards.  Both the Board of Osteopathic

11    Medicine and the Board of Medicine received a letter

12    from the Joint Administrative Procedures Committee

13    on July 21st.  It's contained on page 46 of your

14    materials.

15         Very briefly, JAPC pointed out really only

16    one relatively minimal issue with all the consent

17    forms that were adopted by this rule via emergency

18    rule.  The issue that JAPC pointed out was specific

19    to two of those consent forms.  The feminizing

20    medication consent form for adults, and the

21    masculinizing consent form for adults.

22         And the only issue JAPC had was with the

23    language that requires "a thorough psychological and

24    social evaluation performed by a Florida licensed

25    board-certified psychiatrist, or a Florida licensed

Med Def_000006

Florida Rules Committee
August 03, 2023

Page 6

1  psychologist before beginning hormone replacement

2  therapy and every two years thereafter."

3            JAPC's concerns kind of focus on the

4  opinion that that requirement constitutes a standard

5  of practice.  JAPC pointed out that the statute

6  clearly granted the Boards the authority to adopt

7  standards of practice for minors but did not do so

8  for adults.

9            So JAPC has basically asked the Board to

10  address her concerns, and at this point it would be

11  appropriate for the Board to again discuss JAPC's

12  concerns and what the Board feels would be an

13  appropriate action at this point.  Thank you.

14            CHAIRMAN ZACHARIAH:  Anything from the

15  Board members?

16            Yeah, David?  Dr. David?

17            DR. DIAMOND:  Yes.  I'm in agreement.  I

18  think that the JAPC made an important and valuable

19  comment here, and I think it stands correct.

20            DR. DERICK:  We had a long discussion about

21  this last time too.

22            CHAIRMAN ACKERMAN:  Right.

23            DR. DERICK:  So there was, you know,

24  concern about it being inappropriate or too much.

25  So I agree, as well.

Med Def_000007

Florida Rules Committee
August 03, 2023

Page 7

 1              VICE-CHAIR ROMANELLO:  Okay.  Yeah.

 2    Dr. Derick, you had mentioned it.  And certainly,

 3    the AG's office, Mr. Dierlam and Ms. McNulty

 4    highlighted that issue.  So I think -- I would tend

 5    to agree with JAPC's analysis here.

 6              ATTORNEY DIERLAM:  Let me just put out one

 7    more point of clarification, since Dr. Mortensen

 8    isn't here.  You're absolutely right, Dr. Derick,

 9    Mr. Romanello.  This issue was discussed at the

10    prior Rules meeting.

11              And again, Dr. Mortensen made some comments

12    along the lines of the fact that she believed that

13    these sort of requirements are quite often contained

14    in consent forms.  And that that was again the

15    response and why Dr. Mortensen, at least, and the

16    Board I think kind of agree, that that could

17    theoretically give the Board rule-making authority,

18    because these requirements are often contained in

19    consent forms.  And since the board clearly has the

20    authority to adopt a consent form, it would entail

21    such a requirement.

22              Again, that was just the comments of

23    Mr. Mortenson -- or Dr. Mortensen, I beg your

24    pardon.  And she's not present today, so I just

25    wanted to make sure --

Med Def_000008

Page 8

 1                VICE-CHAIR ROMANELLO:  Right.

 2                CHAIRMAN ACKERMAN:  -- that they were

 3   reflected on the record again.  Thank you.

 4                CHAIRMAN ZACHARIAH:  At this time does --

 5   do you have any comments, Dr. Vincent?

 6                DR. VINCENT:  I mean, you know, if you look

 7   at like the 2017 Endocrine Society Guidelines

 8   (Indiscernible).

 9                CHAIRMAN ZACHARIAH:  Yeah.  You have to

10   press the button.

11                DR. VINCENT:  I did (Indiscernible).

12                DR. DERICK:  Maybe get closer to the mic.

13                DR. VINCENT:  Can you hear me now?

14                MEMBERS:  No.

15                DR. BENSON:  No.  It's just in the

16   Endocrine Society guidelines, too.  They -- they

17   stipulate that as part of a -- their recommendations

18   that there's a thorough psychological evaluation and

19   assessment at baseline, and that there is no

20   interfering psychological conditions that could

21   impact the workup or clinical evaluation.

22                So that is considered part of the Endocrine

23   Society.  That's 2017.  They haven't been updated.

24   They're saying they might update them in -- soon,

25   but that hasn't been published yet.

Med Def_000009

Florida Rules Committee
August 03, 2023

1          VICE-CHAIR ROMANELLO:  Dr. Vincent, I

2   agree.  And that's why this is kind of like along

3   the lines of the conversation we had at the last

4   meeting.  So that's certainly what the association

5   says, and certainly what the practice would be.

6          But here, the statute that was passed does

7   not give the Board the authority to put this into

8   the rule, as the AG's office pointed out.  So it --

9          UNIDENTIFIED MALE:  Is it --

10         VICE-CHAIR ROMANELLO:  -- if there's

11   anybody else that wants -- I mean, I would be --

12         UNIDENTIFIED MALE:  Is it not that they

13   give the authority, or they're asking for why it's

14   in the rule?

15         ATTORNEY DIERLAM:  Those questions are two

16   in the same.

17         DR. VINCENT:  Why it's in the --

18         ATTORNEY DIERLAM:  They're basically

19   stating they don't believe we have rule-making

20   authority for that provision.  So basically, JAPC is

21   I think -- to read between the lines, they're

22   basically asking the board to either explain why it

23   thinks it has rule-making authority for that

24   requirement, or to get rid of it.  One or the other.

25         But that's, I think, reading between the

Med Def_000010

Florida Rules Committee
August 03, 2023

Page 10

1   lines of JAPC's correspondence.  They're asking

2   those two questions.

3              CHAIRMAN ZACHARIAH:  Yeah.  Dr. Diamond

4   then --

5              DR. DIAMOND:  Yes.  I would like to move to

6   strike this particular language from the rule.  If

7   you need -- If need be, I can -- I can quote it

8   directly, or you can just refer to what we were

9   discussing earlier.

10             DR. HUNTER:  Second.

11             VICE-CHAIR ROMANELLO:  Second.

12             MS. MCNULTY:  Do you want me to read the

13  exact language?  That would be --

14             DR. DIAMOND:  Yes.  So -- so why don't you

15  read into -- into the record the exact language --

16             MS. MCNULTY:  Okay.

17             DR. DIAMOND:  -- which I'm going to move to

18  strike.

19             MS. MCNULTY:  Okay.  And this is in both of

20  the forms that are referenced by JAPC and for both

21  boards.  "Before beginning HRT and every two years

22  thereafter, you must undergo a thorough

23  psychological and social evaluation performed by a

24  Florida licensed board-certified psychiatrist or a

25  Florida licensed psychologist.  The psychiatrist or

Med Def_000011

Florida Rules Committee
August 03, 2023

Page 11

 1  psychologist must submit a letter to the prescribing

 2  physician confirming this."

 3          DR. DIAMOND:  Thank you.

 4          CHAIRMAN ZACHARIAH:  Yeah.  Dr. Derick?

 5          DR. DERICK:  I just -- I agree with

 6  striking it.  And I guess we can move forward.  I

 7  just want to say, there is some precedent for

 8  informed consent to have sort of stipulations like

 9  these.  For example, if you're on a dangerous

10  medication, if you, you know, decide that you'll do

11  regular bloodwork.

12          So there is some precedent for it.  But I

13  agree in this case that it seems like it should be

14  removed.

15          CHAIRMAN ZACHARIAH:  Dr. Hunter?

16          DR. HUNTER:  I would disagree with this.  I

17  think the example I use as a pediatrician is that --

18  what you're saying, is we have a child who's

19  undergoing chemotherapy.  We recognize the risks.

20  Doxorubicin and the risk to the heart, and recommend

21  ongoing follow-up for cardiac complications.

22          I'm looking at a paper right now from

23  Denmark June 27th, since we last met, that shows the

24  long-term ongoing mental health issues in the adult

25  population.

Med Def_000012

Page 12

1            And so the problem exits, we're just not

2    fully addressing it.  I think we recognize that the

3    concern exists.  But I understand that this is more

4    of a, I guess a legal issue, an authority issue.

5    Not -- I don't want us to say we're not recognizing

6    that the problem exists.

7            VICE-CHAIR ROMANELLO:  Right.  And I don't

8    think by potentially acting and considering the --

9    Dr. Diamond's motion that -- that the Board would be

10   saying that.  I think we're just recognizing there's

11   limits on the authority the Board has to promulgate

12   this in a rule.

13           Donna?

14           MS. MCNULTY:  Thank you.  I concur with

15   those comments.  But I wanted to also state for you

16   all that whatever the appropriate standard of care

17   is, regardless of what your informed consent is,

18   that it remains, just like any area of practice.  So

19   the standard of care is the standard of care.

20           So we were just talking about what is going

21   in the informed consent.  So I just wanted to remind

22   you all of that.

23           EXECUTIVE DIRECTOR TERRELL:  Can I just --

24   a point of clarification.  And this is for

25   Ms. McNulty and Mr. Dierlam.  So as far as the rule-

Med Def_000013

Page 13

 1  making and authority, that only goes for the

 2  emergency rules, and not any permanent rules?  Is

 3  that how I'm reading the JAPC letter --

 4           MS. MCNULTY:  The what rules?

 5           EXECUTIVE DIRECTOR TERRELL:  -- or is it --

 6           MS. MCNULTY:  I mean, when it -- not rule

 7  -- when we get to the permanent rules, we can talk

 8  about what's appropriate there.

 9           EXECUTIVE DIRECTOR TERRELL:  Okay.

10           MS. MCNULTY:  But the authority to do

11  something remains the same.

12           ATTORNEY DIERLAM:  Right.

13           DR. DI PIETRO:  Okay.

14           ATTORNEY DIERLAM:  It's going to be the

15  same whether it's an emergency rule or the permanent

16  rule.  We'll still have the same "rule-making

17  authority."

18           EXECUTIVE DIRECTOR TERRELL:  Okay.

19           MS. MCNULTY:  Because the statute is the

20  same.

21           ATTORNEY DIERLAM:  Right.

22           CHAIRMAN ZACHARIAH:  So we have a motion by

23  Dr. Diamond.  Do we hear the second?

24           DR. VINCENT:  Yeah.  (Indiscernible)

25           UNIDENTIFIED MALE:  Have a second.  I

Med Def_000014

Florida Rules Committee
August 03, 2023

Page 14

1  apologize.

2           DR. BENSON:  I'm sorry.  I already

3  seconded.

4           CHAIRMAN ZACHARIAH:  Okay.  We have a

5  motion to second.  Is there any further discussion?

6           DR. BENSON:  I mean, if you look at Bates

7  1205, that's the Endocrine Society recommendations

8  for youth and adults.  So there's already standards

9  of recommendations as far as mental healthcare.

10          So if we're making a recommendation that's

11 outside of what's -- that doesn't seem like that's a

12 good idea to me to make a recommendation that's

13 outside of the standard of practice.

14          CHAIRMAN ZACHARIAH:  Thank you.

15          Well, we have a motion seconded.  Do I hear

16 any other discussion?

17          All in favor, say aye.

18          MEMBERS:  Aye.

19          CHAIRMAN ZACHARIAH:  Any opposed?

20          MEMBERS:  Aye.

21          CHAIRMAN ZACHARIAH:  Two opposed.  Thank

22 you so much.

23          UNIDENTIFIED FEMALE:  (Indiscernible)

24          ATTORNEY DIERLAM:  Okay.  And if you don't

25 mind, I'll go ahead and ask the SER questions again,

Med Def_000015

Florida Rules Committee
August 03, 2023

1  just for Board information, that this vote now has

2  been approved by the Board.  This will result in the

3  Board filing new emergency rules to incorporate two

4  new consent forms, the adult masculinizing and

5  feminizing forms.

6            DR. DERICK:  You mean without that language

7  if you're going --

8            ATTORNEY DIERLAM:  Right.  Without the

9  language.  Right.

10           Will the proposed rule amendments have an

11  adverse impact on small business, or will the

12  proposed rule amendments be likely to directly or

13  indirectly increase regulatory costs to any entity

14  in excess of $200,000 within one year after the

15  implementation of the rule?

16           DR. DIAMOND:  Diamond moves no.

17           UNIDENTIFIED MALE:  Second.

18           CHAIRMAN ZACHARIAH:  There's a motion

19  seconded.  Any discussion here?

20           And then all in favor, say aye.

21           MEMBERS:  Aye.

22           CHAIRMAN ZACHARIAH:  Any opposed?

23           The motion carries.

24           ATTORNEY DIERLAM:  And should a violation

25  of this rule or any part of this rule be designated

Med Def_000016

Florida Rules Committee
August 03, 2023

Page 16

1  a minor violation?

2          DR. DIAMOND:  Move no.

3          DR. DERICK:  Second.

4          DR. VINCENT:  I second.

5          CHAIRMAN ZACHARIAH:  Motion seconded.

6          Any discussion?  Hearing none.

7          All in favor, say aye.

8          MEMBERS:  Aye.

9          CHAIRMAN ZACHARIAH:  Any opposed?

10          Motion carries.

11          ATTORNEY DIERLAM:  And then the final

12  inquiry is whether or not the committee would like

13  to add a sunset provision to this rule.  I would

14  once again point out the rule is clearly mandated by

15  statute.  Thank you.

16          DR. DIAMOND:  I move no.

17          DR. DERICK:  Second.

18          CHAIRMAN ZACHARIAH:  Well, thank you.  This

19  time we go on to tab number one.  Standards of

20  practice in the treatment of gender dysphoria in

21  minors.

22          Go ahead.

23          ATTORNEY DIERLAM:  Yeah.  Absolutely.

24  Thank you very much --

25          VICE-CHAIR ROMANELLO:  Did we  -- did we

Med Def_000017

Page 17

1  vote on the last --

2            ATTORNEY DIERLAM:  Yes.

3            VICE-CHAIR KIRSH:  -- motion?  We did?

4            VICE-CHAIR ROMANELLO:  What was it?  It was

5  a vote regarding sunset provision?

6            ATTORNEY DIERLAM:  Yep.  Got it.

7            Yeah.  So very briefly, the next item for

8  the Board to consider is on the same issue, if you

9  will.  But whether or not the Board or how the Board

10 would like to move forward with formal rule making.

11           Again, the Board has adopted these consent

12 forms via emergency rule, and pursuant to the

13 language in the bill, they remain in effect until

14 replaced by formal rules.  However, I would advise

15 again that the Board move forward in that formal

16 rule-making process in a, you know, timely, diligent

17 manner.

18           So, you know, I think really there's kind

19 of three main options as far as where the Board

20 would like to go from here as far as adopting formal

21 rules.  Would it like to move forward with adopting

22 the existing emergency rules as formal rules, as is?

23           Would the Board like to kind of start with

24 the existing --

25           DR. DIAMOND:  Excuse me, as --

Med Def_000018

Florida Rules Committee
August 03, 2023

```
 1              ATTORNEY DIERLAM:  As amended today.

 2              DR. DIAMOND:  As amended as of just now.

 3  Yes.

 4              ATTORNEY DIERLAM:  Thank you for -- yes.

 5  You're absolutely right.  As voted today.

 6              Or would the Board like to start with those

 7  current emergency rules as amended today and

 8  delegate the authority to members once again to work

 9  on those rules and kind of perhaps make any

10  modifications, whatever it may be?

11              Or perhaps the third option would be to

12  start from scratch and start over, begin with new

13  consent forms, if that's the Board's pleasure.

14              But again, those are the three main options

15  I can consider.  I think it goes without saying,

16  there's one of them that Ms. McNulty and myself

17  probably would not prefer.  But regardless, those I

18  think are the three options for the committee,

19  unless there's others.  Thank you.

20              CHAIRMAN ACKERMAN:  So I think we have a

21  good emergency rule in place.  I think we should

22  move forward with that.  I don't think we should

23  adopt it as a permanent rule just yet.

24              I think that we should delegate -- not

25  delegate authority, but ask Dr. Benson on the -- on
```

Med Def_000019

Page 19

1  the allopathic Board and Dr. Mortenson on the

2  Osteopathic Board to take some input that we might

3  get over the next few months, digest that, let that

4  distill a little bit and see how things pan out, and

5  then perhaps come to a subsequent meeting in October

6  or December, right, and -- and make recommendation

7  to us at that point for any kind of modifications,

8  for us to then ratify it then.  So that's my -- my

9  thoughts.  And I would like to put that forth as a

10  motion.

11            VICE-CHAIR ROMANELLO:  I'll second that

12  motion.

13            CHAIRMAN ZACHARIAH:  The motion is

14  seconded.

15            Dr. Amy?

16            DR. DERICK:  I just wanted to say that I

17  agree with that.  I think that it's important.

18  We've gotten a lot of good feedback from the public,

19  and we've taken their feedback and incorporated it

20  into the other drafts that we've done.  And I think

21  that it requires time.  We need to have time to see

22  how it goes, and then we'll be able to get better

23  feedback to make it the best we can.  So I agree.

24            CHAIRMAN ACKERMAN:  Right.  I think there

25  will be some issues that may come up that we don't

Page 20

 1  know about yet as people try to implement things and

 2  try to implement these rules.  And I'm sure we'll

 3  have some good feedback to massage this a bit.

 4            ATTORNEY DIERLAM:  As a point of

 5  clarification, Dr. Ackerman, would you also like to

 6  include noticing the proposed rules for development,

 7  obviously?  Not propose the language --

 8            CHAIRMAN ACKERMAN:  Absolutely.

 9            ATTORNEY DIERLAM:  But that would put the

10  rules out there in the public forum and perhaps

11  allow additional comment.

12            CHAIRMAN ACKERMAN:  Right.  That would --

13  that would encourage feedback.

14            ATTORNEY DIERLAM:  Absolutely.

15            CHAIRMAN ACKERMAN:  Much-needed feedback.

16            ATTORNEY DIERLAM:  So would you like to

17  include that in your motion?

18            CHAIRMAN ACKERMAN:  Yes, please.  Thank

19  you.

20            CHAIRMAN ZACHARIAH:  Do I hear a second?

21            (Cross talk)

22            Yeah.  I am sorry.  Is the motion is

23  seconded?

24            VICE-CHAIR ROMANELLO:  I don't --

25            CHAIRMAN ZACHARIAH:  Is there any further

Med Def_000021

Florida Rules Committee
August 03, 2023

Page 21

 1  discussion for the Board?

 2          If not, all in favor, say aye.

 3          MEMBERS:  Aye.

 4          CHAIRMAN ZACHARIAH:  Any opposed?

 5          Motion carries unanimously.

 6          MS. MCNULTY:  Is that for both tabs one and

 7  two?  For tabs one and two?  So the vote -- I know

 8  it was for tab one, but is it also for tab two?

 9          CHAIRMAN ZACHARIAH:  Yes.  So let the

10  record -- Ackerman.  I think it applies to tab one

11  and tab two.  Is that okay?

12          CHAIRMAN ACKERMAN:  Yes.  Right.  Yes.

13          CHAIRMAN ZACHARIAH:  Yeah.  It was

14  (Indiscernible).

15          CHAIRMAN ACKERMAN:  That was my intent, for

16  it to apply to both tabs one and two.

17          MS. MCNULTY:  I didn't hear Dr. Ackerman.

18          CHAIRMAN ACKERMAN:  It was my intent of the

19  motion, was to apply to tabs one and tab two.  The

20  adults and the kids.

21          MS. MCNULTY:  For clarification, just for

22  the record, because this is controversial, could you

23  entertain a vote to clarify that's --

24          CHAIRMAN ZACHARIAH:  Yes.

25          MS. MCNULTY:  -- both tabs one and two?

Med Def_000022

Florida Rules Committee
August 03, 2023

```
 1              CHAIRMAN ZACHARIAH:  Okay.

 2              MS. MCNULTY:  Full development?

 3              CHAIRMAN ZACHARIAH:  Let's make a motion

 4   including tab one and tab two so there's no --

 5   there's no doubt about that.  So let's --

 6              CHAIRMAN ACKERMAN:  So my motion is to

 7   adopt the emergency rules for now, and delegate to

 8   Dr. Benson --

 9              MS. MCNULTY:  We already on the emergency

10   rules.  We're just talking about the permanent

11   rules.

12              CHAIRMAN ACKERMAN:  So my motion is to not

13   put forth emergency rules just yet, but to wait a

14   few months and let Doctors Benson and Dr. Mortensen

15   get feedback from Board members, from the public,

16   and then make recommendations to this Committee to

17   make -- to help us develop a permanent rule.

18              MS. MCNULTY:  And this is for both the

19   adult and minor rules for both Boards?  Just --

20   that's the part I'm (indiscernible).

21              VICE-CHAIR ROMANELLO:  Yes.  For

22   (Indiscernible) consent --

23              CHAIRMAN ACKERMAN:  Yes.  The adult rules

24   and the minor rules for both Boards of Medicine and

25   Board of Osteopathic Medicine.
```

Med Def_000023

Florida Rules Committee
August 03, 2023

Page 23

1              DR. VINCENT:  There's six consent --

2    different consent -- three minors and three for

3    adults.

4              CHAIRMAN ACKERMAN:  Yep.

5              CHAIRMAN ZACHARIAH:  So it should be a

6    motion --

7              CHAIRMAN ACKERMAN:  And do we need to -- do

8    I need to put with a deadline, like the end of the

9    year?

10             MS. MCNULTY:  I don't think so.

11             DR. VINCENT:  Yeah.

12             CHAIRMAN ACKERMAN:  I would hope we could

13   get it done by the end of the year.

14             DR. DERICK:  What about the part about

15   officially starting the process?  Does that need to

16   be incorporated?

17             MS. MCNULTY:  For the rule to adopt.

18             DR. DERICK:  For rule adoptment? That was

19   part of your motion?

20             CHAIRMAN ACKERMAN:  Yes.  That's part of

21   the motion, to officially adopt the process for

22   permanent rule development.

23             DR. DIAMOND:  So a motion to second?

24             CHAIRMAN ZACHARIAH:  So the motion is

25   seconded.  Any discussion?

Med Def_000024

Page 24

1              Hearing none, all who approve say aye.

2              MEMBERS:  Aye.

3              CHAIRMAN ZACHARIAH:  Any opposed?

4              The motion carries unanimously.

5              If the public wants to make any comments

6   briefly, we can have that for the next 10 minutes or

7   so.  If not, you can come at the -- at the workshop

8   or at the next meeting to make a comment to the next

9   meeting.  What do you guys prefer?

10             SECRETARY:  Thirty minutes.

11             (Indiscernible)

12             CHAIRMAN ZACHARIAH:  I think the names that

13  we have here is Ms. Anna Eskamani?

14             ANNA ESKAMANI:  Eskamani.

15             CHAIRMAN ZACHARIAH:  Eskamani.

16             ANNA ESKAMANI: Very close.  Thank you, sir.

17             CHAIRMAN ZACHARIAH:  Go ahead.

18             REPRESENTATIVE ESKAMANI:  Thank you so

19  much, Chair.  Testing.  There we go.  Thank you so

20  much, Chair.  I'll be very brief, as I know you all

21  are very brief as well.

22             So I'm Representative Anna V. Eskamani,

23  serving District 42 in the Florida State House.

24  Welcome to Orlando, for those who are visiting us

25  for this meeting.

Med Def_000025

Page 25

1              So I've been attending multiple Board of

2     Medicine meetings, and I do appreciate the pause on

3     formal rules, because I think we are not only taking

4     in feedback, but we're seeing the effect.  So three

5     quick points, if I may.

6              So first of all, the restrictions when it

7     comes to who can prescribe and provide medication,

8     and who can provide gender-affirming care,

9     obviously, you know, statute dictates all that as

10    well.

11             But I will say, just for your information,

12    we're seeing huge impact in the community as many of

13    our patients who receive gender-affirming care were

14    receiving it from nurse practitioners, not

15    necessarily MDs or DOs.

16             So it's really upset the entire field of

17    medicine in regard to these patients.  So I want to

18    just put that on the record as an area of concern

19    for your awareness.

20             And then also just the current emergency

21    informed consent language as it stands now.  We do

22    find much of it to be arbitrary and capricious.  We

23    also have concerns about the guidance not being

24    based upon evidence that is medicine-based.

25             And in fact the Miami Harold just did a

Med Def_000026

 1  story this week that you might have seen where a lot

 2  of the basis of this legislation, and then, of

 3  course, parts of the rule making process have been

 4  based in just misguided information, a lot of

 5  political sensationalism versus what is the best

 6  care practice.

 7              So we have a lot of concerns about that.  I

 8  know some of that comes out of legislature, so it's

 9  not necessarily in your purview, per se.  But as

10  medical experts and folks who provide care to your

11  patients, I think it's important to not ignore that

12  reality that we are making rules upon junk science.

13              And it's really important for the patients

14  here to be supported in who they are and not to have

15  to jump through hoops and hurdles to access care.

16  We are seeing people leave the state of Florida

17  right now because of these laws.  And it's

18  incredibly scary and heartbreaking, and as

19  individuals, I'm elected.  You are appointed to

20  serve in these positions.  You went to medical

21  school.  You trust in your trades.

22              We are in a period where, you know, I think

23  our collective goal is always do no harm, but this

24  process, the law, and thus, the rules are definitely

25  creating a lot of harm.  I just want to put that on

Med Def_000027

Page 27

1  the record.  Thank you.

2          CHAIRMAN ZACHARIAH:  Thank you.

3          The next is speaker Representative Harris.

4          DR. DIAMOND:  Can I make a comment while

5  we're waiting for our next speaker?

6          CHAIRMAN ZACHARIAH:  Yes.

7          DR. DIAMOND:  As -- as I'm listening to

8  comments and reading things, is this an appropriate

9  time to share with the members of the Committee some

10 ideas in terms of understanding the emergency rule

11 in terms of development?  Is this an appropriate

12 time to raise any points?

13          CHAIRMAN ZACHARIAH:  You know, we can

14 probably consider something like that after we hear

15 the public.

16          DR. DIAMOND:  Okay.

17          CHAIRMAN ZACHARIAH:  Okay.  Representative

18 Harris, pleased to see you.

19          REPRESENTATIVE HARRIS: Thank you.  Thank

20 you very much.  Good morning, everybody.  Welcome to

21 Orlando, for those who are not from here.

22          So I really would like to echo my

23 colleague's points, especially when it comes to

24 listening to the medical science behind the

25 treatment of gender-affirming care and making sure

Florida Rules Committee
August 03, 2023

Page 28

1  that we are using that to -- there we go.  Is that

2  better?  Making sure that we are using that as our

3  guide as to how we're going to implement these

4  rules.

5           I believe that, as was stated, we are

6  losing people from the state.  Really good people,

7  because they cannot get the care that they need.

8           It is also causing frustration for people

9  who -- for doctors who aren't necessarily even

10 providing gender-affirming care to that many

11 patients as these doctors and nurse practitioners

12 often have patients that they see for other reasons.

13 But it has no impacted their ability to even provide

14 care to patients who aren't looking for gender-

15 affirming care.  And I think that we need to make

16 sure that we have that top of mind, as well.  That

17 at the end of the day, healthcare is healthcare, and

18 that is what we want to make sure we're providing to

19 people.

20           And I really liked Ms. Eskamani's point

21 that collectively, as a legislator, and you as

22 doctors, we are here to do no harm.  And we want to

23 make sure that that is the top priority when we are

24 looking at these rules.

25           So thank you for your time this morning.

Florida Rules Committee
August 03, 2023

Page 29

1    Thank you for allowing us to speak.

2              CHAIRMAN ZACHARIAH:  Thank you so much.

3              Next is Allen Grossman.

4              ALLEN GROSSMAN:  Thank you, Dr. Zacheriah.

5    I'm not sure, with your directions to Dr. Diamond,

6    whether now is the right time to do this or not, but

7    I guess I'll go ahead.

8              An issue has come up for hospitals in the

9    state of Florida about what to do with patients that

10   show up at their doorstep that are under ongoing

11   care as discussed in this statute and rule, and what

12   they're supposed to do about continuing treatment

13   while they're in the hospital.

14             In any other situation, diabetes, cancer,

15   or whatever else, there would be ongoing care for

16   however they're being treated by their primary

17   physicians or their specialist physicians without

18   interruption while they're in the hospital.

19             With this statute and rule, they're left in

20   kind of a limbo of what they're supposed to do with

21   these patients that show up and can establish that

22   they're under current treatment and then letting

23   them go forward with maintenance of that treatment.

24             As I am sure you are all aware, hospitals

25   do not allow patients to bring medications into the

Med Def_000030

Florida Rules Committee
August 03, 2023

1  hospital with them.  They have to be ordered in the

2  hospital and provided in the hospital.

3              So we would like you to consider what

4  hospitals are supposed to do.  My initial thought

5  had been to come and ask you to try and develop a

6  carve-out, both in your emergency rules and in your

7  permanent rules, for that situation.  I'm not sure

8  what -- whether that should be now or later, but

9  that's what I wanted to discuss with you today.  And

10  hopefully you all will take into consideration that

11  situation.

12              Right now the hospitals don't know what

13  they're supposed to.  And much of what's required in

14  here doesn't work in a normal hospital situation in

15  terms of specific consent to process like is here.

16  That the patient has already done because they're

17  already under treatment, and whether they should

18  have to redo that in the hospital, or not be able to

19  do it at all, or whatever.  And it's a difficult

20  situation for them to find themselves in.

21              I can't give you statistics of how many

22  people are going to end up in the hospital.  I have

23  no idea.  But the hospitals are concerned about this

24  as a problem, and have asked I would address.  The

25  hope was a carve-out that would allow them to

Med Def_000031

Florida Rules Committee
August 03, 2023

Page 31

1  continue established treatment and be treated more

2  in terms -- well, first of all, in the minor

3  provision, you can do that in your standards of

4  care.  So it could -- it could just be a carve-out

5  for hospitalized patient who is already under

6  treatment.

7            And -- and for the adults, there's a

8  general provision about renewals not having to go

9  through this process, and that maybe that in

10 hospitalization situation, they could be treated as

11 just a temporary renewal of the same medication that

12 they're already under treatment for.  And that,

13 theoretically, I think there's a good argument there

14 that that could fall under the provisions of the

15 statute if you put it in your rules as an

16 interpretation of the statute.

17           So that was what I wanted to discuss with

18 you today, and try to get some guidance from you,

19 not only in terms of what the hospitals should be

20 doing now, but possibly consider putting some

21 language in your permanent rules that provides for

22 that.

23           CHAIRMAN ZACHARIAH:  Thank you.

24           ALLEN GROSSMAN:  Thank you.

25           CHAIRMAN ZACHARIAH:  I think next is

Med Def_000032

Florida Rules Committee
August 03, 2023

Page 32

1   Nicholas Newlan.

2            NICHOLAS NEWLAN:  Very quickly, the

3   American College of Physicians would like to echo

4   Mr. Grossman's comments.

5            Essentially, what our members are asking

6   is, may they continue treatment for hospitalized

7   patients?  Must they continue treatment for

8   hospitalized patients, and if they do, must they get

9   a new consent form?

10           We would suggest that they just be allowed

11   to continue the treatment without having to go

12   through another set of hoops.

13           Thank you for your time and attention.

14           CHAIRMAN ZACHARIAH:  Thank you.  Next is

15   Gigi Blou.

16           UNIDENTIFIED FEMALE:  (Indiscernible)

17           CHAIRMAN ZACHARIAH:  Kit.

18           KIT:  I think that people are being far too

19   charitable to you.  It should be noted that you

20   aren't just doing this because you were forced to.

21           Multiple months ago, by multiple months

22   ago, I mean almost a year ago at this point, you

23   started the process to ban gender-affirming

24   treatment for minors.  This wasn't due to any

25   legislation.  The legislation at that point didn't

Med Def_000033

Page 33

1  exist.  That was out of active malicious intent.

2          The idea of like pretending that there's

3  some good faith involved here or that our public

4  input means anything is very, very funny, given that

5  the vast majority of you were appointed literally

6  because you donated to Ron DeSantis, totaling almost

7  $300,000.

8          It's cool to have this like aesthetic of

9  like nice -- like niceness.  Like oh, no we're

10  forced to do this.  We really care.  But you just

11  flat-out don't.  And I think that people are being

12  way, way, way too polite.

13          ATTORNEY DIERLAM:  I think your comments

14  have gone outside the scope of the agenda --

15          KIT:  Okay.

16          ATTORNEY DIERLAM:  -- and the discussion up

17  to this point.

18          KIT:  The people making -- the people

19  making these decisions are directly in the scope of

20  the agenda, because you are the people making these

21  decisions, and the decisions will be impacted by you

22  who are forming this.

23          CHAIRMAN ZACHARIAH:  Thank you so much.

24  Appreciate it.  Okay.

25          Next is Carlos Guillermo Smith.

Med Def_000034

Florida Rules Committee
August 03, 2023

Page 34

```
 1                CHAIRMAN ZACHARIAH:  His -- the name was
 2   Kit, K-i-t.
 3                Excuse me.  You are Carlos Guillermo Smith?
 4                CARLOS GUILLERMO SMITH:  Yes, sir.
 5                CHAIRMAN ZACHARIAH:  Thank you, sir.  Go
 6   ahead.
 7                CARLOS GUILLERMO SMITH:  Good afternoon,
 8   Board members.  My name is Carlos Guillermo Smith.
 9   I'm the senior policy advisor for Equality Florida.
10   Some of you may know me from my years as a member of
11   the Florida House of Representatives, where I served
12   on numerous healthcare committees that developed and
13   passed policy to promote the health and the overall
14   well-being of the people of this state.
15                As you already heard and will continue to
16   hear, the existing emergency rules and forms that
17   are arbitrary and capricious are already causing
18   major disruption in access to care.  It is creating
19   a crisis for care for trans and nonbinary folks in
20   the state of Florida.
21                We at Equality Florida and the vast
22   majority of those from the public who are here today
23   call on you to exercise your independent and
24   professional judgment and put public health over
25   politics.
```

Med Def_000035

Page 35

 1              We urge the Boards to make rules and forms

 2    that are based on reality and based on facts that

 3    reflect the medical consensus which supports gender-

 4    affirming care across the United States.

 5              Our trans and nonbinary residents of this

 6    state are depending on you to adopt rules and forms

 7    that are rooted in their well-being, the patients'

 8    well-being, rather than intentionally creating

 9    arbitrary and capricious barriers to care for

10    Floridians.

11              It is your ethical and moral obligation to

12    adopt rules that are medically accurate and based on

13    guidance from the leading professional organizations

14    in the world.  The Professional Association for

15    Transgender Health, WPATH, and the Endocrine

16    Society.

17              For many, as you know, this is a matter of

18    life and death.  Gender-affirming care is essential,

19    life-saving healthcare for transgender people to be

20    able to live full and authentic lives.

21              These forms must emphasize the well-

22    documented benefits of access to gender-affirming

23    care.

24              All eyes are on you.  And you already know,

25    the courts have struck down Florida's Medicaid

Med Def_000036

Florida Rules Committee
August 03, 2023

Page 36

1    agency rule banning coverage of gender-affirming

2    care for minors and adults and have already issued a

3    preliminary injunction against rules in sections of

4    Senate bill 254, because these politically-motivated

5    restrictions to life-saving care are

6    unconstitutional.  And because free states don't

7    interfere with adults and parents' decisions about

8    their personal healthcare that is widely accepted by

9    medical professionals.

10            Please do the right thing, and when you do,

11   adopt permanent forms and rules that put the life

12   and health of the patient first.  Thank you.

13            CHAIRMAN ZACHARIAH:  Thank you so much.

14            Next is Kyle Moore.

15            KYLE MOORE:  Hi.  I'm Kyle Moore, and I am

16   a disabled trans man.  Your decisions directly

17   affect me in so many different ways.  And I want to

18   point out that the evidence that is being used for

19   these decisions has been proven to be doctored based

20   on political points.

21            The DeSantis administration paid fringe

22   medical consultants over 300,000 to endorse

23   restrictions on trans healthcare and give raises to

24   State employees who went along with it.

25            Court documents show that one employee

Med Def_000037

Page 37

1  received a 200K raise on a 60K salary.

2           The people who are on this Board are on

3  this Board because they donated money.  The people

4  who get to keep their jobs and who are determining

5  who gets what healthcare have those jobs because

6  they either agree with what the man with all the

7  money says, or because they paid to be there.

8           I am urging you, please listen to us.

9  Those of us who you are directly affecting, not the

10  person who is paying all of your bills, not the

11  person who you're making charitable donations to,

12  those of us whose lives are on the line.

13           The people have spoken.  We have spoken

14  time and time again, begging you not to ban our

15  life-saving healthcare based on political science.

16  So please, just listen to us.

17           CHAIRMAN ZACHARIAH:  The next speaker is

18  Renee Davis.

19           RENEE DAVIS:  Thank you, Board.  Hello.  I

20  am Renee Davis.  I would describe myself as an

21  independent researcher and activist.

22           I want to be very brief.  And this -- you

23  know, this conversation is funny because we're

24  saying the same things over and over again because

25  you know what you're doing.  We know what you're

Med Def_000038

Page 38

1  doing.  And we're going through these motions to

2  deliberate and just have these nice sort of taking

3  at face value.  And it's just -- it's -- it's very

4  frustrating to have to be professional in this

5  environment.

6          So I'm just going to read two direct quotes

7  from some other really great journalists in this

8  space.

9          The first is reporting that the petition

10  for this Board to initiate these rule makings, the

11  report that was used, the GAPMS report, was actually

12  contracted by five outside medical consultants, as

13  briefly mentioned, three of which, the majority of

14  this Committee, right -- three of which worked for

15  the Catholic Medical Association.  And within their

16  explicit mission statement and practice of care,

17  it's not in their belief system to even recognize

18  transgender care as a legitimate form of medical

19  science.

20          So obviously, you know, this whole reason

21  we're here is based off false pretenses.  And I

22  think you've heard enough statements today to

23  realize that it's no longer a matter of doing the

24  right thing.  It's also a matter of self-

25  preservation here.

Florida Rules Committee
August 03, 2023

Page 39

1                  All of you are licensed professionals, and

2    there is court cases left and right across the state

3    of Florida and across the country where the judges

4    are siding with the transgender community.

5                  So I think you really need to ask yourself

6    here if you truly trust politicians in office who

7    may have promised you money or fame or positions.

8    If you truly trust them over the surety that judges

9    are going to side against this.  That they're going

10   to recognize that people like me came up and quoted

11   the American Medical Association.

12                  And what did they say?  The American

13   Medical Association said, "These policies do not

14   reflect the research landscape.  More than 2000

15   scientific studies have examined aspects of gender-

16   affirming care since 1975, right.

17                  So all of this information is on record.

18   It's being recorded.  This is going to be a very

19   easy case to prosecute, and I think you need to be

20   very careful on where you want to be in that story.

21   Thank you.

22                  CHAIRMAN ZACHARIAH:  Thank you.

23                  The next speaker is Lola Smith.  I don't

24   hear Lola Smith.

25                  The next speaker is Andrea Martinez.

Med Def_000040

Page 40

1                ANDREA MARTINEZ:  Yeah.  Hi again.  This is

2   Andrea Martinez.  (Indiscernible) I think I follow

3   this Board of Medicine from the day one until now

4   everywhere.

5                Today was not how I see my house, Orlando.

6   The only I'm going to say is like again is to come

7   in to say everything the same is like, it's a hard

8   time for us as a transgender community to see a lot

9   of people leaving town.  A lot of the people looking

10  for that, families leaving because this and other

11  laws they create against us.

12               So you're going to do something more better

13  for us.  You can do it.  I see you are doctors.  I

14  know that you had a specialization in different

15  things and have different clinics and have nurse

16  practitioners working for you.  And you're trusting

17  them.

18               So bring the nurse practitioners back to

19  the conversation from Florida.  They -- they cared

20  about us.  It's like I have my -- I use a nurse

21  practitioner, and it's for everything, medical needs

22  of myself, not only the gender-affirming care.

23               So bring the MDs from the clinics here in

24  Orlando.  We have several clinics for when they take

25  care of us.  Bring them to the picture.  You don't

Med Def_000041

Florida Rules Committee
August 03, 2023

Page 41

1  have to bring the transitioner of people from other

2  states to decide for us.  You need to bring our own

3  people and show you what is this.  Gender-affirming

4  care is a life-saving.  Nothing change in me.  This

5  I think is be more -- more happy, more a person.

6           I'm fighting for the rights of the people I

7  bring here.  Like I said again, I came to this

8  country looking for freedom, and I found it.  And

9  I'm going to keep that.  And we need you too.  Do

10 you what your job too for us.

11          And looking for something.  This is so

12 difficult for now.  I receive calls every day from

13 people.  We cannot have more the hormones.  We're

14 going to go -- you know, because you can find

15 everything from under the table, or you can go to

16 the black market.  You don't want that.  I don't

17 want to go to the hospital because I have to go to

18 black market or something.  It's bad for us.

19          We're going to continue to exist.  We don't

20 go nowhere.  So please, bring to the table the same

21 people from Florida again.  And we're looking for

22 the permanent solution.  You still have time to do

23 this.  Be the doctors.  Be the great doctors you

24 are.  It's a hard time to study and be -- I mean, I

25 know.  All the careers you have.  And we are

Med Def_000042

Florida Rules Committee
August 03, 2023

Page 42

1  important too.  We are patients too.  We can suffer

2  cancer too.  We can suffer from -- we maybe need a

3  dermatologist too.  We need all of you for survive.

4  So please work for us.

5           CHAIRMAN ZACHARIAH:  Thank you.

6           The next speaker is Emma Royce.

7           EMMA ROYCE:  Hi.  I'm a parent, and I've

8  been here before.  I think you need to decide what

9  side of history do you want to stand on.  It's

10 really down to that.

11          I've lived through 1970s Ireland when there

12 was a huge overreach of the state into healthcare.

13 It wasn't a good look.  And you're there.  You're

14 way past there at this stage.  Florida is 1970s

15 Ireland.

16          It creates major health trauma for kids to

17 be abused by the same church state.  And those who

18 spoke out were ridiculed and called names, like

19 Sinead O'Conner, who passed away this week.

20          And this Board believes that you know what

21 individual trans people need more than they know

22 themselves.  More than their individual doctors.

23 Transgender humans are beautiful.

24          And to transgender youth, I want to say

25 that I'm sorry the double standards exist that I can

Med Def_000043

Florida Rules Committee
August 03, 2023

Page 43

1  access hormones, but this form, the forms, all these

2  forms are a roadblock.  They've already started to

3  be a roadblock in terms of access to families like

4  mine.  They're cost-prohibitive and they -- they

5  basically ban and block trans care.  And you are

6  going to have a wave of suicides on your conscience.

7            These Boards are presenting roadblocks to

8  mine and the expanded queer community to devalue

9  trans humans, and specifically, trampling all over

10  their rights of the humans with comorbidities.

11            Correlation does not equal causation.  The

12  way the form is structured, once you have in there

13  that there's a comorbid, the doctors don't want to

14  know.  They don't want to know because their

15  professional indemnity insurance is really high.

16            And unfortunately, there are other doctors

17  out there who really don't have the Hippocratic Oath

18  and the welfare of these kids at heart, and who

19  probably, like you, will not care when the wave of

20  suicide starts.

21            You know what the risks of this is, and you

22  carry on.  I'm absolutely ashamed of you.  And I'm

23  ashamed for the fact that not one single person

24  sitting on that Board up there is nonbinary or

25  transgender.  There is no representation.

Med Def_000044

Page 44

1            We have pleaded with you to do the right

2    thing, and here we are again.  It's already

3    happening.  One child's death, one child, one human

4    death is not worth this crap.  This political fiasco

5    pretense of the Governor.  Thank you.

6            CHAIRMAN ZACHARIAH:  The next speaker is

7    Christina Cazanave.

8            CHRISTINA CAZANAVE:  Hello.  My name is

9    Christina Cazanave, and I am the legislative chair

10   for the National Association of Social Workers,

11   Florida Chapter.

12           Like our allies here today, our association

13   opposes any rules, policies, or practice that seek

14   to remove gender-affirming care access and practices

15   for adults and minors.  Any reduction in care will

16   be an increase in safety and mental health concerns.

17           Today I ask you that you reconsider the

18   language for these rules and forms, especially

19   related to the consent forms.

20           Many licensed clinical social workers are

21   leaving.  They are confused and looking at this from

22   an evidence-based perspective, when you are not.

23           These rules are inserting a political

24   battle into private and personal conversations

25   between adults, parents, their children, and their

Med Def_000045

Florida Rules Committee
August 03, 2023

Page 45

1   mental health and health providers.  These laws are

2   not about safety, because safety is a life-saving

3   and gender-affirming care is a life-saving method

4   for transgendered and nonbinary youth.

5              The only thing that you and we agree on is

6   that health access for all is a priority.  And

7   removing any kind would increase the mental health

8   crisis in Florida who's already suffering from a

9   lack of providers.

10             A clinician and health provider who acts

11  with professional and ethical decision making should

12  be able to take care of their clients.  The

13  community trusts these providers on a variety of

14  health issues, and you should, too.

15             This includes continuing public comments

16  from those who are on boots on the ground, doing

17  this service on a day-to-day, so that they can

18  provide you with recommendations that are evidence-

19  based.  And that there will be no harm.

20             The health and mental health of trans

21  Floridians is important.  You took an oath to do no

22  harm.  So please keep that in mind when you are

23  making these decisions, because that is what we do

24  all the time.  Thank you.

25             CHAIRMAN ZACHARIAH:  Thank you.

Med Def_000046

Page 46

1              The next speaker is Cassandra Scarb.  Is

2    Cassandra Scarb --

3              CASSANDRA SCARB:  I have a page and a half

4    of written remarks I'd like to make.

5              I've been on HRT for a few years now, and I

6    haven't had any issues obtaining my medication.

7    That is until the past week or so.  I guess Ronald

8    Regan nailed it when he said the top nine most

9    terrifying words in the English language are, "I'm

10   here from the government, and I'm here to help."

11             Aside -- as important as HRT is for me, I'm

12   here to address today another matter, but it's

13   directly related.

14             On a side note, I have people who think I'm

15   an ideology, including various politicians on the

16   right throughout the state of Florida.

17             On my opposite side, I have people,

18   including those directly in my transgender community

19   that view me as somebody with a gender identity that

20   didn't match up with their sex assigned at birth.

21             I don't necessarily agree with any of the

22   viewpoints, but I'll come back to that momentarily.

23             And then there are the religious texts,

24   which never actually really do provide an exact

25   definition of what constitutes a male or female.

Med Def_000047

Florida Rules Committee
August 03, 2023

Page 47

1              But through the acquisition of knowledge
2   and use of my higher mental faculties -- I'm sorry.
3   I skipped a place here.  Okay.  However, some
4   religious zealots may claim to be.  That's to be
5   self-evident.  However, if I'm standing on the beach
6   looking out at the horizon line and think I'm going
7   to fall off the edge of the earth if I go out three
8   miles, I know that's not the case.  My senses are
9   deceiving me.
10             But through the acquisition of knowledge
11  and use of my higher mental faculties, I know
12  through reason -- I'm sorry; I've already read that
13  -- I won't fall off the face of the earth.
14             In 2017, the Hochman Research Institute
15  published research that uncovered a link between
16  transgender and changes in genes that process sex
17  hormones, estrogen, and androgen, revealing a
18  potential biological basis for gender dysphoria.
19             To quote Professor Harley, "We propose
20  these genetic variations could make some males less
21  able to produce androgen, causing the brain to
22  develop differently, whether you're less masculine
23  or feminine, which may contribute to gender
24  dysphoria in transgender women."
25             This research would relate to other

Med Def_000048

Florida Rules Committee
August 03, 2023

Page 48

1   research such as those conducted by Dr. Baker

2   regarding sexual differentiation of the brain,

3   different from sexual differentiation of the body,

4   the two processes being independent from one

5   another.

6           I have to ask myself: are we even

7   determining sex correctly?  How is it we can ignore

8   the sexual differentiation of the brain in

9   determining sex.  The brain, an organ that requires

10  about 30 percent of our daily caloric intake to

11  function properly.

12          At least for some transgender individuals,

13  I have to ask, are we really intersex and just not

14  determining sex correctly.

15          Now, this is related to another matter

16  because the blatant hatred against the transgender

17  community being witnessed may go far beyond HRT.

18          Current events may impact the ability of my

19  community's ability to access optimal treatment for

20  a range of diseases.  For example, in conjunction

21  with Texas Tech, the Laura Bush Institute Women's of

22  Health provide seed money to find novel -- to find

23  novel research unique to women's health that

24  highlight the critical issues for women and focuses

25  on the vital difference between men and woman.

Med Def_000049

 1            Sex-based medicine will become more and

 2   more recognized in the years ahead.

 3            For a transgender individual, where a

 4   female gender identity --

 5            CHAIRMAN ZACHARIAH:  Sir?  Sir?  Thank you

 6   so much.  Your three minutes have expired.  We have

 7   --

 8            UNIDENTIFIED FEMALE:  I think we -- we have

 9   somebody that --

10            CHAIRMAN ZACHARIAH:  Excuse me.

11            UNIDENTIFIED FEMALE:  -- would be willing

12   to give up her speaking --

13            CHAIRMAN ZACHARIAH:  Excuse me.  Excuse me.

14   Excuse me.  I run the meeting, not you.

15            The next speaker is Kelly Walker or

16   Wallace.

17            KELLY WALL:  Hi.  I'm Kelly Wall

18   (phonetic).  I'd like to pass my minutes to

19   Cassandra Scarb.  Thank you.

20            CASSANDRA SCARB:  For a transgender

21   individual with a gender identity that matches the

22   biological sex differentiation of their brain, as I

23   mentioned above -- okay.  If that person was

24   diagnosed with Lou Gehrig's disease, a disease that

25   affects the nerve cells of the brain, that have been

Med Def_000050

Florida Rules Committee
August 03, 2023

Page 50

```
1   shown to impact men and women differently, if there
2   was a sex-based medicine cure today, one being for
3   male and one being for female, what treatment would
4   that person take?  If you were me, what pill would
5   you take if you had sexual differentiation of the
6   brain to those that match your body, would you take
7   the pills out of the biological male or biological
8   female?
9            Lou Gehrig's disease would just be one
10  example.  As the algorithms get better and AI gets
11  better, and biotechnology, and epigenetics, this is
12  going to become a very real thing where what you are
13  doing isn't just going to impact our HRT.  This is
14  going to impact potentially a whole range of
15  diseases.
16           Because if you can't come to terms with
17  this right today, certainly going down the road,
18  it's going to become a whole other issue where we're
19  going to be looking at transgender issues and sexual
20  differentiation of the brain to get proper treatment
21  (indiscernible) potentially related to a whole range
22  of diseases.  Thank you.
23           CHAIRMAN ZACHARIAH:  The next -- the next
24  speaker is Levita Raymond.  Okay.  Thank you.
25           The next speaker is Autumn Franks.
```

Med Def_000051

Florida Rules Committee
August 03, 2023

Page 51

1                   AUTUMN FRANKS:  Thank you, Board.  My name
2   is Autumn Franks.  I'm a 55-year-old proud,
3   transgendered woman.  I want the Board to know that.
4   Gender dysphoria is a medical condition.  When I
5   started my treatment, it's done wonders for me,
6   life-saving treatment.
7                   I served for 30 years working in the
8   Department of Corrections in the state of Florida.
9   And on top of that, I'm an adult.  I think
10  healthcare decisions should rest solely with the
11  provider and the patient.  I do not see why we have
12  to have consent forms for my medical condition.  It
13  seems to me other medical conditions don't require
14  the same consent forms.
15                  So for that reason, I feel that I'm being
16  singled out.  Why should I be singled out for care
17  that I have elected to take?  I'm a responsible
18  adult and capable of making my own medical
19  decisions.
20                  Thank you very much.
21                  CHAIRMAN ZACHARIAH:  The next speaker is
22  nurse practitioner Craig.
23                  CRAIG:  Thank you, Mr. Chairman.  Good
24  afternoon, ladies and gentlemen of the Board.  I
25  come to you not only as a member of the LGBT

Med Def_000052

Florida Rules Committee
August 03, 2023

Page 52

1    community, but as a registered nurse for 24 years

2    and a nurse practitioner for 4.  I'm an autonomous

3    family board -- family certified -- board-certified

4    family nurse practitioner.

5              Today I come to you and try to understand

6    why my prescribing abilities have been removed from

7    me.  Why have I -- am unable to provide services to

8    those who are needing to -- hormone therapy?

9              Up until -- up until May, I treated these

10   -- these patients, these individuals, these human

11   beings successfully, and by evidence-based practice,

12   several of which are in this room right now.

13             I'm hoping today that you would take into

14   consideration those who suffer from depression,

15   gender dysphoria, anxiety, even suicide ideations to

16   allow them to be treated by a nurse practitioner

17   such as myself.

18             It confuses me how I'm allowed, once again,

19   as an autonomous nurse practitioner to treat a

20   cisgender female or a cisgender male with the same

21   hormones that I'm treating my transgender patients

22   with.  The medications are the same.  The only

23   difference is they're considered transgender.

24             Eighty-four percent of trans patients in

25   this state were treated by NPs and PAs.  But what

Med Def_000053

Florida Rules Committee
August 03, 2023

Page 53

1  about now?  They have removed my ability as an

2  autonomous nurse practitioner, once again, to treat

3  those trans patients.  It's discrimination at its

4  best.

5            My next question is this.  While I

6  understand the state's statutes that care must be

7  provided by an MD, why is it that only after initial

8  MD, that's what it has to be?  Can a nurse

9  practitioner not follow, adjust, and advise on those

10  patients as to what they need?

11            Again, I'm treating cis females and cis

12  males.  What's the difference?  We're just giving

13  them different hormones.

14            I can do for that -- I can do that for any

15  other patient that comes in my office.  I just don't

16  get it.

17            Again, I've been practicing for three years

18  without a supervising physician over me.  I can open

19  my own practice.  I can do whatever I want.  But

20  you're limiting me as a nurse practitioner to treat

21  these human beings, these individuals that suffer

22  from a disease because of gender dysphoria.  You're

23  limiting the practice.  You're limiting my practice.

24  You're limiting their healthcare.

25            We live in a free country.  As a nurse

Med Def_000054

Page 54

1  practitioner, primary care, I treat; I prescribe; I

2  order, and I order consults same as the MD, same as

3  you, okay.  I'm limited as to other things I cannot

4  do, but I still prescribe medications.

5          I am first-hand witness.  Patients come

6  into my office and start on hormone therapy.  They

7  come in with depression, sickness.  I mean, some

8  patients are treated -- suicide.  I hope you look

9  inside and feel some compassion for these patients,

10 as they are human beings, and allow us as nurse

11 practitioners to continue care, even if it has to be

12 after an initiation.  Allow them to seek care from

13 us.

14          CHAIRMAN ZACHARIAH:  Thank you so much.

15          The next speaker is Debbie Parker.

16          DEBBIE PARKER:  Hello.  I'm Debbie Parker.

17 Good afternoon and thank you for the opportunity to

18 speak today and to urge you all to think.

19          I have a series of questions for you all.

20 Answers from any of you are welcome but not

21 expected.  If you'd like to answer, please wait

22 until my time has expired.  Thank you again.

23          My goal is to help you think for

24 yourselves, and then use your own beliefs to guide

25 your vote today.

Med Def_000055

Page 55

1                    First, I'll try and put a face on this.

2    Think back to your youth.  Were you or someone you

3    love a bully?  Or were you or your loved one the

4    target?  Do you consider yourself to be brave or

5    courageous?  Did you stand up for yourself or for

6    someone else?

7                    Now back to the present.  Have you done

8    your own research?  Or have you chosen to use the

9    state of Florida's talking points on this topic to

10   inform you?

11                   Have you considered how these rules will

12   affect the person or people you know?  Because you

13   do know someone.  You might not even be aware, but

14   there is someone with a connection to your personal

15   life that is trying to understand themselves and

16   working to find their identity.  Is beginning to

17   medically transition or has been happily living as a

18   transgender individual for years.

19                   Next, a quick comparison.  Are you aware

20   that the work group that created the standard passed

21   on July 19th by the Florida Department of Education

22   did not hold a vote on the new black history

23   curriculum and only a small minority, two members,

24   were able to push through the many falsehoods?

25                   Are you now aware of all the people, some

Med Def_000056

Florida Rules Committee
August 03, 2023

Page 56

 1  quite prominent, who have been voicing their

 2  opposition to the rule, which passed unanimously?

 3           Now back to you all again.  Have you

 4  mentally prepared yourselves for your turn to be on

 5  the receiving end of significant criticism?  Because

 6  you will be criticized.  It's my belief that you're

 7  all educated, even well experienced in your field.

 8  So if any of you choose to be brave or courageous

 9  now, kind of like all the LGBTQIA individuals out

10  there.

11           Should you vote today from a place of

12  humanity instead of a political and self-satisfying

13  position, you'll get along just fine.  You'll get

14  new jobs.  Maybe speak out against a current

15  colleague.  Maybe even be more respected than

16  before.  Your social circle and your financial

17  situation will recover, if affected at all.

18           Please know, please remember, you will live

19  this experience with ease as compared to the many

20  transgender people you think you have the right to

21  make rules for.

22           Please do right by us all.

23           CHAIRMAN ZACHARIAH:  The next -- thank you.

24           The next speaker is Salvadore Vieira.  Am I

25  saying it right?

Med Def_000057

Florida Rules Committee
August 03, 2023

Page 57

1                    SALVATORE VIEIRA:  Salvatore Vieira.  I am

2    the volunteer program manager with Equality Florida.

3    And I am here to inform the Boards today that the

4    proposed rules and consent forms are not based in

5    factual science or research.

6                    It is actually proven, like stated earlier,

7    that the research provided to come to your

8    conclusions have been hand-picked and doctored to

9    show gender-affirming care is harmful.  But

10   overwhelming evidence, research, and science shows

11   that gender-affirming care is life-saving and

12   necessary.

13                   I work directly with volunteers.  Many of

14   the people here are -- who are here today, people

15   who take time out of their days, whether it be

16   taking time off of work or missing work, which in

17   our current economy in Florida is a very hard thing

18   to do, something you all may not understand.

19                   To be here and plead not only for their

20   lives, but also to share their expertise like some

21   have shared today.  So many healthcare

22   professionals, whom I know, that work directly with

23   trans Floridians, they volunteer their times with --

24   their time with us and come to these meetings to

25   urge you and tell you that none of this is based in

Med Def_000058

Florida Rules Committee
August 03, 2023

Page 58

1  fact.  And tell -- and what they are seeing in their

2  work and in their industry, in your industry, is

3  that this care saves lives.

4           Listen to us.  Listen to the people.

5  Listen to the professionals.  Listen to the

6  overwhelming research, science, and facts.  Gender-

7  affirming care is life-saving care.  Thank you.

8           CHAIRMAN ZACHARIAH:  The last speaker is

9  Vanessa Galendo Jackson.

10          LOLA:  Hi.  My name is Lola.  You called

11  me, but I wasn't here.  We just got here.  Can I

12  speak?

13          CHAIRMAN ZACHARIAH:  See, I've given --

14  let's hear from Vanessa Galendo Jackson (phonetic),

15  if that person is here.

16          VANESSA GALENDO JACKSON:  Hi.  My name is

17  Vanessa, and I just want to say: what are we doing

18  here?  When I look at you guys, I feel like your

19  privilege is showing.  You've obviously never been

20  on this side of the bleachers before.  You are

21  people of power, but show it with grace.  Be an

22  advocate for those people that are your clients,

23  potentially.  You are doing a disservice to these

24  good people.

25          I am just asking you to take a step back.

Med Def_000059

Page 59

1  To have a little bit of empathy.  God forbid that

2  one of these people walks into your door.  One of

3  your clients comes up to you, and you say, "Shh,

4  it's not relevant."  It's all relevant.  That's what

5  a lived experience is.

6           In my realm as an OT, we call -- we have

7  what's called an occupational profile, where we

8  listen to them as a whole.  We see the big pictures,

9  what their needs are, and we address them.  That's

10 all I ask.  Stand up for them.

11           CHAIRMAN ZACHARIAH:  Okay.  You can go

12 ahead.  You're the last speaker for the next two

13 minutes.  Go ahead.

14           LOLA:  Thank you.  My name is Lola Smith.

15 I'm 12 years old.  I am nonbinary, and I am the

16 president of the junior chapter of Women's Voices

17 Southwest Florida.

18           Studies have -- studies of trans adults

19 have found that those with access to gender-

20 affirming care are far less prone to suicidal

21 thoughts than those forced to wait until adulthood.

22 And trans adults are already forcing numerous major

23 roadblocks -- facing numerous major roadblocks, with

24 specific disparities facing those living in rural

25 areas.

Florida Rules Committee
August 03, 2023

Page 60

1           Nearly 7 in 10 trans adults have been

2  denied treatment by insurers.  And more than 1 in 5

3  trans people of color living in rural areas have to

4  travel 100 or more miles to see a trans healthcare

5  provider.

6           Your job as a doctor is to -- your job as a

7  doctor is to provide care to those in need, and

8  sitting in the Board you have unique privilege of

9  power.  Power to make access to necessary life-

10 saving care as simple and affordable -- as simple,

11 affordable, and accessible as possible to the people

12 of Florida.

13          I'm asking you to take that responsibility

14 seriously and remove unnecessary barriers between

15 trans health patients and their care.  Thank you.

16          CHAIRMAN ZACHARIAH:  Thank you.

17          At this time, I would ask the Board members

18 if you want to revisit any one of the motions we did

19 earlier as a result of hearing the public comments

20 or testimony.  Or if not, we don't have to discuss

21 that.  Does any -- yeah.  If nobody wants to

22 reconsider it, then they just --

23          Do we have a motion to adjourn?

24          CHAIRMAN ACKERMAN:  Well, I think

25 Dr. Diamond --

Med Def_000061

Page 61

1          (Cross talk)

2          CHAIRMAN ACKERMAN:  Dr. Diamond wanted to

3  say something.  I'd like to hear what David Diamond

4  has to say.

5          CHAIRMAN ZACHARIAH:  David, do you want to

6  say something?

7          DR. DIAMOND:  Yes, please.  I just wanted

8  to make a comment to Dr. Benson and the Committee as

9  we're developing thoughts and ideas for the final

10  rule.  There was one thing that I came across in my

11  reading that I thought I'd like to have you think

12  about a little bit.

13          I did see that the informed consent did

14  require that the periodic mental health assessment

15  and suicide evaluation questionnaire be performed by

16  a licensed mental health counselor.  And I saw a

17  comment by Dr. Dayton and others that it was felt

18  that a medical physician could also serve that task.

19  And I'd like to put it to the Committee to look into

20  that as to whether the medical doctor could go and

21  serve that task as opposed to having it be required

22  by a licensed medical health provider.  Thank you.

23          CHAIRMAN ZACHARIAH:  Yeah.  That's a good

24  point.

25          Is there any other comments by the Board?

Florida Rules Committee
August 03, 2023

Page 62

1  If none, do I hear a motion to adjourn?

2            CHAIRMAN ACKERMAN:  So moved.

3            DR. DIAMOND:  I would second.

4            CHAIRMAN ZACHARIAH:  And the meeting stays

5  adjourned.  Thank you.

6            (END OF VIDEO RECORDING)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Med Def_000063

Florida Rules Committee
August 03, 2023

Page 63

1              CERTIFICATE OF TRANSCRIPTIONIST

2              I certify that the foregoing is a true and

3     accurate transcript of the digital recording

4     provided to me in this matter.

5              I do further certify that I am neither a

6     relative, nor employee, nor attorney of any of the

7     parties to this action, and that I am not

8     financially interested in the action.

9

10

11

12                       *Julie Thompson*

13                    _____

14                    Julie Thompson, CET-1036

15

16

17

18

19

20

21

22

23

24

25

Med Def_000064

Florida Rules Committee
August 03, 2023                                                          1

**$**

**$200,000**
  15:14
**$300,000**
  33:7

**1**

**10**
  24:6
**1133**
  3:25
**1205**
  14:7
**1970s**
  42:11,14
**1975**
  39:16
**19th**
  55:21

**2**

**2000**
  39:14
**200K**
  37:1
**2017**
  8:7,23 47:14
**21st**
  5:13
**24**
  52:1
**254**
  36:4
**27th**
  11:23

**3**

**30**
  48:10 51:7
**300,000**
  36:22

**4**

**4**
  2:10 52:2
**42**
  24:23
**46**
  5:13

**5**

**55-year-old**
  51:2

**6**

**60K**
  37:1

**A**

**abilities**
  52:6
**ability**
  4:8,16 28:13
  48:18,19 53:1
**absolutely**
  7:8 16:23
  18:5 20:8,14
  43:22
**abused**
  42:17
**accepted**

36:8
**access**
  26:15 34:18
  35:22 43:1,3
  44:14 45:6
  48:19
**accurate**
  35:12
**Ackerman**
  2:16,17 4:21
  6:22 8:2
  18:20 19:24
  20:5,8,12,15,
  18 21:10,12,
  15,17,18
  22:6,12,23
  23:4,7,12,20
**acquisition**
  47:1,10
**acting**
  12:8
**action**
  6:13
**active**
  33:1
**activist**
  37:21
**acts**
  45:10
**add**
  16:13
**additional**
  20:11
**address**
  6:10 30:24
  46:12
**addressing**
  12:2

**adjust**
  53:9
**administration**
  36:21
**Administrative**
  5:12
**administratively**
  4:10,16
**Administrator**
  3:14
**adopt**
  6:6 7:20
  18:23 22:7
  23:17,21
  35:6,12 36:11
**adopted**
  5:17 17:11
**adopting**
  17:20,21
**adoptment**
  23:18
**adult**
  11:24 15:4
  22:19,23
  51:9,18
**adults**
  5:20,21 6:8
  14:8 21:20
  23:3 31:7
  36:2,7 44:15,
  25
**adverse**
  15:11
**advise**
  17:14 53:9
**advisor**
  34:9

aesthetic
  33:8
affect
  36:17 55:12
affected
  56:17
affecting
  37:9
affects
  49:25
affirming
  28:15 35:4
  39:16
afternoon
  2:5 34:7
  51:24 54:17
AG's
  7:3 9:8
agency
  36:1
agenda
  3:18 33:14,20
agree
  6:25 7:5,16
  9:2 11:5,13
  19:17,23 37:6
  45:5 46:21
agreement
  6:17
ahead
  14:25 16:22
  24:17 29:7
  34:6 49:2
AI
  50:10
algorithms
  50:10
Allen

29:3,4 31:24
allies
  44:12
allopathic
  19:1
allowed
  32:10 52:18
allowing
  29:1
amended
  18:1,2,7
amendments
  15:10,12
American
  32:3 39:11,12
Amy
  19:15
analysis
  7:5
Andrea
  39:25 40:1,2
androgen
  47:17,21
Anna
  24:13,14,16,
  22
Answers
  54:20
anxiety
  52:15
apologize
  14:1
applicant
  4:3
applications
  4:9,11
applies

21:10
apply
  21:16,19
appointed
  26:19 33:5
approval
  4:14
approve
  4:2,10,17
  24:1
approved
  15:2
arbitrary
  25:22 34:17
  35:9
area
  12:18 25:18
argument
  31:13
ashamed
  43:22,23
aspects
  39:15
assessment
  8:19
assigned
  46:20
assistant
  3:13,20,25
association
  9:4 35:14
  38:15 39:11,
  13 44:10,12
attending
  25:1
attention
  32:13

ATTORNEY
  5:7 7:6 9:15,
  18 13:12,14,
  21 14:24
  15:8,24
  16:11,23
  17:2,6 18:1,4
  20:4,9,14,16
  33:13,16
audio
  2:3
authentic
  35:20
authority
  4:8,19 6:6
  7:17,20 9:7,
  13,20,23
  12:4,11 13:1,
  10,17 18:8,25
autonomous
  52:2,19 53:2
Autumn
  50:25 51:1,2
aware
  29:24 55:13,
  19,25
awareness
  25:19
aye
  5:1,2 14:17,
  18,20 15:20,
  21 16:7,8
  21:2,3 24:1,2

---

B

back
  40:18 46:22
  55:2,7 56:3

Med Def_000066

bad
41:18

Baker
48:1

ban
32:23 37:14
43:5

banning
36:1

barriers
35:9

based
25:24 26:4
35:2,12 36:19
37:15 38:21
45:19 57:4,25

baseline
8:19

basically
6:9 9:18,20,
22 43:5

basis
26:2 47:18

Bates
14:6

battle
44:24

beach
47:5

beautiful
42:23

beg
7:23

begging
37:14

begin
18:12

beginning
6:1 10:21
55:16

beings
52:11 53:21
54:10

belief
38:17 56:6

beliefs
54:24

believed
7:12

believes
42:20

benefits
35:22

Benson
8:15 14:2,6
18:25 22:8,14

bill
3:25 17:13
36:4

bills
37:10

biological
47:18 49:22
50:7

biotechnology
50:11

birth
46:20

bit
19:4 20:3

black
41:16,18
55:22

blatant
48:16

block
43:5

bloodwork
11:11

Blou
32:15

board
2:7 3:9,10,
11,12 4:2,8,
14,15 5:9,10,
11 6:9,11,12,
15 7:16,17,19
9:7,22 12:9,
11 15:1,2,3
17:8,9,11,15,
19,23 18:6
19:1,2 21:1
22:15,25 25:1
34:8 37:2,3,
19 38:10 40:3
42:20 43:24
51:1,3,24
52:3

Board's
18:13

board-certified
5:25 10:24
52:3

boards
5:10 6:6
10:21 22:19,
24 35:1 43:7
57:3

body
48:3 50:6

boots
45:16

Brad
3:14

brain
47:21 48:2,8,
9 49:22,25
50:6,20

brave
55:4 56:8

briefly
5:8,15 17:7
24:6 38:13

bring
2:8 29:25
40:18,23,25
41:1,2,7,20

bully
55:3

Bush
48:21

business
15:11

button
8:10

---

C

call
2:11 34:23

called
42:18

calls
41:12

caloric
48:10

cancer
29:14 42:2

capable
51:18

capricious
25:22 34:17
35:9

Med Def_000067

cardiac
  11:21
care
  12:16,19
  25:8,13 26:6,
  10,15 27:25
  28:7,10,14,15
  29:11,15 31:4
  33:10 34:18,
  19 35:4,9,18,
  23 36:2,5
  38:16,18
  39:16 40:22,
  25 41:4 43:5,
  19 44:14,15
  45:3,12 51:16
  53:6 54:1,11,
  12 57:9,11
cared
  40:19
careers
  41:25
careful
  39:20
Carlos
  33:25 34:3,4,
  7,8
carries
  5:4 15:23
  16:10 21:5
  24:4
carry
  43:22
carve-out
  30:6,25 31:4
case
  11:13 39:19
  47:8
cases

39:2
Cassandra
  3:12 46:1,2,3
  49:19,20
catch-all
  4:1
Catholic
  38:15
causation
  43:11
causing
  28:8 34:17
  47:21
Cazanave
  44:7,8,9
cells
  49:25
certified
  52:3
chair
  3:16 24:19,20
  44:9
Chairman
  2:5,6,13,17
  3:17 4:18,21,
  24 5:3 6:14,
  22 8:2,4,9
  10:3 11:4,15
  13:22 14:4,
  14,19,21
  15:18,22
  16:5,9,18
  18:20 19:13,
  24 20:8,12,
  15,18,20,25
  21:4,9,12,13,
  15,18,24
  22:1,3,6,12,
  23 23:4,5,7,

12,20,24
  24:3,12,15,17
  27:2,6,13,17
  29:2 31:23,25
  32:14,17
  33:23 34:1,5
  36:13 37:17
  39:22 42:5
  44:6 45:25
  49:5,10,13
  50:23 51:21,
  23 54:14
  56:23
change
  41:4
Chapter
  44:11
charitable
  32:19 37:11
chemotherapy
  11:19
Cherise
  3:13
child
  11:18 44:3
child's
  44:3
children
  44:25
choose
  56:8
chosen
  55:8
Christina
  44:7,8,9
Christopher
  3:11 5:6
church
  42:17

circle
  56:16
cis
  53:11
cisgender
  52:20
claim
  47:4
clarification
  7:7 12:24
  20:5 21:21
clarify
  21:23
clients
  45:12
clinical
  8:21 44:20
clinician
  45:10
clinics
  40:15,23,24
close
  24:16
closer
  8:12
colleague
  56:15
colleague's
  27:23
collective
  26:23
collectively
  28:21
College
  32:3
comment
  6:19 20:11
  24:8 27:4

Med Def_000068

comments
  7:11,22 8:5
  12:15 24:5
  27:8 32:4
  33:13 45:15
committee
  2:6,9 5:12
  16:12 18:18
  22:16 27:9
  38:14
committees
  34:12
community
  25:12 39:4
  40:8 43:8
  45:13 46:18
  48:17 52:1
community's
  48:19
comorbid
  43:13
comorbidities
  43:10
compared
  56:19
comparison
  55:19
compassion
  54:9
complications
  11:21
concern
  6:24 12:3
  25:18
concerned
  30:23
concerns
  6:3,10,12
  25:23 26:7

44:16
conclusions
  57:8
concur
  12:14
condition
  51:4,12
conditions
  8:20 51:13
conducted
  48:1
confirming
  11:2
confused
  44:21
confuses
  52:18
conjunction
  48:20
connection
  55:14
conscience
  43:6
consensus
  35:3
consent
  5:16,19,20,21
  7:14,19,20
  11:8 12:17,21
  15:4 17:11
  18:13 22:22
  23:1,2 25:21
  30:15 32:9
  44:19 51:12,
  14 57:4
consideration
  30:10 52:14
considered

8:22 52:23
  55:11
constitutes
  6:4 46:25
consultants
  36:22 38:12
consults
  54:2
contained
  5:13 7:13,18
continue
  31:1 32:6,7,
  11 34:15
  41:19 54:11
continuing
  29:12 45:15
contracted
  38:12
contribute
  47:23
controversial
  21:22
conversation
  9:3 37:23
  40:19
conversations
  44:24
cool
  33:8
correct
  6:19
Corrections
  51:8
correctly
  48:7,14
Correlation
  43:11

correspondence
  10:1
cost-
prohibitive
  43:4
costs
  15:13
Council
  3:11,12
country
  39:3 41:8
  53:25
courageous
  55:5 56:8
court
  36:25 39:2
courts
  35:25
coverage
  36:1
Craig
  51:22,23
crap
  44:4
create
  40:11
created
  4:1 55:20
creates
  42:16
creating
  26:25 34:18
  35:8
crisis
  34:19 45:8
critical
  48:24

Florida Rules Committee
August 03, 2023

6

criticism
56:5

criticized
56:6

cross
20:21

cure
50:2

current
18:7 25:20
29:22 48:18
56:14 57:17

curriculum
55:23

― ― ― ― ― ― ―

D

daily
48:10

Dalton
3:14

dangerous
11:9

Danielle
3:9

David
6:16

Davis
37:18,19,20

day
28:17 40:3
41:12

day-to-day
45:17

days
57:15

deadline
23:8

death
35:18 44:3,4

Debbie
54:15,16

deceiving
47:9

December
19:6

decide
11:10 41:2
42:8

decision
45:11

decisions
33:19,21
36:7,16,19
45:23 51:10,
19

definition
46:25

delegate
4:19 18:8,24,
25 22:7

delegated
4:8

deliberate
38:2

Denmark
11:23

Department
51:8 55:21

depending
35:6

depression
52:14 54:7

Derick
2:20,21 6:20,
23 7:2,8 8:12

11:4,5 15:6
16:3,17 19:16
23:14,18

dermatologist
42:3

Desantis
33:6 36:21

describe
37:20

designated
15:25

determining
37:4 48:7,9,
14

devalue
43:8

develop
22:17 30:5
47:22

developed
34:12

development
20:6 22:2
23:22 27:11

Di
3:3,4 13:13

diabetes
29:14

diagnosed
49:24

Diamond
2:22,23 4:22
6:17 10:3,5,
14,17 11:3
13:23 15:16
16:2,16 17:25
18:2 23:23
27:4,7,16
29:5

Diamond's
12:9

dictates
25:9

Dierlam
3:11 5:7 7:3,
6 9:15,18
12:25 13:12,
14,21 14:24
15:8,24
16:11,23
17:2,6 18:1,4
20:4,9,14,16
33:13,16

difference
48:25 52:23
53:12

differentiation
48:2,3,8
49:22 50:5,20

differently
47:22 50:1

difficult
30:19 41:12

digest
19:3

diligent
17:16

direct
38:6

directions
29:5

directly
10:8 15:12
33:19 36:16
37:9 46:13,18
57:13,22

Director
3:9,10,21

Med Def_000070

12:23 13:5,9,
18

**disabled**
36:16

**disagree**
11:16

**discrimination**
53:3

**discuss**
6:11 30:9
31:17

**discussed**
7:9 29:11

**discussing**
10:9

**discussion**
4:25 6:20
14:5,16 15:19
16:6 21:1
23:25 33:16

**disease**
49:24 50:9
53:22

**diseases**
48:20 50:15,
22

**disruption**
34:18

**distill**
19:4

**District**
24:23

**doctored**
36:19 57:8

**doctors**
22:14 28:9,
11,22 40:13
41:23 42:22

43:13,16

**documented**
35:22

**documents**
36:25

**donated**
33:6 37:3

**donations**
37:11

**Donna**
3:11 12:13

**doorstep**
29:10

**DOS**
25:15

**double**
42:25

**doubt**
22:5

**Doxorubicin**
11:20

**drafts**
19:20

**due**
32:24

**dysphoria**
16:20 47:18,
24 51:4 52:15
53:22

———————————

**E**

———————————

**earlier**
10:9 57:6

**earth**
47:7,13

**ease**
56:19

**easy**
39:19

**echo**
27:22 32:3

**economy**
57:17

**edge**
47:7

**educated**
56:7

**education**
4:5,6 55:21

**effect**
17:13 25:4

**Eighty-four**
52:24

**elected**
26:19 51:17

**emergency**
5:17 13:2,15
15:3 17:12,22
18:7,21 22:7,
9,13 25:20
27:10 30:6
34:16

**Emma**
42:6,7

**emphasize**
35:21

**employee**
36:25

**employees**
36:24

**encourage**
20:13

**end**
23:8,13 28:17
30:22 56:5

**Endocrine**
8:7,16,22
14:7 35:15

**endorse**
36:22

**English**
46:9

**entail**
7:20

**entertain**
21:23

**entire**
25:16

**entity**
15:13

**environment**
38:5

**epigenetics**
50:11

**equal**
43:11

**Equality**
34:9,21 57:2

**Eskamani**
24:13,14,15,
16,18,22

**Eskamani's**
28:20

**essential**
35:18

**Essentially**
32:5

**establish**
29:21

**established**
31:1

**estrogen**
47:17

Med Def_000071

ethical
  35:11 45:11
evaluation
  5:24 8:18,21
  10:23
events
  48:18
evidence
  25:24 36:18
  57:10
evidence-
  45:18
evidence-based
  44:22 52:11
exact
  10:13,15
  46:24
examination
  4:4
examined
  39:15
excess
  15:14
Excuse
  17:25 34:3
  49:10,13,14
excused
  3:7
Executive
  3:8,10,21
  12:23 13:5,9,
  18
exercise
  34:23
exist
  4:14 33:1
  41:19 42:25
existing

17:22,24
  34:16
exists
  12:3,6
exits
  12:1
expanded
  43:8
expected
  54:21
experience
  56:19
experienced
  56:7
expertise
  57:20
experts
  26:10
expired
  49:6 54:22
explain
  9:22
explicit
  38:16
eyes
  35:24

_____

F

face
  38:3 47:13
  55:1
fact
  7:12 25:25
  43:23
facts
  35:2
factual

57:5
faculties
  47:2,11
faith
  33:3
fall
  31:14 47:7,13
false
  38:21
falsehoods
  55:24
fame
  39:7
families
  40:10 43:3
family
  52:3,4
favor
  5:1 14:17
  15:20 16:7
  21:2
feedback
  19:18,19,23
  20:3,13,15
  22:15 25:4
feel
  51:15 54:9
feels
  6:12
female
  4:23 14:23
  32:16 46:25
  49:4,8,11
  50:3,8 52:20
females
  53:11
feminine
  47:23

feminizing
  5:19 15:5
fiasco
  44:4
field
  25:16 56:7
fighting
  41:6
filing
  15:3
final
  16:11
financial
  56:16
find
  25:22 30:20
  41:14 48:22
  55:16
fine
  56:13
first-hand
  54:5
flat-out
  33:11
Florida
  2:7 5:24,25
  10:24,25
  24:23 26:16
  29:9 34:9,11,
  20,21 39:3
  40:19 41:21
  42:14 44:11
  45:8 46:16
  51:8 55:21
  57:2,17
Florida's
  35:25 55:9
Floridians
  35:10 45:21

57:23

**focus**
6:3

**focuses**
48:24

**folks**
26:10 34:19

**follow**
40:2 53:9

**follow-up**
11:21

**forced**
32:20 33:10

**form**
5:20,21 7:20
32:9 38:18
43:1,12

**formal**
17:10,14,15,
20,22 25:3

**forming**
33:22

**forms**
5:17,19 7:14,
19 10:20
15:4,5 17:12
18:13 34:16
35:1,6,21
36:11 43:1,2
44:18,19
51:12,14 57:4

**forum**
20:10

**forward**
11:6 17:10,
15,21 18:22
29:23

**found**
41:8

**Franks**
50:25 51:1,2

**free**
36:6 53:25

**freedom**
41:8

**fringe**
36:21

**frustrating**
38:4

**frustration**
28:8

**Fulham**
3:12

**full**
22:2 35:20

**fully**
12:2

**function**
48:11

**funny**
33:4 37:23

---

**G**

**GAPMS**
38:11

**Gehrig's**
49:24 50:9

**gender**
16:20 46:19
47:18,23
49:4,21 51:4
52:15 53:22

**gender-**
28:14 35:3
39:15

**gender-affirming**
25:8,13 27:25
28:10 32:23
35:18,22 36:1
40:22 41:3
44:14 45:3
57:9,11

**general**
31:8

**genes**
47:16

**genetic**
47:20

**gentlemen**
51:24

**get along**
56:13

**Gigi**
32:15

**give**
7:17 9:7,13
30:21 36:23
49:12

**giving**
53:12

**goal**
26:23 54:23

**good**
2:5 14:12
18:21 19:18
20:3 27:20
28:6 31:13
33:3 34:7
42:13 51:23
54:17

**government**
46:10

**Governor**
44:5

**granted**
6:6

**great**
38:7 41:23

**Grossman**
29:3,4 31:24

**Grossman's**
32:4

**ground**
45:16

**group**
55:20

**guess**
11:6 12:4
29:7 46:7

**guidance**
25:23 31:18
35:13

**guide**
28:3 54:24

**guidelines**
8:7,16

**Guillermo**
33:25 34:3,4,
7,8

**guys**
24:9

---

**H**

**half**
46:3

**hand-picked**
57:8

**happening**
44:3

Med Def_000073

Florida Rules Committee
August 03, 2023

10

happily
  55:17

happy
  41:5

hard
  40:7 41:24
  57:17

Harley
  47:19

harm
  26:23,25
  28:22 45:19,
  22

harmful
  57:9

Harold
  25:25

Harris
  27:3,18,19

hatred
  48:16

health
  11:24 34:13,
  24 35:15
  36:12 42:16
  44:16 45:1,6,
  7,10,14,20
  48:22,23

healthcare
  14:9 28:17
  34:12 35:19
  36:8,23 37:5,
  15 42:12
  51:10 53:24
  57:21

hear
  4:19 8:13
  13:23 14:15
  20:20 21:17

27:14 34:16
39:24

heard
  34:15 38:22

Hearing
  5:1 16:6 24:1

heart
  11:20 43:18

heartbreaking
  26:18

high
  43:15

higher
  47:2,11

highlight
  48:24

highlighted
  7:4

Hippocratic
  43:17

history
  42:9 55:22

Hochman
  47:14

hold
  55:22

hoops
  26:15 32:12

hope
  23:12 30:25
  54:8

hoping
  52:13

horizon
  47:6

hormone
  6:1 52:8 54:6

hormones
  41:13 43:1
  47:17 52:21
  53:13

hospital
  29:13,18
  30:1,2,14,18,
  22 41:17

hospitalization
  31:10

hospitalized
  31:5 32:6,8

hospitals
  29:8,24 30:4,
  12,23 31:19

house
  3:25 24:23
  34:11 40:5

HRT
  10:21 46:5,11
  48:17 50:13

huge
  25:12 42:12

human
  44:3 52:10
  53:21 54:10

humanity
  56:12

humans
  42:23 43:9,10

Hunter
  2:24,25 10:10
  11:15,16

hurdles
  26:15

————————

I

idea

14:12 30:23
33:2

ideas
  27:10

ideations
  52:15

identity
  46:19 49:4,21
  55:16

ideology
  46:15

ignore
  26:11 48:7

impact
  8:21 15:11
  25:12 48:18
  50:1,13,14

impacted
  28:13 33:21

implement
  20:1,2 28:3

implementation
  15:15

important
  6:18 19:17
  26:11,13 42:1
  45:21 46:11

inappropriate
  6:24

include
  20:6,17

includes
  45:15

including
  22:4 46:15,18

incorporate
  15:3

Med Def_000074

incorporated
  19:19 23:16

increase
  15:13 44:16
  45:7

incredibly
  26:18

indemnity
  43:15

independent
  34:23 37:21
  48:4

indirectly
  15:13

indiscernible
  8:8,11 13:24
  14:23 21:14
  22:20,22
  24:11 32:16
  40:2 50:21

individual
  42:21,22
  49:3,21 55:18

individuals
  26:19 48:12
  52:10 53:21
  56:9

inform
  55:10 57:3

information
  3:15 15:1
  25:11 26:4
  39:17

informed
  11:8 12:17,21
  25:21

initial
  4:11 30:4
  53:7

initiate
  38:10

initiation
  54:12

injunction
  36:3

input
  19:2 33:4

inquiry
  16:12

inserting
  44:23

inside
  54:9

Institute
  47:14 48:21

insurance
  43:15

intake
  48:10

intent
  21:15,18 33:1

intentionally
  35:8

interfere
  36:7

interfering
  8:20

interpretation
  31:16

interruption
  29:18

intersex
  48:13

involved
  33:3

Ireland

42:11,15

issue
  3:23 5:16,18,
  22 7:4,9 12:4
  17:8 29:8
  50:18

issued
  36:2

issues
  11:24 19:25
  45:14 46:6
  48:24 50:19

item
  3:19 17:7

items
  3:18

---

**J**

JAPC
  5:5,15,18,22
  6:5,9,18 9:20
  10:20 13:3

JAPC's
  6:3,11 7:5
  10:1

job
  41:10

jobs
  37:4,5 56:14

join
  2:8

Joint
  5:12

journalists
  38:7

judges
  39:3,8

judgment
  34:24

July
  5:13 55:21

jump
  26:15

June
  11:23

junk
  26:12

---

**K**

K-I-T
  34:2

Kelly
  49:15,17

kids
  21:20 42:16
  43:18

kind
  6:3 7:16 9:2
  17:18,23 18:9
  19:7 29:20
  45:7 56:9

Kirsh
  3:5,6 17:3

Kit
  32:17,18
  33:15,18 34:2

knowledge
  47:1,10

Kyle
  36:14,15

---

**L**

lack
  45:9

Med Def_000075

ladies
  51:24
landscape
  39:14
language
  5:23 10:6,13,
  15 15:6,9
  17:13 20:7
  25:21 31:21
  44:18 46:9
Laura
  48:21
law
  26:24
laws
  26:17 40:11
  45:1
leading
  35:13
leave
  26:16
leaving
  40:9,10 44:21
left
  29:19 39:2
legal
  3:13 12:4
legislation
  3:24 4:1 26:2
  32:25
legislative
  44:9
legislator
  28:21
legislature
  26:8
legitimate
  38:18

letter
  5:6,10,11
  11:1 13:3
letting
  29:22
Levita
  50:24
LGBT
  51:25
LGBTQIA
  56:9
licensed
  5:24,25
  10:24,25 39:1
  44:20
licensure
  3:20 4:1,3,13
life
  35:18 36:11
  55:15
life-saving
  35:19 36:5
  37:15 41:4
  45:2,3 51:6
  57:11
limbo
  29:20
limited
  54:3
limiting
  53:20,23,24
limits
  12:11
lines
  7:12 9:3,21
  10:1
link
  47:15

listen
  37:8,16
listening
  27:7,24
literally
  33:5
live
  35:20 53:25
  56:18
lived
  42:11
lives
  35:20 37:12
  57:20
living
  55:17
Lola
  39:23,24
long
  6:20
long-term
  11:24
longer
  38:23
losing
  28:6
lot
  19:18 26:1,4,
  7,25 40:8,9
Lou
  49:24 50:9
love
  55:3
loved
  55:3

_____

M

made
  6:18 7:11
main
  17:19 18:14
maintenance
  29:23
major
  34:18 42:16
majority
  33:5 34:22
  38:13
make
  7:25 14:12
  18:9 19:6,23
  22:3,16,17
  24:5,8 27:4
  28:15,18,23
  35:1 46:4
  47:20 56:21
making
  13:1 14:10
  17:10 26:3,12
  27:25 28:2
  33:18,19,20
  37:11 45:11,
  23 51:18
makings
  38:10
male
  9:9,12 13:25
  15:17 46:25
  50:3,7 52:20
males
  47:20 53:12
malicious
  33:1

man
  36:16 37:6
manager
  57:2
mandated
  16:14
manner
  17:17
market
  41:16,18
Martinez
  39:25 40:1,2
masculine
  47:22
masculinizing
  5:21 15:4
massage
  20:3
match
  46:20 50:6
matches
  49:21
materials
  5:14
matter
  35:17 38:23,
  24 46:12
  48:15
Mcnulty
  3:11 7:3
  10:12,16,19
  12:14,25
  13:4,6,10,19
  18:16 21:6,
  17,21,25
  22:2,9,18
  23:10,17
MD

53:7,8 54:2
MDS
  25:15 40:23
means
  33:4
Medicaid
  35:25
medical
  26:10,20
  27:24 35:3
  36:9,22
  38:12,15,18
  39:11,13
  40:21 51:4,
  12,13,18
medically
  35:12 55:17
medication
  5:20 11:10
  25:7 31:11
  46:6
medications
  29:25 52:22
  54:4
medicine
  2:7,8 3:9,10
  5:11 22:24,25
  25:2,17 40:3
  49:1 50:2
medicine-based
  25:24
meeting
  7:10 9:4 19:5
  24:8,9,25
  49:14
meetings
  25:2 57:24
member
  34:10 51:25

members
  5:2 6:15 8:14
  14:18,20
  15:21 16:8
  18:8 21:3
  22:15 24:2
  27:9 32:5
  34:8 55:23
men
  48:25 50:1
mental
  11:24 14:9
  44:16 45:1,7,
  20 47:2,11
mentally
  56:4
mentioned
  7:2 38:13
  49:23
met
  11:23
method
  45:3
Miami
  25:25
mic
  8:12
miles
  47:8
mind
  14:25 28:16
  45:22
mine
  43:4,8
minimal
  5:16
minor
  16:1 22:19,24
  31:2

minority
  55:23
minors
  6:7 16:21
  23:2 32:24
  36:2 44:15
minutes
  24:6,10 49:6,
  18
misguided
  26:4
missing
  57:16
mission
  38:16
modifications
  18:10 19:7
momentarily
  46:22
money
  37:3,7 39:7
  48:22
months
  19:3 22:14
  32:21
Moore
  36:14,15
moral
  35:11
morning
  27:20 28:25
Mortensen
  3:7 7:7,11,
  15,23 22:14
Mortenson
  7:23 19:1
motion
  4:19 5:4 12:9

Med Def_000077

13:22 14:5,15
15:18,23
16:5,10 17:3
19:10,12,13
20:17,22
21:5,19 22:3,
6,12 23:6,19,
21,23,24 24:4

**motions**
38:1

**move**
10:5,17 11:6
16:2,16
17:10,15,21
18:22

**moved**
4:21

**moves**
15:16

**Much-needed**
20:15

**multiple**
25:1 32:21

---

**N**

**nailed**
46:8

**names**
24:12 42:18

**National**
44:10

**necessarily**
25:15 26:9
28:9 46:21

**needing**
52:8

**nerve**
49:25

**Newlan**
32:1,2

**nice**
33:9 38:2

**niceness**
33:9

**Nicholas**
32:1,2

**nonbinary**
34:19 35:5
43:24 45:4

**normal**
30:14

**note**
46:14

**noted**
32:19

**noticing**
20:6

**NPS**
52:25

**number**
3:19 16:19

**numerous**
34:12

**nurse**
25:14 28:11
40:15,18,20
51:22 52:1,2,
4,16,19 53:2,
8,20,25 54:10

---

**O**

**O'CONNER**
42:19

**oath**
43:17 45:21

**obligation**
35:11

**obtaining**
46:6

**October**
19:5

**office**
7:3 9:8 39:6
53:16 54:6

**Officer**
3:15

**officially**
23:15,21

**ongoing**
11:21,24
29:10,15

**open**
53:18

**Operations**
3:14

**opinion**
6:4

**opportunity**
54:17

**opposed**
5:3 14:19,21
15:22 16:9
21:4 24:3

**opposes**
44:13

**opposite**
46:17

**opposition**
56:2

**optimal**
48:19

**option**
18:11

**options**
17:19 18:14,
18

**order**
2:9 3:19 54:2

**ordered**
30:1

**organ**
48:9

**organizations**
35:13

**Orlando**
24:24 27:21
40:5,24

**Osteopathic**
2:8 3:10 5:10
19:2 22:25

**overreach**
42:12

**overwhelming**
57:10

---

**P**

**Pages**
3:1,2

**paid**
36:21 37:7

**pan**
19:4

**paper**
11:22

**pardon**
7:24

**parent**
42:7

**parents**
44:25

Med Def_000078

parents'
  36:7
Parker
  54:15,16
part
  8:17,22 15:25
  22:20 23:14,
  19,20
parts
  26:3
PAS
  52:25
pass
  49:18
passed
  3:24 4:3 9:6
  34:13 42:19
  55:20 56:2
past
  42:14 46:7
pathway
  4:12
patient
  30:16 31:5
  36:12 51:11
  53:15
patients
  25:13,17
  26:11,13
  28:11,12,14
  29:9,21,25
  32:7,8 42:1
  52:10,21,24
  53:3,10 54:5,
  8,9
patients'
  35:7
Paul
  3:8

pause
  25:2
paying
  37:10
pediatrician
  11:17
people
  20:1 26:16
  28:6,8,19
  30:22 32:18
  33:11,18,20
  34:14 35:19
  37:2,3,13
  39:10 40:9
  41:1,3,6,13,
  21 42:21
  46:14,17
  55:12,25
  56:20 57:14
percent
  48:10 52:24
performed
  5:24 10:23
period
  26:22
permanent
  13:2,7,15
  18:23 22:10,
  17 23:22 30:7
  31:21 36:11
  41:22
person
  37:10,11 41:5
  43:23 49:23
  50:4 55:12
personal
  36:8 44:24
  55:14
perspective

44:22
petition
  38:9
phonetic
  3:12 49:18
physician
  3:20,25 11:2
  53:18
physicians
  29:17 32:3
picture
  40:25
Pietro
  3:3,4 13:13
pill
  50:4
pills
  50:7
place
  18:21 47:3
  56:11
plead
  57:19
pleaded
  44:1
pleased
  27:18
pleasure
  18:13
point
  6:10,13 7:7
  12:24 16:14
  19:7 20:4
  28:20 32:22,
  25 33:17
  36:18
pointed
  5:9,15,18 6:5

9:8
points
  25:5 27:12,23
  36:20 55:9
policies
  39:13 44:13
policy
  34:9,13
polite
  33:12
political
  26:5 36:20
  37:15 44:4,23
  56:12
politically-
motivated
  36:4
politicians
  39:6 46:15
politics
  34:25
population
  11:25
position
  56:13
positions
  26:20 39:7
possibly
  31:20
potential
  47:18
potentially
  12:8 50:14,21
practice
  6:5,7 9:5
  12:18 14:13
  16:20 26:6
  38:16 44:13

Med Def_000079

52:11 53:19,
23

**practices**
44:14

**practicing**
53:17

**practitioner**
40:21 51:22
52:2,4,16,19
53:2,9,20
54:1

**practitioners**
25:14 28:11
40:16,18
54:11

**precedent**
11:7,12

**prefer**
18:17 24:9

**preliminary**
36:3

**prepared**
56:4

**prescribe**
25:7 54:1,4

**prescribing**
11:1 52:6

**present**
2:12,17,19,
21,23,25 3:2,
4,6,8 7:24
55:7

**presenting**
43:7

**preservation**
38:25

**press**
8:10

**pretending**
33:2

**pretense**
44:5

**pretenses**
38:21

**previously**
4:14

**primary**
29:16 54:1

**prior**
7:10

**priority**
28:23 45:6

**private**
44:24

**problem**
12:1,6 30:24

**Procedures**
5:12

**proceeding**
2:2

**process**
4:9,13 17:16
23:15,21
26:3,24 30:15
31:9 32:23
47:16

**processes**
48:4

**produce**
47:21

**professional**
34:24 35:13,
14 38:4 43:15
45:11

**professionals**
36:9 39:1

57:22

**Professor**
47:19

**program**
3:13 57:2

**prominent**
56:1

**promised**
39:7

**promote**
34:13

**promulgate**
12:11

**proper**
50:20

**properly**
48:11

**propose**
20:7 47:19

**proposed**
15:10,12 20:6
57:4

**prosecute**
39:19

**proud**
51:2

**proven**
36:19 57:6

**provide**
25:7,8 26:10
28:13 45:18
46:24 48:22
52:7

**provided**
30:2 53:7
57:7

**provider**
45:10 51:11

**providers**
45:1,9,13

**providing**
28:10,18

**provision**
4:2 9:20
16:13 17:5
31:3,8

**provisions**
31:14

**psychiatrist**
5:25 10:24,25

**psychological**
5:23 8:18,20
10:23

**psychologist**
6:1 10:25
11:1

**public**
3:14 19:18
20:10 22:15
24:5 27:15
33:3 34:22,24
45:15

**published**
8:25 47:15

**pursuant**
17:12

**purview**
26:9

**push**
55:24

**put**
7:6 9:7 19:9
20:9 22:13
23:8 25:18
26:25 31:15
34:24 36:11
55:1

Med Def_000080

putting
  31:20

_____

Q

queer
  43:8

question
  53:5

questions
  9:15 10:2
  14:25 54:19

quick
  25:5 55:19

quickly
  32:2

quorum
  3:16

quote
  10:7 47:19

quoted
  39:10

quotes
  38:6

_____

R

raise
  27:12 37:1

raises
  36:23

range
  48:20 50:14,
  21

ratified
  4:15

ratify
  19:8

Raymond
  50:24

read
  9:21 10:12,15
  38:6 47:12

reading
  9:25 13:3
  27:8

real
  50:12

reality
  26:12 35:2

realize
  38:23

reason
  38:20 47:12
  51:15

reasons
  28:12

receive
  5:9 25:13
  41:12

received
  5:6,11 37:1

receiving
  25:14 56:5

recognize
  11:19 12:2
  38:17 39:10

recognized
  49:2

recognizing
  12:5,10

recommend
  11:20

recommendation
  14:10,12 19:6

recommendations
  8:17 14:7,9
  22:16 45:18

reconsider
  44:17

record
  2:9 8:3 10:15
  21:10,22
  25:18 27:1
  39:17

recorded
  39:18

recording
  2:3

recover
  56:17

redo
  30:18

reduction
  44:15

refer
  10:8

referenced
  10:20

reflect
  2:9 35:3
  39:14

reflected
  8:3

Regan
  46:8

regard
  3:25 25:17

registered
  52:1

regular
  11:11

regulatory
  15:13

relate
  47:25

related
  44:19 46:13
  48:15 50:21

relates
  3:23

religious
  46:23 47:4

remain
  17:13

remains
  12:18 13:11

remarks
  46:4

remember
  56:18

remind
  12:21

remove
  44:14

removed
  11:14 52:6
  53:1

removing
  45:7

Renee
  37:18,19,20

renewal
  31:11

renewals
  31:8

replaced
  17:14

replacement
  6:1

Med Def_000081

report
  38:11

reporting
  38:9

representation
  43:25

Representative
  24:18,22
  27:3,17,19

Representatives
  34:11

require
  51:13

required
  30:13

requirement
  6:4 7:21 9:24

requirements
  4:5,6 7:13,18

requires
  4:14 5:23
  19:21 48:9

research
  39:14 47:14,
  15,25 48:1,23
  55:8 57:5,7,
  10

researcher
  37:21

residents
  35:5

respected
  56:15

response
  7:15

responsible
  51:17

rest
  51:10

restrictions
  25:6 36:5,23

result
  15:2

revealing
  47:17

rid
  9:24

ridiculed
  42:18

rights
  41:6 43:10

risk
  11:20

risks
  11:19 43:21

road
  50:17

roadblock
  43:2,3

roadblocks
  43:7

roll
  2:11

Romanello
  2:14,15 7:1,9
  8:1 9:1,10
  10:11 12:7
  16:25 17:4
  19:11 20:24
  22:21

Ron
  33:6

Ronald
  46:7

room
  52:12

rooted
  35:7

Royce
  42:6,7

rule
  5:17,18 9:8,
  14 10:6 12:12
  13:6,15,16
  15:10,12,15,
  25 16:13,14
  17:10,12
  18:21,23
  22:17 23:17,
  18,22 26:3
  27:10 29:11,
  19 36:1 38:10
  56:2

rule-
  12:25

rule-making
  7:17 9:19,23
  13:16 17:16

rules
  2:6,8 7:10
  13:2,4,7 15:3
  17:14,21,22
  18:7,9 20:2,
  6,10 22:7,10,
  11,13,19,23,
  24 25:3
  26:12,24
  28:4,24 30:6,
  7 31:15,21
  34:16 35:1,6,
  12 36:3,11
  44:13,18,23
  55:11 56:21
  57:4

run
  49:14

_____

        S

safety
  44:16 45:2

salary
  37:1

Salvadore
  56:24

Salvatore
  57:1

satisfy
  4:4,5

Scarb
  46:1,2,3
  49:19,20

scary
  26:18

school
  26:21

science
  26:12 27:24
  37:15 38:19
  57:5,10

scientific
  39:15

scope
  33:14,19

scratch
  18:12

seconded
  14:3,15 15:19
  16:5 19:14
  20:23 23:25

SECRETARY
  2:12,14,16,
  18,20,22,24

Florida Rules Committee
August 03, 2023

19

3:1,3,5,7
24:10

**sections**
36:3

**seed**
48:22

**seek**
44:13 54:12

**self-**
38:24

**self-evident**
47:5

**self-satisfying**
56:12

**Senate**
36:4

**senior**
3:12 34:9

**sensationalism**
26:5

**senses**
47:8

**SER**
14:25

**series**
54:19

**serve**
26:20

**served**
34:11 51:7

**service**
45:17

**services**
52:7

**serving**
24:23

**session**

3:24

**set**
32:12

**sex**
46:20 47:16
48:7,9,14
49:22

**sex-based**
49:1 50:2

**sexual**
48:2,3,8
50:5,19

**share**
27:9 57:20

**shared**
57:21

**show**
29:10,21
36:25 41:3
57:9

**shown**
50:1

**shows**
11:23 57:10

**sickness**
54:7

**side**
39:9 42:9
46:14,17

**siding**
39:4

**significant**
56:5

**Sinead**
42:19

**single**
43:23

**singled**
51:16

**sir**
24:16 34:4,5
49:5

**sitting**
43:24

**situation**
29:14 30:7,
11,14,20
31:10 56:17

**skipped**
47:3

**small**
15:11 55:23

**Smith**
33:25 34:3,4,
7,8 39:23,24

**social**
5:24 10:23
44:10,20
56:16

**Society**
8:7,16,23
14:7 35:16

**solely**
51:10

**solution**
41:22

**sort**
7:13 11:8
38:2

**space**
38:8

**speak**
29:1 54:18
56:14

**speaker**

27:3,5 37:17
39:23,25 42:6
44:6 46:1
49:15 50:24,
25 51:21
54:15 56:24

**speaking**
49:12

**specialist**
29:17

**specialization**
40:14

**specific**
5:18 30:15

**specifically**
43:9

**spoke**
42:18

**spoken**
37:13

**staff**
4:8,20

**stage**
42:14

**stand**
42:9 55:5

**standard**
6:4 12:16,19
14:13 55:20

**standards**
6:7 14:8
16:19 31:3
42:25

**standing**
47:5

**stands**
6:19 25:21

**start**

Med Def_000083

17:23 18:6,12
54:6

**started**
32:23 43:2
51:5

**starting**
23:15

**starts**
43:20

**state**
12:15 24:23
26:16 28:6
29:9 34:14,20
35:6 36:24
39:2 42:12,17
46:16 51:8
52:25 55:9

**state's**
53:6

**stated**
28:5 57:6

**statement**
38:16

**statements**
38:22

**states**
35:4 36:6
41:2

**stating**
9:19

**statistics**
30:21

**statute**
4:6 6:5 9:6
13:19 16:15
25:9 29:11,19
31:15,16

**statutes**
53:6

**stipulate**
8:17

**stipulations**
11:8

**story**
26:1 39:20

**Strickland**
3:13

**strike**
10:6,18

**striking**
11:6

**struck**
35:25

**structured**
43:12

**studies**
39:15

**study**
41:24

**submit**
11:1

**subsequent**
19:5

**successfully**
52:11

**suffer**
42:1,2 52:14
53:21

**suffering**
45:8

**suggest**
32:10

**suicide**
43:20 52:15
54:8

**suicides**
43:6

**sunset**
16:13 17:5

**supervising**
53:18

**supported**
26:14

**supports**
35:3

**supposed**
29:12,20
30:4,13

**surety**
39:8

**survive**
42:3

**system**
38:17

---

**T**

**tab**
3:23 5:5
16:19 21:8,
10,11,19 22:4

**table**
41:15,20

**tabs**
21:6,7,16,19,
25

**taking**
25:3 38:2
57:16

**talk**
13:7 20:21

**talking**
12:20 22:10
55:9

**target**
55:4

**Tech**
48:21

**temporary**
31:11

**tend**
7:4

**terms**
27:10,11
30:15 31:2,19
43:3 50:16

**Terrell**
3:9 12:23
13:5,9,18

**terrifying**
46:9

**Testing**
24:19

**Texas**
48:21

**texts**
46:23

**theoretically**
7:17 31:13

**therapy**
6:2 52:8 54:6

**thing**
36:10 38:24
44:2 45:5
50:12 57:17

**things**
19:4 20:1
27:8 37:24
40:15 54:3

**thinks**
9:23

**Thirty**
24:10

**thought**

30:4

**thoughts**
19:9

**time**
2:10 4:7 6:21
8:4 16:19
19:21 27:9,12
28:25 29:6
32:13 37:14
40:8 41:22,24
45:24 54:22
57:15,16,24

**timely**
17:16

**times**
57:23

**today**
7:24 18:1,5,7
30:9 31:18
34:22 38:22
40:5 44:12,17
46:12 50:2,17
52:5,13
54:18,25
56:11 57:3,
14,21

**top**
28:16,23 46:8
51:9

**topic**
55:9

**totaling**
33:6

**town**
40:9

**trades**
26:21

**trampling**
43:9

**trans**
34:19 35:5
36:16,23
42:21 43:5,9
45:20 52:24
53:3 57:23

**transcribed**
2:2

**transgender**
35:15,19
38:18 39:4
40:8 42:23,24
43:25 46:18
47:16,24
48:12,16
49:3,20 50:19
52:21,23
55:18 56:20

**transgendered**
45:4 51:3

**transition**
55:17

**transitioner**
41:1

**trauma**
42:16

**treat**
52:19 53:2,20
54:1

**treated**
29:16 31:1,10
52:9,16,25
54:8

**treating**
52:21 53:11

**treatment**
16:20 27:25
29:12,22,23
30:17 31:1,6,

12 32:6,7,11,
24 48:19
50:3,20 51:5,
6

**trust**
26:21 39:6,8

**trusting**
40:16

**trusts**
45:13

**turn**
56:4

_____

U

**ultimately**
4:15

**unable**
52:7

**unanimously**
5:4 21:5 24:4
56:2

**unconstitutiona
l**
36:6

**uncovered**
47:15

**undergo**
10:22

**undergoing**
11:19

**understand**
12:3 52:5
53:6 55:15
57:18

**understanding**
27:10

**UNIDENTIFIED**
4:23 9:9,12

13:25 14:23
15:17 32:16
49:8,11

**unique**
48:23

**United**
35:4

**update**
8:24

**updated**
8:23

**upset**
25:16

**urge**
35:1 54:18
57:25

**urging**
37:8

_____

V

**valuable**
6:18

**variations**
47:20

**variety**
45:13

**VASQUEZ**
3:21

**vast**
33:5 34:21

**Vazquez**
3:8

**versus**
26:5

**VICE-CHAIR**
2:15 7:1 8:1
9:1,10 10:11
12:7 16:25

Med Def_000085

17:3,4 19:11
20:24 22:21

**Vieira**
56:24 57:1

**view**
46:19

**viewpoints**
46:22

**Vincent**
2:18,19 8:5,
6,11,13 9:1,
17 13:24 16:4
23:1,11

**violation**
15:24 16:1

**visiting**
24:24

**vital**
48:25

**voicing**
56:1

**volunteer**
57:2,23

**volunteers**
57:13

**vote**
15:1 17:1,5
21:7,23 54:25
55:22 56:11

**voted**
18:5

**W**

**wait**
22:13 54:21

**waiting**
27:5

**Walker**
49:15

**Wall**
49:17

**Wallace**
49:16

**wanted**
7:25 12:15,21
19:16 30:9
31:17

**wave**
43:6,19

**ways**
36:17

**week**
26:1 42:19
46:7

**welfare**
43:18

**well-**
35:21

**well-being**
34:14 35:7,8

**widely**
36:8

**witnessed**
48:17

**woman**
48:25 51:3

**women**
47:24 48:24
50:1

**women's**
48:21,23

**wonders**
51:5

**words**
46:9

**work**
18:8 30:14
42:4 55:20
57:13,16,22

**worked**
38:14

**workers**
44:10,20

**working**
40:16 51:7
55:16

**workshop**
24:7

**workup**
8:21

**world**
35:14

**worth**
44:4

**WPATH**
35:15

**written**
46:4

**Y**

**year**
15:14 23:9,13
32:22

**years**
6:2 10:21
34:10 46:5
49:2 51:7
52:1 53:17
55:18

**youth**
14:8 42:24
45:4 55:2

**Z**

**Zach**
2:6

**Zachariah**
2:5,6,12,13
3:17,22 4:18,
24 5:3 6:14
8:4,9 10:3
11:4,15 13:22
14:4,14,19,21
15:18,22
16:5,9,18
19:13 20:20,
25 21:4,9,13,
24 22:1,3
23:5,24 24:3,
12,15,17
27:2,6,13,17
29:2 31:23,25
32:14,17
33:23 34:1,5
36:13 37:17
39:22 42:5
44:6 45:25
49:5,10,13
50:23 51:21
54:14 56:23

**Zacheriah**
5:8 29:4

**zealots**
47:4

Med Def_000086