| | |
|---|---|
| **From:** | Strickland, Bettye C |
| **To:** | Terrell, Danielle; Vazquez, Paul |
| **Cc:** | Williams, Cyra; Washington, Shaila |
| **Subject:** | RE: List of testifiers |
| **Date:** | Wednesday, October 26, 2022 11:42:02 AM |
| **Attachments:** | image001.png |

Received.  We will pre-fill out speaker cards for the detransitioners and parent on the list and have them waiting.

---

**From:** Terrell, Danielle <Danielle.Terrell@flhealth.gov>
**Sent:** Wednesday, October 26, 2022 11:38 AM
**To:** Vazquez, Paul <Paul.Vazquez@flhealth.gov>; Strickland, Bettye C <Bettye.Strickland@flhealth.gov>
**Subject:** FW: List of testifiers

Please see the list of people below that will be the first to make public comment. We need to ensure that cards are filled out for all detransitioners and the parent.

Thanks,

Danielle

---

**From:** Vernadette Broyles <vbroyles@childparentrights.org>
**Sent:** Tuesday, October 25, 2022 5:55 PM
**To:** Terrell, Danielle <Danielle.Terrell@flhealth.gov>
**Cc:** Noelle Kahaian <nkahaian@childparentrights.org>
**Subject:** Re: List of testifiers

> You don't often get email from vbroyles@childparentrights.org. Learn why this is important

EXTERNAL EMAIL: DO NOT CLICK links or open attachments unless you recognize the sender and know the content is safe.

To be clear, the expert is Dr. Michael Laidlaw, Endocrinologist.

Please confirm you received the list.

Thank you,

**Vernadette**

Vernadette R. Broyles, Esq.
President and General Counsel

FDOH_000042401

Doe Pls' Trial Ex.

**42**



5805 State Bridge Rd., Suite G310
Johns Creek, GA 30097
770.448.4525
vbroyles@childparentrights.org
www.childparentrights.org

On Oct 25, 2022, at 4:51 PM, N Kahaian <nkahaian@childparentrights.org> wrote:

Danielle,

I work with Vernadette Broyles and she asked me to send you the list of testifiers for Friday:

| Expert |
| --- |
| Dr. Laidlaw |
| **Detransitioner** |
| Zoe Hawes |
| Rachel Foster |
| Chloe Cole |
| Camille Kiefel |
| ShapeShifter |
| Billy Burleigh |
| Cat Cattinson |
| Helena Kerschner |
| Ted Halley |
| **Parent** |
| Yaacov Sheinfeld |

Please feel free to contact me if needed at 470-303-5898.

Noelle Kahaian
Paralegal / Government Relations
Child & Parental Rights Campaign, Inc.
5805 State Bridge Rd, Suite G310

Johns Creek GA 30097
nkahaian@childparentrights.org
https://childparentrights.org/

<PastedGraphic-13.png>

FDOH_000042403

| | |
|---|---|
| **From:** | Terrell, Danielle |
| **To:** | Vazquez, Paul; Strickland, Bettye C |
| **Subject:** | FW: List of testifiers |
| **Date:** | Wednesday, October 26, 2022 11:37:32 AM |
| **Attachments:** | PastedGraphic-14.png |

Please see the list of people below that will be the first to make public comment. We need to ensure that cards are filled out for all detransitioners and the parent.

Thanks,

Danielle

**From:** Vernadette Broyles <vbroyles@childparentrights.org>
**Sent:** Tuesday, October 25, 2022 5:55 PM
**To:** Terrell, Danielle <Danielle.Terrell@flhealth.gov>
**Cc:** Noelle Kahaian <nkahaian@childparentrights.org>
**Subject:** Re: List of testifiers

> You don't often get email from vbroyles@childparentrights.org. Learn why this is important

**EXTERNAL EMAIL: DO NOT CLICK links or open attachments unless you recognize the sender and know the content is safe.**

To be clear, the expert is Dr. Michael Laidlaw, Endocrinologist.

Please confirm you received the list.

Thank you,

Vernadette

Vernadette R. Broyles, Esq.
President and General Counsel



5805 State Bridge Rd., Suite G310
Johns Creek, GA 30097
770.448.4525
vbroyles@childparentrights.org
www.childparentrights.org

On Oct 25, 2022, at 4:51 PM, N Kahaian <nkahaian@childparentrights.org> wrote:

Danielle,

I work with Vernadette Broyles and she asked me to send you the list of testifiers for Friday:

| Expert |
| --- |
| Dr. Laidlaw |
| **Detransitioner** |
| Zoe Hawes |
| Rachel Foster |
| Chloe Cole |
| Camille Kiefel |
| ShapeShifter |
| Billy Burleigh |
| Cat Cattinson |
| Helena Kerschner |
| Ted Halley |
| **Parent** |
| Yaacov Sheinfeld |

Please feel free to contact me if needed at 470-303-5898.

Noelle Kahaian
Paralegal / Government Relations
Child & Parental Rights Campaign, Inc.
5805 State Bridge Rd, Suite G310
Johns Creek GA 30097
nkahaian@childparentrights.org
https://childparentrights.org/



<PastedGraphic-13.png>

| | |
|---|---|
| **From:** | Terrell, Danielle |
| **To:** | Vazquez, Paul |
| **Subject:** | FW: List of testifiers |
| **Date:** | Thursday, October 27, 2022 12:48:23 PM |
| **Attachments:** | image002.png |

Not sure if you spoke with Jennifer about the additional names. I'll call you soon when we take a lunch a break.

Thanks,

Danielle

**From:** Terrell, Danielle
**Sent:** Thursday, October 27, 2022 12:46 PM
**To:** N Kahaian <nkahaian@childparentrights.org>
**Subject:** RE: List of testifiers

Good afternoon,

Thank you for providing the additional information. During the public comment period allocated, the Board will include as many of the individuals identified that time permits.

Thank you,

Danielle Terrell

**From:** N Kahaian <nkahaian@childparentrights.org>
**Sent:** Thursday, October 27, 2022 10:16 AM
**To:** Terrell, Danielle <Danielle.Terrell@flhealth.gov>
**Cc:** Vernadette Broyles <vbroyles@childparentrights.org>
**Subject:** Re: List of testifiers

EXTERNAL EMAIL: DO NOT CLICK links or open attachments unless you recognize the sender and know the content is safe.

Below is the final list:

| Expert |
|---|
| Dr. Laidlaw |
| **Detransitioner** |
| Chloe Cole |
| ShapeShifter |
| Cat Cattinson |
| Camille Kiefel |

FDOH_000044034

| Ted Halley |
| Rachel Foster |
| Helena Kerschner |
| Billy Burleigh |
| Zoe Hawes |
| **Parent** |
| Yaacov Sheinfeld |
| Amy Atterbery |
| January Littlejohn |
| Patti Sullivan |
| Bob Framingham - will tell his adult son story |
| **FL Physician** |
| Dr. Edward Drass |
| **Readers** |
| Vernadette to read Helen Spielbauer story (parent story) |
| Julie Framingham to read Jeanne Crowley (parent story) |
| Terry Kemple - read Steven A. Richards story (Detrans as a minor story) |
| Robert Roper - to read CG's story (Detrans as minor story) |
| **Mental Health Professional** |
| Beatriz Marinez-Penalver, LMHC |

Thank you so much,
Noelle Kahaian
Paralegal / Government Relations
Child & Parental Rights Campaign, Inc.
5805 State Bridge Rd, Suite G310
Johns Creek GA 30097
470-303-5898
nkahaian@childparentrights.org
https://childparentrights.org/



On Wed, Oct 26, 2022 at 11:38 AM Terrell, Danielle <Danielle.Terrell@flhealth.gov> wrote:

> Good morning,

FDOH_000044035

Thank you for taking time to speak with me yesterday. I have received the list below. The Florida Boards of Medicine and Osteopathic Medicine Joint Rules/Legislative Committee workshop will be conducted on October 28, 2022, from 8:00 a.m. EDT to 1:00 p.m. EDT. Within that timeframe, we must ensure that subject matter expert presentations and public comments are received and rule development and discussion is conducted. As discussed, they will be first to speak during the public comments portion of the workshop.

The subject matter experts, including Dr. Laidlaw, will be heard first and given 10 minutes each to present to the Committee. This will be followed by rule discussion and development and then we will move to public comments. Public comments presented at the workshop will be limited to no more than two hours in total. Public comments will be limited to three minutes per person. This time will not include time spent by the public commenter responding to questions posed by Committee members, staff, or board counsel.

I have included an agenda for your reference.

Thank you,


***Danielle Terrell***
***Executive Director***
*Department of Health | Division of Medical Quality Assurance | Bureau of Health Care Practitioner Regulation*
Boards of Osteopathic Medicine, Massage Therapy, Acupuncture, Speech Language Pathology and Audiology, and Council of Licensed Midwifery
4052 Bald Cypress Way Bin C-06
Tallahassee, FL 32399-1708
*Phone:  (850) 245-4162*



**From:** Vernadette Broyles <vbroyles@childparentrights.org>
**Sent:** Tuesday, October 25, 2022 5:55 PM
**To:** Terrell, Danielle <Danielle.Terrell@flhealth.gov>
**Cc:** Noelle Kahaian <nkahaian@childparentrights.org>
**Subject:** Re: List of testifiers

You don't often get email from vbroyles@childparentrights.org. Learn why this is important

EXTERNAL EMAIL: DO NOT CLICK links or open attachments unless you recognize the sender and know the content is safe.

To be clear, the expert is Dr. Michael Laidlaw, Endocrinologist.

Please confirm you received the list.

Thank you,

## Vernadette

Vernadette R. Broyles, Esq.
President and General Counsel



5805 State Bridge Rd., Suite G310
Johns Creek, GA 30097
770.448.4525
vbroyles@childparentrights.org
www.childparentrights.org

On Oct 25, 2022, at 4:51 PM, N Kahaian <nkahaian@childparentrights.org> wrote:

Danielle,

I work with Vernadette Broyles and she asked me to send you the list of testifiers for Friday:

| Expert |
| --- |
| Dr. Laidlaw |
| **Detransitioner** |
| Zoe Hawes |
| Rachel Foster |
| Chloe Cole |
| Camille Kiefel |
| ShapeShifter |
| Billy Burleigh |
| Cat Cattinson |

| |
|---|
| Helena Kerschner |
| Ted Halley |
| **Parent** |
| Yaacov Sheinfeld |

Please feel free to contact me if needed at 470-303-5898.

Noelle Kahaian
Paralegal / Government Relations
Child & Parental Rights Campaign, Inc.
5805 State Bridge Rd, Suite G310
Johns Creek GA 30097
nkahaian@childparentrights.org
https://childparentrights.org/

<PastedGraphic-13.png>

FDOH_000044038

| From: | Terrell, Danielle |
|---|---|
| To: | Vazquez, Paul |
| Cc: | Strickland, Bettye C; Washington, Shaila; Williams, Cyra; Taylor, Carol; Nieves, Derek D |
| Subject: | FW: List of testifiers |
| Date: | Thursday, October 27, 2022 4:47:16 PM |
| Attachments: | PastedGraphic-14.png |

FYI

**From:** Vernadette Broyles <vbroyles@childparentrights.org>
**Sent:** Thursday, October 27, 2022 4:44 PM
**To:** Terrell, Danielle <Danielle.Terrell@flhealth.gov>
**Cc:** Noelle Kahaian <nkahaian@childparentrights.org>
**Subject:** Re: List of testifiers

EXTERNAL EMAIL: DO NOT CLICK links or open attachments unless you recognize the sender and know the content is safe.

Danielle

After talking with the detransitioners I'd like to please just change the order of the
DETRANSITIONERS to as follows:

- Rachel Foster
- Shapeshifter
- Camille Kiefel
- Ted Halley
- Noe Hawes
- Chloe Cole
- Helena Kerschner
- Billy Burleigh
- Cat Cattinson

PARENTS:

- Yaacov Sheffield
- Amy Addleburry
- January Littlejohn
- Bob Framingham
- Patti Sullivan

READERS
- C.G. — testimony to be read by Robert Roper
- Steven Richards - testimony to be read by Terry Kemple
- Jackie Crowley — testimony to be read by Julie Framingham
- Helena Spielbauer — testimony to be read by Vernadette Broyles

Thank you,

Vernadette

Vernadette R. Broyles, Esq.
President and General Counsel



5805 State Bridge Rd., Suite G310
Johns Creek, GA 30097
770.448.4525
vbroyles@childparentrights.org
www.childparentrights.org

On Oct 27, 2022, at 10:16 AM, N Kahaian <nkahaian@childparentrights.org> wrote:

Below is the final list:

| Expert |
|---|
| Dr. Laidlaw |
| **Detransitioner** |
| Chloe Cole |
| ShapeShifter |
| Cat Cattinson |
| Camille Kiefel |
| Ted Halley |
| Rachel Foster |
| Helena Kerschner |
| Billy Burleigh |
| Zoe Hawes |
| **Parent** |
| Yaacov Sheinfeld |
| Amy Atterbery |
| January Littlejohn |

| Patti Sullivan |
| --- |
| Bob Framingham - will tell his adult son story |
| **FL Physician** |
| Dr. Edward Drass |
| **Readers** |
| Vernadette to read Helen Spielbauer story (parent story) |
| Julie Framingham to read Jeanne Crowley (parent story) |
| Terry Kemple - read Steven A. Richards story (Detrans as a minor story) |
| Robert Roper - to read CG's story (Detrans as minor story) |
| **Mental Health Professional** |
| Beatriz Marinez-Penalver, LMHC |

Thank you so much,
Noelle Kahaian
Paralegal / Government Relations
Child & Parental Rights Campaign, Inc.
5805 State Bridge Rd, Suite G310
Johns Creek GA 30097
470-303-5898
nkahaian@childparentrights.org
https://childparentrights.org/



On Wed, Oct 26, 2022 at 11:38 AM Terrell, Danielle <Danielle.Terrell@flhealth.gov>
wrote:

> Good morning,
>
> Thank you for taking time to speak with me yesterday. I have received the list below.
> The Florida Boards of Medicine and Osteopathic Medicine Joint Rules/Legislative
> Committee workshop will be conducted on October 28, 2022, from 8:00 a.m. EDT to
> 1:00 p.m. EDT. Within that timeframe, we must ensure that subject matter expert
> presentations and public comments are received and rule development and
> discussion is conducted. As discussed, they will be first to speak during the public
> comments portion of the workshop.
>
> The subject matter experts, including Dr. Laidlaw, will be heard first and given 10
> minutes each to present to the Committee. This will be followed by rule discussion

FDOH_000044097

and development and then we will move to public comments. Public comments presented at the workshop will be limited to no more than two hours in total. Public comments will be limited to three minutes per person. This time will not include time spent by the public commenter responding to questions posed by Committee members, staff, or board counsel.

I have included an agenda for your reference.

Thank you,


**Danielle Terrell**
**Executive Director**
*Department of Health | Division of Medical Quality Assurance | Bureau of Health Care Practitioner Regulation*
Boards of Osteopathic Medicine, Massage Therapy, Acupuncture, Speech Language Pathology and Audiology, and Council of Licensed Midwifery
4052 Bald Cypress Way Bin C-06
Tallahassee, FL 32399-1708
*Phone:  (850) 245-4162*
<image002.jpg>

---

**From:** Vernadette Broyles <vbroyles@childparentrights.org>
**Sent:** Tuesday, October 25, 2022 5:55 PM
**To:** Terrell, Danielle <Danielle.Terrell@flhealth.gov>
**Cc:** Noelle Kahaian <nkahaian@childparentrights.org>
**Subject:** Re: List of testifiers

You don't often get email from vbroyles@childparentrights.org. Learn why this is important

EXTERNAL EMAIL: DO NOT CLICK links or open attachments unless you recognize the sender and know the content is safe.

To be clear, the expert is Dr. Michael Laidlaw, Endocrinologist.

Please confirm you received the list.

Thank you,

Vernadette

Vernadette R. Broyles, Esq.
President and General Counsel

5805 State Bridge Rd., Suite G310
Johns Creek, GA 30097
770.448.4525
vbroyles@childparentrights.org
www.childparentrights.org

On Oct 25, 2022, at 4:51 PM, N Kahaian
<nkahaian@childparentrights.org> wrote:

Danielle,

I work with Vernadette Broyles and she asked me to send you the list of
testifiers for Friday:

| Expert |
| --- |
| Dr. Laidlaw |
| **Detransitioner** |
| Zoe Hawes |
| Rachel Foster |
| Chloe Cole |
| Camille Kiefel |
| ShapeShifter |
| Billy Burleigh |
| Cat Cattinson |
| Helena Kerschner |
| Ted Halley |
| **Parent** |
| Yaacov Sheinfeld |

Please feel free to contact me if needed at 470-303-5898.

Noelle Kahaian
Paralegal / Government Relations
Child & Parental Rights Campaign, Inc.
5805 State Bridge Rd, Suite G310
Johns Creek GA 30097
nkahaian@childparentrights.org
https://childparentrights.org/
<PastedGraphic-13.png>

<PastedGraphic-13.png>

FDOH_000044100

| | |
|---|---|
| **From:** | Terrell, Danielle |
| **To:** | Wenhold, Jennifer |
| **Cc:** | Vazquez, Paul; Hartman, Janet E |
| **Subject:** | FW: List of testifiers |
| **Date:** | Thursday, October 27, 2022 10:22:33 AM |
| **Attachments:** | image001.png |
| | PastedGraphic-13.png |
| **Importance:** | High |

Jennifer,

The list contains a total of 20 people not including the SME, this would total one hour of our public comments time. How would you like me to respond to this?

Thanks,

Danielle

---

**From:** N Kahaian <nkahaian@childparentrights.org>
**Sent:** Thursday, October 27, 2022 10:16 AM
**To:** Terrell, Danielle <Danielle.Terrell@flhealth.gov>
**Cc:** Vernadette Broyles <vbroyles@childparentrights.org>
**Subject:** Re: List of testifiers

EXTERNAL EMAIL: DO NOT CLICK links or open attachments unless you recognize the sender and know the content is safe.

Below is the final list:

| **Expert** |
|---|
| Dr. Laidlaw |
| **Detransitioner** |
| Chloe Cole |
| ShapeShifter |
| Cat Cattinson |
| Camille Kiefel |
| Ted Halley |
| Rachel Foster |
| Helena Kerschner |
| Billy Burleigh |
| Zoe Hawes |
| **Parent** |
| Yaacov Sheinfeld |

| |
|---|
| Amy Atterbery |
| January Littlejohn |
| Patti Sullivan |
| Bob Framingham - will tell his adult son story |
| **FL Physician** |
| Dr. Edward Drass |
| **Readers** |
| Vernadette to read Helen Spielbauer story (parent story) |
| Julie Framingham to read Jeanne Crowley (parent story) |
| Terry Kemple - read Steven A. Richards story (Detrans as a minor story) |
| Robert Roper - to read CG's story (Detrans as minor story) |
| **Mental Health Professional** |
| Beatriz Marinez-Penalver, LMHC |

Thank you so much,
Noelle Kahaian
Paralegal / Government Relations
Child & Parental Rights Campaign, Inc.
5805 State Bridge Rd, Suite G310
Johns Creek GA 30097
470-303-5898
nkahaian@childparentrights.org
https://childparentrights.org/



On Wed, Oct 26, 2022 at 11:38 AM Terrell, Danielle <Danielle.Terrell@flhealth.gov> wrote:

> Good morning,
>
> Thank you for taking time to speak with me yesterday. I have received the list below. The Florida Boards of Medicine and Osteopathic Medicine Joint Rules/Legislative Committee workshop will be conducted on October 28, 2022, from 8:00 a.m. EDT to 1:00 p.m. EDT. Within that timeframe, we must ensure that subject matter expert presentations and public comments are received and rule development and discussion is conducted. As discussed, they will be first to speak during the public comments portion of the workshop.
>
> The subject matter experts, including Dr. Laidlaw, will be heard first and given 10 minutes each to

FDOH_000044011

present to the Committee. This will be followed by rule discussion and development and then we will move to public comments. Public comments presented at the workshop will be limited to no more than two hours in total. Public comments will be limited to three minutes per person. This time will not include time spent by the public commenter responding to questions posed by Committee members, staff, or board counsel.

I have included an agenda for your reference.

Thank you,


**Danielle Terrell**
**Executive Director**
*Department of Health | Division of Medical Quality Assurance | Bureau of Health Care Practitioner Regulation*
Boards of Osteopathic Medicine, Massage Therapy, Acupuncture, Speech Language Pathology and Audiology, and Council of Licensed Midwifery
4052 Bald Cypress Way Bin C-06
Tallahassee, FL 32399-1708
*Phone:  (850) 245-4162*



---

**From:** Vernadette Broyles <vbroyles@childparentrights.org>
**Sent:** Tuesday, October 25, 2022 5:55 PM
**To:** Terrell, Danielle <Danielle.Terrell@flhealth.gov>
**Cc:** Noelle Kahaian <nkahaian@childparentrights.org>
**Subject:** Re: List of testifiers

You don't often get email from vbroyles@childparentrights.org. Learn why this is important

EXTERNAL EMAIL: DO NOT CLICK links or open attachments unless you recognize the sender and know the content is safe.

To be clear, the expert is Dr. Michael Laidlaw, Endocrinologist.

Please confirm you received the list.

Thank you,

Vernadette

Vernadette R. Broyles, Esq.
President and General Counsel



5805 State Bridge Rd., Suite G310
Johns Creek, GA 30097
770.448.4525
vbroyles@childparentrights.org
www.childparentrights.org

On Oct 25, 2022, at 4:51 PM, N Kahaian <nkahaian@childparentrights.org> wrote:

Danielle,

I work with Vernadette Broyles and she asked me to send you the list of testifiers for Friday:

| Expert |
|---|
| Dr. Laidlaw |
| **Detransitioner** |
| Zoe Hawes |
| Rachel Foster |
| Chloe Cole |
| Camille Kiefel |
| ShapeShifter |
| Billy Burleigh |
| Cat Cattinson |
| Helena Kerschner |
| Ted Halley |
| **Parent** |
| Yaacov Sheinfeld |

Please feel free to contact me if needed at 470-303-5898.

Noelle Kahaian

Paralegal / Government Relations
Child & Parental Rights Campaign, Inc.
5805 State Bridge Rd, Suite G310
Johns Creek GA 30097
nkahaian@childparentrights.org
https://childparentrights.org/
<PastedGraphic-13.png>

FDOH_000044014

| | |
|---|---|
| **From:** | Terrell, Danielle |
| **To:** | Strickland, Bettye C; Vazquez, Paul |
| **Cc:** | Williams, Cyra; Washington, Shaila |
| **Subject:** | RE: List of testifiers |
| **Date:** | Wednesday, October 26, 2022 11:45:12 AM |
| **Attachments:** | image001.png |

Thank you

**From:** Strickland, Bettye C <Bettye.Strickland@flhealth.gov>
**Sent:** Wednesday, October 26, 2022 11:42 AM
**To:** Terrell, Danielle <Danielle.Terrell@flhealth.gov>; Vazquez, Paul <Paul.Vazquez@flhealth.gov>
**Cc:** Williams, Cyra <Cyra.Williams@flhealth.gov>; Washington, Shaila <Shaila.Washington@flhealth.gov>
**Subject:** RE: List of testifiers

Received.  We will pre-fill out speaker cards for the detransitioners and parent on the list and have them waiting.

**From:** Terrell, Danielle <Danielle.Terrell@flhealth.gov>
**Sent:** Wednesday, October 26, 2022 11:38 AM
**To:** Vazquez, Paul <Paul.Vazquez@flhealth.gov>; Strickland, Bettye C <Bettye.Strickland@flhealth.gov>
**Subject:** FW: List of testifiers

Please see the list of people below that will be the first to make public comment. We need to ensure that cards are filled out for all detransitioners and the parent.

Thanks,

Danielle

**From:** Vernadette Broyles <vbroyles@childparentrights.org>
**Sent:** Tuesday, October 25, 2022 5:55 PM
**To:** Terrell, Danielle <Danielle.Terrell@flhealth.gov>
**Cc:** Noelle Kahaian <nkahaian@childparentrights.org>
**Subject:** Re: List of testifiers

You don't often get email from vbroyles@childparentrights.org. Learn why this is important

EXTERNAL EMAIL: DO NOT CLICK links or open attachments unless you recognize the sender and know the content is safe.

To be clear, the expert is Dr. Michael Laidlaw, Endocrinologist.

Please confirm you received the list.

FDOH_000042405

Thank you,

Vernadette

Vernadette R. Broyles, Esq.
President and General Counsel



5805 State Bridge Rd., Suite G310
Johns Creek, GA 30097
770.448.4525
vbroyles@childparentrights.org
www.childparentrights.org

On Oct 25, 2022, at 4:51 PM, N Kahaian <nkahaian@childparentrights.org> wrote:

Danielle,

I work with Vernadette Broyles and she asked me to send you the list of testifiers for Friday:

| Expert |
| --- |
| Dr. Laidlaw |
| **Detransitioner** |
| Zoe Hawes |
| Rachel Foster |
| Chloe Cole |
| Camille Kiefel |
| ShapeShifter |
| Billy Burleigh |
| Cat Cattinson |
| Helena Kerschner |
| Ted Halley |
| **Parent** |
| Yaacov Sheinfeld |

Please feel free to contact me if needed at 470-303-5898.

Noelle Kahaian
Paralegal / Government Relations
Child & Parental Rights Campaign, Inc.
5805 State Bridge Rd, Suite G310
Johns Creek GA 30097
nkahaian@childparentrights.org
https://childparentrights.org/



<PastedGraphic-13.png>

| From: | Hartman, Janet E |
|---|---|
| To: | Terrell, Danielle; Wenhold, Jennifer |
| Cc: | Vazquez, Paul |
| Subject: | RE: List of testifiers |
| Date: | Thursday, October 27, 2022 10:49:58 AM |
| Attachments: | image002.png |

"Thank you for providing the additional information. During the public comment period allocated, the Board will include as many of the individuals identified that time permits. "

**From:** Terrell, Danielle <Danielle.Terrell@flhealth.gov>
**Sent:** Thursday, October 27, 2022 10:23 AM
**To:** Wenhold, Jennifer <Jennifer.Wenhold@flhealth.gov>
**Cc:** Vazquez, Paul <Paul.Vazquez@flhealth.gov>; Hartman, Janet E <Janet.Hartman@flhealth.gov>
**Subject:** FW: List of testifiers
**Importance:** High

Jennifer,

The list contains a total of 20 people not including the SME, this would total one hour of our public comments time. How would you like me to respond to this?

Thanks,

Danielle

**From:** N Kahaian <nkahaian@childparentrights.org>
**Sent:** Thursday, October 27, 2022 10:16 AM
**To:** Terrell, Danielle <Danielle.Terrell@flhealth.gov>
**Cc:** Vernadette Broyles <vbroyles@childparentrights.org>
**Subject:** Re: List of testifiers

EXTERNAL EMAIL: DO NOT CLICK links or open attachments unless you recognize the sender and know the content is safe.

Below is the final list:

| Expert |
|---|
| Dr. Laidlaw |
| **Detransitioner** |
| Chloe Cole |
| ShapeShifter |
| Cat Cattinson |
| Camille Kiefel |
| Ted Halley |

| |
|---|
| Rachel Foster |
| Helena Kerschner |
| Billy Burleigh |
| Zoe Hawes |
| **Parent** |
| Yaacov Sheinfeld |
| Amy Atterbery |
| January Littlejohn |
| Patti Sullivan |
| Bob Framingham - will tell his adult son story |
| **FL Physician** |
| Dr. Edward Drass |
| **Readers** |
| Vernadette to read Helen Spielbauer story (parent story) |
| Julie Framingham to read Jeanne Crowley (parent story) |
| Terry Kemple - read Steven A. Richards story (Detrans as a minor story) |
| Robert Roper - to read CG's story (Detrans as minor story) |
| **Mental Health Professional** |
| Beatriz Marinez-Penalver, LMHC |

Thank you so much,
Noelle Kahaian
Paralegal / Government Relations
Child & Parental Rights Campaign, Inc.
5805 State Bridge Rd, Suite G310
Johns Creek GA 30097
470-303-5898
nkahaian@childparentrights.org
https://childparentrights.org/



On Wed, Oct 26, 2022 at 11:38 AM Terrell, Danielle <Danielle.Terrell@flhealth.gov> wrote:

> Good morning,

Thank you for taking time to speak with me yesterday. I have received the list below. The Florida Boards of Medicine and Osteopathic Medicine Joint Rules/Legislative Committee workshop will be conducted on October 28, 2022, from 8:00 a.m. EDT to 1:00 p.m. EDT. Within that timeframe, we must ensure that subject matter expert presentations and public comments are received and rule development and discussion is conducted. As discussed, they will be first to speak during the public comments portion of the workshop.

The subject matter experts, including Dr. Laidlaw, will be heard first and given 10 minutes each to present to the Committee. This will be followed by rule discussion and development and then we will move to public comments. Public comments presented at the workshop will be limited to no more than two hours in total. Public comments will be limited to three minutes per person. This time will not include time spent by the public commenter responding to questions posed by Committee members, staff, or board counsel.

I have included an agenda for your reference.

Thank you,


*Danielle Terrell*
*Executive Director*
*Department of Health | Division of Medical Quality Assurance | Bureau of Health Care Practitioner Regulation*
Boards of Osteopathic Medicine, Massage Therapy, Acupuncture, Speech Language Pathology and Audiology, and Council of Licensed Midwifery
4052 Bald Cypress Way Bin C-06
Tallahassee, FL 32399-1708
*Phone:  (850) 245-4162*



---

**From:** Vernadette Broyles <vbroyles@childparentrights.org>
**Sent:** Tuesday, October 25, 2022 5:55 PM
**To:** Terrell, Danielle <Danielle.Terrell@flhealth.gov>
**Cc:** Noelle Kahaian <nkahaian@childparentrights.org>
**Subject:** Re: List of testifiers

You don't often get email from vbroyles@childparentrights.org. Learn why this is important

EXTERNAL EMAIL: DO NOT CLICK links or open attachments unless you recognize the

sender and know the content is safe.

To be clear, the expert is Dr. Michael Laidlaw, Endocrinologist.

Please confirm you received the list.

Thank you,

## Vernadette

Vernadette R. Broyles, Esq.
President and General Counsel



5805 State Bridge Rd., Suite G310
Johns Creek, GA 30097
770.448.4525
vbroyles@childparentrights.org
www.childparentrights.org


On Oct 25, 2022, at 4:51 PM, N Kahaian <nkahaian@childparentrights.org> wrote:

Danielle,

I work with Vernadette Broyles and she asked me to send you the list of testifiers for Friday:

| Expert |
|---|
| Dr. Laidlaw |
| **Detransitioner** |
| Zoe Hawes |
| Rachel Foster |
| Chloe Cole |
| Camille Kiefel |
| ShapeShifter |
| Billy Burleigh |
| Cat Cattinson |
| Helena Kerschner |

FDOH_000044025

| Ted Halley |
|---|
| **Parent** |
| Yaacov Sheinfeld |

Please feel free to contact me if needed at 470-303-5898.

Noelle Kahaian
Paralegal / Government Relations
Child & Parental Rights Campaign, Inc.
5805 State Bridge Rd, Suite G310
Johns Creek GA 30097
nkahaian@childparentrights.org
https://childparentrights.org/

<PastedGraphic-13.png>

FDOH_000044026

| | |
|---|---|
| **From:** | Vernadette Broyles |
| **To:** | Danielle Terrell |
| **Cc:** | Noelle Kahaian |
| **Subject:** | Re: List of testifiers |
| **Date:** | Thursday, October 27, 2022 4:44:16 PM |
| **Attachments:** | PastedGraphic-14.png |

EXTERNAL EMAIL: DO NOT CLICK links or open attachments unless you recognize the sender and know the content is safe.

Danielle

After talking with the detransitioners I'd like to please just change the order of the DETRANSITIONERS to as follows:

- Rachel Foster
- Shapeshifter
- Camille Kiefel
- Ted Halley
- Noe Hawes
- Chloe Cole
- Helena Kerschner
- Billy Burleigh
- Cat Cattinson

PARENTS:

- Yaacov Sheffield
- Amy Addleburry
- January Littlejohn
- Bob Framingham
- Patti Sullivan

READERS
- C.G. — testimony to be read by Robert Roper
- Steven Richards - testimony to be read by Terry Kemple
- Jackie Crowley — testimony to be read by Julie Framingham
- Helena Spielbauer — testimony to be read by Vernadette Broyles

Thank you,

Vernadette

Vernadette R. Broyles, Esq.
President and General Counsel



5805 State Bridge Rd., Suite G310
Johns Creek, GA 30097
770.448.4525
vbroyles@childparentrights.org
www.childparentrights.org

On Oct 27, 2022, at 10:16 AM, N Kahaian <nkahaian@childparentrights.org>
wrote:

Below is the final list:

| Expert |
| --- |
| Dr. Laidlaw |
| **Detransitioner** |
| Chloe Cole |
| ShapeShifter |
| Cat Cattinson |
| Camille Kiefel |
| Ted Halley |
| Rachel Foster |
| Helena Kerschner |
| Billy Burleigh |
| Zoe Hawes |
| **Parent** |
| Yaacov Sheinfeld |
| Amy Atterbery |
| January Littlejohn |
| Patti Sullivan |
| Bob Framingham - will tell his adult son story |
| **FL Physician** |
| Dr. Edward Drass |
| **Readers** |

| Vernadette to read Helen Spielbauer story (parent story) |
| Julie Framingham to read Jeanne Crowley (parent story) |
| Terry Kemple - read Steven A. Richards story (Detrans as a minor story) |
| Robert Roper - to read CG's story (Detrans as minor story) |
| **Mental Health Professional** |
| Beatriz Marinez-Penalver, LMHC |

Thank you so much,
Noelle Kahaian
Paralegal / Government Relations
Child & Parental Rights Campaign, Inc.
5805 State Bridge Rd, Suite G310
Johns Creek GA 30097
470-303-5898
nkahaian@childparentrights.org
https://childparentrights.org/



On Wed, Oct 26, 2022 at 11:38 AM Terrell, Danielle
<Danielle.Terrell@flhealth.gov> wrote:

> Good morning,
>
> Thank you for taking time to speak with me yesterday. I have received the list
> below. The Florida Boards of Medicine and Osteopathic Medicine Joint
> Rules/Legislative Committee workshop will be conducted on October 28, 2022,
> from 8:00 a.m. EDT to 1:00 p.m. EDT. Within that timeframe, we must ensure
> that subject matter expert presentations and public comments are received and
> rule development and discussion is conducted. As discussed, they will be first to
> speak during the public comments portion of the workshop.
>
> The subject matter experts, including Dr. Laidlaw, will be heard first and given
> 10 minutes each to present to the Committee. This will be followed by rule
> discussion and development and then we will move to public comments. Public
> comments presented at the workshop will be limited to no more than two hours
> in total. Public comments will be limited to three minutes per person. This time
> will not include time spent by the public commenter responding to questions
> posed by Committee members, staff, or board counsel.

FDOH_000044083

I have included an agenda for your reference.

Thank you,

*Danielle Terrell*

*Executive Director*

*Department of Health | Division of Medical Quality Assurance | Bureau of Health Care Practitioner Regulation*
Boards of Osteopathic Medicine, Massage Therapy, Acupuncture, Speech Language Pathology and Audiology, and Council of Licensed Midwifery

4052 Bald Cypress Way Bin C-06

Tallahassee, FL 32399-1708

*Phone:  (850) 245-4162*

<image002.jpg>

---

**From:** Vernadette Broyles <vbroyles@childparentrights.org>
**Sent:** Tuesday, October 25, 2022 5:55 PM
**To:** Terrell, Danielle <Danielle.Terrell@flhealth.gov>
**Cc:** Noelle Kahaian <nkahaian@childparentrights.org>
**Subject:** Re: List of testifiers

You don't often get email from vbroyles@childparentrights.org. Learn why this is important

EXTERNAL EMAIL: DO NOT CLICK links or open attachments unless you recognize the sender and know the content is safe.

To be clear, the expert is Dr. Michael Laidlaw, Endocrinologist.

Please confirm you received the list.


Thank you,


Vernadette

Vernadette R. Broyles, Esq.
President and General Counsel


<image001.png>
5805 State Bridge Rd., Suite G310
Johns Creek, GA 30097
770.448.4525
vbroyles@childparentrights.org
www.childparentrights.org


> On Oct 25, 2022, at 4:51 PM, N Kahaian
> <nkahaian@childparentrights.org> wrote:
>
>
> Danielle,
>
>
> I work with Vernadette Broyles and she asked me to send you the
> list of testifiers for Friday:

| Expert |
| --- |
| Dr. Laidlaw |
| **Detransitioner** |
| Zoe Hawes |
| Rachel Foster |
| Chloe Cole |
| Camille Kiefel |
| ShapeShifter |
| Billy Burleigh |

FDOH_000044085

| |
|---|
| Cat Cattinson |
| Helena Kerschner |
| Ted Halley |
| **Parent** |
| Yaacov Sheinfeld |

Please feel free to contact me if needed at 470-303-5898.


Noelle Kahaian

Paralegal / Government Relations

Child & Parental Rights Campaign, Inc.

5805 State Bridge Rd, Suite G310
Johns Creek GA 30097

[nkahaian@childparentrights.org](mailto:nkahaian@childparentrights.org)

[https://childparentrights.org/](https://childparentrights.org/)



<PastedGraphic-13.png>


<PastedGraphic-13.png>

| | |
|---|---|
| **From:** | Terrell, Danielle |
| **To:** | Wenhold, Jennifer |
| **Subject:** | RE: List of testifiers |
| **Date:** | Wednesday, October 26, 2022 11:23:52 AM |
| **Attachments:** | image003.png |

Just talked to Paul. I will update this accordingly and send it.

Thanks,

Danielle

---

**From:** Terrell, Danielle
**Sent:** Wednesday, October 26, 2022 11:17 AM
**To:** Wenhold, Jennifer <Jennifer.Wenhold@flhealth.gov>
**Subject:** RE: List of testifiers

Is the below response alright?

Good morning,

Thank you for taking time to speak with me yesterday. I have received the list below. The Florida Boards of Medicine and Osteopathic Medicine Joint Rules/Legislative Committee workshop will be conducted on October 28, 2022, from 8:00 a.m. EDT to 1:00 p.m. EDT. Within that timeframe, we must ensure that subject matter expert presentations and public comments are received and rule development and discussion is conducted. With those factors considered, we will only be able to guarantee hearing public comment from the first eight people on your list. As discussed, they will be first to speak during the public comments portion of the workshop.

The subject matter experts, including Dr. Laidlaw, will be heard first and given 10 minutes each to present to the Committee. This will be followed by rule discussion and development and then we will move to public comments. Public comments presented at the workshop will be limited to no more than two hours in total. Public comments will be limited to three minutes per person. This time will not include time spent by the public commenter responding to questions posed by Committee members, staff, or board counsel. The additional people on your list are encouraged to fill out public comment cards when they arrive. We cannot guarantee the order of additional comments nor whether time will permit all persons who submit comment cards to speak during the meeting.

I have included an agenda for your reference.

Thank you,


***Danielle Terrell***
***Executive Director***
*Department of Health | Division of Medical Quality Assurance | Bureau of Health Care Practitioner*

FDOH_000042389

*Regulation*
Boards of Osteopathic Medicine, Massage Therapy, Acupuncture, Speech Language Pathology and
Audiology, and Council of Licensed Midwifery
4052 Bald Cypress Way Bin C-06
Tallahassee, FL 32399-1708
*Phone:  (850) 245-4162*



---

**From:** Vernadette Broyles <vbroyles@childparentrights.org>
**Sent:** Tuesday, October 25, 2022 5:55 PM
**To:** Terrell, Danielle <Danielle.Terrell@flhealth.gov>
**Cc:** Noelle Kahaian <nkahaian@childparentrights.org>
**Subject:** Re: List of testifiers

> You don't often get email from vbroyles@childparentrights.org. Learn why this is important

EXTERNAL EMAIL: DO NOT CLICK links or open attachments unless you recognize the sender
and know the content is safe.

To be clear, the expert is Dr. Michael Laidlaw, Endocrinologist.

Please confirm you received the list.

Thank you,

Vernadette

Vernadette R. Broyles, Esq.
President and General Counsel



5805 State Bridge Rd., Suite G310
Johns Creek, GA 30097
770.448.4525
vbroyles@childparentrights.org
www.childparentrights.org

On Oct 25, 2022, at 4:51 PM, N Kahaian <nkahaian@childparentrights.org> wrote:

Danielle,

I work with Vernadette Broyles and she asked me to send you the list of testifiers for Friday:

| Expert |
|---|
| Dr. Laidlaw |
| **Detransitioner** |
| Zoe Hawes |
| Rachel Foster |
| Chloe Cole |
| Camille Kiefel |
| ShapeShifter |
| Billy Burleigh |
| Cat Cattinson |
| Helena Kerschner |
| Ted Halley |
| **Parent** |
| Yaacov Sheinfeld |

Please feel free to contact me if needed at 470-303-5898.

Noelle Kahaian
Paralegal / Government Relations
Child & Parental Rights Campaign, Inc.
5805 State Bridge Rd, Suite G310
Johns Creek GA 30097
nkahaian@childparentrights.org
https://childparentrights.org/



<PastedGraphic-13.png>

| | |
|---|---|
| **From:** | Terrell, Danielle |
| **To:** | Vernadette Broyles |
| **Cc:** | Noelle Kahaian |
| **Subject:** | RE: List of testifiers |
| **Date:** | Wednesday, October 26, 2022 11:38:31 AM |
| **Attachments:** | image001.png |
| | 10.28.22 Agenda.pdf |

Good morning,

Thank you for taking time to speak with me yesterday. I have received the list below. The Florida Boards of Medicine and Osteopathic Medicine Joint Rules/Legislative Committee workshop will be conducted on October 28, 2022, from 8:00 a.m. EDT to 1:00 p.m. EDT. Within that timeframe, we must ensure that subject matter expert presentations and public comments are received and rule development and discussion is conducted. As discussed, they will be first to speak during the public comments portion of the workshop.

The subject matter experts, including Dr. Laidlaw, will be heard first and given 10 minutes each to present to the Committee. This will be followed by rule discussion and development and then we will move to public comments. Public comments presented at the workshop will be limited to no more than two hours in total. Public comments will be limited to three minutes per person. This time will not include time spent by the public commenter responding to questions posed by Committee members, staff, or board counsel.

I have included an agenda for your reference.

Thank you,


*Danielle Terrell*
*Executive Director*
*Department of Health | Division of Medical Quality Assurance | Bureau of Health Care Practitioner Regulation*
Boards of Osteopathic Medicine, Massage Therapy, Acupuncture, Speech Language Pathology and Audiology, and Council of Licensed Midwifery
4052 Bald Cypress Way Bin C-06
Tallahassee, FL 32399-1708
*Phone:  (850) 245-4162*



**From:** Vernadette Broyles <vbroyles@childparentrights.org>
**Sent:** Tuesday, October 25, 2022 5:55 PM
**To:** Terrell, Danielle <Danielle.Terrell@flhealth.gov>
**Cc:** Noelle Kahaian <nkahaian@childparentrights.org>
**Subject:** Re: List of testifiers

> You don't often get email from vbroyles@childparentrights.org. Learn why this is important

EXTERNAL EMAIL: DO NOT CLICK links or open attachments unless you recognize the sender and know the content is safe.

To be clear, the expert is Dr. Michael Laidlaw, Endocrinologist.

Please confirm you received the list.

Thank you,

Vernadette

Vernadette R. Broyles, Esq.
President and General Counsel



5805 State Bridge Rd., Suite G310
Johns Creek, GA 30097
770.448.4525
vbroyles@childparentrights.org
www.childparentrights.org

On Oct 25, 2022, at 4:51 PM, N Kahaian <nkahaian@childparentrights.org> wrote:

Danielle,

I work with Vernadette Broyles and she asked me to send you the list of testifiers for Friday:

| Expert |
| --- |
| Dr. Laidlaw |
| **Detransitioner** |
| Zoe Hawes |

| |
|---|
| Rachel Foster |
| Chloe Cole |
| Camille Kiefel |
| ShapeShifter |
| Billy Burleigh |
| Cat Cattinson |
| Helena Kerschner |
| Ted Halley |
| **Parent** |
| Yaacov Sheinfeld |

Please feel free to contact me if needed at 470-303-5898.

Noelle Kahaian
Paralegal / Government Relations
Child & Parental Rights Campaign, Inc.
5805 State Bridge Rd, Suite G310
Johns Creek GA 30097
nkahaian@childparentrights.org
https://childparentrights.org/



<PastedGraphic-13.png>

FDOH_000042398