JANE DOE,

    Plaintiff,

vs.

JOSEPH LADAPO,

    Defendant.

_____/

**TRANSCRIPTION OF AUDIO**

Florida Board of Medicine

Tab 26 and 39

PAGES 1 - 10

August 5, 2022

Stenographically Transcribed By:

TRACY BROWN

```
 1   Thereupon,
 2          UNIDENTIFIED SPEAKER:  -- be given outside
 3      of those -- of those environments that we're
 4      used to.  And so as that happens, I think
 5      there's lots of potential for inappropriate
 6      care to be given.  And so I certainly think it
 7      would be appropriate for us to put a working
 8      group together, a rules group together to look
 9      at creating guidelines so that care is given in
10      an appropriate -- an appropriate manner.
11          MR. CHAIR:  Any other members of the Board
12      have points of discussion?  If not, I'd like to
13      call the question.
14          UNIDENTIFIED SPEAKER:  Move to enter rule
15      making.
16          MR. CHAIR:  I'm sorry, Dr. Hunter.
17          DR. HUNTER:  I'm gonna vote that we go
18      into rule making because I think this is a
19      very, very important issue.  I do not like the
20      way the rule was written.  I don't think it's
21      nuanced enough.  It sends a message that these
22      kids don't need care and they do.  The question
23      is what is the best care.
24          I agree with Mike that this was more of a
25      political rather than a medical discussion.
```

```
 1            There's a sense of confidence that we know what
 2       we're doing.  I was trained by a physician who
 3       wanted his physician -- this was while he was
 4       dying in the hospital.  He wanted his
 5       physicians to have a lot of self doubt, to
 6       question what they were doing, and to not
 7       always be certain.  And there's a lot of
 8       certainty that may not be warranted in this
 9       field of medicine.
10            I heard that there's only one route to
11       trans identity, and that's being born that way.
12       This morning, I met with Louise Freeson.  She
13       runs the gender clinic in Stockholm, Sweden, at
14       the Karolinska Institute.  They won the Nobel
15       Prize in medicine.  I asked her what her
16       experience was and I asked her about the
17       numbers and why the numbers have been
18       skyrocketing.  And her answer to me was we do
19       not know.  Everybody's asking.
20            And she gave me four possible reasons.
21       One, these kids have always been here.  She
22       said she thinks with some places, 50 percent of
23       the kids are autistic and she said it's some
24       genetic- -- she's a trained geneticist.  She
25       said there's some genetic data that it might be
```

1   due to autism.  And then she's concerned about
2   autism for a second reason, that social
3   influences on autistic kids who think black and
4   white, that that might be why in some places
5   50 percent of the kids are autistic.  And
6   lastly, she's concerned about what they called,
7   and I'm going to quote, she called "cultural
8   desires," those hard with -- and I said -- she
9   was so scared to talk to me, because her
10  English was excellent.  She kept on saying it
11  was terrible.  But she said -- I said, social
12  contagion?  And she goes, yes, that's -- I
13  wasn't sure if that was your word in English.
14          So there's -- we don't know.  And I think
15  we need to be humble enough to say we don't
16  know.  She shared with me that in Sweden, they
17  do not do top surgery or mastectomy until 18 or
18  genital surgery until 23.  They don't do cross
19  sex hormones until 16.  And they only almost
20  exclusively transition kids who show signs of
21  gender dysphoria very, very early.  Very, very
22  early.  They have a lot of self doubt, that's
23  why they hold back.
24          There's a lot of confidence in this
25  country.  There's a lot of confidence in this

1    country about opioids.  I think this Board --
2    experience and has unbelievable concern about
3    the Brazilian butt lifts and what's been
4    happening to people there.
5         I think we have a duty as physicians,
6    whether on this board or not, to be concerned
7    about our profession and what's happening to
8    our patients.  I just think we need to be --
9    I'm going to vote to go into rule making just
10   to learn more and to hear from everybody.
11        **MR. CHAIR:**  All right.  I'd like to call
12   the question.
13        No.  No.  Out.  Out.  We're not doing
14   this.  We're not doing this.  Turn the mic off.
15        It's very disappointing.
16        **UNIDENTIFIED SPEAKER:**  Mr. Chair --
17        **MR. CHAIR:**  That was very disappointing.
18   This Board has worked -- that was very
19   disappointing.  We've tried to conduct this
20   meeting with the utmost decorum,
21   professionalism throughout this time.
22        Any further discussion from the Board?
23        I'd like to call the question.
24        All in favor of the State's petition,
25   please say aye.

1              (Members reply aye.)
2         **MR. CHAIR:**  Anyone say nay?
3         **DR. CAIRNS:**  Nay.
4         **MR. CHAIR:**  One nay, Dr. Cairns.
5         Anyone else?
6         Motion carries.
7         **MR. CHAIR:**  Next is -- next is the Board
8    director's remark, tab 35.
9         **UNIDENTIFIED SPEAKER:**  Welcome to the
10   Board.
11        **UNIDENTIFIED SPEAKER:**  Mr. Chair, you got
12   to get in control or we'll just adjourn.
13        **UNIDENTIFIED SPEAKER:**  Can we continue --
14        **UNIDENTIFIED SPEAKER:**  The committee
15   reports.  I suggest we start with the committee
16   reports.
17        Mr. Chair, I think you should start the
18   committee reports.
19        **UNIDENTIFIED SPEAKER:**  Let's do committee
20   reports.  Let's go.
21        **MR. CHAIR:**  Board director's report, Paul?
22        **UNIDENTIFIED SPEAKER:**  He's busy.
23        **MR. CHAIR:**  Council Physician Assistants,
24   Dr. Chandra.
25        **DR. CHANDRA:**  There were two applicants.

| | |
|---|---|
| 1 | One of them was approved, other one was denied |
| 2 | in their privileges.  And they also had a |
| 3 | discussion about the licensure fee that was |
| 4 | reduced from 150 to $10, and that was |
| 5 | unanimously approved. |
| 6 | That's it. |
| 7 | **UNIDENTIFIED SPEAKER:**  Move to accept. |
| 8 | **UNIDENTIFIED SPEAKER:**  Second. |
| 9 | **UNIDENTIFIED SPEAKER:**  Second. |
| 10 | **MR. CHAIR:**  All in favor? |
| 11 | (Members reply aye.) |
| 12 | **MR. CHAIR:**  Credentials committee, |
| 13 | Dr. Ackerman. |
| 14 | **DR. ACKERMAN:**  Oh, my gosh.  We had the |
| 15 | best credentials committee yesterday, let me |
| 16 | tell you, Dr. Diamond.  I have a full report |
| 17 | for you, sir. |
| 18 | We began bright and early, 8:00 a.m.  We |
| 19 | had nearly 50 cases to review.  We welcomed our |
| 20 | newest member, Ms. Nicole Justice, to my left. |
| 21 | We had Dr. Wasylik, Dr. Chandra there.  Sadly |
| 22 | we were missing our vice-chair, Dr. Pimentel, |
| 23 | but thank God you're here with us today.  And |
| 24 | we had a very wonderful meeting. |
| 25 | We approved nine applicants for licensure. |

| | |
|---|---|
| 1 | We granted licensure with conditions for 19 |
| 2 | applicants.  We tabled six.  We allowed ten to |
| 3 | withdraw.  We granted to two people an |
| 4 | extension of time.  We granted one person |
| 5 | additional practice location.  We modified a |
| 6 | condition on one person.  And we accepted a |
| 7 | withdrawal request for the extension of time on |
| 8 | one person. |
| 9 | In addition to that, we approved |
| 10 | ratification to supervisor practice plan and |
| 11 | area of practice.  And we had a very nice rules |
| 12 | discussion, which is summarized in the minutes. |
| 13 | And so I put that forth to you all for your |
| 14 | approval and ratification. |
| 15 | **MR. CHAIR:**  Motion to accept? |
| 16 | **UNIDENTIFIED SPEAKER:**  Motion to accept. |
| 17 | **UNIDENTIFIED SPEAKER:**  Move to accept. |
| 18 | **UNIDENTIFIED SPEAKER:**  So moved. |
| 19 | **UNIDENTIFIED SPEAKER:**  Second. |
| 20 | **UNIDENTIFIED SPEAKER:**  Second. |
| 21 | **MR. CHAIR:**  All in favor. |
| 22 | (Members reply aye.) |
| 23 | **DR. ACKERMAN:**  I think Mr. -- I'm sorry, |
| 24 | is this about my motion? |
| 25 | Yes, there was.  Help me -- yes.  We had |

```
 1      one petition for exemption for
 2      disqualification, it was an AHCA exemption.
 3      It's not in -- it must be in the minutes but
 4      not in my summary.  So please forgive me for
 5      not including that.
 6           MR. CHAIR:  Thank you.
 7           Next, Dr. Cairns, tab 37.  Board of
 8      Medicine and Osteopathic --
 9           (End of audio.)
10                    *    *    *
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## CERTIFICATE OF REPORTER

**STATE OF FLORIDA**

**COUNTY OF LEON**

I, Tracy Brown, certify that I was authorized to and did stenographically transcribe the foregoing audio-recorded proceedings, and that the transcript is a true and complete record of my stenographic notes.

Dated this 2nd day of November, 2023.

_____

TRACY BROWN
Tallahassee, FL
Tbrown567@comcast.net