JANE DOE,

     Plaintiff,

vs.

JOSEPH LADAPO,

     Defendant.

_____/

**TRANSCRIPTION OF AUDIO**

Florida Board of Medicine

PAGES 1 – 125

February 10, 2023

Stenographically Transcribed By:

TRACY BROWN

PL012013

1    Thereupon,

2         **MR. CHAIR:**  Next person who -- next person

3    requested a rule hearing is Cara Gross from the

4    American Civil Liberties Union.

5         The next person that requested a rule

6    hearing was Zenia Jones, gender analysis of

7    Seminole County.

8         And finally, the sixth person that

9    requested a rules hearing was John Wilson,

10   general counsel of the Florida Department of

11   Health.

12        Mr. Wilson.

13        **MR. WILSON:**  Good afternoon, Board

14   members.  It's a pleasure to speak to you all

15   again.  And I appreciate the opportunity to

16   meet our newer members.  My name is John

17   Wilson.  I'm the general counsel for the

18   Florida Department of Health.

19        We are here to speak on the research

20   exemption in the Board of Osteopathic's

21   proposed rule.

22        We are -- we ultimately request that the

23   Board of Osteopathic Medicine remove the

24   proposed research exemption and move together

25   in uniformity with the Board of Medicine's

PL012014

1    proposed rule.  We make that request for

2    several reasons, which I will go through

3    briefly today, but are outlined in our written

4    pleading to the Board that was filed in advance

5    of this meeting.

6        The first reason we are opposed to the

7    research exemption is because concluding the

8    joint rule-making efforts of these two boards

9    with a different standard is both illogical and

10   confusing.  The Department believes that the

11   record does not support any reason that an

12   osteopathic physician can complete these

13   treatments or conduct this research with

14   greater safety than their allopathic

15   counterpart.  And when the true purpose of the

16   Board in examining this is the promotion of

17   public safety, when the rules differ and we

18   cannot understand the public safety reason that

19   they are differing, the Department takes

20   exception to that.

21       Secondly, it is hard to imagine a -- the

22   end result of this rule going anywhere other

23   than kind of harming the dis -- injecting

24   discontinuity in care, patients moving from

25   physician and then having to find a new

PL012015

1       licensee who practices within the same scope to

2       continue treatment and go into a research

3       program.

4            The Department is also concerned that the

5       exception threatens to undermine the purpose of

6       the rule.

7            As we've discussed in previous meetings,

8       the Board really doesn't have solid regulatory

9       authority over how research is conducted at

10      public universities.  We -- you can craft a

11      rule as carefully as you'd like, but at the end

12      of the day, the Board doesn't have authority to

13      go into a university and say, all right, guys,

14      this isn't what we intended, you have to shut

15      this down.

16           And through this process, we've heard from

17      major universities.  We've heard from major

18      universities in Florida, research institutions,

19      that have had the opportunity to conduct the

20      very research you all are seeking through this

21      exemption and they simply have chosen not to do

22      it.  It begs the question, when we extend this

23      second invitation to them, do we really expect

24      to see something new and different or do we

25      expect to see more of the same?

```
 1              We've also heard, and the Board has taken
 2        reports from overseas, for programs in other
 3        countries that are far more centralized, had
 4        far more tighter controls on the provision of
 5        this care.  And we've seen from those
 6        jurisdictions, especially when you review the
 7        findings and the cast report, that that
 8        centralized research-based hard clinical
 9        approach, those clinics at this point are
10        shutting down.  And we have concerns that the
11        Board of Medicine would be moving logistically
12        in a direction that other countries have tried
13        and have seen mixed, limited or poor results
14        from that.
15              Furthermore, even if we contemplate
16        continued research that's sanctioned officially
17        through rule making from the Boards, we have
18        the issue of consent, and consent in minors.
19        The Board has heard a great deal of debate on
20        what constitutes ethical and full consent for
21        these life-changing treatments coming from
22        minors.  And that is an issue that, in my
23        listening to the Board interact, I don't
24        believe the Board truly resolved.  And I think
25        we should all have pause condoning research, a
```

```
1        course of research, by rule when we ultimately

2        don't know if it can even be conducted

3        ethically from a consent standpoint.

4             And finally, the fundamental question

5        here, does this exception promote public

6        safety?  The Department brought you a difficult

7        question and we certainly thank each of you for

8        your efforts and willingness to conduct these

9        proceedings, to get into the science behind

10       this, and be willing to resolve that.  We

11       acknowledge many of you in your private

12       capacities are accomplished researchers.  And

13       we have relied on that expertise to move

14       through this process.  But when we come

15       together, when you come together and sit as a

16       Board, your purpose is set by statute.  And the

17       statutory purpose of this Board is to promote

18       and ensure public safety.  It is not

19       necessarily to advance the practice.  It is not

20       necessarily to promote certain types of

21       research.  It is limited to public safety.

22            I will echo what some of you all have said

23       in previous meetings as kind of our -- my final

24       point from the Department.  These procedures

25       are either safe or they are not.  And I submit
```

1    to you that the Boards have both separately and

2    jointly answered that question.  But I would

3    further submit to you that the exception seeks

4    to escape the conclusion rather than embrace

5    it.

6         So based on the Department's oral

7    presentation today, our written submissions and

8    the entire rule record, the Department

9    respectfully requests that the Board of Osteo

10   remove the research exemption from their

11   proposed rule and proceed in unison with the

12   Board of Medicine on the remainder of the

13   language proposed.

14        Thank you.

15        **MR. CHAIR:**  Thank you, Mr. Wilson.

16        So, Mr. Wilson, just to be clear, the rule

17   as it is proposed by the Florida Board of

18   Medicine, you have no tweaks, no changes to?

19        **MR. WILSON:**  No, Dr. Ackerman.

20        **MR. CHAIR:**  And the rules proposed by the

21   Board of Osteopathic Medicine, you -- the

22   Department of Health respectfully requests that

23   number two is deleted, which is the research

24   exemption?

25        **MR. WILSON:**  That's correct.

 1          **MR. CHAIR:**  No other change besides that?

 2          **MR. WILSON:**  None, sir.

 3          **MR. CHAIR:**  Okay.  Any comments or

 4     questions for Mr. Wilson?

 5          **UNIDENTIFIED SPEAKER:**  I have a question.

 6          **MR. CHAIR:**  Yes, sir.

 7          **UNIDENTIFIED SPEAKER:**  Yeah, so federal

 8     regulations is what governs clinical research.

 9     In my role, I do clinical research.  I publish

10     research.  I enroll patients in clinical

11     trials.  And it's only the CFR 46 subpart D is

12     my recollection of -- I'm not a lawyer.  But my

13     understanding is that that's all federal

14     regulation, there's no really role for state in

15     research; is that correct?

16          **MR. WILSON:**  I think I fundamentally agree

17     with you.  But I would say that when physicians

18     are practicing medicine, even in a research

19     role, the Board does retain some regulatory

20     authority of that.

21          When you look at your body of rules and

22     you look in Chapter 458 and 459, no, you are

23     not going to see what's in the federal

24     register.  You will not see a robust program

25     outlining what research is allowed or not.  So

1  I agree with you fundamentally that is ruled by

2  federal law.

3      **UNIDENTIFIED SPEAKER:**  And then the second

4  question is, institutional review boards or

5  investigational research committees that we all

6  have at various academic centers, they also are

7  subject to federal regulation.  And when it's

8  in regards to children, it has to meet all the

9  ethical and other qualifications.  But they are

10  regulated by federal law, too.  And the

11  classification of that research into a bunch of

12  different categories, minimal risks, et cetera.

13      So we don't -- as the Board of Medicine,

14  it's my understanding, we don't -- we can't

15  regulate that.  We don't regulate who's on the

16  IRB, we don't -- we are not involved in the

17  decisions of what IRBs would do, correct?

18      **MR. WILSON:**  That's correct.

19      **UNIDENTIFIED SPEAKER:**  All right.  I don't

20  have any more questions.

21      **MR. CHAIR:**  Thank you, sir.

22  Dr. Diamond.

23      **MR. WILSON:**  Good afternoon.

24      **DR. DIAMOND:**  So as you pointed out and as

25  Mr. Vasquez pointed out (inaudible) of this

1    Board -- really fall into the jurisdiction of

2    legislature; is that correct?

3         **MR. WILSON:**  That is correct.  Ultimately.

4         **DR. DIAMOND:**  Ultimately correct.  So you

5    made several cases for your position and my

6    question to you, do you think that -- is it

7    your position that it's (inaudible).

8         **MR. WILSON:**  What I would say and what my

9    take on the Board's discussions on the

10   exemption language early on is that the Board

11   of Medicine certainly has the authorities to

12   set guardrails on physician practice in any

13   setting.  But as the Board's discussion

14   continued, we -- we left the area of guardrails

15   on physician practice and began legislating a

16   full-blown clinical trial that would be

17   regulated by federal law.

18        So to the extent that the Board's purpose

19   in rule making was to do the latter, I agree

20   with you, that that's just out of bounds for

21   this body.

22        **MR. CHAIR:**  Thank you, Dr. Diamond.

23        Any other questions for Mr. Wilson?

24        Thank you, Mr. Wilson.

25        I want to point out that in a normal rules

1  hearing, people request -- make a formal

2  request to come to us and make some -- and

3  broach some changes to the rule, modifications

4  to the rule.  We had six people make requests

5  for a rules hearing, only two of them were

6  here.  And only one of the two made a

7  substantive request for a change to the rule.

8  The other person who presented to us wanted us

9  to eliminate the rule in its entirety.

10  Is there any -- I think that's a lot of

11  people wanting to make -- more rules hearing,

12  but no one's here to speak to it.  Those people

13  aren't here to speak to it.  That says a lot.

14  Does anybody -- any members of either

15  board want to speak to the comments that were

16  made or have any discussion amongst ourselves

17  for a little bit?

18  Yes, sir --

19  **UNIDENTIFIED SPEAKER:**  I understand the

20  issue at hand, that our purview in essence is

21  limited by the practice scope.  I do want to

22  suggest that research is the way that we have

23  all practiced medicine in terms of development

24  of guidelines and procedures and things of that

25  nature.  And that the encouragement of research

1    might be something that we want to do, although

2    may not have the purview to regulate that,

3    which is understandable.  But certainly

4    population-based research, longitudinal-based

5    research, the patients that occurred, I don't

6    think that has -- that's outside the standard

7    that has been set and would hopefully encourage

8    that to be -- occur.

9    **MR. CHAIR:**  I agree.  Thank you.

10    So regarding any change to the rule that

11    maybe the Board of Osteopathic Medicine wants

12    to make, let's hold that off till the end of

13    the meeting.  But it's nice to hear you say

14    that.  I think that is the feeling from the

15    members of the Board of Medicine as well that

16    longitudinal research or some population

17    research, those sort of things, a lot of us

18    were encouraging as well.  A lot of our

19    members -- I remember Dr. Hunter speaking to

20    that as well at one of our previous meetings.

21    Okay.  So let's -- we have 40 minutes.

22    Let's go on to -- we have public comment.  I

23    have a lot of people that have made requests

24    for public comment.  Before we do that,

25    however, is any other -- I want to make sure

1    that I give the members of the boards ample

2    time to speak or ask questions about anything

3    or about process.  If there's --

4        Yes, sir.

5        **DR. BENSON:**  So I read the letter from the

6    ACLU.  I don't recall the name of the person

7    who wrote the letter, but it's been brought up

8    in question.  I'm a pediatric endocrinologist.

9    I treat kids with estrogen and testosterone in

10    the real world.  I've conducted clinical trials

11    and been part of IRB-approved research

12    protocols to actually get a GnRH agonist

13    approved.

14        There were some questions raised in that

15    letter that allude to the fact, well, why can

16    we treat kids with GnRH agonist in one setting,

17    such as precocious puberty but not for gender

18    dysphoria?  And I think it's critically

19    important that people understand, we do not

20    have long-term prospective trials in gender

21    dysphoria.

22        If you read the 2019 protocol paper for

23    the trans youth care study, you'll see very

24    clearly in that article by the authors of the

25    trans youth care study that the guidance for

PL012025

this area is very, very poorly defined. And if
you read the 2009 and 2017 endocrine practice
guidelines, it's very clearly defined as poor
quality research. Consensus guidelines, why do
we have consensus guidelines? Largely that's
because we don't have long-term protective
scientific data that establishes safety and
efficacy. Physicians and clinicians sitting in
a room and using Delphi criteria and other
methods to come up with recommendations and
guidelines is one thing. But it's not like we
have, like, data that we do for statins and
cardiovascular disease. We don't have that
kind of quality data. But consensus guidelines
and physician opinion is amongst this lowest
level of research in terms of quality of
research. And so we -- I think it's important
to understand.

Whereas in precocious puberty, we often
treat these kids for a couple of years. We
know that you got to intervene early in terms
of preserving adult height. And, you know, we
treat them to prevent an early initiation of
menses, et cetera. But we have so much larger
body of data and literature. But to say that

PL012026

1    the experience, for example, with GnRH agonist
2    in gender dysphoria is just the same in the
3    youths, it's just not apples to oranges -- it's
4    an apples, oranges comparison.  It's not a
5    legitimate comparison.  And so I think it's
6    important people understand that.
7         And then other issues concerning bone
8    development, et cetera, we know that puberty is
9    an important time for bone mineral accrual.
10   Upwards of 20 to 30 percent of your bone mass
11   is achieved during puberty.  And so if you're
12   blocking natural puberty for many years, that
13   has long-term potential consequences for bone
14   density.  And these are important studies.
15        But worldwide, you know, Sweden, Finland,
16   other countries, they've looked at this,
17   they've looked at the data and they've made
18   conclusions that they have reservations about
19   the quality of the data, the safety of the
20   interventions, and apart R -- controlled
21   trials, we may not get an RCT, but we could at
22   least have a controlled trial.  That's what we
23   need because without that, we -- all these
24   studies are subjected to bias and other
25   problems.  And so I just think it's important

 1           people have that background as they think about
 2           this.  Thank you.
 3                 **MR. CHAIR:**  Thank you, Dr. Benson.
 4                 Any of the members of the boards?
 5                 Okay.  Let's move forward then to public
 6           comment.  We have two members here of the
 7           Florida State House of Representatives.  And I
 8           want to extend them the courtesy of speaking
 9           first.
10                 The first is Rita Harris, member of the
11           Florida House.
12                 Ms. Harris.
13                 And I want to limit the public comment to
14           three minutes, although I'll give a little bit
15           more latitude to the members of the House, as
16           pursuant to Board rule.
17                 **MS. HARRIS:**  Thank you, Mr. Chair.
18                 So we talk a lot today about
19           experimentation.  And I'd like to point out
20           that there have been decades of experimentation
21           done when care -- gender-affirming care was
22           withheld from children back in the '60s and the
23           '70s.  And unfortunately too many adults, some
24           in this room today, have dealt with the effects
25           of that.

```
 1            Also I want to point out, since I'm
 2       standing in front of a body of medicine, that
 3       the American Academy of Child and Adolescent
 4       Psychiatry, the American Academy of
 5       Dermatology, the American Academy of Family
 6       Physicians, the American Academy of Nursing,
 7       the American Academy of Pediatrics, the
 8       American Academy of Physician Assistants, the
 9       American Academy of Health Association, the
10       American Academy of Nurse Midwives, the
11       American College of Obstetricians and
12       Gynecologists, the American College of
13       Physicians, the American Counseling
14       Association, the American Heart Association,
15       the American Medical Association, the American
16       Medical Student Association, the American Nurse
17       Association, the American Osteopathic
18       Association, the American Psychiatric
19       Association, American Psychological
20       Association, American Public Health
21       Association, American Society of Plastic
22       Surgeons, I think you get the point, all of
23       these groups support gender-affirming care.
24            That's quite a group of people to go
25       against and say you don't agree with them.  I'm
```

1   going to be really frank with you.  As a

2   bystander in the audience, I've got to say,

3   that's quite a powerful group.  And they've

4   weighed in.  And this is what they've said:

5   Gender-affirming care saves lives.  And taking

6   that away from children is going to cause

7   possibly suicidal ideation, possibly suicide.

8   It's going to cause families to leave this

9   state in search of looking for a state that

10   will allow them gender-affirming care.

11       And it also has impacts on people who

12   aren't trans.  Because I'll be honest with you,

13   I've spoken to a lot of practicing doctors and

14   nurses and they are concerned they're not going

15   to be able to treat their patients.  And why

16   stay in a state where they have to wonder if

17   giving somebody care is against the law or not

18   when they can just go somewhere else and

19   practice their medicine.  And that impacts us

20   all because we already have a shortage of

21   nurses and doctors in this state.  We don't

22   want to exacerbate it.

23       So I am pleading with you, I'm pleading

24   with you as a person, I am pleading with you as

25   a person who represents a good portion of

1    Floridians, none of these people have asked for

2    this.  I don't get calls from my constituents

3    asking for this rule change.  What I get is

4    concerns about real life issues.  And what we

5    want is to let people live, let parents have

6    the choice, and let this be a decision between

7    a child, their parent and their doctor.

8    Preserve their freedom.  Thank you.

9        **MR. CHAIR:**  Thank you, Representative

10    Harris.  I'd like to now call up Anna Eskamani,

11    Florida Representative.

12        Good morning, Ms. Eskamani -- afternoon.

13        **MS. ESKAMANI:**  Thank you so much.  It's

14    great to see everyone again.

15        My name is Representative Anna V.

16    Eskamani.  And before I begin my remarks, I

17    want to just get some clarity.  I believe

18    there's at least 20-something people who were

19    unable to come into the room.  If their name is

20    called, will there be an effort to ensure those

21    outside can also speak?

22        **MR. CHAIR:**  Yes, I have -- I was given a

23    stack of those people as well.  Now you see I

24    have quite a thick stack here.

25        **MS. ESKAMANI:**  Understood.

1          **MR. CHAIR:**  Only three minutes per person,

2    so I'm going to randomly go through this.  And

3    I'm sure if anyone knows them out there, hears

4    a name, will have them come in.

5          Can they not hear me out there?

6          **MS. ESKAMANI:**  I am unsure of that.  But

7    perhaps if you just name three at a time, that

8    can help give folks --

9          **MR. CHAIR:**  Sure.

10          **MS. ESKAMANI:**  -- time to grab those folks

11    and let security know they can come in.

12          **MR. CHAIR:**  Thank you, ma'am.

13          **MS. ESKAMANI:**  Awesome.  I appreciate it.

14          Well, thank you again so much for this

15    opportunity.  My name is Anna V. Eskamani.  I'm

16    proud to serve House District 42 in the state

17    legislature which encompasses parts of central

18    Florida.  For those that work in Orlando

19    Health, Florida Hospital Advent Health or

20    Nemours, I may very well be your member in the

21    legislature.

22          I first just want to emphasize that I

23    stand before y'all with trans people and trans

24    kids in my district.  And so I stand here in

25    honor of them and in identity of their health

PL012032

1    and wellbeing.  It is our job as lawmakers and

2    medical providers that I am standing before to

3    keep Floridians safe and to do no harm.  I'm

4    very concerned as I have attended every one of

5    these board meetings, that these proposed rules

6    are going to cause a great deal of harm.

7        This rule-making process has been

8    politically motivated.  We are not here because

9    my constituents called me and asked y'all to do

10   this, we're here because of a request from

11   Department of Health, with actions also by

12   AHCA, and most recently Govern DeSantis,

13   requesting data from our universities regarding

14   patient information for gender-affirming

15   students.

16       We should not be making policy based on

17   who can do a fundraising email or what Twitter

18   accounts are out there.  And so I do stress

19   that we need to focus on the health and

20   wellbeing of our children, which I hope is a

21   shared interest with all of us.

22       I will add, though, that there are people

23   who have spoken at podiums like this who don't

24   think trans people should exist or do exist.

25   And it's very similar of climate denialism.  We

1    know the climate is changing.  I'm not going to

2    go to a climate denier to write policy on

3    climate change.  And so if you don't think

4    trans people should exist, you should not be

5    writing policy that impact trans people.

6         Providers already have standards in place.

7    The Board must adopt a new standard, as I have

8    stressed before.  We have organizations like

9    the Rule Professional Association for

10   Transgender Health, which does have standards

11   of care.  These are sensitive topics and very

12   complicated matters that must be dealt with

13   between that family and their medical

14   providers.  And I say "providers," because

15   there's many doctors, as y'all know, involved

16   in these very unique situations.  And I have to

17   also stress that the evidence presented to us

18   by the state has often been assembled by those

19   that oppose gender-affirming care regardless of

20   if there's research or not, they just don't

21   think gender-affirming care is real.  They

22   don't even call it that.  They name it

23   something else in effort to sway the public

24   opinion on it.

25         If you really want to keep our kids safe,

 1         then we would focus our time on the high

 2         suicide rates in this society and in this state

 3         which, by the way, as my colleague already

 4         mentioned, are considerably higher for LGBTQ+

 5         kids who do not feel welcomed, especially when

 6         we're taking away their doctors.  The notion

 7         that we can't even do research, as someone

 8         who's getting her Ph.D. at the University of

 9         Central Florida, go Knights, is really

10         frustrating.  Because, again, one of the

11         feedback we keep hearing from everyone here is

12         you need more research.  And so at the very

13         least, let's allow there to be the clinical

14         trials, that we have more research and we can

15         save lives.

16              Please do what's right.  Put any politics

17         aside.  Let's allow our kids to be kids and

18         access the care that they need and ensure that

19         their family doctors are being able to pursue

20         the health and wellbeing of everyone.  Thank

21         you so much.

22              **MR. CHAIR:**  Thank you, Representative

23         Eskamani.

24              I'd like to welcome Dr. Tiffany DiPietro

25         here, the Chairman of the Florida Board of

```
1     Osteopathic Medicine.  And may the record
2     reflect her presence.  Welcome.
3          DR. DiPIETRO:  Thank you all for having
4     me.  My apologies.  I got stuck in really bad
5     turbulent plane weather, so thank you.
6          MR. CHAIR:  Okay.  Next we're going to try
7     to go randomly through this stack here.  And so
8     I have -- let me call up -- I'm going to call
9     three people.  I think that was a good idea.
10    That way you can get in the queue.
11         First is Arabella Hansley.  Then we'll
12    hear from someone named Star.  And then LJ
13    Venezuela.  And if they're out back, they can
14    come in through the back door.
15         Arabella Hansley.  I want to remind people
16    three minutes because I want -- we have a big
17    stack here.
18         A. HANSLEY:  Hi.  So, you know, I quit
19    smoking a few years ago and the horrible
20    anguish I went through withdrawal lasted about
21    two days, three days, then it disappeared.  The
22    horrible anguish I have gone through since a
23    kid being gender dysphoric has never gone away.
24    It perpetually beats on you and gnaws away your
25    very existence.
```

My childhood, because of this, was hell.
And for the first time I got gender-affirming
care, the absolute empowering benefits that
were bestowed upon me after starting hormone
replacement therapy were utterly magical.  I
now possess a deep sense of inner peace,
wholeness and overall wellbeing that I did not
possess before.  And I say this in light of the
fact that I committed career suicide by doing
this and I had to walk away from a lucrative
contract with AM Hedge Fund in British Virgin
Islands to transition.

Starting and going through hormone
replacement therapy, and I have not had my
surgeries yet, was essentially like someone
came and opened up a prison cell door and let
me out for the first time in my life after
years of suffering with this.

I hear -- I heard a couple doctors talk
about, you know, lack of research.  One of my
favorite pieces of research was one conducted
in Australia where they analyzed DNA from 308
transgender women and found certain versions of
12 different genes were significantly
overrepresented in those transgender women.

PL012037

1          And then the research tied into sexual

2      differentiation of the brain.

3          If I were to take that kind of research

4      and look at this from the standpoint of sexual

5      differentiation of the brain and sexual

6      differentiation of the genitals, and take away

7      medicine that caused depression, anxiety, drug

8      abuse, and I have done all of that, I've gone

9      through all of that, I did abuse drugs as a --

10     in my teens because of this, it wasn't because

11     of peer pressure, I just didn't know how to

12     deal with it, and I was this before this had a

13     name.  If I were to do that to my child today,

14     I would be arrested.  But the state will do it

15     and, you know, nothing would happen, which in

16     my opinion would sovereign induced child abuse.

17          Nonetheless, if -- one thing that is not

18     being talked about largely is the current

19     situation -- transgender youth where if you go

20     through depression, anxiety, drug abuse and

21     whatnot, I mean, y'all are doctors, y'all are

22     going to know from the standpoint of telomeres

23     and the end of your DNA is going to degrade --

24     you're telling me at the end of your DNA and

25     that also has long-term consequences for

1    increased risk of heart disease, diabetes and

2    cancer when you get older.

3        I have done a lot of research on this,

4    especially --

5        **MR. CHAIR:**  Thank you for your comments.

6        **A. HANSLEY:**  All right.  Thank you.

7        **MR. CHAIR:**  Thank you.

8        Star?

9        Good morning -- afternoon.

10       **STAR:**  Good afternoon.  So my name is

11   Star.  I'm a college student in one of the

12   Florida universities.  And I am here to let you

13   all know that the two rules proposed should be

14   opposed and y'all should not vote in favor of

15   them.  The reason being is because gender

16   dysphoria is a real thing impacting trans

17   people every single day, every single minute.

18   Every single second that I use my breath in

19   this space, a trans person is thinking about

20   taking away their life.  Trigger warning,

21   suicide.  Because of the fact that the health

22   care industry is not in fact protecting them

23   and providing them the access to the services

24   that they need to live a free and liberating

25   life.

1    When we're talking about the rules that
2    the Board is trying to support and trying to
3    put in rule of in the state of Florida is going
4    to put us back centuries.  Centuries full of
5    discrimination, transphobia, racism,
6    anti-blackness, and the list goes on and on.
7    When we talk about the fact that there's a lack
8    of research, why is it?
9    Look around y'all.  Who do you see?  I see
10    a lot of carbon copies of the same identities
11    sitting in these chairs.  I do not see a trans
12    person sitting in any of these seats, speaking
13    from a trans experience.  And the reason why is
14    because they're being stripped away the right
15    and access to those spaces.  They're being
16    stripped away the access and services to in
17    fact get the gender-affirming care that they
18    want to be in spaces so they don't have to see
19    the gender dysphoria or feel as if they are
20    being discriminated because of the fact that
21    they're trying to live their life the way that
22    they should live their life.
23    I remember there was something talking
24    about the research, and I think we must
25    acknowledge that without social, legal and

1    public policy responses to transgender

2    discrimination, marginalization and exclusion,

3    the beneficial outcomes of approved

4    gender-affirming surgery will continue to

5    remain unclear.  It will continue to remain

6    unclear because there has to be multiple

7    disciplines.  It is not taking only the health

8    care field, it takes also the federal

9    government.  It takes economics.  It takes

10    policy individuals.  It takes all factors and

11    institutions across this state in order to in

12    fact understand the clear outcomes that these

13    gender-affirming surgeries have.

14         But furthermore, I just really want to

15    reinstate this point that -- do not allow the

16    governor, DeSantis, and his overreach and put

17    fear and intimidation into your hearts.  And

18    saying that, let kids be kids.  The question is

19    if your child was trans, what would you do to

20    protect them?  Would you give them the right to

21    the service that they need or would you in fact

22    be transphobic?  Thank you.

23         **MR. CHAIR:**  Thank you, Star.

24         LJ Venezuela.

25         **LJ VENEZUELA:**  Hi.  Good afternoon.  I'm

LJ Venezuela.  I'm a high school kid from
northeast Florida.  I love learning.  I'm
active in my school's theater program.  I
journal frequently.  I recently got a brand-new
job.  I like card games and ice cream and I'm
so incredibly happy with my life right now.
Gender-affirming care is what gave me the means
I needed to pursue this life.  My hope now is
that my generation and those generations after
me will have the option to do the same.

I realized I was trans when I was in
middle school.  Puberty started to veer in the
wrong direction and it was one of the hardest
times of my life.  I woke up in a body that was
the opposite of who I was.  For weeks on end, I
would stay in bed.  I missed an entire quarter
of school.  I couldn't bring myself to go out
and make friends.  And even if I did,
interactions were unpredictable because
appearing as a gender I was assigned both
caused me discomfort and pain and made me
acutely aware of how my safety was at stake.

So come high school, I started the process
toward hormone replacement therapy.  This was
far from a split-second decision.  It was

PL012042

1    thoughtful and deliberate.  I'd been talking

2    with my family about it for years and several

3    doctors were involved in the time leading up to

4    the treatment.  I went to therapy for a year.

5    I got diagnosed by two different psychological

6    professionals with gender dysphoria.  I was

7    cleared by an endocrinologist.  I was screened

8    for a variety of disorders.  And my primary

9    care physician is the one who originally

10   listened and referred me to specialists because

11   I needed medicine.

12        And prior to starting, I reflected.  I

13   thought about my past and how far I'd come.  I

14   thought about why I wanted to do this.  I went

15   through every single possibility ever that

16   could ever happen and every time I realized

17   that this was what I needed.  And having my

18   needs met in this way for the first time ever

19   was the most beautiful experience I could have

20   asked for.

21        I'm nine months on testosterone now.  My

22   doctors are helping me every step of the way

23   just as my friends and family are.  And to me,

24   this is my natural progression.

25        I'm a high school kid.  I should be able

1    to go through those awkward changes of this age

2    as myself.  With this medicine, I'm now

3    focusing more on celebrating myself instead of

4    fighting for my life.  I have a special

5    appreciation of my body.  I'm socializing more.

6    I'm signing up for more extracurriculars and

7    community involvement.  I'm a teenager.  And

8    without getting this medicine at my crucial

9    age, my teenage years would have been spent

10   waiting for my life to start.

11        Being trans is a life-long thing.  I was

12   like this when I was born.  I was like this in

13   middle school.  I'm like this now.  And I will

14   be like this for the rest of my life.

15   Gender-affirming care just made sure I started

16   the correct puberty at the time necessary for

17   me.  And for others, it will make sure their

18   individual needs get properly treated.  Thank

19   you.

20        **MR. CHAIR:**  Thank you.

21        **DR. DiPIETRO:**  Nicole Parker.

22        You know, I'll go ahead and call the other

23   two just so you're ready to go, okay.

24        The next will be Aris Stanton.  And I

25   apologize, I don't know if it's -- I think it

1   my doctor eyes.  I can't read the handwriting.

2   Ramon Norris.

3      **N. PARKER:**  Good afternoon and thank you

4   all so much for allowing us to speak.  My name

5   is Nicole Parker.  I am the director of

6   transgender equality for Equality Florida, the

7   state's largest civil rights organization

8   dedicated to securing full equality for

9   Florida's LGTBQ+ community.

10      On behalf of Equality Florida and our

11   3,000 -- 300,000 members in Florida, I stand in

12   opposition to this rule and in support of

13   rights of parents to determine in consultation

14   with their medical providers, health care that

15   is best for the interest of their children.

16      Despite what proponents of this rule might

17   assert, transgender people and transgender

18   young people are a part of every community in

19   this state.  I would not be alive today if I

20   was not able to access gender-affirming care.

21   Access to health care is a human right.  We

22   know the expert standards on gender-affirming

23   care have existed for decades and they are

24   based on the best available science and expert

25   professional consensus.  These standards

PL012045

```
 1        require providers to carefully evaluate each
 2        patient and make decisions in the patient's
 3        best interest and not blanketly ban this care
 4        that we know is life-saving.
 5             Gender-affirming care is essential life
 6        care -- life-saving health care for transgender
 7        people.  It looks different for every person.
 8        And it is imperative to our ability to live
 9        full and authentic lives.  The state should not
10        stand in between medical providers who know
11        what's best for their patients, transgender
12        youth and their parents and families.  Every
13        human being is different and has a unique set
14        of needs.  We urge you to reject this rule.
15        Thank you.
16             A. STANTON:  Hello.  My name is Aris and
17        I'm concerned about the standards of care
18        you've proposed here for transgender youth.
19        When I was a child, I was diagnosed with severe
20        depression.  No one I knew, anyone around me,
21        had any clue how to help me so I suffered along
22        through the next four years.  Eventually,
23        however, I was taken to a professional
24        therapist where she asked about my future and
25        what I wanted out of life.  At the time, I
```

PL012046

1    understood perfectly that I could have no

2    future but eventually, throughout that process,

3    I discovered the concept of being transgender

4    and that the first time in my life I was able

5    to imagine a future for myself and that was

6    because I knew I had to be a woman.

7         I returned to my therapist with a renewed

8    vigor.  We worked together for months, I think

9    years even just trying to figure out what I had

10   to do and eventually I decided to transition.

11   And that has been the best situation I've ever

12   made.  I can have friends now.  I wake up every

13   morning and I can leave my bed easily.  I'm

14   excited for what the day can hold.

15        I began my medical transition as well.  I

16   have hormones that match the gender I am.

17   Since taking these, I've improved my life

18   greatly.  I think the best way to describe it

19   is that my mind has stop fighting with itself.

20   Instead of a constant battle, my brain is at a

21   place of peace.  I can experience emotions now.

22   The numbness that's consumed me for years is

23   gone.  And there's nothing I can do to get back

24   the years of my life that I missed, so I just

25   want the youth of today, get the help that I

1    had before they also miss out on life because
2    they deserve to be happy and comfortable in
3    their body.  And no one should have to suffer
4    because of withheld medical support.
5         So I just ask that the Board look past the
6    political pressure and listen to the larger
7    medical community that's begging you to help
8    trans youth.  Thank you.
9         **R. NORRIS:**  Good afternoon.  My name is
10   Ramon Norris.  My pronouns are she and they.  I
11   am a licensed marriage and family therapist,
12   licensed mental health counselor, certified
13   clinical trauma professional, and certified DBT
14   provider.  I am also -- I have been practicing
15   in the state of Florida for five years.  I'm a
16   member of the World Professional Association
17   for Transgender Health in good standing.
18        My written statement's already here, so
19   you can read deeper into it if you want to but
20   I wanted to talk about the American Medical
21   Association Code of Medical Ethics.  Principle
22   one says a physician shall be dedicated to
23   providing competent medical care with
24   compassion and respect for human dignity and
25   rights.  Number five says that a physician

PL012048

1    shall continue to study, apply, and advance

2    scientific knowledge, maintain a commitment to

3    medical education, make relevant information

4    available to patients, colleagues and the

5    public, and obtain consultation and use the

6    talents of other health professionals when

7    indicated.

8         We already have to do that.  We're

9    supposed to be applying -- I'm sorry.  Gender

10   dysphoria is a diagnosis of clinical distress.

11   Clinical distress.  We as providers have to

12   actually treat clinical distress.  That is our

13   legal and ethical calling.

14        There are international standards for the

15   treatment of transgender children and

16   adolescents and adults.  I'm not qualified to

17   treat children.  I didn't study treating

18   children.  I wouldn't attempt to treat

19   children.  That is already something that we

20   have to take into consideration.  There is no

21   reason to sit here and say, well, you know,

22   some people know how and some people don't and

23   that's a danger to the children.  We -- this is

24   our medical standards.

25        It is not ethical to say that we cannot

PL012049

treat clinical distress.  It is an
internationally recognized diagnosis.  We have
to be able to treat it with evidence-based
practices.  I urge you to oppose this rule.
Thank you.

   **MR. CHAIR:**  The next three will be Lisa
Odina, then January Littlejon, and M. Roy.

   Ms. Odina.

   **L. ODINA:**  Thank you for having me today.
I've been to a few of these board meetings as
well regarding the transgender care.  What
amazes me is the general lack of engaging with
long-term studies, all medical major
associations standards of care, and instead
finding anti-trans handpicked spokespeople to
document as your source of knowledge and
expertise on care.

   Now I know other people have come up here
recently have spoke about the same thing.  When
we speak of overwhelming documentation, we mean
international studies.  We don't mean a new
Dutch study.  We don't mean a new Swedish study
that hasn't had the opportunity to be continued
to research even further.  We are speaking of
the overwhelming international suggestion --

1    not suggestion, but rules that have been made

2    for transgender care.  And that is what we're

3    missing here.

4        So there is a stunning number of studies

5    that's have been dismissed by this board.  I'm

6    not entirely sure why.  As are we not looking

7    for the best possible results and medical care

8    for our children and adults?  Is the reasoning

9    that this does not exist?  Is it all a farce

10   and a misunderstanding?  I was saying that

11   doctors currently treating children for gender

12   dysphorsia -- sorry -- dysphoria are trying to

13   do them harm.  I can see no other reason

14   besides bigotry, hate and lack of respect for

15   life.  When gender-affirming care has proven to

16   save lives and without it, many lives will

17   cease to exist.

18       And, again, this was also talked about,

19   1966, the right to health care was recognized

20   as a human right.  Yet this board wants to take

21   this health care away.  Freedom from slavery.

22   Enslaving them to adhere to your social norms

23   in a body that does not fit who they are.  And

24   torture.  To not recognize and treat a

25   transgender child is torture.  Freedom of

1    opinion.  Opinion to know who they are.  And

2    expression.  Expression to be who they are.

3         To read about other trans -- oh, I'm

4    sorry.  The right to work in education.

5    Education.  To be allowed to learn and read

6    about other transgender people.  That is also

7    being taken away from them.  Not by this board,

8    but by this government.

9         The constant discrimination by anti

10   groups, on decisions from, like, boards who

11   someone is adults, age of 18.  In most states,

12   emancipation as early as 16 have the rights to

13   personal autonomy.  I ask this board, you want

14   to take this care away.  I've heard this board

15   talk about going up to 25 years old.  I've

16   heard this board talk about registries.  Again,

17   this board has taken information and limited

18   information and not gone ahead and gone with

19   the overwhelming studies initiative.

20        There are the studies out there, 20-year

21   studies, on children who have received

22   blockers.  And the fact that once they get past

23   this and into taking the hormonal balance, then

24   the concern about bone density goes away.  A

25   lot of the things --

1      **MR. CHAIR:**  Thank you.  Thank you very

2   much.

3      **L. ODINA:**  -- are not true.

4      **MR. CHAIR:**  Thank you.

5      Next is January Littlejon.

6      **J. LITTLEJON:**  My name is January

7   Littlejon and I am here today to ask that you

8   add Jamie Reed's sworn affidavit from the

9   Missouri attorney general to the public record

10   and consider this new information in your

11   decision making.

12      Jamie Reed is a whistleblower who worked

13   at a pediatric gender clinic at the St. Louis

14   Children's Hospital for four years and is now

15   coming forward with the horrible truths of what

16   is occurring to minor patients under their

17   care.  I have two copies of her sworn affidavit

18   and one copy of her article that was just

19   published yesterday for the public record.

20      I would also like to encourage you to

21   please investigate the pediatric gender clinics

22   in Florida.  I can assure you the medical harm

23   that Ms. Reed describes is not just happening

24   at the gender clinic in Missouri.  When a child

25   is in distress or ill for any reason, parents

PL012053

1       trust doctors to give them all treatment

2       options available and to ensure that these

3       treatment options are ethical and

4       evidence-based.

5           I have spoken to many parents across

6       Florida and this is not what's occurring.  And

7       let me remind you all, we are talking about

8       children whose brains are not fully developed.

9       Not adults.

10          Parents are not being told about the

11      treatment option of watchful waiting, and that

12      if they do not socially or medically transition

13      their child, there is a high probability that

14      their child will resolve their distress on

15      their own or with therapy by early adulthood.

16      They are not told that other countries are now

17      recommending psychotherapy as the first line of

18      defense in place of medical interventions to

19      help the child work through co-occurring mental

20      health issues which the majority of these

21      adolescents do have.

22          What parents are being told by doctors and

23      sometimes in front of their child is that

24      affirmation and medicalization is their only

25      treatment option available to avoid the

1      impending suicide of their child.  Suicide is

2      sold to parents as if it is a guaranteed

3      outcome versus a risk factor.  I am a licensed

4      mental health counselor.  There are ethical

5      ways of treating suicidal ideation, and making

6      irreversible changes to children's bodies

7      through experimental puberty blockers, cross

8      sex hormones and surgeries sometimes resulting

9      in mutilation is not one of them.

10      Our 13-year-old daughter became confused

11      about her sex in 2020 shortly after three of

12      her friends suddenly identified as transgender.

13      We did not socially or medical transition her.

14      Instead, we worked with a licensed counselor on

15      her co-occurring issues that included low

16      self-esteem and anxiety.  We followed the path

17      from -- of watchful waiting and our daughter

18      has desisted.

19      I think the majority of parents would

20      choose this less invasive treatment option that

21      would not result in their child's sterilization

22      and becoming a life-long patient if given this

23      option.  Children do not have the cognitive

24      maturity to understand these treatment options

25      and how they will be impacted in 10, 20 and 30

```
 1          years.  These interventions are based entirely
 2          on a child's self ID and we have no medical
 3          tests to determine --
 4               MR. CHAIR:  Thank you.
 5               J. LITTLEJON:  -- which child will persist
 6          and which will desist.  Thank you.
 7               MR. CHAIR:  Thank you.
 8               M. ROY:  Hello.  I'm also a mom.  My name
 9          is Ema Roy.  I believe my child is -- both my
10          children are children, human beings in their
11          own right.  I do not believe that I own them.
12          They have their own autonomy.
13               And as far as clinical studies is
14          concerned, transgender children grow up to be
15          transgender adults.  A 2022 peer-reviewed study
16          showed that more than 97 percent of young
17          people who identified as transgender as
18          children still identified as transgender after
19          five years of social transition.  You don't
20          think 97 percent is enough?  I mean, I would
21          consider that -- I don't even know why we're
22          here.
23               Anyway, thank you for having me here.
24               MR. CHAIR:  Thank you.
25               M. ROY:  -- all of these meetings, by the
```

 1     way, and I'm frankly shocked.  I'm here for all

 2     the mama bears out there actually.  And your

 3     laws are what's causing irreversible harm.  The

 4     state is not welcomed in my child's

 5     endocrinology appointment or visit or writing

 6     their scripts.  There -- this is a major

 7     infringement to my parental rights.  You are

 8     parenting other citizen's children.

 9         The state is already in my kid's classes,

10     their classroom libraries, and now crossing

11     into universities.  Stay in your lane.  You

12     don't protect the children by removing health

13     care from those same children.  Those are easy

14     to pick on being a vulnerable group craving

15     nothing more than acceptance and space in the

16     world.  Do the right thing.  Reverse the whole

17     thing.

18         **MR. CHAIR:**  Thank you.

19         **DR. DiPIETRO:**  Okay.  The next three:

20     Sebastian Cook, Nathan Peters, and Javier

21     Gomez.

22         **S. COOK:**  Good afternoon.  My name is

23     Sebastian Cook.  And today I am speaking in

24     opposition on the ban on gender-affirming

25     health care for trans youth.  I came out as

PL012057

trans almost two years ago but I knew that I
was trans way longer than that even if I didn't
have the words for it.

Growing up in a religious and fairly
conservative household, I didn't have the
opportunity to receive gender-affirming care
until I turned 18.  And because of that, I
attempted suicide three times.  Three times I
tried to kill myself because I could not stand
living in this body that I was born in.  And I
did not have the resources to help me.

Okay.  I was hospitalized twice and I
struggled to live beyond my crippling gender
dysphoria.  Gender-affirming health care saved
my life.  Okay.  Genuinely, it saved my life.
And if you take that away from -- from the
youth, okay, you're gonna have blood on your
hands.  And it's -- that's just the fact
because this -- this gender-affirming care that
you -- you're trying to strip from these
children, this care is what is saving our lives
and we need this to survive.  If you want to
see trans children grow up to be adults, then
you need to let them have access to the care
that's going to keep them alive because that's

PL012058

1    all that we want is to just live.  So please do

2    what's right.  Thank you.

3        **N. PETERS:**  Hi.  My name is Nathan Peters.

4    I live in Orlando, Florida.  I want to start by

5    thanking the Boards for taking the time to hear

6    the thoughts of the public regarding such an

7    important matter, such as gender—affirming

8    care.

9        Two years ago, I moved down here from

10   Washington State from an internship and have

11   stayed to become a Florida resident because of

12   the connections I've made and the community I

13   fostered for myself.  Just like you, I am a

14   person, a person with feelings, with thoughts,

15   with friends and a family.  I love to stay up

16   way too late and visit the theme parks, just

17   like any of most Orlando folks.  Like I said, I

18   am a human.

19       More specifically, I am a trans man.  And

20   for some reason, that one detail of being

21   transgender creates large barriers in my life.

22   I've been called slurs, hate crimes in

23   bathrooms, bullied in the workplace and more

24   just for simply existing in this state, the

25   Sunshine State.  Through all of this hate I've

PL012059

1    received, gender-affirming care has been the

2    rock for me.  It has been life-saving and

3    drastically improved my quality of life.  Yes,

4    I am 25.  Yes, that means I am an adult and

5    this bill is in regards to trans youth, but

6    that does not mean that this care is any less

7    life-saving for a child than it is for me.

8        A 2021 national survey on LGBTQ youth

9    mental health conducted by the Trevor Project

10   reported that 52 percent of transgender and

11   non-binary youth seriously considered suicide

12   in the past year.  And 20 percent attempted

13   suicide in that past year.  For cisgender youth

14   whose personal and gender identity correspond

15   with their sex assigned at birth, among that

16   group, those numbers were 32 percent and

17   10 percent respectively.  Do these numbers not

18   concern the Boards?

19       This bill is serious.  Lives are at stake.

20   Children's lives are at stake.  Let's leave

21   these important medical decisions to a patient

22   and potentially their parents and their doctor.

23       I conclude my point in two parts.  I am

24   asking and honestly begging that the Board of

25   Medicine and the Board of Osteopathic Medicine

1    not be a trans kid's first bully.  Don't have

2    blood of trans children on your hands.

3        And second, to any trans kids listening

4    right now or in the future, know you are not

5    alone.  There are people who see you, who hear

6    you, who will fight for you.  You are beautiful

7    and your life is valuable.  Do not let anyone

8    invalidate your identity, not the government,

9    not society, not these Boards.  Do not let the

10   world dull your sparkle because you matter.

11   Thank you.

12        **MR. CHAIR:**  Thank you.

13        **J. GOMEZ:**  Hello.  Hi.  Life, liberty and

14   the pursuit of happiness, Thomas Jefferson

15   proclaimed in the Declaration of Independence.

16   The pursuit of happiness is our unalienable

17   right as an American citizen.  But why does

18   that stop at transgender youth?  We scream from

19   the top of our lungs that trans life matter.

20   That trans youth matter.  Not because we love

21   repeating these messages, but we -- because we

22   believe and we stand by it.

23        I'd like to point out something, in

24   September, Dr. Coffman, you said, I never had

25   any discussions with parents regarding their

1    children's identity until the past two to three

2    years.  Coffman wrote, the explosion of gender

3    dysphoria came out of nowhere and is very much

4    a socially-driven issue.  I know that some

5    children truly struggle with gender dysphoria,

6    but for most of it, it is transitory.

7         Gender dysphoria did not come out of

8    nowhere.  Like Mayor Shelly once said, a fatal

9    prejudice clouds your eyes.  Unfortunately your

10   ignorance did not see that.  You're net -- anti

11   trans rhetoric and truly unprofessionalism

12   backed by political ambition will have

13   repercussions.  You're not protecting children,

14   you're killing them.

15        When youth don't have security in their

16   identity, it becomes life-threatening.

17   Adopting new standards only creates potential

18   repercussions for trans youth, which I will

19   reiterate, they're still youth.  Youth deserve

20   adequate treatment, medically-researched

21   treatment that affirms their right to

22   authenticity and wholesomeness.  You're

23   selecting your position not to align with

24   political vengeance or ambitions, but to pursue

25   professional judgment on public health matters.

PL012062

```
 1              Treatment has been medically researched
 2        for years with national leading medical
 3        organizations prominently stating that these
 4        medical decisions should be between a medical
 5        provider, the trans youth and their parent.
 6        Not a politician, not the state, and not Ron
 7        DeSantis.  I believe that there's good in
 8        everyone and I believe that you can help those
 9        youth receive that necessary and affirming
10        health care they don't just need but deserve.
11        Do you want to be a part of the dissemination
12        of misinformation that is jeopardizing the
13        lives of trans Floridians?  Or do you want to
14        be part of the good that can potentially save a
15        child's life?  The choice is yours.  Thank you.
16             MR. CHAIR:  Thank you.
17             The next three are Arabella Hansley, Jake
18        L., and Billy Ronka.
19             Arabella Hansley?
20             A. HANSLEY:  I already spoke.
21             MR. CHAIR:  Okay.  I had two for you, I
22        guess.
23             Jake L.?
24             JAKE L.:  Hello.  Thank you for having us.
25        I just graduated with a degree in astrophysics.
```

```
1        And if there's one thing I've taken away from

2        my schooling and research background, it is to

3        use factual data.  The articles provided in the

4        meeting agenda have a plethora of proven

5        discredited information.  I greatly urge

6        everyone to research the responses from the

7        American Medical Association, the American

8        Academy of Pediatrics, the Endocrine Society

9        and many more so that you can see for yourself

10       what the largest medical associations have said

11       about this Florida Board of Medicine and the

12       harm that will come from their desired outcome.

13          This Florida Board of Medicine is working

14       towards restricting life-saving,

15       gender-affirming health care to transgender

16       youth thus the Board of Medicine is setting up

17       youth for severe depression, the youth taking

18       their own life since not having access to

19       gender health care.

20          The current standard of care and clinical

21       guidelines for gender-affirming health care as

22       developed by the American Medical Association,

23       the World Professional Association for

24       Transgender Health and the Endocrine Society

25       are evidence-based, thoroughly researched and
```

1    widely accepted as the gold standard for the

2    care of youth with gender dysphoria.

3    Overwriting this established standard of care

4    severs necessary treatment for trans youth and

5    sets them up for physical and mental harm.

6         It is factual that if you -- if

7    gender-affirming health care is restricted,

8    then this will lead to severe depression,

9    anxiety and suicide for trans youth.  Coming

10   from a person who was not able to have access

11   to hormone blockers, I almost killed myself.

12   And I had to undergo surgeries I would not have

13   needed if I had access to hormone blockers and

14   hormones.

15        Hormone blockers are life-saving options

16   for trans youth since they put a pause on

17   puberty.  Puberty blockers are also reversible

18   if one decides not to proceed with hormones.

19   I'd also like to mention that the rate of

20   detransitioners is less than 1 percent.  The

21   Florida Board of Medicine is ignoring the large

22   consensus of the mainstream medical community

23   and the countless medical peer-reviewed

24   literature and scientific data from medical

25   experts that have been proven to help

PL012065

```
 1          transgender people.  If you enact a new
 2          standard of care against trans youth, then you
 3          are forcing medical physicians to go against
 4          their medical oath to do no harm.  If you do
 5          not allow trans youth to receive gender --
 6          life-saving, gender-affirming health care, you
 7          will be at the hands of trans youth committing
 8          suicide, having severe depression, being
 9          bullied and life-long trauma.  You will be held
10          accountable and you will keep seeing us.
11              The existence and medical needs of the
12          LGBT community should not be political nor up
13          for debate.  We will fight like lives depend on
14          it because it does.  Thank you.
15              MR. CHAIR:  Thank you.
16              Billy Ronka.
17              B. RONKA:  Hi.  In the 2022 study entitled
18          Mental Health Outcomes in transgender and
19          nonbinary youths receiving gender-affirming
20          care, researchers found that gender expansive
21          young people receiving HRT and hormone blockers
22          were 60 percent less likely to experience
23          moderate to severe depression and 73 percent
24          less likely to feel suicidal.
25              A wealth of other studies such as one
```

1    conducted by Turban and his colleagues with the

2    help of 27,000 trans adults confirmed this

3    outcome, along with lowered risk of addiction

4    issues.  And then, of course, we know that

5    medical providers and institutions

6    overwhelmingly support care for trans youth and

7    have condemned this recommendation as

8    uninformed and dangerous.

9        The studies and statements and letters go

10    on and on as is evidenced by the earlier

11    comments by my peers.  But I know that you are

12    well aware of what they say, you just don't

13    care.

14        At some point you allowed the fear of that

15    which you don't understand to undermine your

16    duty to your people, your profession and your

17    oath.  Today you seek to move forward codifying

18    targeted oppression of our fellow countrymen

19    and restricting our access to life-saving

20    medical care.  Though banning tran health care

21    doesn't make fewer trans people, it just makes

22    more of us dead.  But again, you don't care, do

23    you?  You don't care about dead kids if they

24    don't look just like you, do you?  And you're

25    gonna pass this forward today, aren't you?

PL012067

1          It is for this reason that I want to use

2     the remainder of my time to make a personal

3     promise to each and every one of you.  We will

4     persist.  We will heal each other.  We will

5     organize.  We will agitate.  We will rise up

6     against you at every turn until you put every

7     last one of us in the ground, and even after.

8     Because trans existence and resistance is an

9     inheritance we have been passing hand over hand

10    and body over body throughout history outliving

11    every attempt to erase us by people like you.

12    Transness is sacred.  Trans kids are sacred.

13    And we will not be erased.  I hope that your

14    conscience finds no rest.

15         **UNIDENTIFIED SPEAKER:**  Can we take a

16    break?

17         **MR. CHAIR:**  Let's take a ten-minute break.

18         (Recess.)

19         **MR. CHAIR:**  -- speak today.  We have a

20    limited amount of time.  So the longer we mill

21    about, the less time for speakers.

22         **DR. DiPIETRO:**  Okay.  Our next three

23    speakers will be Jacob Elaser, Lane Alvarez,

24    and Jacob Wiley.

25         **J. ELASER:**  Good afternoon.  My name is

PL012068

1    Dr. Jacob Elaser.  I'm a licensed psychologist.

2    I'm also a veteran and a Floridian.  Was

3    actually born down at Tallahassee Memorial.

4        You know, folks have talked a lot today

5    about medical evidence.  I think it's very

6    clear we've got a situation of false

7    equivalence and overall dismissal of the

8    recommendations that are being made by our

9    national and international bodies.  So I'm not

10   going to speak to that.  I first want to talk

11   about the role of psychologists in

12   evidence-based medicine for transgender youth.

13       Now we had a comment, I think it was

14   actually by Dr. Vila earlier saying it's not

15   that we don't want these children to be

16   treated, it's that we don't want them to be

17   treated with these medications.  And for me,

18   that makes me a little bit curious about what

19   actual treatments are the alternative.  I think

20   for folks -- for transgender youth who have

21   been assessed and it's been determined that

22   these medications are medically necessary, as a

23   psychologist, it leaves my hands very tied in

24   terms of how I can contribute to

25   interdisciplinary case for transgender

PL012069

1    patients.

2        Now there are no evidence-based

3    psychological treatments for gender dysphoria.

4    We can assess, we can assist in differential

5    diagnosis, we can make sure that co-occurring

6    mental health conditions are treated.  But in

7    terms of actually treating the gender dysphoria

8    that the child is suffering, there are no

9    evidence-based treatments.  And so that makes

10    me wonder is the implication that the treatment

11    should be a sexual orientation or gender

12    identity change efforts, which we know the --

13    effects of those treatments are incredibly

14    harmful.  They increase suicide, they increase

15    mental health condition -- increase the

16    incidents of mental health conditions.

17        I'm sick of cleaning up the mess.

18        Now I'm also the director of advocacy for

19    SPARTA, which is a national association of

20    transgender service members and veterans and

21    their families.  Now when we saw similar

22    policies implemented in Texas, we had service

23    members who were having to file for

24    compassionate reassignment here in the United

25    States because they could not -- their children

PL012070

```
 1          could not access the care that they needed in
 2          the state where they were assigned.  Our
 3          military families deserve better.  We know that
 4          when we institute policies, when we have
 5          situations where our family readiness is not
 6          being effectively attended to, that has an
 7          effect not just on those families, but it has
 8          an overall effect on our military veterans.
 9          It's unacceptable.
10              Last thing I wanted to speak about is
11          regret.  Now I'm a licensed psychologist but
12          I'm also a transgender man myself.  And let me
13          tell you, when it comes to regret, we've heard
14          that the Board has heard from folks who regret
15          their decisions to move forward in transition.
16          I regret that I didn't have access to these
17          treatments when I was a kid.  If I did not
18          have -- if I had had access to puberty
19          blockers, if I had had access to
20          gender-affirming hormone therapy when I was a
21          child growing up, I wouldn't have had to have
22          bilateral mastectomy.
23              DR. DiPIETRO:  Thank you, Doctor.
24              L. ALVAREZ:  Good afternoon.  My name is
25          Lane Alvarez.  My pronouns are they, them.
```

```
 1              I'm standing here before you today like so
 2       many of us to urge you to reject these rules.
 3       You know, we all keep telling you that you are
 4       in the minority.  There's so many care
 5       providers, doctors, organizations, you know, I
 6       just have a couple written down, the American
 7       Academy of Pediatrics and the American Medical
 8       Association, but you've heard of many more
 9       today.  And it's clear that gender-affirming
10       care is safe, effective and life-saving.  Okay.
11       Denying it is dangerous.  Denying it increases
12       depression, and suicide risks.
13              Really, though, we know that these rules
14       are more ideological than anything.  And we
15       know that because those very same medicines, if
16       they were not considered safe for transgender
17       children, they wouldn't be considered safe for
18       anybody.  If cis people and inner sex people
19       can get this care, I see no reason why
20       transgender people cannot.  The concern is not
21       safety nor science.  It's just government
22       overreach.
23              All people, including transgender people,
24       should be able to make their own personal
25       medical decisions.  So I really urge you to
```

```
 1        reject proposed policies like these.  They are

 2        not grounded in science nor research.  And

 3        they're just based on prejudice and political

 4        agenda.  Thank you.

 5             DR. DiPIETRO:  Jacob Wiley.

 6             W. LARKINS:  Jacob had to go to work but I

 7        do have his speech written out and was asked to

 8        speak it on behalf of him.

 9             MR. CHAIR:  Go ahead.

10             W. LARKINS:  Okay.  Cool.

11             My name is Will Larkins, but I'm speaking

12        on behalf of Jacob Wiley.

13             Hello, Board members.  My name is Jacob

14        Wiley.  My pronouns are he, him.  I'm an 18

15        year -- I'm 18 years old and I'm here today to

16        ask you not to deny Florida's youth from

17        life-saving, gender-affirming care.  Without

18        this life-saving treatment, I would not be

19        standing in front of you today.  I discovered I

20        was transgender in fifth grade.  I was bullied

21        every single day.  I was a boy trapped in the

22        body of a girl, so I was bullied because I

23        acted like a boy, had short hair, my demeanor

24        and my self cloths were of a boy but I looked

25        like a girl.  My classmates all disliked me and
```

1      made fun of me from sixth to eighth grade.

2          My family moved to Gainesville that -- the

3      summer before my freshman year.  I started

4      going by Jacob at school for the first time and

5      the bullying only got worse.  My classmates

6      knew that I hadn't been through XY chromosome

7      puberty, therefore I was not a real boy to

8      them.  I couldn't be a boy socially without

9      medical treatment.  This caused me to be

10     suicidal.  I needed testosterone if I wanted to

11     live so I started hormone treatment this year.

12         By junior year, after testosterone, I

13     began to feel like a normal teenage boy.  The

14     changes I'd experienced from testosterone were

15     those of a -- of cisgender boys in my grade,

16     facial hair, deeper voice and body shape.  I

17     finally felt confident enough to talk to people

18     and make friends, friends who knew me for me.

19     I began to speak my truth, living my truth, and

20     had access to medical care that brought my body

21     into alignment with my gender identity.

22         I'm a senior now.  And the Board of

23     Medicine is trying to take away medical care

24     that saves -- saved my life every single day

25     and from every single kid like me in Florida.

1       There are kids who hate the body that they're

2       forced to live in so much that 42 percent of

3       cases, they want to take their own life.  One

4       in five transgender attempted suicide last

5       year.  And this is all part of, one,

6       transphobia.  And, two, not having access to

7       gender-affirming care.

8           For my entire life, I've wanted to be a

9       normal guy.  I finally feel like a normal guy.

10      But only after several years of

11      gender-affirming medical care.  Why do you want

12      to take away the option for thousands of

13      transgender youth to feel like they fit in and

14      belong somewhere?  I stand before you today and

15      ask you not to deny Florida's youth access to

16      gender-affirming care.

17          You must leave decision making up to

18      one -- one's own care up to patients, their

19      parents, and their doctors.  Thank you on

20      behalf of Jacob Wiley who is doing the great

21      work of working at Publix for all of us.  Thank

22      you, Jacob Wiley.

23          **MR. CHAIR:**  Thank Jacob for us, too.

24          We have Bill Snyder, Robert Marant and

25      Andrea Montenez.

1          I want to point out, we're going to go
2     till about 4 o'clock, so another hour or so,
3     because that will allow the Boards enough time
4     to deliberate and to kind of process everything
5     we've heard today.
6          Mr. Snyder.
7          **B. SNYDER:**  Thank you.  Bill Snyder.
8          I want to address a disease that has
9     infected society today called modernism.
10    Modernism is a disease that says the way things
11    are today is the way they have always been.
12    That is false.  That is not true.
13         When the founders created our nation with
14    the unanimous Declaration of Independence, they
15    stated there is a divine creator and he gave us
16    the laws of nature and nature's God.  Note
17    there's not an explanatory paragraph in the
18    Declaration of Independence to define what they
19    meant by the laws of nature and nature's God
20    because at that time, every person knew exactly
21    what that meant.  Unfortunately, today, most
22    people have no idea what is meant by the laws
23    of nature and nature's God.
24         If we want to preserve freedom for future
25    generations, we need to get back to the

1        foundational principles that made this country

2        the greatest, strongest, most prosperous, most

3        stable nation in the history of the world.

4            Let me address the standard of practice

5        for the treatment of gender dysphoria in

6        minors.  I'm opposed to children being

7        manipulated and mutilated when they are

8        children.  Gender dysphoria in minor children

9        is complicated and requires competent

10       counseling based on truth.  The consequences of

11       permanent changes by drugs and surgeries on

12       minor children results in life-long effects

13       that are morally appalling.  Sterilization of

14       minor children is horrific child abuse.

15           Today --

16       **MR. CHAIR:**  Please don't speak out.

17       Please show the same respect for the speakers.

18       If they don't agree with your opinion, both --

19       it cuts both ways.  So please show so decorum

20       and let the man speak.  Thank you.

21           **B. SNYDER:**  Today's cultural wars and our

22       modern day media influence are grooming our

23       precious minor children towards money-making

24       empires of pediatric gender clinic that destroy

25       individuals, families and relationships.  The

1    adult indoctrination of minor children without

2    parental knowledge or consent is despicable.

3    Giving minor children puberty-blocking drugs

4    and cutting off health body parts is inhumane

5    child abuse.  Please adopt this rule.  Thank

6    you.

7        **MR. CHAIR:**  Thank you, Mr. Snyder.

8        Mr. Marant.

9        **R. MARANT:**  Hello.  My name is Robert

10   Marant.  I want to thank the Board for their

11   public service.

12       **MR. CHAIR:**  Please speak into the

13   microphone, Mr. Marant.  Thank you.

14       **R. MARANT:**  Is this better?

15       Historically, gender dysphoria was very

16   rare, affecting less than one in 10,000

17   children, mostly boys, and usually identified

18   at preschool age.  Over 70 percent of these

19   cases typically resolved themselves over time.

20   Now according to the CDC, nearly 2 percent of

21   high school students identify as transgender.

22   The number of cases has exploded.  To put this

23   into perspective, for a high school of 3500

24   students, the typical number of transgender

25   students has gone from about zero to over 60.

1     And most of these new cases are girls and they

2     identify much later in life, usually around

3     middle school or high school age.  What once

4     was a rare condition has now become a

5     psychological pandemic afflicting our youth.

6         For most challenges, we teach our children

7     that they are beautiful just as they are, and

8     with love, support, patience and counseling,

9     together we can overcome their challenges.

10    Then we work to identify and address the

11    underlying causes of their issues.  But for

12    gender dysphoria, for some reason, we do the

13    opposite.  We affirm their feeling that they

14    were born in the wrong body and then we set out

15    to modify their perfectly healthy body to match

16    that feeling.

17        The human brain isn't fully developed

18    until age 25.  We don't even think they're

19    mature enough to buy a beer until they're 21.

20    But we're willing to modify the bodies of these

21    young people with puberty blockers and powerful

22    hormone treatments.  And in some cases, we even

23    remove healthy body parts, all in an attempt to

24    make them feel comfortable with their bodies.

25        The great tragedy is that these kids'

1    feelings can and often do change as they

2    mature.  But the consequences of these

3    procedures lasts forever.  We wouldn't think of

4    prescribing diet pills or performing gastric

5    bypass surgery on an anorexic because she

6    sincerely believes that she is obese.  It would

7    be medical malpractice.  It would be child

8    abuse.  Yet we do the equivalent for children

9    suffering with gender dysphoria.

10         I believe these treatments on minors are

11    reckless and irresponsible and they need to

12    stop.  And I believe this Board has both the

13    authority and the obligation to stop them.  I

14    implore you to protect our children by banning

15    these harmful procedures.

16         Lastly, a population that doesn't seem to

17    have much voice are the folks trying to go

18    through detransition.  They deserve our love,

19    attention and care as well.  So if the Board

20    has not already done so, I would ask that you

21    establish rules to help treat these young

22    people as well.  Thank you.

23         **MR. CHAIR:**  Thank you, sir.

24         Andrea Montenez.

25         **A. MONTENEZ:**  Good afternoon.  Thank you.

PL012080

```
 1        My name's Andrea Montenez.  My pronouns are --
 2    I'm a proud immigrant.  I'm from Columbia.  I
 3    also -- I live in Florida for 35 year, that's
 4    made me a Florida resident.  I also -- woman,
 5    plus I'm human like all of you.  I am here
 6    again because I come to all these and think
 7    this is the first time they let us to talk,
 8    that's good.  I hope somebody listen to us
 9    today.  We're still doing and we're going to be
10    here forever.
11        I start transition a long time ago.  I
12    mean, here.  Always I've been me.  But when I
13    was younger, I no have these opportunities to
14    this medicine.  Actually I was working here in
15    United States when I came here as a federal
16    officer.  I was part of the TSA as a supervisor
17    when I start my transition.  I cannot do it in
18    Columbia because was -- and we don't know a lot
19    about -- but when I start my transition, when I
20    go to first time to my doctor, they don't
21    get -- because I knock the door.  They send me
22    to do a mental health, too many different --
23    every kind of blood test to be sure I'm
24    healthy.  And every three month, they check me
25    to be sure I'm okay.  So is the same for the
```

```
 1        kids.  I hope.  So we have opportunity when I
 2        was youngest one and have better life.
 3            But now I'm a happy person.  It's really
 4        saved me.  The kids, I think so, the problem is
 5        not here, the medicine because it's proved it's
 6        working.  This is because we had politicized
 7        this thing.  Now here we are done being a
 8        weapon from the governor to be a, I don't know,
 9        president and -- be doctors, check everything
10        happen here, listen to kids.
11            I also think in the -- because I don't
12        know you see a transgender kid, this younger
13        one, they are magic.  And people are scared
14        when we are magic.  The indigenous people have
15        the magic person, a transgender person that --
16        so it's all I can tell you, this -- please,
17        this is life, this is a special people.  Look
18        in them.  It's a special humans.  It's no easy
19        to be this because every day we wake up, people
20        try to disappear us.  People try to kill us.
21        But we wouldn't be here.  We no go nowhere.
22            The last thing I want to say from this
23        particular for the state of Florida, the
24        Governor in particular, we don't need your
25        permission to exist.  Thank you.
```

1          **MR. CHAIR:**  Thank you.

2          **DR. DiPIETRO:**  Then we'll have Jeremy

3     Rodriguez, Anna Coldis and Kurt Hobson Garcia.

4          **J. RODRIGUEZ:**  Set up.  Sorry about that.

5          So my name is Jeremy Armondo Rodriguez.  I

6     am a proud non-binary individual here to

7     support trans youth and the need for

8     gender-affirming care.

9          It's come -- it's come to my attention

10    that the Board of Medicine and Florida's

11    government continues to push to get rid of

12    gender-affirming care despite medical research

13    and the support that the form of health care

14    shows overwhelmingly that the data shows that

15    gender-affirming care for trans youth decreases

16    depression, anxiety and saves lives.  Why?

17    Because gender-affirming care is life-saving

18    care.  Gender-affirming care is life-saving

19    care.

20         The nation's leading health and medical

21    organizations, like the American Medical

22    Associations and many more that other people

23    have continued have said knows and supports

24    this data.  Florida's Board of Medicine over

25    here has been criticized over from many health

1      organizations and Ivy League schools for

2      cherrypicking their own research and data

3      that's not even credentialed to be analyzed?

4      This is undergrad level stuff.  It's insulting.

5           My education degree is in health science.

6      And when I look over this and I see this and

7      you guys are partially in charge of hiring who

8      gets over to study these fields, I'm concerned.

9      Many of us are concerned in the field of

10     medicine.  You are a disgrace to the medical

11     community and I expect better.  That is all.

12          **A. COLDIS:**  Hi, everyone.  I feel like I

13     won the lottery when I heard my name.  So thank

14     you.

15          First of all, to the members of the Board,

16     I just wanted to say thank you for your service

17     to the residents of Florida, especially your

18     work to take to task those who are not safe and

19     compliant in their medical practices.  I've

20     learned a lot over these last few meetings,

21     especially the real full agenda ones.  Thank

22     you for looking out for us in many aspects like

23     that.  Because I serve on several nonprofit

24     boards, I'm quite familiar that they can be

25     very thankless jobs, so I do want to thank you

1    for that.

2        The next thing I want to say is that I

3    suspect that with your years of study and

4    practice, you are very well versed and very

5    well equipped in researching to form your own

6    opinion so that you can do what is right.  I

7    liken the topic of today's meeting to -- well,

8    I'm going to give just maybe two examples here.

9    What happened centuries ago when our medical

10   community had to convince everyone that washing

11   hands actually helped slow the spread of

12   disease.  And there was a lot of pushback.

13   There's all kind of -- I love history, so

14   there's all kinds of history on that.  And then

15   even last generation when Dr. Marshall, of

16   course, the guy who drank the H. pylori

17   substance to finally prove to the world that

18   that's what caused gastritis.  You know, he won

19   the Nobel Prize and all that stuff, treated

20   with antibiotics.  So I kind of feel like

21   that's where we are right now.

22        And I'm asking you to do the same thing

23   that happened back then.  Do not let the

24   political -- to use a fun word -- fanfaronade

25   of the moment to supplant your good judgment.

PL012085

1          There is power, influence and prestige when

2     you're bestowed a spot on a board.  I get it.

3     I get it.  But you all already have enough.

4     Anyone who somehow made it through med school,

5     made it through residency, got appointed to a

6     board, you don't need this board.  It's awesome

7     that you're on it, but I would not let fearing

8     fallout from having you do what I know you know

9     is the right thing.

10         Shoot.  I'm running out of time.  Let me

11    skip some of this.

12         Okay.  So what I'm asking you to do,

13    please, I'm begging you, research, review, look

14    at W path.  Spend time with the trans

15    community.  Allow life-saving health care.  Why

16    am I here?  I'm here because I'm trying to pay

17    it forward.  If it was not for my son having

18    life-saving care 12 years ago, I'm not sure if

19    he actually wouldn't be here because I think we

20    were tuned in enough to that aspect of the

21    anxiety and suicide, but I do not think that he

22    would be the accomplished, loving, contributing

23    member of society he is without the care he

24    got.

25         And I just want to end, we come into this

PL012086

1    world with nothing, we leave this world with

2    nothing, that's one thing we all have in

3    common.  We are honor bound to make a

4    difference while we're here, to put our fear

5    aside and to do the right thing.  I beg you to

6    do that.  Thank you so much for the --

7        **K. GARCIA:**  Evening.  Evening, Board

8    members.  My name is -- I'm going to tell you

9    this story of myself.  Anna and I were in bed,

10   about to fall asleep.  He hops in bed.  He's

11   eight years old.  And he says, Dad and Mom, I

12   love y'all so much that I don't want to kill

13   myself because I love y'all so much.  And we

14   knew that something was going on because for

15   the last six months, he was always in bed every

16   weekend, every weekend, always in bed.

17        And we said, what's going on?  Dad, I'm in

18   the wrong body.  I'm really a boy.  I'm a Roman

19   Catholic.  I'm not proud of that anymore.  I

20   have a stutter, so sometimes I will have some

21   trouble saying some of my words.  But we then

22   sought -- we got help for ourselves first

23   because we had to catch up with him on where he

24   was.  So we got help for ourselves first.  And

25   then we learned what it was meant to be and

1    then we got help from doctors, then we took him

2    to a psychologist, psychiatrist.

3        And then at the age of 15, the whole team

4    of us agreed that a double mastectomy was the

5    right thing.  Move forward, he is the most

6    incredible person I know.  He makes me a better

7    man.  If you all spend time with him, all of

8    y'all would be better doctors, better people

9    because what y'all are doing is so criminally

10   wrong.  It's wrong what y'all about to do.

11       Look inside yourselves.  What if it was

12   your child, what would you do?  I know I will

13   do anything to save him.  To make him a better

14   person.  I cannot believe y'all are gonna do

15   this to this group of people.  It's aching me.

16   It's hurting me.  Oh, my gosh, how could you do

17   this?  Please do not do this.  It's wrong.

18   Oh, my gosh, think about what y'all are gonna

19   do.  Do the right thing.  Thank you for your

20   time.

21       **MR. CHAIR:**  Judy Schmidt, Emma Lambert and

22   Cameron Driggers.

23       Judy Schmidt?

24       Okay.  Emma Lambert?  Are you -- okay.

25       **J. SCHMIDT:**  That's hard to follow.  But I

```
1       have a similar story.  And I first just want to
2       say that every one of us are individuals.
3       Every trans youth, every trans person is an
4       individual with individual experiences.  And I
5       wanted to share ours, my husband's, mine and my
6       family's.
7            My child came to me at six and said,
8       Mommy, I'm a boy.  And I said, well, honey,
9       what does that mean to you?  What -- what do
10      you think of when you hear "I'm a boy"?  And we
11      talked about it.  And my husband came in the
12      room and we all talked about it.  And I walked
13      away and I cried and felt like I was losing a
14      daughter.  But we accepted and we open-arm
15      welcomed him.  We got his hair cut.  We bought
16      him clothes for a boy, stereotypical boy
17      clothes.  And I didn't lose anything.  I gained
18      an entire child.
19           My son is happy.  He is thriving in
20      school.  He was having so many behavioral
21      issues before.  And if you take this option
22      away from us, by the time my son is ready for
23      puberty, he will have been socially
24      transitioned in who he is for four or five
25      years.  It's not a phase.  It will only hurt
```

PL012089

```
1        him for me to tell him, your body's going to

2        change and there's nothing we can do about it

3        to save your mental health.

4             So I'm just asking that you consider that

5        everybody has an individual experience.  And

6        you are -- as doctors, you do no harm.  And if

7        you make this blanket rule, you are doing harm

8        to families like mine that want to know that

9        that option is there to save my son from the

10       mental anguish and potential suicide risk when

11       we have to go through puberty with him.

12            To all the trans kids, I want to reiterate

13       what I believe Nathan or someone said earlier,

14       you are loved, you are seen, and my mama hug

15       arms are always open to you.  Thank you.

16            MR. CHAIR:  Thank you.

17            Emma Lambert?

18            E. LAMBERT:  Hello.  Thank you very much

19       for the time to speak.

20            MR. CHAIR:  You're welcome.

21            E. LAMBERT:  So a lot of people here have

22       presented empirical evidence, medical evidence,

23       but I would like to take a look at the

24       philosophy undergirding the decision being

25       made.
```

```
1              So I would like to go back to David Hume
2      and his refusion of skepticism.  Hume said that
3      skepticism is often very difficult, often
4      impossible to disprove on college campuses
5      sitting beneath the shade of trees but one only
6      need take a bite of an apple to be certain that
7      one's teeth exist.  As such, it is often times
8      important to ask the sceptic why one pursues a
9      line of questioning, what he means by it.  And
10     I would like to -- for you all to keep that in
11     mind, that skepticism, while important, serves
12     a purpose.  And if your skepticism no longer
13     serves the purpose you intend, it instead
14     causes harm.
15             I would also like to point to the
16     principles of bodily autonomy and that we're
17     sitting here in the auditorium for the Florida
18     Department of Transportation, that some of us
19     here might have marked down that we're organ
20     donors, that we had to give our written consent
21     for our organs to be harvested after our death
22     to aid others.  And that it seems to me
23     illogical that you would grant trans children
24     fewer rights than that of a corpse.
25             And I would also like to echo the word of
```

1    the people who spoke before, thank you all for

2    your public service.  And also that it is

3    important that you see the joy of the trans

4    community because despite any hardship, we will

5    endure and we continue to attempt to prosper

6    the same way everyone does.  I simply hope

7    that -- I simply hope that you choose not to go

8    forward with this ruling, that you allow

9    children the right to be kids, to not have to

10    worry about their health care because they

11    should be worried about riding bikes and

12    playing tag.  I thank y'all for your time.

13    **MR. CHAIR:**  Thank you.

14    **C. DRIGGERS:**  Hello, Board.  My name is

15    Cameron Driggers and I traveled four hours

16    from -- County to relay this message.  As

17    members of this board know, every licensed

18    physician in Florida as well as United States

19    swear themselves to an oath.  This oath binds

20    them to a strict code of ethics in their

21    practice.  Foremost among this code is a

22    commitment to do no harm.  This oath is

23    supposed to be sacred in the eyes of every

24    doctor, and yet today, this very body of

25    so-called medical professionals fails to

1    fulfill the core tenet in this oath they are
2    sworn to abide by.  Because in its politicized
3    crusade to deprive transgender people of health
4    care in this state, the Board of Medicine
5    flagrantly puts the lives of so many at risk.
6         Trans youth are eight times more likely to
7    ponder suicide than their cis country parts.
8    In addition, trans youth disproportionately
9    face depression, anxiety, often to an extent
10   that is utterly crippling.  Despite this urgent
11   reality, this board has declined to wield its
12   power in a way that can relieve transgender
13   Floridians, but instead has chosen to actively
14   dismantle the resources which can help them by
15   pursuing a ban on trans-affirming care.
16        In this backwards, politically-motivated
17   endeavor, this board leaves in tethers yet
18   another pillar of the hippocratic oath.  Quote,
19   "I will respect the hard one's scientific gains
20   of those physicians and whose steps I walk,"
21   end quote.  The scientific and medical
22   consensus on this issue is clear.
23   Trans-affirming health care saves lives.  The
24   Trevor Project's peer-reviewed's research on
25   this project found that gender-affirming

PL012093

82

```
 1          hormone therapy, for example, is significantly
 2          related to lower causes of depression, suicidal
 3          thoughts and suicide attempts by young people
 4          who identify as transgender and/or nonbinary.
 5          In spite of this medical research in support of
 6          trans-affirming care that's available to the
 7          members of this board, it continues to target
 8          what has become a lifeline for vulnerable young
 9          Floridians.
10               Although my expectations for the
11          institutions hijacked by the governor's hateful
12          agenda, this board still has a chance to allow
13          sanity and compassion to prevail.  Politics has
14          no place in medicine.  And I implore the
15          members of this board to vote down the bigoted
16          rules proposed before them.
17               MR. CHAIR:  Thank you, sir.
18               DR. DiPIETRO:  Curt Frank, Aaron Lustria
19          and Jennifer Timmerman.  Just in case, Curt
20          Frank.  Okay.  Aaron -- it looks like
21          L-U-S-T-R-I-A.  Yeah.  Okay.
22               A. LUSTRIA:  Hi.  My name is Aaron
23          Lustria.  I am a Filipino immigrant naturalized
24          of this country and I present myself as
25          bi-gender currently.
```

```
 1              As a child, I thought of myself
 2         differently.  When I see a child, I don't see
 3         them for their genitalia.  I see them for their
 4         hopes, their dreams.  I see our future.  And it
 5         is horrendous to see a group of adults look at
 6         a child for their genitalia.
 7              This child, me, them, all of us have
 8         dreams.  It is ungodly to be judged upon for
 9         what's between my legs and what is on my chest.
10         I was born a woman in your terms.  But as a
11         child, I knew my truth.  I knew I was
12         masculine.  And I am actually -- I am a direct
13         reason of why this -- this hurts.  Why
14         gender-affirming care needs to happen because
15         my psych -- my -- sorry.
16              I was diagnosed with NOS DD 1B, which is
17         not otherwise specified dissociative disorder.
18         As a child, I knew my truth and I was a boy.
19         It is when I grew and people started judging me
20         for the fact that I knew my truth.  It's when I
21         grew boobs as children, as a girl, who's born,
22         you don't have boobs.  No one does.  And it was
23         very confusing for me to come up in a society
24         that hated that, that hated that.  It's so
25         simple.  I was a child that wanted to play with
```

PL012095

1    people and be respected for what I believed for

2    what I was.  And it's weird when a bunch of

3    people don't see me as I am because of what I

4    grow on my chest.

5        I am faithful to my Lord.  And this -- it

6    is not an abomination for me to be me.  My God

7    died for my sins.  My God does not hate anyone.

8    My God isn't afraid of a gun.

9        **MR. CHAIR:**  Thank you, Aaron.

10        **J. TIMMERMAN:**  Hello.  And thank you for

11    allowing me to speak to you today.  I

12    understand that as a part of the Board of

13    Medicine, you are all highly educated people

14    with a variety of life experiences under your

15    belt.  While I am not a medical professional, I

16    do have experiences that have strongly shaped

17    my view of the world that I would like to share

18    with you today.

19        I have never diagnosed a heart attack, but

20    I have kept a few hearts beating.  I have held

21    sobbing teens whose hearts were broken by the

22    discrimination they have faced being trans.  I

23    have comforted and counseled kids experiencing

24    gender dysphoria who couldn't find resources or

25    support.  I have marched with high school

PL012096

1    students as they led a school-wide protest of

2    the Don't say Gay Bill.  These children have

3    this in common.  They want their truths to be

4    heard.

5         While I have garnered these experiences, I

6    have simultaneously helped my own transgender

7    child make decisions about the medical and

8    mental health care they needed for their own

9    gender dysphoria.  I have spent hours upon

10   hours, as I'm sure you have, pouring over

11   medical research articles, talking with doctors

12   and therapists, and most importantly, talking

13   to my own child.  Like most of you, I've always

14   wanted to provide the least invasive and yet

15   most effective treatment for any ailment my

16   child might encounter.  However, after many

17   years of being on this journey with my child, I

18   have learned that there is no substitute for

19   the difference puberty blockers and hormone

20   therapy can make for the mental and physical

21   health.

22        Choosing these for my child was not an

23   easy decision.  I did not take this

24   responsibility lightly.  I was terrified of the

25   possibility that the side effects would damage

PL012097

 1    their body.  They didn't.  I was terrified that
 2    they would regret their decision.  They didn't.
 3    And our choices would have been irreversible.
 4    They weren't.  Taking away access to these
 5    life-saving treatments will cause considerably
 6    more harm than the good you expect to create.
 7         As a mother and an educator, I can tell
 8    you that taking away access to their care only
 9    serves to increase their risk of suicide and
10    self-harm.  The research supports my anecdotal
11    experience.
12         I want to end with some questions for you
13    to seriously consider.  All of these pull from
14    real lived experiences of the transgender
15    people in my life.  Would you rather treat a
16    child at eight years old with puberty blockers
17    or have to treat them in the emergency room
18    after they have attempted to cut off their
19    breast buds with an exacto knife?  Would you
20    rather provide breast removal surgery to a
21    17-year-old or treat their punctured lung after
22    the binder they used to conceal those breasts
23    broke their ribs?  Would you prefer to provide
24    estrogen to a 15-year-old or provide their
25    certificate of death to their parents?  Above

1    all, your primary goal is to do no harm.  And I

2    implore you to end the harm you have begun

3    here.  Thank you.

4        **DR. DiPIETRO:**  And I pulled one more name,

5    Lola Smith.

6        **L. SMITH:**  My name's Lola Smith.  I'm 12

7    years old and I'm nonbinary.  I'm going to go

8    out on a limb and guess that most folks here

9    haven't been 12 in quite some time.  I bet you

10   remember a little bit of it, though.  Everyone

11   has an embarrassing story from when they were

12   my age, a memory from youth that haunts them

13   into adulthood.  Maybe you were pants'd in

14   front of your class or spilled a drink on your

15   crush.  I, too, have one of those moments, a

16   defining embarrassing moment that I'll carry

17   with me through life.  But you see, the most

18   embarrassing moment of my life is happening

19   right now.

20       As I stand in front of a panel of

21   strangers and publicly beg for my right to

22   exist.  Nothing is more humiliating and

23   dehumanizing than pleading for one's own

24   existence.  How did we get here?  Growing up in

25   conservative Florida, I'm used to not being

PL012099

 1          understood or represented or even liked.  But

 2          how did we get here?  The point where we are

 3          trying to eradicate us?  History class has

 4          warned us, if you let them hate you, eventually

 5          they'll try to erase you.  We should have

 6          listened.

 7              I should be in history class right now.

 8          But instead, I had to ride for hours on a bus

 9          to come here and beg you all to let me exist.

10          Take a moment to look around.  We are really in

11          a board room discussing an entire population's

12          right to exist.  We shouldn't be here.  We are

13          better than this.  America is better than this.

14          Florida could and should be better than this.

15              Politicians are using kids like me to get

16          votes from people who hate us.  You can stop

17          this.  I'm a proud person.  I usually respond

18          to people telling me what I can't do with "just

19          watch me."  But this isn't just about me.  This

20          is about my trans and nonbinary peers that

21          couldn't be here, that don't have the supports

22          system I am so blessed to have.  I'm here today

23          with nearly 30 supportive adults that love me.

24          But there are kids feeling scared and alone

25          right now, waiting to hear how this meeting

 1      went.  Waiting to see if their identity is
 2      going to be erased.  You have the power to stop
 3      this.
 4          So I will humble myself and I will set
 5      aside all of my pride.  And on behalf of those
 6      scared kids, I will beg you, please, please,
 7      please let us exist.  Thank you.
 8          **MR. CHAIR:**  Asher Gunn, Curt HG, and
 9      Olivia Solomon.
10          Asher Gunn?  Thank you.
11          **A. GUNN:**  Good afternoon.  Hello.  My name
12      is Asher Gunn.  I am 30 years old and I am a
13      refugee.  And when I say that, I know that
14      you're thinking, okay, you must be from another
15      place.  I was born and raised in Brooklyn
16      actually.  When I say I'm a refugee, I say that
17      because I am fleeing this country and half of
18      the reason is because it is not safe for me to
19      exist in this country, as I'm sure you've
20      heard.  Most people don't want us to exist.
21      The other half of the reason is because I
22      literally cannot access the health care that I
23      need in this country.
24          I'm from the United States.  We have this
25      whole exceptionalism thing, which is bullshit.

```
1         But at the end of the day, we like to think
2    that we're the most advanced country in the
3    world.  I cannot access health care in this
4    country as an adult.  So I have to leave this
5    country to find it.  I'm an adult.  I'm 30.
6         For the past 12 years or so, I have had to
7    fight for years tooth and nail for every inch
8    of the health care access that I have needed to
9    survive.
10        When I first came out and realized that I
11   was trans, I knew who I was.  And it took me
12   years to get the medical care that I needed as
13   an intersex person for my endocrine system to
14   function properly.  I had legitimate medical
15   issues that I couldn't even get a doctor to
16   listen to me about and provide adequate
17   treatment for.  And I had things that would
18   show up on a test that I could not get
19   treatment for.  I could not show you on a test
20   my gender identity but I know who I am and I
21   always have.  And I needed that medical care.
22        I needed medical care to make sure that I
23   didn't have to menstruate for a year straight.
24   Or have morning sickness as a virgin.  I needed
25   that.  And I had to fight for it.  And I have
```

1       by myself for years as an adult.  These are

2       children.  Yes, there are a million people out

3       there that will fight for these kids because

4       they know who these kids are and they're here

5       and they want to love them and they want to

6       support them and give them everything they need

7       to grow up and be healthy, successful adults.

8       But they're children.

9            Not only do they need people to advocate

10      for them, when those people advocate, there

11      have to be the health care professionals

12      willing to actually be there to support them,

13      to take care of them, to provide them the

14      health care that they need so that they don't

15      die.  There are so many more of us than you

16      could possibly imagine that are intersex, that

17      have medical care conditions.  By the way,

18      mental health care -- mental health issues are

19      medical care conditions.  You have an oath that

20      you have agreed to follow through your entire

21      professional careers that say that if I have an

22      issue, the first thing you're supposed to do is

23      the best that you absolutely can to help me.

24      That is your job.

25           Why will you not do this for these

PL012103

1    children who are so young they cannot advocate

2    for themselves but they need medical care?

3    Your role as a provider, when there is a minor,

4    is to do everything in your power to provide

5    that medical care to make sure that they're

6    safe --

7         **MR. CHAIR:** Thank you. Thank you. Your

8    time's up.

9         **A. GUNN:** Thank you very much.

10        **MR. CHAIR:** Curt HG. Curt HG.

11        If not, are you Olivia Solomon?

12        Come on up.

13        **O. SOLOMON:** Hi. My name is Olivia

14   Solomon. I'm a college student at UCF. And

15   before I speak today, I just want to thank

16   every single member of the trans youth

17   community that came out here today and spoke

18   because that takes a lot and I can't even

19   imagine. So thank you.

20        And I'm here today as an ally to the

21   transgender community and a proud big sister to

22   a beautiful, gender-nonconforming boy. I'm not

23   going to stand here and tell you things that

24   you already know and actively choose to ignore

25   because I don't align with your own

1     politically-driven agenda, like this being the

2     opposite of freedom and actively killing trans

3     children.

4          Instead, I'm going to use my time to

5     acknowledge people who have lost their lives to

6     anti trans violence and rhetoric that drove

7     them to take their own lives.  The following

8     people are transgender and gender nonconforming

9     who have taken their lives and ended -- it was

10    ended too soon because of harmful bills like

11    this in 2023 alone.  We are in mid February.

12    Tiffany Banks, 25 years old.  Adalayne

13    Anderson, 24 years old.  Kelly Loving, 40 years

14    old.  Daniel Davis Astin, 28 years old.

15    Diamond Jackson McDonald, 27 years old.

16    Destiny Howard, 23 years old.  Marcus MJ

17    Jackson, 33 years old.  Kayli Lovelight, 27

18    years old.  Casey Johnson, 27 years old.

19    Unique Banks, 20 years old.  Ivory Nicole

20    Smith, 27 years old.

21         Just want to remind you that this list

22    will undoubtedly grow if you pass these rules.

23    And their blood will be on your hands.  And I

24    hope that that keeps you up at night.  Thank

25    you.  Please vote no.

1   **MR. CHAIR:**  Thank you.  Ray Prysock.

2   Thank you.

3   **R. PRYSOCK:**  I just want to make sure I

4   don't -- I don't mess this up.  Okay.  From the

5   audio.

6   Hi.  My name is Ray Prysock.  I'm actually

7   here from Orlando.  I'm a second-year law

8   student at Barry.  Before that, I was in the US

9   Navy.  While I was in the Navy, you know,

10  obviously I encountered a lot of LGBT people.

11  But one of the best things about being in an

12  environment like that is that you learn a lot

13  more about communities that you don't

14  necessarily belong to.

15  I was born a woman.  I identify as a

16  woman.  I am heterosexual.  But I also

17  understood that when I took that oath to uphold

18  the Constitution, that it meant protecting

19  everybody that was under it, not just the

20  people I liked, including the people I don't

21  like, some of them are here today.

22  I've heard a lot of people talk about

23  life, liberty and the pursuit of happiness.

24  But I don't really -- I'm not really sure if

25  they know what it really means to pursue

PL012106

```
1    happiness.  Pursuing happiness stops where your
2    happiness is telling another person that they
3    can't exist.  Or that they can't get health
4    care.  I remember that my mom used to say, I
5    don't care what Tommy's mom is doing, do I look
6    like Tommy's mom?  Tommy's mom is here today
7    telling us what to do with our kids.
8         So I kindly ask this respectable board,
9    unfortunately there is nobody here who looks
10   like me, who's a doctor, and it always seems
11   that when it comes down to this, there's never
12   anybody that looks like me.  Just like there's
13   nobody here that looks like them making these
14   decisions.  If I understand this correctly,
15   there's an entire branch of medicine called
16   gynecology that was based off of the torture of
17   people who look like me.  So I'm wondering why
18   none of those women are here.  Because if they
19   were, they would be hopefully in support of the
20   children.  Because every single one of us knows
21   what that branch of medicine is.
22        I humbly ask today that people are not
23   treated like objects.  More specifically, that
24   each and every single one of you medical
25   professionals isn't treated like an object for
```

1    one man who is not present, and that is

2    Governor DeSantis.  Please, I ask that you

3    don't support these rules to advance this man's

4    political career.  You are not objects.  Every

5    single one of you has a degree.  Please support

6    the exception for research.  And please stop

7    politicizing medicine.  Thank you so much.

8         **MR. CHAIR:**  Thank you.

9         **DR. DiPIETRO:**  Lindsey Sparrow, Colin

10   Brown and Jessica Tahata.

11        **L. SPARROW:**  My name is Lindsey Sparrow.

12   I am 25 years old.  I'm a resident of

13   St. Petersburg, Florida.  I'm also transgender.

14        I am someone who was subjected to

15   treatments that have been questionable that

16   were mentioned by people like that woman who

17   came up and spoke.  I can tell you for a fact

18   that her child is going to grow up hating her.

19        I'm sure you've heard many stories that

20   sound like mine already.  Over the last few

21   months, my trans siblings and family members

22   have stood before you, put their hearts on full

23   display and vulnerably pleaded with you to

24   listen to our stories and perspectives.  The

25   American Academy of Pediatric has condemned

```
 1          your actions, and our federal government has

 2          spoken out against the actions you seek to take

 3          regarding the necessary health care for trans

 4          youth.

 5               I can stand here and tell you about the

 6          times I attempted to end my life because I

 7          didn't have access to gender-affirming care but

 8          I know -- I know you don't care.  I see you

 9          sneering at us while we come here and talk to

10          you.  Instead, I'm going to take the rest of my

11          time to demonstrate the sacred and weekly

12          ritual of my shot in front of you in this body.

13          My medication is life-saving.  I will use HRT

14          for the rest of my life.  Your denial of my

15          need for this medication doesn't make my

16          existence as a trans person any less real.

17               I will be giving myself my subcutaneous

18          shot in my stomach.  If you have a needle

19          phobia, please look away.

20               -- today, tomorrow and forever.

21          DR. DiPIETRO:  Colin Brown.

22          C. BROWN:  Hi.  My name is Colin Brown.

23          And I use she or they pronouns.  My heart is

24          broken today.  Thank you to everyone that has

25          shared today.  These people are my friends.
```

PL012109

```
1        They're my family.  And a lot of them are being

2        forced to leave.  And we're being forced to say

3        good-bye to them because of this and it breaks

4        my heart.

5            In the words of my friend, Alisa, who

6        cannot be here today, you are muting the

7        medical community at large.  Gender-affirming

8        care is evidence-based best practice care that

9        is desperately sought out by families that are

10       just trying to keep their children alive.

11       Transgender kids are ten times more likely to

12       attempt suicide than their peers.  This care is

13       suicide prevention.  And receiving this

14       medically necessary care is a decision that is

15       carefully made between parents, their children

16       and their doctors.

17           As we've begged you time and time again as

18       we drive hours to be heard, you continue to

19       ignore the families, doctors and the medical

20       community that widely support this life-saving

21       care.  Why do you instead choose to serve

22       politicians over the Florida residents that you

23       have a job to serve?  Why are politicians so

24       obsessed with our bodies?  Why are you

25       deliberately cherrypicking data?  What is going
```

1    on?

2         We're all really tired.  These parents,

3    these children, these families, these

4    physicians, they're so tired of coming here by

5    the hundreds every time just to ask you to

6    permit transgender people to exist.  We trust

7    doctors, not politicians, and certainly not

8    DeSantis-appointed so-called Board of Medicine.

9         **J. TAHATA:**  Hello.  My name is Jessica.

10   Thank you for the opportunity to speak.

11        I came from Miami, Florida.  Been here all

12   my life.  I have a transgender child.  I

13   never -- I never wanted my child to be

14   transgender.  I didn't accept it at first.  I

15   consulted doctors, therapists repeatedly

16   looking for advice, how to get my child to stop

17   rejecting boy toys, clothes, hair cuts, just to

18   be a normal little boy.  But no matter how

19   often I took things away, I corrected the

20   behavior, they always found a way to show me

21   that they were meant to be a girl.  My child

22   would wrap jackets around her waist to create a

23   skirt.  She would put a pillowcase on her head

24   to give her hair.  At her second, third and

25   fourth birthday party, my child would get so

PL012111

1    angry at the boy toys, that she would throw

2    them across the room.  Trying to force her into

3    boy clothes to go out in public will result

4    into severe autism meltdowns that resulted in

5    stitches, staples.  Trust me when I say, I

6    tried everything.  But my child was persistent

7    and consistent.  Would draw pictures of a girl

8    daily and give it to me.  It took me years to

9    realize that the drawings she was drawing was

10    herself and not me.

11    You see, my child did not start speaking

12    until age five.  However, she made her feelings

13    very clear that she was a girl even asking why

14    she had male parts since it didn't match her

15    body.  That was years ago.

16    My child now lives by her own choice as a

17    girl.  I've learned to respect her and I have

18    come to terms with accepting that my child is

19    transgender.  Her anger, meltdowns, even

20    suicidal plans at such a young age has subsided

21    since I let her be herself, let her be the girl

22    that she really is.

23    Now we have a bigger problem.  My daughter

24    has started puberty.  Florida law has made it

25    nearly impossible to get her the puberty

```
 1        blockers and even the mental help that she
 2        needs to prevent her body from growing like a
 3        boy.  Since puberty has started, my daughter
 4        has no quality of life.  She lays in bed all
 5        day.  She sleeps at school.  At this rate,
 6        going without the proper medical care, she may
 7        commit suicide.  I don't want your fear to bury
 8        my daughter or to force me to leave this state.
 9        Thank you.
10           MR. CHAIR:  Ameal Fox, Jeremy Rodriguez
11        and Lauren Johnson.
12           A. FOX:  Hello, Board of Medicine.  I had
13        a nice thing written.  All these people said
14        everything.  I was going to try to appeal to
15        you guys as doctors.  I know you have empathy
16        in there.  I know you became doctors because
17        you want to help people.  I want to be a
18        doctor.  I've wanted it my whole life.  I'm on
19        my way.  I know what it's like.  You don't
20        start this for prestige or for fun.  You don't
21        go through all this medical schooling to climb
22        to a board like this to harm people.  There has
23        to be something in you that knows something
24        about this is wrong.  Maybe we need more
25        research.  Okay.
```

1          Well, maybe you should be considering
2     conducting research for gender-affirming care
3     the same way they conduct research for terminal
4     illnesses.  If a medical condition often
5     directly leads to death without treatment,
6     doesn't that change the way that we assess the
7     risks of the side effects of the particular
8     treatment?  Honestly, like -- and have guys
9     like that guy in the back on the right doing
10    the research because I don't understand how --
11    I'm not a research, like, professor or
12    something.  I've never been educated on that.
13    He seems like he has.  I'm sure he has his own
14    biases.  There should be people with many
15    different biases who are as educated as him in
16    the room while conducting the research.  Then
17    we can stop bickering about it and look and see
18    what it actually is.
19         And while we're on it, like, you know, you
20    talk about these irreversible damages that
21    these treatments can cause.  I need to know,
22    are you referencing, like, mystery outcomes of
23    the treatments, like the way they can affect
24    certain internal organs or like brain chemistry
25    being affected in a way we can't possibly know

due to lack of research?  That doesn't seem
like a nonstarter for research if the other
option is high risk of death.  But something
tells me that this irreversible harm that you
feel the need to blanketly ban an entire type
of treatment for is maybe, like, I don't know,
things that make you uncomfortable.  Not the
patient.

Maybe like breast developing on somebody
with a penis.  Or facial hair developing on
someone with a vagina.  And if you're thinking
like these surgeries are so irreversible, I
mean, there's only, like, some that maybe they
are a little experimental.  Creating a whole
organ, yeah, maybe that needs some research.
But, again, those are not being conducted on
minors.  Maybe a mastectomy, yeah.  I'm sorry,
can't we do breast implementation?  Isn't that
reversible?  Can't things be, like -- can't you
laser off hair?  So what's more irreversible,
death or those things?

And you know what?  The Board claims to
have heard from a significant amount of
providers that work directly with transgender
youth, I humbly request that the Board proves

```
 1        it.  Publish the providers that you have
 2        consulted with and spoken to about the outcomes
 3        of these patients who have received
 4        gender-affirming care and had positive
 5        outcomes.  I want to see.  Because, like,
 6        that -- I mean, these are providers.  You don't
 7        have to publish patient's data.  Show us who
 8        you've spoken to because I don't trust you
 9        right now.  I deserve to have that trust in my
10        doctors.
11             And right now, you know, unfortunately --
12        maybe I'm an adult, like, maybe I can access
13        this care now, but for all these children, you
14        are their doctors right now.  Because you're
15        gonna be able to take away what their doctors
16        can give them.
17             MR. CHAIR:  Thank you.
18             A. FOX:  Thank you.
19             MR. CHAIR:  Jeremy Rodriguez.
20             L. JOHNSON:  Good afternoon.  I'm going to
21        ask for some clarification because evidently
22        I've been misled my entire parenting journey.
23        I was told to love, protect, cherish, and make
24        informed, evidence-based decisions for and with
25        my children.  I have been told to seek medical
```

advice for health care.  Yet even when
evidence-based care is presented in favor of
keeping my children alive, healthy, happy and
whole, you are now asking doctors to go against
the very oath many of you have also sworn to,
an oath made to many deities.

One that is an ethical code that
prescribes beneficial treatment according to
your ability and judgment to refrain from
causing harm and hurt.  To live an exemplary
and personal and professional life.  So who
lied?  Them or you?  Why are the ones
practicing this oath in children now a target?
Where have you checked your own internal
biases?  Are you so fragile that the love,
acceptance and support of parents towards their
children's existence triggers your own wounded
inner child which is still traumatized by
conditioning of societal norms of decades past
leaving you in a disorganized and chaotic
attachment?

How can you sit as judge, jury, and
clearly executioners showing evident bias and
oppression creating a blatant violation of both
state and federal enumerated rights while

1    simultaneously claiming that you are not

2    throwing my children into the lion's den?

3    Ironically, the majority of personal financial

4    favorability or your club membership fee is in

5    direct contradiction to the parade that boosts

6    parental rights and medical freedom.  My

7    wrongdoing was assuming that I was capable of

8    making medical decisions for and with my

9    children and our doctors.  Instead, this board

10   of individuals who knows more about my children

11   intimately than I do, which is quite the feat

12   since none of you have ever met us.

13       Where were you, this board of 22

14   individuals, during the nights of

15   sleeplessness, tears, hard times, actual hard

16   parenting decisions?  Yet now is when you're

17   going to show up?  A time where I want my child

18   simply to want to exist versus being in grave.

19       Gender-affirming care is life-saving.

20   Your rejection shows that my children don't

21   matter.  Your words are lies.  Your compliance

22   to manufactured mass hysteria and fascist

23   totalitarian regime will not go against my

24   current five out of five success rate for

25   children who are thriving.  They are not

```
 1          surviving.
 2               MR. CHAIR:  Thank you.  Your time's up.
 3          Lauren Johnson.  That was Lauren Johnson?
 4          What happened to Jeremy Rodriguez?
 5          Okay.  Sorry.
 6          How about Alejondro Electra?  Did I say
 7          that right?  There you go.  Thank you.
 8          Alejondro Electra.
 9               A. ELECTRA:  -- because there honestly has
10          been a lot of repetition of the same facts that
11          the board doesn't care about because of a
12          variety of reasons, but I have a little -- I'll
13          read a little bit of this.
14               I first want to affirm that two spirit
15          trans, inner sex and queer life is sacred and
16          to thank our two spirit trans, inner sex, and
17          gender-nonconforming siblings, cousins, and
18          transesters who did and those of us who are
19          still here who continue to persist in resisting
20          imperialist, cristofascist monopoly of the
21          sacred, including over our own sovereign and
22          sacred bodies since Rome decided to divest from
23          following their great mother goddess Cybele and
24          her trans priesthood to instead wield the cross
25          as a sword.
```

PL012119

```
 1              All of the autonomy is a sacred right.
 2         And from birth in this society, we are stripped
 3         of our precious right in countless ways by
 4         ruling institutions, most often first by
 5         medical professionals who nonconsensually sex
 6         infants, including in the case of inner sex
 7         children with genitalia that you deem ambiguous
 8         nonconsensual surgeries that sometimes do not
 9         have full parental consent either, right.  The
10         infant doesn't give consent, the parent doesn't
11         give consent, but the medical body feels
12         totally fine doing genital surgeries on those
13         infants.  But here, where there is consent from
14         child, there is consent from parents, they
15         don't even allow for the -- for reversible
16         procedures like puberty blockers.
17              I -- genesi against us will never erase us
18         for we have existed since the beginning of our
19         human race and we will exist to its bitter end,
20         to such a time ever come.  Because all binaries
21         are false.  Everything exists on a spectrum.
22         To see gender and sex as binary is like
23         pretending that only high noon and midnight
24         exists while ignoring all the diversity of
25         expression outside of those two points of
```

1    reference.

2        All that passing restrictions to

3    gender-affirming care will assure more

4    preventable suicide that will be on your hands,

5    as has been said.  As is known.  It is known.

6    Of all who voted to make the lives of already

7    marginalized populations all the more difficult

8    instead of choosing to take on the karmic

9    baggage of effectively greenlighting euthanasia

10   for trans youth.  Why not side with human

11   rights and allow trans kids a better chance at

12   surviving in this world by following the models

13   by more -- by leading medical professionals the

14   world over from the countless listed as well as

15   international bodies, like the World Health

16   Organization?

17       You can't stop the tide.  We've always

18   been here.  You're just seeing us now because

19   of social media.  You can't stop the tide.  You

20   can hurt a lot of children if you prohibit

21   trans and gender-nonconforming youth from

22   accessing life-saving, gender-affirming care.

23   So I ask instead of instituting such backwards

24   policy, that this organization instead consider

25   respecting the lives of those who differ from

1    you.  Thank you.

2        **MR. CHAIR:**  Thank you.

3        **DR. DiPIETRO:**  So I believe Dr. Ackerman

4    said prior to my being tardy -- again, my

5    apologies -- that we have to conclude this

6    portion at 4 o'clock because the meeting's over

7    at 5:00 and we need a chance to deliberate.  We

8    have a hard 5:00 p.m. stop time today.

9        So the last three I picked were Sage

10   Whitaker, Hayden Bare, and Adriana Gonzales.

11       Okay.  I'll pick another three if they're

12   not here.  Okay.

13       They're here?  Okay.  Come on up.

14       **MR. CHAIR:**  And please identify yourself.

15       **H. BARE:**  Hi.  My name is Hayden Bare.  I

16   have worked with the queer community my entire

17   adult life and even before coming out.  I

18   realized when I was little that something was

19   different.  And if I had had the language that

20   the kids today have because of the Internet, I

21   would have identified as transgender much

22   sooner.  I would have told my parents that I

23   wanted to transition.  Instead, I had to figure

24   that out by myself.  But if I had had access to

25   this kind of care, I wouldn't have attempted to

1    take my life six separate times over a period

2    of two years.

3        I was institutionalized and hospitalized

4    numerous times just trying to get a grasp on my

5    gender.  And since coming out, since starting

6    to transition almost eight years ago, I haven't

7    been back.  I haven't been back to the

8    hospital.  I haven't been -- attempted suicide.

9    But because of DeSantis' policies, such as the

10   exclusion of gender dysphoria as a coverable

11   diagnosis under the State employees plan, I was

12   delayed in my transition.  I was delayed in

13   getting care that I needed and reverted back to

14   those days when I was a suicidal teenager

15   trying to figure out just how to live.

16       It is insane to me that this board, these

17   boards, are going against all major medical

18   associations saying that this care is

19   experimental because it is not.  There have

20   been decades of research on this information.

21   And the reason we don't have access to this

22   information is because of Nazi book burning in

23   Germany.  There was an entire library of

24   studies, information about the use of

25   gender-affirming health care.  The earliest

1  known transition-related surgeries happened in

2  the 18' and 1700s.  This is not new

3  information.  And it's not new considering we

4  give these treatments to cisgender children.

5  Why is it different that transgender children

6  who are just trying to live their lives and

7  survive don't get the same treatment?  Thank

8  you.

9      **MR. CHAIR:**  Thank you.

10      **A. GONZALES:**  Hi, medical board.  You're

11  selected to make ethical decisions on behalf of

12  Floridians.  We're here today to demand the end

13  of your foolishness of politicizing trans lives

14  by limiting care to trans youth.  Your actions

15  have consequences.  If you limit the right of a

16  parent and child to make medical decisions

17  regarding this, it is established and known in

18  medical and psychological literature that trans

19  children will suffer.  Their suffering, pain

20  and suicide will be on your hands.

21      You've heard parents begging for their

22  children's life and there have been children

23  here on a Friday begging you for their lives.

24  You indicated there were two varying sides from

25  the public comments.  I've heard none of those

PL012124

1    today.  And I beseech you, do not take the

2    words of ignorant trans phobes to have as much

3    weight in your arbitration than taking away the

4    rights of children.

5         You say that you can't move forward

6    because of lack of evidence and that is wrong,

7    too.  Speakers before me have laid this out for

8    you.  So do your due diligence.  And instead of

9    extrapolating and tell us what if and what this

10   may have happen, listen to the lived experience

11   of trans people.

12        To all trans people, you are loved.  You

13   belong.  And you deserve bodily autonomy and

14   you don't deserve to live in a world that

15   doesn't reject you.

16        If the rules can't be stopped by only

17   change, say medical intervention can't happen

18   unless the health standards of care are

19   followed, please make the right decision and

20   listen to trans people and those who love them.

21        **DR. DiPIETRO:**  I had called two names and

22   you didn't say who you were.  So I just need to

23   make sure I have the right name.

24        **A. GONZALES:**  Adriana Gonzales.

25        **DR. DiPIETRO:**  Thank you.  So is Sage

PL012125

```
 1        here?  Sage Whitaker?

 2             Okay.  I'll call whoever's at the top

 3        then.  Sophie Lamb.

 4             Okay.  Real quick.  Sophie, after you,

 5        we're going to take another ten-minute break

 6        before the Board starts their deliberations.

 7        Okay.

 8             S. LAMB:  Okay.  Since I'm going last, I

 9        know you've all heard a lot of people talk

10        today.  I just ask while I'm speaking, if you

11        be present minded in hearing me.  I know you

12        have dinner later.  I know you all have

13        families.  But please just listen as I speak.

14        I'd appreciate it.

15             My name is Sophie Lamb.  I'm here to show

16        my support of trans rights which are human

17        rights.  84 percent, 84 percent of transgender

18        individuals have considered suicide and

19        40 percent have attempted suicide.  Highest

20        among those numbers are those of trans youth

21        not just because of mental illness yet because

22        of the abuse and mistreatment they are shown

23        once coming out.  Denying anyone, especially

24        younger individuals, the right to health care

25        and gender-affirming care is not only
```

1    incredibly wrong, it is deadly.

2        Speaking from my own experience, I know

3    this to be true.  False narratives are spread

4    about the LGBTQIA+ community every day to fit

5    the agenda of hateful and spiteful people.  I'm

6    asking you today to not let the hate win.

7    Don't let the misguided words of people who

8    haven't begun to do research about what being

9    trans really means win.  If our doctors can't

10    do their jobs and health care rights are

11    further breached, hate does win.

12        I'm not asking anyone to disregard their

13    beliefs.  I'm asking for a moment to try to

14    gain some perspective.  Imagine if your child,

15    close friend, parent came to you and told you

16    they were trans.  Would you disregard them or

17    would you try to understand because you care

18    about them?  I will tell you right now, trans

19    people aren't going away.  Trans people are

20    here to stay and have been recorded as far back

21    as in Greek mythology and even more recently in

22    America as far back as the 16th and 17th

23    century.

24        I ask you today to ask yourselves, how

25    would you feel if you were denied care of your

1    gender or how you identify?  How does

2    restricting health care benefit anyone?  It

3    simply doesn't.  I plead with you to not let

4    the false narrative win and see we are only

5    here to prevent further casualties and to live

6    freely as we all should be allowed to.  Thank

7    you for your time.

8        **MR. CHAIR:**  Thank you.  So we're -- ten

9    minutes.  Restroom break, if need be, and then

10    we'll reconvene.  Thank you all.  Thank you all

11    for your comments.

12        (Recess.)

13        **MR. CHAIR:**  Thank you for all your time.

14    Just to kind of recap of where we are here

15    today.  This is a -- this is a formal rule

16    hearing that we had today.  And as I mentioned

17    earlier, we had six requests for this rule

18    hearing.  Of those six requests, two people

19    came.  One woman who spoke in opposition to the

20    rule, her name was -- let me find it here

21    again.  Was Simone Chriss, director of

22    Transgender Rights and Initiatives Southern

23    Legal Counsel.  She did not make any

24    recommendations for modifications to the rule,

25    just elimination of the rule.  And we also

heard from John Wilson, the general counsel of
the Florida Department of Health, who -- who
petitioned us or made request that there be a
modification of the Board of the Osteopathic's
rule -- be a modification of that to eliminate
the research exclusion.

So let's -- let's -- and then we heard
from the public.  And I think we heard from the
public for almost two hours of public.  And I
want to thank all of you who came today, both
in opposition to the rule and the few people
that came in support of the rule.  Thank you
for your passion and for your commitment and
for being here today.  I want to reassure you
that you all were heard and we've been
processing this for quite some time.

I want to remind you all that since our
last August and we've heard many, many comments
from many, many people and we've had lots of
time to process.  Within our packages today,
which all the board members have received and
have had plenty of chance to read, we had
hundreds of letters and comments to us from
people with all varied opinions of all varied
life experiences for us to, again, process.

PL012129

1          So taking that into its entirety, I'd like

2     to open the floor up to the board members from

3     both boards.  I think we should talk amongst

4     both boards together.

5          Anyone have any comments or observations

6     or suggestions?

7          Yes, Dr. Vila.

8          **DR. VILA:**  Mr. Chair, just if I may, just

9     because I think I'm probably the senior member

10    on this board and been involved in board issues

11    for the last 30 years, sitting here and seeing

12    these same kinds of situations.  And this is

13    difficult, members.

14         I was here 30 years ago with the --

15    surgery rule.  We had contentious meetings that

16    went till 11:00 p.m.  The sort of the milieu is

17    the same, those kinds of the same arguments.

18    It was about patient access to care to be able

19    to have surgeries, any surgery they wanted, any

20    situation they wanted, about physicians'

21    autonomy to be able to perform what they

22    thought was best for patients.

23         At the end of the day, we passed some

24    rules that again were popular.  But today, 30

25    years later, they've become the model for other

```
 1        states.  They've saved lives.

 2             Twenty years ago it was the opioid rule,

 3        same thing.  You know, every one of the

 4        national societies thought it was a good idea

 5        to give teenagers 90 Oxycontin to get their

 6        wisdom teeth out or for a sprained ankle.  And

 7        then what did we end up with?  We ended up with

 8        750,000 young people that became addicted to

 9        those opioids.  And at the time, everybody

10        thought it was a good idea.  Why should people

11        suffer pain?  They shouldn't have to suffer

12        pain.  I mean, you're -- you're so cruel that

13        you want people to suffer pain?  Well, it

14        was -- it's not that we wanted them to suffer

15        pain.  That wasn't what we wanted.  What we

16        wanted them is to not suffer the consequences

17        of an irreversible situation.

18             So the analogies are similar.  I'm sorry,

19        it's uncomfortable.  We're in an uncomfortable

20        situation.  I feel like there's a lot of the

21        public thinks I dislike them.  It's not that at

22        all.  Not at all.  But that's the way we're

23        being portrayed.  And it goes on even right

24        now.  I mean, you can't even -- you can't even

25        make a sincere comment.  And so it's hurtful to
```

PL012131

1    us because we volunteer hundreds of hours

2    reviewing the science, talking to physicians,

3    gathering the data, looking at studies, talking

4    to people around the country.

5        And if you -- if you don't allow this to

6    get distorted, this isn't about trans, about

7    homophobia, this isn't about politics, this is

8    about the -- this is about the information we

9    reviewed, the testimony we've listened to, and

10    the narrow set of circumstances in which we're

11    trying to protect the children given the

12    circumstances that we have, where there's not a

13    definition of this diagnosis and the use of

14    these medications that have irreversible

15    consequences.  So it's unfortunate.  It's not a

16    perfect -- it's not a perfect world that we

17    live in but we've got to make the best

18    situation that we can given the information we

19    have before us.

20        So this -- you know, again, the arguments

21    that have been made, that we listen to, we

22    really can't refute, there is no good data to

23    show that allowing these treatments will

24    protect against suicide.  There just isn't.

25    There isn't.

1            **MR. CHAIR:**  Please, please.  We're trying

2      to deliberate --

3            **UNIDENTIFIED SPEAKER:**  Please hold your

4      comments and let the board speak.

5            **MR. CHAIR:**  This is a board deliberation

6      now.

7            **UNIDENTIFIED SPEAKER:**  The board did not

8      interrupt you.  Please don't interrupt them.

9            **MR. CHAIR:**  Dr. Vila.

10            **DR. VILA:**  So just -- I just wanted to

11      give you that perspective from having been

12      here.  And I know the difficult situation

13      you're in.  And I appreciate that and I thought

14      maybe just having that perspective would help.

15      Thank you, Mr. Chairman.

16            **MR. CHAIR:**  Thank you, Dr. Vila.

17            Any other comments from any of the board

18      members?

19            Seeing that it's not, I'd like to

20      bifurcate the meeting now into two separate

21      meetings.  We have the Board of Medicine, the

22      Board of Osteopathic Medicine.  So we'll

23      just -- let's put the Board of Medicine alone

24      right now for a second.

25            So I call the Board of Medicine meeting to

1    order.  And I'd like to see if there's any --

2    after hearing everything that we heard today,

3    there's been requests for modifications to the

4    rules, requests to eliminate the rules.  Is

5    there any motion from any of the Board members

6    to make any sort of modification to our -- to

7    the rule that we've already proposed?

8         Seeing that there's none, I'll take a

9    motion for adjournment of the Board of Medicine

10   meeting.

11        **UNIDENTIFIED SPEAKER:**  Motion to adjourn.

12        **MR. CHAIR:**  Is there a second?

13        **UNIDENTIFIED SPEAKER:**  Second.

14        **MR. CHAIR:**  All those in favor.

15        (Members reply aye.)

16        **MR. CHAIR:**  Thank you.

17        **DR. DiPIETRO:**  And to echo Dr. Ackerman,

18   we'll call the Board of Osteopathic Medicine

19   to --

20        All right.  Same.  I'm going to shadow

21   him.  So we have the same similar situation on

22   our table.  We have a differing rule.  And so I

23   would ask if anyone has any motions to change

24   or modify the rule as it says currently.

25        Dr. Ducatel.

 1          **DR. DUCATEL:**  -- that I -- I motion that

 2     we remove the exemption to match the Board of

 3     Medicine.

 4          **DR. KIRSH:**  Dr. Kirsh, I second the

 5     motion.

 6          **DR. DiPIETRO:**  Okay.  So there's a motion

 7     on the table to remove the current verbiage of

 8     a research requirement in order to mirror the

 9     allopathics -- the Board of Medicine Allopathic

10     Medicine's rule, correct?  Did I hear that

11     right?

12          Okay.  That was a motion by Dr. Ducatel.

13     A second by Dr. Kirsh.  Any discussion?

14          Okay.  No discussion.  We have a motion

15     and a second.

16          All in favor, say aye.

17          (Members reply aye.)

18          **DR. DiPIETRO:**  Anyone opposed?

19          (No response.)

20          **DR. DiPIETRO:**  Motion carries unanimously.

21          I need a motion to adjourn Board of

22     Osteopathic Medicine.

23          **UNIDENTIFIED SPEAKER:**  So moved, Madam

24     Chairman.

25          **UNIDENTIFIED SPEAKER:**  Second.

1          **DR. DiPIETRO:**  Okay.  We have a motion and

2     a second.  Board is adjourned.

3          (Meeting adjourned.)

4                    *    *    *

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PL012136

```
1                    CERTIFICATE OF REPORTER

2

3

4    STATE OF FLORIDA

5    COUNTY OF LEON

6            I, Tracy Brown, certify that I was

7        authorized to and did stenographically

8        transcribe the foregoing audio-recorded

9        proceedings, and that the transcript is a true

10       and complete record of my stenographic notes.

11

12           Dated this 2nd day of November, 2023.

13

14

15    _____

16    TRACY BROWN
      Tallahassee, FL
17    Tbrown567@comcast.net

18

19

20

21

22

23

24

25
```