| | |
|---|---|
| **From:** | Terrell, Danielle |
| **To:** | Strickland, Bettye C; Vazquez, Paul |
| **Subject:** | Fwd: Statements for the Boards of Medicine and Osteopathic Medicine |
| **Date:** | Monday, November 7, 2022 1:48:28 PM |
| **Attachments:** | PastedGraphic-14.png |
| | Yaacov Sheinfeld FL Med Bd testimony 10.28.2022.docx |
| | Kiefel Testimony - final 11.04.2022.docx |

Cherise,

Please add these statements to the record for each meeting indicated below.

Thanks,

Danielle

Get Outlook for iOS

**From:** Vernadette Broyles <vbroyles@childparentrights.org>
**Sent:** Monday, November 7, 2022 1:08 PM
**To:** Terrell, Danielle <Danielle.Terrell@flhealth.gov>
**Subject:** Statements for the Boards of Medicine and Osteopathic Medicine

EXTERNAL EMAIL: DO NOT CLICK links or open attachments unless you recognize the sender and know the content is safe.

Hello Danielle,

Yaacov Sheinfeld, the father who wasn't able to finish his statement last Friday (10/28) at the joint Rules Committee meeting, would like to submit his statement in writing. Could we please include the attached as part of the record?

Also, Camille Kiefel, a detransitioner who came to full Board of Medicine and Board of Osteopathic Medicine meeting on Friday (11/4) but wasn't able to speak, would like to submit her statement to get into the record. It is attached.

Please let me know you know you received these and that you will be able to include these in the record for the 10/28 and 11/4 meetings.

Thank you very much,

Vernadette

Vernadette R. Broyles, Esq.
President and General Counsel

FDOH_000065015

Doe Pls' Trial Ex. 43



5805 State Bridge Rd., Suite G310
Johns Creek, GA 30097
770.448.4525
vbroyles@childparentrights.org
www.childparentrights.org

FDOH_000065016