**Gender Dysphoria Roundtable – Talking Points – Tallahassee, FL**
**July 8, 2022 9:00-11:00 am**

**Intro:**
- Introduce self. Provide background and education.
- Introduce experts in attendance:
  - Matthew Benson, MD
    - Board certified pediatric endocrinologist
  - Stella O'Malley, PhD (Zoom)
    - Psychotherapist, author, and founded GETA (gender exploratory therapy association).
  - Joseph Burgo, PhD (Zoom)
    - Therapist and member of GETA
- Introduce in-person members:
  - Chloe Cole – California
  - Sophia Galvin – Florida
  - Amy Atterberry – Florida
  - Wendell Perez – Florida
- Welcome all of the participants joining over Zoom

**Purpose:**
- In April of this year, the Florida Department of Health released guidance on the treatment of gender dysphoria in adolescence and young people.
- Many institutions and professional organizations take an eminence-based approach to these treatments, but we are committed to taking an evidence-based approach.
- This isn't just a meeting. This is a fact-finding mission and, most importantly, a conversation.
- I want to hear from you, directly.
- These stories matter, and we are here to listen.
- Some of these stories and topics will be difficult to hear and discuss, but everyone needs an opportunity to speak. .
- *Start with personal stories and get expert panelists involved.*

**Run of show:**
- *Start with in-person attendees: Chloe and Sophia. Allow 3-5 participants to tell their stories, and then pivot to an expert panelist (see below for example topics) to discuss data and allow the detransitioners and parents to have a "break" from hearing the personal experiences.*
  - Chloe, Sophia, Wendell
    - Stella O'Malley
  - Amy, Billy Burleigh, Erin Brewer, Richie
    - Dr. Benson
  - Abel, Alex, Forrest, Greta, Tish
    - Joe Burgo
  - [Leaving space to fill in tomorrow as we have participants log in]


- *Keep the conversation open, and remind the participants that they can raise their hand at any time to comment.*


**Experts and the evolution of "gender-affirming care."**
- Stella O'Malley – ask her to explain the rise in transgender identifying youth, how activists weaponize suicide, the ideas behind the "gender-affirming care" model, and alternatives to "gender-affirming care."
- Dr. Benson – ask about knowns and unknowns of medical intervention with puberty blockers and cross-sex hormone treatment models in children.
- Joe Burgo – ask about treatment models in the clinical setting and how gender exploratory therapy differs from "gender-affirming care."

**Conclusion:**

FDOH_000058615

Doe Pls' Trial Ex. 44

- Thank the participants for joining and let them know that we are here for them if they need anything.
- We hope this experience will allow us to provide the protection that they should have had before their trauma.
- Let them know that their stories will be provided to the Board of Medicine and that we will follow up to make sure their stories are told.