# Families

### Intro

Investments in our children are investments in our future. Children should have every opportunity to reach their full potential. Florida's initiatives further us as a state where families can thrive together, and kids can grow up safe and happy.

### Funding

**2022-2023**
Governor Ron DeSantis has approved:
**$25 Million -** to increase the child care supplement given to Florida foster parents.
**$360 Million -** to support permanency efforts in foster care.
**Tuition Exemptions -** expansion of tuition exemptions for kids in the child welfare system.

> **Commented [KW1]:** Need 4 year #s from DCF

### Maternal and Infant Health

Over the past four years, Florida has invested $308 million to prioritize and protect the health of mothers and infants, through:

- *Prenatal Care*
- *Healthy Pregnancy*
- *Nutrition and Risk Behavior*
- *Postpartum Care*
- *Breastfeeding Support*

### *Achievements*

- Florida met the national Healthy People 2020 benchmark by reaching 5.9 deaths per 1,000 live births.

> **Commented [ba2]:** Met or exceeded? Can we say: Florida exceeded the National Healthy People benchmark by reaching less than 6 deaths per 1,000 live births
>
> **Commented [KW3R3]:** yes. that is accurate.

- Florida is on track to achieve the 2030 milestone of 5 or less per 1,000.

- Florida's Nurse Family Partnerships have served over 7,500 first-time parents and accomplished record achievements:
  - 88% of babies born full term
  - 90% of mothers-initiated breast feeding
  - 94% of babies received all immunizations by 24 months

### *Highlights*

- Extended the Medicaid coverage period for postpartum women by 9 months, **up to 12 months** following delivery.

**Def_002874150**

Doe Pls' Trial Ex.

45

- Expanded **Florida Perinatal Quality Collaborative Initiatives** to all hospitals with labor and delivery services for mothers and babies to improve:
    o Hemorrhage,
    o Hypertension,
    o Neonatal opioid withdrawal, and
    o Family-centered care.

- Authorized the Florida Medicaid program to **reimburse for donor human milk** for hospital inpatient use.

Fatherhood

*18 million children in the United States live without a father in their home. This can lead to education limitations, crime or substance abuse. Florida's actions shine light on this fatherhood crisis.*

- **Record funding: $70 million**
    o Family and Youth Support
    o Educational Programs
    o Mentorship Programs
    o One-on-One Support
- For the **first time**, Florida's Healthy Start program dedicated **$4 million** for father engagement activities.

Let Kids Be Kids

- The State of Florida was the **first state** to release guidance from a health care agency recommending against gender affirming care for children experiencing gender dysphoria. This recommends against gender-reaffirming surgery, hormone therapy, and puberty blockers before the age of 18.
- AHCA released a report that found gender dysphoria treatments promoted by the Federal Government are not consistent with widely accepted professional medical standards and are **experimental and investigational** with the potential for harmful long term affects.

**Def_002874151**

## Seniors First

*Florida is home to the highest percentage of seniors in the nation.*

**Actions**
- Under Governor DeSantis, the State of Florida:
  - Serves 1.2 million seniors
  - Delivered **$37 million worth of** meals.
  - Opened **400 meal sites** for seniors.
  - **11 million meals on wheels** delivered to seniors.
  - Transportation to 1.9 million doctors' offices, shops, and senior centers.

**Highlights**
- Nearly **200,000** Elder Helpline Call Intakes
- **More than 1,512,027** hours of Adult Day Care provided

**Commented [KW4]:** These stats are from Elder, but not sure if they're all four years or not.

## Alzheimer's & Dementia

*Supporting Floridians suffering from Alzheimer's and dementia is an important part of caring for Florida's seniors. Florida is working to make sure that any Floridian effected by this terrible disease can access resources while also supporting innovative research to open doors for Alzheimer's and dementia patients.*

**Investments**
- Record $152.4 million for Alzheimer's Disease Initiatives over four years
- Increased funding for Community Care Programs by $22 million, to lead the least restrictive lives
- 60% increase in funding - $52.3 million - for Alzheimer's Disease Initiative Programs

**Actions**
- Florida launched the **first Alzheimer Center of Excellence** exclusively by a state government agency.
- Hired first Dementia Director serving Floridians statewide.
- **Delivered more than 3,000 pre-loaded MP3 players**
- **Delivered 9,000 therapeutic robotic pets**

**Facts**
- 17 Memory Disorder Clinics, the most of any state.

Def_002874152

## COVID-19

*Florida led the nation's COVID-19 response. While many states relied on lockdowns, Governor DeSantis did not. Florida's COVID-19 strides always focused on innovation and data, not fear.*

### Vaccination and Treatment

- Prioritized Seniors First in COVID-19 vaccine roll-out.
- Offered one million rapid tests to long-term care facilities.
- **250,000** Medicaid members vaccinated.
- 65+ age group has the **highest vaccination rate of nearly 95%.**
- Distributed 750 tablets statewide through the one-of-a-kind Project VITAL to combat social isolation.
- **First state in the nation** to develop a statewide free monoclonal antibody treatment network – treating 300,000 Floridians in 9 months.
- Governor DeSantis **rejected and outlawed vaccine mandates** in Florida.
    - **No vaccine mandates** for employees in government and public education.
    - **Protects parental choice** on masks, vaccines, and quarantine.
    - **Prohibits** Private Employer COVID-19 vaccine mandates, fines violators.
    - **Banned** Government entities and educational institutions from requiring COVID-19 passports.

Def_002874153

## Cancer

*Florida continues to invest and collaborate with cancer centers to expedite innovation in cancer research and care throughout the state of Florida.*

*Florida has invested $820 million over four years to support cancer research and care for the most vulnerable at Florida's National Cancer Institute Cancer Centers.*

- There's an average of **115,000** new cancers diagnosed and reported each year to the statewide cancer registry, the Florida Cancer Data System.
- Florida is home to **2 of the 11 National Cancer Institute Designated Cancer Centers in the country**, and one additional center pending designation.
- Launched Florida Cancer Connect, a centralized resource hub for patients, survivors, and caregivers facing this deadly disease.

Tobacco Free Florida
- In the last 16 years, the Florida adult smoking rate has decreased from was 21 percent to 14.7 and the youth smoking rate had a **90 percent decrease**, from 10.6 percent to 1.1.

**Def_002874154**

## Mental Health

*Florida ensures residents have mental health resources at their fingertips through funding community-based agencies and local authorities and raising public awareness to promote strong and economically self-sufficient individuals and families through recovery.*

- Florida offers one of the largest networks of support for suicide crisis and emotional distress through Lifeline Centers.
    - Florida is one of only five states in the nation with more than 10, only 29 states have at least one Lifeline Center.
    - Florida supports **152,732 adults and 34,620 children** through Community Mental Health Services.
    - **Historic funding of $4.9 million** in supplemental block grant dollars have been directed towards suicide prevention services.
- Florida invests over **$18 million** annually in 24/7 Mobile Response Teams to provide on-demand crisis intervention services to avoid hospitalization and Baker Acting.
    - **81% diversion rate** to avoid the need for intense behavioral health services during 2021-2022.
    - This results in a potential cost savings of **$35 million.**

**Commented [ba5]:** THIS IS A NOTE TO SELF: why? baker acts specifically? is there one treatment?

### Substance Use Prevention
*The Department of Children and Families provides treatment for substance abuse through a community-based provider system that offers detoxification, treatment and recovery support for adolescents and adults affected by substance misuse, abuse or dependence.*

*Since Governor DeSantis took office, there has been $1.45 billion in funding allocated to substance use disorder treatment programs.*

### Responding to Overdose
- **Helping Emergency Responders Obtain Support (HEROS)** is a Florida health program that provides free naloxone to emergency response agencies – over **456,922** doses provided to **358** emergency response agencies in Florida.
- Florida has launched

## Protecting Florida's Most Vulnerable
### Florida's Uniquely Gifted
- Florida provides services to more than **58,000 Floridians** living with disabilities.
- 47,137 Floridians with disabilities live in their own or family home and 11,027 residing in group homes.
- For the first time ever, Florida dedicated over $2 billion to serve Floridians with disabilities.

- **Supports over 1,330 individuals with disabilities to find independence through the workforce.**
- 98% of families satisfied with the CMS care management program.

## Protecting Life

- Florida prohibited physicians from performing an abortion once the unborn child reaches **15 weeks.**
- Florida affirmed the constitutionality of Florida's **24-Hour Waiting Period** for Abortions.
- On-site surveys were conducted at every licensed abortion clinic and found that **15 clinics** were out of compliance.
- An Emergency Suspension Order was issued against American Family Planning - an Abortion Clinic - the **first time in Florida history** this action was taken against and implement the largest fine against an abortion clinic in Florida history **$343,200.**

## Health Care

- In FY 2020-2021, over **120,00 applicants** were licensed to deliver health care services, **81 percent** of those practitioners were licensed within one business day.
- Florida has provided rewards for health care workers to provide care in underserved areas through the Medical Education Reimbursement and Loan Repayment Program.
    - LPNs, RNs, APRNs, PAs, and Physicians can all receive money for student loan payments (From $4,000-$20,000) with proof of practice in designated areas.
- A **$1.35 million grant** was earned to implement Fast Healthcare Interoperability Resource Software into the vital statistics electronic death registration system, to exchange health care information electronically.
- Repealed Florida's antiquated **certificate of need laws** for hospitals, allowing health care providers to freely enter the marketplace.
    - Since this repeal, Florida has received over **30 notices of intent** to construct new hospitals. Florida has been approved for an additiona**l $2.3 billion** in budget authority to establish two new supplemental payment programs to support hospitals in providing high quality care.
- **Historic No Patient Left Alone Act** to ensure Floridians can visit their loved ones.

Recruitment and Retention

- **Personal care attendant program**

*+ Temporarily* created to assist with the pandemic --> *Permanent* to allow nursing homes to employ individuals as noncertified assistants while obtaining on the job training necessary to become a CNA.

**Def_002874156**

Def_002874157