| | |
|---|---|
| **From:** | Michael Laidlaw MD |
| **To:** | Strickland, Bettye C |
| **Cc:** | Vazquez, Paul |
| **Subject:** | RE: 10/28/22 Workshop Information |
| **Date:** | Tuesday, October 25, 2022 9:43:57 AM |
| **Attachments:** | Presentation Gender short - M.Laidlaw- FL.pptx |

EXTERNAL EMAIL: DO NOT CLICK links or open attachments unless you recognize the sender and know the content is safe.

Dear Mr. Vazquez and Cherise,

I have attached a PowerPoint of slides that I would like to present with my discussion on Friday. Thank you.

Michael K. Laidlaw, MD
Endocrinology, Diabetes, and Metabolism
5180 Grove St.
Rocklin, CA 95677
Ofc: 916-315-9100
Fax: 916-315-0141
www.drlaidlaw.com

------- Original Message -------
On Tuesday, October 18th, 2022 at 1:11 PM, Strickland, Bettye C <Bettye.Strickland@flhealth.gov> wrote:

> Thank you!
>
>
>
> **From:** Michael Laidlaw MD <mike@drlaidlaw.com>
> **Sent:** Tuesday, October 18, 2022 3:52 PM
> **To:** Strickland, Bettye C <Bettye.Strickland@flhealth.gov>
> **Cc:** Vazquez, Paul <Paul.Vazquez@flhealth.gov>
> **Subject:** RE: 10/28/22 Workshop Information
>
>
> You don't often get email from mike@drlaidlaw.com. Learn why this is important
> EXTERNAL EMAIL: DO NOT CLICK links or open attachments unless you recognize the sender and know the content is safe.
>
> My apologies Cherise. Hopefully the attached works better.
>
> Thanks.
>
> -MKL
>
>
> ------- Original Message -------
> On Tuesday, October 18th, 2022 at 12:41 PM, Strickland, Bettye C <Bettye.Strickland@flhealth.gov> wrote:
>
>
>> Dr. Laidlaw,

FDOH_000064667

Doe Pls' Trial Ex.

49

Thank you for the email.  I am unable to open the CV attachment you sent, the materials attachment opened correctly.


Please resend another copy of your CV, I will advise you if there is a continued issue.



*Cherise Strickland*

Program Operations Administrator

Department of Health

Division of Medical Quality Assurance

Board of Medicine

4052 Bald Cypress Way, Bin C03

Tallahassee, FL 32399-3256

Website: www.flboardofmedicine.gov

☎ **Office:**  (850) 245-4132  🖨 **Fax:**  (850) 488-0596


**Mission:**  To protect, promote and improve the health of all people in Florida through integrated state, county and community efforts.

**Vision:**    To be the healthiest State in the Nation

**Purpose:**  To protect the public through health care licensure, enforcement and information

**Focus:**    To be the Nation's leader in quality health care regulation

**Values:**    I.C.A.R.E.  (Innovation, Collaboration, Accountability, Responsiveness, Excellence)


*Florida has a very broad public records law. Most written communications to or from state officials regarding state business are public records available to the public and media upon request. Your email communication may therefore be subject to public disclosure.*


*Note: Board staff cannot provide legal advice, anyone seeking legal advice is advised to consult with a licensed attorney with appropriate experience.*


**How am I communicating?   Contact my supervisor, Paul Vazquez, J.D., Executive Director at Paul.Vazquez@flhealth.gov.**

FDOH_000064668

**From:** Michael Laidlaw MD <mike@drlaidlaw.com>
**Sent:** Monday, October 17, 2022 8:42 PM
**To:** Vazquez, Paul <Paul.Vazquez@flhealth.gov>
**Cc:** Strickland, Bettye C <Bettye.Strickland@flhealth.gov>
**Subject:** Re: 10/28/22 Workshop Information

You don't often get email from mike@drlaidlaw.com. Learn why this is important

EXTERNAL EMAIL: DO NOT CLICK links or open attachments unless you recognize the sender and know the content is safe.

Hello Mr. Vasquez,

I have attached my CV and also a pdf of materials for the board to review regarding my views on this topic. I hope that the board will have a chance to view these materials as they contain explanatory information as well as visuals.

I will be selecting some of the slides to use as a part of my 10 minute presentation and will get them to you in PowerPoint form as soon as possible.

Thanks very much.

Michael K. Laidlaw, MD

Endocrinology, Diabetes, and Metabolism

5180 Grove St.

Rocklin, CA 95677

Ofc: 916-315-9100

Fax: 916-315-0141

www.drlaidlaw.com


------- Original Message -------
On Friday, October 14th, 2022 at 12:26 PM, Michael Laidlaw MD <mike@drlaidlaw.com> wrote:


> Thank you very much for that information Mr. Vasquez. I will get you
> my CV and my PowerPoint as soon as I can.
>
> Additionally, I want to inform you that I testified as an expert witness for

the defense two days ago by zoom in Florida Federal court. This is a case involving FL Medicaid reimbursement for hormones and surgeries for kids and adults with gender dysphoria. The judge denied the plaintiffs' motion for a preliminary injunction.

Here is the case info:
AUGUST DEKKER, et al., Plaintiffs, v. SIMONE MARSTILLER, et al., Defendants. Case No. 4:22-cv-00325-RHMAF. 3 October 2022.

Best regards,

Michael K. Laidlaw, MD

On Fri, Oct 14, 2022 at 8:59 AM, Vazquez, Paul <Paul.Vazquez@flhealth.gov> wrote:

Dr. Laidlaw:

As you are making your travel plans, I want to avoid any confusion. Unfortunately, neither the Department of Health nor the Board of Medicine is authorized to pay any travel expenses incurred by subject matter experts participating in person at the workshop on 10/28/22. Additionally, hotel reservations will not be automatically made for you. You may, however, be able to benefit from a reduced hotel rate if the window is still open for you to receive the Board's block room rate – we are waiting for confirmation on this issue.

We anticipate that each presenter will have up to 10 minutes to make a presentation to the Committee. The full length of the panel discussion is uncertain, however, and will depend on the questions presented by the Committee and the discussions that ensue between the Committee and the subject matter experts. Audiovisual resources will be available via computer at the meeting. In that regard, please provide us with any presentation materials you have as soon as they are available in advance of the workshop so they can be uploaded to the computer and published in the meeting materials. In addition, please provide us with a current CV.

If you have any questions or concerns, please let me know.

Paul

**Paul A. Vazquez, J.D.**

**Executive Director**

**Florida Board of Medicine**

FDOH_000064670



**Florida Department of Health**

4052 Bald Cypress Way | Bin C-03

Tallahassee, FL 32399-3253

Phone: 850-245-4130

**Mission: To protect, promote and improve the health of all people in Florida through integrated state, county and community efforts.**

**PLEASE NOTE: Florida has a very broad public records law.  Most written communications to or from state officials regarding state business are public records available to the public and media upon request.  Your e-mail communications may therefore be subject to public disclosure.**

FDOH_000064671