| | |
|---|---|
| **From:** | Patrick Hunter |
| **To:** | Paul Vazquez |
| **Cc:** | David Diamond |
| **Subject:** | Rittakertuu Kaltiala |
| **Date:** | Friday, September 16, 2022 8:18:00 AM |
| **Attachments:** | Kaltiala R short introduction.docx |
| | ATT680814.htm |
| | Kaltiala_publications_body sexuality and gender identity related topics.pdf |
| | ATT680817.htm |

EXTERNAL EMAIL: DO NOT CLICK links or open attachments unless you recognize the sender and know the content is safe.

Paul,

I met with Ritta Kaltiala this morning via Zoom. I have known her for over year now, and we meet regularly. She and I conducted an ethics conference on this issue at Nemours in December 2021. She is a child and adolescent psychiatrist, and was instrumental in standing up the Finnish youth transition clinics, and subsequently instrumental is severely restricting these in 2020, due to the harms seen. She is very well published in this area. Her bio and CV are attached.

She wants to submit something to the Florida Board of Medicine, but would like it to be formally requested. This is due to cultural and political issues in her country surrounding this issue.

Is that something I can request as a board member, or would that be better coming from you or Dr. Diamond?

Her email address is riittakerttu.kaltiala@tuni.fi.

Thank you.

Patrick

FDOH_000030560

Doe Pls' Trial Ex.
51

| | |
|---|---|
| From: | Patrick Hunter |
| To: | Paul Vazquez |
| Subject: | Dr. Riittakerttu Kaltiala--SME |
| Date: | Sunday, October 16, 2022 10:31:02 AM |
| Attachments: | Kaltiala R short introduction.docx |
| | ATT412432.htm |
| | Kaltiala_publications_sexuality and gender identity related topics.doc |
| | ATT412432.htm |
| | Kaltiala--PreProof-Psychopath.pdf |
| | ATT412432.htm |

EXTERNAL EMAIL: DO NOT CLICK links or open attachments unless you recognize the sender and know the content is safe.

Paul,

Riitta Kaltiala has agreed to present remotely from Finland as an expert at the workshop on October 28. She may well be the most published person in the world on this topic, after the Dutch. Please see her CV and bio, that are attached. Also her most recent paper that is soon to be published is attached in prepublication form. I would suggest this paper be added to the public record.

Her email for an invitation is riittakerttu.kaltiala@tuni.fi.

I sent you the list of SME last week. Please update me on your response from them.

Patrick