**From:** Vazquez, Paul
**To:** Patrick Hunter
**Subject:** RE: Workshop
**Date:** Tuesday, September 13, 2022 4:07:19 PM

Dr. Hunter:

Thank you for your feedback. I did watch Laura's video. Thank you for sharing it.

Paul



**Paul A. Vazquez, J.D.**
Executive Director
Florida Board of Medicine
Florida Department of Health
Phone: 850-245-4130

PLEASE NOTE: Florida has a very broad public records law. Most written communications to or from state officials regarding state business are public records available to the public and media upon request. Your e-mail communications may therefore be subject to public disclosure.

**From:** Patrick Hunter <patrickhuntermd@gmail.com>
**Sent:** Monday, September 12, 2022 4:47 PM
**To:** Vazquez, Paul <Paul.Vazquez@flhealth.gov>
**Subject:** Re: Workshop

EXTERNAL EMAIL: DO NOT CLICK links or open attachments unless you recognize the sender and know the content is safe.

Paul,

The only ones I know who provide care for gender dysphoria youth in Florida are affirmative and transition kids. I know of two in Jacksonville who used to do puberty blockers, did not like what they saw, want to stop, but are getting pressure to continue from their employer. That group may be submitting a letter of concern. But people fear they will be ostracized and lose jobs for speaking out.

It is a highly charged atmosphere as you know. Because of that we fail to focus on evidence, efficacy and ethics. But rather ideology, in my opinion.

Did you see the video I sent you from Laura?

Patrick

On Mon, Sep 12, 2022 at 3:25 PM Vazquez, Paul <Paul.Vazquez@flhealth.gov> wrote:

> Dr. Hunter:
>
> To follow up on our conversation today, please encourage anyone you think would have meaningful and relevant input into the rulemaking process to participate in the upcoming joint

FDOH_000030376

Doe Pls' Trial Ex. 54

rulemaking workshop. As we discussed, the submission of written statements and scholarly articles is a viable alternative to making a personal appearance at the workshop. The email address for written submissions is BOMPublicComment@flhealth.gov. And remember that Board rules allow for the use of pseudonyms.

With regard to presenters, are you aware of any Florida licensed pediatricians, endocrinologists, or mental health professionals who practice in this state and provide treatment to gender dysphoric children and adolescents that you believe would be willing to speak at the workshop? Please let me know.

Please let me know if you have any questions or concerns.

Paul



**Paul A. Vazquez, J.D.**
**Executive Director**
**Florida Board of Medicine**
**Florida Department of Health**
4052 Bald Cypress Way | Bin C-03
Tallahassee, FL 32399-3253
Phone: 850-245-4130

Mission: To protect, promote and improve the health of all people in Florida through integrated state, county and community efforts.

PLEASE NOTE: Florida has a very broad public records law. Most written communications to or from state officials regarding state business are public records available to the public and media upon request. Your e-mail communications may therefore be subject to public disclosure.