**From:** Patrick Hunter
**To:** Vazquez, Paul
**Subject:** Fwd: My Breasts Were a Scapegoat
**Date:** Monday, September 12, 2022 2:02:16 PM

EXTERNAL EMAIL: DO NOT CLICK links or open attachments unless you recognize the sender and know the content is safe.

I know Laura, and spoke to her this past week. She just posted this video yesterday. She wants to be heard, but can't speak publicly due to the effects a hostile crowd would have on her emotionally. But these are the stories that need to be heard.

Begin forwarded message:

**From:** Laura from  Funky Psyche  <funkypsyche@substack.com>
**Subject: My Breasts Were a Scapegoat**
**Date:** September 12, 2022 at 6:19:15 AM CDT
**To:** patrickhunter@mac.com
**Reply-To:** Laura from  Funky Psyche <reply+17g9ip&gnlqq&&58d805f076fef70cdb7cba075c551b631ca5b4302ed182657c9a18b25fa20f35@mg1.substack.com>

Open in app

FDOH_000030366

Doe Pls' Trial Ex.
**55**



# My Breasts Were a Scapegoat

Video Essay on Trans Mastectomy from a Trauma Survivor and Detrans Perspective



Laura

Sep 12

Here is a video essay I recorded in spring, 2022. It was just the usual night for me, hanging out nude in my hot little apartment as I processed over a decade of

complex trauma, I once again found my mind turning to my body and the reality I live with of having my breasts surgically removed when I was 20 and suicidal, thinking it would help relieve "gender dysphoria", which it did not.

This video essay describes the vulnerably and depressing reality our young women and girls face when they attempt to relieve mental health issues through gender-affirming surgery, as whatever body parts they happened to project onto, in my case, my breasts, acted as scapegoats, and as any trauma survivor knows, the body keeps the score.



You're a free subscriber to *Funky Psyche*. For the full experience, *become a paid subscriber.*



