

## Gender Affirming Guidance Event
TBD

**EVENT INFORMATION**
**Principals:**          THE GOVERNOR
**Indoor/Outdoor:**      TBD
**Format:**              Press Conference
**Press:**               Open
**Visual:**              Podium, rally style
**Attire:**              Business
**Podium**:              Yes

**Press Plan:**
- Open, Press Conference

**POTENTIAL PARTICIPANTS**
- **Dr. Joe Ladapo – State Surgeon General**
- **Abigail Shier – Author of Irreversible Damage**
    - Abigail Shrier is an award-winning journalist and best-selling author of *Irreversible Damage: The Transgender Craze Seducing Our Daughters* (2020) which where she dug into the trans epidemic, talking to the girls, their parents, and the counselors and doctors who enable gener transitions, as well as to detransitioners. She is a graduate of Columbia College, University of Oxford, and Yale Law School, her work regularly appears in the Wall Street Journal, Newsweek, and other publications and currently lives in California.
- **Doctor/Child Psychologist**
    - Potential Options
        - **Dr. Lisa Littman**
            - Dr. Littman is a physician-scientist whose research is focused on gender dysphoria, the experiences of people who desist (or re-identify) after identifying as transgender, and people who detransition after gender transition. She is known for coining the phrase, "rapid-onset gender dysphoria" (also called ROGD) to describe a phenomenon that has been observed by clinicians and parents, and has been acknowledged by several detransitioners. Currently, ROGD is not a formal diagnosis. However, the evidence supporting the ROGD hypotheses has increased since the 2018 publication of the research. Read more here
- **Detransitioner**
    - Potential options
        - **Cat Cattinson – identified by DOH**

1

EOG_000519

Doe Pls' Trial Ex. 56

## Gender Affirming Guidance Event
TBD

- https://www.theepochtimes.com/detransitioner-denounces-gender-affirming-care_4385589.html
- Cat Cattinson did a recent interview with Epoch Times (above). She identified as trans as a child but now accepts her biological sex. She has many regrets about transitioning. She spoke in opposition to a bill In the California legislature which would require health care providers to compel staff and contractors to complete training on gender-affirming care.
- **Parent**
    - Potential Options
        - **January Littlejohn**
            - January Littlejohn spoke at the press conference for HB 1557 – Parental Rights in Eduction. She is a licensed mental health counselor.  Without her consent, knowledge or input, her daughter was being given gender affirming therapy at school. This only came to light after January's daughter disclosed to her parents that she was being questioned by the school on her preferred pronouns.

## **TOPLINE MESSAGING**

- Due to the lack of conclusive evidence to support gender affirming care in young people, DOH is issuing guidance as follows:
    - Social gender transition should not be a treatment option for children or adolescents.
    - Anyone under 18 should not be prescribed puberty blockers or hormone therapy.
    - Gender reassignment surgery should not be a treatment option for children or adolescents.
- Recent guidance from the U.S. Department of Health and Human Services is dangerous to our kids and not based in science.
- Children and adolescents should be provided social support by peers and family and seek counseling from a licensed provider.

2

EOG_000520