Document ID: 0.7.322.12676-000001

Revised invoice
received 8/11/22

11 August, 2022

Invoice # 103

In the matter of speaking before the Florida Medical Board about the Florida AHCA Generally Accepted Professional Medical Standard on Gender Dysphoria

Vendor- Van Meter Pediatric Endocrinology, P.C.  TIN- 81-0618945

Dates of service- 8/5/2022

**Itemization for Services Provided**

| | |
|---|---|
| Travel reimbursement (see attached travel voucher) | $895.02 |
| 1 day out of office @ $3500,00 (10 hours) | $3500.00 |
| **Total compensation due** | ~~$3,500.00~~ $4,395.02 |

I certify that all costs and fees claimed for payment are accurate and were performed in furtherance of the Agreement between Van Meter Pediatric Endocrinology, P.C. and the Agency for Health Care Administration

Quentin L. Van Meter, M.D.
Pediatric Endocrinologist

AHCA0295622
**Def_000286709**

**Doe Pls' Trial Ex. 58**