**CONFIDENTIAL**

| | |
|---|---|
| **From:** | Kelly Jefferson, Savannah |
| **Sent:** | Wednesday, June 29, 2022 10:59 AM EDT |
| **To:** | Fenske, Taryn M. |
| **Subject:** | Event Ideas |
| **Attachments:** | Event Ideas.docx |

Working document!

**Savannah Kelly Jefferson**
Director of External Affairs
Governor Ron DeSantis
850-508-1021

EOG_005282

Doe Pls' Trial Ex.
**61**

**LIST OF POTENTIAL EVENTS**

<u>Open Timing:</u>

- **Job Growth Grant Funds**
    - City of Marathon
    - Lee County Port Authority
    - Manatee Technical College
    - Polk State College
    - Tallahassee Community College
    - Town of Welaka

<u>Legislative Priorities:</u>

- **Defamation**
- **Abortion restrictions**
- **Physicians' rights** – free speech and right to conscience
- **Second Amendment Rights** -- broaden constitutional carry protections and modify/reevaluate Florida red flag laws to ensure constitutional due process
- **Tax relief** – additional homestead exemptions; property tax relief; elimination of the corporate lease tax; toll relief
- **Infrastructure** – targeted program to reduce Florida congestion; freight and logistics plan to prioritize infrastructure development that reduces the cost of intrastate shipping; core projects to facilitate manufacturing
- **Education** – broader school choice / ESA ideas; Florida education finance program
- **Teachers** – another round of teacher bonuses; recruitment bonuses for veterans, retired police and firefighters ("Florida heroes") to become teachers
- **Law enforcement bonuses** – renewed
- **Higher education** – trustee and President accountability for State University System Institutions
- **Environmental water project work program** – similar to DOT's work program
- **China** – prevent Florida public entities from receiving funds from the CCP; prohibit Florida government entities from procuring CCP-owned or subsidized products or services; direct SBA investment managers to cease accumulating investments in China & develop a divestment strategy for existing investments
- **Banning ESG Investing –** prohibit state pension managers from investing in ESG-focused funds
- **Woke Banking** – clarify that discriminatory banking based on political views and activities violates Florida's consumer protection laws
- **Eliminating bureaucracy** – agency consolidation and cabinet reform; elimination of unnecessary boards and commissions; review of special districts
- **Block chain** – allow for all state fees to be received through crypto currency; targeted block chain pilot re: transaction validation
- **Child protection / gender dysphoria** – impose statutory liability on big pharma and physicians facilitating gender transitions of minors; impose medical licensing requirements that sanction gender mutilating surgeries; prohibit licensing of Florida businesses that facilitate drag shows and other lewd activities or entertainment that

*\*Ones in red have not been added to the draft event schedule*

**LIST OF POTENTIAL EVENTS**

- **Workforce housing** – implement sales tax exemptions for construction materials used in affordable housing; fast track permitting processes for qualifying projects; require housing impact analyses for local ordinances that add cost to construction
- **Florida Bar Reforms** – reevaluate accreditation of Florida law schools, years of law school, and bar exam requirements
- **State Guard** – codify the guard and beef up resources
- **Immigration** – private right of action to compensate individuals and their families for death or harm caused by an undocumented immigrant; revise Florida's human smuggling statute to provide for the prosecution of the smuggles; increase law enforcement resources

**July 2022:**

- Special Olympics Reception
- TANF Checks for Back-to-School (DCF)
- Opioid Pilot (DOH)
- EAA Reservoir (DEP & SFWM)

**August 2022:**

- Native American Month Contest Roll-Out

**September 2022:**

- First Responder Checks (DEO)
- Bright Futures Promotional Roll-Out (Lottery)

**October 2022:**

- Gas Tax Holiday
- Diwali Reception
- Special Olympics Florida Games
- Hispanic Heritage Month Reception

**November 2022:**

- Native American History Month Reception

**December 2022:**

- State Leaders Holiday Reception
- EOG/OPB Holiday Reception
- Hannukah Reception

**Need Clarification:**

- Citizenship Test Results
- Immigration Relocation
- Vaccine Roundtable
- Reedy Creek/Disney

*Ones in red have not been added to the draft event schedule*