| | |
|---|---|
| **From:** | Strickland, Bettye C |
| **To:** | Terrell, Danielle |
| **Subject:** | RE: Updated agenda |
| **Date:** | Wednesday, October 19, 2022 1:09:56 PM |
| **Attachments:** | 10282022 Rule Workshop Agenda .docx |
| | 10282022 Rule Workshop Agenda .pdf |
| **Importance:** | High |

Updated/removed -
- Detransitioner Testimony

**From:** Terrell, Danielle <Danielle.Terrell@flhealth.gov>
**Sent:** Wednesday, October 19, 2022 12:47 PM
**To:** Strickland, Bettye C <Bettye.Strickland@flhealth.gov>
**Subject:** Updated agenda

Cherise,

Can you send me the updated agenda once you get it changed?

Thanks,

*Danielle Terrell*
*Executive Director*
*Department of Health | Division of Medical Quality Assurance | Bureau of Health Care Practitioner Regulation*
Boards of Osteopathic Medicine, Massage Therapy, Acupuncture, Speech Language Pathology and Audiology, and Council of Licensed Midwifery
4052 Bald Cypress Way Bin C-06
Tallahassee, FL 32399-1708
*Phone:  (850) 245-4162*



FDOH_000035598

Doe Pls' Trial Ex. 64