**From:** Vazquez, Paul
**To:** Strickland, Bettye C
**Subject:** Appearance Form
**Date:** Wednesday, November 2, 2022 3:05:39 PM
**Attachments:** Appearance Request Forms (Workshop) 9-20-22.docx



**Paul A. Vazquez, J.D.**
Executive Director
Florida Board of Medicine
Florida Department of Health
4052 Bald Cypress Way | Bin C-03
Tallahassee, FL 32399-3253
Phone: 850-245-4130

Mission: To protect, promote and improve the health of all people in Florida through integrated state, county and community efforts.

PLEASE NOTE: Florida has a very broad public records law. Most written communications to or from state officials regarding state business are public records available to the public and media upon request. Your e-mail communications may therefore be subject to public disclosure.

FDOH_000045008

Doe Pls' Trial Ex.
66

# APPEARANCE REQUEST FORM

**Florida Boards of Medicine and Osteopathic Medicine**
**Joint Rules/Legislative Committee**

**TAB 1 - Proposed Rulemaking on Standard of Care for Gender Dysphoria**

| |
|---|
| **Name:** |
| **Address (optional):** |
| **Telephone Number (optional):** |
| **Email Address (optional):** |
| **Affiliation or Organization (if any):** |
| **I am:** ☐ **In Support of Rule**    ☐ **In Opposition to Rule**    ☐ **Neutral** <br><br> ☐ **I wish to speak** <br><br> ☐ **I DO NOT wish to speak** |

# APPEARANCE REQUEST FORM

**Florida Boards of Medicine and Osteopathic Medicine**
**Joint Rules/Legislative Committee**

**TAB 1 - Proposed Rulemaking on Standard of Care for Gender Dysphoria**

| |
|---|
| **Name:** |
| **Address (optional):** |
| **Telephone Number (optional):** |
| **Email Address (optional):** |
| **Affiliation or Organization (if any):** |
| **I am:** ☐ **In Support of Rule**    ☐ **In Opposition to Rule**    ☐ **Neutral** <br><br> ☐ **I wish to speak** |

## APPEARANCE REQUEST FORM

☐ **I DO NOT wish to speak**

FDOH_000045010