| | |
|---|---|
| **From:** | Redfern, Jeremy T |
| **To:** | ONeil, Tyler |
| **Subject:** | Re: Fox News Media Request: Chloe Cole testimony, backstory |
| **Date:** | Sunday, July 10, 2022 6:16:46 PM |

Perfect. Thanks!

Jeremy Redfern
Press Secretary
Florida Department of Health
850-445-3260

> On Jul 10, 2022, at 4:44 PM, ONeil, Tyler <Tyler.ONeil@FOX.COM> wrote:
>
> EXTERNAL EMAIL: DO NOT CLICK links or open attachments unless you recognize the sender and know the content is safe.
>
> Thanks for clarifying. I know the events are separate.
>
> "I really didn't understand all of the ramifications of any of the medical decisions that I was making," Chloe Cole, 17, said at a public hearing Friday. She said she was medically transitioned from ages 13 to 16, taking so-called puberty-blocking drugs and testosterone, and undergoing surgery to remove her breasts at age 15. "I was unknowingly physically cutting off my true self from my body, irreversibly and painfully."
>
> "I don't know if I'll be able to fully carry a child, and I might be at increased risk for certain cancers, mainly cervical cancer," Cole said in a separate private meeting with Florida Surgeon General Joseph Ladapo Friday, footage of which Ladapo posted on Twitter Sunday. "And because I do not have my breasts, … I am not able to breastfeed whatever future children I have."
>
> "That realization, actually, was one of the biggest things that led to me realizing that this was not the path that I should have taken," Cole added.
>
> ---
>
> **From:** Redfern, Jeremy T <Jeremy.Redfern@flhealth.gov>
> **Sent:** Sunday, July 10, 2022 5:43 PM
> **To:** ONeil, Tyler <Tyler.ONeil@FOX.COM>
> **Subject:** Re: Fox News Media Request: Chloe Cole testimony, backstory
>
> Also - the video from the tweet is from a separate discussion. It was not video from the public rule hearing.
>
> Jeremy Redfern
> Press Secretary
> Florida Department of Health
> 850-445-3260

FDOH_000017897

Doe Pls' Trial Ex. 69

On Jul 10, 2022, at 4:35 PM, ONeil, Tyler <Tyler.ONeil@FOX.COM> wrote:

EXTERNAL EMAIL: DO NOT CLICK links or open attachments unless you recognize the sender and know the content is safe.

On background – the testimony involved Rule 59G-1.050 related to Medicaid services – is there a text for this? Does the new rule prevent the use of Medicaid funding for medical transition for minors?

**From:** Redfern, Jeremy T <Jeremy.Redfern@flhealth.gov>
**Sent:** Sunday, July 10, 2022 5:23 PM
**To:** ONeil, Tyler <Tyler.ONeil@FOX.COM>
**Cc:** Christina Pushaw <christina.pushaw@eog.myflorida.com>;Brock.Juarez@ahca.myflorida.com; Bryan Griffin <Bryan.Griffin@eog.myflorida.com>
**Subject:** Re: Fox News Media Request: Chloe Cole testimony, backstory

You can remove the capitalization.

Jeremy Redfern
Press Secretary
Florida Department of Health
850-445-3260

On Jul 10, 2022, at 4:21 PM, ONeil, Tyler <Tyler.ONeil@FOX.COM> wrote:

EXTERNAL EMAIL: DO NOT CLICK links or open attachments unless you recognize the sender and know the content is safe.

Thanks, Jeremy! Is physicians capitalized on purpose or should I uncap it in the quote?

Sent from my iPhone

On Jul 10, 2022, at 5:09 PM, Redfern, Jeremy T <Jeremy.Redfern@flhealth.gov> wrote:

Comment from the Surgeon General:

"Medicalization of minors with gender dysphoria might advance the political views of Physicians involved in their care, but the data showing any benefits for the actual children is extraordinarily thin. The affirmation model runs an unacceptably high risk of harm. Parents are threatened with fears of suicide, but the treatments have not been shown to actually reduce this risk. These patients need compassionate care of their emotional and mental well being—not to be in embroiled in political views about sex/gender."

I will try to get you the rest of Chloe's clip tonight.

Jeremy T. Redfern
Press Secretary
Florida Department of Health
850-445-3260

Sent from my iPhone

> On Jul 10, 2022, at 3:56 PM, ONeil, Tyler <Tyler.ONeil@fox.com> wrote:

> EXTERNAL EMAIL: DO NOT CLICK links or open attachments unless you recognize the sender and know the content is safe.

> Are there any other clips that are ready/is there a longer clip of Chloe Cole's remarks that you can send me? I have watched her remarks in the public hearing here (https://thefloridachannel.org/videos/7-8-22-agency-for-health-care-administration-hearing-on-general-medicaid-policy-rule/) but would love to have a longer video like the one Ladapo posted.

**From:** ONeil, Tyler
**Sent:** Sunday, July 10, 2022 4:54 PM
**To:** Redfern, Jeremy T <Jeremy.Redfern@flhealth.gov>
**Subject:** RE: Fox News Media Request: Chloe Cole testimony, backstory

Thanks, Jeremy! I'm on the media side, so I will be making clips you send available on http://FoxNews.com. I will also pass this along to Fox News Channel to let them know.

---

**From:** Redfern, Jeremy T <Jeremy.Redfern@flhealth.gov>
**Sent:** Sunday, July 10, 2022 4:38 PM
**To:** ONeil, Tyler <Tyler.ONeil@FOX.COM>
**Cc:** Brock.Juarez@ahca.myflorida.com; Christina Pushaw <christina.pushaw@eog.myflorida.com>; Bryan Griffin <Bryan.Griffin@eog.myflorida.com>
**Subject:** Re: Fox News Media Request: Chloe Cole testimony, backstory

I'm working on getting a quote from the Surgeon General. I will send it to you once I have it.

And yes, you are free to use the clip across all of your platforms. They were filmed by the Department of Health and are therefore available to use by anyone. I am currently in the process of editing other clips, and I will get them to you as I get

FDOH_000017900

them ready. Can you just let me know when you plan to have them air?

Jeremy Redfern
Press Secretary
Florida Department of Health
850-445-3260

On Jul 10, 2022, at 3:12 PM, ONeil, Tyler <Tyler.ONeil@FOX.COM> wrote:

> You don't often get email from tyler.oneil@fox.com. Learn why this is important

**EXTERNAL EMAIL: DO NOT CLICK links or open attachments unless you recognize the sender and know the content is safe.**

Thanks, Jeremy! Is there more of the event that I can watch? Would the surgeon general make a comment to Fox News on medicalizing minors with gender dysphoria and why is it important to push back on the "affirmative" care model? Is there testimony from an

endocrinologist and/or a psychotherapist that you would share?

Finally, can we have permission to use the video of Cole that Ladapo shared on Fox News Channel, Fox Business Network, Fox Nation, Fox Weather and all Fox News Edge affiliates across all platforms until further notice with courtesy to you? Do we also need anyone else's permission? Thank you.

---

**From:** Redfern, Jeremy T <Jeremy.Redfern@flhealth.gov>
**Sent:** Sunday, July 10, 2022 4:02 PM
**To:** ONeil, Tyler <Tyler.ONeil@FOX.COM>
**Cc:** Juarez, Brock <Brock.Juarez@ahca.myflorida.com>; Pushaw, Christina <Christina.Pushaw@eog.myflorida.com>; Griffin, Bryan <Bryan.Griffin@eog.myflorida.com>
**Subject:** Re: Fox News Media Request: Chloe Cole testimony, backstory

Hey Tyler,

The Surgeon General recently had the opportunity to sit down with detransitioners, parents, and experts in pediatric endocrinology and psychotherapy.

We are going to use this opportunity to educate the public on the unacceptable harm caused by the "affirmative" care model pushed by multiple professional and government institutions.

These conversations will also be included as part of our evidence gathering for when the Board of Medicine considers the Surgeon General's letter requesting an official practice standard.

Jeremy T. Redfern
Press Secretary
Florida Department of Health
850-445-3260

---

**From:** ONeil, Tyler <Tyler.ONeil@FOX.COM>
**Sent:** Sunday, July

10, 2022 2:11 PM
**To:** Redfern, Jeremy T <Jeremy.Redfern@flhealth.gov>; Juarez, Brock <Brock.Juarez@ahca.myflorida.com>
**Cc:** zzzz Feedback, Health <Health@flhealth.gov>
**Subject:** Fox News Media Request: Chloe Cole testimony, backstory

> Some people who received this message don't often get email from tyler.oneil@fox.com. Learn why this is important

EXTERNAL EMAIL: DO NOT CLICK links or open attachments unless you recognize the sender and know the content is safe.

Jeremy, Brock,

I am writing a story about the testimony of Chloe Cole, a teenage detransitioner whose story Surgeon General Ladapo shared on Twitter this afternoon. I'd like to hear more about the testimony, if it was part of an event, and whether

it is part of an effort to educate the public on transgender issues. Would Ladapo comment on the significance of testimony from former transgender people who have suffered due to what critics may claim is a rush to embrace transgender identity and champion medical interventions that may harm patients?

https://twitter.com/FLSurgeonGen/status/1546164557072187398

I am working on a deadline of 5:30 p.m. eastern and would appreciate a prompt response.

Best,

Tyler O'Neil
Digital Editor
Fox News
(303)956-8499


This message and its attachments may contain legally privileged or confidential information. It is

FDOH_000017905

intended solely for the named addressee(s). If you are not an addressee indicated in this message (or responsible for delivery of the message to an addressee), you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail. Any content of this message and its attachments that does not relate to the official business of Fox Corporation, or its subsidiaries must be taken not to have been sent or endorsed by any of them. No representation is made that this email or its attachments are without defect.

This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee(s). If you are not an addressee indicated in this message (or responsible for delivery

of the message to an addressee), you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail. Any content of this message and its attachments that does not relate to the official business of Fox Corporation, or its subsidiaries must be taken not to have been sent or endorsed by any of them. No representation is made that this email or its attachments are without defect.

This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee(s). If you are not an addressee indicated in this message (or responsible for delivery of the message to an addressee), you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail. Any content of this message and its attachments that does not relate to the official business of Fox Corporation, or its subsidiaries must be taken not to have been sent or endorsed by any of them. No representation is made that this email or its attachments are without defect.

This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee(s). If you are not an addressee indicated in this message (or responsible for delivery of the message to an addressee), you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail. Any content

of this message and its attachments that does not relate to the official business of Fox Corporation, or its subsidiaries must be taken not to have been sent or endorsed by any of them. No representation is made that this email or its attachments are without defect.

This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee(s). If you are not an addressee indicated in this message (or responsible for delivery of the message to an addressee), you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail. Any content of this message and its attachments that does not relate to the official business of Fox Corporation, or its subsidiaries must be taken not to have been sent or endorsed by any of them. No representation is made that this email or its attachments are without defect.

This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee(s). If you are not an addressee indicated in this message (or responsible for delivery of the message to an addressee), you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail. Any content of this message and its attachments that does not relate to the official business of Fox Corporation, or its subsidiaries must be taken not to have been sent or endorsed by any of them. No representation is made that this email or its attachments are without defect.