| | |
|---|---|
| **From:** | Strickland, Bettye C |
| **To:** | Vazquez, Paul |
| **Cc:** | Terrell, Danielle |
| **Subject:** | RE: SME Stuff |
| **Date:** | Tuesday, October 18, 2022 12:32:35 PM |
| **Attachments:** | 10282022 Rule Workshop Agenda .docx |
| **Importance:** | High |

Paul,

1. Below is Monica's response regarding reduced rates. In short, there are none. We can only put DOH employees on our Rooming list for "self-pay". The rate will be $359.00/night (limited rooms available – they need to book quickly).

   **It appears that due to the expedited scheduling of this meeting that there was limited availability for sleep rooms and unfortunately, public block rooms are not available. I verified this with the hotel sales manager that Sherra has been working with and there are a few rooms available, but the price point would $359.00 per night.**

2. I will keep an eye out for the CV's and materials. I will publish today, what I have so far. (The public book will not be placed on our website until Thursday (per Janet and Danielle's meeting yesterday).

I also attached the updated agenda for you.

Cherise

---

**From:** Vazquez, Paul <Paul.Vazquez@flhealth.gov>
**Sent:** Tuesday, October 18, 2022 11:03 AM
**To:** Strickland, Bettye C <Bettye.Strickland@flhealth.gov>
**Cc:** Terrell, Danielle <Danielle.Terrell@flhealth.gov>
**Subject:** SME Stuff

Cherise:

Two things. First, do we still have a reduced rate for rooms for the 10/28/22 meeting? If we do, please communicate that the Drs. Cantor and Laidlaw. We may be able to put them on our rooming list as "self-pay." If that window has closed, please communicate that as well so they know.

Second, I will try to make sure you get CVs and presentation materials as I receive them. At some point, we will need to publish that material and upload it to iViewer for the joint committee. Please coordinate with Danielle on the detransitioner (if necessary).

Thanks.

Paul

FDOH_000039931

Doe Pls' Trial Ex. 72



**Paul A. Vazquez, J.D.**
Executive Director
Florida Board of Medicine
Florida Department of Health
4052 Bald Cypress Way | Bin C-03
Tallahassee, FL 32399-3253
Phone: 850-245-4130

Mission: To protect, promote and improve the health of all people in Florida through integrated state, county and community efforts.

PLEASE NOTE: Florida has a very broad public records law. Most written communications to or from state officials regarding state business are public records available to the public and media upon request. Your e-mail communications may therefore be subject to public disclosure.

FDOH_000039932