| | |
|---|---|
| **From:** | Vazquez, Paul |
| **To:** | Dr. Diamond |
| **Cc:** | Strickland, Bettye C |
| **Subject:** | December Meeting and SMEs |
| **Date:** | Friday, October 14, 2022 7:07:22 AM |
| **Attachments:** | SMEs 10-3-22.docx |

Dr. Diamond:

I believe we are down to two choices for the December board meeting location.

- Hotel Alba Tampa, Tapestry Collection by Hilton –
  https://www.hilton.com/en/hotels/tpawtup-hotel-alba-tampa/?SEO_id=GMB-AMER-UP-TPAWTUP&y_source=1_MTI2NTAyODYtNzE1LWxvY2F0aW9uLndlYnNpdGU%3D

- Holiday Inn Disney Springs Orlando –
  https://www.ihg.com/holidayinn/hotels/us/en/lake-buena-vista/dislb/hoteldetail?cm_mmc=GoogleMaps-_-HI-_-US-_-DISLB

Please let me know if you have any thoughts on location as we finalize our planning.

Also, attached is the latest information on subject matter experts. It is a slow process, and I am still having a very difficult time securing additional participants.

Paul



**Paul A. Vazquez, J.D.**
**Executive Director**
**Florida Board of Medicine**
**Florida Department of Health**
4052 Bald Cypress Way | Bin C-03
Tallahassee, FL 32399-3253
Phone: 850-245-4130

**Mission:** To protect, promote and improve the health of all people in Florida through integrated state, county and community efforts.

**PLEASE NOTE:** Florida has a very broad public records law. Most written communications to or from state officials regarding state business are public records available to the public and media upon request. Your e-mail communications may therefore be subject to public disclosure.

FDOH_000035446

Doe Pls' Trial Ex. 75

**10/28/22**

**Invited/Confirmed**

Michael Biggs, PhD – Associate Professor of Sociology and Fellow of St Cross College, University of Oxford (virtual)

James Cantor, PhD – Clinical psychologist, Director of the Toronto Sexuality Centre

Michael Laidlaw, M.D. – Board certified in internal medicine and the subspecialties of endocrinology, diabetes, and metabolism

**Invited/Not Confirmed**

Caroline Davidge-Pitts, M.D. – Board certified in internal medicine and endocrinology; Co-chair of the Endocrine Society Special Interest Group for Transgender Research and Medicine

Kristin Dayton, M.D. – Board certified in pediatrics and pediatric endocrinology, Clinical Assistant Professor at the University of Florida

Jonathan Poquiz, PhD – Pediatric psychologist, Clinical Director of the Gender Affirming Care Clinic at Johns Hopkins All Children's Hospital

**Potential Invitees**

Detransitioner

**Invited/Declined**

*Riittakerttu Kaltiala, M.D. – Adolescent and forensic psychiatrist, Chief of the Department of Adolescent Psychiatry at Tampere University Hospital (invited to 9/30 workshop only)*

Alejandro Diaz, M.D. – Board certified in pediatrics and pediatric endocrinology, Chief of the Division of Pediatric Endocrinology at Nicklaus Children's Pediatric Specialists

Suzanne Jackman, M.D. – Board certified in pediatrics and pediatric endocrinology, Interim Medical Director at Johns Hopkins All Children's Hospital, Division of Endocrinology and Diabetes

Sean Iwamoto, M.D. – Specializes in endocrinology, transgender health, obesity, and aging; Co-chair of the Endocrine Society Special Interest Group for Transgender Research and Medicine

Endocrine Society

**Contacted/No Response**

*Bethel Steindel-Spargo, M.D. – Board certified in pediatrics and pediatric endocrinology, pediatric endocrinologist at Joe DiMaggio Children's Hospital (invited to 9/30 workshop only)*

WPATH