**From:** Vazquez, Paul
**To:** Washington, Shaila
**Cc:** Strickland, Bettye C
**Subject:** RE: Transcript of BOM meeting August 5
**Date:** Tuesday, August 16, 2022 10:09:12 AM

Thank you.



**Paul A. Vazquez, J.D.**
Executive Director
Florida Board of Medicine
Florida Department of Health
Phone: 850-245-4130

PLEASE NOTE: Florida has a very broad public records law. Most written communications to or from state officials regarding state business are public records available to the public and media upon request. Your e-mail communications may therefore be subject to public disclosure.

**From:** Washington, Shaila <Shaila.Washington@flhealth.gov>
**Sent:** Tuesday, August 16, 2022 9:08 AM
**To:** Vazquez, Paul <Paul.Vazquez@flhealth.gov>
**Cc:** Strickland, Bettye C <Bettye.Strickland@flhealth.gov>
**Subject:** RE: Transcript of BOM meeting August 5

Correct, nothing has been transcribed to my knowledge. I will respond and direct her to the audio. I will also provide with the court reporter information.

**From:** Vazquez, Paul <Paul.Vazquez@flhealth.gov>
**Sent:** Tuesday, August 16, 2022 8:44 AM
**To:** Washington, Shaila <Shaila.Washington@flhealth.gov>
**Cc:** Strickland, Bettye C <Bettye.Strickland@flhealth.gov>
**Subject:** FW: Transcript of BOM meeting August 5

Status?



**Paul A. Vazquez, J.D.**
Executive Director
Florida Board of Medicine
Florida Department of Health
Phone: 850-245-4130

PLEASE NOTE: Florida has a very broad public records law. Most written communications to or from state officials regarding state business are public records available to the public and media upon request. Your e-mail communications may therefore be subject to public disclosure.

**From:** Vazquez, Paul
**Sent:** Friday, August 12, 2022 8:50 AM
**To:** Washington, Shaila <Shaila.Washington@flhealth.gov>
**Cc:** Strickland, Bettye C <Bettye.Strickland@flhealth.gov>

FDOH_000028162

Doe Pls' Trial Ex.
76

**Subject:** FW: Transcript of BOM meeting August 5

Shaila:

Nothing has been transcribed, has it? Can't she be referred to the audio on our website?

Paul



**Paul A. Vazquez, J.D.**
Executive Director
Florida Board of Medicine
Florida Department of Health
Phone: 850-245-4130

PLEASE NOTE: Florida has a very broad public records law. Most written communications to or from state officials regarding state business are public records available to the public and media upon request. Your e-mail communications may therefore be subject to public disclosure.

**From:** Rossitto-Vanwinkle, Tari <ROSSITTO-VANWINKLE.TARI@flsenate.gov>
**Sent:** Wednesday, August 10, 2022 4:47 PM
**To:** Vazquez, Paul <Paul.Vazquez@flhealth.gov>
**Subject:** Transcript of BOM meeting August 5

EXTERNAL EMAIL: DO NOT CLICK links or open attachments unless you recognize the sender and know the content is safe.

Good Afternoon Paul,

Can you please send me a copy of the transcript of the BOM meeting's discussions of Tabs 26 and 39 form August 5, 2022, board meeting. I believe these regard Dr. Ladapo's June 2nd, letter and the petition for rule making on the standard of care for minors with gender dysphoria. Thanks.

*Tari Rossitto-Van Winkle, R.N., J.D.*
*Senior Attorney*
**The Florida Senate Committee on Health Policy**
530 Knott Building
404 South Monroe Street
Tallahassee, Florida 32399-1100
(850) 487-5824
(850) 410-0081 Fax
e-mail: rossitto-vanwinkle.tari@flsenate.gov

| | |
|---|---|
| **From:** | Hartman, Janet E |
| **To:** | "Rossitto-Vanwinkle, Tari"; Vazquez, Paul |
| **Subject:** | RE: BOM rule on treatment of treatment of Gender Dysphoria in Minors |
| **Date:** | Tuesday, November 1, 2022 6:24:27 PM |

Good evening Tari. It has been a busy week… Paul may have already reached out, but there was no prepared rule language that came out of the meeting, just a discussion on what should be included. We anticipate language coming out of the meeting on Friday, I will let you know as soon as something is prepared.

J

**From:** Rossitto-Vanwinkle, Tari <ROSSITTO-VANWINKLE.TARI@flsenate.gov>
**Sent:** Friday, October 28, 2022 3:43 PM
**To:** Vazquez, Paul <Paul.Vazquez@flhealth.gov>; Hartman, Janet E <Janet.Hartman@flhealth.gov>
**Subject:** BOM rule on treatment of treatment of Gender Dysphoria in Minors

EXTERNAL EMAIL: DO NOT CLICK links or open attachments unless you recognize the sender and know the content is safe.

Paul and Janet,
Can one of you please send me a copy of the rule passed by the Board of Medicine on 10/28/2022 on the Treatment of Gender Dysphoria in Minors.  Thanks.


*Tari Rossitto-Van Winkle, R.N., J.D.*
*Senior Attorney*
**The Florida Senate Committee on Health Policy**
530 Knott Building
404 South Monroe Street
Tallahassee, Florida 32399-1100
(850) 487-5824
(850) 410-0081 Fax
e-mail: rossitto-vanwinkle.tari@flsenate.gov

| | |
|---|---|
| **From:** | Vazquez, Paul |
| **To:** | Rossitto-Vanwinkle, Tari |
| **Cc:** | Hartman, Janet E |
| **Subject:** | RE: Rules 64B8-9.019 and 64B15-14.014 |
| **Date:** | Tuesday, November 8, 2022 1:38:49 PM |
| **Attachments:** | Gender Dysphoria (rule draft 2) 11-4-22.docx |

Tari:

Here are the draft rules. They have not yet been published.

Paul



**Paul A. Vazquez, J.D.**
**Executive Director**
**Florida Board of Medicine**
**Florida Department of Health**
Phone: 850-245-4130

**PLEASE NOTE:** Florida has a very broad public records law.  Most written communications to or from state officials regarding state business are public records available to the public and media upon request.  Your e-mail communications may therefore be subject to public disclosure.

**From:** Rossitto-Vanwinkle, Tari <ROSSITTO-VANWINKLE.TARI@flsenate.gov>
**Sent:** Tuesday, November 8, 2022 12:52 PM
**To:** Vazquez, Paul <Paul.Vazquez@flhealth.gov>; Hartman, Janet E <Janet.Hartman@flhealth.gov>
**Subject:** Rules 64B8-9.019 and 64B15-14.014

EXTERNAL EMAIL: DO NOT CLICK links or open attachments unless you recognize the sender and know the content is safe.

Paul and Janet,

May I please have copies of the rules 64B8-9.019 passed by the Board of Medicine and 64B15-14.014 passed by the Board of Osteopathic Medicine on November 4, 2022. Thanks.

*Tari Rossitto-Van Winkle*
2483 Shady Rest Road
Havana Fl 32333
(850) 545-0205
tarivan@aol.com