**From:** Vazquez, Paul
**To:** Dayton, Kristin A
**Cc:** Strickland, Bettye C
**Subject:** RE: 10/28/22 Rulemaking Workshop
**Date:** Tuesday, October 18, 2022 9:46:06 AM

Dr. Dayton:

Thank you. We have a robust panel. I'm glad you can participate. I'll be in touch with details.

Paul



**Paul A. Vazquez, J.D.**
Executive Director
Florida Board of Medicine
Florida Department of Health
Phone: 850-245-4130

PLEASE NOTE: Florida has a very broad public records law. Most written communications to or from state officials regarding state business are public records available to the public and media upon request. Your e-mail communications may therefore be subject to public disclosure.

**From:** Dayton, Kristin A <kristinjohnson23@ufl.edu>
**Sent:** Tuesday, October 18, 2022 8:42 AM
**To:** Vazquez, Paul <Paul.Vazquez@flhealth.gov>
**Cc:** Strickland, Bettye C <Bettye.Strickland@flhealth.gov>
**Subject:** RE: 10/28/22 Rulemaking Workshop

EXTERNAL EMAIL: DO NOT CLICK links or open attachments unless you recognize the sender and know the content is safe.

Paul,

I have been able to clear my schedule for the morning of the 28th so I will be able to participate, though it will need to be virtual as I am on call for the hospital that day.

Thanks
Kristin

**From:** Vazquez, Paul <Paul.Vazquez@flhealth.gov>
**Sent:** Friday, October 14, 2022 12:14 PM
**To:** Dayton, Kristin A <kristinjohnson23@ufl.edu>
**Cc:** Strickland, Bettye C <Bettye.Strickland@flhealth.gov>
**Subject:** 10/28/22 Rulemaking Workshop
**Importance:** High

[External Email]
Dr. Dayton:

FDOH_000039513

Doe Pls' Trial Ex.
77

Following up to determine whether you will be able to attend the 10/28/22 workshop and whether you will appear in person or virtually.

Best regards,



**Paul A. Vazquez, J.D.**
**Executive Director**
**Florida Board of Medicine**
**Florida Department of Health**
Phone: 850-245-4130

**PLEASE NOTE:** Florida has a very broad public records law.  Most written communications to or from state officials regarding state business are public records available to the public and media upon request.  Your e-mail communications may therefore be subject to public disclosure.

**From:** Vazquez, Paul
**Sent:** Thursday, October 13, 2022 12:30 PM
**To:** Dayton, Kristin A <kristinjohnson23@ufl.edu>
**Cc:** Dr. Diamond <diamondflbom@gmail.com>
**Subject:** FW: 9/30/22 Joint Rulemaking Workshop - POSTPONED
**Importance:** High

Dr. Dayton:

This is to update you on the 10/28/22 joint rulemaking workshop. We have finalized the details, which are as follows:

Date:   Friday, October 28, 2022

Time:   8:00 a.m. EDT and ending no later than 1:00 p.m. EDT.

Place:   Hyatt Regency Orlando International Airport
9300 Jeff Fuqua Boulevard
Orlando, Florida 32827

In terms of meeting format, subject matter experts will be participating at the beginning of the meeting to make brief presentations and to take questions from and have discussion with the Committee. If you can still attend and need to appear virtually, please let me know.

Please let me know if you have any questions or concerns.

Best regards,



**Paul A. Vazquez, J.D.**
**Executive Director**
**Florida Board of Medicine**
**Florida Department of Health**
Phone: 850-245-4130

**PLEASE NOTE:** Florida has a very broad public records law.  Most written communications to or from state officials regarding state business are public records available to the public and media upon request.  Your e-

mail communications may therefore be subject to public disclosure.

**From:** Vazquez, Paul
**Sent:** Wednesday, October 12, 2022 12:20 PM
**To:** Dayton, Kristin A <kristinjohnson23@ufl.edu>
**Cc:** Dr. Diamond <diamondflbom@gmail.com>
**Subject:** FW: 9/30/22 Joint Rulemaking Workshop - POSTPONED
**Importance:** High

Dr. Dayton:

I hope you are well. I am reaching out to confirm your availability for the rule workshop that is tentatively scheduled for 10/28/22 in Orlando. If you are still available to attend in person or virtually, please let me know as soon as possible. Thank you.

Best regards,



**Paul A. Vazquez, J.D.**
Executive Director
Florida Board of Medicine
Florida Department of Health
Phone: 850-245-4130

PLEASE NOTE: Florida has a very broad public records law.  Most written communications to or from state officials regarding state business are public records available to the public and media upon request.  Your e-mail communications may therefore be subject to public disclosure.

**From:** Dayton, Kristin A <kristinjohnson23@ufl.edu>
**Sent:** Saturday, October 1, 2022 7:31 PM
**To:** Vazquez, Paul <Paul.Vazquez@flhealth.gov>
**Cc:** Dr. Diamond <diamondflbom@gmail.com>
**Subject:** Re: 9/30/22 Joint Rulemaking Workshop - POSTPONED

EXTERNAL EMAIL: DO NOT CLICK links or open attachments unless you recognize the sender and know the content is safe.

Dr. Diamond and Mr. Vazquez,

I am working to clear my clinic schedule to be available but I am also on call for the hospital that day so I won't be able to travel. I will let you know once I can confirm my availability, but it will need to be virtual if so.

Given that all of the other experts are from out of state and even out of the country, have you considered reaching out to experts outside of our state who provide gender affirming care and conduct research in gender affirming care for youth, in order to obtain a balanced view from both sides of the issue?

Thanks,
Kristin Dayton

FDOH_000039516