| | |
|---|---|
| **From:** | Terrell, Danielle |
| **To:** | Wenhold, Jennifer; Wilson, John |
| **Cc:** | Hartman, Janet E; Vazquez, Paul |
| **Subject:** | RE: Confirmed Subject matter Experts |
| **Date:** | Wednesday, October 19, 2022 2:01:27 PM |
| **Attachments:** | 10282022 Rule Workshop Agenda .pdf |

I have attached the updated agenda. It will be updated in iviewer and posted on the website tomorrow.

Thanks,

Danielle

**From:** Wenhold, Jennifer <Jennifer.Wenhold@flhealth.gov>
**Sent:** Wednesday, October 19, 2022 1:42 PM
**To:** Terrell, Danielle <Danielle.Terrell@flhealth.gov>; Wilson, John <John.Wilson@flhealth.gov>
**Cc:** Hartman, Janet E <Janet.Hartman@flhealth.gov>; Vazquez, Paul <Paul.Vazquez@flhealth.gov>
**Subject:** RE: Confirmed Subject matter Experts

Sounds good. Please copy us when the agenda gets posted officially.

**From:** Terrell, Danielle <Danielle.Terrell@flhealth.gov>
**Sent:** Wednesday, October 19, 2022 12:54 PM
**To:** Wenhold, Jennifer <Jennifer.Wenhold@flhealth.gov>; Wilson, John <John.Wilson@flhealth.gov>
**Cc:** Hartman, Janet E <Janet.Hartman@flhealth.gov>; Vazquez, Paul <Paul.Vazquez@flhealth.gov>
**Subject:** Confirmed Subject matter Experts

Good afternoon,

Attached is the latest list of confirmed subject matter experts for the 10/28 workshop. It appears that we have seven confirmed– 4/3 in favor or limitations on treatment the best we know.

Thanks,

***Danielle Terrell***
***Executive Director***
*Department of Health | Division of Medical Quality Assurance | Bureau of Health Care Practitioner Regulation*
Boards of Osteopathic Medicine, Massage Therapy, Acupuncture, Speech Language Pathology and Audiology, and Council of Licensed Midwifery
4052 Bald Cypress Way Bin C-06
Tallahassee, FL 32399-1708
*Phone:  (850) 245-4162*

**FDOH_000035604**

Doe Pls' Trial Ex.
**78**



FDOH_000035605