| | |
|---|---|
| **From:** | Vazquez, Paul |
| **To:** | Terrell, Danielle |
| **Cc:** | Hartman, Janet E; Strickland, Bettye C |
| **Subject:** | RE: Agenda Updates |
| **Date:** | Tuesday, October 18, 2022 10:17:39 AM |
| **Attachments:** | SMEs 10-3-22.docx |

Danielle:

We have seven confirmed SMEs now – 4/3 in favor or limitations on treatment best I know. I have one more Florida physician I could invite (Steindel-Spargo), but seven already seems like a lot – that's seventy minutes if they each take a full ten minutes for a presentation. Plus, the detransitioner – who will really throw things out of balance and potentially add another 10 minutes. Have you been able to communicate with the detransitioner? Are they going to be appearing in person? Think I should invite the last Florida physician? That would potentially make nine SMEs (90 minutes before questions and discussion with the Committee).

Paul



**Paul A. Vazquez, J.D.**
Executive Director
Florida Board of Medicine
Florida Department of Health
Phone: 850-245-4130

**PLEASE NOTE:** Florida has a very broad public records law. Most written communications to or from state officials regarding state business are public records available to the public and media upon request. Your e-mail communications may therefore be subject to public disclosure.

---

**From:** Terrell, Danielle <Danielle.Terrell@flhealth.gov>
**Sent:** Tuesday, October 18, 2022 9:56 AM
**To:** Vazquez, Paul <Paul.Vazquez@flhealth.gov>
**Cc:** Strickland, Bettye C <Bettye.Strickland@flhealth.gov>
**Subject:** Re: Agenda Updates

Nothing besides the names.

Danielle

Get Outlook for iOS

---

**From:** Vazquez, Paul <Paul.Vazquez@flhealth.gov>
**Sent:** Tuesday, October 18, 2022 9:53:51 AM
**To:** Terrell, Danielle <Danielle.Terrell@flhealth.gov>
**Cc:** Strickland, Bettye C <Bettye.Strickland@flhealth.gov>
**Subject:** RE: Agenda Updates

Danielle:

FDOH_000039521

Doe Pls' Trial Ex.
79

What's changing besides the names?

Paul



**Paul A. Vazquez, J.D.**
Executive Director
Florida Board of Medicine
Florida Department of Health
Phone: 850-245-4130

**PLEASE NOTE:** Florida has a very broad public records law.  Most written communications to or from state officials regarding state business are public records available to the public and media upon request.  Your e-mail communications may therefore be subject to public disclosure.

---

**From:** Terrell, Danielle <Danielle.Terrell@flhealth.gov>
**Sent:** Monday, October 17, 2022 6:56 PM
**To:** Strickland, Bettye C <Bettye.Strickland@flhealth.gov>
**Cc:** Vazquez, Paul <Paul.Vazquez@flhealth.gov>
**Subject:** Agenda Updates

Cherise,

I will get with you in the morning regarding some agenda updates.

Thanks,
Danielle

Get Outlook for iOS