**From:** Patrick Hunter
**To:** Paul Vazquez
**Cc:** David Diamond
**Subject:** Fwd: Connecting Patrick Hunter - Hilary Cass
**Date:** Tuesday, October 4, 2022 11:41:00 PM

EXTERNAL EMAIL : DO NOT CLICK links or open attachments unless you recognize the sender and know the content is safe.

Paul,

See attached information sent to me from the Cass Review. I forgot to mention that they were very interested in the Florida evidence review, especially the report from McMaster University. She recognized the work done at that institution under the leadership of Gordon Guyatt. At Dr. Cass's request, I sent them a copy of the Florida evidence review.

Patrick

> Begin forwarded message:
>
> **From:** REVIEW, Cass (NHS ENGLAND – X24) <cass.review@nhs.net>
> **Subject: RE: Connecting Patrick Hunter - Hilary Cass**
> **Date:** September 22, 2022 at 6:07:36 AM CDT
> **To:** Patrick Hunter <patrickhunter@mac.com>
>
> Dear Patrick,
>
> Thank you for your email. Further to your request, please see links below to share with the Florida Board of Medicine.
>
> Letter to NHS England.
>
> Accompanying blog - Research.
>
> Follow up blog – beyond the headlines.
>
> NHS England response to the initial letter - Implementing advice from the Cass Review.
>
> If you haven't already done so, please subscribe to our mailing list to stay up to date on latest news and progress of the Review.
>
> Best regards
> Review team
>
> 
>
> https://cass.independent-review.uk/

FDOH_000035423

Doe Pls' Trial Ex. 87

**From:** Patrick Hunter <patrickhunter@mac.com>
**Sent:** 22 September 2022 04:21
**To:** REVIEW, Cass (NHS ENGLAND – X24) <cass.review@nhs.net>
**Subject:** Re: Connecting Patrick Hunter - Hilary Cass

> This message originated from outside of NHSmail. Please do not click links or open attachments unless you recognise the sender and know the content is safe.

Dear Dr. Cass,

Thank you for meeting today and please thank your staff for their time.

Below is the link to the Florida Department of Health. The Agency for Health Care Administration (AHCA) is the agency within the department of health that oversees Medicaid. Attachment C is the evidence review from McMaster University. I have attached the pdf of the McMaster report also.

I asked the board of medicine's executive director, Mr. Paul Vazquez, if an email sent to me, as a board member, with information from your review attached would be proper protocol. He said it would be. He wants to invite you to present virtually to the board. I think that will put you in a difficult position. If he does send you an invite, please do what is most appropriate for you.

Again, thank you for your time, and I'd like to stay in touch.

Patrick

https://ahca.myflorida.com/letkidsbekids/

>> On Jul 29, 2022, at 11:01 AM, REVIEW, Cass (NHS ENGLAND – X24) <cass.review@nhs.net> wrote:
>>
>> Dear Patrick,
>>
>> Would 4pm UK time work on Wednesday 21st September?
>>
>> If you haven't already done so, please subscribe to our mailing list to stay up to date on latest news and progress of the Review.
>>
>> Best regards
>> Review team
>> <image001.jpg>

https://cass.independent-review.uk/

**From:** Patrick Hunter <patrickhunter@mac.com>
**Sent:** 29 July 2022 16:57
**To:** REVIEW, Cass (NHS ENGLAND – X24) <cass.review@nhs.net>
**Subject:** Re: Connecting Patrick Hunter - Hilary Cass

> You don't often get email from patrickhunter@mac.com. Learn why this is important
>
> This message originated from outside of NHSmail. Please do not click links or open attachments unless you recognise the sender and know the content is safe.

Thank you for your quick reply.

Wednesdays are the best day for me as I am not seeing patients on those days.

I can also meet any morning at 6 am my time.

I am on central time here in the US. For reference the largest city with the same time is Chicago. I am six hours behind the time in London.

Patrick

> On Jul 29, 2022, at 10:51 AM, REVIEW, Cass (NHS ENGLAND – X24) <cass.review@nhs.net> wrote:
>
> Dear Patrick,
>
> Thank you for your email. Dr Cass is now on annual leave until September. Please could you send me your availability for September, and I can set up an introductory meeting for when she is back- thanks.
>
> If you haven't already done so, please subscribe to our mailing list to stay up to date on latest news and progress of the Review.
>
> Best regards
> Review team
> <image001.jpg>
> https://cass.independent-review.uk/

**From:** Patrick Hunter <patrickhunter@mac.com>
**Sent:** 29 July 2022 11:47

**To:** Ritta Kaltiala <riittakerttu.kaltiala@tuni.fi>
**Cc:** REVIEW, Cass (NHS ENGLAND – X24) <cass.review@nhs.net>;
Hilary Cass <drhilarycass@gmail.com>
**Subject:** Re: Connecting Patrick Hunter - Hilary Cass

> You don't often get email from patrickhunter@mac.com. Learn why this is important
>
> This message originated from outside of NHSmail. Please do not click links or open attachments unless you recognise the sender and know the content is safe.

Dr. Cass,

I am interested in learning more about your work in this area. I am a general pediatrician in Florida. I also have a background in bioethics. I have been appointed to the Florida Board of Medicine. The board licenses physicians and can regulate to practice of medicine. The board is considering adopting rules regarding youth gender transition.

I have been studying gender dysphoria and gender medicine since about 2015, when I first started seeing patients in my clinic. My focus has been on the history and scientific literature, but in the last year I have also forged relationships with 20 plus patients who have detransitioned.

I look forward to talking to you. Please let me know a time that works well for you.

Patrick Hunter

> On Jul 29, 2022, at 4:01 AM, Riittakerttu Kaltiala (TAU) <riittakerttu.kaltiala@tuni.fi> wrote:
>
> Dear Patrick
>
> I am connecting you with Dr Hilary Cass from the Cass review. I shortly mentioned her your position and needs in learning more about what is going on in gender identity issues concerning children and adolescents in selected European countries. She'll be much away August but is asking the project office to find a date, so a copy to Cass Review email.
>
> Best,
>
> Riittakerttu
> *******************************************
> ***************

Riittakerttu Kaltiala

Nuorisopsykiatrian professori
Tampereen yliopisto, lääketieteen ja terveysteknologian tiedekunta

Professor of Adolescent Psychiatry
Tampere University
Faculty of Medicine and Health Technology

***********************************************************
*******************************
****************************

This message may contain confidential information. If you are not the intended recipient please:
i) inform the sender that you have received the message in error before deleting it; and
ii) do not disclose, copy or distribute information in this e-mail or take any action in relation to its content (to do so is strictly prohibited and may be unlawful).
Thank you for your co-operation.

NHSmail is the secure email, collaboration and directory service available for all NHS staff in England. NHSmail is approved for exchanging patient data and other sensitive information with NHSmail and other accredited email services.

For more information and to find out how you can switch visit Joining NHSmail – NHSmail Support


****************************************************************
********************** *****************************

This message may contain confidential information. If you are not the intended recipient please:
i) inform the sender that you have received the message in error before deleting it; and
ii) do not disclose, copy or distribute information in this e-mail or take any action in relation to its content (to do so is strictly prohibited and may be unlawful).
Thank you for your co-operation.

NHSmail is the secure email, collaboration and directory service available for all NHS staff in England. NHSmail is approved for exchanging patient data and other sensitive information with NHSmail and other accredited email services.

For more information and to find out how you can switch visit Joining NHSmail – NHSmail Support


*************************************************************************
************ *****************************

This message may contain confidential information. If you are not the intended recipient please:
i) inform the sender that you have received the message in error before deleting it; and
ii) do not disclose, copy or distribute information in this e-mail or take any action in relation to its content (to do so is strictly prohibited and may be unlawful).
Thank you for your co-operation.

NHSmail is the secure email, collaboration and directory service available for all NHS staff in England. NHSmail is approved for exchanging patient data and other sensitive information with NHSmail and other accredited email services.

For more information and to find out how you can switch visit [Joining NHSmail – NHSmail Support](#)

FDOH_000035428