\* Attorney Client

| | |
|---|---|
| From: | Vazquez, Paul |
| To: | Wilson, John |
| Cc: | Wenhold, Jennifer |
| Subject: | ▮ |
| Date: | Friday, September 23, 2022 7:49:40 AM |
| Attachments: | KKaliebe CV September 2022.pdf |
| | Let's Talk Gender. Ten Things Transgender 2022.pdf |
| | JAACAP Letter to the Editor 10 things .9.21.22.docx |
| Importance: | High |

John:

[Attorney Client — redacted]

Paul



**Paul A. Vazquez, J.D.**
Executive Director
Florida Board of Medicine
Florida Department of Health
Phone: 850-245-4130

**PLEASE NOTE:** Florida has a very broad public records law. Most written communications to or from state officials regarding state business are public records available to the public and media upon request. Your e-mail communications may therefore be subject to public disclosure.

-----Original Message-----
From: Patrick Hunter <patrickhunter@mac.com>
Sent: Thursday, September 22, 2022 9:12 PM
To: Vazquez, Paul <Paul.Vazquez@flhealth.gov>
Subject: Florida Psychiatrist

EXTERNAL EMAIL: DO NOT CLICK links or open attachments unless you recognize the sender and know the content is safe.

Paul,

Today I was sent Dr. Kristopher Kaliebe's CV, an article in the Journal of Adolescent and Child Psychiatry, and a letter to the editor that he has submitted for publication in response to the letter. Dr. Kaliebe is on faculty at University of South Florida College of Medicine. He is triple board certified in Child and Adolescent Psychiatry, General Psychiatry, and Forenseic Psychiatry. He wants to be present in Tallahasee to testify before the board regarding this issue.

His contact information is in his CV.

Patrick

FDOH_000062034

Doe Pls' Trial Ex. 88

FDOH_000062035