| | |
|---|---|
| **From:** | Michael Biggs |
| **To:** | Vazquez, Paul |
| **Cc:** | Michael Biggs; Dr. Diamond |
| **Subject:** | Re: 9/30/22 Joint Rule Workshop on the Treatment of Gender Dysphoria |
| **Date:** | Monday, September 19, 2022 12:31:32 PM |
| **Importance:** | High |

> EXTERNAL EMAIL: DO NOT CLICK links or open attachments unless you recognize the sender and know the content is safe.

Dear Paul,

Thank you, that makes everything much easier! I can indeed attend at that time.

Cheers,
Michael

-----------------------------------------------------------------------
Michael Biggs
Associate Professor of Sociology and Fellow of St Cross College
University of Oxford
address: Department of Sociology, 42 Park End Street, Oxford OX1 1JD
phone: 01865 286 174
website: http://users.ox.ac.uk/~sfos0060/
location: 42 Park End Street, room 12
-----------------------------------------------------------------------

> On 19 Sep 2022, at 17:10, Vazquez, Paul <Paul.Vazquez@flhealth.gov> wrote:
>
> Dr. Biggs:
>
> Thank you for your response. I wanted to make you aware of a recent development that might facilitate your participation at the rule workshop scheduled for 9/30/22. In lieu of appearing in person, you may appear virtually at the workshop. The virtual portion of the workshop will begin at 8:00 a.m. EST and will last as long as the Committee is engaged in discussions with the subject matter experts.
>
> Please advise me at your earliest convenience whether you can attend the workshop virtually. If you can, I will provide you with the link you will need to be able to do so. If you have any questions or concerns, please let me know.
>
> Best regards,

<image001.jpg>

**Paul A. Vazquez, J.D.**
**Executive Director**
**Florida Board of Medicine**
**Florida Department of Health**
4052 Bald Cypress Way | Bin C-03
Tallahassee, FL 32399-3253
Phone: 850-245-4130

**Mission: To protect, promote and improve the health of all people in Florida through integrated state, county and community efforts.**

**PLEASE NOTE:** Florida has a very broad public records law.  Most written communications to or from state officials regarding state business are public records available to the public and media upon request.  Your e-mail communications may therefore be subject to public disclosure.

**From:** Michael Biggs <michael.biggs@sociology.ox.ac.uk>
**Sent:** Thursday, September 15, 2022 7:35 PM
**To:** Vazquez, Paul <Paul.Vazquez@flhealth.gov>
**Subject:** Re: 9/30 Joint Rules/Legislative Committee Workshop
**Importance:** High

EXTERNAL EMAIL: DO NOT CLICK links or open attachments unless you recognize the sender and know the content is safe.

Dear Paul,

Thanks for getting in touch!

Unfortunately I'm not able to attend on September 30th.

I would, however, be able to attend on October 6th (or 7th).

Cheers,
Michael

---------------------------------------------------------------------
Michael Biggs
Associate Professor of Sociology and Fellow of St Cross College
University of Oxford
address: Department of Sociology, 42 Park End Street, Oxford OX1 1JD
phone: 01865 286 174
website: http://users.ox.ac.uk/~sfos0060/
location: 42 Park End Street, room 12
---------------------------------------------------------------------

> On 15 Sep 2022, at 18:33, Vazquez, Paul <Paul.Vazquez@flhealth.gov> wrote:
>
> Dr. Biggs:
>
> Your name was given to me by Dr. Patrick Hunter. He advised me of your interest in participating as a subject matter expert in the rulemaking process related to the treatment of gender dysphoria in Florida, particularly the treatment of children and adolescents. When Dr. Hunter and I spoke, he stated that your availability may be limited to the 10/6/22 committee meeting that will be held in Tampa. Given the schedule of events, however, I hope that is not the case. On 9/30/22, we are holding a joint rule workshop with the Boards of Medicine and Osteopathic Medicine in Tallahassee. A vital part of that workshop is a panel discussion of subject matter experts who will offer their insights and answer questions from the committee. My sincere hope is that you can be part of that panel. Attached for your reference are a copy of the notice and agenda for the 9/30/22 meeting. Please let me know your availability on 9/30/22 at your earliest convenience. If it turns out that you are not available for the 9/30/22 workshop, we can discuss other options.

FDOH_000061278

Best regards,

&lt;image001.jpg&gt;

**Paul A. Vazquez, J.D.**
**Executive Director**
**Florida Board of Medicine**
**Florida Department of Health**
4052 Bald Cypress Way | Bin C-03
Tallahassee, FL 32399-3253
Phone: 850-245-4130

**Mission: To protect, promote and improve the health of all people in Florida through integrated state, county and community efforts.**

**PLEASE NOTE: Florida has a very broad public records law.  Most written communications to or from state officials regarding state business are public records available to the public and media upon request.  Your e-mail communications may therefore be subject to public disclosure.**