**From:** Patrick Hunter
**To:** Paul Vazquez
**Subject:** Michael Biggs CV
**Date:** Wednesday, September 14, 2022 2:27:10 PM
**Attachments:** BiggsCV.pdf
ATT412418.txt

EXTERNAL EMAIL: DO NOT CLICK links or open attachments unless you recognize the sender and know the content is safe.

Paul,

Michael Biggs wants to be present to express his concerns to the board. He is planning on coming October 5th. Before he purchases his tickets and flies in from England, he want to assure that he will have an opportunity to talk to the board.

Please let me know.

Patrick

FDOH_000030412

Doe Pls' Trial Ex.
90