

Home
Governor DeSantis
First Lady DeSantis
Lt. Gov. Nuñez
Media
Info Center
Judicial
Contact
Español

Governor Ron DeSantis Appoints David Hodges Jr. to the Jacksonville Aviation Authority   Governor Ron DeSantis Appoints John Holley to the Florida Athletic Commission

## Governor Ron DeSantis Appoints Four to the Board of Medicine

On June 17, 2022, in *News Releases*, *Recent Appointments*, by Staff

**TALLAHASSEE, Fla. —** Today, Governor Ron DeSantis announced the appointment of Dr. Amy Derick, Dr. Patrick Hunter, and Nicole Justice and the reappointment of Dr. David Diamond to the Board of Medicine.

**Dr. Amy Derick**

Dr. Derick is the Founder and Owner of Derick Dermatology. She previously served as Chair of the Illinois State Medical Disciplinary Board and was named the American Academy of Dermatology's 2021 Advocate of the Year. Dr. Derick earned her bachelor's degree in pre-professional studies from the University of Notre Dame and Doctor of Medicine from the University of Chicago.

**Dr. David Diamond**

Dr. Diamond is a Physician at Florida Radiation Oncology. He is board certified by the American Board of Radiology, is a member of the American Society of Therapeutic Radiology and Oncology, and is a Fellow of the American College of Radiation Oncology. Dr. Diamond earned his bachelor's degree from Princeton University and his Doctor of Medicine from the University of Florida.

**Dr. Patrick Hunter**

Dr. Hunter is a General Pediatrician with Pensacola Pediatrics and a Clinical Professor at Florida State University's College of Medicine. He is a veteran of the United States Army and a Fellow of the American Academy of Pediatrics. Dr. Hunter earned his bachelor's degree in zoology from Miami University, his master's degree in bioethics from the University of Mary, and his Doctor of Medicine from the University of Louisville.

**Nicole Justice**

Justice is the Senior Director of Patient Safety at Tampa General Hospital. She is a member of the Florida Society for Healthcare Risk Management and Patient Safety and is the past Chairman of RISE Tampa's board. Justice earned her bachelor's degree in management from the University of South Florida and her master's degree in jurisprudence in health and hospital law and pharmaceutical and medical device compliance law from Seton Hall University's School of Law.

These appointments are subject to confirmation by the Florida Senate.

###



Comments are closed.

PL010526

Doe Pls' Trial Ex. 91











**Contact Governor DeSantis**

Executive Office of Governor Ron DeSantis
400 S Monroe St
Tallahassee, FL 32399
(850) 488-7146

Email Governor DeSantis

Email First Lady DeSantis

Email Lt. Governor Nuñez

Information Center

Scheduling Requests





PL010527



Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing. Copyright © 2012 State of Florida | Privacy Policy

Go To Top »

| Home | Governor DeSantis | First Lady | Lt. Governor | Media Center | Info Center | Judicial | Contact Governor | Español |