Letters

types of activities are permissible and may be beneficial or harmful to recovery in this window. Further studies looking at exercise, energy expenditure, and the effect of other specific activities are needed to better understand an ideal prescription for the first 48 hours after concussion. Given the need to capture patients immediately after sustaining a head injury to study the immediate recovery period, these studies are best performed from the emergency department shortly after presentation from a head injury. We hope our study continues to draw interest to treatments delivered within the earliest time points after injury and thereby serve as a design model for future research.

Theodore Macnow, MD
Rebekah Mannix, MD, MPH

**Author Affiliations:** University of Massachusetts Chan Medical School, Worcester (Macnow); Department of Pediatrics, University of Massachusetts Memorial Children's Medical Center, Worcester (Macnow); Division of Emergency Medicine, Boston Children's Hospital, Boston, Massachusetts (Mannix); Department of Pediatrics, Harvard Medical School, Boston, Massachusetts (Mannix); Department of Emergency Medicine, Harvard Medical School, Boston, Massachusetts (Mannix).

**Corresponding Author:** Theodore Macnow, MD, Department of Pediatrics, University of Massachusetts Memorial Children's Medical Center, 55 Lake Ave North, Worcester, MA 01655 (theodore.macnow@umassmemorial.org).

**Published Online:** December 13, 2021. doi:10.1001/jamapediatrics.2021.5342

**Conflict of Interest Disclosures:** None reported.

1. Macnow T, Curran T, Tolliday C, et al. Effect of screen time on recovery from concussion: a randomized clinical trial. *JAMA Pediatr*. Published online September 7, 2021. doi:10.1001/jamapediatrics.2021.2782

2. McCrory P, Meeuwisse W, Dvořák J, et al. Consensus statement on concussion in sport-the 5th international conference on concussion in sport held in Berlin, October 2016. *Br J Sports Med*. 2017;51(11):838-847. doi:10.1136/bjsports-2017-097699

3. Leddy JJ, Haider MN, Ellis MJ, et al. Early subthreshold aerobic exercise for sport-related concussion: a randomized clinical trial. *JAMA Pediatr*. 2019;173(4):319-325. doi:10.1001/jamapediatrics.2018.4397

4. Leddy JJ, Master CL, Mannix R, et al. Early targeted heart rate aerobic exercise versus placebo stretching for sport-related concussion in adolescents: a randomised controlled trial. *Lancet Child Adolesc Health*. 2021;5(11):792-799. doi:10.1016/S2352-4642(21)00267-4

5. Thomas DG, Apps JN, Hoffmann RG, McCrea M, Hammeke T. Benefits of strict rest after acute concussion: a randomized controlled trial. *Pediatrics*. 2015;135(2):213-223. doi:10.1542/peds.2014-0966

6. Wiebe DJ, Nance ML, Houseknecht E, et al. Ecologic momentary assessment to accomplish real-time capture of symptom progression and the physical and cognitive activities of patients daily following concussion. *JAMA Pediatr*. 2016;170(11):1108-1110. doi:10.1001/jamapediatrics.2016.1979

### Political Issues Surrounding Gender-Affirming Care for Transgender Youth

**To the Editor** Responding to the Viewpoint[1] regarding Arkansas Act 626, I agree medicine must be concerned when legislatures act to regulate health care. However, US politicians are not alone. Many others have concerns regarding the care of youth with gender dysphoria.

Internationally, standards are changing. Finland and Sweden have curtailed or stopped youth sex transitions, citing safety, efficacy, and ethical issues. Sex transition now only proceeds under strict research protocols, recognizing the experimental nature of this care. The National Health Service of England commissioned the Cass Review to evaluate the safety and effectiveness of gender dysphoria care as it is currently practiced.

The protocol in the Netherlands of puberty blockade followed by cross-sex hormones and surgeries was based on a single-center trial of 55 patients, carefully selected for persistent dysphoria with early childhood onset and stable mental health. Their cohort was very different from the one presenting today. Gender dysphoria now presents primarily in youth with postpubertal onset and psychiatric comorbidities. This novel population is poorly understood. The lead author of the protocol in the Netherlands has raised questions about the protocol's applicability, expressing reservations about the path we are on.[2]

A recent systematic review, including the guidelines cited in the Viewpoint,[2] concluded that clinical practice guidelines for gender dysphoria are all based on weak evidence. The review concluded that the World Professional Association for Transgender Health Standards of Care version 7 "cannot be considered 'gold standard.'"[3] A systematic review commissioned in the UK by the National Health Service found the evidence for puberty blockers and cross-sex hormones to be of "very low certainty."[4]

Peer-reviewed research reveals hormonal and surgical care fails to address mental health issues.[5] We are starting to see negative outcomes as regrets after irreversible sex transitions are reported. Many tragic personal stories can be found in online detransition communities. These reports should trouble us.

- "I struggled to find a therapist who supported questioning my trans identity and considering alternatives to transitioning; most only knew how to encourage transitioning and reinforced the harmful ideas that led to my wrongly identifying as [female-to-male] in the first place."
- "It is unacceptable that, at least in my experience, detransition is not something allowed to be talked about in [lesbian, gay, bisexual, and transgender] spaces."
- "I could have benefited from counseling but don't trust psychologists ideological bias."[5]

In the US, we seem oblivious to the lack of quality evidence, safety, patient regret, and ethical issues. Minors have access to irreversible interventions that are not supported by strong evidence. Politics and courts cannot and should not determine how medicine is practiced. However, if medicine fails to perform a thorough vetting of the evidence and youth are harmed, we should not be surprised when politicians step in.

Patients and their families are demanding and deserve better care. The good of the patient can never be secondary to personal, professional, and political ideology.

Patrick K. Hunter, MD, MSc Bioethics

**Author Affiliation:** Department of Pediatrics, University of Central Florida College of Medicine.

**Corresponding Author:** Patrick K. Hunter, MD, MSc, Bioethics, Department of Pediatrics, University of Central Florida College of Medicine, 6850 Lake Nona Blvd, Orlando, FL 32827 (patrickhunter@mac.com).

**Published Online:** December 20, 2021. doi:10.1001/jamapediatrics.2021.5348

**Conflict of Interest Disclosures:** None reported.

© 2021 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a Harvard University User on 10/23/2023

Doe Pls' Trial Ex. 92

PL010529

1. Park BC, Das RK, Drolet BC. Increasing criminalization of gender-affirming care for transgender youths—a politically motivated crisis. *JAMA Pediatr*. Published online September 13, 2021. doi:10.1001/jamapediatrics.2021.2969

2. de Vries ALC. Challenges in timing puberty suppression for gender-nonconforming adolescents. *Pediatrics*. 2020;146(4):e2020010611. doi:10.1542/peds.2020-010611

3. Dahlen S, Connolly D, Arif I, Junejo MH, Bewley S, Meads C. International clinical practice guidelines for gender minority/trans people: systematic review and quality assessment. *BMJ Open*. 2021;11(4):e048943. doi:10.1136/bmjopen-2021-048943

4. National Institute for Health and Care Excellence. Gonadotrophin releasing hormone analogues for children and adolescents with gender dysphoria. Published March 11, 2021. Accessed November 5, 2021. https://arms.nice.org.uk/resources/hub/1070905/attachment

5. Vandenbussche E. Detransition-related needs and support: a cross-sectional online survey. *J Homosex*. 2021;(April):1-19. doi:10.1080/00918369.2021.1919479

**In Reply** The Letter from Hunter incorrectly undermines the importance of access to gender-affirming care (GAC) for transgender youth in the US.[1] We agree that the safety and efficacy of GAC deserve careful attention; however, the current literature and guidelines from both medical and sociopolitical organizations do not (and should not) support legal barriers for transgender and gender-diverse adolescents seeking care. Although policy changes in Sweden and Finland may serve as case studies, these countries are among the few that endorse extreme measures that include prohibition of GAC for youth. Most countries continue to support GAC for gender-dysphoric adolescents based on expert consensus that the known benefits of treatment clearly outweigh risks.

While studies that popularized the protocol in the Netherlands were limited in scope, limitations are expected when pioneering research in a novel and controversial field. The original authors of the protocol agree that age criteria are flexible, and that the approach should be tailored to the individual based on specific clinical situations and goals of care.[2] Furthermore, this is not applicable to the World Professional Association for Transgender Health Standards of Care, as the newest version does not provide age-specific recommendations for the initiation of gender-affirming hormones.[3] We agree that not all gender-dysphoric adolescents require (or even want) medical or surgical interventions.

Hunter also cites the systematic review from the UK National Institute for Clinical Excellence as evidence for the lack of efficacy of puberty blockers and cross-sex hormones. However, by including just 9 observational studies, the review is unrepresentative and omits several key studies. Paradoxically, both the review and Hunter criticize a lack of evidence and comparative studies while citing potential ethical issues with a no-treatment arm in which there may be more negative mental health outcomes when treatment is withheld.

Lastly, Hunter claims that hormonal and surgical care fail to address psychological issues. This is patently false. World Professional Association for Transgender Health criteria require that any coexisting psychological, medical, or social problems be addressed to make sure that the adolescent is stable to start treatment.[3] Although regret after gender-affirming therapy is possible, overall rates of adolescents that stop hormone therapy are low and regret after gender-affirming surgery is rare.[4,5]

Rather than being oblivious to the lack of quality evidence, safety, patient regret, and ethical issues, we are making the ethical choice to provide informed access to care based on current evidence, which supports GAC for youth. Policies produced by political polarization in our country are interfering with physicians' ability to provide evidence-based care to their patients, as shown by recent controversial abortion bans, which include the criminalization of physicians.[6] As with any new and controversial field, we must continue to monitor changes in the evidence to ensure high-quality, ethical care. However, curtailing efforts to provide GAC as suggested by Hunter is a step backward with severe outcomes for the health of transgender adolescents.

Benjamin C. Park, BS
Rishub K. Das, BA
Brian C. Drolet, MD

**Author Affiliations:** Vanderbilt University School of Medicine, Nashville, Tennessee (Park, Das); Department of Plastic Surgery, Vanderbilt University Medical Center, Nashville, Tennessee (Drolet).

**Corresponding Author:** Brian C. Drolet, MD, Department of Plastic Surgery, Vanderbilt University Medical Center, 1161 21st Ave South, Ste D-4208B, Nashville, TN 37232 (brian.c.drolet@vumc.org).

**Published Online:** December 20, 2021. doi:10.1001/jamapediatrics.2021.5345

**Conflict of Interest Disclosures:** None reported.

1. Park BC, Das RK, Drolet BC. Increasing criminalization of gender-affirming care for transgender youths-a politically motivated crisis. *JAMA Pediatr*. Published online September 13, 2021. doi:10.1001/jamapediatrics.2021.2969

2. de Vries ALC, McGuire JK, Steensma TD, Wagenaar ECF, Doreleijers TAH, Cohen-Kettenis PT. Young adult psychological outcome after puberty suppression and gender reassignment. *Pediatrics*. 2014;134(4):696-704. doi:10.1542/peds.2013-2958

3. Coleman E, Bockting W, Botzer M, et al Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. *Int J Transgend*. 2012;13(4):165-232. doi:10.1080/15532739.2011.700873

4. de Vries ALC. Challenges in timing puberty suppression for gender-nonconforming adolescents. *Pediatrics*. 2020;146(4):e2020010611. doi:10.1542/peds.2020-010611

5. Bustos VP, Bustos SS, Mascaro A, et al. Regret after gender-affirmation surgery: a systematic review and meta-analysis of prevalence. *Plast Reconstr Surg Glob Open*. 2021;9(3):e3477. doi:10.1097/GOX.0000000000003477

6. Charo RA. Vigilante injustice—deputizing and weaponizing the public to stop abortions. *N Engl J Med*. 2021;385(16):1441-1443. doi:10.1056/NEJMp2114886

## National Institutes of Health Funding Priorities

**To the Editor** The analysis by Rees et al[1] and the accompanying Editorial[2] provide a valuable and insightful evaluation of crucial current pediatric research priorities and policies. While the lists of diseases (Figures 1, 2, and 3)[1] included some mental health morbidities (eg, bipolar disorder, self-harm, and anxiety and depressive disorders), and the Editorial noted omission of the challenge of "factoring in determinants of cognitive, behavioral, and physical health outcomes for children that are not captured in disorder categories,"[2] neither publication explicitly mentioned existing or needed research into the pediatric pandemic[3] of child maltreatment or the importance of childhood trauma and adversity in the development of mental and physical disease and behavioral morbidities (eg, domestic violence, homelessness, criminality, mass shootings, and unemployment) across the life course. Existing research

© 2021 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a Harvard University User on 10/23/2023

PL010530