

FIND A CATHOLIC PHYSICIAN (/... MEMBERS ONLY COMMUNITY (HTTPS://WWW.CMACOMMUNITY.ORG _(/)

| Home (/) | About Us (https://www.cathmed.org/about/) | Membership (https://www.cathmed.org/membership/) | News | E |

# Family/Sexual Education

**8-7 Abstinence only programs should receive federal support**

THEREFORE, BE IT RESOLVED,

that abstinence only programs should continue to receive federal support in the future. (2005) (renewed 2015)

**8-8 Safe environment programs should be redesigned and made optional to protect parental rights**

THEREFORE, BE IT RESOLVED,

that the so-called "safe environment" programs be redesigned and made optional to avoid erosion of parental rights and avoid harm to children. (2005) (renewed 2015)

**8-9 Healthy Families Safe Children**

THEREFORE, BE IT RESOLVED,

that the CMA encourages all parents interested in the healthy development and safety of their children to learn and apply the principles of sound human development as embodied in the DVD series Healthy Families Safe Children. (2010)

**8-10 Resolution to defund School Clinics**

THEREFORE, BE IT RESOLVED,

that the Catholic Medical Association, respecting the rights of parental involvement in their children's health care, urge the U.S. House of Representatives to defund school-based clinics under the Affordable Care Act of 2010. (2014)

**8-11 Resolution on Gender Neutral Public Spaces**

BE IT RESOLVED,

that the Catholic Medical Association, in recognition of the dignity of the person, supports the continuation of sex-specific facilities in all public and private places. (2016)

**8-12 Resolution on Transgender Treatments**

BE IT RESOLVED,

that the Catholic Medical Association does not support the use of any hormones, hormone blocking agents or surgery in all human persons for the treatment of Gender Dysphoria. (2016)

**8-13 Resolution on Gender Dysphoria**

BE IT RESOLVED,

that the Catholic Medical Association and its members reject all policies that condition all persons with gender dysphoria

Doe Pls' Trial Ex. 94

PL011802

to accept as normal a life of chemical and surgical impersonation of
the opposite sex; further, that the use of puberty blocking hormones
and cross-sex hormones and surgical reassignment surgery be rejected. (2017)

**8-14 Humanae Vitae and Natural Family Planning**

BE IT RESOLVED, that the CMA recognized the prophetic nature of the encyclical Humanae
Vitae on the 50th anniversary of its publication,

BE IT FURTHER RESOLVED,  that the Catholic Medical Association recognizes the important need to
help our patients repair and avoid the dangerous consequences predicted by Pope Paul VI through continued
promotion of natural family planning.

BE IT FURTHER RESOLVED, that the Catholic Medical Association recognizes the sanctity of the
procreative powers given to mankind through the gift of sexual intercourse properly ordered, in the
permanent union in true love, to marriage between one man and one woman. (2018)

 (/#facebook)     (/#twitter)

(https://www.addtoany.com/share#url=https%3A%2F%2Fwww.cathmed.org%resources%2Fhealth-care-policy%2Fresolutions%2Ffamilysexual-education%2F&title=Family%2FSexual%20Education)

# Become a member

The Catholic Medical Association (CMA) is the largest association of Catholic individuals in health care. We help our members to grow in faith, maintain ethical
integrity, and provide excellent health care in accordance with the teachings of the Church.

JOIN CMA (/MEMBERSHIP/JOIN-OR-RENEW-NOW/JOIN/)

# Donate to CMA (/support/donate/)



BRANDED APPAREL & ACCESSORIES
CONFERENCE CDS & DVDS
CMA PUBLICATIONS & MORE

SHOP NOW (/SHOP)



(/events/annual-educational-conference/)

PL011803

Catholic Medical Association

(https://www.guidestar.org/profile/20-1631325)

550 Pinetown Rd., Suite 205
Fort Washington, PA 19034
Tel: 484-270-8002 (tel:4842708002)
E-Mail: info@cathmed.org (mailto:info@cathmed.org)

Home (https://www.cathmed.org/)
About Us (https://www.cathmed.org/about/)
Membership (https://www.cathmed.org/membership/)

Events (https://www.cathmed.org/events/)
Resources (https://www.cathmed.org/resources/)
Support (https://www.cathmed.org/support/)

Media (https://www.cathmed.org/media/)
Join CMA
Programs (https://www.cathmed.org/programs)
Physician Search

© 2023 Catholic Medical Association. All rights reserved   Privacy Policy (/privacy-policy)   Terms of Use (/terms)

PL011804