10/23/23, 8:56 AM

JOIN **CMA** FOR FULL ACCESS TO ALL OF OUR BENEFITS (HTTPS://WWW.CATHMED.ORG/MEMBERSHIP/JOIN-OR-RENEW-NOW/JOIN/)

Feature (https://www.cathmed.org/section/feature/)

# Understanding CMA's Position Against Current Treatment for Children with Gender Dysphoria

September 18, 2023


(https://player.performedia.com/cma-ac23/player/update-on-transgender-medicine/)
Dr. Patrick Hunter speaking on "Updates on Transgender Medicine" at the 92nd Annual Educational Conference in Phoenix, Ariz, Sept. 9, 2023.

During CMA's 92nd Annual Educational Conference, which had Courageous Catholic Medicine as its theme, the Catholic Medical Association released the highly anticipated position paper on the _Ideology of Gender Harms Children_ (https://www.cathmed.org/resources/the-ideology-of-gender-harms-children/). In the paper, CMA sounds the alarm and calls for other medical associations to reverse course in promoting the current standard of care for children with gender dysphoria – "care" that is causing irreversible damage to the young and vulnerable.

During the conference, Dr. Patrick Hunter, a general pediatrician with 30+ years of clinical and academic experience, gave a comprehensive historical review of the evidence that was used to determine the current treatment for children with gender dysphoria and shows why the current treatment plan needs to change, providing a more detailed understanding of CMA's position paper.

While most of his career has been in clinical medicine, Dr. Hunter has spent time formally teaching residents and medical students at Tripler Army Medical Center, University of Hawaii, and University of Central Florida. In 2015, after seeing his first trans-identified patient, he began studying gender medicine. As a result of this research, he found himself at the National Catholic Bioethics Center and University of Mary, and received a master degree in bioethics in 2021. He has collaborated with experts from Sweden, Finland, England, Norway, Australia, France, Canada, the US, and other countries regarding gender medicine.

CMA is sharing his presentation **here** (https://player.performedia.com/cma-ac23/player/update-on-transgender-medicine/) because the truth has to be shared for the sake of these children. (You may also access the video by clicking on the photo above.)

Doe Pls' Trial Ex. 95

PL011805



© The Pulse of Catholic Medicine

Catholic Medical Association

550 Pinetown Rd., Suite 205, Fort Washington, PA 19034

Join the CMA today! For membership levels and their benefits, visit www.cathmed.org/membership (https://www.cathmed.org/membership/)

*The views and opinions expressed are solely those of the authors and do not necessarily represent those of the CMA.*

### Join us on social media

Facebook (https://www.facebook.com/CathMedAssociation/) • Twitter (https://twitter.com/catholicmed) • Instagram (https://www.instagram.com/catholicmedicalassociation/) • YouTube (https://www.youtube.com/channel/UCB4RdIxte5fMWGwT2RPjfKQ)

### Links

Past Magazine Archive (https://www.cathmed.org/pulse/)

Novus Medicus for Students (https://www.cathmed.org/membership/novusmedicus/)

## #LINACRE QUARTERLY

Receive the oldest journal dedicated to medical ethics in existence by becoming a member. Click here for membership levels and their benefits. (https://www.cathmed.org/membership/)