| | |
|---|---|
| **From:** | Furino, Maureen |
| **Sent:** | Friday, January 6, 2023 4:29 PM EST |
| **To:** | DeLorenz, Christopher |
| **Subject:** | |
| **Attachments:** | IMG_6841.jpg, IMG_6842.jpg |

Get Outlook for iOS

EOG_008125

Doe Pls' Trial Ex.
96



Jason



Mon, May 16 at 3:59 PM

eknes-tucker-ruling-on-pi-5-13-22.pdf
PDF Document · 208 KB

Mon, May 16 at 5:43 PM

The judge isn't very nice to our friend James Cantor

EOG_008126



**Jason**

Wed, Aug 10 at 9:14 AM

From Quentin:

"Tom Benton of Gainesville has agreed to speak at the Friday meeting. He should be calling you. His email address is notneb@bellsouth.com."



Nonresponsive

EOG_008127