Reference Committee
B – Practice

| | | |
|---|---|---|
| 1 | Resolution #27 | 2022 Leadership Conference |
| 2 | | |
| 3 | TITLE: | In Support of a Rigorous Systematic Review of Evidence and Policy Update |
| 4 | | for Management of Pediatric Gender Dysphoria |
| 5 | | |
| 6 | SPONSORED BY: | |
| 7 | | |
| 8 | DATE: | April 1, 2022 |
| 9 | | |
| 10 | DISPOSITION: | |
| 11 | | |
| 12 | Whereas, | national health systems and professional organizations in multiple countries |
| 13 | | are reconsidering the use of hormones and surgeries as first line treatment |
| 14 | | for gender dysphoric children and young people; and |
| 15 | | |
| 16 | Whereas, | both growing numbers of parents and prominent World Professional |
| 17 | | Association for Transgender Health (WPATH) leaders are expressing deep |
| 18 | | concerns about the use of medical and surgical interventions without |
| 19 | | sufficient exploratory psychotherapy, and |
| 20 | | |
| 21 | Whereas, | puberty blockers followed by cross sex hormones compromise future fertility |
| 22 | | and sexual function, two fundamental human rights that should not be |
| 23 | | compromised except in exceptional circumstances, and |
| 24 | | |
| 25 | Whereas, | no clear diagnostic criteria exist which can reliably identify which young |
| 26 | | people will persist in a transgender identification and there is increasing |
| 27 | | evidence of regret and detransition, therefore be it |
| 28 | | |
| 29 | RESOLVED, | that the Academy, in a fashion similar to the Cass Review that was |
| 30 | | commissioned by the United Kingdom's National Health Service, will |
| 31 | | undertake a rigorous systematic review of available evidence regarding the |
| 32 | | safety, efficacy, and risks of childhood social transition, puberty blockers, |
| 33 | | cross sex hormones and surgery, and be it further |
| 34 | | |
| 35 | RESOLVED, | that the Academy will update the 2018 guidelines for the care of gender |
| 36 | | dysphoric youth, based on the results of this evidence review, and in |
| 37 | | consultation with a range of stakeholders, including mental health and |
| 38 | | medical clinicians, parents and patients, with diverse views and experiences. |
| 39 | | |
| 40 | FISCAL NOTE: | None |
| 41 | | |
| 42 | REFER TO: | 2022 Leadership Conference |
| 43 | | |
| 44 | COAUTHOR: | Julia W. Mason, MS, MD, FAAP |
| 45 | | |
| 46 | Email and chapter: | JuliaM@calpeds.com (OR) |
| 47 | | |
| 48 | COAUTHOR: | Sarah B. Palmer, MD, FAAP |
| 49 | | |

Once submitted, resolutions are property of the Leadership Conference and subject to change.

Doe Pls' Trial Ex. 97

PL011807

| | |
|---|---|
| Resolution #27 | 2022 Leadership Conference |
| Page 2 | |

50  Email and chapter         SBPalmer96@gmail.com (IN)
51
52  COAUTHOR:                 Paula Brinkley, MD, MPH, FAAP
53
54  Email and chapter:        PaulaBrinkleyMD@gmail.com (CA-1)
55
56  COAUTHOR:                 Debra Hendrickson, MD, FAAP
57
58  Email and chapter:        Debrasrb@gmail.com (NV)
59
60  COAUTHOR:                 Patrick Hunter, MD MSc Bioethics, FAAP
61
62  Email and chapter:        PatrickHunter@mac.com (FL)
63
64  BACKGROUND
65  INFORMATION:              Background Information from the Author
66                            The Cass review[3], commissioned by the UK's NHS and led by Dr. Hilary Cass,
67                            an experienced pediatrician, issued its interim report in March 2022. They
68                            engaged multiple stakeholders with a range of views and undertook a
69                            rigorous review of the available evidence. In their report they express
70                            concern that puberty blockers and hormones may not be the best approach
71                            for all children and young people desiring these interventions. They identify
72                            the "affirmative model" as an American model of care.
73
74                            The NHS previously commissioned the NICE evidence reviews[17,18], which
75                            were published in March 2021. These systematic reviews concluded that the
76                            evidence of benefits of puberty blockers and hormonal interventions in
77                            youth is inconclusive and that the evidence basis itself is of very low quality.
78                            Several other countries have conducted similar reviews, with similar
79                            conclusions.
80
81                            The Finnish Health Authority also did a systematic review and similarly
82                            issued new guidelines[2] in 2020, stating that psychotherapy, rather than
83                            puberty blockers and cross-sex hormones, should be the first-line treatment
84                            for gender dysphoric youth.
85
86                            Similarly, the Royal Australian and New Zealand College of Psychiatrists
87                            released a position statement[4] in August 2021 emphasizing the 'paucity of
88                            evidence' regarding optimal treatment of gender dysphoria in children and
89                            adolescents, the need for better evidence, and the importance of a
90                            comprehensive assessment which incorporates full consideration of the
91                            context, as well as features of mental illness and personal and family
92                            history.
93
94                            The National Academy of Medicine in France released a statement[5] in
95                            February 2022 urging great caution in the use of puberty blockers and cross-
96                            sex hormones in young people, due to concerns about serious long term side
97                            effects, especially given the lack of any definitive test to distinguish transient
98                            from persistent dysphoria in young people.

Resolution #27                         2022 Leadership Conference
Page 3

The Swedish National Board of Health and Welfare released updated recommendations[1] for gender dysphoria in young people in February 2022, concluding that the risks of hormone treatment for those under 18 outweigh the benefits, and that these interventions should not be offered outside of clinical trials. Sweden's Karolinska Institute's Children's Hospital had already stopped using puberty blockers and cross sex hormones to treat gender dysphoric children outside of clinic trials due to concerns about "low quality evidence" and "extensive and irreversible adverse consequences" in May 2021[19].

Given the increasing numbers of children and young people identifying as transgender (as many as 9%)[20] and the near unified movement away from hormonal and surgical interventions as first line treatment in multiple countries, a review of the evolving evidence is imperative.

REFERENCES
[1] The Swedish National Board of Health and Welfare. Updated recommendations for hormone therapy for gender dysphoria in young people-- Recommendation Feb 22, 2022 https://www.socialstyrelsen.se/om-socialstyrelsen/pressrum/press/uppdaterade-rekommendationer-for-hormonbehandling-vid-konsdysfori-hos-unga/
https://genderclinicnews.substack.com/p/sweden-transitions-to-caution?s=r

[2] COHERE Finland. Medical treatment methods for dysphoria associated with variations in gender identity in minors – recommendation. June 11, 2020 https://palveluvalikoima.fi/en/recommendations#genderidentity

[3] The Cass Review Interim Report. March 10, 2022 https://cass.independent-review.uk/publications/interim-report/

[4] Royal Australian and New Zealand College of Psychiatrists: Recognising and addressing the mental health needs of people experiencing Gender Dysphoria / Gender Incongruence. Aug 2021 https://www.ranzcp.org/news-policy/policy-and-advocacy/position-statements/gender-dysphoria

[5] French National Academy of Medicine: Medicine and gender transidentity in children and adolescents. Feb 25, 2022 https://www.academie-medecine.fr/la-medecine-face-a-la-transidentite-de-genre-chez-les-enfants-et-les-adolescents/?lang=en

[6] Genspect: A Voice for Parents https://genspect.org

[7] Edwards-Leeper, L & Anderson, E. The mental health establishment is failing trans kids. Nov 24, 2021 https://www.washingtonpost.com/outlook/2021/11/24/trans-kids-therapy-psychologist/

Resolution #27                    2022 Leadership Conference
Page 4

[8] Ghorayshi, A. Doctors Debate Whether Trans Teens Need Therapy Before Hormones. Jan 13 2022 https://www.nytimes.com/2022/01/13/health/transgender-teens-hormones.html

[9] Anderson, E. When it comes to trans youth, we're in danger of losing our way. Jan 3, 2022. https://www.sfexaminer.com/opinion/are-we-seeing-a-phenomenon-of-trans-youth-social-contagion/

[10] Laidlaw, MK, et al. Letter to the Editor: "Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline." *J Clin Endocrinol Metab*. 2019;104(3):686-687. doi:10.1210/jc.2018-01925

[11] Shrier, A. Top Trans Doctors Blow the Whistle on 'Sloppy' Care. Oct 4, 2021 https://bariweiss.substack.com/p/top-trans-doctors-blow-the-whistle?s=r

[12] Levine, SB, Abbruzzese, E, Mason, JW. Reconsidering Informed Consent for Trans-Identified Children, Adolescents, and Young Adults. *Journal of Sex & Marital Therapy*. Published online March 17, 2022:1-22. doi:10.1080/0092623X.2022.2046221

[13] Vandenbussche, E. Detransition-Related Needs and Support: A Cross-Sectional Online Survey. *Journal of Homosexuality*. Published online April 30, 2021:20. doi:10.1080/00918369.2021.1919479

[14] Littman, L. Individuals Treated for Gender Dysphoria with Medical and/or Surgical Transition Who Subsequently Detransitioned: A Survey of 100 Detransitioners. *Arch Sex Behav*. Published online October 19, 2021. doi:10.1007/s10508-021-02163-w

[15] Boyd, I, Hackett, T, Bewley, S. Care of Transgender Patients: A General Practice Quality Improvement Approach. *Healthcare*. 2022;10(1):121. doi:10.3390/healthcare10010121

[16] Hall, R, Mitchell, L, Sachdeva, J. Access to care and frequency of detransition among a cohort discharged by a UK national adult gender identity clinic: retrospective case-note review. *BJPsych open*. 2021;7(6):e184. doi:10.1192/bjo.2021.1022

[17] National Institute for Health and Care Excellence (NICE). Evidence review: Gender-affirming hormones for children and adolescents with gender dysphoria. (2021, March 11). https://arms.nice.org.uk/resources/hub/1070871/attachment

[18] National Institute for Health and Care Excellence (NICE). Evidence review: Gonadotrophin releasing hormone analogues for children

PL011810

Resolution #27                    2022 Leadership Conference
Page 5

```
196    and adolescents with gender dysphoria. (2021, March 11).
197    https://arms.nice.org.uk/resources/hub/1070905/attachment
198
199    [19] Nainggolan, L. Hormonal Tx of Youth With Gender Dysphoria Stops in
200    Sweden. Medscape. May 12, 2021
201    https://www.medscape.com/viewarticle/950964
202
203    [20] Kidd, KM, et al. Prevalence of Gender-Diverse Youth in an Urban School
204    District. Pediatrics. 2021;147(6):e2020049823
205    https://doi.org/10.1542/peds.2020-049823
206
207    Background Information from the Committee on Adolescence and Section
208    on Adolescent Health
209    The Committee on Adolescence (COA) is a co-authoring group for the
210    revision (underway) of the Care of Transgender Youth clinical report, which
211    will include the current literature on gender dysphoria.
212
213    The Section on Adolescent Health (SOAH) is not addressing this issue.
214
215    Background Information from the Section on LGBT Health and Wellness
216    The Section on LGBT Health and Wellness (SOLGBTHW) is currently
217    developing a clinical report "Providing Affirmative Clinical Care to
218    Transgender and Gender-Diverse Children and Adolescents" which will be a
219    thorough update to the 2018 statement and will review the current
220    literature.
221
222    Background Information from the Committee on Psychosocial Aspects of
223    Child and Family Health
224    COPACFH is currently working with the Section on LGBT Health and
225    Wellness (SOLGBTHW) and the Committee on Adolescence to develop a
226    clinical report on providing affirmative care to transgender and gender-
227    diverse children and adolescents. This new clinical report will involve a
228    review of the current literature and update the 2018 statement.
229
230    Background Information from the Section on Developmental and
231    Behavioral Pediatrics
232    At this time, the SODBP is not addressing the issues raised in the resolved
233    portions of this resolution.
```

PL011811