Youth Gender Transition Is Pushed Without Evidence - WSJ                                                                    10/8/23, 7:22 PM

archive.today
webpage capture

Saved from  https://www.wsj.com/amp/articles/trans-gender-affirming-care-transition-hormone-su   search        6 Aug 2023 02:57:33 UTC
                                                                               history  ←prior  next→
Redirected from  https://www.wsj.com/articles/trans-gender-affirming-care-transition-hormone-surger
                                                                               history  ←prior  next→
All snapshots  from host www.wsj.com

Webpage | Screenshot                                    share   download .zip   report bug or abuse   Buy me a coffee



## WSJ | OPINION

OPINION | LETTERS

# Youth Gender Transition Is Pushed Without Evidence

Psychotherapy, not hormones and surgery, is increasingly the first line of treatment abroad.

July 13, 2023 4:51 pm ET



A protest outside the Alabama State House in Montgomery, March 30.
PHOTO: JAKE CRANDALL/ASSOCIATED PRESS

As experienced professionals involved in direct care for the rapidly growing numbers of gender-diverse youth, the evaluation of medical evidence or both, we were surprised by the Endocrine Society's claims about the state of evidence for gender-affirming care for youth (Letters, July 5). Stephen Hammes, president of the Endocrine Society, writes, "More than 2,000 studies published since 1975 form a clear picture: Gender-affirming care improves the well-being of transgender and gender-diverse people and reduces the risk of suicide." This claim is not supported by the best

available evidence.

Every systematic review of evidence to date, including one published in the Journal of the Endocrine Society, has found the evidence for mental-health benefits of hormonal interventions for minors to be of low or very low certainty. By contrast, the risks are significant and include sterility, lifelong dependence on medication and the anguish of regret. For this reason, more and more European countries and international professional organizations now recommend psychotherapy rather than hormones and surgeries as the first line of treatment for gender-dysphoric youth.

Dr. Hammes's claim that gender transition reduces suicides is contradicted by every systematic review, including the review published by the Endocrine Society, which states, "We could not draw any conclusions about death by suicide." There is no reliable evidence to suggest that hormonal transition is an effective suicide-prevention measure.

The politicization of transgender healthcare in the U.S. is unfortunate. The way to combat it is for medical societies to align their recommendations with the best available evidence—rather than exaggerating the benefits and minimizing the risks.

*This letter is signed by 21 clinicians and researchers from nine countries.*

FINLAND

**Prof. Riittakerttu Kaltiala, M.D., Ph.D.**

*Tampere University*

**Laura Takala, M.D., Ph.D.**

*Chief Psychiatrist, Alkupsykiatria Clinic*

UNITED KINGDOM

**Prof. Richard Byng, M.B.B.Ch., Ph.D.**

*University of Plymouth*

**Anna Hutchinson, D.Clin.Psych.**

*Clinical psychologist, The Integrated Psychology Clinic*

**Anastassis Spiliadis, Ph.D.(c)**

*Director, ICF Consultations*

SWEDEN

**Angela Sämfjord, M.D.**

*Senior consultant, Sahlgrenska University Hospital*

**Sven Román, M.D.**

*Child and Adolescent Psychiatrist*

NORWAY

**Anne Wæhre, M.D., Ph.D.**

*Senior consultant, Oslo University Hospital*

BELGIUM

**Em. Prof. Patrik Vankrunkelsven, M.D. Ph.D.**

*Katholieke Universiteit Leuven*

*Honorary senator*

**Sophie Dechêne, M.R.C.Psych.**

*Child and adolescent psychiatrist*

**Beryl Koener, M.D., Ph.D.**

*Child and adolescent psychiatrist*

FRANCE

**Prof. Celine Masson, Ph.D.**

*Picardy Jules Verne University*

*Psychologist, Oeuvre de Secours aux Enfants*

*Co-director, Observatory La Petite Sirène*

**Caroline Eliacheff, M.D.**

*Child and adolescent psychiatrist*

*Co-director, Observatory La Petite Sirène*

**Em. Prof. Maurice Berger, M.D. Ph.D.**

*Child psychiatrist*

SWITZERLAND

**Daniel Halpérin, M.D.**

*Pediatrician*

SOUTH AFRICA

**Prof. Reitze Rodseth, Ph.D.**

*University of Kwazulu-Natal*

**Janet Giddy, M.B.Ch.B., M.P.H.**

*Family physician and public-health expert*

**Allan Donkin, M.B.Ch.B.**

*Family physician*

UNITED STATES

**Clin. Prof. Stephen B. Levine, M.D.**

*Case Western Reserve University*

**Clin. Prof. William Malone, M.D.**

*Idaho College of Osteopathic Medicine*

*Director, Society for Evidence Based Gender Medicine*

**Clin. Prof. Patrick K. Hunter, M.D.**

*Florida State University*

*Pediatrician and bioethicist*

Transgenderism has been highly politicized—on both sides. There are those who will justify any hormonal-replacement intervention for any young person who may have been identified as possibly having gender dysphoria. This is dangerous, as probably only a minority of those so identified truly qualify for this diagnosis. On the other hand, there are those who wouldn't accept any hormonal intervention, regardless of the specifics of the individual patients.

Endocrinologists aren't psychiatrists. We aren't the ones who can identify gender-dysphoric individuals. The point isn't to open the floodgates and offer an often-irreversible treatment to all people who may have issues with their sexuality, but to determine who would truly benefit from it.

**Jesus L. Penabad, M.D.**

*Tarpon Springs, Fla.*

### POPULAR ON WSJ.COM



COLLEGE FOOTBALL

**The Pac-12 Melts Down, as Five More Schools Depart for Other Conferences**



THE SATURDAY ESSAY

### The Founders Anticipated the Threat of Trump



MANAGEMENT & CAREERS

### Tank Tops, Toilet Trips and Lies: What Headhunters Can See



BUSINESS

### America's Most Tech-Forward City Has Doubts About Self-Driving Cars



FITNESS

### The 'Unicorn Exercise' Everyone Wants to Do Now

BACK TO TOP

    

WSJ Membership Benefits

Customer Center

Legal Policies



©2023 Dow Jones & Company, Inc.
All Rights Reserved.

**Gainesville: Dentists Are Almost Giving Away**
Perform A Simple Search On The Next Page To View
*sponsored by: Dental Implant Ads*

LEARN MORE