Case 4:23-cv-00114-RH-MAF Document 184-13 Filed 11/06/23 Page 1 of 2

View EO 12866 Meeting     10/8/23, 5:18 PM

An official website of the United States government

Search: ●Agenda ○Reg Review ○ICR

Home | Unified Agenda | Regulatory Review | Information Collection Review | FAQs / Resources | Contact Us

## View EO 12866 Meeting 0945-AA17

**Title:** Nondiscrimination in Health Programs and Activities
**Agency/Subagency:** 0945-HHS/OCR
**Stage of Rulemaking:** Proposed Rule Stage
**Meeting Date/Time:** 04/25/2022 03:30 PM
**Requestor:** Society for Evidence-based Gender Medicine    **Requestor's Name:** William Malone

**Documents:**

List of Documents

[Remarks HHS meeting_2022]

**Attendees:**

| List of Attendees | Participation |
|---|---|
| Dr. Stephen Beck - SELF | Teleconference |
| Dr. Sallie Baxendale - SELF | Teleconference |
| Dr. Avi Ring - SELF | Teleconference |
| Dr. Laura Haywood - SELF | Teleconference |
| Josh Brammer - OMB/OIRA | Teleconference |
| Vanessa Duguay - OMB/HD | Teleconference |
| Dylan de Kervor - HHS/OCR | Teleconference |
| Audrey Wiggins - HHS/OGC | Teleconference |
| Alissa Stoneking - HHS/OCR | Teleconference |
| Dr. Chan Moruzi - SELF | Teleconference |
| Prof. Richard Byng - Society for Evidence-based Gender Medicine | Teleconference |
| Dr. Angela CE. Thompson - SELF | Teleconference |
| Dr. Hildur Hjaltadottir - Society for Evidence-based Gender Medicine | Teleconference |
| Dr. Riittakerttu Kaltiala - SELF | Teleconference |
| Dr. Kate Goonan - Society for Evidence-based Gender Medicine | Teleconference |
| Dr. Lori Regenstreif - SELF | Teleconference |
| Dr. Paula Brinkley - SELF | Teleconference |
| Dr. Sarah Palmer - SELF | Teleconference |
| P. Tucker - SELF | Teleconference |
| Ms. E. Abbruzzese - Society for Evidence-based Gender Medicine | Teleconference |
| Dr. Lisa Littman - SELF | Teleconference |
| J. Cohn - SELF | Teleconference |
| R. Stephens - Society for Evidence-based Gender Medicine | Teleconference |
| Dr. William Malone - Society for Evidence-based Gender Medicine | Teleconference |
| Dr. Patrick Hunter - Society for Evidence-based Gender Medicine | Teleconference |
| Ms. Sasha Ayad - Society for Evidence-based Gender Medicine | Teleconference |
| Ms. Lisa Marchiano - Society for Evidence-based Gender Medicine | Teleconference |
| Dr. Roberto D'Angelo - Society for Evidence-based Gender Medicine | Teleconference |
| Dr. Julia Mason - Society for Evidence-based Gender Medicine | Teleconference |

 

Doe Pls' Trial Ex. 99

PL011818

 

Reginfo.gov
**An official website of the** U.S. General Services Administration **and the** Office of Management and Budget

About Us

About GSA

About OIRA

Related Resources

Disclosure

Accessibility

FOIA

Privacy Policy

Contact Us

Looking for U.S. government information and services?
    Visit USA.gov