# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JANE DOE et al.,

    Plaintiffs,

v.

JOSEPH A. LADAPO et al.,

    Defendants.

Civil No. 4:23-cv-00114-RH-MAF

## PLAINTIFFS' NOTICE OF FILING TRIAL EXHIBITS

Pursuant to the Court's October 31, 2023 Order Confirming the Deadline to File Exhibits and the Pretrial Stipulation (Dkt. 174), Plaintiffs hereby submit this Notice of Filing Trial Exhibits[1], with copies of each exhibit Plaintiffs expect to or may offer at trial listed on the Exhibit List below and appended hereto.[2]  Plaintiffs reserve the right to use additional documents for purposes of impeachment, and to offer any exhibit identified by Defendants.

---

[1] Due to the extensive number of documents, Plaintiffs are filing multiple, identical copies of this Notice on the case docket, each attaching a separate set of the below listed exhibits.

[2] Sealed versions of Plaintiffs' medical records (Doe Pls' Trial Exs. 80-86) have been filed at Dkt. 147.

## Plaintiffs' Exhibit List

| Trial Ex. No. | Bates No. | Exhibit Description | Will Use | May Use | Stipulated/ Defendants' Objections |
|---|---|---|---|---|---|
| *Dekker Exhibits* | | Any exhibit that was entered into evidence in the *Dekker* trial | | X | |
| Doe Pls' Trial Ex. 1 | PL000566 - 000579 | Defendants' Response to Pls' First Set of Interrogatories | | X | |
| Doe Pls' Trial Ex. 2 | PL000580 - 000625 | Expert Report of Dr. Aaron Janssen, M.D. (8.16.2023) | | X | Hearsay |
| Doe Pls' Trial Ex. 3 | PL000626-000683 | Expert Report of Dr. Brittany Bruggeman, M.D. (8.16.2023) | | X | Hearsay |
| Doe Pls' Trial Ex. 4 | PL000684-000735 | Expert Report of Dr. Dan H. Karasic, M.D. (8.16.2023) | | X | Hearsay |
| Doe Pls' Trial Ex. 5 | PL000736 – 000816 | Expert Report of Dr. Daniel Shumer, M.D. (8.16.2023) | | X | Hearsay |
| Doe Pls' Trial Ex. 6 | PL000817 – 000886 | Expert Report of Dr. Loren Schechter, M.D. (8.16.2023) | | X | Hearsay |
| Doe Pls' Trial Ex. 7 | PL000887 - 000910 | Expert Report of Dr. Vernon Langford, DNP, APRN-CNP, FNP-C (8.16.2023) | | X | Hearsay |
| Doe Pls' Trial Ex. 8 | PL000911 - 000929 | Expert Report of Dr. Kenneth W. Goodman, PhD, FACMI, FACE (8.16.2023) | | X | Hearsay |
| Doe Pls' Trial Ex. 9 | PL000930 - 000938 | Expert Rebuttal Report of Dr. Aaron Janssen, M.D. (9.5.2023) | | X | Hearsay |

| | | | | | |
|---|---|---|---|---|---|
| Doe Pls' Trial Ex. 10 | PL000939 - 000946 | Expert Rebuttal Report of Dr. Dan H. Karasic (9.5.2023) | | X | Hearsay |
| Doe Pls' Trial Ex. 11 | PL000947 | Florida Admin. Code R. 64B8-9.019, *Standards of Practice for the Treatment of Gender Dysphoria in Minors* (effective 3.16.2023) | X | | |
| Doe Pls' Trial Ex. 12 | PL000948 | Florida Admin. Code R. 64B15-14.014, *Standards of Practice for the Treatment of Gender Dysphoria in Minors* (effective 3.28.2023) | X | | |
| Doe Pls' Trial Ex. 13 | PL000949 | Notice of Change, Fla Admin Code R. 64B15-14.014 (filed 2.10.2023) | | X | |
| Doe Pls' Trial Ex. 14 | PL000950 | Florida Department of Health Guidance, *Treatment of Gender Dysphoria for Children and Adolescents* (4.20.22) | X | | |
| Doe Pls' Trial Ex. 15 | PL000951 | Surgeon General Ladapo Letter to Florida Boards of Medicine (6.2.22) | X | | |
| Doe Pls' Trial Ex. 16 | PL000952 - 000959 | Florida Department of Health Petition to Initiate Rulemaking Setting the Standard of Care for the Treatment of Gender Dysphoria (7.28.22) | X | | |
| Doe Pls' Trial Ex. 17 | PL000960 – 000969 | Florida Senate Bill 254 (2023) | X | | |
| Doe Pls' Trial Ex. 18 | PL000970 - 000979 | Florida House Bill 1421 (2023) | X | | |

| | | | | | |
|---|---|---|---|---|---|
| Doe Pls' Trial Ex. 19 | PL000980 - 000981 | Section 456.001(1)(8) – (9), Florida Statutes (2023) | | X | |
| Doe Pls' Trial Ex. 20 | PL000982 - 000983 | Section 456.52, Florida Statutes (2023) | | X | |
| Doe Pls' Trial Ex. 21 | PL000984 - 001462 | Rulemaking Record (Produced by Defendants) | X | | |
| Doe Pls' Trial Ex. 22 | PL001463 - 008066 | Public Book for 02.10.2023 Joint Hearing (Produced by Defendants) | X | | |
| Doe Pls' Trial Ex. 23 | Med Def_001485 - 001622; PL012003 – PL012012 | Transcript of Florida Board of Medicine Meeting 08.05.2022 | X | | |
| Doe Pls' Trial Ex. 24 | Med Def_001058 – 001349 | Transcript of Florida Boards' Joint Rule Workshop 10.28.2022 | X | | |
| Doe Pls' Trial Ex. 25 | Med Def_000876 - 001016 | Transcript of Florida Boards' Joint Meeting 11.04.2022 | X | | |
| Doe Pls' Trial Ex. 26 | Med Def_001017 – 001043; PL012013 - PL012137 | Transcript of Florida Boards' Joint Public Hearing 02.10.2023 (*Incomplete at present) | X | | |
| Doe Pls' Trial Ex. 27 | Med Def_001350 – 001484 | Transcript of Florida House HHS Committee Meeting 02.21.2023 | X | | |
| Doe Pls' Trial Ex. 28 | Med Def_002232 - 002234 | Excerpt from Speech of Governor Ron DeSantis – Joint Session 03.07.2023 | | X | |

| | | | | | |
|---|---|---|---|---|---|
| Doe Pls' Trial Ex. 29 | Med_Def_000087 - 000250 | Transcript of Florida Senate Health Policy Committee Meeting 03.13.2023 | | X | |
| Doe Pls' Trial Ex. 30 | Med_Def_002235 - 002335 | Transcript of Florida House Healthcare Regulation Subcommittee Meeting 03.22.2023 | | X | |
| Doe Pls' Trial Ex. 31 | Med_Def_001913 - 002001 | Transcript of Florida Senate Fiscal Policy Committee Meeting 03.23.2023 | | X | |
| Doe Pls' Trial Ex. 32 | Med_Def_002336 - 002461 | Transcript of Florida House HHS Committee Meeting 03.27.2023 | | X | |
| Doe Pls' Trial Ex. 33 | Med_Def_002462 - 002571 | Transcript of Florida Senate General Session 04.03.2023 | | X | |
| Doe Pls' Trial Ex. 34 | Med_Def_002002 - 002028 | Transcript of Florida Senate General Session 04.04.2023 | | X | |
| Doe Pls' Trial Ex. 35 | Med_Def_002029 – 002144 | Transcript of Florida House General Session 04.18.2023 | | X | |
| Doe Pls' Trial Ex. 36 | Med_Def_002145 | Transcript of Florida House General Session 04.19.2023 | | X | |
| Doe Pls' Trial Ex. 37 | Med_Def_002215 - 002231 | Transcript of Florida Senate General Session 05.04.2023 | | X | |
| Doe Pls' Trial Ex. 38 | Med_Def_002193 - 002214 | Transcript of Florida House General Session 05.04.2023 | | X | |
| Doe Pls' Trial Ex. 39 | Med_Def_001623 – 001912 | Transcript of Florida Boards' Joint Meeting 06.23.2023 | | X | |

| | | | | | |
|---|---|---|---|---|---|
| Doe Pls' Trial Ex. 40 | Med Def_000251 - 000454 | Transcript of Florida Boards' Joint Public Meeting 06.30.2023 | | X | |
| Doe Pls' Trial Ex. 41 | Med Def_000001 - 000086 | Transcript of Florida Boards' Joint Meeting 08.03.2023 | | X | |
| Doe Pls' Trial Ex. 42 | FDOH_0000 44095-000044100; 000044010–000044014; 000042401-000043407; 000044022-000044026; 000044081-000044086; 000042389-000042398. | Composite Exhibit - Emails between Board of Osteopathic Medicine Executive Director Danielle Terrell and Vernadette Broyles (Oct. 25-28, 2022) | X | | |
| Doe Pls' Trial Ex. 43 | FDOH_000 065015-000065016 | Emails from Board of Osteopathic Medicine Executive Director Terrell (11.07.22) | | X | |
| Doe Pls' Trial Ex. 44 | FDOH_000 058615-000058616 | Gender Dysphoria Roundtable (7.8.22) | | X | Foundation Hearsay |
| Doe Pls' Trial Ex. 45 | FDOH_002 874150-002874157 | Governor Talking Points | | X | Foundation Hearsay |
| Doe Pls' Trial Ex. 46 | FDOH_000 065735-000065778 | Request for Hearing to Board of Medicine | | X | Foundation Hearsay |

- 6 -

| | | | | | |
|---|---|---|---|---|---|
| Doe Pls' Trial Ex. 47 | FDOH_000038015-000038019 | Open Letter to the Florida Board of Medicine (9.23.22) | X | | Foundation Hearsay |
| Doe Pls' Trial Ex. 48 | EOG_005121- 005156 | FDOH Updates (4.8.22) | | X | Hearsay, as to draft material |
| Doe Pls' Trial Ex. 49 | FDOH_000064667-000064671 | Emails between Board of Medicine Executive Director Paul Vazquez and Dr. Laidlaw (10.14.22-10.25.22) | | X | Foundation Hearsay Objection as to highlights |
| Doe Pls' Trial Ex. 50 | EOG_000849-000864 | Governor Talking Points (5.13.22) | | X | Foundation Hearsay Objection as to highlights |
| Doe Pls' Trial Ex. 51 | FDOH_000039058 | Emails between Board of Medicine Paul Vazquez and Dr. Patrick Hunter (10.16.22) | | X | |
| Doe Pls' Trial Ex. 52 | FDOH_0019000113 | Emails between Dr. Van Mol Dr. Patrick Hunter (9.14.22) | | X | Foundation Hearsay Objection as to highlights |
| Doe Pls' Trial Ex. 53 | FDOH_000030412 | Email between Vazquez and Hunter (9.14.22) | | X | |
| Doe Pls' Trial Ex. 54 | FDOH_000030376-000030377 | Emails between Vazquez and Hunter (9.13.22) | | X | |
| Doe Pls' Trial Ex. 55 | FDOH_000030366-30369 | Email between Hunter and Vazquez (9.12.22) | | X | |
| Doe Pls' Trial Ex. 56 | EOG_000519-000520 | Gender Affirming Guidance Event | | X | |
| Doe Pls' Trial Ex. 57 | EOG_000667-000682 | Governor DeSantis Interview Transcript (4.28.22) | | X | |

- 7 -

| | | | | | |
|---|---|---|---|---|---|
| Doe Pls' Trial Ex. 58 | Def_000286709 | AHCA Invoice for Dr. Van Meter attendance at Board of Medicine Meeting (8.11.22) | X | | |
| Doe Pls' Trial Ex. 59 | EOG_008128-008235 | Memo on Gender Dysphoria Legislation | X | | Foundation Hearsay |
| Doe Pls' Trial Ex. 60 | EOG_008125-008127 | Email from Maureen Furino with attachments (1.06.23) | | X | Hearsay |
| Doe Pls' Trial Ex. 61 | EOG_005282- 005284 | Email from Savanah Kelly Jefferson with attachment (6.29.22) | | X | Foundation Hearsay Objection as to drafts |
| Doe Pls' Trial Ex. 62 | EOG_005157 - 005250 | Alliance Defending Freedom Binder | | X | Foundation Hearsay |
| Doe Pls' Trial Ex. 63 | EOG_ 004414, 004636-004640, 004487-004492 | Briefers – Safeguarding Kids from Gender Surgeries and Drugs | | X | |
| Doe Pls' Trial Ex. 64 | FDOH_000035598 | Email from Board of Osteopathic Medicine Executive Director Danielle Terrell to Bettye Strickland (10.19.22) | | X | |
| Doe Pls' Trial Ex. 65 | FDOH_000040582 – 000040599 | Email from Patrick Hunter to Paul Vazquez (10.23.22) | | X | |
| Doe Pls' Trial Ex. 66 | FDOH_000045008 - 000045010 | Appearance Request Form (11.02.22) | | X | |
| Doe Pls' Trial Ex. 67 | FDOH_000034212 – 000034214, | Email from Vazquez to Strickland (9.27.22) | | X | |

| | | | | | |
|---|---|---|---|---|---|
| | Att. FDOH_000034022 - 000034111 | | | | |
| Doe Pls' Trial Ex. 68 | FDOH_000069398 – 000061417 | Phillip Penna comment (9.19.22) | | X | |
| Doe Pls' Trial Ex. 69 | FDOH_000017897- 000017908 | Email from Jeremy Redford (7.10.22) | | X | |
| Doe Pls' Trial Ex. 70 | PL008067 - 010525 | Public Book for 8.3.23 Joint Meeting (Produced by Defendants) | X | | |
| Doe Pls' Trial Ex. 71 | FDOH_000040530 - 000040542 | Email from Hunter to Vazquez (10.22.22) | | X | |
| Doe Pls' Trial Ex. 72 | FDOH_000039931 – 000039932 | Email from Vazquez to Strickland (10.18.22) | | X | |
| Doe Pls' Trial Ex. 73 | FDOH_000037928 | September 30, 2022 Rule Workshop Agenda (9.30.22) | | X | |
| Doe Pls' Trial Ex. 74 | FDOH_000040020 | Original October 28, 2022 Workshop Agenda (10.28.22) | | X | |
| Doe Pls' Trial Ex. 75 | FDOH_000035446 – 000035448 | Email from Vazquez to Diamond (10.14.22) | | X | |
| Doe Pls' Trial Ex. 76 | FDOH_000028162 – 000028163; FDOH_000064956; and FDOH_000065030 | Emails from Senate Committee on Health Policy (Composite) | | X | |

- 9 -

| | | | | | |
|---|---|---|---|---|---|
| Doe Pls' Trial Ex. 77 | FDOH_000039513 - 000039516 | Emails between Dr. Dayton and Paul Vazquez (10.18.22) | | X | |
| Doe Pls' Trial Ex. 78 | FDOH_000035604- 000035604 | Email from Board of Osteopathic Medicine Danielle Terrell (10.19.22) | | X | Completeness |
| Doe Pls' Trial Ex. 79 | FDOH_000039521 - 000039522 | Email from Paul Vazquez to Danielle Terrell (10.18.22) | | X | |
| Doe Pls' Trial Ex. 80 | PL000022-000048 | Plaintiff Susan Doe Medical Records (SEALED) | X | | |
| Doe Pls' Trial Ex. 81 | PL000001 - 000015 | Plaintiff Gavin Goe Medical Records (SEALED) | X | | |
| Doe Pls' Trial Ex. 82 | PL000366-408; 000509-565 | Plaintiff Lucien Hamel Medical Records (SEALED) | | X | |
| Doe Pls' Trial Ex. 83 | PL000418 - 000483 | Plaintiff Olivia Noel Medical Records (SEALED) | | X | |
| Doe Pls' Trial Ex. 84 | PL000016 - 000021 | Plaintiff Lisa Loe Medical Records (SEALED) | | X | |
| Doe Pls' Trial Ex. 85 | PL000409-417; 000484-508 | Plaintiff Kai Pope Medical Records (SEALED) | | X | |
| Doe Pls' Trial Ex. 86 | PL000049 - 000365 | Plaintiff Rebeca Cruz Evia Medical Records (SEALED) | | X | |
| Doe Pls' Trial Ex. 87 | FDOH_000035423 - 000035428 | Emails between Hunter, Diamond, and Vazquez (10.04.22) | | X | |

| | | | | | |
|---|---|---|---|---|---|
| Doe Pls' Trial Ex. 88 | FDOH_000062034 - 000062035 | Emails between Hunter and Vazquez (9.23.22) | | X | |
| Doe Pls' Trial Ex. 89 | FDOH_000061277 - 000061279 | Emails between Hunter, Vazquez and Biggs (9.19.22) | | X | |
| Doe Pls' Trial Ex. 90 | FDOH_000030412 | Email from Hunter to Vazquez (9.14.22) | | X | |
| Doe Pls' Trial Ex. 91 | PL010526 – 010528 | Governor Ron DeSantis Appoints Four to the Board of Medicine (6.17.22) | | X | |
| Doe Pls' Trial Ex. 92 | PL010529-010530 | Dr. Hunter article "Political Issues Surrounding Gender-Affirming Care for Transgender Youth" (JAMA Pediatr., December 20, 2021, doi:10.1001/jamapediatrics.2021.5348) | | X | Hearsay |
| Doe Pls' Trial Ex. 93 | PL010531-011801 | *Eknes-Tucker v. Ivey,* 2:22-cv-00184, ECF 69-6 (5.02.22) | | X | Relevance Foundation Hearsay |
| Doe Pls' Trial Ex. 94 | PL011802-011804 | Catholic Medical Association Resolutions 8-7 through 8-14 | | X | Authentication Foundation Hearsay |
| Doe Pls' Trial Ex. 95 | PL011805 - 001806 | Catholic Medical Association 92nd Annual Education Conference (9.18.23) | | X | Authentication Foundation Hearsay |
| Doe Pls' Trial Ex. 96 | EOG_008125 - 008127 | Email from Furino with texts attached (1.06.23) | | X | Foundation Hearsay |
| Doe Pls' Trial Ex. 97 | PL011807 - 011811 | AAP Resolution # 27 | | X | Authentication Foundation Hearsay |

- 11 -

| | | | | | |
|---|---|---|---|---|---|
| Doe Pls' Trial Ex. 98 | PL011812 - 011817 | WSJ article "Youth Gender Transition Is Pushed Without Evidence" by Hunter, Roman, Kaltiala, Malone, etc. (7.13.23) | | X | Hearsay |
| Doe Pls' Trial Ex. 99 | PL011818 - 011819 | U.S. EO 12866 Meeting 0945-AA17 (4.25.22) | | X | Foundation Hearsay |
| Doe Pls' Trial Ex. 100 | PL011820 – PL011825 | SEGM "About Us" Page | | X | Foundation Hearsay |
| Doe Pls' Trial Ex. 101 | PL011826 - 011827 | "Challenges in Timing Puberty Suppression for Gender-Nonconforming Adolescents" (de Vries, 7.14.20) | | | Hearsay |
| Doe Pls' Trial Ex. 102 | PL011828 - 011830 | Governor Ron DeSantis Appoints Three to the Board of Osteopathic Medicine (12.06.22) | | | |
| Doe Pls' Trial Ex. 103 | PL011831 - 011833 | Governor Ron DeSantis Appoints Two to the Board of Medicine (12.28.22) | | | |
| Doe Pls' Trial Ex. 104 | PL011834 - 011857 | NYT Article, Dr. Benson quoted (11.14.22) | | X | Hearsay |
| Doe Pls' Trial Ex. 105 | PL011858 - 011866 | Smalley, et al., *Improving Global Access to Transgender Health Care*, Transgender Health, Vol. 7, No. 2 (2022) | | X | Hearsay |
| Doe Pls' Trial Ex. 106 | PL011867 | Fla. Admin R. 64B8-30.008 | | X | |

| | | | | | |
|---|---|---|---|---|---|
| Doe Pls' Trial Ex. 107 | PL011868 | Fla. Admin. R. 64B8-30.012 | | X | |
| Doe Pls' Trial Ex. 108 | PL011869 - 011871 | Fla. Stat. 464.0123 | | X | |
| Doe Pls' Trial Ex. 109 | PL011872 - 011874 | Fla. Stat. 464.012 | | X | |
| Doe Pls' Trial Ex. 110 | PL011875 - 011880 | Fla. Stat. 458.347 | | X | |
| Doe Pls' Trial Ex. 111 | PL011881 | 20 CFR 10.310 | | X | |
| Doe Pls' Trial Ex. 112 | PL011882 - 011888 | A Letter to Christian Physicians_CMDA Today | | X | Hearsay |
| Doe Pls' Trial Ex. 113 | PL011889 - 0011890 | Composite Exhibit (Jonathan Clemens Tweets) | | X | Hearsay |
| Doe Pls' Trial Ex. 114 | PL011891 - 011938 | FSU Student Handbook 2022-2023 | | X | Hearsay |
| Doe Pls' Trial Ex. 115 | PL011939 - 011948 | Detransitioners in Your Church Doorway | | X | Hearsay |
| Doe Pls' Trial Ex. 116 | PL011949 - 011973 | Composite Exhibit – Tweets from Defendants and Lawmakers | | X | Foundation Relevance Hearsay |
| Doe Pls' Trial Ex. 117 | PL01974 - 011975 | SB 254 Amendment (350064 - Failed) | | X | |

| | | | | | |
|---|---|---|---|---|---|
| Doe Pls' Trial Ex. 118 | PL011976 – 011977 | SB 254 Amendment (299002 – Failed) | | X | |
| Doe Pls' Trial Ex. 119 | PL011978 - 011979 | SB 254 Amendment (212692 - Failed) | | X | |
| Doe Pls' Trial Ex. 120 | PL011980 - 011981 | SB 254 Amendment (374289 - Failed) | | X | |
| Doe Pls' Trial Ex. 121 | PL011982 - 011996 | SB 254 Amendment (256341) (and Failed Amndts to Amndt) | | X | |
| Doe Pls' Trial Ex. 122 | PL011997 | SB 254 Amendment (388571 - Failed) | | X | |
| Doe Pls' Trial Ex. 123 | PL011998 - 012000 | Dr. Hunter Letter to the Editor, JACCP, DOI: 10.1002/jac5.1691 (6.06.22) | | X | Hearsay |
| Doe Pls' Trial Ex. 124 | Def_000177905 - 000177906 | Email from Jeremy Redfern re: Surgeon General Ladapo Meeting (7.10.22) | | X | |
| Doe Pls' Trial Ex. 125 | PL012001 - 012002 | ALEC Legislative Membership List | | X | Authentication Foundation Relevance Hearsay |
| Doe Pls' Trial Ex. 126 | PL012138 – PL012143 | Notice of Emergency Rules 64B8ER23-11 and 64B15ER23-12 | X | | |

- 14 -

Dated: November 6, 2023

| | |
|---|---|
| **LOWENSTEIN SANDLER LLP**<br><br>*By: /s/ Thomas Redburn, Jr.*<br>**Thomas E. Redburn, Jr.***<br>New York Bar No. 5822036<br>**Maya Ginsburg***<br>New York Bar No. 5128152<br>1251 Avenue of the Americas<br>New York, NY 10020<br>(212) 262-6700<br>tredburn@lowenstein.com<br>mginsburg@lowenstein.com | **NATIONAL CENTER FOR LESBIAN RIGHTS**<br><br>**Christopher F. Stoll***<br>CA Bar No. 179046<br>**Kelly Jo Popkin***<br>NY Bar No. 5698220<br>National Center for Lesbian Rights<br>870 Market Street, Suite 370<br>San Francisco, CA 94102<br>Tel. 415-365-1320<br>cstoll@nclrights.org<br>kpopkin@nclrights.org |
| **SOUTHERN LEGAL COUNSEL**<br><br>**Simone Chriss**<br>Florida Bar No. 124062<br>**Chelsea Dunn**<br>Florida Bar No. 1013541<br>1229 NW 12th Avenue<br>Gainesville, FL 32601<br>(352) 271-8890<br>Simone.Chriss@southernlegal.org<br>Chelsea.Dunn@southernlegal.org | **GLBTQ LEGAL ADVOCATES & DEFENDERS**<br><br>**Jennifer Levi***<br>MA Bar No. 562298<br>**Chris Erchull***<br>MA Bar No. 690555<br>18 Tremont, Suite 950<br>Boston, MA 02108<br>(617) 426-1350<br>jlevi@glad.org<br>cerchull@glad.org<br><br>* Admitted by *pro hac vice*<br><br>***Counsel for Plaintiffs*** |
| **HUMAN RIGHTS CAMPAIGN FOUNDATION**<br><br>**Cynthia Cheng-Wun Weaver***<br>NY No. 5091848<br>**Jason Starr*** NY No. 5005194<br>**Ami Patel*** CA No. 325647<br>1640 Rhode Island Avenue NW<br>Washington, D.C. 20036<br>(202) 993-4180<br>Cynthia.Weaver@hrc.org<br>Jason.Starr@hrc.org<br>Ami.Patel@hrc.org | |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 6, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

By: /s/ Thomas Redburn, Jr.