

- Home
- Governor DeSantis
- First Lady DeSantis
- Lt. Gov. Nuñez
- Media
- Info Center
- Judicial
- Contact
- Español

Governor Ron DeSantis Appoints Seven to the Gulf Coast State College District Board of Trustees    Governor Ron DeSantis Appoints Three to the Health Care District of Palm Beach County

# Governor Ron DeSantis Appoints Three to the Board of Osteopathic Medicine

*On December 6, 2022, in News Releases, by Staff*

**TALLAHASSEE, Fla. —** Today, Governor Ron DeSantis announced the appointment of Christopher Creegan, Dr. Monica Mortensen, and Dr. Gregory Williams to the Board of Osteopathic Medicine.

**Christopher Creegan**
Creegan is the Owner and Broker of Creegan Group. He was recognized in 2022 by RealTrends as one of the top Realtors based on number of homes sold, ranking #31 out of all Realtors in the United States. Creegan earned his associate degree from Seminole State College.

**Dr. Monica Mortensen**
Dr. Mortensen is a Pediatric Endocrinologist with Nemours Children's Health. She is a Courtesy Assistant Professor for the Department of Pediatrics at the University of Florida College of Medicine – Jacksonville. Dr. Mortensen earned her bachelor's degree in biology from Loyola University, her Doctor of Osteopathic Medicine from Midwestern University, and completed her fellowship in pediatric endocrinology from the University of Chicago.

**Dr. Gregory Williams**
Dr. Williams is a Physician with Tallahassee Primary Care Associates. He is a Fellow of the American Academy of Family Physicians and is a Clinical Assistant Professor for the Florida State University College of Medicine. Dr. Williams earned his bachelor's degree from Palm Beach Atlantic College and his Doctor of Osteopathic Medicine from Southeastern University.
These appointments are subject to confirmation by the Florida Senate.

###



Comments are closed.



PL011828

Doe Pls' Trial Ex.
**102**









## Contact Governor DeSantis

Executive Office of Governor Ron DeSantis
400 S Monroe St
Tallahassee, FL 32399
(850) 488-7146

Email Governor DeSantis

Email First Lady DeSantis

Email Lt. Governor Nuñez

Information Center

Scheduling Requests







PL011829

Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing. Copyright © 2012 State of Florida | Privacy Policy

Go To Top »

| Home | Governor DeSantis | First Lady | Lt. Governor | Media Center | Info Center | Judicial | Contact Governor | Español |