Governor Ron DeSantis Appoints Two to the Board of Medicine                                10/23/23, 11:47 AM



- Home
- Governor DeSantis
- First Lady DeSantis
- Lt. Gov. Nuñez
- Media
- Info Center
- Judicial
- Contact
- Español

Governor Ron DeSantis Reappoints Two to the Board of Optometry  Governor Ron DeSantis Appoints Four to the Board of Chiropractic Medicine

# Governor Ron DeSantis Appoints Two to the Board of Medicine

On December 28, 2022, in *News Releases*, *Recent Appointments*, by Staff

**TALLAHASSEE, Fla. —** Today, Governor Ron DeSantis announced the appointment of Dr. Gregory Coffman and Dr. Matthew Benson to the Board of Medicine.

**Dr. Gregory Coffman**

Dr. Coffman is a Pediatrician at Orlando Health Physician Associates. With over 28 years of experience, he currently serves as the Co-Vice Chair of the Department of Pediatrics for the Orlando Health Physician Association. Dr. Coffman is a United States Air Force veteran who earned his bachelor's degree from the University of South Florida and his Doctor of Medicine from Emory University.

**Dr. Matthew Benson**

Dr. Benson is a Pediatric Endocrinologist for Nemours Children's Health. He is a current member of the American Society of Bone and Mineral Research as well as the Pediatric Endocrine Society. Dr. Benson earned his bachelor's degree from Pensacola Christian College and his Doctor of Medicine from Ben-Gurion University of the Negev.

These appointments are subject to confirmation by the Florida Senate.

###



Comments are closed.

https://www.flgov.com/2022/12/28/governor-ron-desantis-appoints-two-to-the-board-of-medicine/                                Page 1 of 3



PL011831











## Contact Governor DeSantis

Executive Office of Governor Ron DeSantis
400 S Monroe St
Tallahassee, FL 32399
(850) 488-7146

Email Governor DeSantis

Email First Lady DeSantis

Email Lt. Governor Nuñez

Information Center

Scheduling Requests







Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing. Copyright © 2012 State of Florida | Privacy Policy

Go To Top »

| Home | Governor DeSantis | First Lady | Lt. Governor | Media Center | Info Center | Judicial | Contact Governor | Español |