**64B8-30.008 Formulary.**

(1) Subject to the requirements of this rule, Sections 456.44, 458.347, 458.3265, 459.022 and 459.0137, F.S., and the rules enacted thereunder, a supervising physician may delegate to a physician assistant with prescribing authority the ability to procure, prescribe, or dispense only those medicinal drugs as are used in the supervising physician's practice, except those listed in subsection (2).

(2) Physician assistants prescribing, dispensing or procuring medicinal drugs under the provisions of Section 458.347(4)(e) or 459.022(4)(e), F.S., are not authorized to prescribe, dispense or procure the following medicinal drugs, in pure form or combination:

(a) General, spinal or epidural anesthetics.

(b) Radiographic contrast materials.

(3) Controlled Substances. Physician assistants may prescribe controlled substances, as defined in Chapter 893, F.S., with the following restrictions:

(a) Physician assistants may only prescribe a 14-day supply of Schedule II psychiatric mental health controlled substances for children younger than 18 years of age provided the physician assistant is under the supervision of a pediatrician, a family practice physician, an internal medicine physician, or a psychiatrist.

(b) Physician assistants may only prescribe a 7-day supply of all other Schedule II controlled substances as listed in Section 893.03, F.S.

(4) Nothing herein prohibits a supervising physician from delegating to a physician assistant the authority to order medicinal drugs for a hospitalized patient of the supervising physician, nor does anything herein prohibit a supervising physician from delegating to a physician assistant the administration of a medicinal drug under the direction and supervision of the physician.

*Rulemaking Authority 458.309, 458.347(4)(f)1. FS. Law Implemented 458.347(4)(e), (f), 458.3265, 456.44 FS. History–New 3-12-94, Formerly 61F6-17.0038, Amended 11-30-94, 2-22-95, 1-24-96, 11-13-96, 3-26-97, Formerly 59R-30.008, Amended 11-26-97, 1-11-99, 12-28-99, 6-20-00, 11-13-00, 2-15-02, 7-30-03, 8-2-09, 10-26-16, 12-6-21, 3-10-22.*

Doe Pls' Trial Ex.

**106**

PL011867