Statutes & Constitution :View Statutes : Online Sunshine   http://www.leg.state.fl.us/Statutes/index.cfm?App_mode=Display_Stat...

Select Year: 2023 [Go]

# The 2023 Florida Statutes

| Title XXXII | Chapter 464 | View Entire Chapter |
| REGULATION OF PROFESSIONS AND OCCUPATIONS | NURSING | |

**464.012   Licensure of advanced practice registered nurses; fees; controlled substance prescribing.—**

(1)   Any nurse desiring to be licensed as an advanced practice registered nurse must apply to the department and submit proof that he or she holds a current license to practice professional nursing or holds an active multistate license to practice professional nursing pursuant to s. 464.0095 and that he or she meets one or more of the following requirements as determined by the board:

(a)   Certification by an appropriate specialty board. Such certification is required for initial state licensure and any licensure renewal as a certified nurse midwife, certified nurse practitioner, certified registered nurse anesthetist, clinical nurse specialist, or psychiatric nurse. The board may by rule provide for provisional state licensure of certified registered nurse anesthetists, clinical nurse specialists, certified nurse practitioners, psychiatric nurses, and certified nurse midwives for a period of time determined to be appropriate for preparing for and passing the national certification examination.

(b)   Graduation from a program leading to a master's degree in a nursing clinical specialty area with preparation in specialized practitioner skills. For applicants graduating on or after October 1, 1998, graduation from a master's degree program is required for initial licensure as a certified nurse practitioner under paragraph (4)(a).

1.   For applicants graduating on or after October 1, 2001, graduation from a master's degree program is required for initial licensure as a certified registered nurse anesthetist who may perform the acts listed in paragraph (4)(b).

2.   For applicants graduating on or after October 1, 1998, graduation from a master's degree program is required for initial licensure as a certified nurse midwife who may perform the acts listed in paragraph (4)(c).

3.   For applicants graduating on or after July 1, 2007, graduation from a master's degree program is required for initial licensure as a clinical nurse specialist who may perform the acts listed in paragraph (4)(d).

(2)   The board shall provide by rule the appropriate requirements for advanced practice registered nurses for the advanced nursing practices of certified nurse midwives, certified nurse practitioners, certified registered nurse anesthetists, clinical nurse specialists, and psychiatric nurses.

(3)   An advanced practice registered nurse shall perform those functions authorized in this section within the framework of an established protocol that must be maintained on site at the location or locations at which an advanced practice registered nurse practices, unless the advanced practice registered nurse is registered and practicing under s. 464.0123. In the case of multiple supervising physicians in the same group, an advanced practice registered nurse must enter into a supervisory protocol with at least one physician within the physician group practice. A practitioner currently licensed under chapter 458, chapter 459, or chapter 466 shall maintain supervision for directing the specific course of medical treatment. Within the established framework, an advanced practice registered nurse may:

(a)   Prescribe, dispense, administer, or order any drug; however, an advanced practice registered nurse may prescribe or dispense a controlled substance as defined in s. 893.03 only if the advanced practice registered nurse has graduated from a program leading to a master's or doctoral degree in a clinical nursing specialty area with training in specialized practitioner skills.

Doe Pls' Trial Ex. **109**

9/25/2023, 11:45 AM
PL011872

    (b)  Initiate appropriate therapies for certain conditions.
    (c)  Perform additional functions as may be determined by rule in accordance with s. 464.003(2).
    (d)  Order diagnostic tests and physical and occupational therapy.
    (e)  Order any medication for administration to a patient in a facility licensed under chapter 395 or part II of chapter 400, notwithstanding any provisions in chapter 465 or chapter 893.
    (4)  In addition to the general functions specified in subsection (3), an advanced practice registered nurse may perform the following acts within his or her specialty:
    (a)  The certified nurse practitioner may perform any or all of the following acts within the framework of established protocol:
    1.  Manage selected medical problems.
    2.  Order physical and occupational therapy.
    3.  Initiate, monitor, or alter therapies for certain uncomplicated acute illnesses.
    4.  Monitor and manage patients with stable chronic diseases.
    5.  Establish behavioral problems and diagnosis and make treatment recommendations.
    (b)  The certified registered nurse anesthetist may, to the extent authorized by established protocol approved by the medical staff of the facility in which the anesthetic service is performed, perform any or all of the following:
    1.  Determine the health status of the patient as it relates to the risk factors and to the anesthetic management of the patient through the performance of the general functions.
    2.  Based on history, physical assessment, and supplemental laboratory results, determine, with the consent of the responsible physician, the appropriate type of anesthesia within the framework of the protocol.
    3.  Order under the protocol preanesthetic medication.
    4.  Perform under the protocol procedures commonly used to render the patient insensible to pain during the performance of surgical, obstetrical, therapeutic, or diagnostic clinical procedures. These procedures include ordering and administering regional, spinal, and general anesthesia; inhalation agents and techniques; intravenous agents and techniques; and techniques of hypnosis.
    5.  Order or perform monitoring procedures indicated as pertinent to the anesthetic health care management of the patient.
    6.  Support life functions during anesthesia health care, including induction and intubation procedures, the use of appropriate mechanical supportive devices, and the management of fluid, electrolyte, and blood component balances.
    7.  Recognize and take appropriate corrective action for abnormal patient responses to anesthesia, adjunctive medication, or other forms of therapy.
    8.  Recognize and treat a cardiac arrhythmia while the patient is under anesthetic care.
    9.  Participate in management of the patient while in the postanesthesia recovery area, including ordering the administration of fluids and drugs.
    10.  Place special peripheral and central venous and arterial lines for blood sampling and monitoring as appropriate.
    (c)  The certified nurse midwife may, to the extent authorized by an established protocol which has been approved by the medical staff of the health care facility in which the midwifery services are performed, or approved by the nurse midwife's physician backup when the delivery is performed in a patient's home, perform any or all of the following:
    1.  Perform superficial minor surgical procedures.
    2.  Manage the patient during labor and delivery to include amniotomy, episiotomy, and repair.
    3.  Order, initiate, and perform appropriate anesthetic procedures.
    4.  Perform postpartum examination.
    5.  Order appropriate medications.
    6.  Provide family-planning services and well-woman care.

   7. Manage the medical care of the normal obstetrical patient and the initial care of a newborn patient.

  (d) The clinical nurse specialist may perform any or all of the following acts within the framework of established protocol:

   1. Assess the health status of individuals and families using methods appropriate to the population and area of practice.

   2. Diagnose human responses to actual or potential health problems.

   3. Plan for health promotion, disease prevention, and therapeutic intervention in collaboration with the patient or client.

   4. Implement therapeutic interventions based on the nurse specialist's area of expertise and within the scope of advanced nursing practice, including, but not limited to, direct nursing care, counseling, teaching, and collaboration with other licensed health care providers.

   5. Coordinate health care as necessary and appropriate and evaluate with the patient or client the effectiveness of care.

  (e) A psychiatric nurse, who meets the requirements in s. 394.455(36), within the framework of an established protocol with a psychiatrist, may prescribe psychotropic controlled substances for the treatment of mental disorders.

  (5) The board shall approve for licensure, and the department shall issue a license to, any nurse meeting the qualifications in this section. The board shall establish an application fee not to exceed $100 and a biennial renewal fee not to exceed $50. The board is authorized to adopt such other rules as are necessary to implement the provisions of this section.

  (6)(a) The board shall establish a committee to recommend a formulary of controlled substances that an advanced practice registered nurse may not prescribe or may prescribe only for specific uses or in limited quantities. The committee must consist of three advanced practice registered nurses licensed under this section, recommended by the board; three physicians licensed under chapter 458 or chapter 459 who have work experience with advanced practice registered nurses, recommended by the Board of Medicine; and a pharmacist licensed under chapter 465 who is a doctor of pharmacy, recommended by the Board of Pharmacy. The committee may recommend an evidence-based formulary applicable to all advanced practice registered nurses which is limited by specialty certification, is limited to approved uses of controlled substances, or is subject to other similar restrictions the committee finds are necessary to protect the health, safety, and welfare of the public. The formulary must restrict the prescribing of psychiatric mental health controlled substances for children younger than 18 years of age to advanced practice registered nurses who also are psychiatric nurses as defined in s. 394.455. The formulary must also limit the prescribing of Schedule II controlled substances as listed in s. 893.03 to a 7-day supply, except that such restriction does not apply to controlled substances that are psychiatric medications prescribed by psychiatric nurses as defined in s. 394.455.

  (b) The board shall adopt by rule the recommended formulary and any revision to the formulary which it finds is supported by evidence-based clinical findings presented by the Board of Medicine, the Board of Osteopathic Medicine, or the Board of Dentistry.

  (c) The formulary required under this subsection does not apply to a controlled substance that is dispensed for administration pursuant to an order, including an order for medication authorized by subparagraph (4)(b)3., subparagraph (4)(b)4., or subparagraph (4)(b)9.

  (d) The board shall adopt the committee's initial recommendation no later than October 31, 2016.

  (7) This section shall be known as "The Barbara Lumpkin Prescribing Act."

  **History.**—ss. 1, 6, ch. 79-225; ss. 2, 3, ch. 81-318; s. 4, ch. 84-268; ss. 8, 17, 18, ch. 86-284; s. 58, ch. 91-137; s. 5, ch. 91-156; s. 4, ch. 91-429; s. 7, ch. 96-274; s. 1105, ch. 97-103; s. 80, ch. 97-264; s. 8, ch. 2006-251; s. 3, ch. 2007-167; s. 9, ch. 2010-37; s. 8, ch. 2016-139; s. 4, ch. 2016-145; ss. 12, 13, 25, ch. 2016-224; s. 7, ch. 2016-231; ss. 2, 3, ch. 2017-134; s. 3, ch. 2018-106; s. 23, ch. 2020-9; s. 22, ch. 2020-39; s. 9, ch. 2021-52.

Copyright © 1995-2023 The Florida Legislature • Privacy Statement • Contact Us