

Doe Pls' Trial Ex.

113

PL011889



**Patrick Schreiner** @pj_schre... · 9/6/23

I was talking to my dad about the law in different Christian circles. A balanced approach will give proportionate emphasis to 1-3. Imbalance comes in overemphasizing 1-2 of these.

1) Illumine/restrain sin.
2) Drive us to Christ.
3) Cause us to seek the good, true, beautiful

💬 6   🔁 8   ♡ 59   📊 8,582   ↑

Show this thread



**Patrick Schreiner** @pj_schre... · 9/6/23

3, if one thinks that is the case.

💬 1   🔁   ♡   📊 186   ↑



**Jonathan Clemens, PA-C** ✓ · 9/6/23

Oh, it really is, but theology and biology/medicine don't talk to each other often enough or in sufficient depth for many people to "get" the connection. Of course, that's not the only domain benefitting... It's just the one I work in.

💬   🔁   ♡   📊 63   ↑