# UNDERGRADUATE STUDENT HANDBOOK



## 2022-2023

Doe Pls' Trial Ex.

**114**

1

PL011891

**TABLE OF CONTENTS**

Florida State University and College of Nursing Mission Statements

History and Milestones of the FSU College of Nursing

Statement of Beliefs

Undergraduate Program Outcomes

Professional Values for Baccalaureate Nursing Education

BSN Program Prerequisites

Academic Map – Traditional BSN Program

College of Nursing Electives – BSN Program

Enrollment and Graduation Requirements

College of Nursing Student Policies

Standardized Testing

Academic Honesty and Plagiarism

Health Insurance Portability and Accountability Act (HIPAA)

Family Educational Rights and Privacy Act (FERPA)

BSN Clinical Experience

Student Committee Representation

Student Organizations

Class Officers Guidelines

Student Resources

ServScript Program

PL011892

## Florida State University Mission Statement

Florida State University preserves, expands, and disseminates knowledge in the sciences, technology, arts, humanities, and professions, while embracing a philosophy of learning strongly rooted in the traditions of the liberal arts. The University is dedicated to excellence in teaching, research, creative endeavors, and service. The University strives to instill the strength, skill, and character essential for lifelong learning, personal responsibility, and sustained achievement within a community that fosters free inquiry and embraces diversity.

## College of Nursing Mission Statement

Florida State University, College of Nursing educates clinicians, leaders, scholars, and advanced practitioners who can enhance the quality of life for people of all cultures, economic levels, and geographic locations. The CON integrates the liberal arts and sciences with the knowledge, skills, and attitudes essential for lifelong learning, personal responsibility, and sustained achievement in the nursing profession and the communities in which our graduates reside.

## College of Nursing History and Milestones

- Ms. Vivian M. Duxbury appointed as Dean
- First class of BSN students admitted
- RNs from diploma programs admitted to BSN program
- 1951 First male student admitted
- State Board of Nursing gives provisional approval to FSU School of Nursing
- State Board of Nursing and Registration gave full accreditation to FSU School of Nursing
- 1952 NLN accreditation awarded
- 1972 Dr. Shirley Martin appointed as Dean
- Dr. Marjorie Sparkman was appointed Interim Dean
- Self-paced and time variable format introduced for RN students
- New four-story building completed
- Dr. Emilie D. Henning appointed as Dean
- Dr. Evelyn T. Singer appointed as Dean
- Four students admitted to MSN program
- 1985   Funding obtained from the Division of Nursing, Department of Health and Human Services to begin MSN degree program
- 1987   Graduate Program accredited by NLN
- New RN-to-BSN web-based curriculum implemented for students living in Ft. Myers, St. Petersburg, Lake City, and Mariana
- Nurse Educator track added to MSN program
- School of Nursing building named Vivian M. Duxbury Hall
- Dr. Katherine P. Mason appointed as Dean

3

PL011893

- 2001 New community-based undergraduate curriculum implemented
- Online RN-BSN program offered statewide
- CCNE accreditation awarded
- Graduate core nursing courses offered online
- Family Nurse Practitioner curriculum revised
- 2005 Grant received from Florida Department of Education to expand graduate education via interactive television to six sites: Pensacola, Fort Walton, Panama City, Mariana, Madison
- Graduate nursing education courses offered online
- School of Nursing becomes College of Nursing
- Nurse Practitioner course offered online
- Dr. Lisa Ann Plowfield appointed as Dean
- FSU Board of Trustees approves Doctor of Nursing Practice degree program
- Curriculum revisions to Undergraduate BSN program
- 2009   Grant received from Health Resources Services Agency (HRSA) for DNP Program
- Students admitted to the Doctor of Nursing Practice (DNP) degree program
- Students admitted to the Accelerated BSN program and first graduate in Fall 2010
- Partnership with TMH to establish TMH Mentored Research Program
- Dr. Dianne Speake appointed as Interim Dean
- 2011   First DNP students graduate
- DNP program accredited by CCNE
- Nurse Leader track offered to MSN Program
- TMH Center for Research and Evidence Based Practice funded by TMH Foundation
- 2013   Dr. Judith McFetridge-Durdle appointed Dean
- 2015   Adoption of new strategic plan of CON
- 2015   HRSA grant awarded for Accelerated Veteran's BSN program
- QER 5-year review of graduate programs
- CCNE accreditation of undergraduate and graduate programs
- Dr. Judith McFetridge-Durdle becomes the first FSU faculty member to be inducted as a
- Fellow into the American Academy of Nursing (FAAN)
- Psychiatric/Mental Health Nurse Practitioner Certificate program offered online for students
- 2017 CCNE accreditation of DNP and PMH Certificate program
- 2017 Center for Indigenous Nursing Research for Health Equity (INRHE) established
- Dr. Mai Kung tapped as a Fellow into the American Academy of Nursing (FAAN)
- Dr. Jim Whyte tapped as a Fellow into the American Academy of Nursing (FAAN)
- Dean Dr. Judith McFetridge-Durdle retired
- 2019  Dr. Laurie Grubbs appointed Interim Dean

PL011894

- 2021 Dr. Eugenia Millender tapped as a Fellow into the American Academy of Nursing (FAAN)
- 2021 Dr. Jing Wang appointed as Dean

PL011895

**Statement of Beliefs**

Given the mission of the University and the College of Nursing, the College is guided by a set of beliefs held by the faculty in relation to:

> Nursing's phenomenon of concern as human beings within the context of health;
> Nursing as an evidence-based profession; and
> Nursing education as a lifelong process

The beliefs that guide the nursing education programs and the discipline of nursing at Florida State University are:

a. The foundation of nursing is based upon broad preparation in liberal studies, socialization into the core values of the profession, and preparation in the knowledge and skills requisite to practice at the Baccalaureate and Graduate levels

b. Nursing knowledge is built on nursing practice, theory, and research. In addition, nursing drives knowledge from other disciplines, adapting and applying this knowledge as appropriate to professional practice

c. Nurses being a unique blend of knowledge, judgement, skills, and caring to the health care team. Professional nursing requires strong critical reasoning, clinical judgement, communication and assessment skills, and a commitment to lifelong learning (AACN Baccalaureate Essentials, 2008)

d. Nurses must process the knowledge and skills needed to provide safe, culturally competent and high quality care in an environment of increasing diversity and globalization (AACN Baccalaureate Essentials, 2008)

e. Nursing practice is comprised of approaches gained through scientific inquiry designed to broaden the evidence base of the profession. These approaches are designed to explain and facilitate the phenomenon of human existence in the context of health

f. Baccalaureate education, the minimal requirement for entry into professional nursing practice, prepares the generalist and is the foundation for Graduate nursing education (AACN Baccalaureate Essentials, 2008)

g. The fundamental aspects of generalist nursing practice are: direct care of the sick in and across all environments, health promotion and prevention

PL011896

of illness, and population-based health care (AACN Baccalaureate Essentials, 2008)

    h.   Graduate nursing education prepared nurses for role enhancement and advanced professional practice

    i.   Nursing must educate future professionals to deliver patient-centered care as members of an Interprofessional team, emphasizing evidence-based practice, quality improvement approaches and informatics (IOM, 2003) (AACN Baccalaureate Essentials, 2008)

## Undergraduate Program Outcomes

The curriculum for the Bachelor of Science in Nursing at Florida State University builds on a liberal education and serves as the foundation for graduate study. The graduate of the FSU College of Nursing undergraduate program is a reflective practitioner who is able to:

1. Integrate knowledge, skills, and values from liberal studies with nursing science to provide safe, effective nursing care;
2. Use basic organizational and leadership skills to facilitate high quality nursing care;
3. Demonstrate beginning scholarship and analytical methods for evidence based nursing practice;
4. Use healthcare technology to provide safe and effective patient care;
5. Identify the impact of healthcare policy, economics, and regulatory environments on the delivery of
6. patient care and nursing practice;
7. Use communication and collaboration skills across disciplines and settings to optimize patient outcomes;
8. Apply knowledge of disease prevention and health promotion for all populations across the life span;
9. Demonstrate professionalism; and
10. Demonstrate compassionate nursing care based on equity and cultural sensitivity

## Professional Values for Baccalaureate Nursing Education

Baccalaureate education for professional nursing should facilitate the development of professional values and value-based behaviors. Values are beliefs or ideals to which an individual is committed, and which are reflected in patterns of behavior. Professional values are the foundation for practice; they guide interactions with patients, colleagues, other professionals, and the public. Values provide the framework for commitment to patient welfare, fundamental to professional nursing practice.

**Caring** is a concept central to the practice of professional nursing. There are a variety of definitions and applications of caring; some are very broad; others are specific and specialized. Caring, as used here, encompasses the nurse's empathy for and connection

PL011897

with the patient, as well as the ability to translate these affective characteristics into compassionate, sensitive, and appropriate care.

The values and sample professional behaviors listed below epitomize the caring, professional nurse. Nurses, guided by these values, demonstrate ethical behaviors in the provision of safe, humanistic health care. The sample behaviors are not mutually exclusive and may result from more than one value. Conversely, the value labels provided are intended to encapsulate a core set of values and behaviors that can be elaborated in a variety of ways.

**Altruism** is a concern for the welfare and well-being of others. In professional practice, altruism is reflected by the nurse's concert for the welfare of patients, other nurses, and other health care providers. Sample professional behaviors include:

- Demonstrates understanding of cultures, beliefs, and perspectives of others;
- Advocates for patients, particularly the most vulnerable;
- Takes risks on behalf of patients and colleagues; and • Mentors other professionals

**Autonomy** is the right to self-determination. Professional practice reflects autonomy when the nurse respects patients' rights to make decisions about their health care. Samples professional behaviors include:

- Plans care in partnership with patients;
- Honors the right of patients and families to make decisions about Health Care; and
- Provides information so patients can make informed choices

**Human Dignity** is respect for the inherent worth and uniqueness of individuals and populations. In professional practice, human dignity is reflected when the nurse values and respects all patients and colleagues. Sample professional behaviors include:

- Provides culturally competent and sensitive care;
- Protects the patient's privacy
- Preserves the confidentiality of patients and health care providers; and
- Designs care with sensitivity to individual patient needs

**Integrity** is acting in accordance with an appropriate code of ethics and accepted standards of practice. Integrity is reflected in professional practice when the nurse is honest and provides care based on an ethical framework that is accepted with the profession. Sample professional behaviors include:

- Provides honest information to patients and the public;
- Documents care accurately and honestly;

PL011898

- Seeks to remedy errors made by self or others; and
- Demonstrates accountability for own actions

**Social Justice** is upholding moral, legal, and humanistic principles. This value is reflected in professional practice when the nurse works to assure equal treatment under the law and equal access to quality health care.  Sample professional behaviors include:

- Supports fairness and non-discrimination in the delivery of care;
- Promotes universal access to health care; and
- Encourages legislation and policy consistent with the advancement of nursing care and health care

Educational efforts and the process of socialization into the profession must build upon and, as appropriate, modify values and behavior patterns developed early in life. Values are difficult to teach as part of professional education. Nevertheless, faculty must design learning opportunities that support empathic, sensitive, and compassionate care for individuals, groups, and communities; that promote and reward honesty and accountability; that make students aware of social and ethical issues; and that nurture students' awareness of their own value systems, as well as those of others.

Ref: The Essentials of Baccalaureate Education. American Association of Colleges of Nursing, 2008

PL011899

**BSN Program Outcomes and SACS Concepts**

| SACs Concepts | AACN Essentials | CON Undergraduate Program Outcomes |
|---|---|---|
| Student Evaluation | I. Liberal Education for Baccalaureate Generalist Nursing Practice<br><br>IX. Baccalaureate Generalist Nursing Practice | 1. Integrate knowledge, skills, and values from liberal studies with nursing science to provide safe, effective nursing care |
| Leadership | II. Basic Organizational and Systems Leadership for Quality Care and Patient Safety | 2. Use basic organizational and leadership skills to facilitate high quality nursing care. |
| Critical Thinking | III. Scholarship for Evidence Based Practice | 3. Demonstrate beginning scholarship and analytical methods for evidence-based nursing practice. |
| Informatics | IV. Information Management and Application of Patient Care Technology | 4. Use healthcare technology to provide safe and effective patient care. |
| Resource Management | V. Health Care Policy, Finance, and Regulatory Environments | 5. Identify the impact of healthcare policy, economics, and regulatory environments on the delivery of patient care and nursing practice. |
| Health Policy | V. Health Care Policy, Finance, and Regulatory Environments | 5. Identify the impact of healthcare policy, economics, and regulatory environments on the delivery of patient care and nursing practice. |
| Communication | VI. Interprofessional Communication and Collaboration for Improving Health Outcomes | 6. Use communication and collaboration skills across disciplines and settings to optimize patient outcomes. |

PL011900

| Population and Prevention Illness Strategies | VII.  Clinical Prevention and Population Health | 7. Apply knowledge of disease prevention and health promotion for all population across the life span.<br><br>9. Provide compassionate nursing care based on equity and cultural sensitivity. |
|---|---|---|
| Professional Role Model | VIII.  Professionalism and Professional Values | 8. Demonstrate professionalism |

**American Nurses Association Code of Ethics for Nurses**

| **Provision 1** | The nurse practices with compassion and respect for the inherent dignity, worth, and unique attributes of every person. |
|---|---|
| **Provision 2** | The nurse's primary commitment is to the patient, whether an individual, family, group, community, or population. |
| **Provision 3** | The nurse promotes, advocates for, and protects the rights, health, and safety of the patient. |
| **Provision 4** | The nurse has authority, accountability and responsibility for nursing practice; makes decisions; and takes action consistent with the obligation to provide optimal patient care. |
| **Provision 5** | The nurse owes the same duties to self as to others, including the responsibility to promote health and safety, preserve wholeness of character and integrity, maintain competence, and continue personal and professional growth. |
| **Provision 6** | The nurse, through individual and collective effort, establishes, maintains, and improves the ethical environment of the work setting and conditions of employment that are conducive to safe, quality health care. |
| **Provision 7** | The nurse, in all roles and settings, advances the profession through research and scholarly inquiry, professional standards development, and the generation of both nursing and health policy. |

PL011901

| **Provision 8** | The nurse collaborates with other health professionals and the public to protect human rights, promote health diplomacy, and reduce health disparities. |
|---|---|
| **Provision 9** | The profession of nursing, collectively through its professional organizations, must articulate nursing values, maintain the integrity of the profession, and integrate principles of social justice into nursing and health policy. |

**Source:** American Nurses Association. (2015). *Code of ethics with interpretative statements.* Silver Spring, MD: Author. Retrieved from http://www.nursingworld.org/MainMenuCategories/EthicsStandards/CodeofEthicsforNurses /Code-of- Ethics-For-Nurses.html

12

PL011902

Florida State University College of Nursing



**<u>Nursing Academic Map</u>**
Traditional BSN Program
This nursing academic map is designed to guide you from your first semester to graduation in four years. To progress on the nursing map you must complete all milestones by the end of each semester. Milestones include required prerequisite coursework and minimum overall GPA. Students must successfully complete all nursing prerequisites with a grade of "B -" or better. College of Nursing candidates must apply by February 1st (term 4) of their sophomore year to be considered for the BSN program. Please refer to the College of Nursing website for updated information.

**FRESHMAN YEAR: Fall Semester**

| COURSE | COURSE NUMBER | HOURS | MILESTONES |
|---|---|---|---|
| LS Math - College Algebra | MAC 1105 | 3 | Complete MAC 1105, CLEP or AP Credit |
| LS 1st English – English Composition | ENC 1101 | 3 | Complete ENC 1101, CLEP or AP Credit |
| LS Natural Science – Biology 1 | BSC 2010 | 3 | Overall GPA ≥ 3.2 |
| Natural Science Lab – Biology Lab(optional) | BSC 2010L | 1 | |
| LS Social Science – Intro to Sociology | SYG XXXX | 3 | |
| Elective (if needed to reach 60 credits) | (any) | 0-3 | |

Total Semester Hours: 13-16

**FRESHMAN YEAR: Spring Semester**

| COURSE | COURSE NUMBER | HOURS | MILESTONES |
|---|---|---|---|
| LS English – 2nd English | ENC 2135 | 3 | Complete ENC 2135 |
| LS 2nd math - Statistics | STA 2023 | 3 | Complete BSC2010 or CHM 1045 with B - or better |
| LS Elective - General Psychology | PSY 2012 | 3 | |
| LS Natural Science – General Chemistry | CHM 1045 | 3 | Overall GPA ≥ 3.4 |
| LS History | (x, y, IFS, SIP) | 3 | |

PL011903

Total Semester Hours: 15

**SOPHOMORE YEAR: Fall Semester**

| COURSE | COURSE NUMBER | HOURS | MILESTONES |
|---|---|---|---|
| Anatomy and Physiology I | BSC 2085 | 3 | Complete BSC 2085 and Lab with B - or better |
| Anatomy and Physiology I Laboratory | BSC 2085L | 1 | Complete HUN 1201 with B - or better |
| Human Nutrition | HUN 1201 | 3 | Complete STA 2xxx with B - or better |
| LS Ethics/Social Responsibility | (x, y, IFS, SIP) | 3 | Overall GPA $\geq$ 3.4 |
| Life Span Development | FAD 3220 | 3 | |
| Elective (if needed to reach 60 credits) | (any) | 3 | |

Total Semester Hours: 13- 16

**SOPHOMORE YEAR: Spring Semester**

| COURSE | COURSE NUMBER | HOURS | MILESTONES |
|---|---|---|---|
| Anatomy and Physiology II | BSC 2086 | 3 | Complete BSC 2086 and Lab w/B - or better |
| Anatomy and Physiology II Laboratory | BSC 2086L | 1 | Science Prerequisite GPA > 3.0 |
| Microbiology | MCB 2004 | 3 | |
| Microbiology Laboratory | MCB 2004L | 1 | Complete MCB 2004 and Lab w/B - or better |
| LS Humanities/Cultural | (any x, y, IFS, SIP) | 3 | Overall GPA > 3.4 |
| Oral Competency | Speech class | 3 | |

Total Semester Hours: 14

- "y" courses that satisfy the diversity in western culture portion of the multicultural requirement
- "x" courses that satisfy the cross-cultural portion of the multicultural requirement

12

PL011904

## BSN ACADEMIC MAPS

### Fall Admission BSN Program

| Fall Semester | Spring Semester | Summer Semester | Fall Semester |
|---|---|---|---|
| **NUR 3056** Foundations of Nursing Practice (3)<br><br>**NUR 3056L** Foundations of Nursing Practice Lab (2)-60<br><br>**NUR 3065** Health Assessment, Wellness & Prevention Across the Life Span (3)<br><br>**NUR 3065L** Health Assessment, Wellness & Prevention Across the Life Span Lab (1)<br><br>**NUR 3026L** Integrated Skills Lab (1)<br><br>**NUR 3125** Pathophysiological Concepts in Nursing (4)<br><br>**NUR 3145** Pharmacological Concepts in Nursing (2)<br>Total Hours- 16 | **NUR 3225** Nursing Care of Adults with Acute/Chronic Health Disorders (3)<br><br>**NUR 3225L** Nursing Care of Adults with Acute/Chronic Health Disorders Lab (3)-<br>90 Clinical hours<br><br>**NUR 3678** Nursing Care of Vulnerable Populations (4)<br><br>**NUR 33678L** Nursing Care of Vulnerable Populations (3)<br>90 Clinical hours<br>45 clinical hours-Community<br>45 clinical hours- Psychiatric<br><br>**NUR 3816** Professional Perspectives in Nursing (2)<br>Total Hours- 15 | **Intern and Externship Opportunities** | **NUR 4445** Nursing Care of Women, Children and Families (4)<br><br>**NUR 4555L** Nursing Care of Women, Children and Families Lab (3)<br>90 Clinical Hours (45 OB, 45 Peds)<br><br>**NUR 4766** Nursing Care of Adults and Populations with Complex Health Disorders (4)<br><br>**NUR 4766L** Nursing Care of Adults and Populations with Complex Health Disorders Lab (3) 90 Clinical Hours<br><br>**NUR 4169** Evidence Based Nursing (2)<br><br><br><br>Total Hours- 16 |
| **Spring Semester** | **Note** | | **Clinical Hour Calculations-606 Total hrs** |
| **NUR 4837C** Nursing Leadership in Systems of Care (3)- 30 Clinical hours<br><br>**NUR 4667** Population Health in Nursing (1)<br><br>**NUR 4945** Professional Nursing Internship (6) 216 Clinical hours<br><br>**NUR 3XXX** Nursing Elective (3)<br>Total Hours- 13 | Writing requirement:  NUR 4169<br><br>Oral competency: NUR 3076<br><br>X/Y Requirement: NSP 3185<br><br><br><br>Program Total Credit Hours-60 | | Direct Patient Care:<br>• Adult Health- 180<br>• Obstetrics- 45<br>• Pediatrics- 45<br>• Mental Health- 45<br>• Community- 45<br>• Practicum- 216<br><br>In-direct Care<br>• Leadership- 30 |

13

PL011905

**Spring Admission BSN Program**

| Spring Semester | Summer Semester | Fall Semester | Spring Semester |
|---|---|---|---|
| **NUR 3056** Foundations of Nursing Practice (3)<br><br>**NUR 3056L** Foundations of Nursing Practice Lab (2)<br><br>**NUR 3065** Health Assessment, Wellness & Prevention Across the Life Span (3)<br><br>**NUR 3065L** Health Assessment, Wellness & Prevention Across the Life Span Lab (1)<br><br>**NUR 3026L** Integrated Skills Lab (1)<br><br>**NUR 3125** Pathophysiological Concepts in Nursing (4)<br><br>**NUR 3145** Pharmacological Concepts in Nursing (2) | **Intern and Externship Opportunities** | **NUR 3225** Nursing Care of Adults with Acute/Chronic Health Disorders (3)<br><br>**NUR 3225L** Nursing Care of Adults with Acute/Chronic Health Disorders Lab (3)- *90 Clinical hours*<br><br>**NUR 3678** Nursing Care of Vulnerable Populations (4)<br><br>**NUR 33678L** Nursing Care of Vulnerable Populations (3) *90 Clinical hours* *45 clinical hours-Community* *45 clinical hours- Psychiatric*<br><br>**NUR 3816** Professional Perspectives in Nursing (2) | **NUR 4445** Nursing Care of Women, Children and Families (4)<br><br>**NUR 4555L** Nursing Care of Women, Children and Families Lab (3) *90 Clinical Hours (45 OB, 45 Peds)*<br><br>**NUR 4766** Nursing Care of Adults and Populations with Complex Health Disorders (4)<br><br>**NUR 4766L** Nursing Care of Adults and Populations with Complex Health Disorders Lab (3) *90 Clinical Hours*<br><br>**NUR 4169** Evidence Based Nursing (2) |
| Total Hours- 16 | | Total Hours- 15 | Total Hours- 16 |

14

| Summer Semester | Note | | Clinical Hour Calculations-606 Total hrs |
|---|---|---|---|
| **NUR 4837C** Nursing Leadership in Systems of Care (3)- *30 Clinical hours*<br><br>**NUR 4667** Population Health in Nursing (1)<br><br>**NUR 4945** Professional Nursing Internship (6) *216 Clinical hours*<br><br>**NUR 3XXX** Nursing Elective (3)<br><br>Total Hours- 13 | Writing requirement: NUR 4169<br><br>Oral competency: NUR 3076<br><br>X/Y Requirement: NSP 3185<br><br><br><br><br><br>Program Total Credit Hours- 60 | | Direct Patient Care:<br>• Adult Health- 180<br>• Obstetrics- 45<br>• Pediatrics- 45<br>• Mental Health- 45<br>• Community- 45<br>• Practicum- 216<br><br>In-direct Care<br>• Leadership- 30 |

15

**Fast-Track BSN Program**

| Summer Semester | Fall Semester | Spring Semester |
|---|---|---|
| **NUR 3056** Foundations of Nursing Practice (3)<br><br>**NUR 3056L** Foundations of Nursing Practice Lab (2)<br><br>**NUR 3065** Health Assessment, Wellness & Prevention Across the Life Span (3)<br><br>**NUR 3065L** Health Assessment, Wellness & Prevention Across the Life Span Lab (1)<br><br>**NUR 3026L** Integrated Skills Lab (1)<br><br>**NUR 3125** Pathophysiological Concepts in Nursing (4)<br><br>**NUR 3145** Pharmacological Concepts in Nursing (2) | **NUR 3225** Nursing Care of Adults with Acute/Chronic Health Disorders (3)<br><br>**NUR 3225L** Nursing Care of Adults with Acute/Chronic Health Disorders Lab (3)-<br>90 Clinical hours<br><br>**NUR 3678** Nursing Care of Vulnerable Populations (4)<br><br>**NUR 33678L** Nursing Care of Vulnerable Populations (3)<br>90 Clinical hours<br>45 clinical hours-Community<br>45 clinical hours- Psychiatric<br><br>**NUR 3816** Professional Perspectives in Nursing (2) | **NUR 4445** Nursing Care of Women, Children and Families (4)<br><br>**NUR 4555L** Nursing Care of Women, Children and Families Lab (3) 90 Clinical Hours (45 OB, 45 Peds)<br><br>**NUR 4766** Nursing Care of Adults and Populations with Complex Health Disorders (4)<br><br>**NUR 4766L** Nursing Care of Adults and Populations with Complex Health Disorders Lab (3) 90 Clinical Hours<br><br>**NUR 4169** Evidence Based Nursing (2) |
| Total Hours- 16 | Total Hours- 15 | Total Hours- 16 |
| **Summer Semester** | **Note** | **Clinical Hour Calculations-606 Total hrs** |
| **NUR 4837C** Nursing Leadership in Systems of Care (3)- 30 Clinical hours<br><br>**NUR 4667** Population Health in Nursing (1)<br><br>**NUR 4945** Professional Nursing Internship (6) 216 Clinical hours<br><br>**NUR 3XXX** Nursing Elective (3) | Writing requirement:  NUR 4169<br><br>Oral competency: NUR 3076<br><br>X/Y Requirement: NSP 3185 | Direct Patient Care:<br>• Adult Health- 180<br>• Obstetrics- 45<br>• Pediatrics- 45<br>• Mental Health- 45<br>• Community- 45<br>• Practicum- 216<br><br>In-direct Care<br>• Leadership- 30 |
| Total Hours- 13 | Program Total Credit Hours-60 | |

PL011908

**College of Nursing Electives – BSN Program**

| Course Number | Course Name | Semester Hours |
|---|---|---|
| NSP 3185 | Multicultural Factors and Health | 3 |
| NSP 3685 | Grief, Loss, and Trauma: Ethnic & Individual Differences | 3 |
| NSP 3425 | Women's Health Issues/Life Cycle | 3 |
| NUR 3076 | Communication in Health Care | 3 |
| NUR 4946L | Special Topics: Providing Nursing Care in Specialty Areas | 3 |
| NUR 3695 | Disaster Nursing | 3 |

**\*The Traditional BSN Undergraduate Curriculum requires one (1) nursing elective (3 credit hours).**

17

PL011909

**How to Keep Informed**

There are bulletin areas designated for student notices. These are located in the Student Lounge on the 3rd floor, in the Student Computer Lab on the 2nd floor, and in the lobby area of the 2nd and 3rd floors. The nursing website is an additional source of information. **It is imperative that students read their FSU email on a daily basis. Check the CON Undergraduate Program Canvas for announcements relate to college activities. This is the site where faculty and CON administrators post information regarding events, jobs, and volunteer activities. This is how your faculty will communicate with you.** https://canvas.fsu.edu/

**Information Related to Enrollment**

Students are responsible for adherence to all policies related to actual and designated deadlines in the Academic Calendar published in the annual issue of the *FSU Bulletin* and the *Registration Guide* each semester. These activities including pre-registration, drop/add, and application for graduation. **A graduation check should be requested from the Registrar's Office two (2) terms before graduation.**

Time schedules distributed by the College of Nursing take precedence over the printed schedule in the University Schedule of Classes.

**Transportation/Clinical Experiences**

Nursing majors are responsible for transportation expenses related to clinical experiences. Clinical experiences are arranged to provide the best educational opportunity and may involve an overnight stay at the student's expense.

## The Multicultural Requirement

Multicultural courses include cross-cultural studies (those courses marked with an 'X') and diversity in Western experience (those courses marked with a 'Y'). All students who enter the University with fewer than sixty (60) semester hours must complete one (1) multicultural course from either designation. NSP 3185 – *Multicultural Factors and Health* satisfies the 'Y' portion of the multicultural requirement.

## Oral Communication Competency

A student will satisfy the requirement for competency in oral communication either by petitioning to have prior demonstration of oral communication competency accepted in place of an approved Florida State University course, or by earning a grade of "C–" or better in a course which has been approved by the Undergraduate Policy Committee for oral communication competency credit. NUR 3076 - *Communication in Health Care* satisfies the oral communication competency requirement.

## The Computer Competency Requirement (Digital Literacy in 2023)

To satisfy the Florida State University's Computer Competency Requirement, a course must require the student to demonstrate competent use of a discipline useful software package. NUR

4169 - *Evidence Based Nursing* satisfies the computer communication competency requirement.

As of Fall 2022

NSP3185: Diversity

NUR3076: Oral Communication Competency

NUR4169: Upper-Division Writing, Computer Competency (soon to become Digital Literacy)

NUR4945: Formative Experiences

NUR4946L: Formative Experiences

NUR4975: Formative Experiences, Upper-Division Writing

## Graduation

The University policy is that a 2.0 or better grade point average (GPA) is required for graduation. The College of Nursing policies are:

a.      A student is granted a Bachelor of Science in Nursing degree upon satisfactory completion of Liberal Studies, prerequisite and elective courses and the prescribed courses in nursing.
b.      Eligibility for graduation from the nursing program requires a grade of 75% or better in all nursing courses.
c.      See the Undergraduate General Bulletin for the graduation requirements for a baccalaureate degree.

## Graduation Check

<u>All undergraduate students must request a graduation check</u> from the Office of the University Registrar and from the College of Nursing's Student Services Office at the time the student has earned one hundred (100) semester hours of credit or at least **two (2) terms** prior to the planned graduation date. The Office of the Registrar will check Liberal Studies and other University requirements needed for

12

PL011911

graduation, and the College of Nursing's Student Services will check nursing prerequisites and major requirements.

If a graduation check has not been requested by the time the student reaches one hundred (100) semester hours, a stop will be placed on the student's future registration.

### Application for Graduation

Application for a degree must be made to the Office of the University Registrar by the date stated in the academic calendar in the *FSU General Bulletin,* usually at the beginning of the term in which the student expects to graduate. A student is granted a Bachelor of Science in Nursing degree upon satisfactory completion of the Liberal Studies requirements, Nursing prerequisites, and the prescribed Nursing and Elective courses.

Students planning to obtain a Registered Nurse's license in other states must contact the chosen state board of nursing for instructions on required university documentation for license application.

### Dean's List

Students who maintain a 3.5 or above grade point average (GPA) in a particular term are placed on the Dean's List, and a student who maintains a cumulative GPA of a 3.5 or above is eligible for graduation with honors as defined in the *FSU General Bulletin* (http://Registrar.fsu.edu/bulletin).

### How to Obtain Licensure as a Registered Nurse in Florida

Licensure to practice professional nursing in the State of Florida is issued following successful completion of a state-approved program in nursing and the NCLEX Examination. Application is made at the end of the final term of study. The student is responsible for completing the application and adhering to published deadlines. Any applicant who has been convicted of a felony/criminal act is subject to review by the Board of Nursing and may not be permitted to take the licensing examination. If you intend to seek licensure in another state, contact the Board of

Nursing in that state. Licensure in other states is based on the specific requirements of that state.

It is the student's responsibility to have transcripts sent to the Board of Nursing in states other than Florida. The Florida Board of Nursing does not require a transcript to be submitted with the application. Once one is licensed in Florida, licensure by endorsement (application) is possible in most other states.

PL011912

## COLLEGE OF NURSING STUDENT POLICIES

### Student Policies

Student policies are located at: https://nursing.fsu.edu/academics/student-resources.

S-2 Criminal Background Check

S-3 Academic Accommodations for Students with Disabilities

S-4 Clinical Clearance

S-5 Substance Abuse

S-6 Class Attendance

S-7 Directive Individual Study

S-8 Assignment of Incomplete Grades

S-9 Clinical Preceptors

S-10 Student Academic Honesty

S-11 Grade Appeals

S-12 Student Grievance

S-13 Removal of Students from Clinical Setting

S-14 Dismissal of Students from Nursing Major for Reasons Other Than Poor Grades

S-15 Blood Borne Pathogen Exposure Control Plan for Nursing Students

S-16 Required Professional Behaviors

**Note: S – Policies for Undergraduate and Graduate students**

PL011913

## Undergraduate Student Policies

Undergraduate Student policies are located at: https://nursing.fsu.edu/academics/student-resources

U-1 Grading Policies

U-2 Honors

U-4 Clinical Priority

U-5 Attire for Clinical Laboratory Experiences

U-8 Drug Math

U-9 Mid-Curricular Clinical Evaluation

U-10 Academic Testing Program

U-11 Student Attendance at SNA Conventions

U-12 Progression in Undergraduate Program

U-13 Readmission to Undergraduate Program

U-14 Late Drop

**Note: U – Policies for undergraduate students**

PL011914

**Standardized Testing**

- Standardized tests are used by faculty throughout the nursing program.
- All of the standardized exams will be administered via computer at designated times and locations.

**HESI Utilization Guidelines and Procedures**

*HESI Exams are REQUIRED with a benchmark score of 850 within courses, but do not carry a graded % weight within individual courses. A student who scores under 850 will need to complete required remediation and retest. HESI Specialty Exams are tracked throughout the program and scores are tabulated to rank students for Internship placement by total earned HESI Specialty Exams' scores on required exams. Students who score over 900 on first attempt will get extra points. The ranking of students will determine internship placements into specialty units. Students who score below 850 on any HESI Specialty Exam will be required to remediate and retest. The retested score will be considered for rank.*

- HESI Specialty Exams are course requirements.
- Failure to take the examination, including retest if required, for a specific course will result in

    ***impeded academic progression.***

- The secured version of the HESI Specialty Exams (Version 1 and Version 2) will be given in a proctored setting.
- If the secured version of the HESI Specialty Exam is taken in the Office of Accessibility Services (OAS) the student is responsible for having the appropriate paperwork completed by faculty and for scheduling with OAS for the date and time specified for the HESI Specialty Exam.
- The proctored HESI Specialty Exam must be taken on the scheduled date unless the student has acceptable documentation for their absence.
- The HESI Specialty Exams Version 1 will be administered during final exams week. Version 2 exams will be administered during the first week of the following semester.
- Students will be given the option of replacing the lowest unit exam score with the Version 1 specialty exam score for the given course. The grade will be based on the HESI-generated conversion score.
- If the student does not meet the benchmark of 850 on HESI Specialty Exam Version 1, the student will complete remediation as outlined by the Nursing HESI Specialty Exam Remediation Policy (on the following page) in preparation for the HESI Specialty Exam Version 2.
- Faculty members recommend that all students remediate after each HESI Specialty Exam regardless of the score achieved.
- The following documentation is required to be submitted on the first day of the semester, prior to the scheduled HESI Specialty Exam Version 2: a completed, signed *Remediation Plan and Contract* with the printed exam results page and remediation summary page attached.
- If all remediation documentation has not been submitted, the student will not be allowed to take the HESI Specialty Exam Version 2. Failure to complete the HESI Specialty Exam Version 2 will result in the student being dropped from the enrolled courses, impeding academic progression.

The HESI Exit Exam:

16

PL011915

The HESI Exit Exam will be administered to students during their graduating semester. All students will complete the Version 1 Exit Exam during the first week of the semester and use these results to guide NCLEX preparation with the Saunders Review. Students who do not meet the benchmark of 900 will be required to complete their remediation packet and take the Exit Exam, Version 2 during the final exam week of the semester.

**HESI SPECIALTY EXAM REMEDIATION POLICY**

Remediation is defined as "*The process of identifying the need to take action to remedy a situation that, if left unresolved, will result in unfavorable outcomes, whereas implementing intervention strategies will successfully address the situation*" (Cullieton, 2009, p. 26).

All students enrolled in the _____ (course at Florida State University College of Nursing) will take the nationally normed HESI Specialty Exams in each applicable course. Research demonstrates that scores of at least 900 on the HESI Specialty Exams (version 1 and version 2) are highly predictive of BSN program and NCLEX-RN success.

All Students below specialty exam benchmarks must complete the Remediation Plan and Contract.

Students receive the HESI Specialty Exam report and correlating online remediation immediately upon completion of the exam. The Next Generation HESI program develops the student remediation packet based on weak areas of performance.

Following the HESI Specialty Exam Version 1, students are required to complete all the Essential remediation assigned in their packet.

Areas that are recommended remediation are not required for completion but should be considered if it is an area, you as the student have identified as a weakness during your remediation.

Students must complete the remediation work on their own. Sharing information or working with other students is considered academic dishonesty.

Completing Remediation:

- Access all essential remediation packets delivered (which are based on areas of weaker performance).
- Start with the pre-check to test your knowledge; from here open the material in the packet which can include textbook excerpts, videos, case studies, simulations, and quizzes. Complete each of these areas that are included in each of the packets prior to moving to the post-check.
- Continue this process until all the remediation packets are completed that have been delivered for the exam.
- Once all remediation packets have been completed, go to the Exam Results page, and print this to attach to the contract to submit on the first day of the semester prior to the scheduled HESI Specialty Exam Version 2.
- Version 2 of the HESI Specialty Exams will be completed the first week of the subsequent semester.

PL011916

**HESI REMEDIATION PLAN AND CONTRACT**

Student Name: (PRINT) _____Date: _____ Name of HESI Specialty Exam:
_____

| How will I continue to improve my areas of weakness: | Student to Fill in Individual Remediation Plan Content here: |
|---|---|
|  |  |

I verify that I have completed remediation as identified in the HESI Remediation policy.


(Student Signature)


Faculty signature for verification of completion: _____


Date of verification: _____

18

## University Attendance Policy

Excused absences include documented illness, deaths in the family and other documented crises, call to active military duty or jury duty, religious holy days, and official University activities. These absences will be accommodated in a way that does not arbitrarily penalize students who have a valid written excuse. Consideration will also be given to students whose dependent children experience serious illness.

## Academic Honor Policy

The Florida State University Academic Honor Policy outlines the University's expectations for the integrity of students' academic work, the procedures for resolving alleged violations of those expectations, and the rights and responsibilities of students and faculty members throughout the process. Students are responsible for reading the Academic Honor Policy and for living up to their pledge to ". . . be honest and truthful and . . . [to] strive for personal and institutional integrity at Florida State University." (Florida State University Academic Honor Policy, found at http://fda.fsu.edu/Academics/Academic-Honor-Policy

## Academic Success

Your academic success is a top priority for Florida State University. University resources to help you succeed include tutoring centers, computer labs, counseling and health services, and services for designated groups, such as veterans and students with disabilities. The following information is not exhaustive, so please check with your advisor or the Department of Student Support and Transitions to learn more.

## Americans With Disabilities Act

Students with disabilities needing academic accommodation should: (1) register with and provide documentation to the Office of Accessibility Services; and (2) request a letter from the Office of Accessibility Services to be sent to the instructor indicating the need for accommodation and what type; and (3) meet (in person, via phone, email, skype, zoom, etc...) with each instructor to whom a letter of accommodation was sent to review approved accommodations. This syllabus and other class materials are available in alternative format upon request. For the latest version of this statement and more information about services available to FSU students with disabilities, contact the:
Office of Accessibility Services
874 Traditions Way
108 Student Services Building
Florida State University Tallahassee, FL 32306-4167
(850) 644-9566 (voice)
(850) 644-8504 (TDD)
oas@fsu.edu
https://dsst.fsu.edu/oas

### Confidential campus resources

Various centers and programs are available to assist students with navigating stressors that might impact academic success. These include the following:

19

| Victim Advocate Program University Center A, Room 4100, (850) 644-7161, Available 24/7/365,<br><br>Office Hours: M-F 8-5 https://dsst.fsu.edu/vap | Counseling & Psychological Services Askew Student Life Center, 2ndFloor, 942 Learning Way<br><br>(850) 644-8255 https://counseling.fsu.edu/ | University Health Services Health and Wellness Center (850) 644-6230 https://uhs.fsu.edu/ |
|---|---|---|

FS Approved: 10/21/2020; Counseling Center name updated 5/3/2021; Dean of Students name change 11/3/2021;

### Plagiarism

Intentionally presenting the work of another as one's own (i.e., without proper acknowledgement of the source). Typical examples include:

- Using another's work from print, web, or other sources without acknowledging the source; quoting from a source without citation
- Using facts, figures, graphs, charts, or information without acknowledgment of the source

### Cheating

Improper application of any information or material that is used in evaluating academic work. Typical examples include:

- Copying from another student's paper or receiving unauthorized assistance during a quiz, test or examination
- Using books, notes or other devices (e.g., calculators, cell phones, or computers) when these are not authorized
- Procuring, without authorization, a copy of or information about an examination before the scheduled exercise
- Unauthorized collaboration on exams

### Unauthorized Group Work

Unauthorized collaborating with others. Typical examples include:

- Working with another person or persons on any activity that is intended to be individual work, where such collaboration has not been specifically authorized by the instructor

### Fabrication, Falsification, and Misrepresentation

Intentional and unauthorized altering or inventing of any information or citation that is used in assessing academic work. Typical examples include:

- Inventing or counterfeiting data or information
- Falsely citing the source of information
- Altering the record of or reporting false information about practicum or clinical experiences
- Altering grade reports or other academic records
- Submitting a false excuse for absence or tardiness in a scheduled academic exercise • Lying to an instructor to increase a grade

20

## Multiple Submissions

Submitting the same academic work (including oral presentations) for credit more than once without instructor permission. It is each instructor's responsibility to make expectations regarding incorporation of existing academic work into new assignments clear to the student in writing by the time assignments are given. Typical examples include:

- Submitting the same paper for credit in two courses without instructor permission
- Making minor revisions in a credited paper or report (including oral presentations) and submitting it again as if it were new work

## Abuse of Academic Materials

Intentionally damaging, destroying, stealing, or making inaccessible library or other academic resource material. Typical examples include:

- Stealing or destroying library or reference materials needed for common academic purposes
- Hiding resource materials so others may not use them
- Destroying computer programs or files needed in academic work
- Stealing, altering, or intentionally damaging another student's notes or laboratory experiments. (This refers only to abuse as related to an academic issue.)

## Complicity in Academic Dishonesty

Intentionally helping another to commit an act of academic dishonesty. Typical examples include:

- Knowingly allowing another to copy from one's paper during an examination or test
- Distributing test questions or substantive information about the material to be tested before a scheduled exercise
- Deliberately furnishing false information

**Attempting to commit any offense as outlined above.**

## Student Responsibility

Each student shall be responsible for abiding by the Academic Honor Policy at all times. If required by an instructor, at the conclusion of each examination or submission of an assignment, each student shall sign a pledge that the student has neither given nor received aid from any unauthorized source during the examination or in preparing the assignment.

Any student who violates the Academic Policy is expected to report the violation to the instructor and/or the University judicial officer.

If a student observes cheating during an examination, the student should consult with the instructor of the course as soon as reasonable so that the cheating may be stopped. If a student otherwise observes or learns of another student's violation of the Academic Honor Policy, the student shall either: a) ask the student to report the violation to the instructor of the course and/or the University judicial officer or b) report the violation to the instructor of the course and the University judicial officer. In the event that a student asks another student to report himself/herself and such student does not do so, then the student

21

shall report, as soon as practicable, the violation to the instructor of the course and/or the University judicial officer. The student should provide the name of such student or students involved, if known, and furnish such evidence as is available to support the charge.

## Academic Penalties

In the FSU College of Nursing, students violating the Academic Honor Policy in any assignment, test, etc. will receive a minimum penalty of a grade of zero (0) for the assignment in question, will be reported to the Dean and the University Judicial Officer, and may receive an "F" for the course at the option of the instructor.

## Plagiarism Prevention

FSU now has a site-wide license to Safe Assign for detecting plagiarism. This service scans materials to see if content has been copied from papers available on the internet or other papers in the database. All required papers may be subject to submission for textual similarity review to Safe Assign for the detection of plagiarism and may be entered into the database.

While there are a variety of reasons for plagiarism, every instance of plagiarism may not be deliberate. Most cases of plagiarism can be avoided by citing sources, acknowledging that the material and/or the essential idea has been borrowed, and providing the information necessary to locate that source.

The resources below include checklists, guidelines, examples, and explanations in how to research and write papers without risk of plagiarism. These resources are concise in content and presentation and should be valuable to the beginner and the experienced student alike.

Citation Style for Research Papers (top menu includes APA, Turabian, MLA, Chicago, ALA)
http://www.liunet.edu/cwis/cwp/library/workshop/citation.htm

Handouts and Online Resources for Students (short, easy-to-understand guidelines and examples—requires Adobe Acrobat to view)
http://www.library.ualberta.ca/guides/plagiarism/handouts/index.cfm

IPL Teen Space: A+ Research and Writing (useful for teens and college students, a list of steps, processes, and tips) http://www.ipl.org/div/aplus/stepfirst.htm

Information Literacy Tutorials (multimedia, interactive tutorial—requires Authorware plugin to view)
http://www.library.dal.ca/How/Libcasts/

Evaluating Electronic Resources: Beware of Geeks Bearing Gifts
http://www.liunet.edu/cwis/cwp/library/liblink/link0501.htm#eval

Writing Research Papers: A Step-by-Step Procedure (a 1-page checklist)
http://owl.english.purdue.edu/handouts/research/r_ressteps.html

PL011921

**FSU College of Nursing Academic Honor Policy**

The College of Nursing expects students to uphold the Florida State University Academic Honor Policy which outlines the University's expectations for the integrity of students' academic work, the procedures for resolving alleged violations of those expectations, and the rights and responsibilities of students and faculty members throughout the process. Students are responsible for reading the Academic Honor Policy and for living up to their pledge to "…be honest and truthful and… [to] strive for personal and institutional integrity at Florida State University." (Florida State University Academic Honor Policy, found at
https://fda.fsu.edu/sites/g/files/upcbnu636/files/Media/Files/Academic%20Honor%20Policy/AHP_Updates_Apr_2020b.pdf).

In addition, the following apply in the College of Nursing: the CON Academic Honesty Policy (S-10), the CON Professional Critical Behaviors Policy (S-13 Attachment 1), and the CON Substance Abuse Policy (S-5). Each policy can be found on the College of Nursing website at:
https://nursing.fsu.edu/programs/student-policies.

I have read the Academic Honor Policy of the Florida State University, the College of Nursing policies on Academic Honesty, Plagiarism, Substance Abuse, and Professional Critical Behaviors and understand the statements provided above.

I affirm my commitment to the concept of responsible freedom. I will be honest and truthful and will strive for personal and institutional integrity at Florida State University. I will abide by the Academic Honor Policy at all times.


Student Signature                                        Date


Print Student Name

23

## <u>HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT</u> (HIPPA)
### HIPAA Privacy Act

Effective April 14, 2003 HIPAA Standards protecting patient privacy came into effect. These are the first federal privacy standards in the U.S. and they have far reaching implications for all individuals.

Patient protection includes:

- Access to medical records: Health care providers must provide access to records with 30 days of a request for these records
- Notification of privacy practices is given. Patients may designate persons with whom their care may be discussed
- New restrictions and limits on the use of patient information for marketing purposes
- State laws are strengthened
- Confidentiality in all areas
- Complaints may be filed with Health and Human Services Office for Civil Rights if a consumer feels his privacy was violated

Health plans and providers must comply by:

- Having written processes for ensuring privacy
- Training for employees
- Disclose information in special circumstances. These circumstances may include; emergencies; identifying a deceased body or the cause of death; public health needs; research that has been approved by an Institutional Review board; judicial proceedings; law enforcement; and activities related to the national defense and security

Facts for nursing students:

- Professional standards and code of conduct developed by the American Nurses Association are recognized as binding rules
- HIPAA rules apply to all medical records and to nursing students
- Providers of health care (nursing students) are allowed access to the full medical record for the purpose of treatment
- Nursing students must maintain confidentiality in all matters of health care
- Do not release any health-related information about your patient to any person not involved in direct care
- Remove all identifying information from personal notes or assignments. This includes: address, birth date, name, insurance information, gender, etc.

- Never copy a medical record
- Do not fax client information at any time
- Be sure the environment is private when discussing a patient's medical information for educational purposes
- Violations of HIPAA standards may result in penalties

Harkreader, H. & Hogan, M.A. (2004) Fundamentals of Nursing: Caring and Clinical Judgment. (2nd edition) Sauders: St. Louis

PL011923

**FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT (FERPA)**
**FERPA Privacy Act**

*(Information as listed in the 2020-2021 FSU Undergraduate General Bulletin available at*
*https://registrar.fsu.edu/bulletin/undergraduate/information/university_notices/)*

### Notification of Student's Rights Under FERPA

The Family Educational Rights and Privacy Act (FERPA) afford students certain rights with respect to their education records.  These rights are:

a.      The right to inspect and review the student's education records within 45 days of the day the University receives a request for access. Students should submit to the registrar, dean, or head of the academic department (or appropriate official) written requests that identify the record(s) they wish to inspect. The University official will make arrangements for access and notify the student of the time and place where the records may be inspected. If the records are not maintained by the University official to whom the request was submitted, that official shall advise the student of the correct official to whom the request should be addressed.

b.      The right to request the amendment of the student's educational records that the student believes is inaccurate or misleading. Students may ask the University to amend a record that they believe is inaccurate or misleading. They should write the University official responsible for the record, clearly identify the part of the record they want changed and specify why it is inaccurate or misleading. If the University decides not to amend the record as requested by the student, the University will notify the student of the decision and advise the student of his or her right to a hearing regarding their request for amendment. Additional information regarding the hearing procedures will be provided to the student when notified of the right to a hearing.

c.      The right to consent to disclosures of personally identifiable information contained in the student's education records, except to the extent that FERPA authorizes disclosure without consent. One exception, which permits disclosure without consent, is disclosure to school officials with legitimate educational interests. A school official is defined as a person employed by the University in an administrative, supervisory, academic, research, or support staff position (including law enforcement unit personnel and health staff); a person or company with whom the University has contracted (such as an attorney, auditor, or collection agent); a person serving on the Board of Trustees; or a student serving on an official committee, such as a disciplinary or grievance committee, or assisting another school official in performing his or her tasks. A school official has a legitimate educational interest if the official needs to review an education record in order to fulfill his or her professional responsibility. Upon request, the University discloses education records without consent to officials of another school in which a student seeks or intends to enroll.

d.      The right to file a complaint with the U.S. Department of Education concerning alleged failures by the University to comply with the requirements of FERPA. The name and address of the office that administers FERPA is:

25

**Family Policy Compliance Office U.S. Department of Education 400 Maryland Avenue, S.W. Washington, DC 20202-4605**

Note: Students may obtain a copy of The Florida State University's student record policy from:

**Office of the University Registrar**
**A3900 University Center**
**Florida State University**
**Tallahassee, Florida 32306-2480**

### Release of Student Information

The disclosure or publication of student information is governed by the policies of Florida State University and the State of Education within the framework of state and federal laws, including the Family Educational Rights and Privacy Act of 1974.

The written consent of the student is required for the disclosure or publication of any information that is 1) personally identifiable of the student; and 2) a part of the educational record. Certain exceptions to that generality, both in types of information that can be disclosed and in access to that information, are allowed within the regulations of the Family Educational Rights and Privacy Act, as described in the following paragraphs.

    a.    Subject to statutory conditions and limitations, prior consent of the student is not required for disclosure of information in the educational record to (for):

- Officials of the University with a legitimate educational interest. A school official is defined as a person employed by the University in an administrative, supervisory, academic, research, or support staff position (including law enforcement unit personnel and health staff); a person or company with whom the University has contracted (such as an attorney, auditor or collection agent); a person serving on the Board of Trustees; or a student serving on an official committee, such as a disciplinary or grievance committee, or assisting another school official in performing his or her tasks. A school official has a legitimate educational interest if the official needs to review an education record in order to fulfill his/her professional responsibility;

  - Certain government agencies;
  - Accrediting organizations;
  - Certain financial aid matters;
  - Certain research circumstances;
  - Health and safety emergencies;
  - A Court pursuant to order or subpoena, so long as the student is notified in advance of the University's compliance; and
  - As otherwise provided by law

26

b.      Subject to statutory conditions and limitations, prior consent of the student is not required for disclosure of certain types of information for:

- Portions of the educational record for which the student has signed a waiver;
- Portions of the educational record which are exempted by law including records of law enforcement agencies of the University; employment records of the student within the University; personal records of instructional, supervisory, or administrative personnel; and alumni records related to that student; and
- Records transmitted to another school or school system in which the student seeks or intends to enroll, since the University generally forwards these on request

Note: More specific information regarding such exempted information can be obtained by contacting the Office of the University Registrar. For the complete text of the applicable statutes refer to Section 1006.52, Florida Statutes, 20 U.S.C. 1232g, and 34 C.F.R. 99.1, et seq. or write the U.S. Department of Education at 600 Independence Ave., S.W., Washington, D.C. 20202.

c.      Prior consent of the student is not required for disclosure of portions of the educational record defined by the institution as "Directory Information," which may be released via official media of the University:

- Name, date, and place of birth;
- Local address;
- Permanent address;
- Telephone number (if listed);
- Classification;
- Major/field of study;
- Participation in official University activities and sports;
- Weight and height of members of athletic teams;
- Dates of attendance at the University;
- Degrees, honors, and awards received;
- The most recently attended educational institution; and
- Digitized photo (Florida State University ID Card)

IMPORTANT: The information above, designated by the University as "Directory Information," may be released or published by the University without prior written consent of the student unless exception is made in writing by the student.

PL011926

## BSN Clinical Experience
## Guidelines for Clinical Laboratory Experiences

Students are to be properly attired for clinical laboratory experiences. If not, action may be taken at the discretion of the faculty member. Students order their uniforms prior to entering the Nursing major to assure receipt prior to clinical laboratory experiences. Students who participate in clinical laboratory learning experiences must wear the appropriate uniform.

A student who becomes ill or suffers injury in a clinical agency should notify the instructor. If at a hospital, the Emergency Room should be consulted. At other agencies, the student is responsible for obtaining appropriate care (Instructors will advise in these agencies.). The student assumes financial responsibility for treatment of illness/injury.

Generally, all courses will be offered at the stated hours found on the schedule of classes. Any requested changes are made only after approval of the Dean. This is done to allow nursing students to take other nursing electives or courses in other departments if they so desire. College and clinical laboratory experiences are scheduled at hours consistent with the availability of instructors, students, and agencies. Any changes must be made in the form of written requests to the Assistant Dean of Undergraduate Programs so conflicts do not occur.

Promptness of arrival in the clinical laboratory is a professional expectation.

## Clinical Experiences Outside of Tallahassee

Students may have scheduled clinical experiences outside the Tallahassee area, either during the week or on weekends. If the agency is located far enough away to require overnight accommodations, the cost of these arrangements is the responsibility of the student, as is the travel to and from the agency.

## Dress Code

It is a professional expectation of students that they take pride in their personal appearance as a professional representative of the Florida State University College of Nursing, baccalaureate education, and the nursing profession as a whole. Therefore, the following guidelines have been established to portray a professional image.

## Community Sites

Home visits, community sites and mental health clinical. The goal is to be covered as you are in your scrubs. Appropriate attire includes:

- Female: Black or tan slacks or knee length skirt and FSU College of Nursing polo shirt
- Male: Black or tan slacks and FSU College of Nursing polo shirt
- Closed toe and heel shoes, low-heeled shoes and socks or hose
- A neat and controlled hairstyle that is appropriately arranged off of the face and collar
  • Nametag and FSUID (agency badge if required)

## Acute Care Sites

Appropriate attire in acute care facilities includes:

- Garnet scrubs with garnet scrubs jacket

28

- FSU College of Nursing nametag and FSUID (agency badge when required)
- Plain white leather nurse's shoes (clean white shoelaces) • White lab coat upon entry and exit of the unit

## Simulation and Skills Labs

Appropriate attire for the simulation and skills labs include:

- Garnet scrubs with garnet scrubs jacket
- A plain white round-necked tee shirt or turtleneck may be worn under the standard FSU garnet scrubs
- Plain white leather nurse's shoes (clean white shoelaces)
- Nametag

## Uniform Items

Uniform items include:

- Garnet FSU College of Nursing scrubs
- Garnet FSU College of Nursing scrub jacket
- Garnet FSU College of Nursing polo shirt
- White lab coat with FSU College of Nursing patch
- White nursing shoes (with white shoelaces)
- Plain white socks and/or white hose
- FSU College of Nursing nametag and FSUID (agency badge if issued)
- Watch with second hand
- Bandage scissors
- Stethoscope
- Sphygmomanometer
- Black pen
- Clipboard

## Jewelry Items

Jewelry items are limited to:

- Watch with second hand
- Plain wedding band without stones
- One pair plain studded earrings

## Basic Grooming

Basic grooming requirements include:

- Hair off collar, fastened firmly to the head without ornamentation. Ponytails must be contained and not fall over the shoulder. Headbands or "scrunchies" must be of conservative nature.
- Clean shaven/neatly trimmed mustache and/or beard (short/stubble)
- Natural fingernails, extending no longer than ¼ inch beyond the end of fingertip. • Deodorant and bathing daily; clean uniform each day

PL011928

**Unacceptable Item:**

Unacceptable items at any time in any professional setting include:

- Jeans
- Shorts
- Skirts above the knee or below the calf
- Strapless, tank, or camisole tops
- Sleeveless tops
- Tight fitting clothing
- Clothing with glitter or rhinestones
- Athletic shoes
- Sandals/flipflops or boots
- Open toed or open heeled shoes
- Visible body piercing (i.e., nose, lip, tongue, or eyebrow)
- Visible tattoos
- Artificial nails or nail polish that must be soaked off (gels & powders)
- Artificial eyelashes
- Cologne or perfume
- Gum

**Expectations for Clinical Lab**

a. Students are to be on the unit only for the assigned clinical hours so that overlap does not occur with other nursing programs.

b. Students are to be on the unit for the assigned time so to meet the mandated clinical hours for the course.

c. Patient assignments will be commensurate with the level of the course and with the clinical lab expectation set forth by the faculty and articulated in the lab course syllabi.

d. Students will provide coverage for each other for the assigned patients during the lunch hour. Breaks (if any) and lunch will be staggered.

e. Students will not make or receive personal telephone calls while in the clinical setting. Texting and the use of personal cell phones are prohibited while in the clinical unit.

f. Students will give complete verbal report to the appropriate staff nurse when leaving the unit for the day.

g. Students will receive feedback from the faculty on a weekly basis.

h. Students will have a midterm and final written clinical evaluation.

PL011929

i.   Clinical evaluation tools are placed in the student's permanent file.

STUDENT COMMITTEE REPRESENTATION STUDENT ORGANIZATIONS CLASS OFFICER GUIDELINES

Student Representatives

*(CON Standing Committees with Student Representation Article VII, from the Bylaws of the Faculty of the College of Nursing)*

Section2       General Provisions

General provisions for all standing committees shall include:

1. Committee Membership

The Associate Dean for Academic Affairs shall prepare a slate of committee members based on faculty request.

The Dean or Associate Dean for Academic Affairs may attend any committee meeting with the following exceptions: Promotion and Tenure, Specialized Faculty Promotion, and Faculty Evaluation, which are by invitation only.

Student members are invited to serve as non-voting members to the following committees: Graduate Admissions and Graduation, Undergraduate Admissions and Graduation, Program Evaluation, Graduate Curriculum, Undergraduate Curriculum, and Student Affairs.

The election of student representatives to standing committee shall follow the mechanism outlined in the College of Nursing Student Handbooks.

An alternate for each student representative to serve in the absence of the regular representative shall be elected by the same mechanism outlined in the College of Nursing Student Handbooks.

Section 3       Provisions for Specific Standing Committees

*Undergraduate Admissions and Graduation*

The chairperson shall schedule meetings of the total committee at least twice a semester.

Membership:


There shall be at least five (5) faculty members on the committee;

At least two (2) of these faculty shall have a teaching assignment in the undergraduate curriculum and at least two (2) shall have a teaching assignment in the graduate curriculum;

There shall be two (2) non-voting student members (one undergraduate and one graduate student); and,

The Assistant Director of Student Services shall be a non-voting ex-officio member.

The functions of the committee shall be to:

Review and present recommendations to faculty about policies for admissions and graduation for all undergraduate programs;

Evaluate students for admission into the undergraduate program;

31

The Assistant Deans for Undergraduate and Graduate Programs will rank order the applicants using the appropriate rubric and present the list to the Committee; and

With the assistance of the Assistant Director of Student Services, submit the names of candidates for degrees to the faculty for approval at a faculty meeting prior to the end of the semester

*Undergraduate Curriculum*

The chairperson shall schedule meetings of the total committee at least twice per year.

Membership:

There shall be at least (3) faculty members on the committee.

There shall be at least (2) tenured/tenure earning faculty members.

The functions of the committee shall be to:

Review bylaws on an annual basis; and,

Present to faculty recommended revisions.

*Program Evaluation*

The chairperson shall schedule meetings of the total committee at least twice per year.

Membership:

There shall be at least five (5) faculty members including the Associate Dean of Academic Affairs, Assistant Dean of Graduate Programs, Assistant Dean of Undergraduate Programs, one (1) faculty member who teaches primarily in the undergraduate programs, and one (1) faculty members who teaches primarily in the graduate programs.

There shall be one (1) non-voting undergraduate student, one (1) nonvoting graduate student, and one (1) invited voting community member

The function of the committee shall me to:

Develop and coordinate an overall plan of evaluation for the College of Nursing in terms of the established mission, goals, standards, and current health care trends;

Report these findings to the faculty for approval; and

Collect evaluation data and make recommendations to appropriate committees and/or administration for changes or development of new programs.

*Student Affairs*

The chairperson shall schedule a meeting of the committee at least twice a year.

Membership:

There shall be four (4) faculty members, Assistant Director of Students Services, Assistant Dean of Undergraduate Programs, Assistant Dean of Graduate Programs.

The function of the committee shall be to:

PL011931

Facilitate the engagement of students in service leadership, personal development, and growth in the nursing discipline by encouraging student involvement in community outreach activities and student organizations;

Promote active participation of students with faculty in undergraduate nursing research activities; and

Review scholarship applications and select recipients of scholarships awarded by the College of Nursing

CON Committee Election Procedures

The students enrolled in first semester of their junior year will be requested to nominate one (1) class member as a nominee for each committee (Admissions, Curriculum, Program Evaluation, and Student Affairs) to serve as the junior alternate student representative (to the senior student representative).

Nominations will be submitted to the Assistant Dean of Undergraduate Programs where a ballot will be prepared.

Campaigning is allowed at the discretion of each nominee.

During a designated period, each student will be provided one (1) ballot for voting. Ballots will be distributed once and additional ballots will not be distributed.

Completed ballots are to be returned to the Assistant Dean of Undergraduate Programs.

Ballots will be tabulated by the Assistant Dean of Undergraduate Programs.

The students with the highest number of votes will be elected as the alternate student representative for each committee.

Students returning in the fall as first semester seniors will serve as the primary student representative.

The chairpersons of the committees (Admissions, Curriculum, Program Evaluation, and Student Affairs) are to notify the student representatives and alternates of Committee meeting dates and times. They are encouraged to hold such meetings when students are not engaged in academic classes or laboratory sessions.

Students will serve for two consecutive terms – senior students as primary representative and junior students as alternate representatives.

## Student Organizations

### *College of Nursing Student Leadership Council*

CON students who are members of the Student Leadership Council (SLC) are in academic good standing and maintain a minimum GPA of 3.5 while serving a one (1) year term. Students in academic good standing are invited by the Dean to join the SLC. Members are required to:

Contribute to the CON by sharing the knowledge and skills gained through your college experience with new students;

Assist with student recruitment by giving tours to prospective students and parents, serve as a mentor and share your academic experiences with interested prospective students; and

Assist in planning and oversight of regular events that engage prestigious alumni and supporters of the CON.

33

PL011932

### Nursing Student Association - District #4

Philosophy--"We, the members of the Florida Nursing Student Association (FNSA) believe that during our preparatory years as nursing students we play a significant role in serving mankind by rendering the best possible care within our realm to all patients, irrespective of race, creed, or status. We believe it is the right of every individual to receive such service based on spiritual, emotional, and physical needs identified and to aid in the development of the whole person. We believe in the promotion and participation in community affairs and activities toward improved health care and the resolution of related social issues. We believe in the promotion of educational and professional enrichment opportunities for nursing students and the community at large. We believe that through the assumption of such professional duties, we are a collaborative body within the health care system and are instrumental in promoting curative, preventative and rehabilitative aspects of nursing as well as supporting health practices with the family and community." (Adopted Fall 1983)

Monthly meetings of District #4 are often supplemented with programs of student interest. FNSA directs several health-oriented projects in the community as well as individual money- making projects for the organization itself. NSA sponsors an orientation program to help orient the new nursing students to the College.

The executive board of FNSA is composed of students who are elected annually by the membership.

Membership entitles the student to the official magazine, *Imprint*, reduced insurance rates, reduced *American Journal of Nursing* (AJN) and *Nursing Outlook* magazine rates, convention activities, and eligibility for scholarships.

### Minority Student Nurses Association

The Minority Student Nurses Association (MSNA) is organized and run by nursing students. The goal is to support the needs of minority students in the nursing program, graduate or undergraduate, graduates of FSU College of Nursing, and those who desire to enter the nursing program.

Meetings are held twice a month to plan fundraisers, attend community-based events, and talk about issues that involve the nursing student body. Another goal is to provide opportunities for student leadership; community involvement and service; and to function as role models in the public schools. Nursing and Pre Nursing students from all levels are welcome to be part of this organization.

### Sigma Theta Tau – Beta Pi Chapter

Sigma Theta Tau (STT), the International Honor Society of Nursing, was founded in 1922 by six students at the Indiana University Training School for Nurses. The purposes of Sigma Theta Tau are to (1) recognize superior achievement; (2) recognize the development of leadership qualities;

(3) foster high professional standards; (4) encourage creative work; and (5) strengthen commitment to the ideals and purposes of the profession.

From a beginning of six members and one chapter in 1922, the organization has grown to more than 150,000 members and 424 chapters. Sigma Theta Tau is a member of the Association of College Honor Societies and is professional rather than social in its purposes. Chapters exist in colleges and universities which grant baccalaureate or higher degrees in nursing.

Membership in Sigma Theta Tau and its constituent chapters in colleges and universities is an honor conferred on students in baccalaureate and graduate programs who have demonstrated excellence in

PL011933

their nursing programs. Graduates of baccalaureate programs who demonstrate excellence in leadership positions in nursing are also eligible for membership consideration.

The Beta Pi Chapter at the Florida State University College of Nursing was chartered in spring 1974 and has inducted over 1,400 members into the organization. Interesting programs that incorporate the national objectives are offered and available to all interested persons. Notices of meetings and programs are posted in the College of Nursing on the various bulletin boards and sent to members of the organization by mail. The national society publishes a professional journal, *Journal of Nursing Scholarship*, four (4) times a year and a newsletter entitled *Excellence*, four (4) times a year.

Academic grades and professional performance in clinical nursing are criteria used for eligibility. Study and progressive application of nursing theory can result in an invitation to join the Beta Pi Chapter.

### College of Nursing Alumni Association

The College of Nursing Alumni Association was organized in 1977 to (1) provide an opportunity to maintain a life-long association with the College; (2) provide a framework for alumni with a common interest to meet formally or informally for educational, professional, and other alumni- oriented purposes; (3) provide an advisory service to the College of Nursing and it alumni; and (4) stimulate continued interest in and financial support for the College of Nursing.


The leadership of the College of Nursing Alumni Association encourages alumni to (1) participate in the recruitment of qualified students to the nursing program, (2) support the development of a scholarship fund, (3) assist in the beautification of the nursing building, and (4) promote interest in Florida State University in their local areas.

The Alumni Association has an annual get-together during the FSU Homecoming weekend with recognition anniversaries of certain classes.

Any College of Nursing alumnus or friend who is interested in the College of Nursing is eligible for membership in this Association. Contact the Florida State University Office of Alumni Affairs for more information at 850-644-2761. Join when you graduate to keep in touch with Florida State University.

### Class Officers Guidelines

These class officer guidelines are to assist class officers in meeting the needs of the students. They are only to help define the roles in a general perspective. They are not mandated and students should feel free to be flexible with their leadership. Officers are elected initially in the first semester of the Nursing Program. These officers serve throughout the program. If a position becomes vacant, the remaining officers may select a replacement for the vacant position. The seated senior class officers will assist with elections for the junior class.

- President

  *Preside over all class meetings and functions*

  *Inform class advisor of pertinent information*

  *Speak at pinning convocation*

  *Assist all class officers*

35

*Co-sign checks with treasurer*

*Conduct class votes in a democratic manner (majority rule)*

*Notify Advisor of class meetings*

- Vice-President
  *Assist President and other officers with all tasks*

  *Assist President in initiating new ideas*

- Treasurer
  *Open class bank account with President*

  *Keep records and assist in planning of any fundraising activities*

  *Record class expenditures*

- Secretary
  *Coordinate class calendar (Bulletin board)*

  *Record minutes for all class meetings*

  *Record phone numbers and addresses of all class members*

  *Prepare and distribute class reminders and newsletters (for example: dates of graduation check, graduation registration, cap and gown)*

  *Take orders for and distribute graduation invitations*

  *Invite faculty to special events*

- Historian
  *Collect pictures throughout the program*

  *Keep record of special class activities (example: picnics, fund raising events, etc.) • Assist secretary in completing calendar*

  *Class Meetings are held to make decisions about:*

  *Class wants and needs*

  *Nursing college pictures*

  *Graduation convocation*

  *Class parties*

The Assistant Dean of Undergraduate Programs will serve as advisor to class officers.

## STUDENT RESOURCES

### Resources and Facilities for Student Use

The student handbook is designed to provide nursing students with information about the College of Nursing that is not readily available from other sources on campus. Nursing students are encouraged to

36

PL011935

read the Florida State University Bulletin and the FSU Student Handbook for general information about the campus and University policies.

Information about campus activities and programs may be obtained through University Information. Information about students currently enrolled and living on campus is available through Directory Information.

Nursing students having questions not answered in the handbook or sources above can direct their questions to the Nursing Student Association (NSA), an Academic Advisor, the Assistant Dean of Undergraduate Programs, the Dean, or individual faculty members.

### FSU Libraries

All nursing students are encouraged to use the Dirac Science Library and Strozier Library for studying and checking out of books and journals. Orientation sessions are held at the beginning of each term. Contact either library for specific information.

### Simulation and Skills Laboratories

The Nursing Simulation and Skills Laboratories have complete simulated patient units. There are sinks, counter space, and seating for students. Training mannequins, models, equipment, and supplies can be set up to simulate clinical situations. A full-time Simulation Coordinator is available to facilitate the teaching-learning process and to encourage optimal use of these resources.

### Student Lounge

A Student Lounge is located on the 3rd floor of the College of Nursing and is available for student use. A kitchenette, including a refrigerator, stove, and microwave, as well as vending machines are provided. A conference table area and relaxation area are also available.

### Student Services Office – Academic Advisement

The College of Nursing provides Academic Advisors to guide students in the selection and sequencing of required and elective courses during their program of studies. Appointments are made by calling 850-644-5638. The Academic Advisors are available at pre-registration and registration periods to advise you of general and special course offerings. Be a wise student and confer with an Advisor

### SUSSAI – State University Assessment of Instruction

The State University Assessment of Instruction (SUSSAI) is the evaluation that students complete at the end of a course of a faculty member or teaching assistant. SUSSAU is required for Fall, Spring, and Summer semesters. Students are urged to take this evaluation seriously. This is your opportunity to participate in communicating with faculty in relation to the quality of teaching in the University.

### Exit Survey

Graduating students are given the opportunity to evaluate the nursing program during their last semester in the College of Nursing.

PL011936

**Financial Aid**

Applications should be made to the University Financial Aid Office. Financial aid is generally based on need. Funds are available in the form of a loan, grant, scholarship, or a work opportunity within the Work Study Program. Applications must be filed according to the published deadlines.

## FSU FOUNDATION - FSU4U

FS4U—Finding Scholarships for You—is Florida State University's campus-wide and centralized award management system for FSU Foundation scholarships. For more information, contact the FSU4U (https://foundation.fsu.edu/fs4u). For private nursing scholarships, contact the Academic Advisor in the College of Nursing Student Services Office.


Other scholarship assistance is available through enrollment in ROTC or a commitment to military service upon graduation. For further details, confer with the officers in ROTC Military Science Building, next to the College of Nursing.

## College of Nursing Scholarships

The Florida State University College of Nursing has a variety of scholarships for worthy students in the nursing major. All scholarships are available at FS4U, and nursing

scholarship applications are available from February 1st through April 1st. The College of Nursing screens applicants according to the criteria established by the College of Nursing and/or donor and forwards the candidate's name to the Financial Aid Office for awarding of the monies.

Recipients will be notified of the award(s) by the Office of Financial Aid. (https://nursing.fsu.edu/programs/scholarships-financial-aid)

The criteria for a College of Nursing Scholarship are as follows:

The student must:

- Be enrolled in Semester 2 or higher level
- Meet criteria for specific scholarship
- Be a full-time student enrolled in 12 or more semester hours

## SERVSCRIPT PROGRAM

**ServScript Program**

FSU recognizes the importance of community service within a liberal arts education by encouraging its reporting on academic transcripts. Through the ServScript program at Florida State University, you can record your hours in service to the community on your official FSU transcript. Your transcript is a permanent record of your academic achievements and a direct reflection of your college career to potential employers and graduate and professional schools. At the conclusion of each semester for which you qualify for Service-Learning Hours and complete the required online forms, the following statement will be posted to your transcript immediately following your grades based on the actual number of hours completed and correctly reported to the Center for Leadership and Social Change. Students who meet the guidelines and deadlines can participate in the ServScript Program. For a complete description of the guidelines, criteria, and deadlines, please see

38

PL011937

https://thecenter.fsu.edu/resources/servscript. Any questions regarding the ServScript Program can be directed to the Center for Leadership and Social Change at 850-644-3342 or servscript@admin.fsu.edu.

39

PL011938