*Doe Pls' Trial Exhibit 116 (Composite)*



**Rep. Randy Fine** ✔
@VoteRandyFine                                    ...

Disney is losing their sh&t because we supposedly passed "Don't Say Gay" (we didn't), but told their employees they can't say "boy, girl, ladies, or gentlemen." This is insanity. Wokeism is evil, and we will destroy it in FLA. Why? #BecauseWeCan #WeAreJustGettingStarted

9:17 AM · Mar 31, 2022

**Source:** https://twitter.com/VoteRandyFine/status/1509520362127691779, (March 31, 2022) (Florida Representative Randy Fine, Sponsor of HB 1421, Companion Bill to SB 254)



**Rep. Randy Fine** ✔
@VoteRandyFine                                    ...

I'm being a decent human being, which advocating for five year olds to be lectured about the normality of self-mutilation is not. And for the record, we are outraged — at the groomers who wish to sexualize our children. My Jewish values did instruct me better.

🔵 **State Senator Tina Polsky** ✔ @TinaPolsky · Mar 31, 2022
@VoteRandyFine when you rail against anti-semitism aren't you being woke, whatever that means. You can't pick and choose your outrage. Either you care about people and the way they are treated or you don't. Our Jewish values should have instructed you better. Be a mensch. twitter.com/VoteRandyFine/...

6:59 PM · Mar 31, 2022

**Source**: https://twitter.com/VoteRandyFine/status/1509666689708969984, (March 31, 2022)

1

**Doe Pls' Trial Ex.**

**116**

PL011949

*Doe Pls' Trial Exhibit 116 (Composite)*



Rep. Randy Fine ✓
@VoteRandyFine                                                    ···

I've had enough.  Next session, I will shepherd legislation to make it illegal to provide drugs or surgery to a minor for "gender assignment." Will make it felony child abuse punishable by prison/loss of medical license.  This legislation would not affect mental counseling.

11:40 AM · Apr 4, 2022

**Source:** https://twitter.com/VoteRandyFine/status/1511005843516448773, (April 4, 2022)



Rep. Randy Fine ✓
@VoteRandyFine                                                    ···

I can say I'm a porcupine, but that doesn't make it so.  It is time to dispense with this fantasy making  women's sports a joke and our schools into a cesspool.  I've taken on Common Core, university corruption, and school board lawbreaking.  And won every time.  This is next.

11:48 AM · Apr 4, 2022

**Source:** https://twitter.com/VoteRandyFine/status/1511007821453799433, (April 4, 2022)

2

*Doe Pls' Trial Exhibit 116 (Composite)*

 **State Representative Randy Fine** ✔
March 3 · 🌐

The battle for our children begins today.  I have just filed HB 1421 which bans the mutilation of children in the name of radical "transgender" theory, bans Florida citizens from having to pay for these procedures for other non-minors, and gives those tricked into this fraud thirty years to sue those who did it to them.  I have also filed HB 1423 which will protect our children by ending the gateway propaganda to this evil -- "Drag Queen Story Time."  I will relish the battle ahead.

👍❤ 213                                           272 💬   24 ↗

**Source:** https://m.facebook.com/voterandyfine/posts/761831661970637/ (March 3, 2023)

 **Rep. Randy Fine** ✔
@VoteRandyFine                                                      ···

If an adult wants to self-mutilate in pursuit of the fiction they can defy G-d and science, more power to them -- as they don't expect me to pay for it.  But no child should be put in the position of making life-altering decisions before they are of the age of majority.

11:42 AM · Apr 4, 2022

**Source:** https://twitter.com/VoteRandyFine/status/1511006353711673350, (April 4, 2022)

3

PL011951

*Doe Pls' Trial Exhibit 116 (Composite)*



**Source:** https://twitter.com/VoteRandyFine/status/1554185170839805957, (August 1, 2022)

PL011952

*Doe Pls' Trial Exhibit 116 (Composite)*



**Source:** https://twitter.com/VoteRandyFine/status/1631748545249247257, (Mar 3, 2023)



**Source:** https://twitter.com/VoteRandyFine/status/1682431155142795275, (July 21, 2023)

PL011953

*Doe Pls' Trial Exhibit 116 (Composite)*



Rep. Randy Fine ✔
@VoteRandyFine

For those of you who think this is isn't happening, there is a Miami doctor grooming young girls on TikTok to have themselves mutilated. This is doctor-driven child abuse, and it needs to end. 4w.pub/tiktok-gender-...

8:13 AM · Apr 5, 2022

**Source:** https://twitter.com/VoteRandyFine/status/1511316100952334344. (April 5, 2022)



Rep. Randy Fine ✔
@VoteRandyFine

The Florida Psychiatric Society, a branch of the @APApsychiatric, and the Florida Chapter of the @AmerAcadPeds have just filed emergency injunctions to prevent sharing their "science" justifying the castration and mutilation of children.  This tells you all you need to know.

11:43 AM · May 2, 2023 from Tallahassee, FL · **13.6K** Views

**Source:** https://twitter.com/VoteRandyFine/status/1653424906304991236. (May 2, 2023)

6

*Doe Pls' Trial Exhibit 116 (Composite)*



**Rep. Randy Fine** ☑
@VoteRandyFine

I just signed subpoenas to the Florida Psychiatric Society, a branch of the @APApsychiatric, and the Florida Chapter of the @AmerAcadPeds demanding production of all materials justifying their recommendation that castrating and mutilating children is "gender affirming care."

3:57 PM · Apr 24, 2023 · **13.3K** Views

**Source:** https://twitter.com/VoteRandyFine/status/1650589678414733314. (April 24, 2023)

PL011955

*Doe Pls' Trial Exhibit 116 (Composite)*



**Source:** https://twitter.com/VoteRandyFine/status/1649019501956984833, (April 20, 2023)

PL011956

*Doe Pls' Trial Exhibit 116 (Composite)*



**Rep. Randy Fine** ✔
@VoteRandyFine

                                                                    ...

Just got a media call for comment on people leaving FL because of my
bill making child castration illegal. My reply? "Good riddance. Take your
evil elsewhere. I hear they love mutilating kids in the woke paradise of
CA between homeless camps and "mostly peaceful" protests."

10:48 AM · May 31, 2023 from Indialantic, FL · **2,957** Views

**Source:** https://twitter.com/VoteRandyFine/status/1663920433454886914, (May
31, 2023)

7/Worse, the Zoo went woke, apologizing for "hurt" that 20 pro-child
mutilation activists "felt" because they allowed my event to take place
there, but not to the 200+ patrons that the zoo failed to protect from
these child abusers...

11:32 AM · Jun 16, 2023 from Indialantic, FL · **1,959** Views

**Source:** https://twitter.com/VoteRandyFine/status/1669729650786852865, (July
16, 2023)

9

PL011957

*Doe Pls' Trial Exhibit 116 (Composite)*



**Rep. Randy Fine** ✔
@VoteRandyFine
⋯

8/ who cursed at, blocked, and harassed them after the zoo welcomed the protestors to park in spaces reserved for the fundraiser.  And the zoo firmly backed the pro-mutilation cult, implying criticism of children getting their body parts cut off was "hate speech."

11:32 AM · Jun 16, 2023 from Indialantic, FL · **2,048** Views

**Source:** https://twitter.com/VoteRandyFine/status/1669729652472963072, (July 16, 2023)



**Rep. Randy Fine** ✔
@VoteRandyFine
⋯

It's clear that Democrat Judge Hinkle is a science-denying wokeist whose radical order will soon be overturned by jurists who actually believe in science.  We will not stop fighting to defend children from those like Hinkle who support child castration and mutilation.

12:54 PM · Jun 6, 2023 from Annapolis, MD · **4,465** Views

**Source:** https://twitter.com/VoteRandyFine/status/1666126325269114887, (June 6, 2023)

PL011958

*Doe Pls' Trial Exhibit 116 (Composite)*



**Source:** https://twitter.com/ChristinaPushaw/status/1560750173814689794?s=20& t=ReChkHaAQNRRoiwNfPSCkw, (August 19, 2022) (Christina Pushaw, Press Secretary to Gov. Ron DeSantis)

PL011959

*Doe Pls' Trial Exhibit 116 (Composite)*



Rep. Randy Fine ✓
@VoteRandyFine
⋯

The butchering of children will be illegal in Florida, Florida citizens will not be obligated to pay for the sexual mutilation of adults, and those tricked into this evil will have 30 years to sue those who misled them. That's HB 1421 and I am proud to file it.

10:21 AM · Mar 3, 2023 from Palm Bay, FL · **319.7K** Views

**Source:** https://twitter.com/VoteRandyFine/status/1631676140304646144 (March 3, 2023)



Ralph Massullo
@RalphMassullo
⋯

Mr. President @JoeBiden, I mean no disrespect, but your latest idea of allowing biologic men to participate in women's sports show you have no concept of the intent of title IX protections. One cannot decide their sex, it is decided at birth by their creator.

8:29 AM · Apr 7, 2023 · **541** Views

**Source:** https://twitter.com/RalphMassullo/status/1644316570649280512, (April 7, 2023) (Florida Representative Massullo, Co-Sponsor of HB 1421, Companion Bill to SB 254).

PL011960

*Doe Pls' Trial Exhibit 116 (Composite)*



**Source:** https://twitter.com/Clay_Yarborough/status/1659205859392765952 (May 18, 2023) (Senator Clay Yarborough, Sponsor of SB 254).

PL011961

*Doe Pls' Trial Exhibit 116 (Composite)*



**Source:** https://twitter.com/AnthonySabatini/status/1645888500674314242 (April 11, 2023) (Representative Sabatini, Sponsor of Prior Iterations of Medical Care Bans)



PL011962

*Doe Pls' Trial Exhibit 116 (Composite)*



**Source:** https://twitter.com/AnthonySabatini/status/1658466795504771074 (May 15, 2023)



PL011963

*Doe Pls' Trial Exhibit 116 (Composite)*



**Source:**
https://twitter.com/GovRonDeSantis/status/1635762738843746304?lang=en
(March 14, 2023) (Florida Governor Ron DeSantis, re: Detransitioner Witness
Chloe Cole)

PL011964

*Doe Pls' Trial Exhibit 116 (Composite)*



**Source:** https://twitter.com/weida_jason/status/1633204227962179584 (March 7, 2023) (Jason Weida, Secretary of the Agency for Healthcare Administration, Defendant in *Dekker v. Weida).*

PL011965

*Doe Pls' Trial Exhibit 116 (Composite)*



**Source:** https://twitter.com/weida_jason/status/1633681946067836929?lang=en
(March 8, 2023)

PL011966

*Doe Pls' Trial Exhibit 116 (Composite)*



**Source:** https://twitter.com/weida_jason/status/1634339881445998594 (March 10, 2023)

PL011967

*Doe Pls' Trial Exhibit 116 (Composite)*



**Source:**
https://twitter.com/weida_jason/status/1635460919588278273?ref_src=twsrc%5Et
fw

PL011968

*Doe Pls' Trial Exhibit 116 (Composite)*



**Source:**
https://twitter.com/GovRonDeSantis/status/1635660681306316803?lang=en
(March 14, 2023)

PL011969

*Doe Pls' Trial Exhibit 116 (Composite)*



**Source:** https://twitter.com/weida_jason/status/1635778909873553408 (November 1, 2022)

PL011970

*Doe Pls' Trial Exhibit 116 (Composite)*



**Source:** https://twitter.com/weida_jason/status/1641966892230270977 (March 31, 2023)

PL011971

*Doe Pls' Trial Exhibit 116 (Composite)*



**Source:** https://twitter.com/FLSurgeonGen/status/1588663939680071680
(November 4, 2022) (Florida Surgeon General Ladapo, Defendant)

PL011972

*Doe Pls' Trial Exhibit 116 (Composite)*



**Source:** https://twitter.com/weida_jason/status/1587619744466731009?lang=en
(November 1, 2022)

PL011973