| | |
|---|---|
| **From:** | Redfern, Jeremy T |
| **Subject:** | Re: Fox News Media Request: Chloe Cole testimony, backstory |
| **To:** | ""ONeil"","" Tyler; Brock.Juarez@ahca.myflorida.com |
| **Cc:** | Brock.Juarez@ahca.myflorida.com; Christina Pushaw; Bryan Griffin |
| **Sent:** | July 10, 2022 4:38 PM (UTC-04:00) |

I'm working on getting a quote from the Surgeon General. I will send it to you once I have it.

And yes, you are free to use the clip across all of your platforms. They were filmed by the Department of Health and are therefore available to use by anyone. I am currently in the process of editing other clips, and I will get them to you as I get them ready. Can you just let me know when you plan to have them air?

Jeremy Redfern
Press Secretary
Florida Department of Health
850-445-3260

On Jul 10, 2022, at 3:12 PM, ONeil, Tyler <Tyler.ONeil@FOX.COM> wrote:

> You don't often get email from tyler.oneil@fox.com. Learn why this is important
>
> **EXTERNAL EMAIL: DO NOT CLICK links or open attachments unless you recognize the sender and know the content is safe.**
> Thanks, Jeremy! Is there more of the event that I can watch? Would the surgeon general make a comment to Fox News on medicalizing minors with gender dysphoria and why is it important to push back on the "affirmative" care model? Is there testimony from an endocrinologist and/or a psychotherapist that you would share?
>
> Finally, can we have permission to use the video of Cole that Ladapo shared on Fox News Channel, Fox Business Network, Fox Nation, Fox Weather and all Fox News Edge affiliates across all platforms until further notice with courtesy to you? Do we also need anyone else's permission? Thank you.
>
> **From:** Redfern, Jeremy T <Jeremy.Redfern@flhealth.gov>
> **Sent:** Sunday, July 10, 2022 4:02 PM
> **To:** ONeil, Tyler <Tyler.ONeil@FOX.COM>
> **Cc:** Juarez, Brock <Brock.Juarez@ahca.myflorida.com>; Pushaw, Christina <Christina.Pushaw@eog.myflorida.com>; Griffin, Bryan <Bryan.Griffin@eog.myflorida.com>
> **Subject:** Re: Fox News Media Request: Chloe Cole testimony, backstory
>
> Hey Tyler,
>
> The Surgeon General recently had the opportunity to sit down with detransitioners, parents, and experts in pediatric endocrinology and psychotherapy.
>
> We are going to use this opportunity to educate the public on the unacceptable harm caused by the "affirmative" care model pushed by multiple professional and government institutions.
>
> These conversations will also be included as part of our evidence gathering for when the Board of Medicine considers the Surgeon General's letter requesting an official practice standard.
>
> Jeremy T. Redfern
> Press Secretary
> Florida Department of Health
> 850-445-3260
>
> **From:** ONeil, Tyler <Tyler.ONeil@FOX.COM>
> **Sent:** Sunday, July 10, 2022 2:11 PM
> **To:** Redfern, Jeremy T <Jeremy.Redfern@flhealth.gov>; Juarez, Brock <Brock.Juarez@ahca.myflorida.com>
> **Cc:** zzzz Feedback, Health <Health@flhealth.gov>
> **Subject:** Fox News Media Request: Chloe Cole testimony, backstory
>
> Some people who received this message don't often get email from tyler.oneil@fox.com. Learn why this is important
>
> **EXTERNAL EMAIL: DO NOT CLICK links or open attachments unless you recognize the sender and know the content is safe.**
> Jeremy, Brock,
>
> I am writing a story about the testimony of Chloe Cole, a teenage detransitioner whose story Surgeon General Ladapo shared on Twitter this afternoon. I'd like to hear more about the testimony, if it was part of an event, and whether it is part of an effort to educate the public on transgender issues. Would Ladapo comment on the significance of testimony from former transgender people who have suffered due to what critics may claim is a rush to embrace transgender identity and champion medical interventions that may harm patients?
>
> https://twitter.com/FLSurgeonGen/status/1546164557072187398
>
> I am working on a deadline of 5:30 p.m. eastern and would appreciate a prompt response.

Doe Pls' Trial Ex.
**124**

AHCA0182836
Def_000177905

Best,

Tyler O'Neil
Digital Editor
Fox News
(303)956-8499

This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee(s). If you are not an addressee indicated in this message (or responsible for delivery of the message to an addressee), you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail. Any content of this message and its attachments that does not relate to the official business of Fox Corporation, or its subsidiaries must be taken not to have been sent or endorsed by any of them. No representation is made that this email or its attachments are without defect.

This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee(s). If you are not an addressee indicated in this message (or responsible for delivery of the message to an addressee), you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail. Any content of this message and its attachments that does not relate to the official business of Fox Corporation, or its subsidiaries must be taken not to have been sent or endorsed by any of them. No representation is made that this email or its attachments are without defect.

AHCA0182837
Def_000177906