| Salutation | First Name | Last Name | Task Forces | Up For Renewal | Email |
|---|---|---|---|---|---|
| Rep. | Jessica | Baker | CRIM; EDU | 12/31/2025 | jessica.baker@myfloridahouse.gov |
| Rep. | Webster | Barnaby | CIED; IR&F | 12/31/2025 | websterbarnaby@gmail.com |
| Sen. | Dennis | Baxley | CRIM; CIV | 12/31/2025 | denniskbaxley@gmail.com |
| Rep. | Kimberly | Berfield | | 12/31/2025 | kimberly.berfield@myfloridahouse.gov |
| Rep. | Robert | Brackett | CIED; IR&F | 12/31/2025 | robert.brackett@myfloridahouse.gov |
| Rep. | James | Buchanan | CAT; CIED | 12/31/2027 | jamesbuchanan@jamesbuchananrealty.com |
| Sen. | Danny | Burgess | IR&F; HOMELAND | 12/31/2025 | danny.burgess.web@flsenate.gov |
| Rep. | Demi | Busatta Cabrera | HHS; EEA | 12/30/2024 | demibusatta@gmail.com |
| Rep. | Jennifer | Canady | EDU; EEA | 12/31/2025 | jcanadyrise@gmail.com |
| Rep. | Linda | Chaney | HHS; EEA | 12/30/2024 | linda.chaney@myfloridahouse.gov |
| Rep. | Wyman | Duggan | EDU; CIED | 12/31/2025 | wyman.duggan@myfloridahouse.gov |
| Rep. | Tiffany | Esposito | CRIM; CIED | 12/31/2025 | tiffany.esposito@myfloridahouse.gov |
| Rep. | Tom | Fabricio | EEA; CIED | 12/30/2024 | tom.fabricio@myfloridahouse.gov |
| Rep. | Juan | Fernandez-Barquin | EEA; CIED | 12/31/2025 | juan@jafblaw.com |
| Rep. | Randy | Fine | HHS; EDU | 12/31/2025 | randy@voterandyfine.com |
| Rep. | Alina | Garcia | CRIM; CIED | 12/31/2025 | alina@alinagarciaflorida.com |
| Rep. | Sam | Garrison | CRIM | 12/31/2025 | sam.garrison@myfloridahouse.gov |
| Rep. | Mike | Giallombardo | CAT; CIED | 12/30/2024 | mike.giallombardo@myfloridahouse.gov |
| Sen. | Erin | Grall | CIED; CIV | 12/31/2025 | grall.erin.web@flsenate.gov |
| Rep. | Fred | Hawkins | EEA; EDU | 12/30/2024 | fred@hawkins4florida.com |
| Rep. | Berny | Jacques | CRIM | 12/30/2024 | berny.ja@gmail.com |
| Rep. | Traci | Koster | EDU; CIV | 12/30/2024 | traci.koster@myfloridahouse.gov |
| Rep. | Chip | LaMarca | CIED; EEA | 12/30/2024 | chip.lamarca@myfloridahouse.gov |
| Rep. | Vicki | Lopez | CRIM; EDU | 12/31/2025 | vicki@vickilopezfl.com |
| Rep. | Patt | Maney | HHS; EDU | 12/30/2024 | patt@maneyfwb.com |
| Rep. | Fiona | McFarland | CAT; CIED | 12/31/2025 | fiona@fionaforflorida.com |
| Rep. | Lauren | Melo | EDU; EEA | 12/30/2024 | lauren.melo@myfloridahouse.gov |
| Rep. | Tobin | Overdorf | CIED; EEA | 12/30/2024 | tobyoverdorf@gmail.com |
| Rep. | Daniel | Perez | BOARD; CAT; CIED | 12/31/2025 | daniel.perez@myfloridahouse.gov |
| Rep. | Rachel | Plakon | HHS; CIED | 12/31/2025 | rachel.plakon@myfloridahouse.gov |
| Rep. | Susan | Plasencia | EDU; HHS | 12/31/2025 | susan.plasencia@myfloridahouse.gov |
| Rep. | Juan | Porras | CIED; CAT | 12/31/2025 | juancarlos.porras@myfloridahouse.gov |
| Rep. | Spencer | Roach | IR&F; STATE; CRIM; PUB STATE CHAIRS | 12/30/2024 | spencer.roach@myfloridahouse.gov |

Doe Pls' Trial Ex. 125

| Title | First | Last | Committees | End Date | Email |
|---|---|---|---|---|---|
| Sen. | Ana | Rodriguez | CIED | 12/30/2024 | rodriguez.anamaria.web@flsenate.gov |
| Rep. | Rick | Roth | IR&F; EEA | 12/30/2024 | rick@rothfarms.com |
| Rep. | Michelle | Salzman | HHS; CAT | 12/31/2027 | michelle@sysctl.net |
| Rep. | John | Snyder | TAX; EDU | 12/31/2025 | john.snyder@myfloridahouse.gov |
| Rep. | Josie | Tomkow | TAX; EEA | 12/31/2025 | josie.tomkow@myfloridahouse.gov |
| Rep. | Dana | Trabulsy | HHS; EDU | 12/31/2025 | dana@danatrabulsy.com |
| Rep. | Kaylee | Tuck | EDU; CIED | 12/31/2025 | kayleetuck@gmail.com |
| Rep. | Bradford | Yeager | EDU; EEA | 12/31/2025 | landnseabrad@gmail.com |
| Rep. | David | Borrero | CIED; EDU | 12/31/2023 | jdavidborrero@gmail.com |
| Rep. | Sam | Killebrew | HOMELAND | 12/31/2023 | sam.killebrew@myfloridahouse.gov |
| Rep. | Bob | Rommel | CIV | 12/31/2023 | bob.rommel@myfloridahouse.gov |
| Rep. | Jason | Shoaf | CIED; EEA | 12/31/2023 | jason@alliancepm.net |
| Rep. | Cyndi | Stevenson | CIED | 12/31/2023 | cyndi.stevenson@myfloridahouse.gov |
| Rep. | Aaron | Bean | | 12/30/2020 | |
| Rep. | Melony | Bell | | 12/31/2021 | |
| Sen. | Doug | Broxson | | 12/31/2022 | |
| Sen. | Colleen | Burton | | 12/31/2021 | |
| Rep. | Charles | Clemons | | 12/31/2021 | |
| Rep. | Jason | Fischer | | 12/31/2022 | |
| Rep. | Tommy | Gregory | | 12/31/2022 | |
| Sen. | Gayle | Harrell | | 12/31/2019 | |
| Rep. | Ralph | Massullo | | 12/31/2021 | |
| Rep. | Paul | Renner | | 12/31/2022 | |
| Rep. | William | Robinson | | 12/31/2022 | |
| Sen. | Kelli | Stargel | | 12/31/2018 | |