# APPENDIX 1

## Plaintiffs' Witness List

| Witness[1] | Will Call | May Call | Deposition |
|---|---|---|---|
| Jane Doe | X | | |
| Gloria Goe | X | | |
| Lucien Hamel | | X | |
| Dr. Brittany Bruggeman | X | | |
| Dr. Vernon Langford | X | | |
| Dr. Kenneth Goodman | X | | |
| Dr. Aron Janssen | | X | |
| Dr. Dan H. Karasic | X | | |
| Dr. Loren Schecter | | X | |
| Dr. Daniel Shumer | | X | |
| Danielle Terrell, Executive Director, Florida Board of Osteopathic Medicine | | X | |
| Paul Vazquez, Executive Director, Florida Board of Medicine | | X | |
| Florida Representative Randy Fine | | X | |
| Dr. Patrick Hunter, Board of Medicine Member | | X | |
| Records Custodian | | X | |

---

[1] Plaintiffs reserve the right to call any of the named Plaintiffs at trial should the Plaintiffs listed on this Exhibit List be unavailable to testify at trial.

| | | | |
|---|---|---|---|
| Dr. Monica Mortensen | | | $X^2$ |
| Dr. Sven Roman | | | $X^3$ |

---

[2] Plaintiffs will enter the designated portions of Dr. Mortensen's deposition transcript dated September 28, 2023 if Defendants do not call her to testify.

[3] Plaintiffs will enter the designated portions of Dr. Roman's deposition transcript dated October 9, 2023 if Defendants do not call him to testify.