## Appendix 2

## The State's Witness List

| Witness | Will Call | May Call | Plaintiffs' Objections |
|---|---|---|---|
| Dr. Dan Karasic | X | | FRCP 26(a)(2) – Dr. Karasic is not a fact witness and was disclosed as an expert witness only for Plaintiffs, not Defendants |
| Dr. Stephen Levine | X | | FRE 702,703 |
| Dr. Sven Roman | X | | FRE 702,703 |
| Dr. Monica Mortensen | X | | FRE 702,703 |
| Dr. Jonathan Clemens | X | | FRE 702,703 |