# United States District Court
## CIVIL MINUTES - GENERAL

Date: <u>November 28, 2023</u>      Case No.: <u>4:23cv114-RH</u>
Time: <u>3:00 – 3:09 p.m.</u>

JANE DOE et al. v. JOSEPH A. LADAPO et al.

DOCKET ENTRY:  Telephonic Pretrial Conference held. Court conducts pretrial conference and parties discuss trial procedures. Ruling by Court: The bench trial will begin December 13 at 9:00 a.m. and is scheduled to be held December 13, 14, 20, 21, and 22. An order will follow.

PRESENT:   **ROBERT L. HINKLE, U. S. DISTRICT JUDGE**

<u>Cindy Markley</u>      <u>Megan Hague</u>
Deputy Clerk      Official Court Reporter

ATTORNEYS APPEARING FOR PLAINTIFFS:
Thomas Redburn
Simone Chriss
Chelsea Dunn

ATTORNEYS APPEARING FOR DEFENDANTS:
Mohammad Jazil
Michael Beato