# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JANE DOE, *et al.,*

    *Plaintiffs,*

v.                           Case No. 4:23-cv-00114-RH-MAF

JOSEPH A. LADAPO, *et al.,*

    *Defendants.*

_____/

## <u>NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL</u>

**PLEASE TAKE NOTICE** that Emily J. Witthoeft hereby enters her appearance as additional counsel in the above-styled matter on behalf of Defendants.

Dated: December 8, 2023        Respectfully submitted,

                               **ASHLEY MOODY**
                               ATTORNEY GENERAL

                               */s/ Emily J. Witthoeft*
                               **Emily J. Witthoeft**
                               Florida Bar No. 1039542
                               ASSISTANT ATTORNEY GENERAL
                               Office of the Attorney General
                               The Capitol, Pl-01
                               Tallahassee, Florida, 32399-1050
                               (850) 414-3669
                               emily.witthoeft@myfloridalegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2023, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties who have registered with CM/ECF and filed an appearance in this action.


*/s/ Emily J. Witthoeft*
Emily J. Witthoeft