The specific requirements for a minor to receive and continue treatment include the following:

10. X-ray of the hand (bone age) at least once a year [if the minor is still growing]

---

Quoted from:

**DX 3**, Masculinizing Medications Form for Minors, pg. 2; **DX 4**, Puberty Suppression Treatment Form for Minors, pg. 1; **DX 7**, Feminizing Medications Form for Minors, pg. 2

Doe Pls' Trial Demonstrative

**15**