IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JANE DOE, et al.,

    Plaintiffs,

v.                                      Case No. 4:23-cv-00114-RH-MAF

JOSEPH A. LAPADO, et al.,

    Defendants.

_____/

## NOTICE REGARDING DEPOSITION CROSS DESIGNATIONS

The Surgeon General, the Board of Medicine, the Board of Osteopathic Medicine, and State Attorney Gladson ("the State") provide this Court with cross designations to Dr. Mortensen's deposition.

| Plaintiffs' Designations | The State's Cross-Designations |
|---|---|
| 102:10 – 104:18 | 104:19-24 |
| 108:5 – 110:14 | 110:15 – 111:23 |
| 116:3-21 | 113:20 – 114:3 |
| 120:7 – 123:23 | 123:24 – 127:1 |
| 127:2-16 | 127:17 – 128:7 |
| 128:8 – 133:14 | - |
| 141:13 – 149:19 | 149:20 – 151:2 |
| 152:3 – 154:10 | 155:12-17 |
| 155:4-11 | 157:15-18 |
| 165:7-17 | 165:18-23 |
| 174:22 – 175:13 | 175:14 – 176:19 |
| 176:20 – 178:9 | 178:10 -179:11 |
| 186:20 – 187:21 | 187:22 – 188:14 |
| 190:9 – 193:1 | 193:2 – 196:9 |
| 196:10 – 198:17 | 204:18 – 205:22 |
| 206:12 – 207:21 | 207:22 – 209:19 |

| | |
|---|---|
| 209:20 – 211:1 | 216:15 – 218:16 |
| 220:6 – 221:7 | 221:12 – 222:24 |
| 226:15-22 | 226:23 – 232:22 |
| 234:13 – 239:11 | 241:14-22 |
| 250:15-22 | 250:24 – 251:23 |
| 257:16-22 | 256:9 – 257:15 |

Dated: December 15, 2023

**Ashley Moody**
ATTORNEY GENERAL

**James H. Percival** (FBN 1016188)
CHIEF OF STAFF
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
James.Percival@myfloridalegal.com

*Counsel for the Surgeon General, the Department of Health, and State Attorney Gladson*

Respectfully submitted by,

/s/ Mohammad O. Jazil
Mohammad O. Jazil (FBN 72556)
Gary V. Perko (FBN 855898)
Michael Beato (FBN 1017715)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St., Suite 500
Tallahassee, FL 32301
(850) 270-5938
mjazil@holtzmanvogel.com
gperko@holtzmanvogel.com
mbeato@holtzmanvogel.com

*Counsel for the Surgeon General, the Department of Health, the Boards of Medicine, and the individual Board Members*

2

## **LOCAL RULES CERTIFICATION**

I certify that this brief complies with this Court's word count, spacing, and formatting requirements.

/s/ Mohammad O. Jazil
Mohammad O. Jazil

## **CERTIFICATE OF SERVICE**

I certify that on December 15, 2023, the foregoing was filed using the Court's CM/ECF, which will serve a copy to all counsel of record.

/s/ Mohammad O. Jazil
Mohammad O. Jazil
