IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JANE DOE, et al.,

    Plaintiffs,

v.                                      Case No. 4:23-cv-00114-RH-MAF

JOSEPH A. LAPADO, et al.,

    Defendants.

_____/

## NOTICE REGARDING PLAINTIFFS' ADDITIONAL DEPOSITION DESIGNATIONS

Plaintiffs provide the Court with additional designations to Dr. Monica Mortensen's September 28, 2023 deposition, in response to Defendants' Notice Regarding Deposition Cross Designations (ECF No. 209). Plaintiffs' additional designations are made pursuant to Federal Rule of Civil Procedure 32(a)(6) to ensure completeness.

| Plaintiffs' Initial Designations | Defendants' Cross-Designations | Plaintiffs' Additional Designations |
|---|---|---|
| 102:10 – 104:18 | 104:19-24 | |
| 108:5 – 110:14 | 110:15 – 111:23 | 111:24-112:12 |
| 116:3-21 | 113:20 – 114:3 | 114:4-116:2 |
| 120:7 – 123:23 | 123:24 – 127:1 | |
| 127:2-16 | 127:17 – 128:7 | |
| 128:8 – 133:14 | - | |
| 141:13 – 149:19 | 149:20 – 151:2 | |

1

| | | |
|---|---|---|
| 152:3 – 154:10 | 155:12-17 | |
| 155:4-11 | 157:15-18 | 157:5-11; 132:3-11 |
| 165:7-17 | 165:18-23 | |
| 174:22 – 175:13 | 175:14 – 176:19 | |
| 176:20 – 178:9 | 178:10 -179:11 | |
| 186:20 – 187:21 | 187:22 – 188:14 | 188:15-24 |
| 190:9 – 193:1 | 193:2 – 196:9 | |
| 196:10 – 198:17 | 204:18 – 205:22 | 206:23-206:11 |
| 206:12 – 207:21 | 207:22 – 209:19 | |
| 209:20 – 211:1 | 216:15 – 218:16 | |
| 220:6 – 221:7 | 221:12 – 222:24 | 222:25-224:2 |
| 226:15-22 | 226:23 – 232:22 | |
| 234:13 – 239:11 | 241:14-22 | 241:23-25 |
| 250:15-22 | 250:24 – 251:23 | |
| 257:16-22 | 256:9 – 257:15 | |

Respectfully submitted, this 19th day of December, 2023.

*By: /s/ Simone Chriss*
Counsel for Plaintiffs

**SOUTHERN LEGAL COUNSEL**

<u>By: /s/ Simone Chriss</u>
**Simone Chriss**
Florida Bar No. 124062
**Chelsea Dunn**
Florida Bar No. 1013541
1229 NW 12th Avenue
Gainesville, FL 32601
(352) 271-8890
Simone.Chriss@southernlegal.org
Chelsea.Dunn@southernlegal.org

**HUMAN RIGHTS CAMPAIGN FOUNDATION**

**Cynthia Cheng-Wun Weaver***
NY No. 5091848
**Jason Starr*** NY No. 5005194
**Ami Patel*** CA No. 325647
1640 Rhode Island Avenue NW
Washington, D.C. 20036
(202) 993-4180
Cynthia.Weaver@hrc.org
Jason.Starr@hrc.org
Ami.Patel@hrc.org

**NATIONAL CENTER FOR LESBIAN RIGHTS**

**Christopher F. Stoll***
CA Bar No. 179046
**Kelly Jo Popkin***
NY Bar No. 5698220
National Center for Lesbian Rights
870 Market Street, Suite 370
San Francisco, CA 94102
Tel. 415-365-1320
cstoll@nclrights.org
kpopkin@nclrights.org

**LOWENSTEIN SANDLER LLP**

<u>By: /s/ Thomas Redburn, Jr.</u>
**Thomas E. Redburn, Jr.***
New York Bar No. 5822036
**Maya Ginsburg***
New York Bar No. 5128152
1251 Avenue of the Americas
New York, NY 10020
(212) 262-6700
tredburn@lowenstein.com
mginsburg@lowenstein.com

**GLBTQ LEGAL ADVOCATES & DEFENDERS**

**Jennifer Levi***
MA Bar No. 562298
**Chris Erchull***
MA Bar No. 690555
18 Tremont, Suite 950
Boston, MA 02108
(617) 426-1350
jlevi@glad.org
cerchull@glad.org

\* Admitted by *pro hac vice*

***Counsel for Plaintiffs***

3

## **CERTIFICATE OF SERVICE**

I hereby certify that, on December 19, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

*/s/ Simone Chriss*
Simone Chriss
