# United States District Court
## CIVIL MINUTES - TRIAL

Case No.: <u>4:23cv114-RH</u>                                                      Date: <u>December 13-14 and 21, 2023</u>

JANE DOE et al. v. JOSEPH A. LADAPO et al.

PROCEEDINGS: Bench Trial. Ruling by Court: The Court's ruling will be made in an order to follow.

**PRESENT:** **ROBERT L. HINKLE, U.S. DISTRICT JUDGE**

<u>Cindy Markley</u>                                        <u>Megan Hague</u>
Deputy Clerk                                    Official Court Reporter

Attorneys for Plaintiffs:
Thomas Redburn
Ami Patel
Maya Ginsburg
Christopher Stoll
Christopher Erchul
Chelsea Dunn
Simone Chriss
Jennifer Levi
Cynthia Weaver
Josh Nelson

Attorneys for Defendants:
Mohammad Jazil
Gary Perko
William Stafford
Emily Witthoeft
Michael Beato

- ☐ Case called and continued to _____.
- ☒ COURT TRIAL
- ☐ JURY TRIAL. Jury impaneled and sworn in. See separate minutes for jury selection.
- ☐ Jury retires to deliberate at _____ on _____.
- ☐ Jury returns at ____ on _____.
- ☐ JURY VERDICT. See signed verdict.
  - ☐ Jury polled      ☐ Polling waived      ☐ Mistrial declared
- ☒ FINDINGS BY COURT:  Order to follow.
- ☐ JUDGMENT BY COURT for  ☐ Plaintiff  ☐ Defendant   for $_____
- ☐ Findings, Conclusion of Law, Judgment to be prepared by  ☐ Plaintiff  ☐ Defendant
- ☐ Briefs to be filed  ☐ Plaintiff  ☐ Defendant  ☐ Reply
- ☐ Continued to _____ for ☐ setting trial  ☐ further trial

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

CIVIL MINUTES

JUDGE ROBERT L. HINKLE
Cindy Markley, Courtroom Deputy
Megan Hague, Court Reporter

Case:      4:23cv114-RH
Legend:    Plaintiff Counsel:  Thomas Redburn
                               Ami Patel
                               Maya Ginsburg
                               Christopher Stoll
                               Christopher Erchull
                               Chelsea Dunn
                               Simone Chriss
                               Jennifer Levi
                               Cynthia Weaver
                               Josh Nelson
           Defense Counsel:    Mohammad Jazil
                               Gary Perko
                               Emily Witthoeft
                               William Stafford

**Bench Trial – Day 1**
**DATE:   December 13, 2023**

9:00   Court in session
       Court accepts stipulations regarding exhibits and those exhibits are admitted in accordance with the stipulations.
9:01   Opening statement by Plaintiff (Redburn)
9:34   Opening statement by Defense (Jazil)
9:42   Plaintiff Witness:
           Jane Doe – sworn, direct (Patel)
10:13  Cross examination (Jazil)
           Plaintiff Exhibit 80 – previously admitted
10:25  Redirect (Patel)
           Plaintiff Exhibit 80 – previously admitted
10:28  Court in recess

10:45  Court in session
       Plaintiff Witness:
           Gloria Goe – sworn, direct (Erchull)
11:08  Cross examination (Jazil)
           Plaintiff Exhibit 81 – previously admitted
11:17  Redirect (Erchull)
           Plaintiff Exhibit 81 – previously admitted
11:19  Plaintiff Witness:
           Lucien Hamel – sworn, direct (Ginsburg)

| | |
|---|---|
| 11:53 | Cross examination (Jazil) |
| |     Plaintiff Exhibit 82 – previously admitted. |
| 12:03 | Court inquires of witness |
| 12:06 | Redirect (Ginsburg) |
| 12:07 | Re-cross examination (Jazil) |
| 12:08 | Court addresses Plaintiff Exhibits 80-86 sealed documents and other housekeeping matters |
| 12:11 | Court in recess |
| | |
| 1:11 | Court in session |
| | Plaintiff Witness: |
| |     Aron Janssen – sworn, direct (Dunn) |
| |         Plaintiff Exhibit 2A – previously admitted. |
| |         Plaintiff Demonstratives 24, 1 through 4, 10, 11, 5, 7, 8 published |
| 1:57 | Court in recess |
| | |
| 1:59 | Court in session |
| | Continued direct (Dunn) |
| |     Plaintiff Demonstrative 9 published |
| 2:04 | Cross examination (Perko) |
| |     Dekker Defense Exhibit 24 – previously admitted |
| 2:12 | Redirect (Dunn) |
| 2:12 | Court inquires of witness |
| 2:29 | Additional cross examination (Perko) |
| 2:29 | Plaintiff Witness: |
| |     Daniel Shumer – sworn, direct (Stoll) |
| |         Plaintiff Exhibit 5A – previously admitted |
| |         Defense Exhibit 4 – previously admitted |
| |         Plaintiff Demonstratives 13, 6, 14 through 22 published |
| 3:04 | Cross examination (Jazil) |
| 3:27 | Redirect (Stoll) |
| 3:28 | Court inquires of witness |
| 3:32 | Court instructs plaintiffs to file demonstratives on the docket |
| 3:33 | Court in recess |
| | |
| 3:46 | Court in session |
| | Plaintiff statement to the Court regarding schedule (Redburn) |
| 3:48 | Defense moves to begin trial next week on Thursday instead of Wednesday (Jazil) |
| | Ruling by Court: The issue is taken under advisement and will be addressed later. |
| 3:49 | Plaintiff Witness: |
| |     Dan Karasic – sworn, direct (Levi) |
| |         Plaintiff Exhibit 4A – previously admitted |
| |         Plaintiff Demonstratives 1, 10, 11, 12, 23 published |
| 4:15 | Court in recess |

**Bench Trial – Day 2**
**DATE:   December 14, 2023**

| | |
|---|---|
| 9:00 | Court in session |
| | Cross examination (Stafford) |
| |     Dekker Plaintiff Exhibit 33 – previously admitted |

9:55    Redirect (Levi)
        Dekker Defense Exhibit 16 – previously admitted
10:01   Court in recess

10:15   Court in session
        Plaintiff Witness:
           Loren Slone Schecter – sworn, direct (Levi)
              Plaintiff Exhibit 6A – previously admitted
              Defense Exhibit 5 – previously admitted
10:36   Cross examination (Jazil)
        Defense Exhibit 5 – previously admitted
10:53   Plaintiff Witness:
        Kenneth Goodman – sworn, direct (Weaver)
        Plaintiff Exhibit 8A – previously admitted
        Defense Exhibit 7 – previously admitted
11:22   Cross examination (Perko)
11:25   Plaintiff Witness:
        Vernon Matthew Langford – sworn, direct (Dunn)
        Plaintiff Exhibit 7A – previously admitted
        Plaintiff Exhibit 109 – previously admitted
        Plaintiff Exhibit 108 – previously admitted
12:14   Cross examination (Jazil)
12:28   Redirect (Dunn)
12:30   Court inquires of witness
12:33   Court in recess

1:35    Court in session
        Plaintiff Witness:
           Brittany Bruggeman – sworn, direct (Chriss)
              Plaintiff Exhibit 3A – previously admitted
              Plaintiff Demonstratives 1, 8, 7, 15, 13 published
2:47    Cross examination (Perko)
        Dekker Defense Exhibit 24 – previously admitted
        Dekker Defense Exhibit 16 – previously admitted
2:58    Redirect (Chriss)
2:59    Court inquires of witness
3:08    Plaintiff moves to file under seal the real names of plaintiffs (Redburn)
        Ruling by Court: Those can be filed under seal.
3:10    Plaintiffs rest
        Ruling by Court: Trial will continue on Thursday, December 21.
3:16    Court in recess

**Bench Trial – Day 3**
**DATE:   December 21, 2023**

9:00    Court in session
        Defense Witness:
           Paul Vazquez – sworn, direct (Beato)
              Plaintiff Exhibit 66 – previously admitted
              Plaintiff Exhibit 75 – previously admitted
              Defense Exhibit 13 – marked, ID'd, admitted

|       |                                                                                       |
|-------|---------------------------------------------------------------------------------------|
|       | Defense Exhibit 14 – marked, ID'd, admitted                                           |
| 9:37  | Cross examination (Redburn)                                                           |
|       | Plaintiff Exhibit 24 – previously admitted                                            |
|       | Plaintiff Exhibit 42 – previously admitted                                            |
|       | Plaintiff Exhibit 90 – previously admitted                                            |
|       | Plaintiff Exhibit 89 – previously admitted                                            |
|       | Plaintiff Exhibit 75 – previously admitted                                            |
|       | Plaintiff Exhibit 51 – previously admitted                                            |
| 9:56  | Redirect (Beato)                                                                      |
|       | Plaintiff Exhibit 24 – previously admitted                                            |
| 9:59  | Court inquires of witness                                                             |
| 10:12 | Additional redirect (Beato)                                                           |
|       | Plaintiff Exhibit 58 – previously admitted                                            |
| 10:15 | Additional cross examination (Redburn)                                                |
|       | Plaintiff Exhibit 58 – previously admitted                                            |
| 10:19 | Court directs the parties to file deposition designation of Dr. Mortensen electronically |
| 10:20 | Court in recess                                                                       |
|       |                                                                                       |
| 10:36 | Court in session                                                                      |
|       | Defense Witness:                                                                      |
|       | Monica Mortensen – sworn, direct (Jazil)                                              |
|       | Defense Exhibits 2 through 7 – previously admitted                                    |
|       | Defense Exhibit 14 – previously admitted                                              |
|       | Plaintiff Demonstratives 1 through 9, 14 through 20, and 22 published                 |
| 11:17 | Cross examination (Chriss)                                                            |
|       | Plaintiff Exhibit 47 – marked, ID'd, admitted                                         |
|       | Plaintiff Exhibit 70 – previously admitted                                            |
| 11:49 | Redirect (Jazil)                                                                      |
|       | Plaintiff Exhibit 47 – previously admitted                                            |
| 11:58 | Court inquires of witness                                                             |
| 12:02 | Additional redirect (Jazil)                                                           |
| 12:04 | Additional cross examination (Chriss)                                                 |
| 12:05 | Court in recess                                                                       |
|       |                                                                                       |
| 1:07  | Court in session                                                                      |
|       | Defense Witness:                                                                      |
|       | Stephen Barrett Levine – sworn, direct (Jazil)                                        |
| 2:14  | Cross examination (Redburn)                                                           |
| 2:52  | Redirect (Jazil)                                                                      |
| 3:02  | Court inquires of witness                                                             |
| 3:14  | Defense rests                                                                         |
| 3:15  | Plaintiffs move to admit Plaintiff Exhibits 46, 49 and 78; 44, 45, 52, 48, 50, 59, 60, 61 and 62 (for limited purpose); and a portion of 116 (Chriss) |
|       | Ruling by Court: Those exhibits are admitted as described in the record.              |
| 3:24  | Parties discuss schedule                                                              |
| 3:26  | Court in recess                                                                       |
|       |                                                                                       |
| 3:42  | Court in session                                                                      |
|       | Closing Argument by Plaintiff (Redburn)                                               |
| 4:36  | Closing Argument by Defense (Jazil)                                                   |
| 5:34  | Court in recess                                                                       |

| | |
|---|---|
| 5:41 | Court in session |
| | Rebuttal by Plaintiff (Redburn) |
| 5:47 | Ruling by Court: Ruling will be made in an order will follow. |
| 5:47 | Court adjourned |