# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| JANE DOE et al., | |
| Plaintiffs, | Civil No. 4:23-cv-00114-RH-MAF |
| v. | |
| JOSEPH A. LADAPO et al., | |
| Defendants. | |

## NOTICE OF FILING DEPOSITION TRANSCRIPT

Consistent with this Court's instructions, Tr. 476:10-477:10, Plaintiffs file the full and complete transcript of Dr. Monica Mortensen's September 28, 2023 deposition.

Respectfully submitted this 28th day of December, 2023.

*/s/ Simone Chriss*
**Simone Chriss**
**Counsel for Plaintiffs**

**SOUTHERN LEGAL COUNSEL**

**Simone Chriss**
Florida Bar No. 124062
**Chelsea Dunn**
Florida Bar No. 1013541
1229 NW 12th Avenue
Gainesville, FL 32601
(352) 271-8890
Simone.Chriss@southernlegal.org
Chelsea.Dunn@southernlegal.org

**LOWENSTEIN SANDLER LLP**

**Thomas E. Redburn, Jr.\***
NY Bar No. 5822036
**Maya Ginsburg\***
NY Bar No. 5128152
1251 Avenue of the Americas
New York, NY 10020
(212) 262-6700
tredburn@lowenstein.com
mginsburg@lowenstein.com

**NATIONAL CENTER FOR LESBIAN RIGHTS**

**Christopher F. Stoll \***
CA Bar No. 179046
**Kelly Jo Popkin\***
NY Bar No. 5698220
National Center for Lesbian Rights
870 Market Street,
Suite 370 San Francisco,
CA 94102 Tel. 415-365-1320
cstoll@nclrights.org

2

kpopkin@nclrights.org

**GLBTQ LEGAL ADVOCATES & DEFENDERS**

**Jennifer Levi***
**Chris Erchull***
18 Tremont, Suite 950
Boston, MA 02108
(617) 426-1350
jlevi@glad.org
cerchull@glad.org

**HUMAN RIGHTS CAMPAIGN FOUNDATION**

**Cynthia Cheng-Wun Weaver***
NY No. 5091848
**Jason Starr***
NY No. 5005194
**Ami Patel***
CA No. 325647
1640 Rhode Island Avenue NW
Washington, D.C. 20036
(202) 993-4180
Cynthia.Weaver@hrc.org
Jason.Starr@hrc.org
Ami.Patel@hrc.org

* Admitted by *pro hac vice*

*Counsel for Plaintiffs*

## **LOCAL RULES CERTIFICATION**

I certify that this Notice complies with this Court's word count, spacing, and formatting requirements.

*/s/ Simone Chriss*
Simone Chriss

## **CERTIFICATE OF SERVICE**

I hereby certify that, on December 28, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

*/s/ Simone Chriss*
Simone Chriss
Counsel for Plaintiffs