Jane Doe

vs.

Joseph Ladapo

---

Deposition of:

Monica Mortensen, D.O

September 28, 2023

*Vol 1*

---



Monica Mortensen, D.O
September 28, 2023

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CIVIL NO.: 4:23-cv-00114-RJ-MAF

JANE DOE, et al.,

      Plaintiffs,

v.

JOSEPH A. LADAPO, et al.,

      Defendants.
_____/

DEPOSITION OF

MONICA MORTENSEN, D.O.

VOLUME 1 (Pages 1 - 181)

Thursday, September 28, 2023

10:00 a.m. - 3:22 p.m.

LEXITAS Florida
100 North Laura Street
Suite 1002
Jacksonville, Florida 32202

Stenographically reported by:

Kelly G. Broomfield, FPR
LEXITAS

Job No. 329487

Monica Mortensen, D.O
September 28, 2023

Page 2

```
 1    APPEARANCES:

 2    On behalf of the Plaintiffs:

 3            SIMONE CHRISS, ESQUIRE
              CHELSEA DUNN, ESQUIRE - Remote via Zoom
 4            Southern Legal Counsel
              1229 NW 12th Avenue
 5            Gainesville, Florida 32601
              (352) 271-8890
 6            simone.chriss@southernlegal.org
              chelsea.dunn@southernlegal.org
 7

 8            THOMAS E. REDBURN, JR., ESQUIRE
              Lowenstein Sandler, LLP
 9            1251 Avenue of the Americas
              New York, New York 10020
10            (212) 262-6700
              tredburn@lowenstein.com
11

12            JASON STARR, ESQUIRE - Remote via Zoom
              AMI PATEL, ESQUIRE - Remote via Zooom
13            Human Rights Campaign Foundation
              1640 Rhode Island Avenue NW
14            Washington, D.C. 20036
              (202)993-4180
15            jason.starr@hrc.org
              ami.patel@hrc.org
16

17            SHANNON MINTER, ESQUIRE
              National Center for Lesbian Rights
18            870 Market Street
              Suite 370
19            San Francisco, California 94102
              (415) 365-1320
20            sminter@nclrights.org

21    On behalf of the Defendants:

22            GARY PERKO, ESQUIRE
              119 South Monroe Street
23            Suite 500
              Tallahassee, Florida 32301
24            (850)567-5762
              gperko@holzmanvogel.com
25
```

Monica Mortensen, D.O
September 28, 2023

Page 3

```
 1                      I N D E X

 2                     Volume 1

 3   TESTIMONY OF MONICA MORTENSEN, D.O.            PAGE

 4      DIRECT EXAMINATION BY MS. CHRISS            4

 5

 6   CERTIFICATE OF OATH                            180

 7   CERTIFICATE OF REPORTER                        181

 8

 9

10                   E X H I B I T S

11   PLAINTIFFS'
      EXHIBIT          DESCRIPTION                  PAGE
12

13      1    Expert Report of Monica Mortensen, D.O.  7

14      2    Advocate Health Care - About Us          20

15      3    Florida Department of Health's Petition  106
             To Initiate Rulemaking
16
        4    Gender Dysphoria Roundtable - 7/8/22     120
17           Talking Points - Tallahassee, FL

18      5    EMAIL - from Danielle Terrell 10/26/22   153
             FDOH_000042396 - 000044086 and PowerPoint
19
        6    Florida Boards of Medicine/Osteophathic  159
20           Medicine Joint Rules/Legislative Committee
             Rule Workshop - AGENDA 10/28/22
21
        7    EMAIL - From Gregory Coffman 9/19/22     161
22
        8    Gender Analysis December 2022 Complaint  167
23
        9    Meeting Minutes - 2/10/23                173
24           Florida Boards of Medicine/Osteopathic
             Medicine Rule Hearing
25
```

Monica Mortensen, D.O
September 28, 2023

Page 4

```
1                        - - -
2  Proceedings began at 10:00 a.m.:
3           STENOGRAPHER:  Do you swear or affirm that the
4      testimony you're about to give will be the truth,
5      the whole truth, and nothing but the truth?
6           THE WITNESS:  I do.
7  Whereupon:
8                   MONICA MORTENSEN, D.O.
9      having been first duly sworn, was examined and
10     testified as follows:
11                   DIRECT EXAMINATION
12 BY MS. CHRISS:
13     Q    Dr. Mortensen, thank you for being with us
14 today.  My name's Simone Chriss and I represent the
15 Plaintiffs in this matter.  I'll be asking you some
16 questions about your expert opinion in this case today.
17 If we could first just go over some background rules for
18 the deposition.  Have you been deposed previously?
19     A    No.
20     Q    So you understand that you are under oath
21 today?
22     A    I do.
23     Q    And that the oath you took is the same that you
24 would take in a court of law and you're testifying under
25 penalty of perjury?
```

Monica Mortensen, D.O
September 28, 2023

Page 5

1    A    Correct.  Yes.  I understand.

2    Q    And this requires that you testify truthfully.

3    A    Yes.

4    Q    So I will do my best, because sometimes I'm

5    eager, so we're going to try to not speak at the same

6    time.  If you'll let me finish my question, I will try

7    to let you finish your answer, that way we'll make the

8    court reporter's job easier for the transcribing.  Does

9    that make sense?

10    A    Yes, it does.

11    Q    Great.  If you don't understand something that

12    I ask, please ask for clarification and I'm happy to

13    rephrase the question.  But if you don't ask for

14    clarification I'm gonna assume that you understood the

15    question, okay?

16    A    I understand.

17    Q    If you could answer the questions audibly with

18    words.  The court reporter can't take down nods of the

19    head or things, like, uh-huh or unh-unh.

20    A    I understand, yes.

21    Q    Great.  Occasionally Mr. Perko may make an

22    objection to a question that is asked.  Objections are

23    made for the record only, you must still answer the

24    question unless you are instructed not to by Mr. Perko?

25    A    I understand.

Monica Mortensen, D.O
September 28, 2023

Page 6

1     Q    If at any time you want to take a break, need

2  to take a break, please just let me know, we're happy to

3  accommodate.   The only thing we ask is if there's a

4  question pending, I've asked a question, that you answer

5  that question prior to taking a break.

6     A    I understand.

7     Q    Great.  Are you on any medications today that

8  would prevent you from giving true, accurate, and

9  complete testimony?

10    A    No.

11    Q    Is there any reason why you can't give true,

12 accurate, and complete testimony today?

13    A    No.

14    Q    All right.  Let's get started.  You have been

15 retained as an expert by the defendants in this case,

16 correct?

17    A    Correct.

18    Q    And you are also a named defendant in this case

19 as a member of the Board of Osteophathic Medicine?

20    A    Correct.

21    Q    Did you prepare an expert rebuttal report in

22 connection with this case?

23    A    Yes, I did.

24    Q    And that was rebutting the report of Dr.

25 Bruggeman?

Monica Mortensen, D.O
September 28, 2023

Page 7

```
 1     A    And one of your other experts as well, I think.

 2     Q    Dr. Shumer?

 3     A    Yes.

 4     Q    Okay.  I am going to show you what we are going

 5 to mark as Plaintiffs' Exhibit 1.  Here's for the

 6 witness, for you Mr. Perko.  Do you recognize this

 7 document?

 8          (Plaintiffs' Exhibit Number 1 was marked for

 9     identification.)

10     A    Can I flip through really quick?

11 BY MS. CHRISS:

12     Q    Please.

13     A    I recognize the first page.

14     Q    Make sure you've seen it.

15     A    If I can just...

16          Yes.

17     Q    And what do you recognize it to be?

18     A    This is the expert report that I had written.

19     Q    Did you bring any documents with you today?

20     A    No, I did not.

21     Q    Without telling me about conversations that you

22 had with counsel, what did you do to prepare for your

23 deposition today?

24     A    For my deposition today?

25     Q    Yes.
```

Monica Mortensen, D.O
September 28, 2023

Page 8

 1    A    I reviewed my expert report.  I reviewed the

 2  Endocrine Society Guidelines, and I reviewed the WPATH

 3  Guidelines.

 4    **Q    Anything else?**

 5    A    No.

 6    **Q    Without telling me the substance of**

 7  **conversations, did you meet with counsel to prepare for**

 8  **this deposition?**

 9    A    Yes, I did.

10    **Q    And how many times?**

11    A    I don't remember.  I want to say maybe three

12  times?  We've had very brief conversations.

13    **Q    All right.  Did you speak with anyone other**

14  **than counsel for defendants in preparing for this**

15  **deposition?**

16    A    No, I did not.

17    **Q    Was anyone else present when you met with**

18  **counsel?**

19    A    No.

20    **Q    Were you provided with any of the other**

21  **experts' reports or deposition transcripts?**

22    A    Yes.

23    **Q    Which were those?**

24    A    I don't have them in front of me, but the two

25  pediatric endocrinologists, the surgeons.  Then I

Monica Mortensen, D.O
September 28, 2023

1  believe a nurse practitioner, a psychiatrist, and maybe

2  a psychologist?  I want to say there were seven expert

3  reports that were sent.

4      Q    Okay.  And did you review any transcripts of

5  expert depositions?

6      A    No, I did not.

7      Q    Okay.  Were you provided with any other

8  materials from counsel?

9      A    No, just the expert reports.

10     Q    Okay.  When you were preparing your expert

11 report that we marked as Exhibit 1, who did you work

12 with on that?

13     A    Just myself.

14     Q    Okay.  Did counsel for defendant provide you

15 with any information while in preparation of your

16 report?

17     A    Just the expert reports that your team

18 submitted.

19     Q    So they didn't provide you with any assumptions

20 that you relied upon in writing your report?

21     A    No.

22     Q    What were you asked to opine on in your expert

23 report?

24     A    The concerns about the informed consents.

25     Q    Did anyone else provide you with any

Monica Mortensen, D.O
September 28, 2023

Page 10

1  information that you considered in writing your report?

2    A    No.

3    **Q    Does the bibliography that you included in your**

4  **report include the full scope of information that you**

5  **considered while writing it?**

6    A    I'm going to say no, I think I didn't include

7  everything because I didn't think it was relevant.

8    **Q    Can you tell me specifically what you didn't**

9  **include?**

10    A    No, I've reviewed a lot of literature, and some

11  of it was repetitive or same statements, so I just stuck

12  with one.

13    **Q    Okay.  Who asked to you be an expert witness in**

14  **this case?**

15    A    Counsel did.

16    **Q    And when were you retained as an expert in this**

17  **matter?**

18    A    I don't know the exact date, I'd have to check

19  my e-mail that I received.

20    **Q    Do you have, like, an approximation?  Maybe the**

21  **month or month range?**

22    A    Let's see, it had to be submitted by Labor Day,

23  so it was September, so it must have been August.

24    **Q    Do you know why you were asked to be an expert**

25  **witness in this case?**

Monica Mortensen, D.O
September 28, 2023

Page 11

1    A    Because I played a role in helping form the

2  consents, so since there were concerns about the

3  consents.

4    Q    Okay.  And you are being compensated at an

5  hourly rate of $450 an hour for your time?

6    A    That's correct.

7    Q    Dr. Mortensen, have you treated any of the

8  plaintiffs in this case?

9    A    Not to my knowledge.

10    Q    Have you reviewed the medical records of any of

11  the plaintiffs in this case?

12    A    To be honest, I don't even know the names of

13  the plaintiffs of the case, so not to my knowledge.

14    Q    And have you spoken to the treating physicians

15  of any of the plaintiffs in this case?

16    A    I don't believe so.

17    Q    Okay.  So if we could turn to your CV, which is

18  Exhibit 1 to Exhibit 1, or Attachment 1 to Exhibit 1,

19  it's labeled at the bottom A1; do you see that?

20    A    I do.

21    Q    Have there been any updates to your CV since

22  you submitted your expert report?

23    A    I don't think so.

24    Q    Okay.  So we're going to go over your

25  background a little bit.  Where did you go to college?

Monica Mortensen, D.O
September 28, 2023

Page 12

1    A    Loyola University in Chicago.

2    **Q    What degree did you receive?**

3    A    A Bachelor's in Science.

4    **Q    And where did you attend medical school?**

5    A    Midwestern University, or Chicago college of

6    Osteopathic Medicine.

7    **Q    And where did you do your residency?**

8    A    So I did an osteopathic internship, which is

9    also considered the first year of residency, at

10   By^County Hospital, Osteopathic Hospital at in Henry

11   Ford, it was a joint program in Detroit.  Then I

12   completed the last two years of my pediatric residency

13   at Lutheran General.

14   **Q    And your fellowship, where did you do your**

15   **fellowship?**

16   A    I did three years at the University of Chicago.

17   **Q    And it looks like there was a gap between your**

18   **University of Chicago residency ending in 2007, and then**

19   **starting a fellowship at Nemours in 2014.  What was the**

20   **reason for that seven-year gap?**

21   A    So I had already completed the three years

22   required, this was an advanced fellowship program that

23   was for one-years in order to sit for the Pediatric

24   Endocrinology Boards.

25   **Q    So what were you doing between 2007 and 2014?**

Monica Mortensen, D.O
September 28, 2023

Page 13

```
 1    A    So I was working as a pediatrician and a
 2  pediatric endocrinologist.
 3    Q    Where are you currently working?
 4    A    I'm currently working at Nemours Childrens
 5  Health in Jacksonville, Florida.
 6    Q    And how long have you been there?
 7    A    Nine years.
 8    Q    You've had that same position, title,
 9  throughout?
10    A    Titles have changed.  So I started first as a
11  pediatric endocrinologist, then I became the Associate
12  Clinical Director for Pediatric Endocrinology, only in
13  Jacksonville, not a director of all it of.  And then
14  last you I became the Assistant Medical Director of the
15  Diabetes Center.
16    Q    Do you have any other current professional
17  affiliations?
18    A    Can you clarify what you mean by that?
19    Q    Any other positions other than that at Nemours?
20    A    Like as source of income or?
21    Q    Yes.
22    A    No.
23    Q    Okay.  Are you employed with the University of
24  Florida?
25    A    So I'm not employed by them, but I have an
```

Monica Mortensen, D.O
September 28, 2023

Page 14

1   adjunct position with them as a teaching -- for a

2   teaching role.

3       **Q     Okay.**

4       A     So our -- the fellowship program at Nemours is

5   sponsored by the University of Florida in Jacksonville,

6   so I have an adjunct teaching position with the

7   University of Florida, but I'm not employed or salaried

8   by them.

9       **Q     Did you receive any training in medical school**

10  **regarding the treatment of gender dysphoria**

11  **specifically?**

12      A     In medical school?  No.

13      **Q     Have you done any original research related to**

14  **transgender people or gender dysphoria?**

15      A     No.

16      **Q     How about gender identity?**

17      A     No.

18      **Q     Let's turn to your presentations, which are on**

19  **page A6 of your CV.  It looks like you've done**

20  **presentations on precocious puberty and Turner Syndrome**

21  **and the functional significance of the various types of**

22  **ovarian morphologies of polycystic ovarian syndrome, and**

23  **the third one is thyroid disorders in children.  Are**

24  **these the extent of the presentations you've done?**

25      A     Correct.

Monica Mortensen, D.O
September 28, 2023

Page 15

1    Q    So no presentations regarding gender dysphoria?

2    A    Correct.

3    Q    Or transgender healthcare?

4    A    Correct.

5    Q    We can turn to the next page, page A7 -- well,

6    I guess starting on A6, you list your clinical practice,

7    interests, and accomplishments.  In their I see general

8    pediatric endocrinology, PCOS and menstrual disorders,

9    precocious puberty and pubertal disorders, adrenal

10   disorders, pediatric calcium and bone disorders, as well

11   as T1DM and T2DM.  Are these the types of care that you

12   provide?

13   A    Correct.

14   Q    The conditions that you provide treatment for?

15   A    Correct.

16   Q    And gender dysphoria is not among those listed?

17   A    That's correct.

18   Q    What's a Densitometrist?

19   A    So that is reading bone mineral density scans,

20   commonly referred to as DEXA scans.

21   Q    Under research interests, on page A7, you list

22   use of technology to improve diabetes control,

23   precocious puberty, PCOS, metabolic effects of human

24   growth hormone, and bone disorders in pediatrics; is

25   that accurate?

Monica Mortensen, D.O
September 28, 2023

 1    A    Yes.

 2    Q    Okay.  So, again, gender dysphoria is not among

 3  the research interests?

 4    A    Correct.

 5    Q    If we can go to your -- it says bibliography

 6  for Number 15, are these your publications?

 7    A    That's correct.

 8    Q    So this isn't the bibliography associated with

 9  your report, but rather your list of publications?

10    A    Correct.

11    Q    Okay.  All five of these are related to

12  polycystic ovaries and polycystic ovary syndrome; is

13  that correct?

14    A    That is correct.

15    Q    None are related to the treatment of gender

16  dysphoria?

17    A    Correct.

18    Q    And these publications range from 2006 to 2012;

19  is that correct?

20    A    Yes.

21    Q    Are there any additional publications outside

22  of these?

23    A    No.

24    Q    And none of these are original peer-reviewed

25  research; is that correct?

Monica Mortensen, D.O
September 28, 2023

Page 17

1    A    That is incorrect.  The Number 3 was

2  individual, and they were all peer-reviewed, because

3  they are all in major publications.

4    Q    Okay.  So if we could -- we're going to talk a

5  little bit about your clinical experience, so if we

6  could turn to paragraph 6 of your expert report, which

7  is page 2 of Exhibit 1, you state:  Speaking on behalf

8  of myself as a subject matter expert and not as a

9  representative of Nemours Childrens Health or the

10  University of Florida.  What do you mean when you say

11  subject matter expert?

12    A    In relation to the consents that were written.

13    Q    Okay.  So you hold yourself out as a subject

14  matter expert on informed consent generally or informed

15  consent for the treatment of gender dysphoria?

16    A    I would say in relation to the consents that

17  were written.  So, I mean, I think it's very hubris for

18  people to say that they are experts on things, but I

19  have written many other informed consents before, and I

20  was involved in this informed consent.

21    Q    What other types of informed consent forms have

22  you written?

23    A    I've written the informed consent for the use

24  of puberty blockers for our center, and I've

25  also written some of the informed consents for the

Monica Mortensen, D.O
September 28, 2023

Page 18

1   research that I had performed.  I am not a PI for some

2   of the research in our center, but I am a Sub-I, so I

3   have reviewed and been involved in some of those

4   consents as well.

5        Q    And when you say research, what types of

6   research?

7        A    So as was listed in my statement, so we do

8   research in devices for diabetes.  We are doing research

9   in central precocious puberty, research for various

10  different medications for industry research.

11       Q    Okay.  No research on the treatment of gender

12  dysphoria though?

13       A    Correct.

14       Q    Okay.  In paragraph 7 -- actually, we discussed

15  that, you said you didn't receive -- actually, no, we

16  didn't.  You said in your medical degree, in medical

17  school you didn't receive treatment specific to gender

18  dysphoria, but in getting your bachelor degree was there

19  any training specific to gender dysphoria?

20       A    No.

21       Q    And you stated in your medical degree there

22  wasn't training specific to treatment of gender

23  dysphoria?

24       A    Correct.

25       Q    In paragraph 8 you state you completed an

Monica Mortensen, D.O
September 28, 2023

 1   osteopathic internship in pediatrics at Bi-County Henry

 2   Ford Hospital.  Did you receive any training on the

 3   treatment of gender dysphoria then?

 4       A    No.

 5       Q    How about at your residency at Advocate

 6   Lutheran General Hospital?

 7       A    No.

 8       Q    Did you spend any clinical hours treating

 9   patients with gender dysphoria?

10       A    At what timeframe are you asking?

11       Q    During your residency?

12       A    No, I did not.

13       Q    Is it accurate that Advocate Lutheran General

14   Hospital is part of the Advocate Healthcare System?

15       A    At that time, yes.  I don't know if it still is

16   currently.

17       Q    And is it accurate that that's a faith-based

18   nonprofit hospital in Illinois?

19       A    It's quite possible, yes.

20       Q    You are not certain?

21       A    I'm not certain.

22       Q    I'm going to show you what we'll mark as

23   Exhibit 2.  If you see here where it says:  Our

24   mission -- the one, two, fourth paragraph down, it says:

25   Our mission is to serve the health needs of individuals,

Monica Mortensen, D.O
September 28, 2023

Page 20

1   families, and communities through a holistic philosophy

2   routed in our fundamental understanding as human beings

3   as created in God's image.  Is that accurate?

4           (Plaintiffs' Exhibit Number 2 was marked for

5       identification.)

6       A    If you are asking what I'm reading, that you

7   read that correctly?  Yes.

8   BY MS. CHRISS:

9       Q    And is the Advocate Healthcare, is this -- is

10  it your understanding that this is from the institution

11  where you received -- where you did your fellowship?

12      A    Looking at the logo correct, but I also

13  graduated a long time ago so I'm not sure what the

14  mission statement was at that time, and this is saying

15  it's in 2022.  So I'm not 100 percent certain as to what

16  the mission statement was back then.

17      Q    Okay.  So Dr. Mortensen, your fellowship with

18  the University of Chicago, did you receive any training

19  on the treatment of gender dysphoria at that time?

20      A    No.

21      Q    So you did not have any clinical hours

22  providing treatment for patients who had gender

23  dysphoria?

24      A    Correct.

25      Q    During your -- the gap between 2007 and 2014,

Monica Mortensen, D.O
September 28, 2023

Page 21

1   when you came to Nemours, did you provide any treatment

2   for gender dysphoria during that time?

3       A    No.  Personally, no.

4       Q    What do you mean by personally?

5       A    There were some people in our center who were

6   providing some transgender care for adults.

7       Q    But you were not involved in that treatment?

8       A    Correct.

9       Q    And you didn't do any training or receive any

10  specialized knowledge on the treatment of gender

11  dysphoria?

12      A    Correct.

13      Q    If we can turn to page 3, look at paragraph 10

14  of your expert report.  This is back to Exhibit 1.  You

15  state in paragraph 10 that you have extensive experience

16  in treating children, adolescents, and young adults with

17  endocrine conditions, including differences in sex

18  development, Turner Syndrome, gonadal failure, delayed

19  or precocious puberty, as well as Type 1 diabetes,

20  thyroid disorders, and growth problems.

21          What types of medications do you prescribe for

22  children and adolescents with DSD?

23      A    So if we are seeing more specifically for

24  Turner Syndrome or gonadal failure I'll use

25  testosterone, forms of estrogen.

Monica Mortensen, D.O
September 28, 2023

Page 22

1    Q    Anything else?

2    A    I mean for growth hormone we use growth

3  hormone, we use anastrozole.

4    Q    What about for delayed for precocious puberty?

5    A    Precocious puberty we've use pubertal blockers,

6  such as Lupron, or various forms of Lupron.  And for

7  delayed puberty we've used testosterone or estrogen to

8  start puberty.

9    Q    What about for Type 1 diabetes?

10    A    Various forms of insulin and medical devices to

11  deliver insulin and continuos glucose monitors.

12    Q    What about for thyroid disorders?

13    A    Depending on the type of thyroid disorders we

14  would use thyroid hormone replacement, whether that be

15  T3 of T4, or for hyperthyroidism, methinozole,

16  Tapazole.  Sometimes a beta blocker for an accelerated

17  heart rate.

18    Q    Okay.  And for growth problems?

19    A    Typically growth hormone deficiency.  We would

20  use growth hormone.

21    Q    Okay.  Are there other medications that you

22  use, prescribe, for patients who have -- you mention

23  adrenal disorders, menstrual irregularities, polycystic

24  ovarian syndrome?

25    A    Sure.  We have -- I have prescribed birth

Monica Mortensen, D.O
September 28, 2023

Page 23

1  control pills, metformin for PCOS.  For -- what was the

2  other question?  Oh, for adrenal disorders.  If they

3  have something like congenital adrenal hyperplasia they,

4  basically, have a lack of hormone, you give them

5  hydrocortisone, Solu-Cortef, or Florinef, depending on

6  the underlying disorder.

7      Q    Okay.  You state in that same paragraph 10:

8  For about two years I saw and treated adolescents

9  diagnosed with gender dysphoria.  What two years were

10  those?

11     A    I'd have to go back in my reports, but I would

12  say it was about 2017, because that's when the consensus

13  guidelines were released.

14     Q    What do you mean by consensus guidelines?

15     A    Or the policy statement, or statement from the

16  Endocrine Society in regards to gender dysphoria.

17     Q    So you provided -- that statement of:  For

18  about two years I saw and treated adolescents diagnosed

19  with gender dysphoria was, you believe, starting in 2017

20  after the release of --

21     A    Probably around that time, yes.

22     Q    So 2017 to 2019?

23     A    Most likely, yes.  I believe so.

24     Q    Okay.  How many adolescents did you see who

25  were diagnosed with gender dysphoria?

Monica Mortensen, D.O
September 28, 2023

Page 24

1    A    I couldn't say an exact number that I treated.

2 I would say it was probably less than 10.

3    **Q    How many did you diagnose with gender**

4 **dysphoria?**

5    A    They typically came in with the diagnosis, so

6 they were typically seen by a psychologist or therapist

7 and were diagnosed.  We would further discuss that

8 diagnosis to confirm whether or not it was a true

9 diagnosis.

10    **Q    So would it be fair to say you didn't diagnosis**

11 **any adolescents with gender dysphoria yourself?**

12    A    Correct.

13    **Q    And of the 10 that you mentioned, how many did**

14 **you determine their diagnosis was correct?**

15    A    Out of the 10 I suspected that maybe two or

16 three were correct.

17    **Q    What do you mean by correct?**

18    A    That they had a thorough, in-depth evaluation.

19 That it had started well in childhood, or later in

20 adolescence.  And that they truly were having a lot of

21 mental health issues related to the onset of puberty and

22 going through puberty.

23    **Q    So for those two or three who were correctly**

24 **diagnosed, did you prescribe them medication?**

25    A    They were already on medication, so I continued

Monica Mortensen, D.O
September 28, 2023

Page 25

1   their care.

2       Q    Okay.  And does that mean prescribing --

3       A    A puberty blocker.

4       Q    Okay.  So for those you thought two or three,

5   did you prescribe puberty blockers, did you prescribe

6   any hormones?

7       A    No.  At our center we didn't feel comfortable

8   with the cross-hormones, so they were transitioned over

9   to an another multidisciplinary center, because we were

10  not set-up as a multidisciplinary center.

11      Q    But you did feel comfortable prescribing the

12  puberty blockers?

13      A    At the time I did.

14      Q    And for the remaining seven or eight that you

15  suspected were not diagnosed correctly, what did you do

16  for them?

17      A    I told them that I didn't feel that they met

18  the criteria, but I also stated that we weren't a

19  multidisciplinary center and I referred them to other

20  centers that were either in Florida, or at that time

21  Duke and other centers were doing it as well, saying

22  that I wasn't 100 percent sure, so it was best they went

23  to a center that had more experience to determine if

24  this was the actual diagnosis and the proper course of

25  treatment.

Monica Mortensen, D.O
September 28, 2023

Page 26

1    Q    And when you say center, I presume you are

2    saying about multidisciplinary treatment centers that

3    provide treatment for gender dysphoria?

4    A    That is correct.

5    Q    And so when you say that you assessed them to

6    determine whether their gender dysphoria diagnosis was

7    correct or not, what training did you have in assessing

8    folks for gender dysphoria?

9    A    I didn't have any formal training.  I mean,

10   this -- at that time it was a very relative new

11   specialty, so anyone stating in 2015 and '17 that they

12   are leading experts is kind of loosely driven.  This is,

13   kind of, a new specialty area.  But I met with several

14   other endocrinologists, I spoke with other friends that

15   were working in transgender care for their opinions,

16   support, resources to read, et cetera.

17         So we wanted to be able to provide something,

18   because there was such a backlog of patients at these

19   centers, that we wanted to be able to try to provide

20   some type of support until they could get into a more

21   multidisciplinary center, but I had no formal training.

22   You can ask a lot of physicians about psychology, we are

23   trained in psychology, we do learn that in med school,

24   we learn that in residency, we learn that in life of

25   doing these kind of evaluations.

Monica Mortensen, D.O
September 28, 2023

Page 27

1    Q    But no training specific to the diagnosis of
2  gender dysphoria, correct?

3    A    Correct.

4    Q    When you say you met with several other
5  endocrinologists, who were those endocrinologists?

6    A    They've asked not to have their names released.

7    Q    What facility or what institutions did they
8  work at?

9    A    They've asked not to have their names released.

10    Q    What's the basis for them --

11    A    They are afraid of discrimination and
12  retaliation.

13    Q    When you say you spoke with friends who
14  provided treatment for gender dysphoria, who were those
15  friends?

16    A    They asked not to have their names released.

17    Q    Dr. Mortensen, I respect the concerns that your
18  colleagues have raised, but given that you have put this
19  at issue in your report and relied on the statements of
20  what these folks have shared with you, I would ask that
21  you answer the question as to who these folks are and
22  where they work?

23        THE WITNESS:  May I ask counsel a question?

24        MS. CHRISS:  (Shakes head.)

25        MR. PERKO:  You can answer the question.

Monica Mortensen, D.O
September 28, 2023

Page 28

1    A    Okay.  One of the people who had provided me
2 some information and where to go with the consent was
3 Sara DiVall, she's at Seattle Childrens.
4 BY MS. CHRISS:
5    Q    Okay.
6    A    Another one was Priti Patel.
7    Q    I'm sorry, can you say that again.
8    A    Priti, P-R-I-T-I, Patel.  And at the time she
9 was in San Antonio, Texas, I believe.  She's now in
10 Arizona.  And I briefly spoke with Jennifer Robbins, and
11 she is at Lurie Childrens in Chicago.
12    Q    Is that all?
13    A    Yes.
14    Q    So is it fair to say, if I got this correct,
15 these were all folks outside of the state of Florida?
16    A    Correct.
17    Q    Did any of these folks provide treatment for
18 gender dysphoria to adolescents at this time?
19    A    All of them did.
20    Q    So they were all providing treatment to
21 adolescents with gender dysphoria and were advising you
22 on you providing that care; is that correct?
23    A    Correct.
24    Q    Okay.  So you prescribed puberty blocking
25 medication for the two or three that you thought were

Monica Mortensen, D.O
September 28, 2023

Page 29

1    correctly diagnosed?

2        A    Correct.

3        Q    And did you do that in accordance with the

4    Endocrine Society Guidelines?

5        A    Correct.

6        Q    And you didn't prescribe hormones for any?

7        A    Correct.

8        Q    And in paragraph 13 of your expert report you

9    state:  We did not have a multidisciplinary youth gender

10   program.  What is your understanding of what a

11   multidisciplinary youth gender program is?

12       A    So I view it as, multidisciplinary, as people

13   from different areas of medicine, so you would expect a

14   physician, a psychologist, a social worker, possibly a

15   surgeon at the very least, and any other kind of support

16   staff that would be needed.  Then all of them would be

17   trained in that specific discipline.

18       Q    And so Nemours does not have a

19   multidisciplinary clinic, correct?

20       A    Correct.

21       Q    You say you sought to evaluate and assist these

22   adolescents as they tried to establish care at UF

23   Gainesville.  By UF Gainesville I presume you mean the

24   youth gender program?

25       A    Correct.

Monica Mortensen, D.O
September 28, 2023

1    Q    What did you do to assist the adolescents?

2    A    So some was to make sure they had appropriate

3    resources so they could speak with our social worker

4    about social transitioning.  We have a psychologist

5    there who started, and mostly saw our kids with DSD, so

6    that was a special interest for her.  She actually went

7    and got more specialized training in regards to

8    transgender care and transgender therapy.  So we would

9    try to get her in -- try to get the patients in to see

10   her because we could trust her judgement and know she

11   had the training.

12          Sometimes they would ask for, specifically, for

13   someone trained like her, so we could get her in.  And

14   then they were asking for more resources out in the area

15   or other specialty programs that they could go to.

16   Q    What's the name of the psychologist you

17   mentioned?

18   A    Lisa Buckloh.

19   Q    So you referred patients who needed medical

20   treatment to the UF multidisciplinary clinic?

21   A    That or there was one in Orlando, there was one

22   in Tampa as well.

23   Q    And there were folks at those centers that

24   were -- that had the expertise in treatment of gender

25   dysphoria?

Monica Mortensen, D.O
September 28, 2023

1    A    That they reported they had the expertise, yes.

2    **Q    And you have no reason to believe they didn't,**

3    **right?**

4    A    Sure.

5    **Q    Have you monitored care, other than the two to**

6    **three patients you mentioned, have you monitored care**

7    **for any patients undergoing gender-affirming medical**

8    **treatment?**

9    A    Could you explain more what you mean by monitor

10   for care.

11   **Q    Yeah.  Are there patients that you have**

12   **provided care to in any capacity who were receiving**

13   **puberty blocking medication or cross-sex hormones for**

14   **the treatment of their gender dysphoria?**

15   A    So you mean they're being treated by another

16   center, but I might be treating them for a different

17   endocrinology reason or providing support during that

18   care.

19   **Q    Yes.**

20   A    Just to clarify.

21   **Q    Yes.  Thank you.**

22   A    Yes, I have.

23   **Q    Okay.  How many adolescents would you say**

24   **you've monitored?**

25   A    I would say there was probably about three or

Monica Mortensen, D.O
September 28, 2023

1  four adolescents that were being seen at other centers

2  that needed -- because of their insurance, like, they

3  might have been going out of state for care and so they

4  needed lab work to be ordered in-state by a state

5  physician so their insurance would cover it, or they

6  needed blood pressure checks or height checks or puberty

7  checks so that we could, kind of, help assist with that,

8  we could send our note over.

9        The patient -- the parent could get their

10  record and share it with their endocrinologist that was

11  managing, so there was probably just a small handful of

12  those kids, but I would say that I see probably at least

13  100 kids who have stated that they are transgender that

14  I follow for either CAH or polycystic ovarian syndrome

15  or other disorders, thyroid disease, et cetera.  So they

16  are being treated elsewhere for their

17  transgender-affirming care, but they are being followed

18  from me for their other medical endocrine issues.

19      Q    Okay.  Sorry, tell me that number again?

20      A    Probably close to 100 over the years.  I

21  couldn't say what I'm actively, because many times they

22  age out.

23      Q    Okay.  All right.  Dr. Mortensen, does your

24  expert report contain all of the opinions that you

25  intend to provide at trial in this case?

Monica Mortensen, D.O
September 28, 2023

Page 33

 1    A    To my knowledge, yes.

 2    Q    Does paragraph 2 of your expert report, going

 3  back to page 1, does that summary -- is that an accurate

 4  summary of the opinions you are offering in this case?

 5    A    Yes.

 6    Q    When you say the bans on access to medications

 7  and surgeries for transgender youth that was set forth

 8  by the Florida Boards of Medicine and Osteopathic

 9  Medicine, are you referring there to the rules that were

10  implemented prior to SB 254?

11    A    Could you clarify what you mean?

12    Q    Yeah, so there were rules implemented by the

13  Board of Medicine and Board of Osteopathic Medicine that

14  went into effect in March of this year.  Then in May of

15  this year, SB 254 went into affect, then that led to the

16  Board adopting emergency rules and informed consent

17  rules.  But are you referring here to the rules that the

18  board you sit on promulgated predating SB 254?

19    A    I'm trying to think how to answer that.

20  Because I wasn't really -- I didn't join the board until

21  December, so some of the rules were already in place,

22  but my expert opinion is really more on the consents,

23  which was driven more by the law.  Because the board did

24  not say the consents needed to happen, the law did.

25    Q    Is it correct that you were appointed to the

Monica Mortensen, D.O
September 28, 2023

1  Board of Osteopathic Medicine in December of 2022?

2      A    That's correct.

3      Q    And the rules at issue that I mentioned weren't

4  voted on until February of 2023, so is it fair to say

5  you were on the board at that time?

6      A    That is fair to say, yes.

7      Q    They went into effect in March of 2023?

8      A    Correct.

9      Q    Okay.  Great.  Paragraph 16 of your expert

10  report, which is on page 5, you list the additional

11  sources documents that you reviewed in creating your

12  expert report.  This includes the two rules that I just

13  mentioned that went into effect in March, as well as SB

14  254 and it's implementing emergency rules.  Is that

15  accurate that those are what you relied upon writing

16  this report?

17      A    Yes.

18      Q    And are you -- you are opining on the treatment

19  for minors, correct?

20      A    Correct.

21      Q    You, as in your role, you treat minors, not

22  adult; is that correct?

23      A    Correct.

24      Q    And you've never provided treatment for adults?

25      A    Correct.

Monica Mortensen, D.O
September 28, 2023

Page 35

1    Q    Specifically, in paragraph 16, the rule
2 promulgated by the Board of Osteopathic Medicine, Rule
3 64B15-14.014, Standards of Practice For the Treatment of
4 Gender Dysphoria in Minors.  You voted in favor of that
5 rule; is that correct?
6    A    That is correct.
7    Q    And you were also part of the body that, Board
8 of Osteopathic Medicine, that created the emergency
9 rules and informed consent forms related to SB 254?
10   A    That is correct.
11   Q    In paragraph 17 you state:  I reviewed the
12 materials that were provided to the Rules and Regulation
13 Committee for the Florida Board of Medicine and the
14 Florida Board of Osteopathic Medicine.  What is the
15 Rules and Regulation Committee?
16   A    So there are different committees for the
17 boards, whether there be a disciplinary or physician
18 assistant or pharmacy.  And so their are different
19 committees that are set out for different roles.  So
20 they had a Rules and Regulations Committee set up for --
21 pertaining to the consents, is my understanding.
22   Q    And what materials were provided to that
23 committee?
24   A    So I don't have access to them in front of me,
25 but, typically, they will provide anything that has been

Monica Mortensen, D.O
September 28, 2023

1  submitted to the Board.  So the WPATH Guidelines were in

2  there.  The statement from the Endocrine Society.

3  Various publications from various -- whether it be

4  scientific journals or whether it be news reporting

5  articles.  Statements from the community as well,

6  whether people sent in e-mails of concerns or people

7  provided more information as well as to their opinion or

8  data to support their opinion.

9      Q    Are these what I think are referred to as

10  public books?

11     A    Uh-huh.

12     Q    And those were published online on the Florida

13  Board of Medicine and Osteopathic Medicine's web site

14  prior to the meetings?

15     A    I believe so.  I mean, we have an i-Viewer, so

16  I don't know the public has access to all of those?  I

17  would assume they do, but I'm not 100 percent sure, it's

18  just what was provided by the Board for review prior to

19  meeting.

20     Q    If there's anything that was provided to you

21  that wasn't a part of the public books that were

22  produced to us by defendants, could we got a copy of

23  those materials?

24     A    Such as?  I'm not quite sure what you are

25  asking.

Monica Mortensen, D.O
September 28, 2023

Page 37

1      Q    I believe you stated you weren't sure if the

2   public books available to public online are the full

3   extent that were provided to the Rules and Regulations

4   Committee.

5      A    Okay.

6      Q    To the extent there was anything that was

7   provided to you-all that you relied upon that's not in

8   the public books, could we have a copy of those?

9      A    I would assume so.

10         MS. CHRISS:  Mr. Perko, could we request to get

11     a copy of that?

12         MR. PERKO:  I have to confirm whether or not

13     there were.  My understanding is everything was

14     provided already.

15   BY MS. CHRISS:

16     Q    All right.  Dr. Mortensen, you stated that you

17   have not testified as an expert in the past four years;

18   is that correct?

19     A    Correct.

20     Q    Have you ever testified as an expert?

21     A    No, I have not.

22     Q    Have you ever testified in any capacity?

23     A    No, I have not.

24     Q    Okay.  All right.  Dr. Mortensen, what's gender

25   identity?

Monica Mortensen, D.O
September 28, 2023

Page 38

1    A    That's a very open question.

**2    Q    What's your understanding of gender identity?**

3    A    There's a lot of different phrases and words

4  that people have used, and a lot of the terminology has

5  changed a lot as well.  So I guess the most simplest

6  explanation is gender identity is the identity of which

7  as person has as to what they believe their gender is.

8  Whether it be the one they were born with or one that

9  they were assigned or the one that they affirm to be.

**10    Q    Do you believe a person's gender identity can**

**11  differ from their sex assigned at birth?**

12    A    I do.

**13    Q    Do you believe that gender identity can be**

**14  changed by external influences, such as social medial or**

**15  peer pressure?**

16    A    I believe there can be a temporary influence

17  over it.

**18    Q    Can you explain a little more about what you**

**19  mean?**

20    A    So in my experience, I've seen a lot of kids

21  who may be more neurodivergent who have a hard time

22  fitting in and that have gravitated towards that, that

23  they temporarily feel that maybe they would be better,

24  maybe they do identify, but over time they recognize

25  that that was just more of an influence and not what

Monica Mortensen, D.O
September 28, 2023

Page 39

1  their true gender identity is.

2     Q     Are you familiar with the WPATH Standards of

3  Care?

4     A     Yes.

5     Q     Do you agree that they should be used in

6  treating people with gender dysphoria?

7     A     I think if people actually follow them the way

8  that they were suggested and proposed that it would be

9  very reasonable.

10    Q     Do you have any basis for believing people

11  aren't following them the way they were suggested?

12    A     I do.  I feel that from my experience in seeing

13  some of the patients in my clinic for other disorders

14  that I -- I've had kids who have been victims of abuse

15  and haven't really explored that, that's why they don't

16  feel comfortable in their gender, because they were

17  sexually assaulted or abused and so it would be better

18  for them, in their mind, to protect themselves and their

19  body and psyche to be a male instead of a female.  And I

20  have seen some of these patients be affirmed and

21  transitioned.  And I've also seen they are starting to

22  do things much, much younger than what was ever proposed

23  or what was ever previously studied.

24    Q     How many adolescents would you say you've

25  treated who you believe that entered the category of

Monica Mortensen, D.O
September 28, 2023

Page 40

1    experiencing sexual abuse and that being the basis for

2    their transgender identity?

3        A    I wouldn't say that's a majority of them, I

4    would say it's a smaller subset.  I think there's a

5    multitude of different reasons, but I think that's the

6    importance of really having a good psychologist do the

7    evaluation to see where is this really coming from.  But

8    there's, you know, been, you know, about a handful of

9    kids that had some kind of assault.

10           There's been a good number that they just feel

11   uncomfortable with the transition of going from being a

12   child to an adult, especially for young girls becoming

13   woman.  The idea of menstrual cycles and their body

14   changing and their breast developing and all the horrors

15   that they hear about it, so there's all the fear and

16   concern and hormones really can change your opinion and

17   your views.  So I've seen a lot more confused about

18   their sexuality than their actual gender.

19           So I've had young adults tell me that they are

20   transitioning because their parent won't accept them as

21   being gay and would rather accept them as a different

22   gender instead of being gay.  I've had them say they

23   want to be accepted by their partner's parents and that

24   they don't accept them being gay, so they are

25   transitioning to get the approval of somebody else.

1          It's just, kind of, surprising that they were

2    able to go through programs and not have that picked up

3    and recognized, that there's nothing wrong with being

4    gay, and you shouldn't have to transition because you

5    are gay.  So that's why there's been, kind of, a lot of

6    question and concern on my half of what's really

7    happening with these kids?  Is there really an in-depth

8    thorough evaluation?

9      Q     Dr. Mortensen, when you say you've seen people

10   fall into these various categories you just mentioned.

11   In what capacity have you seen them?  Are you treating

12   them for other conditions?

13     A     Correct, for other conditions.

14     Q     Are you interacting with these folks or

15   learning about them in any other capacity?

16     A     Could you clarify what you mean by that?

17     Q     Yeah.  Are you anecdotally hearing these

18   stories from others or are these all patients that you

19   directly are treating?

20     A     I'm only going to refer to the ones that I

21   directly treat.  I have heard stories from other

22   colleagues of mine, but that's hearsay, so I'm just

23   going to go based on my personal experience with my

24   patients.

25     Q     And where are these patients receiving their

Monica Mortensen, D.O
September 28, 2023

Page 42

1   treatment for gender dysphoria?

2       A    At various centers, either in Florida or out of

3   the state.

4       Q    Which centers?

5       A    So I've heard one of them was going to Tampa, I

6   heard another was going to UF, and I know that one, I

7   think, went to Duke.  And one said she went out of state

8   but she didn't clarify.  And I try not to dive too deep

9   into it, I mean, I'm thrilled they are sharing their

10  experience with me, telling me things, I certainly don't

11  want to overstep my bounds, I want it to be a safe

12  space, so I'll often say I'm sorry they are experiencing

13  this, maybe this is something they should address with

14  their team to discuss.  So I don't encourage or

15  discourage it.  I encourage that they have -- continue

16  to have those courageous conversations with the people

17  that are treating their gender dysphoria.  For all I

18  know, maybe they weren't as up front and honest with the

19  treating team as well.

20      Q    So you have no basis for believing they aren't

21  having these discussions with their mental health

22  providers and treatment teams?

23          MR. PERKO:  Object to form.  You can answer.

24      A    Oh.  I can say that some of them haven't had

25  those courageous conversations, and that's the concern

Monica Mortensen, D.O
September 28, 2023

Page 43

1  is when I did -- I don't dig deeper, but I ask, Oh, have

2  you talked about this with your therapist or with the

3  team?  And they are like, No, not really.  I say, Well,

4  why?  I think that's important to address.  I mean, they

5  might want to benefit from knowing all of this.  So

6  maybe at your next visit you should bring this up and

7  talk with them about it.

8          Sometimes it's a shame they feel about being

9  gay or their relationship with their family, so they

10  don't want to bring it up, because their family is happy

11  that they are transitioning and that they are not gay.

**12    Q    How many youth have directly told you or shared**

**13  with you that they are transitioning because they are**

**14  not accepted as gay?**

15    A    At least four that I can come to, that I can

16  see their faces.

**17    Q    Where were those four receiving treatment?**

18    A    I didn't ask.

**19    Q    Did you take any action to, you know, maybe**

**20  reach out to their treating provider or seek for them to**

**21  meet with your psychologist?**

22    A    I always offer our psychologist, so, you know,

23  seeing that some of them have to travel, I say if you

24  are not comfortable, or you are not happy with the

25  therapist that you are currently using, we have a

Monica Mortensen, D.O
September 28, 2023

Page 44

1  wonderful person that works in this area and I could do

2  a referral to them.  Or, if you want, I can have a

3  conversation.  So I really leave it up to the patient

4  and/or the parent, because sometimes these conversations

5  are without the parent as well, that they don't feel

6  comfortable in front of their parent.

7      **Q     Have you ever reached out to the treating**

8  **provider if you felt like the treatment being provided**

9  **to this individual was inappropriate?**

10     A    I haven't.

11     **Q     Do you agree that puberty blockers can be an**

12  **effective treatment for gender dysphoria in adolescents?**

13     A    I think that's very unclear.

14     **Q     So are there any instances in which you believe**

15  **puberty blockers can be an effective treatment for**

16  **gender dysphoria in adolescents?**

17     A    I believe yes, there probably is a percentage

18  that would benefit from it.

19     **Q     Is it safe to say it should be assessed on a**

20  **case-by-case basis?**

21     A    Yes.

22     **Q     What about hormones, do you agree that**

23  **cross-sex hormones can be effective treatment for gender**

24  **dysphoria?**

25     A    I think the jury is still out on that as well,

Monica Mortensen, D.O
September 28, 2023

Page 45

1   but I do think there's part of the population that, yes,

2   they would benefit from it.

3        Q    Do you think surgery can ever be an effective

4   treatment for gender dysphoria in adults?

5        A    I think that the technologies are certainly

6   advancing, so there certainly have had some successful

7   outcomes, especially with, like, feminizing surgery for

8   the face and breast implants.  I think that genital

9   surgeries there's still a lot work to be done, but, yes,

10  there's some role in that.

11       Q    So you think it can be effective to alleviate

12  gender dysphoria in some instances?

13       A    Some instances yes.

14       Q    Do you think hormones can be an effective

15  treatment for gender dysphoria in adults?

16       A    In some, yes.

17       Q    Do you believe that medications can ever

18  appropriately be prescribed for off-label use?

19       A    Yes.

20       Q    Do you think there are circumstances where it's

21  appropriate to dissuade a transgender person from

22  conforming to their identity?

23       A    What do you mean by dissuade?

24       Q    Do you think there's instances where it would

25  be appropriate to dissuade, deter, encourage a person to

Monica Mortensen, D.O
September 28, 2023

Page 46

1    identify in accordance with their sex assigned at birth,

2    as opposed to their gender identity?

3        A    I don't think it's a role for someone to tell

4    someone what opinion they should have.  I think that if

5    that person is experiencing those feelings and thoughts

6    that they should be explored as to why they are having

7    those feelings and thoughts and how to best manage those

8    feelings and thoughts.

9        Q    Do you think that the state of Florida should

10   bar gender transition treatment for adolescents because

11   the WPATH and Endocrine Society Guidelines are supported

12   by low quality or poor quality evidence?

13       A    I do.

14       Q    So not on a case-by-case basis?

15       A    I lean more towards, because we couldn't -- we

16   have no role in research, so initially there was talk of

17   research, but I believe that the people in Europe who

18   have for more expertise and experience in this field

19   that have been the pioneers of this field, they have

20   really restricted and doing it more by a case-by-case,

21   but it's really limited to a research setting in some of

22   the countries.

23            So I feel if the person who's the expert and

24   has been the one proposing all of these guidelines and

25   spreading the guidelines has put a pause or a stop on

Monica Mortensen, D.O
September 28, 2023

1  it, it makes me put a pause and a stop on it.

2      Q    Isn't it true, though, that in these other

3  countries they have restricted, as you mention,

4  providing this care in the context of clinical trials,

5  but they have not categorically banned the treatment?

6      A    I think some have banned and some have

7  restricted, I can't speak to which ones.

8      Q    When you say we have no role in research, who's

9  the we you are referring to?

10     A    The Board.  So at one point it was proposed

11 that it could be still used for research, like in

12 research projects that, you know, have regulation, but

13 we were informed that the Board does not hold any

14 authority over -- over research, and that's more of a

15 national role and not a state role or a Board role.

16     Q    Is it true that in February, on February 10th

17 of 2023, yourself and the other members of the Joint

18 Boards voted to -- or the Board of Osteopathic Medicine,

19 voted to remove the Section 2 of the rule that would

20 have allowed for the IRB approved clinical trials to --

21 for the initiation of care?

22     A    That is true, because if it wanted to be

23 through research it's federal regulation, not state

24 regulation.  So that research could still happen.

25     Q    But you have banned the treatment for minors

Monica Mortensen, D.O
September 28, 2023

Page 48

1  that have not yet initiated care, so how could that

2  research happen?

3      A    Because it's more on a national level, it's

4  through, like, the National Institute of Health and

5  those, just like you can do other medications and

6  studies as well.

7      Q    But the providers in the state of Florida are

8  banned under penalty of criminalization from providing

9  this care to minors so they cannot participate in

10 research, clinical research trials, correct?

11     A    That's not my understanding.  That if they had

12 proposed research and it was approved from a federal

13 standing that they could still do research.

14     Q    And what is the basis for that understanding?

15     A    I believe one of the -- one of the people at

16 one of the meetings who was for -- represented the state

17 had made comments about that, that we had no regulation,

18 if people wanted to do it, that doesn't block them from

19 doing it, provided it goes through an IRB, because it's

20 more of a national regulation, not a state regulation,

21 was my understanding.

22     Q    Okay.  We'll come back to that.  Returning just

23 for a moment to your discussion about other countries.

24 What's the basis for your knowledge of what's happening

25 in Europe?

Monica Mortensen, D.O
September 28, 2023

Page 49

1      A    So there's been a lot of press and media

2  released about that.  So some of it is just, you know,

3  things that I picked up from newspaper articles.  I

4  think I provided one in the bibliography as well.  Then

5  just, kind of, discussion amongst my peers about what's

6  been going on.

7      **Q    So you think that some countries have banned,**

8  **not just restricted, but banned this treatment for**

9  **minors?**

10     A    I believe so.

11     **Q    But you can't name which countries?**

12     A    I'm not 100 percent certain which ones have

13  completely banned, and I know that some have restricted

14  and some have said under case-by-case, and I know some

15  have said only under research purposes.  I couldn't

16  speak to which ones.

17     **Q    How important was your understanding of what**

18  **was happening internationally in your decision to vote**

19  **in support of Florida's ban?**

20          MR. PERKO:  Object to form.  You can answer.

21     A    Okay.  I think when we are taking a look at the

22  WPATH and we are taking a look at the Endocrine

23  Society's statements, a lot of it is based on expert

24  opinion.  And many of those experts come from Europe,

25  because this is a relatively new field in the United

Monica Mortensen, D.O
September 28, 2023

Page 50

1  States, but something that's been going on for quite

2  some time over in Europe.  So the fact that it's been

3  publicized that they are slowing down on things, I

4  haven't seen these countries come out and say, No, No,

5  No, that's not true.  We are not restricting.  We are

6  not reducing.  We are open, free, still doing business

7  as usual, makes me pause, because they have a lot more

8  expertise in it than we do and they are not really

9  forthcoming as to why they've slowed down.

10        So it makes me wonder what's really happening

11  as to what outcomes are occurring.  So it does make

12  me -- when somebody developed a surgical procedure that

13  was supposed to help with heart disease and all of a

14  sudden they say, you know, I'm not really going to do

15  this surgical procedure, I'm going to put a pause on it,

16  it would make anybody else doing that procedure put a

17  pause on it as well.

18     **Q     Have you spoken to anyone who developed a**

19  **particular procedure that has said I am not going to do**

20  **this anymore?**

21     A     Directly, no.

22     **Q     Okay.  Do you think the medical risks**

23  **associated with the use of puberty blockers and hormones**

24  **justify banning their use as treatment for gender**

25  **dysphoria?**

Monica Mortensen, D.O
September 28, 2023

Page 51

1     A     Sorry, could you repeat that?

**2     Q     Do you think that the medical risks associated**

**3     with the use of puberty blockers and hormones justify**

**4     banning their use as a treatment for gender dysphoria in**

**5     adolescents?**

6     A     I'm just trying to -- so when we are looking at

7     risk versus benefit, the benefit they are saying is the

8     improved psychological outcome would outweigh the risk

9     of any of the side effects you would have from the

10    medication.  That's the idea behind the informed

11    consents, for the patient to determine whether they feel

12    the risk or the benefit, you know, the risk outweighs --

13    they benefit outweighs the risk.

14          So looking at the risk, I think it's really up

15    to the patient, and the parents in a child's case, to

16    determine whether they feel it does.  The problem is is

17    the data that supports all of the benefit is very

18    loosely based and a lot of opinion based and very low

19    grade.  So what I have issue with is telling somebody

20    that their life is going to be 100 percent better and

21    they are not going to have any problems and all their

22    psychiatric issues are going to go away, when that's not

23    100 percent the case.  So I feel it's fraudulent to try

24    to sell it as it's 100 percent lifesaving when it's not.

25    It works for some, but it doesn't work for others.

Monica Mortensen, D.O
September 28, 2023

Page 52

1    Q    Are you aware of any particular providers that

2    has said to any patient I'm -- it's 100 percent sure

3    that it will solve all your problems?

4    A    I haven't spoken to any providers that say

5    that, but the public is often saying this is lifesaving,

6    this is lifesaving.

7    Q    But you are not aware of providers that are

8    using that language?

9    A    No.

10   Q    Dot medical risks of hormones justify

11   restricting or limiting their use of gender dysphoria in

12   adults?

13   A    Sorry, can you repeat?

14   Q    Yes.  Do medical risks of hormones, associated

15   with hormones, justify restricting or limiting their use

16   for treatment of gender dysphoria in adults?

17   A    I didn't think there was any restrictions for

18   the adults.

19   Q    So would that be a no?

20   A    No.  Again, it goes back to the informed

21   consent.  I think the other point of the informed

22   consent of what you were saying with are you aware of

23   any providers who are doing this?  The consent helps

24   protect the patient, but it helps protect the provider

25   as well, that they documented the conversation that they

Monica Mortensen, D.O
September 28, 2023

Page 53

1  had.  So there have been many times when a patient might

2  come and their perception wasn't exactly reality of the

3  visit, so the consents are to help the patient go

4  through that and help the provider document that as well

5  so everybody is on the same page of risk versus benefit,

6  your decision if you want to move forward with it,

7  making an informed decision.

8      **Q     Are you aware of any other countries that have**

9  **tried to limit gender transition medications for adults?**

10     A    No, I am not aware.

11          MS. CHRISS:  It has been about an hour, maybe

12     take a five-minute break.  Does that work for

13     everyone?

14          THE WITNESS:  Sure.

15          (Break taken at 11:15 until 11:22 p.m.)

16  BY MS. CHRISS:

17     **Q     Dr. Mortensen, all right.  Returning to the**

18  **substantive opinions provided in your expert report.  If**

19  **we could turn to paragraph number 22 of the Exhibit 1,**

20  **which is on page 22.**

21     A    Page 7.

22     **Q     Yep.  I went to page 22.**

23     A    You said item 22.  I was hearing you.

24     **Q     Do you want to switch seats?**

25     A    Sometimes, yes.

Monica Mortensen, D.O
September 28, 2023

Page 54

1    Q    I don't know about that.  Okay.  So paragraph

2  22 on page 7 you mentioned at one of Nemours Childrens

3  Clinics, Division of Pediatric Endocrinology and

4  Metabolism weekly educational conferences we reviewed

5  the guidelines.  What are these weekly educational

6  conferences?

7    A    So every Tuesday we have case conference, which

8  is an educational forum for our pediatric endocrinology

9  group, which would consist of the physicians, nurse

10  practitioners, fellows, medical students, residents,

11  sometimes members of our diabetes team, or our social

12  worker, or a psychologist will attend.  Sometimes it's

13  multidisciplinary as well, genetics, neurosurg,

14  neurology, any of the -ologies would attend.  So we do

15  journal reviews, like, published journals.  Journal Club

16  is what we call it.  We will present interesting and

17  challenging cases.  Sometimes if we want to get the

18  opinions of others based on their experience, and we'll

19  review any time consensus guidelines -- not all of them,

20  but when they come out we'll review them as well.

21    Q    Can you just tell me what you mean by consensus

22  guidelines?

23    A    Well, like, for the American Diabetes

24  Association they have consensus guidelines for the

25  management of Type 1 diabetes, Type 2 diabetes in

Monica Mortensen, D.O
September 28, 2023

Page 55

1  adolescents.  So they'll often publish those consensus

2  guidelines as to the standard of care they are

3  recommending based on their care and their research.

4      Q    **Are there other consensus guidelines that you**

5  **are aware of?**

6      A    Oh, there's a lot of consensus guidelines.  You

7  go to Endocrine Society, you can click consensus

8  guidelines and it will often have it.  I believe the

9  transgender one is under there, but pretty much every

10  society their consensus guidelines, or their statements.

11  Sometimes they are referred to as practice statements.

12      Q    **So the purpose of these weekly conferences is**

13  **to go over --**

14      A    To review and discuss and see the validity of

15  them, to see if it would change our practice, to educate

16  ourselves, elevate ourselves.

17      Q    **Okay.  When did these weekly conferences begin?**

18      A    It was happening long before I started at

19  Nemours.

20      Q    **Okay.  And when you say you reviewed the**

21  **guidelines, are you referring to the Endocrine Society**

22  **Guidelines for the treatment of gender dysphoria?**

23      A    That is correct, yes.

24      Q    **Who decided to review those guidelines?**

25      A    I'm not 100 percent sure who decided to do it.

Monica Mortensen, D.O
September 28, 2023

Page 56

1  I know it wasn't me, that I can say for sure, it wasn't

2  me, but I don't recall who brought it up.

3      Q    Okay.  And when was this?

4      A    That was around the time they were released.

5      Q    So around 2017?

6      A    Around that time, yes.

7      Q    Okay.  And so I asked who, but just generally,

8  what prompted the review of the endocrine study

9  guidelines?

10     A    I feel like there was a big -- I guess I

11 shouldn't use the word transition, but it seemed like

12 there was a much bigger need and influx of referrals.

13 So we would randomly get a patient here or there, but it

14 seemed like the number of referrals or the reasons

15 coming in was for gender dysphoria, and since, again,

16 this seems like a relatively new field, and that

17 information was released, it seemed like a good idea

18 that we all review and make ourselves aware of what's

19 going on and try to determine what we would feel the

20 best route would be for our patients.

21     Q    Was Dr. Benson involved in that meeting?

22     A    I don't believe he was at Nemours at that time

23 in Jacksonville.  He worked at Nemours Orlando prior to

24 that, but I don't believe he was there at the time.

25     Q    Okay.  Was Dr. -- I believe you mentioned the

Monica Mortensen, D.O
September 28, 2023

Page 57

1  psychologist, Dr. Buckloh was she involved?

2      A    No.  We later had a discussion with her as a

3  separate meeting.

4      Q    I'll come back to that.  When you say we-all

5  agreed that these guidelines came from low quality

6  studies.  Who was the we you are referring to?

7      A    So it would be the physicians who attended the

8  meeting, so it would be whoever was there at the time, I

9  guess we'd have to go back in the records and see which

10 one of us were actually in attendance.  As much as we

11 all try to attend, we don't attend every meeting.

12     Q    So did you-all review the studies and evidence

13 upon which the guidelines were based?

14     A    Yes.

15     Q    And did you review all of those during that

16 meeting?

17     A    I want to say we reviewed some of the them, so

18 as we were looking through them we pulled up PubMed,

19 started to pull up some of the articles it was referring

20 or referencing to where they came up with things.  I

21 don't believe that we looked at every single item in the

22 bibliography, but ones we thought maybe were more

23 relevant or we thought might be interesting.

24     Q    And how did you decide that the guidelines came

25 from low quality studies?

Monica Mortensen, D.O
September 28, 2023

Page 58

1    A    Pretty much the guidelines they you that

2    themselves by using the grade system.

3    **Q    So you didn't do a separate, independent**

4    **analysis?**

5    A    No, we did not.

6    **Q    And you reviewed the WPATH Guidelines as well?**

7    A    We did not at that meeting.  That was something

8    I did separately.  We had two physicians who wanted

9    to -- I don't want to say pursue this area, but thought

10   that it was reasonable we could provide some sort of

11   coverage to the population.  So there were two that were

12   more driven, and so they were, you know, doing more of

13   the literature at that time.  I was going to work with

14   some of the ones that I had already inherited, so I know

15   I reviewed them independently, but I don't think we sat

16   down as a group to discuss the WPATH Guidelines.

17   **Q    You just mentioned two that were more driven,**

18   **you mean two --**

19   A    Two pediatric endocrinologists.

20   **Q    And who were those?**

21   A    Dr. Reham Hasan and Dr. Lournaris

22   Torres-Santiago.  Sorry.

23   **Q    One more time.**

24   A    Exactly.  I have to say it how she says it,

25   it's L-O-U-R-N-I-S, I think, Torres, T-O-R-R-E-S hyphen

Monica Mortensen, D.O
September 28, 2023

Page 59

1  Santiago.  We call her Lou.

**2      Q    I am going to.  Thank you.**

3      A    She won't mind.

**4      Q    Are Dr. Lou and Dr. Hasan pediatric**

**5  endocrinologists?**

6      A    That is correct.

**7      Q    And what did you mean when you say they were**

**8  more driven?**

9      A    They were more excited by the idea of going

10  down this path, so they, you know, everybody has their

11  own niche, so as much as we all do general

12  endocrinology, there are some of us that focus more in

13  DSD or Turner Syndrome, that happens to be the venue

14  that Dr. Torres works, so she felt more comfortable

15  because she works with DSD and Turner Syndrome.  Her

16  research was in Turner Syndrome.

17          So, you know, it was -- we didn't think all of

18  us would be able to be on top of all of the information

19  and all well-trained on it, so we said who would like to

20  specialize in this and focus their energies into

21  learning more and doing more?  And those were the two

22  that had elected to pursue that route.

**23      Q    Great.  Are they providing treatment for gender**

**24  dysphoria currently?**

25      A    One.  Dr. Hasan no longer is.  And Dr. Torres

Monica Mortensen, D.O
September 28, 2023

Page 60

1  currently doesn't have any patients on medications

2  anymore, so she currently does not have any patients

3  she's treating.

4      Q    You say on medications anymore.  You mean

5  treatments for gender dysphoria?

6      A    Correct.

7      Q    Does that mean she doesn't have any patients

8  that have gender dysphoria or her patients have stopped

9  taking medications?

10     A    So at our center, because we don't do the

11  cross, usually once they are at that age that they've

12  been on a puberty blocker or they were on the waitlist

13  and they got into another center, they would take over

14  the care.

15     Q    Okay.  So when you reviewed the WPATH

16  Guidelines, same questions as with the endocrine study

17  guidelines, how did you, sort of, review the strength of

18  the evidence and the recommendations?

19     A    So I felt like a lot of what the Endocrine

20  Society did was based on what came out of WPATH, so many

21  of the references were the same.  They were a little bit

22  more vague on WPATH of, like, not really advising

23  different doses and everything.  I think that's also,

24  kind of, the problem with the research, is each person

25  or each group might have had a different pathway that

Monica Mortensen, D.O
September 28, 2023

Page 61

1  they felt more comfortable with pubertal induction or

2  with giving hormones.  And there's different hormones

3  that are available in Europe than in the United States,

4  so some of the studies are on drugs that we don't have

5  access to over here.  So it's really, kind of, hard.

6  It's like apples and oranges on some level to compare

7  and contrast.

8       Q    Did you include anyone who had expertise in the

9  treatment of gender dysphoria?

10      A    In the meeting?

11      Q    In your meetings, in your evaluations of these

12  guidelines?

13      A    No.

14      Q    Why not?

15      A    Well, at the time when it came out we just

16  started looking at it to see what it was, and then I

17  don't know if Dr. Hasan and Dr. Torres had reached out,

18  because that was really more the area they were going to

19  go into.

20      Q    When you state also in paragraph 22:  We

21  invited one of the psychologists who specializes with

22  our patients who have disorders of sexual development

23  who also had an interest in this new area, who is that?

24      A    That's Dr. Buckloh.

25      Q    Dr. Buckloh, okay.  And what was their -- her?

Monica Mortensen, D.O
September 28, 2023

Page 62

1    A    Her.

**2        Q    Her interest in this area?**

3    A    As I previously stated that she's always had an

4    interest in our DSD population, everyone just kind of

5    has whatever their own special niche is.  We have some

6    of our psychologists who work more with our cancer kids,

7    we have some of our psychologists who work more with our

8    diabetes population.  That was the area that interested

9    her the most.  I don't know if it was because they are

10   related to hormonal issues, I never really asked her

11   what was her drive, but she seemed very interested and

12   did her research and, you know, went to forums and, you

13   know, we relied heavily on her on some of the

14   information that she would bring back from some of the

15   meetings.

**16       Q    Are aware of her publication titled Best**

**17   Practices in Working With Parents and Caregivers of**

**18   Transgender and Gender Diverse Youth?**

19   A    I might have skimmed it back in the day, but I

20   couldn't really quote from it.

**21       Q    But you are aware that she published literature**

**22   on this topic?**

23   A    Yes.

**24       Q    And that she lists gender dysphoria among her**

**25   areas of expertise?**

Monica Mortensen, D.O
September 28, 2023

Page 63

1    A    Yes.

2    Q    This was published in a journal called Clinical

3    Practice, and Pediatric Psychology, were you aware of

4    that?

5    A    Uh-huh.

6    Q    And in addition to Dr. Buckloh, the article was

7    authored by a Dr. Anthony Alioto of Nemours Clinic in

8    Delaware.  Are you familiar with that doctor?

9    A    I know of him, but I don't -- I never met with

10   him or spoke with him.

11   Q    He is the Clinical Director of Pediatric

12   Psychologist Specialty Care in the Wilmington, Delaware

13   office?

14   A    Sure.

15   Q    And in addition to your colleagues at Nemours,

16   the article is published by a Dr. Jonathan Poquiz, are

17   you familiar with him?

18   A    No, I am not.

19   Q    So -- okay.  You go on to state: We had several

20   meetings about what we could do as a group, although we

21   had concerns of no long-term data, the guidelines and

22   statement, and promise of these guidelines that patients

23   could be helped seemed reasonable.  What do you mean by

24   what we could do as a group?

25   A    So we knew that we didn't have all of the

Monica Mortensen, D.O
September 28, 2023

Page 64

1  resources to establish a true multidisciplinary center,

2  but we knew that there was a need, we've had, you know,

3  several patients ask, like, can we just start?  Can we

4  be evaluated?  Can we see -- is this what we have?  We

5  don't know, can we get some help?  So we thought at

6  least if we could get the ball rolling and assist them

7  in getting into a center or starting off with a puberty

8  blocker or, you know, make sure that they had the

9  appropriate diagnosis and psychologists or therapists to

10 work with in the interim.

11     **Q     And when were these meetings?**

12     A     They were back in 2017.

13     **Q     And for these meetings specifically, when you**

14 **discussed what you could do as a group, is that the same**

15 **people in attendance as the weekly education meetings**

16 **you mentioned?**

17     A     We started there and then we became our own

18 little subgroup.

19     **Q     Was Dr. Buckloh involved in that subgroup?**

20     A     Uh-huh.

21     **Q     What resolution did you reach in terms of**

22 **whether to create a multidisciplinary clinic?**

23     A     We felt that we didn't have enough resources.

24 I mean, Lisa was our only person who was really

25 specialized in that.  We had limited resources in

Monica Mortensen, D.O
September 28, 2023

Page 65

```
 1  regards to social work as well, so we felt like we
 2  really couldn't provide the best care.  So that was a
 3  concern for us.  Was felt that this was a new area so
 4  there were a lot of unknowns and a lot of questions that
 5  could happen, but we also didn't want to feel people --
 6  feel people would be left out with nothing, so we felt
 7  we could at least start with something of an
 8  introduction.
 9       Q    Okay.  Continuing in that paragraph, I
10  apologize, it's a long paragraph.
11       A    Sorry I wrote a long paragraph.
12       Q    It's okay.  Although we have vast experience in
13  prescribing GnRH analogue, commonly referred to now as
14  puberty blockers, we had never used them for this
15  indication but felt if we explained the risks and
16  uncertainty it would be up to the patients and the
17  families to determine if they felt the benefit
18  outweighed the risk.  Do you see that statement?
19       A    Yes.
20       Q    When you say we had vast experience in
21  prescribing GnRH analogues, who is the we?
22       A    That would be Dr. Torres and Dr. Hasan, then at
23  the time I didn't feel like that was the career path I
24  was going to go down to but I just wanted to help until
25  they could get transitioned into Dr. Torres and Dr.
```

Monica Mortensen, D.O
September 28, 2023

Page 66

1  Hasan.

2      Q     But you prescribed GhRH analogues for other

3  conditions?

4      A     Correct.

5      Q     Okay.  And you are among the folks, you

6  mentioned, that have vast experience in prescribing of

7  GnRH analogues?

8      A     Correct.

9      Q     But none of you had ever prescribed them for

10  the treatment of gender dysphoria?

11      A     At the time when we were forming some pathway,

12  that is correct, we did not have any experience at that

13  time.

14      Q     Okay.  And you believed that if you explained

15  the risks and uncertainty that it would be up to the

16  patients and families; is that your position on, sort

17  of, how that process should go?

18      A     That was our position, yes.

19      Q     Okay.  And what conditions were you-all

20  prescribing GnRH analogues for at that time?

21      A     The most common would be central precocious

22  puberty.

23      Q     And how many patients would you say you

24  prescribed GnRH analogues to for central precocious

25  puberty?

Monica Mortensen, D.O
September 28, 2023

Page 67

1    A    I honestly couldn't calculate a number, I'd
2  have to go back and run a report.

3    **Q    Any other prescriptions you prescribed the**
4  **blockers for?**

5    A    I think even one of your expert witnesses had
6  said sometimes if we have an issue with rapid onset of
7  puberty at a normal age with compromise in growth that
8  we've used puberty blocker with growth hormone in an
9  effort to improve their adult height outcome.

10    **Q    Is it the case for generally medical care**
11  **prescribed generally that you explain the risks and**
12  **benefits to the patient, and patient to parent when they**
13  **are a minor, and they assess the risks and benefits and**
14  **make the decision?**

15    A    That is correct.

16    **Q    Is there any treatment that you can think of**
17  **that has no risks associated?**

18    A    No, there is no treatment that I can think of
19  that has no risk.

20    **Q    And in your practice do you provide the**
21  **information about risks and benefits and allow the**
22  **patient and family to make the decision for all types of**
23  **treatment?**

24    A    Yes.

25    **Q    You state, continuing in that same paragraph,**

Monica Mortensen, D.O
September 28, 2023

Page 68

1  but on the next page, page 8:  We agreed that the

2  patient would start with an evaluation with our

3  psychologist first, and if she felt they met criteria

4  they would meet with the endocrinologist.  Is the she

5  Dr. Buckloh?

6      A    Correct.

7      Q    Just confirming.  Okay.  And what were the

8  criteria?

9      A    So if we go back to the Endocrine Society, they

10  had criteria for treatment.

11      Q    Okay.  And that was what was --

12      A    That was the basis of what we were doing.

13      Q    And how many children did she assess for

14  whether they met the criteria?

15      A    I don't know, but she did tell me that the

16  amount that actually sees us is really, really small

17  compared to what she was actually seeing in the clinic.

18  That although she had a lot of kids with gender

19  dysphoria, there weren't many that she actually referred

20  to us.

21      Q    And do you know why that is?

22      A    I believe she said was that it was more of

23  the -- you know, many of the kids -- I don't know what

24  the statistics is off the top of my head, I know I wrote

25  it in here, something like 70 to 90 percent will -- they

Monica Mortensen, D.O
September 28, 2023

1  feel that way, but they desist, they no longer feel

2  that, and so they usually don't get treatment.

3      Q    So these are prepubertal minors?

4      A    She she's prepubertal as well.

5      Q    Did she state to you how many children had a

6  diagnosis of gender dysphoria who then desisted and

7  ceased in identifying?

8      A    No, she did not.

9      Q    How many did meet the criteria?

10     A    I don't know the number off the top of my head,

11  but I know it was a very small number.

12     Q    And those folks were referred to you?

13     A    To Dr. Hasan and Dr. Torres.

14     Q    And for those that didn't meet the criteria,

15  what was their pathway?  What happened?

16     A    She usually worked with them.  So there was a

17  good chunk that we never even saw.  For sometimes we

18  would get an evaluation come in and they didn't see her

19  first, they saw us first, so they might have come in

20  with a different diagnosis or a different, you know,

21  indication, or whatever, and then when we would have the

22  discussion that's what they were there for.  So at that

23  time they would evaluate and assess, then they would

24  either see if they were already seen by somebody or if

25  they weren't, we would get them in with Dr. Buckloh.  Or

Monica Mortensen, D.O
September 28, 2023

Page 70

1  if they were seen by somebody, they asked for a letter

2  or supportive statement for the diagnosis or, you know,

3  could we have the ability to talk to these people.

4      Q    So for those who were assessed and deemed to

5  meet the criteria under the Endocrine Society

6  Guidelines, you stated the options were discussed.  What

7  were the options for those patients?

8      A    So the options would be do you want to continue

9  with psychotherapy or do you want to pursue a puberty

10 blocker.

11     Q    And how many pursued puberty blockers?

12     A    I would have to ask Dr. Torres and Dr. Hasan,

13 but they said that not a vast majority of them pursued

14 it.

15     Q    And do you have any understanding of how many

16 of those were prepubescent and, therefore, it was not

17 medically indicated for them?

18     A    No, I don't.

19     Q    Okay.  You stated then if the endocrinologist

20 felt they met the criteria.  What were the criteria that

21 the endocrinologists were applying?

22     A    From the Endocrine Society.

23     Q    So the same as Dr. Buckloh?

24     A    Uh-huh.

25     Q    You then said that the risks and benefits were

Monica Mortensen, D.O
September 28, 2023

1  discussed.  What are the benefits associated with

2  puberty blocking medication for the treatment of gender

3  dysphoria?

4      A    Well, according to the guidelines there can be

5  some psychological improvement.

6      Q    Anything else?

7      A    That's all I think they said.  I think some of

8  them are saying since they are doing to puberty blockers

9  younger and younger that they could have better outcomes

10  physically, not require feminizing surgery, so a better

11  cosmetic.

12      Q    Are those the benefits that you shared with the

13  patients when you discussed risks and benefits?

14      A    Yes.

15      Q    And what risks did you discuss with patients

16  with regard to puberty blockers?

17      A    So the consents that are from the Board is very

18  similar to the consents that we used at Nemours.

19      Q    So the risks indicated --

20      A    So the risks, yeah, they are very similar.

21      Q    If possible could we get a copy of the consent

22  forms that you used at the Nemours?

23      A    You probably already have them because it was

24  submitted to the Board for review.

25      Q    Are they labeled by your clinic name?

Monica Mortensen, D.O
September 28, 2023

Page 72

1    A    Yes.  They were supposed to redact it, but they

2   did not.

3    **Q    Interesting.  Okay.  We are going to look at**

4   **some of the drafts that were in the public book later,**

5   **maybe one of those is it, maybe they did redact it, if**

6   **not we'd love to get a copy of that.**

7    A    Yes.

8    **Q    Okay.  So what were the benefits discussed with**

9   **regard to estrogen?**

10    A    We didn't do the cross-sex, so at that point if

11   they were ready to transition -- sometimes they would

12   come in already at 16 or 17, so they just wanted to

13   start estrogen or testosterone, and we would say that

14   that isn't what we do, and we would refer them to

15   another center.  But we didn't do estrogen and

16   testosterone, so we didn't really discuss the risks or

17   the benefits.  At the time we were not aware that the

18   vast majority of people going on puberty blockers would

19   automatically grow to cross-sex hormones, so that was

20   something that I know I wasn't aware of at the time.

21        The interpretation that I had was this was just

22   going to be a pause on things as they were dealing with

23   so much of, just, kind of, working through, then

24   deciding which route they wanted to go.  I wasn't aware

25   that once they are on a puberty blocker the vast

1  majority end up going on the cross.  I know that we

2  talked like that is a potential down the road, and, you

3  know, that's something that you would want to consider

4  as we do this, but, you know, sometimes they were

5  started on the puberty blocker and they were ready to go

6  over to another center.

7       Q    Okay.  So you didn't discuss risks and benefits

8  of estrogen and testosterone?

9       A    No, we did not.

10      Q    Did you discuss risks and benefits of surgery

11  for gender dysphoria?

12      A    No, we did not.

13      Q    You mention that there would be involvement of

14  a licensed social worker if warranted.  What would

15  warrant the involvement of the social worker?

16      A    So if they didn't have help, so if they didn't

17  have a social worker that was already working with them.

18  Sometimes many of the schools have a social worker that

19  is working with kids during their social transition, so

20  if they needed assistance, our social worker would try

21  to help or get them into a social worker that could

22  help, have more experience on it, but it's not like

23  everybody needed one, because they had already had one.

24      Q    I was interrupting.  So sorry.  So social

25  workers can be beneficial as part of the treatment team?

Monica Mortensen, D.O
September 28, 2023

1    A    As part of the treatment team?  Yes.

2    **Q    And I believe you-all have APRNs that work with**

3  **your clinic as well?**

4    A    That's true.

5    **Q    And do you think they can be a beneficial part**

6  **of the team?**

7    A    As far as pediatric endocrinology?

8    **Q    Uh-huh.**

9    A    Yes, they have a role.

10   **Q    You state:  Although we all have experience**

11  **with prescribing estrogen and testosterone, none of the**

12  **endocrinologists felt comfortable with proceeding with**

13  **this treatment for gender dysphoria since we knew it**

14  **would have permanent changes and unknown consequences.**

15       **Again, the we, are you referring to the same**

16  **two doctors and yourself?**

17   A    Uh-huh.

18   **Q    And what -- what conditions did you-all**

19  **prescribe estrogen and testosterone for at that time?**

20   A    So those who the ovarian failure or testicular

21  failure or gonadotropin deficiency.

22   **Q    Anything else?**

23   A    Sometimes for delayed puberty.  So part of

24  our -- I mean, the Turner Syndrome and Klinefelter all

25  fall under ovarian failure and testicular failure.

Monica Mortensen, D.O
September 28, 2023

Page 75

1     Q     So at this time you felt uncomfortable

2  proceeding with this treatment for gender dysphoria.

3  When -- what is the timeline here?  You met initially to

4  discuss the guidelines, you say in 2017.  Just trying to

5  establish the timeline here.

6     A     Sure.

7     Q     When did you decide that you were uncomfortable

8  proceeding with hormones?

9     A     At the same time.  When we decided what we were

10  going to do we, we -- the three, mostly the two, decided

11  pubertal blockers, but nobody was comfortable with that,

12  so we never started treatment, or continued treatment

13  with cross-sex hormones.

14     Q     So when you say that same time, like, within

15  the same day you-all met?  Within a week?

16     A     I'd say within a week and a month, but I'd say

17  initially everybody was, like, very uncertain and didn't

18  think that they wanted to do it.  Then they spent a

19  little time and came back and said, no, we don't want to

20  do it.

21     Q     Did that include Dr. Buckloh?

22     A     Well, Dr. Buckloh doesn't prescribe those, so

23  she wasn't playing a role in what the physician could

24  prescribe, but her role was to help assist with the

25  diagnosis and also with psychotherapy as well.

Monica Mortensen, D.O
September 28, 2023

Page 76

1    Q    Did she feel comfortable recommending folks to

2    receive estrogen and testosterone treatment elsewhere?

3    A    Yes.  To my knowledge.  I never asked, but I

4    guess I had just assumed so, because when we were

5    talking about we would be transitioning them to other

6    centers she never seemed opposed to the idea of them

7    going to another center.

8    Q    What was the basis for the opinion you formed

9    so quickly about being uncomfortable prescribing

10   hormones?

11             MR. PERKO:  Object to form.

12             THE WITNESS:  I can answer?

13             MR. PERKO:  Yes.

14   A    It's well demonstrated that estrogen can cause

15   blood clots and that estrogen has cancer promoting

16   agents.  So even when we are using a birth control pills

17   for someone with PCOS or for menstrual abnormalities we

18   discuss at length, we get family history.  We know that

19   risk for breast cancer is early menstruation, so

20   prolonged exposure to estrogen.  Delayed menopause,

21   prolonged exposure, high dose birth control pills, and

22   obesity, because fatty tissue creates estrogen.

23             So it's well documented that estrogens can

24   create and perpetuate cancers.  In fact, the pubertal

25   blocker that's used for puberty blocking is also used

Monica Mortensen, D.O
September 28, 2023

Page 77

1   for women with breast cancer and men with prostate

2   cancer, and that's to reduce the amount of estrogens,

3   because estrogens can be cancer -- can cause cancers and

4   promote cancer.  So from that standpoint we, especially

5   I felt uncomfortable, I guess I shouldn't speak on

6   behalf of my colleagues, but, like, knowing that, if

7   that happens for just a biological woman, what happens

8   to a biological man?  Don't know.  Not a lot of studies

9   out there.  Don't really know the long term

10  consequences.

11          For testosterone I treat girls with polycystic

12  ovarian syndrome, that's an excess of testosterone that

13  their body is naturally making and we know that that

14  leads to depression, anxiety, virilization, but it also

15  leads to a very high risk of heart disease.  Type 2

16  diabetes, insulin resistance, hyperlipidemia, obesity.

17  So a big part of cardiovascular side effects associated

18  with testosterone in biological females.  So I actually

19  had a patient tell me, because she was on metformin for

20  prediabetes say, well, what happens when I go on T?  And

21  I said, Oh, I didn't know.  That's when she came out to

22  me, to tell me what was going on.  She said, If I'm

23  trying to prevent diabetes and lower my testosterone

24  because it creates insuline resistance, which can cause

25  diabetes, what's going to happen when I go on much, much

Monica Mortensen, D.O
September 28, 2023

Page 78

1  higher doses of testosterone?  And I was, like, that is

2  a very interesting point and made me want to do more

3  research about it.

4           But knowing what we know in regards to estrogen

5  therapy and testosterone therapy, that's what made me

6  especially decide, I just don't know what the long-term

7  risks are and I just don't feel comfortable.

8      **Q    And these risks you mentioned, you were**

9  **speaking of as being risks associated with the**

10 **prescription of these medications for the conditions you**

11 **do prescribe them for?**

12     A    Correct.

13     **Q    When you say that you agreed to transfer care**

14 **to the center at UF or Orlando, what Orlando facility**

15 **are you talking about?**

16     A    So there's Nemours Orlando that was -- and I

17 don't know if they still are -- that was doing

18 transgender health, that was run by an adolescent

19 medicine doctor.  And Arnold Palmer at one time was also

20 created a transgender center.

21     **Q    Forgive my lack of knowledge of how these**

22 **things work, but are the Nemours connected?  Are they**

23 **run by the same --**

24     A    They are run by the hierarchy, but --

25     **Q    Right.**

Monica Mortensen, D.O
September 28, 2023

Page 79

1    A    -- each site, like, what happens in Delaware, I

2    mean, there's also different Delaware laws and

3    restrictions and everything, isn't the same thing that

4    happens in Orlando or the same thing that happens in

5    Jacksonville.  So they are different sites.  So Orlando

6    has their own set of administrators that report to a

7    higher up in our home office in Delaware and

8    Jacksonville has their own as well.  Then in Orlando

9    there are three different children's hospitals, there's

10   Arnold Palmer, Nemours, and Florida Children's Hospital.

11   Arnold Palmer at one point was seeing patients, I don't

12   know what happened over time, if they still exist or

13   not.  I couldn't speak to that.

14   **Q    But they did have a gender multidisciplinary --**

15   A    At one point they did, because we were

16   referring down there.

17   **Q    Okay.  So you, sort of, outlined in paragraph**

18   **22 this, correct me if I am misstating, but sort of this**

19   **multistage process of assessing, you know, youth for**

20   **treatment of gender dysphoria.  Why have that, sort of,**

21   **process in place if you weren't going to prescribe the**

22   **treatment that they would need for the treatment of**

23   **gender dysphoria?**

24   A    Because there was a big outcry from the public

25   and the population that they needed to get some help

Monica Mortensen, D.O
September 28, 2023

1  until they could get into another center.

2      Q    Okay.  And so when you stated earlier that you

3  treated adolescents with gender dysphoria for two years,

4  you-all continued, sort of, assessing folks even after

5  you made that initial determination pretty quickly that

6  were you not going to prescribe cross-sex hormones?

7          MR. PERKO:  Object to form.

8      A    I'm not quite sure what you are asking?

9  BY MS. CHRISS:

10     Q    You had stated earlier in your report that you

11 provided -- let me just quote it so I don't misstate.

12 In paragraph 10 you stated that for about two years I

13 saw and treated adolescents diagnosed with gender

14 dysphoria.  But at the beginning of that two years,

15 which you stated began around 2017, you came to the

16 decision, determination, that you didn't feel

17 comfortable prescribing the treatments for gender

18 dysphoria, correct?

19     A    I'm not quite sure what you are asking.  I'm

20 sorry.

21     Q    That's okay.  I apologize for inartfully

22 stating my question.  You mentioned that pretty quickly

23 after that initial 2017 meeting when you reviewed the

24 guidelines, you-all, your team, decided that you did not

25 feel comfortable describing cross-sex hormones.

Monica Mortensen, D.O
September 28, 2023

Page 81

```
 1     A    Yes.
 2     Q    But then you stated for about two years I saw
 3  and treated adolescents diagnosed with gender dysphoria.
 4  So I'm just trying to clarify that that two years was
 5  mostly this assessment process of assessing --
 6     A    Mostly assessing, yes.
 7     Q    -- and not prescribing?
 8     A    Uh-huh.
 9     Q    Great.  In paragraph 23 on page 8 you said: I
10  have several friends that also started transgender care.
11  Are you referring to friends who are transgender and
12  initiated receiving care or initiated providing care?
13     A    I apologize for it being poorly written.  No,
14  that is relating to my fellow endocrinologists that I
15  reported earlier.
16     Q    Okay.
17     A    So providing transgender care.
18     Q    And those were folks providing this care at the
19  out of state places you mentioned?
20     A    Correct.
21     Q    You say you sought their advice on how to start
22  this type of clinic.  What type of issues we would face.
23  The type of support we would need, et cetera.  Was this
24  before or after you-all had decided you were not going
25  to prescribe cross-sex hormones?
```

Monica Mortensen, D.O
September 28, 2023

Page 82

1    A    So we had our meeting, and then at the meeting

2  people decided to move forward; Dr. Torres and Dr.

3  Hasan.  Since we were going to be moving forward, that's

4  when I reached out to my friends.

5    **Q    And by moving forward you mean what?**

6    A    Providing some care for transgender patients.

7    **Q    So puberty blocking medication?**

8    A    Correct.

9    **Q    Okay.  And did you establish a**

10  **multidisciplinary clinic?**

11   A    No.

12   **Q    What types of issues did they share with you**

13  **you would face?**

14   A    So they said resources is very challenging.

15  Having people that have the appropriate training is very

16  challenging.  Insurance issues of coverage for

17  medications.  Then they said there were a lot of

18  concerns about side effects, consequences, and legal

19  complications down the road.

20   **Q    You said that they discussed the need**

21  **for written informed consent.  Why did you-all, or they,**

22  **or you, feel that written consent was required?**

23   A    So I didn't speak to them as a group, I spoke

24  to them individually.  I found it interesting that both

25  of them had said that, but their advice from their

Monica Mortensen, D.O
September 28, 2023

Page 83

1  administrators and their lawyers was because this is a

2  new field of medicine, because there so many unknowns,

3  because some -- we weren't really sure where things were

4  going to go, the best thing to do was to have it in

5  writing in order to protect the patient and protect the

6  physician, and protect the center.

7       **Q    Do you require written consents for other**

8  **medications you prescribe adolescents?**

9       A    Outside of research?  No.

10      **Q    So when you prescribe Lupron, for example, you**

11  **don't require written consent?**

12      A    No, because it's FDA approved for that

13  indication.

14      **Q    What about when you prescribe the off-label --**

15  **medications off-label?**

16      A    I don't do a written consent, but I do have a

17  thorough conversation and I document in my note that

18  it's an off-label medication, I discuss it's off-label

19  with the family, I discuss the risks and benefits, and

20  the unknowns that could be there, and the family agreed

21  to treatment.

22      **Q    Okay.  No written consent?  How do you decide**

23  **when to require written consent and when not to?**

24      A    So from a research standpoint it's very common,

25  even if you are doing -- we're currently doing one for

Monica Mortensen, D.O
September 28, 2023

Page 84

1  diabetes that the devices are FDA approved, the insulin

2  is FDA approved, the indication for Type 1 diabetes is

3  approved, but it's using it in a different subset of

4  population, so even within all of those, because it's

5  research driven, you have to have a consent to inform

6  the patient and ensure they want to participate in it.

7      Q    That's just in the context of research?

8      A    That's in the context of research.

9      Q    Does the prescription of puberty blockers for

10  precocious puberty have any unknown risks?

11      A    Yes.

12      Q    Does the prescription of puberty blockers for

13  precocious puberty have any permanent side effects?

14      A    I think that -- I tell families that I don't

15  know that, I know what I usually say is this has been

16  studied for 30 years, we have 30 years of data.  I go

17  over the list of the most common and least common and I

18  always say with any medication there are always

19  unknowns.

20      Q    Do you require written consent?

21      A    No, I do not.

22      Q    So you inform them of the risks and benefits,

23  then you note that in your chart or their notes?

24      A    Correct.

25      Q    You stated in that same paragraph:  At their

Monica Mortensen, D.O
September 28, 2023

Page 85

1   centers there was a great concern for the long-term

2   outcomes and consequences.  What's the basis of that

3   statement, that there was great concern?

4        A    More specifically, at Seattle Children's they

5   had a big lawsuit back in the day for a patient with

6   severe cerebral palsy who was neurologically devastated

7   and the parents wanted to keep the child as small as

8   possible, so they gave estrogen treatments to fuse the

9   growth plates.  They wanted the child to look infantile

10  for the concern of once they die and they have to go to

11  a long-term care facility they wanted to not have this

12  adult there, they were concerned about abuse, they were

13  concerned about periods, they were concerned about what

14  if someone violated her and she got pregnant.

15            So they did high dose estrogens.  They did

16  bilateral mastectomies and they removed her uterus.  And

17  even though both parents consented and it went to court,

18  Seattle Children's lost a lot of money because the ACLU

19  came in and sued for the reproductive rights of the

20  child.  Subsequently, the pediatric endocrinologist who

21  had prescribed, had subsequently committed suicide over

22  it.  So they had great concerns, I mean, in Seattle, so

23  it's a very, you know, open community and they were

24  getting the demands, but their administrators were

25  concerned about if there's going to be some type of

Monica Mortensen, D.O
September 28, 2023

Page 86

1  fertility consequence or some kind of consequence, they

2  didn't want to go through kind of litigation again, so

3  that's why they were very insistent on consents.

4      Q    So they didn't stop providing these treatments,

5  they just --

6      A    They didn't start the treatments without having

7  a consent in place.

8      Q    Okay.  And do you have a copy of the consent

9  that they used?

10     A    I don't anymore.  I had it way back in 2017,

11 because she had sent me a copy of her consent and then

12 my friend gave me the other copy from Texas and I just,

13 kind of, merged the information when that formed.

14     Q    Do you have a copy of the Texas one?

15     A    I have the Texas one.  That was also submitted.

16 It should be part of the documents as well, because I

17 felt, and our team felt, that it was more thorough than

18 the Seattle one.

19     Q    So you relied upon that in creating the

20 informed consent forms at issue here?

21     A    I relied on that as a basis, but we still did

22 our research and review to make sure the information was

23 accurate and complete, to the best of our knowledge at

24 the time of what we knew.

25     Q    When you said there were many unknowns, and

Monica Mortensen, D.O
September 28, 2023

Page 87

1  this is also a very vulnerable population, what do you

2  mean by vulnerable?

3       A    So children, in general, are vulnerable.

4  Adolescents are especially vulnerable, especially when

5  hormones are involved and decisionmaking.  Then the

6  LGBTQ-plus community is also very vulnerable too, they

7  can be victimized, they can be discriminated against, so

8  you got many hits against that.  There's a lot

9  vulnerable.  So you want to make sure.  And there's also

10  a component of mental health.  It's well-documents that

11  the trans community have a lot of mental health issues.

12  So that's also another vulnerability in there.

13           So you want to make sure in the midst of all

14  that confusion that's going on, especially the teenaged

15  hormone brain, it's well-documented -- I mean, that's

16  why insurance is so expensive for driving a car.  That's

17  why the highest risk of suicide is in adolescents, is

18  because of hormones impacting the brain.  So it's a

19  very, very vulnerable population.  So you want to make

20  sure that they can give consent, because that's also a

21  question of are they even in a state where they can give

22  consent?  You want to try protect them.  Even though

23  they are very in the moment now, they might not be

24  thinking about fertility in 10, 20 years down the line,

25  they are thinking about in the moment.

Monica Mortensen, D.O
September 28, 2023

Page 88

1           So that's, kind of, the idea of consents, is

2   these are things that can happen down the road.  I need

3   to, know you, make sure you understand these are

4   potential risks that can happen and do you understand

5   that and is everybody okay with what can happen down the

6   road?  And we also don't know what can happen down the

7   road.

8       **Q    But, again, you don't require written consents**

9   **for the prescription of these medications for the other**

10  **conditions you prescribe them for?**

11      A   Because they are FDA approved for that

12  indication, so that would mean you'd have to have a

13  written consent for every medication you prescribe.

14      **Q    Is every medication you prescribe FDA-approved**

15  **for the indication you prescribe it for?**

16      A   Most are.

17      **Q    In the pediatric population?**

18      A    In the pediatric population, yes.  But I if do

19  something that's off-label, I explain it's off-label.

20  Oftentimes there's research I can refer to, and if it's

21  a limited study, I say it's a limited study, a limited

22  outcome data, I'm not 100 percent sure if, A, this is

23  going to work for what we are trying to do.  I'm also

24  not sure what the long-term consequence is.  How

25  important is it for you, as a family, to treat what

Monica Mortensen, D.O
September 28, 2023

Page 89

1   we've got going on?

2      Q      And you provide that verbally though?

3      A      Correct.

4      Q      Not through a written consent?

5      A      Correct.

6      Q      Okay.  You stated your friends provided you

7   copies with their consent, but you also found consents

8   online.  Do you remember what consents you found online?

9      A      I don't remember, no.

10     Q      Were you looking at consent forms for treatment

11  of adolescents generally or specific to the treatment of

12  gender dysphoria?

13     A      Adolescents more specifically.  There was --

14  anytime you put transgender you are going to get some

15  adult stuff too, so I might have glanced at it, but I

16  was focused more on the adolescent.

17     Q      And just confirming again, the friends you

18  referred to several times throughout these paragraphs,

19  are the same people you mentioned in the beginning?

20     A      Correct.

21     Q      Okay.  You stated that among the concerns by

22  their administrators at the places where your friends

23  work, included regret.  Did they discuss any particular

24  patients who experienced regret?

25     A      No.  At the time at Seattle Children's they

Monica Mortensen, D.O
September 28, 2023

Page 90

1  created their consents before they even started the

2  program.  But I think, based on the case, and I'm

3  speculating, but based on the case they had, some people

4  must have had regrets.  So I think that's, kind of, the

5  big thing of detransitioners, their complaint is that

6  they weren't informed.  Well, if you have it all written

7  out and you are signing off, initialling it, you can't

8  come back and say you weren't informed.  You initialed

9  that you did, we had a conversation.

10      It also gives them pause to really think about

11  what they want and if this is the right thing for them.

12  So it helps protect them, but it also helps protect the

13  provider as well.  It's very open and a transparent, you

14  know, forum for them to have the conversation of the

15  risks versus the benefits and that everybody is on the

16  same page.

17      Q   Is it true that folks have regret about other

18  medical interventions they may receive?

19      A   I'm sure that's true, yeah.

20      Q   Have you had any patient specifically come to

21  you and say that they detransitioned?

22      A   No.

23      Q   Have you had a patient come to you and say they

24  regretted treatment for gender dysphoria?

25      A   No.

Monica Mortensen, D.O
September 28, 2023

Page 91

1    Q    You say you met with your team and reviewed the
2    consents and that we created our own consent.  It was
3    also sent to our attorneys for review and approval.
4         Was this consent -- was it one consent form or
5    multiple consent forms?
6    A    We only did one consent form and that was for
7    the puberty blockers, because we weren't doing the
8    cross-sex hormones.
9    Q    Did you involve anyone in the process of
10   creating that informed consent form who had expertise in
11   the treatment of gender dysphoria?
12   A    No.
13   Q    Do all consent forms get sent to the attorney
14   for review and approval?
15   A    Well, I know for the consents for all of the
16   research stuff it goes to an IRB, and Internal Board
17   Review, and there's usually someone in legal there who
18   reviews them as well.
19   Q    But for non-research?
20   A    For non-research, I don't know.  I really did
21   this through the advice of my friends.  So I felt that
22   anytime you had something that's a contract it's best to
23   have it approved by a lawyer, and they had their
24   administrators and lawyers look at it, so I followed
25   their advice and submitted it to our lawyers.

Monica Mortensen, D.O
September 28, 2023

Page 92

1    Q    Had you created consent forms outside of the

2   research context for any other medications you

3   prescribed?

4    A    No.

5    Q    When you discuss in paragraph 24, which is on

6   page 9 of your report, the number of referrals started

7   to increase.  Most of these adolescents did not meet

8   criteria, but the families were very aggressive in

9   demanding treatment.  What do you mean by very

10  aggressive?

11   A    So there were threats, you know, you need to do

12  this, you have to do this.  I'm going to file a

13  complaint against you.  I'm going to report you.  I'm

14  going to sue you.  That's what I mean by aggressive and

15  demanding.

16   Q    So these were parents who felt their child

17  needed treatment and you were unwilling to provide that

18  treatment?

19   A    Yes.  We would state that we wouldn't feel

20  comfortable, but we'd happily referred them to places

21  that would provide that treatment.

22   Q    How many families would you say were

23  aggressive?

24   A    Oh, a small handful.

25   Q    And how many would you say demanded treatment?

Monica Mortensen, D.O
September 28, 2023

Page 93

1    A    I mean, I stopped, but I can say that's one of

2  the reasons Dr. Hasan stepped out, because of the

3  demands.

4    Q    So just trying to get this timeline, when did

5  you stop?

6    A    By 2019, I wasn't really in it, maybe a year, a

7  year and a half, not very long.

8    Q    So you no longer treated or assessed children

9  for gender dysphoria?

10   A    Correct.

11   Q    Well, you-all were -- when you stated the

12 number of referrals started to increase.  Were you

13 getting kids referred from other providers?

14   A    Yeah, from pediatrician's office, or there's a

15 lot of self-referrals.

16   Q    And the ones from the pediatrician offices, who

17 was referring?

18   A    Oh, I couldn't tell you.

19   Q    And were they referring to you specifically for

20 the treatment of gender dysphoria?

21   A    Yes.

22   Q    When you say when they were denied treatment

23 they sought treatment elsewhere.  You mentioned

24 previously referring them to UF and Orlando and Tampa.

25 Did you follow-up with these patients to see if they

Monica Mortensen, D.O
September 28, 2023

1   were prescribed the treatments for gender dysphoria?

2       A    No, I did not.

3       Q    Did you follow-up to see how they were doing?

4       A    No.  As a treating provider I'm not allowed to

5   do that.  Like, if I'm not treating their gender

6   dysphoria and they're not my patient, because they're

7   not coming for another endocrinopathy, it's not related

8   to what I'm doing, you are not allowed to do that.

9   That's a compliance issue.  A legality issue.  So I

10  can't call and say, Hey, did you -- I didn't think they

11  should get treatment.  Did you give them treatment?

12  That's not appropriate.  That's...

13      Q    Okay.  So you don't know how those patients did

14  after you referred them to the centers?

15      A    For the vast majority, no.  I would say I had

16  maybe one or two patients that I would follow for

17  something else, whether it be PCOS or Hashimoto

18  thyroiditis, or another thing that were -- that they

19  sought treatment elsewhere for their transgender but

20  still required to get their endocrine care from me, and

21  for that they would admit, or disclose, because when we

22  ask what medications they were on, whether or not they

23  were receiving testosterone or estrogen of Lupron at the

24  time.

25      Q    You say that was one or two patients?

Monica Mortensen, D.O
September 28, 2023

Page 95

1      A      Uh-huh.

2      Q      **So are those the patients you are referring to**

3  **in the next sentence when you say:  Those that were on**

4  **treatment did not seem to have much improvement with**

5  **their depression and anxiety?**

6      A      That's some of them.  But that was also my

7  personal experience for the few kids that I had worked

8  with, they still seemed to have a lot of issues with

9  depression and anxiety.  They still had

10  hospital admissions to the behavioral health unit, that

11  was, kind of, the perception that Dr. Hasan was also

12  seeing as well, which is one of the reasons why she

13  elected to not want to pursue doing transgender

14  medicine.

15          It didn't seem to be as successful as they were

16  reporting that it was.  So our perception didn't seem to

17  be that this was really having these great outcomes that

18  was proposed to us.

19     Q      **You mentioned earlier you treated maybe 10**

20  **patients that were -- you were -- that were being**

21  **prescribed some treatment for gender dysphoria?**

22     A      Uh-huh.

23     Q      **So the patients that you were able to follow**

24  **and continue seeing, like the one or two you mentioned,**

25  **they were coming to you for treatment of other**

Monica Mortensen, D.O
September 28, 2023

Page 96

 1  conditions?

 2      A    Uh-huh.

 3      Q    And can you cite the depression and anxiety

 4  scores that you gathered on these patients to say that

 5  their anxiety and depression didn't seem to improve?

 6      A    No, I didn't do a PHQ9 or, you know, I would

 7  usually do a suicide risk assessment to make sure

 8  everything was okay, as we do with many of our

 9  population.  But, no, I didn't assess any scores to

10  them.

11      Q    Did any of these handful of kids have suicide

12  risks or suicide attempts?

13      A    I believe one of them had a suicide attempt.

14  Some of them had suicidal thoughts, though.

15      Q    And what was the sample size?  I know we

16  discussed the numbers.  Did you observe whether the

17  treatment they were receiving alleviated their gender

18  dysphoria?

19      A    I mean, I think that in order to clarify the

20  question, alleviating gender dysphoria sounds like you

21  are, like, curing them of gender dysphoria, which they

22  have gender dysphoria, it's their feelings and their

23  anxiety and their stress over their gender, it's, kind

24  of, a different view.  That's why I'm being clear with

25  what you are asking me.

1    Q    **Okay.**

2    A    So do I think they are cured of their gender

3 dysphoria?  No.  Do I think that it improved their

4 mental health?  I didn't -- from my perspective I didn't

5 see a vast improvement of mental health, which was the

6 whole purpose of prescribing these medicines.

7    Q    **Did you see a negative impact on their mental**

8 **health after they --**

9    A    I saw some have a negative impact.  Some were

10 neutral.  And some had mild temporary improvement, and I

11 don't know where they went from there after they

12 graduated out.

13    Q    **This was the one to two you saw for other**

14 **prescriptions that had been prescribed elsewhere?**

15    A    Those specific ones, yes.

16    Q    **You stated that I began to feel uncomfortable**

17 **that this therapy was not as successful as they stated.**

18 **Who is they?**

19    A    Basically, the guidelines.  So the experts that

20 are telling us this from the Endocrine Society.

21    Q    **But you weren't able to, sort of, assess the**

22 **outcomes for any of the patients who you referred to**

23 **other treating centers and weren't able to follow,**

24 **correct?**

25    A    Not all of them, no.

Monica Mortensen, D.O
September 28, 2023

1    Q    How many of the patients that you state didn't

2  seem to have much improvement with their depression and

3  anxiety were on puberty blockers?

4    A    Well, the handful that I had of, like, less

5  than 10, or about 10.  I would say at least two that I

6  know of things got worse.  Four they were stable.  And

7  the rest still had some issues.

8    Q    How many of the patients when you state didn't

9  seem to have much improvement with their depression and

10  anxiety were on testosterone?

11    A    None, because I didn't prescribe testosterone.

12    Q    And how many were on estrogen?

13    A    None, because I don't prescribe estrogen.

14    Q    How did distinguish their experiences of

15  depression and anxiety that may be separate from their

16  gender dysphoria from their -- their experiences of

17  gender dysphoria?

18    A    Well, that's the idea of having a psychologist

19  involved who's actively treating, then we could have our

20  meetings to discuss how things were going from their

21  side and what they were seeing.  So a lot of it would be

22  based on what I was getting feedback from Dr. Buck^low.

23  Sometimes a therapist might be able, if the family

24  agreed, we could reach out to their therapist to see how

25  things were going.  Then I would, you know, ask them how

Monica Mortensen, D.O
September 28, 2023

1   things were going.  Did they think things were -- how

2   are things going in your life?  Do you think things are

3   getting better?  Do you have any concerns?  Do you have

4   anything we need to discuss today?  Do you feel like

5   things are getting better?  Or is this helping?  Is this

6   harming?  Do you have any concerns you want to address?

7        Q     Did any of them elect to stop the treatment?

8        A     For the puberty blockers, no.

9        Q     How many of them were seeing Dr. Buckloh?

10       A     I would say for the ones that I saw, at least

11  50 percent with were Dr. Buckloh.

12       Q     And for the other 50 percent who were their --

13       A     They were, like, with a therapist out in the

14  community.

15       Q     Do you know who?

16       A     No.

17       Q     You stated:  I elected to stop treating

18  patients for gender dysphoria.  Last year another one of

19  my colleagues also elected to stop seeing transgender

20  adolescents for the same concerns.  Is that Dr. --

21       A     Hasan.

22       Q     Hasan and when you say elected to stop seeing

23  transgender adolescents, do you mean for the treatment

24  of gender dysphoria or --

25       A     For the treatment of gender dysphoria.

Monica Mortensen, D.O
September 28, 2023

Page 100

1     Q     Okay.  Who did you communicate it to, that you

2  elected to stop seeing patients for gender dysphoria?

3     A     At the time it was my section head, Dr. Ross.

4  And I said I don't feel comfortable, we have two other

5  providers who, you know, wish to pursue this and do

6  this.  I would like take my name off the referral list.

7     Q     So is Dr. Lou?

8     A     Dr. Lou is fine.

9     Q     Is Dr. Lou still treating patients for gender

10  dysphoria?

11     A     She was still taking, except now she doesn't

12  have anyone currently on Lupron, and with the law you

13  can't start, so she currently does not have any patients

14  she's treating for gender dysphoria.

15     Q     Could she treat patients under the auspices of

16  an IRB trial, as you mentioned earlier?

17     A     Provided that we went through the appropriate

18  channels to make sure it's correct, yes.

19     Q     But you-all have not -- have not done that?

20     A     No.

21     Q     Do you know if your colleagues on the boards

22  share your understanding of what you stated is, sort of,

23  an exception that would allow patients to initiate

24  treatment in Florida?

25     A     I mean, we don't have conversations outside the

Monica Mortensen, D.O
September 28, 2023

1  board meetings, so other than what was stated in the

2  meetings I don't know 100 percent what they understand

3  and don't understand.

4      Q    Do you think just your colleagues in the

5  medical profession, pediatric endocrinologists in the

6  state of Florida, share your understanding?

7      A    Could you repeat that or rephrase it?

8      Q    Do you think there are pediatric

9  endocrinologists in the state of Florida that provide

10  treatment for gender dysphoria who share your

11  understanding that they could, in fact, initiate

12  treatment for minors if it were under the auspices of an

13  IRB-approved clinical trial?

14      A    I believe, yes, because I thought that the

15  representative from the state said he reached out to UF

16  and Tampa and also, I think, Miami to see if they had

17  interest in research, so.

18      Q    So who's that individual?

19      A    I don't know, I would have to check the minutes

20  from the meeting.

21      Q    Do you know meeting that was?

22      A    It had to be the February meeting.

23      Q    February 2023, obviously?

24      A    Yes.

25      Q    Okay.

Monica Mortensen, D.O
September 28, 2023

Page 102

1      A    Well, obviously.

2      **Q    Are you able to elect to stop treating patients**

3    **for any condition that you disagree with?**

4      A    Yes.

5      **Q    And have you ever done so previously?**

6      A    I don't think that I've ever been asked, I

7    mean, there's this issue, but I don't believe I've ever

8    been asked to do something that was outside what I

9    perceived to be my comfort zone.

10      **Q    Does Dr. Benson provide treatment for gender**

11    **dysphoria?**

12      **A    Not to my knowledge.**

13      **Q    Dr. Mortensen, I want to establish a timeline**

14    **here for the development of the Boards of Medicine rules**

15    **that ban treatment for minors, SB 254, and the**

16    **implementing rules -- emergency rules and informed**

17    **consent forms.  So are you familiar with the process**

18    **that the Boards of Medicine and Osteopathic Medicine**

19    **followed in promulgating the standard of practice for**

20    **the treatment of gender dysphoria in minors?**

21      **A    Yes.**

22      **Q    Are you familiar with the April 20, 2022,**

23    **guidance from the Florida Department of Health that**

24    **initiated the state's actions regarding this issue?**

25      **A    Yes.**

Monica Mortensen, D.O
September 28, 2023

Page 103

1    Q    And that guidance recommended that social

2    gender transition should not be a treatment option for

3    children or adolescents.  Anyone under 18 should not be

4    prescribed puberty blockers or hormone therapy, and

5    gender reassignment surgery should not be an option for

6    children or adolescents, correct?

7    A    Correct.

8    Q    Do you agree with those recommendations?

9    A    Yes.

10    Q    You agree that social gender transition should

11    not be a treatment option?

12    A    The data that was presented in the Endocrine

13    Society is based on the Dutch.  And the Dutch didn't do

14    social transition.  The Dutch did a lot of mental health

15    and counseling, not conversion therapy.  So if you are

16    going on the basis of this is going to improve, you

17    should follow the way that -- it's like an experiment,

18    you have to have reproducibility.  So if this is how the

19    Dutch did it, and this is how we're going to do it, then

20    we should do it the way that they did it, but they have

21    really changed the guidelines not to reflect what the

22    research was.  So they don't have a lot of research

23    saying with social transition is there improvement or

24    not improvement?  The data that the Dutch presented was

25    based on not socially transitioning, not starting

Monica Mortensen, D.O
September 28, 2023

Page 104

1  puberty blockers until they were almost mid-puberty, not

2  early puberty, and not starting cross-sex hormones until

3  over 16, and surgeries not until over 18.

4      Q   **Are you aware of data and evidence that has**

5  **emerged since the Dutch study that indicates there are**

6  **improvements in gender dysphoria when youth are allowed**

7  **to socially transition?**

8          MR. PERKO:  Object to form.

9      A   It's very mixed.  The one that was published

10  by -- the NIH study that was done, I'd have to look to

11  see which one.  If you break it out and look at the

12  transgender female, there really wasn't an improvement,

13  was not an improvement.  When they do it collectively as

14  a whole it seems like there's an improvement.  But they

15  still had people who had depression, anxiety, and two

16  suicides, also suicide ideations.  So you could have

17  easily changed that topic, or the title, to say that

18  there really wasn't a great improvement.

19      Q   **Okay.  What specific study are you referring**

20  **to?**

21      A   Go to my bibliography.  Let's see.  The New

22  England Journal of Medicine from Chen as the main

23  author:  Psychosocial Functioning in Transgender Youth

24  After Two Years of Hormones.

25      Q   **Dr. Mortensen, are you familiar with the letter**

Monica Mortensen, D.O
September 28, 2023

1  that was written by the 300 healthcare practitioners in

2  the state of Florida urging the state not to proceed

3  with these rules?

4      A    Yes.

5      Q    Are you familiar with any of the providers that

6  signed onto that letter?

7      A    I didn't look into their CVs, no.

8      Q    If I told you the lead author was a pediatric

9  endocrinologist that provides treatment for gender

10 dysphoria at the UF Health multidisciplinary treatment

11 clinic that you referred patients to, would that sound

12 accurate to you?

13     A    It would not be a surprise.

14     Q    Are you familiar with the process that the

15 Agency For Health Care Administration, AHCA, took based

16 on the Florida Department of Health's guidance?

17 A      Yes.

18         MR. PERKO:   Object to form.

19 BY MS. CHRISS:

20     Q    And you are familiar with what they call the

21 ^Gap Bones Report?

22 A      Somewhat.

23     Q    And the Gap Bones^ report was part of what was

24 presented to the Florida Boards of Medicine and

25 Osteopathic Medicine in requesting that you-all go

Monica Mortensen, D.O
September 28, 2023

Page 106

1  through the rulemaking process?

2      A    Correct.

3      Q    Are you familiar with -- strike that.

4           Are aware that on June 2nd, 2022, Surgeon

5  General Ladapo sent a letter to the Boards of Medicine

6  sharing that guidance in the GAPMS Report from the

7  Agency for Healthcare Administration?

8      A    Yes.

9      Q    And requesting that you take action on that

10  matter?

11     A    Yes.

12     Q    And you are familiar with the July 8th, 2022,

13  petition to initiate rulemaking that the Boards were

14  presented with?

15     A    Yes.

16     Q    If I could share with you what we'll mark as

17  Exhibit 3.  This is the petition that you stated you

18  were familiar with.  On page 3 do you see where it

19  discusses in paragraph 12 the April 20th, 2022, advisory

20  recommending against blockers, hormone therapy, and sex

21  reassignment surgery?

22          (Plaintiffs' Exhibit Number 3 was marked for

23          identification.)

24     A    Yes.

25  BY MS. CHRISS:

Monica Mortensen, D.O
September 28, 2023

Page 107

1    Q    Okay.  And you see that on pages 4 and 5 it

2   discusses the Agency Report, and that was attached as

3   Exhibit B?  I apologize, in paragraph 13 it states:

4   Based on the Department's advisory, the Agency for

5   Healthcare Administration conducted a study to determine

6   whether such procedures are consistent with generally

7   accepted professional medical standards.  The Agency

8   published it's findings on June 2nd, 2022, a copy of

9   which is attach as Exhibit B.

10    A    Yes, I read that.

11    Q    Okay.  Do you see that on page six it states in

12   paragraph 22:  Even an adult who possessed the capacity

13   to consent to experimental treatment, research

14   supporting chemical and surgical interventions for

15   treatment of gender dysphoria is insufficient to

16   demonstrate long-term efficacy and safety and there's a

17   risk of irreversible physical changes, including

18   infertility or sterility, therefore, robust informed

19   consent requirements are necessary.

20    A    Yes.

21    Q    Are you aware of whether the Boards adopted any

22   informed consent forms at this time?

23    A    Well, the emergency consents.

24    Q    Right.  So that was after SB 254?

25    A    Yes.

Monica Mortensen, D.O
September 28, 2023

Page 108

1       Q       But in terms of this rulemaking process, the

2    initial rulemaking process, did the Boards adopt any

3    informed consent forms?

4       A       Other than the emergency consent forms, no.

5       Q       Okay.  So no.  And on pages 6 and 7 you see a

6    proposed standard of care, correct?

7       A       Yes.

8       Q       And this was the Florida Department of Health's

9    proposal to the Boards?

10      A       Yes.

11      Q       Do you see where it says on page 7 in paragraph

12   C:  When any of the experimental treatments referenced

13   above are used to treat gender dysphoria in adults

14   informed consents shall be in writing by forms approved

15   by the Board at least 24 hours before treatment is

16   provided.  Proposed forms are attached as Exhibit C and

17   D.

18      A       Yes.

19      Q       If we can turn to Exhibit C and D, which is the

20   last page of this exhibit.  Are these the informed

21   consent forms that the Department proposed?

22      A       I believe so.

23              MR. PERKO:  Object to form.

24      A       I believe so.

25   BY MS. CHRISS:

Monica Mortensen, D.O
September 28, 2023

Page 109

1      Q      And to your understanding did the Board of

2   Medicine and Board of Osteopathic Medicine, adopt these

3   informed consent forms?

4      A      I believe that -- I'm not -- I mean, I believe

5   that we did, and that -- but we were advised to do the

6   emergency consent.

7      Q      So just to, sort of, get a timeline, Dr.

8   Mortensen, there was a petition to initiate rulemaking

9   that resulted in the two rules that banned care for

10  minors that you voted on on February 10th, 2023.  And

11  when you voted on that day to adopt those rules, there

12  was no informed consent form as part of that, correct?

13     A      I believe so.

14     Q      And the informed consent forms you were a part

15  of the process of creating were done after SB 254

16  required the Boards to create those informed consent

17  forms?

18     A      I believe so.

19     Q      Okay.  So for purposes of the initial

20  rulemaking process, there were no informed consent forms

21  adopted?

22     A      I believe so.

23     Q      Okay.  And do you know why the Boards decided

24  not to adopt these recommended forms?

25            MR. PERKO:  Object to form.

Monica Mortensen, D.O
September 28, 2023

1    A    I'm not really sure.

2  BY MS. CHRISS:

3    Q    Okay.  And just looking at these informed

4  consent forms again, is it correct they require only one

5  signature at the bottom?

6    A    That is correct.

7    Q    And that they have one, two, three, four, five,

8  six, seven bullet points?

9    A    Yes.

10    Q    And to the best of your knowledge do they

11  require a witness to sign?

12    A    To the best of my knowledge, no.

13    Q    And do they require any initials?

14    A    No, they do not.

15    Q    Paragraph 6 on page 2 states:  Section

16  458.3311(b) Florida Statutes, grants the Board authority

17  to establish standards of care for particular practice

18  settings, including, but not limited to, the performance

19  of complex or multiple procedures and informed consent.

20  What does complex or multiple procedures mean?

21        MR. PERKO:  Object to form.

22    A    It could mean a number of things.

23  BY MS. CHRISS:

24    Q    What do you understand it to mean?

25    A    I think if we are talking more specifically for

Monica Mortensen, D.O
September 28, 2023

1  the treatment for gender dysphoria or transitional care

2  it would be medications or surgical procedures.

3      **Q    Are you aware of other standards of care for**

4  **particular practice settings, including the performance**

5  **of complex or multiple procedures, that the Board has**

6  **adopted?**

7      A    I'm not 100 percent sure, as being new to the

8  Board.

9      **Q    Okay.**

10     A    But it's not outside of other boards to do

11 regulatory things, such as the opioid epidemic.  I mean,

12 that's why there are opoid contracts and pain management

13 contracts and rules and regulation in regards to that

14 because of the use and misuse.

15     **Q    Do you have any evidence of use or misuse of**

16 **treatments for gender dysphoria?**

17     A    I feel that with some of the things that have

18 been reported that kids are starting much younger than

19 what was initially advised and also what the Dutch had

20 proposed.  It seems we have a higher number of

21 detransitioners was because there was a misuse or abuse.

22 I do feel it has been -- there have been things that

23 have been over-prescribed and over-diagnosed.

24     **Q    Are there patients in your clinical experience**

25 **for whom you can attest to misdiagnosis, misprescribing?**

Monica Mortensen, D.O
September 28, 2023

Page 112

1      A     Yes.

2      Q     And who was the provider that prescribed that

3   care?

4      A     I do not recall off the top of my head.

5      Q     At what institution did they work?

6      A     I do not know, sometimes I didn't really get

7   into it with the families or the patients.

8      Q     Did you ever file any sort of complaint with

9   the Board or ethical violation anything of that sort?

10      A     No, but sometimes I wish I did.

11      Q     But you don't remember who the prescriber was?

12      A     No.

13      Q     Are you aware -- we are done with that exhibit.

14   Are you aware that the Board of Medicine and Osteopathic

15   Medicine met on August 5th, 2022, to discuss this

16   petition to initiate rulemaking?

17      A     Yes.

18      Q     Are you aware that Surgeon General Ladapo was

19   invited to speak?

20      A     Yes.

21      Q     And I should ask, this is all part of the

22   rulemaking record in the public books, I assume you are

23   familiar with those?

24      A     Yes.

25      Q     And I presume that you got up to speed, having

Monica Mortensen, D.O
September 28, 2023

1   been appointed after this time, you got up to speed on

2   what had happened prior?

3       A    Oh, yes.

4       Q    And Dr. Ladapo discussed the -- what ACHA had

5   done with the GAPMS Report and urged the Board to move

6   forward with rulemaking?

7       A    Yes.

8       Q    Do you know if Dr. Ladapo has provided

9   treatment for gender dysphoria?

10      A    I am unaware.

11      Q    Also the Boards heard from a Mr. John Wilson

12  from the Florida Department of Health?

13      A    Yes.

14      Q    Is that the individual you were mentioning

15  earlier?

16      A    Maybe, I don't know.

17      Q    And he presented the petition to initiate

18  rulemaking?

19      A    Yes.

20      Q    And do you recall that the Boards heard from

21  Dr. Michael Howler, the Chief of Pediatric Endocrinology

22  at UF?

23      A    Yes.

24      Q    And he urged the Boards to reject the petition

25  and cited his extensive knowledge of working with

Monica Mortensen, D.O
September 28, 2023

 1  transgender youth?

 2          MR. PERKO:  Object to form.

 3      A    Yes.

 4  BY MS. CHRISS:

 5      Q    And the Boards also heard from a Dr. Van Meter

 6  are you familiar with him?

 7      A    Not really.

 8      Q    Are you familiar that he presented to the

 9  Boards?

10      A    Yes.

11      Q    Are you aware that he was an expert witness

12  retained by the state in the lawsuit against the Agency

13  For Healthcare Administration?

14      A    I'm sorry, repeat that?

15          MR. PERKO:  I'll object to the form.

16  BY MS. CHRISS:

17      Q    Are you aware that he was an expert witness who

18  was retained by the state in the other litigation

19  against the Medicaid rule banning gender-affirming care?

20          MR. PERKO:  Object to form.

21      A    No, I don't.  I don't know anything about that.

22  BY MS. CHRISS:

23      Q    Are you aware that Dr. Van Meter was paid by

24  the Florida Agency of Healthcare Administration to

25  attend the board meeting at issue?

Monica Mortensen, D.O
September 28, 2023

1           MR. PERKO:  Object to form.

2      A    No, not aware of that.

3  BY MS. CHRISS:

4      Q    You are familiar with the GAPMS report?

5      A    Yes.

6      Q    And Dr. Van Meter was one of the consultants

7  that created that report?

8           MR. PERKO:  Object to form; relevance.

9      A    Yeah, I'm not sure.

10  BY MS. CHRISS:

11      Q    That report was presented to the Boards as a

12  part of what you were to rely upon in the decisionmaking

13  process in deciding whether to pursue these rules; is

14  that correct?

15           MR. PERKO:  Object to form.

16      A    I'm not sure what you are asking me?  So I

17  didn't really answer.

18  BY MS. CHRISS:

19      Q    Oh, are you -- let me break this up to separate

20  questions, apologies.  So you're aware of the GAPMS

21  report that found treatment for gender dysphoria to be

22  experimental?

23      A    Yes.

24      Q    And that was what we discussed was the Agency's

25  findings in the petition to initiate rulemaking that we

Monica Mortensen, D.O
September 28, 2023

1    just looked at?

2        A    Yes.

3        Q    Okay.  And are you aware that Dr. Van Meter was

4    one of the consultants who helped with the creation of

5    the GAPMS report?

6            MR. PERKO:  Object to form.

7        A    I wasn't aware who was involved in that

8    process.

9    BY MS. CHRISS:

10       Q    But you were aware that Dr. Van Meter presented

11   to the Board?

12       A    Yes.

13       Q    On these findings?

14       A    Yes.

15       Q    In your experience, have you seen other

16   instances where an outside person was paid to come speak

17   to the Board about an issue like this?

18       A    I wouldn't know anything about that.

19       Q    During your time on the Board has that

20   happened?

21       A    I have no knowledge of that.

22       Q    Okay.  So the Board of Osteopathic Medicine

23   then met on August 12th to discuss the joint -- let me

24   back up.  There was a joint committee formed with

25   certain members from the Board of Medicine and certain

Monica Mortensen, D.O
September 28, 2023

 1   members from the Board of Osteopathic Medicine; is that

 2   correct?

 3      A    That is correct.

 4      Q    You would later be a part of that committee?

 5      A    That is correct.

 6      Q    So the initial August 5th meeting was the Board

 7   of Medicine meeting to discuss the petition to initiate

 8   rulemaking, and the August 12th meeting was the Board of

 9   Osteopathic Medicine meeting to discussion the petition

10   to initiate rulemaking; is that correct?

11      A    I would have to check dates, but that seems

12   accurate.

13      Q    And, again, Surgeon General Ladapo spoke and --

14   is that correct?

15      A    Yes.

16      Q    Okay.  And it states that in the meeting

17   minutes for that meeting, it states that only one public

18   comment was given by an individual named Dr. Tom Benton;

19   do you know who that is?

20      A    Not personally, no.

21      Q    Are you aware of him?

22      A    No.

23      Q    The meeting minutes reflected --

24           MR. PERKO:  Counsel, I'm going to -- we had a

25      stipulation that there would be no factual discovery

Monica Mortensen, D.O
September 28, 2023

1    about the rulemaking, and that's exactly what you

2    are doing here, violating the stipulation.  This has

3    nothing to do with Dr. Mortensen's expert opinions.

4         MR. REDBURN:  Sure it does.

5         MS. CHRISS:  Dr. Mortensen provides expert

6    opinions on, as we established earlier, the Board of

7    Medicine rules banning treatment for minors, SB 254,

8    and the emergency rules, and informed consent forms.

9         MR. PERKO:  What does that have to do with the

10   rulemaking here?

11        MS. CHRISS:  I'm asking her about the Board of

12   Medicine rules that ban treatment for gender --

13        MR. PERKO:  You are asking about the process

14   and what was done during that.  That's factual

15   discovery into the rulemaking process --

16        MR. REDBURN:  She's testified at the beginning

17   of this deposition that the reason she was asked to

18   be an expert was because of her involvement in the

19   administration process that led to the development

20   of these forms.  She drew the connection --

21        MR. PERKO:  These forms.  You are not talking

22   about the forms.

23        MR. REDBURN:  It's all part of same rulemaking.

24        MS. CHRISS:  Mr. Perko, if I may, paragraph 2

25   of page 1 of her report says: In summary, there's a

Monica Mortensen, D.O
September 28, 2023

Page 119

1    medical basis for the bans on access to medications

2    and surgeries for transgender youth diagnosed with

3    gender dysphoria that was set forth by the Florida

4    Boards of Medicine and Osteopathic Medicine, and by

5    the Florida Legislature through SB 254 and is

6    implementing rules.

7         She has provided an expert opinion that there

8    is a medical basis for these bans and I'm simply

9    asking for her understanding of the medical basis

10   for those bans.

11        MR. PERKO:  You are not asking her about the

12   medical basis of the bans, you are asking her what

13   happened during the rulemaking process where she

14   wasn't even involved.

15        MS. CHRISS:  I asked Mr. Mortensen if she had

16   familiarized herself with the process, because she

17   took a vote on February 10th, 2023, in favor of

18   banning this care and we need to understand what

19   that vote was based upon.

20        MR. PERKO:  All right.  I'll see where you go

21   with this, but I think we're wasting a lot of time

22   and I think you are violating the stipulation.

23        MR. REDBURN:  Go ahead.

24        THE WITNESS:  Can I take a bathroom break?

25        MS. CHRISS:  Absolutely.

Monica Mortensen, D.O
September 28, 2023

Page 120

1          MR. REDBURN:  Should we break for lunch?

2          MR. PERKO:  That's probably a good idea.

3          MS. CHRISS:  Yeah.  I think that makes sense.

4      Come back at 2:00.

5          (Break taken at 12:52 until 2:02 p.m.)

6   BY MS. CHRISS:

7      Q    Dr. Mortensen, here we are again.  I am going

8   to show you -- hand you what we'll mark as Exhibit 4.

9   If you don't mind taking a moment to look at this

10  document.  The first page is an e-mail from Matthew

11  Benson, then the pages that follow are an open letter to

12  the Florida Board of Medicine.  Oh, actually, sorry,

13  could I have these exhibits back for a moment.  Sorry

14  about that.

15          Do you recall writing an open letter to the

16  Board of Medicine with Dr. Benson and several other

17  physicians?

18          (Plaintiffs' Exhibit Number 4 was marked for

19      identification.)

20      A    Yes, I do.

21  BY MS. CHRISS:

22      Q    Was that on or about September 26, 2022?

23      A    I believe I just saw that date, yes.

24      Q    And apologies for that.

25      A    No, it helped jog the memory.

Monica Mortensen, D.O
September 28, 2023

1    Q    Great.  What was the open letter submitted --

2  what was the purpose?

3    A    The purpose was to give our opinion, as people

4  who practice pediatric endocrinology, our view of the

5  low-grade research and affirmative medications and care

6  of people with transgender in adolescence.

7    Q    And you signed onto this letter, correct?

8    A    Correct.

9    Q    And who were the other -- Matthew Benson I

10  understand also works at Nemours?

11    A    That is correct.

12    Q    He is now a member of the Board of Medicine?

13    A    That is correct.

14    Q    Who is Larry Fox?

15    A    Larry Fox is currently our Division Chief of

16  Pediatric Endocrinology.

17    Q    Dr. Hasan is the one you mentioned stopped

18  providing this treatment?

19    A    Correct.

20    Q    Dr. Mauras?

21    A    Dr. Mauras.

22    Q    Mauras.

23    A    Formerly the division chief, but she's our

24  vice-chair of clinical research for Nemours for the

25  state of Florida.

Monica Mortensen, D.O
September 28, 2023

Page 122

1    Q    Does she provide any treatment for gender

2 dysphoria?

3    A    No.

4    Q    Monica Mortensen, that's you.

5    A    That's me.  That's Lou.

6    Q    Lou -- here we go.  Now seeing it helps.

7    A    Sure.

8    Q    I mean, it doesn't help.  It makes it harder.

9    A    It really doesn't, yeah.

10    Q    Now I get what you meant.  Dr. Lou is the other

11 individual who had some experience in prescribing

12 blockers but currently is not providing treatment for

13 gender dysphoria?

14    A    That's correct.

15    Q    Dr. Snyder?

16    A    Correct.  She's another pediatric

17 endocrinologist in our group at Nemours.

18    Q    Does she provide treatment for gender

19 dysphoria?

20    A    No, she does not.

21    Q    There's an APRN Joe Permuy?

22    A    Uh-huh.

23    Q    Who's he?

24    A    He's one of the nurse practitioners who worked

25 with us at pediatric endocrinology.

Monica Mortensen, D.O
September 28, 2023

Page 123

1    Q    Does he provide treatment for gender dysphoria?

2    A    No, he does not.

3    Q    Same question Kaley Carroll?

4    A    Also one of our nurse practitioners.

5    Q    And does she provide treatment for gender

6    dysphoria?

7    A    No, she does not.

8    Q    And you stated earlier that Dr. Benson, to your

9    knowledge, does not?

10    A    Not to my knowledge.

11    Q    So you submitted this letter to the Boards of

12    Medicine, this was prior to being appointed to the Board

13    of Osteopathic Medicine?

14    A    That's correct.

15    Q    Okay.  What, sort of, compelled you and the

16    other doctors to provide this testimony?

17    A    Well, it's just something that we've been

18    seeing in some of our patients, just as I had said, some

19    of my patients that I treat for other endocrinopathies,

20    they have also transgender dysphoria, and many of them

21    also have other patients they may be treated for another

22    endocrinopathy but who are also treating as well at

23    another center for transgender.

24    Q    You were appointed to the Board of Osteopathic

25    Medicine in December of 2022; is that correct?

Monica Mortensen, D.O
September 28, 2023

Page 124

1    A    That's correct.

2    Q    When were you first contacted about the
3    appointment to the Board?

4    A    Shortly before that.

5    Q    Okay.  Who were you contacted by?

6    A    I honestly don't recall the name, I'm terrible
7    with names.

8    Q    What was the process that led to you becoming a
9    board member?

10    A    Dr. Benson actually applied for the Allopathic
11    Board, so he said why don't you apply for the
12    Osteopathic Board.  I didn't even know if there were any
13    openings or not, but I thought it might be something to
14    try and see a different side and view of medicine.  So I
15    just applied online.

16    Q    Okay.  When did you apply?

17    A    I want to say either end of October or
18    November.

19    Q    Okay.  How long was the process of being
20    selected and appointed?

21    A    I mean, probably several weeks, or a month,
22    after the application was submitted.

23    Q    And who had to provide input on that process?

24    A    No one.  He just told me go online, go online
25    and you can apply for the position.

Monica Mortensen, D.O
September 28, 2023

1    Q    I apologize.  The process of you being -- I

2    assume there are more candidates, that everybody who

3    applies doesn't get appointed to the Board?

4    A    I would assume as well.

5    Q    What goes into how they decide who will be

6    appointed to the Board?

7    A    You have to ask them, I'm not part of the

8    decisionmaking process of who gets to be on the Board.

9    Q    Okay.  Do you have any idea why you were

10   selected?

11   A    I believe because there's no one doing

12   pediatrics on the Board.  I also had worked at a

13   federally qualified health center that worked with

14   family practice, we did funding, we did a lot of QI, so

15   I have a QI background.  I did pediatrics, as well as

16   pediatric endocrinology also, and as part of doing that

17   job we looked at standards of care for screening for

18   breast cancer, heart disease, vaccinations, and I've

19   also, as you had mentioned earlier, that I'm, you know,

20   certified to read densitometry, so that's also big for

21   women's health, a women's health issue as well.  So I

22   have a pretty vast background, so I've been doing it for

23   a while, so I would assume that would have played a role

24   in it.

25   Q    Did anyone other than Dr. Benson encourage you

Monica Mortensen, D.O
September 28, 2023

Page 126

1   to apply?

2       A    No.

3       Q    And this is a -- this is an appointment that is

4   made by the Governor; is that correct?

5       A    That's my understanding.

6       Q    Did you speak to anyone else, other than Dr.

7   Benson, in the application or selection process?

8       A    Not to my knowledge, no.

9       Q    Like, who informed you you had been appointed?

10      A    Actually, I think Dr. Benson saw the notice,

11  because he got -- he was looking for his and he said,

12  You've been appointed.  So it was posted, so I could see

13  that I got the position.

14      Q    And how did you become a member of the Florida

15  Boards of Medicine and Osteopathic Medicine's Joint

16  Rules and Legislative Committee?

17      A    Initially when you join they give a you list of

18  committees to join, so everybody has some roles that

19  they have to play.  So I had signed up for various

20  committees, and I believe that was one of them.  Then

21  when it came time for drafting the consents, because I

22  have experience in pediatric endocrinology it seemed

23  like a good idea for me to sit on that Rules Committee.

24      Q    You were on that Rules Committee, though, prior

25  to the informed consent process?

Monica Mortensen, D.O
September 28, 2023

1     A     Yes.

2     Q     You were on that committee during the voting on

3     rule -- the rules at issue that you and Dr. Benson

4     submitted this letter about?

5     A     Can you clarify?  It sounds like you are saying

6     I was on the committee when that letter was submitted --

7     Q     No.  No.

8     A     -- and that's not true.

9     Q     I apologize.  So September you submit a letter

10     to the Boards of Medicine encouraging their adoption of

11     the two rules that we discussed previously that banned

12     the treatment for minors.  You then were appointed in

13     December.  And then you voted on that, those rules, you

14     voted on the Osteopathic Medicine version, in February

15     of 2023, correct?

16     A     Correct.

17     Q     Okay.  And did anyone ask you to join the Rules

18     and Legislative Committee or --

19     A     No.  We were given -- here's a list, I mean,

20     there's also, like, the Medical Marijuana Board, but

21     what does a pediatric endocrinologist know about that,

22     and for rules I feel like I'm, kind of, well-rounded and

23     I can investigate, talk with experts, so I felt more

24     comfortable going that route than the marijuana.  I

25     don't have any physician assistants in my practice, so I

Monica Mortensen, D.O
September 28, 2023

Page 128

1    didn't want to join that committee, so.

2        Q    Okay.  And were any of the other members of the

3    Joint Rules and Legislative Committee pediatric

4    endocrinologists?

5        A    Dr. Benson.

6        Q    Just you and Dr. Benson?

7        A    Are pediatric endocrinologists, yes.

8        Q    Are you aware that Dr. Benson also spoke in

9    favor of the rule banning Medicare coverage of

10   gender-affirming care?

11       A    No.

12       Q    He didn't talk to you about that?

13       A    No.

14       Q    Did you provide any testimony or written

15   comments?

16       A    No.  The only written comment is that open

17   letter.

18       Q    Okay.  So did you and Dr. Benson and the other

19   doctors that signed onto this, kind of, collaborate on

20   this letter?

21       A    He had informed us that he was going to send a

22   letter and he asked us to review and see if it seemed

23   factual or if anything seemed wrong or inappropriate,

24   then if any of us wanted to sign the letter we could.

25       Q    So you reviewed it, I assume agreed with it,

Monica Mortensen, D.O
September 28, 2023

1  and signed on?

2      A    Yes.

3      Q    Were there discussions between the authors --

4  or the signatories?

5      A    Not in regards to, like, the huge content, I

6  mean, we all knew who was signing, because our names

7  were on there.  Dr. Benson I think spent a good time

8  with Dr. Mauras in making some of the edits to the

9  letter.

10     Q    When you were working on this letter did you

11  discuss -- there's a part of the letter that discusses

12  youth and young adults that are openly expressing regret

13  and de-transitioning.  Did you guys talk about

14  detransitioners and that experience?

15     A    I know that with Dr. Hasan and Dr. Torres,

16  because that's, kind of, their area that they were going

17  into, they mentioned that they had heard, and I believe

18  that they might have had a patient or two, I don't know,

19  it's all hearsay, about detransitioners.  But there's

20  been a lot of stuff in the news about detransitioners.

21  So it's not that it's an unheard of topic.

22     Q    But you haven't -- I think you mentioned early

23  you hadn't had any patients report to you that they had

24  de-transitioned or regretted --

25     A    Correct.

Monica Mortensen, D.O
September 28, 2023

Page 130

1      Q      -- treatment?  Are you aware that Dr. Benson

2  participated in a round table discussion with Surgeon

3  General Ladapo and detransitioners?

4      A     No, I didn't.

5      Q     He didn't share anything about that with you?

6      A     No.  We have to be careful with the whole Board

7  thing because of the Sunshine State Law.  There's a lot

8  of things, especially since we know that transgender is

9  a topic for the Board, that we just kind of shut and

10  don't discuss that.  He might discuss it with other

11  colleagues, I might discussion it with other colleagues,

12  but I didn't know that he did that, or if he did I don't

13  recall it.

14      Q     I apologize.  So I should have specified the

15  timeline.  So prior to you-all being appointed to the

16  Board, so no issues with communications there, the round

17  table that he participated in was on July 8th of 2022.

18  So I was wondering if his experience hearing from

19  detransitioners was at all discussed in you-all writing

20  about that topic in this letter in September?

21      A     I don't recall discussing that.

22      Q     Okay.  Would you -- you mentioned earlier to

23  the best of your knowledge Dr. Benson has not provided

24  treatment for gender dysphoria, correct?

25      A     Correct.

Monica Mortensen, D.O
September 28, 2023

Page 131

1    Q    Would you describe him as an expert in gender

2  dysphoria?

3    A    I -- I mean, I would say he's well-read on it.

4  I wouldn't say he's an expert on it.

5    Q    I'm going to show you what we'll mark, I

6  apologize I had to take this last one back, so actual

7  Number 4.  There's two copies there.  Dr. Mortensen,

8  this is the -- what appears to be the agenda from that

9  round table.  I just want to ask if you are familiar

10  with some of these names, if you look under intro you'll

11  see, you know, expert Matthew Benson.  Are you familiar

12  with a Stella O'Malley?

13          (Plaintiffs' Exhibit Number 4 was marked for

14    identification.)

15    A    No.

16  BY MS. CHRISS:

17    Q    Or a Joseph Burgo?

18    A    No.

19    Q    Do you recall during several of the Board of

20  Medicine meetings that you state you reviewed the public

21  book and the testimony of from the meeting minutes, do

22  you recall hearing from a detransitioner Chloe Cole?

23    A    Yes.

24    Q    And a detransitioner Sophia Galvin?

25    A    Yes.

Monica Mortensen, D.O
September 28, 2023

1       Q      And a parent named Amy Atterberry?

2       A      Yes.

3       Q      Okay.  So those were folks that also testified

4    at the Board of Medicine meetings?

5       A      Correct.

6       Q      Have you had any other experiences with those

7    individuals?

8       A      Like, personal experience?

9       Q      Through your role on the Board or elsewhere?

10      A      Oh, no.  No.  I think Chloe is quite an

11   advocate, so I've seen some interviews.

12      Q      Yes, so if you look below of run of show where

13   you see Dr. Benson spoke after it says Amy, Billy

14   Burleigh, Erin Brewer, and Richie.  Do you recall in the

15   public book that you reviewed seeing written comments

16   from these individuals?

17      A      I don't recall.

18      Q      Okay.  And then if we could -- sorry, below

19   where it says:  Experts and the evolution of

20   gender-affirming care, you see it says Dr. Benson is

21   listed as one of the experts, and discuss the knowns and

22   unknowns of medical intervention with puberty blockers

23   and cross-sex hormone treatment models in children.

24              Did Dr. Benson participate in any of the

25   meetings you discussed earlier at Nemours where the

Monica Mortensen, D.O
September 28, 2023

Page 133

1  provision of this care was discussed?

2      A    No, I don't think he was there at the time.

3      Q    Do you know if prior to his joining Nemours he

4  was providing treatment for gender dysphoria?

5      A    I'm not sure.

6      Q    Okay.  Thank you.  If you could just flip to

7  the back briefly, the last bullet point says: Let them

8  know their stories will be provided to the Board of

9  Medicine and we will follow-up to make sure their

10  stories are told.  You see that?

11      A    Uh-huh.  Yes.

12      Q    Is that consistent with your experience of

13  these folks stories being told?

14      A    Yes, a lot of stories were told.

15      Q    All right.  Thank you.  Dr. Mortensen.

16      A    Yes, that's me.

17      Q    My apologies.  Do you know how comments --

18  public comments are submitted to the Board?

19      A    You mean for the actual meeting or do you mean

20  via the ones that come in through the iViewer?

21      Q    Excellent question.  Let's first do the ones

22  that come in like the one you submitted to the Boards.

23      A    So you just -- you can e-mail the Board of

24  Medicine.

25      Q    Okay.  And what about in-person testimony at

Monica Mortensen, D.O
September 28, 2023

Page 134

1   the hearings, how does that happen?

2       A    So typically they would -- in the meetings I've

3   been at they would pass around cards and people would

4   sign up.  There are certain circumstances I think where

5   people were on the agenda, but they would have cards to

6   put their name on and then there was just a stack and

7   they were shuffled and they were put in front of the

8   moderator and the moderator would just draw from the

9   pile.

10      Q    Okay.  If we can just -- turning back to your

11  letter for one moment.  You discuss in the letter that

12  you submitted to the Board that this is -- that your

13  deeply concerned about the off-label use of puberty

14  blockers and cross-sex hormones; do you remember saying

15  that?

16      A    Yes.

17      Q    What does the phrase off-label mean?

18      A    It means that it's not FDA approved for that

19  indication.

20      Q    Are you aware that off-label does not mean

21  experimental?

22           MR. PERKO:  Object to form.

23      A    Depends on, I guess, your interpretation of it.

24  Sometimes when it's off-label there are -- when you get

25  an FDA approval there are people that use it off-label

Monica Mortensen, D.O
September 28, 2023

1  but still do research studies for it, so there's

2  literature data to support the use of it even though

3  they hadn't applied for through indication through the

4  FDA.  There are many meds that are used off-label, but

5  sometimes it could be considered experimental if there

6  really isn't a lot of data to support the use of it or

7  the long-term outcomes.

8  BY MS. CHRISS:

9      **Q     So it can be experimental?**

10     A     Experimental.

11     **Q     But off-label doesn't have anything to do with**

12 **whether a medication is safe and effective for a**

13 **particular use?**

14     A     By saying that something is FDA approved it's

15 saying the Food and Drug Administration has reviewed and

16 they support the data for the indication of the use and

17 the side effects or the risks.  When it's off-label it

18 means that it hasn't been reviewed by the FDA for that

19 indication.

20     **Q     Is it true that medications are often used**

21 **off-label, particularly in pediatrics?**

22     A     I would say that's fair.

23     **Q     Are you aware of a study that looked at**

24 **off-label use using a very restrictive definition of**

25 **off-label for pediatrics and found that approximately**

Monica Mortensen, D.O
September 28, 2023

Page 136

1  30 percent of encounters in children's hospitals

2  involved off-label use?

3      A    That wouldn't be surprising.

4      Q    Are you -- I apologize, I should have touched

5  on this during when we were going over the CV.  Are you

6  a member of the American Academy of Pediatrics?

7      A    Not anymore.

8      Q    When did you stop being a member?

9      A    I don't know, probably more than five years

10  ago.  It became too expensive with all the dues that we

11  have to do, with all the Endocrine Society, the ADA, and

12  the Pediatric Endocrine Society, and I only have so much

13  money, I had to chose which was going to be the best

14  bang for my buck.

15      Q    Understood.  Are you aware that the AAP

16  Committee on Drugs has a statement saying in no way does

17  a lack of labeling signify therapy is unsupported by

18  clinical experience or data in children?

19          MR. PERKO:  Object to form.

20      A    I mean, it's very possible that that's what

21  they said, but I couldn't quote you on it.

22  BY MS. CHRISS:

23      Q    And would you agree that among the reasons for

24  off-label use being common in pediatrics is that often

25  sponsors don't seek FDA approval after it's been

Monica Mortensen, D.O
September 28, 2023

Page 137

1    approved for one use because they don't expect that the

2    future revenue will offset the cost of obtaining

3    approval?

4        A    It's very fair to say yes.

5        Q    Dr. Mortensen, earlier you mentioned that you

6    had extensive experience treating growth problems; is

7    that correct?

8        A    That is correct.

9        Q    And have you prescribed aromatase inhibitors

10   for short stature?

11       A    I have.

12       Q    Are you aware that medication is not FDA

13   approved for that medication?

14       A    I'm very aware, which is why I tell my patients

15   that and I also document in my notes that it's off-label

16   use and the risk and the benefits.

17       Q    But you don't require written consent, right?

18       A    No, I don't.

19       Q    And you know there's no randomized control

20   trials supporting the use of that medication?

21       A    Dr. Mauras had a randomized control trials in

22   using it with (indiscernible) and she's well-published,

23   and has traveled the world showing her data.

24       Q    Is that a study you would be able to share with

25   us?

Monica Mortensen, D.O
September 28, 2023

Page 138

1     A     Sure.

2     Q     Thank you.  Why is it important to prescribe
3  these types of medications, like aromatase inhibitors,
4  to youth with growth issues?

5     A     So part of growth hormone deficiency and growth
6  disorders is trying to achieve a functional adult height
7  that someone would not be considered disabled or have
8  difficulty driving a car or all those other things.  So
9  we use growth hormone for the approval or the FDA
10  indications of whether the growth hormone deficiency,
11  idiopathic short stature, there's, you know, SGA,
12  there's a list of reasons it has been FDA approved for.
13  But sometimes when a child goes through puberty at a
14  normal age, but rather quickly, it confuses their growth
15  plates and compromise their adult height.  So the use of
16  the medication helps prevent the premature fusion of a
17  growth plate, because a growth plate should take several
18  years to fuse.  So they're undergoing a medical
19  condition that's causing fast fusion of the growth
20  plates, and this is to help slow down that fast
21  premature fusion to allow them more time grow to grow to
22  achieve a functional adult height.

23     Q     And do you -- scratch that.

24          Do you describe -- will you prescribe Lupron
25  for kids with short statute or growth issues?

Monica Mortensen, D.O
September 28, 2023

Page 139

 1     A    I have.

 2     Q    And is it FDA approved for that condition?

 3     A    No, it is not.

 4     Q    Do you prescribe metformin for patients with

 5   Type 2 diabetes?

 6     A    I do.

 7     Q    Is it FDA approved for that indication?

 8     A    For children over the age of 10 it is.

 9     Q    Have you prescribed it for children under the

10   age of 10?

11     A    No, I have not.

12     Q    You state in your open letter that there's

13   limited data from prospective controlled trials which

14   are the gold standard by which we judge any therapeutic

15   intervention; is that correct?

16     A    That is correct.

17     Q    Do you only prescribe medications that have

18   data from prospective controlled trials?

19     A    No.

20     Q    Are you aware that medical research on children

21   is less likely to use randomized trials than is medical

22   research for adults?

23     A    I am not aware, I know it's more challenging,

24   but that seems to be the studies that we do at our

25   centers.

Monica Mortensen, D.O
September 28, 2023

Page 140

1    Q    Do you believe there are times when it would be

2  unethical to conduct randomized trials?

3    A    Yes.

4    Q    Can you give me an example?

5    A    Sometimes when it's a life-threatening

6  situation, so there have been times, like, cancer agents

7  or things like that, that they have to get an approval

8  for.

9    Q    Would it be unethical to expose -- knowingly

10  expose a participant to an inferior intervention?

11        MR. PERKO:  Object to form.

12    A    I think that's one of the pitfalls of research

13  is when you do have placebo arms that is part of the

14  risk that happens with research.  So you could be giving

15  a med that one is a placebo and one is the med and you

16  don't know which one you are giving.

17  BY MS. CHRISS:

18    Q    If you understood that the benefits of the

19  treatment were demonstrated as alleviating the condition

20  at issue, would you find it unethical to withhold that

21  treatment from members of the control group?

22    A    I'm not sure what you are asking?

23    Q    Is it ethical to withhold treatment that you

24  know is effective in alleviating the condition at issue?

25    A    Could you rephrase that?

Monica Mortensen, D.O
September 28, 2023

Page 141

1      Q      In your opinion, would it be ethical to

2   withhold medical care for a person with a condition that

3   the medical care has been shown to improve that

4   condition?

5              MR. PERKO:  Object to form.

6      A      So I think -- are you asking me, like, in a

7   research setting?  Or, I mean, that's kind of the

8   problem that happens with research is, what you do is

9   you file for an exemption saying that we believe the

10  benefit outweighs the risk, and that's what we are going

11  to do, so.

12  BY MS. CHRISS:

13     Q      Okay.  So in your letter you state:  Rapid

14  proliferation of a myriad of clinics and programs where

15  many of these children are prescribed these therapies on

16  demand with little to no in depth assessment of the

17  psychological needs of these youngsters.  Do you recall

18  that?

19     A      I do.

20     Q      What are the myriad of clinics you-all are

21  referring to?

22     A      I mean, there's been clinics outside of Florida

23  as well.  I mean, I can't list them verbatim, but I just

24  remember that we were -- from my experience of -- there

25  are actually some pediatricians that are doing this and

Monica Mortensen, D.O
September 28, 2023

Page 142

1  there are people across state lines that are doing it,

2  it just seems like anybody -- anybody who wants to can

3  provided this medicine.

4      Q    So you state there's a myriad of clinics where

5  they are prescribing these therapies on demand with

6  little to no in-depth assessment.  Analysis did you-all

7  do to come to that conclusion?  That there's little or

8  no in-depth assessment?

9      A    I think that's the basis of our experience that

10  we've witnessed in the clinic, as I stated earlier, I

11  had many people that would tell me they went and they

12  saw a therapist and they got a letter saying, yes, this

13  is what I have, and they got one hour.  Just one hour

14  and you have the diagnosis and they want to start

15  medications today.

16          And the guidelines actually propose that you do

17  more in-depth, you have more conversation.  Even the

18  Dutch waiting a long time before they started

19  medications.  So that's why we are saying this rapid

20  pace it seems.  I had patients who have gone and on

21  their first visit I think were prescribed testosterone.

22  I know that happened at Duke, because I had two patients

23  who went to Duke for that.

24      Q    So other than two patients at Duke, what other

25  patients do you have personal knowledge of that

Monica Mortensen, D.O
September 28, 2023

Page 143

1   happening?

2        A    That's only the personal knowledge.   The rest

3   is what I've heard from friends and colleagues.

4        Q    Okay.   So -- okay.   Are you aware of whether

5   Dr. Benson did any analysis of the clinics, or had any

6   personal experience with patients having that experience

7   in order to come to this conclusion?

8        A    I don't know.

9        Q    When a patient is assessed for gender dysphoria

10  outside of your clinic, or even, I guess, in your

11  clinic, I presume you don't sit in with the

12  psychologist?

13       A    Correct.

14       Q    How are you able to decide how in-depth of an

15  assessment was done for that patient?

16       A    A lot of times it's the notes that they forward

17  or the letter that they submit.   So sometimes it's

18  saying, you know, I've worked with this patient for two

19  years, this has been the history, this is why they meet

20  the criteria, so on and so forth.   If I know it's a

21  reputable source and it's confirmed by the conversation

22  I'm having, it's a far more comfortable situation then

23  receiving a letter that's just very generic and blank

24  and saying, I assessed the patient, this is what they

25  have, then asking the patient how many -- you know, how

Monica Mortensen, D.O
September 28, 2023

Page 144

1  many sessions did you have?  What did you discover under

2  the sessions?  What do you know about it?  Finding they

3  were very limited evaluations.

4      Q    How many of the letters that were sent to you

5  were those, sort of, blank this is the patient, this is

6  what they have?

7      A    I can -- remember, I only have a small handful,

8  so it was only about two.

9      Q    And you don't remember who the therapist was

10  that wrote that letter?

11      A    No.

12      Q    Okay.  You state in the open letter:  We

13  commend the largest longitudinal intervention trial

14  funded by the NIH in 2015 in US transgender youth, et

15  cetera, et cetera.  Are you familiar with that statement

16  made?  You talk about how it's critically important to

17  do these clinical trials, right?

18      A    (Shakes head.)

19      Q    Do you believe that clinical trials should be

20  occurring in Florida to study the impacts on transgender

21  youth?

22      A    I think there's enough people in the world and

23  the United States doing it that we really don't have to

24  do it here.

25      Q    You say -- I think you've addressed it, just

Monica Mortensen, D.O
September 28, 2023

Page 145

 1   want to make sure.  You say:  We have witnessed children

 2   being prescribed cross-sex hormones after a single brief

 3   visit to clinics.  When you say witnessed, what do you

 4   mean there?

 5       A    As I said earlier, I witnessed it from two

 6   patients from Duke that they left to go there and on

 7   their first visit they were taught how to give

 8   testosterone and they had the injections on that first

 9   visit.  Then Dr. Mouras and some other colleagues had

10   shared their experience of similar situations happening

11   at other places.

12       Q    Of patients relaying to them --

13       A    Relaying to them.

14       Q    Something happened elsewhere?

15       A    Uh-huh.

16       Q    And how many patients would you say they

17   experienced that with?

18       A    I couldn't quantify.

19       Q    Do you know what -- other than Duke, what

20   clinics this occurred at?

21       A    I don't recall.

22       Q    You didn't reach out to anyone at Duke to share

23   your concerns?

24       A    No, instead at that time I think UF came into

25   play and other centers in Florida came into play, so

Monica Mortensen, D.O
September 28, 2023

Page 146

1   people weren't really going to go up to Duke.  We took

2   them off our list of referring places.

3       Q    Is -- so UF is not among the clinics that you

4   are referring to that, are in your-all's opinion,

5   providing this care incorrectly?

6       A    Again, I haven't had a lot recently, but I

7   don't -- I, myself, don't recall my patients.  I believe

8   I heard from someone else they did, there was issue, but

9   I, myself, personally, no.

10      Q    Okay.  And you-all still refer patients there?

11      A    Yes.

12      Q    Okay.  Similar question, you say prescribed.

13  These folks were prescribed by physicians, and

14  non-physician providers with limited experience and

15  minimal to no involvement by well-trained psychologists.

16  How did you come to know what experience the provider at

17  the Duke clinic had for the two patients you were

18  referring to?

19      A    Well, when I asked the patient they weren't

20  even seen by a psychologist or anyone up there, they

21  were only seen by the endocrinologist.  And they used

22  the exact same generic letter that I had, and just

23  presented it to them, took it as factual, and started

24  medication.

25      Q    But you don't know what experience and training

Monica Mortensen, D.O
September 28, 2023

Page 147

 1  that endocrinologist had?

 2      A    No.

 3      Q    Or how many patients they had treated for

 4  gender dysphoria?

 5      A    No.  As I said earlier, it's a relatively new

 6  field, so when you are defining an expert, two years,

 7  three years, five years, I mean.  Ten or plus more years

 8  of direct patient care would be an expert.  So seeing

 9  that this is a relative new field, there's not a lot of

10  experts in the United States.

11      Q    You state in your open letter:  The Florida

12  Department of Health commissioned two researchers from

13  McMaster University.  What are you referring to there?

14      A    I don't remember.

15      Q    It says:  To understand the state of the

16  evidence the Florida Department of Health commissioned

17  two researchers from McMaster University where the term

18  evidence-based medicine was coined for a systematic

19  review of the available evidence.  Then there's a link

20  to ACHA.myflorida.com/letkidsbekids.  What is the

21  McMaster University report you are talking about?

22      A    I don't remember all the details, I have to

23  refresh myself on that.

24      Q    Are you familiar with what let kids be kids is

25  referring to?

Monica Mortensen, D.O
September 28, 2023

Page 148

 1    A    Vaguely, but I don't remember all of the

 2   details.

 3    Q    Okay.  And in the end of your letter you state:

 4   A group of physicians, psychologists, risk management

 5   experts, ethicists, and lay people on a medical board

 6   should be able to assess the evidence while also

 7   advising on a proper standard of care as opposed to

 8   legislative and political bodies.  Do you recall that?

 9    A    Yes.

10    Q    So you agree that legislative and political

11   bodies shouldn't be making these decisions?

12         MR. PERKO:  Object to form.

13    A    I think that it would be great if physicians

14   could monitor physicians, but, unfortunately, sometimes

15   it goes beyond that and government regulation needs to

16   come into play.  The opioid epidemic is the biggest

17   example of that over the years.

18    Q    When it comes to the treatment of gender

19   dysphoria are you aware of any complaints that were

20   filed against providers from misprescribing or

21   misdiagnosing?

22    A    You just had a list of people that testified

23   saying that they did have complaints.

24    Q    Those individuals, or is it your understanding

25   that any of those individuals are Florida residents or

Monica Mortensen, D.O
September 28, 2023

1   received medical care in Florida?

2       A    I don't know, but --

3       Q    So --

4       A    -- I'd like to make sure they received

5   healthcare here.

6       Q    Are you aware of any complaints filed against

7   providers for providing this care inappropriately?

8       A    Not yet.

9       Q    And when you say -- you said:  A group of

10  physicians, psychologists, risk management experts,

11  ethicists, and lay people on a medical board should make

12  these decisions.  What psychologists were involved in

13  the Board of Medicine and Osteopathic Medicine's

14  rulemaking to ban gender dysphoria care for minors?

15      A    I don't remember.

16      Q    What about risk management experts?

17      A    I don't recall if they were involved.

18      Q    What about ethicists?

19      A    I'm not sure.

20      Q    Okay.  As I mentioned earlier, there was an --

21  I don't know if I mentioned it earlier.  Are you aware

22  there was a public workshop on the Board of Medicine and

23  Osteopathic Medicine's rules that were promulgated in

24  this case that we discussed earlier?

25      A    Sorry, I should vocalized and not make a face,

Monica Mortensen, D.O
September 28, 2023

Page 150

1  but, I'm sorry --

2      Q    I got what you meant.  It was clear.

3      A    But for the record, I have to say, I'm sorry,

4  what?

5      Q    Yep, I bet that's what she's already written.

6  What is a public workshop, in terms of the rulemaking

7  process?

8      A    My understanding is that it is an open forum of

9  people, either scheduled to speak or allowed to speak,

10  in regards to certain topics.

11      Q    Okay.  Are you aware there was a public

12  workshop for the development of the Board of Medicine

13  and Osteopathic Medicine's rules creating a standard of

14  care for gender dysphoria treatment in minors?

15      A    Yes.

16      Q    And have you reviewed the public book that was

17  associated with that, that workshop?

18      A    I went through some of it, yes.  Most.

19      Q    And --

20      A    It was a lot.

21      Q    It was a lot.  And you are aware that the

22  Boards invited expert -- subject matter experts to speak

23  at that meeting?

24      A    Yes.

25      Q    What is the purpose of a rulemaking workshop?

Monica Mortensen, D.O
September 28, 2023

Page 151

1    A    I would believe it's to make rules in regards

2  to certain issues for the public safety and health.

3    Q    Are you aware of how the subject matter experts

4  were selected?

5    A    No, I am not.

6    Q    Are you familiar with Dr. Patrick Hunter?

7    A    Yes, I am.

8    Q    And how?

9    A    He's on the Board.

10    Q    And what is his profession?

11    A    I believe he's a pediatrician, and I think he

12  has a background in ethics, but I'm not 100 percent

13  sure.

14    Q    Was he a member of the joint committee that you

15  sat on?

16    A    Yes.

17    Q    Are you aware that he invited Dr. Michael Biggs

18  to be a subject matter expert?

19    A    No, not aware of who he invited.

20    Q    Are you aware that he invited Dr. Kaltiala to

21  be a subject matter expert?

22    A    No.  Again, this was before my time, so I don't

23  know who invited or who was in charge of inviting or who

24  chose who got to speak.

25    Q    Okay.  Are you aware that Dr. Michael Laidlaw

Monica Mortensen, D.O
September 28, 2023

Page 152

1    was one of the subject matter experts?

2        A    I believe so, yes.

3        Q    Are you aware he -- actually, we'll come back

4    to that in a moment.  I apologize.  Who is Danielle

5    Terrell?

6        A    Oh, she's one of the administrators for the

7    Osteopathic Board.

8        Q    Would you agree that she's the executive

9    director?

10       A    Yes, that's her actual title, thank you.

11       Q    Great.  Have you -- strike that.

12            What is your understanding of Ms. Terrell's

13   role?

14       A    That she's one of the administrators, so she

15   takes in a lot of the paperwork and sorts through it,

16   works with the lawyers, works with us, works with a team

17   of people to help with all the business that happens

18   with the Board.

19       Q    Is she a part of the public hearings and

20   workshops and things like that?

21       A    I believe she was -- had to be present.

22       Q    What is your understanding of -- I know you

23   touched on this earlier, but when folks show up to

24   testify or provide public comment, what's your

25   understanding of the process by which they are able to

Monica Mortensen, D.O
September 28, 2023

 1   do so?

 2       A    So you are meaning at the meetings?

 3       Q    Uh-huh.

 4       A    So it kind of depends on the type of meeting.

 5   I believe that on the February meeting there were people

 6   who submitted complaints that wanted to speak and so

 7   they were granted to speak, then it was open forum with

 8   the cards that we previously discussed.

 9       Q    So there's cards that you fill out when you get

10   there and then if they choose you you get to speak; is

11   that correct?

12       A    Uh-huh.

13       Q    Is it your understanding that this is random?

14       A    Yes.

15       Q    I'm going to show you what I'm going to

16   actually mark this time as Exhibit 5.  This is an e-mail

17   exchange.  Do you see the name where it says from up

18   top?

19           (Plaintiffs' Exhibit Number 5 was marked for

20           identification.)

21       A    Yes.

22   BY MS. CHRISS:

23       Q    And is that the Danielle Terrell who's the

24   executive director of the board that you sit on?

25       A    Yes.

Monica Mortensen, D.O
September 28, 2023

Page 154

1    Q    It states, if you will turn to page 2 for me,

2    down at the bottom where it starts:  October 25th, 2022,

3    Danielle, I work with Vernadette Broyles and she asked

4    me to send you the list of testifiers for Friday.

5              Do you see that?

6    A    Yes.

7    Q    And Dr. Laidlaw, above that from Vernadette

8    Broyles it says:  To be clear, the expert is Dr. Michael

9    Laidlaw, endocrinologist.

10             Do you see that?

11   A    Yes.

12   Q    If you turn to page 4 for me.  For the record

13   this is Bates stamp FDOH000042405.  If you see where at

14   the top it says:  Danielle Terrell said thank you.

15   Below that, someone named Bettye Strickland, do you know

16   who that is?

17   A    I think I'm on the wrong page.

18   Q    Oh, I apologize.  The fourth page.  The back of

19   the second page.

20   A    Are we counting --

21        MR. PERKO:  The bottom it is 4205.

22   A    4205.  Okay.

23   BY MS. CHRISS:

24   Q    Yeah.  Are you there?

25   A    Front and back.  Page 4 you mean the back?

Monica Mortensen, D.O
September 28, 2023

Page 155

1    Q    Yes, I apologize.

2    A    That's okay.  The other one is one-sided.  I'm

3    on the right page.  Hurray.

4    Q    Thank you.  If you go to the middle where that

5    e-mail from Danielle Terrell on Wednesday, October 26,

6    2022, it states:  Please see the list of people below

7    that will be the first to make public comment.  We need

8    to ensure that cards are filled out for all

9    detransitioners and the parent.

10           Do you see that?

11    A    Uh-huh.

12    Q    Do you know who Vernadette Broyles is, the

13    individual who sent this em-mail to Danielle Terrell?

14    A    No.

15    Q    Are you familiar with the Child and Parental

16    Rights Campaign?

17    A    Not really.

18    Q    What do you know?

19    A    They do child and parental rights.  I mean, I'm

20    sure they submitted things to the Board to read, but, I

21    mean, we get, like, 6,000 pages of documents for things

22    for and against, so I don't really associate the name

23    for or against, so.

24    Q    Understood.

25    A    This is also well before my time.

1    Q    Right.  Right.  I'm just trying to get an

2  understanding of whether it is typical for the board to

3  pre-fill out speaker cards and ensure certain people

4  will be able to speak first.  Is that your experience or

5  understanding of how that process works?

6    A    I'm not really sure of what the process was.

7  All I can say is the meetings I was at they were handing

8  out cards for people.

9    Q    Okay.  If you could turn to page 9, which at

10  the bottom states -- or the Bates number is 000044022.

11    A    Yes.

12    Q    Okay.  In the middle you will see where

13  Danielle Terrell says on Thursday, October 27, 2022:

14  Jennifer, the list contains a total of 20 people not

15  including the SME, I believe that's meaning subject

16  matter expert.

17    A    Okay.

18    Q    This would total one hour of our public comment

19  time.  How would you like me to respond to this?

20         Do you see that?

21    A    Yes, I do.

22    Q    Do you know how much time was allotted for

23  public comment?

24    A    I wasn't there at the meeting, so I don't know.

25    Q    Would it be reasonable if I told you the

Monica Mortensen, D.O
September 28, 2023

1    meeting minutes reflected two hours?

2          MR. PERKO:  Object to form.

3    BY MS. CHRISS:

4      Q    Strike that question.  You are right.

5          So looking back, briefly, at the list I

6    directed you to at first on page 3, starts on the bottom

7    of page 2 and goes on to page 3.  Again,

8    detransitioners, do you recognize the names as folks who

9    testified at the Board meeting?

10     A    I mean, all I recognize is Chloe Cole, but

11   she's a very prominent figure.  I don't --

12     Q    Have you -- I apologize.

13     A    I mean, I'm terrible with names.  Faces I'm

14   better with, but I'm not really sure who they are.

15     Q    Have you had any interaction or any involvement

16   with Ms. Cole outside of her testifying at these

17   hearings?

18     A    No.  And I wasn't even at that hearing.

19     Q    Okay.  Okay.  Thank you.  Is it your

20   understanding that the public comments that folks

21   submit, there's a deadline by which they are provided?

22     A    I think you mean the time that they are allowed

23   to fill out the card --

24     Q    No, I'm sorry --

25     A    -- or do you mean the time --

Monica Mortensen, D.O
September 28, 2023

Page 158

1    Q    -- the one you send via e-mail.

2    A    I'm sorry?

3    Q    **The ones you mentioned previously are submitted**

4    **by e-mail?**

5    A    No, I don't even know what the timeframe is,

6    because we get updated once all the times are -- so I'm

7    not 100 percent sure what timeframe before the meeting

8    people have to submit their comments.  I don't know.

9    Q    **Okay.  Turning back to this October 28th public**

10   **workshop where -- my understanding is it was a rule**

11   **development workshop; is that correct?**

12   A    That's your understanding.  I think that's my

13   understanding too.  I wasn't there.

14   Q    **Are you familiar with the -- again, with the**

15   **public book that was part of the administrative record**

16   **in this process?**

17   A    Sure.

18   Q    **Did you review the presentation provided by Dr.**

19   **Laidlaw?**

20   A    Yes.

21   Q    **I'm going to mark this as Plaintiffs'**

22   **Exhibit 6, and, unfortunately, I only have one copy of**

23   **the presentation, so I'll give that to Dr. Mortensen, if**

24   **that's okay.**

25        MR. PERKO:  Is this marked separately?

Monica Mortensen, D.O
September 28, 2023

Page 159

1          MS. CHRISS:  It is supposed to be part of this,

2      but I accidentally only printed the one copy.  It is

3      part of the same public book this was extracted

4      from.  December 28th -- sorry, October 28th, 2022,

5      public book produced by defendants in this case.

6          (Plaintiffs' Exhibit Number 6 was marked for

7      identification.)

8  BY MS. CHRISS:

9      Q    So first looking at the agenda, do you see

10  where it says:  Subject matter experts?

11      A    Going to this one first?

12      Q    Yeah.  My apologies.

13      A    That's okay.  First page.

14      Q    Okay.  Earlier I asked you if this was fair to

15  characterize this as a rule development workshop, I

16  apologize, it says rule workshop.  Is that your

17  understanding of what this was?

18      A    Yes.

19      Q    The agenda states:  Development of rule

20  language.  So that's what was happening at the meeting?

21      A    My understanding, yes.

22      Q    Is 64B15-14.014, is that the rule that you

23  voted on as a member of the Board of Osteopathic

24  Medicine on the first page of the agenda?

25      A    I believe so, I didn't memorize the numbers,

Monica Mortensen, D.O
September 28, 2023

Page 160

1   but I believe so.

2        Q    Okay.

3        A    There's a lot of letters and numbers.

4        Q    I know.

5        A    It seems like -- those look accurate.

6        Q    Perfect.  So you'll see there's the subject

7   matter experts we discussed previously.  Discussion and

8   development of rule language.  Public comments, et

9   cetera.  Is this what a typical agenda looks like?

10       A    Yes.

11       Q    Great.  If you can just go to the fourth page,

12  which is really the back of the second page.  Do you see

13  the CV of Michael Biggs?

14       A    I do.

15       Q    Okay.  Great.  So if you could turn to Dr.

16  Laidlaw's presentation, which is the PowerPoint you have

17  in front of you.

18       A    Okay.

19       Q    Does this appear to be an accurate copy of the

20  presentation that Dr. Laidlaw submitted to the Board?

21       A    It does.

22       Q    And this was included in the public book for

23  this meeting?

24       A    It was.

25       Q    Great.  We can move on.

Monica Mortensen, D.O
September 28, 2023

Page 161

```
 1     A    Please.
 2     Q    You are not enjoying this?
 3     A    I had better days.
 4          MR. PERKO:  So Laidlaw presentation should go
 5     with the --
 6          MS. CHRISS:  Yes.  I apologize.
 7          THE WITNESS:  With 6.
 8 BY MS. CHRISS:
 9     Q    I'm going to mark this as Plaintiffs'
10 Exhibit 7.  This is one last -- I think last excerpt
11 from that same public book.  If you could just take a
12 quick look.  Are you familiar with a Dr. Gregory
13 Coffman?
14          (Plaintiffs' Exhibit Number 7 was marked for
15     identification.)
16     A    Not personally.
17 BY MS. CHRISS:
18     Q    Are you aware that he was appointed to the
19 Board of Medicine?
20     A    Oh, okay.  Yeah.  I'm not great with names.  I
21 said that earlier.
22     Q    That's okay.  Are you aware that he was a
23 member of the Rules Committee as well?
24     A    The Rules Committee?  I'm really trying to
25 remember what his face looks like right now.
```

Monica Mortensen, D.O
September 28, 2023

Page 162

1    Q    I won't tell him.

2    A    Now that you are telling me he's a member of

3    the Board, how embarrassing.  I didn't memorize their

4    names.

5    Q    That's okay.

6    A    I must have talked to him.  Okay.

7    Q    Dr. Coffman was appointed at the same time as

8    Dr. Benson to the Board of Medicine.  Just, if you are

9    not familiar with him, no trouble, this is just a

10   statement that he submitted to the Boards prior to being

11   appointed to the Board of Medicine.  But we can move on.

12        So, Dr. Mortensen, earlier we discussed a

13   little bit about the vote, sort of, decision to remove

14   the IRB-approved clinical trial exception to this rule,

15   but what is your understanding of the basis for the

16   original inclusion of that exception in the rule?

17   A    I wasn't there for the first part, which was

18   the Rules Committee.  And my understanding there was a

19   split between whether research should be included or

20   excluded.  My understanding is we didn't hold authority

21   over it anyway.  My feeling is is that it didn't really

22   matter if it was or it wasn't that.  I feel like there's

23   enough people doing research in the world that we really

24   didn't need it, it wasn't a deal-breaker for me.

25   Q    Are you aware that the Board of Medicine voted

Monica Mortensen, D.O
September 28, 2023

Page 163

1   on November 4th, 2022, to remove that IRB-approved

2   clinical exception, but the Board of Osteopathic

3   Medicine that you would come to sit on did not --

4       A    Correct.

5       Q    -- and voted not to remove that?

6       A    Correct.

7       Q    And what is your understanding of why they

8   voted to keep that in?

9       A    I don't know, because I wasn't a member of the

10  Board at that time, that information wasn't made privy

11  to me.

12      Q    So between November -- between you being

13  appointed in December, and you taking a vote on the

14  removal of that section in February, there were no --

15  were there any discussions between board members as

16  to --

17      A    There wasn't with this board member with any of

18  the other board members.  If other board members had a

19  discussions I'm not privy to that.

20      Q    Are you aware that during the November 4th,

21  2022, meeting, which I have the meeting minutes for, if

22  it would be helpful, but I just will ask if you are

23  aware first, that Drs. Vila -- am I saying that right?

24      A    Vila sounds familiar, yes.

25      Q    Okay.  Dr. Vila and Dr. Hunter provided their

Monica Mortensen, D.O
September 28, 2023

Page 164

1    explanation of why they thought the IRB-approved

2    clinical exception should be removed?

3        A    I vaguely recall that conversation -- during

4    the presentation, yes.

5        Q    Okay.  And do you recall them talking about

6    hearing extensive testimony from detransitioners and

7    that being a part of their decisionmaking?

8        A    I don't remember that exactly, but it's very

9    possible.

10       Q    Okay.  And at that meeting the Board of

11   Osteopathic Medicine you unanimously voted to reject the

12   removal of that exception, right?

13       A    Correct.

14       Q    Are you familiar with Dr. Patrick Hunter's

15   affiliations with any other groups?

16       A    The only that I know is what's been bought up

17   at the meetings.

18       Q    Has -- did that include his membership with a

19   group called Genspect?

20       A    Possible.

21       Q    Okay.  What about SEGM, The Society for

22   Evidence-Based Gender Medicine?

23       A    I believe so.

24       Q    And are you familiar with SEGM or Genspect?

25       A    Not really.

Monica Mortensen, D.O
September 28, 2023

Page 165

1    Q    Are you aware that they are, sort of,

2  self-described anti-transgender organizations?

3         MR. PERKO:  Object to form.

4    A    I believe it if you say so.  I didn't really

5  look them up.

6  BY MS. CHRISS:

7    Q    Okay.  When you were appointed to the Board on

8  December 6, 2022, did Dr. -- did you take someone's

9  place?

10   A    I would assume so.  Usually they don't create

11 new board positions, they are usually replacing somebody

12 that's no longer on the board.  That's my assumption.

13   Q    Was it your understanding that Drs. Schwemmer,

14 Gadea, and Mendez were removed from the Board when you

15 and several others joined?

16   A    I really didn't know who the previous board

17 members were.

18   Q    Okay.  No problem?

19   A    It's like when a physician leaves a practice,

20 bygones, I don't know who they were.

21   Q    I won't tell.

22   A    I don't care.  I got to focus on what I got to

23 focus on.

24   Q    Okay.  And when the Boards published their

25 joint notices of public hearing on the proposed rules on

Monica Mortensen, D.O
September 28, 2023

Page 166

1  January 9th is it your understanding that the Board of

2  Medicine rule, and the Board of Osteopathic Medicine

3  rule, differed slightly, in that the Board of

4  Osteopathic Medicine rule still included the exception?

5      A    Yes, it's my understanding.

6      Q    Were you present at the February 10th, 2023,

7  hearing?

8      A    I sure was.

9      Q    And you participated in this hearing?

10     A    I did.

11     Q    What is the purpose of a public hearing?

12     A    It's to give the public an opportunity to speak

13  on the topic, whether it be from a professional

14  standpoint or a personal standpoint.

15     Q    And you are aware, I think you mentioned

16  earlier, that there were requests presented to the Board

17  for the hearing, petitions for the hearing?

18     A    Yes, that's my understanding.

19     Q    And are you aware that four out of six of the

20  requests for the hearing were from folks urging the

21  Boards not to adopt the rules?

22     A    I didn't pay attention as to how many were for

23  or against, and I didn't create the agenda.

24     Q    Right.  You reviewed the reading materials --

25     A    But I reviewed the statements --

Monica Mortensen, D.O
September 28, 2023

1      Q      -- prior too?

2      A      Yes, I did.  Like 10,000 pages, yeah.

3      Q      Do you recall reviewing -- I'm going to mark

4   this as Exhibit 8.  Did you review this petition --

5   sorry, petition for a rule hearing by a group called

6   Gender Analysis?

7             (Plaintiffs' Exhibit Number 8 was marked for

8        identification.)

9      A      I reviewed it, yes.

10  BY MS. CHRISS:

11     Q      So you are familiar with the allegations

12  therein?

13     A      Yes.

14     Q      Did the Boards considered this in their

15  decisionmaking?

16     A      I don't know what they used in their

17  decisionmaking, I can only speak to what I used in mine.

18     Q      Okay.  Did you consider it?

19     A      I reviewed all of it, and what everything tells

20  me here is that nobody knows what's good and what's

21  wrong and what's bad and how this is and how to do it

22  and how to treat it.  So what I gather from hearing the

23  stories and reading this, and reading the medical

24  literature, is that no one knows what causes

25  transgender, no one knows is it medical?  Is it

Monica Mortensen, D.O
September 28, 2023

Page 168

1  psychological?

2          No one knows what's the best route of

3  treatment, and everyone's hoping to find the best

4  answer.  And that the medical people are very divided

5  over what they believe, and even the community is

6  divided over what it needs.  So from everything that I

7  read in the pros and the cons, it tells me that I've got

8  some people who feel very strongly on the one end, very

9  strongly on the other, and they both have some good

10  arguments, and some of them have some not so great

11  arguments.

12          But the reality is we don't know what we don't

13  know and we don't really know what the best path of

14  treatment is and this is a relatively new field and it

15  has -- going to have some repercussions down the road.

16  And even though science tries to move forward and try

17  the best path for the best routes of treatment, we don't

18  even really know what is the best path of treatment.

19      **Q    So the answer is, yes, you reviewed that**

20  **document --**

21      A    Yes.

22      **Q    -- in your decisionmaking?**

23      A    Yes.

24      **Q    Okay.  Are you aware that every major medical**

25  **association in our country supports the provision of**

Monica Mortensen, D.O
September 28, 2023

Page 169

1    gender-firming care for transgender individuals for whom

2    it is medically necessary?

3            MR. PERKO:  Object to form.

4       A    I am aware that those board members who submit

5    that is, but not every member who sits on all of those

6    societies agree with the statements that are submitted.

7    So your statement is accurate, but I think that it's

8    leading saying that every member of all those societies

9    back those statements.  That is not factual.

10      Q    If I did state that, that was not the intent of

11   my question --

12      A    Just being clear.

13      Q    -- I stated every major medical organization

14   support these treatments?

15      A    I believe so.

16      Q    Okay.  And have you spoken to any of the

17   members of the -- I think you said the board members of

18   these organizations who have expressed to you they

19   disagree?

20      A    Oh, I know a lot of people on the Pediatric

21   Endocrine Society, I know a lot of people on the

22   Endocrine Society, I know people who are still members

23   of the AP who do not agree with the statements.  I know

24   people who are starting to withdraw from those groups.

25   I know a lot of people are afraid to speak up, but

Monica Mortensen, D.O
September 28, 2023

Page 170

1  there's a lot of people who feel that the Endocrine

2  Society made this statement so the American Academy of

3  Pediatrics backs it.  They are not experts.  They are

4  relying on the experts to state that statement.  So are

5  they really trained and experienced on it?  No.  But

6  that's just like when the American Heart Disease says

7  that you need an hour of exercise, the AAP is going to

8  back the experts.

9          So all of these people backed the experts, but

10  the experts are not correct on everything.  There's a

11  lot the experts don't know.

12      Q    Do you follow the Endocrine Society Guidelines,

13  generally, in other provision of other types of care?

14      A    Generally, yes.

15      Q    And when you were providing treatment for

16  gender dysphoria you stated previously in the deposition

17  that you followed the Endocrine Society Guidelines?

18      A    Yes, I wanted to believe that it could help.  I

19  wanted to believe it.

20      Q    Are you aware of any medical organization that

21  opposes the treatment of gender dysphoria?

22      A    No, I'm not aware.

23      Q    So just returning for a moment to the

24  November 4th hearing that we spoke about.  There were

25  two individuals who provided information on their

Monica Mortensen, D.O
September 28, 2023

Page 171

1   petitions for the hearing; is that correct?

2      A    For the?

3      Q    Who requested the hearing.

4      A    For the hearing for February?

5      Q    Yes.

6      A    Or November?

7      Q    Did I say November?  I apologize.

8      A    I thought you did, that's why I got confused.

9      Q    So sorry.  I tried to memorize all these dates.

10     A    Same.  It's hard.

11     Q    February 10th, 2023, there were two individuals

12  that spoke about their petitions, correct?

13     A    To my knowledge, yes.

14     Q    And one of those was Mr. Wilson from the

15  Florida Department of Health?

16     A    Yes, I believe so.

17     Q    And he encouraged the Board of Osteopathic

18  Medicine to remove the research exemption?

19     A    Correct.

20     Q    Did you -- do you recall during that meeting,

21  or that hearing, hearing from multiple doctors that

22  provide treatment for gender dysphoria in the state of

23  Florida?

24     A    Yes, I do recall hearing.

25     Q    Including Dr. Michael Howler and Dr. Paul

Monica Mortensen, D.O
September 28, 2023

1   Arons?

2       A    Uh-huh.

3       Q    And do you recall them testifying about their

4   personal clinical experience in treating many minors who

5   experience gender dysphoria?

6       A    Yes.

7       Q    And do you recall their testimony about the

8   positive benefits that their patients received through

9   this treatment?

10      A    Yes.

11      Q    Did the Board of Osteopathic Medicine take the

12  public comments into consideration before voting?

13      A    I don't know what all -- I can only speak as

14  myself, because we didn't talk.  I heard everything that

15  they said, and I listened.  Some of it was very

16  heartbreaking and emotional and moving, so I listened

17  wholeheartedly with an open mind to hear everything they

18  had to say.

19      Q    And did it impact your opinion at all?

20      A    It did, but it didn't change my opinion that

21  there's so many unknowns that it's not very safe for

22  someone under the age of 18.

23      Q    Is it accurate that the -- actually, I should

24  just show you.  One moment.  Mark this as Plaintiffs' 9.

25  So under Board of Osteopathic Medicine on the first page

Monica Mortensen, D.O
September 28, 2023

Page 173

1  you see your name, members present?

2          (Plaintiffs' Exhibit Number 9 was marked for

3      identification.)

4      A    Yes.

5  BY MS. CHRISS:

6      Q    Okay.  If you would just turn to the very back

7  where it says:  Dr. DiPietro -- am I saying that

8  correctly?

9      A    Yes.

10     Q    Called the Board of Osteopathic Medicine

11 meeting to order at 4:21 p.m.  Dr. DiPietro asked the

12 Board of Osteopathic Medicine members if there was any

13 motion to change or modify the rule as it currently

14 stands.  Dr. Ducatel made a motion to remove the current

15 research exception in order to mirror of Board of

16 Medicine rule.  There was no discussion between members.

17 The motion to remove the current research exception was

18 seconded and approved unanimously and the meeting --

19 summarizing -- the meeting was adjourned at 4:23 p.m.  A

20 motion to adjourn the meeting was approved unanimously

21 at 4:23 p.m.

22     A    Correct.

23     Q    So I'm not great at math, but it seems like it

24 was two minutes between the calling to order and the

25 adjournment.  Why are -- I guess I should ask, to the

Monica Mortensen, D.O
September 28, 2023

Page 174

1  best of your knowledge, you can only speak for yourself,

2  why was there no discussion of the information that the

3  Board had learned during the meeting?

4      A    It was offered, but I, myself, had been sitting

5  there for the whole time and had read all the things and

6  went through everything else, so I had time to see what

7  I had, and I knew where I was going to go with it.  I

8  suppose everyone else felt the same.

9      Q    So just -- the previous vote, November 4th,

10  unanimously everybody voted to reject the removal of the

11  exemption, then February, no one -- no discussion, but

12  in February they unanimously voted to remove?

13     A    I wasn't there for November, so I'll take your

14  word on it.

15     Q    Just make sure I got this correct --

16     A    But for this meeting the motion was to remove

17  the research exemption.  It was discussed, people talked

18  about it, it was offered did anybody else want further

19  discussion on it?  I already knew where I was going to

20  go on it based on everything I was hearing, I assume

21  everybody else did, and we agreed on it.

22     Q    So I believe you stated previously the reason

23  that you didn't think IRB-approved clinical trials were

24  necessary, despite stating in your open letter that that

25  was so important to conduct such trials to gather

Monica Mortensen, D.O
September 28, 2023

1   evidence, you didn't think that was something that

2   should be happening in the state of Florida?

3       A    Agreed.  I think that, and I believe that even

4   WPATH and Endocrine Society say more research is needed,

5   more research is needed, but I don't think we need to do

6   it in Florida.  I think there's plenty of other

7   institutions in this nation and the world that already

8   started research, so I don't think it needs to be

9   duplicated.

10      Q    So you voted to remove the opportunity and

11  ability of any provider in the state of Florida to

12  conduct that research?

13      A    In children, yes.

14      Q    You mentioned a moment ago there was testimony

15  that was heartbreaking.  Can you just elaborate on what

16  testimony you found heartbreaking?

17      A    It's very -- as a physician, and maybe as a

18  person, as a human being, to hear someone suffering,

19  it's very hard to hear.  I mean, I also see it in my

20  clinic that's it's heartbreaking.  You know, I think

21  hearing some of the stories of what families were going

22  through and the struggles that they are having, it's

23  hard not to, you know, be moved by somebody experiencing

24  a struggle.  I mean, we see at in our clinic too with

25  kids who have cancer, and long-term diabetes, I mean,

Monica Mortensen, D.O
September 28, 2023

Page 176

1  anyone who has a medical disorder, which I'm not saying

2  it's a mental disorder, I'm saying a medical disorder,

3  they are going to have struggles and it's hard to see

4  people struggling.

5          And as a physician we want to help, which is

6  one of the reasons why we wanted to believe the

7  guidelines and were willing to entertain the guidelines,

8  even though they were loose, is if it could provide some

9  help and support.  And we couldn't make ourselves a

10  center, but if we could help a little bit of support

11  until they could get into the place they really needed

12  to be, then we were okay with it at first.

13          But when we really started to experience the

14  negative side and see where things were going, it just

15  didn't seem reasonable or feasible anymore.  It seems

16  like this has exploded and that there's really not any

17  real regulation on anything.  That these treatments are

18  being caused and given to kids at younger and younger

19  ages and stages.

20      Q    Did you credit the testimony of the doctors

21  that spoke directly to you about the tremendous positive

22  benefits these treatments have had on their patients?

23          MR. PERKO:  Object to form.

24      A    I heard what they said.  I also know they are

25  living in a bubble and they believe what they want to

Monica Mortensen, D.O
September 28, 2023

Page 177

1   believe too.  So -- there are also people who said that

2   it proved benefit for them.  But why does it have to be

3   under 18?  If they are choosing to spend the whole rest

4   of their life, and that's what they want to do, why

5   can't they wait until they are 18?  What's a couple more

6   years until that frontal lobe fully forms, that they can

7   make truly informed decisions about what they want to do

8   with their life and who they want to and where they want

9   to go and if they want to have children.

10          Most 14-year-olds aren't really thinking about

11  fertility.  Even if our cancer kids, when you are saying

12  there's a likelihood will all this chemotherapy you are

13  not going to have children, you know, should we harvest

14  eggs, you're having a conversation, and they don't

15  understand.  So to me to put a pause on it until they

16  are 18 seems reasonable, since there's not enough data

17  to support all of this and what's going to happen down

18  the road.  Seems reasonable to put a pause until they

19  are 18.

20      Q    Do you believe that no minor patients benefit

21  from this treatment?

22      A    I think that it's very hard to say.  There

23  probably is a small group, but you are throwing out the

24  baby with the bath water.  I mean, you have so many,

25  there might be a small that has some benefit, but there

Monica Mortensen, D.O
September 28, 2023

Page 178

1  might be a bigger amount that have a negative benefit,

2  so what do you do?

3      Q    And you are basing this off the 10 individuals

4  that you've personally provided treatment for, witnessed

5  their treatment, and the two that you mentioned received

6  what you deem inappropriate care from Duke?

7      A    And the reading and the data and the testimony

8  and talking with my friends and some of my other friends

9  at the other centers that I previously mentioned.

10     Q    Do you believe that the doctors who provided

11  the testimony about the benefit their patients are

12  receiving, that they are wrong about their patients

13  benefitting from this?

14     A    I think they want to believe that there is

15  benefit and that there is no harm in it, but they don't

16  actually know what the long-term harm is.  The challenge

17  we also have is when you are looking at the data you

18  have to separate out from the trans-female to the

19  trans-male, because testosterone is euphoric, it's one

20  of the reasons why it's a controlled substance.

21         So when taking a look at psychological impact

22  on health, if I'm giving you a medication that's going

23  to boost your hemoglobin and give you more energy and

24  increase your muscle mass, psychologically you are going

25  to have some improvement.  So is it that they are just

Monica Mortensen, D.O
September 28, 2023

Page 179

1  taking testosterone and that's better than taking

2  Wellbutrin or an antidepressant or an antianxiety?

3  Nobody knows.

4          But that's why it's so hard to interpret the

5  data, is because you have a lot of confounding

6  principles.  And I think a lot of people don't

7  understand that may be the trans-males were happier than

8  the trans-females because we were getting a euphoric

9  medication.  And that was only a two-year study from the

10  NIH, it didn't tell you what was going to happen five

11  years, 10 years down the road.

12          MS. CHRISS:  If we could take a brief break

13      then come back on the record.

14          (Break taken at 3:22 p.m. until 3:33 p.m.)

15          (The deposition of MONICA MORTENSEN, D.O.

16      continues in Volume 2.)

17                      *   *   *   *   *

18

19

20

21

22

23

24

25

Monica Mortensen, D.O
September 28, 2023

Page 180

1                    CERTIFICATE OF OATH.

2

3    STATE OF FLORIDA)

4    COUNTY OF DUVAL)

5

6         I, Kelly G. Broomfield, the undersigned

7    authority, certify that MONICA MORTENSEN, D.O.,

8    personally appeared before me on September 28, 2023, and

9    was duly sworn.

10

11         WITNESS my hand and official seal this 8th day

12    of October, 2023.

13

14

15

16

          Kelly G. Broomfield, Stenographic Reporter
17        Notary Public - State of Florida
          My Commission expires: September 30, 2025
18        My Commission No. HH 164930

19

20

21

22

23

24

25

Monica Mortensen, D.O
September 28, 2023

Page 181

1                    REPORTER'S CERTIFICATE

2

3    STATE OF FLORIDA)

4    COUNTY OF DUVAL)

5

6           I, Kelly G. Broomfield, Stenographic Reporter,

7    certify that I was authorized to and did

8    stenographically report the deposition of MONICA

9    MORTENSEN, D.O.; that a review of the transcript was

10   requested; and that the transcript, Volume 1, pages

11   1-181, is a true and complete record of my stenographic

12   notes.

13          I further certify that I am not a relative,

14   employee, attorney, or counsel of any of the parties,

15   nor am I a relative or employee of any of the parties'

16   attorney or counsel connected with the action, nor am I

17   financially interested in the action.

18

19          DATED this 8th day of October, 2023.

20

21

22          Kelly G. Broomfield, FPR
            Stenographic Reporter
23          LEXITAS

24

25

Monica Mortensen, D.O
September 28, 2023

**$**

**$450**
  11:5

**-**

**-ologies**
  54:14

**0**

**000044022**
  156:10

**1**

**1**
  7:5,8  9:11
  11:18  17:7
  21:14,19  22:9
  33:3  53:19
  54:25  84:2
  118:25

**10**
  21:13,15  23:7
  24:2,13,15
  80:12  87:24
  95:19  98:5
  139:8,10
  178:3  179:11

**10,000**
  167:2

**100**
  20:15  25:22
  32:13,20
  36:17  49:12
  51:20,23,24
  52:2  55:25
  88:22  101:2
  111:7  151:12

  158:7

**10:00**
  4:2

**10th**
  47:16  109:10
  119:17  166:6
  171:11

**11:15**
  53:15

**11:22**
  53:15

**12**
  106:19

**12:52**
  120:5

**12th**
  116:23  117:8

**13**
  29:8  107:3

**14-year-olds**
  177:10

**15**
  16:6

**16**
  34:9  35:1
  72:12  104:3

**164930**
  180:18

**17**
  26:11  35:11
  72:12

**18**
  103:3  104:3
  172:22  177:3,
  5,16,19

**2**

**2**
  17:7  19:23
  20:4  33:2
  47:19  54:25
  77:15  110:15
  118:24  139:5
  154:1  157:7
  179:16

**20**
  87:24  102:22
  156:14

**2006**
  16:18

**2007**
  12:18,25
  20:25

**2012**
  16:18

**2014**
  12:19,25
  20:25

**2015**
  26:11  144:14

**2017**
  23:12,19,22
  56:5  64:12
  75:4  80:15,23
  86:10

**2019**
  23:22  93:6

**2022**
  20:15  34:1
  102:22  106:4,
  12,19  107:8
  112:15  120:22
  123:25  130:17
  154:2  155:6

  156:13  159:4
  163:1,21
  165:8

**2023**
  34:4,7  47:17
  101:23  109:10
  119:17  127:15
  166:6  171:11
  180:8,12

**2025**
  180:17

**20th**
  106:19

**22**
  53:19,20,22,
  23  54:2  61:20
  79:18  107:12

**23**
  81:9

**24**
  92:5  108:15

**254**
  33:10,15,18
  34:14  35:9
  102:15  107:24
  109:15  118:7
  119:5

**25th**
  154:2

**26**
  120:22  155:5

**27**
  156:13

**28**
  180:8

**28th**
  158:9  159:4

**2:00**
  120:4

**2:02**
120:5

**2nd**
106:4 107:8

---

**3**

**3**
17:1 21:13
106:17,18,22
157:6,7

**30**
84:16 136:1
180:17

**300**
105:1

**3:22**
179:14

**3:33**
179:14

---

**4**

**4**
107:1 120:8,
18 131:7,13
154:12,25

**4205**
154:21,22

**458.3311(b)**
110:16

**4:21**
173:11

**4:23**
173:19,21

**4th**
163:1,20
170:24 174:9

---

**5**

**5**
34:10 107:1
153:16,19

**50**
99:11,12

**5th**
112:15 117:6

---

**6**

**6**
17:6 108:5
110:15 158:22
159:6 161:7
165:8

**6,000**
155:21

**64B15-14.014**
35:3 159:22

---

**7**

**7**
18:14 53:21
54:2 108:5,11
161:10,14

**70**
68:25

---

**8**

**8**
18:25 68:1
81:9 167:4,7

**8th**
106:12 130:17
180:11

---

**9**

**9**
92:6 156:9
172:24 173:2

**90**
68:25

**9th**
166:1

---

**A**

**a.m.**
4:2

**A1**
11:19

**A6**
14:19 15:6

**A7**
15:5,21

**AAP**
136:15 170:7

**ability**
70:3 175:11

**abnormalities**
76:17

**Absolutely**
119:25

**abuse**
39:14 40:1
85:12 111:21

**abused**
39:17

**Academy**
136:6 170:2

**accelerated**
22:16

**accept**
40:20,21,24

**accepted**
40:23 43:14
107:7

**access**
33:6 35:24
36:16 61:5
119:1

**accidentally**
159:2

**accommodate**
6:3

**accomplishments**
15:7

**accordance**
29:3 46:1

**accurate**
6:8,12 15:25
19:13,17 20:3
33:3 34:15
86:23 105:12
117:12 160:5,
19 169:7
172:23

**ACHA**
113:4

**Acha.myflorida.
com/
letkidsbekids.
com**
147:20

**achieve**
138:6,22

**ACLU**
85:18

**action**
43:19 106:9

**actions**
102:24

Monica Mortensen, D.O
September 28, 2023

3

actively
32:21 98:19

actual
25:24 40:18
131:6 133:19
152:10

ADA
136:11

addition
63:6,15

additional
16:21 34:10

address
42:13 43:4
99:6

addressed
144:25

adjourn
173:20

adjourned
173:19

adjournment
173:25

adjunct
14:1,6

administration
105:15 106:7
107:5 114:13,
24 118:19
135:15

administrative
158:15

administrators
79:6 83:1
85:24 89:22
91:14 152:6,
14

admissions

admit
94:21

adolescence
24:20 121:6

adolescent
78:18 89:16

adolescents
21:16,22
23:8,18,24
24:11 28:18,
21 29:22 30:1
31:23 32:1
39:24 44:12,
16 46:10 51:5
55:1 80:3,13
81:3 83:8
87:4,17
89:11,13 92:7
99:20,23
103:3,6

adopt
108:2 109:2,
11,24 166:21

adopted
107:21 109:21
111:6

adopting
33:16

adoption
127:10

adrenal
15:9 22:23
23:2,3

adult
34:22 40:12
67:9 85:12
89:15 107:12
138:6,15,22

95:10

adults
21:6,16 34:24
40:19 45:4,15
52:12,16,18
53:9 108:13
129:12 139:22

advanced
12:22

advancing
45:6

advice
81:21 82:25
91:21,25

advised
109:5 111:19

advising
28:21 60:22
148:7

advisory
106:19 107:4

advocate
19:5,13,14
20:9 132:11

affect
33:15

affiliations
13:17 164:15

affirm
4:3 38:9

affirmative
121:5

affirmed
39:20

afraid
27:11 169:25

age
32:22 60:11
67:7 138:14

139:8,10
172:22

Agency
105:15 106:7
107:2,4,7
114:12,24

Agency's
115:24

agenda
131:8 134:5
159:9,19,24
160:9 166:23

agents
76:16 140:6

ages
176:19

aggressive
92:8,10,14,23

agree
39:5 44:11,22
103:8,10
136:23 148:10
152:8 169:6,
23

agreed
57:5 68:1
78:13 83:20
98:24 128:25
174:21 175:3

AHCA
105:15

ahead
119:23

Alioto
63:7

allegations
167:11

alleviate
45:11

Monica Mortensen, D.O
September 28, 2023

4

alleviated
96:17

alleviating
96:20 140:19,
24

Allopathic
124:10

allotted
156:22

allowed
47:20 94:4,8
104:6 150:9
157:22

American
54:23 136:6
170:2,6

amount
68:16 77:2
178:1

Amy
132:1,13

analogue
65:13

analogues
65:21 66:2,7,
20,24

analysis
58:4 142:6
143:5 167:6

anastrozole
22:3

and/or
44:4

anecdotally
41:17

Anthony
63:7

anti-
transgender
165:2

antianxiety
179:2

antidepressant
179:2

Antonio
28:9

anxiety
77:14 95:5,9
96:3,5,23
98:3,10,15
104:15

anymore
50:20 60:2,4
86:10 136:7
176:15

anytime
89:14 91:22

AP
169:23

apologies
115:20 120:24
133:17 159:12

apologize
65:10 80:21
81:13 107:3
125:1 127:9
130:14 131:6
136:4 152:4
154:18 155:1
157:12 159:16
161:6 171:7

appeared
180:8

appears
131:8

apples
61:6

application
124:22 126:7

applied
124:10,15
135:3

applies
125:3

apply
124:11,16,25
126:1

applying
70:21

appointed
33:25 113:1
123:12,24
124:20 125:3,
6 126:9,12
127:12 130:15
161:18 162:7,
11 163:13
165:7

appointment
124:3 126:3

appropriately
45:18

approval
40:25 91:3,14
134:25 136:25
137:3 138:9
140:7

approved
47:20 48:12
83:12 84:1,2,
3 88:11 91:23
108:14 134:18
135:14 137:1,
13 138:12

139:2,7
173:18,20

approximately
135:25

approximation
10:20

April
102:22 106:19

APRN
122:21

APRNS
74:2

area
26:13 30:14
44:1 58:9
61:18,23
62:2,8 65:3
129:16

areas
29:13 62:25

arguments
168:10,11

Arizona
28:10

arms
140:13

Arnold
78:19 79:10,
11

aromatase
137:9 138:3

Arons
172:1

article
63:6,16

articles
36:5 49:3
57:19

Monica Mortensen, D.O
September 28, 2023

5

**assault**
  40:9

**assaulted**
  39:17

**assess**
  67:13 68:13
  69:23 96:9
  97:21 148:6

**assessed**
  26:5 44:19
  70:4 93:8
  143:9,24

**assessing**
  26:7 79:19
  80:4 81:5,6

**assessment**
  81:5 96:7
  141:16 142:6,
  8 143:15

**assigned**
  38:9,11 46:1

**assist**
  29:21 30:1
  32:7 64:6
  75:24

**assistance**
  73:20

**assistant**
  13:14 35:18

**assistants**
  127:25

**associate**
  13:11 155:22

**association**
  54:24 168:25

**assume**
  5:14 36:17
  37:9 112:22
  125:2,4,23

128:25 165:10
174:20

**assumed**
  76:4

**assumption**
  165:12

**assumptions**
  9:19

**attach**
  107:9

**attached**
  107:2 108:16

**Attachment**
  11:18

**attempt**
  96:13

**attempts**
  96:12

**attend**
  12:4 54:12,14
  57:11 114:25

**attendance**
  57:10 64:15

**attended**
  57:7

**attention**
  166:22

**Atterberry**
  132:1

**attest**
  111:25

**attorney**
  91:13

**attorneys**
  91:3

**audibly**
  5:17

**August**
  10:23 112:15
  116:23 117:6,
  8

**auspices**
  100:15 101:12

**author**
  104:23 105:8

**authored**
  63:7

**authority**
  47:14 110:16
  162:20 180:7

**authors**
  129:3

**automatically**
  72:19

**aware**
  52:1,7,22
  53:8,10 55:5
  56:18 62:16,
  21 63:3
  72:17,20,24
  104:4 106:4
  107:21 111:3
  112:13,14,18
  114:11,17,23
  115:2,20
  116:3,7,10
  117:21 128:8
  130:1 134:20
  135:23 136:15
  137:12,14
  139:20,23
  143:4 148:19
  149:6,21
  150:11,21
  151:3,17,19,
  20,25 152:3
  161:18,22

162:25
163:20,23
165:1 166:15,
19 168:24
169:4 170:20,
22

_____

**B**
_____

**baby**
  177:24

**bachelor**
  18:18

**Bachelor's**
  12:3

**back**
  20:16 21:14
  23:11 33:3
  48:22 52:20
  57:4,9 62:14,
  19 64:12 67:2
  68:9 75:19
  85:5 86:10
  90:8 116:24
  120:4,13
  131:6 133:7
  134:10 152:3
  154:18,25
  157:5 158:9
  160:12 169:9
  170:8 173:6
  179:13

**backed**
  170:9

**background**
  4:17 11:25
  125:15,22
  151:12

**backlog**
  26:18

Monica Mortensen, D.O
September 28, 2023

6

**backs**
170:3

**bad**
167:21

**ball**
64:6

**ban**
49:19 102:15
118:12 149:14

**bang**
136:14

**banned**
47:5,6,25
48:8 49:7,8,
13 109:9
127:11

**banning**
50:24 51:4
114:19 118:7
119:18 128:9

**bans**
33:6 119:1,8,
10,12

**bar**
46:10

**based**
41:23 49:23
51:18 54:18
55:3 57:13
60:20 90:2,3
98:22 103:13,
25 105:15
107:4 119:19
174:20

**basically**
23:4 97:19

**basing**
178:3

**basis**
27:10 39:10
40:1 42:20
44:20 46:14
48:14,24
68:12 76:8
85:2 86:21
103:16 119:1,
8,9,12 142:9
162:15

**Bates**
154:13 156:10

**bath**
177:24

**bathroom**
119:24

**began**
4:2 80:15
97:16

**begin**
55:17

**beginning**
80:14 89:19
118:16

**behalf**
17:7 77:6

**behavioral**
95:10

**beings**
20:2

**believed**
66:14

**believing**
39:10 42:20

**beneficial**
73:25 74:5

**benefit**
43:5 44:18
45:2 51:7,12,

13,17 53:5
65:17 141:10
177:2,20,25
178:1,11,15

**benefits**
67:12,13,21
70:25 71:1,
12,13 72:8,17
73:7,10 83:19
84:22 90:15
137:16 140:18
172:8 176:22

**benefitting**
178:13

**Benson**
56:21 102:10
120:11,16
121:9 123:8
124:10 125:25
126:7,10
127:3 128:5,
6,8,18 129:7
130:1,23
131:11
132:13,20,24
143:5 162:8

**Benton**
117:18

**bet**
150:5

**beta**
22:16

**Bettye**
154:15

**Bi-county**
19:1

**bibliography**
10:3 16:5,8
49:4 57:22
104:21

**big**
56:10 77:17
79:24 85:5
90:5 125:20

**bigger**
56:12 178:1

**biggest**
148:16

**Biggs**
151:17 160:13

**bilateral**
85:16

**Billy**
132:13

**biological**
77:7,8,18

**birth**
22:25 38:11
46:1 76:16,21

**bit**
11:25 17:5
60:21 162:13
176:10

**blank**
143:23 144:5

**block**
48:18

**blocker**
22:16 25:3
60:12 64:8
67:8 70:10
72:25 73:5
76:25

**blockers**
17:24 22:5
25:5,12
44:11,15
50:23 51:3
65:14 67:4

70:11 71:8,16
72:18 75:11
84:9,12 91:7
98:3 99:8
103:4 104:1
106:20 122:12
132:22 134:14

**blocking**
28:24 31:13
71:2 76:25
82:7

**blood**
32:6 76:15

**board**
6:19 33:13,
16,18,20,23
34:1,5 35:2,
7,13,14 36:1,
13,18 47:10,
13,15,18
71:17,24
91:16 101:1
108:15 109:1,
2 110:16
111:5,8
112:9,14
113:5 114:25
116:11,17,19,
22,25 117:1,
6,8 118:6,11
120:12,16
121:12
123:12,24
124:3,9,11,12
125:3,6,8,12
127:20 130:6,
9,16 131:19
132:4,9
133:8,18,23
134:12 148:5
149:11,13,22

150:12 151:9
152:7,18
153:24 155:20
156:2 157:9
159:23 160:20
161:19 162:3,
8,11,25
163:2,10,15,
17,18 164:10
165:7,11,12,
14,16 166:1,
2,3,16 169:4,
17 171:17
172:11,25
173:10,12,15
174:3

**boards**
12:24 33:8
35:17 47:18
100:21
102:14,18
105:24 106:5,
13 107:21
108:2,9
109:16,23
111:10
113:11,20,24
114:5,9
115:11 119:4
123:11 126:15
127:10 133:22
150:22 162:10
165:24 166:21
167:14

**bodies**
148:8,11

**body**
35:7 39:19
40:13 77:13

**bone**
15:10,19,24

**Bones**
105:21,23

**book**
72:4 131:21
132:15 150:16
158:15 159:3,
5 160:22
161:11

**books**
36:10,21
37:2,8 112:22

**boost**
178:23

**born**
38:8

**bottom**
11:19 110:5
154:2,21
156:10 157:6

**bought**
164:16

**bounds**
42:11

**brain**
87:15,18

**break**
6:1,2,5
53:12,15
104:11 115:19
119:24 120:1,
5 179:12,14

**breast**
40:14 45:8
76:19 77:1
125:18

**Brewer**
132:14

**briefly**
28:10 133:7

157:5

**bring**
7:19 43:6,10
62:14

**Broomfield**
180:6,16

**brought**
56:2

**Broyles**
154:3,8
155:12

**Bruggeman**
6:25

**bubble**
176:25

**buck**
136:14

**Buck^low**
98:22

**Buckloh**
30:18 57:1
61:24,25 63:6
64:19 68:5
69:25 70:23
75:21,22
99:9,11

**bullet**
110:8 133:7

**Burgo**
131:17

**Burleigh**
132:14

**business**
50:6 152:17

**By^county**
12:10

**bygones**
165:20

---

**C**

---

**CAH**
  32:14
**calcium**
  15:10
**calculate**
  67:1
**call**
  54:16 59:1
  94:10 105:20
**called**
  63:2 164:19
  167:5 173:10
**calling**
  173:24
**Campaign**
  155:16
**cancer**
  62:6 76:15,19
  77:1,2,3,4
  125:18 140:6
  175:25 177:11
**cancers**
  76:24 77:3
**candidates**
  125:2
**capacity**
  31:12 37:22
  41:11,15
  107:12
**car**
  87:16 138:8
**card**
  157:23
**cardiovascular**
  77:17

**cards**
  134:3,5
  153:8,9 155:8
  156:3,8
**care**
  15:11 21:6
  25:1 26:15
  28:22 29:22
  30:8 31:5,6,
  10,12,18
  32:3,17 39:3
  47:4,21 48:1,
  9 55:2,3
  60:14 63:12
  65:2 67:10
  78:13 81:10,
  12,17,18 82:6
  85:11 94:20
  105:15 108:6
  109:9 110:17
  111:1,3 112:3
  114:19 119:18
  121:5 125:17
  128:10 132:20
  133:1 141:2,3
  146:5 147:8
  148:7 149:1,
  7,14 150:14
  165:22 169:1
  170:13 178:6
**career**
  65:23
**careful**
  130:6
**Caregivers**
  62:17
**Carroll**
  123:3
**case**
  4:16 6:15,18,

  22 10:14,25
  11:8,11,13,15
  32:25 33:4
  51:15,23 54:7
  67:10 90:2,3
  149:24 159:5
**case-by-case**
  44:20 46:14,
  20 49:14
**cases**
  54:17
**categorically**
  47:5
**categories**
  41:10
**category**
  39:25
**caused**
  176:18
**causing**
  138:19
**ceased**
  69:7
**center**
  13:15 17:24
  18:2 21:5
  25:7,9,10,19,
  23 26:1,21
  31:16 60:10,
  13 64:1,7
  72:15 73:6
  76:7 78:14,20
  80:1 83:6
  123:23 125:13
  176:10
**centers**
  25:20,21
  26:2,19 30:23
  32:1 42:2,4

  76:6 85:1
  94:14 97:23
  139:25 145:25
  178:9
**central**
  18:9 66:21,24
**cerebral**
  85:6
**CERTIFICATE**
  180:1
**certified**
  125:20
**certify**
  180:7
**cetera**
  26:16 32:15
  81:23 144:15
  160:9
**challenge**
  178:16
**challenging**
  54:17 82:14,
  16 139:23
**change**
  40:16 55:15
  172:20 173:13
**changed**
  13:10 38:5,14
  103:21 104:17
**changing**
  40:14
**channels**
  100:18
**characterize**
  159:15
**charge**
  151:23
**chart**

84:23

**check**
10:18 101:19
117:11

**checks**
32:6,7

**chemical**
107:14

**chemotherapy**
177:12

**Chen**
104:22

**Chicago**
12:1,5,16,18
20:18 28:11

**chief**
113:21
121:15,23

**child**
40:12 85:7,9,
20 92:16
138:13
155:15,19

**child's**
51:15

**childhood**
24:19

**children**
14:23 21:16,
22 68:13 69:5
87:3 93:8
103:3,6
132:23 136:18
139:8,9,20
141:15 145:1
175:13 177:9,
13

**children's**
79:9,10 85:4,

18 89:25
136:1

**Childrens**
13:4 17:9
28:3,11 54:2

**Chloe**
131:22 132:10
157:10

**choose**
153:10

**choosing**
177:3

**chose**
136:13 151:24

**Chriss**
4:12,14 7:11
20:8 27:24
28:4 37:10,15
53:11,16 80:9
105:19 106:25
108:25 110:2,
23 114:4,16,
22 115:3,10,
18 116:9
118:5,11,24
119:15,25
120:3,6,21
131:16 135:8
136:22 140:17
141:12 153:22
154:23 157:3
159:1,8
161:6,8,17
165:6 167:10
173:5 179:12

**chunk**
69:17

**circumstances**
45:20 134:4

**cite**
96:3

**cited**
113:25

**clarification**
5:12,14

**clarify**
13:18 31:20
33:11 41:16
42:8 81:4
96:19 127:5

**clear**
96:24 150:2
154:8 169:12

**click**
55:7

**clinic**
29:19 30:20
39:13 63:7
64:22 68:17
71:25 74:3
81:22 82:10
105:11 142:10
143:10,11
146:17
175:20,24

**clinical**
13:12 15:6
17:5 19:8
20:21 47:4,20
48:10 63:2,11
101:13 111:24
121:24 136:18
144:17,19
162:14 163:2
164:2 172:4
174:23

**clinics**
54:3 141:14,
20,22 142:4

143:5 145:3,
20 146:3

**close**
32:20

**clots**
76:15

**Club**
54:15

**Coffman**
161:13 162:7

**coined**
147:18

**Cole**
131:22
157:10,16

**collaborate**
128:19

**colleagues**
27:18 41:22
63:15 77:6
99:19 100:21
101:4 130:11
143:3 145:9

**collectively**
104:13

**college**
11:25 12:5

**comfort**
102:9

**comfortable**
25:7,11 39:16
43:24 44:6
59:14 61:1
74:12 75:11
76:1 78:7
80:17,25
92:20 100:4
127:24 143:22

commend
144:13

comment
117:18 128:16
152:24 155:7
156:18,23

comments
48:17 128:15
132:15
133:17,18
157:20 158:8
160:8 172:12

Commission
180:17,18

commissioned
147:12,16

committed
85:21

committee
35:13,15,20,
23 37:4
116:24 117:4
126:16,23,24
127:2,6,18
128:1,3
136:16 151:14
161:23,24
162:18

committees
35:16,19
126:18,20

common
66:21 83:24
84:17 136:24

commonly
15:20 65:13

communicate
100:1

communications

130:16

communities
20:1

community
36:5 85:23
87:6,11 99:14
168:5

compare
61:6

compared
68:17

compelled
123:15

compensated
11:4

complaint
90:5 92:13
112:8

complaints
148:19,23
149:6 153:6

complete
6:9,12 86:23

completed
12:12,21
18:25

completely
49:13

complex
110:19,20
111:5

compliance
94:9

complications
82:19

component
87:10

compromise
67:7 138:15

concern
40:16 41:6
42:25 65:3
85:1,3,10

concerned
85:12,13,25
134:13

concerns
9:24 11:2
27:17 36:6
63:21 82:18
85:22 89:21
99:3,6,20
145:23

conclusion
142:7 143:7

condition
102:3 138:19
139:2 140:19,
24 141:2,4

conditions
15:14 21:17
41:12,13
66:3,19 74:18
78:10 88:10
96:1

conduct
140:2 174:25
175:12

conducted
107:5

conference
54:7

conferences
54:4,6 55:12,
17

confirm

24:8 37:12

confirmed
143:21

confirming
68:7 89:17

conforming
45:22

confounding
179:5

confused
40:17 171:8

confuses
138:14

confusion
87:14

congenital
23:3

connected
78:22

connection
6:22 118:20

cons
168:7

consensus
23:12,14
54:19,21,24
55:1,4,6,7,10

consent
17:14,15,20,
21,23 28:2
33:16 35:9
52:21,22,23
71:21 82:21,
22 83:11,16,
22,23 84:5,20
86:7,8,11,20
87:20,22
88:13 89:4,7,
10 91:2,4,5,

Monica Mortensen, D.O
September 28, 2023

11

6,10,13 92:1
102:17
107:13,19,22
108:3,4,21
109:3,6,12,
14,16,20
110:4,19
118:8 126:25
137:17

**consented**
85:17

**consents**
9:24 11:2,3
17:12,16,19,
25 18:4
33:22,24
35:21 51:11
53:3 71:17,18
83:7 86:3
88:1,8 89:7,8
90:1 91:2,15
107:23 108:14
126:21

**consequence**
86:1 88:24

**consequences**
74:14 77:10
82:18 85:2

**consideration**
172:12

**considered**
10:1,5 12:9
135:5 138:7
167:14

**consist**
54:9

**consistent**
107:6 133:12

**consultants**
115:6 116:4

**contacted**
124:2,5

**content**
129:5

**context**
47:4 84:7,8
92:2

**continue**
42:15 70:8
95:24

**continued**
24:25 75:12
80:4

**continues**
179:16

**continuing**
65:9 67:25

**continuos**
22:11

**contract**
91:22

**contracts**
111:12,13

**contrast**
61:7

**control**
15:22 23:1
76:16,21
137:19,21
140:21

**controlled**
139:13,18
178:20

**conversation**
44:3 52:25
83:17 90:9,14
142:17 143:21
164:3 177:14

**conversations**
7:21 8:7,12
42:16,25 44:4
100:25

**conversion**
103:15

**copies**
89:7 131:7

**copy**
36:22 37:8,11
71:21 72:6
86:8,11,12,14
107:8 158:22
159:2 160:19

**correct**
5:1 6:16,17,
20 11:6 14:25
15:2,4,13,15,
17 16:4,7,10,
13,14,17,19,
25 18:13,24
20:12,24
21:8,12
24:12,14,16,
17 26:4,7
27:2,3 28:14,
16,22,23
29:2,5,7,19,
20,25 33:25
34:2,8,19,20,
22,23,25
35:5,6,10
37:18,19
41:13 48:10
55:23 59:6
60:6 66:4,8,
12 67:15 68:6
78:12 79:18
80:18 81:20
82:8 84:24
89:3,5,20

93:10 97:24
100:18 103:6,
7 106:2 108:6
109:12 110:4,
6 115:14
117:2,3,5,10,
14 121:7,8,
11,13,19
122:14,16
123:14,25
124:1 126:4
127:15,16
129:25
130:24,25
132:5 137:7,8
139:15,16
143:13 153:11
158:11 163:4,
6 164:13
170:10 171:1,
12,19 173:22
174:15

**correctly**
20:7 24:23
25:15 29:1
173:8

**cosmetic**
71:11

**cost**
137:2

**counsel**
7:22 8:7,14,
18 9:8,14
10:15 27:23
117:24

**counseling**
103:15

**counting**
154:20

**countries**

46:22 47:3
48:23 49:7,11
50:4 53:8

**country**
168:25

**COUNTY**
180:4

**couple**
177:5

**courageous**
42:16,25

**court**
4:24 5:8,18
85:17

**cover**
32:5

**coverage**
58:11 82:16
128:9

**create**
64:22 76:24
109:16 165:10
166:23

**created**
20:3 35:8
78:20 90:1
91:2 92:1
115:7

**creates**
76:22 77:24

**creating**
34:11 86:19
91:10 109:15
150:13

**creation**
116:4

**credit**
176:20

**criminalization**
48:8

**criteria**
25:18 68:3,8,
10,14 69:9,14
70:5,20 92:8
143:20

**critically**
144:16

**cross**
60:11 73:1

**cross-hormones**
25:8

**cross-sex**
31:13 44:23
72:10,19
75:13 80:6,25
81:25 91:8
104:2 132:23
134:14 145:2

**cured**
97:2

**curing**
96:21

**current**
13:16 173:14,
17

**CV**
11:17,21
14:19 136:5
160:13

**CVS**
105:7

**cycles**
40:13

---

**D**

---

**D.O.**

4:8 179:15
180:7

**Danielle**
152:4 153:23
154:3,14
155:5,13
156:13

**data**
36:8 51:17
63:21 84:16
88:22 103:12,
24 104:4
135:2,6,16
136:18 137:23
139:13,18
177:16 178:7,
17 179:5

**date**
10:18 120:23

**dates**
117:11 171:9

**day**
10:22 62:19
75:15 85:5
109:11 180:11

**days**
161:3

**de-transitioned**
129:24

**de-transitioning**
129:13

**deadline**
157:21

**deal-breaker**
162:24

**dealing**
72:22

**December**
33:21 34:1
123:25 127:13
159:4 163:13
165:8

**decide**
57:24 75:7
78:6 83:22
125:5 143:14

**decided**
55:24,25
75:9,10 80:24
81:24 82:2
109:23

**deciding**
72:24 115:13

**decision**
49:18 53:6,7
67:14,22
80:16 162:13

**decisionmaking**
87:5 115:12
125:8 164:7
167:15,17
168:22

**decisions**
148:11 149:12
177:7

**deem**
178:6

**deemed**
70:4

**deep**
42:8

**deeper**
43:1

**deeply**
134:13

**defendant**
 6:18 9:14

**defendants**
 6:15 8:14
 36:22 159:5

**deficiency**
 22:19 74:21
 138:5,10

**defining**
 147:6

**definition**
 135:24

**degree**
 12:2 18:16,
 18,21

**Delaware**
 63:8,12 79:1,
 2,7

**delayed**
 21:18 22:4,7
 74:23 76:20

**deliver**
 22:11

**demand**
 141:16 142:5

**demanded**
 92:25

**demanding**
 92:9,15

**demands**
 85:24 93:3

**demonstrate**
 107:16

**demonstrated**
 76:14 140:19

**denied**
 93:22

**Densitometrist**
 15:18

**densitometry**
 125:20

**density**
 15:19

**Department**
 102:23 105:16
 108:8,21
 113:12
 147:12,16
 171:15

**Department's**
 107:4

**depending**
 22:13 23:5

**depends**
 134:23 153:4

**deposed**
 4:18

**deposition**
 4:18 7:23,24
 8:8,15,21
 118:17 170:16
 179:15

**depositions**
 9:5

**depression**
 77:14 95:5,9
 96:3,5 98:2,
 9,15 104:15

**depth**
 141:16

**describe**
 131:1 138:24

**describing**
 80:25

**desist**

**69:1**

**desisted**
 69:6

**details**
 147:22 148:2

**deter**
 45:25

**determination**
 80:5,16

**determine**
 24:14 25:23
 26:6 51:11,16
 56:19 65:17
 107:5

**detransitioned**
 90:21

**detransitioner**
 131:22,24

**detransitioners**
 90:5 111:21
 129:14,19,20
 130:3,19
 155:9 157:8
 164:6

**Detroit**
 12:11

**devastated**
 85:6

**developed**
 50:12,18

**developing**
 40:14

**development**
 21:18 61:22
 102:14 118:19
 150:12 158:11
 159:15,19
 160:8

**devices**
 18:8 22:10
 84:1

**DEXA**
 15:20

**diabetes**
 13:15 15:22
 18:8 21:19
 22:9 54:11,
 23,25 62:8
 77:16,23,25
 84:1,2 139:5
 175:25

**diagnose**
 24:3

**diagnosed**
 23:9,18,25
 24:7,24 25:15
 29:1 80:13
 81:3 119:2

**diagnosis**
 24:5,8,9,10,
 14 25:24 26:6
 27:1 64:9
 69:6,20 70:2
 75:25 142:14

**die**
 85:10

**differ**
 38:11

**differed**
 166:3

**differences**
 21:17

**difficulty**
 138:8

**dig**
 43:1

Dipietro
  173:7,11
direct
  4:11 147:8
directed
  157:6
directly
  41:19,21
  43:12 50:21
  176:21
director
  13:12,13,14
  63:11 152:9
  153:24
disabled
  138:7
disagree
  102:3 169:19
disciplinary
  35:17
discipline
  29:17
disclose
  94:21
discourage
  42:15
discover
  144:1
discovery
  117:25 118:15
discriminated
  87:7
discrimination
  27:11
discuss
  24:7 42:14
  55:14 58:16
  71:15 72:16

73:7,10 75:4
76:18 83:18,
19 89:23 92:5
98:20 99:4
112:15 116:23
117:7 129:11
130:10 132:21
134:11
discussed
  18:14 64:14
  70:6 71:1,13
  72:8 82:20
  96:16 113:4
  115:24 127:11
  130:19 132:25
  133:1 149:24
  153:8 160:7
  162:12 174:17
discusses
  106:19 107:2
  129:11
discussing
  130:21
discussion
  48:23 49:5
  57:2 69:22
  117:9 130:2,
  11 160:7
  173:16 174:2,
  11,19
discussions
  42:21 129:3
  163:15,19
disease
  32:15 50:13
  77:15 125:18
  170:6
disorder
  23:6 176:1,2

disorders
  14:23 15:8,9,
  10,24 21:20
  22:12,13,23
  23:2 32:15
  39:13 61:22
  138:6
dissuade
  45:21,23,25
distinguish
  98:14
Divall
  28:3
dive
  42:8
Diverse
  62:18
divided
  168:4,6
division
  54:3 121:15,
  23
doctor
  63:8 78:19
doctors
  74:16 123:16
  128:19 171:21
  176:20 178:10
document
  7:7 53:4
  83:17 120:10
  137:15 168:20
documented
  52:25 76:23
documents
  7:19 34:11
  86:16 155:21
dose
  76:21 85:15

doses
  60:23 78:1
Dot
  52:10
drafting
  126:21
drafts
  72:4
draw
  134:8
drew
  118:20
drive
  62:11
driven
  26:12 33:23
  58:12,17 59:8
  84:5
driving
  87:16 138:8
Drs
  163:23 165:13
Drug
  135:15
drugs
  61:4 136:16
DSD
  21:22 30:5
  59:13,15 62:4
Ducatel
  173:14
dues
  136:10
Duke
  25:21 42:7
  142:22,23,24
  145:6,19,22
  146:1,17

Monica Mortensen, D.O
September 28, 2023

15

178:6

**duly**
4:9 180:9

**duplicated**
175:9

**Dutch**
103:13,14,19,
24 104:5
111:19 142:18

**DUVAL**
180:4

**dysphoria**
14:10,14
15:1,16 16:2,
16 17:15
18:12,18,19,
23 19:3,9
20:19,23
21:2,11 23:9,
16,19,25
24:4,11 26:3,
6,8 27:2,14
28:18,21
30:25 31:14
35:4 39:6
42:1,17
44:12,16,24
45:4,12,15
50:25 51:4
52:11,16
55:22 56:15
59:24 60:5,8
61:9 62:24
66:10 68:19
69:6 71:3
73:11 74:13
75:2 79:20,23
80:3,14,18
81:3 89:12
90:24 91:11
93:9,20 94:1,

6 95:21
96:18,20,21,
22 97:3
98:16,17
99:18,24,25
100:2,10,14
101:10
102:11,20
104:6 105:10
107:15 108:13
111:1,16
113:9 115:21
119:3 122:2,
13,19 123:1,
6,20 130:24
131:2 133:4
143:9 147:4
148:19 149:14
150:14
170:16,21
171:22 172:5

---

**E**

**e-mail**
10:19 120:10
133:23 153:16
155:5 158:1,4

**e-mails**
36:6

**eager**
5:5

**earlier**
80:2,10 81:15
95:19 100:16
113:15 118:6
123:8 125:19
130:22 132:25
137:5 142:10
145:5 147:5
149:20,21,24

152:23 159:14
161:21 162:12
166:16

**early**
76:19 104:2
129:22

**easier**
5:8

**easily**
104:17

**edits**
129:8

**educate**
55:15

**education**
64:15

**educational**
54:4,5,8

**effect**
33:14 34:7,13

**effective**
44:12,15,23
45:3,11,14
135:12 140:24

**effects**
15:23 51:9
77:17 82:18
84:13 135:17

**efficacy**
107:16

**effort**
67:9

**eggs**
177:14

**elaborate**
175:15

**elect**
99:7 102:2

**elected**
59:22 95:13
99:17,19,22
100:2

**elevate**
55:16

**em-mail**
155:13

**embarrassing**
162:3

**emerged**
104:5

**emergency**
33:16 34:14
35:8 102:16
107:23 108:4
109:6 118:8

**emotional**
172:16

**employed**
13:23,25 14:7

**encounters**
136:1

**encourage**
42:14,15
45:25 125:25

**encouraged**
171:17

**encouraging**
127:10

**end**
73:1 124:17
148:3 168:8

**ending**
12:18

**endocrine**
8:2 21:17
23:16 29:4

32:18 36:2
46:11 49:22
55:7,21 56:8
60:16,19 68:9
70:5,22 94:20
97:20 103:12
136:11,12
169:21,22
170:1,12,17
175:4

endocrinologist
13:2,11 32:10
68:4 70:19
85:20 105:9
122:17 127:21
146:21 147:1
154:9

endocrinologist
s
8:25 26:14
27:5 58:19
59:5 70:21
74:12 81:14
101:5,9
128:4,7

endocrinology
12:24 13:12
15:8 31:17
54:3,8 59:12
74:7 113:21
121:4,16
122:25 125:16
126:22

endocrinopathie
s
123:19

endocrinopathy
94:7 123:22

energies
59:20

energy
178:23

England
104:22

enjoying
161:2

ensure
84:6 155:8
156:3

entered
39:25

entertain
176:7

epidemic
111:11 148:16

Erin
132:14

establish
29:22 64:1
75:5 82:9
102:13 110:17

established
118:6

estrogen
21:25 22:7
72:9,13,15
73:8 74:11,19
76:2,14,15,
20,22 78:4
85:8 94:23
98:12,13

estrogens
76:23 77:2,3
85:15

ethical
112:9 140:23
141:1

ethicists
148:5 149:11,

18

ethics
151:12

euphoric
178:19 179:8

Europe
46:17 48:25
49:24 50:2
61:3

evaluate
29:21 69:23

evaluated
64:4

evaluation
24:18 40:7
41:8 68:2
69:18

evaluations
26:25 61:11
144:3

everyone's
168:3

evidence
46:12 57:12
60:18 104:4
111:15
147:16,19
148:6 175:1

evidence-based
147:18 164:22

evolution
132:19

exact
10:18 24:1
146:22

EXAMINATION
4:11

examined

4:9

Excellent
133:21

exception
100:23
162:14,16
163:2 164:2,
12 166:4
173:15,17

excerpt
161:10

excess
77:12

exchange
153:17

excited
59:9

excluded
162:20

executive
152:8 153:24

exemption
141:9 171:18
174:11,17

exercise
170:7

exhibit
7:5,8 9:11
11:18 17:7
19:23 20:4
21:14 53:19
106:17,22
107:3,9
108:16,19,20
112:13 120:8,
18 131:13
153:16,19
158:22 159:6
161:10,14

167:4,7 173:2

**exhibits**
120:13

**exist**
79:12

**expect**
29:13 137:1

**expensive**
87:16 136:10

**experience**
17:5 21:15
25:23 38:20
39:12 41:23
42:10 46:18
54:18 65:12,
20 66:6,12
73:22 74:10
95:7 111:24
116:15 122:11
126:22 129:14
130:18 132:8
133:12 136:18
137:6 141:24
142:9 143:6
145:10
146:14,16,25
156:4 172:4,5
176:13

**experienced**
89:24 145:17
170:5

**experiences**
98:14,16
132:6

**experiencing**
40:1 42:12
46:5 175:23

**experiment**
103:17

**experimental**
107:13 108:12
115:22 134:21
135:5,9,10

**expert**
4:16 6:15,21
7:18 8:1 9:2,
5,9,10,17,22
10:13,16,24
11:22 17:6,8,
11,14 21:14
29:8 32:24
33:2,22 34:9,
12 37:17,20
46:23 49:23
53:18 67:5
114:11,17
118:3,5,18
119:7 131:1,
4,11 147:6,8
150:22
151:18,21
154:8 156:16

**expertise**
30:24 31:1
46:18 50:8
61:8 62:25
91:10

**experts**
7:1 17:18
26:12 49:24
97:19 127:23
132:19,21
147:10 148:5
149:10,16
150:22 151:3
152:1 159:10
160:7 170:3,
4,8,9,10,11

**experts'**
8:21

**expires**
180:17

**explain**
31:9 38:18
67:11 88:19

**explained**
65:15 66:14

**explanation**
38:6 164:1

**exploded**
176:16

**explored**
39:15 46:6

**expose**
140:9,10

**exposure**
76:20,21

**expressed**
169:18

**expressing**
129:12

**extensive**
21:15 113:25
137:6 164:6

**extent**
14:24 37:3,6

**external**
38:14

**extracted**
159:3

---

**F**

**face**
45:8 81:22
82:13 149:25
161:25

**faces**
43:16 157:13

**facility**
27:7 78:14
85:11

**fact**
50:2 76:24
101:11

**factual**
117:25 118:14
128:23 146:23
169:9

**failure**
21:18,24
74:20,21,25

**fair**
24:10 28:14
34:4,6 135:22
137:4 159:14

**faith-based**
19:17

**fall**
41:10 74:25

**familiar**
39:2 63:8,17
102:17,22
104:25 105:5,
14,20 106:3,
12,18 112:23
114:6,8 115:4
131:9,11
144:15 147:24
151:6 155:15
158:14 161:12
162:9 163:24
164:14,24
167:11

**familiarized**
119:16

**families**
20:1 65:17
66:16 84:14

92:8,22 112:7
175:21

**family**
43:9,10 67:22
76:18 83:19,
20 88:25
98:23 125:14

**fast**
138:19,20

**fatty**
76:22

**favor**
35:4 119:17
128:9

**FDA**
83:12 84:1,2
88:11 134:18,
25 135:4,14,
18 136:25
137:12 138:9,
12 139:2,7

**FDA-APPROVED**
88:14

**FDOH000042405**
154:13

**fear**
40:15

**feasible**
176:15

**February**
34:4 47:16
101:22,23
109:10 119:17
127:14 153:5
163:14 166:6
171:4,11
174:11,12

**federal**
47:23 48:12

**federally**
125:13

**feedback**
98:22

**feel**
25:7,11,17
38:23 39:12,
16 40:10 43:8
44:5 46:23
51:11,16,23
56:10,19
65:5,6,23
69:1 76:1
78:7 80:16,25
82:22 92:19
97:16 99:4
100:4 111:17,
22 127:22
162:22 168:8
170:1

**feeling**
162:21

**feelings**
46:5,7,8
96:22

**fellow**
81:14

**fellows**
54:10

**fellowship**
12:14,15,19,
22 14:4
20:11,17

**felt**
44:8 59:14
60:19 61:1
64:23 65:1,3,
6,15,17 68:3
70:20 74:12
75:1 77:5

86:17 91:21
92:16 127:23
174:8

**female**
39:19 104:12

**females**
77:18

**feminizing**
45:7 71:10

**fertility**
86:1 87:24
177:11

**field**
46:18,19
49:25 56:16
83:2 147:6,9
168:14

**figure**
157:11

**file**
92:12 112:8
141:9

**filed**
148:20 149:6

**fill**
153:9 157:23

**filled**
155:8

**find**
140:20 168:3

**Finding**
144:2

**findings**
107:8 115:25
116:13

**fine**
100:8

**finish**

5:6,7

**fitting**
38:22

**five-minute**
53:12

**flip**
7:10 133:6

**Florida**
13:5,24 14:5,
7 17:10 25:20
28:15 33:8
35:13,14
36:12 42:2
46:9 48:7
79:10 100:24
101:6,9
102:23 105:2,
16,24 108:8
110:16 113:12
114:24 119:3,
5 120:12
121:25 126:14
141:22 144:20
145:25
147:11,16
148:25 149:1
171:15,23
175:2,6,11
180:3,17

**Florida's**
49:19

**Florinef**
23:5

**focus**
59:12,20
165:22,23

**focused**
89:16

**folks**
26:8 27:20,21

28:15,17
30:23 41:14
66:5 69:12
76:1 80:4
81:18 90:17
132:3 133:13
146:13 152:23
157:8,20
166:20

**follow**
32:14 39:7
94:16 95:23
97:23 103:17
120:11 170:12

**follow-up**
93:25 94:3
133:9

**Food**
135:15

**Ford**
12:11 19:2

**Forgive**
78:21

**form**
11:1 42:23
49:20 76:11
80:7 91:4,6,
10 104:8
105:18 108:23
109:12,25
110:21 114:2,
15,20 115:1,
8,15 116:6
134:22 136:19
140:11 141:5
148:12 157:2
165:3 169:3
176:23

**formal**
26:9,21

**formed**
76:8 86:13
116:24

**forming**
66:11

**forms**
17:21 21:25
22:6,10 35:9
71:22 86:20
89:10 91:5,13
92:1 102:17
107:22 108:3,
4,14,16,21
109:3,14,17,
20,24 110:4
118:8,20,21,
22 177:6

**forthcoming**
50:9

**forum**
54:8 90:14
150:8 153:7

**forums**
62:12

**forward**
53:6 82:2,3,5
113:6 143:16
168:16

**found**
82:24 89:7,8
115:21 135:25
175:16

**fourth**
19:24 154:18
160:11

**Fox**
121:14,15

**fraudulent**
51:23

**free**
50:6

**Friday**
154:4

**friend**
86:12

**friends**
26:14 27:13,
15 81:10,11
82:4 89:6,17,
22 91:21
143:3 178:8

**front**
8:24 35:24
42:18 44:6
134:7 154:25
160:17

**frontal**
177:6

**full**
10:4 37:2

**fully**
177:6

**functional**
14:21 138:6,
22

**Functioning**
104:23

**fundamental**
20:2

**funded**
144:14

**funding**
125:14

**fuse**
85:8 138:18

**fusion**
138:16,19,21

**future**
137:2

---

**G**

**Gadea**
165:14

**Gainesville**
29:23

**Galvin**
131:24

**gap**
12:17,20
20:25 105:21,
23

**GAPMS**
106:6 113:5
115:4,20
116:5

**gather**
167:22 174:25

**gathered**
96:4

**gave**
85:8 86:12

**gay**
40:21,22,24
41:4,5 43:9,
11,14

**gender**
14:10,14,16
15:1,16 16:2,
15 17:15
18:11,17,19,
22 19:3,9
20:19,22
21:2,10 23:9,
16,19,25
24:3,11 26:3,
6,8 27:2,14

28:18,21
29:9,11,24
30:24 31:14
35:4 37:24
38:2,6,7,10,
13 39:1,6,16
40:18,22
42:1,17
44:12,16,23
45:4,12,15
46:2,10 50:24
51:4 52:11,16
53:9 55:22
56:15 59:23
60:5,8 61:9
62:18,24
66:10 68:18
69:6 71:2
73:11 74:13
75:2 79:14,
20,23 80:3,
13,17 81:3
89:12 90:24
91:11 93:9,20
94:1,5 95:21
96:17,20,21,
22,23 97:2
98:16,17
99:18,24,25
100:2,9,14
101:10
102:10,20
103:2,5,10
104:6 105:9
107:15 108:13
111:1,16
113:9 115:21
118:12 119:3
122:1,13,18
123:1,5
130:24 131:1
133:4 143:9

147:4 148:18
149:14 150:14
164:22 167:6
170:16,21
171:22 172:5

**gender-
affirming**
31:7 114:19
128:10 132:20

**gender-firming**
169:1

**general**
12:13 15:7
19:6,13 59:11
87:3 106:5
112:18 117:13
130:3

**generally**
17:14 56:7
67:10,11
89:11 107:6
170:13,14

**generic**
143:23 146:22

**genetics**
54:13

**genital**
45:8

**Genspect**
164:19,24

**Ghrh**
66:2

**girls**
40:12 77:11

**give**
4:4 6:11 23:4
87:20,21
94:11 121:3
126:17 140:4

145:7 158:23
166:12 178:23

**giving**
6:8 61:2
140:14,16
178:22

**glanced**
89:15

**glucose**
22:11

**Gnrh**
65:13,21
66:7,20,24

**God's**
20:3

**gold**
139:14

**gonadal**
21:18,24

**gonadotropin**
74:21

**good**
40:6,10 56:17
69:17 120:2
126:23 129:7
167:20 168:9

**government**
148:15

**Governor**
126:4

**grade**
51:19 58:2

**graduated**
20:13 97:12

**granted**
153:7

**grants**
110:16

**gravitated**
38:22

**great**
5:11,21 6:7
34:9 59:23
81:9 85:1,3,
22 95:17
104:18 121:1
148:13 152:11
160:11,15,25
161:20 168:10
173:23

**Gregory**
161:12

**group**
54:9 58:16
60:25 63:20,
24 64:14
82:23 122:17
140:21 148:4
149:9 164:19
167:5 177:23

**groups**
164:15 169:24

**grow**
72:19 138:21

**growth**
15:24 21:20
22:2,18,19,20
67:7,8 85:9
137:6 138:4,
5,9,10,14,17,
19,25

**guess**
15:6 38:5
56:10 57:9
76:4 77:5
134:23 143:10
173:25

Monica Mortensen, D.O
September 28, 2023

**guidance**
102:23 103:1
105:16 106:6

**guidelines**
8:2,3 23:13,
14 29:4 36:1
46:11,24,25
54:5,19,22,24
55:2,4,6,8,
10,21,22,24
56:9 57:5,13,
24 58:1,6,16
60:16,17
61:12 63:21,
22 70:6 71:4
75:4 80:24
97:19 103:21
142:16
170:12,17
176:7

**guys**
129:13

**H**

**half**
41:6 93:7

**hand**
120:8 180:11

**handful**
32:11 40:8
92:24 96:11
98:4 144:7

**handing**
156:7

**happen**
33:24 47:24
48:2 65:5
77:25 88:2,4,
5,6 134:1

177:17 179:10

**happened**
69:15 79:12
113:2 116:20
119:13 142:22
145:14

**happening**
41:7 48:24
49:18 50:10
55:18 143:1
145:10 159:20
175:2

**happier**
179:7

**happily**
92:20

**happy**
5:12 6:2
43:10,24

**hard**
38:21 61:5
171:10
175:19,23
176:3 177:22
179:4

**harder**
122:8

**harm**
178:15,16

**harming**
99:6

**harvest**
177:13

**Hasan**
58:21 59:4,25
61:17 65:22
66:1 69:13
70:12 82:3
93:2 95:11

99:21,22
121:17 129:15

**Hashimoto**
94:17

**head**
5:19 27:24
68:24 69:10
100:3 112:4
144:18

**health**
13:5 17:9
19:25 24:21
42:21 48:4
78:18 87:10,
11 95:10
97:4,5,8
102:23 103:14
105:10,15
113:12
125:13,21
147:12,16
151:2 171:15
178:22

**Health's**
105:16 108:8

**healthcare**
15:3 19:14
20:9 105:1
106:7 107:5
114:13,24
149:5

**hear**
40:15 172:17
175:18,19

**heard**
41:21 42:5,6
113:11,20
114:5 129:17
143:3 146:8
172:14 176:24

**hearing**
41:17 53:23
130:18 131:22
157:18 164:6
165:25 166:7,
9,11,17,20
167:5,22
170:24 171:1,
3,4,21,24
174:20 175:21

**hearings**
134:1 152:19
157:17

**hearsay**
41:22 129:19

**heart**
22:17 50:13
77:15 125:18
170:6

**heartbreaking**
172:16
175:15,16,20

**heavily**
62:13

**height**
32:6 67:9
138:6,15,22

**helped**
63:23 116:4
120:25

**helpful**
163:22

**helping**
11:1 99:5

**helps**
52:23,24
90:12 122:6
138:16

**hemoglobin**

Monica Mortensen, D.O
September 28, 2023

178:23

**Henry**
12:10 19:1

**Hey**
94:10

**HH**
180:18

**hierarchy**
78:24

**high**
76:21 77:15
85:15

**higher**
78:1 79:7
111:20

**highest**
87:17

**history**
76:18 143:19

**hits**
87:8

**hold**
17:13 47:13
162:20

**holistic**
20:1

**home**
79:7

**honest**
11:12 42:18

**honestly**
67:1 124:6

**hoping**
168:3

**hormonal**
62:10

**hormone**
15:24 22:2,3,

14,19,20 23:4
67:8 87:15
103:4 106:20
132:23 138:5,
9,10

**hormones**
25:6 29:6
31:13 40:16
44:22,23
45:14 50:23
51:3 52:10,
14,15 61:2
72:19 75:8,13
76:10 80:6,25
81:25 87:5,18
91:8 104:2,24
134:14 145:2

**horrors**
40:14

**hospital**
12:10 19:2,6,
14,18 79:10
95:10

**hospitals**
79:9 136:1

**hour**
11:5 53:11
142:13 156:18
170:7

**hourly**
11:5

**hours**
19:8 20:21
108:15 157:1

**Howler**
113:21 171:25

**hubris**
17:17

**huge**

129:5

**human**
15:23 20:2
175:18

**Hunter**
151:6 163:25

**Hunter's**
164:14

**Hurray**
155:3

**hydrocortisone**
23:5

**hyperlipidemia**
77:16

**hyperplasia**
23:3

**hyperthyroidism**
22:15

**hyphen**
58:25

---

**I**

**i-viewer**
36:15

**idea**
40:13 51:10
56:17 59:9
76:6 88:1
98:18 120:2
125:9 126:23

**ideations**
104:16

**identification**
7:9 20:5
106:23 120:19
131:14 153:20
159:7 161:15
167:8 173:3

**identify**
38:24 46:1

**identifying**
69:7

**identity**
14:16 37:25
38:2,6,10,13
39:1 40:2
45:22 46:2

**idiopathic**
138:11

**Illinois**
19:18

**image**
20:3

**impact**
97:7,9 172:19
178:21

**impacting**
87:18

**impacts**
144:20

**implants**
45:8

**implemented**
33:10,12

**implementing**
34:14 102:16
119:6

**importance**
40:6

**important**
43:4 49:17
88:25 138:2
144:16 174:25

**improve**
15:22 67:9
96:5 103:16

141:3

**improved**
51:8 97:3

**improvement**
71:5 95:4
97:5,10 98:2,
9 103:23,24
104:12,13,14,
18 178:25

**improvements**
104:6

**in-depth**
24:18 41:7
142:6,8,17
143:14

**in-person**
133:25

**in-state**
32:4

**inappropriate**
44:9 128:23
178:6

**inappropriately**
149:7

**inartfully**
80:21

**include**
10:4,6,9 61:8
75:21 164:18

**included**
10:3 89:23
160:22 162:19
166:4

**includes**
34:12

**including**
21:17 107:17
110:18 111:4
156:15 171:25

**inclusion**
162:16

**income**
13:20

**incorrect**
17:1

**incorrectly**
146:5

**increase**
92:7 93:12
178:24

**independent**
58:3

**independently**
58:15

**indication**
65:15 69:21
83:13 84:2
88:12,15
134:19 135:3,
16,19 139:7

**indications**
138:10

**indiscernible**
137:22

**individual**
17:2 44:9
101:18 113:14
117:18 122:11
155:13

**individually**
82:24

**individuals**
19:25 132:7,
16 148:24,25
169:1 170:25
171:11 178:3

**induction**
61:1

**industry**
18:10

**infantile**
85:9

**inferior**
140:10

**infertility**
107:18

**influence**
38:16,25

**influences**
38:14

**influx**
56:12

**inform**
84:5,22

**information**
9:15 10:1,4
28:2 36:7
56:17 59:18
62:14 67:21
86:13,22
163:10 170:25
174:2

**informed**
9:24 17:14,
19,20,21,23,
25 33:16 35:9
47:13 51:10
52:20,21 53:7
82:21 86:20
90:6,8 91:10
102:16
107:18,22
108:3,14,20
109:3,12,14,
16,20 110:3,
19 118:8
126:9,25
128:21 177:7

**inherited**
58:14

**inhibitors**
137:9 138:3

**initial**
80:5,23 108:2
109:19 117:6

**initialed**
90:8

**initialling**
90:7

**initially**
46:16 75:3,17
111:19 126:17

**initials**
110:13

**initiate**
100:23 101:11
106:13 109:8
112:16 113:17
115:25 117:7,
10

**initiated**
48:1 81:12
102:24

**initiation**
47:21

**injections**
145:8

**input**
124:23

**insistent**
86:3

**instances**
44:14 45:12,
13,24 116:16

**Institute**
48:4

institution
20:10 112:5

institutions
27:7 175:7

instructed
5:24

insufficient
107:15

insulin
22:10,11
77:16 84:1

insuline
77:24

insurance
32:2,5 82:16
87:16

intend
32:25

intent
169:10

interacting
41:14

interaction
157:15

interest
30:6 61:23
62:2,4 101:17

interested
62:8,11

interesting
54:16 57:23
72:3 78:2
82:24

interests
15:7,21 16:3

interim
64:10

Internal
91:16

internationally
49:18

internship
12:8 19:1

interpret
179:4

interpretation
72:21 134:23

interrupting
73:24

intervention
132:22 139:15
140:10 144:13

interventions
90:18 107:14

interviews
132:11

intro
131:10

introduction
65:8

investigate
127:23

invited
61:21 112:19
150:22
151:17,19,20,
23

inviting
151:23

involve
91:9

involved
17:20 18:3
21:7 56:21
57:1 64:19

87:5 98:19
116:7 119:14
136:2 149:12,
17

involvement
73:13,15
118:18 146:15
157:15

IRB
47:20 48:19
91:16 100:16

IRB-APPROVED
101:13 162:14
163:1 164:1
174:23

irregularities
22:23

irreversible
107:17

issue
27:19 34:3
51:19 67:6
86:20 94:9
102:7,24
114:25 116:17
125:21 127:3
140:20,24
146:8

issues
24:21 32:18
51:22 62:10
81:22 82:12,
16 87:11 95:8
98:7 130:16
138:4,25
151:2

item
53:23 57:21

iviewer
133:20

## J

Jacksonville
13:5,13 14:5
56:23 79:5,8

January
166:1

Jennifer
28:10 156:14

job
5:8 125:17

Joe
122:21

jog
120:25

John
113:11

join
33:20 126:17,
18 127:17
128:1

joined
165:15

joining
133:3

joint
12:11 47:17
116:23,24
126:15 128:3
151:14 165:25

Jonathan
63:16

Joseph
131:17

journal
54:15 63:2
104:22

journals
  36:4 54:15
judge
  139:14
judgement
  30:10
July
  106:12 130:17
June
  106:4 107:8
jury
  44:25
justify
  50:24 51:3
  52:10,15

**K**

Kaley
  123:3
Kaltiala
  151:20
Kelly
  180:6,16
kids
  30:5 32:12,13
  38:20 39:14
  40:9 41:7
  62:6 68:18,23
  73:19 93:13
  95:7 96:11
  111:18 138:25
  147:24 175:25
  176:18 177:11
kind
  26:12,13,25
  29:15 32:7
  40:9 41:1,5
  49:5 60:24
  61:5 62:4

72:23 86:1,2,
  13 88:1 90:4
  95:11 96:23
  127:22 128:19
  129:16 130:9
  141:7 153:4
Klinefelter
  74:24
knew
  63:25 64:2
  74:13 86:24
  129:6 174:7,
  19
knowing
  43:5 77:6
  78:4
knowingly
  140:9
knowledge
  11:9,13 21:10
  33:1 48:24
  76:3 78:21
  86:23 102:12
  110:10,12
  113:25 116:21
  123:9,10
  126:8 130:23
  142:25 143:2
  171:13 174:1
knowns
  132:21

**L**

L-O-U-R-N-I-S
  58:25
lab
  32:4
labeled
  11:19 71:25

labeling
  136:17
Labor
  10:22
lack
  23:4 78:21
  136:17
Ladapo
  106:5 112:18
  113:4,8
  117:13 130:3
Laidlaw
  151:25 154:7,
  9 158:19
  160:20 161:4
Laidlaw's
  160:16
language
  52:8 159:20
  160:8
largest
  144:13
Larry
  121:14,15
law
  4:24 33:23,24
  100:12 130:7
laws
  79:2
lawsuit
  85:5 114:12
lawyer
  91:23
lawyers
  83:1 91:24,25
  152:16
lay
  148:5 149:11

lead
  105:8
leading
  26:12 169:8
leads
  77:14,15
lean
  46:15
learn
  26:23,24
learned
  174:3
learning
  41:15 59:21
leave
  44:3
leaves
  165:19
led
  33:15 118:19
  124:8
left
  65:6 145:6
legal
  82:18 91:17
legality
  94:9
legislative
  126:16 127:18
  128:3 148:8,
  10
Legislature
  119:5
length
  76:18
letter
  70:1 104:25
  105:6 106:5

120:11,15
121:1,7
123:11 127:4,
6,9 128:17,
20,22,24
129:9,10,11
130:20 134:11
139:12 141:13
142:12
143:17,23
144:10,12
146:22 147:11
148:3 174:24

**letters**
144:4 160:3

**level**
48:3 61:6

**LGBTQ-PLUS**
87:6

**licensed**
73:14

**life**
26:24 51:20
99:2 177:4,8

**life-threatening**
140:5

**lifesaving**
51:24 52:5,6

**likelihood**
177:12

**limit**
53:9

**limited**
46:21 64:25
88:21 110:18
139:13 144:3
146:14

**limiting**

52:11,15

**lines**
142:1

**link**
147:19

**Lisa**
30:18 64:24

**list**
15:6,21 16:9
34:10 84:17
100:6 126:17
127:19 138:12
141:23 146:2
148:22 154:4
155:6 156:14
157:5

**listed**
15:16 18:7
132:21

**listened**
172:15,16

**lists**
62:24

**literature**
10:10 58:13
62:21 135:2
167:24

**litigation**
86:2 114:18

**living**
176:25

**lobe**
177:6

**logo**
20:12

**long**
13:6 20:13
55:18 65:10,
11 77:9 93:7

124:19 142:18

**long-term**
63:21 78:6
85:1,11 88:24
107:16 135:7
175:25 178:16

**longer**
59:25 69:1
93:8 165:12

**longitudinal**
144:13

**looked**
57:21 116:1
125:17 135:23

**loose**
176:8

**loosely**
26:12 51:18

**lost**
85:18

**lot**
10:10 24:20
26:22 38:3,4,
5,20 40:17
41:5 45:9
49:1,23 50:7
51:18 55:6
60:19 65:4
68:18 77:8
82:17 85:18
87:8,11 93:15
95:8 98:21
103:14,22
119:21 125:14
129:20 130:7
133:14 135:6
143:16 146:6
147:9 150:20,
21 152:15
160:3 169:20,

21,25 170:1,
11 179:5,6

**Lou**
59:1,4 100:7,
8,9 122:5,6,
10

**Lournaris**
58:21

**love**
72:6

**low**
46:12 51:18
57:5,25

**low-grade**
121:5

**lower**
77:23

**Loyola**
12:1

**lunch**
120:1

**Lupron**
22:6 83:10
94:23 100:12
138:24

**Lurie**
28:11

**Lutheran**
12:13 19:6,13

_____

M

**made**
5:23 48:17
78:2,5 80:5
126:4 144:16
163:10 170:2
173:14

**main**

104:22

**major**
17:3 168:24
169:13

**majority**
40:3 70:13
72:18 73:1
94:15

**make**
5:7,9,21 7:14
30:2 50:11,16
56:18 64:8
67:14,22
86:22 87:9,
13,19 88:3
96:7 100:18
133:9 145:1
149:4,11,25
151:1 155:7
174:15 176:9
177:7

**makes**
47:1 50:7,10
120:3 122:8

**making**
53:7 77:13
129:8 148:11

**male**
39:19

**man**
77:8

**manage**
46:7

**management**
54:25 111:12
148:4 149:10,
16

**managing**
32:11

**March**
33:14 34:7,13

**marijuana**
127:20,24

**mark**
7:5 19:22
106:16 120:8
131:5 153:16
158:21 161:9
167:3 172:24

**marked**
7:8 9:11 20:4
106:22 120:18
131:13 153:19
158:25 159:6
161:14 167:7
173:2

**mass**
178:24

**mastectomies**
85:16

**materials**
9:8 35:12,22
36:23 166:24

**math**
173:23

**matter**
4:15 10:17
17:8,11,14
106:10 150:22
151:3,18,21
152:1 156:16
159:10 160:7
162:22

**Matthew**
120:10 121:9
131:11

**Mauras**
121:20,21,22

129:8 137:21

**Mcmaster**
147:13,17,21

**meaning**
153:2 156:15

**means**
134:18 135:18

**meant**
122:10 150:2

**med**
26:23 140:15

**media**
49:1

**medial**
38:14

**Medicaid**
114:19

**medical**
11:10 12:4
13:14 14:9,12
18:16,21
22:10 30:19
31:7 32:18
50:22 51:2
52:10,14
54:10 67:10
90:18 101:5
107:7 119:1,
8,9,12 127:20
132:22 138:18
139:20,21
141:2,3 148:5
149:1,11
167:23,25
168:4,24
169:13 170:20
176:1,2

**medically**
70:17 169:2

**Medicare**
128:9

**medication**
24:24,25
28:25 31:13
51:10 71:2
82:7 83:18
84:18 88:13,
14 135:12
137:12,13,20
138:16 146:24
178:22 179:9

**medications**
6:7 18:10
21:21 22:21
33:6 45:17
48:5 53:9
60:1,4,9
78:10 82:17
83:8,15 88:9
92:2 94:22
111:2 119:1
121:5 135:20
138:3 139:17
142:15,19

**medicine**
6:19 12:6
29:13 33:8,9,
13 34:1 35:2,
8,13,14 36:13
47:18 78:19
83:2 95:14
102:14,18
104:22
105:24,25
106:5 109:2
112:14,15
116:22,25
117:1,7,9
118:7,12
119:4 120:12,

16 121:12
123:12,13,25
124:14 126:15
127:10,14
131:20 132:4
133:9,24
142:3 147:18
149:13,22
150:12 159:24
161:19 162:8,
11,25 163:3
164:11,22
166:2,4
171:18
172:11,25
173:10,12,16

**Medicine's**
36:13 126:15
149:13,23
150:13

**medicines**
97:6

**meds**
135:4

**meet**
8:7 43:21
68:4 69:9,14
70:5 92:7
143:19

**meeting**
36:19 56:21
57:3,8,11,16
58:7 61:10
80:23 82:1
101:20,21,22
114:25 117:6,
7,8,9,16,17,
23 131:21
133:19 150:23
153:4,5
156:24 157:1,

9 158:7
159:20 160:23
163:21 164:10
171:20
173:11,18,19,
20 174:3,16

**meetings**
36:14 48:16
61:11 62:15
63:20 64:11,
13,15 98:20
101:1,2
131:20 132:4,
25 134:2
153:2 156:7
164:17

**member**
6:19 121:12
124:9 126:14
136:6,8
151:14 159:23
161:23 162:2
163:9,17
169:5,8

**members**
47:17 54:11
116:25 117:1
128:2 140:21
163:15,18
165:17 169:4,
17,22 173:1,
12,16

**membership**
164:18

**memorize**
159:25 162:3
171:9

**memory**
120:25

**men**

77:1

**Mendez**
165:14

**menopause**
76:20

**menstrual**
15:8 22:23
40:13 76:17

**menstruation**
76:19

**mental**
24:21 42:21
87:10,11
97:4,5,7
103:14 176:2

**mention**
22:22 47:3
73:13

**mentioned**
24:13 30:17
31:6 34:3,13
41:10 54:2
56:25 58:17
64:16 66:6
78:8 80:22
81:19 89:19
93:23 95:19,
24 100:16
121:17 125:19
129:17,22
130:22 137:5
149:20,21
158:3 166:15
175:14 178:5,
9

**mentioning**
113:14

**merged**
86:13

**met**
8:17 25:17
26:13 27:4
63:9 68:3,14
70:20 75:3,15
91:1 112:15
116:23

**metabolic**
15:23

**Metabolism**
54:4

**Meter**
114:5,23
115:6 116:3,
10

**metformin**
23:1 77:19
139:4

**methinozole**
22:15

**Miami**
101:16

**Michael**
113:21
151:17,25
154:8 160:13
171:25

**mid-puberty**
104:1

**middle**
155:4 156:12

**midst**
87:13

**Midwestern**
12:5

**mild**
97:10

**mind**
39:18 59:3

120:9 172:17

**mine**
41:22 167:17

**mineral**
15:19

**minimal**
146:15

**minor**
67:13 177:20

**minors**
34:19,21 35:4
47:25 48:9
49:9 69:3
101:12
102:15,20
109:10 118:7
127:12 149:14
150:14 172:4

**minutes**
101:19
117:17,23
131:21 157:1
163:21 173:24

**mirror**
173:15

**misdiagnosing**
148:21

**misdiagnosis**
111:25

**misprescribing**
111:25 148:20

**mission**
19:24,25
20:14,16

**misstate**
80:11

**misstating**
79:18

**misuse**
111:14,15,21

**mixed**
104:9

**models**
132:23

**moderator**
134:8

**modify**
173:13

**moment**
48:23 87:23,
25 120:9,13
134:11 152:4
170:23 172:24
175:14

**money**
85:18 136:13

**Monica**
4:8 122:4
179:15 180:7

**monitor**
31:9 148:14

**monitored**
31:5,6,24

**monitors**
22:11

**month**
10:21 75:16
124:21

**morphologies**
14:22

**Mortensen**
4:8,13 11:7
20:17 27:17
32:23 37:16,
24 41:9 53:17
102:13 104:25
109:8 118:5

119:15 120:7
122:4 131:7
133:15 137:5
158:23 162:12
179:15 180:7

**Mortensen's**
118:3

**motion**
173:13,14,17,
20 174:16

**Mouras**
145:9

**move**
53:6 82:2
113:5 160:25
162:11 168:16

**moved**
175:23

**moving**
82:3,5 172:16

**multidisciplina
ry**
25:9,10,19
26:2,21 29:9,
11,12,19
30:20 54:13
64:1,22 79:14
82:10 105:10

**multiple**
91:5 110:19,
20 111:5
171:21

**multistage**
79:19

**multitude**
40:5

**muscle**
178:24

**myriad**
141:14,20
142:4

_____

**N**

**name's**
4:14

**named**
6:18 117:18
132:1 154:15

**names**
11:12 27:6,9,
16 124:7
129:6 131:10
157:8,13
161:20 162:4

**nation**
175:7

**national**
47:15 48:3,4,
20

**naturally**
77:13

**needed**
29:16 30:19
32:2,4,6
33:24 73:20,
23 79:25
92:17 175:4,5
176:11

**negative**
97:7,9 176:14
178:1

**Nemours**
12:19 13:4,19
14:4 17:9
21:1 29:18
54:2 55:19
56:22,23

63:7,15
71:18,22
78:16,22
79:10 121:10,
24 122:17
132:25 133:3

**neurodivergent**
38:21

**neurologically**
85:6

**neurology**
54:14

**neurosurg**
54:13

**neutral**
97:10

**news**
36:4 129:20

**newspaper**
49:3

**niche**
59:11 62:5

**NIH**
104:10 144:14
179:10

**nods**
5:18

**non-physician**
146:14

**non-research**
91:19,20

**nonprofit**
19:18

**normal**
67:7 138:14

**Notary**
180:17

**note**
32:8 83:17
84:23

**notes**
84:23 137:15
143:16

**notice**
126:10

**notices**
165:25

**November**
124:18 163:1,
12,20 170:24
171:6,7
174:9,13

**number**
7:8 16:6 17:1
20:4 24:1
32:19 40:10
53:19 56:14
67:1 69:10,11
92:6 93:12
106:22 110:22
111:20 120:18
131:7,13
153:19 156:10
159:6 161:14
167:7 173:2

**numbers**
96:16 159:25
160:3

**nurse**
9:1 54:9
122:24 123:4

---

**O**

**O'MALLEY**
131:12

**oath**
4:20,23 180:1

**obesity**
76:22 77:16

**object**
42:23 49:20
76:11 80:7
104:8 105:18
108:23 109:25
110:21 114:2,
15,20 115:1,
8,15 116:6
134:22 136:19
140:11 141:5
148:12 157:2
165:3 169:3
176:23

**objection**
5:22

**Objections**
5:22

**observe**
96:16

**obtaining**
137:2

**Occasionally**
5:21

**occurred**
145:20

**occurring**
50:11 144:20

**October**
124:17 154:2
155:5 156:13
158:9 159:4
180:12

**off-label**
45:18 83:14,
15,18 88:19

134:13,17,20,
24,25 135:4,
11,17,21,24,
25 136:2,24
137:15

**offer**
43:22

**offered**
174:4,18

**offering**
33:4

**office**
63:13 79:7
93:14

**offices**
93:16

**official**
180:11

**offset**
137:2

**Oftentimes**
88:20

**one-sided**
155:2

**one-years**
12:23

**online**
36:12 37:2
89:8 124:15,
24

**onset**
24:21 67:6

**open**
38:1 50:6
85:23 90:13
120:11,15
121:1 128:16
139:12 144:12
147:11 150:8

153:7 172:17
174:24

**openings**
124:13

**openly**
129:12

**opine**
9:22

**opining**
34:18

**opinion**
4:16 33:22
36:7,8 40:16
46:4 49:24
51:18 76:8
119:7 121:3
141:1 146:4
172:19,20

**opinions**
26:15 32:24
33:4 53:18
54:18 118:3,6

**opioid**
111:11 148:16

**opoid**
111:12

**opportunity**
166:12 175:10

**opposed**
46:2 76:6
148:7

**opposes**
170:21

**option**
103:2,5,11

**options**
70:6,7,8

**oranges**

61:6

**order**
12:23 83:5
96:19 143:7
173:11,15,24

**ordered**
32:4

**organization**
169:13 170:20

**organizations**
165:2 169:18

**original**
14:13 16:24
162:16

**Orlando**
30:21 56:23
78:14,16
79:4,5,8
93:24

**osteopathic**
12:6,8,10
19:1 33:8,13
34:1 35:2,8,
14 36:13
47:18 102:18
105:25 109:2
112:14 116:22
117:1,9 119:4
123:13,24
124:12 126:15
127:14
149:13,23
150:13 152:7
159:23 163:2
164:11 166:2,
4 171:17
172:11,25
173:10,12

**Osteophathic**
6:19

**outcome**
51:8 67:9
88:22

**outcomes**
45:7 50:11
71:9 85:2
95:17 97:22
135:7

**outcry**
79:24

**outlined**
79:17

**outweigh**
51:8

**outweighed**
65:18

**outweighs**
51:12,13
141:10

**ovarian**
14:22 22:24
32:14 74:20,
25 77:12

**ovaries**
16:12

**ovary**
16:12

**over-diagnosed**
111:23

**over-prescribed**
111:23

**overstep**
42:11

———————————————

**P**

———————————————

**P-R-I-T-I**
28:8

**p.m.**
53:15 120:5
173:11,19,21
179:14

**pace**
142:20

**pages**
107:1 108:5
120:11 155:21
167:2

**paid**
114:23 116:16

**pain**
111:12

**Palmer**
78:19 79:10,
11

**palsy**
85:6

**paperwork**
152:15

**paragraph**
17:6 18:14,25
19:24 21:13,
15 23:7 29:8
33:2 34:9
35:1,11 53:19
54:1 61:20
65:9,10,11
67:25 79:17
80:12 81:9
84:25 92:5
106:19 107:3,
12 108:11
110:15 118:24

**paragraphs**
89:18

**parent**
32:9 40:20

44:4,5,6
67:12 132:1
155:9

**parental**
155:15,19

**parents**
40:23 51:15
62:17 85:7,17
92:16

**part**
19:14 35:7
36:21 45:1
73:25 74:1,5,
23 77:17
86:16 105:23
109:12,14
112:21 115:12
117:4 118:23
125:7,16
129:11 138:5
140:13 152:19
158:15 159:1,
3 162:17
164:7

**participant**
140:10

**participate**
48:9 84:6
132:24

**participated**
130:2,17
166:9

**partner's**
40:23

**pass**
134:3

**past**
37:17

**Patel**

28:6,8

**path**
59:10 65:23
168:13,17,18

**pathway**
60:25 66:11
69:15

**patient**
32:9 44:3
51:11,15
52:2,24 53:1,
3 56:13
67:12,22 68:2
77:19 83:5
84:6 85:5
90:20,23 94:6
129:18 143:9,
15,18,24,25
144:5 146:19
147:8

**patients**
19:9 20:22
22:22 26:18
30:9,19 31:6,
7,11 39:13,20
41:18,24,25
56:20 60:1,2,
7,8 61:22
63:22 64:3
65:16 66:16,
23 70:7
71:13,15
79:11 82:6
89:24 93:25
94:13,16,25
95:2,20,23
96:4 97:22
98:1,8 99:18
100:2,9,13,
15,23 102:2
105:11 111:24

112:7 123:18,
19,21 129:23
137:14 139:4
142:20,22,24,
25 143:6
145:6,12,16
146:7,10,17
147:3 172:8
176:22 177:20
178:11,12

**Patrick**
151:6 164:14

**Paul**
171:25

**pause**
46:25 47:1
50:7,15,17
72:22 90:10
177:15,18

**pay**
166:22

**PCOS**
15:8,23 23:1
76:17 94:17

**pediatric**
8:25 12:12,23
13:2,11,12
15:8,10 54:3,
8 58:19 59:4
63:3,11 74:7
85:20 88:17,
18 101:5,8
105:8 113:21
121:4,16
122:16,25
125:16 126:22
127:21 128:3,
7 136:12
169:20

**pediatrician**

13:1 93:16
151:11

**pediatrician's**
93:14

**pediatricians**
141:25

**pediatrics**
15:24 19:1
125:12,15
135:21,25
136:6,24
170:3

**peer**
38:15

**peer-reviewed**
16:24 17:2

**peers**
49:5

**penalty**
4:25 48:8

**pending**
6:4

**people**
14:14 17:18
21:5 28:1
29:12 36:6
38:4 39:6,7,
10 41:9 42:16
46:17 48:15,
18 64:15
65:5,6 70:3
72:18 82:2,15
89:19 90:3
104:15 121:3,
6 134:3,5,25
142:1,11
144:22 146:1
148:5,22
149:11 150:9
152:17 153:5

155:6 156:3,
8,14 158:8
162:23 168:4,
8 169:20,21,
22,24,25
170:1,9
174:17 176:4
177:1 179:6

**perceived**
102:9

**percent**
20:15 25:22
36:17 49:12
51:20,23,24
52:2 55:25
68:25 88:22
99:11,12
101:2 111:7
136:1 151:12
158:7

**percentage**
44:17

**perception**
53:2 95:11,16

**Perfect**
160:6

**performance**
110:18 111:4

**performed**
18:1

**periods**
85:13

**perjury**
4:25

**Perko**
5:21,24 7:6
27:25 37:10,
12 42:23
49:20 76:11,

13 80:7 104:8
105:18 108:23
109:25 110:21
114:2,15,20
115:1,8,15
116:6 117:24
118:9,13,21,
24 119:11,20
120:2 134:22
136:19 140:11
141:5 148:12
154:21 157:2
158:25 161:4
165:3 169:3
176:23

**permanent**
74:14 84:13

**Permuy**
122:21

**perpetuate**
76:24

**person**
38:7 44:1
45:21,25
46:5,23 60:24
64:24 116:16
141:2 175:18

**person's**
38:10

**personal**
41:23 95:7
132:8 142:25
143:2,6
166:14 172:4

**personally**
21:3,4 117:20
146:9 161:16
178:4 180:8

**perspective**
97:4

**pertaining**
35:21

**petition**
106:13,17
109:8 112:16
113:17,24
115:25 117:7,
9 167:4,5

**petitions**
166:17 171:1,
12

**pharmacy**
35:18

**philosophy**
20:1

**PHQ9**
96:6

**phrase**
134:17

**phrases**
38:3

**physical**
107:17

**physically**
71:10

**physician**
29:14 32:5
35:17 75:23
83:6 127:25
165:19 175:17
176:5

**physicians**
11:14 26:22
54:9 57:7
58:8 120:17
146:13 148:4,
13,14 149:10

**PI**
18:1

**picked**
41:2 49:3

**pile**
134:9

**pills**
23:1 76:16,21

**pioneers**
46:19

**pitfalls**
140:12

**place**
33:21 79:21
86:7 165:9
176:11

**placebo**
140:13,15

**places**
81:19 89:22
92:20 145:11
146:2

**plaintiffs**
4:15 11:8,11,
13,15

**plaintiffs'**
7:5,8 20:4
106:22 120:18
131:13 153:19
158:21 159:6
161:9,14
167:7 172:24
173:2

**plate**
138:17

**plates**
85:9 138:15,
20

**play**
126:19 145:25
148:16

Monica Mortensen, D.O
September 28, 2023

34

**played**
11:1 125:23

**playing**
75:23

**plenty**
175:6

**point**
47:10 52:21
72:10 78:2
79:11,15
133:7

**points**
110:8

**policy**
23:15

**political**
148:8,10

**polycystic**
14:22 16:12
22:23 32:14
77:11

**poor**
46:12

**poorly**
81:13

**population**
45:1 58:11
62:4,8 79:25
84:4 87:1,19
88:17,18 96:9

**Poquiz**
63:16

**position**
13:8 14:1,6
66:16,18
124:25 126:13

**positions**
13:19 165:11

**positive**
172:8 176:21

**possessed**
107:12

**possibly**
29:14

**posted**
126:12

**potential**
73:2 88:4

**Powerpoint**
160:16

**practice**
15:6 35:3
55:11,15 63:3
67:20 102:19
110:17 111:4
121:4 125:14
127:25 165:19

**Practices**
62:17

**practitioner**
9:1

**practitioners**
54:10 105:1
122:24 123:4

**pre-fill**
156:3

**precocious**
14:20 15:9,23
18:9 21:19
22:4,5 66:21,
24 84:10,13

**predating**
33:18

**prediabetes**
77:20

**pregnant**

85:14

**premature**
138:16,21

**preparation**
9:15

**prepare**
6:21 7:22 8:7

**preparing**
8:14 9:10

**prepubertal**
69:3,4

**prepubescent**
70:16

**prescribe**
21:21 22:22
24:24 25:5
29:6 74:19
75:22,24
78:11 79:21
80:6 81:25
83:8,10,14
88:10,13,14,
15 98:11,13
138:2,24
139:4,17

**prescribed**
22:25 28:24
45:18 66:2,9,
24 67:3,11
85:21 92:3
94:1 95:21
97:14 103:4
112:2 137:9
139:9 141:15
142:21 145:2
146:12,13

**prescriber**
112:11

**prescribing**

25:2,11
65:13,21
66:6,20 74:11
76:9 80:17
81:7 97:6
122:11 142:5

**prescription**
78:10 84:9,12
88:9

**prescriptions**
67:3 97:14

**present**
8:17 54:16
152:21 166:6
173:1

**presentation**
158:18,23
160:16,20
161:4 164:4

**presentations**
14:18,20,24
15:1

**presented**
103:12,24
105:24 106:14
113:17 114:8
115:11 116:10
146:23 166:16

**press**
49:1

**pressure**
32:6 38:15

**presume**
26:1 29:23
112:25 143:11

**pretty**
55:9 58:1
80:5,22
125:22

Monica Mortensen, D.O
September 28, 2023

35

prevent
6:8 77:23
138:16

previous
165:16 174:9

previously
4:18 39:23
62:3 93:24
102:5 127:11
153:8 158:3
160:7 170:16
174:22 178:9

principles
179:6

printed
159:2

prior
6:5 33:10
36:14,18
56:23 113:2
123:12 126:24
130:15 133:3
162:10 167:1

Priti
28:6,8

privy
163:10,19

problem
51:16 60:24
141:8 165:18

problems
21:20 22:18
51:21 52:3
137:6

procedure
50:12,15,16,
19

procedures
107:6 110:19,

20 111:2,5

proceed
105:2

proceeding
74:12 75:2,8

Proceedings
4:2

process
66:17 79:19,
21 81:5 91:9
102:17 105:14
106:1 108:1,2
109:15,20
115:13 116:8
118:13,15,19
119:13,16
124:8,19,23
125:1,8
126:7,25
150:7 152:25
156:5,6
158:16

produced
36:22 159:5

profession
101:5 151:10

professional
13:16 107:7
166:13

program
12:11,22 14:4
29:10,11,24
90:2

programs
30:15 41:2
141:14

projects
47:12

proliferation

141:14

prolonged
76:20,21

prominent
157:11

promise
63:22

promote
77:4

promoting
76:15

prompted
56:8

promulgated
33:18 35:2
149:23

promulgating
102:19

proper
25:24 148:7

proposal
108:9

propose
142:16

proposed
39:8,22 47:10
48:12 95:18
108:6,16,21
111:20 165:25

proposing
46:24

pros
168:7

prospective
139:13,18

prostate
77:1

protect
39:18 52:24
83:5,6 87:22
90:12

proved
177:2

provide
9:14,19,25
15:12,14 21:1
26:3,17,19
28:17 32:25
35:25 58:10
65:2 67:20
89:2 92:17,21
101:9 102:10
122:1,18
123:1,5,16
124:23 128:14
152:24 171:22
176:8

provided
8:20 9:7
23:17 27:14
28:1 31:12
34:24 35:12,
22 36:7,18,20
37:3,7,14
44:8 48:19
49:4 53:18
80:11 89:6
100:17 108:16
113:8 119:7
130:23 133:8
142:3 157:21
158:18 163:25
170:25 178:4,
10

provider
43:20 44:8
52:24 53:4
90:13 94:4

112:2 146:16
175:11

**providers**
42:22 48:7
52:1,4,7,23
93:13 100:5
105:5 146:14
148:20 149:7

**providing**
20:22 21:6
28:20,22
31:17 47:4
48:8 59:23
81:12,17,18
82:6 86:4
121:18 122:12
133:4 146:5
149:7 170:15

**provision**
133:1 168:25
170:13

**psyche**
39:19

**psychiatric**
51:22

**psychiatrist**
9:1

**psychological**
51:8 71:5
141:17 168:1
178:21

**psychologically**
178:24

**psychologist**
9:2 24:6
29:14 30:4,16
40:6 43:21,22
54:12 57:1
63:12 68:3
98:18 143:12

146:20

**psychologists**
61:21 62:6,7
64:9 146:15
148:4 149:10,
12

**psychology**
26:22,23 63:3

**Psychosocial**
104:23

**psychotherapy**
70:9 75:25

**pubertal**
15:9 22:5
61:1 75:11
76:24

**puberty**
14:20 15:9,23
17:24 18:9
21:19 22:4,5,
7,8 24:21,22
25:3,5,12
28:24 31:13
32:6 44:11,15
50:23 51:3
60:12 64:7
65:14 66:22,
25 67:7,8
70:9,11 71:2,
8,16 72:18,25
73:5 74:23
76:25 82:7
84:9,10,12,13
91:7 98:3
99:8 103:4
104:1,2
132:22 134:13
138:13

**public**
36:10,16,21

37:2,8 52:5
72:4 79:24
112:22 117:17
131:20 132:15
133:18 149:22
150:6,11,16
151:2 152:19,
24 155:7
156:18,23
157:20 158:9,
15 159:3,5
160:8,22
161:11 165:25
166:11,12
172:12 180:17

**publication**
62:16

**publications**
16:6,9,18,21
17:3 36:3

**publicized**
50:3

**publish**
55:1

**published**
36:12 54:15
62:21 63:2,16
104:9 107:8
165:24

**Pubmed**
57:18

**pull**
57:19

**pulled**
57:18

**purpose**
55:12 97:6
121:2,3
150:25 166:11

**purposes**
49:15 109:19

**pursue**
58:9 59:22
70:9 95:13
100:5 115:13

**pursued**
70:11,13

**put**
27:18 46:25
47:1 50:15,16
89:14 134:6,7
177:15,18

---

**Q**

**QI**
125:14,15

**qualified**
125:13

**quality**
46:12 57:5,25

**quantify**
145:18

**question**
5:6,13,15,22,
24 6:4,5 23:2
27:21,23,25
38:1 41:6
80:22 87:21
96:20 123:3
133:21 146:12
157:4 169:11

**questions**
4:16 5:17
60:16 65:4
115:20

**quick**
7:10 161:12

**quickly**
76:9 80:5,22
138:14

**quote**
62:20 80:11
136:21

---

**R**

---

**raised**
27:18

**random**
153:13

**randomized**
137:19,21
139:21 140:2

**randomly**
56:13

**range**
10:21 16:18

**rapid**
67:6 141:13
142:19

**rate**
11:5 22:17

**reach**
43:20 64:21
98:24 145:22

**reached**
44:7 61:17
82:4 101:15

**read**
20:7 26:16
107:10 125:20
155:20 168:7
174:5

**reading**
15:19 20:6
166:24 167:23

**ready**
72:11 73:5

**real**
176:17

**reality**
53:2 168:12

**reason**
6:11 12:20
31:2,17
118:17 174:22

**reasonable**
39:9 58:10
63:23 156:25
176:15
177:16,18

**reasons**
40:5 56:14
93:2 95:12
136:23 138:12
176:6 178:20

**reassignment**
103:5 106:21

**rebuttal**
6:21

**rebutting**
6:24

**recall**
56:2 112:4
113:20 120:15
124:6 130:13,
21 131:19,22
132:14,17
141:17 145:21
146:7 148:8
149:17 164:3,
5 167:3
171:20,24
172:3,7

**receive**
12:2 14:9
18:15,17 19:2
20:18 21:9
76:2 90:18

**received**
10:19 20:11
149:1,4 172:8
178:5

**receiving**
31:12 41:25
43:17 81:12
94:23 96:17
143:23 178:12

**recently**
146:6

**recognize**
7:6,13,17
38:24 157:8,
10

**recognized**
41:3

**recommendations**
60:18 103:8

**recommended**
103:1 109:24

**recommending**
55:3 76:1
106:20

**record**
5:23 32:10
112:22 150:3
154:12 158:15
179:13

**records**
11:10 57:9

**redact**
72:1,5

**REDBURN**
118:4,16,23
119:23 120:1

**reduce**
77:2

**reducing**
50:6

**refer**
41:20 72:14
88:20 146:10

**referenced**
108:12

**references**
60:21

**referencing**
57:20

**referral**
44:2 100:6

**referrals**
56:12,14 92:6
93:12

**referred**
15:20 25:19
30:19 36:9
55:11 65:13
68:19 69:12
89:18 92:20
93:13 94:14
97:22 105:11

**referring**
33:9,17 47:9
55:21 57:6,19
74:15 79:16
81:11 93:17,
19,24 95:2
104:19 141:21
146:2,4,18
147:13,25

**reflect**

103:21

**reflected**
117:23 157:1

**refresh**
147:23

**regard**
71:16 72:9

**regret**
89:23,24
90:17 129:12

**regrets**
90:4

**regretted**
90:24 129:24

**regulation**
35:12,15
47:12,23,24
48:17,20
111:13 148:15
176:17

**Regulations**
35:20 37:3

**regulatory**
111:11

**Reham**
58:21

**reject**
113:24 164:11
174:10

**related**
14:13 16:11,
15 24:21 35:9
62:10 94:7

**relating**
81:14

**relation**
17:12,16

**relationship**

43:9

**relative**
26:10 147:9

**relaying**
145:12,13

**release**
23:20

**released**
23:13 27:6,9,
16 49:2 56:4,
17

**relevance**
115:8

**relevant**
10:7 57:23

**relied**
9:20 27:19
34:15 37:7
62:13 86:19,
21

**rely**
115:12

**relying**
170:4

**remaining**
25:14

**remember**
8:11 89:8,9
112:11 134:14
141:24 144:7,
9 147:14,22
148:1 149:15
161:25 164:8

**removal**
163:14 164:12
174:10

**remove**
47:19 162:13
163:1,5

171:18
173:14,17
174:12,16
175:10

**removed**
85:16 164:2
165:14

**repeat**
51:1 52:13
101:7 114:14

**repercussions**
168:15

**repetitive**
10:11

**rephrase**
5:13 101:7
140:25

**replacement**
22:14

**replacing**
165:11

**report**
6:21,24 7:18
8:1 9:11,16,
20,23 10:1,4
11:22 16:9
17:6 21:14
27:19 29:8
32:24 33:2
34:10,12,16
53:18 67:2
79:6 80:10
92:6,13
105:21,23
106:6 107:2
113:5 115:4,
7,11,21 116:5
118:25 129:23
147:21

**reported**
31:1 81:15
111:18

**reporter**
5:18 180:16

**reporter's**
5:8

**reporting**
36:4 95:16

**reports**
8:21 9:3,9,17
23:11

**represent**
4:14

**representative**
17:9 101:15

**represented**
48:16

**reproducibility**
103:18

**reproductive**
85:19

**reputable**
143:21

**request**
37:10

**requested**
171:3

**requesting**
105:25 106:9

**requests**
166:16,20

**require**
71:10 83:7,
11,23 84:20
88:8 110:4,
11,13 137:17

Monica Mortensen, D.O
September 28, 2023

**required**
12:22 82:22
94:20 109:16

**requirements**
107:19

**requires**
5:2

**research**
14:13 15:21
16:3,25 18:1,
2,5,6,8,9,10,
11 46:16,17,
21 47:8,11,
12,14,23,24
48:2,10,12,13
49:15 55:3
59:16 60:24
62:12 78:3
83:9,24 84:5,
7,8 86:22
88:20 91:16
92:2 101:17
103:22 107:13
121:5,24
135:1 139:20,
22 140:12,14
141:7,8
162:19,23
171:18
173:15,17
174:17 175:4,
5,8,12

**researchers**
147:12,17

**residency**
12:7,9,12,18
19:5,11 26:24

**residents**
54:10 148:25

**resistance**

**77:16,24**

**resolution**
64:21

**resources**
26:16 30:3,14
64:1,23,25
82:14

**respect**
27:17

**respond**
156:19

**rest**
98:7 143:2
177:3

**restricted**
46:20 47:3,7
49:8,13

**restricting**
50:5 52:11,15

**restrictions**
52:17 79:3

**restrictive**
135:24

**resulted**
109:9

**retained**
6:15 10:16
114:12,18

**retaliation**
27:12

**returning**
48:22 53:17
170:23

**revenue**
137:2

**review**
9:4 36:18
54:19,20

55:14,24
56:8,18
57:12,15
60:17 71:24
86:22 91:3,
14,17 128:22
147:19 158:18
167:4

**reviewed**
8:1,2 10:10
11:10 18:3
34:11 35:11
54:4 55:20
57:17 58:6,15
60:15 80:23
91:1 128:25
131:20 132:15
135:15,18
150:16
166:24,25
167:9,19
168:19

**reviewing**
167:3

**reviews**
54:15 91:18

**Richie**
132:14

**rights**
85:19 155:16,
19

**risk**
51:7,8,12,13,
14 53:5 65:18
67:19 76:19
77:15 87:17
96:7 107:17
137:16 140:14
141:10 148:4
149:10,16

**risks**
50:22 51:2
52:10,14
65:15 66:15
67:11,13,17,
21 70:25
71:13,15,19,
20 72:16
73:7,10 78:7,
8,9 83:19
84:10,22 88:4
90:15 96:12
135:17

**road**
73:2 82:19
88:2,6,7
168:15 177:18
179:11

**Robbins**
28:10

**robust**
107:18

**role**
11:1 14:2
34:21 45:10
46:3,16 47:8,
15 74:9
75:23,24
125:23 132:9
152:13

**roles**
35:19 126:18

**rolling**
64:6

**Ross**
100:3

**round**
130:2,16
131:9

route
  56:20 59:22
  72:24 127:24
  168:2
routed
  20:2
routes
  168:17
rule
  35:1,2,5
  47:19 114:19
  127:3 128:9
  158:10
  159:15,16,19,
  22 160:8
  162:14,16
  166:2,3,4
  167:5 173:13,
  16
rulemaking
  106:1,13
  108:1,2
  109:8,20
  112:16,22
  113:6,18
  115:25 117:8,
  10 118:1,10,
  15,23 119:13
  149:14 150:6,
  25
rules
  4:17 33:9,12,
  16,17,21
  34:3,12,14
  35:9,12,15,20
  37:3 102:14,
  16 105:3
  109:9,11
  111:13 115:13
  118:7,8,12
  119:6 126:16,

23,24 127:3,
11,13,17,22
128:3 149:23
150:13 151:1
161:23,24
162:18 165:25
166:21
run
  67:2 78:18,
  23,24 132:12

_____

**S**

safe
  42:11 44:19
  135:12 172:21
safety
  107:16 151:2
salaried
  14:7
sample
  96:15
San
  28:9
Santiago
  59:1
Sara
  28:3
sat
  58:15 151:15
SB
  33:10,15,18
  34:13 35:9
  102:15 107:24
  109:15 118:7
  119:5
scans
  15:19,20
scheduled

150:9
school
  12:4 14:9,12
  18:17 26:23
schools
  73:18
Schwemmer
  165:13
science
  12:3 168:16
scientific
  36:4
scope
  10:4
scores
  96:4,9
scratch
  138:23
screening
  125:17
seal
  180:11
seats
  53:24
Seattle
  28:3 85:4,18,
  22 86:18
  89:25
seconded
  173:18
section
  47:19 100:3
  110:15 163:14
seek
  43:20 136:25
sees
  68:16

SEGM
  164:21,24
selected
  124:20 125:10
  151:4
selection
  126:7
self-described
  165:2
self-referrals
  93:15
sell
  51:24
send
  32:8 128:21
  154:4 158:1
sense
  5:9 120:3
sentence
  95:3
separate
  57:3 58:3
  98:15 115:19
  178:18
separately
  58:8 158:25
September
  10:23 120:22
  127:9 130:20
  180:8,17
serve
  19:25
sessions
  144:1,2
set
  33:7 35:19,20
  79:6 119:3
set-up

25:10

**setting**
46:21 141:7

**settings**
110:18 111:4

**seven-year**
12:20

**severe**
85:6

**sex**
21:17 38:11
46:1 106:20

**sexual**
40:1 61:22

**sexuality**
40:18

**sexually**
39:17

**SGA**
138:11

**shakes**
27:24 144:18

**shame**
43:8

**share**
32:10 82:12
100:22 101:6,
10 106:16
130:5 137:24
145:22

**shared**
27:20 43:12
71:12 145:10

**sharing**
42:9 106:6

**short**
137:10
138:11,25

**Shortly**
124:4

**show**
7:4 19:22
120:8 131:5
132:12 152:23
153:15 172:24

**showing**
137:23

**shown**
141:3

**shuffled**
134:7

**Shumer**
7:2

**shut**
130:9

**side**
51:9 77:17
82:18 84:13
98:21 124:14
135:17 176:14

**sign**
110:11 128:24
134:4

**signatories**
129:4

**signature**
110:5

**signed**
105:6 121:7
126:19 128:19
129:1

**significance**
14:21

**signify**
136:17

**signing**

90:7 129:6

**similar**
71:18,20
145:10 146:12

**Simone**
4:14

**simplest**
38:5

**simply**
119:8

**single**
57:21 145:2

**sit**
12:23 33:18
126:23 143:11
153:24 163:3

**site**
36:13 79:1

**sites**
79:5

**sits**
169:5

**sitting**
174:4

**situation**
140:6 143:22

**situations**
145:10

**size**
96:15

**skimmed**
62:19

**slightly**
166:3

**slow**
138:20

**slowed**
50:9

**slowing**
50:3

**small**
32:11 68:16
69:11 85:7
92:24 144:7
177:23,25

**smaller**
40:4

**SME**
156:15

**Snyder**
122:15

**social**
29:14 30:3,4
38:14 54:11
65:1 73:14,
15,17,18,19,
20,21,24
103:1,10,14,
23

**socially**
103:25 104:7

**societies**
169:6,8

**society**
8:2 23:16
29:4 36:2
46:11 55:7,
10,21 60:20
68:9 70:5,22
97:20 103:13
136:11,12
164:21
169:21,22
170:2,12,17
175:4

**Society's**
49:23

Solu-cortef
    23:5
solve
    52:3
someone's
    165:8
Sophia
    131:24
sort
    58:10 60:17
    66:16 79:17,
    18,20 80:4
    97:21 100:22
    109:7 112:8,9
    123:15 144:5
    162:13 165:1
sorts
    152:15
sought
    29:21 81:21
    93:23 94:19
sound
    105:11
sounds
    96:20 127:5
    163:24
source
    13:20 143:21
sources
    34:11
space
    42:12
speak
    5:5 8:13 30:3
    47:7 49:16
    77:5 79:13
    82:23 112:19
    116:16 126:6
    150:9,22

151:24 153:6,
7,10 156:4
166:12 167:17
169:25 172:13
174:1
speaker
    156:3
speaking
    17:7 78:9
special
    30:6 62:5
specialize
    59:20
specialized
    21:10 30:7
    64:25
specializes
    61:21
specialty
    26:11,13
    30:15 63:12
specific
    18:17,19,22
    27:1 29:17
    89:11 97:15
    104:19
specifically
    10:8 14:11
    21:23 30:12
    35:1 64:13
    85:4 89:13
    90:20 93:19
    110:25
speculating
    90:3
speed
    112:25 113:1
spend
    19:8 177:3

spent
    75:18 129:7
split
    162:19
spoke
    26:14 27:13
    28:10 63:10
    82:23 117:13
    128:8 132:13
    170:24 171:12
    176:21
spoken
    11:14 50:18
    52:4 169:16
sponsored
    14:5
sponsors
    136:25
spreading
    46:25
stable
    98:6
stack
    134:6
staff
    29:16
stages
    176:19
stamp
    154:13
standard
    55:2 102:19
    108:6 139:14
    148:7 150:13
standards
    35:3 39:2
    107:7 110:17
    111:3 125:17

standing
    48:13
standpoint
    77:4 83:24
    166:14
stands
    173:14
start
    22:8 64:3
    65:7 68:2
    72:13 81:21
    86:6 100:13
    142:14
started
    6:14 13:10
    24:19 30:5
    55:18 57:19
    61:16 64:17
    73:5 75:12
    81:10 90:1
    92:6 93:12
    142:18 146:23
    175:8 176:13
starting
    12:19 15:6
    23:19 39:21
    64:7 103:25
    104:2 111:18
    169:24
starts
    154:2 157:6
state
    17:7 18:25
    21:15 23:7
    28:15 29:9
    32:3,4 35:11
    42:3,7 46:9
    47:15,23
    48:7,16,20
    61:20 63:19

67:25 69:5
74:10 81:19
87:21 92:19
98:1,8 101:6,
9,15 105:2
114:12,18
121:25 130:7
131:20 139:12
141:13 142:1,
4 144:12
147:11,15
148:3 169:10
170:4 171:22
175:2,11
180:3,17

**state's**
102:24

**stated**
18:21 25:18
32:13 37:1,16
62:3 70:6,19
80:2,10,12,15
81:2 84:25
89:6,21 93:11
97:16,17
99:17 100:22
101:1 106:17
123:8 142:10
169:13 170:16
174:22

**statement**
18:7 20:14,16
23:15,17 36:2
63:22 65:18
70:2 85:3
136:16 144:15
162:10 169:7
170:2,4

**statements**
10:11 27:19
36:5 49:23

55:10,11
166:25 169:6,
9,23

**states**
50:1 61:3
107:3,11
110:15
117:16,17
144:23 147:10
154:1 155:6
156:10 159:19

**stating**
26:11 80:22
174:24

**statistics**
68:24

**stature**
137:10 138:11

**statute**
138:25

**Statutes**
110:16

**Stella**
131:12

**STENOGRAPHER**
4:3

**Stenographic**
180:16

**stepped**
93:2

**sterility**
107:18

**stipulation**
117:25 118:2
119:22

**stop**
46:25 47:1
86:4 93:5
99:7,17,19,22

100:2 102:2
136:8

**stopped**
60:8 93:1
121:17

**stories**
41:18,21
133:8,10,13,
14 167:23
175:21

**strength**
60:17

**stress**
96:23

**Strickland**
154:15

**strike**
106:3 152:11
157:4

**strongly**
168:8,9

**struggle**
175:24

**struggles**
175:22 176:3

**struggling**
176:4

**stuck**
10:11

**students**
54:10

**studied**
39:23 84:16

**studies**
48:6 57:6,12,
25 61:4 77:8
135:1 139:24

**study**

56:8 60:16
88:21 104:5,
10,19 107:5
135:23 137:24
144:20 179:9

**stuff**
89:15 91:16
129:20

**Sub-i**
18:2

**subgroup**
64:18,19

**subject**
17:8,11,13
150:22 151:3,
18,21 152:1
156:15 159:10
160:6

**submit**
127:9 143:17
157:21 158:8
169:4

**submitted**
9:18 10:22
11:22 36:1
71:24 86:15
91:25 121:1
123:11 124:22
127:4,6
133:18,22
134:12 153:6
155:20 158:3
160:20 162:10
169:6

**subsequently**
85:20,21

**subset**
40:4 84:3

**substance**
8:6 178:20

Monica Mortensen, D.O
September 28, 2023

44

substantive
53:18

successful
45:6 95:15
97:17

sudden
50:14

sue
92:14

sued
85:19

suffering
175:18

suggested
39:8,11

suicidal
96:14

suicide
85:21 87:17
96:7,11,12,13
104:16

suicides
104:16

summarizing
173:19

summary
33:3,4 118:25

Sunshine
130:7

support
26:16,20
29:15 31:17
36:8 49:19
81:23 135:2,
6,16 169:14
176:9,10
177:17

supported

46:11

supporting
107:14 137:20

supportive
70:2

supports
51:17 168:25

suppose
174:8

supposed
50:13 72:1
159:1

surgeon
29:15 106:4
112:18 117:13
130:2

surgeons
8:25

surgeries
33:7 45:9
104:3 119:2

surgery
45:3,7 71:10
73:10 103:5
106:21

surgical
50:12,15
107:14 111:2

surprise
105:13

surprising
41:1 136:3

suspected
24:15 25:15

swear
4:3

switch
53:24

sworn
4:9 180:9

syndrome
14:20,22
16:12 21:18,
24 22:24
32:14 59:13,
15,16 74:24
77:12

system
19:14 58:2

systematic
147:18

_____

**T**

T-O-R-R-E-S
58:25

T1dm
15:11

T2dm
15:11

T3
22:15

T4
22:15

table
130:2,17
131:9

takes
152:15

taking
6:5 49:21,22
60:9 100:11
120:9 163:13
178:21 179:1

talk
17:4 43:7
46:16 70:3

127:23 128:12
129:13 144:16
172:14

talked
43:2 73:2
162:6 174:17

talking
76:5 78:15
110:25 118:21
147:21 164:5
178:8

Tampa
30:22 42:5
93:24 101:16

Tapazole
22:16

taught
145:7

teaching
14:1,2,6

team
9:17 42:14,19
43:3 54:11
73:25 74:1,6
80:24 86:17
91:1 152:16

teams
42:22

technologies
45:5

technology
15:22

teenaged
87:14

telling
7:21 8:6
42:10 51:19
97:20 162:2

**tells**
167:19 168:7

**temporarily**
38:23

**temporary**
38:16 97:10

**Ten**
147:7

**term**
77:9 147:17

**terminology**
38:4

**terms**
64:21 108:1
150:6

**Terrell**
152:5 153:23
154:14 155:5,
13 156:13

**Terrell's**
152:12

**terrible**
124:6 157:13

**testicular**
74:20,25

**testified**
4:10 37:17,
20,22 118:16
132:3 148:22
157:9

**testifiers**
154:4

**testify**
5:2 152:24

**testifying**
4:24 157:16
172:3

**testimony**

4:4 6:9,12
123:16 128:14
131:21 133:25
164:6 172:7
175:14,16
176:20 178:7,
11

**testosterone**
21:25 22:7
72:13,16 73:8
74:11,19 76:2
77:11,12,18,
23 78:1,5
94:23 98:10,
11 142:21
145:8 178:19
179:1

**Texas**
28:9 86:12,
14,15

**therapeutic**
139:14

**therapies**
141:15 142:5

**therapist**
24:6 43:2,25
98:23,24
99:13 142:12
144:9

**therapists**
64:9

**therapy**
30:8 78:5
97:17 103:4,
15 106:20
136:17

**thing**
6:3 79:3,4
83:4 90:5,11
94:18 130:7

**things**
5:19 17:18
39:22 42:10
49:3 50:3
57:20 72:22
78:22 83:3
88:2 98:6,20,
25 99:1,2,5
110:22
111:11,17,22
130:8 138:8
140:7 152:20
155:20,21
174:5 176:14

**thinking**
87:24,25
177:10

**thought**
25:4 28:25
57:22,23 58:9
64:5 101:14
124:13 164:1
171:8

**thoughts**
46:5,7,8
96:14

**threats**
92:11

**thrilled**
42:9

**throwing**
177:23

**Thursday**
156:13

**thyroid**
14:23 21:20
22:12,13,14
32:15

**thyroiditis**
94:18

**time**
5:6 6:1 11:5
19:15 20:13,
14,19 21:2
23:21 25:13,
20 26:10
28:8,18 34:5
38:21,24 50:2
54:19 56:4,6,
22,24 57:8
58:13,23
61:15 65:23
66:11,13,20
69:23 72:17,
20 74:19
75:1,9,14,19
78:19 79:12
86:24 89:25
94:24 100:3
107:22 113:1
116:19 119:21
126:21 129:7
133:2 138:21
142:18 145:24
151:22 153:16
155:25
156:19,22
157:22,25
162:7 163:10
174:5,6

**timeframe**
19:10 158:5,7

**timeline**
75:3,5 93:4
102:13 109:7
130:15

**times**
8:10,12 32:21
53:1 89:18
140:1,6
143:16 158:6

Monica Mortensen, D.O
September 28, 2023

46

tissue
76:22

title
13:8 104:17
152:10

titled
62:16

Titles
13:10

today
4:14,16,21
6:7,12 7:19,
23,24 99:4
142:15

told
25:17 43:12
105:8 124:24
133:10,13,14
156:25

Tom
117:18

top
59:18 68:24
69:10 112:4
153:18 154:14

topic
62:22 104:17
129:21 130:9,
20 166:13

topics
150:10

Torres
58:25 59:14,
25 61:17
65:22,25
69:13 70:12
82:2 129:15

Torres-santiago
58:22

total
156:14,18

touched
136:4 152:23

trained
26:23 29:17
30:13 170:5

training
14:9 18:19,22
19:2 20:18
21:9 26:7,9,
21 27:1 30:7,
11 82:15
146:25

trans
87:11

trans-female
178:18

trans-females
179:8

trans-male
178:19

trans-males
179:7

transcribing
5:8

transcripts
8:21 9:4

transfer
78:13

transgender
14:14 15:3
21:6 26:15
30:8 32:13
33:7 40:2
45:21 55:9
62:18 78:18,
20 81:10,11,
17 82:6 89:14

94:19 95:13
99:19,23
104:12,23
114:1 119:2
121:6 123:20,
23 130:8
144:14,20
167:25 169:1

transgender-
affirming
32:17

transition
40:11 41:4
46:10 53:9
56:11 72:11
73:19 103:2,
10,14,23
104:7

transitional
111:1

transitioned
25:8 39:21
65:25

transitioning
30:4 40:20,25
43:11,13 76:5
103:25

transparent
90:13

travel
43:23

traveled
137:23

treat
34:21 41:21
77:11 88:25
100:15 108:13
123:19 167:22

treated

11:7 23:8,18
24:1 31:15
32:16 39:25
80:3,13 81:3
93:8 95:19
123:21 147:3

treating
11:14 19:8
21:16 31:16
39:6 41:11,19
42:17,19
43:20 44:7
60:3 94:4,5
97:23 98:19
99:17 100:9,
14 102:2
123:22 137:6
172:4

treatment
14:10 15:14
16:15 17:15
18:11,17,22
19:3 20:19,22
21:1,7,10
25:25 26:2,3
27:14 28:17,
20 30:20,24
31:8,14
34:18,24 35:3
42:1,22 43:17
44:8,12,15,23
45:4,15 46:10
47:5,25 49:8
50:24 51:4
52:16 55:22
59:23 61:9
66:10 67:16,
18,23 68:10
69:2 71:2
73:25 74:1,13
75:2,12 76:2

Monica Mortensen, D.O
September 28, 2023

47

79:20,22
83:21 89:10,
11 90:24
91:11 92:9,
17,18,21,25
93:20,22,23
94:11,19
95:4,21,25
96:17 99:7,
23,25 100:24
101:10,12
102:10,15,20
103:2,11
105:9,10
107:13,15
108:15 111:1
113:9 115:21
118:7,12
121:18 122:1,
12,18 123:1,5
127:12 130:1,
24 132:23
133:4 140:19,
21,23 148:18
150:14 168:3,
14,17,18
170:15,21
171:22 172:9
177:21 178:4,
5

**treatments**
60:5 80:17
85:8 86:4,6
94:1 108:12
111:16 169:14
176:17,22

**tremendous**
176:21

**trial**
32:25 100:16
101:13 144:13

162:14

**trials**
47:4,20 48:10
137:20,21
139:13,18,21
140:2 144:17,
19 174:23,25

**trouble**
162:9

**true**
6:8,11 24:8
39:1 47:2,16,
22 50:5 64:1
74:4 90:17,19
127:8 135:20

**trust**
30:10

**truth**
4:4,5

**truthfully**
5:2

**Tuesday**
54:7

**turn**
11:17 14:18
15:5 17:6
21:13 53:19
108:19 154:1,
12 156:9
160:15 173:6

**Turner**
14:20 21:18,
24 59:13,15,
16 74:24

**turning**
134:10 158:9

**two-year**
179:9

**type**
21:19 22:9,13
26:20 54:25
77:15 81:22,
23 84:2 85:25
139:5 153:4

**types**
14:21 15:11
17:21 18:5
21:21 67:22
82:12 138:3
170:13

**typical**
156:2 160:9

**typically**
22:19 24:5,6
35:25 134:2

---

**U**

---

**UF**
29:22,23
30:20 42:6
78:14 93:24
101:15 105:10
113:22 145:24
146:3

**uh-huh**
5:19 36:11
63:5 64:20
70:24 74:8,17
81:8 95:1,22
96:2 122:22
133:11 145:15
153:3,12
155:11 172:2

**unanimously**
164:11
173:18,20
174:10,12

**unaware**
113:10

**uncertain**
75:17

**uncertainty**
65:16 66:15

**unclear**
44:13

**uncomfortable**
40:11 75:1,7
76:9 77:5
97:16

**undergoing**
31:7 138:18

**underlying**
23:6

**undersigned**
180:6

**understand**
4:20 5:1,11,
16,20,25 6:6
88:3,4 101:2,
3 110:24
119:18 121:10
147:15 177:15
179:7

**understanding**
20:2,10 29:10
35:21 37:13
38:2 48:11,
14,21 49:17
70:15 100:22
101:6,11
109:1 119:9
126:5 148:24
150:8 152:12,
22,25 153:13
156:2,5
157:20
158:10,12,13

159:17,21
162:15,18,20
163:7 165:13
166:1,5,18

**understood**
5:14 136:15
140:18 155:24

**unethical**
140:2,9,20

**unh-unh**
5:19

**unheard**
129:21

**unit**
95:10

**United**
49:25 61:3
144:23 147:10

**University**
12:1,5,16,18
13:23 14:5,7
17:10 20:18
147:13,17,21

**unknown**
74:14 84:10

**unknowns**
65:4 83:2,20
84:19 86:25
132:22 172:21

**unsupported**
136:17

**unwilling**
92:17

**updated**
158:6

**updates**
11:21

**urged**

**urging**
105:2 166:20

**usual**
50:7

**uterus**
85:16

---

**V**

**vaccinations**
125:18

**vague**
60:22

**vaguely**
148:1 164:3

**validity**
55:14

**Van**
114:5,23
115:6 116:3,
10

**vast**
65:12,20 66:6
70:13 72:18,
25 94:15 97:5
125:22

**venue**
59:13

**verbally**
89:2

**verbatim**
141:23

**Vernadette**
154:3,7
155:12

**version**
127:14

**versus**
51:7 53:5
90:15

**vice-chair**
121:24

**victimized**
87:7

**victims**
39:14

**view**
29:12 96:24
121:4 124:14

**views**
40:17

**Vila**
163:23,24,25

**violated**
85:14

**violating**
118:2 119:22

**violation**
112:9

**virilization**
77:14

**visit**
43:6 53:3
142:21 145:3,
7,9

**vocalized**
149:25

**Volume**
179:16

**vote**
49:18 119:17,
19 162:13
163:13 174:9

**voted**
34:4 35:4

47:18,19
109:10,11
127:13,14
159:23 162:25
163:5,8
164:11
174:10,12
175:10

**voting**
127:2 172:12

**vulnerability**
87:12

**vulnerable**
87:1,2,3,4,6,
9,19

---

**W**

**wait**
177:5

**waiting**
142:18

**waitlist**
60:12

**wanted**
26:17,19
47:22 48:18
58:8 65:24
72:12,24
75:18 85:7,9,
11 128:24
153:6 170:18,
19 176:6

**warrant**
73:15

**warranted**
73:14

**wasting**
119:21

Monica Mortensen, D.O
September 28, 2023

49

water
  177:24

we-all
  57:4

web
  36:13

Wednesday
  155:5

week
  75:15,16

weekly
  54:4,5 55:12,
  17 64:15

weeks
  124:21

well-documented
  87:15

well-documents
  87:10

well-published
  137:22

well-read
  131:3

well-rounded
  127:22

well-trained
  59:19 146:15

Wellbutrin
  179:2

wholeheartedly
  172:17

Wilmington
  63:12

Wilson
  113:11 171:14

withdraw
  169:24

withhold
  140:20,23
  141:2

witnessed
  142:10 145:1,
  3,5 178:4

witnesses
  67:5

woman
  40:13 77:7

women
  77:1

women's
  125:21

wonderful
  44:1

wondering
  130:18

word
  56:11 174:14

words
  5:18 38:3

work
  9:11 27:8,22
  32:4 45:9
  51:25 53:12
  58:13 62:6,7
  64:10 65:1
  74:2 78:22
  88:23 89:23
  112:5 154:3

worked
  56:23 69:16
  95:7 122:24
  125:12,13
  143:18

worker
  29:14 30:3
  54:12 73:14,

15,17,18,20,
21

workers
  73:25

working
  13:1,3,4
  26:15 62:17
  72:23 73:17,
  19 113:25
  129:10

works
  44:1 51:25
  59:14,15
  121:10 152:16
  156:5

workshop
  149:22 150:6,
  12,17,25
  158:10,11
  159:15,16

workshops
  152:20

world
  137:23 144:22
  162:23 175:7

worse
  98:6

WPATH
  8:2 36:1 39:2
  46:11 49:22
  58:6,16
  60:15,20,22
  175:4

writing
  9:20 10:1,5
  34:15 83:5
  108:14 120:15
  130:19

written

7:18 17:12,
17,19,22,23,
25 81:13
82:21,22
83:7,11,16,
22,23 84:20
88:8,13 89:4
90:6 105:1
128:14,16
132:15 137:17
150:5

wrong
  41:3 128:23
  154:17 167:21
  178:12

wrote
  65:11 68:24
  144:10

_____

            Y

year
  12:9 33:14,15
  93:6,7 99:18

years
  12:12,16,21
  13:7 23:8,9,
  18 32:20
  37:17 80:3,
  12,14 81:2,4
  84:16 87:24
  104:24 136:9
  138:18 143:19
  147:6,7
  148:17 177:6
  179:11

you-all
  37:7 57:12
  66:19 74:2,18
  75:15 80:4,24
  81:24 82:21

Monica Mortensen, D.O
September 28, 2023

93:11 100:19
105:25
130:15,19
141:20 142:6
146:10

**young**
  21:16 40:12,
  19 129:12

**younger**
  39:22 71:9
  111:18 176:18

**youngsters**
  141:17

**your-all's**
  146:4

**youth**
  29:9,11,24
  33:7 43:12
  62:18 79:19
  104:6,23
  114:1 119:2
  129:12 138:4
  144:14,21

---

### Z

**zone**
  102:9