Jane Doe

vs.

Joseph Ladapo

Deposition of:

Monica Mortensen, D.O.

September 28, 2023

*Vol 2*



Monica Mortensen, D.O.
September 28, 2023

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CIVIL NO.: 4:23-cv-00114-RJ-MAF

JANE DOE, et al.,

        Plaintiffs,

v.

JOSEPH A. LADAPO, et al.,

        Defendants.
_____/

DEPOSITION OF

MONICA MORTENSEN, D.O.

VOLUME 2 (Pages 182 - 266)

Thursday, September 28, 2023

3:33 p.m. - 5:45 p.m.

LEXITAS Florida
100 North Laura Street
Suite 1002
Jacksonville, Florida 32202

Stenographically reported by:

Kelly G. Broomfield, FPR
LEXITAS

Job No. 329487

Monica Mortensen, D.O.
September 28, 2023

Page 183

```
 1   APPEARANCES:

 2   On behalf of the Plaintiffs:

 3           SIMONE CHRISS, ESQUIRE
             CHELSEA DUNN, ESQUIRE - Remote via Zoom
 4           Southern Legal Counsel
             1229 NW 12th Avenue
 5           Gainesville, Florida 32601
             (352) 271-8890
 6           simone.chriss@southernlegal.org
             chelsea.dunn@southernlegal.org
 7

 8           THOMAS E. REDBURN, JR., ESQUIRE
             Lowenstein Sandler, LLP
 9           1251 Avenue of the Americas
             New York, New York 10020
10           (212) 262-6700
             tredburn@lowenstein.com
11

12           JASON STARR, ESQUIRE - Remote via Zoom
             AMI PATEL, ESQUIRE - Remote via Zooom
13           Human Rights Campaign Foundation
             1640 Rhode Island Avenue NW
14           Washington, D.C. 20036
             (202)993-4180
15           jason.starr@hrc.org
             ami.patel@hrc.org
16

17           SHANNON MINTER, ESQUIRE
             National Center for Lesbian Rights
18           870 Market Street
             Suite 370
19           San Francisco, California 94102
             (415) 365-1320
20           sminter@nclrights.org

21   On behalf of the Defendants:

22           GARY PERKO, ESQUIRE
             119 South Monroe Street
23           Suite 500
             Tallahassee, Florida 32301
24           (850)567-5762
             gperko@holzmanvogel.com
25
```

Monica Mortensen, D.O.
September 28, 2023

Page 184

```
 1                        I N D E X

 2                        Volume 2

 3  TESTIMONY OF MONICA MORTENSEN, D.O.              PAGE

 4     DIRECT EXAMINATION CONTINUED BY MS. CHRISS    185

 5     CROSS EXAMINATION BY MR. PERKO                261

 6     REDIRECT EXAMINATION BY MS. CHRISS            262

 7

 8  CERTIFICATE OF OATH                              263

 9  CERTIFICATE OF REPORTER                          264

10  READ AND SIGN LETTER                             265

11  ERRATA SHEET                                     266

12

13                    E X H I B I T S

14  PLAINTIFFS'
      EXHIBIT          DESCRIPTION                   PAGE
15

16     10   (not marked)

17     11   Joint Administrative Procedures          211
            Committee - 7/21/23 letter
18

19

20

21

22

23

24

25
```

Monica Mortensen, D.O.
September 28, 2023

Page 185

```
1                     * * * * *
2         (The deposition of Monica Mortensen, D.O.
3    continued from Volume 1.)
4              DIRECT EXAMINATION (cont'd)
5    BY MS. CHRISS:
6         Q    So Dr. Mortensen, just very briefly, we have
7    discussed the development promulgation of the rules
8    creating the standards of care for minors, the treatment
9    of gender dysphoria.  Now I'd like to ask a couple
10   questions about SB 254 and the implementing rules and
11   regulation -- or implementing rules.  So I presume you
12   are familiar that SB 254 was signed into effect on May
13   17, 2023?
14        A    Correct.
15        Q    You are familiar with the content of that?
16        A    Yes.
17        Q    Okay.  Do you have any understanding of why the
18   legislature passed that law?
19             MR. PERKO:  Object to form.
20        A    No.
21   BY MS. CHRISS:
22        Q    Are you aware that the companion bill to SB 254
23   was called HB 1421?
24        A    I'm not sure.  I don't remember all the numbers
25   and letters.
```

Monica Mortensen, D.O.
September 28, 2023

Page 186

1    Q    Would you believe me if I told you it was?

2    A    I think I could believe you on that, yes.

3    Q    Okay.  Did any of the members of the Board of

4    Medicine play a role in the legislature's development of

5    SB 254 or HB 1421?

6         MR. PERKO:  Object to form.

7    A    I personally did not.  I don't know about the

8    others.

9    BY MS. CHRISS:

10   Q    Were you asked to speak to the legislature?

11   A    No.

12   Q    Are you aware that the Board of Medicine chair,

13   Scot Ackerman, was invited to speak with the

14   legislature?

15   A    No, I did not.

16   Q    So SB 254 required that the Boards develop

17   emergency rules and informed consent forms; is that

18   correct?

19   A    Correct.

20   Q    Just before we get into that, are you -- let me

21   back up.  You were one of the individuals who authored,

22   drafted, the emergency -- the informed consent form?

23   A    The emergency consents forms, yes.

24   Q    And are there nonemergency consent forms?

25   A    Well, my understanding is is that they need to

Monica Mortensen, D.O.
September 28, 2023

1  go to -- this was just a draft and that there will be

2  permanent consent forms.

3      Q    Who's working on the permanent consent forms?

4      A    It goes back to the Rules Committee.

5      Q    Which you are on?

6      A    Correct.

7      Q    Do you know when that's happening?

8      A    I want to say end of November there's going to

9  be a meeting to discuss.

10      Q    Okay.  And is that about the informed consent

11  forms for adults and minors?

12      A    Correct.

13      Q    Is there any other area of treatment where the

14  Boards have required an informed consent form with this

15  level of prescribed content?

16      A    I don't know, I haven't reviewed what the

17  Boards have done in years past.

18      Q    You are not familiar with any of the other

19  informed consent forms the Boards of Medicine have

20  created?

21      A    No.

22      Q    Dr. Mortensen, are you aware of any informed

23  consent forms that include substantive requirements

24  within them?

25      A    For pain management and for -- or opioid

Monica Mortensen, D.O.
September 28, 2023

1  consents they do have requirements in them.

2      Q    And what are those requirements?

3      A    Typically, that you have to agree to see your

4  counselor, that you have to have screenings for opioid

5  use, whether it be a urine test, a hair test, that you

6  agree to fill your prescriptions, that you agree not to

7  misuse or abuse your prescriptions, that they will often

8  be laboratory tests they have to do.

9      Q    Have you, in your clinical practice, used any

10  informed consent forms that included substantive

11  requirements?

12     A    In the center that I worked at in their

13  behavioral health department they did have pain

14  management consent contracts and forms.

15     Q    But you, in your clinical experience, used

16  those forms?

17     A    I did not use those forms because I didn't

18  prescribe those substances, but I did review those forms

19  and discuss those forms.

20     Q    So when you were drafting the informed consent

21  forms for the Board of Medicine, you didn't look at

22  other informed consent forms they promulgated in the

23  past?

24     A    That the Board did?  No.

25     Q    If we could turn back to Exhibit 1, which is

Monica Mortensen, D.O.
September 28, 2023

1  your expert report.  Page 9, paragraph 25.

2      A    Uh-huh.

3      Q    Where you discuss SB 254.  This discusses

4  how -- what we just discussed, that you were tasked with

5  creating emergency rules.  What is your understanding of

6  why the legislature created requirements for adults?

7           MR. PERKO:  Object to form.

8      A    I don't know.

9  BY MS. CHRISS:

10     Q    The Board of Medicine rules that we discussed

11 previously did not affect adults, correct?

12     A    Correct.

13     Q    And why were you tasked with creating these

14 informed consent forms?

15     A    I think because I have experience with these

16 medications and that I had drafted the consent form for

17 our center, so I believe that's why I was asked to do

18 it.

19     Q    And that was the informed consent form for

20 Nemours regarding puberty blocking medication?

21     A    Correct.

22     Q    Are you aware of why the SB 254 restricted

23 APRNs, and NPs, non-physicians, from providing care?

24     A    I do not know why.

25     Q    The specific language of SB 254, are you

Monica Mortensen, D.O.
September 28, 2023

Page 190

1    familiar enough with it that you don't need to look at

2    it or would it help to look at it?

3         A     It would certainly help to look at it.

4         Q     Dr. Mortensen, go to page -- luckily they are

5    numbered on the bottom, so that's helpful.

6         A     That will help me a lot.

7         Q     Page 7 of 10, please.

8         A     Okay.

9         Q     So here it states:  Is sex reassignment

10   prescriptions or procedures are prescribed for or

11   administered or performed on patients 18 years of age or

12   older, consent must be voluntary, informed, and in

13   writing on forms adopted by the Board of Medicine and

14   the Board of Osteopathic Medicine.  Consent to sex

15   reassignment prescriptions or procedures, if voluntary

16   and informed, only if the physician to prescribe or

17   administer the pharmaceutical product or perform the

18   procedure has, at a minimum, while physically present in

19   the same room.  And then there are three bullet points.

20          A states:  Informed the patient of the nature

21   and risks of the prescription or procedure in order for

22   the patient to make a prudent decision.

23          B: Provided the informed consent form, as

24   adopted in rule by the Board of Medicine and the Board

25   of Osteopathic Medicine, to the patient.

Monica Mortensen, D.O.
September 28, 2023

Page 191

1          And C:  Received the patient's written

2    acknowledgment before the prescription or procedure is

3    prescribed, administered, or performed.  That the

4    information required to be provided under this

5    subsection has been provided.

6          Did I read that correctly?

7     A    Yes, you did.

8     Q    And that is the language that the, sort of,

9    conferred the duty upon you-all to create these forms,

10   correct?

11    A    Yes, it did.

12    Q    These were the only requirements that were by

13   law had to be in the informed consent forms, correct?

14    A    Correct.

15    Q    There was no requirement that the forms reflect

16   any particular risks or benefits, correct?

17    A    Correct.

18    Q    There was no specific language that had to be

19   included, correct?

20    A    Correct.

21    Q    There was no requirement for any certain number

22   of initials, places to initial?

23    A    Correct.

24    Q    Or for a witness to sign?

25    A    Correct.

Monica Mortensen, D.O.
September 28, 2023

Page 192

1      Q      And it says -- it says you must inform the

2    patient of the nature and risks of the prescription.

3    Does that -- would you understand that to mean the

4    prescription at issue in the informed consent form, the

5    prescription being prescribed?

6      A      Yes.

7      Q      And going back to Exhibit 1, on page 9,

8    paragraph 26, you state:  I and another member were

9    asked to create draft consent forms to submit to the

10   committee for review and further development.  Who was

11   the other member?

12     A      Dr. Benson.

13     Q      And that's the same Dr. Benson from -- who you

14   wrote the letter with?

15     A      Correct.

16     Q      You say since -- the beginning of that sentence

17   I left off, I apologize.  Since I am also a pediatrician

18   endocrinologist, I and another member.  But you were

19   tasked with creating the adult consent forms as well?

20     A      Correct.

21     Q      And you did say this earlier, but you don't

22   have any experience treating adults?

23     A      Correct.

24     Q      And you don't provide treatment for gender

25   dysphoria for adults or for minors?

Page 193

1    A    Correct.

2    Q    How did you create these forms?

3    A    So initially when my friend had sent me the

4  ones for the pubertal ones, we also had ones for

5  feminizing and masculinizing, because their center did

6  all of that.  So I still had those.  So I used that,

7  those two, as a basis, because many of the side effects

8  and risks are going to be the same, but I reviewed it,

9  and double-checked literature, and looked at the

10  prescribing information guidelines, and all of that.  I

11  adapted it as best I could, then we then duplicated for

12  the adults and took out certain language and tried to

13  adjust it appropriately.

14    Q    And remind me who the friend is that sent those

15  forms?

16    A    The ones from Texas I think were from Priti

17  Patel.

18    Q    And has that been -- what pronoun does that

19  person use?

20    A    She/her.

21    Q    Did she have any other involvement in this

22  process?

23    A    No, not at all.  And that was years ago when we

24  first started with Nemours doing the consents.

25    Q    Did you confirm whether her institution had

Monica Mortensen, D.O.
September 28, 2023

1  revised the informed consent forms in the years since?

2      A    No, because I think she stopped doing

3  transgender, I'm not 100 percent.

4      Q    So you are not aware of what forms that

5  institution uses today?

6      A    Correct.

7      Q    And did you work Dr. Benson on this?

8      A    No.

9      Q    So how did you come up with the same --

10     A    He submitted his own.

11     Q    So you had two separate drafts?

12     A    Correct.

13     Q    Do you know how he came about creating his?

14     A    I didn't ask or talk to him, because of the

15  Sunshine Law.  We didn't want to make any risk that

16  there would be any wrongdoing, so we didn't discuss it.

17     Q    During the subsequent board meeting when the

18  forms were discussed, and you were all asked many

19  questions, did it -- did you then understand how he went

20  about creating the forms?

21     A    I don't know if he was specifically asked how

22  he created the forms.  I believe I shared, but I don't

23  know if I was specifically asked or if I specifically

24  shared either.

25     Q    Have you ever previously developed an informed

1   consent form outside of your area of expertise?

2       A    I didn't develop, but I've reviewed, like I

3   said, about the pain management contracts at the former

4   center that I worked at.

5       Q    How long did you take to create the forms?

6       A    These consents.

7       Q    The first draft that you brought to the Board?

8       A    The first draft I brought to the Board?  Oh, my

9   gosh, at least 60 hours, if not more.

10      Q    60 hours?

11      A    Yeah, at least 60 hours.

12      Q    Over the course of?

13      A    Several weeks.  I think two, two weeks or so, I

14  pretty much had a full day of work, come home, eat

15  dinner, then I would look, read, research, write, and

16  put in full days on the weekends as well.

17      Q    What did you research and read?

18      A    So I went back to the stuff that was provided

19  to us.  I went back to the Endocrine Society and WPATH.

20  And then I reviewed some of the literature that was

21  attached to those, then I did a PubMed search as well.

22  I went to Lupron's web site to verify side effects and

23  information, prescribing guides from there.

24           I went to look up the testosterone, it's a

25  generic, but I looked up brand for that.  I reviewed

Monica Mortensen, D.O.
September 28, 2023

Page 196

```
 1  stuff on birth control pills and different forms of
 2  estrogen.  I even had gone to, like, you know, when you
 3  Google, I did Google, just because that's what people
 4  see, so I wasn't really using it for, like, a medical
 5  source, but sometimes it's very helpful to see what
 6  people are reading.  So if people are reading that
 7  that's this, where is this information coming from, see
 8  if there's a medical link or whatever.  So those were,
 9  kind of, a lot of different sources that I looked at.
10      Q    What experts on the treatment of gender
11  dysphoria did you consult with?
12      A    I didn't.
13      Q    Did you consult with anyone with experience
14  treating gender dysphoria?
15      A    No, I did not.
16      Q    Have you ever -- are you aware of any other
17  instances where an informed consent form was developed
18  without the input of an expert in that treatment?
19      A    I'm not aware.
20      Q    I assume the answer is no, but are you aware of
21  whether Dr. Benson consulted with any experts?
22      A    I don't know.  I also didn't know what I was
23  privy to do either, because, unfortunately, if you are a
24  member of the Board you have to be careful that you are
25  not representing the Board.  So, you know, part of the
```

Monica Mortensen, D.O.
September 28, 2023

1  problem of reaching out to some of the experts is now

2  they are talking to you as board member, and I can't

3  talk as a board member.  So there's, kind of, a lot of

4  stipulations in that as well, so it's, kind of, hard to

5  say, well, who am I allowed to talk to?  Who can't I

6  talk to?  So I, kind of, felt since I was a board member

7  and I'm not supposed to represent the Board, I didn't

8  know I could go outside the purview of what I could find

9  from my literature search and everything else.  So I

10  didn't know if I was allowed to reach out and contact

11  various experts to help with the consents.

12      Q    Did you ask anyone if you were permitted to do

13  so?

14      A    I think I got so imbedded in it that I just did

15  what I could, the idea was this was an emergency consent

16  that was never meant to be permanent and that we would

17  be getting feedback as it was presented, and that

18  would hopefully be good enough for the time being.  And

19  that we could then get further input as to how to change

20  them.

21      Q    So just to be clear, did anyone specifically

22  tell you you couldn't reach out to experts outside of

23  the Board?

24      A    They did not specifically say that.

25      Q    And did the Board -- you know, I understand the

1    Sunshine Laws prohibit discussions outside of these

2    public meetings, but during the various public meetings,

3    hearings, and such, did the Board together discuss

4    bringing in experts in the treatment of gender dysphoria

5    to guide the development of the informed consent forms?

6        A    I believe it was mentioned, but I don't know

7    that we got any offers, or I don't know if anybody

8    reached out on behalf of the Board to an expert.

9        Q    So the best of your knowledge there were not

10   outside experts consulted?

11       A    To the best of my knowledge, yes.

12       Q    And no one on the Board of Medicine or Board of

13   Osteopathic Medicine, in your -- apologies.  No one in

14   your Rules Committee that was working on these has

15   clinical experience in the area of gender dysphoria,

16   correct?

17       A    As far as I know.

18       Q    Okay.  How many -- scratch that.

19            Were there multiple drafts of your informed

20   consent forms?

21       A    We put in -- the first meeting I had submitted

22   the Nemours one, I submitted the

23   feminizing/masculinizing one, and the puberty blocker

24   that my friend had given me.  I think I had found

25   another one or two that I had submitted.  Then I'm not

Monica Mortensen, D.O.
September 28, 2023

1  sure if Dr. Benson submitted anything.  Then at the

2  first meeting everybody felt there was so much to go

3  through and in order to get this done in a timely manner

4  it was better to task one person from the osteopathic

5  and one member from the Board to pull it together so we

6  had a working draft that we could edit.

7      Q    You state in paragraph 27 of your report,

8  expert report, Exhibit 1, you reviewed the guidelines

9  from the Endocrine Society and WPATH and the medical

10 literature.  You say:  I also wanted to view this

11 process through the eyes of a patient to see what

12 barriers or information they were receiving, so I went

13 to chat rooms to see what concerns people were posting

14 and Google search engine since this are common tools

15 people use to gather information.

16          In your experience is it common to rely on

17 things like chat rooms in developing an informed consent

18 form?

19          MR. PERKO:  Object to form.

20     A    Sorry.  I wasn't relying on them for the

21 expertise of what would be in them, I was using them as

22 a guide to see what people were seeing.  So I think one

23 of the examples in the forum was nipple discharge, and

24 one of the experts saying, that's not true.  And yet in

25 the chat room there was a whole bunch of people saying

Monica Mortensen, D.O.
September 28, 2023

1  that that's what they experienced and they were never

2  told about it, they had no idea.  Saying is this weird?

3  Is this wrong?  Is there something wrong?  Do I have

4  cancer?

5          So it was, kind of, a nice way of seeing what

6  people knew and what they didn't know.  Now, could they

7  have already been told that?  Sure, it's a possibility.

8  But having it in writing, and having them sign off on it

9  seemed to be a better route.

10  BY MS. CHRISS:

11      **Q    Did you correspond with any of these**

12  **individuals to confirm the validity of what they shared**

13  **online?**

14      A    No.  But to be fair, I did not put nipple

15  discharge in there because they said nipple discharge,

16  it was already in the consent.  So I didn't say they

17  said they had these side effects and put that in my

18  consent.  In the consents were only what was found in

19  the medical literature.

20      **Q    Do you recall the specific medical literature**

21  **studies that you relied upon?**

22      A    I believe I put most of them in the

23  bibliography.

24      **Q    Of your expert report?**

25      A    Correct.

Monica Mortensen, D.O.
September 28, 2023

Page 201

1    Q    And you are familiar with the Endocrine Society

2    Guidelines criteria for gender-affirming hormone therapy

3    for adolescents?

4    A    Yes.

5    Q    And you are familiar with the WPATH standards

6    of care statements that require -- specifically require

7    that individuals -- that the provider assess the

8    capacity of the individual to consent for this specific

9    treatment, that their mental health concerns are

10   addressed, and that they've been informed of affects

11   impacting reproductive function?

12   A    Correct.

13   Q    Those are all already in the WPATH standard of

14   care?

15   A    Yes.

16   Q    And the Endocrine Society Guideline also

17   assesses the adolescents capacity to consent?

18   A    That is correct.

19   Q    Were you -- when you were looking at chat rooms

20   and Google and such, were you searching for -- you

21   stated to see what barriers or information they were

22   receiving.  Were you specifically looking for negative

23   side effects or did you spend any time looking for

24   individuals reporting positive experiences?

25   A    I wasn't looking specifically for one thing.

Monica Mortensen, D.O.
September 28, 2023

Page 202

1   That's the things with chat rooms is anybody can put

2   anything in it, so there's positive, but I have a

3   feeling that people have a tendency more to complain and

4   not so much say the positives.  So I wasn't using that,

5   as I stated earlier, as to what to put into the

6   consents, I just wanted to see did I address some of

7   that?

8          Some of the things that was happening at the

9   meeting, which I like the public speaking, because we

10  actually learned a lot of different things in the

11  process of, you know, one of them was, Hey, my parents

12  are in the military, my grandmother is my guardian.

13  Does it have to be two?  Does it have to be a parent?

14  Can a parent go in via video, you know, talking about

15  how often they are being seen, what timeframe.  So, you

16  know, it was really important to hear their side of what

17  they were telling us was going to be the barriers that

18  they were going to have, and that's what I was also

19  seeing that, that's what they said, and they are saying

20  it here online too.

21      Q    Were there --

22      A    Is there anything else that they didn't say

23  this is on here?

24      Q    Were there folks that provided testimony, like

25  what you just mentioned, that urged -- urged a lack of

1  barriers to this care?

2      A    What do you mean urged a lack of barriers?

3      Q    Folks that have either had positive experiences

4  with this care and need it for their well-being or, you

5  know, parents whose children need access to this care

6  who shared with you, you know -- you were talking about,

7  I think, barriers in the context of risks and things

8  like that, but did you assess and take into account the

9  barriers that you were told these informed consent forms

10  would create for people to get needed medical?

11          MR. PERKO:  Object to form.

12      A    I wasn't guided to what to put in the form, but

13  that was one of the things of why we extended timeframes

14  of, you know, one of the questions was that we were

15  hearing from families and from patients was my current

16  provider is afraid to prescribe to me now because the

17  law has changed and the consent isn't there.  But the

18  consent isn't there and nothing is in place, so they

19  should be doing business as usual.  So they viewed that

20  as a barrier, which I don't understand why.  Like, why

21  if you -- if the law has not been started and the

22  consent is not in play, why are providers not providing

23  care?  I couldn't speak to that.  I didn't know why.

24  But that was one of the things about emergency consents

25  is you guys got to get these done as soon as possible,

Monica Mortensen, D.O.
September 28, 2023

Page 204

 1  my provider doesn't feel comfortable unless they have

 2  the consent there.

 3          Then we didn't want to have, like, here's the

 4  day that the consents are in, you got to have them

 5  signed in 24 hours.  We talked about, like, three

 6  months, four months, six months.  And seeing that many

 7  people are supposed to be seen every three to

 8  six months, we said, why don't we do six months.

 9  Someone even brought up, like, telemedicine.  I don't do

10  all my visits in-person.  So we're, like, let's at least

11  give a six month window so they have at some time during

12  that scheduled appointment between today and six months,

13  they are likely to have a scheduled appointment, they

14  can do the consent in-person at the time of their visit.

15          So we were listening as to what they were

16  telling us were perceived barriers and trying to

17  accommodate and adjust appropriately.

18      **Q    Do you have any reason to believe that**

19  **individuals who are receiving this care hadn't already**

20  **completed the informed consent process and signed**

21  **a written consent form prior to initiating treatment?**

22      A    Some of the statements that the audience had

23  provided on their experience did make me question as to

24  what kind of consents that they either received or did

25  they really understand.  So one example is the bone

Monica Mortensen, D.O.
September 28, 2023

1  mineral density scan.  And a person had said, I get a

2  blood test and that tells me how strong my bones are.

3  I'm a bone specialist and I was, like, I don't know of

4  any blood test that speaks to how dense somebody's bones

5  are.  So that person came up for the comment, because we

6  said, hey, you had mentioned to Dr. Ackerman during the

7  break, come up and speak more on what you are talking

8  about, this blood test.

9           And the blood test, as they described it, is

10 what we refer to as a complete blood cell count.  And

11 that looks at your bone marrow, of how well your bone

12 marrow is producing your white blood cells, your red

13 blood cells, your platelet, it speaks nothing to how

14 strong your bones are.  But this person is adamantly

15 saying that their provider said this is in lieu of a

16 DEXAscan, I don't need a DEXAscan because I get this

17 blood test.  So it's hard to say is there a

18 miscommunication?  Is it the person who's providing the

19 care?  It's kind of hard to say.  But at least having a

20 consent in writing to say what a test is and why it

21 should be done and why it's important to have this done,

22 we felt was important to include in the consents.

23    Q    Are you aware of whether that person signed an

24 informed consent form or not?

25    A    I am not aware.

Monica Mortensen, D.O.
September 28, 2023

Page 206

1    Q    And are you aware of what that informed consent

2    form might have contained?

3    A    No.  I'm also aware that many people knew these

4    consents were coming and they never bothered to send

5    their consents to the Board either.

6    Q    How do you mean?

7    A    Well, everybody knew that this emergency thing

8    was passing and so you have all these people who were

9    doing it and if they already had written consents they

10   could have submitted their written consents to us to use

11   as a basis.

12   Q    Did the Board reach out to any of the providers

13   provide in the state that provide treatment for gender

14   dysphoria in multidisciplinary clinic setting and have

15   extensive experience, did they request they send in

16   their informed consent forms?

17   A    No, we did not.  To my knowledge we didn't

18   request.  I know I personally did not request.

19   Q    So the Board can't say one way or the other

20   what other entity's informed consent forms look like?

21        MR. PERKO:  Object to form.

22   A    That is true.

23   BY MS. CHRISS:

24   Q    Do informed consent forms usually include

25   potential benefits as well as potential risks?

Monica Mortensen, D.O.
September 28, 2023

Page 207

```
 1      A     Yes.  They can.

 2      Q     Is there a reason why the informed consent

 3   forms that you-all developed don't discuss the benefits?

 4            MR. PERKO:  Object to form.

 5      A     The challenge is to say how much of a benefit

 6   it is as to the data isn't 100 percent secure as to

 7   whether or not it has great impact or not.  So that's,

 8   kind of, the challenge, you don't want to falsely

 9   advertise and say this is going to take care of all of

10   your depression and your anxiety and you're not going to

11   any suicide risks if you take these medications.

12      Q     So just to tie this up.  The Board did not

13   reach out to any providers in the state who provide

14   gender-affirming care to this population for their

15   inform on the informed consent forms risks or benefits?

16      A     To my knowledge, I'm not aware if the Board

17   did.  I can only speak that I didn't.

18      Q     Are you aware of any other informed consent

19   forms that don't include benefits and only include

20   risks?

21      A     I don't.  I'm not aware.

22      Q     Okay.  You state in paragraph 30 of your expert

23   report on page 10: I was asked by the defendants to

24   address the comments regarding the emergency consents.

25   The other comments not related to consents will be
```

Monica Mortensen, D.O.
September 28, 2023

Page 208

1  addressed by other experts, however, there is some

2  overlap.  What you are you talking about here?  First of

3  all, who do you mean when you say defendants?

4      A    I meant by where here it says the defendants.

5  Joseph Ladapo.  I was asked by counsel to give my expert

6  opinion.

7      Q    Okay.  So in paragraph 30 -- so paragraph 29 is

8  talking about public comment at the meeting, so I wasn't

9  sure if in paragraph 30 you were talking about

10 addressing the public comments or just addressing --

11     A    No.  No.  Just addressing the comments in

12 regards to -- as we stated earlier, there were seven

13 expert statements that were sent by various people, but

14 I was asked to specifically focus in on the consents.

15     Q    Understood.  Okay.  So comments you meant

16 expert reports?

17     A    Yes.

18     Q    I understand.  You state in paragraph 31 on the

19 next page that these were emergency consents that needed

20 to be submitted swiftly.  These were never intended to

21 be the final consents and we addressed that we would

22 need to make updates.  The Rule Committee is currently

23 working on updates.

24          What will be different in the revised versions?

25     A    Well, it all depends what happens at the

Monica Mortensen, D.O.
September 28, 2023

Page 209

1  meeting, so it depends on what other people are going to

2  bring to the Board and what other information is going

3  to be submitted.  So I think some of the things I

4  mentioned in here about some of the timeframe, about the

5  laboratory testing.  So I -- pretty much, anything -- if

6  this was going as-is, but if there was something I

7  thought was going to be a potential change, I had

8  mentioned it in my statement.  As to what I would

9  propose as a change, I can't speak for what the other

10 board members are going to propose as far as changes.

11       Q    So all the board members get to provide input

12 make amendments and such?

13       A    Yes.  So what will happen is is they, well,

14 like, I'm going to review it again, I'm going to make

15 any kind of edits that I think are warranted.  The

16 surgical consents definitely need to be revamped.  Then

17 I will submit the draft, then people will also submit

18 whatever it is they want to submit.  Then a discussion

19 and a meeting will be had.

20       Q    What do you mean the surgical consents

21 definitely need to be revamped?

22       A    I felt that there was so much different options

23 that it's also an evolving, and I'm not a surgeon, and

24 so I was hoping to get more input from a surgeon, but I

25 feel that it should be separated out for what are the

Monica Mortensen, D.O.
September 28, 2023

1    surgeries that you would get as a trans-man versus a

2    trans-woman.  Just like we did feminizing verse

3    masculinizing.  So I feel like having the information

4    for a surgery that you are not going to have seems

5    irrelevant.

6              So I think it needs to be cleaned up a bit I

7    think some of the verbiage needs to change in regards to

8    this is evolving.  There might be some procedures that,

9    you know, they are going to do.  We did say in our

10   consent that your surgeon likely that's their own

11   consent that will go over the risks and benefits of the

12   specific procedure that you are having, but I

13   definitely, from my opinion, feel like that needs to be

14   revamped.  So I'm planning on separating them out,

15   putting them -- cleaning them up, submitting that as a

16   draft, then seeing what everybody else's input would be.

17   Then hopefully, other people will have submitted some

18   examples as well.

19        Q    Has the Board considered involving an expert in

20   this treatment?

21        A    I know Dr. DePietro said she was going to reach

22   out to somebody that she knew who was doing

23   gender-affirming surgeries to see if they could help

24   review and provide consents.

25        Q    And who's that?

Monica Mortensen, D.O.
September 28, 2023

Page 211

1      A     She didn't say who it was.

2      Q     Are you aware of the letter that you-all

3   received from JAPC who sent in a letter about a concern

4   about the informed consent forms?

5      A     Do you have an exhibit?

6      Q     I sure do.  Hoping I could get you talking

7   while I find it.  The Joint Administrative Procedures

8   Committee.  I've handed you what we marked as

9   Exhibit 11, a letter from the Joint Administrative

10  Procedures Committee.  The first page is directed at, it

11  appears, the Board of Medicine.  And the second one is

12  directed at the Board of Osteopathic Medicine.  Do you

13  see that?

14        (Plaintiffs' Exhibit Number 11 was marked for

15        identification.)

16     A     Yes.

17  BY MS. CHRISS:

18     Q     And it appears that they asked you to explain

19  the Boards statutory authority for requiring that adults

20  receiving these medications undergo a thorough

21  psychological and social evaluation performed by a

22  Florida licensed board certified psychiatrist or a

23  Florida licensed psychologist before beginning HRT and

24  every two years thereafter.

25        What was the statutory authority for that

Monica Mortensen, D.O.
September 28, 2023

Page 212

1   requirement?

2          MR. PERKO:  Object to form.

3      A    I thought that part was removed?

4   BY MS. CHRISS:

5      Q    Right.  So I think it was removed as a result

6   of this letter.  I was just wondering if you knew what

7   the statutory authority was for those requirements?

8          MR. PERKO:  Object to form.

9      A    I think when we were establishing guidelines

10  that we, kind of, looked and we were concerned about the

11  psychological impact, and there is a high association of

12  depression, anxiety, ADHD, neurodivergent population

13  that we felt that the risk was still there for suicide,

14  that it would be important for them to be evaluated and

15  assessed, but we removed it.

16     Q    And what's your understanding of why you

17  removed it?

18     A    Well, one of the things is I believe that it

19  wasn't in the guidelines for WPATH, and for Endocrine

20  Society for the adults.  So it seemed reasonable to

21  remove that, based on that, you know, so I felt, like,

22  yeah, that seems reasonable that we can remove that.

23     Q    Is it your understanding that the remainder of

24  the informed consent form requirements are aligned with

25  the Endocrine Society and WPATH Guidelines?

Monica Mortensen, D.O.
September 28, 2023

1    A    I think a majority is, but I think there is

2  some deviation from them, but I can't remember what off

3  the top of my head what are the deviations.

4    **Q    Okay.  We'll come back to that.  Where did your**

5  **decision, I guess, to include that requirement initially**

6  **come from?**

7    A    Well, we initially had it in the pediatric one.

8    **Q    Right.**

9    A    So we moved it over, we, kind of, talked about

10 should we include it or not include it?  So because of

11 the high risk for that population we decided to include

12 it, then we decided, nope, we probably shouldn't include

13 it, so we removed it.

14   **Q    Are you aware of any research showing that**

15 **these treatments significantly reduce suicidal ideation?**

16   A    I'm sure there is some literature, there's all

17 sorts of different literature, but I think there was

18 this study from Norway that was showing 20 to 30 years

19 out after treatment that they still had a high risk and

20 association of depression, anxiety, and thoughts of

21 suicide.

22   **Q    Is that compared with individuals that did not**

23 **receive gender-affirming care or --**

24   A    That's only gender-affirming care.

25   **Q    -- the general population?  Right.  And are**

1  those individuals, is the comparator, the general

2  population?

3      A    I believe it's just comparing within its own

4  population, saying that out of this population

5  40 percent of them still had thoughts of suicide or

6  depression in their lifetime.

7      Q    What study was that?

8      A    I want to say it was out of Norway, I might

9  have included it in my statement.  So I'm not sure where

10 the reference is.  I do have on page 25, Item 68, where

11 it says:  Suicidality is still a huge concern in the

12 adult population as well, because the estimate lifetime

13 prevalence of suicide attempts among transgender

14 population, as high as 40 percent, this is with treated

15 patients.  So I have to actually look at the reference,

16 but I'm fairly certain that was from the study from

17 Norway.

18     Q    And are you aware whether the patients in that

19 study received gender-affirming care as minors?

20     A    I do not know.

21     Q    Okay.  You mention needing to inform folks

22 about the risk of suicide when receiving

23 gender-affirming care.  Is it equally important to

24 inform folks of the risk of suicidal ideation and

25 suicide when not receiving these interventions?

Monica Mortensen, D.O.
September 28, 2023

Page 215

1     A     Yes.

2     Q     **And do the informed consent forms include that**
3     **information?**

4     A     I think it's in the very -- I'm looking at it,
5     I thought this was the consent.  I think it's where it
6     says other, in the first or second page, where it talks
7     about other options.  It talks about seeing psychology,
8     and that they should still have mental health
9     assessments.

10     Q     **So what I am asking is in the same way you**
11     **advise that the risk -- the increased risk of suicide**
12     **ideation for receiving this treatment, should there also**
13     **be a parallel in informing them of the risk of suicide**
14     **and suicidal ideation when not receiving this treatment?**

15     A     Yes.

16     Q     **Is that something you intend to include in the**
17     **next iteration of the consent forms?**

18     A     I guess we can make it clear, but I thought in
19     the opening paragraph of other options that it was
20     included.  I'd have to -- I don't know if you have a
21     copy of the consent?

22     Q     **Not at the moment.  Do you know of any other**
23     **evidence that gender-affirming treatment for gender**
24     **dysphoria does not reduce suicidality?**

25     A     Sorry, repeat that?

Monica Mortensen, D.O.
September 28, 2023

1      Q      Do you know of any other evidence, other than

2   this, what you mentioned previously, any other evidence

3   that the treatments for gender dysphoria don't reduce

4   suicidality?

5           MR. PERKO:   Object to form.

6      A      I don't know that there's enough data just for

7   whether it does or it doesn't, because there's not

8   enough studies that have actually said that.  That's the

9   problem of all of this being low grade data, there isn't

10  anything saying this is a population that was treated

11  and this is a population that wasn't treated.

12     Q      So you are not aware of the risks of

13  withholding treatment or banning treatment?

14     A      Correct.

15     Q      When you were creating the informed consent

16  forms did you consider these statements provided by

17  medical providers who provide treatment for gender

18  dysphoria in Florida, including Dr. Kristin Dayton,

19  who's a pediatric endocrinologist, who has been

20  providing care for this population for six years through

21  a multidisciplinary clinic?

22     A      Yes, I looked at all the data that was

23  submitted.

24     Q      And did you consider the recommendation of Dr.

25  Paul Arons who is a physician and the former chair of

Monica Mortensen, D.O.
September 28, 2023

Page 217

1  the Florida Department of Health Institutional Review

2  Board?

3       A    I'm sure I did.

4       Q    In your clinical practice would you present

5  information to your patient that you knew to be untrue?

6       A    Not knowingly, no.

7       Q    When you provide informed consent for your

8  patients for the various endocrine disorders that you

9  mentioned treating, do you individualize the informed

10  consent or what you are sharing with them to the needs

11  of that patient?

12       A    I usually will not skip, I will say these are

13  the side effects going from most common to least common.

14  For example, a birth control pill.  So there's a risk of

15  blood clots.  What gives you that risk?  Being over 35,

16  not an issue.  Being a smoker.  Here's an opportunity,

17  do you smoke?  If they say, yes.  It's a risk, we need

18  you to stop.  Or if they say no, I say, please don't

19  start.  Is there a family history of blood clots?  A lot

20  of times the patient isn't going to know, but the parent

21  will be, like, actually, my sister had a blood clot when

22  she was on a birth control pill.  Well, that's an

23  absolute risk.  So is there anyone else in the family?

24  Maybe I need to do some other testing to look for

25  clotting disorders before I proceed with this treatment.

Monica Mortensen, D.O.
September 28, 2023

Page 218

1          So I usually list them, but focus more in on

2    the area that might pertain more to.  I think the

3    example was one of the experts was talking about acne,

4    and that's the idea of consent.  You don't really have a

5    history of liver disease and you don't have a family

6    history of this?  Correct?  Correct.  But, you know, I

7    am worried about the acne, let's have a conversation

8    about the acne and what your risks are and what that is.

9    It's meant to be used as an open forum to assess a

10   person's risk and say, that's of little to no risk for

11   you, I'm not really concerned.

12          And a parent might say, actually, I'm

13   concerned.  I was just diagnosed with breast cancer.  So

14   it gives an opportunity for the family and the patient

15   to assess what their concerns are and then the doctor to

16   assess and address what their concerns are.

17     Q    So in the prescribing of puberty blocking -- or

18   Lupron, the testosterone, estrogen, the other

19   medications you mentioned earlier, you are able to have

20   back and forth dialogue and, sort of, tailor the

21   informed consent process to the patient.  Are you aware

22   of any other medication that you prescribe that

23   requires -- that removes your, what's the word I'm

24   looking for here?  Discretion.  Discretion in what you

25   discuss with the patient?

Monica Mortensen, D.O.
September 28, 2023

Page 219

1          MR. PERKO:  Object to form.

2     A    I'm not sure what you are asking.

3  BY MS. CHRISS:

4     Q    In any of the treatments that you provide for

5  your patients that have endocrine disorders that might

6  require things, like, Lupron testosterone and estrogen,

7  you have discretion in the informed consent process you

8  engage in, correct?

9     A    What do you mean by discretion?

10     Q    What you were just describing, was your

11  professional expertise in knowing what to discuss with

12  the patient, what might be relevant to the patient.  You

13  have discretion in how that informed consent process

14  takes place, correct?

15     A    I'm not quite sure I understand, but, I mean, I

16  basically go through the risk and all of the risk and

17  how I think a potential risk might be towards a certain

18  person versus another.  So is there some

19  individualization?  Yes, but it starts with a

20  generalization going over all of the effects and zeroing

21  in on the ones that I might have more concerns on or the

22  family might have more concerns on.

23     Q    None of those are written consents?

24     A    Correct.

25     Q    Just for the treatment of gender dysphoria?

Monica Mortensen, D.O.
September 28, 2023

Page 220

1    A    Correct.

2         MS. CHRISS:  If we can take five minutes, that

3    would be great.

4         (Break taken at 4:26 p.m. until 4:40 p.m.)

5    BY MS. CHRISS:

6    Q    Dr. Mortensen, just returning for a moment to

7    an earlier topic.  Is it appropriate for someone who's

8    not an expert in an area of care to create informed

9    consent forms on that area of care?

10        MR. PERKO:  Object to form.

11   A    Well, the challenge is that we were advised

12   that we had to do it, so someone had to do it.  No one

13   else stepped up.  No one else delivered, so we did the

14   best that we could.

15   BY MS. CHRISS:

16   Q    Right.  Sorry, so not specific to what you-all

17   did, but, generally, do you think it's appropriate for

18   someone to create informed consent forms who is not an

19   expert in the provision of that type of care?

20        MR. PERKO:  Object to form.

21   A    I would say that consent forms typically are

22   not drafted by just one person, there is usually a

23   committee and a review process as well.  So, for an

24   example of a trainee, they are going -- they might not

25   be an expert of having ten years plus experience, they

Monica Mortensen, D.O.
September 28, 2023

 1   are going to develop a consent form, but it will be

 2   reviewed by the IRB, usually there's an ethicist,

 3   there's usually a lawyer, there's usually their mentor.

 4   So can consent forms be written by someone who's not an

 5   expert?  Absolutely.  But usually they're not completed

 6   and signed off on until a committee or group approved

 7   them.

 8           MS. CHRISS:  My colleague just noted that the

 9       lap top is on mute.

10           (Off-the-record discussion.)

11   BY MS. CHRISS:

12       Q    So moving in paragraph 78 of your expert

13   report, which is on page 30, you discussed fertility.

14   Is it your view that puberty blockers have permanent

15   negative effects on fertility?

16       A    It depends on what indication you are talking

17   about.

18       Q    Just, generally, is it your view that

19   puberty --

20       A    I think it's hard to generalize, because

21   puberty blockers are used for different scenarios and

22   have been approved for different indications.  So if you

23   are going to ask me is generally when you use a puberty

24   blocker for the indication of central precocious puberty

25   is there a concern for fertility, I often bring it up

Monica Mortensen, D.O.
September 28, 2023

Page 222

1  with families, and they often mention is that the data

2  supports that there isn't, but there's always a

3  possibility.

4      **Q    So in the informed consent form you state that**

5  **puberty blockers can interfere with fertility, but isn't**

6  **it accurate that the Endocrine Society Guidelines state**

7  **there's no data on its impact on fertility?**

8      A    So if you are currently using a puberty blocker

9  you are likely not to get pregnant, so you are having

10  issues with fertility while you are on it.  It doesn't

11  state long-term fertility.

12      **Q    But what evidence do you have to support that**

13  **it does have permanent impacts on fertility?**

14      A    There's not enough evidence to support if it

15  does or it doesn't because 90 percent of kids who go on

16  puberty blocker go on to testosterone and estrogen,

17  which can also impact fertility.  Many of them will

18  often have a gonadectomy, whether they are removing the

19  testicles or the ovaries, and that's going to have an

20  impact on fertility.  So even the long-term data is hard

21  to say because there's not a lot of cases of people who

22  were just on puberty blockers for this indication who

23  did not go through the rest of the cycle to see what's

24  going to happen.

25      **Q    So there isn't data to -- there isn't date to**

Monica Mortensen, D.O.
September 28, 2023

Page 223

1    support that there is a long-term impact on fertility?

2         A    Or that there isn't.

3         Q    Right.  There isn't data to suggest either way?

4         A    Correct.

5         Q    So Dr. Mortensen, you're mandating disclosure

6    of a risk in these informed consent forms that you

7    aren't sure is even a risk; is that your testimony

8    today?

9         A    There are some things it's unclear what the

10   risk is, but that's the idea of an informed consent of

11   saying that there's a fertility, so just so you are

12   aware -- and that's the thing about people who go on

13   puberty blockers, and even birth control pills, the

14   likelihood is you are not going to be pregnant.  There's

15   still could be break through and you can get pregnant,

16   so you have to think of that, but there also could be a

17   risk that there's a likelihood that you are not going to

18   be pregnant while you are on this medication.

19        Q    But there is data to support that there's no

20   impact on fertility?

21        A    In the indication of using it for central

22   precocious puberty.

23        Q    And there's not data to support that there is a

24   certain negative impact on fertility?

25        A    It's hard to stipulate whether there is or

Monica Mortensen, D.O.
September 28, 2023

Page 224

1  there isn't, because there hasn't been published data to

2  say there is or there isn't.

3      Q    Is there any medical reason to think that an

4  adolescent who is given puberty blockers to treat gender

5  dysphoria and then ceases taking those will not regain

6  fertility?

7      A    It's likely that they will regain fertility if

8  they don't take the hormone replacement therapy, it's

9  very likely.  And that was when I was doing it that I

10  would say, that we don't know, but that's also what your

11  experts testified as well, when we used it for

12  precocious puberty we didn't really see an issue with

13  fertility down the road.  We haven't really used it in

14  this age group for this duration, even if that's one,

15  two, or three years, so we don't know what the outcome

16  is.  If we are basing it on data from a different group,

17  it doesn't seem likely, but there's always a risk.

18      Q    In paragraph 80 of your report you state on

19  page 31, you state that the quoted statement comes

20  directly from the Lupron package insert?

21      A    Uh-huh.

22      Q    The documents states that, quote:  Puberty

23  blockers can interfere with fertility.

24      A    Uh-huh.

25      Q    But the Lupron package insert says that these

Monica Mortensen, D.O.
September 28, 2023

Page 225

1  changes are, quote, reversible upon cessation of

2  treatment.  Correct?

3      A    Correct.

4      Q    Is there a reason that the full statement was

5  not included?

6      A    It also, I believe, in the consent said that

7  many of these things can be reversible, but some of them

8  can be permanent.

9      Q    Does the informed consent form include this

10  language, that they are reversible upon cessation of

11  treatment?

12      A    I believe that it is more in the beginning that

13  even with the feminizing and masculinizing that many

14  things can be reversible.

15      Q    Paragraph 85 of your report on page 34

16  regarding cognitive development.  You say that there's

17  no long-term data on cognitive impacts of puberty

18  suppression medications to treat gender dysphoria.

19  Correct?

20      A    Correct.

21      Q    But that is not what the informed consent forms

22  say.  The informed consent forms state that puberty

23  blockers may cause stalling of typical cognitive or

24  brain development in minors.  Correct?

25      A    Correct.

Monica Mortensen, D.O.
September 28, 2023

Page 226

1      Q      Yet there's no long-term data to support that?

2      A      Correct.  But it also depends on if you are

3 taking a look at someone who's going through puberty and

4 they get testosterone and estrogen, the brain is going

5 to change.  Someone's 12, 13, 14 and they are going

6 through puberty, their cognitive and mental development

7 is going to change when exposed to cross-sex steroids.

8 By giving them a puberty blocker that progression and

9 maturity isn't going to happen.  That brain development

10 is not going to happen because it's not being exposed to

11 hormones that it's usually exposed to at that time.

12      Q      As you state in your report, there's no

13 long-term data on these cognitive impacts?

14      A      Correct.

15      Q      Okay.  Dr. Mortensen, earlier in your

16 deposition you testified that you didn't include the

17 information I asked about with regard to benefits of

18 this treatment because, as you stated, there wasn't

19 long-term data, yet you are including risks in the

20 informed consent forms that equally have no long-term

21 data.

22      A      Correct.

23      Q      Why is that?

24      A      Because there's limited data as to what the

25 benefit is, and it's very -- by looking at the data it's

Monica Mortensen, D.O.
September 28, 2023

Page 227

1  hard to say it can help with some, it might not help

2  with others, it might worsen others, it really hard to

3  say whether or not how much benefit someone gets.  So

4  typically when someone is going through a treatment and

5  they are going to say, Doc, is this going to cure me of

6  cancer, what are my odds?  Doc, what are the odds that

7  I'm going to have this, that, or the other?  You're

8  purely speculating as to, yes, this is going to help you

9  or not help you, you don't know.

10         So part of the informed consent, the people who

11  are giving the consent should be able to explain what

12  their experience is, and I have no doubt that they are

13  saying, in my experience, this is the benefit that I

14  see.  And that is likely -- and in the community they

15  are all sharing the benefits that they are seeing.  They

16  are sharing some of the sad things that happen too, but

17  I think that it -- if I'm sitting here saying, and you

18  are asking me my opinion as to does this 100 percent

19  cause improvement or is it shown 100 percent, or even a

20  high percentage, I can't say that.  I can say that some

21  studies show that there may be improvement.

22     Q    So that's not the question, Dr. Mortensen, as

23  to why you didn't say this 100 percent will improve.

24  The question is why, if there's no data to support it,

25  including the risk of puberty blockers may cause

Monica Mortensen, D.O.
September 28, 2023

Page 228

1  stalling of typical cognitive or brain development in

2  minors.  Why is that not speculative?

3      A    I don't think I understand what you are asking.

4      Q    You've made clear that there's no long-term

5  data supporting this, and when explaining why not to

6  include benefits you said, because there's no long-term

7  data, it is speculative.  The statement that you

8  included in the informed consent form about the impact

9  on cognitive development is equally speculative, yes?

10     A    In your opinion, but not in mine.  I don't view

11  that as speculative.

12     Q    So no long-term data to support benefits is

13  speculative, no long-term data to support risks is not?

14     A    In the consent it says that, and you can phrase

15  the consent, but we don't know, there isn't data that

16  supports it one way or the other.  But in the Endocrine

17  Society Guidelines is says limited data is available

18  regarding the effects on brain development.  And theres

19  animal data that suggests there is.  So it's hard to

20  say.  I mean, you have the Endocrine Society Guidelines

21  saying that they don't really know, there's limited

22  data.

23     Q    Dr. Mortensen, looking at paragraphs 86

24  through -- well, start with paragraph 86 of your report

25  regarding masculinizing and feminizing medication

Monica Mortensen, D.O.
September 28, 2023

Page 229

 1   dosing.  The informed consent forms for masculinizing
 2   and feminizing medications for minors state that, quote:
 3   This medicine and dose that is recommended is based
 4   solely on the judgement and experience of the minor's
 5   prescribing physician.  Correct?
 6       A    Correct.
 7       Q    Paragraph 87 you state you agree -- or let's
 8   turn to paragraph 87 on page 34.  Apologies.
 9            MR. PERKO:  Page 87 on 34?
10       A    Item 87 on page 35.
11   BY MS. CHRISS:
12       Q    Paragraph 87, page 35.  You say they are
13   correct that there are clinical practice guidelines in
14   the Endocrine Society Guidelines and they should be
15   followed by clinicians to guide treatment regimens.
16   Yes?
17       A    Correct.
18       Q    And in the Endocrine Society Guidelines the
19   guidelines provided gradually increasing dose schedule
20   for the induction of puberty in minors using
21   testosterone or estrogen?
22       A    Correct.
23       Q    Your report states:  However, this is not
24   always the case.
25            What do you mean by that?

Monica Mortensen, D.O.
September 28, 2023

1    A    So there are guidelines on to -- I go on to

2   say:  The dosing for adolescents is based on hypogonadal

3   adolescents and pubertal induction.

4          And so there are different centers that do

5   different things in regards to pubertal induction and

6   dosing.  When you look at the research as to what dosing

7   and what regimens were used, different dosings at

8   different centers, and even when we contacted in regards

9   to that publication for the New England Journal and

10  asked if they could provide what doses they used, they

11  couldn't even stipulate as to all the centers, because

12  it was a multicenter trial that were doing the exact

13  same pubertal induction.

14         So it's a guideline as to how people should do

15  it, but not everybody follows the guidelines.  And

16  sometimes that's from their own expert opinion.  I'm not

17  saying that it's wrong.  I think that's, kind of, how

18  this statement is being misconstrued, that your provider

19  has experience in this, they are going to do it based on

20  their experience.  Some people for replacement of

21  estrogen therapy and pubertal induction in Turner

22  Syndrome use estrogen patches, some of them use pills,

23  some of them have use injections, none of that is

24  necessarily wrong, they are just going based on because

25  there isn't even some longitudinal data on that as well.

Monica Mortensen, D.O.
September 28, 2023

Page 231

1          So it's not saying the provider is doing

2   anything wrong, it's saying that your provider is -- it

3   was actually designed to help support the provider or

4   the physician in saying that you are going to go based

5   on their experience.  You know, my experience is I

6   prefer to use estrogen patches because it bypasses the

7   liver, there's less risk of liver dysfunction.  Johnny

8   Jones down the road might like the pills because that's

9   what they are very comfortable with doing.  Is Johnny

10  Jones wrong?  Am I wrong?  No, they are both options,

11  they are both in the guidelines, but there's also

12  recommendations and some people might push them quicker

13  or later based on how old they are.

14          So even though they have the recommendations in

15  there, it also depends on the age the patient presents

16  for treatment.  It's vastly different from treating

17  somebody on a pubertal blocker inducing their puberty

18  starting at zero versus somebody who presented at 16 or

19  17, has already been fully virilized that you are

20  starting estrogen in, like, an adult.

21      Q   Is having dosing flexibility common?

22      A   Yes.  That's why there are so many different

23  doses of medication.  What works for one might not work

24  in another.

25      Q   So the process you just describe sounds very

Monica Mortensen, D.O.
September 28, 2023

Page 232

1    individualized, based on the expertise of the provider.

2    Why does this need to be included in these informed

3    consent forms that the provider is not allowed to

4    modify?

5        A    So that statement actually helps protect the

6    provider, so it's interesting to me they view as a

7    negative and want to modify it.  It actually gives them

8    a lot more accessibility and also a chance to

9    individualize.  We are not saying you stick to these

10   guidelines and dose it exactly like that.  We are saying

11   you are going to rely on your person and their

12   experience with using these medicines to dose

13   accordingly they would.

14           I did quote an article in here about looking at

15   transgender population and how they change their doses

16   and why they change their doses, and part of it is

17   because they don't believe their doctor is prescribing

18   them enough.  Some of them think their doctor is

19   prescribing them too much.  So it's actually in an

20   effort to establish that relationship with the patient

21   of this is my area of expertise, I dose it based on the

22   patients I have worked with.

23       Q    Is this dosing flexibility is not unique to

24   gender-affirming care, right?

25       A    That is correct.

Monica Mortensen, D.O.
September 28, 2023

Page 233

1     Q     We're talking about, you know, patient-doctor

2     relationship.  Do you think it undermines the informed

3     consent process when the physician has to state, you

4     know, these are not risks that are supported by data, I

5     don't agree with these, and this didn't reflect my views

6     or my experience with this treatment?

7            MR. PERKO:  Object to form.

8     A     So a lot of times when we have it, and you are

9     going through an informed consent because when we are

10    doing medications that are new or different or new

11    procedures or techniques, you say here's what we believe

12    some of the risks are.  Here are some of the known

13    beliefs that we know that could happen because of this

14    scenario.  This is why I believe this is a reasonable

15    path for you because you have limited risk based on X,

16    Y, and Z, and based on my opinion, I think this would be

17    a right regimen for you.  But you are the patient, I'm

18    informing you, you tell me are there any things you are

19    concerned about in regards to this?  Let's have a

20    conversation, then you ultimately decide if this is the

21    course you want to pursue.

22    Q     And in paragraph 87 you criticize the lack of

23    high quality studies to determine dosing and timing

24    schedule.  Are all of the medications that you prescribe

25    in your practice supported by high quality studies to

Monica Mortensen, D.O.
September 28, 2023

Page 234

 1  determine dosing?

 2      A    No.  I previously stated that even for Turners

 3  Guidelines they change over the years, but there's

 4  different guidelines.  Even the Endocrine Society

 5  Guidelines have different regimens of whether it's pills

 6  or whether it's patches.  There are some studies, but

 7  some of them are limited.  I often explain that.  Many

 8  times it's, this is my experience in using this

 9  medication.  This has been the experience, based on this

10  group that has done this, this is the literature that

11  has it.  You just explain what you know and what you

12  don't know.

13      Q    So this sounds like a common experience with

14  prescribing medications, generally?

15      A    Exactly.

16      Q    So why just the treatment of gender dysphoria

17  do we need these rigid consent forms?

18      A    I think it stems a lot from the

19  detransitioners, and I think it stems a lot from

20  lawyers.  No offense.

21      Q    What detransitioners you are referring to?

22      A    So there's a lot of detransitioners in the

23  media, a lot of them are saying I was not aware, I

24  didn't realize this was a side effect, I didn't realize

25  that this could happen, they didn't inform me of this.

Monica Mortensen, D.O.
September 28, 2023

Page 235

1   I don't know if they did or they didn't, but having it

2   written makes it a lot easier.  Having a signed document

3   that I did review this with you, instead of going in

4   front of a judge and saying, I reviewed the side effects

5   and blah, blah, blah.  But did you list out every side

6   effect?  Is that just a smart phrase that you are saying

7   that says you covered all that?  It he said versus she

8   said of what was really said, what was really

9   documented.

10          I think the most concerning thing with the

11  detransitioners is they are saying they were not

12  informed and that they also weren't well-diagnosed and

13  that they were misdiagnosed.  And I think a lot of

14  people in the transgender society would state that those

15  detransitioners were probably never trans to begin with.

16  But that's a means to protect everybody in the

17  situation.  This is a very different situation,

18  especially for children.  These medicines can have an

19  impact for the rest of their life.  So to pause and

20  spend 10 minutes to review things as to risks and

21  possibilities for something that's going to impact you

22  for the rest of your life seems like a fair use of time.

23      Q     You have no basis upon which to believe these

24  providers weren't already spending those 10 minutes, or

25  probably much more, providing these risks and benefits

Monica Mortensen, D.O.
September 28, 2023

Page 236

1    to their patients, correct?

2         A    If you go based on what some of the

3    detransitioners.

4         Q    Can you point me to specific detransitioners?

5         A    I believe Chloe was one of them saying that she

6    wasn't really aware and that she really didn't

7    understand what all of it meant.

8         Q    So setting a standard of practice for the

9    provision of medical care for an entire community based

10   on one individual's experience, is that something you've

11   seen happened in other context?

12              MR. PERKO:  Object to form.

13        A    I don't think it's one individual's experience,

14   because the number of detransitioners seem to be going

15   up.  As I state earlier, in Europe they put, kind of, a

16   pause on things.

17        Q    Did a single detransitioner state that they

18   received treatment in the state of Florida?

19        A    Not to my knowledge.

20        Q    Did a single detransitioner name a Florida

21   medical provider or institution where they received care

22   that was inappropriate?

23        A    Not that I know of.

24        Q    Can you name another detransitioner, other than

25   Chloe Cole, who's experience has impacted your views on

Monica Mortensen, D.O.
September 28, 2023

1  this?

2      A    I mean, not by name, just by things I've seen

3  or read or saw.

4      Q    In your clinical experience, you never

5  witnessed or experienced a person regret the treatment

6  they received for gender dysphoria?

7      A    Not in my personal experience, no.

8      Q    Two follow-up questions, one, what is the basis

9  for your statement that the number of detransitioners

10  are going up?

11      A    I don't know where I had read it, I don't know

12  if I put it in here, but it seems like, number one,

13  there was a dramatic rise in the number of people

14  stating they had gender dysphoria and that there's also

15  been a rise on -- all of the published data on the

16  detransitioners seems to be before 2019, and not after

17  this big shift, this big drive, especially here in the

18  Unite States.  Because in 2017 it wasn't very mainstream

19  to use these medications for this indication.

20          So the data of detransitioning is based more on

21  overseas data, and some data here, up to 2017, '18.

22  It's not -- I believe someone had said it's up to

23  30 percent.  I even think on the NIH funded one that was

24  in JCM where they said the number of patients that they

25  had, I think that they had 300 patients and it went down

Monica Mortensen, D.O.
September 28, 2023

Page 238

 1  to 200 patients that they had studied.  So that means

 2  they had a 30 percent or more dropout in their

 3  population, which in a research study is, kind of,

 4  unfathomable that you would have that much of a dropout

 5  rate.

 6      Q     Is it true, and I won't go through the entire

 7  administrative record with you and all the public books,

 8  we've both read them, is it accurate that there are a

 9  tremendous number of statements from transgender

10  individuals who have received gender-affirming care and

11  have had positive experiences?

12          MR. PERKO:  Object to form.

13      A     I don't know how much you mean by tremendous,

14  but, yes, there was some very positive statements that

15  were made.

16  BY MS. CHRISS:

17      Q     And is it true that at least at the

18  February 10th, 2023, hearing there were a vast majority

19  of individuals testifying about their positive

20  experiences with this treatment and imploring the Board

21  to allow them to continue accessing this treatment?

22          MR. PERKO:  Object to form.

23      A     That is true.

24  BY MS. CHRISS:

25      Q     And you can't name another detransitioner or

Monica Mortensen, D.O.
September 28, 2023

Page 239

1    individual that you heard of, other than Chloe Cole, who

2    came from out of state to provide this care at the

3    request of the state?

4        A    I mean, I'm very bad with names, but I don't

5    recall from the state of Florida.

6        Q    Are you aware that the detransitioners whose

7    names we looked at earlier who testified at the public

8    hearing were -- almost of them were retained as

9    witnesses by the state of Florida in the case of Dekker

10   v. Weida?

11       A    No.

12       Q    You stated earlier that detransitioners and

13   lawyers were driving this.  What did you mean by lawyers

14   driving this?

15       A    Well, that what one of the things that my

16   friend from Seattle General had said, that they were

17   very concerned of the lawsuit that they had and it

18   seemed based on what they were seeing there were

19   concerns there's likely going to be detransitioners and

20   there's likely going to be lawsuits.  And that was back

21   in 2017.  I think it's fair to say there's lawsuits

22   worldwide from detransitioners.  So it wasn't something

23   that wasn't predictable that was going to happen.

24            So in an effort to protect patients so that

25   they're fully informed and consented and to protected

Page 240

1  the provider and to protect the institution as well,

2  that's why we created informed consents for our center.

3      **Q      The incident that you mentioned that your**

4  **friend relayed to you was regarding an individual with**

5  **cerebral palsy, correct?**

6      A      Correct.

7      **Q      Who's not receiving treatment for gender**

8  **dysphoria?**

9      A      Correct.

10     **Q      Is it fair to say there are many medical**

11 **malpractice lawsuits brought all the time for all sorts**

12 **of inappropriate treatment provided?**

13     A      I'm sure there are.

14     **Q      And that people regret treatment they receive**

15 **in various areas of medicine?**

16     A      I'm sure they do.  That's why there's lawsuits.

17     **Q      And has the Board adopted rules or consent**

18 **forms about any other area of treatment based on**

19 **malpractice lawsuits or a suggestion of inappropriate**

20 **care not even within the state that the Board is**

21 **regulating?**

22          MR. PERKO:  Object to form.

23     A      The Board -- oh, sorry.  The Board hasn't

24 adopted, but why do you think there are surgical consent

25 forms?  Why do you think there are consent forms every

Monica Mortensen, D.O.
September 28, 2023

Page 241

1    time you walk into a hospital to consent to treat?  When

2    you walk into a clinic you have to sign a form to

3    consent to treatment.  When I do genetic testing I have

4    to sign it, I have to have a witness sign, I have to

5    have a parent sign it, and that's just for a genetic

6    test.

7    BY MS. CHRISS:

8        Q    When you say the Board hasn't adopted, what do

9    you mean?

10       A    Well, when you are saying -- I thought you had

11   asked had the Board adopted any of those types of

12   consents or any other medical conditions related to

13   adopting consents.

14       Q    Does the Board adopt rules and consent forms

15   for any condition in which there's a fear there might be

16   a rise in lawsuits about?

17       A    I believe they had the rules in regards to the

18   Brazilian butt lift, rules for that because there was

19   misuse, abuse, and lawsuits for that too.

20       Q    But that demonstrated misuse, abuse, and

21   lawsuit --

22       A    Yes.

23       Q    -- not speculative, correct?

24            MR. PERKO:  Object to form.

25       A    Correct.

Monica Mortensen, D.O.
September 28, 2023

Page 242

 1   BY MS. CHRISS:

 2       Q    Moving to paragraphs 89 and 90 where you

 3   reference WPATH.  And you quote from WPATH.  Is it

 4   correct that these are quotes from WPATH Standards of

 5   Care 7?

 6       A    Might be 8.  I think we are at 8 now for WPATH.

 7       Q    I believe these statements are from WPATH 7,

 8   but.

 9       A    I have to check and see.

10       Q    Okay.  Are you aware that the SOC8 does provide

11   a specific hormone regimen with specific doses provided?

12       A    From WPATH?

13       Q    Uh-huh.

14       A    No, I'm not aware.

15       Q    That's for both adolescents and minors -- I

16   mean adolescents and adults.  You are not aware?

17       A    No.

18       Q    Okay.  Paragraph 90 -- paragraph 93 on page 37

19   you discuss the permanency of certain effects of

20   testosterone.  Dr. Bruggeman rebutted this statement in

21   the informed consent forms that certain effects could be

22   permanent.  You say that she should provide references

23   to prove this.  Dr. Mortensen, what references do you

24   have to support the suggestion in the forms that these

25   changes from testosterone are permanent?

Monica Mortensen, D.O.
September 28, 2023

Page 243

1    A    Well, I can certainly look them up for you, but

2  there are -- there's documented literature of people

3  going on testosterone that it has given them permanent

4  voice change that can't go back, that have permanent

5  facial hair or chest hair that can't go back.  That have

6  impacted fertility or caused polycystic ovarian syndrome

7  that can't be reversed.

8    **Q    Is there any evidence to support your statement**

9  **that testosterone has any negative impact on bone**

10 **density for transgender men?**

11   A    I think that that was something we were going

12 to revise, because it didn't seem based on the most

13 recent data that it would impact transgender men, we

14 were going to revise in the consents.

15   **Q    For your statement in paragraph 93 regarding**

16 **the permanent impact of testosterone, can you provide**

17 **your source for me today that you relied upon?**

18   A    For?

19   **Q    For this statement that the following changes**

20 **could be permanent with regard to testosterone.**

21   A    I mean, I'd have to look it up, I can't say it

22 off the top of my mind.  But I think it's been very well

23 established that if you take testosterone your voice

24 will permanently change and the hair will permanently be

25 there.

Monica Mortensen, D.O.
September 28, 2023

Page 244

1    Q    Are there other permanent effects from
2  testosterone?

3    A    There can be fertility, that's been
4  demonstrated in polycystic ovaries.

5    Q    And what data supports those statements?

6    A    I'd have to look and see, but I'm pretty sure
7  it's in the bibliography, because I believe it was
8  brought up later in one of my statements.

9    Q    Those aren't the -- okay.  In paragraph 94, in
10  support of this statement on the forms that treatment
11  with testosterone increases the risk of certain cancers,
12  you treat to WPATH's statement that there's not enough
13  evidence to determine the type and frequency of cancer
14  screenings for this population.

15         How does that lack of evidence support the
16  statement in the informed consent form that there's an
17  increased risk?

18         MR. PERKO:  Sorry, counsel, are you referring
19     to paragraph 94?

20         MS. CHRISS:  Yes.  Current where she says:  Dr.
21     Shumer and Dr. Bruggeman state currently they do not
22     support that testosterone increases the risk of
23     endometrial, ovarian, or breast cancer, et cetera.

24    A    So the WPATH statement says there's not enough
25  to determine the appropriate type and frequency of

Monica Mortensen, D.O.
September 28, 2023

Page 245

1  cancer screening for this population, but breast and

2  uterine cancer are listed in the Endocrine Society

3  Guidelines on Table 10 as medical risks.  And I did

4  provide a reference, as well, that talked about cancer.

5       So it's been .95 there's been documented cases

6  that demonstrated trans-men can develop endometrial

7  carcinoma while on endogenous testosterone therapy.  The

8  prevalence of endometrial cancer in trans-men is not

9  clearly identified.  The incidents have let it hard to

10 determine, will often be different if their uterus is

11 removed.  It's also been well-documented in women with

12 polycystic ovarian syndrome that they have a higher rate

13 of endometrial cancer, and that's because they make

14 their own testosterone.  So we know testosterone can

15 cause a risk in endometrial cancer for women with

16 polycystic ovarian syndrome.  Then it also looks like

17 based on Dr. Seay's data as well.

18      There's also, in Section 97, talking -- going

19 on breast cancer as well, saying there's still a role

20 and that there have been trans-men who have been found

21 to have breast cancer.  Then .973 cases ovarian cancer

22 in trans-men undergoing gender-affirmation are recorded

23 in the literature.  All three received testosterone

24 therapy.  That's from --

25     Q    You cite to Seay, S-E-A-Y, to say: The

Monica Mortensen, D.O.
September 28, 2023

Page 246

1    prevalence of endometrial cancer in trans-ment is not

2    clearly identified.  But the fact that -- that there

3    is -- that cancer is a potential is not -- does not

4    support the statement that there's an increased risk,

5    correct?

6        A    If you are a biological female and have too

7    much testosterone, whether it be from polycystic ovarian

8    syndrome or congential adrenal hyperplasia, it's

9    well-documented in the literature that you have an

10   increased risk of endometrial cancer.  The challenge of

11   the data is that many transgender men end up undergoing

12   a hysterectomy.  So the risk is gone once they remove

13   the uterus, but we also don't have a lot of long-term

14   data, but we do know those that still have their uterus

15   have a risk for it.

16       Q    Going back to just the conversations we've been

17   having about fertility and cancer risks and cognitive

18   risks, et cetera, when you are talking about these

19   risks, I'm trying to understand if there's no long-term

20   data supporting that these -- that there are long-term

21   negative effects, help me understand why including those

22   risks on these forms is not speculative?

23            MR. PERKO:  Object to form.

24       A    Because there is -- I'm sorry.

25            Because there is some data that already shows

Monica Mortensen, D.O.

September 28, 2023

Case 4:23-cv-00114-RH-MAF   Document 216-2   Filed 12/28/23   Page 67 of 114

Page 247

1  that cancer has happened.

2  BY MS. CHRISS:

3      **Q    So talking about then --**

4      A    So I'm not speculating, there's actually cases

5  that have been demonstrated.

6      **Q    So when it comes to fertility and the impacts**

7  **on cognitive, the things where you agreed in your**

8  **testimony, that there is no long-term data suggesting**

9  **permanent impacts, long-term impacts, do you apply the**

10 **same standard of certainty when you are looking at risks**

11 **and benefits?**

12          MR. PERKO:  Object to form.

13      A    I often tell families that there are many

14 things in medicine that we just don't know yet, and this

15 is what I know at that point that's been demonstrated

16 and documented.  This is what is speculative, or could

17 be likely, based on this happens in this.  Then there's

18 also the category of we just don't know.  That's why you

19 have an individualized person of determining whether or

20 not they want to assume that risk or not.  Oftentimes --

21 that's with pretty much almost everything.

22          So even though I prescribe growth hormone and

23 it's been well-used over 30-plus years, I often say,

24 sometimes we don't know how your child -- could that bad

25 reaction have been from growth hormone?  It hasn't been

Page 248

1  demonstrated in the literature, but who's to say it's

2  not possible?

3  BY MS. CHRISS:

4     **Q    What level of evidence is required to list a**

5  **risk?**

6           MR. PERKO:  Object to form.

7     A    For what I listed in here is whatever I came

8  cross in literature that had shown.  So if there was

9  nothing that was shown, that there wasn't any breast

10  cancer or there wasn't endometrial cancer, I wouldn't

11  have included it.  If there was already demonstrated

12  data that this has happened, it was typically included.

13     **Q    What long-term data supported permanent --**

14  **potential permanent impacts on fertility?**

15     A    So there was data on here to support that going

16  on testosterone can cause polycystic ovaries, but can

17  also cause ovarian issues, and that that could impact

18  fertility, so that's already been demonstrated in the

19  literature.  Then, again, once they have surgery or had

20  their ovaries taken out, they're definitely going to be

21  infertile, but that's also the case for the men as well,

22  that estrogen is going to have an impact on their sex

23  drive, it's going to have an impact on their sperm

24  count, it's going to have an overall impact on their

25  fertility as well.  It doesn't mean -- nothing in there

Monica Mortensen, D.O.
September 28, 2023

1  says you will 100 percent become infertile, it says that

2  there's risks.

3       **Q     So what level of evidence is required to list a**

4  **benefit?**

5            MR. PERKO:  Object to form.

6       A    I don't know, but that's when I often say what

7  evidence do I have?  And the evidence that I have is

8  from the Endocrine Society that's all low-grade,

9  peer-reviewed, or group data, that says there could be

10  some benefit.  None of them were high-grade data.  Very

11  few were moderately-grade data.

12  BY MS. CHRISS:

13       **Q     Is it important to let people know how likely a**

14  **risk might be?**

15       A    Yes.

16       **Q     Is it important to let people know how likely a**

17  **benefit might be?**

18       A    Sure.

19       **Q     So why are there no indications of the benefits**

20  **of these treatments?**

21       A    Because I don't think the jury's out on how

22  much benefit there is and that it doesn't benefit

23  everybody.

24       **Q     Does it have to benefit everyone?  Does**

25  **everything on here, does every risk on here apply to**

Monica Mortensen, D.O.
September 28, 2023

1  everyone?

2      A    No, but I don't know that if you are going to

3  put somebody on a medication that can impact them down

4  the road for the rest of their life that you have to

5  have some kind of certainty that that is going to help

6  that person.  And a lot of the data doesn't support that

7  a majority of people -- I mean, for the adults a

8  40 percent risk of suicide and death.  That doesn't seem

9  like a high -- that this medication management is the

10  greatest route to go.

11           If I was giving somebody something for their

12  blood pressure and it only helped 60 percent, I don't

13  know that that would be the best treatment route for

14  this person.

15      Q    Do you inform these folks of the percentage

16  risk, the risk of suicide of not receiving treatment for

17  gender dysphoria?

18      A    I don't know --

19           MR. PERKO:  Object to form.

20      A    Sorry.  I don't know what the risk is, and I

21  haven't seen any data that says here's a group of people

22  that we didn't treat and that they committed suicide.

23  BY MS. CHRISS:

24      Q    So you don't list any potential benefits

25  regardless of the quality of evidence that supports

Monica Mortensen, D.O.
September 28, 2023

Page 251

1  them?

2      A     In the opening statement it says that there has

3  been some studies to show some benefit.

4      Q     **But throughout the form it is solely risks?**

5      A     If you ever see a consent for a surgical

6  procedure the whole thing is all about risk.  The

7  opening line is about benefit.  If you are getting your

8  appendix removed because if you don't it's going to

9  rupture and you could die.  And here are the 50 million

10  things that could potentially go wrong.  Then the

11  surgeon goes through and says, you know, there's a risk.

12  Same thing with thyroid removal, there's a risk that I

13  might -- there might be an nick, there might be

14  bleeding, I could have damage to your vocal chords, I

15  could damage your parathyroid glands.  If that happens

16  you're going to need this, you're going to need calcium

17  and Vitamin D.  So all of those are discussed in a

18  surgical consent of the vast majority.

19          Even commercials out there for medications have

20  the side effects may include blah, blah, blah, blah,

21  blah, blah, blah, blah, blah.  So a vast majority of

22  consents don't focus on the positive, it focuses on the

23  negative or the unknown.

24      Q     **In paragraph 98, on page 39, the informed**

25  **consent form states:  Taking testosterone causes or**

Monica Mortensen, D.O.
September 28, 2023

Page 252

1   worsens migraines.

2       A    Uh-huh.

3       Q    You respond to Dr. Shumer and Bruggeman by

4   saying that the data is limited and you cite a study

5   that was inconclusive on the effects of gender-affirming

6   hormone therapy on migraines.  How does this study

7   support the assertion that testosterone causes

8   migraines?

9       A    So in that study it did say that there were --

10  it was a limited sample, but that 16 reported ongoing

11  pain, 13 whom endorsed headache, and a majority had

12  headaches prior, but that's a majority had headaches

13  prior, they are people that had headaches that didn't

14  have migraine headaches before they started treatment.

15      Q    Is it true that this study was inconclusive on

16  the effects of gender-affirming hormones causing

17  migraines?

18      A    It basically said that more data needed to be

19  collected.

20      Q    When more data needs to be collected, you take

21  that to mean it is a risk worth listing on the informed

22  consent form, but when more data needs to be collected

23  about the benefit of a treatment that doesn't warrant

24  being on the informed consent form, correct?

25      A    I'm kind of lost on what you just said there.

Page 253

1    Q    More data needs to be collected.

2    A    Uh-huh.

3    Q    That's of sufficient level of evidence for you

4  to list the risk of increased migraines, increased risk

5  of migraines, but more data needs to be collected is

6  also the reason you're stating you are not putting the

7  benefits of these treatments on these informed consent

8  forms, correct?

9         MR. PERKO:  Object to form.

10    A    The consents says that more data does need to

11  be collected in regards to the benefit, but there were

12  some studies that showed there can be benefit.

13  BY MS. CHRISS:

14    Q    Paragraph 101, on page 41, you discuss the

15  Finasteride.

16    A    Yes.

17    Q    We agree Finasteride is not used to treat

18  gender dysphoria?

19    A    It's used to treat a side effect from the

20  treatments of gender dysphoria.

21    Q    Even if this medication is likely to be used by

22  transgender men experiencing hair loss, why is it

23  included in the section title how is testosterone taken?

24    A    I'd have to take a look at the consent.

25    Q    And in paragraph 104 on page 42 you state that

Monica Mortensen, D.O.
September 28, 2023

Page 254

1    Dr. Shumer's statement that, quote:  Trans-women should

2    follow the same guidelines for breast cancer.  Did I

3    skip -- sorry.  Should follow the same guidelines for

4    breat cancer --

5        A    Number 104?

6        Q    Yes.

7             MR. PERKO:  That's not what it says.

8        A    That's not what it says.

9    BY MS. CHRISS:

10       Q    You are correct.  Which one -- apologies.  103

11   you say:  Dr. Shumer's statement that a transgender

12   woman -- trans-women should follow the same guidelines

13   for breast cancer screening in non-transgender women is

14   very misguided.  Hold on.  Yeah.  Sorry.  The last

15   sentence of paragraph 103:  Dr. Shumer's -- I think you

16   meant Shumer -- statement that trans-women should follow

17   the same guidelines for breast cancer screening and

18   non-transgender women is very misguided.  But his report

19   cites to a 2019 peer-reviewed study to support this

20   assertion, correct?

21       A    I believe so.

22       Q    That study made the same recommendation?

23       A    I believe so.  But I think the WPATH Guidelines

24   said that they aren't -- that it hasn't been established

25   what kind of guidelines that they should have, whether

Monica Mortensen, D.O.
September 28, 2023

Page 255

1    or not -- because some of the cases that have been found

2    have been in 30 and 40-year-old transgender men, which

3    normal breast screening for cancer usually occurs after

4    the age of 40.

5              So it's not really clear as to when they should

6    start screening, but at the very least they should be

7    made aware that breast cancer is a risk.  Like every

8    woman they should be doing breast cancer screening on

9    themselves, checking for lumps and bumps.  It's quite a

10   challenge when they have breast implants, because

11   sometimes the breast tissue is under the implant, so

12   doing a self-breast examination monthly for breast

13   cancer can be quite challenging.  And I guess that's

14   basically it.  They are recommending the same as other

15   woman, but they are not really sure what the screening

16   should be, if it should be sooner or later.  And I don't

17   think I said in the consents they needed to start the

18   screening, I think I just said that breast cancer is a

19   risk.  I'm leaving it up to the physicians to do their

20   job and tell them about monthly screenings, see if

21   there's also a family history, if their mother had

22   breast cancer they would have a risk just like a

23   biological woman has a risk.  Those are conversations

24   that need to be had, and this opens the door to those

25   kinds of conversations.

Monica Mortensen, D.O.
September 28, 2023

Page 256

1    Q    Sounds like what you are saying supports that

2    Dr. Shumer's statement that trans-women should follow

3    the same guidelines for breast cancer treatment as

4    non-transgender women isn't misguided?

5    A    Oh, no, no.  What I said was misguided was

6    these are exceedingly rare in the adolescent population.

7    Saying that breast cancers are exceedingly rare in the

8    adolescent population.

9    Q    Moving down to paragraph 104, you -- rebutting

10   Dr. Bruggeman discussing the permanency of certain

11   effects of estrogen therapy.  Dr. Bruggeman disagreed

12   with the statement that these effects could be

13   permanent.  And your response is, quote:  Again, no

14   long-term data to support her claim.  What references do

15   you have, or what studies do you cite to, to support the

16   suggestion in a forum that these changes are

17   irreversible?

18   A    So there is some data about some things, some

19   are listed, but there's some data to support that some

20   are irreversible, but she has not shown the data.

21   There's no long-term data.  There's no controlled

22   studies to show it, but she hasn't showed the controlled

23   studies that show that it doesn't either.

24   Q    And you haven't shown the controlled study that

25   show that it does?

Monica Mortensen, D.O.
September 28, 2023

Page 257

1      A    Correct, but I don't know, so that's why we

2   explain we don't know if it's temporary or permanent.

3   Some of them have already been known.  We know when

4   women with PCOS who make exogenous testosterone become

5   virilized and sometimes they can have acromegaly and

6   deepening voice and hair, and we know that those are

7   definitely irreversible.  That's been well-demonstrated

8   and documented.

9           But there are not a lot of circumstances

10  where in history people have been giving testosterone to

11  14-year-old females to say whether or not they are going

12  to come off if, if those effects are going to be

13  permanent or lifelong, because this is still a

14  relatively new field in the United States and they've

15  not been really forthcoming with the data overseas.

16      Q    Just to be clear, your criteria for listing

17  potential risks is to include every possible risk,

18  including those only reported in a few individuals when

19  causation was not determined, regardless of the level of

20  evidence?

21           MR. PERKO:  Object to form.

22      A    Correct.

23  BY MS. CHRISS:

24      Q    Dr. Mortensen, in paragraph 108 you reference

25  cipro -- I'm not a doctor.  Ciproterone acetate, if the

Monica Mortensen, D.O.
September 28, 2023

Page 258

1    purpose of these informed consent forms are to inform

2    and educate, wouldn't it also be prudent to also include

3    that this is not a treatment that's available in the

4    United States due to its risk?

5        A    I believe that it said in the consent that it's

6    not available in the United States.

7        Q    I don't believe it does.  If it isn't

8    available, what's the point of including it on the

9    informed consent form at all then?

10       A    As I said in my statement that these patients

11   are very well-educated, they talk, and actually some of

12   them come from other countries where it is available.

13   Many of them want to seek options, they can also buy it

14   online on the Internet, you can get it from Canada.  So,

15   again, if that's the option that they are hearing from

16   their peers or something they've experienced overseas

17   and they want to do it, it's important to inform them

18   it's not a good idea.

19           I don't know why it serves as to confuse in

20   fear.  It's just you might be reading about this, you

21   might be hearing from your friends, you might be seeing

22   online that this is a medication that's used.  And it is

23   used overseas, but it's not available here in the United

24   States and here are some of the risks that are

25   associated with it and why it's not available here in

Monica Mortensen, D.O.
September 28, 2023

Page 259

 1  the United States.  It's just designed to inform, not

 2  confuse and cause fear.  It's everyone talks.

 **3      Q     When -- scratch that.**

 4           MS. CHRISS:  We are just about done.  Let's

 5      take five minutes and we'll come back.

 6           (Break taken 5:34 p.m. until 5:41 p.m.)

 7  BY MS. CHRISS:

 **8      Q     Dr. Mortensen, I have one more question for**

 **9  you.  Paragraph 52 in your report on page 18.**

10           MR. PERKO:  What paragraph, counsel?

11           MS. CHRISS:  52.

12  BY MS. CHRISS:

**13      Q     You state:  There are also an overwhelming**

**14  number of physicians and clinicians in the world that**

**15  understand these are low-quality studies and vague**

**16  guidelines.  What is the basis for you statement that**

**17  there are and overwhelming number of physicians and**

**18  clinicians in the world who feel that way?**

19      A     Well, it's my opinion that when we are taking a

20  look at in the world, even here in the United States

21  it's really hard to quantify a number, but the vast

22  majority of people that I speak with feel that this is

23  low-quality evidence.  And I think it's also

24  well-supported and the guidelines themselves say it's

25  low-quality, low-grade evidence, and that they are

1   vague.  But if all of these physicians agreed that this

2   was all high quality and the way to go, then why are

3   they pausing it?

4       Q     High quality is not a subjective term that the

5   physicians determines, correct?

6       A     Correct.

7       Q     And you understand the grading criteria, we

8   went over that earlier --

9       A     Correct.

10      Q     -- that quality does not denote efficacy and

11  safety in a population.

12            MR. PERKO:  Object to form.

13  BY MS. CHRISS:

14      Q     So my question is not about the low-quality

15  studies with vague guidelines, my question is the basis

16  for your statement that an overwhelming numbers of

17  physicians and clinicians.  So I guess I'm asking who

18  are these clinicians and physicians?

19      A     Well, a number of people that I know, a number

20  of people that have spoken out.  There has been a lot of

21  news reports with different physicians from different

22  types of specialties, there's been a lot of specialists

23  around the world also saying it as well.

24      Q     Can you name these folks?

25      A     No.

Monica Mortensen, D.O.
September 28, 2023

Page 261

1    Q    And can you tell me any provider, physician, or
2   clinician who provides gender-affirming care and has
3   expertise in this area providing this care in Florida
4   that agrees with this statement?
5    A    I can tell you that Dr. Hasan and Dr. Torres
6   who were providing care thought this was vague
7   guidelines.
8    Q    They did not provide blockers --
9    A    Think did blockers.
10    Q    -- or they provided only blockers, but not
11   cross-sex --
12    A    That is affirmative care.  Gender-affirming
13   care.  But they agreed these were low-grade and that it
14   was very vague guidelines.  It seemed to be very
15   wishy-washy on when you start, when you don't start.
16    Q    These individuals no longer provide this care?
17    A    Correct.
18    Q    Can you name anyone else that has expertise in
19   the provision of this care in the state of Florida?
20    A    No.
21       MS. CHRISS:  We don't have any further
22    questions.
23       MR. PERKO:  Just one question.
24                CROSS EXAMINATION
25   BY MR. PERKO:

Page 262

1    Q    Dr. Mendleson -- Mortensen, you just mentioned

2    that the other countries are putting a pause on these

3    type of treatments.  What did you mean by that?

4    A    So it seems that there have been an

5    announcement that they're reducing the availability to

6    the general population and limiting it to research and

7    very extreme cases.

8              MR. PERKO:  Okay.  That's all I have.

9              MS. CHRISS:  Just one quick follow-up.

10                    REDIRECT EXAMINATION

11   BY MS. CHRISS:

12   Q    Again, you are not aware of any country that

13   has restricted care when it comes to adult population,

14   correct?

15   A    Correct.

16   Q    And you are not aware of any country that has

17   banned gender-affirming care for minors?

18   A    Correct.

19             MS. CHRISS:  No further questions.

20             MR. PERKO:  We'll read.

21             (Witness excused.)

22             (The deposition of MONICA MORTENSEN, DO, was

23        concluded at 5:45 p.m.)

24                            -  -  -

25

Monica Mortensen, D.O.
September 28, 2023

Page 263

1                    CERTIFICATE OF OATH

2

3   STATE OF FLORIDA)

4   COUNTY OF DUVAL)

5

6          I, Kelly G. Broomfield, the undersigned

7   authority, certify that MONICA MORTENSEN, D.O.,

8   personally appeared before me on September 28, 2023, and

9   was duly sworn.

10

11         WITNESS my hand and official seal this 8th day

12  of October, 2023.

13

14

15

16

              Kelly G. Broomfield, Stenographic Reporter
17            Notary Public - State of Florida
              My Commission expires: September 30, 2025
18            My Commission No. HH 164930

19

20

21

22

23

24

25

Monica Mortensen, D.O.
September 28, 2023

Page 264

1                    REPORTER'S CERTIFICATE

2

3   STATE OF FLORIDA)

4   COUNTY OF DUVAL)

5

6          I, Kelly G. Broomfield, Stenographic Reporter,

7   certify that I was authorized to and did

8   stenographically report the deposition of MONICA

9   MORTENSEN, D.O.; that a review of the transcript was

10  requested; and that the transcript, Volume 2, pages

11  182-262, is a true and complete record of my

12  stenographic notes.

13         I further certify that I am not a relative,

14  employee, attorney, or counsel of any of the parties,

15  nor am I a relative or employee of any of the parties'

16  attorney or counsel connected with the action, nor am I

17  financially interested in the action.

18

19             DATED this 8th day of October, 2023.

20

21

22             Kelly G. Broomfield, FPR
               Stenographic Reporter
23             LEXITAS

24

25

Monica Mortensen, D.O.
September 28, 2023

Page 265

1   October 8, 2023

2   MONICA MORTENSEN, D.O.
    C/O Holtzman Vogel
3   119 South Monroe Street, Suite 500
    Tallahassee, FL 32301
4   IN RE: JANE DOE, et al., v. LADAPO, et al.
    Civil No. 4:23-cv-00114-RH-MAF

5

6   Please take notice that on September 28, 2023, you gave
    your deposition in the above cause.  At that time you
7   did not waive your signature.

8   The above-addressed attorney has ordered a copy of this
    transcript and will make arrangements with you to read
9   their copy.  Then please execute the Errata Sheet, which
    can be found at the back of the transcript, and have it
10  returned to Lexitas at the email address below for
    distribution to all parties.

11

12  If you do not read and sign your deposition within 30
    days, the original, which has already been forwarded to
13  the ordering attorney, may be filed with the Clerk of
    the Court.

14
    If you wish to waive your signature now, please sign in
15  the blank at the bottom of this letter and return to the
    email address listed below.

16
    Respectfully,

17
    Kelly G. Broomfield, FPR
18  LEXITAS
    Reference Job No. 329487

19

20  I do hereby waive my signature.

21  _____ DATE _____

22  MONICA MORTENSEN, D.O.

23

24

25

Monica Mortensen, D.O.
September 28, 2023

Page 266

1              E R R A T A   S H E E T

2      DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE

3    IN RE: JANE DOE, et al., v. LADAPO, et al.
     Civil Number: 4:23-cv-00114-RH-MAF
4    Deposition of MONICA MORTENSEN, D.O.
     Taken on Thursday, September 28, 2023
5
     PAGE NUMBER   LINE NUMBER      SUGGESTION/REASON
6
     _____  _____   _____
7
     _____  _____   _____
8
     _____  _____   _____
9
     _____  _____   _____
10
     _____  _____   _____
11
     _____  _____   _____
12
     _____  _____   _____
13
     _____  _____   _____
14
     _____  _____   _____
15
     _____  _____   _____
16
     _____  _____   _____
17
     _____  _____   _____
18
     Under penalties of perjury, I declare that I have read
19   the foregoing document and that the facts stated in it

20   are true.

21

22

23   DATE                  MONICA MORTENSEN, D.O.

24   Email completed Errata to fl.production@lexitaslegal.com

25   Reference Job No. 329487

Monica Mortensen, D.O.
September 28, 2023

1

---

**1**

**1**
185:3 188:25
192:7 199:8

**10**
190:7 207:23
235:20,24
245:3

**100**
194:3 207:6
227:18,19,23
249:1

**101**
253:14

**103**
254:10,15

**104**
253:25 254:5
256:9

**108**
257:24

**10th**
238:18

**11**
211:9,14

**12**
226:5

**13**
226:5 252:11

**14**
226:5

**14-year-old**
257:11

**1421**
185:23 186:5

**16**
231:18 252:10

**17**
185:13 231:19

**18**
190:11 237:21
259:9

---

**2**

**20**
213:18

**200**
238:1

**2017**
237:18,21
239:21

**2019**
237:16 254:19

**2023**
185:13 238:18

**24**
204:5

**25**
189:1 214:10

**254**
185:10,12,22
186:5,16
189:3,22,25

**26**
192:8

**27**
199:7

**29**
208:7

---

**3**

**30**
207:22 208:7,
9 213:18

221:13 237:23
238:2 255:2

**30-plus**
247:23

**300**
237:25

**31**
208:18 224:19

**34**
225:15 229:8,
9

**35**
217:15
229:10,12

**37**
242:18

**39**
251:24

---

**4**

**40**
214:5,14
250:8 255:4

**40-year-old**
255:2

**41**
253:14

**42**
253:25

**4:26**
220:4

**4:40**
220:4

---

**5**

**50**
251:9

**52**
259:9,11

**5:34**
259:6

**5:41**
259:6

**5:45**
262:23

---

**6**

**60**
195:9,10,11
250:12

**68**
214:10

---

**7**

**7**
190:7 242:5,7

**78**
221:12

---

**8**

**8**
242:6

**80**
224:18

**85**
225:15

**86**
228:23,24

**87**
229:7,8,9,10,
12 233:22

**89**
242:2

Monica Mortensen, D.O.
September 28, 2023

---
**9**
---

**9**
  189:1 192:7

**90**
  222:15 242:2,
  18

**93**
  242:18 243:15

**94**
  244:9,19

**95**
  245:5

**97**
  245:18

**973**
  245:21

**98**
  251:24

---
**A**
---

**absolute**
  217:23

**Absolutely**
  221:5

**abuse**
  188:7 241:19,
  20

**access**
  203:5

**accessibility**
  232:8

**accessing**
  238:21

**accommodate**
  204:17

**account**
  203:8

**accurate**
  222:6 238:8

**acetate**
  257:25

**Ackerman**
  186:13 205:6

**acknowledgment**
  191:2

**acne**
  218:3,7,8

**acromegaly**
  257:5

**adamantly**
  205:14

**adapted**
  193:11

**address**
  202:6 207:24
  218:16

**addressed**
  201:10 208:1,
  21

**addressing**
  208:10,11

**ADHD**
  212:12

**adjust**
  193:13 204:17

**administer**
  190:17

**administered**
  190:11 191:3

**administrative**
  211:7,9 238:7

**adolescent**
  224:4 256:6,8

**adolescents**
  201:3,17
  230:2,3
  242:15,16

**adopt**
  241:14

**adopted**
  190:13,24
  240:17,24
  241:8,11

**adopting**
  241:13

**adrenal**
  246:8

**adult**
  192:19 214:12
  231:20 262:13

**adults**
  187:11 189:6,
  11 192:22,25
  193:12 211:19
  212:20 242:16
  250:7

**advertise**
  207:9

**advise**
  215:11

**advised**
  220:11

**affect**
  189:11

**affects**
  201:10

**affirmative**
  261:12

**afraid**
  203:16

**age**

**190:11 224:14**
  231:15 255:4

**agree**
  188:3,6 229:7
  233:5 253:17

**agreed**
  247:7 260:1
  261:13

**agrees**
  261:4

**aligned**
  212:24

**allowed**
  197:5,10
  232:3

**amendments**
  209:12

**animal**
  228:19

**announcement**
  262:5

**anxiety**
  207:10 212:12
  213:20

**apologies**
  198:13 229:8
  254:10

**apologize**
  192:17

**appears**
  211:11,18

**appendix**
  251:8

**apply**
  247:9 249:25

**appointment**
  204:12,13

appropriately
  193:13  204:17

approved
  221:6,22

APRNS
  189:23

area
  187:13  195:1
  198:15  218:2
  220:8,9
  232:21  240:18
  261:3

areas
  240:15

Arons
  216:25

article
  232:14

as-is
  209:6

assertion
  252:7  254:20

assess
  201:7  203:8
  218:9,15,16

assessed
  212:15

assesses
  201:17

assessments
  215:9

association
  212:11  213:20

assume
  196:20  247:20

attached
  195:21

attempts
  214:13

audience
  204:22

authored
  186:21

authority
  211:19,25
  212:7

availability
  262:5

aware
  185:22  186:12
  187:22  189:22
  194:4  196:16,
  19,20  205:23,
  25  206:1,3
  207:16,18,21
  211:2  213:14
  214:18  216:12
  218:21  223:12
  234:23  236:6
  239:6  242:10,
  14,16  255:7
  262:12,16

---

B

back
  186:21  187:4
  188:25  192:7
  195:18,19
  213:4  218:20
  239:20  243:4,
  5  246:16
  259:5

bad
  239:4  247:24

banned
  262:17

banning
  216:13

barrier
  203:20

barriers
  199:12  201:21
  202:17  203:1,
  2,7,9  204:16

based
  212:21  229:3
  230:2,19,24
  231:4,13
  232:1,21
  233:15,16
  234:9  236:2,9
  237:20  239:18
  240:18  243:12
  245:17  247:17

basically
  219:16  252:18
  255:14

basing
  224:16

basis
  193:7  206:11
  235:23  237:8
  259:16  260:15

begin
  235:15

beginning
  192:16  211:23
  225:12

behalf
  198:8

behavioral
  188:13

beliefs
  233:13

benefit
  207:5  226:25
  227:3,13
  249:4,10,17,
  22,24  251:3,7
  252:23
  253:11,12

benefits
  191:16  206:25
  207:3,15,19
  210:11  226:17
  227:15  228:6,
  12  235:25
  247:11  249:19
  250:24  253:7

Benson
  192:12,13
  194:7  196:21
  199:1

bibliography
  200:23  244:7

big
  237:17

bill
  185:22

biological
  246:6  255:23

birth
  196:1  217:14,
  22  223:13

bit
  210:6

blah
  235:5  251:20,
  21

bleeding
  251:14

blocker
  198:23  221:24

Monica Mortensen, D.O.
September 28, 2023

4

222:8,16
226:8 231:17

**blockers**
221:14,21
222:5,22
223:13 224:4,
23 225:23
227:25 261:8,
9,10

**blocking**
189:20 218:17

**blood**
205:2,4,8,9,
10,12,13,17
217:15,19,21
250:12

**board**
186:3,12
188:21,24
189:10
190:13,14,24
194:17 195:7,
8 196:24,25
197:2,3,6,7,
23,25 198:3,
8,12 199:5
206:5,12,19
207:12,16
209:2,10,11
210:19
211:11,12,22
217:2 238:20
240:17,20,23
241:8,11,14

**Boards**
186:16
187:14,17,19
211:19

**bone**
204:25 205:3,

11 243:9

**bones**
205:2,4,14

**books**
238:7

**bothered**
206:4

**bottom**
190:5

**brain**
225:24 226:4,
9 228:1,18

**brand**
195:25

**Brazilian**
241:18

**break**
205:7 220:4
223:15 259:6

**breast**
218:13 244:23
245:1,19,21
248:9 254:2,
13,17 255:3,
7,8,10,11,12,
18,22 256:3,7

**breat**
254:4

**briefly**
185:6

**bring**
209:2 221:25

**bringing**
198:4

**brought**
195:7,8 204:9
240:11 244:8

**Bruggeman**

242:20 244:21
252:3 256:10,
11

**bullet**
190:19

**bumps**
255:9

**bunch**
199:25

**business**
203:19

**butt**
241:18

**buy**
258:13

**bypasses**
231:6

---

C

**calcium**
251:16

**called**
185:23

**Canada**
258:14

**cancer**
200:4 218:13
227:6 244:13,
23 245:1,2,4,
8,13,15,19,21
246:1,3,10,17
247:1 248:10
254:2,4,13,17
255:3,7,8,13,
18,22 256:3

**cancers**
244:11 256:7

**capacity**

201:8,17

**carcinoma**
245:7

**care**
185:8 189:23
201:6,14
203:1,4,5,23
204:19 205:19
207:9,14
213:23,24
214:19,23
216:20 220:8,
9,19 232:24
236:9,21
238:10 239:2
240:20 242:5
261:2,3,6,12,
13,16,19
262:13,17

**careful**
196:24

**case**
229:24 239:9
248:21

**cases**
222:21 245:5,
21 247:4
255:1 262:7

**category**
247:18

**causation**
257:19

**caused**
243:6

**causing**
252:16

**ceases**
224:5

**cell**

205:10

**cells**
205:12,13

**center**
188:12 189:17
193:5 195:4
240:2

**centers**
230:4,8,11

**central**
221:24 223:21

**cerebral**
240:5

**certainty**
247:10 250:5

**certified**
211:22

**cessation**
225:1,10

**cetera**
244:23 246:18

**chair**
186:12 216:25

**challenge**
207:5,8
220:11 246:10
255:10

**challenging**
255:13

**chance**
232:8

**change**
197:19 209:7,
9 210:7
226:5,7
232:15,16
234:3 243:4,
24

**changed**
203:17

**chat**
199:13,17,25
201:19 202:1

**check**
242:9

**checking**
255:9

**chest**
243:5

**child**
247:24

**children**
203:5 235:18

**Chloe**
236:5,25
239:1

**chords**
251:14

**CHRISS**
185:5,21
186:9 189:9
200:10 206:23
211:17 212:4
219:3 220:2,
5,15 221:8,11
229:11
238:16,24
241:7 242:1
244:20 247:2
248:3 249:12
250:23 253:13
254:9 257:23
259:4,7,11,12
260:13 261:21
262:9,11,19

**cipro**
257:25

**Ciproterone**
257:25

**circumstances**
257:9

**cite**
245:25 252:4
256:15

**cites**
254:19

**claim**
256:14

**cleaned**
210:6

**cleaning**
210:15

**clear**
197:21 215:18
228:4 255:5
257:16

**clinic**
206:14 216:21
241:2

**clinical**
188:9,15
198:15 217:4
229:13 237:4

**clinician**
261:2

**clinicians**
229:15
259:14,18
260:17,18

**clot**
217:21

**clots**
217:15,19

**clotting**
217:25

**cognitive**
225:16,17,23
226:6,13
228:1,9
246:17 247:7

**Cole**
236:25 239:1

**colleague**
221:8

**collected**
252:19,20,22
253:1,5,11

**comfortable**
204:1 231:9

**comment**
205:5 208:8

**comments**
207:24,25
208:10,11,15

**commercials**
251:19

**committed**
250:22

**committee**
187:4 192:10
198:14 208:22
211:8,10
220:23 221:6

**common**
199:14,16
217:13 231:21
234:13

**community**
227:14 236:9

**companion**
185:22

**comparator**
214:1

Monica Mortensen, D.O.
September 28, 2023

6

compared
  213:22

comparing
  214:3

complain
  202:3

complete
  205:10

completed
  204:20 221:5

concern
  211:3 214:11
  221:25

concerned
  212:10
  218:11,13
  233:19 239:17

concerns
  199:13 201:9
  218:15,16
  219:21,22
  239:19

concluded
  262:23

condition
  241:15

conditions
  241:12

conferred
  191:9

confirm
  193:25 200:12

confuse
  258:19 259:2

congential
  246:8

consent
  186:17,22,24

187:2,3,10,
14,19,23
188:10,14,20,
22 189:14,16,
19 190:12,14,
23 191:13
192:4,9,19
194:1 195:1
196:17 197:15
198:5,20
199:17
200:16,18
201:8,17
203:9,17,18,
22 204:2,14,
20,21 205:20,
24 206:1,16,
20,24 207:2,
15,18 210:10,
11 211:4
212:24 215:2,
5,17,21
216:15 217:7,
10 218:4,21
219:7,13
220:9,18,21
221:1,4 222:4
223:6,10
225:6,9,21,22
226:20
227:10,11
228:8,14,15
229:1 232:3
233:3,9
234:17
240:17,24,25
241:1,3,14
242:21 244:16
251:5,18,25
252:22,24
253:7,24
258:1,5,9

consented
  239:25

consents
  186:23 188:1
  193:24 195:6
  197:11 200:18
  202:6 203:24
  204:4,24
  205:22 206:4,
  5,9,10
  207:24,25
  208:14,19,21
  209:16,20
  210:24 219:23
  240:2 241:12,
  13 243:14
  251:22 253:10
  255:17

considered
  210:19

consult
  196:11,13

consulted
  196:21 198:10

cont'd
  185:4

contact
  197:10

contacted
  230:8

contained
  206:2

content
  185:15 187:15

context
  203:7 236:11

continue
  238:21

continued
  185:3

contracts
  188:14 195:3

control
  196:1 217:14,
  22 223:13

controlled
  256:21,22,24

conversation
  218:7 233:20

conversations
  246:16
  255:23,25

copy
  215:21

correct
  185:14
  186:18,19
  187:6,12
  189:11,12,21
  191:10,13,14,
  16,17,19,20,
  23,25 192:15,
  20,23 193:1
  194:6,12
  198:16 200:25
  201:12,18
  216:14 218:6
  219:8,14,24
  220:1 223:4
  225:2,3,19,
  20,24,25
  226:2,14,22
  229:5,6,13,
  17,22 232:25
  236:1 240:5,
  6,9 241:23,25
  242:4 246:5
  252:24 253:8

254:10,20
257:1,22
260:5,6,9
261:17
262:14,15,18

**correctly**
191:6

**correspond**
200:11

**counsel**
208:5 244:18
259:10

**counselor**
188:4

**count**
205:10 248:24

**countries**
258:12 262:2

**country**
262:12,16

**couple**
185:9

**covered**
235:7

**create**
191:9 192:9
193:2 195:5
203:10 220:8,
18

**created**
187:20 189:6
194:22 240:2

**creating**
185:8 189:5,
13 192:19
194:13,20
216:15

**criteria**
201:2 257:16

260:7

**criticize**
233:22

**cross**
248:8 261:24

**cross-sex**
226:7 261:11

**cure**
227:5

**current**
203:15 244:20

**cycle**
222:23

---

**D**

**D.O.**
185:2

**damage**
251:14,15

**data**
207:6 216:6,
9,22 222:1,7,
20,25 223:3,
19,23 224:1,
16 225:17
226:1,13,19,
21,24,25
227:24 228:5,
7,12,13,15,
17,19,22
230:25 233:4
237:15,20,21
243:13 244:5
245:17
246:11,14,20,
25 247:8
248:12,13,15
249:9,10,11
250:6,21

252:4,18,20,
22 253:1,5,10
256:14,18,19,
20,21 257:15

**date**
222:25

**day**
195:14 204:4

**days**
195:16

**Dayton**
216:18

**death**
250:8

**decide**
233:20

**decided**
213:11,12

**decision**
190:22 213:5

**deepening**
257:6

**defendants**
207:23 208:3,
4

**Dekker**
239:9

**delivered**
220:13

**demonstrated**
241:20 244:4
245:6 247:5,
15 248:1,11,
18

**denote**
260:10

**dense**
205:4

**density**
205:1 243:10

**department**
188:13 217:1

**depends**
208:25 209:1
221:16 226:2
231:15

**Depietro**
210:21

**deposition**
185:2 226:16
262:22

**depression**
207:10 212:12
213:20 214:6

**describe**
231:25

**describing**
219:10

**designed**
231:3 259:1

**determine**
233:23 234:1
244:13,25
245:10

**determined**
257:19

**determines**
260:5

**determining**
247:19

**detransitioner**
236:17,20,24
238:25

**detransitioners**
234:19,21,22
235:11,15

236:3,4,14
237:9,16
239:6,12,19,
22

**detransitioning**
237:20

**develop**
186:16 195:2
221:1 245:6

**developed**
194:25 196:17
207:3

**developing**
199:17

**development**
185:7 186:4
192:10 198:5
225:16,24
226:6,9
228:1,9,18

**deviation**
213:2

**deviations**
213:3

**DEXASCAN**
205:16

**diagnosed**
218:13

**dialogue**
218:20

**die**
251:9

**dinner**
195:15

**DIRECT**
185:4

**directed**
211:10,12

**directly**
224:20

**disagreed**
256:11

**discharge**
199:23 200:15

**disclosure**
223:5

**discretion**
218:24 219:7,
9,13

**discuss**
187:9 188:19
189:3 194:16
198:3 207:3
218:25 219:11
242:19 253:14

**discussed**
185:7 189:4,
10 194:18
221:13 251:17

**discusses**
189:3

**discussing**
256:10

**discussion**
209:18 221:10

**discussions**
198:1

**disease**
218:5

**disorders**
217:8,25
219:5

**Doc**
227:5,6

**doctor**
218:15

232:17,18
257:25

**document**
235:2

**documented**
235:9 243:2
245:5 247:16
257:8

**documents**
224:22

**door**
255:24

**dose**
229:3,19
232:10,12,21

**doses**
230:10 231:23
232:15,16
242:11

**dosing**
229:1 230:2,6
231:21 232:23
233:23 234:1

**dosings**
230:7

**double-checked**
193:9

**doubt**
227:12

**draft**
187:1 192:9
195:7,8 199:6
209:17 210:16

**drafted**
186:22 189:16
220:22

**drafting**
188:20

**drafts**
194:11 198:19

**dramatic**
237:13

**drive**
237:17 248:23

**driving**
239:13,14

**dropout**
238:2,4

**due**
258:4

**duplicated**
193:11

**duration**
224:14

**duty**
191:9

**dysfunction**
231:7

**dysphoria**
185:9 192:25
196:11,14
198:4,15
206:14 215:24
216:3,18
219:25 224:5
225:18 234:16
237:6,14
240:8 250:17
253:18,20

———————

**E**

———————

**earlier**
192:21 202:5
208:12 218:19
220:7 226:15
236:15 239:7,
12 260:8

Monica Mortensen, D.O.
September 28, 2023

9

easier
  235:2
eat
  195:14
edit
  199:6
edits
  209:15
educate
  258:2
effect
  185:12 234:24
  235:6 253:19
effects
  193:7 195:22
  200:17 201:23
  217:13 219:20
  221:15 228:18
  235:4 242:19,
  21 244:1
  246:21 251:20
  252:5,16
  256:11,12
  257:12
efficacy
  260:10
effort
  232:20 239:24
else's
  210:16
emergency
  186:17,22,23
  189:5 197:15
  203:24 206:7
  207:24 208:19
end
  187:8 246:11
endocrine
  195:19 199:9

201:1,16
212:19,25
217:8 219:5
222:6 228:16,
20 229:14,18
234:4 245:2
249:8
endocrinologist
  192:18 216:19
endogenous
  245:7
endometrial
  244:23 245:6,
  8,13,15
  246:1,10
  248:10
endorsed
  252:11
engage
  219:8
engine
  199:14
England
  230:9
entire
  236:9 238:6
entity's
  206:20
equally
  214:23 226:20
  228:9
establish
  232:20
established
  243:23 254:24
establishing
  212:9
estimate

214:12
estrogen
  196:2 218:18
  219:6 222:16
  226:4 229:21
  230:21,22
  231:6,20
  248:22 256:11
ethicist
  221:2
Europe
  236:15
evaluated
  212:14
evaluation
  211:21
evidence
  215:23 216:1,
  2 222:12,14
  243:8 244:13,
  15 248:4
  249:3,7
  250:25 253:3
  257:20
  259:23,25
evolving
  209:23 210:8
exact
  230:12
examination
  185:4 255:12
  261:24 262:10
examples
  199:23 210:18
exceedingly
  256:6,7
excused
  262:21

exhibit
  188:25 192:7
  199:8 211:5,
  9,14
exogenous
  257:4
experience
  188:15 189:15
  192:22 196:13
  198:15 199:16
  204:23 206:15
  220:25
  227:12,13
  229:4 230:19,
  20 231:5
  232:12 233:6
  234:8,9,13
  236:10,13,25
  237:4,7
experienced
  200:1 237:5
  258:16
experiences
  201:24 203:3
  238:11,20
experiencing
  253:22
expert
  189:1 196:18
  198:8 199:8
  200:24 207:22
  208:5,13,16
  210:19 220:8,
  19,25 221:5,
  12 230:16
expertise
  195:1 199:21
  219:11 232:1,
  21 261:3,18

Monica Mortensen, D.O.
September 28, 2023

10

experts
  196:10,21
  197:1,11,22
  198:4,10
  199:24 208:1
  218:3 224:11

explain
  211:18 227:11
  234:7,11
  257:2

explaining
  228:5

exposed
  226:7,10,11

extended
  203:13

extensive
  206:15

extreme
  262:7

eyes
  199:11

───────────

**F**

───────────

facial
  243:5

fact
  246:2

fair
  200:14 235:22
  239:21 240:10

fairly
  214:16

falsely
  207:8

familiar
  185:12,15
  187:18 190:1

  201:1,5

families
  203:15 222:1
  247:13

family
  217:19,23
  218:5,14
  219:22 255:21

fear
  241:15 258:20
  259:2

February
  238:18

feedback
  197:17

feel
  204:1 209:25
  210:3,13
  259:18,22

feeling
  202:3

felt
  197:6 199:2
  205:22 209:22
  212:13,21

female
  246:6

females
  257:11

feminizing
  193:5 210:2
  225:13 228:25
  229:2

feminizing/
masculinizing
  198:23

fertility
  221:13,15,25
  222:5,7,10,

  11,13,17,20
  223:1,11,20,
  24 224:6,7,
  13,23 243:6
  244:3 246:17
  247:6 248:14,
  18,25

field
  257:14

fill
  188:6

final
  208:21

Finasteride
  253:15,17

find
  197:8 211:7

flexibility
  231:21 232:23

Florida
  211:22,23
  216:18 217:1
  236:18,20
  239:5,9
  261:3,19

focus
  208:14 218:1
  251:22

focuses
  251:22

folks
  202:24 203:3
  214:21,24
  250:15 260:24

follow
  254:2,3,12,16
  256:2

follow-up
  237:8 262:9

form
  185:19 186:6,
  22 187:14
  189:7,16,19
  190:23 192:4
  195:1 196:17
  199:18,19
  203:11,12
  204:21 205:24
  206:2,21
  207:4 212:2,
  8,24 216:5
  219:1 220:10,
  20 221:1
  222:4 225:9
  228:8 233:7
  236:12
  238:12,22
  240:22 241:2,
  24 244:16
  246:23 247:12
  248:6 249:5
  250:19 251:4,
  25 252:22,24
  253:9 257:21
  258:9 260:12

forms
  186:17,23,24
  187:2,3,11,
  19,23 188:10,
  14,16,17,18,
  19,21,22
  189:14 190:13
  191:9,13,15
  192:9,19
  193:2,15
  194:1,4,18,
  20,22 195:5
  196:1 198:5,
  20 203:9
  206:16,20,24
  207:3,15,19

Monica Mortensen, D.O.
September 28, 2023

11

211:4 215:2,
17 216:16
220:9,18,21
221:4 223:6
225:21,22
226:20 229:1
232:3 234:17
240:18,25
241:14
242:21,24
244:10 246:22
253:8 258:1
**forthcoming**
257:15
**forum**
199:23 218:9
256:16
**found**
198:24 200:18
245:20 255:1
**frequency**
244:13,25
**friend**
193:3,14
198:24 239:16
240:4
**friends**
258:21
**front**
235:4
**full**
195:14,16
225:4
**fully**
231:19 239:25
**function**
201:11
**funded**
237:23

## G

**gather**
199:15
**gender**
185:9 192:24
196:10,14
198:4,15
206:13 215:23
216:3,17
219:25 224:4
225:18 234:16
237:6,14
240:7 250:17
253:18,20
**gender-**
**affirmation**
245:22
**gender-**
**affirming**
201:2 207:14
210:23
213:23,24
214:19,23
215:23 232:24
238:10 252:5,
16 261:2,12
262:17
**general**
213:25 214:1
239:16 262:6
**generalization**
219:20
**generalize**
221:20
**generally**
220:17
221:18,23
234:14

**generic**
195:25
**genetic**
241:3,5
**give**
204:11 208:5
**giving**
226:8 227:11
250:11 257:10
**glands**
251:15
**gonadectomy**
222:18
**good**
197:18 258:18
**Google**
196:3 199:14
201:20
**gosh**
195:9
**grade**
216:9
**grading**
260:7
**gradually**
229:19
**grandmother**
202:12
**great**
207:7 220:3
**greatest**
250:10
**group**
221:6 224:14,
16 234:10
249:9 250:21
**growth**
247:22,25

**guardian**
202:12
**guess**
213:5 215:18
255:13 260:17
**guide**
198:5 199:22
229:15
**guided**
203:12
**guideline**
201:16 230:14
**guidelines**
193:10 199:8
201:2 212:9,
19,25 222:6
228:17,20
229:13,14,18,
19 230:1,15
231:11 232:10
234:3,4,5
245:3 254:2,
3,12,17,23,25
256:3 259:16,
24 260:15
261:7,14
**guides**
195:23
**guys**
203:25

## H

**hair**
188:5 243:5,
24 253:22
257:6
**handed**
211:8

happen
   209:13 222:24
   226:9,10
   227:16 233:13
   234:25 239:23

happened
   236:11 247:1
   248:12

happening
   187:7 202:8

hard
   197:4 205:17,
   19 221:20
   222:20 223:25
   227:1,2
   228:19 245:9
   259:21

Hasan
   261:5

HB
   185:23 186:5

head
   213:3

headache
   252:11

headaches
   252:12,13,14

health
   188:13 201:9
   215:8 217:1

hear
   202:16

heard
   239:1

hearing
   203:15 238:18
   239:8 258:15,
   21

hearings
   198:3

helped
   250:12

helpful
   190:5 196:5

helps
   232:5

hey
   202:11 205:6

high
   212:11
   213:11,19
   214:14 227:20
   233:23,25
   250:9 260:2,4

high-grade
   249:10

higher
   245:12

history
   217:19 218:5,
   6 255:21
   257:10

Hold
   254:14

home
   195:14

hoping
   209:24 211:6

hormone
   201:2 224:8
   242:11
   247:22,25
   252:6

hormones
   226:11 252:16

hospital

241:1

hours
   195:9,10,11
   204:5

HRT
   211:23

huge
   214:11

hyperplasia
   246:8

hypogonadal
   230:2

hysterectomy
   246:12

_____

I

idea
   197:15 200:2
   218:4 223:10
   258:18

ideation
   213:15 214:24
   215:12,14

identification
   211:15

identified
   245:9 246:2

imbedded
   197:14

impact
   207:7 212:11
   222:7,17,20
   223:1,20,24
   228:8 235:19,
   21 243:9,13,
   16 248:17,22,
   23,24 250:3

impacted

236:25 243:6

impacting
   201:11

impacts
   222:13 225:17
   226:13 247:6,
   9 248:14

implant
   255:11

implants
   255:10

implementing
   185:10,11

imploring
   238:20

important
   202:16
   205:21,22
   212:14 214:23
   249:13,16
   258:17

improve
   227:23

improvement
   227:19,21

in-person
   204:10,14

inappropriate
   236:22
   240:12,19

incident
   240:3

incidents
   245:9

include
   187:23 205:22
   206:24 207:19
   213:5,10,11,

Monica Mortensen, D.O.
September 28, 2023

13

12 215:2,16
225:9 226:16
228:6 251:20
257:17 258:2

**included**
188:10 191:19
214:9 215:20
225:5 228:8
232:2 248:11,
12 253:23

**including**
216:18 226:19
227:25 246:21
257:18 258:8

**inconclusive**
252:5,15

**increased**
215:11 244:17
246:4,10
253:4

**increases**
244:11,22

**increasing**
229:19

**indication**
221:16,24
222:22 223:21
237:19

**indications**
221:22 249:19

**individual**
201:8 239:1
240:4

**individual's**
236:10,13

**individualizati
on**
219:19

**individualize**
217:9 232:9

**individualized**
232:1 247:19

**individuals**
186:21 200:12
201:7,24
204:19 213:22
214:1 238:10,
19 257:18
261:16

**inducing**
231:17

**induction**
229:20 230:3,
5,13,21

**infertile**
248:21 249:1

**inform**
192:1 207:15
214:21,24
234:25 250:15
258:1,17
259:1

**information**
191:4 193:10
195:23 196:7
199:12,15
201:21 209:2
210:3 215:3
217:5 226:17

**informed**
186:17,22
187:10,14,19,
22 188:10,20,
22 189:14,19
190:12,16,20,
23 191:13
192:4 194:1,
25 196:17

198:5,19
199:17 201:10
203:9 204:20
205:24 206:1,
16,20,24
207:2,15,18
211:4 212:24
215:2 216:15
217:7,9
218:21 219:7,
13 220:8,18
222:4 223:6,
10 225:9,21,
22 226:20
227:10 228:8
229:1 232:2
233:2,9
235:12 239:25
240:2 242:21
244:16 251:24
252:21,24
253:7 258:1,9

**informing**
215:13 233:18

**initial**
191:22

**initially**
193:3 213:5,7

**initials**
191:22

**initiating**
204:21

**injections**
230:23

**input**
196:18 197:19
209:11,24
210:16

**insert**
224:20,25

**instances**
196:17

**institution**
193:25 194:5
236:21 240:1

**Institutional**
217:1

**intend**
215:16

**intended**
208:20

**interesting**
232:6

**interfere**
222:5 224:23

**Internet**
258:14

**interventions**
214:25

**invited**
186:13

**involvement**
193:21

**involving**
210:19

**IRB**
221:2

**irrelevant**
210:5

**irreversible**
256:17,20
257:7

**issue**
192:4 217:16
224:12

**issues**
222:10 248:17

Monica Mortensen, D.O.
September 28, 2023                                                          14

Item
  214:10  229:10
iteration
  215:17

_____

          J

JAPC
  211:3
JCM
  237:24
job
  255:20
Johnny
  231:7,9
Joint
  211:7,9
Jones
  231:8,10
Joseph
  208:5
Journal
  230:9
judge
  235:4
judgement
  229:4
jury's
  249:21

_____

          K

kids
  222:15
kind
  196:9 197:3,
  4,6 200:5
  204:24 205:19
  207:8 209:15

  212:10 213:9
  230:17 236:15
  238:3 250:5
  252:25 254:25
kinds
  255:25
knew
  200:6 206:3,7
  210:22 212:6
  217:5
knowing
  219:11
knowingly
  217:6
knowledge
  198:9,11
  206:17 207:16
  236:19
Kristin
  216:18

_____

          L

laboratory
  188:8 209:5
lack
  202:25 203:2
  233:22 244:15
Ladapo
  208:5
language
  189:25 191:8,
  18 193:12
  225:10
lap
  221:9
law
  185:18 191:13
  194:15

  203:17,21
Laws
  198:1
lawsuit
  239:17 241:21
lawsuits
  239:20,21
  240:11,16,19
  241:16,19
lawyer
  221:3
lawyers
  234:20 239:13
learned
  202:10
leaving
  255:19
left
  192:17
legislature
  185:18
  186:10,14
  189:6
legislature's
  186:4
letter
  192:14 211:2,
  3,9 212:6
letters
  185:25
level
  187:15 248:4
  249:3 253:3
  257:19
licensed
  211:22,23
lieu
  205:15

life
  235:19,22
  250:4
lifelong
  257:13
lifetime
  214:6,12
lift
  241:18
likelihood
  223:14,17
limited
  226:24
  228:17,21
  233:15 234:7
  252:4,10
limiting
  262:6
link
  196:8
list
  218:1 235:5
  248:4 249:3
  250:24 253:4
listed
  245:2 248:7
  256:19
listening
  204:15
listing
  252:21 257:16
literature
  193:9 195:20
  197:9 199:10
  200:19,20
  213:16,17
  234:10 243:2
  245:23 246:9
  248:1,8,19

Monica Mortensen, D.O.
September 28, 2023

15

liver
  218:5 231:7
long
  195:5
long-term
  222:11,20
  223:1 225:17
  226:1,13,19,
  20 228:4,6,
  12,13 246:13,
  19,20 247:8,9
  248:13
  256:14,21
longer
  261:16
longitudinal
  230:25
looked
  193:9 195:25
  196:9 212:10
  216:22 239:7
loss
  253:22
lost
  252:25
lot
  190:6 196:9
  197:3 202:10
  217:19 222:21
  232:8 233:8
  234:18,19,22,
  23 235:2,13
  246:13 250:6
  257:9 260:20,
  22
low
  216:9
low-grade
  249:8 259:25

261:13
low-quality
  259:15,23,25
  260:14
luckily
  190:4
lumps
  255:9
Lupron
  218:18 219:6
  224:20,25
Lupron's
  195:22

_____

M

made
  228:4 238:15
  254:22 255:7
mainstream
  237:18
majority
  213:1 238:18
  250:7 251:18,
  21 252:11,12
  259:22
make
  190:22 194:15
  204:23 208:22
  209:12,14
  215:18 245:13
  257:4
makes
  235:2
malpractice
  240:11,19
management
  187:25 188:14
  195:3 250:9

mandating
  223:5
manner
  199:3
marked
  211:8,14
marrow
  205:11,12
masculinizing
  193:5 210:3
  225:13 228:25
  229:1
maturity
  226:9
means
  235:16 238:1
meant
  197:16 208:4,
  15 218:9
  236:7 254:16
media
  234:23
medical
  196:4,8 199:9
  200:19,20
  203:10 216:17
  224:3 236:9,
  21 240:10
  241:12 245:3
medication
  189:20 218:22
  223:18 228:25
  231:23 234:9
  250:3,9
  253:21 258:22
medications
  189:16 207:11
  211:20 218:19
  225:18 229:2

233:10,24
  234:14 237:19
  251:19
medicine
  186:4,12
  187:19 188:21
  189:10
  190:13,14,24,
  25 198:12,13
  211:11,12
  229:3 240:15
  247:14
medicines
  232:12 235:18
meeting
  187:9 194:17
  198:21 199:2
  202:9 208:8
  209:1,19
meetings
  198:2
member
  192:8,11,18
  196:24 197:2,
  3,6 199:5
members
  186:3 209:10,
  11
men
  243:10,13
  246:11 248:21
  253:22 255:2
Mendleson
  262:1
mental
  201:9 215:8
  226:6
mention
  214:21 222:1

Monica Mortensen, D.O.
September 28, 2023

16

mentioned
  198:6 202:25
  205:6 209:4,8
  216:2 217:9
  218:19 240:3
  262:1

mentor
  221:3

migraine
  252:14

migraines
  252:1,6,8,17
  253:4,5

military
  202:12

million
  251:9

mind
  243:22

mine
  228:10

mineral
  205:1

minimum
  190:18

minor's
  229:4

minors
  185:8 187:11
  192:25 214:19
  225:24 228:2
  229:2,20
  242:15 262:17

minutes
  220:2 235:20,
  24 259:5

miscommunicatio
n
  205:18

misconstrued
  230:18

misdiagnosed
  235:13

misguided
  254:14,18
  256:4,5

misuse
  188:7 241:19,
  20

moderately-
grade
  249:11

modify
  232:4,7

moment
  215:22 220:6

Monica
  185:2 262:22

month
  204:11

monthly
  255:12,20

months
  204:6,8,12

Mortensen
  185:2,6
  187:22 190:4
  220:6 223:5
  226:15 227:22
  228:23 242:23
  257:24 259:8
  262:1,22

mother
  255:21

moved
  213:9

moving

misconstrued
  221:12 242:2
  256:9

multicenter
  230:12

multidisciplina
ry
  206:14 216:21

multiple
  198:19

mute
  221:9

—————————

        N

names
  239:4,7

nature
  190:20 192:2

necessarily
  230:24

needed
  203:10 208:19
  252:18 255:17

needing
  214:21

negative
  201:22 221:15
  223:24 232:7
  243:9 246:21
  251:23

Nemours
  189:20 193:24
  198:22

neurodivergent
  212:12

news
  260:21

nice
  200:5

nick
  251:13

NIH
  237:23

nipple
  199:23
  200:14,15

non-physicians
  189:23

non-transgender
  254:13,18
  256:4

nonemergency
  186:24

normal
  255:3

Norway
  213:18 214:8,
  17

noted
  221:8

November
  187:8

NPS
  189:23

number
  191:21 211:14
  236:14 237:9,
  12,13,24
  238:9 254:5
  259:14,17,21
  260:19

numbered
  190:5

numbers
  185:24 260:16

Monica Mortensen, D.O.
September 28, 2023                                                              17

---

**O**

---

**Object**
185:19  186:6
189:7  199:19
203:11  206:21
207:4  212:2,8
216:5  219:1
220:10,20
233:7  236:12
238:12,22
240:22  241:24
246:23  247:12
248:6  249:5
250:19  253:9
257:21  260:12

**occurs**
255:3

**odds**
227:6

**off-the-record**
221:10

**offense**
234:20

**offers**
198:7

**Oftentimes**
247:20

**older**
190:12

**ongoing**
252:10

**online**
200:13  202:20
258:14,22

**open**
218:9

**opening**
215:19  251:2,

7

**opens**
255:24

**opinion**
208:6  210:13
227:18  228:10
230:16  233:16
259:19

**opioid**
188:4

**opoid**
187:25

**opportunity**
217:16  218:14

**option**
258:15

**options**
209:22  215:7,
19  231:10
258:13

**order**
190:21  199:3

**osteopathic**
190:14,25
198:13  199:4
211:12

**outcome**
224:15

**ovarian**
243:6  244:23
245:12,16,21
246:7  248:17

**ovaries**
222:19  244:4
248:16,20

**overlap**
208:2

**overseas**

237:21  257:15
258:16,23

**overwhelming**
259:13,17
260:16

---

**P**

---

**p.m.**
220:4  259:6
262:23

**package**
224:20,25

**pain**
187:25  188:13
195:3  252:11

**palsy**
240:5

**paragraph**
189:1  192:8
199:7  207:22
208:7,9,18
215:19  221:12
224:18  225:15
228:24  229:7,
8,12  233:22
242:18  243:15
244:9,19
251:24
253:14,25
254:15  256:9
257:24  259:9,
10

**paragraphs**
228:23  242:2

**parallel**
215:13

**parathyroid**
251:15

**parent**
202:13,14
217:20  218:12
241:5

**parents**
202:11  203:5

**part**
196:25  212:3
227:10  232:16

**passed**
185:18

**passing**
206:8

**past**
187:17  188:23

**patches**
230:22  231:6
234:6

**Patel**
193:17

**path**
233:15

**patient**
190:20,22,25
192:2  199:11
217:5,11,20
218:14,21,25
219:12  231:15
232:20  233:17

**patient's**
191:1

**patient-doctor**
233:1

**patients**
190:11  203:15
214:15,18
217:8  219:5
232:22  236:1
237:24,25

Monica Mortensen, D.O.
September 28, 2023

18

238:1 239:24
258:10

**Paul**
216:25

**pause**
235:19 236:16
262:2

**pausing**
260:3

**PCOS**
257:4

**pediatric**
213:7 216:19

**pediatrician**
192:17

**peer-reviewed**
249:9 254:19

**peers**
258:16

**people**
196:3,6
199:13,15,22,
25 200:6
202:3 203:10
204:7 206:3,8
208:13 209:1,
17 210:17
222:21 223:12
227:10
230:14,20
231:12 235:14
237:13 240:14
243:2 249:13,
16 250:7,21
252:13 257:10
259:22
260:19,20

**perceived**
204:16

**percent**
194:3 207:6
214:5,14
222:15
227:18,19,23
237:23 238:2
249:1 250:8,
12

**percentage**
227:20 250:15

**perform**
190:17

**performed**
190:11 191:3
211:21

**PERKO**
185:19 186:6
189:7 199:19
203:11 206:21
207:4 212:2,8
216:5 219:1
220:10,20
229:9 233:7
236:12
238:12,22
240:22 241:24
244:18 246:23
247:12 248:6
249:5 250:19
253:9 254:7
257:21 259:10
260:12
261:23,25
262:8,20

**permanency**
242:19 256:10

**permanent**
187:2,3
197:16 221:14
222:13 225:8

242:22,25
243:3,4,16,20
244:1 247:9
248:13,14
256:13 257:2,
13

**permanently**
243:24

**permitted**
197:12

**person**
193:19 199:4
205:1,5,14,
18,23 219:18
220:22 232:11
237:5 247:19
250:6,14

**person's**
218:10

**personal**
237:7

**personally**
186:7 206:18

**pertain**
218:2

**pharmaceutical**
190:17

**phrase**
228:14 235:6

**physically**
190:18

**physician**
190:16 216:25
229:5 231:4
233:3 261:1

**physicians**
255:19
259:14,17
260:1,5,17,

18,21

**pill**
217:14,22

**pills**
196:1 223:13
230:22 231:8
234:5

**place**
203:18 219:14

**places**
191:22

**plaintiffs'**
211:14

**planning**
210:14

**platelet**
205:13

**play**
186:4 203:22

**point**
236:4 247:15
258:8

**points**
190:19

**polycystic**
243:6 244:4
245:12,16
246:7 248:16

**population**
207:14 212:12
213:11,25
214:2,4,12,14
216:10,11,20
232:15 238:3
244:14 245:1
256:6,8
260:11 262:6,
13

Monica Mortensen, D.O.
September 28, 2023

19

positive
   201:24 202:2
   203:3 238:11,
   14,19 251:22

positives
   202:4

possibilities
   235:21

possibility
   200:7 222:3

posting
   199:13

potential
   206:25 209:7
   219:17 246:3
   248:14 250:24
   257:17

potentially
   251:10

practice
   188:9 217:4
   229:13 233:25
   236:8

precocious
   221:24 223:22
   224:12

predictable
   239:23

prefer
   231:6

pregnant
   222:9 223:14,
   15,18

prescribe
   188:18 190:16
   203:16 218:22
   233:24 247:22

prescribed
   187:15 190:10

191:3 192:5

prescribing
   193:10 195:23
   218:17 229:5
   232:17,19
   234:14

prescription
   190:21 191:2
   192:2,4,5

prescriptions
   188:6,7
   190:10,15

present
   190:18 217:4

presented
   197:17 231:18

presents
   231:15

pressure
   250:12

presume
   185:11

pretty
   195:14 209:5
   244:6 247:21

prevalence
   214:13 245:8
   246:1

previously
   189:11 194:25
   216:2 234:2

prior
   204:21
   252:12,13

Priti
   193:16

privy
   196:23

problem
   197:1 216:9

procedure
   190:18,21
   191:2 210:12
   251:6

procedures
   190:10,15
   210:8 211:7,
   10 233:11

proceed
   217:25

process
   193:22 199:11
   202:11 204:20
   218:21 219:7,
   13 220:23
   231:25 233:3

producing
   205:12

product
   190:17

professional
   219:11

progression
   226:8

prohibit
   198:1

promulgated
   188:22

promulgation
   185:7

pronoun
   193:18

propose
   209:9,10

protect
   232:5 235:16

239:24 240:1

protected
   239:25

prove
   242:23

provide
   192:24 206:13
   207:13 209:11
   210:24 216:17
   217:7 219:4
   230:10 239:2
   242:10,22
   243:16 245:4
   261:8,16

provided
   190:23 191:4,
   5 195:18
   202:24 204:23
   216:16 229:19
   240:12 242:11
   261:10

provider
   201:7 203:16
   204:1 205:15
   230:18 231:1,
   2,3 232:1,3,6
   236:21 240:1
   261:1

providers
   203:22 206:12
   207:13 216:17
   235:24

providing
   189:23 203:22
   205:18 216:20
   235:25 261:3,
   6

provision
   220:19 236:9
   261:19

**prudent**
  190:22 258:2

**psychiatrist**
  211:22

**psychological**
  211:21 212:11

**psychologist**
  211:23

**psychology**
  215:7

**pubertal**
  193:4 230:3,
  5,13,21
  231:17

**puberty**
  189:20 198:23
  218:17
  221:14,19,21,
  23,24 222:5,
  8,16,22
  223:13,22
  224:4,12,22
  225:17,22
  226:3,6,8
  227:25 229:20
  231:17

**public**
  198:2 202:9
  208:8,10
  238:7 239:7

**publication**
  230:9

**published**
  224:1 237:15

**Pubmed**
  195:21

**pull**
  199:5

**purely**
  227:8

**purpose**
  258:1

**pursue**
  233:21

**purview**
  197:8

**push**
  231:12

**put**
  195:16 198:21
  200:14,17,22
  202:1,5
  203:12 236:15
  237:12 250:3

**putting**
  210:15 253:6
  262:2

—————

**Q**

**quality**
  233:23,25
  250:25 260:2,
  4,10

**quantify**
  259:21

**question**
  204:23
  227:22,24
  259:8 260:14,
  15 261:23

**questions**
  185:10 194:19
  203:14 237:8
  261:22 262:19

**quick**
  262:9

**quicker**
  231:12

**quote**
  224:22 225:1
  229:2 232:14
  242:3 254:1
  256:13

**quoted**
  224:19

**quotes**
  242:4

—————

**R**

**rare**
  256:6,7

**rate**
  238:5 245:12

**reach**
  197:10,22
  206:12 207:13
  210:21

**reached**
  198:8

**reaching**
  197:1

**reaction**
  247:25

**read**
  191:6 195:15,
  17 237:3,11
  238:8 262:20

**reading**
  196:6 258:20

**realize**
  234:24

**reason**
  204:18 207:2
  224:3 225:4

  253:6

**reasonable**
  212:20,22
  233:14

**reassignment**
  190:9,15

**rebutted**
  242:20

**rebutting**
  256:9

**recall**
  200:20 239:5

**receive**
  213:23 240:14

**received**
  191:1 204:24
  211:3 214:19
  236:18,21
  237:6 238:10
  245:23

**receiving**
  199:12 201:22
  204:19 211:20
  214:22,25
  215:12,14
  240:7 250:16

**recent**
  243:13

**recommendation**
  216:24 254:22

**recommendations**
  231:12,14

**recommended**
  229:3

**recommending**
  255:14

**record**
  238:7

Monica Mortensen, D.O.
September 28, 2023                                                        21

recorded
  245:22
red
  205:12
REDIRECT
  262:10
reduce
  213:15 215:24
  216:3
reducing
  262:5
refer
  205:10
reference
  214:10,15
  242:3 245:4
  257:24
references
  242:22,23
  256:14
referring
  234:21 244:18
reflect
  191:15 233:5
regain
  224:5,7
regard
  226:17 243:20
regimen
  233:17 242:11
regimens
  229:15 230:7
  234:5
regret
  237:5 240:14
regulating
  240:21

regulation
  185:11
related
  207:25 241:12
relationship
  232:20 233:2
relayed
  240:4
relevant
  219:12
relied
  200:21 243:17
rely
  199:16 232:11
relying
  199:20
remainder
  212:23
remember
  185:24 213:2
remind
  193:14
removal
  251:12
remove
  212:21,22
  246:12
removed
  212:3,5,15,17
  213:13 245:11
  251:8
removes
  218:23
removing
  222:18
repeat
  215:25

replacement
  224:8 230:20
report
  189:1 199:7,8
  200:24 207:23
  221:13 224:18
  225:15 226:12
  228:24 229:23
  254:18 259:9
reported
  252:10 257:18
reporting
  201:24
reports
  208:16 260:21
represent
  197:7
representing
  196:25
reproductive
  201:11
request
  206:15,18
  239:3
require
  201:6 219:6
required
  186:16 187:14
  191:4 248:4
  249:3
requirement
  191:15,21
  212:1 213:5
requirements
  187:23 188:1,
  2,11 189:6
  191:12 212:7,
  24

requires
  218:23
requiring
  211:19
research
  195:15,17
  213:14 230:6
  238:3 262:6
respond
  252:3
response
  256:13
rest
  222:23
  235:19,22
  250:4
restricted
  189:22 262:13
result
  212:5
retained
  239:8
returning
  220:6
revamped
  209:16,21
  210:14
reversed
  243:7
reversible
  225:1,7,10,14
review
  188:18 192:10
  209:14 210:24
  217:1 220:23
  235:3,20
reviewed
  187:16 193:8

195:2,20,25
199:8 221:2
235:4

**revise**
243:12,14

**revised**
194:1 208:24

**rigid**
234:17

**rise**
237:13,15
241:16

**risk**
194:15 212:13
213:11,19
214:22,24
215:11,13
217:14,15,17,
23 218:10
219:16,17
223:6,7,10,17
224:17 227:25
231:7 233:15
244:11,17,22
245:15 246:4,
10,12,15
247:20 248:5
249:14,25
250:8,16,20
251:6,11,12
252:21 253:4
255:7,19,22,
23 257:17
258:4

**risks**
190:21 191:16
192:2 193:8
203:7 206:25
207:11,15,20
210:11 216:12

218:8 226:19
228:13 233:4,
12 235:20,25
245:3 246:17,
18,19,22
247:10 249:2
251:4 257:17
258:24

**road**
224:13 231:8
250:4

**role**
186:4 245:19

**room**
190:19 199:25

**rooms**
199:13,17
201:19 202:1

**route**
200:9 250:10,
13

**rule**
190:24 208:22

**rules**
185:7,10,11
186:17 187:4
189:5,10
198:14 240:17
241:14,17,18

**rupture**
251:9

---

**S**

**S-E-A-Y**
245:25

**sad**
227:16

**safety**
260:11

**sample**
252:10

**SB**
185:10,12,22
186:5,16
189:3,22,25

**scan**
205:1

**scenario**
233:14

**scenarios**
221:21

**schedule**
229:19 233:24

**scheduled**
204:12,13

**Scot**
186:13

**scratch**
198:18 259:3

**screening**
245:1 254:13,
17 255:3,6,8,
15,18

**screenings**
188:4 244:14
255:20

**search**
195:21 197:9
199:14

**searching**
201:20

**Seattle**
239:16

**Seay**
245:25

**Seay's**
245:17

**section**
245:18 253:23

**secure**
207:6

**seek**
258:13

**self-breast**
255:12

**send**
206:4,15

**sentence**
192:16 254:15

**separate**
194:11

**separated**
209:25

**separating**
210:14

**serves**
258:19

**setting**
206:14 236:8

**sex**
190:9,14
248:22

**shared**
194:22,24
200:12 203:6

**sharing**
217:10
227:15,16

**She/her**
193:20

**shift**
237:17

**show**
227:21 251:3
256:22,23,25

Monica Mortensen, D.O.
September 28, 2023

23

showed
253:12 256:22

showing
213:14,18

shown
227:19 248:8,
9 256:20,24

shows
246:25

Shumer
244:21 252:3
254:16

Shumer's
254:1,11,15
256:2

side
193:7 195:22
200:17 201:23
202:16 217:13
234:24 235:4,
5 251:20
253:19

sign
191:24 200:8
241:2,4,5

signed
185:12 204:5,
20 205:23
221:6 235:2

significantly
213:15

single
236:17,20

sister
217:21

site
195:22

sitting
227:17

situation
235:17

skip
217:12 254:3

smart
235:6

smoke
217:17

smoker
217:16

SOC8
242:10

social
211:21

society
195:19 199:9
201:1,16
212:20,25
222:6 228:17,
20 229:14,18
234:4 235:14
245:2 249:8

solely
229:4 251:4

somebody's
205:4

Someone's
226:5

sooner
255:16

sort
191:8 218:20

sorts
213:17 240:11

sounds
231:25 234:13
256:1

source

196:5 243:17

sources
196:9

speak
186:10,13
203:23 205:7
207:17 209:9
259:22

speaking
202:9

speaks
205:4,13

specialist
205:3

specialists
260:22

specialties
260:22

specific
189:25 191:18
200:20 201:8
210:12 220:16
236:4 242:11

specifically
194:21,23
197:21,24
201:6,22,25
208:14

speculating
227:8 247:4

speculative
228:2,7,9,11,
13 241:23
246:22 247:16

spend
201:23 235:20

spending
235:24

sperm
248:23

spoken
260:20

stalling
225:23 228:1

standard
201:13 236:8
247:10

standards
185:8 201:5
242:4

start
217:19 228:24
255:6,17
261:15

started
193:24 203:21
252:14

starting
231:18,20

starts
219:19

state
192:8 199:7
206:13
207:13,22
208:18 222:4,
6,11 224:18,
19 225:22
226:12 229:2,
7 233:3
235:14
236:15,17,18
239:2,3,5,9
240:20 244:21
253:25 259:13
261:19

stated

Monica Mortensen, D.O.
September 28, 2023

24

statement
  209:8 214:9
  224:19 225:4
  228:7 230:18
  232:5 237:9
  242:20 243:8,
  15,19 244:10,
  12,16,24
  246:4 251:2
  254:1,11,16
  256:2,12
  258:10 259:16
  260:16 261:4
statements
  201:6 204:22
  208:13 216:16
  238:9,14
  242:7 244:5,8
states
  190:9,20
  224:22 229:23
  237:18 251:25
  257:14 258:4,
  6,24 259:1,20
stating
  237:14 253:6
statutory
  211:19,25
  212:7
stems
  234:18,19
stepped
  220:13
steroids
  226:7
stick
  232:9

201:21 202:5
208:12 226:18
234:2 239:12

stipulate
  223:25 230:11
stipulations
  197:4
stop
  217:18
stopped
  194:2
strong
  205:2,14
studied
  238:1
studies
  200:21 216:8
  227:21
  233:23,25
  234:6 251:3
  253:12
  256:15,22,23
  259:15 260:15
study
  213:18 214:7,
  16,19 238:3
  252:4,6,9,15
  254:19,22
  256:24
stuff
  195:18 196:1
subjective
  260:4
submit
  192:9 209:17,
  18
submitted
  194:10
  198:21,22,25
  199:1 206:10
  208:20 209:3
  210:17 216:23

submitting
  210:15
subsection
  191:5
subsequent
  194:17
substances
  188:18
substantive
  187:23 188:10
sufficient
  253:3
suggest
  223:3
suggesting
  247:8
suggestion
  240:19 242:24
  256:16
suggests
  228:19
suicidal
  213:15 214:24
  215:14
suicidality
  214:11 215:24
  216:4
suicide
  207:11 212:13
  213:21 214:5,
  13,22,25
  215:11,13
  250:8,16,22
Sunshine
  194:15 198:1
support
  222:12,14
  223:1,19,23

226:1 227:24
228:12,13
231:3 242:24
243:8 244:10,
15,22 246:4
248:15 250:6
252:7 254:19
256:14,15,19
supported
  233:4,25
  248:13
supporting
  228:5 246:20
supports
  222:2 228:16
  244:5 250:25
  256:1
supposed
  197:7 204:7
suppression
  225:18
surgeon
  209:23,24
  210:10 251:11
surgeries
  210:1,23
surgery
  210:4 248:19
surgical
  209:16,20
  240:24 251:5,
  18
swiftly
  208:20
syndrome
  230:22 243:6
  245:12,16
  246:8

Monica Mortensen, D.O.
September 28, 2023

25

---

**T**

---

**Table**
  245:3

**tailor**
  218:20

**takes**
  219:14

**taking**
  224:5 226:3
  251:25 259:19

**talk**
  194:14 197:3,
  5,6 258:11

**talked**
  204:5 213:9
  245:4

**talking**
  197:2 202:14
  203:6 205:7
  208:2,8,9
  211:6 218:3
  221:16 233:1
  245:18 246:18
  247:3

**talks**
  215:6,7 259:2

**task**
  199:4

**tasked**
  189:4,13
  192:19

**techniques**
  233:11

**telemedicine**
  204:9

**telling**
  202:17 204:16

**tells**
  205:2

**temporary**
  257:2

**ten**
  220:25

**tendency**
  202:3

**term**
  260:4

**test**
  188:5 205:2,
  4,8,9,17,20
  241:6

**testicles**
  222:19

**testified**
  224:11 226:16
  239:7

**testifying**
  238:19

**testimony**
  202:24 223:7
  247:8

**testing**
  209:5 217:24
  241:3

**testosterone**
  195:24 218:18
  219:6 222:16
  226:4 229:21
  242:20,25
  243:3,9,16,
  20,23 244:2,
  11,22 245:7,
  14,23 246:7
  248:16 251:25
  252:7 253:23
  257:4,10

**tests**
  188:8

**Texas**
  193:16

**therapy**
  201:2 224:8
  230:21 245:7,
  24 252:6
  256:11

**thing**
  201:25 206:7
  223:12 235:10
  251:6,12

**things**
  199:17 202:1,
  8,10 203:7,
  13,24 209:3
  212:18 219:6
  223:9 225:7,
  14 227:16
  230:5 233:18
  235:20 236:16
  237:2 239:15
  251:10 256:18

**thought**
  209:7 212:3
  215:5,18
  241:10 261:6

**thoughts**
  213:20 214:5

**thyroid**
  251:12

**tie**
  207:12

**time**
  197:18 201:23
  204:11,14
  226:11 235:22
  240:11 241:1

**timeframe**
  202:15 209:4

**timeframes**
  203:13

**timely**
  199:3

**times**
  217:20 233:8
  234:8

**timing**
  233:23

**tissue**
  255:11

**title**
  253:23

**today**
  194:5 204:12
  223:8 243:17

**told**
  186:1 200:2,7
  203:9

**tools**
  199:14

**top**
  213:3 221:9
  243:22

**topic**
  220:7

**Torres**
  261:5

**trainee**
  220:24

**trans**
  235:15

**trans-man**
  210:1

**trans-men**
  245:6,8,20,22

Monica Mortensen, D.O.
September 28, 2023

26

trans-ment
  246:1

trans-woman
  210:2

trans-women
  254:1,12,16
  256:2

transgender
  194:3 214:13
  232:15 235:14
  238:9 243:10,
  13 246:11
  253:22 254:11
  255:2

treat
  224:4 225:18
  241:1 244:12
  250:22
  253:17,19

treated
  214:14
  216:10,11

treating
  192:22 196:14
  217:9 231:16

treatment
  185:8 187:13
  192:24
  196:10,18
  198:4 201:9
  204:21 206:13
  210:20 213:19
  215:12,14,23
  216:13,17
  217:25 219:25
  225:2,11
  226:18 227:4
  229:15 231:16
  233:6 234:16
  236:18 237:5

  238:20,21
  240:7,12,14,
  18 241:3
  244:10
  250:13,16
  252:14,23
  256:3 258:3

treatments
  213:15 216:3
  219:4 249:20
  253:7,20
  262:3

tremendous
  238:9,13

trial
  230:12

true
  199:24 206:22
  238:6,17,23
  252:15

turn
  188:25 229:8

Turner
  230:21

Turners
  234:2

type
  220:19
  244:13,25
  262:3

types
  241:11 260:22

typical
  225:23 228:1

typically
  188:3 220:21
  227:4 248:12

———————

U

Uh-huh
  189:2 224:21,
  24 242:13
  252:2 253:2

ultimately
  233:20

unclear
  223:9

undergo
  211:20

undergoing
  245:22 246:11

undermines
  233:2

understand
  192:3 194:19
  197:25 203:20
  204:25 208:18
  219:15 228:3
  236:7 246:19,
  21 259:15
  260:7

understanding
  185:17 186:25
  189:5 212:16,
  23

Understood
  208:15

unfathomable
  238:4

unique
  232:23

Unite
  237:18

United
  257:14 258:4,

  6,23 259:1,20

unknown
  251:23

untrue
  217:5

updates
  208:22,23

urged
  202:25 203:2

urine
  188:5

usual
  203:19

uterine
  245:2

uterus
  245:10
  246:13,14

———————

V

vague
  259:15 260:1,
  15 261:6,14

validity
  200:12

vast
  238:18
  251:18,21
  259:21

vastly
  231:16

verbiage
  210:7

verify
  195:22

verse
  210:2

versions
   208:24

versus
   210:1 219:18
   231:18 235:7

video
   202:14

view
   199:10
   221:14,18
   228:10 232:6

viewed
   203:19

views
   233:5 236:25

virilized
   231:19 257:5

visit
   204:14

visits
   204:10

Vitamin
   251:17

vocal
   251:14

voice
   243:4,23
   257:6

Volume
   185:3

voluntary
   190:12,15

**W**

walk
   241:1,2

wanted
   199:10 202:6

warrant
   252:23

warranted
   209:15

web
   195:22

weekends
   195:16

weeks
   195:13

Weida
   239:10

weird
   200:2

well-being
   203:4

well-
demonstrated
   257:7

well-diagnosed
   235:12

well-documented
   245:11 246:9

well-educated
   258:11

well-supported
   259:24

well-used
   247:23

white
   205:12

window
   204:11

wishy-washy
   261:15

withholding
   216:13

witnessed
   237:5

witnesses
   239:9

woman
   254:12 255:8,
   15,23

women
   245:11,15
   254:13,18
   256:4 257:4

wondering
   212:6

word
   218:23

work
   194:7 195:14
   231:23

worked
   188:12 195:4
   232:22

working
   187:3 198:14
   199:6 208:23

works
   231:23

world
   259:14,18,20
   260:23

worldwide
   239:22

worried
   218:7

worsen
   227:2

worsens
   252:1

worth

252:21

WPATH
   195:19 199:9
   201:5,13
   212:19,25
   242:3,4,6,7,
   12 244:24
   254:23

WPATH's
   244:12

write
   195:15

writing
   190:13 200:8
   205:20

written
   191:1 204:21
   206:9,10
   219:23 221:4
   235:2

wrong
   200:3 230:17,
   24 231:2,10
   251:10

wrongdoing
   194:16

wrote
   192:14

**Y**

years
   187:17 190:11
   193:23 194:1
   211:24 213:18
   216:20 220:25
   224:15 234:3
   247:23

you-all
   191:9 207:3

Monica Mortensen, D.O.
September 28, 2023                                                           28

211:2 220:16

---

**Z**

---

**zeroing**
  219:20