UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JANE DOE, et al.,

    Plaintiffs,

vs.                                  Case No. 4:23-cv-00114-RH-MAF

JOSEPH A. LADAPO, et al.,

    Defendants.
_____/

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs, pursuant to N.D. Fla. Local Rule 7.1(J), file this Notice of Supplemental Authority.

This case is currently under consideration awaiting a final order after the conclusion of a bench trial on December 21, 2023. Plaintiffs' pleadings referenced district court opinions that were subsequently affirmed by the United States Court of Appeals for the Fourth Circuit, sitting *en banc*, in *Kadel v. Folwell*, No. 22-1721, and *Anderson v. Crouch*, No. 22-1927, on April 29, 2024.

A copy of the opinion issued by Fourth Circuit Court of Appeals is attached hereto as **Exhibit A,** wherein the court ruled that the bans on coverage for treatments for gender dysphoria (often referred to as "gender-affirming care") in the North

Carolina State Health Plan and West Virginia Medicaid Program violate the Equal Protection Clause of the Fourteenth Amendment. Slip. Op. at 8, 9.

Respectfully submitted, this 3rd day of May, 2024.

                                          */s/ Simone Chriss*
                                          Simone Chriss
                                          Counsel for Plaintiffs

## CERTIFICATE OF WORD COUNT

Pursuant to N.D. Local R. 7.1(F) & (J), this Notice contains 144 words, which includes the headings, footnotes, and quotations, but does not include the case style, signature block or Certificates of Word Count and Service.

**SOUTHERN LEGAL COUNSEL**

<u>By: /s/ Simone Chriss</u>
**Simone Chriss**
Florida Bar No. 124062
**Chelsea Dunn**
Florida Bar No. 1013541
1229 NW 12th Avenue
Gainesville, FL 32601
(352) 271-8890
Simone.Chriss@southernlegal.org
Chelsea.Dunn@southernlegal.org

**LOWENSTEIN SANDLER LLP**

**Thomas E. Redburn, Jr.\***
NY Bar No. 5822036
**Maya Ginsburg\***
NY Bar No. 5128152
1251 Avenue of the Americas
New York, NY 10020
(212) 262-6700
tredburn@lowenstein.com

mginsburg@lowenstein.com

**NATIONAL CENTER FOR LESBIAN RIGHTS**

**Christopher F. Stoll \***
CA Bar No. 179046
**Kelly Jo Popkin\***
NY Bar No. 5698220
National Center for Lesbian Rights
870 Market Street,
Suite 370 San Francisco,
CA 94102 Tel. 415-365-1320
cstoll@nclrights.org kpopkin@nclrights.org

**GLBTQ LEGAL ADVOCATES & DEFENDERS**

3

**Jennifer Levi\***
**Chris Erchull\***
18 Tremont, Suite 950
Boston, MA 02108
(617) 426-1350
jlevi@glad.org cerchull@glad.org

**HUMAN RIGHTS CAMPAIGN FOUNDATION**
**Cynthia Cheng-Wun Weaver\***
NY No. 5091848
**Jason Starr**\* NY No. 5005194
**Ami Patel**\* CA No. 325647
1640 Rhode Island Avenue NW
Washington, D.C. 20036
(202) 993-4180
Cynthia.Weaver@hrc.org
Jason.Starr@hrc.org
Ami.Patel@hrc.org

*\* Admitted pro hac vice*

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 3, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

*/s/ Simone Chriss*
**Simone Chriss**
Counsel for Plaintiffs

4