IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JANE DOE, et al.,

    Plaintiffs,

v.                                                    Case No. 4:23-cv-00114-RH-MAF

JOSEPH A. LADAPO, et al.,

    Defendants.
_____/

## NOTICE OF APPEAL

    Defendants Surgeon General Ladapo, State Attorney Gladson, and Board Members Scot Ackerman, Nicholas Romanello, Matthew Benson, Gregory Coffman, Amy Derick, David Diamond, Patrick Hunter, Luz Marina Pages, Hector Vila, Michael Wasylik, Zachariah Zachariah, Nicole Justice, Watson Ducatel, Tiffany Sizemore Di Pietro, Gregory Williams, Monica Mortensen, Valerie Jackson, Chris Creegan, and William Kirsh appeal to the U.S. Court of Appeals for the Eleventh Circuit from the final judgment entered on June 11, 2024.

| | |
|---|---|
| Dated: June 18, 2024 | Respectfully submitted by: |
| Ashley Moody<br>Attorney General | /s/ Mohammad O. Jazil<br>Mohammad O. Jazil (FBN 72556)<br>Gary V. Perko (FBN 855898) |
| /s/ James H. Percival<br>James H. Percival (FBN 1016188)<br>Chief of Staff<br>OFFICE OF THE ATTORNEY GENERAL<br>The Capitol, Pl-01<br>Tallahassee, FL 32399<br>(850) 414-3300<br>(850) 410-2672 (fax)<br>james.percival@myfloridalegal.com | Michael Beato (FBN 1017715)<br>HOLTZMAN VOGEL BARAN<br>TORCHINSKY & JOSEFIAK PLLC<br>119 S. Monroe St., Suite 500<br>Tallahassee, FL 32301<br>(850) 270-5938<br>mjazil@holtzmanvogel.com<br>gperko@holtzmanvogel.com<br>mbeato@holtzmanvogel.com |
| *Counsel for the Surgeon General, the Department of Health, and State Attorney Gladson* | *Counsel for the Surgeon General, the Department of Health, and the Board Members* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2024, the foregoing was filed using the Court's CM/ECF, which will serve a copy to all counsel of record.

/s/ Mohammad O. Jazil
Mohammad O. Jazil