IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JANE DOE, et al.,

     Plaintiffs,

v.                            Case No. 4:23-cv-00114-RH-MAF

JOSEPH A. LADAPO, et al.,

     Defendants.

_____/

## <u>NOTICE OF APPEAL</u>

Defendants Surgeon General Ladapo, State Attorney Gladson, and Board Members Scot Ackerman, Nicholas Romanello, Matthew Benson, Gregory Coffman, Amy Derick, David Diamond, Patrick Hunter, Luz Marina Pages, Hector Vila, Michael Wasylik, Zachariah Zachariah, Nicole Justice, Watson Ducatel, Tiffany Sizemore Di Pietro, Gregory Williams, Monica Mortensen, Valerie Jackson, Chris Creegan, and William Kirsh appeal to the U.S. Court of Appeals for the Eleventh Circuit from the final judgment entered on June 11, 2024.

Dated: June 18, 2024

Ashley Moody
Attorney General

/s/ James H. Percival
James H. Percival (FBN 1016188)
Chief of Staff
OFFICE OF THE ATTORNEY GENERAL
The Capitol, Pl-01
Tallahassee, FL 32399
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com

*Counsel for the Surgeon General, the
Department of Health, and State
Attorney Gladson*

Respectfully submitted by:

/s/ Mohammad O. Jazil
Mohammad O. Jazil (FBN 72556)
Gary V. Perko (FBN 855898)
Michael Beato (FBN 1017715)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St., Suite 500
Tallahassee, FL 32301
(850) 270-5938
mjazil@holtzmanvogel.com
gperko@holtzmanvogel.com
mbeato@holtzmanvogel.com

*Counsel for the Surgeon General, the Department
of Health, and the Board Members*

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2024, the foregoing was filed using the Court's

CM/ECF, which will serve a copy to all counsel of record.

/s/ Mohammad O. Jazil
Mohammad O. Jazil

2