# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

JANE DOE et al.

      VS                      USDC NO. 4:23-cv-00114-RH-MAF
                                     USCA NO. _____

JOSEPH A LADAPO et al.

## TRANSMITTAL OF NOTICE OF APPEAL

      The following documents are hereby transmitted to the Clerk, U. S. Court of Appeals. The Certified copy of the appeal notice, docket entries, judgment/opinion/order appealed from are enclosed.

First Appeal Notice. 6/18/2024
There was no hearing from which a transcript could be made.
Other: N/A

Please acknowledge receipt on the enclosed copy of this transmittal to: TALLAHASSEE DIVISION

                                 JESSICA J. LYUBLANOVITS,
                                 CLERK OF COURT

                                 By: <u>Ronnie Barker</u>
                                 Deputy Clerk
                                 111 North Adams Street
June 18, 2024                        Tallahassee, Florida 32301

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JANE DOE, et al.,

     Plaintiffs,

v.                             Case No. 4:23-cv-00114-RH-MAF

JOSEPH A. LADAPO, et al.,

     Defendants.

_____/

## **NOTICE OF APPEAL**

     Defendants Surgeon General Ladapo, State Attorney Gladson, and Board Members Scot Ackerman, Nicholas Romanello, Matthew Benson, Gregory Coffman, Amy Derick, David Diamond, Patrick Hunter, Luz Marina Pages, Hector Vila, Michael Wasylik, Zachariah Zachariah, Nicole Justice, Watson Ducatel, Tiffany Sizemore Di Pietro, Gregory Williams, Monica Mortensen, Valerie Jackson, Chris Creegan, and William Kirsh appeal to the U.S. Court of Appeals for the Eleventh Circuit from the final judgment entered on June 11, 2024.

Dated: June 18, 2024

Respectfully submitted by:

Ashley Moody
Attorney General

/s/ Mohammad O. Jazil
Mohammad O. Jazil (FBN 72556)
Gary V. Perko (FBN 855898)
Michael Beato (FBN 1017715)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St., Suite 500
Tallahassee, FL 32301
(850) 270-5938
mjazil@holtzmanvogel.com
gperko@holtzmanvogel.com
mbeato@holtzmanvogel.com

/s/ James H. Percival
James H. Percival (FBN 1016188)
Chief of Staff
OFFICE OF THE ATTORNEY GENERAL
The Capitol, Pl-01
Tallahassee, FL 32399
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com

*Counsel for the Surgeon General, the Department of Health, and State Attorney Gladson*

*Counsel for the Surgeon General, the Department of Health, and the Board Members*

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2024, the foregoing was filed using the Court's

CM/ECF, which will serve a copy to all counsel of record.

/s/ Mohammad O. Jazil
Mohammad O. Jazil

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JANE DOE, et al.,

      Plaintiffs,

v.                                Case No. 4:23-cv-00114-RH-MAF

JOSEPH A. LADAPO, et al.,

      Defendants.

_____/

## NOTICE OF APPEAL

Defendants Surgeon General Ladapo, State Attorney Gladson, and Board Members Scot Ackerman, Nicholas Romanello, Matthew Benson, Gregory Coffman, Amy Derick, David Diamond, Patrick Hunter, Luz Marina Pages, Hector Vila, Michael Wasylik, Zachariah Zachariah, Nicole Justice, Watson Ducatel, Tiffany Sizemore Di Pietro, Gregory Williams, Monica Mortensen, Valerie Jackson, Chris Creegan, and William Kirsh appeal to the U.S. Court of Appeals for the Eleventh Circuit from the final judgment entered on June 11, 2024.

1

Dated: June 18, 2024                          Respectfully submitted by:

Ashley Moody                                  /s/ Mohammad O. Jazil
Attorney General                              Mohammad O. Jazil (FBN 72556)
                                              Gary V. Perko (FBN 855898)
/s/ James H. Percival                         Michael Beato (FBN 1017715)
James H. Percival (FBN 1016188)               HOLTZMAN VOGEL BARAN
Chief of Staff                                TORCHINSKY & JOSEFIAK PLLC
OFFICE OF THE ATTORNEY GENERAL                119 S. Monroe St., Suite 500
The Capitol, Pl-01                            Tallahassee, FL 32301
Tallahassee, FL 32399                         (850) 270-5938
(850) 414-3300                                mjazil@holtzmanvogel.com
(850) 410-2672 (fax)                          gperko@holtzmanvogel.com
james.percival@myfloridalegal.com             mbeato@holtzmanvogel.com

*Counsel for the Surgeon General, the*        *Counsel for the Surgeon General, the Department*
*Department of Health, and State*             *of Health, and the Board Members*
*Attorney Gladson*


## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2024, the foregoing was filed using the Court's

CM/ECF, which will serve a copy to all counsel of record.

/s/ Mohammad O. Jazil
Mohammad O. Jazil

2

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JANE DOE et al.,

      Plaintiffs,

v.                                                     CASE NO. 4:23cv114-RH-MAF

JOSEPH A. LADAPO et al.,

      Defendants.

_____/


## JUDGMENT


    Judgment is entered against the enjoined defendants in favor of the plaintiffs

Jane Doe, individually and on behalf of Susan Doe, Gloria Goe, individually and

on behalf of Gavin Goe, and Lucien Hamel, and the certified classes and subclass.

    1. The certified classes and subclass are the following:

        (a)  The first class consists of all transgender adults in Florida who

             seek gender-affirming treatment with puberty blockers or cross-

             sex hormones.

        (b)  The second class consists of all transgender minors in Florida who

             seek gender-affirming treatment with puberty blockers or cross-

             sex hormones and their parents.

    (c) The subclass—a subset of the second class—consists of all transgender minors in Florida who seek but are prohibited by state law from obtaining gender-affirming treatment with puberty blockers or cross-sex hormones and their parents.

    2. The class representative for the first class is named plaintiff Lucien Hamel.

    3. The class representatives for the second class and the subclass are named plaintiffs Jane Doe, individually and on behalf of Susan Doe, and Gloria Goe, individually and on behalf of Gavin Goe.

    4. It is declared that:

    (a) Florida Statutes § 456.52(1) is unconstitutional to the extent it prohibits gender-affirming care for individuals who have reached or passed Tanner stage II.

    (b) Florida Statutes § 456.52(3) is unconstitutional to the extent it prohibits a licensed individual, acting within the scope of the license, from (i) assisting a supervising physician in administering or performing gender-affirming care or (ii) filling a prescription issued by a physician or, for adults, issued by a licensed individual acting within the scope of the license, or (iii) providing gender-affirming care to adults.

(c) Florida Statutes § 456.52(5) is unconstitutional to the extent it authorizes disciplinary action or makes it a crime to violate a provision of a statute or rule this order declares unconstitutional.

(d) Florida Administrative Code rules 64B8ER23-7, 64B15ER23-9, 64B8ER23-11, and 64B15ER23-12 are unconstitutional to the same extent as Florida Statutes §§ 456.52(1), (3), and (5), and also as set out in subparagraphs (e) and (f) below.

(e) Florida Administrative Code rules 64B8ER23-7 and 64B15ER23-9 are unconstitutional to the extent they (i) require annual hand x-rays, (ii) require annual DEXA scans, (iii) require the mandatory annual mental-health assessment to be conducted only by a licensed psychiatrist and psychologist rather than another licensed mental-health professional, (iv) require in-person physician visits every six months, (iv) require suicide assessments by a licensed mental-health professional every three months, (v) require laboratory testing every four months, or (vi) require use of forms DH5079-MQA (06/23, rev. 8/23), DH5080-MQA (06/23, rev. 8/23), and DH5081-MQA (06/23, rev. 8/23).

(f) Florida Administrative Code rules 64B8ER23-11 and 64B15ER23-12 are unconstitutional to the extent they require use of forms DH5082-MQA (06/23, rev. 8/23) and DH5083-MQA (06/23, rev. 8/23).

(g) For purposes of this declaration, "gender-affirming care" means the prescription or administration of (i) puberty blockers for the purpose of attempting to stop or delay normal puberty in order to affirm a person's perception of his or her sex if that perception is inconsistent with the person's natal sex or (ii) hormones or hormone antagonists to affirm a person's perception of his or her sex if that perception is inconsistent with the person's natal sex.

(h) For purposes of this declaration, "natal sex" means the classification of a person as either male or female based on the organization of the human body of such person for a specific reproductive role, as indicated by the person's sex chromosomes, naturally occurring sex hormones, and internal and external genitalia present at birth.

5. An injunction is entered as follows:

(a) The enjoined defendants are:

    (i)   Joseph Ladapo, in his official capacity as the Surgeon General of the Florida Department of Health;

    (ii)  Scot Ackerman, Nicholas W. Romanello, Wael Barsoum, Matthew R. Benson, Gregory Coffman, Amy Derick, David Diamond, Patrick Hunter, Luz Marina Pages, Eleonor Pimentel, Hector Vila, Michael Wasylik, Zachariah P. Zachariah, Maria

Garcia, and Nicole Justice, in their official capacities as members

of the Florida Board of Medicine;

(iii) Watson Ducatel, Tiffany Sizemore Di Pietro, Gregory Williams,

Monica M. Mortensen, Valerie Jackson, Chris Creegan, and

William D. Kirsh, in their official capacities as members of the

Florida Board of Osteopathic Medicine; and

(iv) William M. Gladson, in his official capacity as State Attorney for

the Fifth Judicial Circuit of Florida.

(b)  The enjoined defendants must not take any steps to enforce the

provisions this order declares unconstitutional.

(c)  This injunction binds the enjoined defendants and their officers, agents,

servants, employees, and attorneys—and others in active concert or participation

with any of them—who receive actual notice of this injunction by personal service

or otherwise.

6. All claims against the Board of Medicine and Board of Osteopathic

Medicine in their names are dismissed without prejudice based on the Eleventh

Amendment and alternatively as redundant to the claims against their members.

7. All claims against the Attorney General of Florida are voluntarily

dismissed without prejudice.

8. All claims against state attorneys other than Mr. Gladson are dismissed without prejudice based on the parties' stipulation requiring, among other things, the other state attorneys to abide by the injunction against Mr. Gladson.

9. The individual claims of the plaintiffs Brenda Boe, Bennett Boe, Carla Coe, Christina Coe, Fiona Foe, Freya Foe, Linda Loe, Lisa Loe, Patricia Po, Paul Poe, Olivia Noel, Rebecca Cruz Evia, and Kai Pope are dismissed without prejudice to their rights as class members.

10. The court reserves jurisdiction to enforce this order and the judgment and to award costs and attorney's fees.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

June 11, 2024
DATE

s / Cindy Markley
Deputy Clerk: Cindy Markley

CLOSED,APPEAL

## U.S. District Court
## Northern District of Florida (Tallahassee)
## CIVIL DOCKET FOR CASE #: 4:23−cv−00114−RH−MAF

DOE et al v. LADAPO et al
Assigned to: JUDGE ROBERT L HINKLE
Referred to: MAGISTRATE JUDGE MARTIN A
FITZPATRICK
 Case in other court:  USCA, 23−12159
Cause: 42:1983 Civil Rights Act

Date Filed: 03/23/2023
Date Terminated: 06/11/2024
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**JANE DOE**
*INDIVIDUALLY AND ON BEHALF OF*
*HER MINOR DAUGHTER*

represented by **CHELSEA LEE DUNN**
SOUTHERN LEGAL COUNSEL
1229 NW 12TH AVE
GAINESVILLE, FL 32601−4113
352−271−8890
Email: chelsea.dunn@southernlegal.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER F STOLL**
NATIONAL CENTER FOR LESBIAN
RIGHTS − SAN FRANCISCO CA
870 MARKET ST
STE 370
SAN FRANCISCO, CA 94102
415−365−1320
Email: cstoll@nclrights.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**SIMONE MICHELLE CHRISS**
SOUTHERN LEGAL COUNSEL INC −
GAINESVILLE FL
1229 NW 12TH AVE
GAINESVILLE, FL 32601−4113
352−271−8890
Fax: 352−271−8347
Email: simone.chriss@southernlegal.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**STEPHANIE PERAL**
SIDLEY AUSTIN LLP − MIAMI FL
1001 BRICKELL BAY DRIVE
SUITE 900
MIAMI, FL 33131
305−391−5228
Email: speral@sidley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**AMI RAKESH PATEL**
HUMAN RIGHTS CAMPAIGN
FOUNDATION
1640 RHODE ISLAND AVENUE NW
WASHINGTON, DC 20036
202−993−4180
Email: ami.patel@hrc.org
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER M ERCHULL**
GLBTQ LEGAL ADVOCATES &
DEFENDERS − BOSTON MA
18 TREMONT STREET
SUITE 950
BOSTON, MA 02108
520−360−1846
Email: cerchull@glad.org
*ATTORNEY TO BE NOTICED*

**CYNTHIA C WEAVER**
HUMAN RIGHTS CAMPAIGN
FOUNDATION
1640 RHODE ISLAND AVENUE NW
WASHINGTON, DC 20036−3200
202−527−3669
Email: cynthia.weaver@hrc.org
*ATTORNEY TO BE NOTICED*

**JASON E STARR**
HUMAN RIGHTS CAMPAIGN
FOUNDATION
1640 RHODE ISLAND AVENUE NW
WASHINGTON, DC 20036
305−773−2157
Email: jason.starr@hrc.org
*ATTORNEY TO BE NOTICED*

**JENNIFER LYNN LEVI**
GLBTQ LEGAL ADVOCATES &
DEFENDERS − BOSTON MA
18 TREMONT STREET
SUITE 950
BOSTON, MA 02108
617−426−1350
Email: jlevi@glad.org
*ATTORNEY TO BE NOTICED*

**KELLY JO POPKIN**
NATIONAL CENTER FOR LESBIAN
RIGHTS
870 MARKET STREET
SUITE 370
SAN FRANCISCO, CA 94102
917−648−0838
Email: kpopkin@nclrights.org
*ATTORNEY TO BE NOTICED*

**MAYA GINSBURG**
LOWENSTEIN SANDLER LLP − NEW
YORK NY
1251 AVENUES OF THE AMERICAS
NEW YORK, NY 10020
212−262−6700
Email: mginsburg@lowenstein.com
*ATTORNEY TO BE NOTICED*

**SARA L MANDELBAUM**
SIDLEY & AUSTIN LLP − NEW YORK
NY
787 SEVENTH AVENUE
NEW YORK, NY 10019
212−839−5372
Fax: 212−839−5599
Email: smandelbaum@sidley.com

*ATTORNEY TO BE NOTICED*

**SHANNON MINTER**
NATIONAL CENTER FOR LESBIAN
RIGHTS
870 MARKET STREET
SUITE 370
SAN FRANCISCO, CA 94102
415−365−1310
Email: sminter@nclrights.org
*ATTORNEY TO BE NOTICED*

**THOMAS EDWARD REDBURN , JR**
LOWENSTEIN SANDLER PC
65 LIVINGSTON AVE
ROSELAND, NJ 07068
973−597−2456
Fax: 973−597−2457
Email: tredburn@lowenstein.com
*ATTORNEY TO BE NOTICED*

**LAWRENCE DEAN SILVERMAN**
SIDLEY AUSTIN LLP − MIAMI FL
1001 BRICKELL BAY DRIVE
SUITE 900
MIAMI, FL 33131
305−763−0432
Email: lawrence.silverman@sidley.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SUSAN DOE**                    represented by  **CHELSEA LEE DUNN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER F STOLL**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**SIMONE MICHELLE CHRISS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**STEPHANIE PERAL**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**AMI RAKESH PATEL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER M ERCHULL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CYNTHIA C WEAVER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JASON E STARR**

(See above for address)
*ATTORNEY TO BE NOTICED*

**JENNIFER LYNN LEVI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**KELLY JO POPKIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MAYA GINSBURG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SARA L MANDELBAUM**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHANNON MINTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**THOMAS EDWARD REDBURN , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LAWRENCE DEAN SILVERMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**BRENDA BOE**
*INDIVIDUALLY AND ON BEHALF OF
HER MINOR SON
TERMINATED: 06/11/2024*

represented by **CHELSEA LEE DUNN**
(See above for address)
*TERMINATED: 06/11/2024
LEAD ATTORNEY*

**CHRISTOPHER F STOLL**
(See above for address)
*TERMINATED: 06/11/2024
LEAD ATTORNEY*

**LAWRENCE DEAN SILVERMAN**
(See above for address)
*TERMINATED: 06/11/2024
LEAD ATTORNEY*

**SIMONE MICHELLE CHRISS**
(See above for address)
*TERMINATED: 06/11/2024
LEAD ATTORNEY*

**STEPHANIE PERAL**
(See above for address)
*TERMINATED: 06/11/2024
LEAD ATTORNEY*

**AMI RAKESH PATEL**
(See above for address)
*TERMINATED: 06/11/2024*

**CHRISTOPHER M ERCHULL**
(See above for address)
*TERMINATED: 06/11/2024*

**CYNTHIA C WEAVER**
(See above for address)
*TERMINATED: 06/11/2024*

**JASON E STARR**
(See above for address)
*TERMINATED: 06/11/2024*

**JENNIFER LYNN LEVI**
(See above for address)
*TERMINATED: 06/11/2024*

**KELLY JO POPKIN**
(See above for address)
*TERMINATED: 06/11/2024*

**MAYA GINSBURG**
(See above for address)
*TERMINATED: 06/11/2024*

**SARA L MANDELBAUM**
(See above for address)
*TERMINATED: 06/11/2024*

**SHANNON MINTER**
(See above for address)
*TERMINATED: 06/11/2024*

**THOMAS EDWARD REDBURN , JR**
(See above for address)
*TERMINATED: 06/11/2024*

**Plaintiff**

**BENNETT BOE**
*TERMINATED: 06/11/2024*

represented by **CHELSEA LEE DUNN**
(See above for address)
*TERMINATED: 06/11/2024*
*LEAD ATTORNEY*

**CHRISTOPHER F STOLL**
(See above for address)
*TERMINATED: 06/11/2024*
*LEAD ATTORNEY*

**LAWRENCE DEAN SILVERMAN**
(See above for address)
*TERMINATED: 06/11/2024*
*LEAD ATTORNEY*

**SIMONE MICHELLE CHRISS**
(See above for address)
*TERMINATED: 06/11/2024*
*LEAD ATTORNEY*

**STEPHANIE PERAL**
(See above for address)
*TERMINATED: 06/11/2024*
*LEAD ATTORNEY*

**AMI RAKESH PATEL**
(See above for address)
*TERMINATED: 06/11/2024*

**CHRISTOPHER M ERCHULL**

(See above for address)
*TERMINATED: 06/11/2024*

**CYNTHIA C WEAVER**
(See above for address)
*TERMINATED: 06/11/2024*

**JASON E STARR**
(See above for address)
*TERMINATED: 06/11/2024*

**JENNIFER LYNN LEVI**
(See above for address)
*TERMINATED: 06/11/2024*

**KELLY JO POPKIN**
(See above for address)
*TERMINATED: 06/11/2024*

**MAYA GINSBURG**
(See above for address)
*TERMINATED: 06/11/2024*

**SARA L MANDELBAUM**
(See above for address)
*TERMINATED: 06/11/2024*

**SHANNON MINTER**
(See above for address)
*TERMINATED: 06/11/2024*

**THOMAS EDWARD REDBURN , JR**
(See above for address)
*TERMINATED: 06/11/2024*

**Plaintiff**

**CARLA COE**                                    represented by   **CHELSEA LEE DUNN**
*INDIVIDUALLY AND ON BEHALF OF*                                   (See above for address)
*HER MINOR DAUGHTER*                                              *TERMINATED: 06/11/2024*
*TERMINATED: 06/11/2024*                                          *LEAD ATTORNEY*

                                                                 **CHRISTOPHER F STOLL**
                                                                 (See above for address)
                                                                 *TERMINATED: 06/11/2024*
                                                                 *LEAD ATTORNEY*

                                                                 **LAWRENCE DEAN SILVERMAN**
                                                                 (See above for address)
                                                                 *TERMINATED: 06/11/2024*
                                                                 *LEAD ATTORNEY*

                                                                 **SIMONE MICHELLE CHRISS**
                                                                 (See above for address)
                                                                 *TERMINATED: 06/11/2024*
                                                                 *LEAD ATTORNEY*

                                                                 **STEPHANIE PERAL**
                                                                 (See above for address)
                                                                 *TERMINATED: 06/11/2024*
                                                                 *LEAD ATTORNEY*

                                                                 **AMI RAKESH PATEL**
                                                                 (See above for address)
                                                                 *TERMINATED: 06/11/2024*

**CHRISTOPHER M ERCHULL**
(See above for address)
*TERMINATED: 06/11/2024*

**CYNTHIA C WEAVER**
(See above for address)
*TERMINATED: 06/11/2024*

**JASON E STARR**
(See above for address)
*TERMINATED: 06/11/2024*

**JENNIFER LYNN LEVI**
(See above for address)
*TERMINATED: 06/11/2024*

**KELLY JO POPKIN**
(See above for address)
*TERMINATED: 06/11/2024*

**MAYA GINSBURG**
(See above for address)
*TERMINATED: 06/11/2024*

**SARA L MANDELBAUM**
(See above for address)
*TERMINATED: 06/11/2024*

**SHANNON MINTER**
(See above for address)
*TERMINATED: 06/11/2024*

**THOMAS EDWARD REDBURN , JR**
(See above for address)
*TERMINATED: 06/11/2024*

**Plaintiff**

**CHRISTINA COE**
*TERMINATED: 06/11/2024*

represented by **CHELSEA LEE DUNN**
(See above for address)
*TERMINATED: 06/11/2024*
*LEAD ATTORNEY*

**CHRISTOPHER F STOLL**
(See above for address)
*TERMINATED: 06/11/2024*
*LEAD ATTORNEY*

**LAWRENCE DEAN SILVERMAN**
(See above for address)
*TERMINATED: 06/11/2024*
*LEAD ATTORNEY*

**SIMONE MICHELLE CHRISS**
(See above for address)
*TERMINATED: 06/11/2024*
*LEAD ATTORNEY*

**STEPHANIE PERAL**
(See above for address)
*TERMINATED: 06/11/2024*
*LEAD ATTORNEY*

**AMI RAKESH PATEL**

(See above for address)
*TERMINATED: 06/11/2024*

**CHRISTOPHER M ERCHULL**
(See above for address)
*TERMINATED: 06/11/2024*

**CYNTHIA C WEAVER**
(See above for address)
*TERMINATED: 06/11/2024*

**JASON E STARR**
(See above for address)
*TERMINATED: 06/11/2024*

**JENNIFER LYNN LEVI**
(See above for address)
*TERMINATED: 06/11/2024*

**KELLY JO POPKIN**
(See above for address)
*TERMINATED: 06/11/2024*

**MAYA GINSBURG**
(See above for address)
*TERMINATED: 06/11/2024*

**SARA L MANDELBAUM**
(See above for address)
*TERMINATED: 06/11/2024*

**SHANNON MINTER**
(See above for address)
*TERMINATED: 06/11/2024*

**THOMAS EDWARD REDBURN , JR**
(See above for address)
*TERMINATED: 06/11/2024*

**Plaintiff**

**FIONA FOE**                                  represented by   **CHELSEA LEE DUNN**
*INDIVIDUALLY AND ON BEHALF OF*                               (See above for address)
*HER MINOR DAUGHTER*                                          *TERMINATED: 06/11/2024*
*TERMINATED: 06/11/2024*                                      *LEAD ATTORNEY*

                                                             **CHRISTOPHER F STOLL**
                                                             (See above for address)
                                                             *TERMINATED: 06/11/2024*
                                                             *LEAD ATTORNEY*

                                                             **LAWRENCE DEAN SILVERMAN**
                                                             (See above for address)
                                                             *TERMINATED: 06/11/2024*
                                                             *LEAD ATTORNEY*

                                                             **SIMONE MICHELLE CHRISS**
                                                             (See above for address)
                                                             *TERMINATED: 06/11/2024*
                                                             *LEAD ATTORNEY*

                                                             **STEPHANIE PERAL**
                                                             (See above for address)
                                                             *TERMINATED: 06/11/2024*
                                                             *LEAD ATTORNEY*

**AMI RAKESH PATEL**
(See above for address)
*TERMINATED: 06/11/2024*

**CHRISTOPHER M ERCHULL**
(See above for address)
*TERMINATED: 06/11/2024*

**CYNTHIA C WEAVER**
(See above for address)
*TERMINATED: 06/11/2024*

**JASON E STARR**
(See above for address)
*TERMINATED: 06/11/2024*

**JENNIFER LYNN LEVI**
(See above for address)
*TERMINATED: 06/11/2024*

**KELLY JO POPKIN**
(See above for address)
*TERMINATED: 06/11/2024*

**MAYA GINSBURG**
(See above for address)
*TERMINATED: 06/11/2024*

**SARA L MANDELBAUM**
(See above for address)
*TERMINATED: 06/11/2024*

**SHANNON MINTER**
(See above for address)
*TERMINATED: 06/11/2024*

**THOMAS EDWARD REDBURN , JR**
(See above for address)
*TERMINATED: 06/11/2024*

**Plaintiff**

**FREYA FOE**
*TERMINATED: 06/11/2024*

represented by   **CHELSEA LEE DUNN**
(See above for address)
*TERMINATED: 06/11/2024*
*LEAD ATTORNEY*

**CHRISTOPHER F STOLL**
(See above for address)
*TERMINATED: 06/11/2024*
*LEAD ATTORNEY*

**LAWRENCE DEAN SILVERMAN**
(See above for address)
*TERMINATED: 06/11/2024*
*LEAD ATTORNEY*

**SIMONE MICHELLE CHRISS**
(See above for address)
*TERMINATED: 06/11/2024*
*LEAD ATTORNEY*

**STEPHANIE PERAL**
(See above for address)

*TERMINATED: 06/11/2024*
*LEAD ATTORNEY*

**AMI RAKESH PATEL**
(See above for address)
*TERMINATED: 06/11/2024*

**CHRISTOPHER M ERCHULL**
(See above for address)
*TERMINATED: 06/11/2024*

**CYNTHIA C WEAVER**
(See above for address)
*TERMINATED: 06/11/2024*

**JASON E STARR**
(See above for address)
*TERMINATED: 06/11/2024*

**JENNIFER LYNN LEVI**
(See above for address)
*TERMINATED: 06/11/2024*

**KELLY JO POPKIN**
(See above for address)
*TERMINATED: 06/11/2024*

**MAYA GINSBURG**
(See above for address)
*TERMINATED: 06/11/2024*

**SARA L MANDELBAUM**
(See above for address)
*TERMINATED: 06/11/2024*

**SHANNON MINTER**
(See above for address)
*TERMINATED: 06/11/2024*

**THOMAS EDWARD REDBURN , JR**
(See above for address)
*TERMINATED: 06/11/2024*

**Plaintiff**

**LINDA LOE**                                   represented by   **CHRISTOPHER M ERCHULL**
*INDIVIDUALLY AND ON BEHALF OF*                                 (See above for address)
*HER MINOR DAUGHTER*                                            *TERMINATED: 06/11/2024*
*TERMINATED: 06/11/2024*
                                                               **CYNTHIA C WEAVER**
                                                               (See above for address)
                                                               *TERMINATED: 06/11/2024*

                                                               **MAYA GINSBURG**
                                                               (See above for address)
                                                               *TERMINATED: 06/11/2024*

                                                               **SHANNON MINTER**
                                                               (See above for address)
                                                               *TERMINATED: 06/11/2024*

                                                               **SIMONE MICHELLE CHRISS**
                                                               (See above for address)
                                                               *TERMINATED: 06/11/2024*

**THOMAS EDWARD REDBURN , JR**
(See above for address)
*TERMINATED: 06/11/2024*

**Plaintiff**

**LISA LOE**
*TERMINATED: 06/11/2024*

represented by **CHRISTOPHER M ERCHULL**
(See above for address)
*TERMINATED: 06/11/2024*

**CYNTHIA C WEAVER**
(See above for address)
*TERMINATED: 06/11/2024*

**MAYA GINSBURG**
(See above for address)
*TERMINATED: 06/11/2024*

**SHANNON MINTER**
(See above for address)
*TERMINATED: 06/11/2024*

**SIMONE MICHELLE CHRISS**
(See above for address)
*TERMINATED: 06/11/2024*

**THOMAS EDWARD REDBURN , JR**
(See above for address)
*TERMINATED: 06/11/2024*

**Plaintiff**

**GLORIA GOE**
*INDIVIDUALLY AND ON BEHALF OF
HER MINOR SON*

represented by **CHRISTOPHER M ERCHULL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CYNTHIA C WEAVER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MAYA GINSBURG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHANNON MINTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SIMONE MICHELLE CHRISS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**THOMAS EDWARD REDBURN , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**GAVIN GOE**

represented by **CHRISTOPHER M ERCHULL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CYNTHIA C WEAVER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MAYA GINSBURG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHANNON MINTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SIMONE MICHELLE CHRISS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**THOMAS EDWARD REDBURN , JR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **PATRICIA POE**<br>*INDIVIDUALLY AND ON BEHALF OF HER MINOR SON*<br>*TERMINATED: 06/11/2024* | represented by | **CHRISTOPHER M ERCHULL**<br>(See above for address)<br>*TERMINATED: 06/11/2024* |

**CYNTHIA C WEAVER**
(See above for address)
*TERMINATED: 06/11/2024*

**MAYA GINSBURG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHANNON MINTER**
(See above for address)
*TERMINATED: 06/11/2024*

**SIMONE MICHELLE CHRISS**
(See above for address)
*TERMINATED: 06/11/2024*

**THOMAS EDWARD REDBURN , JR**
(See above for address)
*TERMINATED: 06/11/2024*

**Plaintiff**

| | | |
|---|---|---|
| **PAUL POE**<br>*TERMINATED: 06/11/2024* | represented by | **CHRISTOPHER M ERCHULL**<br>(See above for address)<br>*TERMINATED: 06/11/2024* |

**CYNTHIA C WEAVER**
(See above for address)
*TERMINATED: 06/11/2024*

**MAYA GINSBURG**
(See above for address)
*TERMINATED: 06/11/2024*

**SHANNON MINTER**
(See above for address)
*TERMINATED: 06/11/2024*

**SIMONE MICHELLE CHRISS**
(See above for address)
*TERMINATED: 06/11/2024*

**THOMAS EDWARD REDBURN , JR**
(See above for address)

*TERMINATED: 06/11/2024*

**Plaintiff**

**LUCIEN HAMEL**                    represented by **CHRISTOPHER M ERCHULL**
                                    (See above for address)
                                    *ATTORNEY TO BE NOTICED*

                                    **SIMONE MICHELLE CHRISS**
                                    (See above for address)
                                    *ATTORNEY TO BE NOTICED*

                                    **THOMAS EDWARD REDBURN , JR**
                                    (See above for address)
                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**OLIVIA NOEL**                     represented by **CHRISTOPHER M ERCHULL**
*TERMINATED: 06/11/2024*            (See above for address)
                                    *TERMINATED: 06/11/2024*

                                    **SIMONE MICHELLE CHRISS**
                                    (See above for address)
                                    *TERMINATED: 06/11/2024*

                                    **THOMAS EDWARD REDBURN , JR**
                                    (See above for address)
                                    *TERMINATED: 06/11/2024*

**Plaintiff**

**REBECCA CRUZ EVIA**               represented by **CHRISTOPHER M ERCHULL**
*TERMINATED: 06/11/2024*            (See above for address)
                                    *TERMINATED: 06/11/2024*

                                    **SIMONE MICHELLE CHRISS**
                                    (See above for address)
                                    *TERMINATED: 06/11/2024*

                                    **THOMAS EDWARD REDBURN , JR**
                                    (See above for address)
                                    *TERMINATED: 06/11/2024*

**Plaintiff**

**KAI POPE**                        represented by **CHRISTOPHER M ERCHULL**
*TERMINATED: 06/11/2024*            (See above for address)
                                    *TERMINATED: 06/11/2024*

                                    **SIMONE MICHELLE CHRISS**
                                    (See above for address)
                                    *TERMINATED: 06/11/2024*

                                    **THOMAS EDWARD REDBURN , JR**
                                    (See above for address)
                                    *TERMINATED: 06/11/2024*

V.

**Defendant**

**JOSEPH A LADAPO**                 represented by **EMILY J WITTHOEFT**
*IN HIS OFFICIAL CAPACITY AS*       FLORIDA ATTORNEY GENERAL'S
*FLORIDAS SURGEON GENERAL OF*       OFFICE
*THE FLORIDA DEPARTMENT OF*         107 W GAINES STREET

*HEALTH*

TALLAHASSEE, FL 32399
813−287−7900
Email: emily.witthoeft@myfloridalegal.com
*ATTORNEY TO BE NOTICED*

**GARY VERGIL PERKO**
HOLTZMAN VOGEL − TALLAHASSEE
FL
119 S MONROE STREET
SUITE 500
TALLAHASSEE, FL 32301
850−391−0502
Email: gperko@HoltzmanVogel.com
*ATTORNEY TO BE NOTICED*

**HENRY CHARLES WHITAKER**
FLORIDA OFFICE OF THE ATTORNEY
GENERAL
PL−01 THE CAPITOL
TALLAHASSEE, FL 32399−1050
850−414−3688
Email: henry.whitaker@myfloridalegal.com
*ATTORNEY TO BE NOTICED*

**JAMES HAMILTON PERCIVAL , II**
FLORIDA ATTORNEY GENERALS
OFFICE
OFFICE OF THE ATTORNEY
GENERAL
Pl−01
THE CAPITOL
TALLAHASSEE, FL 32399
850−414−3300
Email: james.percival@myfloridalegal.com
*ATTORNEY TO BE NOTICED*

**JOSEPH EDWARD HART**
FLORIDA OFFICE OF INSURANCE
REGULATION
EXECUTIVE STAFF
LARSON BUILDING
200 EAST GAINES STREET
SUITE 647
TALLAHASSEE, FL 32399−4206
850−413−3110
Email: joseph.hart@myfloridalegal.com
*TERMINATED: 10/20/2023*

**JOSHUA E PRATT**
HOLTZMAN VOGEL − TALLAHASSEE
FL
119 S MONROE STREET
SUITE 500
TALLAHASSEE, FL 32301
850−566−7610
Email: josh.e.pratt@gmail.com
*TERMINATED: 04/30/2024*

**MICHAEL ROBERT BEATO**
HOLTZMAN VOGEL − TALLAHASSEE
FL
119 S MONROE STREET
SUITE 500
TALLAHASSEE, FL 32301
850−566−7610

Email: mbeato@holtzmanvogel.com
*ATTORNEY TO BE NOTICED*

**MOHAMMAD OMAR JAZIL**
HOLTZMAN VOGEL − TALLAHASSEE
FL
119 S MONROE STREET
SUITE 500
TALLAHASSEE, FL 32301
850−391−0503
Email: mjazil@holtzmanvogel.com
*ATTORNEY TO BE NOTICED*

**WILLIAM HENRY STAFFORD , III**
ATTORNEY GENERAL − PL−01 −
TALLAHASSEE FL
STATE OF FLORIDA
PL 01 THE CAPITOL
400 S MONROE ST
TALLAHASSEE, FL 32399
850/414−3785
Fax: 850/413−7555
Email: william.stafford@myfloridalegal.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**FLORIDA BOARD OF MEDICINE**
*TERMINATED: 06/11/2024*

represented by **EMILY J WITTHOEFT**
(See above for address)
*TERMINATED: 06/11/2024*

**GARY VERGIL PERKO**
(See above for address)
*TERMINATED: 06/11/2024*

**JOSHUA E PRATT**
(See above for address)
*TERMINATED: 04/30/2024*

**MICHAEL ROBERT BEATO**
(See above for address)
*TERMINATED: 06/11/2024*

**MOHAMMAD OMAR JAZIL**
(See above for address)
*TERMINATED: 06/11/2024*

**WILLIAM HENRY STAFFORD , III**
(See above for address)
*TERMINATED: 06/11/2024*

**Defendant**

**SCOT ACKERMAN**
*IN HIS OFFICIAL CAPACITY AS
MEMBER OF THE FLORIDA BOARD
OF MEDICINE*

represented by **EMILY J WITTHOEFT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARY VERGIL PERKO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOSHUA E PRATT**
(See above for address)
*TERMINATED: 04/30/2024*
*ATTORNEY TO BE NOTICED*

**MICHAEL ROBERT BEATO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MOHAMMAD OMAR JAZIL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM HENRY STAFFORD , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**NICHOLAS W ROMANELLO**          represented by   **EMILY J WITTHOEFT**
*IN HIS OFFICIAL CAPACITY AS*                      (See above for address)
*MEMBER OF THE FLORIDA BOARD*                      *ATTORNEY TO BE NOTICED*
*OF MEDICINE*

**GARY VERGIL PERKO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOSHUA E PRATT**
(See above for address)
*TERMINATED: 04/30/2024*

**MICHAEL ROBERT BEATO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MOHAMMAD OMAR JAZIL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM HENRY STAFFORD , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**WAEL BARSOUM**          represented by   **EMILY J WITTHOEFT**
*IN HIS OFFICIAL CAPACITY AS*                      (See above for address)
*MEMBER OF THE FLORIDA BOARD*                      *ATTORNEY TO BE NOTICED*
*OF MEDICINE*

**GARY VERGIL PERKO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOSHUA E PRATT**
(See above for address)
*TERMINATED: 04/30/2024*
*ATTORNEY TO BE NOTICED*

**MICHAEL ROBERT BEATO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MOHAMMAD OMAR JAZIL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM HENRY STAFFORD , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**MATTHEW R BENSON**
*IN HIS OFFICIAL CAPACITY AS*
*MEMBER OF THE FLORIDA BOARD*
*OF MEDICINE*

represented by **EMILY J WITTHOEFT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARY VERGIL PERKO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOSHUA E PRATT**
(See above for address)
*TERMINATED: 04/30/2024*
*ATTORNEY TO BE NOTICED*

**MICHAEL ROBERT BEATO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MOHAMMAD OMAR JAZIL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM HENRY STAFFORD , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**GREGORY COFFMAN**
*IN HIS OFFICIAL CAPACITY AS*
*MEMBER OF THE FLORIDA BOARD*
*OF MEDICINE*

represented by **EMILY J WITTHOEFT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARY VERGIL PERKO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOSHUA E PRATT**
(See above for address)
*TERMINATED: 04/30/2024*
*ATTORNEY TO BE NOTICED*

**MICHAEL ROBERT BEATO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MOHAMMAD OMAR JAZIL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM HENRY STAFFORD , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**AMY DERICK**
*IN HER OFFICIAL CAPACITY AS*
*MEMBER OF THE FLORIDA BOARD*
*OF MEDICINE*

represented by **EMILY J WITTHOEFT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARY VERGIL PERKO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOSHUA E PRATT**
(See above for address)

*TERMINATED: 04/30/2024*
*ATTORNEY TO BE NOTICED*

**MICHAEL ROBERT BEATO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MOHAMMAD OMAR JAZIL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM HENRY STAFFORD , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**DAVID DIAMOND**
*IN HIS OFFICIAL CAPACITY AS*
*MEMBER OF THE FLORIDA BOARD*
*OF MEDICINE*

represented by   **EMILY J WITTHOEFT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARY VERGIL PERKO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOSHUA E PRATT**
(See above for address)
*TERMINATED: 04/30/2024*
*ATTORNEY TO BE NOTICED*

**MICHAEL ROBERT BEATO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MOHAMMAD OMAR JAZIL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM HENRY STAFFORD , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**PATRICK HUNTER**
*IN HIS OFFICIAL CAPACITY AS*
*MEMBER OF THE FLORIDA BOARD*
*OF MEDICINE*

represented by   **EMILY J WITTHOEFT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARY VERGIL PERKO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOSHUA E PRATT**
(See above for address)
*TERMINATED: 04/30/2024*
*ATTORNEY TO BE NOTICED*

**MICHAEL ROBERT BEATO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MOHAMMAD OMAR JAZIL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM HENRY STAFFORD , III**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**LUZ MARINA PAGES**
*IN HER OFFICIAL CAPACITY AS*
*MEMBER OF THE FLORIDA BOARD*
*OF MEDICINE*

represented by **JOSHUA E PRATT**
(See above for address)
*TERMINATED: 04/30/2024*
*LEAD ATTORNEY*

**EMILY J WITTHOEFT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARY VERGIL PERKO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICHAEL ROBERT BEATO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MOHAMMAD OMAR JAZIL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM HENRY STAFFORD , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**ELEONOR PIMENTEL**
*IN HER OFFICIAL CAPACITY AS*
*MEMBER OF THE FLORIDA BOARD*
*OF MEDICINE*

represented by **EMILY J WITTHOEFT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARY VERGIL PERKO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOSHUA E PRATT**
(See above for address)
*TERMINATED: 04/30/2024*

**MICHAEL ROBERT BEATO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MOHAMMAD OMAR JAZIL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM HENRY STAFFORD , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**HECTOR VILA**
*IN HIS OFFICIAL CAPACITY AS*
*MEMBER OF THE FLORIDA BOARD*
*OF MEDICINE*

represented by **EMILY J WITTHOEFT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARY VERGIL PERKO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOSHUA E PRATT**
(See above for address)
*TERMINATED: 04/30/2024*

**MICHAEL ROBERT BEATO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MOHAMMAD OMAR JAZIL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM HENRY STAFFORD , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**MICHAEL WASYLIK**
*IN HIS OFFICIAL CAPACITY AS*
*MEMBER OF THE FLORIDA BOARD*
*OF MEDICINE*

represented by **EMILY J WITTHOEFT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARY VERGIL PERKO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOSHUA E PRATT**
(See above for address)
*TERMINATED: 04/30/2024*

**MICHAEL ROBERT BEATO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MOHAMMAD OMAR JAZIL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM HENRY STAFFORD , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**ZACHARIAH P ZACHARIAH**
*IN HIS OFFICIAL CAPACITY AS*
*MEMBER OF THE FLORIDA BOARD*
*OF MEDICINE*

represented by **EMILY J WITTHOEFT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARY VERGIL PERKO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOSHUA E PRATT**
(See above for address)
*TERMINATED: 04/30/2024*

**MICHAEL ROBERT BEATO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MOHAMMAD OMAR JAZIL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM HENRY STAFFORD , III**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Defendant**

**MARIA GARCIA**
*IN HER OFFICIAL CAPACITY AS
MEMBER OF THE FLORIDA BOARD
OF MEDICINE*

represented by **EMILY J WITTHOEFT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARY VERGIL PERKO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOSHUA E PRATT**
(See above for address)
*TERMINATED: 04/30/2024*
*ATTORNEY TO BE NOTICED*

**MICHAEL ROBERT BEATO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MOHAMMAD OMAR JAZIL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM HENRY STAFFORD , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**NICOLE JUSTICE**
*IN HER OFFICIAL CAPACITY AS
MEMBER OF THE FLORIDA BOARD
OF MEDICINE*

represented by **EMILY J WITTHOEFT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARY VERGIL PERKO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOSHUA E PRATT**
(See above for address)
*TERMINATED: 04/30/2024*

**MICHAEL ROBERT BEATO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MOHAMMAD OMAR JAZIL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM HENRY STAFFORD , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**FLORIDA BOARD OF
OSTEOPATHIC MEDICINE**
*TERMINATED: 06/11/2024*

represented by **EMILY J WITTHOEFT**
(See above for address)
*TERMINATED: 06/11/2024*

**GARY VERGIL PERKO**
(See above for address)
*TERMINATED: 06/11/2024*

**JOSHUA E PRATT**

(See above for address)
*TERMINATED: 04/30/2024*

**MICHAEL ROBERT BEATO**
(See above for address)
*TERMINATED: 06/11/2024*

**MOHAMMAD OMAR JAZIL**
(See above for address)
*TERMINATED: 06/11/2024*

**WILLIAM HENRY STAFFORD , III**
(See above for address)
*TERMINATED: 06/11/2024*

**Defendant**

**WATSON DUCATEL**
*IN HIS OFFICIAL CAPACITY AS
MEMBER OF THE FLORIDA BOARD
OF OSTEOPATHIC MEDICINE*

represented by **EMILY J WITTHOEFT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARY VERGIL PERKO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOSHUA E PRATT**
(See above for address)
*TERMINATED: 04/30/2024*
*ATTORNEY TO BE NOTICED*

**MICHAEL ROBERT BEATO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MOHAMMAD OMAR JAZIL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM HENRY STAFFORD , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**TIFFANY SIZEMORE DI PIETRO**
*IN HER OFFICIAL CAPACITY AS
MEMBER OF THE FLORIDA BOARD
OF OSTEOPATHIC MEDICINE*

represented by **EMILY J WITTHOEFT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARY VERGIL PERKO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOSHUA E PRATT**
(See above for address)
*TERMINATED: 04/30/2024*
*ATTORNEY TO BE NOTICED*

**MICHAEL ROBERT BEATO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MOHAMMAD OMAR JAZIL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM HENRY STAFFORD , III**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**GREGORY WILLIAMS**
*IN HIS OFFICIAL CAPACITY AS*
*MEMBER OF THE FLORIDA BOARD*
*OF OSTEOPATHIC MEDICINE*

represented by **EMILY J WITTHOEFT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARY VERGIL PERKO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOSHUA E PRATT**
(See above for address)
*TERMINATED: 04/30/2024*

**MICHAEL ROBERT BEATO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MOHAMMAD OMAR JAZIL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM HENRY STAFFORD , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**MONICA M MORTENSEN**
*IN HER OFFICIAL CAPACITY AS*
*MEMBER OF THE FLORIDA BOARD*
*OF OSTEOPATHIC MEDICINE*

represented by **EMILY J WITTHOEFT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARY VERGIL PERKO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOSHUA E PRATT**
(See above for address)
*TERMINATED: 04/30/2024*

**MICHAEL ROBERT BEATO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MOHAMMAD OMAR JAZIL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM HENRY STAFFORD , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**VALERIE JACKSON**
*IN HER OFFICIAL CAPACITY AS*
*MEMBER OF THE FLORIDA BOARD*
*OF OSTEOPATHIC MEDICINE*

represented by **EMILY J WITTHOEFT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARY VERGIL PERKO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOSHUA E PRATT**

(See above for address)
*TERMINATED: 04/30/2024*

**MICHAEL ROBERT BEATO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MOHAMMAD OMAR JAZIL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM HENRY STAFFORD , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**CHRIS CREEGAN**
*IN HIS OFFICIAL CAPACITY AS
MEMBER OF THE FLORIDA BOARD
OF OSTEOPATHIC MEDICINE*

represented by **EMILY J WITTHOEFT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARY VERGIL PERKO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOSHUA E PRATT**
(See above for address)
*TERMINATED: 04/30/2024*
*ATTORNEY TO BE NOTICED*

**MICHAEL ROBERT BEATO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MOHAMMAD OMAR JAZIL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM HENRY STAFFORD , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**WILLIAM D KIRSH**
*IN HIS OFFICIAL CAPACITY AS
MEMBER OF THE FLORIDA BOARD
OF OSTEOPATHIC MEDICINE*

represented by **EMILY J WITTHOEFT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARY VERGIL PERKO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOSHUA E PRATT**
(See above for address)
*TERMINATED: 04/30/2024*

**MICHAEL ROBERT BEATO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MOHAMMAD OMAR JAZIL**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM HENRY STAFFORD , III**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Defendant**

**ASHLEY MOODY**
*IN HER OFFICIAL CAPACITY AS*
*ATTORNEY GENERAL FOR THE*
*STATE OF FLORIDA*
*TERMINATED: 06/15/2023*

represented by **WILLIAM HENRY STAFFORD , III**
(See above for address)
*TERMINATED: 06/15/2023*

**Defendant**

**GINGER B MADDEN**
*IN HER OFFICIAL CAPACTY AS STATE*
*ATTORNEY FOR THE FIRST JUDICIAL*
*OF FLORIDA*
*TERMINATED: 06/22/2023*

represented by **ARTHUR IVAN JACOBS**
JACOBS SCHOLZ & WYLER LLC −
FERNANDINA BEACH FL
961687 GATEWAY BOULEVARD
SUITE 201−I
FERNANDINA BEACH, FL 32034
904−261−3693
Email: buddy@jswflorida.com
*TERMINATED: 06/22/2023*

**Defendant**

**JACK CAMPBELL**
*IN HIS OFFICIAL CAPACITY AS STATE*
*ATTORNEY FOR THE SECOND*
*JUDICIAL CIRCUIT OF FLORIDA*
*TERMINATED: 06/22/2023*

represented by **ARTHUR IVAN JACOBS**
(See above for address)
*TERMINATED: 06/22/2023*

**Defendant**

**JOHN DURRETT**
*IN HIS OFFICIAL CAPACITY AS STATE*
*ATTORNEY FOR THE THIRD*
*JUDICIAL CIRCUIT OF FLORIDA*
*TERMINATED: 06/22/2023*

represented by **ARTHUR IVAN JACOBS**
(See above for address)
*TERMINATED: 06/22/2023*

**Defendant**

**MELISSA NELSON**
*IN HER OFFICIAL CAPACITY AS*
*STATE ATTORNEY FOR THE FOURTH*
*JUDICIAL CIRCUIT OF FLORIDA*
*TERMINATED: 06/22/2023*

represented by **ARTHUR IVAN JACOBS**
(See above for address)
*TERMINATED: 06/22/2023*
*LEAD ATTORNEY*

**Defendant**

**WILLIAM GLADSON**
*IN HIS OFFICIAL CAPACITY AS STATE*
*ATTORNEY FOR THE FIFTH*
*JUDICIAL CIRCUIT OF FLORIDA*
*TERMINATED: 06/11/2024*

represented by **ARTHUR IVAN JACOBS**
(See above for address)
*TERMINATED: 06/11/2024*

**EMILY J WITTHOEFT**
(See above for address)
*TERMINATED: 06/11/2024*

**HENRY CHARLES WHITAKER**
(See above for address)
*TERMINATED: 06/11/2024*

**JAMES HAMILTON PERCIVAL , II**
(See above for address)
*TERMINATED: 06/11/2024*

**JOSEPH EDWARD HART**
(See above for address)
*TERMINATED: 10/20/2023*

**WILLIAM HENRY STAFFORD , III**
(See above for address)
*TERMINATED: 06/22/2023*

**Defendant**

**BRUCE BARTLETT**                          represented by   **ARTHUR IVAN JACOBS**
*IN HIS OFFICIAL CAPACITY AS STATE*                      (See above for address)
*ATTORNEY FOR THE SIXTH JUDICIAL*                        *TERMINATED: 06/22/2023*
*CIRCUIT OF FLORIDA*
*TERMINATED: 06/22/2023*

**Defendant**

**R J LARIZZA**                             represented by   **ARTHUR IVAN JACOBS**
*IN HIS OFFICIAL CAPACITY AS STATE*                      (See above for address)
*ATTORNEY FOR THE SEVENTH*                               *TERMINATED: 06/22/2023*
*JUDICIAL CIRCUIT OF FLORIDA*
*TERMINATED: 06/22/2023*

**Defendant**

**BRIAN S KRAMER**                          represented by   **ARTHUR IVAN JACOBS**
*IN HIS OFFICIAL CAPACITY AS STATE*                      (See above for address)
*ATTORNEY FOR THE EIGHTH*                                *TERMINATED: 06/22/2023*
*JUDICIAL CIRCUIT OF FLORIDA*
*TERMINATED: 06/22/2023*

**Defendant**

**BRIAN HAAS**                              represented by   **ARTHUR IVAN JACOBS**
*IN HIS OFFICIAL CAPACITY AS STATE*                      (See above for address)
*ATTORNEY FOR THE TENTH*                                 *TERMINATED: 06/22/2023*
*JUDICIAL CIRCUIT OF FLORIDA*
*TERMINATED: 06/22/2023*

**Defendant**

**KATHERINE FERNANDEZ**                     represented by   **ARTHUR IVAN JACOBS**
**RUNDLE**                                               (See above for address)
*IN HER OFFICIAL CAPACITY AS*                            *TERMINATED: 06/22/2023*
*STATE ATTORNEY FOR THE*
*ELEVENTH JUDICIAL CIRCUIT OF*
*FLORIDA*
*TERMINATED: 06/22/2023*

**Defendant**

**ED BRODSKY**                              represented by   **ARTHUR IVAN JACOBS**
*IN HIS OFFICIAL CAPACITY AS STATE*                      (See above for address)
*ATTORNEY FOR THE TWELFTH*                               *TERMINATED: 06/22/2023*
*JUDICIAL CIRCUIT OF FLORIDA*
*TERMINATED: 06/22/2023*

**Defendant**

**DAVE ARONBERG**                           represented by   **ARTHUR IVAN JACOBS**
*IN HIS OFFICIAL CAPACITY AS STATE*                      (See above for address)
*ATTORNEY FOR THE FIFTEENTH*                             *TERMINATED: 06/22/2023*
*JUDICIAL CIRCUIT OF FLORIDA*
*TERMINATED: 06/22/2023*

**Defendant**

**DENNIS WARD**                             represented by   **ARTHUR IVAN JACOBS**
*IN HIS OFFICIAL CAPACITY AS STATE*                      (See above for address)
*ATTORNEY FOR THE SIXHTHEENTH*                           *TERMINATED: 06/22/2023*

*JUDICIAL CIRCUIT OF FLORIDA*
*TERMINATED: 06/22/2023*

**Defendant**

**HAROLD F PRYOR**
*IN HIS OFFICIAL CAPACITY AS STATE*
*ATTORNEY FOR THE SEVENTEENTH*
*JUDICIAL CIRCUIT OF FLORIDA*
*TERMINATED: 06/22/2023*

represented by **ARTHUR IVAN JACOBS**
(See above for address)
*TERMINATED: 06/22/2023*

**Defendant**

**PHIL ARCHER**
*IN HIS OFFICIAL CAPACITY AS STATE*
*ATTORNEY FOR THE EIGHTEENTH*
*JUDICIAL CIRCUIT OF FLORIDA*
*TERMINATED: 06/22/2023*

represented by **ARTHUR IVAN JACOBS**
(See above for address)
*TERMINATED: 06/22/2023*

**Defendant**

**THOMAS BAKKEDAHL**
*IN HIS OFFICIAL CAPACITY AS STATE*
*ATTORNEY FOR THE NINETEENTH*
*JUDICIAL CIRCUIT OF FLORIDA*
*TERMINATED: 06/22/2023*

represented by **ARTHUR IVAN JACOBS**
(See above for address)
*TERMINATED: 06/22/2023*

**Defendant**

**AMIRA D FOX**
*IN HIS OFFICIAL CAPACITY AS STATE*
*ATTORNEY FOR THE TWENTIETH*
*JUDICIAL CIRCUIT OF FLORIDA*
*TERMINATED: 06/22/2023*

represented by **ARTHUR IVAN JACOBS**
(See above for address)
*TERMINATED: 06/22/2023*

**Defendant**

**MONIQUE H WORRELL**
*IN HER OFFICIAL CAPACITY AS*
*STATE ATTORNEY FOR THE NINTH*
*JUDICIAL CIRCUIT OF FLORIDA*
*TERMINATED: 06/22/2023*

represented by **ARTHUR IVAN JACOBS**
(See above for address)
*TERMINATED: 06/22/2023*

**Defendant**

**LARRY BASFORD**
*IN HIS OFFICIAL CAPACITY AS STATE*
*ATTORNEY FOR THE FOURTEENTH*
*JUDICIAL CIRCUIT OF FLORIDA*
*TERMINATED: 06/22/2023*

represented by **ARTHUR IVAN JACOBS**
(See above for address)
*TERMINATED: 06/22/2023*

**Defendant**

**SUSAN S LOPEZ**
*IN HER OFFICIAL CAPACITY AS*
*STATE ATTORNEY FOR THE*
*THIRTEENTH JUDICIAL CIRCUIT OF*
*FLORIDA*
*TERMINATED: 06/22/2023*

represented by **ARTHUR IVAN JACOBS**
(See above for address)
*TERMINATED: 06/22/2023*

**Amicus**

**AMERICAN ACADEMY OF**
**PEDIATRICS**

represented by **CORTLIN HALL LANNIN**
COVINGTON & BURLING LLP − SAN
FRANCISCO CA
415 MISSION STREET
SUITE 5400
SAN FRANCISCO, CA 94105

415−591−7078
Email: clannin@cov.com
*ATTORNEY TO BE NOTICED*

**D JEAN VETA**
COVINGTON & BURLING LLP −
WASHINGTON DC
ONE CITY CENTER
850 TENTH ST NW
WASHINGTON, DC 20001
202−662−5294
Email: jveta@cov.com
*ATTORNEY TO BE NOTICED*

**EMILY MICHELLE MONDRY**
COVINGTON & BURLING LLP −
WASHINGTON DC
ONE CITY CENTER
850 TENTH ST NW
WASHINGTON, DC 20001
202−662−5075
Email: emondry@cov.com
*ATTORNEY TO BE NOTICED*

**NOAH SHEA GOLDBERG**
COVINGTON & BURLING LLP −
WASHINGTON DC
ONE CITY CENTER
850 TENTH ST NW
WASHINGTON, DC 20001
202−662−5179
Email: ngoldberg@cov.com
*ATTORNEY TO BE NOTICED*

**WILLIAM R ISASI**
COVINGTON & BURLING LLP −
WASHINGTON DC
ONE CITY CENTER
850 TENTH ST NW
WASHINGTON, DC 20001
202−662−5102
Fax: 202−778−5102
Email: wisasi@cov.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**ACADEMIC PEDIATRIC ASSOCIATION**

represented by **CORTLIN HALL LANNIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**D JEAN VETA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EMILY MICHELLE MONDRY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NOAH SHEA GOLDBERG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM R ISASI**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **AMERICAN ACADEMY OF CHILD & ADOLESCENT PSYCHIATRY** | represented by | **CORTLIN HALL LANNIN** |

(See above for address)
*ATTORNEY TO BE NOTICED*

**D JEAN VETA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EMILY MICHELLE MONDRY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NOAH SHEA GOLDBERG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM R ISASI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **AMERICAN ACADEMY OF FAMILY PHYSICIANS** | represented by | **CORTLIN HALL LANNIN** |

(See above for address)
*ATTORNEY TO BE NOTICED*

**D JEAN VETA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EMILY MICHELLE MONDRY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NOAH SHEA GOLDBERG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM R ISASI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **AMERICAN ACADEMY OF NURSING** | represented by | **CORTLIN HALL LANNIN** |

(See above for address)
*ATTORNEY TO BE NOTICED*

**D JEAN VETA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EMILY MICHELLE MONDRY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NOAH SHEA GOLDBERG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM R ISASI**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Amicus**

**AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS INC**
*doing business as*
GLMA: HEALTH PROFESSIONALS ADVANCING LGBTQ EQUALITY

represented by **CORTLIN HALL LANNIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**D JEAN VETA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EMILY MICHELLE MONDRY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NOAH SHEA GOLDBERG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM R ISASI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS**

represented by **CORTLIN HALL LANNIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**D JEAN VETA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EMILY MICHELLE MONDRY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NOAH SHEA GOLDBERG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM R ISASI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**AMERICAN COLLEGE OF OSTEOPATHIC PEDIATRICIANS**

represented by **CORTLIN HALL LANNIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**D JEAN VETA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EMILY MICHELLE MONDRY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NOAH SHEA GOLDBERG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM R ISASI**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Amicus**

**AMERICAN COLLEGE OF PHYSICIANS**

represented by **CORTLIN HALL LANNIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**D JEAN VETA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EMILY MICHELLE MONDRY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NOAH SHEA GOLDBERG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM R ISASI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**AMERICAN MEDICAL ASSOCIATION**

represented by **CORTLIN HALL LANNIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**D JEAN VETA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EMILY MICHELLE MONDRY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NOAH SHEA GOLDBERG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM R ISASI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**AMERICAN PEDIATRIC SOCIETY**

represented by **CORTLIN HALL LANNIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**D JEAN VETA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EMILY MICHELLE MONDRY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NOAH SHEA GOLDBERG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM R ISASI**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **ASSOCIATION OF AMERICAN MEDICAL COLLEGES** | represented by | **CORTLIN HALL LANNIN**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**D JEAN VETA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EMILY MICHELLE MONDRY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NOAH SHEA GOLDBERG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM R ISASI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **ASSOCIATION OF MEDICAL SCHOOL PEDIATRIC DEPARTMENT CHAIRS INC** | represented by | **CORTLIN HALL LANNIN**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**D JEAN VETA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EMILY MICHELLE MONDRY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NOAH SHEA GOLDBERG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM R ISASI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **ENDOCRINE SOCIETY** | represented by | **CORTLIN HALL LANNIN**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**D JEAN VETA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NOAH SHEA GOLDBERG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM R ISASI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**FLORIDA CHAPTER OF THE**
**AMERICAN ACADEMY OF**
**PEDIATRICS**

represented by   **CORTLIN HALL LANNIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**D JEAN VETA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EMILY MICHELLE MONDRY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NOAH SHEA GOLDBERG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM R ISASI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**NATIONAL ASSOCIATION OF**
**PEDIATRIC NURSE**
**PRACTITIONERS**

represented by   **CORTLIN HALL LANNIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**D JEAN VETA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EMILY MICHELLE MONDRY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NOAH SHEA GOLDBERG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM R ISASI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**PEDIATRIC ENDOCRINE SOCIETY**

represented by   **CORTLIN HALL LANNIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**D JEAN VETA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EMILY MICHELLE MONDRY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NOAH SHEA GOLDBERG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM R ISASI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **SOCIETIES FOR PEDIATRIC UROLOGY** | represented by | **CORTLIN HALL LANNIN**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **D JEAN VETA**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **EMILY MICHELLE MONDRY**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **NOAH SHEA GOLDBERG**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **WILLIAM R ISASI**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**<u>Amicus</u>**

| | | |
|---|---|---|
| **SOCIETY FOR ADOLESCENT HEALTH AND MEDICINE** | represented by | **CORTLIN HALL LANNIN**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **D JEAN VETA**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **EMILY MICHELLE MONDRY**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **NOAH SHEA GOLDBERG**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **WILLIAM R ISASI**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**<u>Amicus</u>**

| | | |
|---|---|---|
| **SOCIETY FOR PEDIATRIC RESEARCH** | represented by | **CORTLIN HALL LANNIN**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **D JEAN VETA**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **EMILY MICHELLE MONDRY**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **NOAH SHEA GOLDBERG**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **WILLIAM R ISASI**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**<u>Amicus</u>**

**SOCIETY OF PEDIATRIC NURSES**  represented by **CORTLIN HALL LANNIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**D JEAN VETA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EMILY MICHELLE MONDRY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NOAH SHEA GOLDBERG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM R ISASI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**WORLD PROFESSIONAL**  represented by **CORTLIN HALL LANNIN**
**ASSOCIATION FOR**  (See above for address)
**TRANSGENDER HEALTH**  *ATTORNEY TO BE NOTICED*

**D JEAN VETA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EMILY MICHELLE MONDRY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**NOAH SHEA GOLDBERG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM R ISASI**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/23/2023 | 1 | COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF PRELIMINARY STATEMENT. ( Filing fee $ 402 receipt number AFLNDC−7783100.), filed by Fiona Foe, SUSAN DOE, JANE DOE, Christina Coe, Brenda Boe, Freya Foe, Bennett Boe, Carla Coe. (Attachments: # 1 Civil Cover Sheet) (SILVERMAN, LAWRENCE) Modified to edit title on 3/24/2023 (rcb). (Entered: 03/23/2023) |
| 03/24/2023 | 2 | DOCKET ANNOTATION BY COURT: Re 1 Complaint.**Party names (including aliases) are to be added using all caps and no punctuation. (See "Style Guide for Electronic Case Filing," available on Clerk's website.) The party names will be corrected by the clerk. Further, counsel is advised by this entry, that a Civil Cover Sheet must be filed as a separate entry using the event selection "Civil Cover Sheet" which is found under "Other Filings" under "Other Documents". PLEASE RE−FILE THE CIVIL COVER SHEET.** (rcb) (Entered: 03/24/2023) |
| 03/24/2023 | | Set Deadline−Attorney Admissions for Kelly Jo Popkin, Sara Mandelbaum, Jennifer Levi, Chris Erchull,Jason Starr & Ami Patel due by **4/7/2023**. (rcb)**Attorney Admissions Email & Letter Forwarded** (Entered: 03/24/2023) |
| 03/24/2023 | 3 | CIVIL COVER SHEET. (SILVERMAN, LAWRENCE) (Entered: 03/24/2023) |

| 03/24/2023 | 4 | NOTICE *Plaintiffs' Notice of Filing Summonses* by Bennett Boe, Brenda Boe, Carla Coe, Christina Coe, JANE DOE, SUSAN DOE, Fiona Foe, Freya Foe re 1 Complaint, (Attachments: # 1 Summons, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Summons, # 7 Summons, # 8 Summons, # 9 Summons, # 10 Summons, # 11 Summons, # 12 Summons, # 13 Summons, # 14 Summons, # 15 Summons, # 16 Summons, # 17 Summons, # 18 Summons, # 19 Summons, # 20 Summons, # 21 Summons, # 22 Summons, # 23 Summons, # 24 Summons, # 25 Summons) (SILVERMAN, LAWRENCE) (Entered: 03/24/2023) |
| --- | --- | --- |
| 03/24/2023 | 5 | NOTICE *Plaintiffs' Notice of Similar Case* by Bennett Boe, Brenda Boe, Carla Coe, Christina Coe, JANE DOE, SUSAN DOE, Fiona Foe, Freya Foe (SILVERMAN, LAWRENCE) (Entered: 03/24/2023) |
| 03/27/2023 | 6 | Summons Issued as to SCOT ACKERMAN, WAEL BARSOUM, Matthew R. Benson, Gregory Coffman, Chris Creegan, Amy Derick, David Diamond, Watson Ducatel, FLORIDA BOARD OF MEDICINE, MARIA GARCIA, Patrick Hunter, Valerie Jackson, Nicole Justice, William D. Kirsh, Joseph A. Ladapo, Monica M. Mortensen, Luz Marina Pages, Eleonor Pimentel, Nicholas W. Romanello, Tiffany Sizemore Di Pietro, Hector Vila, GREGORY WILLIAMS. (Attachments: # 1 Florida Board of Osteopathic Medicine c/o William D. Kirsh, Member of the Florida Board of Osteopathic Medicine, # 2 Florida Board of Osteopathic Medicine c/o Watson Ducatel, Member of the Florida Board of Osteopathic Medicine, # 3 Florida Board of Medicine c/o Patrick Hunter, Member of the Florida Board of Medicine, # 4 Florida Board of Medicine c/o Nicole Justice, Member of the Florida Board of Medicine, # 5 Florida Board of Medicine c/o David Diamond, Member of the Florida Board of Medicine, # 6 Florida Board of Medicine c/o Amy Derick, Member of the Florida Board of Medicine, # 7 Florida Board of Osteopathic Medicine c/o Chris Creegan, Member of the Florida Board of Osteopathic Medicine, # 8 Florida Board of Medicine c/o Wael Barsoum, Member of the Florida Board of Medicine, # 9 Florida Board of Osteopathic Medicine c/o Valerie Jackson, Member of the Florida Board of Osteopathic Medicine, # 10 Florida Board of Osteopathic Medicine c/o Tiffany Sizemore Di Pietro, Chair, # 11 Florida Board of Medicine c/o Scot Ackerman, Chair, # 12 Florida Board of Osteopathic Medicine c/o Monica M. Mortensen, Member of the Florida Board of Osteopathic Medicine, # 13 Florida Board of Medicine c/o Hector Vila, Member of the Florida Board of Medicine, # 14 Florida Board of Osteopathic Medicine c/o Gregory Williams, Member of the Florida Board of Osteopathic Medicine, # 15 Florida Board of Medicine c/o Nicole Justice, Member of the Florida Board of Medicine, # 16 Florida Board of Medicine c/o Nicholas W. Romanello, Member of the Florida Board of Medicine, # 17 Florida Board of Medicine c/o Matthew R. Benson, Member of the Florida Board of Medicine, # 18 Florida Board of Medicine c/o Maria Garcia, Member of the Florida Board of Medicine, # 19 Florida Board of Medicine c/o Gregory Coffman, Member of the Florida Board of Medicine) (rcb) # 20 Florida Board of Medicine Michael Wasylik , # 21 Florida Board of Medicine Zachariah Zachariah (rcb). (Attachment 20 replaced on 3/27/2023) (rcb). (Entered: 03/27/2023) |
| 03/27/2023 | 7 | Summons Issued as to MEDICINE, ELEONOR PIMENTEL. # 1 FLORIDA BOARD OF MEDICINE, # 2 FLORIDA BOARD OF OSTEOPATHIC MEDICINE (rcb) (Entered: 03/27/2023) |
| 03/30/2023 | 8 | MOTION to Appear Pro Hac Vice by Chris Erchull.( Filing fee $ 208 receipt number AFLNDC−7794105.) by BENNETT BOE, BRENDA BOE, CARLA COE, CHRISTINA COE, JANE DOE, SUSAN DOE, FIONA FOE, FREYA FOE. (ERCHULL, CHRISTOPHER) (Entered: 03/30/2023) |
| 03/31/2023 | 9 | MOTION to Appear Pro Hac Vice by Jennifer Levi.( Filing fee $ 208 receipt number AFLNDC−7794606.) by BENNETT BOE, BRENDA BOE, CARLA COE, CHRISTINA COE, JANE DOE, SUSAN DOE, FIONA FOE, FREYA FOE. (LEVI, JENNIFER) (Entered: 03/31/2023) |
| 03/31/2023 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE MARTIN A FITZPATRICK notified that action is needed Re: 9 MOTION to Appear Pro Hac Vice by Jennifer Levi.( Filing fee $ 208 receipt number AFLNDC−7794606.), 8 MOTION to Appear Pro Hac Vice by Chris Erchull.( Filing fee $ 208 receipt number AFLNDC−7794105.). Referred to MARTIN A FITZPATRICK. (rcb) (Entered: 03/31/2023) |

| 04/04/2023 | 10 | MOTION to Appear Pro Hac Vice by Ami Rakesh Patel.( Filing fee $ 208 receipt number BFLNDC−7801367.) by BENNETT BOE, BRENDA BOE, CARLA COE, CHRISTINA COE, JANE DOE, SUSAN DOE, FIONA FOE, FREYA FOE. (PATEL, AMI) (Entered: 04/04/2023) |
| 04/04/2023 | 11 | ORDER. Accordingly, it is ORDERED that the motion for leave to appear pro hac vice, ECF No. 8 , is GRANTED. Signed by MAGISTRATE JUDGE MARTIN A FITZPATRICK on 04/04/2023. (rcb) (Entered: 04/04/2023) |
| 04/04/2023 | 12 | ORDER. Accordingly, it is ORDERED that the motion for leave to appear pro hac vice, ECF No. 9 , is GRANTED. Signed by MAGISTRATE JUDGE MARTIN A FITZPATRICK on 04/04/2023. (rcb) (Entered: 04/04/2023) |
| 04/04/2023 | 13 | MOTION to Appear Pro Hac Vice by Sara L. Mandelbaum.( Filing fee $ 208 receipt number AFLNDC−7802113.) by BENNETT BOE, BRENDA BOE, CARLA COE, CHRISTINA COE, JANE DOE, SUSAN DOE, FIONA FOE, FREYA FOE. (MANDELBAUM, SARA) (Entered: 04/04/2023) |
| 04/04/2023 | 14 | CORRECTED ORDER. Accordingly, it is ORDERED that the motion for leave to appear pro hac vice, ECF No. 8 , is GRANTED. Signed by MAGISTRATE JUDGE MARTIN A FITZPATRICK on 4/04/2023. (rcb) Modified on 4/6/2023 (rcb). (Entered: 04/05/2023) |
| 04/04/2023 | 15 | CORRECTED ORDER. Accordingly, it is ORDERED that the motion for leave to appear pro hac vice, ECF No. 9 , is GRANTED. Signed by MAGISTRATE JUDGE MARTIN A FITZPATRICK on 04/04/2023. (rcb) Modified on 4/6/2023 (rcb). (Entered: 04/05/2023) |
| 04/05/2023 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE MARTIN A FITZPATRICK notified that action is needed Re: 10 MOTION to Appear Pro Hac Vice by Ami Rakesh Patel.( Filing fee $ 208 receipt number BFLNDC−7801367.), 13 MOTION to Appear Pro Hac Vice by Sara L. Mandelbaum.( Filing fee $ 208 receipt number AFLNDC−7802113.). Referred to MARTIN A FITZPATRICK. (rcb) (Entered: 04/05/2023) |
| 04/06/2023 | 16 | MOTION FOR LEAVE TO APPEAR PRO HAC VICE.(Filing fee $ 208 receipt number AFLNDC−7806963.) by BENNETT BOE, BRENDA BOE, CARLA COE, CHRISTINA COE, JANE DOE, SUSAN DOE, FIONA FOE, FREYA FOE. (Attachments: # 1 Exhibit Certificate of Good Standing) (POPKIN, KELLY) Modified to edit title on 4/6/2023 (rcb). (Entered: 04/06/2023) |
| 04/06/2023 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of JUDGE ROBERT L HINKLE notified that action is needed Re: 16 MOTION to Appear Pro Hac Vice by Kelly Jo Popkin.( Filing fee $ 208 receipt number AFLNDC−7806963.). Referred to MARTIN A FITZPATRICK. (rcb) (Entered: 04/06/2023) |
| 04/06/2023 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE MARTIN A FITZPATRICK notified that action is needed. ***Incorrect Referral Made to District Judge**. Re: 16 MOTION to Appear Pro Hac Vice by Kelly Jo Popkin. Filing fee $ 208 receipt number AFLNDC−7806963. Referred to MARTIN A FITZPATRICK. (rcb) (Entered: 04/06/2023) |
| 04/06/2023 | 17 | MOTION to Amend/Correct 16 MOTION to Appear Pro Hac Vice by Kelly Jo Popkin.( Filing fee $ 208 receipt number AFLNDC−7806963.) by BENNETT BOE, BRENDA BOE, CARLA COE, CHRISTINA COE, JANE DOE, SUSAN DOE, FIONA FOE, FREYA FOE. (POPKIN, KELLY) (Entered: 04/06/2023) |
| 04/06/2023 | 18 | MOTION to Appear Pro Hac Vice( Filing fee $ 208 receipt number CFLNDC−7807078.) by BENNETT BOE, BRENDA BOE, CARLA COE, CHRISTINA COE, JANE DOE, SUSAN DOE, FIONA FOE, FREYA FOE. (Attachments: # 1 Appendix Certificate of Good Standing) (STARR, JASON) (Entered: 04/06/2023) |
| 04/06/2023 | 19 | MOTION PROCEED UNDER PSEUDONYM by BENNETT BOE, BRENDA BOE. (SILVERMAN, LAWRENCE) (Entered: 04/06/2023) |
| 04/06/2023 | 20 | MOTION PROCEED UNDER PSEUDONYM by CARLA COE, CHRISTINA COE. (SILVERMAN, LAWRENCE) (Entered: 04/06/2023) |

| 04/06/2023 | 21 | MOTION PROCEED UNDER PSEUDONYM by JANE DOE, SUSAN DOE. (SILVERMAN, LAWRENCE) (Entered: 04/06/2023) |
|---|---|---|
| 04/06/2023 | 22 | MOTION PROCEED UNDER PSEUDONYM by FIONA FOE, FREYA FOE. (SILVERMAN, LAWRENCE) (Entered: 04/06/2023) |
| 04/07/2023 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE MARTIN A FITZPATRICK notified that action is needed Re: 18 MOTION to Appear Pro Hac Vice( Filing fee $ 208 receipt number CFLNDC−7807078.), 17 MOTION to Amend/Correct 16 MOTION to Appear Pro Hac Vice by Kelly Jo Popkin.( Filing fee $ 208 receipt number AFLNDC−7806963.) . Referred to MARTIN A FITZPATRICK. (rcb) (Entered: 04/07/2023) |
| 04/07/2023 | | Set/Reset Deadlines as to 20 MOTION PROCEED UNDER PSEUDONYM , 19 MOTION PROCEED UNDER PSEUDONYM , 22 MOTION PROCEED UNDER PSEUDONYM , 21 MOTION PROCEED UNDER PSEUDONYM . (Internal deadline for referral to judge if response not filed earlier: 4/21/2023). (rcb) (Entered: 04/07/2023) |
| 04/07/2023 | 23 | ORDER. Accordingly, it is ORDERED that the motion for leave to appear pro hac vice, ECF No. 13 , is GRANTED. Signed by MAGISTRATE JUDGE MARTIN A FITZPATRICK on 04/07/2023. (rcb) (Entered: 04/07/2023) |
| 04/07/2023 | 24 | ORDER. The amended motion for leave to appear pro hac vice, ECF No. 17 , is GRANTED.The first motion for leave to appear pro hac vice, ECF No. 16 , isDENIED as moot. Signed by MAGISTRATE JUDGE MARTIN A FITZPATRICK on 04/07/2023. (rcb) (Entered: 04/07/2023) |
| 04/07/2023 | 25 | ORDER. Accordingly, it is ORDERED that the motion for leave to appear pro hac vice, ECF No. 18 , is GRANTED. Signed by MAGISTRATE JUDGE MARTIN A FITZPATRICK on 04/07/2023. (rcb) (Entered: 04/07/2023) |
| 04/10/2023 | 26 | ORDER. Accordingly, it is ORDERED that the motion for leave to appear pro hac vice, ECF No. 10 , is GRANTED. Signed by MAGISTRATE JUDGE MARTIN A FITZPATRICK on 04/10/2023. (rcb) (Entered: 04/10/2023) |
| 04/13/2023 | 27 | Summons Issued as to LUZ MARINA PAGES MEMBER OF THE FLORIDA BOARD OF MEDICINE,. Attachments: # 1 SUMMONS ISSUED−MICHAEL WASYLIK MEMBER OF THE FLORIDA BOARD OF MEDICINE) (rcb) (Entered: 04/13/2023) |
| 04/18/2023 | 28 | WAIVER OF SERVICE Returned Executed by All DEFENDANTS. (PERAL, STEPHANIE) Modified to edit title on 4/19/2023 (rcb). (Entered: 04/18/2023) |
| 04/19/2023 | | Set Deadline− ANSWER DUE FOR IONA FOE, SUSAN DOE, JANE DOE, CHRISTINA COE, BRENDA DOE, FREYA FOE, BENNETT BOE, CARLA COE by 6/12/2023. (rcb) (Entered: 04/19/2023) |
| 04/24/2023 | 29 | FIRST AMENDED COMPLAINT against SCOT ACKERMAN, WAEL BARSOUM, MATTHEW R BENSON, GREGORY COFFMAN, CHRIS CREEGAN, AMY DERICK, DAVID DIAMOND, WATSON DUCATEL, FLORIDA BOARD OF MEDICINE, FLORIDA BOARD OF OSTEOPATHIC MEDICINE, MARIA GARCIA, PATRICK HUNTER, VALERIE JACKSON, NICOLE JUSTICE, WILLIAM D KIRSH, JOSEPH A LADAPO, MONICA M MORTENSEN, LUZ MARINA PAGES, ELEONOR PIMENTEL, NICHOLAS W ROMANELLO, TIFFANY SIZEMORE DI PIETRO, HECTOR VILA, MICHAEL WASYLIK, GREGORY WILLIAMS, ZACHARIAH P ZACHARIAH, filed by FIONA FOE, SUSAN DOE, JANE DOE, CHRISTINA COE, BRENDA BOE, FREYA FOE, BENNETT BOE, CARLA COE. (CHRISS, SIMONE) (Entered: 04/24/2023) |
| 04/24/2023 | 30 | MOTION for Preliminary Injunction by JANE DOE, SUSAN DOE, LINDA LOE, LISA LOE, GLORIA GOE, GAVIN GOE. (Attachments: # 1 Exhibit Declaration of Jane Doe, # 2 Exhibit Declaration of Linda Loe, # 3 Exhibit Declaration of Gloria Goe, # 4 Exhibit Declaration of Dr. Shumer, # 5 Exhibit Declaration of Dr. Janssen, # 6 Exhibit Declaration of Dr. Bruggeman) (CHRISS, SIMONE) (Entered: 04/24/2023) |
| 04/24/2023 | 31 | MOTION re 30 MOTION for Preliminary Injunction to Proceed Under Pseudonym by JANE DOE, SUSAN DOE. (CHRISS, SIMONE) (Entered: 04/24/2023) |

| 04/24/2023 | 32 | MOTION for Leave to Proceed Under Pseudonym by GAVIN GOE, GLORIA GOE. (CHRISS, SIMONE) (Entered: 04/24/2023) |
|---|---|---|
| 04/24/2023 | 33 | MOTION for Leave to Proceed Under Pseudonym by LINDA LOE, LISA LOE. (CHRISS, SIMONE) (Entered: 04/24/2023) |
| 04/24/2023 | 34 | MOTION for Leave to Proceed Under Pseudonym by PATRICIA POE, PAUL POE. (CHRISS, SIMONE) (Entered: 04/24/2023) |
| 04/24/2023 | 35 | NOTICE of Appearance by NOAH SHEA GOLDBERG on behalf of AMERICAN ACADEMY OF PEDIATRICS, ACADEMIC PEDIATRIC ASSOCIATION, American Academy of Child & Adolescent Psychiatry, AMERICAN ACADEMY OF FAMILY PHYSICIANS, AMERICAN ACADEMY OF NURSING, American Association of Physicians for Human Rights, Inc. d/b/a GLMA: Health Professionals Advancing LGBTQ Equality, AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS, AMERICAN COLLEGE OF OSTEOPATHIC PEDIATRICIANS, AMERICAN COLLEGE OF PHYSICIANS, AMERICAN MEDICAL ASSOCIATION, AMERICAN PEDIATRIC SOCIETY, ASSOCIATION OF AMERICAN MEDICAL COLLEGES, Association of Medical School Pediatric Department Chairs, Inc., ENDOCRINE SOCIETY, FLORIDA CHAPTER OF THE AMERICAN ACADEMY OF PEDIATRICS, NATIONAL ASSOCIATION OF PEDIATRIC NURSE PRACTITIONERS, PEDIATRIC ENDOCRINE SOCIETY, SOCIETIES FOR PEDIATRIC UROLOGY, SOCIETY FOR ADOLESCENT HEALTH AND MEDICINE, SOCIETY FOR PEDIATRIC RESEARCH, SOCIETY OF PEDIATRIC NURSES, WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH (GOLDBERG, NOAH) (Entered: 04/24/2023) |
| 04/24/2023 | 36 | MOTION for Leave to File *Amici Curiae Brief in Support of Plaintiffs' Motion for Preliminary Injunction* by ACADEMIC PEDIATRIC ASSOCIATION, AMERICAN ACADEMY OF FAMILY PHYSICIANS, AMERICAN ACADEMY OF NURSING, AMERICAN ACADEMY OF PEDIATRICS, AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS, AMERICAN COLLEGE OF OSTEOPATHIC PEDIATRICIANS, AMERICAN COLLEGE OF PHYSICIANS, AMERICAN MEDICAL ASSOCIATION, AMERICAN PEDIATRIC SOCIETY, ASSOCIATION OF AMERICAN MEDICAL COLLEGES, American Academy of Child & Adolescent Psychiatry, American Association of Physicians for Human Rights, Inc. d/b/a GLMA: Health Professionals Advancing LGBTQ Equality, Association of Medical School Pediatric Department Chairs, Inc., ENDOCRINE SOCIETY, FLORIDA CHAPTER OF THE AMERICAN ACADEMY OF PEDIATRICS, NATIONAL ASSOCIATION OF PEDIATRIC NURSE PRACTITIONERS, PEDIATRIC ENDOCRINE SOCIETY, SOCIETIES FOR PEDIATRIC UROLOGY, SOCIETY FOR ADOLESCENT HEALTH AND MEDICINE, SOCIETY FOR PEDIATRIC RESEARCH, SOCIETY OF PEDIATRIC NURSES, WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH. (Attachments: # 1 Exhibit Proposed Amici Curiae Brief) (GOLDBERG, NOAH) (Entered: 04/24/2023) |
| 04/25/2023 |  | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE ROBERT L HINKLE notified that action is needed Re: 35 Notice of Appearance. (rcb)**An ISO is needed** (Entered: 04/25/2023) |
| 04/25/2023 | 37 | ORDER SETTING A SCHEDULING CONFERENCE (re 30 Motion for Preliminary Injunction) − By separate notice, the clerk must set a scheduling conference by telephone for **5/1/2023 at 1:00 PM**. It will be moved to another date available on the court's calendar if all parties agree. The courtroom deputy clerk must cooperate with the parties on the availability of other dates. Signed by JUDGE ROBERT L HINKLE on 4/25/2023. (ckm) (Entered: 04/25/2023) |
| 04/25/2023 | 38 | NOTICE OF TELEPHONIC HEARING: Telephonic Scheduling Conference set for **5/1/2023 01:00 PM** before JUDGE ROBERT L HINKLE. Call in number: **888−684−8852** Access code: **3243416#** Security code: **1234#** *Proceedings may not be recorded or otherwise broadcast for public dissemination.* |

| | | |
|---|---|---|
| | | _s/ Cindy Markley_<br>Courtroom Deputy Clerk (ckm) (Entered: 04/25/2023) |
| 04/25/2023 | 39 | MOTION to Appear Pro Hac Vice( Filing fee $ 208 receipt number AFLNDC−7839111.) by ACADEMIC PEDIATRIC ASSOCIATION, AMERICAN ACADEMY OF FAMILY PHYSICIANS, AMERICAN ACADEMY OF NURSING, AMERICAN ACADEMY OF PEDIATRICS, AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS, AMERICAN COLLEGE OF OSTEOPATHIC PEDIATRICIANS, AMERICAN COLLEGE OF PHYSICIANS, AMERICAN MEDICAL ASSOCIATION, AMERICAN PEDIATRIC SOCIETY, ASSOCIATION OF AMERICAN MEDICAL COLLEGES, American Academy of Child & Adolescent Psychiatry, American Association of Physicians for Human Rights, Inc. d/b/a GLMA: Health Professionals Advancing LGBTQ Equality, Association of Medical School Pediatric Department Chairs, Inc., ENDOCRINE SOCIETY, FLORIDA CHAPTER OF THE AMERICAN ACADEMY OF PEDIATRICS, NATIONAL ASSOCIATION OF PEDIATRIC NURSE PRACTITIONERS, PEDIATRIC ENDOCRINE SOCIETY, SOCIETIES FOR PEDIATRIC UROLOGY, SOCIETY FOR ADOLESCENT HEALTH AND MEDICINE, SOCIETY FOR PEDIATRIC RESEARCH, SOCIETY OF PEDIATRIC NURSES, WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH. (Attachments: # 1 Exhibit A − Certificate of Good Standing) (ISASI, WILLIAM) (Entered: 04/25/2023) |
| 04/25/2023 | 40 | MOTION to Appear Pro Hac Vice by Cortlin H. Lannin.( Filing fee $ 208 receipt number AFLNDC−7839133.) by ACADEMIC PEDIATRIC ASSOCIATION, AMERICAN ACADEMY OF FAMILY PHYSICIANS, AMERICAN ACADEMY OF NURSING, AMERICAN ACADEMY OF PEDIATRICS, AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS, AMERICAN COLLEGE OF OSTEOPATHIC PEDIATRICIANS, AMERICAN COLLEGE OF PHYSICIANS, AMERICAN MEDICAL ASSOCIATION, AMERICAN PEDIATRIC SOCIETY, ASSOCIATION OF AMERICAN MEDICAL COLLEGES, American Academy of Child & Adolescent Psychiatry, American Association of Physicians for Human Rights, Inc. d/b/a GLMA: Health Professionals Advancing LGBTQ Equality, Association of Medical School Pediatric Department Chairs, Inc., ENDOCRINE SOCIETY, FLORIDA CHAPTER OF THE AMERICAN ACADEMY OF PEDIATRICS, NATIONAL ASSOCIATION OF PEDIATRIC NURSE PRACTITIONERS, PEDIATRIC ENDOCRINE SOCIETY, SOCIETIES FOR PEDIATRIC UROLOGY, SOCIETY FOR ADOLESCENT HEALTH AND MEDICINE, SOCIETY FOR PEDIATRIC RESEARCH, SOCIETY OF PEDIATRIC NURSES, WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH. (Attachments: # 1 Exhibit A − Certificate of Good Standing) (LANNIN, CORTLIN) (Entered: 04/25/2023) |
| 04/25/2023 | 41 | MOTION to Appear Pro Hac Vice by Emily M. Mondry.( Filing fee $ 208 receipt number AFLNDC−7839144.) by ACADEMIC PEDIATRIC ASSOCIATION, AMERICAN ACADEMY OF FAMILY PHYSICIANS, AMERICAN ACADEMY OF NURSING, AMERICAN ACADEMY OF PEDIATRICS, AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS, AMERICAN COLLEGE OF OSTEOPATHIC PEDIATRICIANS, AMERICAN COLLEGE OF PHYSICIANS, AMERICAN MEDICAL ASSOCIATION, AMERICAN PEDIATRIC SOCIETY, ASSOCIATION OF AMERICAN MEDICAL COLLEGES, American Academy of Child & Adolescent Psychiatry, American Association of Physicians for Human Rights, Inc. d/b/a GLMA: Health Professionals Advancing LGBTQ Equality, Association of Medical School Pediatric Department Chairs, Inc., FLORIDA CHAPTER OF THE AMERICAN ACADEMY OF PEDIATRICS, NATIONAL ASSOCIATION OF PEDIATRIC NURSE PRACTITIONERS, PEDIATRIC ENDOCRINE SOCIETY, SOCIETIES FOR PEDIATRIC UROLOGY, SOCIETY FOR ADOLESCENT HEALTH AND MEDICINE, SOCIETY FOR PEDIATRIC RESEARCH, SOCIETY OF PEDIATRIC NURSES, WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH. (Attachments: # 1 Exhibit A − Certificate of Good Standing) (MONDRY, EMILY) (Entered: 04/25/2023) |
| 04/25/2023 | 42 | MOTION to Appear Pro Hac Vice by D. Jean Veta.( Filing fee $ 208 receipt number AFLNDC−7839172.) by ACADEMIC PEDIATRIC ASSOCIATION, AMERICAN ACADEMY OF FAMILY PHYSICIANS, AMERICAN ACADEMY OF NURSING, |

| | | |
|---|---|---|
| | | AMERICAN ACADEMY OF PEDIATRICS, AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS, AMERICAN COLLEGE OF OSTEOPATHIC PEDIATRICIANS, AMERICAN COLLEGE OF PHYSICIANS, AMERICAN MEDICAL ASSOCIATION, AMERICAN PEDIATRIC SOCIETY, ASSOCIATION OF AMERICAN MEDICAL COLLEGES, American Academy of Child & Adolescent Psychiatry, American Association of Physicians for Human Rights, Inc. d/b/a GLMA: Health Professionals Advancing LGBTQ Equality, Association of Medical School Pediatric Department Chairs, Inc., ENDOCRINE SOCIETY, FLORIDA CHAPTER OF THE AMERICAN ACADEMY OF PEDIATRICS, NATIONAL ASSOCIATION OF PEDIATRIC NURSE PRACTITIONERS, PEDIATRIC ENDOCRINE SOCIETY, SOCIETIES FOR PEDIATRIC UROLOGY, SOCIETY FOR ADOLESCENT HEALTH AND MEDICINE, SOCIETY FOR PEDIATRIC RESEARCH, SOCIETY OF PEDIATRIC NURSES, WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH. (Attachments: # 1 Exhibit A − Certificate of Good Standing) (VETA, D) (Entered: 04/25/2023) |
| 04/25/2023 | 43 | MOTION to Appear Pro Hac Vice by Cynthia Cheng−Wun Weaver.( Filing fee $ 208 receipt number CFLNDC−7839815.) by BENNETT BOE, BRENDA BOE, CARLA COE, CHRISTINA COE, JANE DOE, SUSAN DOE, FIONA FOE, FREYA FOE, GAVIN GOE, GLORIA GOE, LINDA LOE, LISA LOE, PATRICIA POE, PAUL POE. (WEAVER, CYNTHIA) (Entered: 04/25/2023) |
| 04/26/2023 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE MARTIN A FITZPATRICK notified that action is needed Re: 42 MOTION to Appear Pro Hac Vice by D. Jean Veta.( Filing fee $ 208 receipt number AFLNDC−7839172.), 43 MOTION to Appear Pro Hac Vice by Cynthia Cheng−Wun Weaver.( Filing fee $ 208 receipt number CFLNDC−7839815.), 40 MOTION to Appear Pro Hac Vice by Cortlin H. Lannin.( Filing fee $ 208 receipt number AFLNDC−7839133.), 41 MOTION to Appear Pro Hac Vice by Emily M. Mondry.( Filing fee $ 208 receipt number AFLNDC−7839144.), 39 MOTION to Appear Pro Hac Vice( Filing fee $ 208 receipt number AFLNDC−7839111.). Referred to MARTIN A FITZPATRICK. (rcb) (Entered: 04/26/2023) |
| 04/27/2023 | 44 | ORDER. The motion for leave to appear pro hac vice, ECF No. 39 , is GRANTED. The motion for leave to appear pro hac vice, ECF No. 40 , is GRANTED. The motion for leave to appear pro hac vice, ECF No. 41 , is GRANTED. The motion for leave to appear pro hac vice, ECF No. 42 , is GRANTED. The motion for leave to appear pro hac vice, ECF No. 43 , is GRANTED. (Appointed D JEAN VETA, EMILY M. MONDRY, CORTLIN H. LANNIN, WILLIAM R. ISASI & CYNTHIA CHENG−WUN WEAVER). Signed by MAGISTRATE JUDGE MARTIN A FITZPATRICK on 4/27/2023. (rcb) Modified to edit Judge Association & Signature on 4/28/2023 (rcb). (Entered: 04/27/2023) |
| 05/01/2023 | 45 | NOTICE of Appearance by MOHAMMAD OMAR JAZIL on behalf of All Defendants (JAZIL, MOHAMMAD) (Entered: 05/01/2023) |
| 05/01/2023 | 46 | NOTICE of Appearance by MICHAEL ROBERT BEATO on behalf of All Defendants (BEATO, MICHAEL) (Entered: 05/01/2023) |
| 05/01/2023 | 47 | NOTICE of Appearance by GARY VERGIL PERKO on behalf of All Defendants (PERKO, GARY) (Entered: 05/01/2023) |
| 05/01/2023 | 48 | WAIVER OF SERVICE Returned Executed by FIONA FOE, LISA LOE, SUSAN DOE, JANE DOE, PAUL POE, GAVIN GOE, LINDA LOE, CHRISTINA COE, BRENDA BOE, FREYA FOE, BENNETT BOE, GLORIA GOE, PATRICIA POE, CARLA COE. All Defendants. (CHRISS, SIMONE) (Entered: 05/01/2023) |
| 05/01/2023 | 49 | Minute Entry for proceedings held before JUDGE ROBERT L HINKLE: Telephonic Scheduling Conference held on 5/1/2023 re: 30 motion for preliminary injunction. Ruling by Court: The motions to proceed under pseudonyms are granted. Defendants' response to motion for preliminary injunction is due by 5/15/2023. An order will follow. (Court Reporter Megan Hague, Official Court Reporter) (ckm) (Entered: 05/01/2023) |
| 05/02/2023 | | Set Deadline− Answer for due ALL DEFENDANTS RE: 48 by 6/23/2023. (rcb) (Entered: 05/02/2023) |

| | | |
|---|---|---|
| 05/02/2023 | 51 | ORDER ALLOWING USE OF PSEUDONYMS. The unopposed motions for leave to use pseudonyms, ECF Nos. 19 , 20 , 21 , 22 , 31 , 32 , 33 , and 34 , are granted. The plaintiffs may use pseudonyms as requested in the motions. Signed by JUDGE ROBERT L HINKLE on 05/02/2023. (rcb) (Entered: 05/03/2023) |
| 05/02/2023 | 52 | ORDER ALLOWING AMICUS BRIEF. The motion of American Academy of Pediatrics et al., ECF No. 36 , for leave to file an amicus brief in support of plaintiffs' motion for a preliminary injunction is granted. The amicus brief, ECF No. 36 −1, is deemed properly filed. Signed by JUDGE ROBERT L HINKLE on 05/02/2023. (rcb) (Entered: 05/03/2023) |
| 05/03/2023 | 50 | ORDER SETTING PRELIMINARY−INJUNCTION PROCEDURES.The deadline for the defendants to respond to the preliminary−injunction motion is extended to **5/15/2023**.The plaintiffs may file a reply memorandum in support of the motion by the later of (a) **5/17/2023**or (b) 24 hours before the oral argument. Signed by JUDGE ROBERT L HINKLE on 05/03/2023. (rcb) (Entered: 05/03/2023) |
| 05/03/2023 | 53 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of telephonic Proceedings held on 5/1/2023, before Judge Robert L. Hinkle. Court Reporter/Transcriber Megan A. Hague, Telephone number 850−443−9797. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due **5/10/2023**. Release of Transcript Restriction set for **8/8/2023**. (mah) (Entered: 05/03/2023) |
| 05/11/2023 | 54 | NOTICE OF HEARING on 30 Motion: Preliminary Injunction Hearing set for **5/19/2023 08:30 AM** before JUDGE ROBERT L HINKLE, United States Courthouse, Courtroom 5 East, 111 North Adams St., Tallahassee, Florida 32301. NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Cindy Markley at 850−521−3518 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made. *s/ Cindy Markley* Courtroom Deputy Clerk (ckm) (Entered: 05/11/2023) |
| 05/15/2023 | 55 | THE STATE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' PRELIMINARY−INJUNCTION MOTION. (JAZIL, MOHAMMAD) Modified to edit title on 5/16/2023 (rcb). (Entered: 05/15/2023) |
| 05/17/2023 | 56 | MOTION for Leave to File *Second Amended Complaint* by BENNETT BOE, BRENDA BOE, CARLA COE, CHRISTINA COE, JANE DOE, SUSAN DOE, FIONA FOE, FREYA FOE, GAVIN GOE, GLORIA GOE, LINDA LOE, LISA LOE, PATRICIA POE, PAUL POE. (Attachments: # 1 Exhibit Plaintiffs' Second Amended Complaint) (CHRISS, SIMONE) (Entered: 05/17/2023) |
| 05/17/2023 | 57 | MOTION for Temporary Restraining Order by JANE DOE, SUSAN DOE, GAVIN GOE, GLORIA GOE, LINDA LOE, LISA LOE. (Attachments: # 1 Text of Proposed Order − Temporary Restraining Order) (CHRISS, SIMONE) (Entered: 05/17/2023) |
| 05/18/2023 | 58 | REPLY to Response to Motion re 30 MOTION for Preliminary Injunction filed by JANE DOE, SUSAN DOE, GAVIN GOE, GLORIA GOE, LINDA LOE, LISA LOE. (Attachments: # 1 Exhibit Expert Declaration of Dr. Kenneth Goodman) (STARR, JASON) (Entered: 05/18/2023) |
| 05/18/2023 | | Set/Reset Deadlines as to 57 MOTION for Temporary Restraining Order . (Internal deadline for referral to judge if response not filed earlier: **6/1/2023**). (rcb) (Entered: 05/18/2023) |

| 05/18/2023 | 59 | SECOND AMENDED COMPLAINT against SCOT ACKERMAN, WAEL BARSOUM, MATTHEW R BENSON, GREGORY COFFMAN, CHRIS CREEGAN, AMY DERICK, DAVID DIAMOND, WATSON DUCATEL, FLORIDA BOARD OF MEDICINE, FLORIDA BOARD OF OSTEOPATHIC MEDICINE, MARIA GARCIA, PATRICK HUNTER, VALERIE JACKSON, NICOLE JUSTICE, WILLIAM D KIRSH, JOSEPH A LADAPO, MONICA M MORTENSEN, LUZ MARINA PAGES, ELEONOR PIMENTEL, NICHOLAS W ROMANELLO, TIFFANY SIZEMORE DI PIETRO, HECTOR VILA, MICHAEL WASYLIK, GREGORY WILLIAMS, ZACHARIAH P ZACHARIAH, ASHLEY MOODY, Ginger B Madden, Jack Campbell, John Durrett, Melissa Nelson, William Gladson, BRUCE BARTLETT, R.J. Larizza, BRIAN S KRAMER, BRIAN HAAS, KATHERINE FERNANDEZ RUNDLE, Ed Brodsky, Lopez S Susan, DAVE ARONBERG, Dennis Ward, Harold F Pryor, Phil Archer, Thomas Bakkedahl, Amira D Fox, filed by FIONA FOE, LISA LOE, SUSAN DOE, JANE DOE, PAUL POE, GAVIN GOE, LINDA LOE, CHRISTINA COE, BRENDA BOE, FREYA FOE, BENNETT BOE, GLORIA GOE, PATRICIA POE, CARLA COE. (CHRISS, SIMONE) (Entered: 05/18/2023) |
| 05/19/2023 | 60 | NOTICE *of Filing Summons* by BENNETT BOE, BRENDA BOE, CARLA COE, CHRISTINA COE, JANE DOE, SUSAN DOE, FIONA FOE, FREYA FOE, GAVIN GOE, GLORIA GOE, LINDA LOE, LISA LOE, PATRICIA POE, PAUL POE (Attachments: # 1 Exhibit Summons to Moody, # 2 Exhibit Summons to Madden, # 3 Exhibit Summons to Campbell, # 4 Exhibit Summons to Durrett, # 5 Exhibit Summons to Nelson, # 6 Exhibit Summons to Gladson, # 7 Exhibit Summons to Bartlett, # 8 Exhibit Summons to Larizza, # 9 Exhibit Summons to Kramer, # 10 Exhibit Summons to Worrell, # 11 Exhibit Summons to Haas, # 12 Exhibit Summons to Rundle, # 13 Exhibit Summons to Brodsky, # 14 Exhibit Summons to Lopez, # 15 Exhibit Summons to Basford, # 16 Exhibit Summons to Aronberg, # 17 Exhibit Summons to Ward, # 18 Exhibit Summons to Pryor, # 19 Exhibit Summons to Archer, # 20 Exhibit Summons to Bakkedahl, # 21 Exhibit Summons to Fox) (DUNN, CHELSEA) (Entered: 05/19/2023) |
| 05/19/2023 | 61 | Summons Issued as to ASHLEY MOODY (Attachments: # 1 SUMMONS ISSUED−BRIAN S. KRAMER, # 2 SUMMONS ISSUED−BRUCE BARTLETT, # 3 SUMMONS ISSUED−GINGER BOWEN MADDEN, # 4 SUMMONS ISSUED−JOHN DURRETT, # 5 SUMMONS ISSUED−MONIQUE H. WORRELL, # 6 SUMMONS ISSUED−RJ LARIZZA, # 7 SUMMONS ISSUED−WILLIAM GLADSON, # 8 SUMMONS ISSUED−JACK CAMPBELL, # 9 SUMMONS ISSUED−MELISSA NELSON) (rcb) (Entered: 05/19/2023) |
| 05/19/2023 | 62 | Summons Issued as to DAVE ARONBERG, LARRY BASFORD, Thomas Bakkedahl, Amira D Fox, BRIAN HAAS, BRIAN S KRAMER, Harold F Pryor, KATHERINE FERNANDEZ RUNDLE, Lopez S Susan, Dennis Ward. (Attachments: # 1 SUMMONS ISSUED−KATHERINE FERNANDEZ RUNDLE, # 2 SUMMONS ISSUED−THOMAS BAKKEDAHL, # 3 SUMMONS ISSUED−BRIAN HAAS, # 4 SUMMONS ISSUED−BRIAN K KRAMER, # 5 SUMMONS ISSUED−SUSAN S LOPEZ, # 6 SUMMONS ISSUED−LARRY BASFORD, # 7 SUMMONS ISSUED−DAVE ARONBERG, # 8 SUMMONS ISSUED−DENNIS W WARD, # 9 SUMMONS ISSUED−HAROLD F PRYOR) (rcb) (Entered: 05/19/2023) |
| 05/19/2023 | 63 | Minute Entry for proceedings held before JUDGE ROBERT L HINKLE: Motion Hearing held on 5/19/2023. Court hears argument of counsel on plaintiffs' motions for 30 preliminary injunction and 57 temporary restraining order. Ruling by Court: The motions are taken under advisement. An order will follow. (Court Reporter Judy Gagnon, Contract Reporter) (ckm) (Entered: 05/19/2023) |
| 05/19/2023 | 64 | Summons Issued as to Phil Archer. (Attachments: # 1 SUMMONS ISSUED−ED BRODSKY) (rcb) (Entered: 05/19/2023) |
| 05/20/2023 | 65 | ORDER GRANTING 56 LEAVE TO FILE THE SECOND AMENDED COMPLAINT. The second amended complaint, ECF No. 56 −1, is deemed filed as of May 19, 2023. Signed by JUDGE ROBERT L HINKLE on 5/20/2023, nunc pro tunc 5/18/2023. (rcb) (Entered: 05/22/2023) |
| 05/22/2023 | 66 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 5/19/23, before Judge Robert Hinkle. Contract Court Reporter Judy A. Gagnon. Preliminary Injunction and Temporary Restraining Hearing. |

| | | |
|---|---|---|
| | | Transcript may be viewed at the court public terminal or purchased through the Contract Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>Redaction Request due **5/30/2023**. Release of Transcript Restriction set for **8/28/2023**. (bkp) (Entered: 05/22/2023) |
| 05/26/2023 | 67 | SUMMONS Returned Executed by FIONA FOE, LISA LOE, PAUL POE, GAVIN GOE, LINDA LOE, GLORIA GOE, SUSAN DOE, JANE DOE, CHRISTINA COE, BRENDA BOE, FREYA FOE, BENNETT BOE, CARLA COE, PATRICIA POE. KATHERINE FERNANDEZ RUNDLE served on 5/19/2023, answer due 6/9/2023. (CHRISS, SIMONE) (Entered: 05/26/2023) |
| 05/26/2023 | 68 | SUMMONS Returned Executed by FIONA FOE, LISA LOE, PAUL POE, GAVIN GOE, LINDA LOE, GLORIA GOE, SUSAN DOE, JANE DOE, CHRISTINA COE, BRENDA BOE, FREYA FOE, BENNETT BOE, CARLA COE, PATRICIA POE. DAVE ARONBERG served on 5/22/2023, answer due 6/12/2023; BRUCE BARTLETT served on 5/22/2023, answer due 6/12/2023; Thomas Bakkedahl served on 5/22/2023, answer due 6/12/2023; Amira D Fox served on 5/22/2023, answer due 6/12/2023; BRIAN S KRAMER served on 5/22/2023, answer due 6/12/2023; R.J. Larizza served on 5/22/2023, answer due 6/12/2023; ASHLEY MOODY served on 5/22/2023, answer due 6/12/2023; Melissa Nelson served on 5/22/2023, answer due 6/12/2023; Harold F Pryor served on 5/22/2023, answer due 6/12/2023; Dennis Ward served on 5/22/2023, answer due 6/12/2023; SUSAN S LOPEZ served on 5/22/2023, answer due 6/12/2023. (Attachments: # 1 Affidavit Service on Aronberg, # 2 Affidavit Service on Bakkedahl, # 3 Affidavit Service on Bartlett, # 4 Affidavit Service on Fox, # 5 Affidavit Service on Kramer, # 6 Affidavit Service on Larizza, # 7 Affidavit Service on Lopez, # 8 Affidavit Service on Nelson, # 9 Affidavit Service on Pryor, # 10 Affidavit Service on Ward) (CHRISS, SIMONE) (Entered: 05/26/2023) |
| 05/26/2023 | 69 | SUMMONS Returned Executed by FIONA FOE, LISA LOE, PAUL POE, GAVIN GOE, LINDA LOE, GLORIA GOE, SUSAN DOE, JANE DOE, CHRISTINA COE, BRENDA BOE, FREYA FOE, BENNETT BOE, CARLA COE, PATRICIA POE. John Durrett served on 5/23/2023, answer due 6/13/2023; William Gladson served on 5/23/2023, answer due 6/13/2023. (Attachments: # 1 Affidavit Service on Gladson) (CHRISS, SIMONE) (Entered: 05/26/2023) |
| 05/26/2023 | 70 | SUMMONS Returned Executed by FIONA FOE, LISA LOE, PAUL POE, GAVIN GOE, LINDA LOE, GLORIA GOE, SUSAN DOE, JANE DOE, CHRISTINA COE, BRENDA BOE, FREYA FOE, BENNETT BOE, CARLA COE, PATRICIA POE. LARRY BASFORD served on 5/24/2023, answer due 6/14/2023. (CHRISS, SIMONE) (Entered: 05/26/2023) |
| 05/30/2023 | 71 | ORDER setting an additional hearing on the motions for a temporary restraining order and preliminary injunction. Signed by JUDGE ROBERT L HINKLE on 5/30/23. (RH) (Entered: 05/30/2023) |
| 05/30/2023 | 72 | NOTICE OF HEARING on 30 Telephonic hearing on the Motions for a temporary restraining order and preliminary injunction set for **6/1/2023 at 2:00 P>M>**<br><br>Call in number: **888−684−8852**<br>Access code: **3243416#**<br>Security code: **1234#**<br><br>*Proceedings may not be recorded or otherwise broadcast for public dissemination.*<br><br>*s/ Sherrye Stephens>*<br>Judicial Assistant. (sms). (Entered: 05/30/2023) |
| 05/30/2023 | 73 | ORDER CORRECTING DATE OF THE ADDITIONAL HEARING. Signed by JUDGE ROBERT L HINKLE on 5/30/23. (sms) (Entered: 05/30/2023) |
| 05/30/2023 | 74 | MOTION to Appear Pro Hac Vice by Shannon Minter.( Filing fee $ 208 receipt number AFLNDC−7894090.) by BENNETT BOE, BRENDA BOE, CARLA COE, CHRISTINA COE, JANE DOE, SUSAN DOE, FIONA FOE, FREYA FOE, GAVIN |

| | | |
|---|---|---|
| | | GOE, GLORIA GOE, LINDA LOE, LISA LOE, PATRICIA POE, PAUL POE. (MINTER, SHANNON) (Entered: 05/30/2023) |
| 05/30/2023 | | Set Deadlines−Re: 71 Plaintiff's Service of Copies on Defendants by noon on **5/31/2023**. Motions for a Temporary Restraining Order and Preliminary Injunction set for **6/1/2023 02:00 AM** in U.S. Courthouse Tallahassee before JUDGE ROBERT L HINKLE. (rcb) (Entered: 05/31/2023) |
| 05/31/2023 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE MARTIN A FITZPATRICK notified that action is needed Re: 74 MOTION to Appear Pro Hac Vice by Shannon Minter.( Filing fee $ 208 receipt number AFLNDC−7894090.). Referred to MARTIN A FITZPATRICK. (rcb) (Entered: 05/31/2023) |
| 05/31/2023 | 75 | SUMMONS Returned Executed by FIONA FOE, LISA LOE, PAUL POE, GAVIN GOE, LINDA LOE, GLORIA GOE, SUSAN DOE, JANE DOE, CHRISTINA COE, BRENDA BOE, FREYA FOE, BENNETT BOE, CARLA COE, PATRICIA POE. MONIQUE H WORRELL served on 5/22/2023, answer due 6/12/2023. (CHRISS, SIMONE) (Entered: 05/31/2023) |
| 05/31/2023 | 76 | SUMMONS Returned Executed by FIONA FOE, LISA LOE, PAUL POE, GAVIN GOE, LINDA LOE, GLORIA GOE, SUSAN DOE, JANE DOE, CHRISTINA COE, BRENDA BOE, FREYA FOE, BENNETT BOE, CARLA COE, PATRICIA POE. BRIAN HAAS served on 5/24/2023, answer due 6/14/2023. (CHRISS, SIMONE) (Entered: 05/31/2023) |
| 05/31/2023 | 77 | SUMMONS Returned Executed by FIONA FOE, LISA LOE, PAUL POE, GAVIN GOE, LINDA LOE, GLORIA GOE, SUSAN DOE, JANE DOE, CHRISTINA COE, BRENDA BOE, FREYA FOE, BENNETT BOE, CARLA COE, PATRICIA POE. Ginger B Madden served on 5/25/2023, answer due 6/15/2023. (CHRISS, SIMONE) (Entered: 05/31/2023) |
| 05/31/2023 | 78 | SUMMONS Returned Executed by FIONA FOE, LISA LOE, PAUL POE, GAVIN GOE, LINDA LOE, GLORIA GOE, SUSAN DOE, JANE DOE, CHRISTINA COE, BRENDA BOE, FREYA FOE, BENNETT BOE, CARLA COE, PATRICIA POE. Jack Campbell served on 5/26/2023, answer due 6/16/2023. (CHRISS, SIMONE) (Entered: 05/31/2023) |
| 05/31/2023 | 79 | NOTICE of Appearance by WILLIAM HENRY STAFFORD, III on behalf of ASHLEY MOODY (STAFFORD, WILLIAM) (Entered: 05/31/2023) |
| 05/31/2023 | 80 | MOTION to Dismiss by ASHLEY MOODY. (Internal deadline for referral to judge if response not filed earlier: **6/14/2023**). (STAFFORD, WILLIAM) (Entered: 05/31/2023) |
| 06/01/2023 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE ROBERT L HINKLE notified that action is needed Re: 79 Notice of Appearance **AN ISO IS NEEDED** (rcb) (Entered: 06/01/2023) |
| 06/01/2023 | 81 | Minute Entry for proceedings held before JUDGE ROBERT L HINKLE: Telephonic Motion Hearing held on 6/1/2023. Court hears argument re: Plaintiffs' 57 Motion for Temporary Restraining Order and 30 Motion for Preliminary Injunction. Ruling by Court: An order is forthcoming (Court Reporter Megan Hague (USDC−Tallahassee)). (vkm) (Entered: 06/01/2023) |
| 06/02/2023 | 82 | ORDER. Accordingly, it is ORDERED that the motion for leave to appear pro hac vice, ECF No. 74 , is GRANTED. Signed by MAGISTRATE JUDGE MARTIN A FITZPATRICK on 06/02/2023. (rcb) (Entered: 06/02/2023) |
| 06/02/2023 | 83 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Telephonic Proceedings held on 6/1/2023, before Judge Robert L. Hinkle. Court Reporter/Transcriber Megan A. Hague, Telephone number 850−443−9797.

Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. |

| | | |
|---|---|---|
| | | Redaction Request due **6/9/2023**. Release of Transcript Restriction set for **9/7/2023**. (mah) (Entered: 06/02/2023) |
| 06/02/2023 | 84 | SUMMONS Returned Executed by FIONA FOE, LISA LOE, PAUL POE, GAVIN GOE, LINDA LOE, GLORIA GOE, SUSAN DOE, JANE DOE, CHRISTINA COE, BRENDA BOE, FREYA FOE, BENNETT BOE, CARLA COE, PATRICIA POE. Ed Brodsky served on 5/30/2023, answer due 6/20/2023. (CHRISS, SIMONE) (Entered: 06/02/2023) |
| 06/02/2023 | 85 | SUMMONS Returned Executed by FIONA FOE, LISA LOE, PAUL POE, GAVIN GOE, LINDA LOE, GLORIA GOE, SUSAN DOE, JANE DOE, CHRISTINA COE, BRENDA BOE, FREYA FOE, BENNETT BOE, CARLA COE, PATRICIA POE. Phil Archer served on 5/31/2023, answer due 6/21/2023. (CHRISS, SIMONE) (Entered: 06/02/2023) |
| 06/02/2023 | 86 | SEALED # 1 COVER LETTER) (rcb) (Entered: 06/02/2023) |
| 06/02/2023 | 87 | DOCKET ANNOTATION BY COURT: Re 86 Sealed Document **FORWARDED TO CHAMBERS** (rcb) (Entered: 06/02/2023) |
| 06/05/2023 | 88 | NOTICE *of NON−OBJECTION* by DAVE ARONBERG, Phil Archer, BRUCE BARTLETT, LARRY BASFORD, Thomas Bakkedahl, Ed Brodsky, Jack Campbell, John Durrett, Amira D Fox, William Gladson, BRIAN HAAS, BRIAN S KRAMER, SUSAN S LOPEZ, R.J. Larizza, ASHLEY MOODY, Ginger B Madden, Melissa Nelson, Harold F Pryor, KATHERINE FERNANDEZ RUNDLE, Lopez S Susan, MONIQUE H WORRELL, Dennis Ward (STAFFORD, WILLIAM) (Entered: 06/05/2023) |
| 06/05/2023 | 89 | NOTICE of Appearance by ARTHUR IVAN JACOBS on behalf of DAVE ARONBERG, Phil Archer, BRUCE BARTLETT, LARRY BASFORD, Thomas Bakkedahl, Ed Brodsky, Jack Campbell, John Durrett, Amira D Fox, William Gladson, BRIAN HAAS, BRIAN S KRAMER, SUSAN S LOPEZ, R.J. Larizza, Ginger B Madden, Harold F Pryor, KATHERINE FERNANDEZ RUNDLE, Lopez S Susan, MONIQUE H WORRELL, Dennis Ward (JACOBS, ARTHUR) (Entered: 06/05/2023) |
| 06/06/2023 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE ROBERT L HINKLE notified that action is needed Re: 89 Notice of Appearance, (rcb)**AN ISO IS NEEDED** (Entered: 06/06/2023) |
| 06/06/2023 | 90 | ORDER granting in part and denying in part 30 Motion for Preliminary Injunction; finding as moot 57 Motion for TRO. Signed by JUDGE ROBERT L HINKLE on 6/6/23. (sms) (Entered: 06/06/2023) |
| 06/06/2023 | 91 | INITIAL SCHEDULING ORDER. Rule 26 Meeting Report due by **7/20/2023**. Discovery due by **1/5/2024**. Attorney Conference due by **7/6/2023**. Jury Trial set for **4/15/2024 08:15 AM** in U.S. Courthouse Tallahassee before JUDGE ROBERT L HINKLE. Signed by JUDGE ROBERT L HINKLE on 06/06/2023. (rcb) (Entered: 06/06/2023) |
| 06/06/2023 | 92 | Cash Injunction Bond Received Re: 90 : $ 100.00, receipt number 400000526. Fee status updated to *paid.* (rcb) (Entered: 06/07/2023) |
| 06/08/2023 | 93 | MOTION to Appear Pro Hac Vice by Thomas E. Redburn, Jr..( Filing fee $ 208 receipt number AFLNDC−7909650.) by BENNETT BOE, BRENDA BOE, CARLA COE, CHRISTINA COE, JANE DOE, SUSAN DOE, FIONA FOE, FREYA FOE, GAVIN GOE, GLORIA GOE, LINDA LOE, LISA LOE, PATRICIA POE, PAUL POE.. (Attachments: # 1 Exhibit A − Certificate of Good Standing) (REDBURN, THOMAS) (Entered: 06/08/2023) |
| 06/08/2023 | 94 | MOTION to Appear Pro Hac Vice by Maya Ginsburg.( Filing fee $ 208 receipt number AFLNDC−7910051.) by BENNETT BOE, BRENDA BOE, CARLA COE, CHRISTINA COE, JANE DOE, SUSAN DOE, FIONA FOE, FREYA FOE, GAVIN GOE, GLORIA GOE, LINDA LOE, LISA LOE, PATRICIA POE, PAUL POE.. (Attachments: # 1 Exhibit A − Certificate of Good Standing) (GINSBURG, MAYA) (Entered: 06/08/2023) |

| | | |
|---|---|---|
| 06/09/2023 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE MARTIN A FITZPATRICK notified that action is needed Re: 93 MOTION to Appear Pro Hac Vice by Thomas E. Redburn, Jr..( Filing fee $ 208 receipt number AFLNDC−7909650.), 94 MOTION to Appear Pro Hac Vice by Maya Ginsburg.( Filing fee $ 208 receipt number AFLNDC−7910051.). Referred to MARTIN A FITZPATRICK. (rcb) (Entered: 06/09/2023) |
| 06/13/2023 | 95 | ORDER. The motion for leave to appear pro hac vice, ECF No. 93 , is GRANTED. The motion for leave to appear pro hac vice, ECF No. 94 , is GRANTED. Signed by MAGISTRATE JUDGE MARTIN A FITZPATRICK on 06/13/2023. (rcb) (Entered: 06/13/2023) |
| 06/14/2023 | 96 | NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL FOR DEFENDANTS (STAFFORD, WILLIAM) Modified to edit title on 6/15/2023 (rcb). (Entered: 06/14/2023) |
| 06/14/2023 | 97 | NOTICE of Voluntary Dismissal by BENNETT BOE, BRENDA BOE, CARLA COE, CHRISTINA COE, JANE DOE, SUSAN DOE, FIONA FOE, FREYA FOE, GAVIN GOE, GLORIA GOE, LINDA LOE, LISA LOE, PATRICIA POE, PAUL POE (CHRISS, SIMONE) (Entered: 06/14/2023) |
| 06/15/2023 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE MARTIN A FITZPATRICK notified that action is needed Re: 96 NOTICE of Appearance, 97 NOTICE of Voluntary Dismissal. **Incorrect Referral Made to MAGISTRATE JUDGE MARTIN A FITZPATRICK** (rcb) (Entered: 06/15/2023) |
| 06/15/2023 | 98 | NOTICE of Appearance by WILLIAM HENRY STAFFORD, III on behalf of William Gladson (STAFFORD, WILLIAM) (Entered: 06/15/2023) |
| 06/15/2023 | 99 | ORDER DISMISSING THE CLAIMS AGAINST THE ATTORNEY GENERAL. The notice of voluntary dismissal, ECF No. 97 , is deemed a motion to amend the second amended complaint to delete the claims against the Attorney General. The motion is granted. All claims against the Attorney General are dismissed without prejudice. The Attorney General's motion to dismiss, ECF No. 80 , is denied as moot. I do not direct the entry of judgment under Federal Rule of Civil Procedure 54(b). The claims against other defendants remain pending. Signed by JUDGE ROBERT L HINKLE on 06/15/2023. (rcb) (Entered: 06/16/2023) |
| 06/19/2023 | 100 | STIPULATION of Dismissal by DAVE ARONBERG, Phil Archer, BRUCE BARTLETT, LARRY BASFORD, Thomas Bakkedahl, Ed Brodsky, Jack Campbell, John Durrett, Amira D Fox, William Gladson, BRIAN HAAS, BRIAN S KRAMER, R.J. Larizza, Ginger B Madden, Harold F Pryor, KATHERINE FERNANDEZ RUNDLE, Lopez S Susan, MONIQUE H WORRELL, Dennis Ward. (JACOBS, ARTHUR) (Entered: 06/19/2023) |
| 06/19/2023 | 101 | STIPULATION of Dismissal by Melissa Nelson. (JACOBS, ARTHUR) (Entered: 06/19/2023) |
| 06/22/2023 | 102 | NOTICE of Appearance by JOSEPH EDWARD HART on behalf of WILLIAM GLADSON (HART, JOSEPH) (Entered: 06/22/2023) |
| 06/22/2023 | 103 | STIPULATION AND ORDER OF DISMISSAL OF STATE ATTORNEYS DEFENDANTS UPON CONDITIONS. By agreement of the Stipulating parties as set forth below, and pursuant to Federal Rule of Civil Procedure 21 and 4l(a)(l), the eighteen above−listed Defendant State Attorneys (the "Dismissed State Attorneys") are hereby dismissed without prejudice. Defendant State Attorney WILLIAM M GLADSON in his official capacity as State Attorney for the Fifth Judicial Circuit of Florida ("State Attorney Gladson") is not a party to this stipulation and will remain a Defendant in the lawsuit. This Order does not dismiss any claims against any Defendants except as expressly provided herein. Signed by JUDGE ROBERT L HINKLE on 06/22/2023. (rcb) (Entered: 06/22/2023) |
| 06/22/2023 | 104 | NOTICE of Appearance by MAYA GINSBURG on behalf of BENNETT BOE, BRENDA BOE, CARLA COE, CHRISTINA COE, JANE DOE, SUSAN DOE, FIONA FOE, FREYA FOE, GAVIN GOE, GLORIA GOE, LINDA LOE, LISA LOE, PATRICIA POE, PAUL POE (GINSBURG, MAYA) (Entered: 06/22/2023) |

| 06/22/2023 | 105 | NOTICE of Appearance by THOMAS EDWARD REDBURN, JR on behalf of BENNETT BOE, BRENDA BOE, CARLA COE, CHRISTINA COE, JANE DOE, SUSAN DOE, FIONA FOE, FREYA FOE, GAVIN GOE, GLORIA GOE, LINDA LOE, LISA LOE, PATRICIA POE, PAUL POE (REDBURN, THOMAS) (Entered: 06/22/2023) |
|---|---|---|
| 06/23/2023 | 106 | *CONSOLIDATED* ANSWER to 59 Amended Complaint,,, *BY ALL DEFENDANTS TO PLAINTIFFS' SECOND AMENDED COMPLAINT* by SCOT ACKERMAN, WAEL BARSOUM, MATTHEW R BENSON, GREGORY COFFMAN, CHRIS CREEGAN, AMY DERICK, DAVID DIAMOND, WATSON DUCATEL, FLORIDA BOARD OF MEDICINE, FLORIDA BOARD OF OSTEOPATHIC MEDICINE, MARIA GARCIA, PATRICK HUNTER, VALERIE JACKSON, NICOLE JUSTICE, WILLIAM D KIRSH, JOSEPH A LADAPO, MONICA M MORTENSEN, LUZ MARINA PAGES, ELEONOR PIMENTEL, NICHOLAS W ROMANELLO, TIFFANY SIZEMORE DI PIETRO, HECTOR VILA, ZACHARIAH P ZACHARIAH. (JAZIL, MOHAMMAD) (Entered: 06/23/2023) |
| 06/23/2023 | 107 | *CORRECTED, CONSOLIDATED* ANSWER to 59 Amended Complaint,,, *BY ALL DEFENDANTS TO PLAINTIFFS' SECOND AMENDED COMPLAINT* by SCOT ACKERMAN, WAEL BARSOUM, MATTHEW R BENSON, GREGORY COFFMAN, CHRIS CREEGAN, AMY DERICK, DAVID DIAMOND, WATSON DUCATEL, FLORIDA BOARD OF MEDICINE, FLORIDA BOARD OF OSTEOPATHIC MEDICINE, MARIA GARCIA, WILLIAM GLADSON, PATRICK HUNTER, VALERIE JACKSON, NICOLE JUSTICE, WILLIAM D KIRSH, BRIAN S KRAMER, JOSEPH A LADAPO, MONICA M MORTENSEN, LUZ MARINA PAGES, ELEONOR PIMENTEL, NICHOLAS W ROMANELLO, TIFFANY SIZEMORE DI PIETRO, HECTOR VILA, MICHAEL WASYLIK, GREGORY WILLIAMS, ZACHARIAH P ZACHARIAH. (JAZIL, MOHAMMAD) (Entered: 06/23/2023) |
| 06/26/2023 | 108 | NOTICE OF APPEAL as to 90 Order on Motion for Preliminary Injunction, Order on Motion for TRO by SCOT ACKERMAN, WAEL BARSOUM, MATTHEW R BENSON, GREGORY COFFMAN, CHRIS CREEGAN, AMY DERICK, DAVID DIAMOND, WATSON DUCATEL, FLORIDA BOARD OF MEDICINE, FLORIDA BOARD OF OSTEOPATHIC MEDICINE, MARIA GARCIA, WILLIAM GLADSON, PATRICK HUNTER, VALERIE JACKSON, NICOLE JUSTICE, WILLIAM D KIRSH, JOSEPH A LADAPO, MONICA M MORTENSEN, LUZ MARINA PAGES, ELEONOR PIMENTEL, NICHOLAS W ROMANELLO, TIFFANY SIZEMORE DI PIETRO, HECTOR VILA, MICHAEL WASYLIK, GREGORY WILLIAMS, ZACHARIAH P ZACHARIAH. ( Filing fee $505 Receipt Number AFLNDC−7940814.) (Attachments: # 1 Exhibit Doc. 90, Preliminary Injunction Order) (JAZIL, MOHAMMAD) (Entered: 06/26/2023) |
| 06/27/2023 | 109 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 108 Notice of Appeal. (rcb) (Entered: 06/27/2023) |
| 06/27/2023 | | Set Deadlines re 108 Notice of Appeal. Clerk to check status of Appeal on **9/25/2023**. Certificate of Readiness (FRAP 11) due by **7/11/2023**. (rcb) (Entered: 06/27/2023) |
| 06/30/2023 | 110 | TRANSCRIPT REQUEST by WAEL BARSOUM, MATTHEW R BENSON, GREGORY COFFMAN, CHRIS CREEGAN, AMY DERICK, DAVID DIAMOND, FLORIDA BOARD OF MEDICINE, FLORIDA BOARD OF OSTEOPATHIC MEDICINE, MARIA GARCIA, WILLIAM GLADSON, PATRICK HUNTER, VALERIE JACKSON, NICOLE JUSTICE, WILLIAM D KIRSH, JOSEPH A LADAPO, MONICA M MORTENSEN, LUZ MARINA PAGES, ELEONOR PIMENTEL, TIFFANY SIZEMORE DI PIETRO, HECTOR VILA, GREGORY WILLIAMS, ZACHARIAH P ZACHARIAH for proceedings held on May 19, 2023 before Judge Judge Robert L. Hinkle, Court Reporter:Judy Gagnon (BEATO, MICHAEL) (Entered: 06/30/2023) |
| 07/05/2023 | 111 | USCA Acknowledgment # 23−12159 for 108 NOTICE OF APPEAL ** (rcb) (Entered: 07/05/2023) |
| 07/11/2023 | 112 | Pursuant to F.R.A.P. 11(c), #23−12159 the Clerk of the District Court for the Northern District of Florida certifies that the record is complete for purposes of this appeal re: 108 Notice of Appeal. The entire record on appeal is available electronically. (rcb) (Entered: 07/11/2023) |

| 07/20/2023 | 113 | REPORT of Rule 26(f) Planning Meeting. (REDBURN, THOMAS) (Entered: 07/20/2023) |
|---|---|---|
| 07/21/2023 | 114 | PLAINTIFFS' MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT AND JOIN NEW PLAINTIFFS. (Attachments: # 1 Exhibit A − Third Amended Complaint) (REDBURN, THOMAS) Modified to edit title on 7/24/2023 (rcb). Modified to terminate ECF 114 on 7/28/2023 (rcb). (Entered: 07/21/2023) |
| 07/24/2023 | | Set/Reset Deadlines as to 114 MOTION to Amend/Correct 1 Complaint, . (Internal deadline for referral to judge if response not filed earlier: **8/7/2023**). (rcb) (Entered: 07/24/2023) |
| 07/24/2023 | 115 | MOTION for Preliminary Injunction by BENNETT BOE, BRENDA BOE, CARLA COE, CHRISTINA COE, JANE DOE, SUSAN DOE, FIONA FOE, FREYA FOE, GAVIN GOE, GLORIA GOE, LINDA LOE, LISA LOE, PATRICIA POE, PAUL POE. (Attachments: # 1 Exhibit Declaration of Kai Pope, # 2 Exhibit Declaration of Lucien Hamel, # 3 Exhibit Declaration of Olivia Noel, # 4 Exhibit Declaration of Rebecca Cruz Evia, # 5 Exhibit Expert Declaration of Dan H. Karasic, M.D., # 6 Exhibit Expert Declaration of Daniel Shumer, M.D., # 7 Exhibit Expert Declaration of Dr. Loren Schechter, # 8 Exhibit Expert Declaration of Vernon Langford, DNP, # 9 Exhibit Supplemental Expert Declaration of Kenneth Goodman PhD, # 10 Text of Proposed Order Proposed Order) (CHRISS, SIMONE) (Entered: 07/24/2023) |
| 07/24/2023 | 116 | MEMORANDUM in Support re 115 MOTION for Preliminary Injunction filed by BENNETT BOE, BRENDA BOE, CARLA COE, CHRISTINA COE, JANE DOE, SUSAN DOE, FIONA FOE, FREYA FOE, GAVIN GOE, GLORIA GOE, LINDA LOE, LISA LOE, PATRICIA POE, PAUL POE. (CHRISS, SIMONE) (Entered: 07/24/2023) |
| 07/27/2023 | 117 | SCHEDULING ORDER. The clerk must set a scheduling conference by telephone for the first available date. The plaintiff's motion, ECF No. 114 , for leave to file the third amended complaint is granted. The third amended complaint, ECF No. 114 −1, is deemed filed as of July 27, 2023. The bench trial is set for Monday, **11/13/2023** at 09:00 AM in U.S. Courthouse Tallahassee before JUDGE ROBERT L HINKLE. A party with a conflict must file a notice by **8/10/2023**. The fact−discovery deadline is **8/9/2023**. The expert−discovery deadline is **9/18/2023**. By **10/23/2023** all exhibits a party expects to present must be pre−filed on the CM/ECF docket signed by JUDGE ROBERT L HINKLE on 7/27/2023. (Entered: 07/28/2023) |
| 07/27/2023 | | Set Deadlines− Re: 117 Fact Discovery due by **8/9/2023**. All Exhibit due by **10/23/2023**. Expert Discovery − by **9/18/2023**. Bench Trial set for **11/13/2023 09:00 AM** in U.S. Courthouse Tallahassee before JUDGE ROBERT L HINKLE. (rcb) (Entered: 07/28/2023) |
| 07/27/2023 | 118 | THIRD AMENDED COMPLAINT against All Defendants, filed by BENNETT BOE, BRENDA BOE, CARLA COE, CHRISTINA COE, JANE DOE, SUSAN DOE, FIONA FOE, FREYA FOE, GAVIN GOE, GLORIA GOE, LINDA LOE, LISA LOE, PATRICIA POE,LUCIEN HAMEL, PAUL POE, OLIVIA NOEL, REBECCA CRUZ EVIA AND KAI POPE. (rcb) (Entered: 07/31/2023) |
| 07/31/2023 | 119 | NOTICE OF TELEPHONIC HEARING: Telephonic Scheduling Conference set for **8/10/2023 01:00 PM** before JUDGE ROBERT L HINKLE.<br><br>Call in number: **888−684−8852**<br>Access code: **3243416#**<br>Security code: **1234#**<br><br>*Proceedings may not be recorded or otherwise broadcast for public dissemination.*<br><br>*s/ Cindy Markley*<br>Courtroom Deputy Clerk (ckm) (Entered: 07/31/2023) |
| 07/31/2023 | 120 | MOTION to Certify Class by BENNETT BOE, BRENDA BOE, CARLA COE, CHRISTINA COE, JANE DOE, SUSAN DOE, FIONA FOE, FREYA FOE, GAVIN GOE, GLORIA GOE, LINDA LOE, LISA LOE, PATRICIA POE, PAUL POE, LUCIEN HAMEL, OLIVIA NOEL, REBECCA CRUZ EVIA, KAI POPE. (Internal deadline for referral to judge if response not filed earlier: **8/14/2023**). (REDBURN, |

| | | THOMAS) (Entered: 07/31/2023) |
|---|---|---|
| 07/31/2023 | 121 | MEMORANDUM in Support re 120 MOTION to Certify Class filed by BENNETT BOE, BRENDA BOE, CARLA COE, CHRISTINA COE, JANE DOE, SUSAN DOE, REBECCA CRUZ EVIA, FIONA FOE, FREYA FOE, GAVIN GOE, GLORIA GOE, LUCIEN HAMEL, LINDA LOE, LISA LOE, OLIVIA NOEL, PATRICIA POE, PAUL POE, KAI POPE. (Attachments: # 1 Declaration of Thomas E. Redburn, Jr., # 2 Exhibit A − LS Firm Resume, # 3 Exhibit B − Simone Chriss Bio & CV, # 4 Exhibit C − Jennifer L. Levi − GLAD, # 5 Exhibit D − Impact Litigation and Advocacy − HRC Foundation, # 6 Exhibit E − Williams Institute Trans−Pop−Update−Jun−2022) (REDBURN, THOMAS) (Entered: 07/31/2023) |
| 08/01/2023 | 122 | NOTICE of Appearance by JOSHUA E PRATT on behalf of SCOT ACKERMAN, WAEL BARSOUM, MATTHEW R BENSON, GREGORY COFFMAN, CHRIS CREEGAN, AMY DERICK, DAVID DIAMOND, WATSON DUCATEL, FLORIDA BOARD OF MEDICINE, FLORIDA BOARD OF OSTEOPATHIC MEDICINE, MARIA GARCIA, PATRICK HUNTER, VALERIE JACKSON, NICOLE JUSTICE, WILLIAM D KIRSH, JOSEPH A LADAPO, MONICA M MORTENSEN, ELEONOR PIMENTEL, NICHOLAS W ROMANELLO, TIFFANY SIZEMORE DI PIETRO, HECTOR VILA, MICHAEL WASYLIK, GREGORY WILLIAMS, ZACHARIAH P ZACHARIAH (PRATT, JOSHUA) (Entered: 08/01/2023) |
| 08/03/2023 | 123 | Joint MOTION for Protective Order *and HIPAA Qualified Protective Order & Order to Disclose Protective Health Information* by BENNETT BOE, BRENDA BOE, CARLA COE, CHRISTINA COE, JANE DOE, SUSAN DOE, REBECCA CRUZ EVIA, FIONA FOE, FREYA FOE, GAVIN GOE, GLORIA GOE, LUCIEN HAMEL, LINDA LOE, LISA LOE, OLIVIA NOEL, PATRICIA POE, PAUL POE, KAI POPE. (Attachments: # 1 Exhibit 1 − Stipulated Protective Order with Attachment A, # 2 Exhibit 2 − Proposed HIPAA Protective Order) (REDBURN, THOMAS) Modified on 8/4/2023 to terminate motion (ckm). (Entered: 08/03/2023) |
| 08/03/2023 | 124 | STIPULATED PROTECTIVE ORDER Re: 123 . Signed by JUDGE ROBERT L HINKLE on 8/3/2023. (rcb) Modified to add ECF 123 link on 8/10/2023 (rcb). (Entered: 08/03/2023) |
| 08/03/2023 | 125 | HIPAA QUALIFIED PROTECTIVE ORDER AND ORDER TO DISCLOSE PROTECTED HEALTH INFORMATION Re: 123 . Signed by JUDGE ROBERT L HINKLE on 8/3/2023. (rcb) Modified to add ECF 123 link on 8/10/2023 (rcb). (Entered: 08/03/2023) |
| 08/07/2023 | 126 | THE STATE'S RESPONSE IN OPPOSITION TO THE PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND MEMORADUM OF LAW. (JAZIL, MOHAMMAD) Modified to edit title on 8/8/2023 (rcb). (Entered: 08/07/2023) |
| 08/07/2023 | 127 | THE STATE'S AMENDED RESPONSE IN OPPOSITION TO THE PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND MEMORADUM OF LAW. (Attachments: # 1 Exhibit Ex A − Form − "Feminizing Medications for Patients with Gender Dysphoria", # 2 Exhibit Ex B − Form − "Masculinizing Medications for Patients with Gender Dysphoria", # 3 Exhibit Ex C − Form − "Surgical Treatment for Adults with Gender Dysphoria") (JAZIL, MOHAMMAD) Modified to edit title on 8/8/2023 (rcb). (Entered: 08/07/2023) |
| 08/09/2023 | 128 | MOTION for Leave to File re 127 Response in Opposition to Motion, 115 MOTION for Preliminary Injunction by REBECCA CRUZ EVIA, LUCIEN HAMEL, OLIVIA NOEL, KAI POPE. (CHRISS, SIMONE) (Entered: 08/09/2023) |
| 08/10/2023 | | Set/Reset Deadlines as to 128 MOTION for Leave to File re 127 Response in Opposition to Motion, 115 MOTION for Preliminary Injunction . (Internal deadline for referral to judge if response not filed earlier: **8/24/2023**). (rcb) (Entered: 08/10/2023) |
| 08/10/2023 | 129 | ORDER ALLOWING A REPLY MEMORANDUM ON THE 128 PRELIMINARY−INJUNCTION MOTION. The plaintiffs' motion, ECF No. 128 , for leave to file a reply memorandum in support of the preliminary−injunction motion is granted. The plaintiffs may file a reply memorandum by **8/14/2023**. Signed by JUDGE ROBERT L HINKLE on 8/10/2023. (rcb) (Entered: 08/10/2023) |

| 08/10/2023 | [130](#) | Minute Entry for proceedings held before JUDGE ROBERT L HINKLE: Telephonic Scheduling Conference held on 8/10/2023. Court recaps current schedule and hears from counsel regarding discovery issues. Ruling by Court: Defense to provide written reports by August 24 and transcripts by September 10. Courtroom deputy will coordinate with counsel a date for oral argument on the motion for class certification. (Court Reporter Megan Hague, Official Court Reporter) (ckm) (Entered: 08/10/2023) |
|---|---|---|
| 08/10/2023 | [131](#) | CONSOLIDATED ANSWER BY ALL DEFENDANTS TO PLAINTIFFS' THIRD AMENDED COMPLAINT. (JAZIL, MOHAMMAD) Modified to edit title on 8/11/2023 (rcb). (Entered: 08/10/2023) |
| 08/11/2023 | 132 | Pursuant to F.R.A.P. 11(c), #23−12159−J the Clerk of the District Court for the Northern District of Florida certifies that the record is complete for purposes of this appeal re: [108](#) Notice of Appeal. The entire record on appeal is available electronically. (rcb) (Entered: 08/11/2023) |
| 08/11/2023 | [133](#) | REPLY to Response to Motion re [128](#) MOTION for Leave to File re [127](#) Response in Opposition to Motion, [115](#) MOTION for Preliminary Injunction filed by REBECCA CRUZ EVIA, LUCIEN HAMEL, OLIVIA NOEL, KAI POPE. (Attachments: # [1](#) Exhibit A − Breast and Cervical Cancer Detection Program, # [2](#) Exhibit B − Authorization for Electroconvulsive Treatment, # [3](#) Exhibit C − Medical Marijuana Informed Consent, # [4](#) Exhibit D − Cataract Procedures Informed Consent) (CHRISS, SIMONE) (Entered: 08/11/2023) |
| 08/11/2023 | [134](#) | ORDER SETTING DEADLINES FOR PRODUCING RECORDS OF STATE PROCEEDINGS. By **8/11/2023**, the defendants must produce links to all the legislative and administrative proceedings. By **8/24/2023**, the defendants must produce the legislative and administrative materials other than transcripts of proceedings. By **9/10/2023**, the defendants must produce transcripts of the legislative and administrative proceedings. Signed by JUDGE ROBERT L HINKLE on 8/11/2023. (rcb) (Entered: 08/14/2023) |
| 08/14/2023 | [135](#) | THE STATE'S OPPOSITION TO THE PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND MEMORANDUM OF LAW. (JAZIL, MOHAMMAD) Modified to edit title on 8/15/2023 (rcb). (Entered: 08/14/2023) |
| 08/16/2023 | 136 | NOTICE OF HEARING on [120](#) Motion to Certify Class: Oral Argument set for **8/29/2023 03:00 PM** before JUDGE ROBERT L HINKLE, Joseph Woodrow Hatchett United States Courthouse and Federal Building, Courtroom 5 East, 111 North Adams St., Tallahassee, Florida 32301.<br><br>NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Cindy Markley at 850−521−3518 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.<br><br>_s/ Cindy Markley_<br>Courtroom Deputy Clerk (ckm) (Entered: 08/16/2023) |
| 08/18/2023 | [137](#) | MOTION for Leave to File re [120](#) MOTION to Certify Class by BENNETT BOE, BRENDA BOE, CARLA COE, CHRISTINA COE, JANE DOE, SUSAN DOE, REBECCA CRUZ EVIA, FIONA FOE, FREYA FOE, GAVIN GOE, GLORIA GOE, LUCIEN HAMEL, LINDA LOE, LISA LOE, OLIVIA NOEL, PATRICIA POE, PAUL POE, KAI POPE. (REDBURN, THOMAS) (Entered: 08/18/2023) |
| 08/21/2023 | [138](#) | ORDER ALLOWING A REPLY MEMORANDUM IN SUPPORT OF THE MOTION FOR CLASS CERTIFICATION [137](#) . Signed by JUDGE ROBERT L HINKLE on 8/21/23. (sms) (Entered: 08/21/2023) |
| 08/21/2023 | 139 | NOTICE OF HEARING on [115](#) Motion for Preliminary Injunction: Motion Hearing set for **8/29/2023 03:00 PM** before JUDGE ROBERT L HINKLE, Joseph Woodrow Hatchett United States Courthouse and Federal Building, Courtroom 5 East, 111 North Adams St., Tallahassee, Florida 32301.<br><br>_PLEASE NOTE the parties will have 30 minutes total per side to argue both the [115](#) and [120](#) Motions._ |

| | | |
|---|---|---|
| | | NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Cindy Markley at 850−521−3518 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made. |
| | | *s/ Cindy Markley*<br>Courtroom Deputy Clerk (ckm) (Entered: 08/21/2023) |
| 08/21/2023 | 140 | REPLY to Response to Motion re 120 MOTION to Certify Class , 137 MOTION for Leave to File re 120 MOTION to Certify Class filed by BENNETT BOE, BRENDA BOE, CARLA COE, CHRISTINA COE, JANE DOE, SUSAN DOE, REBECCA CRUZ EVIA, FIONA FOE, FREYA FOE, GAVIN GOE, GLORIA GOE, LUCIEN HAMEL, LINDA LOE, LISA LOE, OLIVIA NOEL, PATRICIA POE, PAUL POE, KAI POPE. (REDBURN, THOMAS) (Entered: 08/21/2023) |
| 08/21/2023 | | Set Deadline−Re: 138 − Reply due by **8/24/2023**. (rcb) (Entered: 08/22/2023) |
| 08/22/2023 | 141 | NOTICE *OF SUPPLEMENTAL AUTHORITY* by SCOT ACKERMAN, WAEL BARSOUM, MATTHEW R BENSON, GREGORY COFFMAN, CHRIS CREEGAN, AMY DERICK, DAVID DIAMOND, WATSON DUCATEL, ENDOCRINE SOCIETY, FLORIDA BOARD OF MEDICINE, FLORIDA BOARD OF OSTEOPATHIC MEDICINE, MARIA GARCIA, PATRICK HUNTER, VALERIE JACKSON, NICOLE JUSTICE, WILLIAM D KIRSH, JOSEPH A LADAPO, MONICA M MORTENSEN, LUZ MARINA PAGES, ELEONOR PIMENTEL, NICHOLAS W ROMANELLO, TIFFANY SIZEMORE DI PIETRO, HECTOR VILA, MICHAEL WASYLIK, GREGORY WILLIAMS, ZACHARIAH P ZACHARIAH (Attachments: # 1 Exhibit Opinion, Eknes−Tucker v Governor of Alabama, 22−11707 (11th Cir. 2023)) (BEATO, MICHAEL) (Entered: 08/22/2023) |
| 08/23/2023 | 142 | NOTICE *OF SUPPLEMENTAL AUTHORITY* by REBECCA CRUZ EVIA, LUCIEN HAMEL, OLIVIA NOEL, KAI POPE (Attachments: # 1 Exhibit A − Notice of Emergency Rule No. 64B8ER23−11, # 2 Exhibit B − Notice of Emergency Rule 64B15ER23−12, # 3 Exhibit C − Form DH5083−MQA (Rev. 8_23), # 4 Exhibit D − Form DH5082−MQA (Rev. 8_23)) (CHRISS, SIMONE) (Entered: 08/23/2023) |
| 08/27/2023 | 143 | ORDER on scheduling of hearing: Current forecasts include a substantial probability of a hurricane coming ashore near Tallahassee on Wednesday morning. Prudence calls for conducting the Tuesday afternoon hearing by audio or video conference or rescheduling it for Friday or later. The parties should confer and advise the courtroom deputy clerk of their positions by telephone Monday morning. Issued by JUDGE ROBERT L HINKLE on 8/27/23. (RH) (Entered: 08/27/2023) |
| 08/29/2023 | 144 | NOTICE OF RESCHEDULED HEARING on 115 Motion for Preliminary Injunction and 120 Motion to Certify Class: The Motion Hearing that was scheduled for August 29, 2023 at 3:00 p.m. has been rescheduled for **9/1/2023 at 3:00 p.m.** before JUDGE ROBERT L HINKLE and will be conducted by video. The video link will be sent by email to counsel. As noted previously, each side will have 30 minutes to argue the motions.<br><br>Members of the general public may join by telephone but must keep their phones muted:<br><br>Call in number: **888−684−8852**<br>Access code: **3243416#**<br>Security code: **1234#**<br><br>*Proceedings may not be recorded or otherwise broadcast for public dissemination.*<br><br>*s/ Cindy Markley*<br>Courtroom Deputy Clerk (ckm) (Entered: 08/29/2023) |
| 09/01/2023 | 145 | Minute Entry for proceedings held before JUDGE ROBERT L HINKLE: Motion Hearing held by video on 9/1/2023. Court hears argument of counsel on plaintiffs' 115 motion for preliminary injunction and 120 motion to certify class. Ruling by Court: Plaintiffs will file medical information for specific plaintiffs for whom injunction is |

| | | |
|---|---|---|
| | | sought. Defense will have an opportunity to respond. An order will follow. (Court Reporter Donna Boland, Official Court Reporter) (ckm) (Entered: 09/01/2023) |
| 09/05/2023 | 146 | JOINT MOTION FOR ENTRY OF (1) PROTECTIVE ORDER AND (2) HIPAA QUALIFIED PROTECTIVE ORDER AND ORDER TO DISCLOSE PROTECTED HEALTH INFORMATION. (Attachments: # 1 Exhibit 1 − Stipulated Protective Order with Attachment A, # 2 Exhibit 2 − Proposed HIPAA Protective Order) (REDBURN, THOMAS) Modified to edit title on 9/6/2023 (rcb). (Entered: 09/05/2023) |
| 09/06/2023 | 147 | COVER LETTER (Attachments: # 1 SEALED MEDICAL RECORDS, # 2 SEALED MEDICAL RECORDS, # 3 SEALED MEDICAL RECORDS, # 4 SEALED MEDICAL RECORDS, # 5 SEALED MEDICAL RECORDS, # 6 SEALED MEDICAL RECORDS, # 7 SEALED MEDICAL RECORDS, # 8 SEALED MEDICAL RECORDS, # 9 SEALED MEDICAL RECORDS) (rcb) (Entered: 09/06/2023) |
| 09/08/2023 | 153 | USCA ORDER #23−12159. Motion having completed the web−based CIP within 14 days, the undersigned respectfully asks that this motion to remedy be granted filed by Appellants Florida Board of Medicine, Surgeon General, State of Florida, Scot Ackerman, Nicholas William Romanello, Wael Barsoum, Matthew R. Benson, Gregory Coffman, Amy Derick, David Diamond and Patrick Hunter is GRANTED by clerk. (rcb) (Entered: 09/19/2023) |
| 09/11/2023 | 148 | STIPULATED PROTECTIVE ORDER Re: 146 . Signed by JUDGE ROBERT L HINKLE on 9/11/2023. (rcb) Modified to add hyperlink for 146 on 9/12/2023 (rcb). (Entered: 09/11/2023) |
| 09/11/2023 | 149 | HIPAA QUALIFIED PROTECTIVE ORDER AND ORDER TO DISCLOSE PROTECTED HEALTH INFORMATION, re: 146 . Signed by JUDGE ROBERT L HINKLE on 9/11/2023. (rcb) Modified on 11/16/2023 to correct linking issues. (kjw) (Entered: 09/11/2023) |
| 09/11/2023 | 150 | ORDER FOR PRETRIAL CONFERENCE.The bench trial remains set for **12/13/2023 09:00 AM** in U.S. Courthouse Tallahassee before JUDGE ROBERT L HINKLE.The deadline is **9/22/2023** for the disclosures required by Federal Rule of Civil Procedure 26(a)(3). The deadline for objections under Rule 26(a)(3) is **10/2/2023**. The deadline is **10/2/2023** for an attorney conference to address pretrial matters, stipulate to as many facts and agree on as many issues as possible, and prepare the pretrial stipulation. The parties must file a pretrial stipulation by **10/23/2023**. Each party must file a trial brief by **10/23/2023**. The deadline to prefile exhibits, see ECF No. 117 11, remains **10/23/2023**. By a separate notice, the clerk must set a pretrial conference for the first available date on or after October 25, 2023. Signed by JUDGE ROBERT L HINKLE on 9/11/2023. (rcb) Modified on 11/16/2023 to correct docket errors. (kjw) (Entered: 09/12/2023) |
| 09/11/2023 | 151 | ORDER DENYING 115 AN ADDITIONAL PRELIMINARY INJUNCTION. The second preliminary−injunction motion, ECF No. 115 , is denied. Signed by JUDGE ROBERT L HINKLE on 9/11/2023. (rcb) (Entered: 09/12/2023) |
| 09/12/2023 | 152 | NOTICE OF TELEPHONIC HEARING: Telephonic Pretrial Conference set for **10/30/2023 02:00 PM** before JUDGE ROBERT L HINKLE.<br><br>Call in number: **888−684−8852**<br>Access code: **3243416#**<br>Security code: **1234#**<br><br>*Proceedings may not be recorded or otherwise broadcast for public dissemination.*<br><br>*s/ Cindy Markley*<br>Courtroom Deputy Clerk (ckm) (Entered: 09/12/2023) |
| 09/19/2023 | 154 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of MOTIONS HEARING Proceedings held on September 1, 2023, before Judge Robert L. Hinkle. Court Reporter/Transcriber Donna L. Boland, Email: Donna_Boland@flnd.uscourts.gov.<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for |

| | | |
|---|---|---|
| | | Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>Redaction Request due **9/26/2023**. Release of Transcript Restriction set for **12/26/2023**. (dlb) (Entered: 09/19/2023) |
| 09/21/2023 | 155 | MOTION to Amend/Correct *Case Schedule* by BENNETT BOE, BRENDA BOE, CARLA COE, CHRISTINA COE, JANE DOE, SUSAN DOE, REBECCA CRUZ EVIA, FIONA FOE, FREYA FOE, GAVIN GOE, GLORIA GOE, LUCIEN HAMEL, LINDA LOE, LISA LOE, OLIVIA NOEL, PATRICIA POE, PAUL POE, KAI POPE. (Attachments: # 1 Exhibit A − Proposed Order) (REDBURN, THOMAS) (Entered: 09/21/2023) |
| 09/22/2023 | 156 | RULE 26 Disclosures by SCOT ACKERMAN, WAEL BARSOUM, MATTHEW R BENSON, GREGORY COFFMAN, CHRIS CREEGAN, AMY DERICK, DAVID DIAMOND, WATSON DUCATEL, FLORIDA BOARD OF MEDICINE, FLORIDA BOARD OF OSTEOPATHIC MEDICINE, MARIA GARCIA, PATRICK HUNTER, VALERIE JACKSON, NICOLE JUSTICE, WILLIAM D KIRSH, JOSEPH A LADAPO, LUZ MARINA PAGES, ELEONOR PIMENTEL, NICHOLAS W ROMANELLO, TIFFANY SIZEMORE DI PIETRO, HECTOR VILA, GREGORY WILLIAMS, ZACHARIAH P ZACHARIAH. (JAZIL, MOHAMMAD) (Entered: 09/22/2023) |
| 09/25/2023 | 157 | ORDER of USCA #23−12159 as to 108 Notice of Appeal. Motion filed by Appellees Jane Doe, Susan Doe, Brenda Boe, Bennett Boe, Carla Coe, Christina Coe, Fiona Foe and Freya Foe is GRANTED by clerk. (rcb) (Entered: 09/25/2023) |
| 09/25/2023 | | Set Deadlines re 108 Notice of Appeal. Clerk to check status of Appeal # 23−12159 on **12/26/2023**. (rcb) (Entered: 09/25/2023) |
| 09/25/2023 | 158 | MOTION in Limine *TO PARTIALLY EXCLUDE EXPERT TESTIMONY OF PLAINTIFFS' WITNESS KENNETH W. GOODMAN, PHD, FACMI, FACE,* by SCOT ACKERMAN, WAEL BARSOUM, MATTHEW R BENSON, GREGORY COFFMAN, CHRIS CREEGAN, AMY DERICK, DAVID DIAMOND, WATSON DUCATEL, FLORIDA BOARD OF MEDICINE, FLORIDA BOARD OF OSTEOPATHIC MEDICINE, MARIA GARCIA, PATRICK HUNTER, VALERIE JACKSON, NICOLE JUSTICE, WILLIAM D KIRSH, JOSEPH A LADAPO, MONICA M MORTENSEN, LUZ MARINA PAGES, ELEONOR PIMENTEL, NICHOLAS W ROMANELLO, TIFFANY SIZEMORE DI PIETRO, HECTOR VILA, MICHAEL WASYLIK, GREGORY WILLIAMS, ZACHARIAH P ZACHARIAH. (Attachments: # 1 Exhibit Ex. 1 − Expert Report of Dr. Kenneth Goodman, # 2 Exhibit Ex. 2 − Deposition Transcript of Dr. Kenneth Goodman) (JAZIL, MOHAMMAD) (Entered: 09/25/2023) |
| 09/26/2023 | | Set/Reset Deadlines as to 158 MOTION in Limine *TO PARTIALLY EXCLUDE EXPERT TESTIMONY OF PLAINTIFFS' WITNESS KENNETH W. GOODMAN, PHD, FACMI, FACE,*. (Internal deadline for referral to judge if response not filed earlier: **10/10/2023**). (rcb) (Entered: 09/26/2023) |
| 09/29/2023 | 159 | MOTION to Withdraw as Attorney by WILLIAM GLADSON. (HART, JOSEPH) (Entered: 09/29/2023) |
| 10/03/2023 | 160 | NOTICE OF TELEPHONIC HEARING on 155 Motion to Amend Case Schedule: Telephonic Motion Hearing set for **10/4/2023 10:00 AM** before JUDGE ROBERT L HINKLE.<br><br>Call in number: **888−684−8852**<br>Access code: **3243416#**<br>Security code: **1234#**<br><br>*Proceedings may not be recorded or otherwise broadcast for public dissemination.*<br><br>*s/ Cindy Markley*<br>Courtroom Deputy Clerk (ckm) (Entered: 10/03/2023) |

| | | |
|---|---|---|
| 10/04/2023 | 161 | Minute Entry for proceedings held before JUDGE ROBERT L HINKLE: Telephonic Motion Hearing held on 10/4/2023 re 155 Motion to Amend Case Schedule. Plaintiffs request additional time to confer with counsel regarding trial dates. Ruling by Court: Parties can coordinate with the courtroom deputy regarding trial date (November 28 or sometime in December) and trial will be set, or an additional telephone conference can be set if necessary. An order will be entered adopting the proposed schedule with the exception of the trial date. (Court Reporter Megan Strawn, Official Court Reporter, Wyoming) (ckm) (Entered: 10/04/2023) |
| 10/10/2023 | 162 | PLAINTIFFS' OPPOSITION TO THE STATE'S MOTION IN LIMINE TO PARTIALLY EXCLUDE EXPERT TESTIMONY OF PLAINTIFFS WITNESS KENNETH W. GOODMAN, PhD, FACMI, FACE. (Attachments: # 1 Exhibit Ex. 1 − Expert Report of Dr. Kenneth Goodman, # 2 Exhibit Ex. 2 − Deposition Transcript of Dr. Kenneth Goodman) (STARR, JASON) Modified to edit title on 10/11/2023 (rcb). (Entered: 10/10/2023) |
| 10/11/2023 | 163 | NOTICE OF TELEPHONIC HEARING: Telephonic Scheduling Conference set for **10/16/2023 03:00 PM** before JUDGE ROBERT L HINKLE.<br><br>Call in number: **888−684−8852**<br>Access code: **3243416#**<br>Security code: **1234#**<br><br>*Proceedings may not be recorded or otherwise broadcast for public dissemination.*<br><br>*s/ Cindy Markley*<br>Courtroom Deputy Clerk (ckm) (Entered: 10/11/2023) |
| 10/12/2023 | 164 | PLAINTIFFS' RULE 26(a)(3) PRETRIAL DISCLOSURES. (CHRISS, SIMONE) Modified to edit title on 10/13/2023 (rcb). (Entered: 10/12/2023) |
| 10/16/2023 | 165 | Minute Entry for proceedings held before JUDGE ROBERT L HINKLE: Telephonic Scheduling Conference held on 10/16/2023. Court addresses status of claims against State Attorney for the 4th Judicial Circuit. Plaintiff advises court that case is only going forward against State Attorney for the 5th Judicial Circuit. Parties discuss trial schedule. Ruling by Court: An order will be entered dismissing the claims against the 4th Judicial Circuit. Trial will take place December 13, 14, 21, 22. The parties will also check availability for December 15 and 20. An order will follow regarding class certification. (Bench Trial set for **12/13/2023 09:00 AM** in U.S. Courthouse Tallahassee before JUDGE ROBERT L HINKLE.) (Court Reporter Megan Hague, Official Court Reporter) (ckm) (Entered: 10/16/2023) |
| 10/18/2023 | 166 | ORDER CERTIFYING CLASSES. The plaintiffs' class−certification motion, ECF No. 120 , is granted in part. Signed by JUDGE ROBERT L HINKLE on 10/18/2023. (rcb) (Entered: 10/18/2023) |
| 10/20/2023 | 167 | ORDER GRANTING LEAVE TO WITHDRAW−HART − Attorney Joseph E. Hart's unopposed motion for leave to withdraw, ECF No. 159 , is granted, effective immediately. Signed by JUDGE ROBERT L HINKLE on 10/20/2023. (baf) (Attorney JOSEPH EDWARD HART terminated) (Entered: 10/20/2023) |
| 10/20/2023 | 168 | ORDER DENYING 158 THE MOTION TO EXCLUDE GOODMAN TESTIMONY. The motion to exclude parts of Dr. Goodmans testimony, ECF No. 158 , is denied without prejudice. Signed by JUDGE ROBERT L HINKLE on 10/20/2023. (rcb) (Entered: 10/20/2023) |
| 10/20/2023 | 169 | ORDER CONFIRMING THE AMENDED SCHEDULE AND REQUIRING NOTICE OF ADDITIONAL AVAILABILITY. The agreed motion to revise the schedule, ECF No. 155 , is granted, except as to scheduling of the trial. The trial is rescheduled to begin on **12/13/2023 09:00 AM** in U.S. Courthouse Tallahassee before JUDGE ROBERT L HINKLE and will continue as needed on December 14, 21, and 22, unless the schedule is modified under paragraph 3 below. The parties must confer on their availability for trial on December 12, 15, and 20. By **11/3/2023**, the parties must notify the clerk of court of their availability for trial on December 12, 15, or 20. The plaintiffs' oral motion to bifurcate the trial, as presented at the hearing on October 16, 2023, is denied. Signed by JUDGE ROBERT L HINKLE on 10/20/2023. (rcb) Modified to edit filing date on 10/24/2023 (rcb). (Entered: 10/23/2023) |

| | | |
|---|---|---|
| 10/23/2023 | 170 | ORDER CONFIRMING THE DISMISSAL OF THE CLAIMS AGAINST THE STATE ATTORNEY FOR THE FOURTH JUDICIAL CIRCUIT. At the hearing on October 16, 2023, the parties confirmed their understanding that the claims against the State Attorney for the Fourth Judicial Circuit have been dismissed. She is no longer a party to this action. Signed by JUDGE ROBERT L HINKLE on 10/23/2023. (rcb) (Entered: 10/24/2023) |
| 10/24/2023 | 171 | NOTICE OF RESCHEDULED TELEPHONIC HEARING: Telephonic Pretrial Conference reset for **11/28/2023 03:00 PM** before JUDGE ROBERT L HINKLE.<br><br>Call in number: **888−684−8852**<br>Access code: **3243416#**<br>Security code: **1234#**<br><br>*Proceedings may not be recorded or otherwise broadcast for public dissemination.*<br><br>*s/ Cindy Markley*<br>Courtroom Deputy Clerk (ckm) (Entered: 10/24/2023) |
| 10/24/2023 | | Reset Deadlines/Hearings per 169 Order adopting 155 Motion: Trial Briefs due by **11/6/2023**. Bench Trial set for **12/13/2023 09:00 AM** in U.S. Courthouse Tallahassee before JUDGE ROBERT L HINKLE. (ckm) (Entered: 10/24/2023) |
| 10/24/2023 | 172 | PLAINTIFFS' AMENDED RULE 26(a)(3) PRETRIAL DISCLOSURES. Amendment to 164 Rule 26 Disclosures . (CHRISS, SIMONE) Modified to edit title on 10/25/2023 (rcb). (Entered: 10/24/2023) |
| 10/27/2023 | 173 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of telephonic Proceedings held on 10/16/2023, before Judge Robert L. Hinkle. Court Reporter/Transcriber Megan A. Hague, Telephone number 850−443−9797.<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>Redaction Request due **11/3/2023**. Release of Transcript Restriction set for **2/1/2024**. (mah) (Entered: 10/27/2023) |
| 10/30/2023 | 174 | ORDER CONFIRMING THE DEADLINE TO FILE EXHIBITS AND THE PRETRIAL STIPULATION. The 155 motion was granted in relevant respects. See ECF No. 169 . This makes **11/6/2023** the deadline for the pretrial stipulation, see ECF No. 150 5, and to profile exhibits. See id. 8; ECF No. 117 11. Signed by JUDGE ROBERT L HINKLE on 10/30/2023. (rcb) Modified to edit filing date on 11/9/2023 (rcb). (Entered: 10/31/2023) |
| 11/06/2023 | 175 | THE STATE'S NOTICE OF FILING TRIAL EXHIBITS. (Attachments: # 1 Exhibit DX1 − Reconsidering Informed Consent Article, # 2 Exhibit DX2 − Masculinizing Medications for Patients with Gender Dysphoria, Patient Information, and Informed Consent, # 3 Exhibit DX3 − Masculinizing Medications for Patients with Gender Dysphoria, # 4 Exhibit DX4 − Puberty Suppression Treatment for Patients with Gender Dysphoria, # 5 Exhibit DX5 − Surgical Treatment for Adults with Gender Dysphoria, # 6 Exhibit DX6 − Feminizing Medications for Patients with Gender Dysphoria, # 7 Exhibit DX7 − Feminizing Medications for Patients with Gender Dysphoria, Minors, # 8 Exhibit DX8 − Medical Marijuana Consent Form, # 9 Exhibit DX9 − Dr. Roman CV, # 10 Exhibit DX10 − Dr. Mortensen CV, # 11 Exhibit DX11 − Dr. Clemens CV, # 12 Exhibit DX12 − Dr. Levine CV) (JAZIL, MOHAMMAD) Modified to edit title on 11/7/2023 (rcb). (Entered: 11/06/2023) |
| 11/06/2023 | 176 | PLAINTIFFS' NOTICE OF FILING TRIAL EXHIBITS. (Attachments: # 1 Exhibit 1 − Defendants Response to Pls First Set of Interrogatories, # 2 Exhibit 2 − Expert Report of Dr. Aaron Janssen, M.D. (8.16.2023), # 3 Exhibit 3 − Expert Report of Dr. Brittany Bruggeman, M.D. (8.16.2023), # 4 Exhibit 4 − Expert Report of Dr. Dan H. Karasic, M.D. (8.16.2023), # 5 Exhibit 5 − Expert Report of Dr. Daniel Shumer, M.D. (8.16.2023), # 6 Exhibit 6 − Expert Report of Dr. Loren Schechter, M.D. (8.16.2023), # 7 Exhibit 7 − Expert Report of Dr. Vernon Langford, DNP, APRN−CNP, FNP−C |

| | | |
|---|---|---|
| | | (8.16.2023), # 8 Exhibit 8 − Expert Report of Dr. Kenneth W. Goodman, PhD, FACMI, FACE (8.16.2023), # 9 Exhibit 9 − Expert Rebuttal Report of Dr. Aaron Janssen, M.D. (9.5.2023), # 10 Exhibit 10 − Expert Rebuttal Report of Dr. Dan H. Karasic (9.5.2023)) (REDBURN, THOMAS) Modified to edit title on 11/7/2023 (rcb). (Entered: 11/06/2023) |
| 11/06/2023 | 177 | PLAINTIFFS' NOTICE OF FILING TRIAL EXHIBITS. (Attachments: # 1 Exhibit 11 − Florida Admin. Code R. 64B8−9.019, Standards of Practice for the Treatment of Gender Dysphoria in Minors (effective 3.16. 2023), # 2 Exhibit 12 − Florida Admin. Code R. 64B15−14.014, Standards of Practice for the Treatment of Gender Dysphoria in Minors (effective 3.28.2023), # 3 Exhibit 13 − Notice of Change, Fla Admin Code R. 64B15−14.014 (filed 2.10.2023), # 4 Exhibit 14 − Florida Department of Health Guidance, Treatment of Gender Dysphoria for Children and Adolescents (4.20.22), # 5 Exhibit 15 − Surgeon General Ladapo Letter to Florida Boards of Medicine (6.2.22), # 6 Exhibit 16 − Florida Department of Health Petition to Initiate Rulemaking Setting the Standard of Care for the Treatment of Gender Dysphoria (7.28.22), # 7 Exhibit 17 − Florida Senate Bill 254 (2023), # 8 Exhibit 18 − Florida House Bill 1421 (2023), # 9 Exhibit 19 − Section 456.001(1)(8) (9), Florida Statutes (2023), # 10 Exhibit 20 − Section 456.52, Florida Statutes (2023), # 11 Exhibit 21 − Rulemaking Record (Produced by Defendants)) (REDBURN, THOMAS) Modified to edit title on 11/7/2023 (rcb). (Entered: 11/06/2023) |
| 11/06/2023 | 178 | PLAINTIFFS' NOTICE OF FILING TRIAL EXHIBITS. (Attachments: # 1 Exhibit 23 − Transcript of Florida Board of Medicine Meeting 08.05.2022, # 2 Exhibit 24 − Transcript of Florida Boards Joint Rule Workshop 10.28.2022, # 3 Exhibit 25 − Transcript of Florida Boards Joint Meeting 11.04.2022, # 4 Exhibit 26 − Transcript of Florida Boards Joint Public Hearing 02.10.2023 (*Incomplete at present), # 5 Exhibit 27 − Transcript of Florida House HHS Committee Meeting 02.21.2023, # 6 Exhibit 28 − Excerpt from Speech of Governor Ron DeSantis Joint Session 03.07.2023, # 7 Exhibit 29 − Transcript of Florida Senate Health Policy Committee Meeting 03.13.2023, # 8 Exhibit 30 − Transcript of Florida House Healthcare Regulation Subcommittee Meeting 03.22.2023, # 9 Exhibit 31 − Transcript of Florida Senate Fiscal Policy Committee Meeting 03.23.2023) (REDBURN, THOMAS) Modified to edit title on 11/7/2023 (rcb). (Entered: 11/06/2023) |
| 11/06/2023 | 179 | PLAINTIFFS' NOTICE OF FILING TRIAL EXHIBITS. (Attachments: # 1 Exhibit 32 − Transcript of Florida House HHS Committee Meeting 03.27.2023, # 2 Exhibit 33 − Transcript of Florida Senate General Session 04.03.2023, # 3 Exhibit 34 − Transcript of Florida Senate General Session 04.04.2023, # 4 Exhibit 35 − Transcript of Florida House General Session 04.18.2023, # 5 Exhibit 36 − Transcript of Florida House General Session 04.19.2023, # 6 Exhibit 37 − Transcript of Florida Senate General Session 05.04.2023, # 7 Exhibit 38 − Transcript of Florida House General Session 05.04.2023, # 8 Exhibit 39 − Transcript of Florida Boards Joint Meeting 06.23.2023, # 9 Exhibit 40 − Transcript of Florida Boards Joint Public Meeting 06.30.2023, # 10 Exhibit 41 − Transcript of Florida Boards Joint Meeting 08.03.2023, # 11 Exhibit 42 − Composite Exhibit − Emails between Board of Osteopathic Medicine Executive Director Danielle Terrell and Vernadette Broyles (Oct. 25−28, 2022)) (REDBURN, THOMAS) Modified to edit title on 11/7/2023 (rcb). (Entered: 11/06/2023) |
| 11/06/2023 | 180 | PLAINTIFFS' NOTICE OF FILING TRIAL EXHIBITS. (Attachments: # 1 Exhibit 23 − Part II, # 2 Exhibit 26 − Part II, # 3 Exhibit 43 − Emails from Board of Osteopathic Medicine Executive Director Terrell (11.07.22), # 4 Exhibit 44 − Gender Dysphoria Roundtable (7.8.22), # 5 Exhibit 45 − Governor Talking Points, # 6 Exhibit 46 − Request for Hearing to Board of Medicine, # 7 Exhibit 47 − Open Letter to the Florida Board of Medicine (9.23.22), # 8 Exhibit 48 − FDOH Updates (4.8.22), # 9 Exhibit 49 − Emails between Board of Medicine Executive Director Paul Vazquez and Dr. Laidlaw (10.14.22−10.25.22), # 10 Exhibit 50 − Governor Talking Points (5.13.22)) (REDBURN, THOMAS) Modified to edit title on 11/7/2023 (rcb). (Entered: 11/06/2023) |
| 11/06/2023 | 181 | PLAINTIFFS NOTICE OF FILING TRIAL EXHIBITS.. (Attachments: # 1 Exhibit 51 − Emails between Board of Medicine Paul Vazquez and Dr. Patrick Hunter (10.16.22), # 2 Exhibit 52 − Emails between Dr. Van Mol Dr. Patrick Hunter (9.14.22), # 3 Exhibit 53 − Email between Vazquez and Hunter (9.14.22), # 4 Exhibit 54 − Emails between Vazquez and Hunter (9.13.22), # 5 Exhibit 55 − Email between Hunter and Vazquez (9.12.22), # 6 Exhibit 56 − Gender Affirming Guidance Event, # 7 Exhibit 57 |

| | | |
|---|---|---|
| | | − Governor DeSantis Interview Transcript (4.28.22), # 8 Exhibit 58 − AHCA Invoice for Dr. Van Meter attendance at Board of Medicine Meeting (8.11.22) (REDBURN, THOMAS) Modified to edit title on 11/7/2023 (rcb). (Entered: 11/06/2023) |
| 11/06/2023 | 182 | PLAINTIFFS' NOTICE OF FILING TRIAL EXHIBITS. (Attachments: # 1 Exhibit 60 − Email from Maureen Furino with attachments (1.06.23), # 2 Exhibit 61 − Email from Savanah Kelly Jefferson with attachment (6.29.22), # 3 Exhibit 62 − Alliance Defending Freedom Binder, # 4 Exhibit 63 − Briefers Safeguarding Kids from Gender Surgeries and Drugs, # 5 Exhibit 64 − Email from Board of Osteopathic Medicine Executive Director Danielle Terrell to Bettye Strickland (10.19.22), # 6 Exhibit 65 − Email from Patrick Hunter to Paul Vazquez (10.23.22), # 7 Exhibit 66 − Appearance Request Form (11.02.22), # 8 Exhibit 68 − Phillip Penna comment (9.19.22), # 9 Exhibit 69 − Email from Jeremy Redford (7.10.22)) (REDBURN, THOMAS) Modified to edit title on 11/7/2023 (rcb). (Entered: 11/06/2023) |
| 11/06/2023 | 183 | PLAINTIFFS' NOTICE OF FILING TRIAL EXHIBITS. (Attachments: # 1 Exhibit 71 − Email from Hunter to Vazquez (10.22.22), # 2 Exhibit 72 − Email from Vazquez to Strickland (10.18.22), # 3 Exhibit 73 − September 30, 2022 Rule Workshop Agenda (9.30.22), # 4 Exhibit 74 − Original October 28, 2022 Workshop Agenda (10.28.22), # 5 Exhibit 75 − Email from Vazquez to Diamond (10.14.22), # 6 Exhibit 76 − Emails from Senate Committee on Health Policy (Composite), # 7 Exhibit 77 − Emails between Dr. Dayton and Paul Vazquez (10.18.22), # 8 Exhibit 78 − Email from Board of Osteopathic Medicine Danielle Terrell (10.19.22), # 9 Exhibit 79 − Email from Paul Vazquez to Danielle Terrell (10.18.22)) (REDBURN, THOMAS) Modified to edit title on 11/7/2023 (rcb). (Entered: 11/06/2023) |
| 11/06/2023 | 184 | PLAINTIFFS' NOTICE OF FILING TRIAL EXHIBITS. (Attachments: # 1 Exhibit 87 − Emails between Hunter, Diamond, and Vazquez (10.04.22), # 2 Exhibit 88 − Emails between Hunter and Vazquez (9.23.22), # 3 Exhibit 89 − Emails between Hunter, Vazquez and Biggs (9.19.22), # 4 Exhibit 90 − Email from Hunter to Vazquez (9.14.22), # 5 Exhibit 91 − Governor Ron DeSantis Appoints Four to the Board of Medicine (6.17.22), # 6 Exhibit 92 − Dr. Hunter article Political Issues Surrounding Gender−Affirming Care for Transgender Youth (JAMA Pediatr., December 20, 2021, doi:10.1001/jamapediatrics.2021.5348), # 7 Exhibit 93 − Eknes−Tucker v. Ivey, 2:22−cv−00184, ECF 69−6 (5.02.22), # 8 Exhibit 94 − Catholic Medical Association Resolutions 8−7 through 8−14, # 9 Exhibit 95 − Catholic Medical Association 92nd Annual Education Conference (9.18.23), # 10 Exhibit 96 − Email from Furino with texts attached (1.06.23), # 11 Exhibit 97 − AAP Resolution # 27, # 12 Exhibit 98 − WSJ article Youth Gender Transition Is Pushed Without Evidence by Hunter, Roman, Kaltiala, Malone, etc. (7.13.23), # 13 Exhibit 99 − U.S. EO 12866 Meeting 0945−AA17 (4.25.22), # 14 Exhibit 100 − SEGM About Us Page) (REDBURN, THOMAS) Modified to edit title on 11/7/2023 (rcb). (Entered: 11/06/2023) |
| 11/06/2023 | 185 | PLAINTIFFS' NOTICE OF FILING TRIAL EXHIBITS. (Attachments: # 1 Exhibit 101 − Challenges in Timing Puberty Suppression for Gender−Nonconforming Adolescents (de Vries, 7.14.20), # 2 Exhibit 102 − Governor Ron DeSantis Appoints Three to the Board of Osteopathic Medicine (12.06.22), # 3 Exhibit 103 − Governor Ron DeSantis Appoints Two to the Board of Medicine (12.28.22), # 4 Exhibit 104 − NYT Article, Dr. Benson quoted (11.14.22), # 5 Exhibit 105 − Smalley, et al., Improving Global Access to Transgender Health Care, Transgender Health, Vol. 7, No. 2 (2022), # 6 Exhibit 106 − Fla. Admin R. 64B8−30.008, # 7 Exhibit 107 − Fla. Admin. R. 64B8−30.012, # 8 Exhibit 108 − Fla. Stat. 464.0123, # 9 Exhibit 109 − Fla. Stat. 464.012, # 10 Exhibit 110 − Fla. Stat. 458.347, # 11 Exhibit 111 − 20 CFR 10.310, # 12 Exhibit 112 − A Letter to Christian Physicians_CMDA Today, # 13 Exhibit 113 − Composite Exhibit (Jonathan Clemens Tweets), # 14 Exhibit 114 − FSU Student Handbook 2022−2023, # 15 Exhibit 115 − Detransitioners in Your Church Doorway) (REDBURN, THOMAS) Modified to edit title on 11/7/2023 (rcb). (Entered: 11/06/2023) |
| 11/06/2023 | 186 | PLAINTIFFS' NOTICE OF FILING TRIAL EXHIBITS. (Attachments: # 1 Exhibit 116 − Composite Exhibit Tweets from Defendants and Lawmakers, # 2 Exhibit 117 − SB 254 Amendment (350064 − Failed), # 3 Exhibit 118 − SB 254 Amendment (299002 Failed), # 4 Exhibit 119 − SB 254 Amendment (212692 − Failed), # 5 Exhibit 120 − SB 254 Amendment (374289 − Failed), # 6 Exhibit 121 − SB 254 Amendment (256341) (and Failed Amndts to Amndt), # 7 Exhibit 122 − SB 254 Amendment (388571 − Failed), # 8 Exhibit 123 − Dr. Hunter Letter to the Editor, JACCP, DOI: |

| | | |
|---|---|---|
| | | 10.1002/jac5.1691 (6.06.22), # 9 Exhibit 124 − Email from Jeremy Redfern re: Surgeon General Ladapo Meeting (7.10.22), # 10 Exhibit 125 − ALEC Legislative Membership List, # 11 Exhibit 126 − Notice of Emergency Rules 64B8ER23−11 and 64B15ER23−12) (REDBURN, THOMAS) Modified to edit title on 11/7/2023 (rcb). (Entered: 11/06/2023) |
| 11/06/2023 | 187 | Exhibit List *PLAINTIFFS NOTICE OF FILING TRIAL EXHIBITS (Filing 12)* by BENNETT BOE, BRENDA BOE, CARLA COE, CHRISTINA COE, JANE DOE, SUSAN DOE, REBECCA CRUZ EVIA, FIONA FOE, FREYA FOE, GAVIN GOE, GLORIA GOE, LUCIEN HAMEL, LINDA LOE, LISA LOE, OLIVIA NOEL, PATRICIA POE, PAUL POE, KAI POPE.. (Attachments: # 1 Exhibit 59 − Memo on Gender Dysphoria Legislation (Part I), # 2 Exhibit 59 − Memo on Gender Dysphoria Legislation (Part II), # 3 Exhibit 59 − Memo on Gender Dysphoria Legislation (Part III), # 4 Exhibit 59 − Memo on Gender Dysphoria Legislation (Part IV)) (REDBURN, THOMAS) Modified to edit title on 11/7/2023 (rcb). (Entered: 11/06/2023) |
| 11/06/2023 | 188 | PLAINTIFFS' NOTICE OF FILING TRIAL EXHIBITS. (Attachments: # 1 Exhibit 67 − Email from Vazquez to Strickland (9.27.22) (Part I), # 2 Exhibit 67 − Email from Vazquez to Strickland (9.27.22) (Part II), # 3 Exhibit 67 − Email from Vazquez to Strickland (9.27.22) (Part III)) (REDBURN, THOMAS) Modified to edit title on 11/7/2023 (rcb). (Entered: 11/06/2023) |
| 11/06/2023 | 189 | JOINT PRETRIAL STIPULATIONS. (Attachments: # 1 Appendix Plaintiffs' Witness List, # 2 Appendix Defendants' Witness List, # 3 Appendix Plaintiffs' Exhibit List, # 4 Appendix Defendants' Exhibit List) (CHRISS, SIMONE) Modified to edit title on 11/7/2023 (rcb). (Entered: 11/06/2023) |
| 11/06/2023 | 190 | THE STATE'S TRIAL BRIEF. (JAZIL, MOHAMMAD) Modified to edit title on 11/7/2023 (rcb). (Entered: 11/06/2023) |
| 11/06/2023 | 191 | PLAINTIFFS' TRIAL BRIEF (CHRISS, SIMONE) Modified to edit title on 11/7/2023 (rcb). Modified on 6/6/2024 (ckm). (Entered: 11/06/2023) |
| 11/07/2023 | 192 | PLAINTIFFS' NOTICE OF FILING TRIAL EXHIBITS. (Attachments: # 1 Exhibit 70 − Public Book for 8.3.23 Joint Meeting (Produced by Defendants) (Part 1a), # 2 Exhibit 70 − Part 1b, # 3 Exhibit 70 − Part 2, # 4 Exhibit 70 − Part 3, # 5 Exhibit 70 − Part 4a, # 6 Exhibit 70 − Part 4b, # 7 Exhibit 70 − Part 4c, # 8 Exhibit 70 − Part 5a, # 9 Exhibit 70 − Part 5b, # 10 Exhibit 70 − Part 5c, # 11 Exhibit 70 − Part 6a, # 12 Exhibit 70 − Part 6b, # 13 Exhibit 70 − Part 7a, # 14 Exhibit 70 − Part 7b, # 15 Exhibit 70 − Part 8a, # 16 Exhibit 70 − Part 8b, # 17 Exhibit 70 − Part 8c, # 18 Exhibit 70 − Part 9a, # 19 Exhibit 70 − Part 9b, # 20 Exhibit 70 − Part 10a, # 21 Exhibit 70 − Part 10b, # 22 Exhibit 70 − Part 11a, # 23 Exhibit 70 − Part 11b, # 24 Exhibit 70 − Part 12a, # 25 Exhibit 70 − Part 12b, # 26 Exhibit 70 − Part 13) (REDBURN, THOMAS) Modified to edit title on 11/7/2023 (rcb). (Entered: 11/07/2023) |
| 11/07/2023 | 193 | PLAINTIFFS' NOTICE OF FILING TRIAL EXHIBITS. (Attachments: # 1 Exhibit 22 − Public Book for 02.10.2023 Joint Hearing (Produced by Defendants) (Part 1), # 2 Exhibit 22 − Part 2, # 3 Exhibit 22 − Part 3, # 4 Exhibit 22 − Part 4, # 5 Exhibit 22 − Part 5, # 6 Exhibit 22 − Part 6, # 7 Exhibit 22 − Part 7, # 8 Exhibit 22 − Part 8, # 9 Exhibit 22 − Part 9, # 10 Exhibit 22 − Part 10, # 11 Exhibit 22 − Part 11, # 12 Exhibit 22 − Part 12, # 13 Exhibit 22 − Part 13, # 14 Exhibit 22 − Part 14, # 15 Exhibit 22 − Part 15, # 16 Exhibit 22 − Part 16, # 17 Exhibit 22 − Part 17, # 18 Exhibit 22 − Part 18, # 19 Exhibit 22 − Part 19, # 20 Exhibit 22 − Part 20, # 21 Exhibit 22 − Part 21, # 22 Exhibit 22 − Part 22) (REDBURN, THOMAS) Modified to edit title on 11/7/2023 (rcb). (Entered: 11/07/2023) |
| 11/07/2023 | 194 | PLAINTIFFS' NOTICE OF FILING TRIAL EXHIBITS. (Attachments: # 1 Exhibit 22 − Public Book for 02.10.2023 Joint Hearing (Produced by Defendants) (Part 23), # 2 Exhibit 22 − Part 24, # 3 Exhibit 22 − Part 25, # 4 Exhibit 22 − Part 26, # 5 Exhibit 22 − Part 27, # 6 Exhibit 22 − Part 28, # 7 Exhibit 22 − Part 29, # 8 Exhibit 22 − Part 30, # 9 Exhibit 22 − Part 31, # 10 Exhibit 22 − Part 32, # 11 Exhibit 22 − Part 33, # 12 Exhibit 22 − Part 34, # 13 Exhibit 22 − Part 35, # 14 Exhibit 22 − Part 36, # 15 Exhibit 22 − Part 37, # 16 Exhibit 22 − Part 38, # 17 Exhibit 22 − Part 39, # 18 Exhibit 22 − Part 40, # 19 Exhibit 22 − Part 41, # 20 Exhibit 22 − Part 42, # 21 Exhibit 22 − Part 43) (REDBURN, THOMAS) Modified to edit title on 11/7/2023 (rcb). (Entered: 11/07/2023) |

| | | |
|---|---|---|
| 11/09/2023 | 195 | ORDER of USCA #23−12159 as to 108 Notice of Appeal. Attorney Joseph E. Hart's motion to withdraw as counsel for Defendant−Appellants William Gladson, the Florida Surgeon General, and the Florida Department of Health is GRANTED. (rcb) (Entered: 11/14/2023) |
| 11/28/2023 | 196 | Minute Entry for proceedings held before JUDGE ROBERT L HINKLE: Telephonic Pretrial Conference held on 11/28/2023. Ruling by Court: The bench trial will begin December 13 at 9:00 a.m. and is scheduled to be held December 13, 14, 20, 21, and 22. An order will follow. (Court Reporter Megan Hague, Official Court Reporter) (ckm) (Entered: 11/28/2023) |
| 12/05/2023 | 197 | PRETRIAL Stipulation by BENNETT BOE, BRENDA BOE, CARLA COE, CHRISTINA COE, JANE DOE, SUSAN DOE, REBECCA CRUZ EVIA, FIONA FOE, FREYA FOE, GAVIN GOE, GLORIA GOE, LUCIEN HAMEL, LINDA LOE, LISA LOE, OLIVIA NOEL, PATRICIA POE, PAUL POE, KAI POPE. (Attachments: # 1 Exhibit A to Stipulation, # 2 Exhibit B to Stipulation, # 3 Exhibit C to Stipulation) (REDBURN, THOMAS) (Entered: 12/05/2023) |
| 12/08/2023 | 198 | NOTICE *REGARDING PLAINTIFFS' DEPOSITION DESIGNATIONS* by BENNETT BOE, BRENDA BOE, CARLA COE, CHRISTINA COE, REBECCA CRUZ EVIA, FIONA FOE, FREYA FOE, GAVIN GOE, GLORIA GOE, LUCIEN HAMEL, LINDA LOE, LISA LOE, OLIVIA NOEL, PATRICIA POE, PAUL POE, KAI POPE (REDBURN, THOMAS) (Entered: 12/08/2023) |
| 12/08/2023 | 199 | NOTICE of Appearance by EMILY J WITTHOEFT on behalf of All Defendants (WITTHOEFT, EMILY) (Entered: 12/08/2023) |
| 12/11/2023 | 200 | NOTICE OF FILING ADDITIONAL EXHIBITS. (Attachments: # 1 Exhibit DX13 − November 30, 2023 Hearing Transcript, # 2 Exhibit DX14 − Public Book, Part 1 of 42, # 3 Exhibit DX14 − Public Book, Part 2 of 42, # 4 Exhibit DX14 − Public Book, Part 3 of 42, # 5 Exhibit DX14 − Public Book, Part 4 of 42, # 6 Exhibit DX14 − Public Book, Part 5 of 42, # 7 Exhibit DX14 − Public Book, Part 6 of 42, # 8 Exhibit DX14 − Public Book, Part 7 of 42, # 9 Exhibit DX14 − Public Book, Part 8 of 42, # 10 Exhibit DX14 − Public Book, Part 9 of 42, # 11 Exhibit DX14 − Public Book, Part 10 of 42, # 12 Exhibit DX14 − Public Book, Part 11 of 42, # 13 Exhibit DX14 − Public Book, Part 12 of 42, # 14 Exhibit DX14 − Public Book, Part 13 of 42, # 15 Exhibit DX14 − Public Book, Part 14 of 42, # 16 Exhibit DX14 − Public Book, Part 15 of 42, # 17 Exhibit DX14 − Public Book, Part 16 of 42, # 18 Exhibit DX14 − Public Book, Part 17 of 42, # 19 Exhibit DX14 − Public Book, Part 18 of 42, # 20 Exhibit DX14 − Public Book, Part 19 of 42, # 21 Exhibit DX14 − Public Book, Part 20 of 42, # 22 Exhibit DX14 − Public Book, Part 21 of 42, # 23 Exhibit DX14 − Public Book, Part 22 of 42, # 24 Exhibit DX14 − Public Book, Part 23 of 42, # 25 Exhibit DX14 − Public Book, Part 24 of 42, # 26 Exhibit DX14 − Public Book, Part 25 of 42, # 27 Exhibit DX14 − Public Book, Part 26 of 42, # 28 Exhibit DX14 − Public Book, Part 27 of 42, # 29 Exhibit DX14 − Public Book, Part 28 of 42, # 30 Exhibit DX14 − Public Book, Part 29 of 42, # 31 Exhibit DX14 − Public Book, Part 30 of 42, # 32 Exhibit DX14 − Public Book, Part 31 of 42, # 33 Exhibit DX14 − Public Book, Part 32 of 42, # 34 Exhibit DX14 − Public Book, Part 33 of 42, # 35 Exhibit DX14 − Public Book, Part 34 of 42, # 36 Exhibit DX14 − Public Book, Part 35 of 42, # 37 Exhibit DX14 − Public Book, Part 36 of 42, # 38 Exhibit DX14 − Public Book, Part 37 of 42, # 39 Exhibit DX14 − Public Book, Part 38 of 42, # 40 Exhibit DX14 − Public Book, Part 39 of 42, # 41 Exhibit DX14 − Public Book, Part 40 of 42, # 42 Exhibit DX14 − Public Book, Part 41 of 42, # 43 Exhibit DX14 − Public Book, Part 42 of 42) (JAZIL, MOHAMMAD) Modified to edit title on 12/12/2023 (rcb). (Entered: 12/11/2023) |
| 12/12/2023 | 201 | STIPULATION *REGARDING PLAINTIFFS' ADDITIONAL TRIAL EXHIBITS* by BENNETT BOE, BRENDA BOE, CARLA COE, CHRISTINA COE, JANE DOE, SUSAN DOE, REBECCA CRUZ EVIA, FIONA FOE, FREYA FOE, GAVIN GOE, GLORIA GOE, LUCIEN HAMEL, LINDA LOE, LISA LOE, OLIVIA NOEL, PATRICIA POE, PAUL POE, KAI POPE. (Attachments: # 1 Exhibit 3A − Curriculum Vitae of Dr. Brittany S. Bruggeman, # 2 Exhibit 6A − Curriculum Vitae of Dr. Loren S. Schechter) (REDBURN, THOMAS) (Entered: 12/12/2023) |
| 12/13/2023 | 202 | Minute Entry for proceedings held before JUDGE ROBERT L HINKLE: Bench Trial (Day 1) held on 12/13/2023. Trial to continue December 14 at 9:00 a.m. (Court Reporter Megan Hague, Official Court Reporter) (ckm) (Entered: 12/13/2023) |

| | | |
|---|---|---|
| 12/14/2023 | 203 | DOCKET ANNOTATION BY COURT: Re 189 −3**(1) USB RECEIVED RE: EXHIBITS 80−86/PLACED ON THE SHELF IN THE CLERK'S OFFICE** (rcb) Modified on 12/15/2023 to reflect sealed exhibits are at ECF 208 (ckm). (Entered: 12/14/2023) |
| 12/14/2023 | 204 | NOTICE *OF PLAINTIFFS' FILING TRIAL DEMONSTRATIVES* by BENNETT BOE, BRENDA BOE, CARLA COE, CHRISTINA COE, JANE DOE, SUSAN DOE, REBECCA CRUZ EVIA, FIONA FOE, FREYA FOE, GAVIN GOE, GLORIA GOE, LUCIEN HAMEL, LINDA LOE, LISA LOE, OLIVIA NOEL, PATRICIA POE, PAUL POE, KAI POPE (Attachments: # 1 Exhibit Plaintiffs Trial Demonstrative 1, # 2 Exhibit Plaintiffs Trial Demonstrative 2, # 3 Exhibit Plaintiffs Trial Demonstrative 3, # 4 Exhibit Plaintiffs Trial Demonstrative 4, # 5 Exhibit Plaintiffs Trial Demonstrative 5, # 6 Exhibit Plaintiffs Trial Demonstrative 6, # 7 Exhibit Plaintiffs Trial Demonstrative 7, # 8 Exhibit Plaintiffs Trial Demonstrative 8, # 9 Exhibit Plaintiffs Trial Demonstrative 9, # 10 Exhibit Plaintiffs Trial Demonstrative 10, # 11 Exhibit Plaintiffs Trial Demonstrative 11, # 12 Exhibit Plaintiffs Trial Demonstrative 12, # 13 Exhibit Plaintiffs Trial Demonstrative 13, # 14 Exhibit Plaintiffs Trial Demonstrative 14, # 15 Exhibit Plaintiffs Trial Demonstrative 15, # 16 Exhibit Plaintiffs Trial Demonstrative 16, # 17 Exhibit Plaintiffs Trial Demonstrative 17, # 18 Exhibit Plaintiffs Trial Demonstrative 18, # 19 Exhibit Plaintiffs Trial Demonstrative 19, # 20 Exhibit Plaintiffs Trial Demonstrative 20, # 21 Exhibit Plaintiffs Trial Demonstrative 21, # 22 Exhibit Plaintiffs Trial Demonstrative 22, # 23 Exhibit Plaintiffs Trial Demonstrative 23, # 24 Exhibit Plaintiffs Trial Demonstrative 24) (REDBURN, THOMAS) (Entered: 12/14/2023) |
| 12/14/2023 | 205 | Minute Entry for proceedings held before JUDGE ROBERT L HINKLE: Bench Trial (Day 2) held on 12/14/2023. Trial to continue December 21 at 9:00 a.m. (Court Reporter Megan Hague, Official Court Reporter) (ckm) (Entered: 12/14/2023) |
| 12/14/2023 | 206 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Bench Trial − Volume I Proceedings held on 12/13/2023, before Judge Robert L. Hinkle. Court Reporter/Transcriber Megan A. Hague, Telephone number 850−443−9797.<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>Redaction Request due **12/21/2023**. Release of Transcript Restriction set for **3/20/2024**. (mah) (Entered: 12/14/2023) |
| 12/14/2023 | 207 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Bench Trial − Volume II Proceedings held on 12/14/2023, before Judge Robert L. Hinkle. Court Reporter/Transcriber Megan A. Hague, Telephone number 850−443−9797.<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>Redaction Request due **12/21/2023**. Release of Transcript Restriction set for **3/20/2024**. (mah) (Entered: 12/14/2023) |
| 12/14/2023 | 208 | Sealed Document (Plaintiff Trial Exhibits 80−86). (Attachments: # 1 Pltf Exhibit 80 − Susan Doe Medical Records, # 2 Pltf Exhibit 81 − Gavin Goe Medical Records, # 3 Pltf Exhibit 82 − Lucien Hamel Medical Records, # 4 Pltf Exhibit 83 − Olivia Noel Medical Records, # 5 Pltf Exhibit 84 − Lisa Loe Medical Records, # 6 Pltf Exhibit 85 − Kai Pope Medical Records, # 7 Pltf Exhibit 86 − Rebecca Cruz Evia Medical Records) (ckm) (Entered: 12/15/2023) |
| 12/15/2023 | 209 | NOTICE *REGARDING DEPOSITION CROSS DESIGNATIONS* by SCOT ACKERMAN, WAEL BARSOUM, MATTHEW R BENSON, GREGORY COFFMAN, CHRIS CREEGAN, AMY DERICK, DAVID DIAMOND, WATSON DUCATEL, FLORIDA BOARD OF MEDICINE, FLORIDA BOARD OF |

| | | |
|---|---|---|
| | | OSTEOPATHIC MEDICINE, MARIA GARCIA, WILLIAM GLADSON, PATRICK HUNTER, VALERIE JACKSON, NICOLE JUSTICE, WILLIAM D KIRSH, JOSEPH A LADAPO, MONICA M MORTENSEN, LUZ MARINA PAGES, ELEONOR PIMENTEL, NICHOLAS W ROMANELLO, TIFFANY SIZEMORE DI PIETRO, HECTOR VILA, MICHAEL WASYLIK, GREGORY WILLIAMS, ZACHARIAH P ZACHARIAH (JAZIL, MOHAMMAD) (Entered: 12/15/2023) |
| 12/19/2023 | 210 | NOTICE *Regarding Plaintiffs' Additional Deposition Designations* by BENNETT BOE, BRENDA BOE, CARLA COE, CHRISTINA COE, JANE DOE, SUSAN DOE, REBECCA CRUZ EVIA, FIONA FOE, FREYA FOE, GAVIN GOE, GLORIA GOE, LUCIEN HAMEL, LINDA LOE, LISA LOE, OLIVIA NOEL, PATRICIA POE, PAUL POE, KAI POPE re 209 Notice (Other),, 198 Notice (Other), (CHRISS, SIMONE) (Entered: 12/19/2023) |
| 12/21/2023 | 211 | Minute Entry for proceedings held before JUDGE ROBERT L HINKLE: Bench Trial completed on 12/21/2023. The Court's ruling will be made in an order to follow. (Court Reporter Megan Hague, Official Court Reporter) (Attachments: # 1 Exhibit List) (ckm) (Entered: 12/22/2023) |
| 12/22/2023 | 212 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Bench Trial Proceedings − Volume III held on 12/22/2023, before Judge Robert L. Hinkle. Court Reporter/Transcriber Megan A. Hague, Telephone number 850−443−9797. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due **12/29/2023**. Release of Transcript Restriction set for **3/28/2024**. (mah) (Entered: 12/22/2023) |
| 12/22/2023 | 213 | NOTICE *of filing State's Closing Demonstrative* by SCOT ACKERMAN, MATTHEW R BENSON, GREGORY COFFMAN, CHRIS CREEGAN, AMY DERICK, DAVID DIAMOND, WATSON DUCATEL, FLORIDA BOARD OF MEDICINE, FLORIDA BOARD OF OSTEOPATHIC MEDICINE, MARIA GARCIA, WILLIAM GLADSON, PATRICK HUNTER, VALERIE JACKSON, NICOLE JUSTICE, WILLIAM D KIRSH, JOSEPH A LADAPO, MONICA M MORTENSEN, LUZ MARINA PAGES, ELEONOR PIMENTEL, NICHOLAS W ROMANELLO, TIFFANY SIZEMORE DI PIETRO, HECTOR VILA, MICHAEL WASYLIK, GREGORY WILLIAMS, ZACHARIAH P ZACHARIAH (Attachments: # 1 Exhibit State's Closing Demonstrative) (JAZIL, MOHAMMAD) (Entered: 12/22/2023) |
| 12/28/2023 | 214 | MOTION for Leave to File *Post−Trial Memorandum of Law* by BENNETT BOE, BRENDA BOE, CARLA COE, CHRISTINA COE, JANE DOE, SUSAN DOE, REBECCA CRUZ EVIA, FIONA FOE, FREYA FOE, GAVIN GOE, GLORIA GOE, LUCIEN HAMEL, LINDA LOE, LISA LOE, OLIVIA NOEL, PATRICIA POE, PAUL POE, KAI POPE. (ERCHULL, CHRISTOPHER) (Entered: 12/28/2023) |
| 12/28/2023 | 215 | NOTICE *of filing Plaintiffs' Closing Demonstrative* by BENNETT BOE, BRENDA BOE, CARLA COE, CHRISTINA COE, JANE DOE, SUSAN DOE, REBECCA CRUZ EVIA, FIONA FOE, FREYA FOE, GAVIN GOE, GLORIA GOE, LUCIEN HAMEL, LINDA LOE, LISA LOE, OLIVIA NOEL, PATRICIA POE, PAUL POE, KAI POPE (Attachments: # 1 Exhibit Plaintiffs' Closing Demonstrative) (CHRISS, SIMONE) (Entered: 12/28/2023) |
| 12/28/2023 | 216 | NOTICE *of Filing Complete Deposition Transcript* by BENNETT BOE, BRENDA BOE, CARLA COE, CHRISTINA COE, JANE DOE, SUSAN DOE, REBECCA CRUZ EVIA, FIONA FOE, FREYA FOE, GAVIN GOE, GLORIA GOE, LUCIEN HAMEL, LINDA LOE, LISA LOE, OLIVIA NOEL, PATRICIA POE, PAUL POE, KAI POPE re 198 Notice (Other), 210 Notice (Other), (Attachments: # 1 Exhibit Deposition Transcript of Dr. Monica Mortensen (Vol. 1), # 2 Exhibit Deposition Transcript of Dr. Monica Mortensen (Vol. 2)) (CHRISS, SIMONE) (Entered: 12/28/2023) |

| 12/31/2023 | 217 | ORDER ALLOWING LIMITED POST−TRIAL MEMORANDA − The plaintiffs' motion, ECF No. 214 , for leave to file a post−trial memorandum is granted. The plaintiffs may file a memorandum by January 5, 2024. The defendants may file a memorandum by January 16, 2024. Signed by JUDGE ROBERT L HINKLE on 12/31/2023. (ckm) (Entered: 01/02/2024) |
|---|---|---|
| 01/03/2024 | 218 | POST TRIAL MEMORANDUM OF LAW by BENNETT BOE, BRENDA BOE, CARLA COE, CHRISTINA COE, JANE DOE, SUSAN DOE, REBECCA CRUZ EVIA, FIONA FOE, FREYA FOE, GAVIN GOE, GLORIA GOE, LUCIEN HAMEL, LINDA LOE, LISA LOE, OLIVIA NOEL, PATRICIA POE, PAUL POE, KAI POPE. (ERCHULL, CHRISTOPHER) Modified on 1/4/2024 edit to title (sjb). (Entered: 01/03/2024) |
| 01/04/2024 | | Set Deadlines re 108 Notice of Appeal :( Clerk to check status of Appeal on **3/25/2024**.) (sjb) (Entered: 01/04/2024) |
| 01/14/2024 | 219 | TRIAL BRIEF − *The State's Post−Trial Brief* − by SCOT ACKERMAN, WAEL BARSOUM, MATTHEW R BENSON, GREGORY COFFMAN, CHRIS CREEGAN, AMY DERICK, DAVID DIAMOND, WATSON DUCATEL, FLORIDA BOARD OF MEDICINE, FLORIDA BOARD OF OSTEOPATHIC MEDICINE, MARIA GARCIA, WILLIAM GLADSON, PATRICK HUNTER, VALERIE JACKSON, NICOLE JUSTICE, WILLIAM D KIRSH, JOSEPH A LADAPO, MONICA M MORTENSEN, LUZ MARINA PAGES, ELEONOR PIMENTEL, NICHOLAS W ROMANELLO, TIFFANY SIZEMORE DI PIETRO, HECTOR VILA, MICHAEL WASYLIK, GREGORY WILLIAMS, ZACHARIAH P ZACHARIAH. (JAZIL, MOHAMMAD) (Entered: 01/14/2024) |
| 03/25/2024 | | Set Deadlines re 108 Notice of Appeal. Clerk to check status of Appeal #23−12159 on **6/24/2024**. (rcb) (Entered: 03/25/2024) |
| 04/26/2024 | 220 | MOTION FOR LEAVE TO WITHDRAW AS COUNSEL. (PRATT, JOSHUA) Modified to edit title on 4/29/2024 (rcb). (Entered: 04/26/2024) |
| 04/30/2024 | 221 | ORDER GRANTING 220 LEAVE TO WITHDRAW PRATT. Attorney Joshua E. Pratt's motion for leave to withdraw, ECF No. 220 , is granted, effective immediately. Attorney JOSHUA E PRATT terminated. Signed by JUDGE ROBERT L HINKLE on 4/30/2024. (rcb) (Entered: 04/30/2024) |
| 05/03/2024 | 222 | PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY (Attachments: # 1 Exhibit 4th Circuit Opinion) (CHRISS, SIMONE) Modified to edit title on 5/6/2024 (rcb). (Entered: 05/03/2024) |
| 06/11/2024 | 223 | ORDER ON THE MERITS. Signed by JUDGE ROBERT L HINKLE on 6/11/2024. (rcb) (Entered: 06/11/2024) |
| 06/11/2024 | 224 | CLERK'S JUDGMENT re 223 ORDER ON THE MERITS. 90 Day Exhibit Return Deadline set for **9/9/2024** (rcb) (Entered: 06/11/2024) |
| 06/11/2024 | | Set Deadlines re 108 Notice of Appeal. Clerk to check status of Appeal ##23−12159 on **6/24/2024**. (rcb) (Entered: 06/11/2024) |
| 06/18/2024 | 225 | NOTICE OF APPEAL re 224 . (JAZIL, MOHAMMAD) Modified to edit title on 6/18/2024 (rcb). (Entered: 06/18/2024) |
| 06/18/2024 | 226 | THE STATE'S TIME−SENSITIVE MOTION TO STAY. (JAZIL, MOHAMMAD) Modified to edit title on 6/18/2024 (rcb). (Entered: 06/18/2024) |
| 06/18/2024 | | Set/Reset Deadlines as to 226 HE STATE'S TIME−SENSITIVE MOTION TO STAY. (Internal deadline for referral to judge if response not filed earlier: **7/2/2024**). (rcb) (Entered: 06/18/2024) |
| 06/18/2024 | 227 | NOTICE OF APPEAL as to 224 Clerk's Judgment by SCOT ACKERMAN, MATTHEW R BENSON, GREGORY COFFMAN, CHRIS CREEGAN, AMY DERICK, DAVID DIAMOND, WATSON DUCATEL, WILLIAM GLADSON, PATRICK HUNTER, VALERIE JACKSON, NICOLE JUSTICE, WILLIAM D KIRSH, JOSEPH A LADAPO, MONICA M MORTENSEN, LUZ MARINA PAGES, NICHOLAS W ROMANELLO, TIFFANY SIZEMORE DI PIETRO, HECTOR VILA, MICHAEL WASYLIK, GREGORY WILLIAMS, ZACHARIAH P ZACHARIAH. ( Filing fee $605 Receipt Number AFLNDC−8840072.) (JAZIL, |

| | | MOHAMMAD) (Entered: 06/18/2024) |