IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JANE DOE, et al.,

      Plaintiffs,

v.                                                          Case No. 4:23-cv-00114-RH-MAF

JOSEPH A. LADAPO, et al.,

      Defendants.

_____/

## **NOTICE OF APPEAL**

Defendants Board Members Wael Barsoum and Eleonor Pimentel appeal to the

U.S. Court of Appeals for the Eleventh Circuit from the final judgment entered on June

11, 2024.[1]

---

[1] Defendant Board Member Maria Garcia is no longer a member of the Florida Board of Medicine. Fed. R. Civ. P. 25(d).

Dated: June 26, 2024

Ashley Moody
Attorney General

/s/ James H. Percival
James H. Percival (FBN 1016188)
Chief of Staff
OFFICE OF THE ATTORNEY GENERAL
The Capitol, Pl-01
Tallahassee, FL 32399
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com

*Counsel for the Surgeon General, the
Department of Health, and State
Attorney Gladson*

Respectfully submitted by:

/s/ Mohammad O. Jazil
Mohammad O. Jazil (FBN 72556)
Gary V. Perko (FBN 855898)
Michael Beato (FBN 1017715)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St., Suite 500
Tallahassee, FL 32301
(850) 270-5938
mjazil@holtzmanvogel.com
gperko@holtzmanvogel.com
mbeato@holtzmanvogel.com

*Counsel for the Surgeon General, the Department
of Health, and the Board Members*

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2024, the foregoing was filed using the Court's

CM/ECF, which will serve a copy to all counsel of record.

/s/ Mohammad O. Jazil
Mohammad O. Jazil

2