# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-11996

_____

JANE DOE,
Individually and on Behalf of Her
Minor Daughter,
SUSAN DOE,
GLORIA GOE,
Individually and on Behalf of Her
Minor Son,
LUCIEN HAMEL,

                              Plaintiffs-Appellees,

BRENDA BOE,
Individually and on Behalf of Her
Minor Son, et al.,

                              Plaintiffs,

*Versus*

2                   Order of the Court                   24-11996

SURGEON GENERAL, STATE OF FLORIDA,

STATE ATTORNEY FIFTH JUDICIAL CIRCUIT OF FLORIDA,

SCOT ACKERMAN,

In His Official Capacity as Member of the Florida Board of Medicine,

NICHOLAS WILLIAM ROMANELLO,

In His Official Capacity as Member of the Florida Board of Medicine,

MATTHEW R. BENSON,

In His Official Capacity as Member of the Florida Board of Medicine, et al.,

                                                                   Defendants-Appellants.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:23-cv-00114-RH-MAF

_____

ORDER:

      The motion to withdraw as counsel for the Appellants filed by Attorney Henry C. Whitaker is GRANTED.

                                                              DAVID J. SMITH
Clerk of the United States Court of Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION